AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| CUBANOS PA'LANTE, et al., <br><br> *Plaintiff(s)* <br><br> v. <br><br> FLORIDA HOUSE OF REPRESENTATIVES, et al., <br><br> *Defendant(s)* | Civil Action No. 1:24-cv-21983-JB |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Florida House of Representatives
The Capitol
402 South Monroe Street
Tallahassee, FL 32399

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Nicholas L.V. Warren
ACLU Foundation of Florida
1809 Art Museum Drive, Suite 203
Jacksonville, FL 32207

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: May 23, 2024

Angela E. Noble
Clerk of Court

**SUMMONS**



*s/ A. Rodriguez*

Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| CUBANOS PA'LANTE, et al., <br><br> *Plaintiff(s)* <br> v. <br><br> FLORIDA HOUSE OF REPRESENTATIVES, et al., <br><br> *Defendant(s)* | Civil Action No. 1:24-cv-21983-JB |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*
    Secretary of State Cord Byrd
    Florida Department of State
    R.A. Gray Building
    500 South Bronough Street
    Tallahassee, FL 32399

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
    Nicholas L.V. Warren
    ACLU Foundation of Florida
    1809 Art Museum Drive, Suite 203
    Jacksonville, FL 32207

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: May 23, 2024



Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ A. Rodriguez*
Deputy Clerk
U.S. District Courts