**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

Case No. 1:24-cv-21983

CUBANOS PA'LANTE, *et al.*,

    *Plaintiffs*,

v.

FLORIDA HOUSE OF REPRESENTATIVES, *et al.*,

    *Defendants*.

_____/

## CERTIFICATION OF BRIAN P. QUINN

**Brian P. Quinn**, Esquire, pursuant to Rule 4(b)(1) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of the bar of the District of Columbia, Bar Number: 1048323; and (3) I have not filed more than three pro hac vice motions in different cases in this District within the last 365 days.

                                                                                         /s/ Brian P. Quinn
                                                                                         **Brian P. Quinn**