IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 1:24-cv-21983

CUBANOS PA'LANTE, *et al.*,

    *Plaintiffs*,

v.

FLORIDA HOUSE OF REPRESENTATIVES, *et al.*,

    *Defendants*.

_____/

## CERTIFICATION OF EMILY MURPHY

**Emily Murphy**, Esquire, pursuant to Rule 4(b)(1) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of the bar of the District of Columbia, Bar Number: 1779997; and (3) I have not filed more than three pro hac vice motions in different cases in this District within the last 365 days.

                                                                                                */s/ Emily Murphy*
                                                                                                **Emily Murphy**