**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA**

Case No. 1:24-cv-21983

CUBANOS PA'LANTE, *et al.*,

    *Plaintiffs*,

v.

FLORIDA HOUSE OF
REPRESENTATIVES, *et al.*,

    *Defendants*.

_____/

**MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

    In accordance with Local Rules 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of **Gabrielle S. Jackson** of the law firm of **O'Melveny & Myers LLP, 1625 Eye Street NW, Washington, DC 20006, (202) 383-5300**, for purposes of appearance as co-counsel on behalf of **all Plaintiffs** (Cubanos Pa'lante, Engage Miami Inc., FIU ACLU Club, Cindy Polo, Luis Sorto, Arlene Goldberg, Michael Rivero, and Genesis M. Castilla Falcon), in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit **Gabrielle S. Jackson** to receive electronic filings in this case, and in support thereof states as follows:

    1.    **Gabrielle S. Jackson** is not admitted to practice in the Southern District of Florida and is a member in good standing of the bar of the highest court of the District of Columbia.

    2.    Movant, **Nicholas L.V. Warren**, Esquire, of the law firm of **ACLU Foundation of Florida, 1809 Art Museum Drive, Suite 203, Jacksonville, FL 32207, (786) 363-1769**, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF

Administrative Procedures.

3. In accordance with the local rules of this Court, **Gabrielle S. Jackson** has made payment of this Court's $200 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. **Gabrielle S. Jackson**, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to **Gabrielle Jackson** at email address: **gjackson@omm.com**.

WHEREFORE, **Nicholas L.V. Warren**, moves this Court to enter an Order **Gabrielle S. Jackson**, to appear before this Court on behalf of all Plaintiffs, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to **Gabrielle S. Jackson**.

Date: May 23, 2024                                  Respectfully submitted,

                                                    /s/ Nicholas L.V. Warren
                                                    Nicholas L.V. Warren (FBN 1019018)
                                                    **ACLU Foundation of Florida**
                                                    1809 Art Museum Drive, Suite 203
                                                    Jacksonville, FL 32207
                                                    (786) 363-1769
                                                    nwarren@aclufl.org

                                                    *Counsel for Plaintiffs*