AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:24-cv-21983

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Florida House of Representatives was received by me on *(date)* 05/23/2024 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* David Axelman, General Counsel , who is designated by law to accept service of process on behalf of *(name of organization)* Florida House of Representatives on *(date)* 05/23/2024 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 0.00 for travel and $ 0.00 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 5/23/24

*Server's signature*

Kara Gross, Legislative Director and Senior Policy Counsel
*Printed name and title*

ACLU of Florida
336 East College Ave, Ste 203
Tallahassee, FL 32301
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:24-cv-21983

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Secretary of State Cord Byrd
was received by me on *(date)* 05/23/2024.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Ashley Davis, Chief Deputy General Counsel, who is designated by law to accept service of process on behalf of *(name of organization)* Secretary of State Cord Byrd on *(date)* 05/23/2024 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 0.00 for travel and $ 0.00 for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 5/23/24

*Server's signature*

Kara Gross, Legislative Director and Senior Policy Counsel
*Printed name and title*

ACLU of Florida
336 East College Ave, Ste 203
Tallahassee, FL 32301
*Server's address*

Additional information regarding attempted service, etc: