**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA**

Case No. 1:24-cv-21983

CUBANOS PA'LANTE, *et al.*,

    *Plaintiffs*,

v.

FLORIDA HOUSE OF REPRESENTATIVES, *et al.*,

    *Defendants*.

_____/

## CERTIFICATE OF SERVICE ON FLORIDA ATTORNEY GENERAL

I certify that I have served a copy of the Complaint in this action (ECF No. 1) on the Florida Attorney General by emailing it to oag.civil.eserve@myfloridalegal.com on May 23, 2024, pursuant to Local Rule 24.1(b) and Fla. Stat. § 86.091.

    /s/ *Nicholas L.V. Warren*

Nicholas L.V. Warren
**ACLU Foundation of Florida**
1809 Art Museum Drive, Suite 203
Jacksonville, FL 32207
(786) 363-1769
nwarren@aclufl.org

*Counsel for Plaintiffs*

1