IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 1:24-cv-21983-JB

CUBANOS PA'LANTE, *et al.*,

    *Plaintiffs*,

v.

FLORIDA HOUSE OF REPRESENTATIVES, *et al.*,

    *Defendants*.

_____/

## PLAINTIFFS' NOTICE OF STRIKING ECF NO. 10

Pursuant to the Clerk's Notice to Filer (ECF No. 12), Plaintiffs give notice of striking ECF No. 10 (Summons Returned Executed).

                                      */s/ Nicholas L.V. Warren*

                                      Nicholas L.V. Warren
                                      **ACLU Foundation of Florida**
                                      1809 Art Museum Drive, Suite 203
                                      Jacksonville, FL 32207
                                      (786) 363-1769
                                      nwarren@aclufl.org

                                      *Counsel for Plaintiffs*