AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| CUBANOS PA'LANTE, et al., *Plaintiff(s)* <br> v. <br> FLORIDA HOUSE OF REPRESENTATIVES, et al., *Defendant(s)* | Civil Action No. 1:24-cv-21983-JB |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

> Florida House of Representatives
> The Capitol
> 402 South Monroe Street
> Tallahassee, FL 32399

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Nicholas L.V. Warren
> ACLU Foundation of Florida
> 1809 Art Museum Drive, Suite 203
> Jacksonville, FL 32207

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: May 23, 2024

Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ A. Rodriguez*
Deputy Clerk
U.S. District Courts

Civil Action No. 1:24-cv-21983

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Florida House of Representatives
was received by me on *(date)* 05/23/2024 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* David Axelman, General Counsel , who is designated by law to accept service of process on behalf of *(name of organization)* Florida House of Representatives on *(date)* 05/23/2024 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 0.00 for travel and $ 0.00 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 5/23/24

*Server's signature*

Kara Gross, Legislative Director and Senior Policy Counsel
*Printed name and title*

ACLU of Florida
336 East College Ave, Ste 203
Tallahassee, FL 32301
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| CUBANOS PA'LANTE, et al., | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 1:24-cv-21983-JB |
| FLORIDA HOUSE OF REPRESENTATIVES, et al., | ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

Secretary of State Cord Byrd
Florida Department of State
R.A. Gray Building
500 South Bronough Street
Tallahassee, FL 32399

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Nicholas L.V. Warren
ACLU Foundation of Florida
1809 Art Museum Drive, Suite 203
Jacksonville, FL 32207

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: May 23, 2024



Angela E. Noble
Clerk of Court

SUMMONS

*s/ A. Rodriguez*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:24-cv-21983

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Secretary of State Cord Byrd
was received by me on *(date)* 05/23/2024 .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Ashley Davis, Chief Deputy General Counsel , who is designated by law to accept service of process on behalf of *(name of organization)*
Secretary of State Cord Byrd on *(date)* 05/23/2024 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ 0.00 for travel and $ 0.00 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 5/23/24

*Server's signature*

Kara Gross, Legislative Director and Senior Policy Counsel
*Printed name and title*

ACLU of Florida
336 East College Ave, Ste 203
Tallahassee, FL 32301
*Server's address*

Additional information regarding attempted service, etc: