IN THE UNITED STATES DISTRICT CIRCUIT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CUBANOS PA'LANTE. ENGAGE
MIAMI INC., FIU ACLU CLUB, CINDY
POLO, LUIS SORTO, MICHAEL
RIVERO, ARLENE GOLDBERG, and
GENESIS M. CASTILLA FALCON,

    *Plaintiffs*,

v.                                                                          CASE No. 1:24-cv-21983-JB

FLORIDA HOUSE OF
REPRESENTATIVES and CORD
BYRD, in his official capacity as
Florida Secretary of State,

    *Defendants.*
_____/

## NOTICE OF APPEARANCE

Ashley Davis gives notice of her appearance on behalf of CORD BYRD, in his official capacity as Florida Secretary of State, in the above-styled action, and requests that all papers filed in this case be served upon the undersigned.

Date: May 31st, 2024                                   Respectfully submitted,

                                                                                      */s/ Ashley E. Davis*
                                                                                      ASHLEY E. DAVIS (FBN 48032)
                                                                                      *Chief Deputy General Counsel*
                                                                                      ashley.davis@dos.fl.gov
                                                                                      jenna.mclanahan@dos.fl.gov
                                                                                      Florida Department of State
                                                                                      R.A. Gray Building, Suite 100
                                                                                      500 South Bronough Street
                                                                                       Tallahassee, Florida 32399-0250
                                                                                      Phone: (850) 245-6519
                                                                                       Fax: (850) 245-6127
                                                                                      *Counsel for Secretary of State*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 31st day of May 2024, a true copy of the foregoing was filed electronically with the Clerk of Court by using CM/ECF, which shall serve a copy to all counsel of record.

/s/ *Ashley E. Davis*
Attorney