IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO. 1:24-21983-CIVIL BECERRA/TORRES

CUBANOS PA'LANTE, et al.,

   *Plaintiffs*,

v.

FLORIDA HOUSE OF
REPRESENTATIVES, et al.,

   *Defendants*.
_____/

## NOTICE OF APPEARANCE

Michael Beato gives notice of his appearance on behalf of Defendant Cord Byrd, in his official capacity as Florida Secretary of State, in the above-styled action, and requests that all papers filed in this case be served upon him.

Dated: June 12, 2024

Respectfully submitted,

/s/ Michael Beato
Michael Beato (FBN 1017715)
mbeato@holtzmanvogel.com
zbennington@holtzmanvogel.com
HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK PLLC
119 S. Monroe St. Suite 500
Tallahassee, FL 32301
(850) 270-5938

*Counsel for Defendant Cord Byrd*

2

**CERTIFICATE OF SERVICE**

      I certify that on June 12, 2024, I electronically filed the foregoing with the Clerk of Court by using CM/ECF, which automatically serves all counsel of record for the parties who have appeared.

      /s/ Michael Beato
      Michael Beato