IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| CUBANOS PA'LANTE, ENGAGE MIAMI INC., FIU ACLU CLUB, CINDY POLO, LUIS SORTO, MICHAEL RIVERO, ARLENE GOLDBERG, and GENESIS M. CASTILLA FALCON,<br><br>       Plaintiffs,<br><br>v.<br><br>FLORIDA HOUSE OF REPRESENTATIVES and CORD BYRD, in his official capacity as Florida Secretary of State,<br><br>       Defendants. | Case No. 1:24-cv-21983<br><br>1. <u>Requesting District Judge</u><br><br>   Hon. Jacqueline Becerra<br><br>2. <u>District Judge</u><br><br>   Hon. Rodolfo A. Ruiz II<br><br>3. <u>Circuit Judge</u><br><br>   Hon. Britt C. Grant |

<u>DESIGNATION OF THREE-JUDGE COURT</u>
[28 U.S.C. § 2284]

District Judge Jacqueline Becerra, through Chief District Judge Cecilia Altonaga, has notified me that this action is one required by Act of Congress to be heard by a district court of three judges. I hereby designate District Judge Rodolfo A. Ruiz II and Circuit Judge Britt C. Grant to serve with the requesting judge,

District Judge Jacqueline Becerra, as members of the three-judge court to hear and decide the action.

This designation is not a prejudgment as to whether this action should be heard by a three-judge court. Federal law requires the chief circuit judge to designate a three-judge panel upon the filing of a request for such a panel. 28 U.S.C. § 2284(b)(1). "[T]he chief judge's duty is solely ministerial. . . . The three-judge court itself, of course, may subsequently determine that it should not have been constituted." *Merced Rosa v. Herrero*, 423 F.2d 591, 593 n.2 (1st Cir. 1970). The parties will have the opportunity to brief and argue all questions before the three-judge court as the court concludes is appropriate.

Dated this 4th day of June, 2024.

/s/William H. Pryor Jr.
William H. Pryor Jr.
Chief Judge, United States Court of
Appeals for the Eleventh Circuit
