

**Please Provide Completed Form To:**
help@floridaredistricting.gov

House Committee on Redistricting
402 House Office Building
402 South Monroe Street
Tallahassee, FL 32399-1300

Senate Committee on Reapportionment
2000 The Capitol
404 South Monroe Street
Tallahassee, FL 32399-1100

*Field is required.

Prefix_____ *First Name_____ *Last Name_____ Suffix_____

Organization Name (if applicable)_____

*Your Address_____ *City_____ *State_____ *Zip_____

*Your County_____ Your Email_____

*Your Phone Number _____

_____

*Have you received compensation or anything of value (travel, meals, lodging, etc.) from any groups or organizations that have an interest in redistricting as part of, or in exchange for, your comments, suggestions, or map?

[  ] YES          [  ] NO

If YES, please list what you received and who provided it to you below:

_____

_____

List the name of every person(s), group(s), or organization(s) you collaborated with on your comment, suggestion, or submitted map below:

_____

_____

By submitting this form, I acknowledge and agree to the following terms and conditions:

[  ]      YES, I understand that my comments, suggestions, or map submission may be displayed on www.FloridaRedistricting.gov or other public websites maintained by the Florida Legislature.

[  ]      YES, I understand that my communications with the Florida Legislature, including this form and any submitted materials, are subject to public records laws in Florida.

[  ]      YES, I understand that I may be contacted by a member of the legislature or their staff to answer questions about my comments, suggestions, or map submission.

[  ]      YES, I understand that similar to other pieces of legislation, input and ideas from members of the public must be proposed by Legislators in order to become part of bills or amendments.

*The Florida Legislature acknowledges the importance of transparency throughout the entire redistricting process. By engaging in the redistricting process – through comments, suggestions, or map submissions – it is possible your detailed communications and submissions may be included, reviewed, and examined in all steps of the legislative process until, and even after, new district maps are enacted into law.*

_____           _____
*Your Signature                                                        *Date

---

**Please provide detailed comments regarding your suggestion. Florida's redistricting plans must be drawn and approved in alignment with Florida's constitutional standards and federal law.**

---

*If you are submitting a map, please select the Plan Type and provide the unique Plan Number included in your Submission Receipt email: _____

Plan Type:    [  ] Congressional      [  ] State House      [  ] State Senate

*If you are submitting comments or suggestions about a plan already published at www.FloridaRedistricting.gov, please provide the name of the plan: _____

Details:_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____