User: planprocessor
Plan: P000C0109
wkid: 3086

Date: Wed Apr 13 2022 15:16:16 GMT-0400 (Eastern Daylight Time)
Plan No.: 5e7474585fc04e7a9670fc3f9b4fffce

# District Compactness Report

| District | Polygon Area (sq. mi) | Perimeter (mi) | Reock | Area/Convex Hull | Polsby Popper | Holes |
|---|---|---|---|---|---|---|
| Unassigned | 0 | 0 | 0 | 0 | 0 | 0 |
| D1 | 4416.06 | 340.71 | 0.54 | 0.87 | 0.48 | 0 |
| D2 | 12838.5 | 578.32 | 0.46 | 0.82 | 0.48 | 0 |
| D3 | 8270.72 | 455.6 | 0.57 | 0.9 | 0.5 | 0 |
| D4 | 1980.53 | 280 | 0.38 | 0.76 | 0.32 | 0 |
| D5 | 829.02 | 140.93 | 0.56 | 0.89 | 0.52 | 0 |
| D6 | 3928.27 | 320.17 | 0.74 | 0.92 | 0.48 | 0 |
| D7 | 1053.41 | 180.93 | 0.47 | 0.83 | 0.4 | 0 |
| D8 | 2299.14 | 252.98 | 0.32 | 0.78 | 0.45 | 0 |
| D9 | 1846.11 | 222.63 | 0.49 | 0.86 | 0.47 | 0 |
| D10 | 272.54 | 95.79 | 0.41 | 0.75 | 0.37 | 0 |
| D11 | 1836.14 | 254.38 | 0.52 | 0.82 | 0.36 | 0 |
| D12 | 2538.3 | 289.42 | 0.45 | 0.75 | 0.38 | 0 |
| D13 | 730.15 | 125.36 | 0.51 | 0.93 | 0.58 | 0 |
| D14 | 523.83 | 117.93 | 0.48 | 0.83 | 0.47 | 0 |
| D15 | 674.87 | 121.18 | 0.58 | 0.88 | 0.58 | 0 |
| D16 | 1500.18 | 204.98 | 0.45 | 0.73 | 0.45 | 0 |
| D17 | 2148.7 | 261.96 | 0.28 | 0.77 | 0.39 | 0 |
| D18 | 7085.18 | 459.68 | 0.42 | 0.82 | 0.42 | 0 |
| D19 | 1896.77 | 248.65 | 0.33 | 0.78 | 0.39 | 0 |
| D20 | 2397.14 | 329.94 | 0.5 | 0.77 | 0.28 | 0 |
| D21 | 1888.21 | 218.95 | 0.5 | 0.82 | 0.49 | 0 |
| D22 | 345.34 | 101.59 | 0.44 | 0.74 | 0.42 | 0 |
| D23 | 254.27 | 105.32 | 0.5 | 0.79 | 0.29 | 0 |
| D24 | 182.83 | 68.92 | 0.48 | 0.9 | 0.48 | 0 |
| D25 | 236.65 | 88.29 | 0.42 | 0.81 | 0.38 | 0 |

| District | Polygon Area (sq. mi) | Perimeter (mi) | Reock | Area/Convex Hull | Polsby Popper | Holes |
|---|---|---|---|---|---|---|
| D26 | 2440.11 | 306.48 | 0.29 | 0.77 | 0.33 | 0 |
| D27 | 280.69 | 69.66 | 0.71 | 0.95 | 0.73 | 0 |
| D28 | 6709.61 | 591.41 | 0.22 | 0.55 | 0.24 | 0 |