User: planprocessor
Plan: P000C0047
wkid: 3086
Date: Tue Nov 16 2021 15:19:57 GMT-0500 (Eastern Standard Time)
Plan No.: 8c2b10703cdc4dd18470755305f6f6c8

# District Compactness Report

| District | Polygon Area (sq. mi) | Perimeter (mi) | Reock | Area/Convex Hull | Polsby Popper | Holes |
|---|---|---|---|---|---|---|
| Unassigned | 47628.36 | 1507.06 | 0.24 | 0.63 | 0.26 | 0 |
| D1 | 0 | 0 | 0 | 0 | 0 | 0 |
| D2 | 0 | 0 | 0 | 0 | 0 | 0 |
| D3 | 0 | 0 | 0 | 0 | 0 | 0 |
| D4 | 0 | 0 | 0 | 0 | 0 | 0 |
| D5 | 0 | 0 | 0 | 0 | 0 | 0 |
| D6 | 0 | 0 | 0 | 0 | 0 | 0 |
| D7 | 0 | 0 | 0 | 0 | 0 | 0 |
| D8 | 0 | 0 | 0 | 0 | 0 | 0 |
| D9 | 0 | 0 | 0 | 0 | 0 | 0 |
| D10 | 0 | 0 | 0 | 0 | 0 | 0 |
| D11 | 0 | 0 | 0 | 0 | 0 | 0 |
| D12 | 0 | 0 | 0 | 0 | 0 | 0 |
| D13 | 0 | 0 | 0 | 0 | 0 | 0 |
| D14 | 0 | 0 | 0 | 0 | 0 | 0 |
| D15 | 0 | 0 | 0 | 0 | 0 | 0 |
| D16 | 0 | 0 | 0 | 0 | 0 | 0 |
| D17 | 2143.64 | 235.39 | 0.54 | 0.85 | 0.49 | 0 |
| D18 | 6052.07 | 366.21 | 0.43 | 0.93 | 0.57 | 0 |
| D19 | 4594.77 | 321.56 | 0.5 | 0.89 | 0.56 | 0 |
| D20 | 1848.69 | 285.25 | 0.52 | 0.77 | 0.29 | 0 |
| D21 | 491.87 | 164.12 | 0.57 | 0.79 | 0.23 | 0 |
| D22 | 305.65 | 107.94 | 0.46 | 0.8 | 0.33 | 0 |
| D23 | 602.32 | 160.41 | 0.26 | 0.73 | 0.29 | 0 |
| D24 | 133.79 | 65.9 | 0.39 | 0.74 | 0.39 | 0 |
| D25 | 550.7 | 113.43 | 0.42 | 0.91 | 0.54 | 0 |

| District | Polygon Area (sq. mi) | Perimeter (mi) | Reock | Area/Convex Hull | Polsby Popper | Holes |
|---|---|---|---|---|---|---|
| D26 | 6709.69 | 589.05 | 0.22 | 0.55 | 0.24 | 0 |
| D27 | 341.7 | 96.33 | 0.36 | 0.85 | 0.46 | 0 |
| D28 | 0 | 0 | 0 | 0 | 0 | 0 |