IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 1:24-cv-21983-JB

CUBANOS PA'LANTE, *et al.*,

    *Plaintiffs*,

v.

FLORIDA HOUSE OF
REPRESENTATIVES, *et al.*,

    *Defendants*.

_____/

### JOINT PROPOSED SCHEDULING ORDER

Upon review of the parties' conference report, the Court enters the following scheduling order:

1. **Assignment of case to particular track:** Standard track.
2. **Detailed discovery schedule:**
   a. **Initial disclosures due:** 7/16/24.
   b. **[*Plaintiffs' disclosure of alternative maps that Plaintiffs intend to offer either as evidence or as a proposed remedy (assuming that such disclosure was not required at the pleading stage):* _____.]** [2]
   c. **Plaintiffs' expert disclosures due:** 8/30/24.
   d. **Defendants' expert disclosures due:** _____.
   e. **Plaintiffs' rebuttal expert reports due:** _____.
   f. **Deadline to complete document productions:** 12/31/24. This deadline does not abridge the time periods set forth in Local Rule 26.1(g)(2) or limit the parties' continuing duty to supplement under Rule 26(e).
   g. **Deadline to complete all other discovery:** 2/27/25.
3. **Deadline to join additional parties and amend the pleadings:** _____.
4. **Deadline to file dispositive motions:** 3/31/25.
5. **Deadline to file Rule 26(a)(3) disclosures:** 6/23/25.
6. **Date certain for filing all pretrial motions:** _____.

---

[2] As noted in their Joint Scheduling Report, the parties disagree as to whether a deadline to disclose alternative maps should be imposed.

2

7. **Date certain for resolution of all pretrial motions by the Court:** _____.

8. **Deadline to file pretrial briefs:** 7/28/25.

9. **Date certain for pretrial conference:** _____.

10. **Date certain for trial:** _____.