UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 24-cv-21983-JB

CUBANOS PA'LANTE, *et al.*,

    Plaintiffs,

v.                                                       **THREE-JUDGE COURT**

FLORIDA HOUSE OF REPRESENTATIVES, *et al.*,

    Defendants.

_____/

**ORDER TO SHOW CAUSE**

**THIS CAUSE** is before the Court upon *sua sponte* review of the record. On June 13, 2024, Defendants Florida House of Representatives and Florida Secretary of State each filed a Motion to Dismiss Plaintiffs' Complaint. ECF Nos. [25], [27]. On June 25, 2024, Plaintiffs, in lieu of filing a response to the Motions to Dismiss, filed the First Amended Complaint. ECF No. [31]. *See* FED. R. CIV. P. 15(a)(1)(B) ("A party may amend its pleading once as a matter of course within . . . 21 days after service of a motion under Rule 12(b) . . . ."). Thereafter, Defendant Florida Secretary of State filed a Second Motion to Dismiss, ECF No. [32], and Defendant Florida House of Representatives filed a Motion to Dismiss First Amended Complaint, ECF No. [33]. Given the foregoing, the Court hereby **ORDERS** Defendants, by **July 30, 2024**, to show cause why their respective motions to dismiss the complaint filed on May 23,

2024, ECF Nos. [25], [27], should not be denied as moot.

**DONE AND ORDERED** this 23rd day of July, 2024.

_____
**BRITT C. GRANT**
**UNITED STATES CIRCUIT JUDGE**

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**

_____
**JACQUELINE BECERRA**
**UNITED STATES DISTRICT JUDGE**