## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case No. 1:24-cv-21983-JB

CUBANOS PA'LANTE, *et al.*,

      Plaintiffs,

v.

FLORIDA HOUSE OF REPRESENTATIVES
and CORD BYRD, in his official capacity as
Florida Secretary of State,

      Defendants.

_____/

## DEFENDANTS' MOTION FOR EXTENSION OF TIME
## TO FILE REPLIES IN SUPPORT OF MOTIONS TO DISMISS

      Defendants, the Florida House of Representatives and the Secretary of State, respectfully move for a 14-day extension of time through August 13, 2024, to file their replies in support of their respective motions to dismiss.

      1.      Plaintiffs filed their operative complaint on June 25, 2024. ECF No. 31.

      2.      Defendants filed motions to dismiss on July 9, 2024. ECF Nos. 32 & 33.

      3.      Plaintiffs' responses to the motions to dismiss are due on July 23, 2024. S.D. Fla. L.R. 7.1(c)(1). Defendants' replies are due on July 30, 2024. *Id.*

      4.      Counsel for the Florida House of Representatives is lead counsel to two state agencies in a class action that is scheduled for a weeklong trial from July 29, 2024, to August 2, 2024. *See Chianne D. v. Weida*, No. 3:23-cv-00985 (M.D. Fla.). A two-week extension of

time would accommodate counsel's other client commitments, prevent substantial hardship, and enable the House to present its arguments in a manner that best assists this Court.

5.      Counsel for the Secretary asks for a similar extension. This is to align deadlines for all motions to dismiss so that counsel for the House and Secretary can coordinate to avoid redundant arguments. An extension would also allow counsel for the Secretary to focus on upcoming obligations before two different state trial courts, namely a corporate representative deposition, a motion to dismiss hearing, and a motion to stay hearing.

6.      Defendants seek this extension in good faith and not for the purpose of delay.

7.      A proposed order is attached as Exhibit A.

**WHEREFORE**, the Florida House of Representatives and the Secretary of State respectfully move for a 14-day extension of time through August 13, 2024, to file their replies in support of their respective motions to dismiss.

<u>**CERTIFICATE OF GOOD-FAITH CONFERENCE**</u>

Pursuant to Local Rule 7.1(a)(3)(A), undersigned counsel certify that counsel for the House has conferred on behalf of both Defendants with counsel for Plaintiffs in a good-faith effort to resolve the issues presented in this motion. Plaintiffs do not oppose the House's request for a 14-day extension. Plaintiffs take no position on an extension of the Secretary's reply deadline.

Dated July 23, 2024.

Respectfully submitted,

/s/ *Mohammad O. Jazil*
Mohammad O. Jazil (FBN 72556)
mjazil@holtzmanvogel.com
Michael Beato (FBN 1017715)
mbeato@holtzmanvogel.com
zbennington@holtzmanvogel.com
HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK PLLC
119 S. Monroe St. Suite 500
Tallahassee, FL 32301
(850) 270-5938

Bradley R. McVay (FBN 79034)
brad.mcvay@dos.myflorida.com
Joseph S. Van de Bogart (FBN 84764)
joseph.vandebogart@dos.myflorida.com
Ashley Davis (FBN 48032)
ashley.davis@dos.myflorida.com
FLORIDA DEPARTMENT OF STATE
R.A. Gray Building
500 S. Bronough St.
Tallahassee, FL 32399
(850) 245-6536

*Attorneys for Defendant, Secretary of State*

/s/ *Andy Bardos*
Andy Bardos (FBN 822671)
andy.bardos@gray-robinson.com
GRAYROBINSON, P.A.
301 South Bronough Street, Suite 600
Tallahassee, Florida 32301-1724
Telephone: 850-577-9090

*Attorneys for Defendant, Florida House of Representatives*