# Exhibit A

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 1:24-cv-21983-JB

CUBANOS PA'LANTE, *et al.*,

    Plaintiffs,

                                            **THREE-JUDGE COURT**

v.

FLORIDA HOUSE OF REPRESENTATIVES
and CORD BYRD, in his official capacity as
Florida Secretary of State,

    Defendants.
_____/

**ORDER ON DEFENDANTS' MOTION FOR EXTENSION OF**
**TIME TO FILE REPLIES IN SUPPORT OF MOTIONS TO DISMISS**

    This matter is before the Court on Defendants' Motion for Extension of Time to File Replies in Support of Motions to Dismiss (ECF No. __). Defendants seek a 14-day extension of time through August 13, 2024, to file their replies in support of their motions to dismiss (ECF Nos. 32 & 33). The Court finds that good cause supports the request. The Court therefore **ORDERS** and **ADJUDGES** as follows:

    1.    Defendants' Motion for Extension of Time to File Replies in Support of Motions to Dismiss (ECF No. __) is **GRANTED**.

    2.    Defendants must file their replies in support of their motions to dismiss by August 13, 2024.

**DONE AND ORDERED** this ___ day of _____ 2024.

_____
**BRITT C. GRANT**
**UNITED STATES CIRCUIT JUDGE**

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**

_____
**JACQUELINE BECERRA**
**UNITED STATES DISTRICT JUDGE**