UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:24-cv-21983-Grant-Becerra-Ruiz/Torres

CUBANOS PA'LANTE, ENGAGE MAIMI, INC.,
FIU ACLU CLUB, CINDY POLO, LUIS SORTO,
and GENESIS M. CASTILLA FALCON,

    Plaintiffs,

v.

FLORIDA HOUSE OF REPRESENTATIVES
and CORD BYRD, in his official capacity as
Florida Secretary of State,

    Defendants.
_____/

## NOTICE OF ATTORNEY APPEARANCE

PLEASE TAKE NOTICE that Christopher M. Kise of the law firm CONTINENTAL PLLC gives notice of appearance as counsel of record for Defendant Florida House of Representatives. Mr. Kise requests to be added to the list of persons who receive all CM/ECF Notices in this matter

Dated: July 25, 2024

By: */s/ Christopher M. Kise*
Christopher M. Kise (FBN 855545)
Email: ckise@continentalpllc.com
Secondary Email: chris@ckise.net;
cforjet@continentalpllc.com
CONTINENTAL PLLC
101 N. Monroe Street, Suite 750
Tallahassee, FL 32301
Telephone: (850) 270-2211

*Attorney for Defendant Florida House of Representatives*