UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:24-cv-21983-JB

CUBANOS PA'LANTE, ENGAGE MIAMI, INC.,
FIU ACLU CLUB, CINDY POLO, LUIS SORTO,
and GENESIS M. CASTILLA FALCON,

    Plaintiffs,

v.

FLORIDA HOUSE OF REPRESENTATIVES
and CORD BYRD, in his official capacity as
Florida Secretary of State,

    Defendants.
_____/

**NOTICE OF ATTORNEY APPEARANCE**

    PLEASE TAKE NOTICE that Jesus M. Suarez of the law firm CONTINENTAL PLLC gives notice of appearance as counsel of record for Defendant Florida House of Representatives. Mr. Suarez requests to be added to the list of persons who receive all CM/ECF Notices in this matter.

| | |
|---|---|
| Dated: July 25, 2024 | By: */s/ Jesus M. Suarez* <br> Jesus M. Suarez (FBN 60086) <br> Email: JSuarez@ContinentalPLLC.com <br> CONTINENTAL PLLC <br> 255 Alhambra Circle, Suite 640 <br> Coral Gables, Florida 33134 <br> Telephone: (305) 677-2707 <br><br> *Attorney for Defendant Florida House of Representatives* |