UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:24-cv-21983-JB

CUBANOS PA'LANTE, ENGAGE MIAMI, INC.,
FIU ACLU CLUB, CINDY POLO, LUIS SORTO,
and GENESIS M. CASTILLA FALCON,

    Plaintiffs,

v.

FLORIDA HOUSE OF REPRESENTATIVES
and CORD BYRD, in his official capacity as
Florida Secretary of State,

    Defendants.
_____/

## NOTICE OF ATTORNEY APPEARANCE

PLEASE TAKE NOTICE that Carmen Manrara Cartaya of the law firm CONTINENTAL PLLC gives notice of appearance as counsel of record for Defendant Florida House of Representatives. Ms. Manrara Cartaya requests to be added to the list of persons who receive all CM/ECF Notices in this matter.

Dated: July 25, 2024

By: */s/ Carmen Manrara Cartaya*
Carmen Manrara Cartaya (FBN 73887)
Email: CCartaya@ContinentalPLLC.com
CONTINENTAL PLLC
255 Alhambra Circle, Suite 640
Coral Gables, Florida 33134
Telephone: (305) 921-9856

*Attorney for Defendant Florida House of Representatives*