UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:24-cv-21983-JB

CUBANOS PA'LANTE, ENGAGE MIAMI, INC.,
FIU ACLU CLUB, CINDY POLO, LUIS SORTO,
and GENESIS M. CASTILLA FALCON,

    Plaintiffs,

v.

FLORIDA HOUSE OF REPRESENTATIVES
and CORD BYRD, in his official capacity as
Florida Secretary of State,

    Defendants.
_____/

**NOTICE OF CHANGE OF ADDRESS AND CONTACT INFORMATION**

    PLEASE TAKE NOTICE that Carmen Manrara Cartaya, counsel for the Florida House of Representatives, files this Notice of Change of Address and Contact Information in the above-captioned case. All future filings shall be sent to the following mailing and email addresses:

Carmen Manrara Cartaya
CONTINENTAL PLLC
255 Alhambra Circle
Suite 640
Coral Gables, Florida 33134
Email: CCartaya@ContinentalPLLC.com

Dated: July 25, 2024

By: */s/ Carmen Manrara Cartaya*
Carmen Manrara Cartaya (FBN 73887)
Email: CCartaya@ContinentalPLLC.com
CONTINENTAL PLLC
255 Alhambra Circle, Suite 640
Coral Gables, Florida 33134
Telephone: (305) 921-9856

*Attorney for Defendant Florida House of Representatives*