UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 24-cv-21983-JB

CUBANOS PA'LANTE, *et al.*,

    Plaintiffs,

v.                                          **THREE-JUDGE COURT**

FLORIDA HOUSE OF REPRESENTATIVES, *et al.*,

    Defendants.

_____/

### ORDER DENYING MOTIONS TO DISMISS AS MOOT

**THIS CAUSE** is before the Court upon Defendants' Joint Response to Order to Show Cause. ECF No. [37]. In their Joint Response, Defendants state that their respective motions to dismiss the Complaint, ECF Nos. [25], [27], "should be denied as moot, given the filing of their second motions to dismiss." *Id.*

In light of the foregoing, it is hereby **ORDERED AND ADJUDGED** that Defendant Florida House of Representatives' Motion to Dismiss, ECF No. [25], and Defendant Florida Secretary of State's Motion to Dismiss, ECF No. [27], are **DENIED AS MOOT**.

[INTENTIONALLY LEFT BLANK]

**DONE AND ORDERED** this 25th day of July, 2024.

_____
**BRITT C. GRANT**
**UNITED STATES CIRCUIT JUDGE**

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**

_____
**JACQUELINE BECERRA**
**UNITED STATES DISTRICT JUDGE**