UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 24-cv-21983-JB

CUBANOS PA'LANTE, *et al.*,

    Plaintiffs,

v.    THREE-JUDGE COURT

FLORIDA HOUSE OF REPRESENTATIVES, *et al.*,

    Defendants.
_____/

### ORDER GRANTING MOTION FOR EXTENSION OF TIME

**THIS CAUSE** is before the Court upon Defendants' Motion for Extension of Time to File Replies in Support of Motions to Dismiss. ECF No. [36]. Upon due consideration of the Motion and for good cause shown, it is hereby **ORDERED AND ADJUDGED** that the Motion for Extension of Time, ECF No. [36], is **GRANTED**. Defendants must file their respective replies in support of their Motions to Dismiss **no later than August 13, 2024**.

**DONE AND ORDERED** this 25th day of July, 2024.

_____
BRITT C. GRANT
UNITED STATES CIRCUIT JUDGE

_____
RODOLFO A. RUIZ II
UNITED STATES DISTRICT JUDGE

_____
JACQUELINE BECERRA
UNITED STATES DISTRICT JUDGE

1