IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 1:24-cv-21983-JB

CUBANOS PA'LANTE, *et al.*,

    *Plaintiffs*,

v.

FLORIDA HOUSE OF REPRESENTATIVES, et al.,

    *Defendants*.

_____/

## PLAINTIFFS' NOTICE RE: AMENDMENT TO SCHEDULING REPORT

Plaintiffs file this notice in regard to their proposed amendment (ECF 49) to the Joint Scheduling Report (ECF 34). In the ECF 49 filing, Plaintiffs stated that counsel for the House of Representatives expressed no position on the requests within. To clarify, Plaintiffs emailed counsel for the House on Monday, August 26, 2024, indicating that Plaintiffs intended to file their proposed amendment by the close of business on Tuesday, August 27, 2024, and Plaintiffs did not receive a response before filing. Subsequent to that filing, counsel for the House of Representatives informed Plaintiffs' counsel that they are still formulating their position and will file a notice of their position in due course.

Respectfully submitted August 27, 2024,

 */s/ Caroline A. McNamara*

| | |
|---|---|
| Nicholas L.V. Warren (FBN 1019018) | Jorge L. Vasquez, Jr.* |
| **ACLU Foundation of Florida. Inc.** | Esperanza Segarra (FBN 527211) |
| 1809 Art Museum Drive, Suite 203 | **Vasquez Segarra LLP** |
| Jacksonville, FL 32207 | 5 West 37th Street, Suite 6003 |
| (786) 363-1769 | New York, NY 10018 |
| nwarren@aclufl.org | (212) 752-8459 |
| | jorge@vsllplaw.com |
| | esperanza@vsllplaw.com |
| Daniel B. Tilley (FBN 102882) | |
| Caroline A. McNamara (FBN 1038312) | |
| **ACLU Foundation of Florida, Inc.** | Brian P. Quinn* |
| 4343 West Flagler Street, Suite 400 | Patrick J. Jones* |
| Miami, FL 33134 | Emily Murphy* |
| (786) 363-2714 | Gabrielle S. Jackson* |

dtilley@aclufl.org
cmcnamara@aclufl.org

Andrew Frackman*
**O'Melveny & Myers LLP**
1301 Avenue of the Americas
17th Floor
New York, NY 10019
(212) 326-2000
afrackman@omm.com

**O'Melveny & Myers LLP**
1625 Eye Street NW
Washington, DC 20006
(202) 383-5300
bquinn@omm.com
pjones@omm.com
emurphy@omm.com
gjackson@omm.com

*Admitted pro hac vice*

*Counsel for Plaintiffs*