# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

**Case No. 1:24-cv-21983-JB**

CUBANOS PA'LANTE, *et al.*,

    Plaintiffs,

v.

FLORIDA HOUSE OF REPRESENTATIVES
and CORD BYRD, in his official capacity as
Florida Secretary of State,

    Defendants.
_____/

## DEFENDANT FLORIDA HOUSE OF REPRESENTATIVES' RESPONSE TO PLAINTIFFS' AMENDMENT TO SCHEDULING REPORT

Defendant, the Florida House of Representatives, respectfully responds to Plaintiffs' Amendment to Scheduling Report (ECF No. 49) (the "Amendment").

The House does not oppose the one-week extension of expert-disclosure deadlines proposed in the second paragraph of the Amendment. It does, however, oppose a two-week extension—without any stated justification—of the agreed-upon September 13, 2024 deadline to add parties and amend the pleadings. A two-week postponement of the deadline to add parties and amend the pleadings would unduly abridge the time available to the House's experts to review and analyze the claims and allegations in any amended pleading that Plaintiffs might file. It would therefore prejudice the House—especially if Plaintiffs' proposed amended complaint challenges congressional and Florida House districts in South Florida that are not challenged in their current pleading. *See* ECF No. 34 at 2 ("Plaintiffs will

not expand the claims beyond challenges to congressional and Florida House districts in South Florida as racial gerrymanders under the Fourteenth Amendment.").

Further, as in the Joint Scheduling Report, the House requests that the Court establish a deadline for Plaintiffs to disclose alternative maps that Plaintiffs intend to offer either as evidence or as a proposed remedy. *See* ECF No. 34 at 3–4. To allow the House's experts sufficient time to review and analyze Plaintiffs' alternative maps, the House requests that the Court establish a deadline that is no later than Plaintiffs' extended deadline to serve their initial expert disclosures (*i.e.*, September 6, 2024).

Dated August 28, 2024.                                    Respectfully submitted,

Christopher M. Kise (FBN 855545)  
ckise@continentalpllc.com  
CONTINENTAL PLLC  
101 North Monroe Street, Suite 750  
Tallahassee, Florida 32301  
Telephone: 850-270-2211  

Jesus M. Suarez (FBN 60086)  
jsuarez@continentalpllc.com  
Carmen Manrara Cartaya (FBN 73887)  
ccartaya@continentalpllc.com  
CONTINENTAL PLLC  
255 Alhambra Circle, Suite 640  
Coral Gables, Florida 33134  
Telephone: 305-677-2707  

/s/ *Andy Bardos*  
Andy Bardos (FBN 822671)  
andy.bardos@gray-robinson.com  
GRAYROBINSON, P.A.  
301 South Bronough Street, Suite 600  
Tallahassee, Florida 32301-1724  
Telephone: 850-577-9090  

*Attorneys for Defendant, Florida House of Representatives*