UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 24-cv-21983-JB

CUBANOS PA'LANTE, *et al.*,

    Plaintiffs,

v.                                                             **THREE-JUDGE COURT**

FLORIDA HOUSE OF REPRESENTATIVES, *et al.*,

    Defendants.
_____/

## ORDER SETTING ORAL ARGUMENT

**THIS CAUSE** is before the Court upon Defendant Florida Secretary of State's Second Motion to Dismiss, ECF No. [32], and Defendant Florida House of Representatives' Motion to Dismiss Plaintiffs' First Amended Complaint, ECF No. [33], (together, the "Motions"). The Court will hear oral argument on the Motions on **October 7, 2024 at 2:00 p.m.** at the James Lawrence King Federal Justice Building, 12th Floor Courtroom, 99 N.E. 4th Street, Miami, Florida 33132.

**DONE AND ORDERED** this 28th day of August, 2024.

                                              **BRITT C. GRANT**
                                              **UNITED STATES CIRCUIT JUDGE**

                                              **RODOLFO A. RUIZ II**
                                              **UNITED STATES DISTRICT JUDGE**

                                              **JACQUELINE BECERRA**
                                              **UNITED STATES DISTRICT JUDGE**