IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 1:24-cv-21983-JB

CUBANOS PA'LANTE, *et al.*,

    *Plaintiffs*,

v.

FLORIDA HOUSE OF REPRESENTATIVES, et al.,

    *Defendants*.

_____/

### PLAINTIFFS' REPLY IN SUPPORT OF MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT

Plaintiffs waive a reply in support of their Motion for Leave (ECF No. 53).

Respectfully submitted September 25, 2024,

/s/ Nicholas L.V. Warren

| | |
|---|---|
| Nicholas L.V. Warren (FBN 1019018) **ACLU Foundation of Florida. Inc.** 1809 Art Museum Drive, Suite 203 Jacksonville, FL 32207 (786) 363-1769 nwarren@aclufl.org | Jorge L. Vasquez, Jr.* Esperanza Segarra (FBN 527211) **Vasquez Segarra LLP** 5 West 37th Street, Suite 6003 New York, NY 10018 (212) 752-8459 jorge@vsllplaw.com esperanza@vsllplaw.com |
| Daniel B. Tilley (FBN 102882) Caroline A. McNamara (FBN 1038312) **ACLU Foundation of Florida, Inc.** 4343 West Flagler Street, Suite 400 Miami, FL 33134 (786) 363-2714 dtilley@aclufl.org cmcnamara@aclufl.org | Brian P. Quinn* Patrick J. Jones* Emily Murphy* Gabrielle S. Jackson* **O'Melveny & Myers LLP** 1625 Eye Street NW Washington, DC 20006 (202) 383-5300 bquinn@omm.com pjones@omm.com emurphy@omm.com gjackson@omm.com |
| Andrew Frackman* **O'Melveny & Myers LLP** 1301 Avenue of the Americas 17th Floor New York, NY 10019 (212) 326-2000 afrackman@omm.com | *Admitted pro hac vice |

*Counsel for Plaintiffs*

1