UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 24-cv-21983-JB

CUBANOS PA'LANTE, *et al.*,

    Plaintiffs,

v.                                                                                  **THREE-JUDGE COURT**

FLORIDA HOUSE OF REPRESENTATIVES, *et al.*,

    Defendants.
_____/

### ORDER GRANTING LEAVE TO AMEND, SETTING BRIEFING SCHEDULE, AND RESETTING ORAL ARGUMENT

**THIS CAUSE** is before the Court upon Plaintiffs' Motion for Leave to File Second Amended Complaint ("Motion"). ECF No. [53]. Having carefully considered the Motion and Defendants' Joint Response in Opposition, ECF No. [55], it is hereby

**ORDERED AND ADJUDGED** that the Motion is **GRANTED** as follows:

1. Plaintiffs shall file their Second Amended Complaint, attached as Exhibit 1 to their Motion, ECF No. [53-1], on or before **September 27, 2024**.

2. The parties shall adhere to the following briefing schedule:

    **October 7, 2024**. Defendants shall file separate answers or any Motions to Dismiss the Second Amended Complaint.

    **October 14, 2024**. Plaintiffs shall respond to any Motions to Dismiss.

    **October 21, 2024**. Defendants shall file replies in support of any Motions to Dismiss.

3. The Oral Argument currently scheduled for October 7, 2024, ECF No. [52], is hereby **CANCELLED**. Oral Argument on any Motions to Dismiss the Second

1

Amended Complaint will be set for **November 19, 2024 at 2:00 p.m.** at the James Lawrence King Federal Justice Building, 12th Floor Courtroom, 99 N.E. 4th Street, Miami, Florida 33132.

    4.    Plaintiffs are advised that no further amendments will be permitted absent exceptional circumstances.

    **DONE AND ORDERED** this 26th day of September, 2024.

**BRITT C. GRANT**
**UNITED STATES CIRCUIT JUDGE**

**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**

**JACQUELINE BECERRA**
**UNITED STATES DISTRICT JUDGE**