IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 1:24-cv-21983-JB

CUBANOS PA'LANTE, *et al.*,

    *Plaintiffs*,

v.

FLORIDA HOUSE OF REPRESENTATIVES, et al.,

    *Defendants*.

_____/

## **PLAINTIFFS' UNOPPOSED MOTION FOR WITHDRAWAL OF COUNSEL**

Pursuant to Local Rule 11.1(d)(3)(A), Plaintiffs move to withdraw attorney Esperanza Segarra from this case as counsel for Plaintiffs. As grounds therefore, Plaintiffs state:

1. Ms. Segarra's firm, Vasquez Segarra LLP, is reorganizing and she will therefore be leaving her employment with the firm.
2. Each Plaintiff has received notice Ms. Segarra's intent to withdraw.
3. Defendants do not oppose Ms. Segarra's withdrawal.
4. The remaining co-counsel of record will continue to represent Plaintiffs in this case.

WHEREFORE, Plaintiffs respectfully request that this Court grant Esperanza Segarra leave to withdraw.

## **LOCAL RULE 7.1(a)(3) CERTIFICATE OF CONFERRAL**

Plaintiffs' counsel conferred with the counsel for Defendants, who do not oppose this motion.

Respectfully submitted October 9, 2024,

/s/ *Nicholas L.V. Warren*

| | |
|---|---|
| Nicholas L.V. Warren (FBN 1019018) | Jorge L. Vasquez, Jr.* |
| **ACLU Foundation of Florida. Inc.** | Esperanza Segarra (FBN 527211) |
| 1809 Art Museum Drive, Suite 203 | **Vasquez Segarra LLP** |
| Jacksonville, FL 32207 | 5 West 37th Street, Suite 6003 |
| (786) 363-1769 | New York, NY 10018 |
| nwarren@aclufl.org | (212) 752-8459 |
| | jorge@vsllplaw.com |
| Daniel B. Tilley (FBN 102882) | esperanza@vsllplaw.com |

1

Caroline A. McNamara (FBN 1038312)
**ACLU Foundation of Florida, Inc.**
4343 West Flagler Street, Suite 400
Miami, FL 33134
(786) 363-2714
dtilley@aclufl.org
cmcnamara@aclufl.org

Andrew Frackman*
**O'Melveny & Myers LLP**
1301 Avenue of the Americas
17th Floor
New York, NY 10019
(212) 326-2000
afrackman@omm.com

Brian P. Quinn*
Patrick J. Jones*
Emily Murphy*
Gabrielle S. Jackson*
**O'Melveny & Myers LLP**
1625 Eye Street NW
Washington, DC 20006
(202) 383-5300
bquinn@omm.com
pjones@omm.com
emurphy@omm.com
gjackson@omm.com

**Admitted pro hac vice*

*Counsel for Plaintiffs*