UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 24-cv-21983-JB

CUBANOS PA'LANTE, *et al.*,

    Plaintiffs,

v.                                                     **THREE-JUDGE COURT**

FLORIDA HOUSE OF REPRESENTATIVES, *et al.*,

    Defendants.

_____/

### ORDER GRANTING MOTION TO WITHDRAW

**THIS CAUSE** came before the Court on Plaintiffs' Unopposed Motion to Withdraw as Counsel. ECF No. [61]. Upon due consideration of the Motion, the record, and the relevant authorities, it is hereby **ORDERED AND ADJUDGED** that the Motion to Withdraw, ECF No. [61], is **GRANTED**. Esperanza Segarra, Esq. is terminated as counsel of record for Plaintiffs and is relieved of all further responsibility in this action. Plaintiffs will continue to be represented by other counsel of record.

[INTENTIONALLY LEFT BLANK]

1

**DONE AND ORDERED** this 9th day of October, 2024.

_____
**BRITT C. GRANT**
**UNITED STATES CIRCUIT JUDGE**

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**

_____
**JACQUELINE BECERRA**
**UNITED STATES DISTRICT JUDGE**