# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

**Case No. 1:24-cv-21983-JB**

CUBANOS PA'LANTE, *et al.*,

    Plaintiffs,

v.

FLORIDA HOUSE OF REPRESENTATIVES
and CORD BYRD, in his official capacity as
Florida Secretary of State,

    Defendants.

_____/

## NOTICE OF CHANGE OF MAILING ADDRESS

Pursuant to Local Rule 11.1(g), the undersigned attorney for Defendant, the Florida House of Representatives, files this Notice of Change of Mailing Address and requests that copies of all future pleadings, papers, and communications be directed to the following address:

    Andy Bardos
    GRAYROBINSON, P.A.
    301 South Bronough Street, Suite 600
    Tallahassee, Florida 32301-1724
    Telephone: 850-577-9090
    Facsimile: 850-577-3311
    andy.bardos@gray-robinson.com

Dated October 10, 2024.                    Respectfully submitted,

                                           /s/ *Andy Bardos*
                                           Andy Bardos (FBN 822671)
                                           andy.bardos@gray-robinson.com
                                           GRAYROBINSON, P.A.
                                           301 South Bronough Street, Suite 600
                                           Tallahassee, Florida 32301-1724
                                           Telephone: 850-577-9090
                                           *Attorneys for Defendant, Florida House of Representatives*