IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 1:24-cv-21983-JB

CUBANOS PA'LANTE, *et al.*,

    *Plaintiffs*,

v.

FLORIDA HOUSE OF REPRESENTATIVES, et al.,

    *Defendants*.

_____/

### ATTORNEY NICHOLAS WARREN'S NOTICE OF CURRENT ADDRESS

Pursuant to Local Rule 11.1(g), attorney Nicholas L.V. Warren gives notice that his mailing address has changed. His current mailing address is:

ACLU Foundation of Florida, Inc.
4343 West Flagler Street, Suite 400
Miami, FL 33134

His other contact information remains the same.

Respectfully submitted October 17, 2024,

/s/ *Nicholas L.V. Warren*

Nicholas L.V. Warren (FBN 1019018)
**ACLU Foundation of Florida, Inc.**
4343 West Flagler Street, Suite 400
Miami, FL 33134
(786) 363-1769
nwarren@aclufl.org

*Counsel for Plaintiffs*