**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 24-cv-21983-JB**

**CUBANOS PA'LANTE**, *et al.*,

    Plaintiffs,

v.                                                                                    **THREE-JUDGE COURT**

**FLORIDA HOUSE OF REPRESENTATIVES**, *et al.*,

    Defendants.
_____/

**ORDER**

    **THIS CAUSE** comes before the Court upon *sua sponte* review of the record. The parties are advised that oral argument on the Motions to Dismiss the Second Amended Complaint currently set for November 19, 2024, at 2:00 PM, see ECF No. [57], will now be held at the **Wilkie D. Ferguson, Jr. Federal Courthouse, Courtroom 13-3, 400 N. Miami Ave., Miami, FL 33128**.

    Further, at oral argument, the parties shall be prepared to address whether Defendant Florida House of Representatives is a proper party to this suit and can provide redress for Plaintiffs' claims.

**DONE AND ORDERED** this 13th day of November, 2024.

_____
**BRITT C. GRANT**
**UNITED STATES CIRCUIT JUDGE**

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**

_____
**JACQUELINE BECERRA**
**UNITED STATES DISTRICT JUDGE**