IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 1:24-cv-21983-JB

CUBANOS PA'LANTE, *et al.*,

    *Plaintiffs*,

v.

FLORIDA HOUSE OF REPRESENTATIVES, *et al.*,

    *Defendants*.

_____/

## PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO FLORIDA HOUSE'S MOTION TO COMPEL

Plaintiffs respectfully request an 11-day extension of time to January 17, 2025 to file their response in opposition to the Florida House of Representative's Motion to Compel Discovery from Cubanos Pa'lante (ECF No. 77).

1. The House filed its Motion to Compel on December 23, 2024.

2. Plaintiffs' response is due on January 6, 2025. *See* L.R. 7.1(c)(1).

3. Plaintiffs seek this extension of time to accommodate the holiday period, when many of Plaintiffs' counsel are out of the office and when Plaintiffs are more difficult to reach. The extension will afford Plaintiffs' counsel sufficient time to adequately confer with their clients and draft a response.

4. Defendants the House and Secretary of State do not oppose the requested relief, which Plaintiffs seek in good faith and not for purposes of delay.

**WHEREFORE**, Plaintiffs respectfully request an 11-day extension of time to January 17, 2025 to file their response to the House's Motion to Compel.

## LOCAL RULE 7.1(a)(3) CERTIFICATE OF CONFERRAL

Plaintiffs' counsel conferred with the counsel for Defendants, who do not oppose the requested relief.

Respectfully submitted December 27, 2024,

                                              /s/ *Nicholas L.V. Warren*

| | |
|---|---|
| Nicholas L.V. Warren (FBN 1019018) | Jorge L. Vasquez, Jr.* |
| Daniel B. Tilley (FBN 102882) | **Vasquez Attorneys at Law, PC** |
| Caroline A. McNamara (FBN 1038312) | 141 Parkway Road, Suite 14 |
| **ACLU Foundation of Florida, Inc.** | Bronxville, NY 10708 |
| 4343 West Flagler Street, Suite 400 | (212) 752-8408 |
| Miami, FL 33134 | jorge@vasquezpc.com |
| (786) 363-1769 | |
| nwarren@aclufl.org | Brian P. Quinn* |
| dtilley@aclufl.org | Patrick J. Jones* |
| cmcnamara@aclufl.org | Emily Murphy* |
| | Gabrielle S. Jackson* |
| Andrew Frackman* | **O'Melveny & Myers LLP** |
| **O'Melveny & Myers LLP** | 1625 Eye Street NW |
| 1301 Avenue of the Americas | Washington, DC 20006 |
| 17th Floor | (202) 383-5300 |
| New York, NY 10019 | bquinn@omm.com |
| (212) 326-2000 | pjones@omm.com |
| afrackman@omm.com | emurphy@omm.com |
| | gjackson@omm.com |

*\*Admitted pro hac vice*

                                       *Counsel for Plaintiffs*