

O'Melveny & Myers LLP
1625 Eye St. NW
Washington, DC
20006

T: 202-383-5300
F: 202-383-5414
omm.com

October 8, 2024

**Patrick Jones**
D: 202-383-5268
pjones@omm.com

Andy,

I write to memorialize the agreements made between Plaintiffs and Defendant Florida House of Representatives during our August 22, 2024 Meet and Confer regarding the House's response to the Plaintiffs' first set of RFPs.

First, per our discussion, below is Plaintiffs' proposed custodian list with committee staff, committee chairs and vice chairs, and the Speaker's office. Second, Plaintiffs agree to narrow the scope of RFPs 1, 2, 3, 4, 7, 8, 9, and 10, by limiting the term "related to" to "including an analysis or discussion of." The House committed to withdrawing their legislative-privilege assertion, should we resolve these objections, so long as a waiver for RFPs 2, 3, 4, 8, 9, and 10 is not seen as a blanket waiver. Plaintiffs do not agree to a partial waiver of legislative privilege on certain documents, without more information about remaining documents, or portions of documents, over which legislative privilege is asserted. To that end, Plaintiffs defer to the Magistrate Judge's standing order with respect to objections based on privilege. Additionally, the House requested that Plaintiffs limit the scope of RFPs 2, 3, 8, and 9 to Miami-Dade districts, and Plaintiffs declined that request, explaining that whether the House consistently or inconsistently applied redistricting criteria in different areas of the state would be relevant to Plaintiffs' claims.

Please confirm this is your understanding of the commitments made during the M&C.

Custodians for RFPs:

1. Tom Leek, Redistricting Committee Chair
2. Randy Fine, Redistricting Committee Vice Chair
3. Tyler Sirois, Congressional Redistricting Subcommittee Chair
4. Kaylee Tuck, Congressional Redistricting Subcommittee Vice Chair
5. Cord Byrd, Legislative Redistricting Subcommittee Chair
6. Will Robinson, Legislative Redistricting Subcommittee Vice Chair
7. Leda Kelly, Committee Staff
8. Jason Poreda, Committee Staff
9. Kyle Langan, Committee Staff
10. Mat Bahl, Chief of Staff
11. Chris Sprowls, Speaker

Sincerely,

/s/ Patrick Jones

Patrick Jones
O'MELVENY & MYERS LLP
1625 Eye St. NW
Washington, DC 20006
Telephone: 202-383-5300
Facsimile: 202-383-5414
E-mail: pjones@omm.com

*Counsel for Plaintiffs*