

Carmen Manrara Cartaya
Ccartaya@ContinentalPLLC.com
255 Alhambra Circle, Suite 640
Coral Gables, Florida 33134
Writer's Direct: 305-921-9856

October 17, 2024

Patrick Jones                                         **VIA EMAIL**
O'Melveny & Myers LLP
1625 Eye Street NW
Washington, D.C. 20006
pjones@omm.com

> Re: *Cubanos Pa'lante, et al., v. Florida House of Representatives, et al.*,
> Case No.: 1:24-cv-21983

Dear Patrick:

We are in receipt of your letter dated October 8, 2024 regarding our conferral over our discovery responses. Your letter is incorrect to the extent it references an "agreement." During our conferral on August 22, 2024, we discussed several issues—all that remained outstanding. In fact, as part of the conferral, you agreed to narrow your requests and share your proposed revised discovery for our review and consideration.

Since our conferral on August 22nd, however, you did not address any of our discovery responses or any of the outstanding issues discussed in our conferral. You delayed from August 22nd until October 8th to address our discovery responses, and as such, you have waived any right to challenge our discovery responses and objections.

Under the Southern District of Florida Local Rules, any discovery disputes must be raised with the Court within *twenty-eight days* from when discovery responses and objections are served. *See* S.D. Fla. L.R. 26.1(g)(2)(A)(i) (requiring a party to submit to the Court a "discovery dispute relating to a written response or objection to a discovery request . . . within twenty-eight (28) days of service of the written response or objection"). We served our discovery responses and objections on August 9, 2024, and therefore your deadline to seek relief from the Court was September 6th. Chief Magistrate Judge Torres' Standing Order Setting Discovery Procedures also requires discovery disputes to be presented to the Court by this deadline, and advises that the deadline will be "strictly" enforced. *See* https://www.flsd.uscourts.gov/content/chief-magistrate-judge-edwin-g-torres. Notably, at no point did you seek an extension from the Court or confer with the House to secure even the limited, seven-day extension that the rules allow by written stipulation of the parties. *See* S.D. Fla. L.R. 26.1(g)(2)(C). Instead, there was no action, dialogue, or effort by you to confer for forty-seven days after our August 22nd conferral.

CONTINENTAL PLLC
Miami – Tallahassee – Washington D.C.

      Because you abandoned any efforts to confer, and never sought more time from us or from the Court, any challenges to our discovery responses and objections are waived. Our discovery responses and objections served on August 9, 2024, therefore, remain unchanged.

      Sincerely,

      */s/ **Carmen Manrara Cartaya***