**Florida House Session**
**February 1, 2022**

Transcript of excerpt of video recording available at:
https://thefloridachannel.org/videos/2-1-22-house-session/

**Florida House Session - Feb. 1, 2022**

1    The Speaker: Read the first amendment.

2    Clerk: Representative Leek offered the following amendment with title amendment,

3    barcode 503145, between lines 67 and 68 insert an amendment.

4    The Speaker: Chairman Leek, you're recognized to explain the amendment and then

5    recognize the individual members that you'd like to begin with to start the conversation about the

6    map. You're recognized.

7    Tom Leek: Thank you Mr. Speaker. Members, the Florida Legislature has a

8    constitutional responsibility once every ten years following the decennial census to redistrict our

9    state. A decade ago, the Florida House maps were deemed valid and constitutional by the Florida

10   Supreme Court, and I'd like to read a quote from the 2012 ruling. A review of the House plan

11   and the record reveals that the House engaged in a consistent and reasoned approach, balancing

12   the Tier Two standards by endeavoring to make districts compact in as nearly equal in

13   population as possible and utilizing political and geographical boundaries where feasible by

14   endeavoring to keep counties and cities together where possible. In addition, the House

15   approached the minority voting protection provision by properly undertaking a functional

16   analysis of voting strength of minority districts.

17   The Redistricting Committee and its subcommittees have undertaken several months of

18   education in order to understand the redistricting process and uphold the high bar that was set for

19   this chamber last decade. Last week the full redistricting committee passed CS HJR 7501 that

20   proposed State House districts that will be used in election cycles starting in 2022. This map has

21   been drafted with the advice of legal counsel based on data from the 2020 census and elections

22   data from the Florida Department of State to be in alignment with the Florida Constitution, state

23   and federal law, as well as court precedent. This map can also be found on

6

## Florida House Session - Feb. 1, 2022

1   FloridaRedistricting.gov under the plan name H000H8013.

2      Members, I want to make sure each of you has a map packet in front of you. This

3   contains a printout of the proposed map itself, functional analysis data, the statewide statistics.

4   Additionally, the bill text for the SJR and amendment is over 430 pages. We provided a copy for

5   the entire chamber and it can be found here in front of the chamber. For today, our goal is to

6   answer all member questions. For those who have detailed technical questions, we have one of

7   our redistricting analysts set up in the bubble with our map drawing application to assist in

8   answering those specific questions.

9      Before we dive into each region of the state, let's look at the map as a whole. When

10  compared to the benchmark State House map, the new proposed State House districts have

11  several points of improvement throughout our Tier Two standards. When looking at a statewide

12  average of each district's compactness scores, we have been able to improve all three

13  mathematical measurements of compactness. The Reock score improved from .43 to .45. The

14  Convex Hull score improved from .80 to .82. The Polsby-Popper score improved from .43 to .45.

15  Where feasible, we also worked to improve visual compactness of districts or the eyeball test,

16  such as no longer having a district that stretches from Miami-Dade County to Collier County, or

17  a district that splits four counties in the Tampa Bay region. When looking at the number of

18  counties split, we've kept similar to the benchmark map with 30 counties split last decade and

19  only 31 counties split this decade. The ideal population for this decade's State House district is

20  179,485 people. Our overall deviation range is from 4.75%, which is well within the acceptable

21  legal level of population deviation. Although this deviation increases slightly from last decade's

22  range of 3.97%, we are proudly able to vastly improve the number of cities split in our proposed

23  map. In the benchmark map, there were 101 cities split, which is almost 25% of Florida's

**Florida House Session - Feb. 1, 2022**

1   incorporated cities. And in the proposed map before you today, we've been able to decrease that

2   to 53 cities split, a near 50% improvement.

3        Our proposed State House districts are also drawn in compliance with Tier One of the

4   Florida Constitution. The proposed map is inclusive of 18 protected Black districts, seven of

5   which are majority-minority districts, and 12 protected Hispanic districts, all of which are

6   majority-minority districts. This is the same number of protected districts as are found in the

7   benchmark map. In each district, the minority group's voting-age population are similar when

8   compared to benchmark districts, with slight increases or decreases as permitted by the Florida

9   Supreme Court precedent, which states, slight changes in a minority group's voting-age

10  population are acceptable so long as a functional analysis is conducted to ensure the voting

11  strength of the minority group in both general and primary election is at the comparable level

12  that existed in the benchmark district. These districts are also drawn in a consistent manner with

13  respect to the Florida Supreme Court precedent, and to maintain existing majority-minority

14  districts. All 30 of these protected minority districts have had an individual functional analysis

15  conducted on them to ensure the new district configurations do not deny or abridge the equal

16  opportunity of racial or language minorities to participate in the political process or to diminish

17  their ability to elect representatives of their choice. As we move throughout the map, these

18  districts will be highlighted as well.

19       All of our districts consist of contiguous territory and as I'm sure you're aware, the

20  committee has also implemented safeguards in order to ensure that we do not draw districts with

21  the intent to favor or disfavor a political party or an incumbent. Now that we've looked at the

22  statewide overview, let's begin to review each region of the State. Mr. Speaker I ask that you

23  recognize Chairman Cord Byrd.