# Florida House Session
# February 2, 2022

Transcript of excerpt of video recording available at:
https://thefloridachannel.org/videos/2-2-22-house-session/

## Florida House Session - Feb. 2, 2022

1  Michael Grant: Thank you, Mr. Speaker. I yield time to Representative Tuck.

2  The Speaker: Representative Tuck, you're recognized.

3  Kaylee Tuck: Thank you, Mr. Speaker. Members, I want to take a minute to discuss the
4  population deviations we see before us on this map, and the consistent methodology that has
5  been applied to every district throughout the state in order to reach the result we are considering
6  today. When maps were created last decade, the House balanced the population deviations with
7  other Tier Two standards of compactness and following existing political and geographical
8  boundaries in order to create the prior maps we used as the benchmark plan. Balancing these Tier
9  Two standards was the rationale for establishing the overall population deviation for the
10 benchmark plan. It is important to recognize that the Florida Supreme Court specifically
11 endorsed this methodology. Similar to the Supreme Court's endorsement of this methodology,
12 courts throughout the country have held that legislative redistricting plans have an overall
13 population deviation of 10%, which is considered acceptable and legally compliant. Members,
14 we should all be proud that our maps go above and beyond, despite an acceptable overall
15 population deviation of 10%, the map before us today has an overall population deviation of only
16 4.75%, with District 6 being at the low end at –2.38% and District 4 on the high at +2.37%. Even
17 with going above and beyond the population range for this map, we're still able to balance the
18 additional Tier Two standards. For example, District 6, we were able to keep Bay County whole
19 and in District 4, we were able to keep the city of Crestview whole. This concept is indicative of
20 the consistent methodology and reasoned approach of applying the constitutional standards
21 throughout the map. When it comes to the population deviation and the methodology used in this
22 map, we can rest assured that our methodology has been blessed by the Florida Supreme Court
23 and consistently applied across the state. As a result, we have before us a constitutionally

## Florida House Session - Feb. 2, 2022

The Speaker: Representative Clemons from Representative Grant's desk, you are recognized.

Charles Clemons: Thank you Mr. Speaker. That is contagious and we will yield back the balance of our time as well.

The Speaker: Members, that concludes debate. Representative Leek, you are recognized to close.

Tom Leek: Thank you Mr. Speaker. Members, I don't frequently give closings on bills that I have, but as has been stated here, this is the most important thing that we do. It's important that we engage, it's important that we discharge our constitutional responsibility to engage in the redistricting process. I've had the opportunity to reflect on some of the discussion yesterday and there were a couple of things that I wanted to point out. These maps and our process used a consistent methodology, just like we did a decade ago, applied across the entire map. We observed and protected Tier One above all else. We balanced the co-equal criteria of Tier Two, whether it was keeping counties whole or cities whole, improving mathematical and visual compactness. Using roadways, waterways, railways, all to find equal population.

It's been asked several times, who drew the map? Let me introduce you, I have been asked that question from the beginning of this process, it seems like I've answered it a hundred times. Ms. Kelly, Mr. Poreda, and Mr. Langan drew the map, and so did you. Through our normal legislative committee process, so did you. I think the real question you wanted to ask but you didn't ask was, were there any outside or political operatives who engaged in the drawing of these maps? And the answer is an emphatic no.

I want you to think for a minute about our redistricting process, because this is not your father's redistricting process. This is not the same process we had ten years ago, twenty years