Page 1

```
_____
Common Cause, et al.            )
                                )
v.                              )  4:22-cv-109
                                )
Cord Byrd                       )
_____)
```

TRANSCRIPTION OF VIDEO RECORDING

HOUSE CONGRESSIONAL REDISTRICTING SUBCOMMITTEE

FEBRUARY 18, 2022

DIGITAL EVIDENCE GROUP

1730 M Street, NW, Suite 812

Washington, D.C. 20036

(202) 232-0646

HT_0004872
CUBANOS-0000004746

Page 7

1    over to Vice-Chair Tuck.

2              VICE-CHAIR TUCK:  Thank you, Mr. Chair.

3              Members, up for consideration today is PCB

4    CRS22-01, establishing the congressional districts

5    of the state.  As a reminder we are holding

6    questions until the end of the PCB presentation to

7    ensure we have time to get through an explanation of

8    the entire state and no one region is rushed.

9              Chair Sirois, you're recognised to present

10   the PCB.

11             CHAIRMAN SIROIS:  Thank you, Vice-Chair

12   Tuck.

13             The Florida Legislature is directed to

14   redistrict every ten years, following the decennial

15   census, to account for growing and shifting

16   population across Florida.  A decade ago, the

17   Florida Houses process and methodology for drawing

18   maps was lauded by the Florida Supreme Court, and

19   I'd like to read a quote from the 2012 ruling.

20             "A review of the House plan, and the record

21   reveals that the House engage in a consistent and

22   reasoned approach, balancing the two tier standards

23   by endeavouring to make districts compact and as

24   nearly equal in population as possible in utilising

25   political and geographical boundaries where feasible

HT_0004878
CUBANOS-0000004752

Page 8

1   by endeavouring to keep counties and cities together

2   where possible.  In addition, the House approached

3   the minority voting protection provisions by

4   properly undertaking a functional analysis of voting

5   strength in minority districts."

6           As I mentioned earlier, this Committee has

7   undertaken several months of education in order to

8   understand the redistricting process and uphold the

9   high bar that was set for this chamber last decade.

10  Last week we released Proposed Committee Bill CRS22-

11  01, which proposes congressional districts that will

12  be used in election cycles starting in 2022.  As I

13  mentioned earlier this map, H000C8011, has been

14  drafted exclusively by Committee staff with the

15  advice of legal counsel based on data from the 2020

16  census, and to be in alignment with the Florida

17  constitution, state, and federal law, as well as

18  court president.

19          Members, I want to make sure that each of

20  you has a packet in front of you.  This contains a

21  printout of the proposed map itself, the state-wide

22  snapshot of statistics, the functional analysis data

23  used for protected minority districts, a list of

24  county shares of population, a list of city splits,

25  and finally the boundary analysis report.  These

HT_0004879
CUBANOS-0000004753

Page 9

1    items will be referenced throughout the presentation

2    today, so please feel free to refer to your packet

3    as needed.  This packet is also available under our

4    Subcommittee's webpage on myfloridahouse.gov.

5          Now, let's dive in, Members.  Excuse me.

6    Let's first take a look at the map as a whole.  When

7    compared to the benchmark congressional map, the new

8    proposed Congressional Districts have several points

9    of improvement throughout our Tier 2 standards.

10         When looking at a state-wide average of

11    each district's compactness score, we have been able

12    to recreate compact districts similar to our

13    benchmark metrics, even after the addition of a new

14    congressional district.  The proposed map state-wide

15    average compactness scores are a Reock score of

16    0.43, a Convex Hull score of 0.79, and a Polsby-

17    Popper score of 0.37.  Where feasible, we also work

18    to improve visual compactness of districts, or the

19    eyeball test, such as being able to keep Polk County

20    wholly within a single congressional district.

21         When looking at the number of county

22    splits, we've kept similar to the benchmark map with

23    18 counties split last decade and only 20 counties

24    split this decade.  The ideal population for this

25    decade's congressional districts after adding a

HT_0004880
CUBANOS-0000004754

Page 10

1    district to go from 27 districts to 28 is 769,211

2    people.  The overall deviation range is the same as

3    it was last decade with 27 districts being the exact

4    ideal population and one district having a single

5    person less than the ideal population.  We are also

6    proudly able to improve the number of city splits in

7    our proposed map.  In the benchmark map, there were

8    39 cities split, and in the proposed new

9    configurations, we've been able to decrease that to

10   just 27 cities split.

