# Florida House Session
# March 3, 2022

Transcript of excerpt of video recording available at:
https://thefloridachannel.org/videos/3-3-22-house-session-part-1/

## Florida House Session - Mar. 3, 2022

1  you're recognized.

2  Tom Leek: Yeah, what the Speaker said.

3  The Speaker: Representative Hinson, you're recognized.

4  Yvonne Hayes Hinson: So, Representative Leek, did it follow the same path as the joint
5  resolution of apportionment?

6  The Speaker: Representative Leek, you're recognized.

7  Tom Leek: I'm sorry. Thank you, Mr. Speaker. It took us a second to try to piece together
8  that question. If the question is, was the methodology used in the State House maps consistent
9  with the methodology used in the congressional maps, the answer is yes.

10  The Speaker: Representative Hinson, you're recognized.

11  Yvonne Hayes Hinson: Thank you very much, thank you very much. Does that mean
12  staff made all policy decisions? And if not, who else made policy decisions?

13  The Speaker: Representative Hinson, again, those maps were drawn in committee, voted
14  on by the members of that committee, discussed by the members of that committee, and are now
15  here before us. You're recognized.

16  Yvonne Hayes Hinson: Thank you Mr. Chair. So I did hear in the question and answering
17  of a lot of people in here, which was educating me that the Governor drew one of these maps,
18  and you guys wanted him to have that opportunity. I'm trying to figure out which one it was?

19  The Speaker: Representative Hinson, Representative Daley asked a similar question. That
20  question was answered by Representative Leek. Would you care to rephrase or ask another
21  question. You're recognized.

22  Yvonne Hayes Hinson: I'll try to rephrase to get the answer I'm trying to get. Was the
23  primary map drawn with consideration of the Governor? Or was the secondary map drawn with

52

## Florida House Session - Mar. 3, 2022

1  this option, and give it to the court? We should know. We should know and we should be proud
2  and we should stand with what we pass out of this house. My only comfort is that after we do
3  this, there's still an opportunity to meet with the Senate, and try to hash out a map that we can all
4  agree on, that stands up to constitutional muster, that protects protected seats that we currently
5  have. There is still an opportunity for us and I hang onto the thread of that hope that we get there.
6  But this is embarrassing.
7      The Speaker: Further debate, members? Is there further debate? Seeing no further debate
8  on the amendment, Representative Leek, you're recognized to close on your amendment.
9      Tom Leek: Thank you Mr. Speaker. Please recognize Chair Sirois on the close.
10     The Speaker: Representative Sirois, you're recognized to close on the amendment.
11     Tyler Sirois: Thank you very much, Mr. Speaker. And thank you Chair Leek. First, a
12  quick point of clarification. I want to point out, I've heard some rumblings around the chamber,
13  and I think it's important to revisit that the primary map is identical to the map that passed out of
14  the full Redistricting Committee, other than a minor technical change, related to Congressional
15  Districts 4 and 5, where we equalized the population between boundary lines. Where, for
16  example, we used waterways instead of roadways. So. I wanted to quickly point that out. I also
17  want to thank members that participated in the process over the last several months. Chair Leek
18  and I have had the opportunity to meet with many of you to hear your insight and your feedback.
19  Chair Leek, it's been a particular honor working with you throughout this process. And to learn
20  from your mastery of the subject matter. I also appreciate the opportunity to learn more from the
21  members about communities and neighborhoods. I believe it was time well spent. It should be
22  said that redistricting is change, and change is hard. To one member, a district on this map may
23  be a far-off, never-before-visited corner of the state. To you, though, that district is part of a

## Florida House Session - Mar. 3, 2022

1  community, with neighborhoods, small businesses, schools, and parks. And I say that to kind of
2  revisit why we're here today and undertaking this effort. Understandably, when you start talking
3  about changing these districts, it invokes intense discussion. As you now fully appreciate, this
4  process is complex. Since the start of this process, we've been focused on following the law. Our
5  approach has been careful and consistent. But I want to take a moment to speak to the issue that
6  is foremost in many of your minds, the Governor's submission. The Constitution of our state
7  provides that congressional maps produced by this Legislature will be presented to the Governor.
8  Like any other bill, he has the authority to approve or veto this legislation. Given his
9  constitutional role, we should carefully consider his input as a factor in our well-informed
10 decision making. Members, we don't legislate in a vacuum. Whether it's public testimony in
11 committee, the hundred maps submitted through our website, the feedback of our members, or
12 the proposal of the chief executive, all of this should be carefully considered for the value that it
13 adds to our process. The Governor has provided his own perspective, but so have many of you.
14 So have many of you. Members placed their priority on keeping cities whole. This bill reduces
15 the number of city splits from 39 to 37, and today's amendment decreases that to 17. When
16 members proposed alternative boundary lines to Congressional District 10, we obliged. And
17 when the law, in its current configuration, required us to maintain protected districts, we did. The
18 map before you today is a culmination of our process that started with extensive member
19 education, significant public input, and robust member feedback. It is our best attempt to balance
20 all of these interests. And you see that balance in the way that this bill is structured. This two-
21 map approach offers a primary map that provides an alternative configuration in the Panhandle
22 that addresses the Governor's concerns.
23          The Speaker: Representative Sirois, if you could –