Page 1

```
Common Cause, et al.              )
                                  )
v.                                )  4:22-cv-109
                                  )
Cord Byrd                         )
                                  )
```

TRANSCRIPTION OF VIDEO RECORDING

HOUSE CONGRESSIONAL REDISTRICTING SUBCOMMITTEE

APRIL 19, 2022

DIGITAL EVIDENCE GROUP

1730 M Street, NW, Suite 812

Washington, D.C. 20036

(202) 232-0646

Page 8

1    of the state.  And as we've done for every other map
2    presentation, I will ask you to hold questions until
3    all districts have been explained to ensure we get
4    through a description of the entire state, and no
5    one region is rushed.
6              Representative Leek, you are now recognized
7    to present House Bill 1-C.
8              REPRESENTATIVE LEEK:  Thank you,
9    Chair Sirois.
10             Before I dive into the map itself, I want
11   to echo Chair Sirois' comments from earlier.  We as
12   legislators should feel a strong sense of
13   responsibility for passing redistricting maps out of
14   this body.  A narrative has started to proliferate
15   that the Legislature has somehow ceded its map
16   drawing responsibility to the Governor.  I find that
17   to be a false narrative and incorrect on its face.
18             We have not ceded any responsibility.  In
19   fact, we have not -- we have done a responsibility
20   once by passing maps during the regular session, and
21   we will complete it again during this special
22   session.  The Governor has also fulfilled his
23   responsibility and chose to veto our maps for
24   reasons I believe his team will elaborate on today.
25             Both branches of government have a role in

1  this process just like with any other bill.  The
2  only abdication of responsibility would be if we
3  threw our hands up and sent an impasse to the
4  courts, allowing them or third parties, all of whom
5  are unelected, to draw our maps.
6           Instead, we have chosen to stay at the
7  table, continue the conversation, and hear out the
8  Governor and work together because that is not only
9  -- not only our responsibility but what Floridians
10 expect of us as their legislators.
11          Our goal for special session is to produce
12 a work product that is legislatively passed and
13 executively signed.  It's through that lens that I
14 hope we will all move forward with today's meeting.
15          Now, on to the presentation.  Today, we
16 will be presenting map P-000C0109.  This is the map
17 reflected in the data packet in front of you, as
18 well as being posted on
19 www.FloridaRedistricting.gov.
20          As Chair Sirois mentioned, 10 of the
21 districts in this map are exact copies of districts
22 that the Legislature passed during the regular
23 session.  Those are Congressional Districts 1, 2,
24 20, 21, 22, 23, 24, 25, 27, and 28.  You can see
25 those here on our screen.