# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 1:24-cv-21983-JB

CUBANOS PA'LANTE, *et al.*,

    *Plaintiffs*,

v.

FLORIDA HOUSE OF REPRESENTATIVES, *et al.*,

    *Defendants*.

_____/

## PLAINTIFFS' UNOPPOSED MOTION FOR SECOND EXTENSION OF TIME TO FILE RESPONSE TO FLORIDA HOUSE'S MOTION TO COMPEL

Plaintiffs respectfully request a 17-day extension of time to February 3, 2025 to file their response in opposition to the Florida House of Representative's Motion to Compel Discovery from Cubanos Pa'lante (ECF No. 77).

1. The House filed its Motion to Compel on December 23, 2024.

2. On December 27, 2024, the Court granted Plaintiffs' unopposed request for an 11-day extension to respond to the House's Motion to Compel. ECF No. 79. Plaintiffs' response is currently due January 17, 2025. *Id.*

3. Plaintiffs and the House have been engaged in extensive discussions to resolve the issues raised in the Motion to Compel without Court intervention. Plaintiffs and the House believe they can arrive at a resolution, but additional time is needed to finalize an agreement.

4. Plaintiffs seek this additional extension of time so the Parties can continue their discussions and finalize a resolution of the issues raised in the House's Motion to Compel.

5. Defendants the House and Secretary of State do not oppose the requested relief, which Plaintiffs seek in good faith and not for purposes of delay.

**WHEREFORE**, Plaintiffs respectfully request a 17-day extension of time to February 3, 2025 to file their response to the House's Motion to Compel.

## LOCAL RULE 7.1(a)(3) CERTIFICATE OF CONFERRAL

Plaintiffs' counsel conferred with the counsel for Defendants, who do not oppose the requested relief.

2

Respectfully submitted January 14, 2025,

                                                                                                                                   /s/ *Nicholas L.V. Warren*

| | |
|---|---|
| Nicholas L.V. Warren (FBN 1019018) | Jorge L. Vasquez, Jr.* |
| Daniel B. Tilley (FBN 102882) | **Vasquez Attorneys at Law, PC** |
| Caroline A. McNamara (FBN 1038312) | 141 Parkway Road, Suite 14 |
| **ACLU Foundation of Florida, Inc.** | Bronxville, NY 10708 |
| 4343 West Flagler Street, Suite 400 | (212) 752-8408 |
| Miami, FL 33134 | jorge@vasquezpc.com |
| (786) 363-1769 | |
| nwarren@aclufl.org | Brian P. Quinn* |
| dtilley@aclufl.org | Patrick J. Jones* |
| cmcnamara@aclufl.org | Emily Murphy* |
| | Gabrielle S. Jackson* |
| Andrew Frackman* | **O'Melveny & Myers LLP** |
| **O'Melveny & Myers LLP** | 1625 Eye Street NW |
| 1301 Avenue of the Americas | Washington, DC 20006 |
| 17th Floor | (202) 383-5300 |
| New York, NY 10019 | bquinn@omm.com |
| (212) 326-2000 | pjones@omm.com |
| afrackman@omm.com | emurphy@omm.com |
| | gjackson@omm.com |

**Admitted pro hac vice*

                                               *Counsel for Plaintiffs*