IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 1:24-cv-21983-JB

CUBANOS PA'LANTE, *et al.*,

    *Plaintiffs*,

v.

FLORIDA HOUSE OF REPRESENTATIVES, *et al.*,

    *Defendants*.

_____/

### STIPULATION REGARDING CUBANOS PA'LANTE MEMBERSHIP

1. Plaintiffs agree Cubanos Pa'lante will assert that it has standing to challenge a particular district only if another Plaintiff establishes that it has standing to challenge that district.

2. Plaintiffs agree they will not, at any stage of this proceeding, present evidence of the place of residence, voter-registration status, or, to the extent not already disclosed in this case, the name of any member of Cubanos Pa'lante.

3. Defendants agree they will not, through any method (including requests to produce documents, interrogatories, requests for admission, or deposition or trial testimony), seek Cubanos Pa'lante or its officers to disclose any information that, under paragraph 2, Plaintiffs may not present.

4. The Florida House of Representatives agrees to withdraw its Motion to Compel Discovery from Cubanos Pa'lante (ECF No. 77) and Request No. 13 of the House's Second Request for Production of Documents to Cubanos Pa'lante.

5. Defendants agree that, if the Court finds that a Plaintiff has standing to challenge a particular district, then, to the extent Cubanos Pa'lante seeks the same relief, the Court need not consider whether Cubanos Pa'lante has standing to challenge that district, and will not argue to the contrary at any stage of this case. *See Vill. of Arlington Heights v. Metro. Hous. Dev. Corp.*, 429 U.S. 252, 264 n.9 (1977); *ACLU of Fla.*, *Inc. v. Miami-Dade Cnty. Sch. Bd.*, 557 F.3d 1177, 1195–96 (11th Cir. 2009).

Dated January 29, 2025.

| | |
|---|---|
| /s/ Nicholas L.V. Warren | /s/ Andy Bardos |
| | |

Nicholas L.V. Warren (FBN 1019018)
Daniel B. Tilley (FBN 102882)
Caroline A. McNamara (FBN 1038312)
**ACLU Foundation of Florida, Inc.**
4343 West Flagler Street, Suite 400
Miami, FL 33134
(786) 363-1769
nwarren@aclufl.org
dtilley@aclufl.org
cmcnamara@aclufl.org

Jorge L. Vasquez, Jr.*
**Vasquez Attorneys at Law, PC**
141 Parkway Road, Suite 14
Bronxville, NY 10708
(212) 752-8408
jorge@vasquezpc.com

Andrew Frackman*
**O'Melveny & Myers LLP**
1301 Avenue of the Americas
17th Floor
New York, NY 10019
(212) 326-2000
afrackman@omm.com

Brian P. Quinn*
Patrick J. Jones*
Emily Murphy*
Gabrielle S. Jackson*
**O'Melveny & Myers LLP**
1625 Eye Street NW
Washington, DC 20006
(202) 383-5300
bquinn@omm.com
pjones@omm.com
emurphy@omm.com
gjackson@omm.com

*Admitted pro hac vice*

*Counsel for Plaintiffs*

Andy Bardos (FBN 822671)
andy.bardos@gray-robinson.com
GRAYROBINSON, P.A.
301 South Bronough Street, Suite 600
Tallahassee, Florida 32301-1724
Telephone: 850-577-9090
*Counsel for the Florida House of Representatives*

Christopher M. Kise (FBN 855545)
ckise@continentalpllc.com
CONTINENTAL PLLC
101 North Monroe Street, Suite 750
Tallahassee, Florida 32301
Telephone: 850-270-2211
*Counsel for the Florida House of Representatives*

Jesus M. Suarez (FBN 60086)
jsuarez@continentalpllc.com
Carmen Manrara Cartaya (FBN 73887)
ccartaya@continentalpllc.com
CONTINENTAL PLLC
255 Alhambra Circle, Suite 640
Coral Gables, Florida 33134
Telephone: 305-677-2707
*Counsel for the Florida House of Representatives*

/s/ Michael Beato

Mohammad O. Jazil (FBN 72556)
mjazil@holtzmanvogel.com
Michael Beato (FBN 1017715)
mbeato@holtzmanvogel.com
zbennington@holtzmanvogel.com
HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK PLLC
119 S. Monroe St. Suite 500
Tallahassee, FL 32301 (850) 270-5938
*Counsel for the Secretary of State*

        Bradley R. McVay (FBN 79034)
        brad.mcvay@dos.myflorida.com
        Joseph S. Van de Bogart (FBN 84764)
        joseph.vandebogart@dos.myflorida.com
        Ashley Davis (FBN 48032)
        ashley.davis@dos.myflorida.com
        FLORIDA DEPARTMENT OF STATE
        R.A. Gray Building
        500 S. Bronough St.
        Tallahassee, FL 32399
        (850) 245-6536
        *Counsel for the Secretary of State*