## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**Case No. 1:24-cv-21983-JB**

CUBANOS PA'LANTE, *et al.*,

    Plaintiffs,

v.

FLORIDA HOUSE OF REPRESENTATIVES
and CORD BYRD, in his official capacity as
Florida Secretary of State,

    Defendants.
_____/

## DEFENDANT FLORIDA HOUSE OF REPRESENTATIVES' NOTICE OF WITHDRWAL OF MOTION TO COMPEL (ECF NO. 77)

Defendant, the Florida House of Representatives (the "House"), notifies the Court that, after further conferrals, and in light of the parties' Stipulation Regarding Cubanos Pa'lante's Membership, ECF No. 86, the House and Plaintiff, Cubanos Pa'lante, have resolved their dispute over Cubanos Pa'lante's responses to the House's Second Request for Production to Cubanos Pa'lante. The House therefore withdraws its Motion to Compel (ECF No. 77).

Dated January 30, 2025.                                     Respectfully submitted,

|  |  |
|---|---|
|  | /s/ *Andy Bardos* |
| Christopher M. Kise (FBN 855545) | Andy Bardos (FBN 822671) |
| ckise@continentalpllc.com | andy.bardos@gray-robinson.com |
| CONTINENTAL PLLC | GRAYROBINSON, P.A. |
| 101 North Monroe Street, Suite 750 | 301 South Bronough Street, Suite 600 |
| Tallahassee, Florida 32301 | Tallahassee, Florida 32301-1724 |
| Telephone: 850-270-2211 | Telephone: 850-577-9090 |

Jesus M. Suarez (FBN 60086)
jsuarez@continentalpllc.com
Carmen Manrara Cartaya (FBN 73887)
ccartaya@continentalpllc.com
CONTINENTAL PLLC
255 Alhambra Circle, Suite 640
Coral Gables, Florida 33134
Telephone: 305-677-2707

*Attorneys for Defendant, Florida House of Representatives*