IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 1:24-cv-21983-JB

CUBANOS PA'LANTE, *et al.*,

    *Plaintiffs*,

v.

FLORIDA HOUSE OF REPRESENTATIVES, *et al.*,

    *Defendants*.

_____/

## PLAINTIFFS' NOTICE RE DISMISSED CLAIMS

Pursuant to the Court's Order on Motions to Dismiss, Plaintiffs notify the Court that "they will only maintain their sufficiently pled racial-gerrymandering claims as to the Challenged House Districts and Congressional District 26." ECF No. 88 at 20.

Respectfully submitted February 18, 2025,

/s/ Nicholas L.V. Warren

| | |
|---|---|
| Nicholas L.V. Warren (FBN 1019018) | Andrew Frackman* |
| Daniel B. Tilley (FBN 102882) | **O'Melveny & Myers LLP** |
| Caroline A. McNamara (FBN 1038312) | 1301 Avenue of the Americas, 17th Floor |
| **ACLU Foundation of Florida, Inc.** | New York, NY 10019 |
| 4343 West Flagler Street, Suite 400 | (212) 326-2000 |
| Miami, FL 33134 | afrackman@omm.com |
| (786) 363-1769 | |
| nwarren@aclufl.org | Brian P. Quinn* |
| dtilley@aclufl.org | Patrick J. Jones* |
| cmcnamara@aclufl.org | Emily Murphy* |
| | Gabrielle S. Jackson* |
| Jorge L. Vasquez, Jr.* | Andrea Ojeda* |
| **Vasquez Attorneys at Law, PC** | **O'Melveny & Myers LLP** |
| 141 Parkway Road, Suite 14 | 1625 Eye Street NW |
| Bronxville, NY 10708 | Washington, DC 20006 |
| (212) 752-8408 | (202) 383-5300 |
| jorge@vasquezpc.com | bquinn@omm.com |
| | pjones@omm.com |
| *Admitted pro hac vice | emurphy@omm.com |
| | gjackson@omm.com |
| | aojeda@omm.com |

*Counsel for Plaintiffs*

1