IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 1:24-cv-21983-JB

CUBANOS PA'LANTE, *et al.*,

    *Plaintiffs*,

v.

FLORIDA HOUSE OF
REPRESENTATIVES, *et al.*,

    *Defendants*.

_____/

**JOINT PROPOSED SCHEDULING ORDER**

Upon review of the parties' amended joint scheduling report, the Court enters the following scheduling order:

1. **Assignment of case to particular track:** Standard track.
2. **Detailed discovery schedule:**
   a. **Initial disclosures due:** 7/16/24.
   b. [*Plaintiffs' disclosure of alternative maps that Plaintiffs intend to offer either as evidence or as a proposed remedy:* _____.] [6]
   c. **Plaintiffs' expert disclosures due:** _____.
   d. **Defendants' expert disclosures due:** _____.
   e. **Plaintiffs' rebuttal expert reports due:** _____.
   f. [*Deadline to complete document productions and interrogatory responses:* _____]. [7]
   g. **Deadline to complete all other discovery:** _____.
3. **Deadline to join additional parties and amend the pleadings:** _____.
4. **Deadline to file dispositive motions:** _____.
5. **Deadline to file Rule 26(a)(3) disclosures:** _____.
6. **Date certain for filing all pretrial motions:** _____.

---

[6] As noted in their Joint Scheduling Report, the parties disagree as to whether a deadline to disclose alternative maps should be imposed.

[7] As noted in their Joint Scheduling Report, the parties disagree as to whether a separate deadline to complete document productions and interrogatory responses—distinct from the general discovery deadline—should be imposed.

2

7. **Date certain for resolution of all pretrial motions by the Court:** _____.

8. **Deadline to file pretrial briefs:** _____.

9. **Date certain for pretrial conference:** _____.

10. **Date certain for trial:** _____.