# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

**Case No.: 24-cv-21983-JB**

CUBANOS PA'LANTE, *et al.*,

    Plaintiffs,

v.                                        **THREE-JUDGE COURT**

FLORIDA HOUSE OF REPRESENTATIVES, *et al.*,

    Defendants.

_____/

## SCHEDULING ORDER

Upon due consideration of the parties' Amended Joint Scheduling Report, ECF No. [92], the Court enters the following Order setting the trial in this matter and establishing pretrial deadlines.

**I.   TRIAL SETTING, CALENDAR CALL**

**Trial Date:**   Trial is scheduled to commence during the two-week period beginning **January 12, 2026 at 9:30 a.m.**

**Final Pretrial Conference:**   January 5, 2026 at 10:00 a.m.

**II.   PRETRIAL DEADLINES**

| Date | Deadline |
|---|---|
| 03/24/2025 | Interrogatories and Requests for Production must be served. |
| 03/21/2025 | Plaintiffs shall serve their expert disclosures. |
| 05/05/2025 | Defendants shall serve their expert disclosures. |
| 05/15/2025 | Mediation before Michael Hanzman shall be completed. |
| 06/04/2025 | Plaintiffs shall serve their rebuttal expert disclosures. |
| 07/02/2025 | All discovery shall be completed. |

| | |
|---|---|
| 08/01/2025 | Any summary judgment motions, as well as any motions to exclude or limit proposed expert testimony, must be filed. Any *Daubert* motion shall be accompanied by appropriate affidavits. If any party moves to strike an expert affidavit filed in support of a motion for summary judgment for reasons stated in *Daubert v. Merrill Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993), the motion to strike shall be filed with that party's responsive memorandum. |
| 10/29/2025 | Oral argument on any dispositive pretrial motions will take place at 1:00 p.m. in Miami, Florida. |
| 11/26/2025 | The disclosures required by Fed. R. Civ. P. 26(a)(3) must be filed. |
| 12/12/2025 | All pretrial motions and memoranda of law must be filed. |
| 12/22/2025 | Pretrial briefs must be filed. |

**DONE AND ORDERED** this 17th day of March, 2025.

_____
**BRITT C. GRANT**
**UNITED STATES CIRCUIT JUDGE**

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**

_____
**JACQUELINE BECERRA**
**UNITED STATES DISTRICT JUDGE**