UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 24-cv-21983-JB

CUBANOS PA'LANTE, *et al.*,

    Plaintiffs,

v.                                                                                          **THREE-JUDGE COURT**

FLORIDA HOUSE OF REPRESENTATIVES, *et al.*,

    Defendants.
_____/

## ORDER DENYING MOTION TO STAY

**THIS CAUSE** came before the Court on Defendants' Motion to Stay. ECF No. [93]. Upon due consideration of the Motion, the record, and the relevant authorities, it is hereby **ORDERED AND ADJUDGED** that the Motion to Stay, ECF No. [93], is **DENIED**.

**DONE AND ORDERED** this 17th day of March, 2024.

_____
BRITT C. GRANT
UNITED STATES CIRCUIT JUDGE

_____
RODOLFO A. RUIZ II
UNITED STATES DISTRICT JUDGE

_____
JACQUELINE BECERRA
UNITED STATES DISTRICT JUDGE

1