UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:24-cv-21983-JB

CUBANOS PA'LANTE, *et al.*,

    Plaintiffs,

v.

FLORIDA HOUSE OF REPRESENTATIVES
and CORD BYRD, in his official capacity as
Florida Secretary of State,

    Defendants.
_____/

### DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO SERVE EXPERT DISCLOSURES AND COMPLETE DISCOVERY

Pursuant to Federal Rule of Civil Procedure 16(b)(4), Defendants, the Florida House of Representatives and Secretary of State Cord Byrd, respectfully move the Court for a brief extension of time to serve expert disclosures and to complete discovery.

1. On March 21, 2025, Plaintiffs served three expert reports. The three expert reports total 163 pages, exclusive of appendices, and present more than a dozen alternative district maps and many statistical analyses.

2. Under the Court's current schedule, Defendants must serve their expert disclosures by May 5, 2025. ECF No. 98 at 1. Plaintiffs must serve their rebuttal expert disclosures by June 4, 2025. *Id*. The parties' deadline to complete discovery is July 2, 2025. *Id*.

3. A brief extension of these deadlines will afford Defendants sufficient time to review and analyze Plaintiffs' expert disclosures and to prepare and serve their own expert disclosures. The volume of Plaintiffs' expert disclosures and the complex nature of the statistical analyses presented in those disclosures support the requested extension, as do scheduling limitations and competing commitments such as the ongoing legislative session, which is scheduled to adjourn on May 2, 2025—only three days before Defendants must serve their expert disclosures.

4. This Court may for "good cause" modify the schedule established in this case. Fed. R. Civ. P. 16(b)(4). The authority of federal district courts to control their dockets "includes broad discretion in deciding how best to manage the cases before them." *Smith v. Psychiatric Sols., Inc.*, 750 F.3d 1253, 1262 (11th Cir. 2014) (internal marks omitted).

5. Defendants therefore respectfully request a 15-day extension of time through **May 20, 2025**, to serve their expert disclosures. To accommodate that request, Defendants further request a corresponding 15-day extension of time through **June 20, 2025**, for Plaintiffs to serve their rebuttal expert disclosures and a brief extension of the parties' deadline to complete discovery through **July 18, 2025**.

6. These extensions will not require an extension of any other deadlines established by the Court, including the deadline on August 1, 2025, to file motions for summary judgment and motions to exclude or limit proposed expert testimony. *See* ECF No. 98 at 1–2.

7. This extension is sought in good faith and not for purposes of delay.

8. A proposed order is attached as Exhibit A.

**WHEREFORE**, Defendants respectfully move the Court for a brief extension of time to serve expert disclosures and to complete discovery.

### CERTIFICATE OF GOOD-FAITH CONFERENCE

Pursuant to Local Rule 7.1(a)(3), I certify that Defendants' counsel has conferred with Plaintiffs' counsel in a good-faith effort to resolve the issues presented in this motion. Plaintiffs do not oppose the requested relief.

Dated March 31, 2025.                                          Respectfully submitted,

/s/ *Mohammad O. Jazil*
Mohammad O. Jazil (FBN 72556)
mjazil@holtzmanvogel.com
Michael Beato (FBN 1017715)
mbeato@holtzmanvogel.com
zbennington@holtzmanvogel.com
**Holtzman Vogel Baran Torchinsky & Josefiak PLLC**
119 South Monroe Street, Suite 500
Tallahassee, FL 32301
(850) 270-5938

Bradley R. McVay (FBN 79034)
brad.mcvay@dos.myflorida.com
Joseph S. Van de Bogart (FBN 84764)
joseph.vandebogart@dos.myflorida.com
Ashley Davis (FBN 48032)
ashley.davis@dos.myflorida.com
**Florida Department of State**
R.A. Gray Building
500 South Bronough Street
Tallahassee, FL 32399
(850) 245-6536

*Attorneys for Defendant, Secretary of State*

/s/ *Andy Bardos*
Andy Bardos (FBN 822671)
andy.bardos@gray-robinson.com
GRAYROBINSON, P.A.
301 South Bronough Street, Suite 600
Tallahassee, Florida 32301-1724
Telephone: 850-577-9090

Jesus M. Suarez (FBN 60086)
jsuarez@continentalpllc.com
Carmen Manrara Cartaya (FBN 73887)
ccartaya@continentalpllc.com
CONTINENTAL PLLC
255 Alhambra Circle, Suite 640
Coral Gables, Florida 33134
Telephone: 305-677-2707

Christopher M. Kise (FBN 855545)
ckise@continentalpllc.com
CONTINENTAL PLLC
101 North Monroe Street, Suite 750
Tallahassee, Florida 32301
Telephone: 850-270-2211

*Attorneys for Defendant, Florida House of Representatives*