# Exhibit A

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 1:24-cv-21983-JB

CUBANOS PA'LANTE, *et al.*,

    Plaintiffs,

v.                                                                                            **THREE-JUDGE COURT**

FLORIDA HOUSE OF REPRESENTATIVES
and CORD BYRD, in his official capacity as
Florida Secretary of State,

    Defendants.
_____/

**ORDER GRANTING EXTENSION OF TIME TO SERVE**
**EXPERT DISCLOSURES AND TO COMPLETE DISCOVERY**

**THIS CAUSE** came before the Court on Defendants' Unopposed Motion for Extension of Time to Serve Expert Disclosures and Complete Discovery (the "Motion"). ECF No. [__]. Upon due consideration of the Motion and the record, it is hereby **ORDERED AND ADJUDGED** that the Motion is **GRANTED**. Defendants shall serve their expert disclosures by **May 20, 2025**. Plaintiffs shall serve their rebuttal expert disclosures by **June 20, 2025**. All discovery shall be completed by **July 18, 2025**. This Court's Scheduling Order, ECF No. [98], shall otherwise remain in full force and effect.

2

**DONE AND ORDERED** this ___ day of _____ 2025.

_____
**BRITT C. GRANT**
**UNITED STATES CIRCUIT JUDGE**


_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**


_____
**JACQUELINE BECERRA**
**UNITED STATES DISTRICT JUDGE**

2