IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 1:24-cv-21983-JB

CUBANOS PA'LANTE, *et al.*,

    *Plaintiffs*,

v.

FLORIDA HOUSE OF
REPRESENTATIVES, *et al.*,

    *Defendants*.

_____/

## JOINT MOTION TO EXTEND MEDIATION DEADLINE

Pursuant to Federal Rule of Civil Procedure 16(b)(4), the Parties respectfully move to extend the deadline to complete mediation to November 13, 2025—the default deadline provided by Local Rule 16.2(d)(1)(A).

1. In its Scheduling Order issued March 17, 2025, the Court required mediation be completed before Michael Hanzman by May 15, 2025. ECF No. 98 at 1.

2. The Parties have conferred with Mr. Hanzman and are unavailable on the three dates he is available before the mediation deadline.

3. Local Rule 16.2(d)(1)(A) provides that an order referring a case to mediation "shall . . . [d]irect mediation be conducted not later than sixty (60) days before the scheduled trial date . . . ."

4. This case is set for trial during the two-week period beginning January 12, 2026. ECF No. 98 at 1.

5. This Court may for "good cause" modify the schedule established in this case. Fed. R. Civ. P. 16(b)(4). The authority of federal district courts to control their dockets "includes broad discretion in deciding how best to manage the cases before them." *Smith v. Psychiatric Sols., Inc.*, 750 F.3d 1253, 1262 (11th Cir. 2014) (internal marks omitted).

6. Extending the mediation deadline to the sixtieth day before trial will give the Parties adequate time to schedule and prepare for a more productive mediation. These reasons are good cause for an extension.

7. If the Court is disinclined to extend the mediation deadline to November 13, 2025, then the Parties respectfully request the Court either extend the mediation deadline to an extent the

Court deems appropriate or to authorize the Parties to use a different mediator, mutually agreed upon by the Parties, other than Mr. Hanzman. This would allow the Parties to select a mediator who has more availability to accommodate the Parties' schedule. Even in the latter scenario, the Parties request the deadline for mediation to be extended by at least one month to June 20, 2025.

**WHEREFORE**, the Parties respectfully request that the Court extend the deadline for the Parties to complete mediation to the sixtieth day before this case's trial term, *i.e.*, November 13, 2025.

Respectfully submitted April 1, 2025,

 /s/ Nicholas L.V. Warren              /s/ Andy Bardos

Nicholas L.V. Warren (FBN 1019018)
Daniel B. Tilley (FBN 102882)
Caroline A. McNamara (FBN 1038312)
**ACLU Foundation of Florida**
4343 West Flagler Street, Suite 400
Miami, FL 33134
(786) 363-1769
nwarren@aclufl.org
dtilley@aclufl.org
cmcnamara@aclufl.org

Jorge L. Vasquez, Jr.*
**Vasquez Attorneys at Law, PC**
141 Parkway Road, Suite 14
Bronxville, NY 10708
(212) 752-8408
jorge@vasquezpc.com

Andrew J. Frackman*
**O'Melveny & Myers LLP**
1301 Avenue of the Americas, 17th Floor
New York, NY 10019
(212) 326-2000
afrackman@omm.com

Brian P. Quinn*
Patrick J. Jones*
Emily Murphy*
Gabrielle S. Jackson*
Andrea Ojeda*
**O'Melveny & Myers LLP**

Andy Bardos (FBN 822671)
andy.bardos@gray-robinson.com
**GrayRobinson, P.A.**
301 South Bronough Street, Suite 600
Tallahassee, FL 32301
(850) 577-9090

Christopher M. Kise (FBN 855545)
ckise@continentalpllc.com
**Continental PLLC**
101 North Monroe Street, Suite 750
Tallahassee, FL 32301
(850) 270-2211

Jesus M. Suarez (FBN 60086)
jsuarez@continentalpllc.com
Carmen Manrara Cartaya (FBN 73887)
ccartaya@continentalpllc.com
**Continental PLLC**
255 Alhambra Circle, Suite 640
Coral Gables, Florida 33134
(305) 677-2707

*Counsel for Defendant Florida House of Representatives*


 /s/ Mohammad O. Jazil

Bradley R. McVay (FBN 79034)
brad.mcvay@dos.myflorida.com

| | |
|---|---|
| 1625 Eye Street NW<br>Washington, DC 20006<br>(202) 383-5300<br>bquinn@omm.com<br>pjones@omm.com<br>emurphy@omm.com<br>gjackson@omm.com<br>aojeda@omm.com<br><br>\* *Admitted pro hac vice*<br><br>*Counsel for Plaintiffs* | Joseph S. Van de Bogart (FBN 84764)<br>joseph.vandebogart@dos.myflorida.com<br>Ashley Davis (FBN 48032)<br>ashley.davis@dos.myflorida.com<br>**Florida Department of State**<br>R.A. Gray Building<br>500 South Bronough Street<br>Tallahassee, FL 32399<br>(850) 245-6536<br><br>Mohammad O. Jazil (FBN 72556)<br>mjazil@holtzmanvogel.com<br>Michael Beato (FBN 1017715)<br>mbeato@holtzmanvogel.com<br>zbennington@holtzmanvogel.com<br>**Holtzman Vogel Baran**<br>**Torchinsky & Josefiak PLLC**<br>119 South Monroe Street, Suite 500<br>Tallahassee, FL 32301<br>(850) 270-5938<br><br>*Counsel for Defendant Florida Secretary of State* |