**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

Case No. 1:24-cv-21983-JB

CUBANOS PA'LANTE, *et al.*,

    *Plaintiffs*,

v.

FLORIDA HOUSE OF REPRESENTATIVES, *et al.*,

    *Defendants*.

_____/

### ORDER GRANTING JOINT MOTION TO EXTEND MEDIATION DEADLINE

Before the Court is the Parties' Joint Motion to Extend Mediation Deadline (ECF No. 102). Upon due consideration of the Motion, the record, and the relevant authorities, the Motion is **GRANTED**. The Parties shall complete mediation no later than **November 13, 2025**. This Court's Scheduling Order (ECF No. 98) shall otherwise remain in full force and effect.

**DONE AND ORDERED** this _____ day of April, 2025.

_____
**BRITT C. GRANT**
**UNITED STATES CIRCUIT JUDGE**

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**

_____
**JACQUELINE BECERRA**
**UNITED STATES DISTRICT JUDGE**