IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 1:24-cv-21983-JB

CUBANOS PA'LANTE, *et al.*,

    *Plaintiffs*,

v.

FLORIDA HOUSE OF
REPRESENTATIVES, *et al.*,

    *Defendants*.

_____/

## PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE MOTION TO COMPEL

Plaintiffs respectfully request a 7-day extension of time to May 22, 2025 to file a motion to compel discovery from Defendant Florida House of Representatives.

1. On March 11, 2025, Plaintiffs served the House with their Second Set of Interrogatories and Second Set of Requests for Admission.

2. The House served responses and objections to those requests on April 10, 2025.

3. Under Local Rule 26.1(g)(2)(A)(i) and a stipulation of the parties pursuant to Local Rule 26.1(g)(2)(C), May 15, 2025 is the deadline for Plaintiffs to submit to the Court a dispute over the House's objections.

4. Plaintiffs and the House conferred on May 2, 2025 to discuss the House's objections to both discovery requests, and have engaged in subsequent and ongoing conferral.

5. Given the parties' ongoing conferral, Plaintiffs seek this extension of time so the parties can continue their discussions and finalize a resolution of the issues.

6. The House does not oppose the requested extension, and no party will be prejudiced if it is granted.

**WHEREFORE**, Plaintiffs respectfully request a 7-day extension of time to May 22, 2025 to file a motion to compel discovery from the House.

### LOCAL RULE 7.1(a)(3) CERTIFICATE OF CONFERRAL

Plaintiffs' counsel has conferred with the counsel for the House, who does not oppose the requested relief.

Respectfully submitted May 15, 2025,

/s/ Nicholas L.V. Warren

| | |
|---|---|
| Nicholas L.V. Warren (FBN 1019018)<br>Daniel B. Tilley (FBN 102882)<br>Caroline A. McNamara (FBN 1038312)<br>**ACLU Foundation of Florida, Inc.**<br>4343 West Flagler Street, Suite 400<br>Miami, FL 33134  (786) 363-1769<br>nwarren@aclufl.org dtilley@aclufl.org<br>cmcnamara@aclufl.org<br><br>Andrew Frackman*<br>**O'Melveny & Myers LLP**<br>1301 Avenue of the Americas<br>17th Floor<br>New York, NY 10019 (212) 326-2000<br>afrackman@omm.com<br><br>*Admitted pro hac vice* | Jorge L. Vasquez, Jr.*<br>**Vasquez Attorneys at Law, PC**<br>141 Parkway Road, Suite 14<br>Bronxville, NY 10708 (212) 752-8408<br>jorge@vasquezpc.com<br><br>Brian P. Quinn*<br>Patrick J. Jones*<br>Emily Murphy*<br>Gabrielle S. Jackson*<br>Andrea Ojeda*<br>**O'Melveny & Myers LLP**<br>1625 Eye Street NW<br>Washington, DC 20006<br>(202) 383-5300 bquinn@omm.com<br>pjones@omm.com emurphy@omm.com<br>gjackson@omm.com<br>aojeda@omm.com |

*Counsel for Plaintiffs*