IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 1:24-cv-21983-JB

CUBANOS PA'LANTE, *et al.*,

    *Plaintiffs*,

v.

FLORIDA HOUSE OF REPRESENTATIVES, *et al.*,

    *Defendants*.

_____/

**PLAINTIFFS' UNOPPOSED MOTION FOR SECOND EXTENSION OF TIME TO FILE MOTION TO COMPEL**

Plaintiffs respectfully request an additional 7-day extension of time to May 29, 2025 to file a motion to compel discovery from Defendant Florida House of Representatives.

1. On March 11, 2025, Plaintiffs served the House with their Second Set of Interrogatories and Second Set of Requests for Admission.

2. The House served responses and objections to those requests on April 10, 2025.

3. On May 19, 2025, the Court granted Plaintiffs a 7-day extension to May 22 to file a motion to compel discovery from the House in connection with the House's objections. ECF No. 105.

4. The parties have continued to confer to resolve their dispute, and are nearing a resolution. Given the parties' ongoing conferral, Plaintiffs seek an additional 7-day extension of time so the parties can continue their discussions and finalize a resolution of the dispute.

5. The House does not oppose the requested extension, and no party will be prejudiced if it is granted.

**WHEREFORE**, Plaintiffs respectfully request a 7-day extension of time to May 29, 2025 to file a motion to compel discovery from the House.

**LOCAL RULE 7.1(a)(3) CERTIFICATE OF CONFERRAL**

Plaintiffs' counsel has conferred with the counsel for the House, who does not oppose the requested relief.

Respectfully submitted May 22, 2025,

/s/ *Nicholas L.V. Warren*

Nicholas L.V. Warren (FBN 1019018)
Daniel B. Tilley (FBN 102882)
Caroline A. McNamara (FBN 1038312)
**ACLU Foundation of Florida, Inc.**
4343 West Flagler Street, Suite 400
Miami, FL 33134  (786) 363-1769
nwarren@aclufl.org dtilley@aclufl.org
cmcnamara@aclufl.org

Andrew Frackman*
**O'Melveny & Myers LLP**
1301 Avenue of the Americas
17th Floor
New York, NY 10019 (212) 326-2000
afrackman@omm.com

*\*Admitted pro hac vice*

Jorge L. Vasquez, Jr.*
**Vasquez Attorneys at Law, PC**
141 Parkway Road, Suite 14
Bronxville, NY 10708 (212) 752-8408
jorge@vasquezpc.com

Brian P. Quinn*
Patrick J. Jones*
Emily Murphy*
Gabrielle S. Jackson*
Andrea Ojeda*
**O'Melveny & Myers LLP**
1625 Eye Street NW
Washington, DC 20006
(202) 383-5300 bquinn@omm.com
pjones@omm.com emurphy@omm.com
gjackson@omm.com
aojeda@omm.com

*Counsel for Plaintiffs*