IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 1:24-cv-21983-JB

CUBANOS PA'LANTE, *et al.*,

    *Plaintiffs*,

v.

FLORIDA HOUSE OF REPRESENTATIVES, *et al.*,

    *Defendants*.

_____/

## STIPULATION OF DISMISSAL OF LUIS SORTO'S CLAIMS

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Parties stipulate to the dismissal of Plaintiff Luis Sorto's claims only.

Respectfully submitted May 28, 2025,

| | |
|---|---|
| /s/ Nicholas L.V. Warren | /s/ Carmen Manrara Cartaya |
| Nicholas L.V. Warren (FBN 1019018)<br>Daniel B. Tilley (FBN 102882)<br>Caroline A. McNamara (FBN 1038312)<br>**ACLU Foundation of Florida**<br>4343 West Flagler Street, Suite 400<br>Miami, FL 33134<br>(786) 363-1769<br>nwarren@aclufl.org<br>dtilley@aclufl.org<br>cmcnamara@aclufl.org | Andy Bardos (FBN 822671)<br>**GrayRobinson, P.A.**<br>301 South Bronough Street, Suite 600<br>Tallahassee, FL 32301<br>(850) 577-9090<br>andy.bardos@gray-robinson.com |
| Jorge L. Vasquez, Jr.*<br>**Vasquez Attorneys at Law, PC**<br>141 Parkway Road, Suite 14<br>Bronxville, NY 10708<br>(212) 752-8408<br>jorge@vasquezpc.com | Christopher M. Kise (FBN 855545)<br>**Continental PLLC**<br>101 North Monroe Street, Suite 750<br>Tallahassee, FL 32301<br>(850) 270-2211<br>ckise@continentalpllc.com |
| Andrew J. Frackman*<br>**O'Melveny & Myers LLP**<br>1301 Avenue of the Americas, 17th Floor<br>New York, NY 10019<br>(212) 326-2000 | Jesus M. Suarez (FBN 60086)<br>Carmen Manrara Cartaya (FBN 73887)<br>**Continental PLLC**<br>255 Alhambra Circle, Suite 640<br>Coral Gables, FL 33134<br>(305) 677-2707<br>jsuarez@continentalpllc.com<br>ccartaya@continentalpllc.com |

1

| | |
|---|---|
| afrackman@omm.com | *Counsel for Defendant*<br>*Florida House of Representatives* |
| Brian P. Quinn*<br>Patrick J. Jones*<br>Emily Murphy*<br>Gabrielle S. Jackson*<br>Andrea Ojeda*<br>**O'Melveny & Myers LLP**<br>1625 Eye Street NW<br>Washington, DC 20006<br>(202) 383-5300<br>bquinn@omm.com<br>pjones@omm.com<br>emurphy@omm.com<br>gjackson@omm.com<br>aojeda@omm.com<br><br>* *Admitted pro hac vice*<br><br>*Counsel for Plaintiffs* | /s/ Mohammad O. Jazil<br><br>Bradley R. McVay (FBN 79034)<br>Ashley Davis (FBN 48032)<br>**Florida Department of State**<br>R.A. Gray Building<br>500 South Bronough Street<br>Tallahassee, FL 32399<br>(850) 245-6536<br>brad.mcvay@dos.myflorida.com<br>ashley.davis@dos.myflorida.com<br><br>Mohammad O. Jazil (FBN 72556)<br>Michael Beato (FBN 1017715)<br>**Holtzman Vogel Baran Torchinsky & Josefiak PLLC**<br>119 South Monroe Street, Suite 500<br>Tallahassee, FL 32301<br>(850) 270-5938<br>mjazil@holtzmanvogel.com<br>mbeato@holtzmanvogel.com<br><br>*Counsel for Defendant*<br>*Florida Secretary of State* |