| | |
|---|---|
| **From:** | Andy Bardos |
| **To:** | Nicholas Warren |
| **Subject:** | RE: Cubanos |
| **Date:** | Wednesday, April 23, 2025 9:01:38 PM |

No problem. Please let me know once the new club leadership is in place.

Thanks,
Andy



**Andy Bardos**
Tallahassee Deputy Managing Shareholder

T 850.577.9090
D 850.577.6959
F 850.577.3311

GrayRobinson, P.A. ▪ 301 South Bronough Street, Suite 600, Tallahassee, Florida 32301



**From:** Nicholas Warren <NWarren@aclufl.org>
**Sent:** Wednesday, April 23, 2025 9:06 AM
**To:** Andy Bardos <Andy.Bardos@gray-robinson.com>
**Subject:** Re: Cubanos

**This message originated outside of GrayRobinson.**

Hi Andy – We're still inclined to mediate later rather than sooner, yes. Would it be possible to wait another month or so before asking Juan for availability? I want to make sure any new FIU club leadership for next academic year is looped into scheduling.

Best,
Nick

**From:** Andy Bardos <Andy.Bardos@gray-robinson.com>
**Sent:** Tuesday, April 22, 2025 3:48 PM
**To:** Nicholas Warren <NWarren@aclufl.org>
**Subject:** Cubanos

Hi Nick,

Before I reach out to Juan (Judge Hanzman's assistant), I wanted to make sure you are still of the mind that we should mediate later rather than sooner. I am inclined to request the mediator's availability for a video mediation during the four weeks preceding our November 13 mediation deadline. Please let me know whether that works for you and your clients. Thanks,

Andy

**Andy Bardos**
Tallahassee Deputy Managing Shareholder

T 850.577.9090
D 850.577.6959
F 850.577.3311



GrayRobinson, P.A. ▪ 301 South Bronough Street, Suite 600, Tallahassee, Florida 32301



This e-mail is intended only for the individual(s) or entity(s) named within the message. This e-mail might contain legally privileged and confidential information. If you properly received this e-mail as a client or retained expert, please hold it in confidence to protect the attorney-client or work product privileges. Should the intended recipient forward or disclose this message to another person or party, that action could constitute a waiver of the attorney-client privilege. If the reader of this message is not the intended recipient, or the agent responsible to deliver it to the intended recipient, you are hereby notified that any review, dissemination, distribution or copying of this communication is prohibited by the sender and to do so might constitute a violation of the Electronic Communications Privacy Act, 18 U.S.C. section 2510-2521. If this communication was received in error we apologize for the intrusion. Please notify us by reply e-mail and delete the original message without reading same. Nothing in this e-mail message shall, in and of itself, create an attorney-client relationship with the sender.

Confidentiality Notice: This communication is for use by the intended recipient and contains information that may be privileged, confidential or copyrighted under applicable law. If you are not the intended recipient, you are hereby formally notified that any use, copying or distribution of this communication, in whole or in part, is strictly prohibited. Please advise the sender immediately by reply e-mail and delete this message and any attachments without retaining a copy. This communication does not constitute consent to the use of sender's contact information for direct marketing purposes or for transfers of data to third parties.