| | |
|---|---|
| **From:** | Andy Bardos |
| **To:** | Nicholas Warren |
| **Cc:** | Carmen Manrara Cartaya |
| **Subject:** | RE: Cubanos - 30(b)(6) topics and scheduling |
| **Date:** | Monday, June 2, 2025 5:07:56 PM |

Hi Nick,

Thanks for your time this afternoon. We propose that Mr. Poreda's individual deposition take place on July 18 at GrayRobinson's office in Tallahassee. Does that work for you?

Our preference would be to depose Dr. McCartan and Dr. Walker (in no particular order) on July 14 and 16 to build in an off-day between the three depositions planned for the final week of discovery.

Please let us know about your clients' availability for mediation at your earliest convenience.

Regarding your question about corporate depositions and the House's expressed desire to remain a party to this litigation, please see the Mi Familia case, in which the Speaker and Senate President in their official capacities voluntarily intervened as defendants, and thus personally waived their own privileges, but did not waive any other member's or staff member's privilege, which is a personal one, and did not subject the Arizona House and Arizona Senate to corporate depositions.

Thanks,
Andy



**Andy Bardos**
Tallahassee Deputy Managing Shareholder

T 850.577.9090
D 850.577.6959
F 850.577.3311



GrayRobinson, P.A. ▪ 301 South Bronough Street, Suite 600, Tallahassee, Florida 32301



This e-mail is intended only for the individual(s) or entity(s) named within the message. This e-mail might contain legally privileged and confidential information. If you properly received this e-mail as a client or retained expert, please hold it in confidence to protect the attorney-client or work product privileges. Should the intended recipient forward or disclose this message to another person or party, that action could constitute a waiver of the attorney-client privilege. If the reader of this message is not the intended recipient, or the agent responsible to deliver it to the intended recipient, you are hereby notified that any review, dissemination, distribution or copying of this communication is prohibited by the sender and to do so might constitute a violation of the Electronic Communications Privacy Act, 18 U.S.C. section 2510-2521. If this communication was received in error we apologize for the intrusion. Please notify us by reply e-mail and delete the original message without reading same. Nothing in this e-mail message shall, in and of itself, create an attorney-client relationship with the sender.

**From:** Nicholas Warren <NWarren@aclufl.org>
**Sent:** Wednesday, May 28, 2025 3:26 PM

**To:** Andy Bardos <Andy.Bardos@gray-robinson.com>; Carmen Manrara Cartaya <ccartaya@continentalpllc.com>
**Cc:** Carrie McNamara <CMcNamara@aclufl.org>; Andrea Ojeda <aojeda@omm.com>; Gabrielle Jackson <gjackson@omm.com>; Emily Murphy <emurphy@omm.com>; Patrick Jones <pjones@omm.com>; Brian Quinn <bquinn@omm.com>
**Subject:** Cubanos - 30(b)(6) topics and scheduling

**This message originated outside of GrayRobinson.**

Andy and Carmen,

I'm writing to schedule a 30(b)(6) deposition of the House. We request availability for the week of July 7. Attached are proposed topics.

We would also like to inquire about whether Leda Kelly is available for deposition, and if not, why not. We intend to depose her only if we have questions that the House's representative (presumably Jason Poreda) is unable to answer, but which she may be able to. We wanted to raise this with you as early as possible, in part because the window for Ms. Kelly's deposition would be pretty tight (after the House's but before July 18), so advance scheduling would be prudent.


Best,

Nick


### Nicholas Warren | Staff Attorney

**American Civil Liberties Union of Florida**

Direct: (786) 363-1769 | nwarren@aclufl.org | aclufl.org


Confidentiality Notice: This communication is for use by the intended recipient and contains information that may be privileged, confidential or copyrighted under applicable law. If you are not the intended recipient, you are hereby formally notified that any use, copying or distribution of this communication, in whole or in part, is strictly prohibited. Please advise the sender immediately by reply e-mail and delete this message and any attachments without retaining a copy. This communication does not constitute consent to the use of sender's contact information for direct marketing purposes or for transfers of data to third parties.