**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

Case No. 1:24-cv-21983-JB

CUBANOS PA'LANTE, *et al.*,

*Plaintiffs*,

v.

FLORIDA HOUSE OF REPRESENTATIVES, *et al.*,

*Defendants*.

_______________________________/

**JOINT MOTION FOR BRIEF EXTENSION OF TIME TO FILE SUMMARY JUDGMENT AND *DAUBERT* MOTIONS**

The Parties jointly move for a three-day extension of time to file any summary judgment motions and motions to exclude or limit proposed expert testimony.

1. Under the Court's current schedule, discovery will conclude on July 18, 2025. ECF No. 101. Summary judgment and *Daubert* motions must be filed by August 1. ECF No. 98 at 2. Oral argument on any summary judgment motions is set for October 29. *Id.*

2. The Parties have been working diligently to complete discovery. Due to the schedules of both counsel and the deponents, five depositions are scheduled for the final week of the discovery period, July 14–18. Transcripts of those depositions will not be available until the following week at the earliest.

3. A three-day extension of time will also accommodate other client commitments of counsel. Counsel for the Florida House of Representatives, Andy Bardos, is lead counsel for the State of Florida in litigation against the U.S. Department of Justice in *United States v. Florida*, No. 0:12-cv-60460 (S.D. Fla.). In that case, the State of Florida must file a robust status report with data collections by August 1. Mr. Bardos also represents ten Supervisors of Elections in *Florida Decides Healthcare*, *Inc. v. Byrd*, No. 4:25-cv-211 (N.D. Fla.). His ten clients must respond to four complaints filed by four sets of plaintiffs and 30 requests for production during the first week of August.

4. Counsel for the Secretary of State, Mohammad Jazil and Michael Beato, also represent the Secretary in *Florida Decides Healthcare*. The Secretary is the lead defendant in that case, and is currently (1) reviewing a preliminary injunction order entered on July 8, 2025, (2)

assessing whether to seek expedited appellate review and a stay of the order, (3) responding to three sets of discovery requests within the next two weeks, and (4) responding to five complaints from five plaintiffs groups.

5. On top of that, Mr. Jazil and Mr. Beato represent the Secretary in *Nord Hodges v. Albritton*, No. 8:24-cv-879 (M.D. Fla. 2024) (three-judge court). Counsel for Plaintiffs, Nicholas Warren, Caroline McNamara, and Daniel Tilley, also represent the *Nord Hodges* plaintiffs. The parties' findings of fact and conclusions of law are due within the next two weeks in that case.

6. Additionally, Mr. Warren and Mr. Tilley represent a petitioner in a time-sensitive extraordinary writ proceeding at the Florida Supreme Court, *Garcia v. DeSantis*, No. SC2025-959. The court has ordered expedited briefing, and the petitioner's reply brief will be due in less than two weeks.

7. Under the circumstances, a brief extension of the summary judgment and *Daubert* deadline will afford the Parties sufficient time to prepare any such motions they choose to file.

8. The Court may for "good cause" modify the case schedule. Fed. R. Civ. P. 16(b)(4). Federal district courts have "broad discretion in deciding how best to manage the cases before them." *Smith v. Psychiatric Sols., Inc.*, 750 F.3d 1253, 1262 (11th Cir. 2014) (internal marks omitted).

9. This extension is sought in good faith and not for purposes of delay. The proposed extension will reduce by only one business day the time the Court will have to review any summary judgment motions before oral argument.

10. This motion is unrelated to and independent of Plaintiffs and the Florida House of Representatives' Joint Motion to Extend Deadline to Answer Requests for Admissions (ECF No. 117), which the Court granted on July 9, 2025 (ECF No. 118).

**WHEREFORE**, the Parties respectfully request an extension of time to **August 4, 2025,** to file summary judgment motions and motions to exclude or limit proposed expert testimony.

Respectfully submitted July 10, 2025,

*/s/ Andy Bardos*

Andy Bardos (FBN 822671)
andy.bardos@gray-robinson.com
**GrayRobinson, P.A.**
301 South Bronough Street, Suite 600

*/s/ Nicholas L.V. Warren*

Nicholas L.V. Warren (FBN 1019018)
Daniel B. Tilley (FBN 102882)
Caroline A. McNamara (FBN 1038312)
**ACLU Foundation of Florida**

Tallahassee, Florida 32301-1724
Telephone: 850-577-9090

Christopher M. Kise (FBN 855545)
ckise@continentalpllc.com
**Continental PLLC**
101 North Monroe Street, Suite 750
Tallahassee, Florida 32301
Telephone: 850-270-2211

Jesus M. Suarez (FBN 60086)
jsuarez@continentalpllc.com
Carmen Manrara Cartaya (FBN 73887)
ccartaya@continentalpllc.com
**Continental PLLC**
255 Alhambra Circle, Suite 640
Coral Gables, Florida 33134
Telephone: 305-677-2707

*Attorneys for Defendant*
*Florida House of Representatives*

*/s/ Mohammad O. Jazil*

Bradley R. McVay (FBN 79034)
Ashley Davis (FBN 48032)
**Florida Department of State**
R.A. Gray Building
500 South Bronough Street
Tallahassee, FL 32399
(850) 245-6536
brad.mcvay@dos.myflorida.com
ashley.davis@dos.myflorida.com

Mohammad O. Jazil (FBN 72556)
Michael Beato (FBN 1017715)
**Holtzman Vogel Baran**
**Torchinsky & Josefiak PLLC**
119 South Monroe Street, Suite 500
Tallahassee, FL 32301
(850) 270-5938
mjazil@holtzmanvogel.com
mbeato@holtzmanvogel.com

*Counsel for Defendant*
*Florida Secretary of State*

4343 West Flagler Street, Suite 400
Miami, FL 33134
(786) 363-1769
nwarren@aclufl.org
dtilley@aclufl.org
cmcnamara@aclufl.org

Jorge L. Vasquez, Jr.*
**Vasquez Attorneys at Law, PC**
141 Parkway Road, Suite 14
Bronxville, NY 10708
(212) 752-8408
jorge@vasquezpc.com

Andrew Frackman*
**O'Melveny & Myers LLP**
1301 Avenue of the Americas, 17th Floor
New York, NY 10019
(212) 326-2000
afrackman@omm.com

Brian P. Quinn*
Patrick J. Jones*
Emily Murphy*
Gabrielle S. Jackson*
Andrea Ojeda*
**O'Melveny & Myers LLP**
1625 Eye Street NW
Washington, DC 20006
(202) 383-5300
bquinn@omm.com
pjones@omm.com
emurphy@omm.com
gjackson@omm.com
aojeda@omm.com

**Admitted pro hac vice*

*Attorneys for Plaintiffs*