UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No. 1:24-cv-21983-JB**

CUBANOS PA'LANTE, *et al.*,

    Plaintiffs,

v.

FLORIDA HOUSE OF REPRESENTATIVES
and CORD BYRD, in his official capacity as
Florida Secretary of State,

    Defendants.
_____/

**NOTICE OF APPEARANCE ON BEHALF OF**
**THE FLORIDA HOUSE OF REPRESENTATIVES**

The undersigned gives notice of his appearance as counsel in this matter for Defendant, the Florida House of Representatives.

Dated July 17, 2025.                    Respectfully submitted,

                                            */s/ James Timothy Moore, Jr.*
                                            James Timothy Moore, Jr. (FBN 70023)
                                            GRAYROBINSON, P.A.
                                            301 South Bronough Street, Suite 600
                                            Tallahassee, Florida 32301
                                            Telephone: 850-577-9090
                                            tim.moore@gray-robinson.com
                                            *Attorneys for Defendant, Florida House of Representatives*