# Exhibit A

# Index

**State House Maps**

**Map 1:** State House Districts

**Map 2:** State House Districts in Palm Beach, Broward and Miami-Dade Counties

**Map 3:** State House Districts in Miami-Dade County

**Map 4:** Challenged State House Districts (Districts 112-116, 118, and 119)

**Map 5:** State House District 106 and Municipalities

**Map 6:** State House District 112 and Municipalities

**Map 7:** State House District 113 and Municipalities

**Map 8:** State House District 114 and Municipalities

**Map 9:** State House Districts 115 & 116 and Municipalities

**Map 10:** State House District 112 and Geographical Features

**Map 11:** State House District 113 and Geographical Features

**Map 12:** State House District 114 and Geographical Features

**Map 13:** State House Districts 115 and 116 and Geographical Features

**Map 14:** State House Districts 118 and 119 and Geographical Features

**Congressional Maps**

**Map 15:** Florida Congressional Districts

**Map 16:** Florida Congressional Districts in Southeast Florida

**Map 17:** Florida Congressional District 26

**Map 18:** Florida Congressional District 26 and Municipalities

**Map 19:** Florida Congressional District 26 and Municipalities (Miami-Dade-County)



**Map 1: State House Districts**



**Map 2: State House Districts in Palm Beach, Broward and Miami-Dade Counties**



**Map 3: State House Districts in Miami-Dade County**



**Map 4: Challenged State House Districts (Districts 112-116, 118, and 119)**



**Map 5: State House District 106 and Municipalities**



**Map 6: State House District 112 and Municipalities**



**Map 7: State House District 113 and Municipalities**



**Map 8: State House District 114 and Municipalities**



**Map 9: State House Districts 115 & 116 and Municipalities**



**Map 10: State House District 112 and Geographical Features**



**Map 11: State House District 113 and Geographical Features**



**Map 12: State House District 114 and Geographical Features**



**Map 13: State House Districts 115 and 116 and Geographical Features**



**Map 14: State House Districts 118 and 119 and Geographical Features**



**Map 15: Florida Congressional Districts**



**Map 16: Florida Congressional Districts in Southeast Florida**



**Map 17: Florida Congressional District 26**



**Map 18: Florida Congressional District 26 and Municipalities**



**Map 19: Florida Congressional District 26 and Municipalities (Miami-Dade-County)**