# Exhibit D

Page 1

_____

Common Cause, et al.              )

                                  )

v.                                ) 4:22-cv-109

                                  )

Cord Byrd                         )

_____ )


TRANSCRIPTION OF VIDEO RECORDING

HOUSE CONGRESSIONAL REDISTRICTING SUBCOMMITTEE

APRIL 19, 2022


DIGITAL EVIDENCE GROUP

1730 M Street, NW, Suite 812

Washington, D.C. 20036

(202) 232-0646

4/19/2022                 Common Cause, et al. v. Cord Byrd                 Audio Transcription

Page 2

1    APRIL 19, 2022

2              CHAIRMAN SIROIS:  The Congressional

3    Redistricting Subcommittee will come to order.

4              DJ, please call the roll.

5              THE CLERK:  Chair Sirois.

6              CHAIRMAN SIROIS:  Here.

7              THE CLERK:  Vice Chair Tuck.

8              VICE CHAIR TUCK:  Here.

9              THE CLERK:  Ranking Member Skidmore.

10             DEMOCRATIC RANKING MEMBER SKIDMORE:  Here.

11             THE CLERK:  Representatives Benjamin.

12             REPRESENTATIVE BENJAMIN:  Here.

13             THE CLERK:  Brown.

14             REPRESENTATIVE BROWN:  Here.

15             THE CLERK:  Fabricio.

16             REPRESENTATIVE FABRICIO:  Here.

17             THE CLERK:  Fetterhoff.

18             REPRESENTATIVE FETTERHOFF:  Here.

19             THE CLERK:  Harding.

20             REPRESENTATIVE HARDING:  Here.

21             THE CLERK:  Hunschofsky.

22             REPRESENTATIVE HUNSCHOFSKY:  Here.

23             THE CLERK:  Joseph.  Joseph.

24             Latvala.

25             REPRESENTATIVE LATVALA:  Here.

HT_0000083

Page 3

1          THE CLERK:  Maggard.

2          REPRESENTATIVE MAGGARD:  Here.

3          THE CLERK:  Massullo.  Massullo.

4          McClure.

5          REPRESENTATIVE MCCLURE:  I'm here.

6          THE CLERK:  Morales.

7          REPRESENTATIVE MORALES:  Present.

8          THE CLERK:  Perez.

9          REPRESENTATIVE PEREZ:  Here.

10         THE CLERK:  Plakon.

11         REPRESENTATIVE PLAKON:  Here.

12         THE CLERK:  Silvers has been excused.

13         Trabulsy.

14         REPRESENTATIVE TRABULSY:  Here.

15         THE CLERK:  Truenow.

16         REPRESENTATIVE TRUENOW:  Here.

17         THE CLERK:  Williamson.

18         REPRESENTATIVE WILLIAMSON:  Here.

19         THE CLERK:  Ex Officio Driskell.

20         REPRESENTATIVE DRISKELL:  Here.

21         THE CLERK:  Ex Officio Leek.

22         REPRESENTATIVE LEEK:  Here.

23         THE CLERK:  Quorum is present, Mr. Chair.

24         CHAIRMAN SIROIS:  Thank you very much, DJ.

25         Members, a few reminders before we begin.

Page 4

1   Please silence all electronic devices, and if you're
2   here today to give public testimony, please take
3   time now to fill out an appearance form and turn it
4   into the Sergeant staff.
5          As a reminder for our members and speakers
6   today, please turn your microphone on when you are
7   speaking and off when you are finished.
8          Members, welcome back to special session.
9   We have a lot of work ahead of us today.  So let's
10  jump right in.
11         For those of you who may be tuning in for
12  the first time and as a refresher for the rest of
13  it, I'd like to first take a moment to recap.  We
14  began our redistricting process back in September of
15  2021.  Since then, we've debuted a website, a map
16  drawing application, and held numerous committee
17  meetings.
18         On March 4th, the House and Senate both
19  passed Committee Substitute for Senate Bill 102.
20  Now, from there, unlike what happens in our state
21  legislative redistricting maps that receive Florida
22  Supreme Court review, our congressional
23  redistricting maps do not receive court review and
24  instead move like a normal bill, which means they
25  are sent to the Governor for approval or veto.

Page 5

1           On March 29th, the bill was sent to the

2    Governor, who vetoed it the same day, citing

3    concerns with the United States Constitution.  That

4    same day, he issued a proclamation, calling the

5    Legislature into special session to resolve these

6    concerns and established Florida's 28 congressional

7    districts to be used in the upcoming election cycle.

8           Chair Leek and I received a briefing from

9    the Governor's Office about their proposed map.  It

10   is my understanding that the Senator received a

11   similar briefing.  I'm glad to inform everyone that

12   the Governor's Office is joining us today to provide

13   that same briefing to all Committee members and the

14   public, as well as be available for questions about

15   the proposed map.

16           As the Speaker, as well as the Senate

17   President, have stated, our goal during special

18   session is to pass a new congressional map that will

19   both earn the Governor's signature and withstand

20   legal scrutiny, if challenged.  This elected body is

21   responsible to the citizens of Florida to complete

22   our constitutional obligation to pass a

23   congressional map.

24           Now, let's talk about the flow and the

25   roadmap for today's meeting.  We have one bill on

Page 6

1   the agenda for consideration, House Bill 1-C by

2   Representative Leek.  I want to assure members and

3   the public that I intend to allow for enough time

4   for members to ask questions, to hear public

5   testimony, and to allow for debate.  I'll be

6   tracking our time closely this afternoon and will

7   keep the Committee informed as we move along.

8            Shortly, I will recognize Representative

9   Leek to explain his bill, which contains the

10  proposed congressional map, P-000C0109.  As you may

11  be aware, 10 districts of this map are from our

12  previously passed legislative map, and 18 of the

13  districts are being newly proposed by the Governor's

14  Office.

15           Seeing as the House did not have a role in

16  drawing those districts proposed by the Governor, we

17  have invited their team to be present today to

18  explain the map and answer questions from members

19  afterwards.  As is normal, we will move into public

20  testimony and member debate before taking a vote on

21  House Bill 1-C.

22           I'd like to take a moment to also address

23  decorum.  There's been a lot of chatter,

24  speculation, and name calling over the last several

25  weeks in anticipation of this special session and

Page 7

1    the new proposed map that we'll be considering

2    today.  I want to be very clear.  Today's meeting

3    with proceed with professionalism, civility, and the

4    decorum that Floridians expect of this legislative

5    body.  Members of this Committee and the public

6    alike will keep their emotions and opinions

7    respectable and thoughtful and not engage in

8    personal or partisan attacks.

9            As we've talked about since last fall,

10   there is no single correct redistricting map.  There

11   is no such thing as the best map.  We are here to

12   consider the next map that will govern elections in

13   Florida for the next decade, and that is no small

14   feat.

15           The last housekeeping item before we

16   transition into our bill presentation is that,

17   members, in front of you is the data packet for map

18   P-000C0109.  Similar to the packet produced for

19   previous maps we reviewed, this packet contains

20   information such as county and city splits,

21   compactness scores, and functional analysis data.

22   The bill text is also here in front of DJ in this

23   binder if you would like to review it.

24           Members, up for consideration today is

25   House Bill 1-C, establishing congressional districts

Page 8

1    of the state.  And as we've done for every other map

2    presentation, I will ask you to hold questions until

3    all districts have been explained to ensure we get

4    through a description of the entire state, and no

5    one region is rushed.

6              Representative Leek, you are now recognized

7    to present House Bill 1-C.

8              REPRESENTATIVE LEEK:  Thank you,

9    Chair Sirois.

10             Before I dive into the map itself, I want

11   to echo Chair Sirois' comments from earlier.  We as

12   legislators should feel a strong sense of

13   responsibility for passing redistricting maps out of

14   this body.  A narrative has started to proliferate

15   that the Legislature has somehow ceded its map

16   drawing responsibility to the Governor.  I find that

17   to be a false narrative and incorrect on its face.

18             We have not ceded any responsibility.  In

19   fact, we have not -- we have done a responsibility

20   once by passing maps during the regular session, and

21   we will complete it again during this special

22   session.  The Governor has also fulfilled his

23   responsibility and chose to veto our maps for

24   reasons I believe his team will elaborate on today.

25             Both branches of government have a role in

Page 9

1  this process just like with any other bill.  The

2  only abdication of responsibility would be if we

3  threw our hands up and sent an impasse to the

4  courts, allowing them or third parties, all of whom

5  are unelected, to draw our maps.

6          Instead, we have chosen to stay at the

7  table, continue the conversation, and hear out the

8  Governor and work together because that is not only

9  -- not only our responsibility but what Floridians

10  expect of us as their legislators.

11          Our goal for special session is to produce

12  a work product that is legislatively passed and

13  executively signed.  It's through that lens that I

14  hope we will all move forward with today's meeting.

15          Now, on to the presentation.  Today, we

16  will be presenting map P-000C0109.  This is the map

17  reflected in the data packet in front of you, as

18  well as being posted on

19  www.FloridaRedistricting.gov.

20          As Chair Sirois mentioned, 10 of the

21  districts in this map are exact copies of districts

22  that the Legislature passed during the regular

23  session.  Those are Congressional Districts 1, 2,

24  20, 21, 22, 23, 24, 25, 27, and 28.  You can see

25  those here on our screen.

Page 10

1          The new proposed districts that will be

2     presented by the Governor's Office today consists of

3     Congressional Districts 3-19 and 26, as now seen on

4     the screen.  Given the new proposed districts are

5     the focus of today's meeting, I would like to ask

6     Chair Sirois to recognize the Governor's Office to

7     explain these districts.

8          I'm more than happy to take questions on

9     the Legislature's districts after the presentation

10    but don't want to use our limited time redescribing

11    configurations we've all previously heard several

12    times.

13         CHAIRMAN SIROIS:  Thank you very much,

14    Representative Leek.

15         Representative Skidmore?

16         DEMOCRATIC RANKING MEMBER SKIDMORE:  Thank

17    you, Mr. Chair.

18         I'd like to move that the Governor's staff

19    be put under oath while testifying in the

20    Subcommittee today.

21         CHAIRMAN SIROIS:  Representative Skidmore,

22    first of all, that procedure would be different from

23    any of the testimony that we received in our

24    Committee thus far, and as far as my length of

25    service in the Legislature, I think that that would

4/19/2022            Common Cause, et al. v. Cord Byrd            Audio Transcription

Page 11

1   be an extraordinary step that I don't feel is

2   necessary and, frankly, I find absurd to seek to put

3   a member of another branch of our government under

4   oath.

5            So that is not well received by me, and as

6   Chair, I will choose to decline your request.

7            DEMOCRATIC RANKING MEMBER SKIDMORE:

8   Follow-up?

9            UNIDENTIFIED FEMALE:  Mr. Chair, point of

10  --

11           CHAIRMAN SIROIS:  Representative Skidmore.

12           DEMOCRATIC RANKING MEMBER SKIDMORE:  Thank

13  you, Mr. Chair.

14           Pursuant to Rule 7.2, we have the ability

15  to move to have members or guests who are testifying

16  in Committee to be put under oath, and I feel that

17  it is a fair motion under the circumstances.  And

18  I'd like us to move through that process with a --

19  if we could get a second and a vote on it.

20           UNIDENTIFIED FEMALE:  I second.

21           CHAIRMAN SIROIS:  Thank you.

22           Representative Skidmore, again, I'm going

23  to voice that I think that that is an extraordinary

24  and unnecessary step for us to take.  But I will put

25  it to this Committee.

Page 12

1        But as we move forward, I think it's a good

2   point to point out the tone for today's Committee

3   meeting.  This is a state house, not a courthouse,

4   and that's how I intend to proceed with this

5   Committee today.  So in the spirit of working with

6   you and moving our process forward, I will put that

7   to the vote of a Committee, and I will ask for a

8   voice vote.

9        Those in favor of putting the witness

10  providing testimony today under oath please indicate

11  so by saying aye.

12        (Multiple yeas).

13        And those opposed, please say no.

14        (Multiple nos)

15        CHAIRMAN SIROIS:  In the judgment of the

16  Chair, the nos have it.

17        We'll now proceed.

18        Representative Driskell.

19        REPRESENTATIVE DRISKELL:  (Indiscernible)

20        CHAIRMAN SIROIS:  All right.  On the motion

21  that we just voted on, seeing two hands on the

22  motion that we just had a voice vote on, DJ, I would

23  ask you to call the roll.

24        THE CLERK:  Chair Sirois.

25        CHAIRMAN SIROIS:  No.

Page 13

1          THE CLERK:  Representatives Benjamin.

2          REPRESENTATIVE BENJAMIN:  Yes.

3          THE CLERK:  Brown.

4          REPRESENTATIVE BROWN:  Yes.

5          THE CLERK:  Fabricio.

6          REPRESENTATIVE FABRICIO:  No.

7          THE CLERK:  Fetterhoff.

8          REPRESENTATIVE FETTERHOFF:  No.

9          THE CLERK:  Harding.

10         REPRESENTATIVE HARDING:  No.

11         THE CLERK:  Hunschofsky.

12         REPRESENTATIVE HUNSCHOFSKY:  Yes.

13         THE CLERK:  Joseph.

14         REPRESENTATIVE JOSEPH:  Yes for

15    transparency.

16         THE CLERK:  Latvala.

17         REPRESENTATIVE LATVALA:  No.

18         THE CLERK:  Maggard.

19         REPRESENTATIVE MAGGARD:  No.

20         THE CLERK:  Massullo.

21         REPRESENTATIVE MASSULLO:  No.

22         THE CLERK:  McClure.

23         REPRESENTATIVE MCCLURE:  No.

24         THE CLERK:  Morales.  Morales.

25         UNIDENTIFIED FEMALE:  Daisy, you have to

4/19/2022          Common Cause, et al. v. Cord Byrd          Audio Transcription

Page 14

1    vote.

2              THE CLERK:  Perez.

3              REPRESENTATIVE PEREZ:  No.

4              THE CLERK:  Plakon.

5              Silvers has been excused.

6              Skidmore.

7              DEMOCRATIC RANKING MEMBER SKIDMORE:  Yes.

8              THE CLERK:  Trabulsy.

9              REPRESENTATIVE TRABULSY:  No.

10             THE CLERK:  Truenow.

11             REPRESENTATIVE TRUENOW:  No.

12             THE CLERK:  Tuck.

13             VICE CHAIR TUCK:  No.

14             THE CLERK:  Williamson.

15             REPRESENTATIVE WILLIAMSON:  No.

16             THE CLERK:  Ex Officio Driskell.

17             REPRESENTATIVE DRISKELL:  Yes.

18             THE CLERK:  Ex Officio Leek.

19             REPRESENTATIVE LEEK:  No.

20             THE CLERK:  Six yeas, fifteen nays,

21   Mr. Chair.

22             CHAIRMAN SIROIS:  Thank you, DJ.

23             Members, the motion fails.

24             The Governor's Office is recognized, and if

25   you would please identify yourself, sir, for the

HT_0000095

4/19/2022                     Common Cause, et al. v. Cord Byrd            Audio Transcription

Page 15

1    Committee and the record that would be appreciated.

2              ALEX KELLY:  Thank you, Mr. Chair.

3              I'm Alex Kelly with the Executive Office of

4    the Governor, and I'm a deputy chief of staff for

5    the Governor.  And I should say apologies for the

6    PowerPoint.  Obviously, I made the PowerPoint before

7    House Bill 1-C was filed.  So obviously, I'll be

8    speaking to House Bill 1-C and I guess obviously the

9    identical content of Senate Bill 2-C today.  But

10   that's it again.  Thank --

11             CHAIRMAN SIROIS:  Mr. Kelly, I'm sorry to

12   interrupt you.  If you could pull that microphone a

13   little bit closer and just speak up a little bit.

14             ALEX KELLY:  Thank you, my apology.

15             Again, thank you, member -- thank you --

16   thank you, Mr. Chair, members, and thank you for

17   this opportunity to present the views of the

18   Executive Office of the Governor on the -- the

19   proposed congressional reapportionment plan and to

20   discuss our work and our contributions to this

21   compromise plan.

22             Just to give you a very brief introduction,

23   you know.  Frequently today, I'll refer to

24   improvements in the plan, and I think obviously the

25   Chair and the -- and the sponsor gave a great

HT_0000096

Page 16

```
 1    introduction to the plan.  I'll be really speaking
 2    to just the 18 districts that are different,
 3    although sometimes I'll very generically refer to
 4    the plan as a whole.  But I really am really
 5    referring to our specific and my specific
 6    contributions to those 18 districts.
 7             And oftentimes throughout the presentation,
 8    I will compare very specifically this plan, Plan
 9    0109, to the primary plan the Legislature passed,
10    Plan 8019.  Although there are some instances where
11    I'll refer to both, and I'll try to remember to
12    identify both when I'm making a comment that
13    definitely refers to both.
14             So for the purpose of my introduction, so I
15    am the map drawer of the 18 districts in this plan.
16    Obviously, I assumed that context would be helpful.
17    So I am the map drawer of these districts, and to
18    give you just a little bit of background of myself,
19    10 years ago, I was the staff director of the House
20    Redistricting Committee here in the Florida House of
21    Representatives.
22             Starting in January this year, I initially
23    served for our office in a role of just providing
24    guidance and oversight to our in-house counsel and
25    our contract counsel and also a contract map drawer
```

Page 17

1    that we brought on board to help initially start our

2    engagement in this process.

3                  For reference, that contract map drawer

4    that we brought on board -- his name is Adam Foltz

5    -- the initial map that we submitted on behalf of

6    our office, map 0079, was drawn by -- was authored

7    by Mr. Foltz.  For just a little context for his

8    background, he has been a map drawer for state

9    Legislatures in Wisconsin and Texas, and actually

10   currently he's drawing maps for the state of Texas

11   at this present time.

12                  Much like your professional staff, myself,

13   our map drawer who drew our original map, map 0079,

14   we've only drawn maps on behalf of state government.

15   Adam Foltz and I collaborated on our office's second

16   contribution, map 0094, and, again, I alone authored

17   the 18 changes -- the 18 districts that are changed

18   in the map before you today and as to how they

19   compare to map 8019.

20                  Some additional notes I'll point out at the

21   outset that will be helpful for today, one, no one

22   directed me to favor or disfavor a political party

23   or incumbent throughout this process, and I did not

24   draw any districts or make any districts or make any

25   contributions with the intent of favoring or

Page 18

1    disfavoring a political party or an incumbent.

2              Two, in drawing any of the districts

3    submitted by our office, I did not consider or even

4    look at political data, including party

5    registration, voter data.  In other words, I do not

6    know the voting history or party registration

7    numbers for any of the districts that I have drawn.

8              With that said, the only time I did

9    reference political data in my work was early in the

10   process.  I did -- I did reference pollical data

11   early in the process when we were observing the work

12   of the Legislature and we were identifying whether

13   or not it was possible to draw a compact African

14   American performing district in Northeast -- in

15   Northeast Florida to both try to comply with the

16   U.S. Constitution and the State Constitution and

17   apply -- comply with the State Constitution in the

18   way that the Florida Supreme Court has interpreted

19   it and the way this Legislature has implemented it.

20             So essentially, I took a look at whether or

21   not it was possible to sort of check all the boxes,

22   so to speak, with complying with the U.S.

23   Constitution and the State Constitution in drawing a

24   more compact minority performing district.

25   Ultimately, I determined it was not possible to do

Page 19

1    so.

2              Three, in drawing the compromised plan that

3    you -- that you have before you here today in this

4    legislation and contributing to office's two prior

5    proposals and in the totality of our office's

6    engagement in this process, I have not in any way

7    consulted with anyone outside the Executive Office

8    of the Governor, our contract counsel, our contract

9    map drawer, the Legislature, and its counsel.  So

10   I've only worked within the parties here in the

11   House, Senate, and our office and our contract

12   counsel.

13             In other words, I can confirm -- said

14   differently, I can confirm that I've had no

15   discussions with any political consultant, no

16   partisan operative, no political party official

17   concerning any plans proposed by our office and

18   plans considered by the Legislature.  In effect, I

19   have engaged in this process, including authoring

20   this proposed compromise plan, in a manner that

21   meets the same high standards that you set forth for

22   your professional staff.

23             And this plan that you're considering today

24   in House Bill 1-C, Plan 0109, is indeed a

25   compromise.  It is the product of consultation and

Page 20

1    collaboration between our office and House and

2    Senate leadership, and it incorporates portions of

3    the plan passed by the Legislature.

4            As Chair Leek noted, Senate Bill 102,

5    Primary Plan 8019, concepts, of course, from 10

6    districts are included block for block in their

7    entirety in this map.  This compromise plan also

8    includes concepts from our two prior office's

9    submissions, Plan 0079 and 0094.

10           It also includes concepts from the map that

11   was actually referred out of this Subcommittee, map

12   -- or Plan 8011 prior to -- or I guess out of this

13   Subcommittee on its way to the full committee and

14   aligns in several other ways that I'll describe with

15   plans considered and the style of the House and

16   Senate's map drawing.

17           As we noted -- in fact, I think, Chair

18   Leek, you did a great job of really summarizing this

19   slide.  So I can probably just -- probably just skip

20   this.  But, you know, again, in general, the main

21   crux of it is that I'm going to really focus my

22   comments today on the 18 districts that did change.

23           First, in an effort to create a

24   collaborative product, I worked off the

25   Legislature's primary plan 8019.  So while I was

Page 21

1    seeking to remedy the Governor's veto message and

2    make improvements throughout the map, I began my

3    work downloading Plan 8019 and subsequently making

4    changes.

5              Regarding the proposed plan before you

6    today, it maintains the same number of performing

7    majority-minority seats.  It retains the

8    Legislature's exact configuration as was shown in

9    the map of the Panhandle districts and also

10   Southeast Florida, essentially St. Lucie through

11   Monroe Counties.

12             For reasons set forth in the detailed

13   memorandum that -- I think it may have been

14   distributed to the members prior to the meeting --

15   the detailed memorandum that our general counsel

16   wrote to accompany the Governor's veto message, the

17   compromise proposal eliminates the racially

18   gerrymandered versions of Congressional District 5,

19   which were included in Senate Bill 102, both the

20   primary plan and the secondary plan.  Members, that

21   legal memorandum is included -- again, I think

22   hopefully it's been distributed.  That legal

23   memorandum is available.

24             In summary, Congressional District 5 in

25   both the primary and secondary maps enacted by the

Page 22

1    Legislature violates the Equal Protection Clause of

2    the United States Constitution because it assigns

3    voters primarily on the basis of race but is not

4    narrowly tailored to achieving -- to achieve a

5    compelling state interest.

6            Again, that memorandum otherwise fully

7    explains the Governor's legal objections to both

8    versions of that district in the primary and

9    secondary maps as it passed the Legislature.

10           I will say because I am the map drawer, I

11   am not legal counsel to the Governor.  I'm going to

12   be careful to really focus my comments today on the

13   drawing of the map and not venture into that legal

14   world.  It's a little beyond -- it's probably a

15   little beyond my training.  So I'm really going to

16   -- going to focus on the map itself and those 18

17   districts.

18           Plan 0109 creates two new districts,

19   Districts 4 and 5, in Northeast Florida consistent

20   with maps previously proposed by our office with

21   some minor improvements.  These two districts are

22   race neutral and overall more compacts than

23   Districts 4 or 5 in the maps passed by the

24   Legislature.

25           In addition to resolving federal

Page 23

1    constitutional objections raised by the Governor,

2    the proposed compromise plan makes overall

3    improvements with respect to Tier 2 redistricting

4    criteria relative to the maps passed by the

5    Legislature by bringing together some of the best

6    concepts from the Legislature's prior maps and our

7    office's maps.

8              Plan 0109 adjusts the congressional

9    districts in Tampa, for example, the Tampa Bay area

10   and the larger Gulf Region, stretching from Citrus

11   down to Lee Counties and impacting some inland

12   counties to create a hybrid compromise of the

13   Legislature's and our office's maps.

14             These changes improve overall visual

15   compactness, have a net effect of reducing a county

16   split, and significantly increase the usage of Tier

17   2 political and geographical boundary lines.

18             In the Central Florida region, Plan 0109

19   aligns more closely with the map that was referred

20   out of this Subcommittee, Plan 8011, with one

21   distinction that aligns with Senate Plan 8060 as it

22   passed the Senate.

23             With respect to the similarities with the

24   House's Plan 8011, specifically with respect to

25   Congressional District 10, we accept the position

Page 24

1  articulated by the House's professional staff in

2  this Subcommittee in that meeting, that this

3  district is not subject to the Florida

4  Constitution's non-diminishment standard because the

5  benchmark district does not contain an African

6  American population sufficient enough, large enough

7  to reliably elect a candidate of their choice.

8          We understand that the House and Senate

9  disagree on this point.  However, because districts

10  cannot be drawn on the basis of race unless there is

11  a compelling reason to do so, the absence of

12  agreement between the House and Senate on the need

13  to treat District 10 as a minority protected

14  district under the State Constitution indicates that

15  a compelling basis for using race is lacking.

16  Essentially, the disagreement between the two

17  chambers, as articulated in the testimony, is a

18  reason for a lack of evidence.

19          Accordingly, the proposed plan defers to

20  the House's stated testimony in that Committee

21  meeting or Subcommittee meeting, and my changes to

22  the districts in Central Florida region, including

23  District 10, are drawn on race -- on race neutral

24  principles.

25          Again, these changes in Central Florida

HT_0000105

Page 25

1    result in Tier 2 improvements for the Central

2    Florida region.  And the combination of these

3    changes in Central Florida and the Gulf Coast

4    counties result in some additional Tier 2

5    improvements for other impacted districts like

6    Districts 3, 6, and 11.

7              Lastly, in-between the submission of our

8    office's second map, Plan 0094, and my drawing of

9    this plan, 0109, I received feedback from House and

10   Senate staff regarding our second maps overreliance

11   on the boundaries of census-designated places.  I

12   was encouraged to follow the House and Senate's

13   preferred methodology of boundary usage to increase

14   our usage of major roadways, waterways, and railways

15   for Tier 2 compliance.

16             Our second map closely adhered to county

17   and city lines.  So that was not a concern, although

18   less frequently to the other Tier 2 recognized

19   boundaries.  Therefore, throughout these 18 revised

20   districts, I adopted the Legislature's -- the House

21   and Senate's preferred and clear articulation of

22   Tier 2 compliance.  So even where I was trying to

23   articulate a general concept from one of our

24   office's prior maps, I made such revisions using the

25   Legislature's preferred approach to Tier 2

Page 26

1    compliance.

2            In the next few slides, I'll just walk you

3    through some key points regarding those Tier 2

4    improvements.  First, the proposed plan reduces by

5    one the number of county splits from 18 to 17 by

6    keeping Citrus and Sarasota Counties whole in lieu

7    of Polk, effectively a two-for-one swap.

8            Furthermore, where there are county splits,

9    the number of ways in which those counties are split

10   is reduced.  For example, probably the most visible

11   of those changes in a larger county is reducing the

12   number of districts within a portion of Hillsborough

13   County from four to three.

14           Second, the proposed plan reduced reliance

15   on nongeographic and nonpolitical boundaries from

16   12.5 percent to 11.5 percent, not a significant

17   difference but nonetheless showing that effort to

18   again utilize more frequently, well-recognized

19   political and geographical boundary lines in that

20   Tier 2 manner.  In other words, when I mentioned

21   previously that I adopted the House and Senate's

22   preferred way to articulate compliance, this is the

23   result of that.

24           Third, although the mean compactness scores

25   are largely equivalent to each other when comparing

Page 27

1    my efforts in map 0109 and Plan 8019 as passed by

2    the Legislature, the proposed plan improves the

3    compactness score of the least compact district such

4    that Plan 0109 would be, I believe, the first map

5    considered by the Legislature where every district

6    has a Reock and Polsby-Popper score greater than

7    0.2.

8              I should say, moreover, visually we'll see

9    in a few moments many of the districts are plainly

10   just more circular, squared, more visually compact

11   shapes that are more easily understandable.

12             Lastly, my changes to Plan 0109 stayed

13   equal to the Legislature's achievement of only

14   splitting 16 cities in primary plan 8019.  There are

15   some differences about which cities are split when

16   comparing my revisions to the map passed by the

17   Legislature, specifically I keep Cape Coral, Plant

18   City, and Port Orange whole, whereas the Legislature

19   kept Lakeland, St. Pete, and Longboat Key whole.

20             What I did take care to do in each of those

21   cases was first to make sure that if there was a

22   city split in that sort of three cities for three

23   cities swap, to make sure that those cities

24   nonetheless were still only contained within two

25   districts, as the way the Legislature did, as the

HT_0000108

Page 28

1    way you did.

2              And additional -- and additionally, I tried

3    to make sure that those city splits still made

4    meaningful use of other Tier 2 metrics.  For

5    example, as you know, Longboat Key is one of four

6    cities in the state that is itself split across two

7    different county lines.  When I made the effort to

8    keep Sarasota County whole, that resulted in

9    splitting Longboat Key because both Manatee and

10   Sarasota were kept whole but kept whole in two

11   different districts, although certainly that was an

12   exchange of Tier 2 compliance that was well worth it

13   in order to keep an entire county whole.

14             I should say just as a disclaimer in saying

15   all of this, I don't mean to ever suggest -- and I

16   think, Chair Sirois, you got at this point -- I

17   don't ever mean to suggest there is a statistical

18   line in the sand for what Tier 2 -- Tier 2 compliant

19   compactness or county splits or city splits looks

20   like.

21             But at the same time, in authoring a

22   compromise plan, I recognized that I should author a

23   plan that recommends improvements and builds upon

24   the work of the Legislature, at the very least give

25   you a plan that never goes backwards and at least

4/19/2022                     Common Cause, et al. v. Cord Byrd            Audio Transcription

Page 29

1   improves upon the work the Legislature has done,

2   even though it's not necessarily, as you said,

3   Chair, it's not a competition of statistics.  And

4   that is exactly what I've done.

5             So with that, I'm just going to proceed

6   then to a more detailed visual explanation of the

7   proposed compromise plan.

                            Statewide, the next two

8   slides -- really, the next four slides -- give you

9   that view statewide.  I don't think I need to cover

10  these as much because you -- Chair, you covered

11  these very much or Chairs, I should say, covered

12  these very much in your opening.

13            But this is the statewide view, and then if

14  you just scroll to pulling back the district labels,

15  it was important for me, not just -- obviously we

16  talked about statistics, not just to improve upon

17  statistical goals in the map, like statistical

18  compactness, but I also wanted these changes just to

19  satisfy the eyeball test and offer some squaring up,

20  circling up of the districts and greater usage of

21  clear and visible boundary lines.  And so the look

22  and feel of the map mattered just as much as the

23  statistics.

24            As you zoom in on just the districts that

25  changed, I'll just skip a little bit again because

HT_0000110

Page 30

1    you just looked at something similar.  One of the

2    key facets of my work in the proposed plan was to

3    make sure that there was no collateral, unintended

4    consequences to my changes without making some sort

5    of equal or better Tier 2 change.

6              So as I changed one part of the map -- for

7    example, as you see, I split Polk County as part of

8    the swap for keeping Citrus and Sarasota Counties

9    whole.  I get a little more in-depth as to exactly

10   how that worked in a little bit.  In doing so, I

11   incorporated several Tier 2 changes to Polk County

12   to make sure the new lines were still very

13   meaningful.

14             And in saying that, two-thirds of the

15   residents in proposed District 18 on the right are

16   still coming from Polk County.  Clearly, the

17   Legislature was articulating options that centered a

18   district largely around Polk County.  And so even

19   though I've split the county in order to pick up

20   Sarasota and Citrus kept whole, I've done so in a

21   way where Polk County is still the predominant two-

22   thirds of the population of a district.

23             Shifting to Districts 4 and 5 on these next

24   couple slides, I already provided some context

25   previously about the newly proposed composition of

4/19/2022                  Common Cause, et al. v. Cord Byrd                  Audio Transcription

Page 31

1    these two districts.  Just some other general points

2    that I didn't say earlier.  The boundary lines

3    between the two are mostly the St. Johns River.

4           As you know, Jacksonville is the one city

5    in the state that is larger than a congressional

6    district.  So you must split it, and the river,

7    which nearly equally divides the city, stands out as

8    a logical, recognizable Tier 2 boundary.  If you

9    have to split the city somewhere, it stands out as

10   maybe the most recognizable boundary to do so.

11          And in doing so, the maps on the right in

12   Plan 0109 were overall the combined -- when you

13   compare the compactness of the Districts 4 and 5

14   there compared to Districts 4 and 5 on the left,

15   combined, they still improve the overall compactness

16   of the two, even making the split through the river.

17          The southern boundaries of District 4 and 5

18   -- I should -- let me go back.  The southern

19   boundaries of Districts 4 and 5 are still exactly as

20   the Legislature proposed them.  So the use of the

21   Clay-Putnam line is the same as the Legislature

22   proposed it, and where the split occurs in St. Johns

23   County is exactly as the Legislature proposed it.

24   So we didn't change the southern boundary.  I didn't

25   change the southern boundary of Districts 4 and 5.

HT_0000112

Page 32

1            The last point about these two districts I

2    want to make sure and show you, make sure you see,

3    is that District 4 does need to cross the river at

4    some point for the purposes of equal population, and

5    that population difference was about 1500, 2000

6    residents.  So knowing the district has to cross at

7    some point, cross the St. Johns River, I tried to

8    make that a meaningful crossing of the river.

9            Our original iteration of this crossing, I

10   think, was less deliberate.  In this improvement

11   configuration, I used the bridges of the Arlington

12   Expressway and Interstate 295 to literally allow a

13   resident to not have to leave District 4 in order to

14   traverse District 4.  So again, just trying to use,

15   even in the zero population work on a district,

16   trying to use those boundaries in some kind of

17   meaningful way.

18           The next few slides, slides 14 through 21,

19   visualize my changes to the Gulf Counties from

20   Citrus down to Lee and how those districts impact

21   the counties inland to the east, north, and south.

22   And I'm showing this in a way that I thought about

23   it, trying to make Tier 2 improvements, how I

24   thought and went through the map to make those

25   changes.  And essentially this is again a hybrid of

Page 33

 1    the Legislature's maps and our office's prior plans

 2    in this region.

 3              In order to achieve worthwhile Tier 2

 4    improvements to this region, I did have to revisit

 5    how the entire region was drawn.  Slide 15, as this

 6    slide illustrates, the Legislature's decision to

 7    keep Broward, Osceola, and Polk Counties whole --

 8    nothing wrong with that decision.  Obviously keeping

 9    counties whole is a great decision -- but the

10    Legislature's decision to keep Broward, Osceola, and

11    counties (sic) whole places limitations on what

12    could be done in the Tampa Bay region and the

13    counties to the north and south of Tampa Bay.

14              Keeping Broward -- I'm sorry -- Broward,

15    Osceola, and Polk Counties whole creates effect --

16    in effect -- I'm sorry.  Go ahead -- in effect,

17    creates a wall across three-quarters of the state.

18    Breaking that wall in Polk County essentially gives

19    the map drawer more flexibility in considering

20    different options for drawing more compact districts

21    and more adherence to political and geographical

22    boundary lines in those Western Gulf Counties in the

23    state of Florida.

24              So in effect, Polk County -- freeing Polk

25    County up then allowed additional considerations.

Page 34

1    Otherwise, if it's kept whole, it limits what the

2    map drawer can do in along Tampa Bay and north and

3    south of Tampa Bay.

4            Slide 16, for example, this Congressional

5    District 12 now includes all of Citrus County.  In

6    the Legislature's configuration, Citrus County was

7    split.  So now, Citrus County is kept whole in this

8    district.  Of course, obviously, now District 12

9    takes a much more squared-up, linear shape.

10           Just a few details about the district and

11   the district just to the south of it, that pink

12   district, District 15, District 12 is actually still

13   a majority Pasco County seat, yielding about 141,000

14   Pasco County residents to District 15.  The

15   boundaries between 12 and 15 are almost entirely

16   defined by state roads and municipal boundary lines.

17   Zephyrhills is entirely included in District 15.

18   Saint Leo, San Antonio, and Dade City are entirely

19   included in District 12.

20           Taking a look then south of the Tampa Bay

21   region, going down to Sarasota County, the changes I

22   began in Polk also allowed keeping Sarasota County

23   whole in District 17, which, like District 12, now

24   includes two whole counties and portions of a third

25   to get equal population.

Page 35

1           The southern portions of District 17 that
2    extend into Lee County only take unincorporated
3    communities, leaving all municipalities from Lee
4    County whole in District 19.  This is how I was able
5    to keep Cape Coral whole in District 19.  And the
6    boundaries are almost entirely city lines or
7    significant roadways, again, leaning on these Tier 2
8    principles.
9           Taking this approach to the north and south
10   of Tampa Bay then gave me a better chance to draw
11   visually compact districts in Tampa Bay and make
12   improved usage of Tier 2 political and geographical
13   boundaries.
14          Zooming in a little further on Pinellas
15   County in the bay, it's seen from the Legislature's
16   process that having a seat wholly in Pinellas County
17   was an important goal.  So I quite literally worked
18   my way west to east, starting with District 13,
19   while I also built my way south to north with
20   District 16, coming from Manatee County, which is
21   still kept whole in this plan.
22          Really leaning in heavily on Tier 2
23   standards of compactness and use of Tier 2
24   boundaries, I split Districts 13 and 14 in the north
25   with the use of the Pinellas-Hillsborough County

4/19/2022                 Common Cause, et al. v. Cord Byrd                 Audio Transcription

Page 36

1   line, as the Legislature did, and I largely utilized

2   U.S. 19 as the southern divider.  I get my equal

3   population in that middle section of District 13, in

4   the unincorporated Feather Sound area just north of

5   St. Pete.

6           So while I split St. Pete, I'm doing so

7   making a clear use of Tier 2 boundaries.  As -- and

8   as I built District 14 eastward and northward in

9   Tampa Bay, again, I sought to ensure that the

10  boundaries of the district were defined by clear,

11  recognizable, Tier 2 boundaries like major roadways

12  and as I was trying to maintain something of a

13  square or rectangular shape to District 14 to keep

14  it compact.

15          You'll see in these next few slides where

16  some of the linkage along predominantly roadways

17  occurs between these districts, in this particular

18  case, between the northern portion of Districts 14

19  and 15 and even District 12 in Pasco County.  That's

20  largely the Suncoast Parkway -- that's -- I'm sorry.

21  It's largely the Suncoast Parkway squared off at a

22  county road, as it essentially takes Suncoast

23  Parkway south.

24          You meet up with a county road, and then

25  make a -- I guess if you were traveling south, you

HT_0000117

Page 37

1  make a left at Busch Boulevard, over to the

2  municipality of Temple Terrace.  And I have Temple

3  Terrace highlighted on the map.  The Legislature had

4  a very similar configuration around Temple Terrace

5  to accommodate the municipal boundaries wholly in a

6  district.

7           And you'll see that I continued on the

8  Suncoast Parkway into Pasco County, so if you take

9  Suncoast Parkway north into Pasco County and then

10 turn on State Road 54, which is a little curvy but

11 nonetheless a state road to divide Districts 12 and

12 13.

13          What you see here in the unincorporated

14 Brandon area is also a point of emphasis that I

15 achieved a few times when three districts would meet

16 at a point.  I essentially tried to make use of a

17 clear -- of clearly recognizable roadways in a Tier

18 2 manner to be distinguishable dividers between

19 districts.  So in this case, that juncture of U.S.

20 301 North and South and State Road 60 East and West

21 makes a clear boundary when these three districts

22 meet.

23          And as I was drawing District 16 from

24 Manatee County north into Hillsborough County, I

25 really wanted to hold State Road 60 as a clear

HT_0000118

Page 38

1    divider that could later be utilized in Polk County,

2    where Districts 15 and 18 would eventually meet.

3    The resulting District 15 also keeps Plant City

4    whole, and despite going into Pasco and Polk

5    Counties, is still approximately two-thirds

6    populated by Hillsborough County residents.

7           The next five slides visualize my changes

8    to the Central Florida region, again, largely

9    returning to the concepts that this Subcommittee

10   passed in Plan 8011 with one exception.

11          That one exception -- we'll start there.

12   That one exception being that I followed more

13   closely to the Senate's concept for Congressional

14   District 8 in that rather than taking the district

15   into southern Volusia to get the last bit of equal

16   population necessary, I turned the district into

17   eastern Orange.  That means this proposed plan only

18   splits Volusia County two ways rather than into

19   three different districts, bringing District 7 down

20   to the Volusia-Broward County line without

21   increasing the number of districts in Orange County.

22          Essentially, there as a turning of the

23   wheel, if you will, as to where these districts'

24   boundaries were to square them up, make them more

25   compact, but not actually have any negative impact

Page 39

1    on the boundary usage of Orange County but have a

2    positive on the boundary usage in Volusia County.

3            Again, as I mentioned in my opening, I

4    authored District 10 in the House's plan to look

5    more -- I'm sorry -- this plan to look more like the

6    House's plan, Plan 8011, as it passed the

7    Subcommittee, very compactly keeping several cities

8    whole in either Districts 9, 10, or 11.

9            And as you zoom in, I highlighted the

10   municipality -- as you zoom in, I highlighted the

11   municipality of Edgewood, and right next to that is

12   Belle Isle, and both are kept whole in District 9.

13   That explains how District 9 extends upward just

14   slightly, again, utilizing predominantly major

15   roadways, but it's to accommodate these two

16   municipalities and either put them wholly in one

17   district or the other.  In this case, puts them

18   wholly in District 9.  Winter Park and Maitland are

19   kept whole in District 10, and Ocoee, Apopka, and

20   Winter Garden are kept whole in District 11.

21           The boundaries between these districts are

22   almost -- are also very much defined by Tier 2,

23   either keeping the aforementioned cities whole,

24   utilizing county boundaries -- like you look at

25   District 10.  That boundary is the Orange-Seminole

Page 40

1   boundary line -- or utilizing major, well-recognized

2   roadways and waterways, except where necessary to

3   get equal population.

4           That western boundary, for example, between

5   Districts 10 and 11 is largely the Apopka-Vineland

6   Road, except where the road briefly discontinues

7   about halfway down the western border of the

8   district.

9           And then the southwestern border of

10  District 10 is another clear -- really clear usage

11  of significant roadways to separate Districts 9, 10,

12  and 11 using Interstate 4 and State Road 528, where

13  they all come together.  Again, that achieves really

14  giving those districts a clearly recognizable

15  boundary.

16          The combination of moving District 10 back

17  very compactly towards the middle of Orange County

18  along with keeping Citrus County whole in District

19  12 creates a visually improved, more compact

20  District 11, again, essentially turning the wheel,

21  if you will, of District 11, shifting from the

22  angled shape in Plan 8019 to a more circular shape

23  in Plan 0109 and still includes all of Sumpter

24  County.

25          The combination of reshaping District 7,

4/19/2022                    Common Cause, et al. v. Cord Byrd                    Audio Transcription

Page 41

1    10, 11, and 12 then allowed me to reduce the number

2    of districts in Marion County from three to two.

3    The result is that both Districts 3 and 6's

4    boundaries follow State Road 301 north to south,

5    similar to the way the Legislature defined the

6    boundaries just a little further east -- the

7    Legislature just used different roadways -- 301

8    north to south, loop around the boundaries of Ocala,

9    and then -- which is wholly in District 3, and then

10   continue down Interstate 75, so again just using

11   very clear, Tier 2 boundaries.

12          The borders between Districts 6 and 11,

13   just for your reference, in the Lake County area is

14   mostly defined by city boundaries and waterways with

15   Lady Lake, Eustis, and Mount Dora entirely in

16   District 6, while Fruitland Park, Leesburg, and

17   Tavares are entirely in District 11.

18          The work to get equal population -- I

19   referenced that little piece that's in Lake County

20   of that eastern, northeastern piece of District 11

21   that's in Lake County, the work to get equal

22   population is largely done tracking right there

23   along State Road 46 as it exits Lake County, and

24   that work is largely in the unincorporated Sorrento

25   area.

HT_0000122

Page 42

1           The totality of this and other changes that

2    brought, for example, District 7 down to Volusia and

3    Broward, resulted in District 6 taking a more

4    compact, overall circular shape.  When you pull back

5    on the map, it has a much more circular shape.

6           Of course, several of these changes had

7    impacts on Polk County, and I wanted to make this --

8    those impacts beneficial in a -- in a Tier 2

9    context.  So I factored in how Districts 9, 11, and

10   15 share boundaries with District 18, which, again,

11   District 18 is actually about two-thirds of the

12   residents are from Polk County, one-third from six

13   whole rural counties.

14           First, regarding District 9, I did a couple

15   things that were both helpful in filling out and

16   smoothing this visual and statistical compactness as

17   well for District 9, including also picking up a

18   portion of incorporated Poinciana and the lake that

19   essentially represents that piece of Polk County

20   that otherwise sticks into Osceola County.  I also

21   extended District 9 out slightly at the northwest

22   Osceola border, utilizing Highway 27 and the Ronald

23   Reagan Parkway.

24           So the overall idea here was threefold.  It

25   creates -- as you pull back from the map, it creates

Page 43

1    a visual smoothing of the line, about as smooth as

2    the Polk County-Osceola border will give you a

3    chance to do, but it creates a visual smoothing of

4    the line, which does help with statistical and

5    visual compactness.  It eliminates the visual and

6    noncompact effects of that inlet between Polk and

7    Osceola, which, again, contributes to the overall

8    compactness.

9               And I was trying to get the population just

10   right in Districts 9 and 18 so that District 11

11   could have that essentially sort of nearly flat,

12   very roadway-bounded eastern wall abutting up to

13   District 10 in Orange County.  So the visual effect

14   of what was achieved in Orange County and how the

15   Districts 9 and 18 interacted in Polk County all had

16   a -- all had a significant effect on each other, and

17   there was a lot of give and take to make that effect

18   work.

19               As I referenced the boundaries between

20   Districts 11 and 15 -- I'm sorry -- 11 and 18,

21   generally speaking, those boundaries focus around

22   Interstate 4.  However, you do see some extensions

23   on either side of Interstate 4 between Districts 11

24   and 18.

25               Polk City is entirely included in District

Page 44

1   11, but there are a couple of pieces of Polk City

2   that go across Interstate 4.  Auburndale is included

3   entirely in District 18, but there are a couple

4   pieces of the city that go across the Interstate.

5   And I mentioned earlier, while Lakeland is split in

6   this map, I wanted to make sure it wasn't split in

7   more than two districts.

8            So as you get close to District 15 there,

9   where you see, again, another jumping across I-4,

10  those are just boundaries of the city of Lakeland

11  and then some of the zero-population work that I did

12  as well.

13           And then when you look at the boundaries of

14  District 11, 15, then back down to 18, U.S. Highway

15  98 is largely the vast majority of that boundary,

16  really extending out of Pasco County into Polk

17  County through Lakeland, utilizing U.S. Highway 98

18  for most of that.

19           The southern boundary, which I made

20  reference to before when looking at the Hillsborough

21  region, is State Road 60.  As I mentioned

22  previously, I wanted to hold that boundary line in

23  Hillsborough County with 15 north of that boundary,

24  16 south of it, taking that boundary out -- boundary

25  out of the county so that that southern connection

Page 45

1    between 15 and 18 would still utilize State Road 60.

2    And then zero population work there was done just

3    north of the city boundaries of Mulberry in Polk

4    County.

5            Again, as I mentioned earlier in my

6    presentation, overall, this map equals the city

7    splits, 16, of the Legislature's primary plan, but,

8    of course, some of the splits are different.  And,

9    you know, and I referenced earlier that I made sure

10   that where there was a split, a city was only split

11   two days.

12           Furthermore, the resulting District 18 is

13   again still a two-thirds Polk County district.  I

14   could clearly see that the Legislature was

15   attempting to create in pretty much any map that was

16   considered a majority Polk district.  While this is

17   a different configuration, I've still achieved the

18   same overall goal of creating a majority Polk County

19   district in District 18 with numerous Tier 2

20   considerations and improvements around it.

21           Just moving on to the last couple slides,

22   looking at Southwest Florida, I had to make some

23   decisions as a result of those decisions I discussed

24   previously, largely in part due to the Tier 2

25   efforts to keep Sarasota whole and creating District

Page 46

1   17 with all of Sarasota, all of Charlotte, and

2   incorporated portions of Lee Counties.

3            My newly composed District 17 required me

4   to equal -- equalize population for District 18

5   through the entirety of Hendry County and then

6   finding approximately another 4500 residents

7   elsewhere.

8            In our office's prior plan, I found those

9   residents in western Palm Beach County, in the

10  cities and around the cities around Belle Isle,

11  Pahokee, and that area.  However, in this compromise

12  plan, as we discussed earlier, as the Chair

13  discussed, we were not affecting some of the

14  Southeast Florida districts.  So I wanted to hold

15  the Palm Beach County line as the Legislature did in

16  its plan.

17           So zooming in a little more closely, as

18  you'll see on this last slide, I equalized the

19  population in Collier County, which was already

20  split once, extending District 18 along State Road

21  -- kind of that angle along State Road 82, down

22  State Road 29 North, and then east along County Road

23  846 to get those additional 4500 residents for

24  District 18 and balance the population.

25           And for District 26, I had to further

Page 47

1   extend District 26's western boundaries closer

2   towards unincorporated East Naples, utilizing

3   roadways and waterways as boundaries between 26 and

4   19, except where necessary to equalize population.

5   The resulting District 26 still has a Hispanic

6   voting age population of 73.22 percent.

7          And with that said, Mr. Chair, that is my

8   explanation of the changes in House Bill 1-C.

9          REPRESENTATIVE LEEK:  Thank you, Mr. Kelly,

10  for that presentation.  Additionally, members, this

11  bill appropriates $1 million to the Department of

12  State for expenses related to the litigation of the

13  congressional map.  The bill also includes language

14  related to state courts.  It requires any state

15  court challenge to the congressional map to be filed

16  in Leon County.

17         All changes based on state law -- or excuse

18  me -- all challenges based on state law to be filed

19  in state court, rather than federal court, permits

20  any state court challenge to raise both state law

21  claims and, to the extent the circuit court has

22  jurisdiction, federal law claims, and finally makes

23  explicit that nothing in the bill precludes federal

24  courts from deciding challenges based on the federal

25  law.

Page 48

1           Mr. Chairman, that is the bill.

2           CHAIRMAN SIROIS:  Thank you very much,

3      Chair Leek.

4           For the members of the audience, I noticed

5      several more folks have joined us.  Just as a matter

6      of housekeeping, if you would like to provide public

7      testimony today, please fill out a speaker form with

8      the Sergeant at Arms.  They have those available.

9           Members, we're now going to move into

10     questions on the bill.  I would ask that all

11     questions go through the Chair, and I want to offer

12     my reminder once again about my expectation for

13     decorum and civility in this Committee.

14          Members, again, just kind of looking at the

15     clock, we can remain in questions -- maybe we'll

16     give it to about 5:05, 5:10, see where we're at.  I

17     want to make sure that we have plenty of time

18     remaining to receive that public testimony.

19          Ladies and gentlemen, we appreciate you

20     being here today with us.

21          And with that, we will move into questions.

22          Representative Hunschofsky.

23          And, members, just kind of to roadmap

24     things out, what I'd like to do is give members a

25     couple of bites at the apple, perhaps a couple of

4/19/2022                    Common Cause, et al. v. Cord Byrd                Audio Transcription

Page 49

1    questions and a follow-up.  And then to make sure

2    everybody has had an opportunity, we'll rotate

3    through and then entertain a second round of

4    questions, time permitting.

5            Representative Hunschofsky, you are

6    recognized.

7            REPRESENTATIVE HUNSCHOFSKY:  Thank you,

8    Chair Sirois.  And how many questions is that, that

9    we're allowed in our first round?  Just out of

10   curiosity.

11           CHAIRMAN SIROIS:  Go for it.

12           REPRESENTATIVE HUNSCHOFSKY:  Okay.  I'll go

13   for it.

14           Thank you very much for presenting the map

15   that you drew.  You mentioned that this was a

16   compromise map.  Yet when we voted on the maps that

17   we passed, we had a map, and we had a secondary map,

18   one map, not -- so I'm not understanding how this is

19   a compromise.  Could you explain what you mean by

20   that?  Because I thought the secondary map was the

21   compromise and even the first map.

22           ALEX KELLY:  Chair?

23           CHAIRMAN SIROIS:  Sir, you're recognized.

24           ALEX KELLY:  Thank you.

25           At that time, our office had not agreed on

HT_0000130

Page 50

1    either of those two maps.  There were obviously

2    pieces of those two maps that we've incorporated

3    here, of course, 10 of those districts exactly from

4    8019, and there are concepts from those two maps

5    that we've sort of hybrided (sic) with concepts from

6    the maps that our office previously published.  But

7    we didn't come out and support either of those two

8    maps.

9               CHAIRMAN SIROIS:  And to offer further

10   clarification, the map that is being presented today

11   by Chair Leek and the Governor's Office has provided

12   us with commentary on includes many portions of what

13   the Legislature passed.

14               Representative Hunschofsky, you're

15   recognized.

16               REPRESENTATIVE HUNSCHOFSKY:  Thank you,

17   Chair Sirois.

18               So we had a whole bunch of meetings during

19   committee weeks about all the Tiers, and it was

20   drilled into us the Tier 1 and the Tier 2.  I

21   noticed in your presentation there was a strong

22   concentration on Tier 2, which we were all told in

23   every single committee meeting we've been in, that

24   those are only to be looked at after the Tier 1

25   standards have been satisfied.

Page 51

1            And one of the Tier 1 standards that came

2   up when we had Mr. Popper (phonetic) was the fact

3   that districts shall not be drawn -- and I'm reading

4   this from what was presented to us from the House

5   staff as backup -- districts shall not be drawn with

6   the intent or result of denying or abridging the

7   equal opportunity of racial or language minorities

8   to participate in the political process or to

9   diminish their ability to elect representatives of

10  their choice.  A Tier 2 standard is districts shall,

11  where feasible, utilize existing political and

12  geographical boundaries.

13           So with that, I ask, why were the changes

14  made to Districts 4 and 5 looking solely at Tier 2

15  standard, even though a Tier 2 standard is after a

16  Tier 1 standard has been met, and yet the Tier 1

17  standard that I talked about doesn't seem to be met

18  with the line that you drew?  So what was -- why was

19  a Tier 2 standard given priority over a Tier 1

20  standard in that case?

21           CHAIRMAN SIROIS:  Mr. Kelly, you're

22  recognized.

23           ALEX KELLY:  Thank you.

24           And first and foremost, I did note in my

25  testimony that we didn't draw any districts with the

HT_0000132

Page 52

1    intent of favoring or disfavoring an incumbent or

2    political party, and that is a Tier 1 standard.  In

3    addition, all the districts that we've drawn are

4    contiguous, and that is a Tier 1 standard.

5           The other Tier 1 standard regarding

6    diminishment, of course, was the major focus of the

7    Governor's veto message and really the major focus

8    of discussion.  And after reviewing your work, the

9    work of the Legislature overall, it was clear that a

10   district couldn't be drawn to both satisfy the U.S.

11   Constitution and the court's and the Legislature's

12   understanding of the State Constitution.  In such a

13   situation, the federal Constitution has to prevail.

14          A plain language -- as I'm not -- as I'm

15   not an attorney, a sort of plain language way of

16   saying that is there was no obligation to redraw

17   District 5 as it was -- as it was drawn in the

18   benchmark.  There was no obligation.  There was no

19   lawfully drawn district to not diminish from.

20          REPRESENTATIVE HUNSCHOFSKY:  Chair?

21          CHAIRMAN SIROIS:  Representative

22   Hunschofsky, one final question, and then I'd like

23   to move on to make sure we have adequate time for

24   all members.

25          REPRESENTATIVE HUNSCHOFSKY:  All right.

Page 53

1    One final question --

2              CHAIRMAN SIROIS:  We'll come back.

3              REPRESENTATIVE HUNSCHOFSKY:  -- for this

4    round.  I have a whole other round --

5              CHAIRMAN SIROIS:  Yes, ma'am.

6              REPRESENTATIVE HUNSCHOFSKY:  -- a whole

7    other section of the state.

8              CHAIRMAN SIROIS:  We'll get there.

9              REPRESENTATIVE HUNSCHOFSKY:  Why was the

10   decision made then not to put District 5 on top of

11   District 4, as opposed to go kind of meander around

12   it?  It would seem it would be more compact to have

13   one on top of the other than to meander around the

14   other.

15             And it doesn't seem like when compactness

16   is the argument, even though it is a Tier 2 argument

17   and still does not follow along the Tier 1 standard

18   -- not the one that you mentioned, but the one that

19   I mentioned -- I wondered why you wouldn't look to

20   keep it, if compactness is so important, compact in

21   that way so that you could not only meet your sub-

22   Tier 2 standard but also the Tier 1 standard that I

23   mentioned.

24             CHAIRMAN SIROIS:  You're recognized.

25             ALEX KELLY:  Thank you -- thank you,

4/19/2022                  Common Cause, et al. v. Cord Byrd                  Audio Transcription

Page 54

1    Mr. Chair.

2              And obviously, you know, in terms of

3    compactness, as the Chair noted in the beginning,

4    there's no -- there's no one right redistricting

5    map.  That said, the districts that you're

6    referencing are significantly more compact,

7    significantly more compact in the benchmark.

8    Visually, statistically, they are more compact than

9    the maps that passed this Legislature.  So they are

10   more compact districts, and there was a rational

11   choice to be made.

12             As I noted in my comments about those

13   districts, Jacksonville is the lone city in the

14   entire state that is larger than a congressional

15   district.  So it's a city you're going to divide,

16   and a logical division to consider is the St. Johns

17   River, which happens to almost divide the city in

18   half on its own naturally.  So it's a very logical

19   dividing line.

20             It's clearly well-recognized in the

21   community.  So clearly, a constituent would have no

22   question -- are they a voter in District 4?  Are

23   they a voter in District 5? -- which is the point of

24   drawing a clear boundary line that follows a major

25   roadway, a highway, or so -- or a waterway and so

HT_0000135

Page 55

1    forth.  So it was a very logical and compact choice

2    to make, and we had already satisfied Tier 1

3    concerns.

4              CHAIRMAN SIROIS:  Thank you, sir.

5              Ranking Member Skidmore, you are recognized

6    in questions.

7              DEMOCRATIC RANKING MEMBER SKIDMORE:  Thank

8    you, Chair Sirois.

9              Thank you, Mr. Kelly, for being here today.

10   This is -- I'm going to go a little slow because

11   it's a lot to digest.  It was a lot of -- a lot of

12   changes.  So does 109 split as many counties as 8019

13   or more or less?

14             CHAIRMAN SIROIS:  Mr. Kelly, you're

15   recognized.

16             ALEX KELLY:  Thank you, Mr. Chair.

17             It splits one less county, and also in

18   addition to that, for those counties that are --

19   that are split, it splits those counties fewer

20   times.  So it makes a couple types of county

21   improvements.  It keeps Sarasota and Citrus whole in

22   exchange for splitting Polk.  So it picks up a

23   single county split -- or, I'm sorry, a single

24   county whole.  Sorry.

25             CHAIRMAN SIROIS:  Representative Skidmore,

Page 56

1    you're recognized.

2              DEMOCRATIC RANKING MEMBER SKIDMORE:  Thank

3    you, Mr. Chair.

4              Thank you for the answer.  And does 109

5    reduce the city splits from 8019 or increase city

6    splits?

7              CHAIRMAN SIROIS:  Mr. Kelly?

8              ALEX KELLY:  Thank you, Mr. Chair.

9              It's equal.

10             DEMOCRATIC RANKING MEMBER SKIDMORE:  Equal.

11             CHAIRMAN SIROIS:  Ranking member.

12             DEMOCRATIC RANKING MEMBER SKIDMORE:  Thank

13   you, Mr. Chair.

14             Thank you for the answer.  So if the -- if

15   the Governor's veto was based on CD 5 and CD 4 and

16   the number of city splits did not change and the

17   number of county splits was reduced by one split,

18   why did you redraw 18 districts instead of just the

19   district that the Governor objected to?

20             CHAIRMAN SIROIS:  Mr. Kelly.

21             ALEX KELLY:  Thank you, Mr. Chair.

22             Of course, our office had previously

23   submitted two entirely different state maps for the

24   Legislature's consideration.  So it's no secret that

25   there were other preferences in the rest of the map.

4/19/2022                    Common Cause, et al. v. Cord Byrd          Audio Transcription

Page 57

1    There were other opportunities for Tier 2

2    improvements throughout the rest of the map.

3             And so a veto message, of course, the veto

4    message spoke to the Governor's most significant

5    concern throughout the map, but it wasn't a secret

6    that we had already published two complete maps

7    before and made other recommendations throughout the

8    rest of the map.

9             So with the opportunity to take a look at

10   the rest of the map, obviously we deferred to the

11   Legislature exactly block for block in 10 of those

12   seats, but as I articulated, there were a number of

13   opportunities, keeping counties whole -- sorry --

14   keeping counties whole, the visual compactness of

15   the map as well, and just overall a more clear

16   usage, a more consistent usage of political and

17   geographical boundary lines.  So there were a number

18   of improvements throughout the map.

19            CHAIRMAN SIROIS:  Thank you, Representative

20   Skidmore.  Let's do a follow-up.

21            And then we have Representative Benjamin

22   next on my list, and we'll come back to you in the

23   next round.

24            DEMOCRATIC RANKING MEMBER SKIDMORE:  Thank

25   you, Mr. Chair.

HT_0000138

4/19/2022              Common Cause, et al. v. Cord Byrd          Audio Transcription

Page 58

1              Thank you -- thank you for the response.

2     I'm going to pick -- I have to pick which question

3     I'm going to ask.  So the Governor's position is

4     that there was no compelling reason to keep CD 5,

5     but wasn't CD 5 actually drawn by the court?  And is

6     that not a compelling interest?

7              Thank you, Mr. Chair.

8              CHAIRMAN SIROIS:  Mr. Kelly.

9              ALEX KELLY:  Thank you, Mr. Chair.

10             The court got it wrong.

11             CHAIRMAN SIROIS:  Representative Benjamin.

12             REPRESENTATIVE BENJAMIN:  Thank you,

13    Mr. Chair.

14             CHAIRMAN SIROIS:  Representative Benjamin,

15    I apologize.

16             Ladies and gentlemen, there are many new

17    members of the audience that have joined us.  I just

18    want to offer a reminder again about the decorum

19    that we have in this Committee.  We don't have loud

20    reactions in this Committee.  We have business to

21    conduct.  We are pressed for time.

22             Representative Benjamin, you are

23    recognized.

24             REPRESENTATIVE BENJAMIN:  Thank you,

25    Mr. Chair.

HT_0000139

Page 59

1          You represented earlier that the law and

2    constitutional arguments are somewhat outside of

3    your purview, but yet you've told us now that the

4    court got it -- got it wrong.  And -- but in that

5    decision, the court was attempting to reconcile the

6    federal Constitution and the State Constitution.

7    Would that be a fair statement?

8          CHAIRMAN SIROIS:  Sir.

9          ALEX KELLY:  Mr. Chair.

10          I'm not aware, although I'm happy to defer

11    to counsel to fill out this answer, but I'm not

12    aware of where the state court -- the state Supreme

13    Court was attempting to reconcile something between

14    federal and state law.  But I'm happy to defer to

15    counsel if there is something I'm unaware of.

16          REPRESENTATIVE BENJAMIN:  Mr. Chair?

17          CHAIRMAN SIROIS:  Representative Benjamin.

18          REPRESENTATIVE BENJAMIN:  Thank you.

19          Can you then tell me how did the court get

20    it wrong?

21          ALEX KELLY:  Thank you, Mr. Chair.

22          CHAIRMAN SIROIS:  Mr. Kelly.

23          ALEX KELLY:  And I'll -- and I'll offer

24    sort of, you know, I think a two-part answer here.

25    One, I walked through in my testimony that that was

Page 60

1    a seat drawn predominantly based on one criteria,

2    based on race.  It is a racial gerrymander, and

3    there was a failing to demonstrate that compelling

4    state interest in doing so.

5              The other side of this, I can speak to from

6    my time at that time working in the Legislature from

7    2009 to 2012.  The driving question behind Fair

8    Districts was a district -- the poster child

9    district was a district that sprawled from

10   Jacksonville to Orlando.  And in the end resolution

11   a few years later, the court drew a district that

12   sprawls from Jacksonville to Gadsden County.  It

13   didn't remedy the issue.  It just replaced one

14   gerrymandered district with another.

15             REPRESENTATIVE BENJAMIN:  Mr. Chair?

16             CHAIRMAN SIROIS:  (Indiscernible)

17             REPRESENTATIVE BENJAMIN:  Thank you.

18             CHAIRMAN SIROIS:  Representative Benjamin,

19   you're recognized.

20             REPRESENTATIVE BENJAMIN:  Thank you.

21             Are you aware that compliance with the

22   Voting Rights Act by the courts has been considered

23   a compelling state interest?

24             CHAIRMAN SIROIS:  Mr. Kelly.

25             ALEX KELLY:  Thank you, Mr. Chair.

Page 61

1          That's a great question, and, again, you

2     know, I'm not counsel for the Governor.  But I'll

3     speak to the extent of my knowledge of the Voting

4     Rights Act.  The Voting Rights Act speaks to

5     districts where the minority community is 50 percent

6     or more of the total community in the district, so

7     in other words, if the African American or Hispanic

8     voting age population of the district is 50 percent

9     or more of the voting age population in the

10    district.

11         That's not the end of that analysis, but

12    that is a sort of introduction to that analysis.

13    The district in question does not meet that

14    threshold.  So I don't see any scenario in which the

15    Voting Rights Act is implicated by Congressional

16    District 5.

17         CHAIRMAN SIROIS:  Representative Benjamin,

18    let's have one follow-up in this round, and then

19    we're going to move to Representative Joseph.  Thank

20    you, sir.

21         REPRESENTATIVE BENJAMIN:  Okay.  Thank you,

22    Mr. Chair.

23         In determining that it's not -- it was not

24    narrowly tailored to be a compelling state interest,

25    was it that it wasn't narrowly tailored or was it

4/19/2022                    Common Cause, et al. v. Cord Byrd                 Audio Transcription

Page 62

1   that it wasn't a compelling state interest?   Which

2   14th Amendment or strict scrutiny analysis are we

3   looking at?

4              CHAIRMAN SIROIS:   Mr. Kelly.

5              ALEX KELLY:   Mr. Chair.

6              I'm not sure I could answer that question

7   directly.   I can just say, in general, the

8   obligation to define that compelling state interest

9   is an obligation the map drawer has.   So I, as

10  someone who am saying that that district didn't

11  define that, whoever drew that district has to meet

12  that obligation, not me.

13             Counsel could probably elaborate a little

14  bit further on the question if you want.

15             REPRESENTATIVE BENJAMIN:   I would want.

16             CHAIRMAN SIROIS:   If you have -- if your

17  counsel is present --

18             ALEX KELLY:   Yeah.

19             CHAIRMAN SIROIS:   -- they can speak to the

20  remaining portion of Representative Benjamin's

21  question, and then we'll move on to Representative

22  Joseph.

23             ALEX KELLY:   Ryan Newman, the Governor's

24  general counsel will hopefully help answer the

25  remainder of the question.

Page 63

1          CHAIRMAN SIROIS:  Mr. Newman, you're

2    recognized.

3          RYAN NEWMAN:  Great.  Thank you.

4          Sure, I'd be happy to answer that.

5          CHAIRMAN SIROIS:  Forgive me.

6    Representative Benjamin.

7          REPRESENTATIVE BENJAMIN:  Mr. Chair, can

8    you have him go over the how the court got it wrong

9    more specifically (Indiscernible)

10         CHAIRMAN SIROIS:  If you would speak into

11   the microphone and offer that -- offer that question

12   please.

13         REPRESENTATIVE BENJAMIN:  Can you give us

14   more of a legal analysis as to the Governor's

15   constitutional challenge to the -- to the map?

16         RYAN NEWMAN:  Sure.  So --

17         CHAIRMAN SIROIS:  Mr. Newman, you're

18   recognized.

19         RYAN NEWMAN:  Thank you.

20         Sure.  On the issue of the federal

21   constitutionality of District 5 as it was originally

22   configured, the Florida Supreme Court never actually

23   addressed that question.  That question has never

24   been resolved by the federal -- by the -- by the

25   Florida Supreme Court as to whether or not District

Page 64

1  5, as it was configured, complied or not with the

2  federal Constitution.

3           And so the -- so what we did in the memo

4  that we submitted -- and it lays out, I hope, in

5  sufficient detail the legal argument for why

6  compliance with the Florida Constitution in Northern

7  Florida -- and that's complying with the non-

8  diminishment standard of the Florida Constitution --

9  can't square with the Equal Protection Clause of the

10  United States Constitution.

11          And so just a step back to sort of walk

12  through the analysis, all right.  The Supreme Court

13  has made very clear that you cannot draw voting

14  districts based on race unless the state can satisfy

15  strict scrutiny.  So there must be a compelling

16  interest, and the district must be narrowly tailored

17  to achieve that compelling interest.

18          Now, the only time that the United States

19  Supreme Court has been willing to even countenance a

20  compelling interest in this context is when there is

21  good reason to believe that the district is

22  necessary to comply with either Section 2 or Section

23  5 of the Voting Rights Act.

24          And I need to point out, even on this

25  point, that is still an open question.  The U.S.

Page 65

1    Supreme Court has only assumed that compliance with

2    the Voting Rights Act is a sufficient compelling

3    interest to justify a race-based district.  That's

4    very narrow, and the Supreme Court has only been

5    willing to assume that much.  It's never actually

6    definitively held that.

7             So with respect to compliance with the

8    Voting Rights Act, okay, there's two components to

9    the Voting Rights Act.  There's Section 2 of the

10   Voting Rights Act, and there's Section 5 of the

11   Voting Rights Act.  Section 5 of the Voting Rights

12   Act no longer applies in this context because of the

13   Shelby County case, right, which wiped out Section

14   4.

15            So Section 5 is no longer operative, but I

16   do want to make an important point here.  Section 5

17   never applied to the state of Florida as a whole.

18   It never has.  So there was never -- even back, you

19   know, in 1968 or whatever, you know, back when the,

20   you know, the evidentiary basis for the Voting

21   Rights Act of 1965 was being assembled, there was

22   never sufficient evidence to determine that the

23   entire state of Florida should be subject to the

24   Voting Rights Act.  It was only determined that five

25   counties, none of which are in Northern Florida,

Page 66

1    were subject to the Voting Rights Act for Section 5.

2            So Section 5 of the Voting Rights Act, I

3    guess my point is, that's just out of the picture,

4    all right.  So that just leaves us then with Section

5    2, okay.  So does Section 2 of the Voting Rights Act

6    require that District 5 in Northern Florida be

7    drawn?  And the answer has to be no.  Why?  Because

8    of the Gingles preconditions that are required for

9    making out a Section 2 claim.

10           You can't even make out a Section 2 claim

11   unless you satisfy the Gingles precondition.  The

12   first precondition -- and this is what Alex was

13   trying to get to.  The first precondition is, is

14   there a minority population that's reasonably

15   compact, in a reasonably compact geographic location

16   that constitutes a majority of the district?

17           And District 5, notwithstanding the fact

18   that it's gerrymandered.  I mean, the district was

19   drawn for the specific purpose of connecting African

20   American populations in Jacksonville with the

21   African American population in Tallahassee and

22   Gadsden Counties.

23           And even then that district is not a

24   majority-minority district.  It only got up to 44

25   percent or so, 44, 45 percent if my -- if my memory

Page 67

1  serves.  And that's even without respecting

2  traditional districting criteria.

3          So that district cannot be -- is not

4  required by the Voting Rights Act, and because it's

5  not required by the Voting Rights Act, it doesn't --

6  cannot serve as a compelling interest to justify the

7  drawing of a district in Northern Florida based on

8  race, okay.

9          So the only -- the only question then is

10  whether or not mere compliance with the Florida

11  Constitution alone by itself is a compelling

12  interest to justify a race-based district.

13          And in this context, where you're having to

14  ignore all traditional districting criteria, which

15  is what the federal courts look at to determine

16  whether or not, you know, the district is necessary,

17  it cannot be a compelling interest, for the same

18  reason that we would never say that, if Florida had

19  a law segregating the schools, that that would

20  somehow trump the Equal Protection Clause.  Why?

21  Because, you know, the Florida Constitution says so.

22          The only point -- my only point is mere

23  reliance on the Florida Constitution cannot by

24  itself be enough.  Now, don't get me wrong.  That's

25  not to say that there are other applications of the

Page 68

1    Florida Constitution's non-diminishment standard

2    that could be or that could survive strict scrutiny.

3             One example would be if you had a

4    sufficiently compact African American community,

5    right, in a district.  You can't necessarily just

6    carve up that district.  That perhaps -- that

7    perhaps could satisfy strict scrutiny.

8             But what does not and cannot satisfy strict

9    scrutiny is trying to cobble together disparate

10   minority communities from across Northern Florida to

11   cobble together a district that might perform for

12   the minority community.

13            And I think that -- that's where District 5

14   goes wrong because it's clearly cobbled together.

15   It's clearly a gerrymander, not unlike the preceding

16   district that went from Jacksonville down to

17   Orlando, you know, as a salamander-type district

18   that went from Jacksonville down to Orlando.

19            But that's the -- that's the fundamental

20   problem.  There's no compelling interest here

21   because the Voting Rights Act does not require this

22   district to be drawn in Northern Florida, and mere

23   compliance alone without more of the non-

24   diminishment standard in the Florida Constitution

25   cannot satisfy strict scrutiny, at least as the

4/19/2022                    Common Cause, et al. v. Cord Byrd                    Audio Transcription

Page 69

1    Supreme Court has explained it.

2              And just to put a bell on all of this, I

3    mean, the Supreme Court just spoke again just a

4    matter of weeks ago and slapped down a Wisconsin map

5    for containing, you know, improperly racially drawn

6    districts because the --

7              CHAIRMAN SIROIS:  Sir, if you'd -- if you'd

8    bring it in for a landing for us, we have members

9    with other questions.

10             RYAN NEWMAN:  Thank you.  I could go on and

11   on.  To -- yeah.  So the Wisconsin -- the Supreme

12   Court came in, sort of struck down the Wisconsin --

13   you know, a summary reversal of the Wisconsin maps

14   for not satisfying strict scrutiny.

15             So strict scrutiny is a very, very high --

16   very high standard, and it just wouldn't satisfy it

17   in this context.

18             CHAIRMAN SIROIS:  Thank you.

19             Representative Benjamin, I've put you on

20   the list for our second --

21             REPRESENTATIVE BENJAMIN:  Well --

22             CHAIRMAN SIROIS:  -- round of questions.

23             REPRESENTATIVE BENJAMIN:  -- I don't -- I

24   don't have -- well --

25             CHAIRMAN SIROIS:  Let me --

HT_0000150

Page 70

1           REPRESENTATIVE BENJAMIN:  -- just thank

2    you, Mr. Chair, because that's the heart and the

3    crux of the changes that were made, and I think that

4    analysis was much needed.  Thank you.

5           CHAIRMAN SIROIS:  Thank you, Representative

6    Benjamin.

7           Representative Joseph, you're recognized.

8           REPRESENTATIVE JOSEPH:  Thank you,

9    Mr. Chair.

10          Wow, so many questions.  Earlier, you were

11   asked in the Senate to define race neutral in your

12   approach in drawing these maps.  Can you define that

13   for us please?

14          CHAIRMAN SIROIS:  Mr. Kelly.

15          ALEX KELLY:  Thank you, Mr. Chair.

16          Essentially not factoring in race as I'm

17   drawing a district.

18          CHAIRMAN SIROIS:  Representative Joseph.

19          REPRESENTATIVE JOSEPH:  What, if any,

20   analysis did you do regarding retrogression in

21   creating these maps to analyze both black

22   representation and Hispanic representation or Latino

23   representation?

24          CHAIRMAN SIROIS:  Mr. Kelly.

25          ALEX KELLY:  Thank you, Mr. Chair.

4/19/2022          Common Cause, et al. v. Cord Byrd          Audio Transcription

Page 71

1          Great question.  And I didn't have a need
2     to with the districts that I was drawing.  So I
3     didn't do any kind of analysis like that.  Like I
4     didn't do any kind of functional analysis.
5          CHAIRMAN SIROIS:  Representative Joseph.
6          REPRESENTATIVE JOSEPH:  Thank you,
7     Mr. Chair.
8          Looking at your version of, I guess, CD 26,
9     which spans from the Everglades to Collier County in
10    Miami all the way to Hialeah, talk to us about your
11    premise in drawing that particular map in crossing
12    over the way you did.
13         CHAIRMAN SIROIS:  Mr. Kelly.
14         ALEX KELLY:  Sure.  Thank you, Mr. Chair.
15         So that district -- if you -- and if you
16    think about it in the context of the district that
17    the Legislature drew and where I made changes, the
18    eastern boundaries of the district in Miami-Dade
19    County are identical to the boundaries that the
20    Legislature drew.  The western half of the county is
21    the portions of the -- portions of the district, I
22    should say, that I drew.
23         So as I was approaching that area with
24    District 18, I described earlier that I was in need
25    of population to complete District 18, and I

HT_0000152

4/19/2022                Common Cause, et al. v. Cord Byrd              Audio Transcription

Page 72

1    assigned Hendry County, the totality of Hendry

2    County as a whole county, to district 18.  And using

3    some major roadways in the unincorporated Immokalee

4    area of northern Collier, I then moved a little bit

5    of Collier County into District 18 as well, again

6    though using those major roadways, not splitting any

7    cities in the process.

8            The result of that, I made changes to

9    District 26 exclusively in the -- in the Hendry

10   County side, pulling that district out of Hendry

11   County in its entirety and moving that district,

12   District 26 then, further east into unincorporated

13   East Naples basically and utilizing the major

14   roadways there.  There's a few waterways as well, so

15   trying to utilize some clear, natural boundaries.

16           Overall, as I mentioned earlier in my

17   testimony, the Hispanic voting age population of the

18   district is still quite high.  It's a little more

19   than 73 percent Hispanic voting age population.  So

20   again, I didn't change any of the boundaries in the

21   Miami-Dade County side of the district, just

22   exclusively in the Collier and Hendry side of the

23   district.

24           CHAIRMAN SIROIS:  Representative Joseph.

25           REPRESENTATIVE JOSEPH:  Thank you,

HT_0000153

Page 73

1    Mr. Chair.

2           So when you say you were in need of

3    population, you were specifically referring to the

4    Latino population to create this district.

5           CHAIRMAN SIROIS:  Mr. Kelly.

6           ALEX KELLY:  Thank you, Mr. Chair.

7           Really both.  I was in need of population

8    initially just because I was taking the district out

9    of Hendry County and then also out of part of the

10   Immokalee -- unincorporated Immokalee area.  The

11   total population shift there was roughly -- my math

12   may be a little bit off -- but about 45,000 people.

13          So, in effect, I needed people for equal

14   population, first and foremost, to complete the

15   district, which meant that I had to push a little

16   further, draw a little further into -- into sort of

17   the coastal side of Collier County but obviously not

18   that far.

19          That said, knowing that this is a

20   historically performing majority-minority Hispanic

21   seat, I was watching those numbers carefully to make

22   sure that in terms of the overall Hispanic voting

23   age population, I was staying very close to the

24   benchmark seat, which I think is maybe a little bit

25   more than 74 percent.

Page 74

1          So the seat that I drew, the percentage is

2     around 73, still very high, still at a threshold

3     that should perform for Hispanic -- a majority

4     Hispanic voting age population seat.

5          CHAIRMAN SIROIS:  Representative Joseph,

6     let's do a follow-up, and then I'm going to move to

7     Representative Brown, and we'll try to come back.

8          REPRESENTATIVE JOSEPH:  Thank you.

9          So your analysis basically presumes that

10    the Latino voters vote cohesively.  And you may or

11    may not be aware of this, but in that area, you have

12    lots of different kind of Latino groups, and I don't

13    know if your analysis, based on what you're telling

14    me, you did not take that into account.

15         So my question for you is this map

16    basically takes the same approach as the House and

17    Legislature's previous maps for District 21, but

18    these two Latino electorates are separate in terms

19    of how they tend to perform.

20         So I guess what I'm asking is, is that

21    thinking correct, that this map basically takes the

22    same approach as the House and Legislature's

23    previous maps for District 21 and District 28.  And

24    in terms of CD 26 that I'm specifically asking

25    about, it's motivated by that same idea of Latino

Page 75

1    cohesion in terms of how they perform?

2              CHAIRMAN SIROIS:  Mr. Kelly.

3              ALEX KELLY:  Thank you, Mr. Chair.

4              And I think I can answer the question,

5    although I will concede -- in terms of your

6    reference to the prior district numbers, I'm not

7    totally clear which maps you're referring to.

8              But in -- but in general, I was fairly

9    confident that a Hispanic voting age population

10   that's higher than 73 percent is still going to

11   maintain that historical performance for this

12   district that has performed Hispanic for, to my

13   knowledge, at least a couple decades.  So I was

14   fairly confident that with such a high Hispanic

15   voting age population, even though it was a slight

16   drop, that overall, it wouldn't -- it wouldn't

17   warrant any concerns.

18             And obviously I had to -- I had to get

19   equal population as well, and no matter what I did,

20   I was also wanting to make sure that if I was

21   assigning Hendry County to a different district, I

22   wanted to make sure that, one way or another, I kept

23   Hendry County whole.

24             CHAIRMAN SIROIS:  Thank you.

25             Representative Brown.

HT_0000156

Page 76

```
 1              REPRESENTATIVE BROWN:  Thank you, Mr. --
 2              CHAIRMAN SIROIS:  Questions.
 3              REPRESENTATIVE BROWN:  Thank you,
 4    Mr. Chair.
 5              As it relates to -- I know there was -- in
 6    your presentation, you talked about improving the
 7    maps.  And so specifically to district 10 here, the
 8    little barbell-shaped lob, I wanted to know -- can
 9    you explain sort of the Orange County configuration
10    and whether or not -- or how it's more Tier 2
11    compliant than the other vetted alternatives that we
12    have done or developed or even debated?
13              And specifically recognizing the political
14    and geographical boundaries for its perimeter.  I
15    believe right now it's 63 percent, and I know for
16    the 8019 for CD 10, I believe it was 82 percent.  So
17    we're talking about improving.  It seems as though
18    it's going backwards.  When we look at even the 8060
19    map that we've also kind of reviewed, it also used
20    those boundaries, but it recognized it as a 92
21    percent, so I mean, stellar boundaries.  How is this
22    particular configuration compliant and an
23    improvement?
24              CHAIRMAN SIROIS:  Mr. Kelly.
25              ALEX KELLY:  Sure.  Thank you.
```

HT_0000157

Page 77

1          And would it help if we went to look at the

2     district?  Because there's some aspects that I think

3     the visual helps the explanation if that's okay.

4          CHAIRMAN SIROIS:  Yes.

5          ALEX KELLY:  Okay.  Thank you.  Actually, I

6     think I'm going to mess this up.  Is it okay if I

7     take control of the --

8          CHAIRMAN SIROIS:  Certainly.

9          ALEX KELLY:  So one of the things that I

10    did find out -- by the way, Representative, to your

11    roadway question, one of the things that I did

12    discover in the process is that that western

13    boundary of District 10, Apopka-Vineland Road,

14    essentially we don't get -- I don't think we get

15    credit for it.

16          It is predominantly one roadway, but I

17    think, as I understand, the roadways you get credit

18    for in terms of the statistics in the Legislature's

19    redistricting application, it picks up the roadways

20    that the Census Bureau recognizes.  But as you zoom

21    in on that district, you find out that it is

22    actually for the most part one solid roadway.

23          Really, the boundaries of that district,

24    you have the Seminole County-Orange County line to

25    the north.  You have where that part of District 9

Page 78

1    comes up into District 10, and it's -- the wall of

2    that is a significant roadway.  And on this side and

3    on this side, in-between are two municipal

4    boundaries.  Some of the zero-population work is

5    done just to the north of that.

6              As you go east of those two municipalities,

7    it's just following one nice, clear roadway.  It

8    then follows -- I think it's actually the eastern

9    end of that Orange County section of leading out of

10   10, still follows major roadways and waterways as

11   well, but the eastern boundary between 10 and 8 is

12   predominantly roadways and waterways.

13             Most of these boundaries are defined in

14   Tier 2.  I don't know if the application picks up

15   all of them and gives us credit for the statistics

16   on all of them, but the boundaries of this district,

17   outside of equal population, are exclusively Tier 2

18   boundaries.  The district is very compact, and it

19   overall allowed some other districts around it to

20   become more compact.

21             One of the things that I did was the

22   portions of District 9 -- and obviously, you know,

23   you always have to look at any district, you know,

24   in respect to what it also causes around it.  The

25   portions of District 9 as the Legislature passed

Page 79

 1   them were more on the eastern side of that Orange

 2   County.

 3           Going north, I pulled those portions more

 4   flat and spread across, which helps with your

 5   circular test, so like a Reock test or a Polsby-

 6   Popper.  It's not a massive difference, but it is a

 7   little bit of a difference the way that it's drawn.

 8   And again those are just predominantly absent some

 9   of the zero population work, just major roadways

10   defining those boundaries.

11           The other visual effect here that I really

12   like is how District 11 now --  you know, District

13   11, when it comes from sort of the Lake-Seminole

14   area, it just follows along the Seimone County

15   border.  It then goes under the city boundaries of

16   Apopka.  Obviously, I didn't want to break the city

17   of Apopka.  It goes under the city of Apopka,

18   follows predominantly one roadway.  I did note in my

19   testimony that that roadway actually has a break in

20   it.  So you couldn't follow that roadway the

21   entirety of the western wall of District 10.

22           But, in effect, District 11 in the

23   configuration -- in fact, I'll take one step back.

24   In the configuration considered by the Legislature,

25   District 11, because 10 is centered really around

Page 80

1   Apopka, I believe Ocoee, Winter Garden, that area,

2   District 11 has to then have this arm underneath

3   District 10.

4          Because I was able to create that more, you

5   know, flat use of boundary space between 7-11, 10-

6   11, 9-11, in effect, there's no arm then anymore to

7   District 11, and that contributed, along with what I

8   did in Citrus County, to being able to square up

9   District 11 as well.

10          So the changes that I made were never in

11   respect to just one district, although I did use

12   district -- I did use clear roadway boundaries and

13   municipal boundaries almost exclusively and county

14   boundaries with District 10, but the changes were

15   made in respect to all the districts so that all of

16   the districts took on a little more of a

17   statistical, aesthetic compactness and again overall

18   just tried to use those clear boundary lines between

19   them.

20          CHAIRMAN SIROIS:  Representative Brown,

21   before you continue, thank you, sir.

22          Members, just to kind of give you a sense

23   of where we're at.  We're coming up on a period

24   where we need to wrap up questions.  We have

25   significant public testimony, our citizens here with

4/19/2022                    Common Cause, et al. v. Cord Byrd                    Audio Transcription

Page 81

1    us today at the capital.  We also have an amendment.

2    We have debate and want to give Chair Leek and

3    opportunity for final comments as well.

4              So Representative Brown, you are recognized

5    to continue in questions, but, members, please be

6    mindful of our time.

7              REPRESENTATIVE BROWN:  Thank you, Mr.

8    Chair.

9              And I definitely will keep that in mind

10   because I actually do have questions surrounding

11   when we're speaking of those surrounding districts.

12   I have quite a few questions based off of the

13   percentages and points there compared to 8060.  But

14   I'll just ask this question so that my other

15   colleagues can have an opportunity at this apple.

16             I know the Governor stated written

17   objection to 8019, and in that written statement, he

18   focused on 4 and 5.  And so why are we here messing

19   with the Orlando area, particularly District 10, in

20   ways that clearly worsen the compliance to the

21   constitutional criteria?

22             CHAIRMAN SIROIS:  Mr. Kelly, you're

23   recognized.

24             CHAIRMAN SIROIS:  Thank you, Mr. Chair.

25             And I should start maybe in reverse order

4/19/2022                Common Cause, et al. v. Cord Byrd              Audio Transcription

Page 82

1   of the question.  I would disagree with the last

2   point that was made.  I do believe this composition

3   -- and this composition is very similar to what this

4   Subcommittee passed in Plan 8011.  I believe really

5   demonstrates strong compliance with the law, and I

6   believe actually this composition, again, similar to

7   the product passed out of this Subcommittee, I think

8   was actually better than the final product passed

9   out of the Legislature overall.

10           So going back to this Subcommittee work and

11  this Subcommittee's work was similar to the earlier

12  plans that we submitted out of our office.  Your

13  question is similar to that of which Representative

14  Skidmore asked earlier.  And while the Governor's

15  veto message was driven largely by what was

16  happening in Northeast Florida, we were never secret

17  about submitting maps.

18           We submitted public maps before out of our

19  office.  Those maps articulated thoughts and ideas

20  for consideration by the Legislature all around the

21  state.  And so obviously the major significant

22  constitutional concern centered around Districts 4

23  and 5 in Northeast Florida.

24           As though we looked at the Legislature's

25  final composition ideas that we had prior to that,

Page 83

1    it was clear that I could go into the map and make

2    improvements and really in many cases taking some

3    hybrids of ideas that, as Chair Sirois said earlier,

4    some hybrids of ideas that really combine some of

5    the best work product of the Legislature and maps

6    that we proposed and really trying to pull those

7    ideas together to get the best out of these maps.

8             CHAIRMAN SIROIS:  All right.  Thank you,

9    Representative Brown.

10            Representative Driskell, you're recognized

11   in questions.

12            REPRESENTATIVE DRISKELL:  Thank you,

13   Mr. Chair.

14            Are you saying that because the Governor

15   doesn't like CD 5 as it currently exists that you

16   don't have to regard CD 5 as a benchmark district

17   for which a functional analysis is required?

18            CHAIRMAN SIROIS:  You're recognized.

19            ALEX KELLY:  Thank you, Mr. Chair.

20            Not exactly the way that you said that, but

21   the crux of the argument -- and Ryan laid out the

22   argument in detail well earlier -- the crux of the

23   argument is that the district violates the U.S.

24   Constitution.  So if the district violates federal

25   law, there's no district with which there is an

4/19/2022                    Common Cause, et al. v. Cord Byrd                    Audio Transcription

Page 84

1   obligation to look at diminishment.  The district

2   was unlawful to begin with.

3              So at that point, the Legislature had no

4   obligation to consider that question.  At that

5   point, the Legislature just has Nassau County, Duval

6   County, Clay County, St. Johns County, which in

7   those four counties alone you could fit two whole

8   congressional districts plus start a third district

9   very compactly, very adherent to standards in the

10  State Constitution.

11             CHAIRMAN SIROIS:  Representative Driskell.

12             REPRESENTATIVE DRISKELL:  Thank you,

13  Mr. Chair.

14             But that's your opinion, correct?  That's

15  not actually the current legal standard.  The

16  current legal standard, as I understand it, is that

17  when there's a benchmark district, you're supposed

18  to perform a functional analysis; is that correct?

19             CHAIRMAN SIROIS:  Mr. Kelly.

20             ALEX KELLY:  Thank you, Mr. Chair.

21             No.  No.  There's no obligation to perform

22  a functional analysis on that district, and as our

23  general counsel noted, as the memorandum notes, as I

24  summarized earlier, that district as drawn in the

25  benchmark violates the Equal Protection Clause of

HT_0000165

4/19/2022                    Common Cause, et al. v. Cord Byrd              Audio Transcription

                                                                          Page 85

1    the United States Constitution.  Attempts to redraw

2    that district in various configurations violated the

3    Equal Protection Clause of the United States

4    Constitution.

5            So there's no need to do a functional

6    analysis for a district that, on its face, is

7    unlawful, and the Legislature was not obligated to

8    redraw.  And that's really the analysis that Mr.

9    Newman gave, our -- our legal memorandum gave.

10           REPRESENTATIVE DRISKELL:  I just -- I don't

11   want to beat a dead horse --

12           CHAIRMAN SIROIS:  Representative, just go

13   one more -- one last follow-up, and then we're going

14   to move on.

15           REPRESENTATIVE DRISKELL:  Okay.  Not a

16   follow-up, new question about Tampa Bay.

17           CHAIRMAN SIROIS:  You're recognized.

18           REPRESENTATIVE DRISKELL:  All right.  Thank

19   you, Mr. Chair.

20           So if we follow the map that you've

21   prepared and that we're reviewing today, it actually

22   follows the exact -- the net effect is that it looks

23   like it's following the exact same strategy that led

24   to what was determined to be a partisan gerrymander

25   that was struck down last decade, packing Democrats

HT_0000166

4/19/2022                 Common Cause, et al. v. Cord Byrd              Audio Transcription

Page 86

1   into Tampa Bay CD 14.

2          So my question is, you know, how is

3   following the county lines not just a pretext for

4   partisan gerrymandering here?  Because it kind of

5   looks the same as it did about a decade ago.

6          CHAIRMAN SIROIS:  You're recognized.

7          ALEX KELLY:  Mr. Chair -- Thank you,

8   Mr. Chair.

9          I don't know the partisan breakdown of

10  those seats.  I don't know where, you know, where

11  District 13, 14, 15 -- I don't know how those seats

12  are affected.  I don't know the partisan data for

13  those seats.  So I don't know how to address that

14  question.  I can only address the question in the

15  context of how I drew the districts.

16         I wanted to draw -- because I could see

17  that the Legislature had an intent to draw a seat

18  wholly in Pinellas County.  So I drew a seat wholly

19  in Pinellas County, utilized very clear boundary

20  lines, a county line for the northern part of that,

21  a state road for the southern part of that, and

22  essentially moved to the east in a block-like

23  fashion and then came north out of Manatee County

24  into southern Hillsborough and essentially just had

25  those two seats, 13 and 16, and eventually meeting

Page 87

1    15, just meet along major roadways.  So they're just

2    nice, clean, compact seats that follow those major

3    roadways.  I'm unaware of the data you're

4    referencing.

5              CHAIRMAN SIROIS:  Thank you.

6              Representative Hunschofsky, you're

7    recognized for one brief question.

8              REPRESENTATIVE HUNSCHOFSKY:  I'll try my

9    best, Chair Sirois.  Thank you.

10              I have a -- I'm going to put it kind of, I

11   guess, all together.  We talk constantly about the

12   Tier 2, and I keep going back to the Tier 1 that was

13   told to all of us from multiple times in our

14   committees.  And the Tier 2, we're picking bodies of

15   water in certain places, but in other places, it

16   doesn't seem to bother us that we cross bodies of

17   water.

18              My question is -- and this is all related

19   in one, Chair Sirois, how are you defining race

20   neutral, where did that term come from, and how do

21   you -- how do you explain CD 20, for example, when

22   you say that?

23              CHAIRMAN SIROIS:  Representative

24   Hunschofsky, I think the initial part of your

25   question has been asked and answered in the

Page 88

1    testimony that's been offered.

2              Mr. Kelly, if you'd like to speak to

3    Congressional District 20, you're recognized.

4              ALEX KELLY:  Thank you, Mr. Chair.

5              And I really can't speak to Congressional

6    District 20.  We didn't draw Congressional District

7    20.  So I think I would have to defer to your

8    professional staff or the Legislature as a whole,

9    but we didn't draw Congressional District 20.

10             CHAIRMAN SIROIS:  Representative

11   Hunschofsky, can you repeat your question as it

12   relates to Congressional District 20?

13             REPRESENTATIVE HUNSCHOFSKY:  Yes.  I guess

14   my question, I keep going back to, as I did the last

15   time we had a map in front of us that we were voting

16   on, Tier 1 criteria, the one that I mentioned

17   before, versus the Tier 2 criteria.  You bring up

18   the term race neutral.  I'm not really sure what

19   that means, and I'm not really sure where that comes

20   from.

21             The map you presented to us has a district

22   that does move around and is obviously done so to

23   protect a racial group from being able to pick a

24   candidate of their choice.  So how do you explain

25   that as part of what you were talking about before?

Page 89

1    I don't know if that's making sense.

2            CHAIRMAN SIROIS:  Staff is recognized.

3            Ms. Kelly.

4            LEDA KELLY:  Thank you, Mr. Chair.  And

5    thank you, Representative, for the question.

6            So for -- and I'll kind of piece together a

7    couple of things that have been mentioned today

8    already with regards to District 20.

9            So in the Legislature's perspective, that's

10   a protected black performing district.  So we

11   performed our functional analysis on the benchmark

12   district and then recreated it to ensure that that

13   minority group can elect a candidate of their

14   choice.

15           One difference that I'd say between

16   Congressional District 20 and, I guess, previous

17   iterations of Congressional District 5 is the

18   threshold of the voting age population.  So you've

19   heard the Governor's Office elude several times

20   today to the Voting Rights Act and Section 2

21   analysis.

22           The first condition of the Gingles

23   prerequisite is to have a majority-minority

24   district.  In the benchmark district and in the one

25   that's recreated in this plan and prior iterations,

Page 90

1    CD 20 is above 50 percent and does meet that first

2    criteria for if someone was to bring a Section 2

3    violation against the map.  So we're obviously aware

4    of that and wanted to recreate it to be in alignment

5    with that law as well.  Thank you.

6            REPRESENTATIVE HUNSCHOFSKY:  Can I --

7            CHAIRMAN SIROIS:  Thank you very much.

8            Members, I apologize.  We have an amendment

9    -- we have an amendment that we need to take up.  We

10   have members of the public that have traveled here

11   today to be with us.  We need to -- we need to move,

12   Representative Joseph, into your amendment.

13           REPRESENTATIVE JOSEPH:  (Indiscernible)

14           CHAIRMAN SIROIS:  Representative Joseph,

15   you are recognized to present your amendment.

16           Members, this is amendment barcode 959221.

17           Representative Joseph, you are recognized.

18           REPRESENTATIVE JOSEPH:  Thank you,

19   Mr. Chair.

20           So in this bill, at lines 3627 through

21   3647, it creates Section 7, which limits venue for

22   legal actions challenging federal congressional

23   districts to state court.  That makes no sense to

24   me.  The question I would have asked had I had the

25   opportunity to do so was, what was the rationale for

Page 91

1   that?

2          So this basically -- this amendment is

3   quite simple and straightforward.  It removes those

4   lines, such that these congressional federal seats

5   can be challenged in federal court.  That is the

6   amendment.

7          CHAIRMAN SIROIS:  Thank you very much.

8          Having explained the amendment, members,

9   are there questions on the amendment?  Questions on

10  the amendment?

11         Seeing none, is there public testimony on

12  the amendment?

13         We have none submitted, ma'am.  We're on

14  the amendment now, but we're going to get to public

15  testimony on the bill in just a moment.  I

16  appreciate you being here today.  Just one moment.

17         Seeing no public testimony on the

18  amendment, members, is there debate on the

19  amendment?

20         Ranking Member Skidmore, you are recognized

21  to debate on the amendment.

22         DEMOCRATIC RANKING MEMBER SKIDMORE:  Thank

23  you, Mr. Chair.

24         And thank you, Rep Joseph, for the

25  amendment.

HT_0000172

Page 92

1                I too was unsure why we needed to do this

2      and why we would want to try and circumvent the

3      federal courts and an opportunity for individuals to

4      work through that process?  I don't think it's --

5      this is necessary.  We've managed for hundreds of

6      years without, you know, weaponizing the process.

7      I'm not sure why we need to do it now.

8                We have only had these maps for a few

9      hours.  We are still trying to wrap our heads around

10     them.  We don't need to bog this whole process down

11     with this unnecessary language that gives us all a

12     lot of heartburn and is likely to be

13     unconstitutional for us to tell people whether they

14     can work through the federal court system or not.

15                So I support your amendment.  I think it's

16     a good one, and I would ask everyone else to vote up

17     on this amendment.

18                CHAIRMAN SIROIS:  Representative Benjamin,

19     recognized in debate.

20                REPRESENTATIVE BENJAMIN:  (Indiscernible)

21                CHAIRMAN SIROIS:  The amendment.

22                REPRESENTATIVE BENJAMIN:  Thank you,

23     Mr. Chair.

24                And just to reiterate that point, we've

25     been arguing now about a federal question, the 14th

Page 93

1    Amendment -- how does the 14th Amendment apply in

2    this case?  And so if we're talking about a federal

3    question, whether or not our maps violate the 14th

4    Amendment, how can you preclude the federal court

5    from weighing in on that?  It's a federal question,

6    which is a requirement to enter into state -- enter

7    into federal court in the first place.  So we cannot

8    preclude the federal court from determining what is,

9    in essence, a federal question.  So that is my

10   debate.  We should vote down on this amendment -- I

11   mean, excuse me -- vote up on this amendment.

12            CHAIRMAN SIROIS:  Any other members in

13   debate?

14            Seeing none --

15            REPRESENTATIVE DRISKELL:  No.  No.

16            CHAIRMAN SIROIS:  Representative Driskell

17   in debate.

18            REPRESENTATIVE DRISKELL:  Sorry, Mr. Chair.

19   Just very, very, very briefly.

20            And, yeah, I just want to echo back to

21   something that we talked about when we were in

22   regular session, which is this concept of weaponing

23   procedure, and if we believe that, you know, the

24   maps that we pass are going to be constitutional, if

25   we believe that they're going to stand, there's no

Page 94

1    need to weaponize procedure in this way.

2           Previously, it was -- first, it was the

3    statute of limitations and limiting that.  Now, it's

4    choice of venue.  What's next?  It's a very slippery

5    slope, and it's something that we should all be

6    concerned about.  And we need to be down on this,

7    thank you -- I mean, up on this amendment, thank

8    you.

9           CHAIRMAN SIROIS:  Members in debate?

10          Seeing none, Representative Joseph, you are

11   recognized to close on the amendment.

12          REPRESENTATIVE JOSEPH:  Thank you, Mr.

13   Chair.

14          This amendment is very straightforward.  I

15   mean, it's a federal question, federal courts.  It

16   really just makes sense.  So the portion restricting

17   the jurisdiction, it's in direct conflict with the

18   Voting Rights Act and 28 USC 1367, which provides

19   supplemental federal jurisdiction over state law

20   claims that are closely related to federal claims.

21          As such, the supremacy clause controls and

22   the state law must concede that federal law, which

23   states that federal courts have jurisdiction over

24   these maps.  I mean, it's not even complicated.

25   It's not even close.

Page 95

1           So we have to ask ourselves what's really

2    going on.  Why would we want to limit challenging

3    federal congressional seats to state courts?  I

4    think many of us have ideas as to what the answer is

5    to that question, but even that notwithstanding,

6    let's talk about what the 14th Amendment is, which

7    is the basis for these new maps, as has been

8    espoused to us.  The 14th Amendment is one of those

9    remedial statutes in the Post-Reconstruction Era

10   that allowed for more black representation, and but

11   for that law and several others, we would have less

12   black representation.

13          So now, we have the Governor using that

14   same law to turn it on its face, and he wants you to

15   believe that somehow, under some universe, that he

16   is protecting us against segregation, which is

17   straight foolishness because I didn't get into all

18   of the questions that I --

19          CHAIRMAN SIROIS:  Representative Joseph, I

20   apologize for --

21          REPRESENTATIVE JOSEPH:  Okay.

22          CHAIRMAN SIROIS:  -- interrupting.  We are

23   very pressed for --

24          REPRESENTATIVE JOSEPH:  I understand.

25          CHAIRMAN SIROIS:  -- time.  Let's --

4/19/2022                Common Cause, et al. v. Cord Byrd            Audio Transcription

Page 96

1              REPRESENTATIVE JOSEPH:  I'm trying to close

2      on my --

3              CHAIRMAN SIROIS:  -- you can close on the

4      amendment.

5              REPRESENTATIVE JOSEPH:  -- amendment.  You

6      shut off all my other questions.  So I'm trying to

7      get the point across.

8              So when we look at CD 26, which is

9      protected, as you heard, as Latino voters, which is

10     a Tier 1 criteria, why are we protecting Latino

11     voters and not black voters?  When we look at that,

12     there are infirmities that make that map worse in

13     terms of the Tier 2 criteria that we're alleging

14     that we're protecting, but we're not actually

15     protecting it.

16             So what are we really doing?  This is smoke

17     and mirrors.  This amendment directly just

18     eliminates the -- which court you're taking it to.

19     We shouldn't need this.  If your premise is under

20     the U.S. Constitution and the 14th Amendment, which

21     is what we heard legal counsel say, that that's the

22     basis for their claim, then let it play out in

23     federal courts.  If it's not, then tell us what

24     you're actually doing.  We're not asleep at the

25     wheel.  This amendment fixes that and allows us to

HT_0000177

Page 97

1    do what we're substantively able to do.

2              Thank you, Mr. Chair.

3              CHAIRMAN SIROIS:   Thank you, Representative

4    Joseph.

5              Having closed on the amendment, members in

6    favor of the amendment, please signify by saying

7    aye.

8              (Multiple ayes)

9              Those opposed, no.

10             (Multiple nos)

11             The amendment fails.

12             We are now on public testimony.

13             Ladies and gentlemen, we appreciate you

14   being here today for public testimony.  We have a

15   lot of public testimony to get through.  What I

16   would like to do is, once I call your name, please

17   approach the podium, if you'd like to speak.  I will

18   call the next person to speak as well.  They are on

19   deck if they would like to move forward in the room.

20   You are also welcome to waive in support or waive in

21   opposition in order to save time.

22             Members of the public joining us today, I'd

23   like to spend the next 40 to 45 minutes receiving

24   your public testimony, which is very important to us

25   to have, and then we'll move into member debate and

Page 98

1   the bill sponsor's close.

2            With that, I'd like to ask LaShonda

3   Holloway, a citizen from Jacksonville, to please

4   approach the podium.  If you would please state your

5   name, I'm sure that I pronounced it incorrectly, and

6   then next on deck will be Nancy Staats from Atlantic

7   Beach.

8            You are recognized.

9            LASHONDA HOLLOWAY:  Thank you.

10           Good afternoon to this Committee.  First

11  and foremost, I want to thank you for your work, but

12  I must say that I am in utter shock that that last

13  amendment was not approved.

14           I would urge each of you to vote no on this

15  bill.  If congressional seats are federal, then the

16  Equal Protection should be -- law should be heard by

17  federal courts and not by the lower courts.

18  Moreover, as a fourth generation Floridian who is

19  not only a constituent in the 5th Congressional

20  District, I am a stakeholder as a candidate to

21  represent the people of the 5th Congressional

22  District.

23           Furthermore, understand that this

24  particular map that the Governor has proposed, it

25  uses Tier 2 metrics.  It does not even use the

4/19/2022                 Common Cause, et al. v. Cord Byrd          Audio Transcription

Page 99

1   federal standard.  It used the preferred standard.

2   So not only should we be using United States census

3   numbers, we should also be using Tier 1 standards,

4   and we all know that Tier 1 says you cannot favor a

5   political party.

6          CHAIRMAN SIROIS:  Thank you.  Thank you,

7   ma'am.  That's --

8             LASHONDA HOLLOWAY:  My two minutes are

9   up?

10          CHAIRMAN SIROIS:  Please continue.  My

11  mistake.  You have two minutes.  Proceed.

12          LASHONDA HOLLOWAY:  Thank you so -- thank

13  you so very much.

14             Furthermore, we know that Mr. Kelly stated

15  that this particular -- these particular maps affect

16  18 districts, and as a result of that, it would

17  favor 20 Republican districts and 8 Democratic

18  districts.

19             The citizens of the state of Florida voted

20  for Fair Districts.  So not only does it violate the

21  will of the people, it also violates the Equal

22  Protection Clause.  The second section of the 14th

23  Amendment strictly states that you must not prohibit

24  voting practices or procedures that discriminate on

25  the basis of race, color, or membership in one

HT_0000180

4/19/2022                Common Cause, et al. v. Cord Byrd              Audio Transcription

Page 100

1     minority language.

2            Last and not -- certainly not least, I

3     would say to you we must protect minority access

4     districts from retrogression.  We must protect

5     minority access districts from retrogression.  Black

6     people, minorities, people of color, and people of

7     minority language ethnicities should have

8     representation.  We are --

9            CHAIRMAN SIROIS:  Thank you.

10           LASHONDA HOLLOWAY:  -- a part of this

11    democracy, and we deserve to be heard.

12           CHAIRMAN SIROIS:  Thank you, ma'am.

13           LASHONDA HOLLOWAY:  Thank you.

14           CHAIRMAN SIROIS:  My apologies for

15    interrupting you.

16           Ms. Staats.  Next on deck is Judy Sheklin

17    of Jacksonville.

18           You are recognized, ma'am.

19           NANCY STAATS:  Good afternoon, everyone.

20    My name is Dr. Nancy Staats.  I'm a board-certified

21    medical doctor, but you don't need an advanced

22    degree to see what is happening here.  What we are

23    seeing is a blatant disenfranchisement of African

24    American communities and their representatives.

25           The Governor has many duties and

Page 101

1    responsibilities, but drawing maps is not one of

2    them.  That is your job, and you are here working

3    hard doing that job.  But unfortunately the Governor

4    rejected all your hard work, then came up with us

5    his maps, which you appropriately, rightfully

6    rejected when he first proposed.  But now suddenly,

7    after vetoing yours, he's back with more nonsense,

8    and you have folded like a cheap suit, the

9    Republicans.

10           Now, what I would like to say --

11           CHAIRMAN SIROIS:  Ma'am, I'm going to

12    remind you.  I don't know if you were here when we

13    --

14           NANCY STAATS:  Yes.  Thank you.  I will.

15           CHAIRMAN SIROIS:  -- started the meeting --

16           NANCY STAATS:  I will.

17           CHAIRMAN SIROIS:  -- regarding decorum --

18           NANCY STAATS:  I will.  Yes.

19           CHAIRMAN SIROIS:  -- in the Committee room.

20           NANCY STAATS:  I will.  What happened in

21    those two months?  I'm just curious.  Were there

22    discussions about budgetary requests perhaps?  Was

23    there arm twisting?  I don't know.  Maybe someone

24    can clarify.  It's painfully clear to me that

25    everyone in this room and everyone outside of this

4/19/2022                    Common Cause, et al. v. Cord Byrd                    Audio Transcription

Page 102

1    room knows this entire special session is a farce

2    because there is not even another map being

3    considered.

4            As has been mentioned by others, our

5    Harvard-educated Governor must be well aware that

6    this map violates both the Florida Fair Districts

7    Amendment and the Voting Rights Act, but perhaps he

8    wants the attention.  Perhaps a Supreme Court case?

9    I don't know.

10            Everyone remembers back our American

11   history lesson that our government was formed in

12   response to an authoritarian ruler, King George.

13   Our Founding Fathers created a system of three

14   district, autonomous branches of government, yet

15   here we are today, seeking complete -- seeing

16   complete complicity on your part to a new king.

17            In closing, as a physician, I took an oath.

18   I pledged to uphold the Hippocratic Oath.  You too,

19   each of you, took an oath.  You have taken oaths to

20   uphold the State and U.S. Constitutions and to serve

21   your constituents, and many of you sadly seem to

22   have forgotten.  We will not.

23            CHAIRMAN SIROIS:  Thank you, ma'am.

24            Ms. Sheklin, you're up next, followed by

25   Juanita Powell-Williams of Jacksonville.

HT_0000183

4/19/2022                    Common Cause, et al. v. Cord Byrd                    Audio Transcription

Page 103

1           Ladies and gentlemen, if I'd just ask you,

2    when you come to the podium, if you would identify

3    yourself once again.  And we'll observe the two

4    minutes, but we may be pressed for time moving

5    forward.

6           Ma'am, you are recognized.

7           JUDY SHEKLIN:  My name is Judy Sheklin, and

8    I live in Jacksonville.  I'm speaking in opposition

9    to the Governor's proposed maps for several reasons.

10   It is the responsibility of the Legislature to

11   create congressional maps during redistricting

12   according to Article III of the Florida

13   Constitution.

14          The House and Senate, as the previous

15   speaker stated, created and approved maps that you

16   were satisfied with, which, as we know, were then

17   vetoed and redrawn by the Governor.  This is

18   unprecedented in state Legislatures throughout the

19   United States.

20          The Legislature here, quickly, the House

21   and Senate acquiesced to the Governor, and that

22   created a dramatic imbalance of power in our state

23   government.  This is troubling to me as a citizen.

24   The Governor's maps are a radical departure and

25   aren't in compliance with state and federal law.

HT_0000184

4/19/2022                Common Cause, et al. v. Cord Byrd          Audio Transcription

Page 104

1    These maps, as we've heard today, reduce the

2    likelihood of minorities to elect congressional

3    members of their choice, eliminating two minority

4    districts, and also violating the Voting Rights Act.

5          In 2010, Florida passed the Fair Districts

6    Amendment, and the citizens stated and deserve and

7    expect fairness in redistricting decisions.  The

8    Governor's plan that creates 20 Republican minority

9    -- majority districts out of -- and 8 majority

10   Democratic districts blatantly demonstrates partisan

11   gerrymandering.

12         Please stand up for all Floridians and

13   oppose these unfair maps.  Thank you.

14         CHAIRMAN SIROIS:  Thank you, ma'am.

15         Ms. Powell-Williams, you're up, followed by

16   Cristian Cardona.

17         You're recognized.

18         JUANITA POWELL-WILLIAMS:  Yes.  Thank you.

19         Good afternoon.  Juanita Powell-Williams

20   from Jacksonville, Florida.  We often in the law

21   consider knowledge and intent.  Ladies and

22   gentlemen, I present to you today that there is full

23   knowledge of what is being done here today within

24   Florida.

25         Florida has become a laughingstock,

HT_0000185

4/19/2022                Common Cause, et al. v. Cord Byrd              Audio Transcription

Page 105

1    unfortunately, and with that, you as our leaders are

2    privy to that.  There is full knowledge, and with

3    that, intent, to do just what the Governor is doing.

4    He is taking away a right of a people.  We are

5    retrogressing back to the past, and you are allowing

6    that to happen.

7             I know this is falling on deaf ears,

8    unfortunately.  We're here from -- your constituents

9    are here from these various counties within Florida,

10   and we're speaking out regardless of some of you

11   already having made up your minds as to what's going

12   to come out of your mouth.

13            But we're here.  Ladies and gentlemen,

14   we're going to speak up.  We're going to vote, and

15   we will remember.  Thank you.

16            CHAIRMAN SIROIS:  Thank you, ma'am.

17            Cristian Cardona followed by Marsha Davis.

18            If I could remind members, if I call your

19   name second, if you could make your -- members of

20   the public, if you could make your way up, you're on

21   deck.  That will help us move things a little bit --

22   move along a little bit faster.

23            You are recognized.

24            CRISTIAN CARDONA:  Thank you.

25            Hello, everyone.  My name is Cristian

HT_0000186

Page 106

```
 1   Cardona.  I am opposed to the redistricting plan.  I

 2   am a worker and a leader with the Fight for $15 and

 3   the union.  Different movements are gathered here

 4   today because we stand against the elimination of

 5   protections that the Fair Districts Amendment

 6   provides.  This map is a direct attack on black

 7   representation and our democracy, and that ain't

 8   right.

 9           I want to share why -- I want to share my

10   experience as a voter and why this issue is

11   important to me.  I moved to Orlando, Florida, with

12   my family in 2009.  I gained citizenship and just in

13   time to vote for Amendment 2, which brought us one

14   step closer to a living wage, which is something I

15   have been organizing and speaking up about for

16   years.

17           This amendment has a direct impact on the

18   community around me, my family, my friends, and my

19   neighbors.  It felt powerful to organize and

20   campaign to raise the standard of living for

21   millions of Floridians.  The day I got to vote yes

22   for Amendment 2 was a day that I will always

23   remember.  After months of complaining and yelling

24   it out to the world, I finally had the chance to

25   cast my vote along with my community.
```

Page 107

1          This is why it's so important that workers

2     have a strong voice and a vote.  Workers have never

3     been given rights.  We've had to fight for all of

4     the things that we won, ever little crumb, every

5     race, every right, and this fight is no different.

6          Governor DeSantis is trying to diminish our

7     ability to have our voices heard at the state level,

8     which we aren't going to let happen.  Thank you.

9          CHAIRMAN SIROIS:  Thank you.

10          Marsha Davis, followed by Rosemary McCoy of

11    Jacksonville, followed by Tameka Hobbs of

12    Jacksonville.

13          Ma'am, you are recognized.

14          MARSHA DAVIS:  Thank you.

15          Good afternoon.  I'm Marsha Davis from

16    Orlando, Florida.  I'm here to speak against

17    Governor DeSantis' legislative map.

18          Floridians passed the Fair District Act

19    amending the State Constitution to protect minority

20    voters, to ensure their access to representation,

21    and to limit legislators from drawing maps that are

22    unfair.  And this map is -- these maps are unfair.

23    It's just not right.  I hope your conscience is

24    twinging just a little bit.

25          Minority growth in the last -- this last

Page 108

1    census is very clear.  That's why we got an

2    additional congressional seat.  That tells us that

3    we need more representation, not less.  So I would

4    ask you to consider that.  The plan is unfair, and I

5    believe the plan is unconstitutional.  So I would

6    ask for you to please think about all of your

7    constituents and vote no.  Thank you.

8          CHAIRMAN SIROIS:  Thank you, ma'am.

9          Rosemary McCoy, followed by Tameka Hobbs

10   and then Laura Cardona.

11         ROSEMARY MCCOY:  Good afternoon and thank

12   you so much for having us here and thank you so much

13   for being here.

14         We are living in a time of desperate

15   reaction, and we need your reaction in a positive

16   way.  Everyone here knows that we have a war, and

17   yes, I'm going to continue to speak about this here

18   war, Russia and Ukrainian.  It's a serious war

19   because it does affect us, whether we're in Florida

20   as a state or whether we are federal or whether we

21   are citizens, residents of the state of Florida.

22         I am a disabled veteran, and I believe in

23   this country.  I would go to war today for this

24   country, and you know what I'm asking you all to do?

25   I'm asking you to go to war right here in the state

4/19/2022                    Common Cause, et al. v. Cord Byrd                Audio Transcription

Page 109

1    of Florida.  I'm asking you to put down your party.

2    We're not here to be Republicans.  We're not here to

3    be Democrats or Independents.  We're here to serve

4    the people.  I have a nonprofit organization called

5    Harriet Tubman Freedom Fighters, freedom fighters.

6            I believe in freedom.  I am a Ukrainian.  I

7    have that spirit, and I pray that each one of you

8    do.  I pray that you do not bow down to a dictator.

9    We have to stop this.  When are we going to stop

10   this?

11           CHAIRMAN SIROIS:  Ma'am, I'm going to

12   caution you regarding --

13           ROSEMARY MCCOY:  Stop it now.  Stop it now.

14           CHAIRMAN SIROIS:  Our next speaker is

15   Tameka Hobbs, followed by Laura Cardona.

16           I'd like to remind members of the audience

17   as well regarding civility and decorum in the

18   Committee room.

19           Ma'am, you are recognized.

20           TAMEKA HOBBS:  Thank you.  Good evening.

21   My name is Dr. Tameka Hobbs.  I am a recent resident

22   of Jacksonville and Congressional District 5.  I am

23   a native of Florida.  I grew up not very far from

24   here in Suwannee County.  I am here to report to you

25   as a person who has lived the majority of my life

4/19/2022                 Common Cause, et al. v. Cord Byrd          Audio Transcription

Page 110

1    here in the state of Florida that I have never paid

2    as much attention to the proceedings of this

3    organization because I have never in my life been as

4    concerned as I have been over the last several

5    months.

6            I'm here to voice my opposition to the maps

7    that are being presented by the Governor to this

8    legislative body because, on its face, that is

9    outside of his scope and function.  This body has a

10   responsibility for bringing these maps, developing

11   these maps, as you have, for consideration.  And it

12   is a definite violation of the checks and balances

13   that are built into our Constitution, as I

14   understand them, for someone else to present those

15   to us.  So I will say that, number one.

16           I will also echo what's been said already

17   in that these proposed maps, this proposed map is

18   unconstitutional based on the Florida State

19   Constitution, based on the Fair Districts Amendment

20   from 2010, based on the Voter Rights Amendment

21   that's been -- Voting Rights Act, excuse me, that's

22   been presented here several times.

23           I'd also like to talk about what I heard in

24   the two times, both in the Senate and before this

25   body, that I have heard Mr. Kelly make his

4/19/2022                Common Cause, et al. v. Cord Byrd                Audio Transcription

Page 111

1    representations about the way that the map that was

2    presented today was -- had come about.  He asserted

3    us that he was very interested in it being squared

4    and compact.  He described these very round

5    districts.  Visually, certainly, we can certainly

6    see that.

7              What he has used -- and I believe

8    mistakenly -- is the application of this idea that

9    these maps were constructed in a race neutral

10   fashion.  If it was race neutral, we would not be

11   dealing with the disillusionment, the dismantlement

12   of two of four seats -- congressional districts that

13   have put African Americans in the Congress.

14             CHAIRMAN SIROIS:  Ma'am, your time is

15   expired.  You want to just bring it in for a

16   landing.

17             TAMEKA HOBBS:  For two minutes?

18             CHAIRMAN SIROIS:  Ma'am, your time is

19   expired.

20             TAMEKA HOBBS:  Okay.

21             CHAIRMAN SIROIS:  If you'd like to wrap up

22   your comments.

23             TAMEKA HOBBS:  I would like to say that

24   that is on its face false.  I want to say to this

25   body that you have a choice before you.  As a

HT_0000192

4/19/2022                Common Cause, et al. v. Cord Byrd                Audio Transcription

Page 112

1  historian I have followed the racial history, very

2  painful --

3          CHAIRMAN SIROIS:  Thank you.

4          TAMEKA HOBBS:  -- history that has not been

5  considered here.

6          CHAIRMAN SIROIS:  Thank you, ma'am.  Thank

7  you.

8          TAMEKA HOBBS:  You have a choice about your

9  legacy today.

10         CHAIRMAN SIROIS:  Thank you very much.

11         Laura Cardona of Orlando and then

12  Christopher Nurse of Jacksonville waives in

13  opposition.  Our next speaker -- is Laura Cardona

14  coming up?  Christopher Nurse waives in opposition.

15  The next speaker Sheila Singleton of Jacksonville,

16  followed by Barney Roberts of Jacksonville.

17         Sheila Singleton?

18         Barney Roberts of Jacksonville, come on up,

19  sir.  And then our next speaker will be Trish Neely

20  of Tallahassee.

21         BARNEY ROBERTS:  Hi.  I'm Barney Roberts

22  from Jacksonville, Florida.  I'd like to challenge

23  you to build a future for our kids for tomorrow.  If

24  they look at Tallahassee as it has been for the last

25  couple years and they see the behavior that's

HT_0000193

Page 113

1    happening here, then they're going to say, hey, what

2    should we do about it?

3              Our kids deserve the best, and I hope that

4    you do that too with your decision that you make

5    today and tomorrow.  Thank you.

6              CHAIRMAN SIROIS:  Thank you, sir.

7              Trish Neely, Tallahassee, followed by Larry

8    Coleton (phonetic) of Orlando.

9              TRISH NEELY:  Thank you.

10             CHAIRMAN SIROIS:  Ma'am, you're recognized.

11             TRISH NEELY:  Thank you for the opportunity

12   to speak.  I'm Trish Neely, and I am with the League

13   of Women Voters.

14             I won't repeat what's already been said,

15   but I do have two points.  Number one, it was the

16   League of Women Voters against the State of Florida

17   that was the lawsuit that Mr. Kelly mentioned, and

18   we disagree that the court got it wrong.  We believe

19   they got it very right.

20             We urge you, urge you to carefully consider

21   what this map will do.  It cuts the voting power of

22   African Americans by 50 percent.  Think of that, by

23   50 percent, and this is very reminiscent of

24   Florida's voter suppression tactics of over 100

25   years ago.

Page 114

1           Folks, we don't want to go backwards.  We

2    need to go be going forward.  We urge you to vote

3    this map down.  Thank you.

4           CHAIRMAN SIROIS:  Thank you, ma'am.

5           Larry Coleton -- I'm sorry.  I know I'm

6    mispronouncing that -- followed by Hedder Pierre-

7    Joseph of Orlando.

8           If you're going to speak and I mention your

9    name, please make your way forward in the interest

10   of time.

11          Hedder will be followed by Stacy Williams

12   of Orlando.

13          Sir, you're recognized.

14          LARRY COLETON:  Thank you, Mr. Chairman.

15   Larry Coleton from Orlando, Florida.

16          I find myself thinking that I'm back in the

17   1950s or 1940s.  This reminds me of basically,

18   pardon the language, but white supremacy.

19          CHAIRMAN SIROIS:  Sir, I'm --

20          LARRY COLETON:  And the fact of the matter

21   is it's ironic to me that the 14th Amendment would

22   be turned on its head when that was initiated to

23   protect Africans who were recently freed from

24   slavery, and we, me, an African descendant of

25   slavery, having people stand -- sit here and talk

HT_0000195

Page 115

1    about this as though -- and using it as a weapon

2    against the very people it was intended to protect.

3           This is a moment for profiles in either

4    courage or cowardice.  To be intimidated by the

5    Governor of this state to capitulate, this is not

6    this Committee's bill.  This is the Governor's bill.

7    You haven't done your job.  You aren't doing your

8    job, and we are not going to forget this.  And

9    history will speak to you.  It will speak about you.

10   You will be dealt with for your history and

11   hopefully at the ballot box.

12           CHAIRMAN SIROIS:  Thank you, sir.

13           Hedder Pierre-Joseph -- I apologize.  I'm

14   butchering the name -- followed by Stacy Williams.

15           HEDDER PIERRE-JOSEPH:  No worries.  Good

16   evening to the Committee and the Committee members.

17           My name is Hedder Pierre-Joseph.

18   Redistricting is the process by which new

19   congressional and state legislative districts are

20   drawn.  Federal law stipulates that districts must

21   have nearly equal population and must not

22   discriminate on the basis of race and ethnicity.

23           The current redistricting map, which

24   eliminates congressional House representation for

25   black people, is based on solely fear, fear that

Page 116

1    black people are voting.  As black people who are

2    descendants of the enslaved Africans, we know our

3    history, and we have seen this devil before.

4            I implore you not to continue down the dark

5    path of your ancestors and deny black people their

6    constitutional right of representation.  I remind

7    all of you of the Boston Tea Party of 1773.

8            Finally, I ask you to look around and to

9    see the promise and the hope of the enslaved

10   Africans.  We are on the side of justice, and with

11   the God of Abraham, Isaac, Jacob, and our ancestors,

12   we shall always overcome.  Remember, there is

13   something called God and time.  Thank you for your

14   consideration.

15           CHAIRMAN SIROIS:  Thank you.  My apologies

16   for butchering your name.

17           Stacy Williams followed by Troy Squire.

18           Stacy Williams is not here.

19           Troy Squire of Jacksonville.  If I call

20   your name, if you'd make your way forward.

21   Following Troy will be Jonathan Webber of

22   Tallahassee.

23           TROY SQUIRE:  THANK YOU for letting me

24   speak.

25           I just have one question, but first, my

Page 117

1    name is Troy Squire.  I live in Congressional

2    District 5, and as the regional breakdown for

3    Northern Florida states, your plan will split black

4    communities across three different congressional

5    districts, which results in the loss of the current

6    black opportunity district, linking Jacksonville and

7    Tallahassee.

8              So my question is to Governor Ronald Deon

9    DeSantis and this Subcommittee.  What are you saying

10   (sic) is that black votes does not matter to you?

11   That's my only question.  Thank you.

12             CHAIRMAN SIROIS:  Thank you, sir.

13             Jonathan Webber of Tallahassee, followed by

14   David Rucker of Orlando.  And after David will be

15   Genesis Robinson of Daytona Beach.

16             Sir, you are recognized.

17             JONATHAN WEBBER:  Thank you so much.

18             Good afternoon.  My name is Jonathan

19   Webber.  I'm the deputy director of Florida

20   Conservation Voters, and for the record, I do live

21   in CD 5, Al Lawson's district just south of

22   Apalachee here in Tallahassee.

23             Florida Conservation Voters strongly

24   believes that the health of our environment is

25   directly tied to the health of our republic, and

4/19/2022                    Common Cause, et al. v. Cord Byrd                Audio Transcription

Page 118

1    just as we monitor our water for pollution, we

2    monitor our government for signs of sickness.

3              Fair representation is one of the best

4    metrics we have to measure the health of our

5    government.  The census and ensuing redistricting

6    process is the test.  Today, we're asking ourselves

7    questions like, was this map drawn in complete

8    transparency?  Does it respect the rules set forth

9    in the Voting Rights Act, in the state and federal

10   Constitutions?  Were the people of Florida given

11   ample opportunity to participate and comment on this

12   map?  And most important, considering the profound

13   legacy of state-sponsored oppression in Florida,

14   does it protect or diminish the right of black

15   Floridians to elect the leaders of their choice.

16             You all know the answers to these

17   questions, and while fair representation is vial,

18   fear of doing the right thing is the ultimate

19   terminal sickness in democracy.  Our republic is

20   only as strong as the rights of the minority groups

21   to participate.  I love this country not so much for

22   its history but for its promise.  But that promise

23   must be guaranteed to everyone, not just the

24   powerful or the monied or the ruling class.

25             FCV stands in solidarity with our friends

HT_0000199

4/19/2022                Common Cause, et al. v. Cord Byrd                Audio Transcription

Page 119

1    and allies across the state in opposition to these

2    maps.  Thank you all for coming today.  Thank you.

3              CHAIRMAN SIROIS:  Thank you.

4              Next is David Rucker, followed by Genesis

5    Robinson.

6              Ladies and gentlemen, we have about 20

7    speaker cards left.  I'd like to move into debate at

8    6:00 p.m.  So following you, sir, I will be reducing

9    public testimony to one minute each.

10             Thank you, sir.

11             DAVID RUCKER:  You're giving me one minute?

12             CHAIRMAN SIROIS:  No, sir.  After you.

13             DAVID RUCKER:  Oh, after me.

14             CHAIRMAN SIROIS:  You have two minutes.

15             DAVID RUCKER:  Good.  My name is David

16   Rucker.  I live in Orlando.  I live in District 10,

17   and I am a super voter.  I started voting when I was

18   18.  That's in the Civil Rights in 1965.  I've only

19   missed two voting out of my whole time as being a

20   teenager and a young and old adult.

21             And what I like to do and have you guys,

22   before you even think about voting, we keep asking

23   you to vote and the things that we don't like about

24   what's happening with the Governor and what he's

25   talking about, I want you to go back.

4/19/2022                    Common Cause, et al. v. Cord Byrd            Audio Transcription

Page 120

1              Before you make this vote -- in 1975, a

2      song came out by the O'Jays, and it would say you

3      got to give the people what they want.  Before you

4      vote, I want you to listen to that song.  I want you

5      to listen to it all the way through and then come

6      back and vote.  All right.  That's what I need you

7      to do.  All right.

8              The next thing, there are four positions

9      that we have now.  The Governor want to cut them

10     down to two, all right.  You need to look at that

11     too.  We're talking about oppression of voters,

12     especially blacks at that time, in '65.  We need to

13     take heed and look at those things.  We don't want

14     to repeat history, all right.  We want to move

15     forward.

16             But what the Governor is trying to is to

17     try to repeat history, which is not good for all of

18     us in America, you know.  U.S. is us.  That means we

19     are here together, but remember, what I want you to

20     do, 1975, the O'Jays, the O'Jays, all right.  You

21     got to give the people what they want.  Thank you.

22             CHAIRMAN SIROIS:  Thank you, sir.

23             Genesis Robinson, followed by Gail Gardner,

24     one minute.

25             Sir, you are recognized.

Page 121

1              GENESIS ROBINSON:  Mr. Chair, I would ask

2      that you reconsider to allow two minutes so I can

3      speak.

4              CHAIRMAN SIROIS:  Sir.  I have --

5              GENESIS ROBINSON:  I have somebody that's

6      going to yield his time.

7              CHAIRMAN SIROIS:  I have 20 speakers left.

8      One minute, sir.  You are recognized.

9              GENESIS ROBINSON:  Okay.  Thank you.  Good

10     afternoon, members.  Thank you, Mr. Chair, for the

11     opportunity to speak for one minute to address the

12     House Subcommittee.

13             My name is Genesis Robinson.  I am a

14     registered voter in the state of Florida.  I also

15     serve as the political director for Equal Ground

16     Action Fund.  We are a black-led voting rights

17     organization working to increase civic engagement in

18     black communities throughout the state.

19             We are here in opposition to this plan.

20     Obviously, you have abdicated your responsibility to

21     draw maps to the Governor, and as an organization

22     working to expand equity in the state, we believe

23     that this map is unconstitutional.

24             With minority growth that we saw in the

25     2020 census, it is critical that we have diverse

4/19/2022                  Common Cause, et al. v. Cord Byrd              Audio Transcription

                                                                        Page 122

 1   viewpoints and experiences represented at the

 2   federal level of government.  The lived experiences

 3   and perspectives of these individuals are a crucial

 4   part in representing and reflecting the fullness of

 5   our state.

 6            It is unconscionable to think that maps

 7   that govern our state for the next decade could give

 8   us less minority representation than we currently

 9   have.  When the history of this moment is written,

10   you do not want your name to be among those that

11   violated --

12            CHAIRMAN SIROIS:  Sir, your time --

13            GENESIS ROBINSON:  -- and voted to take --

14            CHAIRMAN SIROIS:  -- your time is expired.

15            GENESIS ROBINSON:  -- away minority

16   representation --

17            CHAIRMAN SIROIS:  Thank you.

18            GENESIS ROBINSON:  -- in the state of

19   Florida.  Thank you.

20            CHAIRMAN SIROIS:  Thank you.

21            Gail Gardner of Ocoee, followed by Cheryl

22   Jones of Winter Garden.

23            Ma'am, you're recognized.

24            GAIL GARDNER:  Good evening.  Gail Gardner

25   from District 10.

HT_0000203

Page 123

1              In the '60s, my ancestors who lived in the

2    North where I was born and grew up would board a

3    charter bus and head south where they were born and

4    grew up.  Well, now, I too boarded a charter bus

5    today for the same reason.

6              My experience has been that we are fighting

7    once again and repeating history.  Our ancestors did

8    this.  They defended their time.  They defended the

9    right to vote.  And so, therefore, we're asking that

10   the congressional redistricting map not just to draw

11   the line but hold the line and make this legislative

12   body accountable and not allow the persuasive

13   executive decision by the Governor to be a force to

14   diminish the black vote, of which those of you who

15   benefited from the Fair Districts Amendment 5 and 6

16   that prohibits politicians from drawing districts

17   that favor themselves and their parties, to ensure

18   that minorities will have the opportunity to elect

19   representatives of their choice.  Let's not allow

20   history to repeat itself.  Thank you.

21             CHAIRMAN SIROIS:  Thank you, ma'am.

22             Cheryl Jones, followed by Ebony Hardy-Allen

23   of Jacksonville.

24             Ma'am, you are recognized.

25             CHERYL JONES:  Hello.  I am Cheryl Jones

4/19/2022                  Common Cause, et al. v. Cord Byrd              Audio Transcription

Page 124

1    from Orlando.

2               I want to emphasize that our democracy is

3    under attack.  When you look at this redistricting

4    map, it is clearly and blatantly designed to oppress

5    black voters.

6               And I also want to address the fact that

7    you would not have the speaker under oath.  That

8    simply holds them accountable.  I don't know if

9    others in here have heard, but he's flip-flopped

10   back and forth a few times between here and the

11   Senate, and being under oath holds his word to his

12   record.  So we would like to make sure that as we

13   listen to the speakers, that they are held

14   accountable and that the redistricting map actually

15   does represent the citizens of our state.

16              I live in Orlando, which is currently

17   district 10, but the redistricting will put me in

18   District 11.  And some of the reasons that were

19   stated as to why it's being redistricted are

20   different from other counties.  Other counties are

21   held intact, and I believe that holding our

22   representatives accountable will make a difference.

23              CHAIRMAN SIROIS:  Your time is expired.

24   Thank you, ma'am.

25              Our next speaker is Ebony Hardy-Allen,

HT_0000205

4/19/2022                Common Cause, et al. v. Cord Byrd            Audio Transcription

Page 125

1    followed by Indesar Sabris (phonetic) of

2    Jacksonville, and then we'll have Gail Presley of

3    Orlando.

4            Ma'am, you're recognized.

5            EBONY HARDY-ALLEN:  Hello.  My name is

6    Ebony Hardy-Allen.  I'm a voter's right advocate.

7            Since I only have one minute, I'm only

8    going to take 30 seconds because I've sat here, and

9    I prepared a speech.  But I'm not going to use it.

10   I sat here, and I listened.  And I looked at

11   everybody's faces.

12           Three things, this reminds me of a poll

13   tax.  This reminds me of a literacy test.  This

14   reminds me of a paper bag test.  My skin is too

15   dark.  I will not have representation.  If you all

16   vote for this bill, we will remember.  We will vote

17   you out of office.  I am asking that you do not

18   strip us of our representation.  That's all I have

19   to say.  Literacy tests, poll tax, and a paper bag

20   test.

21           CHAIRMAN SIROIS:  Thank you, ma'am.

22           Indesar Sabris of Jacksonville, and then

23   we'll have Gail Presley of Orlando, followed by

24   Hazel Gillis of Jacksonville.

25           Ms. Presley?

HT_0000206

4/19/2022                Common Cause, et al. v. Cord Byrd              Audio Transcription

Page 126

1            GAIL PRESLEY:  Yes?

2            Come on up.

3            Hazel Gillis will be next, followed by

4    Cecile Scoon.

5            Ma'am, you're recognized.

6            GAIL PRESLEY:  Well, thank you and good

7    afternoon.  Thank you, Chairman.  To all of our

8    House of Representatives, my name is Gail Presley,

9    and I am a proud member of Congressional District

10   Number 10, which is held by none other than our

11   House of Representative.

12            It is disheartening to me here today to

13   hear some of the information that was shared,

14   especially from the attorney today.  I come from a

15   family, who have -- back in the 1960s, listening to

16   some of the stories that they told me about voters

17   rights and how they had to fight so hard to become a

18   voter.  I feel like I'm back in the 1960s today, and

19   it is 2022.

20            I do oppose to the bill that is here today,

21   and I implore you -- because you took an oath to

22   serve the people.  And we are the people.  I am that

23   person, and I do represent Congress -- Congressional

24   District 10, and I do implore you, ladies and

25   gentlemen, to do the right thing --

HT_0000207

4/19/2022                Common Cause, et al. v. Cord Byrd          Audio Transcription

Page 127

1              CHAIRMAN SIROIS:  Your time is --

2              GAIL PRESLEY:  -- and vote the right way.

3              CHAIRMAN SIROIS:  Your time is expired.

4              GAIL PRESLEY:  Thank you, Chairman.

5              CHAIRMAN SIROIS:  Thank you very much.

6     Thank you, ma'am.

7              Hazel Gillis, followed by Cecile Scoon, and

8     then we'll have Allison Clark of Maitland.

9              Ma'am, you're recognized.

10              HAZEL GILLIS:  Good evening.  My name is

11    Hazel Gillis.  I am a member of the James Weldon

12    Johnson Branch of the ASALH, the Association for the

13    Study of African American Life and History, and I

14    live in Congressional District 5 in Jacksonville,

15    Florida.

16              Governor Ron DeSantis' rejection of Florida

17    Legislature-drawn maps is a direct attack on black

18    representation in our democracy.  By proposing a

19    congressional map that reduces Florida's black

20    representation in Congress by 50 percent, the

21    Governor is attempting to silence the voices of

22    hundreds of thousands of black voters.

23              We oppose any map that has been drawn by

24    Governor Ron DeSantis.  In 2010, Florida passed the

25    Fair Districts Amendments 5 and 6 that prohibits

HT_0000208

Page 128

1    politicians from drawing districts to favor

2    themselves and their parties and to ensure minority

3    voters have equal opportunity to participate in the

4    political process and have a fair opportunity to

5    elect representatives of their choice --

6              CHAIRMAN SIROIS:  Thank you, ma'am.

7              HAZEL GILLIS:  -- their party.

8              CHAIRMAN SIROIS:  Your time is expired.

9              HAZEL GILLIS:  We must end this

10   manipulation.  Thank you.

11             CHAIRMAN SIROIS:  Cecile Scoon of Panama

12   City.

13             Thank you, ma'am.

14             Cecile Scoon of Panama City, followed by

15   Allison Clark of Maitland, followed by ZsaZsa

16   Ingram-Fitzpatrick of Tallahassee.

17             Ma'am, you are recognized.

18             CECILE SCOON:  Thank you.  Cecile Scoon,

19   President of the League of Women Voters of Florida.

20             What a difference a day makes.  I was here

21   a few weeks ago, and I was really proud of this body

22   when you addressed Mr. Popper, Professor Popper, and

23   he came forth with this idea, turning things on its

24   head and telling you that following the law was

25   illegal.

4/19/2022                Common Cause, et al. v. Cord Byrd              Audio Transcription

Page 129

1           And you literally asked him, do you have a

2    case on point?  And the man said no.  I don't.  And

3    that is the true fact.  You are ignoring Tier 1.

4    Tier 1 actually does not require intent, as Mr.

5    Kelly seemed to be implying and stating.  It goes by

6    impact.  If you do not protect the voting rights and

7    make sure that people have an opportunity to select

8    a representative of their choice if they are a

9    minority by race or language, you are violating Tier

10   1, and you are violating the Florida Supreme Court's

11   standing on the law.  And that's simply the case.

12           They are trying to change the law ahead of

13   time.  The Governor is supposed to enforce the law,

14   not change the law.  The people that write the law

15   are the legislators.  This is all backwards, and

16   it's hurting every single citizen of this state.

17           Yes.  Black people are being targeted, but

18   the destruction of our separation of powers is --

19           CHAIRMAN SIROIS:  Thank you, ma'am.

20           CECILE SCOON:  -- is affecting everyone.

21   Thank you.

22           CHAIRMAN SIROIS:  Thank you, ma'am.  Thank

23   you.

24           CECILE SCOON:  Please vote no.

25           CHAIRMAN SIROIS:  Thank you, ma'am.

HT_0000210

4/19/2022                 Common Cause, et al. v. Cord Byrd              Audio Transcription

Page 130

1          Ms. Clark of Maitland, followed by ZsaZsa

2    Ingram-Fitzpatrick of Tallahassee, and then we'll

3    have Myrtle Lucas of Jacksonville.

4          Ma'am, you are recognized.

5          ALLISON CLARK:  Thank you, Mr. Chair.

6          I am Dr. Allison Clark, a native Floridian

7    born in Volusia County, and I live in District 7.  I

8    am here to voice my opposition to this bill.

9          I could cite historical data, statistics,

10   court cases, et cetera that demonstrate the

11   unconstitutionality of the vote that you are about

12   to take, but due to time, I will keep my statement

13   to this.

14         The purpose of this session is clear to the

15   nation and Floridians.  It is to establish a path

16   for the Governor's race for the White House in 2024,

17   and it is a path that is being built on the backs of

18   Florida's black voters.  I ask you to vote no to

19   this bill.

20         CHAIRMAN SIROIS:  Thank you, ma'am.

21         ZsaZsa Ingram-Fitzpatrick, followed by

22   Myrtle Lucas.

23         Ma'am, you are recognized.

24         ZSAZSA INGRAM-FITZPATRICK:  Thank you.

25         I am ZsaZsa Ingram-Fitzpatrick, and I come

HT_0000211

4/19/2022       Common Cause, et al. v. Cord Byrd       Audio Transcription

Page 131

1   to give you a brief statement.  It is about facts,

2   rights, and responsibility.  The fact is it is not

3   in the Governor's job description that he should be

4   putting forth maps on redistricting.

5           It is your right to tell him to stay in his

6   lane and do his job, and it is the responsibility of

7   us, the voters, the people who put you in office, to

8   come before you and let you know what we think when

9   we do not like what you're doing.

10          And today I am requesting that you look

11  closely at what is being put forth to dimmish black

12  voters and people of color, our voices within this

13  state, and that you also look at the census and know

14  that we are that sleeping giant because our numbers

15  are not diminishing.  They are growing.  Thank you

16  and vote against this bill.

17          CHAIRMAN SIROIS:  Thank you, ma'am.

18          Myrtle Lucas of Jacksonville, followed by

19  Haraka Carswell of Jacksonville, and then we'll have

20  Ingrid Montgomery.

21          MYRTLE LUCAS:  Okay.  My name is Myrtle

22  Lucas.  I am a member of the James Weldon Johnson

23  Branch of the ASALH, the Association for the Study

24  of African American Life and History, and I live in

25  the Congressional District 5 in Jacksonville,

HT_0000212

4/19/2022                Common Cause, et al. v. Cord Byrd                Audio Transcription

Page 132

1    Florida.

2              We oppose any map that has been drawn by

3    the Governor -- by Governor Ron DeSantis.

4    Legislators and Governors are doing this to unfairly

5    rule -- unfairly have it their way.  That's what I'm

6    really going to say.  Okay.  We must end this at the

7    cost to protect our democracy and black voters.  We

8    vote for legislation --

9              CHAIRMAN SIROIS:  Thank you, ma'am.

10             MYRTLE LUCAS:  -- to draw -- no.  I can't

11   sit -- to draw maps for Fair Districts, and we want

12   them to do their job.

13             CHAIRMAN SIROIS:  Thank you, ma'am.  Your

14   time is expired.

15             MYRTLE LUCAS:  Okay.  Enough for Governor

16   DeSantis.

17             CHAIRMAN SIROIS:  Thank you, ma'am.

18             Haraka Carswell, followed by Ingrid

19   Montgomery, and we'll -- no Haraka Carswell?

20             Ingrid Montgomery?

21             Yes, ma'am.

22             HARAKA CARSWELL:  (No audible response)

23             CHAIRMAN SIROIS:  Waive in opposition.

24   Thank you very much.

25             Ingrid Montgomery?

Page 133

1          INGRID MONTOMERY:  (No audible response)

2          CHAIRMAN SIROIS:  Oh.  My apologies.  Thank

3     you, ma'am.

4          Jasmine Burney-Clark, an opponent of the

5     bill.

6          Odwan Whitfield (phonetic) of Jacksonville,

7     an opponent of the bill.  Are you here to speak?

8     Come on up, sir.  And then we'll have Gwendolyn

9     Colman of Jacksonville.

10          Sir, you are recognized.

11          ODWAN WHITFIELD:  My name is Odwan

12     Whitfield.  I'm in Congressional District 5.  I'm a

13     taxpayer, and I am a United States Army combat

14     veteran.  I fought over in district -- in foreign

15     territories only to come back here to fight for my

16     rights for representation.

17          It bothers me.  It bothers me that we rush

18     through this Committee hearing.  First, it was for

19     the interest of the people.  So you rush the

20     Representatives, and the people come up, and we rush

21     the Representatives.

22          CHAIRMAN SIROIS:  Sir, could you please

23     keep your comments to the legislation.

24          ODWAN WHITFIELD:  It's to you all.  And so

25     what's the rush?  The session is from the 19th until

Page 134

1    the 22nd.  Why are we rushing so fast?  This affects

2    me and the people in my district.

3          The difference between you all saying that,

4    you know, well, my uncle, auntie, cousin, brother,

5    sister went to war, the difference is they don't

6    have to come back to this.  They don't have to.  Do

7    your jobs.

8          CHAIRMAN SIROIS:  Sir, your time is --

9          ODWAN WHITFIELD:  It isn't fair.

10         CHAIRMAN SIROIS:  Sir, your time is

11   expired.

12         ODWAN WHITFIELD:  Do your jobs.  That's all

13   (indiscernible).

14         CHAIRMAN SIROIS:  Your time is expired.

15   Thank you.

16         Gwendolyn Coleman, Jacksonville.

17         Thank you for your service.

18         Gwendolyn Coleman, an opponent of the bill.

19         Walter Smith of Jacksonville, an opponent

20   of the bill.

21         Kristin Fowailee of Maitland, an opponent

22   of the bill.

23         Dr. Carolynn Zonia, followed by Lisa Perry.

24   Lisa, are you here?  Next will be Joey McKinnon.

25         Ma'am, you are recognized.

HT_0000215

4/19/2022                    Common Cause, et al. v. Cord Byrd                    Audio Transcription

Page 135

1          DR. CAROLYNN ZONIA:  Okay.  Mr. Chairman,

2    Committee members, I'm Dr. Carolynn Zonia.  I'm

3    speaking against the Governor's maps.

4          I just wanted to point out in September

5    2021, the U.S. Department of Justice issued

6    guidelines for Section 2 of the Voting Rights Act,

7    and they clearly state that it's prohibited -- it

8    prohibits any procedure or practices that minimize

9    or cancel out the voting strength of members of

10   racial or language minority groups in the voting

11   population.

12          So whether you vote down the amendment,

13   whether, you know, you're keeping the language in

14   that says that you're limiting where this can be

15   challenge, it's going to be challenged, and it's

16   going to be overturned.  Please vote against the

17   Governor's maps.  Thank you.

18          CHAIRMAN SIROIS:  Thank you, ma'am.

19          Lisa Perry, followed by Joey McKinnon.

20          Mr. McKinnon, you are recognized.

21          JOEY MCKINNON:  Thank you, Chair.

22          CHAIRMAN SIROIS:  I'm sorry.  Excuse me.

23   Lisa Perry is an opponent of the bill.

24          Sir, you're recognized.

25          JOEY MCKINNON:  Thank you, Chair.

HT_0000216

Page 136

1          My name is Joey McKinnon, and I'm a

2    resident of the impacted CD 5.  And I'm opposed to

3    this bill.

4          During the regular legislative session,

5    you, the Legislature, produced a map that was

6    challenged to my knowledge by no one.  Until

7    Governor DeSantis broke with democratic norms, and

8    here we are.  And to be fair, I love many of you,

9    but I didn't want to see you after Easter.

10          Stand by your maps.  You did a good job.

11   How often do people come to this podium and say

12   that?  But stand by your map.  After this past

13   session, it's time to turn down the heat.  We all

14   know that.

15          Today, you have the opportunity to protect

16   the Constitution of the great state of Florida by

17   upholding the Fair Districts Amendments, defend

18   democratic norms, and prioritize people over

19   partisanship, like you did with your maps.  So let's

20   do what's right.  Thank you.

21          Thank you.  We have Charletta Sowell of

22   Jacksonville, waiving in opposition.

23          And finally Joanne Brooks of Jacksonville,

24   waiving in opposition.

25          Members, we are now in debate.

4/19/2022                 Common Cause, et al. v. Cord Byrd              Audio Transcription

Page 137

1           Members wishing to debate.

2           Representative Benjamin, you are

3    recognized, followed by Representative Skidmore.

4           REPRESENTATIVE BENJAMIN:  Thank you,

5    Mr. Chair.

6           We're here at this special session and in

7    this Subcommittee to consider the Governor's veto

8    with regards to a map or maps that we sent him that

9    we believed at the time that we sent them that those

10   maps were constitutionally compliant and that those

11   maps were sufficient for representation in our --

12   for our congressional representation.

13          That map held that four seats from Florida

14   would hold black representation in our Congress.

15   And now we're here today discussing a map that will

16   change that representation from four to two.

17          And when we talk about the significance of

18   that, we're told that the contested seating was, in

19   fact, not legal in its iteration.  However, it was

20   not challenged.  It was provided to us by the courts

21   and was never challenged.  That makes it benchmark.

22   That means it had to be analyzed.  That means it was

23   subject to Title 3, or our Fair District Amendment,

24   and that we codify Section 5 of the VRA, which says

25   that we have to protect our representation in our

HT_0000218

4/19/2022                 Common Cause, et al. v. Cord Byrd            Audio Transcription

Page 138

1    state from regression.

2            We believe that when we did that Title that

3    regression was something that we wanted to protect

4    our state from, and we have long recognized that in

5    the law that we can give greater protections than

6    the federal government.  And it was said by counsel

7    that adhering to state law was not a compelling

8    state interest.

9            Yeah.  I believe that -- and that's not

10   case law.  That's his opinion, and I believe that

11   there is no greater state interest than upholding

12   our Constitution, our Constitution that gives

13   greater protections.  And so we have now decided

14   that we would compromise with the Governor after

15   we've given him constitutionally compliant (sic),

16   but where is the compromise?  He's given us an

17   offer, but where is our counteroffer?  Where is our

18   counter discussions as to what we believe should be

19   right.

20           You've heard a lot of testimony giving here

21   today.  I don't believe that the court got it wrong.

22   I believe that we're getting it wrong now, that

23   black folks matter.  Black representation matters.

24   We sought to ensure that we would not go backwards.

25   Our State Constitution ensured that we would

Page 139

1  continue to take Florida forward, and in doing so,

2  we enshrined it in law.

3           And so there could be no greater state

4  interest -- there could be no greater compelling

5  interest than to ensure that our laws are upheld

6  when -- especially when they give greater benefit.

7           And so we should vote this down because

8  black votes matter.  Black voters matter.  Black

9  representation matters, and we should give the

10  people what they want.

11           CHAIRMAN SIROIS:  Thank you, Representative

12  Benjamin.

13           Members, just checking in on time,

14  according to my phone, we're at 6:02 now.  I'd like

15  -- my goal is for us to vote or to have a close from

16  Chair Leek at about 6:25.  So if you'd help me stay

17  on track.

18           Representative Skidmore, you are

19  recognized.

20           DEMOCRATIC RANKING MEMBER SKIDMORE:  Thank

21  you, Mr. Chair.

22           I want to thank the folks that traveled

23  from around the state who came to testify today.  We

24  heard they came from all parts of Florida.

25           You know, I just feel that this map clearly

HT_0000220

Page 140

1    violates the Florida Constitution.  Whether it was

2    devised with the intent of denying of abridging the

3    equal opportunity of racial or language minorities

4    to participate in the political process or to

5    diminish the ability to elect representatives of

6    their choice, the fact of the matter is the result

7    is it does.  And that violates the Constitution.

8            If the Governor believes, as he has stated,

9    that a racially gerrymandered district is tantamount

10   to segregation, then why did he leave Congressional

11   District 20 alone?  When all of his objection was on

12   Congressional District 5 and they redrew 18 other

13   districts but they left a racially gerrymandered

14   district alone, that is -- it doesn't jive with what

15   it is that he is saying.

16           And this bill, this map, is

17   unconstitutional because whether it was devised with

18   the intent to favor a political party, the fact of

19   the matter is the result is it does.  Mr. Kelly

20   testified that -- in his testimony that his cleanup

21   of the Legislature's map randomly resulted in a

22   partisan makeup of 20 Republican seats and 8

23   Democratic seats, as widely reported in the media.

24           Members, it's an Easter miracle, and all he

25   was worried about was race neutral.  But remarkably

4/19/2022                Common Cause, et al. v. Cord Byrd              Audio Transcription

Page 141

1    this map has 20 Republican performing seats and 8

2    Democratic seats.  There are so many things wrong

3    with this map.  There are so many things that are

4    wrong with this process and wrong with the

5    Governor's insertion of himself in this map to

6    benefit his Presidential election.

7              I am telling you this is going to come back

8    and bite you.  You should vote no on this.  I don't

9    care how many times we have to come back to get it

10   right.  I will come back.  I will come back.  I will

11   come back.  And you should too.

12             CHAIRMAN SIROIS:  Representative Brown, you

13   are recognized in debate.

14             REPRESENTATIVE BROWN:  Thank you, Mr.

15   Chair.

16             Frankly, I cannot tell you what the purpose

17   of this Committee is -- here is today because it

18   seems as though there are folks within this room

19   that are sort of content with the Governor's

20   decision to run a one-man show with these

21   congressional maps.

22             Not only has this move been unprecedented,

23   but it is unnecessary meddling in its finest on

24   behalf of the Governor.  I find it an honor and a

25   privilege and it is an honor and a privilege that

Page 142

1    Floridians have elected us to represent them and to

2    really participate in this redistricting process.

3    But it's also our constitutional duty as legislators

4    to do so.

5              And so I refuse to sit here and neglect

6    that.  I refuse to sit here and ignore my

7    constitutional duty, my moral duty, of the people of

8    the state of Florida, who entrusted us to ensure

9    that their voices are heard.

10             They voted some years ago on the Fair

11   District Amendments, and they voted for every

12   legislator in this room.  Our biggest obligation to

13   them, members, is to do what's right.  The biggest

14   obligation is to them and not the Governor.

15             His pride, as it was mentioned by Rep

16   Skidmore, his pride and his ambition to become

17   President by any means necessary only hurts us as a

18   collective, and it hurts us as Floridians.  And we

19   have continually seen this time and time again, just

20   with the many bills that we have been asked to vote

21   on.  We've seen it with SB-90.  We've seen it with

22   last year election's police bill, and all these

23   bills disenfranchise voters.

24             I feel that we should not be allowing

25   someone to bully both chambers and do his bidding

Page 143

1    without a fight, and so today, on behalf of the many

2    folks that have come here, those that have been

3    silent, those who have not been able to make it here

4    to Tallahassee, I'm here to fight for you as a

5    constituent.  I will be voting no, absolutely.  I'm

6    not here to work for the Governor or his ambition,

7    and so I ask my colleagues, I implore my colleagues,

8    not only in this room but also in the other chambers

9    and the 120 of us to do the same and do what the

10   folks of Florida sent us here to do.

11          CHAIRMAN SIROIS:  Thank you.

12          Representative Harding in debate.

13          REPRESENTATIVE HARDING:  Thank you,

14   Chairman.

15          And, first, I just want to say that I will

16   be supporting House Bill 1-C today, one, because I

17   believe that, as it's been outlined throughout this

18   process today, that I believe it's constitutional,

19   and I believe it's the right result.  But, number

20   two, because there's a process.

21          And today we've talked about -- we've used

22   the term veto several times, but we haven't talked

23   about -- I'm sorry -- we've inserted the term about

24   the Governor proposing a map, but we haven't talked

25   about in the process the Governor has the ability to

4/19/2022                    Common Cause, et al. v. Cord Byrd                    Audio Transcription

Page 144

1    veto.  That is part of the process.

2             When you get elected, oftentimes, we were

3    told, you know, the first time you have a bill that

4    you want to run, the idea that it's going to pass on

5    its first time is pretty slim.  It does happen, but

6    it's the exception.  It may not work through the

7    process for a variety of reasons, or it may be

8    vetoed.  And you have to come back and reconvene on

9    how do we work to move forward?  And that's what

10   we're doing is moving forward.

11            When I got elected, I tried to do three

12   things when I was running and then also as I've

13   served.  I've tried to be straightforward, try to

14   represent the people that have sent me here, and

15   I've also tried to stay true to my values.

16            And on the straightforward piece, I went

17   back, and there's been discussion today in Committee

18   that the previous map was just this harmonious map

19   that we all loved.  And it was so great.  The fact

20   was that there was not a single Democrat member that

21   voted for the previous map.  So when we point to

22   that as the example, then why did you not support

23   that map?

24            And the second thing I want to point out is

25   that, just as I mentioned previously, there's a

HT_0000225

4/19/2022                    Common Cause, et al. v. Cord Byrd              Audio Transcription

Page 145

1    process.  We were -- we knew going into

2    redistricting that one of the jobs we had was we

3    could propose our own maps.  That didn't happen.  I

4    have not seen Democrat members that are opposing the

5    bill today propose their own maps in the process.

6              So I want to -- last thing is just to the

7    audience members, I want to thank you for being

8    here.  Whether we agree or disagree, it takes

9    courage to be here, and the term courage was pointed

10   out.  And I like that word courage because it takes

11   courage to speak.  It takes courage to run for

12   office.  It takes courage.

13             But I would implore you to hold the folks

14   accountable that you are celebrating today in

15   opposing this bill by having the courage to propose

16   their own maps, which hasn't happened.

17             So I'll be supporting this bill.  Thank you

18   for being here and speaking, whether we agree or

19   disagree.

20             CHAIRMAN SIROIS:  Representative Joseph in

21   debate.

22             REPRESENTATIVE JOSEPH:  Thank you,

23   Mr. Chair.

24             Black representation matters.  Even if that

25   means you might have a better chance at getting a

HT_0000226

4/19/2022                   Common Cause, et al. v. Cord Byrd              Audio Transcription

Page 146

1    seat in Congress.  When we think about the amendment

2    that I proposed, right now, even in the bill, there

3    is a little subclause that says federal questions

4    can be addressed in federal court.  So why would we

5    need to add that it needs to go to state courts?

6              Well, if you haven't been following the

7    jurisprudence, the federal courts have relegated

8    dealing with these kinds of redistricting

9    gerrymandering cases in cases where there's

10   partisanship.  They say we're not touching that.  So

11   partisanship is the carrot.

12             We also have indications from the U.S.

13   Supreme Court with questions raised in other

14   litigation about what constitutes a compelling

15   interest.  I would posit that making sure that

16   minority representation exists is a compelling state

17   interest.  Some may disagree.  Some people want us

18   to be race neutral.

19             What race neutral means is that I have the

20   opportunity to ignore the impact on racial

21   minorities when I make a decision that is factually

22   neutral.  That means, on its face, it doesn't take

23   into account race, but in practice, the impact, the

24   effect is that it eliminates, diminishes, decreases,

25   and has the effect of discrimination.

Page 147

```
 1              And what we're saying when we pass these
 2    policies, whether it's in this context or in the
 3    context of education or in the context of employment
 4    is we see the pain, but we don't want to see the
 5    pain.  So we're just going to pretend like your pain
 6    does not exist.
 7              It is disgraceful that this legislative
 8    body would be willing to sacrifice black
 9    representation at the alter of this Governor's
10    political ambitions and maybe some of your own.
11    People, Floridians, voters, Americans should have
12    the right to choose their representatives and not
13    the other way around.
14              We should not be stacking the cards --
15    Republicans should not be stacking the cards in
16    their favor 20 to 8 and then have the nerve to come
17    up here and try to say that it was not in
18    consideration of partisanship.
19              All that does is empowers one particular
20    group to continue to ignore the needs of Floridians.
21    Floridians, both Republicans and Democrats, care
22    about things that help us to be healthy, prosperous
23    and safe, whether that means fixing our broken
24    Unemployment Compensation system -- and a number of
25    things that I'm not even going to get into.
```

Page 148

1          CHAIRMAN SIROIS:  Representative Joseph,

2    let's try to keep it, you know, within the framework

3    of the bill.

4          REPRESENTATIVE JOSEPH:  Understood.

5          CHAIRMAN SIROIS:  And let's bring it in for

6    a landing because there's others that want to

7    participate.

8          REPRESENTATIVE JOSEPH:  I will do my

9    darndest right now.

10          These maps are not it.  They're not even

11    our maps.  They're the Governor's maps.  This is

12    absurd.  I was so proud of us last time that we even

13    at least made the effort.  It doesn't mean that

14    those maps were perfect.  We identified issues.

15    We're going to have issues.  Just because something

16    isn't perfect doesn't mean it wasn't better.  The

17    other ones were better than this.

18          And I'm disappointed that this is the route

19    that we have decided to go, we, to be clear, my

20    colleagues who will be voting in favor of this map.

21    That's who I mean by we.  But we who are still

22    fighting for the people, whether you're Democrat or

23    Republican, whether you're black or white, we are

24    disappointed with this process, with this

25    legislation, and with the result of decreasing black

HT_0000229

4/19/2022                  Common Cause, et al. v. Cord Byrd            Audio Transcription

Page 149

1    representation, which will be difficult to challenge

2    in advance of the next elections.

3              CHAIRMAN SIROIS:  Representative Driskell

4    in debate.

5              REPRESENTATIVE DRISKELL:  Thank you,

6    Mr. Chair.

7              Members, no problem can be solved from the

8    same consciousness that created it.  That's Albert

9    Einstein.  And when I look at what we're doing with

10   the redistricting process, it seems to me that we're

11   trying to roll back the clock to the same

12   consciousness that created the problems such that we

13   would need a Voting Rights Act and Fair District

14   Amendments in the first place.

15             I know sometimes our debates get heated in

16   here, and we have very deep issues and values that

17   cause us to disagree.  But I actually have love in

18   my heart for each and every one of you, and when I

19   go back home, people ask me, how is that possible

20   when you hear these bills that are just -- my

21   constituents, many of them perceive to be so mean

22   spirited.  And I say because I'm able to connect

23   with my colleagues on a human level.

24             But I think that we've missed something in

25   the process when we can have people come before us

HT_0000230

Page 150

1    and bare their souls and their fears and their

2    frustrations, and we cannot connect with them on a

3    human level.  What about their humanity?  What do we

4    say to the voters of Gadsden County, the only

5    majority-minority district that we have in the state

6    of Florida?  I'm sorry.  We're taking your

7    representation.  What about their humanity?  I'm

8    worried about our consciousness.  I'm worried that

9    we are going backwards with these maps.

10          Just to address a couple of things.  I know

11   the point was raised that the Democrats in large

12   part did not vote in favor of the congressional maps

13   when we had them before us in regular session.

14   Well, there were some real things wrong with that,

15   starting with we introduced two maps, and the

16   primary map was closer to what the Governor was

17   proposing then, which we thought was

18   unconstitutional.

19          The secondary map was closer to what many

20   of us had worked on with Chair Sirois, and there was

21   starting to be a consensus around.  And I'm not even

22   sure that passing two maps was constitutional,

23   right.  So the only flip that I see -- Democrats,

24   let's be clear, have been real consistent.  The only

25   flip that I see was not from our caucus.

Page 151

1              And to the point that was made earlier in

2     testimony, that the Governor, you know, it's no

3     secret that he's, you know, been putting information

4     about there about these maps and what he thinks,

5     that's right.  And guess what?  The Legislature

6     close to ignore that for the most part.  Some of his

7     feedback was taken into the primary map that was

8     passed, but we looked at what the Governor was

9     doing.  We were saying no.  This is wrong.  It's

10    unconstitutional.  The Governor is the executive

11    branch.  That is to execute the law, not to

12    legislate it and to pass it.  That's our job.

13             Another thing, second, the current law

14    matters.  I heard in testimony today, well, the

15    court got it wrong.  Well, we can opine that all

16    that we want, but the law is the law.  The rule of

17    law matters, and I don't see anything that we've

18    done here that suggests to me that we actually are

19    following in a legal way redistricting principles.

20             I know.  I got to bring it in for a

21    landing.  Thank you, Mr. Chair.

22             The third point is just I see so much

23    inconsistency in what's been presented before us

24    where we focused on certain principles for certain

25    regions of the state but not for South Florida.  I

Page 152

1    don't understand the inconsistency.  It's

2    problematic.  It is rushed.  We need more time,

3    Mr. Chair.  We absolutely just need more time to

4    consider this.  This process is not enough.  I'm

5    down.  Thank you.

6             CHAIRMAN SIROIS:  Representative

7    Hunschofsky.

8             REPRESENTATIVE HUNSCHOFSKY:  Thank you,

9    Mr. Chair.

10            I have to say when I asked to be on this

11   Committee, I was very excited.  I find it an

12   incredible honor to be able to serve in this Florida

13   House of Representatives.  Wherever the outcomes

14   end, I feel so -- it weighs tremendously on me that

15   every vote I make, every decision I make impacts

16   someone's life, and not just their life today but

17   their future.

18            It also is about a sense of trust that we

19   have been entrusted to be the voice and to speak up

20   for the people we represent.  So I was super excited

21   when I got to be on this Committee, and we were told

22   really early on not to talk to people about the

23   maps, not to listen to people about the maps.  And

24   we were given rules to follow.

25            And I followed them.  I listened at every

HT_0000233

Page 153

1    Committee meeting.  Every time something came up, I

2    always went back to the Tier 1 and Tier 2 that the

3    leadership here and the staff here told us this is

4    what we are supposed to follow.  I didn't follow

5    Twitter.  I didn't follow newspapers.  I followed

6    exactly what I was told to follow.

7           This map doesn't follow what I was told we

8    are supposed to follow.  It doesn't matter what the

9    intent is.  It's the result of whether we are

10   denying or abridging the equal opportunity of racial

11   or language minorities to participate in the

12   political process or to diminish their ability to

13   elect representatives of their choice, not the

14   intent but the result.

15          That's a Tier 1 standard, which must come

16   before the Tier 2 standards.  And I, as a local

17   person, always talked about I want to keep our

18   cities together, ad nauseum.  But it's --

19          CHAIRMAN SIROIS:  Representative, if you

20   could -- if you could wrap up your comments please.

21          REPRESENTATIVE HUNSCHOFSKY:  I will --

22          CHAIRMAN SIROIS:  There are others.

23          REPRESENTATIVE HUNSCHOFSKY:  I understand.

24          So what I'm saying is we talk about being

25   race neutral.  I didn't see anywhere in my

HT_0000234

4/19/2022                    Common Cause, et al. v. Cord Byrd              Audio Transcription

Page 154

1    directions that I'm supposed to be race neutral.  I

2    see that I'm supposed to make sure that we're not

3    diluting representation.

4              There are also concerns in here that now

5    we're picking which courts the challenges come.  We

6    didn't do that in our last maps, and we even put in

7    a $1 million of an appropriation in here for that,

8    that we didn't do prior.  And those are all concerns

9    I have with this map.

10             I don't understand why -- where the

11   difference is that some bodies of water take

12   precedent over other bodes of water, that some

13   weird-shaped districts take priority over some --

14   why 200 miles is worse than 180, and these are all

15   my concerns with this map.

16             CHAIRMAN SIROIS:  Thank you.

17             Representative Latvala.

18             REPRESENTATIVE LATVALA:  Thank you, Mr.

19   Chairman.

20             I think it's slightly disingenuous to say

21   that you were proud of something that you voted

22   against.  The last Speaker, one of the last Speakers

23   said that there was virtually -- and my -- just for

24   the record, I was not referring to Representative

25   Hunschofsky.

HT_0000235

Page 155

1           One of the last Speakers said that the last

2    map had no opposition.  Well, it was apposed by the

3    nonpartisan organization the League of Women Voters,

4    and it was also opposed by every one of my

5    Democratic colleagues.  But other than that, it

6    didn't have any opposition.

7           And, you know, we passed a map, members.

8    the Governor didn't like it, and I remember the day

9    that we passed it on the floor.  One of my

10   Democratic colleagues stood up on the floor and said

11   you all are passing this map for the Governor.

12          We were accused of passing the map for the

13   Governor then, and I didn't agree with that.  And I

14   guess the Governor also didn't think that we passed

15   the map for him because he vetoed it, which is part

16   of his constitutional duties.  He's allowed to do

17   that.

18          Gadsden County was brought up.  We're

19   keeping Gadsden County whole in this map.  We're not

20   including Gadsden County with a county that's 10

21   counties away.

22          I thank all the people that were here to

23   speak to us today.  I thought it was interesting

24   that we had people from Tallahassee and people from

25   Jacksonville that were here, and they were all in

4/19/2022                Common Cause, et al. v. Cord Byrd              Audio Transcription

Page 156

1    the same congressional district.  I grew up in

2    Jacksonville.

3           I voted in -- the first election that I

4    voted in was in 2000.  Back then, my Congressperson

5    represented me, and her congressional district was

6    in Jacksonville.  And it stretched all the way from

7    Jacksonville to Orlando.  Part of it had one side of

8    the street but not the other because it was a, as

9    somebody from the Governor's Office's mentioned, it

10   was a small skinny salamander.  That's called

11   gerrymandering.

12          And so this is a good map.  I will be

13   supporting it.  I will have no regrets, and I think

14   history will judge me just fine, as it will everyone

15   else that votes yes.  Thank you.

16          CHAIRMAN SIROIS:  Representative Leek, you

17   are recognized to close.

18          REPRESENTATIVE LEEK:  Thank you, Mr. Chair.

19          In the interest of time, I'll waive close.

20          CHAIRMAN SIROIS:  Thank you.

21          DJ, please call the roll.

22          THE CLERK:  Chair Sirois.

23          CHAIRMAN SIROIS:  Yes.

24          THE CLERK:  Representatives Benjamin.

25          REPRESENTATIVE BENJAMIN:  No.

4/19/2022                Common Cause, et al. v. Cord Byrd                Audio Transcription

Page 157

1           THE CLERK:  Brown.

2           REPRESENTATIVE BROWN:  No.

3           THE CLERK:  Fabricio.

4           REPRESENTATIVE FABRICIO:  Yes.

5           THE CLERK:  Fetterhoff.

6           REPRESENTATIVE FETTERHOFF:  Yes.

7           THE CLERK:  Harding.

8           REPRESENTATIVE HARDING:  Yes.

9           THE CLERK:  Hunschofsky.

10          REPRESENTATIVE HUNSCHOFSKY:  No.

11          THE CLERK:  Joseph.

12          REPRESENTATIVE JOSEPH:  No.

13          THE CLERK:  Latvala.

14          REPRESENTATIVE LATVALA:  Yes.

15          THE CLERK:  Maggard.

16          REPRESENTATIVE MAGGARD:  Yes.

17          THE CLERK:  Massullo.

18          REPRESENTATIVE MASSULLO:  Yes.

19          THE CLERK:  McClure.

20          REPRESENTATIVE MCCLURE:  Yes.

21          THE CLERK:  Morales.

22          REPRESENTATIVE MORALES:  No.

23          THE CLERK:  Perez.

24          REPRESENTATIVE PEREZ:  Yes.

25          THE CLERK:  Plakon.

HT_0000238

4/19/2022                Common Cause, et al. v. Cord Byrd            Audio Transcription

Page 158

1           REPRESENTATIVE PLAKON:  Yes.

2           THE CLERK:  Silvers has been excused.

3           Skidmore.

4           DEMOCRATIC RANKING MEMBER SKIDMORE:  No.

5           THE CLERK:  Trabulsy.

6           REPRESENTATIVE TRABULSY:  Yes.

7           THE CLERK:  Truenow.

8           REPRESENTATIVE TRUENOW:  Yes.

9           THE CLERK:  Tuck.

10          VICE CHAIR TUCK:  Yes.

11          THE CLERK:  Williamson.

12          REPRESENTATIVE WILLIAMSON:  Yes.

13          THE CLERK:  Ex Officio Driskell.

14          REPRESENTATIVE DRISKELL:  No.

15          THE CLERK:  Ex Officio Leek.

16          REPRESENTATIVE LEEK:  Yes.

17          THE CLERK:  15 yeas, 7 nays, Mr. Chair.

18          CHAIRMAN SIROIS:  Thank you, DJ.

19          Please show the bill reported favorably.

20          Members, I'd like to thank you for your

21     work today.  I'd like to thank the members of the

22     public that joined us as well.

23          Without objection, the meeting is

24     adjourned.

25          (END OF VIDEO RECORDING)

HT_0000239

4/19/2022                        Common Cause, et al. v. Cord Byrd                    Audio Transcription

Page 159

1                       CERTIFICATE OF TRANSCRIPTIONIST

2              I certify that the foregoing is a true and

3       accurate transcript of the digital recording

4       provided to me in this matter.

5              I do further certify that I am neither a

6       relative, nor employee, nor attorney of any of the

7       parties to this action, and that I am not

8       financially interested in the action.

9

10

11

12

13

14

15

16

17

18

19

20

21

22       _____

23                   Julie Thompson, CET-1036

24

25

HT_0000240

## A

abdicated 121:20
abdication 9:2
ability 11:14 51:9
  107:7 140:5
  143:25 153:12
able 35:4 80:4,8
  88:23 97:1
  143:3 149:22
  152:12
Abraham 116:11
abridging 51:6
  140:2 153:10
absence 24:11
absent 79:8
absolutely 143:5
  152:3
absurd 11:2
  148:12
abutting 43:12
accept 23:25
access 100:3,5
  107:20
accommodate
  37:5 39:15
accompany
  21:16
account 74:14
  146:23
accountable
  123:12 124:8
  124:14,22
  145:14
accurate 159:3
accused 155:12
achieve 22:4 33:3
  64:17
achieved 37:15
  43:14 45:17
achievement
  27:13
achieves 40:13
achieving 22:4
acquiesced
  103:21
Act 60:22 61:4,4
  61:15 64:23

65:2,8,9,10,11
  65:12,21,24
  66:1,2,5 67:4,5
  68:21 89:20
  94:18 102:7
  104:4 107:18
  110:21 118:9
  135:6 149:13
action 121:16
  159:7,8
actions 90:22
ad 153:18
Adam 17:4,15
add 146:5
addition 22:25
  52:3 55:18
additional 17:20
  25:4 28:2 33:25
  46:23 108:2
additionally 28:2
  47:10
address 6:22
  86:13,14
  121:11 124:6
  150:10
addressed 63:23
  128:22 146:4
adequate 52:23
adhered 25:16
adherence 33:21
adherent 84:9
adhering 138:7
adjourned
  158:24
adjusts 23:8
adopted 25:20
  26:21
adult 119:20
advance 149:2
advanced 100:21
advocate 125:6
aesthetic 80:17
affect 99:15
  108:19
aforementioned
  39:23
African 18:13

24:5 61:7 66:19
  66:21 68:4
  100:23 111:13
  113:22 114:24
  127:13 131:24
Africans 114:23
  116:2,10
afternoon 6:6
  98:10 100:19
  104:19 107:15
  108:11 117:18
  121:10 126:17
age 47:6 61:8,9
  72:17,19 73:23
  74:4 75:9,15
  89:18
agenda 6:1
ago 16:19 69:4
  86:5 113:25
  128:21 142:10
agree 145:8,18
  155:13
agreed 49:25
agreement 24:12
ahead 4:9 33:16
  129:12
ain't 106:7
al 1:2 117:21
Albert 149:8
Alex 15:2,3,14
  49:22,24 51:23
  53:25 55:16
  56:8,21 58:9
  59:9,21,23
  60:25 62:5,18
  62:23 66:12
  70:15,25 71:14
  73:6 75:3 76:25
  77:5,9 83:19
  84:20 86:7 88:4
alignment 90:4
aligns 20:14
  23:19,21
alike 7:6
alleging 96:13
allies 119:1
Allison 127:8

128:15 130:5,6
allow 6:3,5 32:12
  121:2 123:12
  123:19
allowed 33:25
  34:22 41:1 49:9
  78:19 95:10
  155:16
allowing 9:4
  105:5 142:24
allows 96:25
alter 147:9
alternatives
  76:11
ambition 142:16
  143:6
ambitions 147:10
amending 107:19
amendment 62:2
  81:1 90:8,9,12
  90:15,16 91:2,6
  91:8,9,10,12,14
  91:18,19,21,25
  92:15,17,21
  93:1,1,4,10,11
  94:7,11,14 95:6
  95:8 96:4,5,17
  96:20,25 97:5,6
  97:11 98:13
  99:23 102:7
  104:6 106:5,13
  106:17,22
  110:19,20
  114:21 123:15
  135:12 137:23
  146:1
Amendments
  127:25 136:17
  142:11 149:14
America 120:18
American 18:14
  24:6 61:7 66:20
  66:21 68:4
  100:24 102:10
  127:13 131:24
Americans
  111:13 113:22

147:11
ample 118:11
analysis 7:21
  61:11,12 62:2
  63:14 64:12
  70:4,20 71:3,4
  74:9,13 83:17
  84:18,22 85:6,8
  89:11,21
analyze 70:21
analyzed 137:22
ancestors 116:5
  116:11 123:1,7
angle 46:21
angled 40:22
answer 6:18 56:4
  56:14 59:11,24
  62:6,24 63:4
  66:7 75:4 95:4
answered 87:25
answers 118:16
anticipation 6:25
Antonio 34:18
anymore 80:6
Apalachee
  117:22
apologies 15:5
  100:14 116:15
  133:2
apologize 58:15
  90:8 95:20
  115:13
apology 15:14
Apopka 39:19
  79:16,17,17
  80:1
Apopka-Vinela...
  40:5 77:13
appearance 4:3
apple 48:25
  81:15
application 4:16
  77:19 78:14
  111:8
applications
  67:25
applied 65:17

4/19/2022                    Common Cause, et al. v. Cord Byrd                    Audio Transcription

Page 2

| | | | | |
|---|---|---|---|---|
| **applies** 65:12 | 30:17 | 39:4 | **ballot** 115:11 | **bell** 69:2 |
| **apply** 18:17 93:1 | **articulation** | **authoring** 19:19 | **barbell-shaped** | **Belle** 39:12 46:10 |
| **apposed** 155:2 | 25:21 | 28:21 | 76:8 | 52:18 54:7 |
| **appreciate** 48:19 | **ASALH** 127:12 | **authoritarian** | **barcode** 90:16 | 73:24 83:16 |
| 91:16 97:13 | 131:23 | 102:12 | **bare** 150:1 | 84:17,25 89:11 |
| **appreciated** 15:1 | **asked** 70:11 | **autonomous** | **Barney** 112:16 | 89:24 137:21 |
| **approach** 25:25 | 82:14 87:25 | 102:14 | 112:18,21,21 | **beneficial** 42:8 |
| 35:9 70:12 | 90:24 129:1 | **available** 5:14 | **based** 47:17,18 | **benefit** 139:6 |
| 74:16,22 97:17 | 142:20 152:10 | 21:23 48:8 | 47:24 56:15 | 141:6 |
| 98:4 | **asking** 74:20,24 | **aware** 6:11 59:10 | 60:1,2 64:14 | **benefited** 123:15 |
| **approaching** | 108:24,25 | 59:12 60:21 | 67:7 74:13 | **Benjamin** 2:11 |
| 71:23 | 109:1 118:6 | 74:11 90:3 | 81:12 110:18 | 2:12 13:1,2 |
| **appropriately** | 119:22 123:9 | 102:5 | 110:19,20 | 57:21 58:11,12 |
| 101:5 | 125:17 | **aye** 12:11 97:7 | 115:25 | 58:14,22,24 |
| **appropriates** | **asleep** 96:24 | **ayes** 97:8 | **basically** 72:13 | 59:16,17,18 |
| 47:11 | **aspects** 77:2 | | 74:9,16,21 91:2 | 60:15,17,18,20 |
| **appropriation** | **assembled** 65:21 | **B** | 114:17 | 61:17,21 62:15 |
| 154:7 | **asserted** 111:2 | **back** 4:8,14 | **basis** 22:3 24:10 | 63:6,7,13 69:19 |
| **approval** 4:25 | **assigned** 72:1 | 29:14 31:18 | 24:15 65:20 | 69:21,23 70:1,6 |
| **approved** 98:13 | **assigning** 75:21 | 40:16 42:4,25 | 95:7 96:22 | 92:18,20,22 |
| 103:15 | **assigns** 22:2 | 44:14 53:2 | 99:25 115:22 | 137:2,4 139:12 |
| **approximately** | **Association** | 57:22 64:11 | **bay** 23:9 33:12 | 156:24,25 |
| 38:5 46:6 | 127:12 131:23 | 65:18,19 74:7 | 33:13 34:2,3,20 | **Benjamin's** |
| **APRIL** 1:12 2:1 | **assume** 65:5 | 79:23 82:10 | 35:10,11,15 | 62:20 |
| **area** 23:9 36:4 | **assumed** 16:16 | 87:12 88:14 | 36:9 85:16 86:1 | **best** 7:11 23:5 |
| 37:14 41:13,25 | 65:1 | 93:20 101:7 | **Beach** 46:9,15 | 83:5,7 87:9 |
| 46:11 71:23 | **assure** 6:2 | 102:10 105:5 | 98:7 117:15 | 113:3 118:3 |
| 72:4 73:10 | **Atlantic** 98:6 | 114:16 119:25 | **beat** 85:11 | **better** 30:5 35:10 |
| 74:11 79:14 | **attack** 106:6 | 120:6 124:10 | **began** 4:14 21:2 | 82:8 145:25 |
| 80:1 81:19 | 124:3 127:17 | 126:15,18 | 34:22 | 148:16,17 |
| **arguing** 92:25 | **attacks** 7:8 | 133:15 134:6 | **beginning** 54:3 | **beyond** 22:14,15 |
| **argument** 53:16 | **attempting** 45:15 | 141:7,9,10,10 | **behalf** 17:5,14 | **bidding** 142:25 |
| 53:16 64:5 | 59:5,13 127:21 | 141:11 144:8 | 141:24 143:1 | **biggest** 142:12,13 |
| 83:21,22,23 | **Attempts** 85:1 | 144:17 149:11 | **behavior** 112:25 | **bill** 4:19,24 5:1 |
| **arguments** 59:2 | **attention** 102:8 | 149:19 153:2 | **believe** 8:24 27:4 | 5:25 6:1,9,21 |
| **Arlington** 32:11 | 110:2 | 156:4 | 64:21 76:15,16 | 7:16,22,25 8:7 |
| **arm** 80:2,6 | **attorney** 52:15 | **background** | 80:1 82:2,4,6 | 9:1 15:7,8,9 |
| 101:23 | 126:14 159:6 | 16:18 17:8 | 93:23,25 95:15 | 19:24 20:4 |
| **Arms** 48:8 | **Auburndale** 44:2 | **backs** 130:17 | 108:5,22 109:6 | 21:19 47:8,11 |
| **Army** 133:13 | **audible** 132:22 | **backup** 51:5 | 111:7 113:18 | 47:13,23 48:1 |
| **Article** 103:12 | 133:1 | **backwards** 28:25 | 121:22 124:21 | 48:10 90:20 |
| **articulate** 25:23 | **audience** 48:4 | 76:18 114:1 | 138:2,9,10,18 | 91:15 98:1,15 |
| 26:22 | 58:17 109:16 | 129:15 138:24 | 138:21,22 | 115:6,6 125:16 |
| **articulated** 24:1 | 145:7 | 150:9 | 143:17,18,19 | 126:20 130:8 |
| 24:17 57:12 | **auntie** 134:4 | **bag** 125:14,19 | **believed** 137:9 | 130:19 131:16 |
| 82:19 | **author** 28:22 | **balance** 46:24 | **believes** 117:24 | 133:5,7 134:18 |
| **articulating** | **authored** 17:6,16 | **balances** 110:12 | 140:8 | |

HT_0000242

4/19/2022                    Common Cause, et al. v. Cord Byrd                    Audio Transcription

134:20,22
135:23 136:3
140:16 142:22
143:16 144:3
145:5,15,17
146:2 148:3
158:19
**bills** 142:20,23
149:20
**binder** 7:23
**bit** 15:13,13
16:18 29:25
30:10 38:15
62:14 72:4
73:12,24 79:7
105:21,22
107:24
**bite** 141:8
**bites** 48:25
**black** 70:21
89:10 95:10,12
96:11 100:5
106:6 115:25
116:1,1,5 117:3
117:6,10
118:14 121:18
123:14 124:5
127:17,19,22
129:17 130:18
131:11 132:7
137:14 138:23
138:23 139:8,8
139:8 145:24
147:8 148:23
148:25
**black-led** 121:16
**blacks** 120:12
**blatant** 100:23
**blatantly** 104:10
124:4
**block** 20:6,6
57:11,11
**block-like** 86:22
**board** 17:1,4
123:2
**board-certified**
100:20

**boarded** 123:4
**bodes** 154:12
**bodies** 87:14,16
154:11
**body** 5:20 7:5
8:14 110:8,9,25
111:25 123:12
128:21 147:8
**bog** 92:10
**border** 40:7,9
42:22 43:2
79:15
**borders** 41:12
**born** 123:2,3
130:7
**Boston** 116:7
**bother** 87:16
**bothers** 133:17
133:17
**Boulevard** 37:1
**boundaries** 25:11
25:19 26:15
31:17,19 32:16
34:15 35:6,13
35:24 36:7,10
36:11 37:5
38:24 39:21,24
41:4,6,8,11,14
42:10 43:19,21
44:10,13 45:3
47:1,3 51:12
71:18,19 72:15
72:20 76:14,20
76:21 77:23
78:4,13,16,18
79:10,15 80:12
80:13,14
**boundary** 23:17
25:13 26:19
29:21 31:2,8,10
31:24,25 33:22
34:16 37:21
39:1,2,25 40:1
40:4,15 44:15
44:19,22,23,24
44:24 54:24
57:17 77:13

78:11 80:5,18
86:19
**bow** 109:8
**box** 115:11
**boxes** 18:21
**branch** 11:3
127:12 131:23
151:11
**branches** 8:25
102:14
**Brandon** 37:14
**break** 79:16,19
**breakdown** 86:9
117:2
**Breaking** 33:18
**bridges** 32:11
**brief** 15:22 87:7
131:1
**briefing** 5:8,11
5:13
**briefly** 40:6
93:19
**bring** 69:8 88:17
90:2 111:15
148:5 151:20
**bringing** 23:5
38:19 110:10
**broke** 136:7
**broken** 147:23
**Brooks** 136:23
**brother** 134:4
**brought** 17:1,4
42:2 106:13
155:18
**Broward** 33:7,10
33:14,14 42:3
**Brown** 2:13,14
13:3,4 74:7
75:25 76:1,3
80:20 81:4,7
83:9 141:12,14
157:1,2
**budgetary**
101:22
**build** 112:23
**builds** 28:23
**built** 35:19 36:8

110:13 130:17
**bully** 142:25
**bunch** 50:18
**Bureau** 77:20
**Burney-Clark**
133:4
**bus** 123:3,4
**Busch** 37:1
**business** 58:20
**butchering**
115:14 116:16
**Byrd** 1:6

**C**
**call** 2:4 12:23
97:16,18
105:18 116:19
156:21
**called** 109:4
116:13 156:10
**calling** 5:4 6:24
**campaign** 106:20
**cancel** 135:9
**candidate** 24:7
88:24 89:13
98:20
**Cape** 27:17 35:5
**capital** 81:1
**capitulate** 115:5
**Cardona** 104:16
105:17,24
106:1 108:10
109:15 112:11
112:13
**cards** 119:7
147:14,15
**care** 27:20 141:9
147:21
**careful** 22:12
**carefully** 73:21
113:20
**Carolynn** 134:23
135:1,2
**carrot** 146:11
**Carswell** 131:19
132:18,19,22
**carve** 68:6

**case** 36:18 37:19
39:17 51:20
65:13 93:2
102:8 129:2,11
138:10
**cases** 27:21 83:2
130:10 146:9,9
**cast** 106:25
**caucus** 150:25
**cause** 1:2 149:17
**causes** 78:24
**caution** 109:12
**CD** 56:15,15 58:4
58:5 71:8 74:24
76:16 83:15,16
86:1 87:21 90:1
96:8 117:21
136:2
**Cecile** 126:4
127:7 128:11
128:14,18,18
129:20,24
**ceded** 8:15,18
**celebrating**
145:14
**census** 77:20
99:2 108:1
118:5 121:25
131:13
**census-designa...**
25:11
**centered** 30:17
79:25 82:22
**Central** 23:18
24:22,25 25:1,3
38:8
**certain** 87:15
151:24,24
**certainly** 28:11
77:8 100:2
111:5,5
**CERTIFICATE**
159:1
**certify** 159:2,5
**CET-1036**
159:23
**cetera** 130:10

Page 4

**Chair** 2:5,7,8
3:23 5:8 8:9,11
9:20 10:6,17
11:6,9,13 12:16
12:24 14:13,21
15:2,16,25 20:4
20:17 28:16
29:3,10 46:12
47:7 48:3,11
49:8,22 50:11
50:17 52:20
54:1,3 55:8,16
56:3,8,13,21
57:25 58:7,9,13
58:25 59:9,16
59:21 60:15,25
61:22 62:5 63:7
70:2,9,15,25
71:7,14 73:1,6
75:3 76:4 81:2
81:8,24 83:3,13
83:19 84:13,20
85:19 86:7,8
87:9,19 88:4
89:4 90:19
91:23 92:23
93:18 94:13
97:2 121:1,10
130:5 135:21
135:25 137:5
139:16,21
141:15 145:23
149:6 150:20
151:21 152:3,9
156:18,22
158:10,17
**Chairman** 2:2,6
3:24 10:13,21
11:11,21 12:15
12:20,25 14:22
15:11 48:1,2
49:11,23 50:9
51:21 52:21
53:2,5,8,24
55:4,14,25 56:7
56:11,20 57:19
58:8,11,14 59:8

59:17,22 60:16
60:18,24 61:17
62:4,16,19 63:1
63:5,10,17 69:7
69:18,22,25
70:5,14,18,24
71:5,13 72:24
73:5 74:5 75:2
75:24 76:2,24
77:4,8 80:20
81:22,24 83:8
83:18 84:11,19
85:12,17 86:6
87:5,23 88:10
89:2 90:7,14
91:7 92:18,21
93:12,16 94:9
95:19,22,25
96:3 97:3 99:6
99:10 100:9,12
100:14 101:11
101:15,17,19
102:23 104:14
105:16 107:9
108:8 109:11
109:14 111:14
111:18,21
112:3,6,10
113:6,10 114:4
114:14,19
115:12 116:15
117:12 119:3
119:12,14
120:22 121:4,7
122:12,14,17
122:20 123:21
124:23 125:21
126:7 127:1,3,4
127:5 128:6,8
128:11 129:19
129:22,25
130:20 131:17
132:9,13,17,23
133:2,22 134:8
134:10,14
135:1,18,22
139:11 141:12

143:11,14
145:20 148:1,5
149:3 152:6
153:19,22
154:16,19
156:16,20,23
158:18
**Chairs** 29:11
**challenge** 47:15
47:20 63:15
112:22 135:15
149:1
**challenged** 5:20
91:5 135:15
136:6 137:20
137:21
**challenges** 47:18
47:24 154:5
**challenging**
90:22 95:2
**chambers** 24:17
142:25 143:8
**chance** 35:10
43:3 106:24
145:25
**change** 20:22
30:5 31:24,25
56:16 72:20
129:12,14
137:16
**changed** 17:17
29:25 30:6
**changes** 17:17
21:4 23:14
24:21,25 25:3
26:11 27:12
29:18 30:4,11
32:19,25 34:21
38:7 42:1,6
47:8,17 51:13
55:12 70:3
71:17 72:8
80:10,14
**Charletta** 136:21
**Charlotte** 46:1
**charter** 123:3,4
**chatter** 6:23

**cheap** 101:8
**check** 18:21
**checking** 139:13
**checks** 110:12
**Cheryl** 122:21
123:22,25,25
**chief** 15:4
**child** 60:8
**choice** 24:7 51:10
54:11 55:1
88:24 89:14
94:4 104:3
111:25 112:8
118:15 123:19
128:5 129:8
140:6 153:13
**choose** 11:6
147:12
**chose** 8:23
**chosen** 9:6
**Christopher**
112:12,14
**circling** 29:20
**circuit** 47:21
**circular** 27:10
40:22 42:4,5
79:5
**circumstances**
11:17
**circumvent** 92:2
**cite** 130:9
**cities** 27:14,15,22
27:23,23 28:6
39:7,23 46:10
46:10 72:7
153:18
**citing** 5:2
**citizen** 98:3
103:23 129:16
**citizens** 5:21
80:25 99:19
104:6 108:21
124:15
**citizenship**
106:12
**Citrus** 23:10 26:6
30:8,20 32:20

34:5,6,7 40:18
55:21 80:8
**city** 7:20 25:17
27:18,22 28:3
28:19 31:4,7,9
34:18 35:6 38:3
41:14 43:25
44:1,4,10 45:3
45:6,10 54:13
54:15,17 56:5,5
56:16 79:15,16
79:17 128:12
128:14
**civic** 121:17
**Civil** 119:18
**civility** 7:3 48:13
109:17
**claim** 66:9,10
96:22
**claims** 47:21,22
94:20,20
**clarification**
50:10
**clarify** 101:24
**Clark** 127:8
128:15 130:1,5
130:6
**class** 118:24
**clause** 22:1 64:9
67:20 84:25
85:3 94:21
99:22
**Clay** 84:6
**Clay-Putnam**
31:21
**clean** 87:2
**cleanup** 140:20
**clear** 7:2 25:21
29:21 36:7,10
37:17,21,25
40:10,10 41:11
52:9 54:24
57:15 64:13
72:15 75:7 78:7
80:12,18 83:1
86:19 101:24
108:1 130:14

148:19 150:24
**clearly** 30:16
  37:17 40:14
  45:14 54:20,21
  68:14,15 81:20
  124:4 135:7
  139:25
**CLERK** 2:5,7,9
  2:11,13,15,17
  2:19,21,23 3:1
  3:3,6,8,10,12
  3:15,17,19,21
  3:23 12:24 13:1
  13:3,5,7,9,11
  13:13,16,18,20
  13:22,24 14:2,4
  14:8,10,12,14
  14:16,18,20
  156:22,24
  157:1,3,5,7,9
  157:11,13,15
  157:17,19,21
  157:23,25
  158:2,5,7,9,11
  158:13,15,17
**clock** 48:15
  149:11
**close** 44:8 73:23
  94:11,25 96:1,3
  98:1 139:15
  151:6 156:17
  156:19
**closed** 97:5
**closely** 6:6 23:19
  25:16 38:13
  46:17 94:20
  131:11
**closer** 15:13 47:1
  106:14 150:16
  150:19
**closing** 102:17
**Coast** 25:3
**coastal** 73:17
**cobble** 68:9,11
**cobbled** 68:14
**codify** 137:24
**cohesion** 75:1

**cohesively** 74:10
**Coleman** 134:16
  134:18
**Coleton** 113:8
  114:5,14,15,20
**collaborated**
  17:15
**collaboration**
  20:1
**collaborative**
  20:24
**collateral** 30:3
**colleagues** 81:15
  143:7,7 148:20
  149:23 155:5
  155:10
**collective** 142:18
**Collier** 46:19
  71:9 72:4,5,22
  73:17
**Colman** 133:9
**color** 99:25 100:6
  131:12
**combat** 133:13
**combination**
  25:2 40:16,25
**combine** 83:4
**combined** 31:12
  31:15
**come** 2:3 40:13
  50:7 53:2 57:22
  74:7 87:20
  103:2 105:12
  111:2 112:18
  120:5 126:2,14
  130:25 131:8
  133:8,15,20
  134:6 136:11
  141:7,9,10,10
  141:11 143:2
  144:8 147:16
  149:25 153:15
  154:5
**comes** 78:1 79:13
  88:19
**coming** 30:16
  35:20 80:23

112:14 119:2
**comment** 16:12
  118:11
**commentary**
  50:12
**comments** 8:11
  20:22 22:12
  54:12 81:3
  111:22 133:23
  153:20
**committee** 4:16
  4:19 5:13 6:7
  7:5 10:24 11:16
  11:25 12:2,5,7
  15:1 16:20
  20:13 24:20
  48:13 50:19,23
  58:19,20 98:10
  101:19 109:18
  115:16,16
  133:18 135:2
  141:17 144:17
  152:11,21
  153:1
**Committee's**
  115:6
**committees**
  87:14
**Common** 1:2
**communities**
  35:3 68:10
  100:24 117:4
  121:18
**community**
  54:21 61:5,6
  68:4,12 106:18
  106:25
**compact** 18:13
  18:24 27:3,10
  33:20 35:11
  36:14 38:25
  40:19 42:4
  53:12,20 54:6,7
  54:8,10 55:1
  66:15,15 68:4
  78:18,20 87:2
  111:4

**compactly** 39:7
  40:17 84:9
**compactness**
  7:21 23:15
  26:24 27:3
  28:19 29:18
  31:13,15 35:23
  42:16 43:5,8
  53:15,20 54:3
  57:14 80:17
**compacts** 22:22
**compare** 16:8
  17:19 31:13
**compared** 31:14
  81:13
**comparing** 26:25
  27:16
**compelling** 22:5
  24:11,15 58:4,6
  60:3,23 61:24
  62:1,8 64:15,17
  64:20 65:2 67:6
  67:11,17 68:20
  138:7 139:4
  146:14,16
**Compensation**
  147:24
**competition** 29:3
**complaining**
  106:23
**complete** 5:21
  8:21 57:6 71:25
  73:14 102:15
  102:16 118:7
**compliance**
  25:15,22 26:1
  26:22 28:12
  60:21 64:6 65:1
  65:7 67:10
  68:23 81:20
  82:5 103:25
**compliant** 28:18
  76:11,22
  137:10 138:15
**complicated**
  94:24
**complicity**

102:16
**complied** 64:1
**comply** 18:15,17
  64:22
**complying** 18:22
  64:7
**components** 65:8
**composed** 46:3
**composition**
  30:25 82:2,3,6
  82:25
**compromise**
  15:21 19:20,25
  20:7 21:17 23:2
  23:12 28:22
  29:7 46:11
  49:16,19,21
  138:14,16
**compromised**
  19:2
**concede** 75:5
  94:22
**concentration**
  50:22
**concept** 25:23
  38:13 93:22
**concepts** 20:5,8
  20:10 23:6 38:9
  50:4,5
**concern** 25:17
  57:5 82:22
**concerned** 94:6
  110:4
**concerning** 19:17
**concerns** 5:3,6
  55:3 75:17
  154:4,8,15
**condition** 89:22
**conduct** 58:21
**confident** 75:9,14
**configuration**
  21:8 32:11 34:6
  37:4 45:17 76:9
  76:22 79:23,24
**configurations**
  10:11 85:2
**configured** 63:22

4/19/2022                    Common Cause, et al. v. Cord Byrd                    Audio Transcription

64:1
confirm 19:13,14
conflict 94:17
Congress 111:13
  126:23 127:20
  137:14 146:1
congressional
  1:11 2:2 4:22
  5:6,18,23 6:10
  7:25 9:23 10:3
  15:19 21:18,24
  23:8,25 31:5
  34:4 38:13
  47:13,15 54:14
  61:15 84:8 88:3
  88:5,6,9,12
  89:16,17 90:22
  91:4 95:3 98:15
  98:19,21
  103:11 104:2
  108:2 109:22
  111:12 115:19
  115:24 117:1,4
  123:10 126:9
  126:23 127:14
  127:19 131:25
  133:12 137:12
  140:10,12
  141:21 150:12
  156:1,5
Congressperson
  156:4
connect 149:22
  150:2
connecting 66:19
connection 44:25
conscience
  107:23
consciousness
  149:8,12 150:8
consensus 150:21
consequences
  30:4
Conservation
  117:20,23
consider 7:12
  18:3 54:16 84:4

104:21 108:4
113:20 137:7
152:4
consideration 6:1
  7:24 56:24
  82:20 110:11
  116:14 147:18
considerations
  33:25 45:20
considered 19:18
  20:15 27:5
  45:16 60:22
  79:24 102:3
  112:5
considering 7:1
  19:23 33:19
  118:12
consistent 22:19
  57:16 150:24
consists 10:2
constantly 87:11
constituent 54:21
  98:19 143:5
constituents
  102:21 105:8
  108:7 149:21
constitutes 66:16
  146:14
Constitution 5:3
  18:16,16,17,23
  18:23 22:2
  24:14 52:11,12
  52:13 59:6,6
  64:2,6,8,10
  67:11,21,23
  68:24 83:24
  84:10 85:1,4
  96:20 103:13
  107:19 110:13
  110:19 136:16
  138:12,12,25
  140:1,7
Constitution's
  24:4 68:1
constitutional
  5:22 23:1 59:2
  63:15 81:21

82:22 93:24
116:6 142:3,7
143:18 150:22
155:16
constitutionality
  63:21
constitutionally
  137:10 138:15
Constitutions
  102:20 118:10
constructed
  111:9
consultant 19:15
consultation
  19:25
consulted 19:7
contain 24:5
contained 27:24
containing 69:5
contains 6:9 7:19
content 15:9
  141:19
contested 137:18
context 16:16
  17:7 30:24 42:9
  64:20 65:12
  67:13 69:17
  71:16 86:15
  147:2,3,3
contiguous 52:4
continually
  142:19
continue 9:7
  41:10 80:21
  81:5 99:10
  108:17 116:4
  139:1 147:20
continued 37:7
contract 16:25
  16:25 17:3 19:8
  19:8,11
contributed 80:7
contributes 43:7
contributing
  19:4
contribution
  17:16

contributions
  15:20 16:6
  17:25
control 77:7
controls 94:21
conversation 9:7
copies 9:21
Coral 27:17 35:5
Cord 1:6
correct 7:10
  74:21 84:14,18
cost 132:7
counsel 16:24,25
  19:8,9,12 21:15
  22:11 59:11,15
  61:2 62:13,17
  62:24 84:23
  96:21 138:6
countenance
  64:19
counter 138:18
counteroffer
  138:17
counties 21:11
  23:11,12 25:4
  26:6,9 30:8
  32:19,21 33:7,9
  33:11,13,15,22
  34:24 38:5
  42:13 46:2
  55:12,18,19
  57:13,14 65:25
  66:22 84:7
  105:9 124:20
  124:20 155:21
country 108:23
  108:24 118:21
county 7:20
  23:15 25:16
  26:5,8,11,13
  28:7,8,13,19
  30:7,11,16,18
  30:19,21 31:23
  33:18,24,25
  34:5,6,7,13,14
  34:21,22 35:2,4
  35:15,16,20,25

36:19,22,24
37:8,9,24,24
38:1,6,18,20,21
39:1,2,24 40:17
40:18,24 41:2
41:13,19,21,23
42:7,12,19,20
43:13,14,15
44:16,17,23,25
45:4,13,18 46:5
46:9,15,19,22
47:16 55:17,20
55:23,24 56:17
60:12 65:13
71:9,19,20 72:1
72:2,2,5,10,11
72:21 73:9,17
75:21,23 76:9
77:24 78:9 79:2
79:14 80:8,13
84:5,6,6,6 86:3
86:18,19,20,23
109:24 130:7
150:4 155:18
155:19,20,20
County-Orange
  77:24
County-Osceola
  43:2
couple 30:24
  42:14 44:1,3
  45:21 48:25,25
  55:20 75:13
  89:7 112:25
  150:10
courage 115:4
  145:9,9,10,11
  145:11,12,15
course 20:5 34:8
  42:6 45:8 50:3
  52:6 56:22 57:3
court 4:22,23
  18:18 47:15,19
  47:19,20,21
  58:5,10 59:4,5
  59:12,13,19
  60:11 63:8,22

63:25 64:12,19
65:1,4 69:1,3
69:12 90:23
91:5 92:14 93:4
93:7,8 96:18
102:8 113:18
130:10 138:21
146:4,13
151:15
**court's** 52:11
129:10
**courthouse** 12:3
**courts** 9:4 47:14
47:24 60:22
67:15 92:3
94:15,23 95:3
96:23 98:17,17
137:20 146:5,7
154:5
**cousin** 134:4
**cover** 29:9
**covered** 29:10,11
**cowardice** 115:4
**create** 20:23
23:12 45:15
73:4 80:4
103:11
**created** 102:13
103:15,22
149:8,12
**creates** 22:18
33:15,17 40:19
42:25,25 43:3
90:21 104:8
**creating** 45:18,25
70:21
**credit** 77:15,17
78:15
**Cristian** 104:16
105:17,24,25
**criteria** 23:4 60:1
67:2,14 81:21
88:16,17 90:2
96:10,13
**critical** 121:25
**cross** 32:3,6,7
87:16

**crossing** 32:8,9
71:11
**crucial** 122:3
**crumb** 107:4
**crux** 20:21 70:3
83:21,22
**curiosity** 49:10
**curious** 101:21
**current** 84:15,16
115:23 117:5
151:13
**currently** 17:10
83:15 122:8
124:16
**curvy** 37:10
**cut** 120:9
**cuts** 113:21
**cycle** 5:7

**D**

**D.C** 1:24
**Dade** 34:18
**Daisy** 13:25
**dark** 116:4
125:15
**darndest** 148:9
**data** 7:17,21 9:17
18:4,5,9,10
86:12 87:3
130:9
**David** 117:14,14
119:4,11,13,15
119:15
**Davis** 105:17
107:10,14,15
**day** 5:2,4 106:21
106:22 128:20
155:8
**days** 45:11
**Daytona** 117:15
**dead** 85:11
**deaf** 105:7
**dealing** 111:11
146:8
**dealt** 115:10
**debate** 6:5,20
81:2 91:18,21

92:19 93:10,13
93:17 94:9
97:25 119:7
136:25 137:1
141:13 143:12
145:21 149:4
**debated** 76:12
**debates** 149:15
**debuted** 4:15
**decade** 7:13
85:25 86:5
122:7
**decades** 75:13
**decided** 138:13
148:19
**deciding** 47:24
**decision** 33:6,8,9
33:10 53:10
59:5 113:4
123:13 141:20
146:21 152:15
**decisions** 45:23
45:23 104:7
**deck** 97:19 98:6
100:16 105:21
**decline** 11:6
**decorum** 6:23
7:4 48:13 58:18
101:17 109:17
**decreases** 146:24
**decreasing**
148:25
**deep** 149:16
**defend** 136:17
**defended** 123:8,8
**defer** 59:10,14
88:7
**deferred** 57:10
**defers** 24:19
**define** 62:8,11
70:11,12
**defined** 34:16
36:10 39:22
41:5,14 78:13
**defining** 79:10
87:19
**definite** 110:12

**definitely** 16:13
81:9
**definitively** 65:6
**degree** 100:22
**deliberate** 32:10
**democracy**
100:11 106:7
118:19 124:2
127:18 132:7
**Democrat** 144:20
145:4 148:22
**democratic** 2:10
10:16 11:7,12
14:7 55:7 56:2
56:10,12 57:24
91:22 99:17
104:10 136:7
136:18 139:20
140:23 141:2
155:5,10 158:4
**Democrats** 85:25
109:3 147:21
150:11,23
**demonstrate**
60:3 130:10
**demonstrates**
82:5 104:10
**deny** 116:5
**denying** 51:6
140:2 153:10
**Deon** 117:8
**Department**
47:11 135:5
**departure** 103:24
**deputy** 15:4
117:19
**DeSantis** 107:6
117:9 127:24
132:3,16 136:7
**DeSantis'** 107:17
127:16
**descendant**
114:24
**descendants**
116:2
**describe** 20:14
**described** 71:24

111:4
**description** 8:4
131:3
**deserve** 100:11
104:6 113:3
**designed** 124:4
**desperate** 108:14
**despite** 38:4
**destruction**
129:18
**detail** 64:5 83:22
**detailed** 21:12,15
29:6
**details** 34:10
**determine** 65:22
67:15
**determined**
18:25 65:24
85:24
**determining**
61:23 93:8
**developed** 76:12
**developing**
110:10
**devices** 4:1
**devil** 116:3
**devised** 140:2,17
**dictator** 109:8
**difference** 26:17
32:5 79:6,7
89:15 124:22
128:20 134:3,5
154:11
**differences** 27:15
**different** 10:22
16:2 28:7,11
33:20 38:19
41:7 45:8,17
56:23 74:12
75:21 106:3
107:5 117:4
124:20
**differently** 19:14
**difficult** 149:1
**digest** 55:11
**digital** 1:23 159:3
**diluting** 154:3

4/19/2022                Common Cause, et al. v. Cord Byrd                Audio Transcription

diminish 51:9
  52:19 107:6
  118:14 123:14
  140:5 153:12
diminishes
  146:24
diminishing
  131:15
diminishment
  52:6 64:8 68:24
  84:1
dimmish 131:11
direct 94:17
  106:6,17
  127:17
directed 17:22
directions 154:1
directly 62:7
  96:17 117:25
director 16:19
  117:19 121:15
disabled 108:22
disagree 24:9
  82:1 113:18
  145:8,19
  146:17 149:17
disagreement
  24:16
disappointed
  148:18,24
disclaimer 28:14
discontinues 40:6
discover 77:12
discriminate
  99:24 115:22
discrimination
  146:25
discuss 15:20
discussed 45:23
  46:12,13
discussing
  137:15
discussion 52:8
  144:17
discussions 19:15
  101:22 138:18
disenfranchise

142:23
disenfranchise...
  100:23
disfavor 17:22
disfavoring 18:1
  52:1
disgraceful 147:7
disheartening
  126:12
disillusionment
  111:11
disingenuous
  154:20
dismantlement
  111:11
disparate 68:9
distinction 23:21
distinguishable
  37:18
distributed 21:14
  21:22
district 18:14,24
  21:18,24 22:8
  23:25 24:3,5,13
  24:14,23 27:3,5
  29:14 30:15,18
  30:22 31:6,17
  32:3,6,13,14,15
  34:5,8,8,10,11
  34:12,12,12,14
  34:17,19,23,23
  35:1,4,5,18,20
  36:3,8,10,13,19
  37:6,23 38:3,14
  38:14,16,19
  39:4,12,13,17
  39:18,19,20,25
  40:8,10,16,18
  40:20,21,25
  41:9,16,17,20
  42:2,3,10,11,14
  42:17,21 43:10
  43:13,25 44:3,8
  44:14 45:12,13
  45:16,19,19,25
  46:3,4,20,24,25
  47:1,5 52:10,17

52:19 53:10,11
  54:15,22,23
  56:19 60:8,9,9
  60:11,14 61:6,8
  61:10,13,16
  62:10,11 63:21
  63:25 64:16,21
  65:3 66:6,16,17
  66:18,23,24
  67:3,7,12,16
  68:5,6,11,13,16
  68:17,22 70:17
  71:15,16,18,21
  71:24,25 72:2,5
  72:9,10,11,12
  72:18,21,23
  73:4,8,15 74:17
  74:23,23 75:6
  75:12,21 76:7
  77:2,13,21,23
  77:25 78:1,16
  78:18,22,23,25
  79:12,12,21,22
  79:25 80:2,3,7
  80:9,11,12,14
  81:19 83:16,23
  83:24,25 84:1,8
  84:17,22,24
  85:2,6 86:11
  88:3,6,6,9,12
  88:21 89:8,10
  89:12,16,17,24
  89:24 98:20,22
  102:14 107:18
  109:22 117:2,6
  117:21 119:16
  122:25 124:17
  124:18 126:9
  126:24 127:14
  130:7 131:25
  133:12,14
  134:2 137:23
  140:9,11,12,14
  142:11 149:13
  150:5 156:1,5
districting 67:2
  67:14

districts 5:7 6:11
  6:13,16 7:25
  8:3 9:21,21,23
  10:1,3,4,7,9
  16:2,6,15,17
  17:17,24,24
  18:2,7 20:6,22
  21:9 22:17,18
  22:19,21,23
  23:9 24:9,22
  25:5,6,20 26:12
  27:9,25 28:11
  29:20,24 30:23
  31:1,13,14,19
  31:25 32:1,20
  33:20 35:11,24
  36:17,18 37:11
  37:15,19,21
  38:2,19,21 39:8
  39:21 40:5,11
  40:14 41:2,3,12
  42:9 43:10,15
  43:20,23 44:7
  46:14 50:3 51:3
  51:5,10,14,25
  52:3 54:5,10,13
  56:18 60:8 61:5
  64:14 69:6 71:2
  78:19 80:15,16
  81:11 82:22
  84:8 86:15
  90:23 99:16,17
  99:18,20 100:4
  100:5 102:6
  104:4,5,9,10
  106:5 110:19
  111:5,12
  115:19,20
  117:5 123:15
  123:16 127:25
  128:1 132:11
  136:17 140:13
  154:13
districts' 38:23
dive 8:10
diverse 121:25
divide 37:11

54:15,17
divider 36:2 38:1
dividers 37:18
divides 31:7
dividing 54:19
division 54:16
DJ 2:4 3:24 7:22
  12:22 14:22
  156:21 158:18
doctor 100:21
doing 30:10
  31:11 36:6 60:4
  96:16,24 101:3
  105:3 115:7
  118:18 131:9
  132:4 139:1
  144:10 149:9
  151:9
Dora 41:15
downloading
  21:3
Dr 100:20 109:21
  130:6 134:23
  135:1,2
dramatic 103:22
draw 9:5 17:24
  18:13 35:10
  51:25 64:13
  73:16 86:16,17
  88:6,9 121:21
  123:10 132:10
  132:11
drawer 16:15,17
  16:25 17:3,8,13
  19:9 22:10
  33:19 34:2 62:9
drawing 4:16
  6:16 8:16 17:10
  18:2,23 19:2
  20:16 22:13
  25:8 33:20
  37:23 54:24
  67:7 70:12,17
  71:2,11 101:1
  107:21 123:16
  128:1
drawn 17:6,14

HT_0000248

18:7 24:10,23
33:5 51:3,5
52:3,10,17,19
58:5 60:1 66:7
66:19 68:22
69:5 79:7 84:24
115:20 118:7
127:23 132:2
**drew** 17:13 49:15
51:18 60:11
62:11 71:17,20
71:22 74:1
86:15,18
**drilled** 50:20
**Driskell** 3:19,20
12:18,19 14:16
14:17 83:10,12
84:11,12 85:10
85:15,18 93:15
93:16,18 149:3
149:5 158:13
158:14
**driven** 82:15
**driving** 60:7
**drop** 75:16
**due** 45:24 130:12
**duties** 100:25
155:16
**duty** 142:3,7,7
**Duval** 84:5

**E**
**earlier** 8:11 31:2
44:5 45:5,9
46:12 59:1
70:10 71:24
72:16 82:11,14
83:3,22 84:24
151:1
**early** 18:9,11
152:22
**earn** 5:19
**ears** 105:7
**easily** 27:11
**east** 32:21 35:18
37:20 41:6
46:22 47:2

72:12,13 78:6
86:22
**Easter** 136:9
140:24
**eastern** 38:17
41:20 43:12
71:18 78:8,11
79:1
**eastward** 36:8
**Ebony** 123:22
124:25 125:5,6
**echo** 8:11 93:20
110:16
**Edgewood** 39:11
**education** 147:3
**effect** 19:18
23:15 33:15,16
33:16,24 43:13
43:16,17 73:13
79:11,22 80:6
85:22 146:24
146:25
**effectively** 26:7
**effects** 43:6
**effort** 20:23
26:17 28:7
148:13
**efforts** 27:1
45:25
**Einstein** 149:9
**either** 39:8,16,23
43:23 50:1,7
64:22 115:3
**elaborate** 8:24
62:13
**elect** 24:7 51:9
89:13 104:2
118:15 123:18
128:5 140:5
153:13
**elected** 5:20
142:1 144:2,11
**election** 5:7
141:6 156:3
**election's** 142:22
**elections** 7:12
149:2

**electorates** 74:18
**electronic** 4:1
**eliminates** 21:17
43:5 96:18
115:24 146:24
**eliminating**
104:3
**elimination**
106:4
**elude** 89:19
**emotions** 7:6
**emphasis** 37:14
**emphasize** 124:2
**employee** 159:6
**employment**
147:3
**empowers**
147:19
**enacted** 21:25
**encouraged**
25:12
**enforce** 129:13
**engage** 7:7
**engaged** 19:19
**engagement** 17:2
19:6 121:17
**enshrined** 139:2
**enslaved** 116:2,9
**ensuing** 118:5
**ensure** 8:3 36:9
89:12 107:20
123:17 128:2
138:24 139:5
142:8
**ensured** 138:25
**enter** 93:6,6
**entertain** 49:3
**entire** 8:4 28:13
33:5 54:14
65:23 102:1
**entirely** 34:15,17
34:18 35:6
41:15,17 43:25
44:3 56:23
**entirety** 20:7
46:5 72:11
79:21

**entrusted** 142:8
152:19
**environment**
117:24
**equal** 22:1 27:13
30:5 32:4 34:25
36:2 38:15 40:3
41:18,21 46:4
51:7 56:9,10
64:9 67:20
73:13 75:19
78:17 84:25
85:3 98:16
99:21 115:21
121:15 128:3
140:3 153:10
**equalize** 46:4
47:4
**equalized** 46:18
**equally** 31:7
**equals** 45:6
**equity** 121:22
**equivalent** 26:25
**Era** 95:9
**especially** 120:12
126:14 139:6
**espoused** 95:8
**essence** 93:9
**essentially** 18:20
21:10 24:16
32:25 33:18
36:22 37:16
38:22 40:20
42:19 43:11
70:16 77:14
86:22,24
**establish** 130:15
**established** 5:6
**establishing** 7:25
**et** 1:2 130:10
**ethnicities** 100:7
**ethnicity** 115:22
**Eustis** 41:15
**evening** 109:20
115:16 122:24
127:10
**eventually** 38:2

86:25
**Everglades** 71:9
**everybody** 49:2
**everybody's**
125:11
**evidence** 1:23
24:18 65:22
**evidentiary**
65:20
**Ex** 3:19,21 14:16
14:18 158:13
158:15
**exact** 9:21 21:8
85:22,23
**exactly** 29:4 30:9
31:19,23 50:3
57:11 83:20
153:6
**example** 23:9
26:10 28:5 30:7
34:4 40:4 42:2
68:3 87:21
144:22
**exception** 38:10
38:11,12 144:6
**exchange** 28:12
55:22
**excited** 152:11,20
**exclusively** 72:9
72:22 78:17
80:13
**excuse** 47:17
93:11 110:21
135:22
**excused** 3:12
14:5 158:2
**execute** 151:11
**executive** 15:3,18
19:7 123:13
151:10
**executively** 9:13
**exist** 147:6
**existing** 51:11
**exists** 83:15
146:16
**exits** 41:23
**expand** 121:22

4/19/2022                  Common Cause, et al. v. Cord Byrd                  Audio Transcription

expect 7:4 9:10
    104:7
expectation
    48:12
expenses 47:12
experience
    106:10 123:6
experiences
    122:1,2
expired 111:15
    111:19 122:14
    124:23 127:3
    128:8 132:14
    134:11,14
explain 6:9,18
    10:7 49:19 76:9
    87:21 88:24
explained 8:3
    69:1 91:8
explains 22:7
    39:13
explanation 29:6
    47:8 77:3
explicit 47:23
Expressway
    32:12
extend 35:2 47:1
extended 42:21
extending 44:16
    46:20
extends 39:13
extensions 43:22
extent 47:21 61:3
extraordinary
    11:1,23
eyeball 29:19

**F**
Fabricio 2:15,16
    13:5,6 157:3,4
face 8:17 85:6
    95:14 110:8
    111:24 146:22
faces 125:11
facets 30:2
fact 8:19 20:17
    51:2 66:17

79:23 114:20
124:6 129:3
131:2 137:19
140:6,18
144:19
factored 42:9
factoring 70:16
facts 131:1
factually 146:21
failing 60:3
fails 14:23 97:11
fair 11:17 59:7
    60:7 99:20
    102:6 104:5
    106:5 107:18
    110:19 118:3
    118:17 123:15
    127:25 128:4
    132:11 134:9
    136:8,17
    137:23 142:10
    149:13
fairly 75:8,14
fairness 104:7
fall 7:9
falling 105:7
false 8:17 111:24
family 106:12,18
    126:15
far 10:24,24
    73:18 109:23
farce 102:1
fashion 86:23
    111:10
fast 134:1
faster 105:22
Fathers 102:13
favor 12:9 17:22
    97:6 99:4,17
    123:17 128:1
    140:18 147:16
    148:20 150:12
favorably 158:19
favoring 17:25
    52:1
FCV 118:25
fear 115:25,25

118:18
fears 150:1
feasible 51:11
feat 7:14
Feather 36:4
federal 22:25
    47:19,22,23,24
    52:13 59:6,14
    63:20,24 64:2
    67:15 83:24
    90:22 91:4,5
    92:3,14,25 93:2
    93:4,5,7,8,9
    94:15,15,19,20
    94:22,23 95:3
    96:23 98:15,17
    99:1 103:25
    108:20 115:20
    118:9 122:2
    138:6 146:3,4,7
feedback 25:9
    151:7
feel 8:12 11:1,16
    29:22 126:18
    139:25 142:24
    152:14
felt 106:19
FEMALE 11:9
    11:20 13:25
Fetterhoff 2:17
    2:18 13:7,8
    157:5,6
fewer 55:19
fifteen 14:20
fight 106:2 107:3
    107:5 126:17
    133:15 143:1,4
fighters 109:5,5
fighting 123:6
    148:22
filed 15:7 47:15
    47:18
fill 4:3 48:7 59:11
filling 42:15
final 52:22 53:1
    81:3 82:8,25
finally 47:22

106:24 116:8
136:23
financially 159:8
find 8:16 11:2
    77:10,21
    114:16 141:24
    152:11
finding 46:6
fine 156:14
finest 141:23
finished 4:7
first 4:12,13
    10:22 20:23
    26:4 27:4,21
    42:14 49:9,21
    51:24 66:12,13
    73:14 89:22
    90:1 93:7 94:2
    98:10 101:6
    116:25 133:18
    143:15 144:3,5
    149:14 156:3
fit 84:7
five 38:7 65:24
fixes 96:25
fixing 147:23
flat 43:11 79:4
    80:5
flexibility 33:19
flip 150:23,25
flip-flopped
    124:9
floor 155:9,10
Florida 4:21 5:21
    7:13 16:20
    18:15,18 21:10
    22:19 23:18
    24:3,22,25 25:2
    25:3 33:23 38:8
    45:22 46:14
    63:22,25 64:6,7
    64:8 65:17,23
    65:25 66:6 67:7
    67:10,18,21,23
    68:1,10,22,24
    82:16,23 99:19
    102:6 103:12

104:5,20,24,25
105:9 106:11
107:16 108:19
108:21 109:1
109:23 110:1
110:18 112:22
113:16 114:15
117:3,19,23
118:10,13
121:14 122:19
127:15,16,24
128:19 129:10
132:1 136:16
137:13 139:1
139:24 140:1
142:8 143:10
150:6 151:25
152:12
Florida's 5:6
    113:24 127:19
    130:18
Floridian 98:18
    130:6
Floridians 7:4
    9:9 104:12
    106:21 107:18
    118:15 130:15
    142:1,18
    147:11,20,21
flow 5:24
focus 10:5 20:21
    22:12,16 43:21
    52:6,7
focused 81:18
    151:24
folded 101:8
folks 48:5 114:1
    138:23 139:22
    141:18 143:2
    143:10 145:13
follow 25:12 41:4
    53:17 79:20
    85:20 87:2
    152:24 153:4,4
    153:5,6,7,8
follow-up 11:8
    49:1 57:20

HT_0000250

61:18 74:6
85:13,16
**followed** 38:12
102:24 104:15
105:17 107:10
107:11 108:9
109:15 112:1
112:16 113:7
114:6,11
115:14 116:17
117:13 119:4
120:23 122:21
123:22 125:1
125:23 126:3
127:7 128:14
128:15 130:1
130:21 131:18
132:18 134:23
135:19 137:3
152:25 153:5
**following** 78:7
85:23 86:3
116:21 119:8
128:24 146:6
151:19
**follows** 54:24
78:8,10 79:14
79:18 85:22
**Foltz** 17:4,7,15
**foolishness** 95:17
**force** 123:13
**foregoing** 159:2
**foreign** 133:14
**foremost** 51:24
73:14 98:11
**forget** 115:8
**Forgive** 63:5
**forgotten** 102:22
**form** 4:3 48:7
**formed** 102:11
**forth** 19:21 21:12
55:1 118:8
124:10 128:23
131:4,11
**forward** 9:14
12:1,6 97:19
103:5 114:2,9

116:20 120:15
139:1 144:9,10
**fought** 133:14
**found** 46:8
**Founding** 102:13
**four** 26:13 28:5
29:8 84:7
111:12 120:8
137:13,16
**fourth** 98:18
**Fowailee** 134:21
**framework** 148:2
**frankly** 11:2
141:16
**freed** 114:23
**freedom** 109:5,5
109:6
**freeing** 33:24
**frequently** 15:23
25:18 26:18
**friends** 106:18
118:25
**front** 7:17,22
9:17 88:15
**Fruitland** 41:16
**frustrations**
150:2
**fulfilled** 8:22
**full** 20:13 104:22
105:2
**fullness** 122:4
**fully** 22:6
**function** 110:9
**functional** 7:21
71:4 83:17
84:18,22 85:5
89:11
**Fund** 121:16
**fundamental**
68:19
**further** 35:14
41:6 46:25 50:9
62:14 72:12
73:16,16 159:5
**Furthermore**
26:8 45:12
98:23 99:14

**future** 112:23
152:17

---

## G

**Gadsden** 60:12
66:22 150:4
155:18,19,20
**Gail** 120:23
122:21,24,24
125:2,23 126:1
126:6,8 127:2,4
**gained** 106:12
**Garden** 39:20
80:1 122:22
**Gardner** 120:23
122:21,24,24
**gathered** 106:3
**general** 20:20
21:15 25:23
31:1 62:7,24
75:8 84:23
**generally** 43:21
**generation** 98:18
**generically** 16:3
**Genesis** 117:15
119:4 120:23
121:1,5,9,13
122:13,15,18
**gentlemen** 48:19
58:16 97:13
103:1 104:22
105:13 119:6
126:25
**geographic** 66:15
**geographical**
23:17 26:19
33:21 35:12
51:12 57:17
76:14
**George** 102:12
**gerrymander**
60:2 68:15
85:24
**gerrymandered**
21:18 60:14
66:18 140:9,13
**gerrymandering**

86:4 104:11
146:9 156:11
**getting** 138:22
145:25
**giant** 131:14
**Gillis** 125:24
126:3 127:7,10
127:11 128:7,9
**Gingles** 66:8,11
89:22
**give** 4:2 15:22
16:18 28:24
29:8 43:2,17
48:16,24 63:13
80:22 81:2
120:3,21 122:7
131:1 138:5
139:6,9
**given** 10:4 51:19
107:3 118:10
138:15,16
152:24
**gives** 33:18 78:15
92:11 138:12
**giving** 40:14
119:11 138:20
**glad** 5:11
**go** 31:18 33:16
44:2,4 48:11
49:11,12 53:11
55:10 63:8
69:10 78:6 83:1
85:12 108:23
108:25 114:1,2
119:25 138:24
146:5 148:19
149:19
**goal** 5:17 9:11
35:17 45:18
139:15
**goals** 29:17
**God** 116:11,13
**goes** 28:25 68:14
79:15,17 129:5
**going** 11:22
20:21 22:11,15
22:16 29:5

34:21 38:4 48:9
54:15 55:10
58:2,3 61:19
74:6 75:10
76:18 77:6 79:3
82:10 85:13
87:10,12 88:14
91:14 93:24,25
95:2 101:11
105:11,14,18
107:8 108:17
109:9,11 113:1
114:2,8 115:8
121:6 125:8,9
132:6 135:15
135:16 141:7
144:4 145:1
147:5,25
148:15 150:9
**good** 12:1 64:21
92:16 98:10
100:19 104:19
107:15 108:11
109:20 115:15
117:18 119:15
120:17 121:9
122:24 126:6
127:10 136:10
156:12
**govern** 7:12
122:7
**government** 8:25
11:3 17:14
102:11,14
103:23 118:2,5
122:2 138:6
**Governor** 4:25
5:2 6:16 8:16
8:22 9:8 15:4,5
15:18 19:8
22:11 23:1
56:19 61:2
81:16 83:14
95:13 98:24
100:25 101:3
102:5 103:17
103:21 105:3

4/19/2022                      Common Cause, et al. v. Cord Byrd                      Audio Transcription

Page 12

| | | | | |
|---|---|---|---|---|
| 107:6,17 110:7 | guaranteed | 102:5 | **Hialeah** 71:10 | **honor** 141:24,25 |
| 115:5 117:8 | 118:23 | **Hazel** 125:24 | **high** 19:21 69:15 | 152:12 |
| 119:24 120:9 | **guess** 15:8 20:12 | 126:3 127:7,10 | 69:16 72:18 | **hope** 9:14 64:4 |
| 120:16 121:21 | 36:25 66:3 71:8 | 127:11 128:7,9 | 74:2 75:14 | 107:23 113:3 |
| 123:13 127:16 | 74:20 87:11 | **head** 114:22 | **higher** 75:10 | 116:9 |
| 127:21,24 | 88:13 89:16 | 123:3 128:24 | **highlighted** 37:3 | **hopefully** 21:22 |
| 129:13 132:3,3 | 151:5 155:14 | **heads** 92:9 | 39:9,10 | 62:24 115:11 |
| 132:15 136:7 | **guests** 11:15 | **health** 117:24,25 | **highway** 42:22 | **horse** 85:11 |
| 138:14 140:8 | **guidance** 16:24 | 118:4 | 44:14,17 54:25 | **hours** 92:9 |
| 141:24 142:14 | **guidelines** 135:6 | **healthy** 147:22 | **Hillsborough** | **house** 1:11 4:18 |
| 143:6,24,25 | **Gulf** 23:10 25:3 | **hear** 6:4 9:7 | 26:12 37:24 | 6:1,15,21 7:25 |
| 150:16 151:2,8 | 32:19 33:22 | 126:13 149:20 | 38:6 44:20,23 | 8:7 12:3 15:7,8 |
| 151:10 155:8 | **guys** 119:21 | **heard** 10:11 | 86:24 | 16:19,20 19:11 |
| 155:11,13,14 | **Gwendolyn** | 89:19 96:9,21 | **Hippocratic** | 19:24 20:1,15 |
| **Governor's** 5:9 | 133:8 134:16 | 98:16 100:11 | 102:18 | 24:8,12 25:9,12 |
| 5:12,19 6:13 | 134:18 | 104:1 107:7 | **Hispanic** 47:5 | 25:20 26:21 |
| 10:2,6,18 14:24 | | 110:23,25 | 61:7 70:22 | 47:8 51:4 74:16 |
| 21:1,16 22:7 | **H** | 124:9 138:20 | 72:17,19 73:20 | 74:22 103:14 |
| 50:11 52:7 | **half** 54:18 71:20 | 139:24 142:9 | 73:22 74:3,4 | 103:20 115:24 |
| 56:15 57:4 58:3 | **halfway** 40:7 | 151:14 | 75:9,12,14 | 121:12 126:8 |
| 62:23 63:14 | **hands** 9:3 12:21 | **hearing** 133:18 | **historian** 112:1 | 126:11 130:16 |
| 82:14 89:19 | **happen** 105:6 | **heart** 70:2 | **historical** 75:11 | 143:16 152:13 |
| 103:9,24 104:8 | 107:8 144:5 | 149:18 | 130:9 | **House's** 23:24 |
| 115:6 130:16 | 145:3 | **heartburn** 92:12 | **historically** 73:20 | 24:1,20 39:4,6 |
| 131:3 135:3,17 | **happened** 101:20 | **heat** 136:13 | **history** 18:6 | **housekeeping** |
| 137:7 141:5,19 | 145:16 | **heated** 149:15 | 102:11 112:1,4 | 7:15 48:6 |
| 147:9 148:11 | **happening** 82:16 | **heavily** 35:22 | 115:9,10 116:3 | **human** 149:23 |
| 156:9 | 100:22 113:1 | **Hedder** 114:6,11 | 118:22 120:14 | 150:3 |
| **Governors** 132:4 | 119:24 | 115:13,15,17 | 120:17 122:9 | **humanity** 150:3 |
| **great** 15:25 20:18 | **happens** 4:20 | **heed** 120:13 | 123:7,20 | 150:7 |
| 33:9 61:1 63:3 | 54:17 | **held** 4:16 65:6 | 127:13 131:24 | **hundreds** 92:5 |
| 71:1 136:16 | **happy** 10:8 59:10 | 124:13,21 | 156:14 | 127:22 |
| 144:19 | 59:14 63:4 | 126:10 137:13 | **Hobbs** 107:11 | **Hunschofsky** |
| **greater** 27:6 | **Haraka** 131:19 | **Hello** 105:25 | 108:9 109:15 | 2:21,22 13:11 |
| 29:20 138:5,11 | 132:18,19,22 | 123:25 125:5 | 109:20,21 | 13:12 48:22 |
| 138:13 139:3,4 | **hard** 101:3,4 | **help** 17:1 43:4 | 111:17,20,23 | 49:5,7,12 50:14 |
| 139:6 | 126:17 | 62:24 77:1 | 112:4,8 | 50:16 52:20,22 |
| **grew** 109:23 | **Harding** 2:19,20 | 105:21 139:16 | **hold** 8:2 37:25 | 52:25 53:3,6,9 |
| 123:2,4 156:1 | 13:9,10 143:12 | 147:22 | 44:22 46:14 | 87:6,8,24 88:11 |
| **Ground** 121:15 | 143:13 157:7,8 | **helpful** 16:16 | 123:11 137:14 | 88:13 90:6 |
| **group** 1:23 88:23 | **Hardy-Allen** | 17:21 42:15 | 145:13 | 152:7,8 153:21 |
| 89:13 147:20 | 123:22 124:25 | **helps** 77:3 79:4 | **holding** 124:21 | 153:23 154:25 |
| **groups** 74:12 | 125:5,6 | **Hendry** 46:5 | **holds** 124:8,11 | 157:9,10 |
| 118:20 135:10 | **harmonious** | 72:1,1,9,10,22 | **Holloway** 98:3,9 | **hurting** 129:16 |
| **growing** 131:15 | 144:18 | 73:9 75:21,23 | 99:8,12 100:10 | **hurts** 142:17,18 |
| **growth** 107:25 | **Harriet** 109:5 | **hey** 113:1 | 100:13 | **hybrid** 23:12 |
| 121:24 | **Harvard-educ...** | **Hi** 112:21 | **home** 149:19 | 32:25 |

HT_0000252

**hybrided** 50:5
**hybrids** 83:3,4

**I**

**I-4** 44:9
**idea** 42:24 74:25
  111:8 128:23
  144:4
**ideas** 82:19,25
  83:3,4,7 95:4
**identical** 15:9
  71:19
**identified** 148:14
**identify** 14:25
  16:12 103:2
**identifying** 18:12
**ignore** 67:14
  142:6 146:20
  147:20 151:6
**ignoring** 129:3
**III** 103:12
**illegal** 128:25
**illustrates** 33:6
**imbalance**
  103:22
**Immokalee** 72:3
  73:10,10
**impact** 32:20
  38:25 106:17
  129:6 146:20
  146:23
**impacted** 25:5
  136:2
**impacting** 23:11
**impacts** 42:7,8
  152:15
**impasse** 9:3
**implemented**
  18:19
**implicated** 61:15
**implore** 116:4
  126:21,24
  143:7 145:13
**implying** 129:5
**important** 29:15
  35:17 53:20
  65:16 97:24

106:11 107:1
  118:12
**improperly** 69:5
**improve** 23:14
  29:16 31:15
**improved** 35:12
  40:19
**improvement**
  32:10 76:23
**improvements**
  15:24 21:2
  22:21 23:3 25:1
  25:5 26:4 28:23
  32:23 33:4
  45:20 55:21
  57:2,18 83:2
**improves** 27:2
  29:1
**improving** 76:6
  76:17
**in-between** 25:7
  78:3
**in-depth** 30:9
**in-house** 16:24
**included** 20:6
  21:19,21 34:17
  34:19 43:25
  44:2
**includes** 20:8,10
  34:5,24 40:23
  47:13 50:12
**including** 18:4
  19:19 24:22
  42:17 155:20
**inconsistency**
  151:23 152:1
**incorporated**
  30:11 42:18
  46:2 50:2
**incorporates**
  20:2
**incorrect** 8:17
**incorrectly** 98:5
**increase** 23:16
  25:13 56:5
  121:17
**increasing** 38:21

**incredible** 152:12
**incumbent** 17:23
  18:1 52:1
**Independents**
  109:3
**Indesar** 125:1,22
**indicate** 12:10
**indicates** 24:14
**indications**
  146:12
**indiscernible**
  12:19 60:16
  63:9 90:13
  92:20 134:13
**individuals** 92:3
  122:3
**infirmities** 96:12
**inform** 5:11
**information** 7:20
  126:13 151:3
**informed** 6:7
**Ingram-Fitzpa...**
  128:16 130:2
  130:21,24,25
**Ingrid** 131:20
  132:18,20,25
  133:1
**initial** 17:5 87:24
**initially** 16:22
  17:1 73:8
**initiated** 114:22
**inland** 23:11
  32:21
**inlet** 43:6
**inserted** 143:23
**insertion** 141:5
**instances** 16:10
**intact** 124:21
**intend** 6:3 12:4
**intended** 115:2
**intent** 17:25 51:6
  52:1 86:17
  104:21 105:3
  129:4 140:2,18
  153:9,14
**interacted** 43:15
**interest** 22:5 58:6

60:4,23 61:24
  62:1,8 64:16,17
  64:20 65:3 67:6
  67:12,17 68:20
  114:9 133:19
  138:8,11 139:4
  139:5 146:15
  146:17 156:19
**interested** 111:3
  159:8
**interesting**
  155:23
**interpreted**
  18:18
**interrupt** 15:12
**interrupting**
  95:22 100:15
**Interstate** 32:12
  40:12 41:10
  43:22,23 44:2,4
**intimidated**
  115:4
**introduced**
  150:15
**introduction**
  15:22 16:1,14
  61:12
**invited** 6:17
**ironic** 114:21
**Isaac** 116:11
**Isle** 39:12 46:10
**issue** 60:13 63:20
  106:10
**issued** 5:4 135:5
**issues** 148:14,15
  149:16
**item** 7:15
**iteration** 32:9
  137:19
**iterations** 89:17
  89:25

**J**

**Jacksonville** 31:4
  54:13 60:10,12
  66:20 68:16,18
  98:3 100:17

102:25 103:8
  104:20 107:11
  107:12 109:22
  112:12,15,16
  112:18,22
  116:19 117:6
  123:23 125:2
  125:22,24
  127:14 130:3
  131:18,19,25
  133:6,9 134:16
  134:19 136:22
  136:23 155:25
  156:2,6,7
**Jacob** 116:11
**James** 127:11
  131:22
**January** 16:22
**Jasmine** 133:4
**jive** 140:14
**Joanne** 136:23
**job** 20:18 101:2,3
  115:7,8 131:3,6
  132:12 136:10
  151:12
**jobs** 134:7,12
  145:2
**Joey** 134:24
  135:19,21,25
  136:1
**Johns** 31:3,22
  32:7 54:16 84:6
**Johnson** 127:12
  131:22
**joined** 48:5 58:17
  158:22
**joining** 5:12
  97:22
**Jonathan** 116:21
  117:13,17,18
**Jones** 122:22
  123:22,25,25
**Joseph** 2:23,23
  13:13,14 61:19
  62:22 70:7,8,18
  70:19 71:5,6
  72:24,25 74:5,8

4/19/2022                Common Cause, et al. v. Cord Byrd                Audio Transcription

90:12,13,14,17
90:18 91:24
94:10,12 95:19
95:21,24 96:1,5
97:4 114:7
145:20,22
148:1,4,8
157:11,12
**Juanita** 102:25
104:18,19
**judge** 156:14
**judgment** 12:15
**Judy** 100:16
103:7,7
**Julie** 159:23
**jump** 4:10
**jumping** 44:9
**juncture** 37:19
**jurisdiction**
47:22 94:17,19
94:23
**jurisprudence**
146:7
**justice** 116:10
135:5
**justify** 65:3 67:6
67:12

## K

**keep** 6:7 7:6
27:17 28:8,13
33:7,10 35:5
36:13 45:25
53:20 58:4 81:9
87:12 88:14
119:22 130:12
133:23 148:2
153:17
**keeping** 26:6
30:8 33:8,14
34:22 39:7,23
40:18 57:13,14
135:13 155:19
**keeps** 38:3 55:21
**Kelly** 15:2,3,11
15:14 47:9
49:22,24 51:21

51:23 53:25
55:9,14,16 56:7
56:8,20,21 58:8
58:9 59:9,21,22
59:23 60:24,25
62:4,5,18,23
70:14,15,24,25
71:13,14 73:5,6
75:2,3 76:24,25
77:5,9 81:22
83:19 84:19,20
86:7 88:2,4
89:3,4 99:14
110:25 113:17
129:5 140:19
**kept** 27:19 28:10
28:10 30:20
34:1,7 35:21
39:12,19,20
75:22
**key** 26:3 27:19
28:5,9 30:2
**kids** 112:23
113:3
**kind** 32:16 46:21
48:14,23 53:11
71:3,4 74:12
76:19 80:22
86:4 87:10 89:6
**kinds** 146:8
**king** 102:12,16
**knew** 145:1
**know** 15:23 18:6
20:20 28:5 31:4
45:9 54:2 59:24
61:2 65:19,19
65:20 67:16,21
68:17 69:5,13
74:13 76:5,8,15
78:14,22,23
79:12 80:5
81:16 86:2,9,10
86:10,11,12,13
89:1 92:6 93:23
99:4,14 101:12
101:23 102:9
103:16 105:7

108:24 114:5
116:2 118:16
120:18 124:8
131:8,13 134:4
135:13 136:14
139:25 144:3
148:2 149:15
150:10 151:2,3
151:20 155:7
**knowing** 32:6
73:19
**knowledge** 61:3
75:13 104:21
104:23 105:2
136:6
**knows** 102:1
108:16
**Kristin** 134:21

## L

**labels** 29:14
**lack** 24:18
**lacking** 24:15
**ladies** 48:19
58:16 97:13
103:1 104:21
105:13 119:6
126:24
**Lady** 41:15
**laid** 83:21
**lake** 41:13,15,19
41:21,23 42:18
**Lake-Seminole**
79:13
**Lakeland** 27:19
44:5,10,17
**landing** 69:8
111:16 148:6
151:21
**lane** 131:6
**language** 47:13
51:7 52:14,15
92:11 100:1,7
114:18 129:9
135:10,13
140:3 153:11
**large** 24:6 150:11

**largely** 26:25
30:18 36:1,20
36:21 38:8 40:5
41:22,24 44:15
45:24 82:15
**larger** 23:10
26:11 31:5
54:14
**Larry** 113:7
114:5,14,15,20
**LaShonda** 98:2,9
99:8,12 100:10
100:13
**Lastly** 25:7 27:12
**Latino** 70:22
73:4 74:10,12
74:18,25 96:9
96:10
**Latvala** 2:24,25
13:16,17
154:17,18
157:13,14
**laughingstock**
104:25
**Laura** 108:10
109:15 112:11
112:13
**law** 47:17,18,20
47:22,25 59:1
59:14 67:19
82:5 83:25 90:5
94:19,22,22
95:11,14 98:16
103:25 104:20
115:20 128:24
129:11,12,13
129:14,14
138:5,7,10
139:2 151:11
151:13,16,16
151:17
**lawfully** 52:19
**laws** 139:5
**Lawson's** 117:21
**lawsuit** 113:17
**lays** 64:4
**leader** 106:2

**leaders** 105:1
118:15
**leadership** 20:2
153:3
**leading** 78:9
**League** 113:12
113:16 128:19
155:3
**leaning** 35:7,22
**leave** 32:13
140:10
**leaves** 66:4
**leaving** 35:3
**led** 85:23
**LEDA** 89:4
**Lee** 23:11 32:20
35:2,3 46:2
**Leek** 3:21,22 5:8
6:2,9 8:6,8
10:14 14:18,19
20:4,18 47:9
48:3 50:11 81:2
139:16 156:16
156:18 158:15
158:16
**Leesburg** 41:16
**left** 31:14 37:1
119:7 121:7
140:13
**legacy** 112:9
118:13
**legal** 5:20 21:21
21:22 22:7,11
22:13 63:14
64:5 84:15,16
85:9 90:22
96:21 137:19
151:19
**legislate** 151:12
**legislation** 19:4
132:8 133:23
148:25
**legislative** 4:21
6:12 7:4 107:17
110:8 115:19
123:11 136:4
147:7

4/19/2022                Common Cause, et al. v. Cord Byrd                Audio Transcription

legislatively 9:12
legislator 142:12
legislators 8:12
  9:10 107:21
  129:15 132:4
  142:3
Legislature 5:5
  8:15 9:22 10:25
  16:9 18:12,19
  19:9,18 20:3
  22:1,9,24 23:5
  27:2,5,17,18,25
  28:24 29:1
  30:17 31:20,21
  31:23 36:1 37:3
  41:5,7 45:14
  46:15 50:13
  52:9 54:9 57:11
  60:6 71:17,20
  78:25 79:24
  82:9,20 83:5
  84:3,5 85:7
  86:17 88:8
  103:10,20
  136:5 151:5
Legislature's
  10:9 20:25 21:8
  23:6,13 25:20
  25:25 27:13
  33:1,6,10 34:6
  35:15 45:7
  52:11 56:24
  74:17,22 77:18
  82:24 89:9
  140:21
Legislature-dr...
  127:17
Legislatures 17:9
  103:18
length 10:24
lens 9:13
Leo 34:18
Leon 47:16
lesson 102:11
let's 4:9 5:24
  57:20 61:18
  74:6 95:6,25

123:19 136:19
  148:2,5 150:24
letting 116:23
level 107:7 122:2
  149:23 150:3
lieu 26:6
life 109:25 110:3
  127:13 131:24
  152:16,16
likelihood 104:2
limit 95:2 107:21
limitations 33:11
  94:3
limited 10:10
limiting 94:3
  135:14
limits 34:1 90:21
line 28:18 31:21
  36:1 38:20 40:1
  43:1,4 44:22
  46:15 51:18
  54:19,24 77:24
  86:20 123:11
  123:11
linear 34:9
lines 23:17 25:17
  26:19 28:7
  29:21 30:12
  31:2 33:22
  34:16 35:6
  57:17 80:18
  86:3,20 90:20
  91:4
linkage 36:16
linking 117:6
Lisa 134:23,24
  135:19,23
list 57:22 69:20
listen 120:4,5
  124:13 152:23
listened 125:10
  152:25
listening 126:15
literacy 125:13
  125:19
literally 32:12
  35:17 129:1

litigation 47:12
  146:14
little 15:13,13
  16:18 17:7
  22:14,15 29:25
  30:9,10 35:14
  37:10 41:6,19
  46:17 55:10
  62:13 72:4,18
  73:12,15,16,24
  76:8 79:7 80:16
  105:21,22
  107:4,24 146:3
live 103:8 117:1
  117:20 119:16
  119:16 124:16
  127:14 130:7
  131:24
lived 109:25
  122:2 123:1
living 106:14,20
  108:14
lob 76:8
local 153:16
location 66:15
logical 31:8
  54:16,18 55:1
lone 54:13
long 138:4
Longboat 27:19
  28:5,9
longer 65:12,15
look 18:4,20
  29:21 34:20
  39:4,5,24 44:13
  53:19 57:9
  67:15 76:18
  77:1 78:23 84:1
  96:8,11 112:24
  116:8 120:10
  120:13 124:3
  131:10,13
  149:9
looked 30:1
  50:24 82:24
  125:10 151:8
looking 44:20

45:22 48:14
  51:14 62:3 71:8
looks 28:19 85:22
  86:5
loop 41:8
loss 117:5
lot 4:9 6:23 43:17
  55:11,11,11
  92:12 97:15
  138:20
lots 74:12
loud 58:19
love 118:21 136:8
  149:17
loved 144:19
lower 98:17
Lucas 130:3,22
  131:18,21,22
  132:10,15
Lucie 21:10

──────── M ────────

M 1:24
ma'am 53:5
  91:13 99:7
  100:12,18
  101:11 102:23
  103:6 104:14
  105:16 107:13
  108:8 109:11
  109:19 111:14
  111:18 112:6
  113:10 114:4
  122:23 123:21
  123:24 124:24
  125:4,21 126:5
  127:6,9 128:6
  128:13,17
  129:19,22,25
  130:4,20,23
  131:17 132:9
  132:13,17,21
  133:3 134:25
  135:18
Maggard 3:1,2
  13:18,19
  157:15,16

main 20:20
maintain 36:12
  75:11
maintains 21:6
Maitland 39:18
  127:8 128:15
  130:1 134:21
major 25:14
  36:11 39:14
  40:1 52:6,7
  54:24 72:3,6,13
  78:10 79:9
  82:21 87:1,2
majority 34:13
  44:15 45:16,18
  66:16 74:3
  104:9,9 109:25
majority-mino...
  21:7 66:24
  73:20 89:23
  150:5
makeup 140:22
making 16:12
  21:3 30:4 31:16
  36:7 66:9 89:1
  146:15
man 129:2
managed 92:5
Manatee 28:9
  35:20 37:24
  86:23
manipulation
  128:10
manner 19:20
  26:20 37:18
map 4:15 5:9,15
  5:18,23 6:10,11
  6:12,18 7:1,10
  7:11,12,17 8:1
  8:10,15 9:16,16
  9:21 16:15,17
  16:25 17:3,5,6
  17:8,13,13,13
  17:16,18,19
  19:9 20:7,10,11
  20:16 21:2,9
  22:10,13,16

23:19 25:8,16
27:1,4,16 29:17
29:22 30:6
32:24 33:19
34:2 37:3 42:5
42:25 44:6 45:6
45:15 47:13,15
49:14,16,17,17
49:18,20,21
50:10 54:5
56:25 57:2,5,8
57:10,15,18
62:9 63:15 69:4
71:11 74:15,21
76:19 83:1
85:20 88:15,21
90:3 96:12
98:24 102:2,6
106:6 107:17
107:22 110:17
111:1 113:21
114:3 115:23
118:7,12
121:23 123:10
124:4,14
127:19,23
132:2 136:5,12
137:8,13,15
139:25 140:16
140:21 141:1,3
141:5 143:24
144:18,18,21
144:23 148:20
150:16,19
151:7 153:7
154:9,15 155:2
155:7,11,12,15
155:19 156:12
**maps** 4:21,23
7:19 8:13,20,23
9:5 17:10,14
21:25 22:9,20
22:23 23:4,6,7
23:13 25:10,24
31:11 33:1
49:16 50:1,2,4
50:6,8 54:9

56:23 57:6
69:13 70:12,21
74:17,23 75:7
76:7 82:17,18
82:19 83:5,7
92:8 93:3,24
94:24 95:7
99:15 101:1,5
103:9,11,15,24
104:1,13
107:21,22
110:6,10,11,17
111:9 119:2
121:21 122:6
127:17 131:4
132:11 135:3
135:17 136:10
136:19 137:8
137:10,11
141:21 145:3,5
145:16 148:10
148:11,11,14
150:9,12,15,22
151:4 152:23
152:23 154:6
**March** 4:18 5:1
**Marion** 41:2
**Marsha** 105:17
107:10,14,15
**massive** 79:6
**Massullo** 3:3,3
13:20,21
157:17,18
**math** 73:11
**matter** 48:5 69:4
75:19 114:20
117:10 138:23
139:8,8 140:6
140:19 153:8
159:4
**mattered** 29:22
**matters** 138:23
139:9 145:24
151:14,17
**McClure** 3:4,5
13:22,23
157:19,20

**McCoy** 107:10
108:9,11
109:13
**McKinnon**
134:24 135:19
135:20,21,25
136:1
**mean** 26:24
28:15,17 49:19
66:18 69:3
76:21 93:11
94:7,15,24
148:13,16,21
149:21
**meander** 53:11
53:13
**meaningful** 28:4
30:13 32:8,17
**means** 4:24 38:17
88:19 120:18
137:22,22
142:17 145:25
146:19,22
147:23
**meant** 73:15
**measure** 118:4
**meddling** 141:23
**media** 140:23
**medical** 100:21
**meet** 36:24 37:15
37:22 38:2
53:21 61:13
62:11 87:1 90:1
**meeting** 5:25 7:2
9:14 10:5 12:3
21:14 24:2,21
24:21 50:23
86:25 101:15
153:1 158:23
**meetings** 4:17
50:18
**meets** 19:21
**member** 2:9,10
6:20 10:16 11:3
11:7,12 14:7
15:15 55:5,7
56:2,10,11,12

57:24 91:20,22
97:25 126:9
127:11 131:22
139:20 144:20
158:4
**members** 3:25
4:5,8 5:13 6:2,4
6:18 7:5,17,24
11:15 14:23
15:16 21:14,20
47:10 48:4,9,14
48:23,24 52:24
58:17 69:8
80:22 81:5 90:8
90:10,16 91:8
91:18 93:12
94:9 97:5,22
104:3 105:18
105:19 109:16
115:16 121:10
135:2,9 136:25
137:1 139:13
140:24 142:13
145:4,7 149:7
155:7 158:20
158:21
**membership**
99:25
**memo** 64:3
**memorandum**
21:13,15,21,23
22:6 84:23 85:9
**memory** 66:25
**mention** 114:8
**mentioned** 9:20
26:20 39:3 44:5
44:21 45:5
49:15 53:18,19
53:23 72:16
88:16 89:7
102:4 113:17
142:15 144:25
156:9
**mere** 67:10,22
68:22
**mess** 77:6
**message** 21:1,16

52:7 57:3,4
82:15
**messing** 81:18
**met** 51:16,17
**methodology**
25:13
**metrics** 28:4
98:25 118:4
**Miami** 71:10
**Miami-Dade**
71:18 72:21
**microphone** 4:6
15:12 63:11
**middle** 36:3
40:17
**miles** 154:14
**million** 47:11
154:7
**millions** 106:21
**mind** 81:9
**mindful** 81:6
**minds** 105:11
**minimize** 135:8
**minor** 22:21
**minorities** 51:7
100:6 104:2
123:18 140:3
146:21 153:11
**minority** 18:24
24:13 61:5
66:14 68:10,12
89:13 100:1,3,5
100:7 104:3,8
107:19,25
118:20 121:24
122:8,15 128:2
129:9 135:10
146:16
**minute** 119:9,11
120:24 121:8
121:11 125:7
**minutes** 97:23
99:8,11 103:4
111:17 119:14
121:2
**miracle** 140:24
**mirrors** 96:17

4/19/2022                         Common Cause, et al. v. Cord Byrd                         Audio Transcription

mispronouncing 114:6
missed 119:19 149:24
mistake 99:11
mistakenly 111:8
moment 4:13 6:22 91:15,16 115:3 122:9
moments 27:9
monied 118:24
monitor 118:1,2
Monroe 21:11
Montgomery 131:20 132:19 132:20,25
months 101:21 106:23 110:5
MONTOMERY 133:1
moral 142:7
Morales 3:6,7 13:24,24 157:21,22
motion 11:17 12:20,22 14:23
motivated 74:25
Mount 41:15
mouth 105:12
move 4:24 6:7,19 9:14 10:18 11:15,18 12:1 48:9,21 52:23 61:19 62:21 74:6 85:14 88:22 90:11 97:19,25 105:21,22 119:7 120:14 141:22 144:9
moved 72:4 86:22 106:11
movements 106:3
moving 12:6 40:16 45:21 72:11 103:4

144:10
Mulberry 45:3
multiple 12:12 12:14 87:13 97:8,10
municipal 34:16 37:5 78:3 80:13
municipalities 35:3 39:16 78:6
municipality 37:2 39:10,11
Myrtle 130:3,22 131:18,21,21 132:10,15

## N

name 6:24 17:4 97:16 98:5 100:20 103:7 105:19,25 109:21 114:9 115:14,17 116:16,20 117:1,18 119:15 121:13 122:10 125:5 126:8 127:10 131:21 133:11 136:1
Nancy 98:6 100:19,20 101:14,16,18 101:20
Naples 47:2 72:13
narrative 8:14,17
narrow 65:4
narrowly 22:4 61:24,25 64:16
Nassau 84:5
nation 130:15
native 109:23 130:6
natural 72:15
naturally 54:18
nauseum 153:18
nays 14:20

158:17
nearly 31:7 43:11 115:21
necessarily 29:2 68:5
necessary 11:2 38:16 40:2 47:4 64:22 67:16 92:5 142:17
need 24:12 29:9 32:3 64:24 71:1 71:24 73:2,7 80:24 85:5 90:9 90:11,11 92:7 92:10 94:1,6 96:19 100:21 108:3,15 114:2 120:6,10,12 146:5 149:13 152:2,3
needed 70:4 73:13 92:1
needs 146:5 147:20
Neely 112:19 113:7,9,11,12
negative 38:25
neglect 142:5
neighbors 106:19
neither 159:5
nerve 147:16
net 23:15 85:22
neutral 22:22 24:23 70:11 87:20 88:18 111:9,10 140:25 146:18 146:19,22 153:25 154:1
never 28:25 63:22,23 65:5 65:17,18,18,22 67:18 80:10 82:16 107:2 110:1,3 137:21
new 5:18 7:1 10:1 10:4 22:18

30:12 58:16 85:16 95:7 102:16 115:18
newly 6:13 30:25 46:3
Newman 62:23 63:1,3,16,17,19 69:10 85:9
newspapers 153:5
nice 78:7 87:2
non- 64:7 68:23
non-diminishm... 24:4 68:1
noncompact 43:6
nongeographic 26:15
nonpartisan 155:3
nonpolitical 26:15
nonprofit 109:4
nonsense 101:7
normal 4:24 6:19
norms 136:7,18
north 32:21 33:13 34:2 35:9 35:19,24 36:4 37:9,20,24 41:4 41:8 44:23 45:3 46:22 77:25 78:5 79:3 86:23 123:2
Northeast 18:14 18:15 22:19 82:16,23
northeastern 41:20
northern 36:18 64:6 65:25 66:6 67:7 68:10,22 72:4 86:20 117:3
northward 36:8
northwest 42:21
nos 12:14,16 97:10

note 51:24 79:18
noted 20:4,17 54:3,12 84:23
notes 17:20 84:23
noticed 48:4 50:21
notwithstanding 66:17 95:5
number 21:6 26:5,9,12 38:21 41:1 56:16,17 57:12,17 110:15 113:15 126:10 143:19 147:24
numbers 18:7 73:21 75:6 99:3 131:14
numerous 4:16 45:19
Nurse 112:12,14
NW 1:24

## O

O'Jays 120:2,20 120:20
oath 10:19 11:4 11:16 12:10 102:17,18,19 124:7,11 126:21
oaths 102:19
objected 56:19
objection 81:17 140:11 158:23
objections 22:7 23:1
obligated 85:7
obligation 5:22 52:16,18 62:8,9 62:12 84:1,4,21 142:12,14
observe 103:3
observing 18:11
obviously 15:6,7 15:8,24 16:16 29:15 33:8 34:8

50:1 54:2 57:10
73:17 75:18
78:22 79:16
82:21 88:22
90:3 121:20
**Ocala** 41:8
**occurs** 31:22
36:17
**Ocoee** 39:19 80:1
122:21
**Odwan** 133:6,11
133:11,24
134:9,12
**offer** 29:19 48:11
50:9 58:18
59:23 63:11,11
138:17
**offered** 88:1
**office** 5:9,12 6:14
10:2,6 14:24
15:3,18 16:23
17:6 18:3 19:7
19:11,17 20:1
22:20 49:25
50:6,11 56:22
82:12,19 89:19
125:17 131:7
145:12
**office's** 17:15
19:4,5 20:8
23:7,13 25:8,24
33:1 46:8 156:9
**official** 19:16
**Officio** 3:19,21
14:16,18
158:13,15
**oftentimes** 16:7
144:2
**Oh** 119:13 133:2
**okay** 49:12 61:21
65:8 66:5 67:8
77:3,5,6 85:15
95:21 111:20
121:9 131:21
132:6,15 135:1
**old** 119:20
**once** 8:20 46:20

48:12 97:16
103:3 123:7
**one-man** 141:20
**one-third** 42:12
**ones** 148:17
**open** 64:25
**opening** 29:12
39:3
**operative** 19:16
65:15
**opine** 151:15
**opinion** 84:14
138:10
**opinions** 7:6
**opponent** 133:4,7
134:18,19,21
135:23
**opportunities**
57:1,13
**opportunity**
15:17 49:2 51:7
57:9 81:3,15
90:25 92:3
113:11 117:6
118:11 121:11
123:18 128:3,4
129:7 136:15
140:3 146:20
153:10
**oppose** 104:13
126:20 127:23
132:2
**opposed** 12:13
53:11 97:9
106:1 136:2
155:4
**opposing** 145:4
145:15
**opposition** 97:21
103:8 110:6
112:13,14
119:1 121:19
130:8 132:23
136:22,24
155:2,6
**oppress** 124:4
**oppression**

118:13 120:11
**options** 30:17
33:20
**Orange** 27:18
38:17,21 39:1
40:17 43:13,14
76:9 78:9 79:1
**Orange-Semin...**
39:25
**order** 2:3 28:13
30:19 32:13
33:3 81:25
97:21
**organization**
109:4 110:3
121:17,21
155:3
**organize** 106:19
**organizing**
106:15
**original** 17:13
32:9
**originally** 63:21
**Orlando** 60:10
68:17,18 81:19
106:11 107:16
112:11 113:8
114:7,12,15
117:14 119:16
124:1,16 125:3
125:23 156:7
**Osceola** 33:7,10
33:15 42:20,22
43:7
**outcomes** 152:13
**outlined** 143:17
**outset** 17:21
**outside** 19:7 59:2
78:17 101:25
110:9
**overall** 22:22
23:2,14 31:12
31:15 42:4,24
43:7 45:6,18
52:9 57:15
72:16 73:22
75:16 78:19

80:17 82:9
**overcome** 116:12
**overreliance**
25:10
**oversight** 16:24
**overturned**
135:16

**P**

**P-000C0109** 6:10
7:18 9:16
**p.m** 119:8
**packet** 7:17,18
7:19 9:17
**packing** 85:25
**Pahokee** 46:11
**paid** 110:1
**pain** 147:4,5,5
**painful** 112:2
**painfully** 101:24
**Palm** 46:9,15
**Panama** 128:11
128:14
**Panhandle** 21:9
**paper** 125:14,19
**pardon** 114:18
**Park** 39:18 41:16
**Parkway** 36:20
36:21,23 37:8,9
42:23
**part** 30:6,7 45:24
73:9 77:22,25
86:20,21 87:24
88:25 100:10
102:16 122:4
144:1 150:12
151:6 155:15
156:7
**participate** 51:8
118:11,21
128:3 140:4
142:2 148:7
153:11
**particular** 36:17
71:11 76:22
98:24 99:15,15
147:19

**particularly**
81:19
**parties** 9:4 19:10
123:17 128:2
159:7
**partisan** 7:8
19:16 85:24
86:4,9,12
104:10 140:22
**partisanship**
136:19 146:10
146:11 147:18
**parts** 139:24
**party** 17:22 18:1
18:4,6 19:16
52:2 99:5 109:1
116:7 128:7
140:18
**Pasco** 34:13,14
36:19 37:8,9
38:4 44:16
**pass** 5:18,22
93:24 144:4
147:1 151:12
**passed** 4:19 6:12
9:12,22 16:9
20:3 22:9,23
23:4,22 27:1,16
38:10 39:6
49:17 50:13
54:9 78:25 82:4
82:7,8 104:5
107:18 127:24
151:8 155:7,9
155:14
**passing** 8:13,20
150:22 155:11
155:12
**path** 116:5
130:15,17
**people** 73:12,13
92:13 98:21
99:21 100:6,6,6
105:4 109:4
114:25 115:2
115:25 116:1,1
116:5 118:10

120:3,21
126:22,22
129:7,14,17
131:7,12
133:19,20
134:2 136:11
136:18 139:10
142:7 144:14
146:17 147:11
148:22 149:19
149:25 152:20
152:22,23
155:22,24,24
perceive 149:21
percent 26:16,16
47:6 61:5,8
66:25,25 72:19
73:25 75:10
76:15,16,21
90:1 113:22,23
127:20
percentage 74:1
percentages
81:13
Perez 3:8,9 14:2
14:3 157:23,24
perfect 148:14,16
perform 68:11
74:3,19 75:1
84:18,21
performance
75:11
performed 75:12
89:11
performing
18:14,24 21:6
73:20 89:10
141:1
perimeter 76:14
period 80:23
permits 47:19
permitting 49:4
Perry 134:23
135:19,23
person 97:18
109:25 126:23
153:17

personal 7:8
perspective 89:9
perspectives
122:3
persuasive
123:12
Pete 27:19 36:5,6
phone 139:14
phonetic 51:2
113:8 125:1
133:6
physician 102:17
pick 30:19 58:2,2
88:23
picking 42:17
87:14 154:5
picks 55:22 77:19
78:14
picture 66:3
piece 41:19,20
42:19 89:6
144:16
pieces 44:1,4
50:2
Pierre- 114:6
Pierre-Joseph
115:13,15,17
Pinellas 35:14,16
86:18,19
Pinellas-Hillsb...
35:25
pink 34:11
place 93:7 149:14
places 25:11
33:11 87:15,15
plain 52:14,15
plainly 27:9
Plakon 3:10,11
14:4 157:25
158:1
plan 15:19,21,24
16:1,4,8,8,9,10
16:15 19:2,20
19:23,24 20:3,5
20:7,9,12,25
21:3,5,20,20
22:18 23:2,8,18

23:20,21,24
24:19 25:8,9
26:4,14 27:1,2
27:4,12,14
28:22,23,25
29:7 30:2 31:12
35:21 38:10,17
39:4,5,6,6
40:22,23 45:7
46:8,12,16 82:4
89:25 104:8
106:1 108:4,5
117:3 121:19
plans 19:17,18
20:15 33:1
82:12
Plant 27:17 38:3
play 96:22
please 2:4 4:1,2,6
12:10,13 14:25
48:7 63:12
70:13 81:5 97:6
97:16 98:3,4
99:10 104:12
108:6 114:9
129:24 133:22
135:16 153:20
156:21 158:19
pledged 102:18
plenty 48:17
plus 84:8
podium 97:17
98:4 103:2
136:11
Poinciana 42:18
point 11:9 12:2,2
17:20 24:9
28:16 32:1,4,7
37:14,16 54:23
64:24,25 65:16
66:3 67:22,22
82:2 84:3,5
92:24 96:7
129:2 135:4
144:21,24
150:11 151:1
151:22

pointed 145:9
points 26:3 31:1
81:13 113:15
police 142:22
policies 147:2
political 17:22
18:1,4,9 19:15
19:16 23:17
26:19 33:21
35:12 51:8,11
52:2 57:16
76:13 99:5
121:15 128:4
140:4,18
147:10 153:12
politicians
123:16 128:1
Polk 26:7 30:7,11
30:16,18,21
33:7,15,18,24
33:24 34:22
38:1,4 42:7,12
42:19 43:2,6,15
43:25 44:1,16
45:3,13,16,18
55:22
poll 125:12,19
pollical 18:10
pollution 118:1
Polsby 79:5
Polsby-Popper
27:6
Popper 51:2 79:6
128:22,22
populated 38:6
population 24:6
30:22 32:4,5,15
34:25 36:3
38:16 40:3
41:18,22 43:9
45:2 46:4,19,24
47:4,6 61:8,9
66:14,21 71:25
72:17,19 73:3,4
73:7,11,14,23
74:4 75:9,15,19
78:17 79:9

89:18 115:21
135:11
populations
66:20
Port 27:18
portion 26:12
36:18 42:18
62:20 94:16
portions 20:2
34:24 35:1 46:2
50:12 71:21,21
78:22,25 79:3
posit 146:15
position 23:25
58:3
positions 120:8
positive 39:2
108:15
possible 18:13,21
18:25 149:19
Post-Reconstr...
95:9
posted 9:18
poster 60:8
Powell-Williams
102:25 104:15
104:18,19
power 103:22
113:21
powerful 106:19
118:24
PowerPoint 15:6
15:6
powers 129:18
practice 146:23
practices 99:24
135:8
pray 109:7,8
precedent 154:12
preceding 68:15
preclude 93:4,8
precludes 47:23
precondition
66:11,12,13
preconditions
66:8
predominant

30:21
**predominantly**
36:16 39:14
60:1 77:16
78:12 79:8,18
**preferences**
56:25
**preferred** 25:13
25:21,25 26:22
99:1
**premise** 71:11
96:19
**prepared** 85:21
125:9
**prerequisite**
89:23
**present** 3:7,23
6:17 8:7 15:17
17:11 62:17
90:15 104:22
110:14
**presentation**
7:16 8:2 9:15
10:9 16:7 45:6
47:10 50:21
76:6
**presented** 10:2
50:10 51:4
88:21 110:7,22
111:2 151:23
**presenting** 9:16
49:14
**President** 5:17
128:19 142:17
**Presidential**
141:6
**Presley** 125:2,23
125:25 126:1,6
126:8 127:2,4
**pressed** 58:21
95:23 103:4
**presumes** 74:9
**pretend** 147:5
**pretext** 86:3
**pretty** 45:15
144:5
**prevail** 52:13

**previous** 7:19
74:17,23 89:16
103:14 144:18
144:21
**previously** 6:12
10:11 22:20
26:21 30:25
44:22 45:24
50:6 56:22 94:2
144:25
**pride** 142:15,16
**primarily** 22:3
**primary** 16:9
20:5,25 21:20
21:25 22:8
27:14 45:7
150:16 151:7
**principles** 24:24
35:8 151:19,24
**prior** 19:4 20:8
20:12 21:14
23:6 25:24 33:1
46:8 75:6 82:25
89:25 154:8
**prioritize** 136:18
**priority** 51:19
154:13
**privilege** 141:25
141:25
**privy** 105:2
**probably** 20:19
20:19 22:14
26:10 62:13
**problem** 68:20
149:7
**problematic**
152:2
**problems** 149:12
**procedure** 10:22
93:23 94:1
135:8
**procedures** 99:24
**proceed** 7:3 12:4
12:17 29:5
99:11
**proceedings**
110:2

**process** 4:14 9:1
11:18 12:6 17:2
17:23 18:10,11
19:6,19 35:16
51:8 72:7 77:12
92:4,6,10
115:18 118:6
128:4 140:4
141:4 142:2
143:18,20,25
144:1,7 145:1,5
148:24 149:10
149:25 152:4
153:12
**proclamation** 5:4
**produce** 9:11
**produced** 7:18
136:5
**product** 9:12
19:25 20:24
82:7,8 83:5
**professional**
17:12 19:22
24:1 88:8
**professionalism**
7:3
**Professor** 128:22
**profiles** 115:3
**profound** 118:12
**prohibit** 99:23
**prohibited** 135:7
**prohibits** 123:16
127:25 135:8
**proliferate** 8:14
**promise** 116:9
118:22,22
**pronounced** 98:5
**proposal** 21:17
**proposals** 19:5
**propose** 145:3,5
145:15
**proposed** 5:9,15
6:10,13,16 7:1
10:1,4 15:19
19:17,20 21:5
22:20 23:2
24:19 26:4,14

27:2 29:7 30:2
30:15,25 31:20
31:22,23 38:17
83:6 98:24
101:6 103:9
110:17,17
146:2
**proposing** 127:18
143:24 150:17
**prosperous**
147:22
**protect** 88:23
100:3,4 107:19
114:23 115:2
118:14 129:6
132:7 136:15
137:25 138:3
**protected** 24:13
89:10 96:9
**protecting** 95:16
96:10,14,15
**Protection** 22:1
64:9 67:20
84:25 85:3
98:16 99:22
**protections** 106:5
138:5,13
**proud** 126:9
128:21 148:12
154:21
**provide** 5:12
48:6
**provided** 30:24
50:11 137:20
159:4
**provides** 94:18
106:6
**providing** 12:10
16:23
**public** 4:2 5:14
6:3,4,19 7:5
48:6,18 80:25
82:18 90:10
91:11,14,17
97:12,14,15,22
97:24 105:20
119:9 158:22

**published** 50:6
57:6
**pull** 15:12 42:4
42:25 83:6
**pulled** 79:3
**pulling** 29:14
72:10
**purpose** 16:14
66:19 130:14
141:16
**purposes** 32:4
**Pursuant** 11:14
**purview** 59:3
**push** 73:15
**put** 10:19 11:2,16
11:24 12:6
39:16 53:10
69:2,19 87:10
109:1 111:13
124:17 131:7
131:11 154:6
**puts** 39:17
**putting** 12:9
131:4 151:3

**Q**

**question** 52:22
53:1 54:22 58:2
60:7 61:1,13
62:6,14,21,25
63:11,23,23
64:25 67:9 71:1
74:15 75:4
77:11 81:14
82:1,13 84:4
85:16 86:2,14
86:14 87:7,18
87:25 88:11,14
89:5 90:24
92:25 93:3,5,9
94:15 95:5
116:25 117:8
117:11
**questions** 5:14
6:4,18 8:2 10:8
48:10,11,15,21
49:1,4,8 55:6

HT_0000260

4/19/2022                     Common Cause, et al. v. Cord Byrd                     Audio Transcription

76:2 80:24 81:5
81:10,12 83:11
91:9,9 95:18
96:6 118:7,17
146:3,13
**quickly** 103:20
**quite** 35:17 72:18
81:12 91:3
**Quorum** 3:23

**R**

**race** 22:3,22
24:10,15,23,23
60:2 64:14 67:8
70:11,16 87:19
88:18 99:25
107:5 111:9,10
115:22 129:9
130:16 140:25
146:18,19,23
153:25 154:1
**race-based** 65:3
67:12
**racial** 51:7 60:2
88:23 112:1
135:10 140:3
146:20 153:10
**racially** 21:17
69:5 140:9,13
**radical** 103:24
**railways** 25:14
**raise** 47:20
106:20
**raised** 23:1
146:13 150:11
**randomly** 140:21
**Ranking** 2:9,10
10:16 11:7,12
14:7 55:5,7
56:2,10,11,12
57:24 91:20,22
139:20 158:4
**rational** 54:10
**rationale** 90:25
**reaction** 108:15
108:15
**reactions** 58:20

**reading** 51:3
**Reagan** 42:23
**real** 150:14,24
**really** 16:1,4,4
20:18,21 22:12
22:15 29:8
35:22 37:25
40:10,13 44:16
52:7 73:7 77:23
79:11,25 82:4
83:2,4,6 85:8
88:5,18,19
94:16 95:1
96:16 128:21
132:6 142:2
152:22
**reapportionme...**
15:19
**reason** 24:11,18
58:4 64:21
67:18 123:5
**reasonably** 66:14
66:15
**reasons** 8:24
21:12 103:9
124:18 144:7
**recap** 4:13
**receive** 4:21,23
48:18
**received** 5:8,10
10:23 11:5 25:9
**receiving** 97:23
**recognizable**
31:8,10 36:11
37:17 40:14
**recognize** 6:8
10:6
**recognized** 8:6
14:24 25:18
28:22 49:6,23
50:15 51:22
53:24 55:5,15
56:1 58:23
60:19 63:2,18
70:7 76:20 81:4
81:23 83:10,18
85:17 86:6 87:7

88:3 89:2 90:15
90:17 91:20
92:19 94:11
98:8 100:18
103:6 104:17
105:23 107:13
109:19 113:10
114:13 117:16
120:25 121:8
122:23 123:24
125:4 126:5
127:9 128:17
130:4,23
133:10 134:25
135:20,24
137:3 138:4
139:19 141:13
156:17
**recognizes** 77:20
**recognizing**
76:13
**recommendati...**
57:7
**recommends**
28:23
**reconcile** 59:5,13
**reconsider** 121:2
**reconvene** 144:8
**record** 15:1
117:20 124:12
154:24
**recording** 1:10
158:25 159:3
**recreate** 90:4
**recreated** 89:12
89:25
**rectangular**
36:13
**redescribing**
10:10
**redistricted**
124:19
**redistricting** 1:11
2:3 4:14,21,23
7:10 8:13 16:20
23:3 54:4 77:19
103:11 104:7

106:1 115:18
115:23 118:5
123:10 124:3
124:14,17
131:4 142:2
145:2 146:8
149:10 151:19
**redraw** 52:16
56:18 85:1,8
**redrawn** 103:17
**redrew** 140:12
**reduce** 41:1 56:5
104:1
**reduced** 26:10,14
56:17
**reduces** 26:4
127:19
**reducing** 23:15
26:11 119:8
**refer** 15:23 16:3
16:11
**reference** 17:3
18:9,10 41:13
44:20 75:6
**referenced** 41:19
43:19 45:9
**referencing** 54:6
87:4
**referred** 20:11
23:19
**referring** 16:5
73:3 75:7
154:24
**refers** 16:13
**reflected** 9:17
**reflecting** 122:4
**refresher** 4:12
**refuse** 142:5,6
**regard** 83:16
**regarding** 21:5
25:10 26:3
42:14 52:5
70:20 101:17
109:12,17
**regardless**
105:10
**regards** 89:8

137:8
**region** 8:5 23:10
23:18 24:22
25:2 33:2,4,5
33:12 34:21
38:8 44:21
**regional** 117:2
**regions** 151:25
**registered** 121:14
**registration** 18:5
18:6
**regression** 138:1
138:3
**regrets** 156:13
**regular** 8:20 9:22
93:22 136:4
150:13
**reiterate** 92:24
**rejected** 101:4,6
**rejection** 127:16
**related** 47:12,14
87:18 94:20
**relates** 76:5
88:12
**relative** 23:4
159:6
**relegated** 146:7
**reliably** 24:7
**reliance** 26:14
67:23
**remain** 48:15
**remainder** 62:25
**remaining** 48:18
62:20
**remarkably**
140:25
**remedial** 95:9
**remedy** 21:1
60:13
**remember** 16:11
105:15 106:23
116:12 120:19
125:16 155:8
**remembers**
102:10
**remind** 101:12
105:18 109:16

HT_0000261

116:6
**reminder** 4:5
   48:12 58:18
**reminders** 3:25
**reminds** 114:17
   125:12,13,14
**reminiscent**
   113:23
**removes** 91:3
**Reock** 27:6 79:5
**Rep** 91:24 142:15
**repeat** 88:11
   113:14 120:14
   120:17 123:20
**repeating** 123:7
**replaced** 60:13
**report** 109:24
**reported** 140:23
   158:19
**represent** 98:21
   124:15 126:23
   142:1 144:14
   152:20
**representation**
   70:22,22,23
   95:10,12 100:8
   106:7 107:20
   108:3 115:24
   116:6 118:3,17
   122:8,16
   125:15,18
   127:18,20
   133:16 137:11
   137:12,14,16
   137:25 138:23
   139:9 145:24
   146:16 147:9
   149:1 150:7
   154:3
**representations**
   111:1
**representative**
   2:12,14,16,18
   2:20,22,25 3:2
   3:5,7,9,11,14
   3:16,18,20,22
   6:2,8 8:6,8

10:14,15,21
11:11,22 12:18
12:19 13:2,4,6
13:8,10,12,14
13:17,19,21,23
14:3,9,11,15,17
14:19 47:9
48:22 49:5,7,12
50:14,16 52:20
52:21,25 53:3,6
53:9 55:25
57:19,21 58:11
58:12,14,22,24
59:16,17,18
60:15,17,18,20
61:17,19,21
62:15,20,21
63:6,7,13 69:19
69:21,23 70:1,5
70:7,8,18,19
71:5,6 72:24,25
74:5,7,8 75:25
76:1,3 77:10
80:20 81:4,7
82:13 83:9,10
83:12 84:11,12
85:10,12,15,18
87:6,8,23 88:10
88:13 89:5 90:6
90:12,13,14,17
90:18 92:18,20
92:22 93:15,16
93:18 94:10,12
95:19,21,24
96:1,5 97:3
126:11 129:8
137:2,3,4
139:11,18
141:12,14
143:12,13
145:20,22
148:1,4,8 149:3
149:5 152:6,8
153:19,21,23
154:17,18,24
156:16,18,25
157:2,4,6,8,10

157:12,14,16
157:18,20,22
157:24 158:1,6
158:8,12,14,16
**representatives**
   2:11 13:1 16:21
   51:9 100:24
   123:19 124:22
   126:8 128:5
   133:20,21
   140:5 147:12
   152:13 153:13
   156:24
**represented** 59:1
   122:1 156:5
**representing**
   122:4
**represents** 42:19
**republic** 117:25
   118:19
**Republican**
   99:17 104:8
   140:22 141:1
   148:23
**Republicans**
   101:9 109:2
   147:15,21
**request** 11:6
**requesting**
   131:10
**requests** 101:22
**require** 66:6
   68:21 129:4
**required** 46:3
   66:8 67:4,5
   83:17
**requirement**
   93:6
**requires** 47:14
**reshaping** 40:25
**resident** 32:13
   109:21 136:2
**residents** 30:15
   32:6 34:14 38:6
   42:12 46:6,9,23
   108:21
**resolution** 60:10

**resolve** 5:5
**resolved** 63:24
**resolving** 22:25
**respect** 23:3,23
   23:24 65:7
   78:24 80:11,15
   118:8
**respectable** 7:7
**respecting** 67:1
**response** 58:1
   102:12 132:22
   133:1
**responsibilities**
   101:1
**responsibility**
   8:13,16,18,19
   8:23 9:2,9
   103:10 110:10
   121:20 131:2,6
**responsible** 5:21
**rest** 4:12 56:25
   57:2,8,10
**restricting** 94:16
**result** 25:1,4
   26:23 41:3
   45:23 51:6 72:8
   99:16 140:6,19
   143:19 148:25
   153:9,14
**resulted** 28:8
   42:3 140:21
**resulting** 38:3
   45:12 47:5
**results** 117:5
**retains** 21:7
**retrogressing**
   105:5
**retrogression**
   70:20 100:4,5
**returning** 38:9
**reversal** 69:13
**reverse** 81:25
**review** 4:22,23
   7:23
**reviewed** 7:19
   76:19
**reviewing** 52:8

85:21
**revised** 25:19
**revisions** 25:24
   27:16
**revisit** 33:4
**right** 4:10 12:20
   30:15 31:11
   39:11 41:22
   43:10 52:25
   54:4 64:12
   65:13 66:4 68:5
   76:15 83:8
   85:18 105:4
   106:8 107:5,23
   108:25 113:19
   116:6 118:14
   118:18 120:6,7
   120:10,14,20
   123:9 125:6
   126:25 127:2
   131:5 136:20
   138:19 141:10
   142:13 143:19
   146:2 147:12
   148:9 150:23
   151:5
**rightfully** 101:5
**rights** 60:22 61:4
   61:4,15 64:23
   65:2,8,9,10,11
   65:11,21,24
   66:1,2,5 67:4,5
   68:21 89:20
   94:18 102:7
   104:4 107:3
   110:20,21
   118:9,20
   119:18 121:16
   126:17 129:6
   131:2 133:16
   135:6 149:13
**river** 31:3,6,16
   32:3,7,8 54:17
**road** 36:22,24
   37:10,11,20,25
   40:6,6,12 41:4
   41:23 44:21

45:1 46:20,21
46:22,22 77:13
86:21
**roadmap** 5:25
48:23
**roads** 34:16
**roadway** 54:25
77:11,16,22
78:2,7 79:18,19
79:20 80:12
**roadway-boun...**
43:12
**roadways** 25:14
35:7 36:11,16
37:17 39:15
40:2,11 41:7
47:3 72:3,6,14
77:17,19 78:10
78:12 79:9 87:1
87:3
**Roberts** 112:16
112:18,21,21
**Robinson** 117:15
119:5 120:23
121:1,5,9,13
122:13,15,18
**role** 6:15 8:25
16:23
**roll** 2:4 12:23
149:11 156:21
**Ron** 127:16,24
132:3
**Ronald** 42:22
117:8
**room** 97:19
101:19,25
102:1 109:18
141:18 142:12
143:8
**Rosemary**
107:10 108:9
108:11 109:13
**rotate** 49:2
**roughly** 73:11
**round** 49:3,9
53:4,4 57:23
61:18 69:22

111:4
**route** 148:18
**Rucker** 117:14
119:4,11,13,15
119:16
**rule** 11:14 132:5
151:16
**ruler** 102:12
**rules** 118:8
152:24
**ruling** 118:24
**run** 141:20 144:4
145:11
**running** 144:12
**rural** 42:13
**rush** 133:17,19
133:20,25
**rushed** 8:5 152:2
**rushing** 134:1
**Russia** 108:18
**Ryan** 62:23 63:3
63:16,19 69:10
83:21

**S**
**Sabris** 125:1,22
**sacrifice** 147:8
**sadly** 102:21
**safe** 147:23
**Saint** 34:18
**salamander**
156:10
**salamander-type**
68:17
**San** 34:18
**sand** 28:18
**Sarasota** 26:6
28:8,10 30:8,20
34:21,22 45:25
46:1 55:21
**sat** 125:8,10
**satisfied** 50:25
55:2 103:16
**satisfy** 29:11
52:10 64:14
66:11 68:7,8,25
69:16

**satisfying** 69:14
**save** 97:21
**saw** 121:24
**saying** 12:11
28:14 30:14
52:16 62:10
83:14 97:6
117:9 134:3
140:15 147:1
151:9 153:24
**says** 67:21 99:4
135:14 137:24
146:3
**SB-90** 142:21
**scenario** 61:14
**schools** 67:19
**Scoon** 126:4
127:7 128:11
128:14,18,18
129:20,24
**scope** 110:9
**score** 27:3,6
**scores** 7:21 26:24
**screen** 9:25 10:4
**scroll** 29:14
**scrutiny** 5:20
62:2 64:15 68:2
68:7,9,25 69:14
69:15
**seat** 34:13 35:16
60:1 73:21,24
74:1,4 86:17,18
108:2 146:1
**seating** 137:18
**seats** 21:7 57:12
86:10,11,13,25
87:2 91:4 95:3
98:15 111:12
137:13 140:22
140:23 141:1,2
**second** 11:19,20
17:15 25:8,10
25:16 26:14
49:3 69:20
99:22 105:19
144:24 151:13
**secondary** 21:20

21:25 22:9
49:17,20
150:19
**seconds** 125:8
**secret** 56:24 57:5
82:16 151:3
**section** 36:3 53:7
64:22,22 65:9
65:10,11,13,15
65:16 66:1,2,4
66:5,9,10 78:9
89:20 90:2,21
99:22 135:6
137:24
**see** 9:24 27:8
30:7 32:2 36:15
37:7,13 43:22
44:9 45:14
46:18 48:16
61:14 86:16
100:22 111:6
112:25 116:9
136:9 147:4,4
150:23,25
151:17,22
153:25 154:2
**seeing** 6:15 12:21
91:11,17 93:14
94:10 100:23
102:15
**seek** 11:2
**seeking** 21:1
102:15
**seen** 10:3 35:15
116:3 142:19
142:21,21
145:4
**segregating**
67:19
**segregation**
95:16 140:10
**Seimone** 79:14
**select** 129:7
**Seminole** 77:24
**Senate** 4:18,19
5:16 15:9 19:11
20:2,4 21:19

23:21,22 24:8
24:12 25:10
70:11 103:14
103:21 110:24
124:11
**Senate's** 20:16
25:12,21 26:21
38:13
**Senator** 5:10
**sense** 8:12 80:22
89:1 90:23
94:16 152:18
**sent** 4:25 5:1 9:3
137:8,9 143:10
144:14
**separate** 40:11
74:18
**separation**
129:18
**September** 4:14
135:4
**Sergeant** 4:4
48:8
**serious** 108:18
**serve** 67:6 102:20
109:3 121:15
126:22 152:12
**served** 16:23
144:13
**serves** 67:1
**service** 10:25
134:17
**session** 4:8 5:5,18
6:25 8:20,22
9:11,23 93:22
102:1 130:14
133:25 136:4
136:13 137:6
150:13
**set** 19:21 21:12
118:8
**shape** 34:9 36:13
40:22,22 42:4,5
**shapes** 27:11
**share** 42:10
106:9,9
**shared** 126:13

4/19/2022                     Common Cause, et al. v. Cord Byrd                 Audio Transcription

Page 24

| | | | | |
|---|---|---|---|---|
| **Sheila** 112:15,17 | **single** 7:10 50:23 | 90:14 91:7 | 14:6,7 55:5,7 | 33:14,16 36:20 |
| **Sheklin** 100:16 | 55:23,23 | 92:18,21 93:12 | 55:25 56:2,10 | 39:5 43:20 |
| 102:24 103:7,7 | 129:16 144:20 | 93:16 94:9 | 56:12 57:20,24 | 55:23,24 57:13 |
| **Shelby** 65:13 | **Singleton** 112:15 | 95:19,22,25 | 82:14 91:20,22 | 93:18 114:5 |
| **shift** 73:11 | 112:17 | 96:3 97:3 99:6 | 137:3 139:18 | 135:22 143:23 |
| **shifting** 30:23 | **sir** 14:25 49:23 | 99:10 100:9,12 | 139:20 142:16 | 150:6 |
| 40:21 | 55:4 59:8 61:20 | 100:14 101:11 | 158:3,4 | **sort** 18:21 27:22 |
| **shock** 98:12 | 69:7 80:21 | 101:15,17,19 | **skin** 125:14 | 30:4 43:11 50:5 |
| **Shortly** 6:8 | 112:19 113:6 | 102:23 104:14 | **skinny** 156:10 | 52:15 59:24 |
| **show** 32:2 141:20 | 114:13,19 | 105:16 107:9 | **skip** 20:19 29:25 | 61:12 64:11 |
| 158:19 | 115:12 117:12 | 108:8 109:11 | **slapped** 69:4 | 69:12 73:16 |
| **showing** 26:17 | 117:16 119:8 | 109:14 111:14 | **slavery** 114:24 | 76:9 79:13 |
| 32:22 | 119:10,12 | 111:18,21 | 114:25 | 141:19 |
| **shown** 21:8 | 120:22,25 | 112:3,6,10 | **sleeping** 131:14 | **sought** 36:9 |
| **shut** 96:6 | 121:4,8 122:12 | 113:6,10 114:4 | **slide** 20:19 33:5,6 | 138:24 |
| **sic** 33:11 50:5 | 133:8,10,22 | 114:19 115:12 | 34:4 46:18 | **souls** 150:1 |
| 117:10 138:15 | 134:8,10 | 116:15 117:12 | **slides** 26:2 29:8,8 | **Sound** 36:4 |
| **sickness** 118:2,19 | 135:24 | 119:3,12,14 | 30:24 32:18,18 | **south** 32:21 |
| **side** 43:23 60:5 | **Sirois** 2:2,5,6 | 120:22 121:4,7 | 36:15 38:7 | 33:13 34:3,11 |
| 72:10,21,22 | 3:24 8:9 9:20 | 122:12,14,17 | 45:21 | 34:20 35:9,19 |
| 73:17 78:2,3 | 10:6,13,21 | 122:20 123:21 | **slight** 75:15 | 36:23,25 37:20 |
| 79:1 116:10 | 11:11,21 12:15 | 124:23 125:21 | **slightly** 39:14 | 41:4,8 44:24 |
| 156:7 | 12:20,24,25 | 127:1,3,5 128:6 | 42:21 154:20 | 117:21 123:3 |
| **signature** 5:19 | 14:22 15:11 | 128:8,11 | **slim** 144:5 | 151:25 |
| **signed** 9:13 | 28:16 48:2 49:8 | 129:19,22,25 | **slippery** 94:4 | **Southeast** 21:10 |
| **significance** | 49:11,23 50:9 | 130:20 131:17 | **slope** 94:5 | 46:14 |
| 137:17 | 50:17 51:21 | 132:9,13,17,23 | **slow** 55:10 | **southern** 31:17 |
| **significant** 26:16 | 52:21 53:2,5,8 | 133:2,22 134:8 | **small** 7:13 | 31:18,24,25 |
| 35:7 40:11 | 53:24 55:4,8,14 | 134:10,14 | 156:10 | 35:1 36:2 38:15 |
| 43:16 57:4 78:2 | 55:25 56:7,11 | 135:18,22 | **Smith** 134:19 | 44:19,25 86:21 |
| 80:25 82:21 | 56:20 57:19 | 139:11 141:12 | **smoke** 96:16 | 86:24 |
| **significantly** | 58:8,11,14 59:8 | 143:11 145:20 | **smooth** 43:1 | **Southwest** 45:22 |
| 23:16 54:6,7 | 59:17,22 60:16 | 148:1,5 149:3 | **smoothing** 42:16 | **southwestern** |
| **signify** 97:6 | 60:18,24 61:17 | 150:20 152:6 | 43:1,3 | 40:9 |
| **signs** 118:2 | 62:4,16,19 63:1 | 153:19,22 | **solely** 51:14 | **Sowell** 136:21 |
| **silence** 4:1 | 63:5,10,17 69:7 | 154:16 156:16 | 115:25 | **space** 80:5 |
| 127:21 | 69:18,22,25 | 156:20,22,23 | **solid** 77:22 | **spans** 71:9 |
| **silent** 143:3 | 70:5,14,18,24 | 158:18 | **solidarity** 118:25 | **speak** 15:13 |
| **Silvers** 3:12 14:5 | 71:5,13 72:24 | **Sirois'** 8:11 | **solved** 149:7 | 18:22 60:5 61:3 |
| 158:2 | 73:5 74:5 75:2 | **sister** 134:5 | **somebody** 121:5 | 62:19 63:10 |
| **similar** 5:11 7:18 | 75:24 76:2,24 | **sit** 114:25 132:11 | 156:9 | 88:2,5 97:17,18 |
| 30:1 37:4 41:5 | 77:4,8 80:20 | 142:5,6 | **someone's** | 105:14 107:16 |
| 82:3,6,11,13 | 81:22,24 83:3,8 | **situation** 52:13 | 152:16 | 108:17 113:12 |
| **similarities** 23:23 | 83:18 84:11,19 | **six** 14:20 42:12 | **somewhat** 59:2 | 114:8 115:9,9 |
| **simple** 91:3 | 85:12,17 86:6 | **Skidmore** 2:9,10 | **song** 120:2,4 | 116:24 121:3 |
| **simply** 124:8 | 87:5,9,19,23 | 10:15,16,21 | **Sorrento** 41:24 | 121:11 133:7 |
| 129:11 | 88:10 89:2 90:7 | 11:7,11,12,22 | **sorry** 15:11 | 145:11 152:19 |

HT_0000264

4/19/2022                          Common Cause, et al. v. Cord Byrd                          Audio Transcription

155:23
**speaker** 5:16
  48:7 103:15
  109:14 112:13
  112:15,19
  119:7 124:7,25
  154:22
**speakers** 4:5
  121:7 124:13
  154:22 155:1
**speaking** 4:7
  15:8 16:1 43:21
  81:11 103:8
  105:10 106:15
  135:3 145:18
**speaks** 61:4
**special** 4:8 5:5,17
  6:25 8:21 9:11
  102:1 137:6
**specific** 16:5,5
  66:19
**specifically** 16:8
  23:24 27:17
  63:9 73:3 74:24
  76:7,13
**speculation** 6:24
**speech** 125:9
**spend** 97:23
**spirit** 12:5 109:7
**spirited** 149:22
**split** 23:16 26:9
  27:15,22 28:6
  30:7,19 31:6,9
  31:16,22 34:7
  35:24 36:6 44:5
  44:6 45:10,10
  46:20 55:12,19
  55:23 56:17
  117:3
**splits** 7:20 26:5,8
  28:3,19,19
  38:18 45:7,8
  55:17,19 56:5,6
  56:16,17
**splitting** 27:14
  28:9 55:22 72:6
**spoke** 57:4 69:3

**sponsor** 15:25
**sponsor's** 98:1
**sprawled** 60:9
**sprawls** 60:12
**spread** 79:4
**square** 36:13
  38:24 64:9 80:8
**squared** 27:10
  36:21 111:3
**squared-up** 34:9
**squaring** 29:19
**Squire** 116:17,19
  116:23 117:1
**St** 21:10 27:19
  31:3,22 32:7
  36:5,6 54:16
  84:6
**Staats** 98:6
  100:16,19,20
  101:14,16,18
  101:20
**stacking** 147:14
  147:15
**Stacy** 114:11
  115:14 116:17
  116:18
**staff** 4:4 10:18
  15:4 16:19
  17:12 19:22
  24:1 25:10 51:5
  88:8 89:2 153:3
**stakeholder**
  98:20
**stand** 93:25
  104:12 106:4
  114:25 136:10
  136:12
**standard** 24:4
  51:10,15,15,16
  51:17,19,20
  52:2,4,5 53:17
  53:22,22 64:8
  68:1,24 69:16
  84:15,16 99:1,1
  106:20 153:15
**standards** 19:21
  35:23 50:25

51:1 84:9 99:3
  153:16
**standing** 129:11
**stands** 31:7,9
  118:25
**start** 17:1 38:11
  81:25 84:8
**started** 8:14
  101:15 119:17
**starting** 16:22
  35:18 150:15
  150:21
**state** 4:20 8:1,4
  12:3 17:8,10,14
  18:16,17,23
  22:5 24:14 28:6
  31:5 33:17,23
  34:16 37:10,11
  37:20,25 40:12
  41:4,23 44:21
  45:1 46:20,21
  46:22 47:12,14
  47:14,17,18,19
  47:20,20 52:12
  53:7 54:14
  56:23 59:6,12
  59:12,14 60:4
  60:23 61:24
  62:1,8 64:14
  65:17,23 82:21
  84:10 86:21
  90:23 93:6
  94:19,22 95:3
  98:4 99:19
  102:20 103:18
  103:22,25
  107:7,19
  108:20,21,25
  110:1,18
  113:16 115:5
  115:19 118:9
  119:1 121:14
  121:18,22
  122:5,7,18
  124:15 129:16
  131:13 135:7
  136:16 138:1,4

138:7,8,11,25
  139:3,23 142:8
  146:5,16 150:5
  151:25
**state-sponsored**
  118:13
**stated** 5:17 24:20
  81:16 99:14
  103:15 104:6
  124:19 140:8
**statement** 59:7
  81:17 130:12
  131:1
**states** 5:3 22:2
  64:10,18 85:1,3
  94:23 99:2,23
  103:19 117:3
  133:13
**statewide** 29:7,9
  29:13
**stating** 129:5
**statistical** 28:17
  29:17,17 42:16
  43:4 80:17
**statistically** 54:8
**statistics** 29:3,16
  29:23 77:18
  78:15 130:9
**statute** 94:3
**statutes** 95:9
**stay** 9:6 131:5
  139:16 144:15
**stayed** 27:12
**staying** 73:23
**stellar** 76:21
**step** 11:1,24
  64:11 79:23
  106:14
**sticks** 42:20
**stipulates** 115:20
**stood** 155:10
**stop** 109:9,9,13
  109:13
**stories** 126:16
**straight** 95:17
**straightforward**
  91:3 94:14

144:13,16
**strategy** 85:23
**street** 1:24 156:8
**strength** 135:9
**stretched** 156:6
**stretching** 23:10
**strict** 62:2 64:15
  68:2,7,8,25
  69:14,15
**strictly** 99:23
**strip** 125:18
**strong** 8:12 50:21
  82:5 107:2
  118:20
**strongly** 117:23
**struck** 69:12
  85:25
**Study** 127:13
  131:23
**style** 30:15
**sub-** 53:21
**subclause** 146:3
**Subcommittee**
  1:11 2:3 10:20
  20:11,13 23:20
  24:2,21 38:9
  39:7 82:4,7,10
  117:9 121:12
  137:7
**Subcommittee's**
  82:11
**subject** 24:3
  65:23 66:1
  137:23
**submission** 25:7
**submissions** 20:9
**submitted** 17:5
  18:3 56:23 64:4
  82:12,18 91:13
**submitting** 82:17
**subsequently**
  21:3
**substantively**
  97:1
**Substitute** 4:19
**suddenly** 101:6
**sufficient** 24:6

HT_0000265

4/19/2022                    Common Cause, et al. v. Cord Byrd                    Audio Transcription

64:5 65:2,22
137:11
**sufficiently** 68:4
**suggest** 28:15,17
**suggests** 151:18
**suit** 101:8
**Suite** 1:24
**summarized**
84:24
**summarizing**
20:18
**summary** 21:24
69:13
**Sumpter** 40:23
**Suncoast** 36:20
36:21,22 37:8,9
**super** 119:17
152:20
**supplemental**
94:19
**support** 50:7
92:15 97:20
144:22
**supporting**
143:16 145:17
156:13
**supposed** 84:17
129:13 153:4,8
154:1,2
**suppression**
113:24
**supremacy** 94:21
114:18
**Supreme** 4:22
18:18 59:12
63:22,25 64:12
64:19 65:1,4
69:1,3,11 102:8
129:10 146:13
**sure** 27:21,23
28:3 30:3,12
32:2,2 44:6
45:9 48:17 49:1
52:23 62:6 63:4
63:16,20 71:14
73:22 75:20,22
76:25 88:18,19

92:7 98:5
124:12 129:7
146:15 150:22
154:2
**surrounding**
81:10,11
**survive** 68:2
**Suwannee**
109:24
**swap** 26:7 27:23
30:8
**system** 92:14
102:13 147:24

**T**
**table** 9:7
**tactics** 113:24
**tailored** 22:4
61:24,25 64:16
**take** 4:2,13 6:22
10:8 11:24
27:20 35:2 37:8
43:17 57:9
74:14 77:7
79:23 90:9
120:13 122:13
125:8 130:12
139:1 146:22
154:11,13
**taken** 102:19
151:7
**takes** 34:9 36:22
74:16,21 145:8
145:10,11,12
**talk** 5:24 71:10
87:11 95:6
110:23 114:25
137:17 152:22
153:24
**talked** 7:9 29:16
51:17 76:6
93:21 143:21
143:22,24
153:17
**talking** 76:17
88:25 93:2
119:25 120:11

**Tallahassee**
66:21 112:20
112:24 113:7
116:22 117:7
117:13,22
128:16 130:2
143:4 155:24
**Tameka** 107:11
108:9 109:15
109:20,21
111:17,20,23
112:4,8
**Tampa** 23:9,9
33:12,13 34:2,3
34:20 35:10,11
36:9 85:16 86:1
**tantamount**
140:9
**targeted** 129:17
**Tavares** 41:17
**tax** 125:13,19
**taxpayer** 133:13
**Tea** 116:7
**team** 6:17 8:24
**teenager** 119:20
**tell** 59:19 92:13
96:23 131:5
141:16
**telling** 74:13
128:24 141:7
**tells** 108:2
**Temple** 37:2,2,4
**tend** 74:19
**term** 87:20 88:18
143:22,23
145:9
**terminal** 118:19
**terms** 54:2 73:22
74:18,24 75:1,5
77:18 96:13
**Terrace** 37:2,3,4
**territories**
133:15
**test** 29:19 79:5,5
118:6 125:13
125:14,20
**testified** 140:20

**testify** 139:23
**testifying** 10:19
11:15
**testimony** 4:2 6:5
6:20 10:23
12:10 24:17,20
48:7,18 51:25
59:25 72:17
79:19 80:25
88:1 91:11,15
91:17 97:12,14
97:15,24 119:9
138:20 140:20
151:2,14
**tests** 125:19
**Texas** 17:9,10
**text** 7:22
**thank** 3:24 8:8
10:13,16 11:12
11:21 14:22
15:2,10,14,15
15:15,16,16
47:9 48:2 49:7
49:14,24 50:16
51:23 53:25,25
55:4,7,9,16
56:2,4,8,12,14
56:21 57:19,24
58:1,1,7,9,12
58:24 59:18,21
60:17,20,25
61:19,21 63:3
63:19 69:10,18
70:1,4,5,8,15
70:25 71:6,14
72:25 73:6 74:8
75:3,24 76:1,3
76:25 77:5
80:21 81:7,24
83:8,12,19
84:12,20 85:18
86:7 87:5,9
88:4 89:4,5
90:5,7,18 91:7
91:22,24 92:22
94:7,7,12 97:2
97:3 98:9,11

99:6,6,12,12
100:9,12,13
101:14 102:23
104:13,14,18
105:15,16,24
107:8,9,14
108:7,8,11,12
109:20 112:3,6
112:6,10 113:5
113:6,9,11
114:3,4,14
115:12 116:13
116:15,23
117:11,12,17
119:2,2,3,10
120:21,22
121:9,10
122:17,19,20
123:20,21
124:24 125:21
126:6,7 127:4,5
127:6 128:6,10
128:13,18
129:19,21,22
129:22,25
130:5,20,24
131:15,17
132:9,13,17,24
133:2 134:15
134:17 135:17
135:18,21,25
136:20,21
137:4 139:11
139:20,22
141:14 143:11
143:13 145:7
145:17,22
149:5 151:21
152:5,8 154:16
154:18 155:22
156:15,18,20
158:18,20,21
**thing** 7:11 118:18
120:8 126:25
144:24 145:6
151:13
**things** 42:15

HT_0000266

48:24 77:9,11
78:21 89:7
105:21 107:4
119:23 120:13
125:12 128:23
141:2,3 144:12
147:22,25
150:10,14
**think** 10:25
11:23 12:1
15:24 20:17
21:13,21 28:16
29:9 32:10
59:24 68:13
70:3 71:16
73:24 75:4 77:2
77:6,14,17 78:8
82:7 87:24 88:7
92:4,15 95:4
108:6 113:22
119:22 122:6
131:8 146:1
149:24 154:20
155:14 156:13
**thinking** 74:21
114:16
**thinks** 151:4
**third** 9:4 26:24
34:24 84:8
151:22
**thirds** 30:22
**Thompson**
159:23
**thought** 32:22,24
49:20 150:17
155:23
**thoughtful** 7:7
**thoughts** 82:19
**thousands**
127:22
**three** 19:2 26:13
27:22,22 37:15
37:21 38:19
41:2 102:13
117:4 125:12
144:11
**three-quarters**

33:17
**threefold** 42:24
**threshold** 61:14
74:2 89:18
**threw** 9:3
**tied** 117:25
**Tier** 23:3,16 25:1
25:4,15,18,22
25:25 26:3,20
28:4,12,18,18
30:5,11 31:8
32:23 33:3 35:7
35:12,22,23
36:7,11 37:17
39:22 41:11
42:8 45:19,24
50:20,20,22,24
51:1,10,14,15
51:16,16,19,19
52:2,4,5 53:16
53:17,22,22
55:2 57:1 76:10
78:14,17 87:12
87:12,14 88:16
88:17 96:10,13
98:25 99:3,4
129:3,4,9 153:2
153:2,15,16
**Tiers** 50:19
**time** 4:3,12 6:3,6
10:10 17:11
18:8 28:21
48:17 49:4,25
52:23 58:21
60:6,6 64:18
81:6 88:15
95:25 97:21
103:4 106:13
108:14 111:14
111:18 114:10
116:13 119:19
120:12 121:6
122:12,14
123:8 124:23
127:1,3 128:8
129:13 130:12
132:14 134:8

134:10,14
136:13 137:9
139:13 142:19
142:19 144:3,5
148:12 152:2,3
153:1 156:19
**times** 10:12
37:15 55:20
87:13 89:19
110:22,24
124:10 141:9
143:22
**Title** 137:23
138:2
**today** 4:2,6,9
5:12 6:17 7:2
7:24 8:24 9:15
10:2,20 12:5,10
15:9,23 17:18
17:21 19:3,23
20:22 21:6
22:12 48:7,20
50:10 55:9 81:1
85:21 89:7,20
90:11 91:16
97:14,22
102:15 104:1
104:22,23
106:4 108:23
111:2 112:9
113:5 118:6
119:2 123:5
126:12,14,18
126:20 131:10
136:15 137:15
138:21 139:23
141:17 143:1
143:16,18,21
144:17 145:5
145:14 151:14
152:16 155:23
158:21
**today's** 5:25 7:2
9:14 10:5 12:2
**told** 50:22 59:3
87:13 126:16
137:18 144:3

152:21 153:3,6
153:7
**tomorrow** 112:23
113:5
**tone** 12:2
**top** 53:10,13
**total** 61:6 73:11
**totality** 19:5 42:1
72:1
**totally** 75:7
**touching** 146:10
**Trabulsy** 3:13,14
14:8,9 158:5,6
**track** 139:17
**tracking** 6:6
41:22
**traditional** 67:2
67:14
**training** 22:15
**transcript** 159:3
**TRANSCRIPT...**
1:10
**TRANSCRIPT...**
159:1
**transition** 7:16
**transparency**
13:15 118:8
**traveled** 90:10
139:22
**traveling** 36:25
**traverse** 32:14
**treat** 24:13
**tremendously**
152:14
**tried** 28:2 32:7
37:16 80:18
144:11,13,15
**Trish** 112:19
113:7,9,11,12
**troubling** 103:23
**Troy** 116:17,19
116:21,23
117:1
**true** 129:3
144:15 159:2
**Truenow** 3:15,16
14:10,11 158:7

158:8
**trump** 67:20
**trust** 152:18
**try** 16:11 18:15
74:7 87:8 92:2
120:17 144:13
147:17 148:2
**trying** 25:22
32:14,16,23
36:12 43:9
66:13 68:9
72:15 83:6 92:9
96:1,6 107:6
120:16 129:12
149:11
**Tubman** 109:5
**Tuck** 2:7,8 14:12
14:13 158:9,10
**tuning** 4:11
**turn** 4:3,6 37:10
95:14 136:13
**turned** 38:16
114:22
**turning** 38:22
40:20 128:23
**twinging** 107:24
**twisting** 101:23
**Twitter** 153:5
**two** 12:21 18:2
19:4 20:8 22:18
22:21 24:16
27:24 28:6,10
29:7 31:1,3,16
32:1 34:24
38:18 39:15
41:2 44:7 45:11
50:1,2,4,7
56:23 57:6 65:8
74:18 78:3,6
84:7 86:25 99:8
99:11 101:21
103:3 104:3
110:24 111:12
111:17 113:15
119:14,19
120:10 121:2
137:16 143:20

HT_0000267

150:15,22
**two-** 30:21
**two-for-one** 26:7
**two-part** 59:24
**two-thirds** 30:14
    38:5 42:11
    45:13
**types** 55:20

**U**

**U.S** 18:16,22 36:2
    37:19 44:14,17
    52:10 64:25
    83:23 96:20
    102:20 120:18
    135:5 146:12
**Ukrainian**
    108:18 109:6
**ultimate** 118:18
**Ultimately** 18:25
**unaware** 59:15
    87:3
**uncle** 134:4
**unconscionable**
    122:6
**unconstitutional**
    92:13 108:5
    110:18 121:23
    140:17 150:18
    151:10
**unconstitution...**
    130:11
**underneath** 80:2
**understand** 24:8
    77:17 84:16
    95:24 98:23
    110:14 152:1
    153:23 154:10
**understandable**
    27:11
**understanding**
    5:10 49:18
    52:12
**Understood**
    148:4
**unelected** 9:5
**Unemployment**

147:24
**unfair** 104:13
    107:22,22
    108:4
**unfairly** 132:4,5
**unfortunately**
    101:3 105:1,8
**UNIDENTIFI...**
    11:9,20 13:25
**unincorporated**
    35:2 36:4 37:13
    41:24 47:2 72:3
    72:12 73:10
**unintended** 30:3
**union** 106:3
**United** 5:3 22:2
    64:10,18 85:1,3
    99:2 103:19
    133:13
**universe** 95:15
**unlawful** 84:2
    85:7
**unnecessary**
    11:24 92:11
    141:23
**unprecedented**
    103:18 141:22
**unsure** 92:1
**upcoming** 5:7
**upheld** 139:5
**uphold** 102:18,20
**upholding**
    136:17 138:11
**upward** 39:13
**urge** 98:14
    113:20,20
    114:2
**usage** 23:16
    25:13,14 29:20
    35:12 39:1,2
    40:10 57:16,16
**USC** 94:18
**use** 10:10 28:4
    31:20 32:14,16
    35:23,25 36:7
    37:16 80:5,11
    80:12,18 98:25

125:9
**uses** 98:25
**utilize** 26:18 45:1
    51:11 72:15
**utilized** 36:1 38:1
    86:19
**utilizing** 39:14,24
    40:1 42:22
    44:17 47:2
    72:13
**utter** 98:12

**V**

**v** 1:4
**values** 144:15
    149:16
**variety** 144:7
**various** 85:2
    105:9
**vast** 44:15
**venture** 22:13
**venue** 90:21 94:4
**version** 71:8
**versions** 21:18
    22:8
**versus** 88:17
**veteran** 108:22
    133:14
**veto** 4:25 8:23
    21:1,16 52:7
    56:15 57:3,3
    82:15 137:7
    143:22 144:1
**vetoed** 5:2
    103:17 144:8
    155:15
**vetoing** 101:7
**vetted** 76:11
**vial** 118:17
**Vice** 2:7,8 14:13
    158:10
**VIDEO** 1:10
    158:25
**view** 29:9,13
**viewpoints** 122:1
**views** 15:17
**violate** 93:3

99:20
**violated** 85:2
    122:11
**violates** 22:1
    83:23,24 84:25
    99:21 102:6
    140:1,7
**violating** 104:4
    129:9,10
**violation** 90:3
    110:12
**virtually** 154:23
**visible** 26:10
    29:21
**visual** 23:14 29:6
    42:16 43:1,3,5
    43:5,13 57:14
    77:3 79:11
**visualize** 32:19
    38:7
**visually** 27:8,10
    35:11 40:19
    54:8 111:5
**voice** 11:23 12:8
    12:22 107:2
    110:6 130:8
    152:19
**voices** 107:7
    127:21 131:12
    142:9
**Volusia** 38:15,18
    39:2 42:2 130:7
**Volusia-Browa...**
    38:20
**vote** 6:20 11:19
    12:7,8,22 14:1
    74:10 92:16
    93:10,11 98:14
    105:14 106:13
    106:21,25
    107:2 108:7
    114:2 119:23
    120:1,4,6 123:9
    123:14 125:16
    125:16 127:2
    129:24 130:11
    130:18 131:16

132:8 135:12
    135:16 139:7
    139:15 141:8
    142:20 150:12
    152:15
**voted** 12:21
    49:16 99:19
    122:13 142:10
    142:11 144:21
    154:21 156:3,4
**voter** 18:5 54:22
    54:23 106:10
    110:20 113:24
    119:17 121:14
    126:18
**voter's** 125:6
**voters** 22:3 74:10
    96:9,11,11
    107:20 113:13
    113:16 117:20
    117:23 120:11
    124:5 126:16
    127:22 128:3
    128:19 130:18
    131:7,12 132:7
    139:8 142:23
    147:11 150:4
    155:3
**votes** 117:10
    139:8 156:15
**voting** 18:6 47:6
    60:22 61:3,4,8
    61:9,15 64:13
    64:23 65:2,8,9
    65:10,11,11,20
    65:24 66:1,2,5
    67:4,5 68:21
    72:17,19 73:22
    74:4 75:9,15
    88:15 89:18,20
    94:18 99:24
    102:7 104:4
    110:21 113:21
    116:1 118:9
    119:17,19,22
    121:16 129:6
    135:6,9,10

4/19/2022                     Common Cause, et al. v. Cord Byrd                     Audio Transcription

Page 29

143:5 148:20
149:13
**VRA** 137:24

**W**

**wage** 106:14
**waive** 97:20,20
  132:23 156:19
**waives** 112:12,14
**waiving** 136:22
  136:24
**walk** 26:2 64:11
**walked** 59:25
**wall** 33:17,18
  43:12 78:1
  79:21
**Walter** 134:19
**want** 6:2 7:2 8:10
  10:10 32:2
  48:11,17 58:18
  62:14,15 65:16
  79:16 81:2
  85:11 92:2
  93:20 95:2
  98:11 106:9,9
  111:15,24
  114:1 119:25
  120:3,4,4,9,13
  120:14,19,21
  122:10 124:2,6
  132:11 136:9
  139:10,22
  143:15 144:4
  144:24 145:6,7
  146:17 147:4
  148:6 151:16
  153:17
**wanted** 29:18
  37:25 42:7 44:6
  44:22 46:14
  75:22 76:8
  86:16 90:4
  135:4 138:3
**wanting** 75:20
**wants** 95:14
  102:8
**war** 108:16,18,18

108:23,25
  134:5
**warrant** 75:17
**Washington** 1:24
**wasn't** 44:6 57:5
  58:5 61:25 62:1
  148:16
**watching** 73:21
**water** 87:15,17
  118:1 154:11
  154:12
**waterway** 54:25
**waterways** 25:14
  40:2 41:14 47:3
  72:14 78:10,12
**way** 18:18,19
  19:6 20:13
  26:22 27:25
  28:1 30:21
  32:17,22 35:18
  35:19 41:5
  52:15 53:21
  71:10,12 75:22
  77:10 79:7
  83:20 94:1
  105:20 108:16
  111:1 114:9
  116:20 120:5
  127:2 132:5
  147:13 151:19
  156:6
**ways** 20:14 26:9
  38:18 81:20
**we'll** 7:1 12:17
  27:8 38:11
  48:15 49:2 53:2
  53:8 57:22
  62:21 74:7
  97:25 103:3
  125:2,23 127:8
  130:2 131:19
  132:19 133:8
**we're** 48:9,16
  49:9 61:19
  76:17 80:23,23
  81:11 85:13,21
  87:14 90:3

91:13,14 93:2
  96:13,14,14,24
  97:1 105:8,10
  105:13,14,14
  108:19 109:2,2
  109:3 118:6
  120:11 123:9
  137:6,15,18
  138:22 139:14
  144:10 146:10
  147:1,5 148:15
  149:9,10 150:6
  154:2,5 155:18
  155:19
**we've** 4:15 7:9
  8:1 10:11 17:14
  50:2,5,23 52:3
  76:19 92:5,24
  104:1 107:3
  138:15 142:21
  142:21 143:21
  143:21,23
  149:24 151:17
**weapon** 115:1
**weaponing** 93:22
**weaponize** 94:1
**weaponizing**
  92:6
**Webber** 116:21
  117:13,17,19
**website** 4:15
**weeks** 6:25 50:19
  69:4 128:21
**weighing** 93:5
**weighs** 152:14
**weird-shaped**
  154:13
**welcome** 4:8
  97:20
**Weldon** 127:11
  131:22
**well-recognized**
  26:18 40:1
  54:20
**went** 32:24 68:16
  68:18 77:1
  134:5 144:16

153:2
**west** 35:18 37:20
**western** 33:22
  40:4,7 46:9
  47:1 71:20
  77:12 79:21
**wheel** 38:23
  40:20 96:25
**white** 114:18
  130:16 148:23
**Whitfield** 133:6
  133:11,12,24
  134:9,12
**wholly** 35:16
  37:5 39:16,18
  41:9 86:18,18
**widely** 140:23
**Williams** 114:11
  115:14 116:17
  116:18
**Williamson** 3:17
  3:18 14:14,15
  158:11,12
**willing** 64:19
  65:5 147:8
**Winter** 39:18,20
  80:1 122:22
**wiped** 65:13
**Wisconsin** 17:9
  69:4,11,12,13
**wishing** 137:1
**withstand** 5:19
**witness** 12:9
**Women** 113:13
  113:16 128:19
  155:3
**won** 107:4
**wondered** 53:19
**word** 124:11
  145:10
**words** 18:5 19:13
  26:20 61:7
**work** 4:9 9:8,12
  15:20 18:9,11
  21:3 28:24 29:1
  30:2 32:15
  41:18,21,24

43:18 44:11
  45:2 52:8,9
  78:4 79:9 82:10
  82:11 83:5 92:4
  92:14 98:11
  101:4 143:6
  144:6,9 158:21
**worked** 19:10
  20:24 30:10
  35:17 150:20
**worker** 106:2
**workers** 107:1,2
**working** 12:5
  60:6 101:2
  121:17,22
**world** 22:14
  106:24
**worried** 140:25
  150:8,8
**worries** 115:15
**worse** 96:12
  154:14
**worsen** 81:20
**worth** 28:12
**worthwhile** 33:3
**wouldn't** 53:19
  69:16 75:16,16
**Wow** 70:10
**wrap** 80:24 92:9
  111:21 153:20
**write** 129:14
**written** 81:16,17
  122:9
**wrong** 33:8 58:10
  59:4,20 63:8
  67:24 68:14
  113:18 138:21
  138:22 141:2,4
  141:4 150:14
  151:9,15
**wrote** 21:16
**www.FloridaR...**
  9:19

**X**

**Y**

HT_0000269

yeah 62:18 69:11
  93:20 138:9
year 16:22
  142:22
years 16:19
  60:11 92:6
  106:16 112:25
  113:25 142:10
yeas 12:12 14:20
  158:17
yelling 106:23
yield 121:6
yielding 34:13
young 119:20

**Z**

Zephyrhills
  34:17
zero 32:15 45:2
  79:9
zero-population
  44:11 78:4
Zonia 134:23
  135:1,2
zoom 29:24 39:9
  39:10 77:20
zooming 35:14
  46:17
ZsaZsa 128:15
  130:1,21,24,25

**0**

0.2 27:7
0079 17:6,13 20:9
0094 17:16 20:9
  25:8
0109 16:9 19:24
  22:18 23:8,18
  25:9 27:1,4,12
  31:12 40:23

**1**

1 9:23 47:11
  50:20,24 51:1
  51:16,16,19
  52:2,4,5 53:17
  53:22 55:2
  87:12 88:16

96:10 99:3,4
  129:3,4,10
  153:2,15 154:7
1-C 6:1,21 7:25
  8:7 15:7,8
  19:24 47:8
  143:16
10 6:11 9:20
  16:19 20:5
  23:25 24:13,23
  39:4,8,19,25
  40:5,10,11,16
  41:1 43:13 50:3
  57:11 76:7,16
  77:13 78:1,10
  78:11 79:21,25
  80:3,14 81:19
  119:16 122:25
  124:17 126:10
  126:24 155:20
10- 80:5
100 113:24
102 4:19 20:4
  21:19
109 55:12 56:4
11 25:6 39:8,20
  40:5,12,20,21
  41:1,12,17,20
  42:9 43:10,20
  43:20,23 44:1
  44:14 79:12,13
  79:22,25 80:2,6
  80:7,9 124:18
11.5 26:16
12 34:5,8,12,15
  34:19,23 36:19
  37:11 40:19
  41:1
12.5 26:16
120 143:9
13 35:18,24 36:3
  37:12 86:11,25
1367 94:18
14 32:18 35:24
  36:8,13,18 86:1
  86:11
141,000 34:13

14th 62:2 92:25
  93:1,3 95:6,8
  96:20 99:22
  114:21
15 33:5 34:12,14
  34:15,17 36:19
  38:2,3 42:10
  43:20 44:8,14
  44:23 45:1
  86:11 87:1
  106:2 158:17
1500 32:5
16 27:14 34:4
  35:20 37:23
  44:24 45:7
  86:25
17 26:5 34:23
  35:1 46:1,3
1730 1:24
1773 116:7
18 6:12 16:2,6,15
  17:17,17 20:22
  22:16 25:19
  26:5 30:15 38:2
  42:10,11 43:10
  43:15,20,24
  44:3,14 45:1,12
  45:19 46:4,20
  46:24 56:18
  71:24,25 72:2,5
  99:16 119:18
  140:12
180 154:14
19 1:12 2:1 35:4
  35:5 36:2 47:4
1940s 114:17
1950s 114:17
1960s 126:15,18
1965 65:21
  119:18
1968 65:19
1975 120:1,20
19th 133:25

**2**

2 9:23 23:3,17
  25:1,4,15,18,22

25:25 26:3,20
  28:4,12,18,18
  30:5,11 31:8
  32:23 33:3 35:7
  35:12,22,23
  36:7,11 37:18
  39:22 41:11
  42:8 45:19,24
  50:20,22 51:10
  51:14,15,19
  53:16,22 57:1
  64:22 65:9 66:5
  66:5,9,10 76:10
  78:14,17 87:12
  87:14 88:17
  89:20 90:2
  96:13 98:25
  106:13,22
  135:6 153:2,16
2-C 15:9
20 9:24 87:21
  88:3,6,7,9,12
  89:8,16 90:1
  99:17 104:8
  119:6 121:7
  140:11,22
  141:1 147:16
200 154:14
2000 32:5 156:4
20036 1:24
2009 60:7 106:12
2010 104:5
  110:20 127:24
2012 60:7
202 1:25
2020 121:25
2021 4:15 135:5
2022 1:12 2:1
  126:19
2024 130:16
21 9:24 32:18
  74:17,23
22 9:24
22nd 134:1
23 9:24
232-0646 1:25
24 9:24

25 9:24
26 10:3 46:25
  47:3,5 71:8
  72:9,12 74:24
  96:8
26's 47:1
27 9:24 42:22
28 5:6 9:24 74:23
  94:18
29 46:22
295 32:12
29th 5:1

**3**

3 25:6 41:3,9
  137:23
3-19 10:3
30 125:8
301 37:20 41:4,7
3627 90:20
3647 90:21

**4**

4 22:19,23 30:23
  31:13,14,17,19
  31:25 32:3,13
  32:14 40:12
  43:22,23 44:2
  51:14 53:11
  54:22 56:15
  65:14 81:18
  82:22
4:22-cv-109 1:4
40 97:23
44 66:24,25
45 66:25 97:23
45,000 73:12
4500 46:6,23
46 41:23
4th 4:18

**5**

5 21:18,24 22:19
  22:23 30:23
  31:13,14,17,19
  31:25 51:14
  52:17 53:10
  54:23 56:15

HT_0000270

| | |
|---|---|
| 58:4,5 61:16<br>63:21 64:1,23<br>65:10,11,15,16<br>66:1,2,6,17<br>68:13 81:18<br>82:23 83:15,16<br>89:17 109:22<br>117:2,21<br>123:15 127:14<br>127:25 131:25<br>133:12 136:2<br>137:24 140:12<br>**5:05** 48:16<br>**5:10** 48:16<br>**50** 61:5,8 90:1<br>113:22,23<br>127:20<br>**528** 40:12<br>**54** 37:10<br>**5th** 98:19,21 | **8** 38:14 78:11<br>99:17 104:9<br>140:22 141:1<br>147:16<br>**8011** 20:12 23:20<br>23:24 38:10<br>39:6 82:4<br>**8019** 16:10 17:19<br>20:5,25 21:3<br>27:1,14 40:22<br>50:4 55:12 56:5<br>76:16 81:17<br>**8060** 23:21 76:18<br>81:13<br>**812** 1:24<br>**82** 46:21 76:16<br>**846** 46:23 |

**6**

6 25:6 41:12,16
42:3 123:15
127:25
**6's** 41:3
**6:00** 119:8
**6:02** 139:14
**6:25** 139:16
**60** 37:20,25 44:21
45:1
**60s** 123:1
**63** 76:15
**65** 120:12

**7**

7 38:19 40:25
42:2 90:21
130:7 158:17
**7-11** 80:5
**7.2** 11:14
**73** 72:19 74:2
75:10
**73.22** 47:6
**74** 73:25
**75** 41:10

**8**

**9**

9 39:8,12,13,18
40:11 42:9,14
42:17,21 43:10
43:15 77:25
78:22,25
**9-11** 80:6
**92** 76:20
**959221** 90:16
**98** 44:15,17