UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No. 1:24-cv-21983-JB**

CUBANOS PA'LANTE, *et al.*,

    Plaintiffs,

v.

FLORIDA HOUSE OF REPRESENTATIVES
and CORD BYRD, in his official capacity as
Florida Secretary of State,

    Defendants.

_____/

**JOINT MOTION FOR EXTENSION OF
SUMMARY-JUDGMENT BRIEFING DEADLINES**

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), Plaintiffs and Defendant, Florida House of Representatives, respectfully move the Court for a modest extension of the remaining summary-judgment briefing deadlines.

1. On August 4, 2025, the House filed a motion for summary judgment. ECF No. 122. The House's motion seeks summary judgment as to all eight districts that Plaintiffs challenge.

2. Plaintiffs must file their opposing memorandum of law by August 18, 2025, and the House must file its reply memorandum within seven days after Plaintiffs serve their opposing memorandum (*i.e.*, August 25, 2025, if Plaintiffs file on the deadline). *See* S.D. Fla. L.R. 7.1(c)(3).

3. Plaintiffs and the House respectfully request that Plaintiffs' deadline to file their opposing memorandum of law be extended by one day to **August 19, 2025**, and that the House's deadline to file its reply memorandum be extended by one week to **September 2, 2025**.

4. These brief extensions of these deadlines will afford the parties and their counsel sufficient time to properly brief the important issues presented to the Court. The House's lead

counsel represents ten Supervisors of Elections in an action that challenges the constitutionality of amendments to Florida's election laws. The Supervisors' deadline to respond to a recently filed motion for preliminary injunction is August 29, 2025. *See Fla. Decides Healthcare, Inc. v. Byrd*, No. 4:25-cv-00211-MW-MAF (N.D. Fla. Aug. 6, 2025) (ECF No. 344). A brief extension of the summary-judgment briefing deadlines in this case will accommodate these competing demands.

5. This Court may extend deadlines for "good cause." Fed. R. Civ. P. 6(b)(1)(A). The authority of district courts to control their dockets "includes broad discretion in deciding how best to manage the cases before them." *Smith v. Psychiatric Sols., Inc.*, 750 F.3d 1253, 1262 (11th Cir. 2014) (internal marks omitted).

6. The requested extensions will not necessitate an extension of any other deadlines established by the Court. A hearing on the House's motion for summary judgment is scheduled for October 29, 2025. ECF No. 98 at 2.

7. This extension is sought in good faith and not for purposes of delay.

8. Pursuant to Local Rule 7.1(a)(2), a proposed order is attached as Exhibit A.

**WHEREFORE**, Plaintiffs and Defendant, the Florida House of Representatives, respectfully move the Court for an extension of time through **August 19, 2025**, for Plaintiffs to file their memorandum of law in opposition to the House's motion for summary judgment and an extension of time through **September 2, 2025**, for the House to file its reply memorandum of law.

Dated August 15, 2025. Respectfully submitted,

/s/ *Nicholas L.V. Warren*  
Nicholas L.V. Warren (FBN 1019018)  
Daniel B. Tilley (FBN 102882)  
Caroline A. McNamara (FBN 1038312)  
**ACLU Foundation of Florida, Inc.**  
4343 West Flagler Street, Suite 400  
Miami, FL 33134  
(786) 363-1769  
nwarren@aclufl.org  
dtilley@aclufl.org  
cmcnamara@aclufl.org  

/s/ *Andy Bardos*  
Andy Bardos (FBN 822671)  
andy.bardos@gray-robinson.com  
GRAYROBINSON, P.A.  
301 South Bronough Street, Suite 600  
Tallahassee, Florida 32301-1724  
Telephone: 850-577-9090

| | |
|---|---|
| Jorge L. Vasquez, Jr.* <br> **Vasquez Attorneys at Law, PC** <br> 141 Parkway Road, Suite 14 <br> Bronxville, NY 10708 <br> (212) 752-8408 <br> jorge@vasquezpc.com | Jesus M. Suarez (FBN 60086) <br> jsuarez@continentalpllc.com <br> Carmen Manrara Cartaya (FBN 73887) <br> ccartaya@continentalpllc.com <br> CONTINENTAL PLLC <br> 255 Alhambra Circle, Suite 640 <br> Coral Gables, Florida 33134 <br> Telephone: 305-677-2707 |
| Andrew Frackman* <br> **O'Melveny & Myers LLP** <br> 1301 Avenue of the Americas, 17th Floor <br> New York, NY 10019 <br> (212) 326-2000 <br> afrackman@omm.com | Christopher M. Kise (FBN 855545) <br> ckise@continentalpllc.com <br> CONTINENTAL PLLC <br> 101 North Monroe Street, Suite 750 <br> Tallahassee, Florida 32301 <br> Telephone: 850-270-2211 |
| Brian P. Quinn* <br> Patrick J. Jones* <br> Emily Murphy* <br> Gabrielle S. Jackson* <br> Andrea Ojeda* <br> **O'Melveny & Myers LLP** <br> 1625 Eye Street NW <br> Washington, DC 20006 <br> (202) 383-5300 <br> bquinn@omm.com <br> pjones@omm.com <br> emurphy@omm.com <br> gjackson@omm.com <br> aojeda@omm.com | *Attorneys for Defendant, Florida House of Representatives* |
| *\*Admitted pro hac vice* <br><br> *Attorneys for Plaintiffs* | |