# Exhibit A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:24-cv-21983-JB

CUBANOS PA'LANTE, *et al.*,

    Plaintiffs,

v.

FLORIDA HOUSE OF REPRESENTATIVES
and CORD BYRD, in his official capacity as
Florida Secretary of State,

    Defendants.
_____/

**ORDER ON JOINT MOTION FOR EXTENSION
OF SUMMARY-JUDGMENT BRIEFING DEADLINES**

This matter is before the Court on Plaintiffs and the Florida House of Representatives' Joint Motion for Extension of Summary-Judgment Briefing Deadlines (ECF No. ___). The movants seek an extension of Plaintiffs' deadline to file their memorandum of law in opposition to the House's motion for summary judgment (ECF No. 322) and an extension of the House's deadline to file its reply memorandum of law. The Court finds that good cause supports the request. The Court therefore **ORDERS** and **ADJUDGES** as follows:

    1.    Joint Motion for Extension of Summary-Judgment Briefing Deadlines is **GRANTED**.

    2.    Plaintiffs must file their memorandum of law in opposition to the House's motion for summary judgment (ECF No. 322) by **August 19, 2025**.

    3.    The House must file its reply memorandum of law by **September 2, 2025**.

**DONE AND ORDERED** this ___ day of August 2025.

                                                                               _____
**BRITT C. GRANT**
**UNITED STATES CIRCUIT JUDGE**

                                                                               _____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**

                                                                               _____
**JACQUELINE BECERRA**
**UNITED STATES DISTRICT JUDGE**