**House Redistricting Committee**
**September 22, 2021**

Transcript of video recording available at:
https://thefloridachannel.org/videos/9-22-21-house-redistricting-committee/

CUBANOS-0000004680

## House Redistricting Committee - Sep. 22, 2021

1   Tom Leek: The Redistricting Committee will come to order. DJ, please call the roll.

2   DJ: Chair Leek.

3   Tom Leek: Here.

4   DJ: Vice-Chair Fine.

5   Randy Fine: Here.

6   DJ: Ranking Member Geller.

7   Joseph Geller: Here.

8   DJ: Representative Andrade has been excused. Avila.

9   Bryan Avila: Here.

10   DJ: James Bush III

11   James Bush III: Here.

12   DJ: Byrd.

13   Cord Byrd: Here.

14   DJ: Clemons.

15   Charles Clemons: Here.

16   DJ: Drake.

17   Brad Drake: Here.

18   DJ: Driskell.

19   Fentrice Driskell: Here.

20   DJ: Goff-Marcil.

21   Joy Goff-Marcil: Here.

22   DJ: Grall.

23   Erin Grall: Here.

CUBANOS-0000004681

## House Redistricting Committee - Sep. 22, 2021

1    DJ: Grant.

2    Michael Grant: Here.

3    DJ: Jenne.

4    Evan Jenne: Here.

5    DJ: Latvala.

6    Chris Latvala: Here.

7    DJ: Mariano.

8    Amber Mariano: Here.

9    DJ: Omphroy. Omphroy? Payne.

10   Bobby Payne: Here.

11   DJ: Robinson.

12   Will Robinson: Here.

13   DJ: Rommel.

14   Bob Rommel: Here.

15   DJ: Sirois.

16   Tyler Sirois: Here

17   DJ: Slosberg. Slosberg? Thompson

18   Geraldine Thompson: Here.

19   DJ: Tuck.

20   Kaylee Tuck: Here.

21   DJ: The quorum is present Mr. Chair.

22   Tom Leek: Thank you, DJ. Members, a few reminders before we begin. Please silence all

23   electronic devices and if you wish to make a public comment and did not fill out a form online

CUBANOS-0000004682

## House Redistricting Committee - Sep. 22, 2021

1  before the meeting please fill out a form and turn it into the sergeant's office staff please. Also, as

2  a reminder for our members and presenters please ensure that you turn your microphone on when

3  you are speaking and for the new folks please turn it off when you are finished.

4      All right folks, as we say in my neck of the woods, racers start your engines. Here we go.

5  This is going to feel a little bit like redistricting 101, and we are going to spend the time to

6  educate our folks so that we have the best opportunity make the best decisions in the most

7  compliant manner. So here we go. Members, redistricting is a once in a decade process. I'm

8  honored that Speaker Sprowls has entrusted me with this responsibility to serve as chair of the

9  Redistricting Committee and I look forward to working with each of you throughout this process.

10  I would like to first and foremost introduce Vice-Chair Fine and Ranking Member Geller, who

11  will be my partners in spearheading this process. Thank you. I would also like to recognize a few

12  members who serve on this committee as well as lead our sub-committees. Leading the

13  Congressional Redistricting Subcommittee are Chair Sirois and Vice-Chair Tuck. The State

14  Legislative Redistricting Subcommittee will be led by Chair Byrd and Vice-Chair Robinson.

15      I would now like to introduce the redistricting staff. Team, please raise your hand when I

16  call your name. Our staff director is Leda Kelly. Policy analysts are Kyle Langon and Sam

17  Wagner. Jason Poreda is our chief map drawer. Karen Dearden is the external affairs chief, and

18  DJ Ellerkamp is our administrative assistant. As you look around at your fellow committee

19  members and those of our subcommittees, you will realize that we have over 50 percent of the

20  House, 62 members involved in this committee process as a whole. We also have all corners of

21  the state represented. All the way from the Panhandle to Northeast Florida, to the I-4 corridor, to

22  South Florida, and the Keys. Urban and rural areas are both represented.

23      Education is going to be our key to success here. The last time we met on the House map

CUBANOS-0000004683

## House Redistricting Committee - Sep. 22, 2021

1  was in 2012. When I say we, I mean the royal we as in the House. Fast-forward ten years and the

2  vast majority of the House is new to redistricting, including myself, so I want to start by giving

3  some context. While the House map was constitutionally upheld in 2012, there were successful

4  court challenges to both the congressional and Senate plans throughout the subsequent years. It is

5  important to remember that during the 2012 redistricting cycle, the members and staff were

6  implementing two brand new substantial constitutional amendments. They did not have the

7  benefit of historical reference or court precedents to guide them through this process. However,

8  now we do. The Speaker and I have made it consistently and abundantly clear that the House will

9  conduct this process in compliance with the Florida Constitution and relevant federal and state

10  legal standards, including relevant court precedent. Let me read that again. The Speaker and I

11  have made it consistently and abundantly clear that the House will conduct this process in

12  compliance with the Florida Constitution and relevant federal and state legal standards, including

13  relevant court precedent.

14      Now I want to point out, only five members in our entire chamber were part of the last

15  redistricting cycle, and only three of them were in the House. That creates a noteworthy

16  responsibility for our committees to undertake a thorough educational effort to ensure that

17  everyone has the understanding they need to be able to propose, analyze, and most importantly

18  vote on legally compliant boundaries. Throughout our initial committee meetings this fall we are

19  going to build this foundational knowledge for members of the committees, including such

20  things as methodologies to guide how we can draw and analyze districts, and the related policy

21  decisions that we will face as we draw the debate boundary lines.

22      This committee's first lesson beginning today with an explanation of redistricting

23  terminology and an overview of the U.S. Census Bureau. We will also demonstrate for you the

CUBANOS-0000004684

## House Redistricting Committee - Sep. 22, 2021

1   newly launched floridaredistricting.gov website. That contains resources for you, your

2   constituents, and every person in the state of Florida. In subsequent committee weeks, we will

3   train members in our map drawing software. The training will teach members how to use the

4   software to draw districts, how do use the reporting tools to analyze what you drew, and how to

5   activate the advanced tools within the software to make drawing as efficient as possible. We will

6   also provide members with an understanding of the legal landscape surrounding redistricting.

7   This landscape will be true to established law, not third-party interpretation. And then, once the

8   foundational understanding is established across our committees, we will begin workshopping

9   maps. Let's read that again. Only then, once the foundational understanding is established across

10   our committees, we will begin workshopping maps.

11       It is crucial for members to understand how these activities and decision points may

12   interact with one another and how they should be weighted when considering where boundary

13   lines are placed. Without the proper context for members to understand, the issues, and

14   standards, we are not properly preparing ourselves to take votes on compliant district lines.

15   Redistricting is a precise and technical process, and creating this framework is also consistent

16   with Speaker Sprowls' approach of education, training, and preparation.

17       Before we get into the substance of today's meetings, I want to address a couple of

18   additional items. First, let's address records retention. The House and this committee continues to

19   urge all members to retain all records relating to redistricting. These records can include

20   documents and correspondence including email and text regardless of whether sent or received

21   on your public or personal devices or accounts. The House also continues to urge all members to

22   avoid private conversations about redistricting with individuals who have a vested interest in the

23   outcome of that process and to keep their comments about the redistricting process in alignment

CUBANOS-0000004685

## House Redistricting Committee - Sep. 22, 2021

1  with the constitutional standards that apply to redistricting plans. If you have questions regarding

2  this guidance, please reach out to the House General Counsel's Office.

3      Next, I want to address committee procedures. While the redistricting subject matter may

4  be new to many of you, the filing of bills and amendments will follow traditional House

5  processes we are all familiar with. If you wish to submit a map as a bill, it will count towards

6  your bill allotment and you are subject to submission and filing deadlines. If you wish to amend

7  committee work or product of another member's bill, those amendments will be heard through

8  the standard committee process and are subject to the same respective deadlines. The members of

9  the respective subcommittees will propose and analyze maps at the related committee of

10  jurisdiction and then will pass the maps to the big redistricting committee for consideration.

11      This is important, members. The last thing I'll touch on is expectations for map

12  submissions. As I've mentioned, the House expects transparency in how input for our work

13  product is received, reviewed, and considered. This applies to you as well. You should not be

14  naive to the fact that external entities and individuals want to influence this process in a way that

15  may not be in compliance with the law. Similar to the House's high standards for lobbyist

16  disclosures, the goal of transparency is to bring awareness to the process of individuals who may

17  be trying to assert their undue influence into our process. If you choose to submit a map as part

18  of this redistricting process, you should be prepared to disclose any and all individuals who

19  assisted you in creating that map. Similarly, submissions by members of the public will be

20  accompanied by a form inquiring about groups or individuals with whom they collaborated and

21  whether any form of compensation was received and returned for comments or submissions.