11           This proposed congressional map also allows

12   a district to be placed wholly within each of

13   Florida's top five largest counties:  Miami-Dade,

14   Broward, Palm Beach, Hillsborough, and Orange

15   respectively.  The proposed congressional districts

16   are also drawn in compliance with Tier 1 of the

17   Florida constitution.  The proposed map is inclusive

18   of three protected black districts and three

19   protected Hispanic districts.  This is the same

20   number of protected districts as are found in the

21   benchmark map.  In each district, the minority

22   group's voting age population are similar when

23   compared to the benchmark districts, with slight

24   increases or decreases as permitted by the Florida

25   Supreme Court president, which states, "slight

HT_0004881
CUBANOS-0000004755

Page 11

```
 1   changes in a minority group's voting age population

 2   are acceptable so long as a functional analysis is

 3   conducted to ensure the voting strength of the

 4   minority group in both general and primary elections

 5   is at a comparable level that existed in the

 6   benchmark district."  These districts are also drawn

 7   in a consistent manner with respect to Florida

 8   Supreme Court president to maintain existing

 9   majority-minority districts.

10           All six of these protected minority

11   districts have had an individual functional analysis

12   conducted on them to ensure the new district

13   figuration does not deny or abridge the equal

14   opportunity of racial or language minorities to

15   participate in the political process or to diminish

16   their ability to elect representatives of their

17   choice.  And as we move throughout the map, I will

18   highlight these districts as well.

19           All of our districts consist of contiguous

20   territory.  And as I'm sure you are aware, the

21   Committee has also implemented safe guards in order

22   to ensure that we do not draw districts with the

23   intent to favour or disfavour a political party or

24   in incumbent.

25           Members, as we move through the
```

HT_0004882
CUBANOS-0000004756

Page 127

1    great job.  And I appreciate that.

2            I've appreciated learning in this process.

3    I didn't realize there was as much to learn when I

4    originally got assigned to this Subcommittee.  I

5    also appreciate the focus on cities being kept

6    whole.  That has been important to me, and there has

7    been improvement in that area.  I do still think

8    there is more room for improvement in this map, as

9    we've heard from my colleagues, and I do look

10   forward to the process continuing with the inclusion

11   of all these concerns that we've heard today from

12   members of the Subcommittee to make the map the best

13   map that can be.  So thank you.

14           Additional members in debate?

15           Seeing none, Chair Sirois, you're

16   recognized to close on the PCB.

17           CHAIRMAN SIROIS:  Thank you very much,

18   Madam Chair.

19           Members, I want to thank you for your

20   questions and your time and attention this morning

21   and over the previous weeks.  Some of you have said

22   redistricting might be the most complicated of all

23   of our constitutional duties both as a body and,

24   certainly, as individual members, and I want to say

25   I share that as well.  It's a historic task.  It's

HT_0004998
CUBANOS-0000004872

Page 128

1    one that happens every 10 years, and I'm personally

2    honored to have had the opportunity to work with all

3    of you through it.

4              The process, as you know, requires us to

5    set personal interests aside.  We had a lot to

6    learn.  The external pressures are significant.

7    When it comes to our communities and neighborhoods,

8    emotions run high.  But this process requires us to

9    follow the law, follow the law, specifically our

10   Tier 1 and Tier 2 constitutional standards.  And I

11   want to mention, you know, I enjoy so much working

12   with Representative Hunschofsky because I've learned

13   that she has a way about her where she can just cut

14   to the heart of the matter, and I think she did that

15   today with her question.

16             And I just wanted to -- I felt compelled

17   after hearing your question, Representative, to go

18   back to where we started our Committee meetings,

19   with a review of our constitutional standards, Tier

20   1 and Tier 2.  "No apportionment plan or individual

21   districts shall be drawn with the interest of favor

22   or disfavor a political party or incumbent.

23   Districts shall not be drawn with the intent or

24   result of denying or abridging the equal opportunity

25   of racial or language minorities to participate in

HT_0004999
CUBANOS-0000004873

Page 129

1    the political process or diminish their ability to

2    elect a representative of their choice.  Districts

3    shall consist of contiguous territory."  And then we

4    move on to Tier 2.  "Districts shall be as nearly

5    equal in population as practical.  Districts shall

6    be compact.  District shall where feasible utilizing

7    existing political and geographical boundaries

8          We have to follow the law.  Representative

9    Joseph, I appreciate your questions about receiving

10   that input, and I would remind Committee members

11   that we continue to be the vehicle for that input.

12   Those information, if there's something that you

13   hear, if there's something that you think adds to

14   the process, I encourage you to bring it forward.

15   But you have to be prepared, as we have said

16   consistently from the beginning of this process, to

17   disclose who brought it to you and be prepared to

18   back it up.

19          Individuals out there who wish to provide

20   input and feedback on this process have the ability

21   to do so, floridaredistricting.gov, where nearly 100

22   individuals have utilized the website to create and

23   to submit maps of their own.  In January, we noticed

24   a two-hour meeting to accept public input in

25   addition to public input at each of our meetings,

HT_0005000
CUBANOS-0000004874

Page 130

1  where we have received testimony.  As elected

2  members of this House of Representatives, it is our

3  constitutional duty and responsibility to present

4  the views of our constituents in the conduct of

5  their business.

6         Members, you're going to have an

7  opportunity as you have had today throughout our

8  Committee meetings, at Chair Leeks Committee, on the

9  floor, when we reconciled with the Senate throughout

10  this process.  You will have an opportunity to

11  provide that input, and I encourage you to get with

12  me and Chair Leek if there is something on your

13  mind.  But we have to follow law.  And once again, I

14  want to read to you the first line from the 2012

15  Supreme Court ruling that I started today's

16  presentation with.  And this is what the Court said

17  then, "A review of the House plan and the record

18  reveals that the House engage in a consistent and

19  reasoned approach."  Members, we hit that mark

20  again.  We hit that mark again, and I'm proud of

21  this Committee's work product.

22         Now, as I said, our PCB is going to work

23  through the normal process, just like any other

24  bill, and this PCB is going to move on to the Full

25  Redistricting Committee, where the conversation that

HT_0005001
CUBANOS-0000004875