22      The work we have ahead of us is exciting, but we cannot overlook the gravity of what we

23  are charged to do here. This is quite the undertaking. This important work only occurs every ten

CUBANOS-0000004686

## House Redistricting Committee - Sep. 22, 2021

1   years, and it is worth noting, a legislature has only two constitutional requirements: to pass a

2   balanced budget and to redistrict. We should all be honored to carry this responsibility. I look

3   forward to working with all of you to produce legally compliant maps that well serve the people

4   of Florida. With that, I'll take a breath, just wow, you are all looking at me. This doesn't happen

5   often. I'll take a breath and open it up to any questions the members on the committee may have.

6   Ranking Member Geller.

7       Joseph Geller: Thank you, Mr. Chair. Is this on? I appreciate the help, Representative,

8   thank you. That's cooperation. Is it possible that you, in consultation of course with the Speaker,

9   could revisit the issue of map submission counting as a bill? Some of us already have filled up

10  our allotment, or promised to, of bills that we're going to introduce. And having not known that

11  in advance may have led us to say I'll sponsor that, I'll take care of that. I understand the need to

12  limit them. We don't want hundreds of maps submitted that people have to deal with. But if it

13  would be possible to revisit it and see if there could be a separate category that would be whether

14  it's one or two that would only permit a single or two maps to be submitted per member, outside

15  of the allotment. It's just a touch late in the process to just find that out. Obviously, Chair, and I'll

16  have some other thoughts, but I certainly don't expect an answer on that today, I understand that

17  in large measure it is the Speaker's prerogative. If it is something that you could address with the

18  Speaker, I think it would be a better outcome and still not subject the staff to being inundated

19  with hundreds of maps, so thank you Chair.

20      Tom Leek: Thank you, Ranking Member Geller. I'll do my best to address that today. Of

21  course, I'll take that up with the Speaker at your request. But keep in mind that this does not

22  limit you in any way from a number of amendments that you can file as to any of the maps that

23  the committees will be filing. And because the number of amendments that you can file does not

8

CUBANOS-0000004687

## House Redistricting Committee - Sep. 22, 2021

1   take any of your bill slots, I think you will be perfectly able to submit whatever you would like.

2       Joseph Geller: Thank you, sir.

3       Tom Leek: Any other questions? Okay, not seeing any other questions, we will move into

4   the presentation. Okay, today's agenda we're going to go over a redistricting overview, a U.S.

5   Census Bureau overview, Florida population overview, and a website demonstration. First, we're

6   going to go down to the basics here. Our goal here is to just pound on education. We want you all

7   to have the tools to make the decisions that you need to make. To do that I think we need to do

8   this in context of understanding from ground zero of what redistricting means. We are going to

9   start with some terminology.

10       Reapportionment: Reapportionment is the redistribution of seats in the U.S. House of

11   Representatives among the 50 states based on the decennial census. Each state gets at least one

12   seat. Redistricting: A redrawing of congressional and state legislative districts boundaries,

13   usually after a decennial census. Other entities can redistrict, such as local governments, courts,

14   and school boards.

15       Federal Law: Article I, Section 4 of the U.S. Constitution. The times, places and manner

16   of holding elections for senators and representatives shall be prescribed in each state by the

17   legislature thereof. The 14th Amendment of the U.S. Constitution: One person, one vote. Section

18   2 of the Voting Rights Act: No voting qualification or prerequisite to voting or standard, practice,

19   or procedure shall be imposed or applied in a manner which results in a denial or abridgement of

20   the right of any citizen of the United States to vote on account of race or color.

21       Florida Law: Article III, Section 16 of the Florida Constitution. This directs the

22   Legislature at its regular session in the second year following each decennial census, 2022, to

23   conduct redistricting of state legislative boundaries. There can be 30 to 40 senatorial districts, 80

9

CUBANOS-0000004688

## House Redistricting Committee - Sep. 22, 2021

1   to 120 representative districts. Districts shall be contiguous and consecutively numbered and it

2   provides directives and timelines for establishing new districts.

3        Florida Law, continued: Article III, Sections 20, 21 of the Florida Constitution. Lists

4   standards for establishing congressional and legislative boundaries. Tier One standards take

5   priority over Tier Two standards in case of conflict. Within each tier, the standards are equal

6   amongst one another. You'll see this graph of Florida Law walking you through how each of the

7   things we just talked about work.

8        Tier One: No apportionment plan or individual district shall be drawn with the intent to

9   favor or disfavor a political party or incumbent. Districts shall not be drawn with the intent or

10  result of denying or abridging the equal opportunity of racial or language minorities to

11  participate in the political process or to diminish their ability to elect representatives of their

12  choice. Districts shall consist of contiguous territory. That's Tier One.

13       Tier Two: Districts shall be as nearly equal in population as is practicable. Districts shall

14  be compact. Districts, where feasible, utilize existing political and geographical boundaries.

15       Florida Law, continued: Moves into the chapter law. Chapter 8 of Florida Statutes defines

16  the technical boundaries of congressional districts. Chapter 10 of Florida Statutes defines the

17  technical boundaries of State Senate and State House districts. Chapter 11 of Florida Statute

18  provides that the Florida Legislature use the last federal decennial statewide census for

19  apportionment purposes.

20       Here is the redistricting timeline. You can see in 2020, December 31, the first entry there

21  on the left, was the statutory deadline for the U.S. Census Bureau to deliver apportionment

22  counts to the President of the United States. This deadline was missed by the Feds. Then we

23  move next to March 31, 2021, a statutory deadline for the states to receive the PL 94-171 data.

CUBANOS-0000004689

## House Redistricting Committee - Sep. 22, 2021

1  We'll get into what that means in a second from the U.S. Census Bureau. That deadline was also

2  missed. Then April 26, 2021, apportionment counts released by U.S. Census Bureau. Florida

3  gains one seat in the U.S. House of Representatives, increasing our total seats to 28. August-

4  September, U.S. Census Bureau delivers PL 94-171 redistricting data to the states. January 11,

5  regular session convenes. Florida Constitution requires maps to be approved during this

6  legislative session. March 11, 2022, sine die. June 13, 2022, candidate qualifying period begins.

7  August 23, 2022, the primary election occurs. And November 8, 2022, the general election

8  occurs.

9      These things will start to make more sense to you as we go through and explain a little bit

10 better on what their important is as we go forward. But we thought that would be handy for you.

11 Ranking Member Geller.

12     Joseph Geller: Thank you, Mr. Chair. One question on this. It shows the date of June 13

13 for the candidate qualifying period, is that the date for only state legislative candidates? I thought

14 there was an earlier date for congressional candidates, but I'm not certain.

15     Tom Leek: That's a good question. But also, I want to point out that I believe that's the

16 beginning of the qualifying period. Let me ask Ms. Kelly what to your question is. Thank you.

17 Quirk of the law, in redistricting years, state and federal qualifying dates are the same.

18     Joseph Geller: It's the same.

19     Tom Leek: Yes, sir.

20     Joseph Geller: Okay, thank you Mr. Chair that's very important.

21     Tom Leek: Okay let's move next into an overview into the U.S. Census Bureau. Again,

22 we'll start with terminology. The bureau contained within the U.S. Department of Commerce that

23 conducts the decennial census as well as numerous ongoing projects for the federal

CUBANOS-0000004690

## House Redistricting Committee - Sep. 22, 2021

1  government. The decennial census: A complete count or enumeration of the population of the

2  country conducted every ten years. Apportionment counts: The number of seats in the U.S.

3  House of Representatives each State receives following a decennial census. Redistricting data:

4  The detailed population data produced and delivered to each state by the U.S. Census Bureau that

5  is used as part of the redistricting process. So now, we are on Article I, Section 2 of the U.S.

6  Constitution, which sets forth a mandate for an actual enumeration. This is a section that requires

7  the decennial census to be conducted and that the count of whole persons be an actual

8  enumeration of those people. This means an actual count of every person. Title 13: This

9  establishes that the U.S. Census Bureau as the agency that is to conduct the decennial census and

10  requires them to provide the data accurately and in a manner that protects the privacy of those

11  being counted. PL 94-171: Which stands for Public Law 94-171. This is what directs the Bureau

12  to deliver to the states the product that contains summary statistics on population, demographics,

13  and housing. Population counts for the total population and for the population 18 years and over

14  are presented by race, and Hispanic or Latino origin and for the total group quarters population

15  by major group quarters type.

16       Decennial Census: The question is how does the U.S. Census Bureau conduct the census.

17  This is a sample image of what was used by the U.S. Census Bureau this time in 2020. It was

18  mailed out in the beginning of 2020. This was the first census that allowed responses online. This

19  proved to greatly help self-response rates, especially in light of the COVID-19 pandemic.

20  Continued, 2020 presented, obviously, unique challenges to us all and the U.S. Census Bureau

21  was no exception. You can see here that the whole process to conduct and tabulating the census

22  results were delayed in 2020 due to COVID-19, wildfires, hurricanes, and locusts, and all sorts of

23  other factors. I'm not going to walk through every item on this graphic, but we include it to

CUBANOS-0000004691

## House Redistricting Committee - Sep. 22, 2021

1     illustrate the timeline challenges that the Census Bureau faced last year. Their challenges did

2     result in the delay of the states receiving apportionment counts and redistricting data. And while

3     that is unfortunate, at least these delays did not delay our timeline here in Florida. We are still on

4     track and on schedule to complete our redistricting process during the next regular session,

5     which is what our Constitution instructs us to do despite these delays by the U.S. Census Bureau.

6         Florida's total enumeration was consistent with the national average of 99.9%. That's

7     99.9% of the total households for which the Census Bureau has a record for were counted in the

8     2020 census. As we also saw in the last slide, there are two main phases of data collection during

9     a census. Self-response rate and non-response follow-up. Self-response is an individual

10     completing the census questionnaire on their own, whether by mail, phone, or online. Non-

11     response follow-up is where the Census Bureau goes back into the communities and using

12     administrative records to help complete the outstanding questionnaires. You'll sometimes hear

13     this latter process referred to as imputation. What is reassuring is that Florida's total enumeration

14     was 99.9% and this means that the count here in Florida was in line with the national average's

15     completeness. The self-response rate and non-response follow-up rates in Florida were consistent

16     with other states and with the overall national average. As we discussed before, Florida will be

17     getting 28 congressional districts, one more than Florida had in 2010. You can also see what the

18     ideal population is for each district within each map. It is based on the new statewide population

19     divided by the number of districts in each plan. These numbers are the guideposts for out districts

20     as we begin drawing maps.

21         So now that we've talked about the Census Bureau's process, let's discuss the types of

22     Census Bureau data we specifically use for redistricting. The PL data or the PL 94-171

23     redistricting data is a detailed population data set and the basis for us to analyze and draw district

CUBANOS-0000004692

## House Redistricting Committee - Sep. 22, 2021

1   boundaries. The geography support products details the geographical landscape of Florida. These

2   two buckets of data and products work together to enable our redistricting process. The

3   redistricting data or PL data for short is broken down in the different geography layers, the

4   smallest being called blocks. This is detailed population data that is grouped by total population,

5   voting age population, and is then grouped by race and ethnic groups. This also contains group

6   quarters Data. While this data is provided as part of the redistricting data, it has minimal

7   involvement with the redistricting process. However, demographers and staticians use this data

8   for other analysis. The same data was used in legacy format on August 12, 2021 and the very

9   same data was then delivered again to us officially in a more user-friendly format just last week

10  on September 16th.

11          The census questionnaire asked a variety of questions, however, there are two that are

12  specifically important for redistricting purposes. The first is question 8, which asks respondents

13  to identify their ethnicity. This results in two categories, Hispanic or Latino, and not Hispanic or

14  Latino. Question 9 asks the respondent to identify their race, resulting in six categories. The six

15  categories are American Indian or Alaska Native, Asian, Black or African American, Native

16  Hawaiian or other Pacific Islander, white, or other race. If you look closely at the census

17  questionnaire, you can see how the Census Bureau has provided some examples of what is

18  contained within each of those racial categories. If a respondent selects multiple categories using

19  the guidance given to us from the U.S. Office of Management and Budget, they are counted in

20  each racial category they selected. You will see these categories again as we go through the

21  software and understand the legal requirements. Especially, surrounding protecting benchmark

22  minority districts.

23          Now that we've talked about how the population data is collected and how people can

14

## House Redistricting Committee - Sep. 22, 2021

1   identify themselves, let's talk about geography. The geography support products are produced by

2   the Census Bureau and essentially breakdown the landscape of Florida into different

3   geographical units. These units are then used to draw districts. Census blocks are the smallest

4   unit of geography defined by the US Census Bureau. They range in size from individual parcels

5   of land to city blocks to larger areas. Regardless of geographic size or population, they serve as

6   the building blocks for the other units of geography. We'll take a look closer at this as we take

7   this committee through the map drawing application. You'll get a better sense of it then and

8   you'll be able to see first-hand how these units of geography and the associated population

9   counts give us a detailed picture of Florida's population.

10   Let's pause there for a second to see if we have any questions. All right seeing no

11   questions. Now that we've covered a lot of terminology and baseline details let's actually take a

12   look at some of Florida's topline results of the 2020 Census. Here you can see Florida's 67

13   counties and which ones grew in population. The darker the green represents a greater percent

14   change in population. The light-color counties lost population when compared to the 2010

15   population counts. The counties with the biggest increases were mostly in the Central Florida

16   area. Many of the more rural counties in Florida lost population, which was consistent with

17   national trends. Above on the screen there are the counties with over 20 percent growth that we

18   saw on the previous slide. You can see that Osceola, St. Johns, Sumter, Walton, Lake, Orange,

19   Santa Rosa, Manatee, Nassau, Lee, Pasco, Flagler, and Polk. On the next slide, these are the

20   counties that lost population that we talked about on the previous slide. And those are Gulf,

21   Hardee, Lafayette, Calhoun, Madison, Glades, Gadsden, Hamilton, Jackson, Liberty, Taylor,

22   DeSoto, Jefferson, Putnam, Holmes, Okeechobee, and Bradford. This next chart shows the top

23   ten largest counties. They are the same ten as in 2010, however, Duval overtook Pinellas for the

CUBANOS-0000004694

### House Redistricting Committee - Sep. 22, 2021

1   number six spot in this decade. Those are Miami-Dade, Broward, Palm Beach, Hillsborough,

2   Orange, Duval, Pinellas, Lee, Polk, and Brevard. The next slide these are the smallest counties.

3   Same ten as in 2010. They are Liberty, Lafayette, Glades, Franklin, Calhoun, Hamilton, Gulf,

4   Jefferson, Union, and Dixie.

5      You can see now the Florida municipalities. This is a comparison between the last census

6   and this census. Florida gained one city and now has 412, compared to the 411 cities it had in

7   2010. Weeki Wachee is still considered an incorporated municipality because they were

8   incorporated on April 1, 2020, census day. The next slide shows the top ten largest cities in

9   Florida. Cape Coral makes the list after being 11th in 2010. But Jacksonville's the largest.

10   Miami, Tampa, Orlando, St. Petersburg, Hialeah, Port St. Lucie, Tallahassee, Cape Coral, and

11   Fort Lauderdale.

12      The next slide, this is similar to the county slide, but shows how each House district

13   changed in population. The darker the green indicates larger percentage growth. It again shows

14   that the I-4 corridor gained the most population by percentage. The next slide this is similar to the

15   former slide but shows how each Senate district changed in population. You can see this, this

16   shows the same patterns as the House map but obviously for much larger districts. The next slide

17   shows how each congressional district changed in population. It again shows that Central Florida

18   gained the most by percentage. We have any questions at this point in time? All right members,

19   seeing no questions we'll move on.

20      We're going to move into the redistricting website demonstration. I've had a preview of

21   this. This is fascinating and what the advancements in the technology have taken place over the

22   last ten years and what access and really just workability that it will provide to the constituents

23   and citizens of the state of Florida. With that, I will turn it over to Leda. Ms. Kelly.

16

CUBANOS-0000004695

## House Redistricting Committee - Sep. 22, 2021

1     Leda Kelly: Thank you, Mr. Chair. With the assistance of DJ, I would like to walk the

2     members of the committee through our website today. I will tell you, you guys are getting a

3     brand new look at this. We rolled this out and debuted it to the public about two hours ago. So

4     it's hot off the presses. The redistricting committees of both the Senate and the House have

5     ventured into a joint website as well as our joint map-drawing software for this decade and while

6     DJ draws that up, I'll talk a little bit about some of the vendors and the accessibility that we

7     have. So as part of our website we have contracted with Esri, they are an industry leader with

8     GIS mapping technology and it really brings to life what we can do with our redistricting

9     software. The website we have for you today and is available now to the public has a lot of really

10    amazing functionality as far as interactivity and accessibility for people all across the state.

11     One of the first things I would like to point out on the home page here is, DJ, if you could

12    hover over the icon there on the left. We have embedded a Google translate functionality here. So

13    no matter what language people speak or need to be able to translate the website into they have

14    that functionality built right into the website. Florida is very diverse and we wanted to make sure

15    and respect that. DJ if you could scroll to the bottom of the homepage. What this website allows

16    us for is there is a lot of data involved in the redistricting process. If you could click on that

17    explorer button to be able to pull up some very interactive maps that we have. These maps here

18    are very similar to what Chair Leek just walked through showing different over/under

19    populations and taking Florida's current maps and being able to make them clickable and usable

20    to any person right off the bat. So DJ if you'd scroll up to the map and just click on a district, any

21    district. What it allows us to be able to identify a district and when you click on it pops up with

22    the statistics that we've identified. It shows the current population of the district, the new ideal

23    population, as well as where those deviation percentages and raw numbers come from. Again,

CUBANOS-0000004696

## House Redistricting Committee - Sep. 22, 2021

1   it's quickly accessible and it's provided there for the House, Senate, and congressional districts

2   as well as Florida's counties and cities.

3          DJ if you would move on to the About page, please. Here again, a lot of the material that

4   we have gone through today creating that educational foundational basis for anyone that wants to

5   be involved in this process is just paramount. So a lot of the material we have walked through

6   today we also want to make sure the public has readily available. As DJ continues to scroll

7   through the screen, you will see the population figures is updated for this decade as well as some

8   of the legal references that again, we went through earlier in this presentation. As well as things

9   like the redistricting process and even the timeline associated with it. Every state has a very

10  unique timeline when it comes to redistricting and so we want to make sure people understand

11  the context of which Florida's operating in.

12         DJ you can move on to the House Committee page, please. Here front and center you will

13  see our lovely committee leadership. Thank you all for serving. What we did want to do is be

14  able to make this a one-stop shop for people. Anyone that's interested in this process. There's

15  obviously resourses that exist on our MyFloridaHouse committee page as well. So what we have

16  been able to do is link all of that to existing documents, or publications, or being able to access

17  the Florida Channel to watch our meetings. Again, we really want this website to serve as a one-

18  stop shop where everyone can go and find everything whatever they need about redistricting. So

19  you will see here the House page is divided into our big committee and our two subcommittees.

20         Then if you keep scrolling down, we have additional resources that you would also find

21  for other standard legislative processes. Memos, and correspondence, how to identify who your

22  current representative is, as well as tracking bills and being able to appear in committee. We

23  round out the webpage with the Florida House calendar and other important legislative dates.

18

CUBANOS-0000004697

## House Redistricting Committee - Sep. 22, 2021

1   Again, so constituents can stay informed. The next tab on the website is for the Senate committee

2   page. Again, this is a joint website that we are doing together. So they have similar functionality

3   tailored for their chamber and information about their respective committee as well.

4       The next tab is our Resources tab. Now, DJ if you would actually go and click into the tab

5   that I have open. So those top items that you saw on the webpage they are called story maps.

6   What this allows us to do is, again, very graphically, very consumedly show, and produce the

7   maps that Florida has enacted dating all the way back to the 1980 redistricting cycle. So DJ if

8   you will scroll down. A really cool functionality about this is as you scroll the districts will

9   actually change. You might need to let it catch up. Sometimes it lags a little bit. You can scroll

10   through, there is a brief description of what happens with that decade and then you can see the

11   associated map that was enacted during that process. Again, giving people context, not only from

12   where Florida has been but through our currently enacted maps as well.

13       DJ you can flip back over to the other tab now, thank you. Also found on this Resources

14   page, again, documents like our glossary, we also have links to the U.S. Census Bureau. They are

15   the official source where we derive a lot of our data, definitions, and logistics from. So we

16   wanted to make sure and give folks a direct access back to any item that they also have available.

17       If you would now like to go over to the Get Involved page. I think this is the one that

18   people are going to be most interested in. If you would pause here in this top section. This is the

19   page where I feel that a lot of you will be directing your constituents who want to get involved in

20   this process in drawing maps. So as well as rolling out this website a couple of hours ago, we

21   have also debuted our map drawing software. This button right here where it says 'click here to

22   draw and submit maps' is where you can direct individuals who would like to create a profile and

23   actually go into our software and create maps of their own. The Legislature has a submission

CUBANOS-0000004698

## House Redistricting Committee - Sep. 22, 2021

1  process where any map is drawn if a member of the public would like to submit that map we

2  have the ability to do that through our map drawing portal and the forms that are associated with

3  it. Again, I feel like you guys may be visiting this page often. We encourage you to, we

4  encourage people to get involved and create profiles if they are interested in this topic.

5      DJ you can continue to scroll down. Additionally, with regards to the software, we have

6  quick start guides, which is kind of a how do I get started quickly drawing. How do I create my

7  profile, perhaps change my password, as well as our help manual, which goes into a little more

8  detail perhaps with some of the more advanced drawing tools or some more nuances of how we

9  have the software set up as well. The last section that we have here is tutorial videos as well.

10  Again, everyone learns with a little bit different styles. So we wanted to make it easily accessible

11  and right there and available for them.

12      You can click onto the last page DJ. The last page, again, we want to make this connected

13  with the existing resources that are out there for both the House and the Senate. So we wanted to

14  make sure and do direct links back to our respective committee pages. As well as our committees

15  have, direct help account for anyone who needs assistance, again, whether it's with resetting their

16  password, or anything along those lines. So help@floridaredistricting.gov is prominently

17  displayed on our website and you can encourage people to visit that and email us if they need

18  assistance as well. With that Mr. Chair, I will turn it back over to you. Thank you.

19      Tom Leek: Thank you, Ms. Kelly. Members I'm going to open this up for questions about

20  the website. I do want to point out a couple of things because this is a significant advancement

21  for the state and for us, quite frankly, in drawing districts. That data, all the data that we have, all

22  the processes that we have will be available not only to every one of you but to every interest

23  group out there, to every citizen out there, will have the ability to get in, learn how to use the

CUBANOS-0000004699

## House Redistricting Committee - Sep. 22, 2021

1   material and to draw and submit their own maps. Just think about that for a second. Every citizen

2   in the state of Florida, through this will have access to the data and the ability to submit and draw

3   maps and make their voices heard. With that, I'll open it up. If there are any questions about the

4   software. Ranking Member Geller.

5       Joseph Geller: Thank you again Chair and thank you for this very thorough look. Looks

6   like a great website. I congratulate and staff on this seemingly excellent tool. When you said that

7   everybody in the state will have the opportunity to use this any interested person and submit a

8   map. That's great. My questions is, is there any procedure that's in place or any contemplation as

9   to whether or not maps submitted will be reviewed by either members of the committee the staff

10  of the committee, somebody because submitting it is only helpful if it doesn't go to the dead

11  letter office. What's contemplated about that?

12      Tom Leek: Let me, as we are working through this, like we said this website is two hours

13  old but it equipped to do those things the precise way. And I would defer to Ms. Kelly.

14      Leda Kelly: Yes, thank you Mr. Chair. So all the submissions come into our office. I

15  would like to actually echo some of the sentiments that Chair Leek had earlier. You know any

16  public input that comes in, just like any other piece of legislation or bill. It will filter through the

17  respective representatives. What you guys offer up whether, again, if it's an individual bill or an

18  amendment to a committee work product at that point would make its way formally through our

19  committee. But every piece of public input that is submitted does, again, come to staff and will

20  eventually reach a point where we will actually be putting that on the website as well. So every

21  map that's submitted as well as the statistical reports that go along with it and the actual drawing

22  shape files is what they are called will be publicly available and anyone can access them on a

23  new page on our website. We are just not quite there yet. We do not have any maps. Thank you.

CUBANOS-0000004700

## House Redistricting Committee - Sep. 22, 2021

1    Joseph Geller: Follow-up Mr. Chair.

2    Tom Leek: You are recognized.

3    Joseph Geller: Thank you, Mr. Chair. I appreciate that very much Ms. Kelly and that's a

4    thorough answer. Is it the case that in order to receive consideration by the committee that

5    anything submitted by citizens has to be advanced by a member whether as a bill or an

6    amendment or is there some process by which, I don't want to bury committee staff here either, I

7    understand how many could be coming. My question is there some process by which everything

8    submitted will get at least some kind of review, maybe a Tier One if we can steal that

9    terminology to determine whether it's worthy of further study, if it presents anything novel, if it's

10   different. And that in some fashion it won't be just membership driven, but that there would be

11   some level of consideration. Where staff would go through them and at some point, the staff

12   would present this input from the public to all the members, again, not necessarily, – I am not

13   asking if every single one is – we can be as buried as the members of staff. But is there some

14   process by which there would be some winnowing and some select ones, some version, some

15   standard, however it's done would end up being presented to us, instead of by us.

16   Tom Leek: Ms. Kelly you are recognized.

17   Leda Kelly: Thank you Mr. Chair. So here is what I will answer back to you,

18   representative. Thank you for the question. Especially with the acknowledgement that we don't

19   know how many maps, we may be receiving. We are going to look to members to really be able

20   to go into the public input understand what they think makes sense for this committee, for this

21   process, what you guys believe are going to meet those requirements and what you would like

22   committee staff to look at. Whether that's a formal request, or being able to say this is a

23   compliant map for X, Y, Z reasons. We are going to look to members of the committee to assist

CUBANOS-0000004701

**House Redistricting Committee - Sep. 22, 2021**

1    with that.

2        Joseph Geller: Last follow-up Mr. Chair.

3        Tom Leek: You are recognized.

4        Joseph Geller: Thank you. So, look I want to be clear, I understand this is a new process

5    for practically all of us and it's got to be developed. I don't know some of the questions I am

6    asking, maybe there aren't answers for yet, and that's fine. We will need them soon, but not

7    necessarily today, but if we are on the website and we see one that we think is a good one that

8    was submitted by a member of the public. Maybe they contacted us and said please look at my

9    map, maybe we were just trolling through the public stuff and said wow, that's a good one. If we

10   contact staff and say there are out of this 300 and hope it's not 3,000 there are three that I think

11   are really good please take a look at those. Does that count as our submitting our own map

12   where, oh okay you said to look at this one, that's your seventh bill or something like that. Or

13   looking down the road are we contemplating at some point that there would something akin to a

14   PCB process where –I mean is it contemplated that the committee and committee staff would say

15   here's a map, or here's five maps, or here's ten maps. And if we advocate for inclusion of one in

16   that does that count against our bills, or is it contemplated it might come from you guys and we

17   can just urge that. I'm sorry that such a rambling question.

18       Tom Leek: Thank you Ranking Member Geller. I love your questions because there are

19   always so many of them in one. Let me see if I can unwind that a bit. At the end of the day, there

20   will be a joint resolution that we will propose the maps, okay. Is it a PCB, no, but it's a joint

21   resolution. The only way that a map will count against your bill allotment is if you file it as a bill.

22   If you ask staff to review a specific map because you would like it reviewed then we will review

23   a specific map. The staff will review a specific map. Did I get them all? Excellent. Thank you.

CUBANOS-0000004702

## House Redistricting Committee - Sep. 22, 2021

1    Representative Driskell, you are recognized.

2    Fentrice Driskell: Thank you Mr. Chair and thank you Ms. Kelly for the presentation. I

3    look forward to interacting with the website. It does look transformative. A question, I noticed – I

4    love the integration with Google translate. I was curious if you thought about or considered, or

5    would consider looking into – I know there's a way with translate where you can actually have

6    the language listed in the native format for that language. Those who may not be native English

7    speakers may not understand the English that is on the page and maybe we can think about

8    writing it in their native language. But that's not a question, I guess that's more of a comment,

9    sorry. Mr. Chair, the question for you, which is that, because I know this process is new and you

10    mentioned only a few members had been through the redistricting process before. It's my

11    understanding that in past years there may have been road shows where committee members

12    would go across the state or around the state and engage the community in that way. Is that

13    something that this committee contemplating this time around and if so what would that look

14    like?

15    Tom Leek: Thank you for the question and in all fairness, those discussions are still being

16    had between the Senate and the House. We are obviously substantially impacted by the delay at

17    getting the data. Remember in years past when there has been road shows that data had come in,

18    you may have had nine months to work with the data, right. That's not the case now. So, although

19    those decisions have not been made I would say that it's going to be difficult to do a road show

20    like anything you have seen in the past. I am very enthusiastic about the accessibility of this

21    website because not only are we faced with a constitutional timeline for finishing the product and

22    a shortened period of time in which we can work on that product. We have also had substantial

23    material gains in technology and accessibility that will increase access for the public. So those

24

CUBANOS-0000004703

## House Redistricting Committee - Sep. 22, 2021

1   things we used to have to a city to find out what the citizens thought that the district should look

2   like. They now have access. Not only do they now have access. They have access to the data, the

3   same data that we would use to do those things. That's kind of my long way of saying I can't

4   answer that question definitively yet, but you kind of see the hurdles that we are facing.

5   Representative Driskell you are recognized.

6       Fentrice Driskell: Thank you Mr. Chair and thank you for that insight in letting us know

7   that those contemplations and conversations are still going on. This actually is a question for Ms.

8   Kelly. Is the website ADA compliant?

9       Tom Leek: Ms. Kelly you are recognized.

10      Leda Kelly: Thank you Mr. Chair. Thank you for that question. Yes it is, there is

11  alternative text built into the background of it and as well specifically on the House Committee

12  page at the very bottom we have linked directly back to standard House protocol for any ADA

13  accessibility, whether it's in a committee meeting or anything along those lines. So those are

14  provided in the website.

15      Fentrice Driskell: Wonderful thank you.

16      Leda Kelly: Mm-hm.

17      Tom Leek: Senator Thompson you are recognized for a question.

18      Geraldine Thompson: Thank you Mr. Chair. If members are not going to be involved in

19  drawing maps or members of the public. Are we to consider existing maps as a baseline or is this

20  de novo and we start all over again?

21      Tom Leek: Thank you Senator, because they are maps that you are submitting I would

22  encourage you to make sure that your considerations are compliant with the Florida Constitution

23  and law. But your rationale for drawing the maps that you draw to submit is yours.

CUBANOS-0000004704

## House Redistricting Committee - Sep. 22, 2021

1    Geraldine Thompson: Follow-up.

2    Tom Leek: You are recognized.

3    Geraldine Thompson: There has been a lack of clarity and I think it's important for

4    citizens to understand whether or not they are bound by maps as they exist today or they can just

5    start all over again and draw maps. That's what I'm trying to get at.

6    Tom Leek: Thank you, I think I understand your question and I'll try to restate my answer

7    a little bit. But you, or a citizen, or any member must draw maps that are compliant with the

8    Constitution, not necessarily based on something that happened ten years ago or quite frankly

9    population data that's a decade old. But how you choose to do, it is up to you.

10   Geraldine Thompson: Thank you for the clarification.

11   Tom Leek: Okay members let me get this – I'm going to recognize Representative

12   Skidmore here just a second but let me give a little explanation here. Representative Skidmore

13   has asked to sit in and in our normal process we would invite any member to come and sit in,

14   however we would only take questions when all the other members have exhausted their

15   questions and we make sure we don't any other member of the public short. So it doesn't look

16   like we have that problem today so Representative Skidmore you are recognized.

17   Kelly Skidmore: Thank you so much Mr. Chair. Thank you for your indulgence. In, and

18   this might be for you or Ms. Kelly, as we or the public begin to draw maps and as Representative

19   Geller said. We see one that looks good. What is the criteria that we are using to label those maps

20   as good? Are we looking at the ideal number in terms of the congressional districts we can't

21   deviate by one person. Is there a template or a set of rules or guidelines that the public could be

22   given, or even the members could be given, so that they are using the formula that the committee

23   staff is going to be gauging the maps on as well.

CUBANOS-0000004705

## House Redistricting Committee - Sep. 22, 2021

1   Tom Leek: Thank you, let me take a shot at that. It doesn't matter where the maps come

2   from, whether it's you, me, the committee, or any member of the public. It has to be compliant

3   with the same set of standards. Those standards are outlined for us in federal and Florida law,

4   Florida's Constitution, there is also a great deal of court precedent that backs these up. That's

5   where we get the Tier One and the Tier Two. What we are going to take the next several meetings

6   to do is to educate everyone here and the public on what those laws are. I wish I could tell you

7   there is a formula, there is not. There are considerations. Some of which are given equal

8   consideration, some of which are the second-tier-down consideration. Through that process, we

9   will come up with compliant maps. Ranking Member Geller, you are recognized.

10   Joseph Geller: Thank you Mr. Chair. Very informative discussion. I want to go back to the

11   point that Rep. Driskell raised and see if there's not a middle ground to consider. Old style road

12   shows are so pre-COVID, the notion that people, including the staff of this committee or

13   members of this committee need to travel anywhere to hear the public just is not the case

14   anymore. If we can have the vision to catch up to technology as the Vice-Chair is always urging

15   us to do. So, on the other hand the idea that members of the public would have to come to

16   Tallahassee to go stand at the Civic Center to be piped so to speak to us. Is equally ridiculous as

17   to tell the members of the committee and the staff. Isn't there a way that we could set up

18   reapportionment day in these various cities, population centers and by the way, I say cities but,

19   you know, Rep. Drake, I don't want to be omitting non-city areas of the state. Where we could

20   set up –

21   Tom Leek: I hope your question is the best foreshadowing against, but go ahead.

22   Joseph Geller: Good point, good point Chair. Where we could have some kind of local

23   staff, it wouldn't even have to be anybody from here. Set up some Zooms where people – I mean

27

CUBANOS-0000004706

## House Redistricting Committee - Sep. 22, 2021

1    I guess they could always do it from their own living room too. But if they set, something up that

2    said if you want a more formalized process this is reapportionment day in Orlando. And if

3    you've got something to say come get on a Zoom there with five, ten, fifteen people. You can all

4    meet or maybe we could just have it be from your living room. And this committee could hear

5    and take that testimony on a limited basis. I mean we couldn't do it all the time for every city.

6    But we could have a few meetings and instead of a road show, we wouldn't even necessarily

7    have to be here. We could all be at home too. But would call a meeting, a virtual meeting of the

8    committee just to hear the public, just to hear what they have to say. Everybody could log on. We

9    would be sitting here, you would call it to order, you would tell people how long they have and

10    keep them from rambling on and cut them off when you have to. We could allot a certain amount

11    of time and then everybody could make their point not have to come here. Hopefully, even we do

12    not have to come here for it. We could just all log on and I bet we would have better attendance

13    too. I do not know if that is doable maybe, there are technological challenges to it that I do not

14    foresee. But I would like to offer it for consideration. It's a way of accomplishing that and yet

15    conforming to that shortened calendar that you discussed and keeping us from having, as

16    members of the committee, to have that inordinate problem where we are going to have to trapes

17    all over the State as well. I do not think we need to do that to hear the public thank you Chair.

18      Tom Leek: Thank you Ranking Member Geller. I have no indication that the committee

19    meetings here will be any different than the committee meetings we've been having. I am not

20    sure how long you have been here Representative Geller but I think you are in your final term,

21    but a long time, right. So I think the committee meetings will continue to operate in that fashion.

22    I am certainly willing to think about that issue. I do want to point out unlike any other committee

23    that you have probably ever served on. The public will have direct access to you out of their

CUBANOS-0000004707

## House Redistricting Committee - Sep. 22, 2021

1  homes, at their convenience through this website. And information that they would have never

2  had before. So, that's going to occur, I am kind of excited to see how much input that we get. I

3  think one of the problems with doing the road shows, or the virtual road shows that you are

4  talking about is it probably would not be feasible to do in every city or community. So would

5  you be favoring high-density communities over low density? There is a lot of issues that go with

6  what you're talking about. But I do appreciate the suggestion.

7      Joseph Geller: Thank you.

8      Tom Leek: All right members are there any further questions? Representative Drake, you

9  are recognized for a question.

10     Brad Drake: What's the allowable variance in the population changes? So if like the new

11  data shows that 21.538 million divided by 120 gives you 179,485 so if a House district, for

12  example, is about 180,000 what's the acceptable variance to when you are drawing the maps? It's

13  a percent or something? 1, 2, or 3 percent one way or the other?

14     Tom Leek: I will take that. Then kick it to Ms. Kelly. So, great question. What we know

15  from the precedent, court precedent is that generally is that anything under the 10% would be

16  allowable. It depends on the reasons you have that variation. So that's kind of a case-by-case

17  basis. When we're talking about State House and Senate legislative districts. Did I say that right

18  Ms. Kelly?

19     Leda Kelly: Yes, sir. Mr. Chair and just to complete the thought, on congressional

20  districts there is a strict standard of plus or minus one person. So, state legislative districts have a

21  little bit more leeway. But yes, sir.

22     Brad Drake: Is it 1% on the congressional or one person?

23     Tom Leek: One person. You're right it is one person. Plus or minus one person.

29

CUBANOS-0000004708

## House Redistricting Committee - Sep. 22, 2021

1    Joseph Geller: One person?

2    Tom Leek: All right let me be clear here. There is a different standard for congressional

3    districts than there is for state legislative districts by law. Congressional districts are plus or

4    minus one person. So, when you are counting people in a district it can't very more than one

5    person from the other districts. The state legislative districts are necessarily different. The court

6    precedent that we are given at that level is it could be as much as a 10% variance and let me

7    check on something right here. Historically in Florida, the variance has been in the 1 to 2%

8    range. Even though the courts would say that 10% or less would be permissible. We will have to

9    see, right. We will have to see how the maps drawn. And one thing I want you guys to remember

10   it is not as simple as saying, if we just move this line here over here then we get the ideal

11   population, because moving that line changes the population for the district next to it. So, it gets

12   very, very complex. We will work our way through it. Representative Omphroy you are

13   recognized.

14   Anika Omphroy: Nothing works here. Thank you so very much Chair Leek and –

15   Tom Leek: Okay can you try to find a microphone that works. Okay, I just want to make

16   sure we preserve this for the record.

17   Anika Omphroy: Thank you, sorry.

18   Tom Leek: Thank you Representative Omphroy you are recognized.

19   Anika Omphroy: Thank you so very much Chair Leek. I would like to ask a question to

20   Director Kelly.

21   Tom Leek: You are recognized.

22   Anika Omphroy: Thank you, Director Kelly is there a tutorial on how to do the maps or

23   how to use the maps by any chance?

CUBANOS-0000004709

## House Redistricting Committee - Sep. 22, 2021

1    Tom Leek: You are recognized.

2    Leda Kelly: Thank you Mr. Chair. Thank you Representative. Do you mean to actually

3    like log into the software and how to use the drawing functionality? Is that – for clarification is

4    that your question?

5    Anika Omphroy: Correct, Director Kelly.

6    Tom Leek: You are recognized.

7    Leda Kelly: Thank you Mr. Chair. The quick start guide and the help manual are listed on

8    their list out some more of the detailed functionality. So for instance if it has a tool on there it

9    will take in written form step-by-step how to access that tool and, for instance, how to save a

10   map. It will take you through exactly through the steps needed to do that. So, yes that is

11   provided.

12   Anika Omphroy: Thank you so very much. Chair I have a question for you.

13   Tom Leek: You are recognized.

14   Anika Omphroy: How will you decide, if we do go out into the field, which members

15   would be participating? Would you do it based on the region that we are in, or would you create

16   some kind of a rolling crew. And then I have one other question.

17   Tom Leek: Okay, truthfully I don't know. Right now, we are talking about a hypothetical

18   decision and I think logistically that is going to be tough. But I do not know yet.

19   Anika Omphroy: One other question.

20   Tom Leek: You are recognized.

21   Anika Omphroy: Thank you very much Chair. Actually, it is more of a statement. I am

22   truly impressed by the work that has taken place between the Florida House and the Florida

23   Senate to create this website and I just want it to be noted that I am looking forward to fiddling

CUBANOS-0000004710

**House Redistricting Committee - Sep. 22, 2021**

1  around with it and to seeing what we get back from the public. So I just want to say thank you to

2  our staff and the Senate staff for pulling together such an amazing website. Thank you.

3      Tom Leek: Thank you, Representative Slosberg you are recognized.

4      Emily Slosberg: My question is, I know you discussed this earlier. When somebody

5  submits a map to the website. Does that become public on the website or is that something that

6  gets sent around to us as committee members, or what happens to it?

7      Tom Leek: I think that's a good question. We did address it a little bit earlier but Ms.

8  Kelly if you could fine-tune your answer to her question I would appreciate it.

9      Leda Kelly: Yes, sir. Thank you Mr. Chair, thank you Representative. So once they are put

10  onto the website they are accessible for everyone. As far as the process to making them available

11  to committee members, if committee work products or member maps that are put forward are

12  brought to committee, those will be produced as part of the meeting packets. Otherwise, the other

13  maps that are submitted by the public will be accessible and you can go out and access those at

14  any point in time from the website.

15      Tom Leek: Representative Slosberg you are recognized.

16      Emily Slosberg: So if Representative Geller filed a map as a bill will that as well show up

17  on this website? Under the maps?

18      Tom Leek: You are recognized.

19      Leda Kelly: Thank you Mr. Chair. Yes, if it comes through the committee process it will

20  show up on that website. Yes, ma'am.

21      Tom Leek: And let me follow-up a little bit. You all as members will actually have an

22  access through Legis. So you can submit bills. Representative Mariano you are recognized.

23      Amber Mariano: Thank you Mr. Chair. Just a quick question following up that. We have a

CUBANOS-0000004711

## House Redistricting Committee - Sep. 22, 2021

1  feature on the House website, Write My Representative, where we get sent things directly to our

2  emails when they come in from our constituents. Would that be – would it have any functionality

3  to that level or we would just have to go and look by address to see who are our constituents that

4  were submitting.

5      Tom Leek: Ms. Kelly you are recognized.

6      Leda Kelly: Thank you Mr. Chair. Thank you Representative. Whenever we – our goal is

7  whenever we debut this there will be some sort of sortability functionality so that you are not

8  searching a specific address perhaps to find a map. But you will be able to search by different

9  identifiable features. So for instance, if you only want to see congressional maps that were

10  submitted you will be able to sort and filter by that. Thank you.

11      Tom Leek: And I have only had a preview of the website, again, we launched it two hours

12  ago. But your ability to sort and filter information is pretty remarkable.

13      Amber Mariano: Just a follow-up.

14      Tom Leek: Representative Mariano you are recognized.

15      Amber Mariano: Is there any direct functionality for it to be sent when a constituent

16  submits it to their representative or senator?

17      Tom Leek: Oh, Ms. Kelly can you answer that question?

18      Leda Kelly: Yes, sir Mr. Chair. Thank you for that. I don't believe that is currently in the

19  works but I will make a note of that and take it back and see if that is a possibility.

20      Tom Leek: All right members any further questions. Representative Robinson, you are

21  recognized.

22      Will Robinson: Chair to go back to the document retention issue you spoke about earlier.

23  If we get an email from a constituent or non-constituent and we respond. Do we have to forward

CUBANOS-0000004712

## House Redistricting Committee - Sep. 22, 2021

1   that email to committee staff or what do you suggest that we do in regard to that type of process?

2        Tom Leek: I think that's a fair question. Ms. Kelly do you have recommendation on that?

3        Leda Kelly: Yes, sir. Thank you Mr. Chair. Thank you Representative. Any documents or

4   correspondences that you receive from constituents or otherwise I would highly recommend that

5   you retain that for you records. It doesn't necessarily need to be sent to committee staff but it

6   does need to be retained in your official records. Thank you.

7        Tom Leek: Let me follow-up on it. If you have any doubt whatsoever, please ask. Poor

8   Leda here, you can either send it to Ms. Kelly or you can ask whether it's something that should

9   be sent to Ms. Kelly. Alright. I want to get to public comment, okay. Members are there any other

10   questions. Members of the committee are there any other questions? Ranking Member Geller

11   you are recognized.

12        Joseph Geller: Yes, Chair. Just very briefly, will there be an opportunity after public

13   comment before we adjourn for some non-question comments?

14        Tom Leek: Assuming that we have time I believe so.

15        Joseph Geller: Thank you, thank you chair.

16        Tom Leek: Alright, moving into public comments. I will remind you to keep your

17   comments on the presentation and overview that was presented today. In staying with committee

18   protocol. Your comments should be directed to those things that we saw today and those things

19   that we did today. So, first, oh come on guys. First, Andrew Taramykin. Am I saying that

20   correctly? Forgive me not getting that right if I didn't. From Fair Elections Center Campus Vote

21   Project. You are recognized.

22        Andrew Taramykin: Actually pretty good on the last name.

23        Tom Leek: Ah, thank you.

CUBANOS-0000004713

## House Redistricting Committee - Sep. 22, 2021

1    Andrew Taramykin: My name is Andrew Taramykin. I am here with the Campus Vote

2    Project Redistricting Fellowship. I have lived in the Gainesville community for about a year now

3    as a student at UF and I would like to ask you to keep Gainesville and campus communities like

4    it together as you draw these maps. We talked a lot today, or you talked a lot today about the

5    demographic data of different districts and students are a unique class in this state. For example,

6    Gainesville is distinct both locally and in the state as a whole for its high population of students.

7    It's more urban its more diverse and has a much younger population than many of the rural

8    counties and towns surrounding it. It's also worth noting that even among the local populations

9    college towns tend to be more diverse than other communities around them. Consequently, this

10   unique identity puts us in a difficult situation politically especially when it comes to gaining

11   representation at the state and federal levels. This difficulty is compounded when our town is split

12   up into different districts. Further diluting the voting power of a community that's already in the

13   minority among its neighbors. Currently, Gainesville is kept whole in the U.S. House and the

14   Senate. But we're split into two districts in this chamber, the Florida House. The current

15   boundaries of House Districts 20 and 21 cut directly through our community across Archer Road

16   down 23rd Street and back up 13th Street. Cleanly separating the campus proper from the off

17   campus neighborhoods. I will use myself as an example. My freshman year I lived in Cypress

18   Hall and Mr. Clemons was my representative. This year I live in an apartment less than a mile

19   away and now Ms. Hinson is my representative. Now, I believe Mr. Clemons and Ms. Hinson are

20   both fine people to represent me in the Florida House, but why do we need two people, people

21   who might I note are not of the same political party, representing one school. I shop at the same

22   Publix, I get my bagels and coffee at the same places. I frequent the same bars, restaurants, and

23   parks that I went to as a freshman. So why am I represented by a different legislator than I was

CUBANOS-0000004714

## House Redistricting Committee - Sep. 22, 2021

1    last year? Why do I have a different representative then my friends who live on campus? Why

2    doesn't one representative have to answer to all the students at UF? As students and teachers, we

3    contribute a lot, not only to our community but to this state. We all saw the photos of the

4    Governor hoisting a Florida Gators baseball jersey with the number five on it after the U.S. News

5    college rankings came out last week. I was really proud to see those photos and I'm sure many of

6    you were too. But it would be horribly unfair for the state to take advantage of the success

7    politically. But dilute our ability as students to participate in the civic body of the state. I know

8    many of you in this legislature are Gators yourselves so you know how meaningful this

9    community is. And other college communities across Florida. I ask that you ensure that our voice

10    can be heard at all levels of government. Thank you so much for your time and consideration. I

11    really look forward to seeing how this process plays out in Florida and God bless the state of

12    Florida. Thank you.

13       Tom Leek: Thank you very much and thank you for being here. We appreciate it. Next up,

14    Jeffrey Sharkey, League of Women Voters of Florida. Seeing no Mr. Sharkey, we will move on.

15    He waives in support. Mr. Sharkey good to see you. Next up, Jonathan Webber, Florida

16    Conservation Voters Inc.

17       Jonathan Webber: Good afternoon, thank you so much My name is John –

18       Tom Leek: Mr. Webber you are recognized.

19       Jonathan Webber: I'm sorry, thank you. My name is Jonathan Webber I am the Deputy

20    Director of Florida Conservation Voters. Thank you for allowing me the opportunity to speak. I

21    gave similar remarks in the Senate committee on Monday. Fair voting districts are the most

22    important aspect of our democratic republic. The integrity of our entire system is in those little

23    lines in the map, which are now completely in your hands. Eleven years ago, 63% of Florida

CUBANOS-0000004715

## House Redistricting Committee - Sep. 22, 2021

1    voters approved two amendments to our Constitution related to the redistricting process. Thank

2    you for reviewing them. Like you, I will be referring to that section in the Constitution regularly

3    as we engage over the coming weeks and months but the words in the Constitution are only one

4    part of the story. I strongly and respectfully encourage the following. So please ensure that all

5    map drafts become visible in real-time. And that the actual work of mapmaking is livestreaming

6    to the audio and video preserve all communications about redistricting and make them available

7    as public records. Solicit extensive input from the public. Seek out and work to understand

8    opposing perspectives and points of view. Provide ample notice of all preceding and public

9    comment opportunities and find ways to get the people of Florida involved in a meaningful way,

10   even if they do not have means to travel to Tallahassee, which includes virtual verbal input

11   opportunities. Input in committee meetings is not enough especially when Floridian's want to

12   comment in multiple maps and they cannot make it up to Tallahassee for multiple meetings. I do

13   love the website and thank you so much for putting that together. But not everyone has regular

14   internet access or internet skills especially in some of our rural counties. So that is something to

15   consider. Please ensure language accessibility for our rich and diverse population I noticed the

16   Redistricting website does have the translation feature a little blue button. Thank you so much of

17   that. But it looks like the translations don't extent to some of the PDFs on the site or the mapping

18   portal, or the instructions on how to use the mapping portal. I've only done a quick survey of

19   this. So maybe I am wrong and I apologize for that, but that's what it seemed like to me. But

20   thank you. So translation services are a must. I know that each and every one of you is taking

21   this process seriously and I want you to know that so are the people of Florida. I will close by

22   saying the redistricting process demands your best, it demands our best in the public. Future

23   generations are watching, current generations are counting on you. Thank you so much.

CUBANOS-0000004716

## House Redistricting Committee - Sep. 22, 2021

1    Tom Leek: Thank you Mr. Webber. Seeing no further public comment. Pardon me? Is

2    there further public comment? Is that Mr. Sharkey?

3    Rich Templin: Rich Templin.

4    Tom Leek: Rich Templin. I'm sorry Mr. Templin, mask. They throw me off sometimes.

5    Have you submitted a form?

6    Rich Templin: I tried.

7    Tom Leek: You tried, okay. Well, you are recognized and I'm sure we will clear that up.

8    You are recognized Mr. Templin.

9    Rich Templin: Thank you. Always good to see you running a meeting, Mr. Chairman and

10   welcome back to our fair city everybody, we are glad to have you. I represent the Florida AFL

11   CIO. We are privileged to represent about 1.3 million Floridians. Union members, retirees, and

12   their families. We have ten central labor councils located in every geographic region of Florida.

13   We have members in all 67 counties. We are pretty equally split between registered Republicans,

14   registered Democrats, and no party affiliation voters. Our members as a group vote at higher

15   rates than the general population. They tend to be more active in local politics. They are political

16   animals and they really care about this redistricting process. I was here ten years ago and we had

17   an incredible amount of interest from our membership across the state. We have a very

18   comprehensive network and I so applaud all of the goals that the Chairman laid out today about

19   this process and how you are going to move forward. I really just wanted to offer that we are here

20   and available as this process continues to be fine-tuned. We will be sending it out to our members

21   in every part of the state. We will be doing everything that we can to engage our membership and

22   our leadership in this process. If you have something that needs to get out to the general public

23   please let us know. And it will go with no editorial comment. We want this process to involve as

CUBANOS-0000004717

## House Redistricting Committee - Sep. 22, 2021

1   many people as possible. We want this process as you do to be as transparent as possible. And

2   we're just offering to help. We hope that it's going to be an exciting time. I remember, again, ten

3   years you are going to learn a whole lot about the state of Florida and one thing you might not of

4   thought yet. When you guys are done, we are going to be able to change the wall art in a lot of

5   our offices. Because I have been looking at the same pictures for ten years and I would really like

6   to get some different maps. So thank you very much for agreeing to be on this committee and the

7   hard work that you guys have ahead. If there is anything the people of the Florida AFL CIO can

8   do to help, we want to do that in a completely non-partisan, fair, open, transparent way. Thank

9   you.

10       Tom Leek: Thank you Mr. Templin and please go old school here and fill out a paper

11   appearance card. Thank you. Any other public comment am I missing anyone? Not seeing any

12   other public comment. Thank you for those comments. I hope you found today's materials

13   educational and a solid first step in this journey, again our goal is to educate you so that you have

14   the information that you need to make good lawful decisions. A quick housekeeping note

15   regarding the map drawing application that was launched today. Committee staff will be reaching

16   out during the next couple of days to provide you with your pre-registered log in credentials. I

17   encourage you to take the time to explore our new website familiarize yourself with our map

18   drawing application so that you can help your constituents. Also, keep your eyes open for an

19   email about an upcoming Legislature University for additional training on the map drawing

20   application. Members thank you. This concludes, whoop, sorry. Okay Ranking Member Geller

21   you are recognized.

22       Joseph Geller: Thank you Mr. Chair, I just want to make a couple of very quick comments

23   before we adjourn. I want to start by saying I appreciated the opportunity to speak with you last

CUBANOS-0000004718

## House Redistricting Committee - Sep. 22, 2021

1  week about this and as always your courtesy and graciousness is appreciated. I will say publicly

2  that you said to me that we were going to have an open and transparent process and as I told you,

3  based on everything I have ever had to deal with you when you say it, I believe it, because you

4  have never said anything to me that hasn't turned out to be so. I also had the opportunity to meet

5  with Ms. Kelly the staff director today. She sought me out. I greatly appreciate that as well.

6  That's another sign of courtesy and frankly respect for my caucus and we appreciate that. I think

7  that from everything that I've heard there is going to be a sincere effort to focus on an open and

8  transparent process so that people will know what we are doing and how we are doing it. The

9  people of this state deserve that and I commend you, Chair, and the Speaker for instituting a

10  process that I think will be helpful. I do want to add one thing to it. I mentioned this briefly to

11  you and also to Ms. Kelly. Process is very important. And how we do things matters

12  tremendously.

13      But I do want to put out just one other mark or goal post for us. At the end of the day, I

14  know we have got Tier One and I know we have Tier Two but there is kind of a Tier Three that is

15  sort of penumbral and it has to do with other considerations that are not specifically enumerated.

16  I think one of those is fairness. The people of this state voted to adopt a Fair District Amendment,

17  several technically. And I think they expect a fair process. So I want to just say that as important

18  as this process is, and it is very important, results matter too. At the end of the day, I hope we

19  will all be able to look back and say that what we delivered was a fair result. I just want to give

20  one thought on that since we have a few moments and I appreciate that courtesy Chair. This state

21  over the last three general elections, at the top of the ticket and I want to note all of those were

22  won by the Republican candidate. So we're looking at it from the standpoint from what is. I

23  believe it was a one-point margin, 50.5 to 49.5 in 2016. In 2018 in the governor's race, it was a

CUBANOS-0000004719

## House Redistricting Committee - Sep. 22, 2021

1   .4% margin. And in 2020, it was just over 3 points, I think was 51 to 48 approximately. And yet

2   we have a legislature that has very different numbers and percentages to that. I don't suggest that

3   there aren't a lot of external factors beyond how maps are drawn. Frankly, in most cases

4   Republicans are more successful at raising money than Democrats. We can talk about why that

5   is, but it's just a reality and there is a rule for having good candidates who run good races and

6   win. And I don't mean to discount that either. But we know that there are ways that maps can be

7   drawn and then there are other ways that maps can be drawn. One thing, speaking only for

8   myself, that I'm going to be looking to, at the end I'm not interested in – the law prohibits

9   favoring one political party and that's clear and I'm not interested in that. I have no intent. I do

10  think that we should be guided in some fashion by the expressed will of the people of Florida and

11  one very good way, and not the only way, I mean there's a lot of ways you can determine that.

12  Not always the top of the ticket races. We did have one that was 50/50 for cabinet last time. That

13  was a very small margin. But I think at the end of the day one way we should be guided is by the

14  expressed will of the people of the State. It does not seem to me that's saying that that will as

15  expressed in votes across the State constitutes the same as intent to favor a political party. I think

16  that it's relevant too, so to speak, the facts on the ground and it is our responsibility to look at

17  those facts on the ground and to look at the expressed will of the people. I'm just putting out way

18  in advance I hope that we will not only have the extremely fair process that you've described,

19  Mr. Chair, which I believe in. But at the end of the day, I am going to be looking at what our

20  results are and hoping that we are up to the task, all of us, up to the task of providing the people

21  of this state a map that fairly expresses their political will, as they have demonstrated it when

22  they have cast their vote in repeated elections. Again, pointing out that every one of those I

23  talked about was won by the Republican candidate. So, I wanted to put that out. I think it's a

CUBANOS-0000004720

## House Redistricting Committee - Sep. 22, 2021

1  worthwhile criteria. I may be wrong but it's what I believe and I greatly appreciate your giving

2  me the opportunity to express that, Mr. Chair. So thank you and thank the staff and thank the

3  members from all of us.

4        Tom Leek: Thank you Ranking Member Geller and I apologize I forgot to give you a

5  couple of minutes there. One thing though, I think has to be said now is, members, be very

6  careful, because the last expression of the voters is incorporated into the law, which we intend to

7  be compliant with. To the extent that you are considering things outside of that law, just be very

8  careful because you can very easily trip over one of those lines that you may not cross. And so

9  my promise to you was the same that I made to Representative Geller. We will do this right. The

10  Speaker expects that this committee will do it right. I expect that each of you will do this right.

11  But we will do this right and within the law. And with that, Representative Fine moves that we

12  rise, unless there is an objection. Upon a motion of Representative Fine, the meeting is

13  adjourned. Thank you.

CUBANOS-0000004721



**Vanan Online Services, Inc.**
Think Service Think Vanan

## <u>Certificate of Transcription</u>

Transcription of "**9-22-21-house-redistricting-committee**"

We, Vanan Online Services, Inc. a professional transcription company, hereby certify that the above-mentioned document(s) has/have been transcribed by our qualified and experienced transcriber(s) is/are accurate and true transcription of the original document(s).

This is to certify the correctness of the transcription only. Our transcriber is in no way related, by immediate family ties or marriage, to any parties related to the materials transcript.

A copy of the transcription is attached to this certification.

**Danny Negley, Production Manager.**

Date: 12th November 2024

Vanan Online Services, Inc.
EIN 81-3795675
ATA Member #266532
ISO 9001:2015

**Vanan Online Services, Inc.**
**10711 Spotsylvania Ave., Suite A**
**Fredericksburg VA 22408**
**Office: (888) 535-5668**
**Email: support@vananservices.com**
**Website: www.vananservices.com**

CUBANOS-0000004722