1

2

3

4

5

6

7

8

9            SENATE SELECT SUBCOMMITTEE ON

10          CONGRESSIONAL REAPPORTIONMENT

11                NOVEMBER 16, 2021

12

13

14

15

16

17                 Transcribed by:

18               CLARA C. ROTRUCK

19                 Court Reporter

20

21

22

23

24

25

         FOR THE RECORD REPORTING, INC. 850.222.5491

1

SEN-CP000320
CUBANOS-0000003717

```
1              T A P E D   M E E T I N G
2         CHAIR BRADLEY:  All right, well, the select
3    subcommittee on Congressional reapportionment will
4    now come to order.  Danna, please call the roll.
5         MS. IVEY:  Chair Bradley.
6         CHAIR BRADLEY:  Here.
7         MS. IVEY:  Senator Bean.
8         SENATOR BEAN:  Here.
9         MS. IVEY:  Senator Harrell.  Senator Rouson,
10   Senator Stewart.  A quorum is present.
11        CHAIR BRADLEY:  Thank you.  Please silence all
12   electronic devices.  Anyone wishing to testify
13   before the subcommittee must fill out an appearance
14   card and hand it to a member of the Sergeant's
15   office.  Should you select to waive your speaking
16   time, your position will be read into the record.
17        Members, we have a number of items on our
18   agenda today, but before we continue I would like
19   to take a moment to talk about the process we are
20   about to embark on.  Under Senate rules, select
21   committees do not consider legislation.  We study
22   or investigate a specific issue falling within the
23   jurisdiction of a standing committee.  In this case
24   that issue is the redrawing of Florida's
25   Congressional district.  And so we will use the
```

FOR THE RECORD REPORTING, INC. 850.222.5491

2

1    time allotted to workshop the staff-produced maps

2    and provide feedback and guidance to staff where

3    appropriate.  Our feedback and guidance should

4    conform to the directives issued unanimously by the

5    full committee, and you will find a copy of the

6    directives in your meeting materials.  Our feedback

7    and guidance to staff should also be consistent

8    with the cautions expressed in the memorandum we

9    received last week from President Simpson,

10   President Designate Passidomo and Leader Book.  Our

11   responsibility as a select subcommittee is to

12   assist the full committee in proposing a

13   constitutional Congressional map free of any

14   improper intent.  I know that every member of this

15   subcommittee shares that goal.

16       I would caution members in their questions,

17   feedback or guidance to the staff today to express

18   themselves carefully so that nothing said in this

19   meeting is misperceived as motivated by any

20   impermissible purpose.  In the future, we will

21   submit a recommendation which will include a map or

22   set of maps to the full committee.  When Chair

23   Rodrigues reconvenes the full committee to consider

24   our recommendations, members may offer amendments.

25       Accordingly, the maps that we will be

FOR THE RECORD REPORTING, INC. 850.222.5491

3

SEN-CP000322

CUBANOS-0000003719

1    workshopping today are not final.  Any alterations

2    that are proposed, whether it is guidance and

3    feedback to the staff or as an amendment offered in

4    the future, to adhere to the constitutional

5    principles and apply them consistently throughout

6    the state.  I have been advised by counsel that all

7    plans brought forward by staff today comply with

8    the complex layering of federal and state

9    standards, and contain various tradeoffs within the

10   equal Tier 2 standards presented in each plan.

11       It is within the balancing of these tradeoffs

12   that we must exercise our legislative discretion

13   and produce a constitutionally compliant map.

14   Staff has also informed me that while no Senators

15   have requested that staff review the publicly

16   submitted comments or plans for consideration while

17   developing the maps we are workshopping today,

18   members of the public have been continuing to

19   submit plans and comments to Florida

20   redistricting.gov.  I have reviewed some of these

21   myself and I would like to make sure that members

22   of the committee are aware of them.  They can be

23   reviewed on the submitted plans and get involved

24   pages of the website.  Are there any questions

25   before we proceed to public comment and

FOR THE RECORD REPORTING, INC. 850.222.5491

4

SEN-CP000323

CUBANOS-0000003720

1    presentations on our agenda?  Senator Rouson.

2    SENATOR ROUSON:  Thank you very much.  Would

3    you clarify, you said that no staff, staff has not

4    advised you that they have received any maps from

5    the public?  Is that what you said, I am sorry?

6    CHAIR BRADLEY:  No, staff has, any maps that

7    have been received are on the joint, they are on

8    the joint website.  Any further questions?  Okay.

9    Mr. Ferrin, you are recognized for a walk

10   through of the staff prepared plans.  We will start

11   with the first map in a comprehensive fashion and

12   geo through the entire state.  And then as we reach

13   the subsequent maps we will focus on the

14   differences between that and the first map.  We

15   will stop for questions after each region as

16   opposed to waiting to the end.  I think there will

17   be more relevant and help our discussion.  Mr.

18   Ferrin, you are recognized.

19   MR. FERRIN:  Thank you Madam Chair.  So we

20   have produced a series of maps since receiving the

21   directives the last time the full committee met on

22   October 18th.  The plans we will be workshopping

23   today, districts have been numbered to be roughly

24   analogous to the benchmark districts.  The

25   exception, of course, in the Congressional case is

FOR THE RECORD REPORTING, INC. 850.222.5491

SEN-CP000324

CUBANOS-0000003721

```
 1      District 20-H -- 28 which didn't exist in the
 2      benchmark plan.  We relied on the plain language of
 3      the Constitution and existing judicial precedent to
 4      insure that the plans comply with the complex
 5      layering of federal and state standards, and we
 6      drew these districts to balance the co-equal Tier 2
 7      standards of Article III, Sections 20 and 21 of the
 8      Florida Constitution unless doing so would conflict
 9      with the Tier 1 standards.  To comply with the Tier
10      1 standards we drew these districts without
11      reviewing any political data other than where it
12      was required to perform an appropriate functional
13      analysis to evaluate whether or not a district
14      denied or abridged a racial or language minority's
15      group's ability to participate in the political
16      process or diminish their ability to elect
17      representatives of their choice.  Districts were
18      drawn without the use of any resident's information
19      of any sitting member of the Florida Legislature or
20      of Congress, and districts were drawn without
21      regard to the preservation of existing district
22      boundaries.
23          To comply with the Tier 2 standards we drew
24      the districts to be nearly -- as nearly equal in
25      population as practicable with district population
```

FOR THE RECORD REPORTING, INC. 850.222.5491

6

SEN-CP000325

CUBANOS-0000003722

1    deviations of plus or minus one person for the

2    ideal population of 769,221.  Districts were drawn

3    to be visually compact in relation to their shape

4    in geography.  Mathematical scores were used where

5    appropriate.  Districts were drawn to use county

6    boundaries where feasible, and in less populated

7    areas whole counties were grouped together to make

8    a district or a set of districts, and in more

9    populated areas where it was feasible to do so,

10   districts were kept wholly within a county.

11       Plans were also drawn to use geographic

12   features that are easily recognizable and readily

13   ascertainable, such as for district boundaries

14   where feasible.  The boundary a analysis for each

15   plan illustrates the rate at which railroads,

16   interstates, federal and state highways and large

17   water bodies were used for district boundaries for

18   each district.  To keep cities whole, we drew the

19   plans to keep cities whole where doing so was

20   feasible, while recognizing that the impermanent

21   and irregular shapes of municipal boundaries were

22   present, and if or when a city was split, we sought

23   out static geographic features to use as district

24   boundaries.  And accordingly as a result of all

25   this, the plans we have before us today illustrate

FOR THE RECORD REPORTING, INC. 850.222.5491

SEN-CP000326

CUBANOS-0000003723

1          a number of tradeoffs within these co-equal Tier 2

2          criteria and are presented to the committee for

3          exercise of the legislative discretion.

4              All these plans were published last Wednesday,

5          and they're available on Florida Redistricting.gov,

6          where they can be viewed inactively or downloaded

7          from the submitted plans' page for independent

8          analysis.  Each one of these links in the

9          PowerPoint if anybody has their laptop up with that

10         running will link to an interactive map for each

11         plan.  The reference layers can be added to that to

12         show county boundaries, city boundaries, major

13         roads and railways, so that members can zoom in and

14         around the map to follow along that way if they

15         choose.  As part of the meeting materials, we

16         published these plan packets.  Each member here has

17         received a hard copy of those.  Those are also

18         available on the select subcommittee's web page for

19         the public consumption.

20             These plan packets contain everything used to

21         analyze a redistricting plan.  The data comes from

22         the redistricting application and is simply

23         re-formated for easier consumption.  A -- the cover

24         page for these contains a statewide map with insets

25         of south Florida, Jacksonville, Tampa Bay and

FOR THE RECORD REPORTING, INC. 850.222.5491

8

SEN-CP000327

CUBANOS-0000003724

1    Orlando.  It also contains a -- pages of censors

2    and boundary statistics.  It contains a list of

3    sprit -- split counties and cities and a functional

4    analysis of districts protected from non

5    diminishment standards in the Constitution.  We

6    have included in the meeting materials a copy of

7    the over/under map as well that shows the existing

8    boundaries as they are either over or under

9    populated and it is color coded accordingly.  And

10   we have also included a packet of the benchmark

11   plans that were drawn in 2016.

12        The census and boundary statistics page shows

13   the districts' population deviation from the ideal

14   and it is also expressed as a percentage.  It also

15   shows the voting age population for BVAP which is

16   black voting age, and that includes respondents who

17   identified as being black either singularly or in

18   combination with some other race and/or ethnicity.

19   That includes Hispanic and Hispanic blacks or

20   blacks who responded that they were also Hispanic.

21        The HVAP is also there, that is the Hispanic

22   voting age population.  That includes respondents

23   who identified as Hispanic and being of any race or

24   in combination of races.  That also includes black

25   Hispanics as well.  So just a word of caution, if

FOR THE RECORD REPORTING, INC. 850.222.5491

9

SEN-CP000328

CUBANOS-0000003725

1    you were to add those two together, you would

2    generally be double counting the Hispanic black if

3    they're reported separately, so that each is

4    included in their totality, and that is consistent

5    with the DOJ guidelines.

6        The reports also contain district area in

7    square miles, perimeter in miles and the

8    compactness scores for each district.  That is the

9    convex hull, polsby popper and Reock.  The reports

10   includes counts of whole and partial counties and

11   partial, whole and partial cities within each

12   district.  Counts of counties and cities that have

13   all of their population in only one district, and

14   each district boundary's coincidence with certain

15   types of features that have been identified by the

16   U.S. Census Bureau, and those include the same kind

17   of features that were identified or recognized by

18   the Florida Supreme Court as being political and

19   geographic boundaries.  So that city boundaries,

20   county boundaries, primary and secondary roads

21   which include interstates, U.S. highways and state

22   highways, railroads and then water features with a

23   contiguous area of greater than 10 acres.

24       The report also includes a field that shows

25   the portion of each district's boundary that does

FOR THE RECORD REPORTING, INC. 850.222.5491

10

SEN-CP000329
CUBANOS-0000003726

1    not coincide with these features, and that is

2    labeled as not, not or non poly geo.

3        So on the next pages in the analysis of the

4    plan packets include the list of split counties and

5    split cities, and just one note.  While we do

6    include the benchmark plan here for 2016, that has

7    the 2020 population in geography.  Note on the

8    Congressional plan, the benchmark is specifically

9    as it relates to cities.  When it was drawn, it was

10   drawn to only split 13 cities, but without moving

11   any district lines, the benchmark plan now splits

12   three times as many, so that count rises to 39, and

13   that is due to the impermanent and ever changing

14   nature of the municipal annexation.

15       The last few pages in a plan packet include

16   the functional analysis.  So the summary pages,

17   there is two summary pages.  The first, all of the

18   functional analysis documents list only the

19   districts for which is necessary to evaluate

20   whether or not a district denies or abridges a

21   racial or language minority group's ability to

22   participate in the political process or diminishes

23   their ability to elect representatives of their

24   choice.  We again report the BVAP and HVAP

25   population percentages.

FOR THE RECORD REPORTING, INC. 850.222.5491

11

SEN-CP000330

CUBANOS-0000003727

1          And then on the first summary page we have the

2     2020 general election voter registration

3     information for registration by party, registration

4     by race or ethnicity, registration by race or

5     ethnicity and party, and then registration by party

6     and race or ethnicity.

7          The next summary page includes an average of

8     voter turnout in 2012, 2014, 2016, 2018, and 2020

9     primary elections.  And that includes turnout

10    percentages by party and by race or ethnicity.  We

11    also include an average of voter turnout in the

12    2012, 2014, 2016, 2018 and 2020 general elections.

13    That is broken out for turnout by party, turnout by

14    party and race or ethnicity, and then turnout by

15    race or ethnicity and party.

16         Finally we have the general election

17    performance in statewide elections for 2012 through

18    2020, and this includes average performance which

19    is vote share for the Democrat and Republican

20    candidate in that -- in that district for those

21    years.  It includes a count of wins in statewide

22    contests for Democrat and Republican candidates,

23    and then we have a series of margins.  So we show

24    the max -- maximum margin of victory in a statewide

25    contest for either the Democrat or Republican

FOR THE RECORD REPORTING, INC. 850.222.5491

12

SEN-CP000331
CUBANOS-0000003728

1    candidate.  We show the minimum margin of victory

2    in a statewide contest for either the Democrat or

3    Republican candidate, and then the average margin

4    of victory in the statewide contest.

5        Then the final page of the plan packet is the

6    functional analysis that shows the returns for

7    elections.  So on the other pages we kind of

8    summarized those by counts.  This actually shows

9    the percentage of votes received by each candidate

10   in the contest for which there was a statewide

11   primary election which is the 2012, 2014, 2016 and

12   2018.  There was no statewide primary contest in

13   2020.  And it also shows the percentage of the

14   votes received by each candidate in contests for

15   which there was a statewide general election in

16   2012, '14, '16, '18 and '20.

17       So before we jump into the first plan, Madam

18   Chair, do you wants to take any questions on the

19   reports and how those are laid out?

20       CHAIR BRADLEY:  Members, do you have any

21   questions of what Mr. Ferrin just  described?

22   Senator Rouson.

23       SENATOR ROUSON:  Thank you very much, Madam

24   Chair.  On slide four you talk about large water

25   bodies and the role that they may have played in

FOR THE RECORD REPORTING, INC. 850.222.5491

SEN-CP000332

CUBANOS-0000003729

1    the calculation.  Is it fair to say, to ask a

2    question now about CD 14 and what impacts, if any

3    did the full Tamp Bay or the large body of water

4    have to do with what was drawn.

5         CHAIR BRADLEY:  Senator Rouson if -- I think,

6    that if we could hold that until we get to that

7    region and we can consider it kind of

8    comprehensively at that time.  Is that okay with

9    you?

10        MR. FERRIN:  All right, so the first plan is

11   plan S000C8002.  And pursuant to the directives

12   given to staff, this plan was drawn to be

13   consistent with the plain language of the Florida

14   Constitution, federal law and existing judicial

15   precedent.  It balances the co-equal criteria

16   outlined in the Tier 2 standards of Article III,

17   Section 20 of the Florida Constitution, except

18   where doing so conflicts with the Tier 1 standard.

19   The functional analysis of the minority districts

20   in the plan confirm that it does not diminish the

21   ability for racial and language minorities to elect

22   candidates of their choice.

23        When we were drawing these visually compact

24   districts, county boundaries were used where it was

25   feasible to do so.  When a county was split, the

FOR THE RECORD REPORTING, INC. 850.222.5491

14

SEN-CP000333

CUBANOS-0000003730

1    static geographic features, such as major roads,

2    railroads and water bodies were used in a manner

3    sought to keep cities whole where feasible.  In

4    cases where a city was split, static geographic

5    features were used.  Where none were available or

6    in cases where it was possible to illustrate the

7    tradeoff between using political or geographic

8    features, a municipal boundary may have been used.

9        The plan has an overall deviation of one

10   person which is zero percent.  It has average

11   compactness scores of .80 convex hull .41 polsby

12   popper and .44 Reock.  The average use of non

13   political or geographic boundaries is 11 percent,

14   which means that 89 percent of the district

15   boundaries fall in features identified by the U.S.

16   Census Bureau's geographic layers as either city

17   boundaries, county boundaries, interstates, U.S.

18   highways or state roads, contiguous water bodies of

19   greater than 10 acres or railroads.  The plan has

20   46 whole counties, five districts wholly located

21   within a county.  351 cities with all of their

22   population contained within a single district, and

23   362 cities -- excuse me, 351 cities with all their

24   boundaries contained within a single district, and

25   362 to have all their population in a single

FOR THE RECORD REPORTING, INC. 850.222.5491

15

SEN-CP000334

CUBANOS-0000003731

1    district.

2        Like the benchmark plan, this plan has three

3    affective minority districts for African-Americans

4    and that is Congressional District 5, 20, which is

5    the majority/minority and 24.  There is one

6    district that provides African-Americans with the

7    opportunity to elect their candidates of choice,

8    and that is District 10.  Three minority/majority

9    Hispanic districts in south Florida and an

10   opportunity district in central Florida that has

11   become a majority/minority Hispanic district, and

12   that is Congressional District 9.

13       On this slide we have the statewide plan, so

14   we can go ahead and jump into the first region.  So

15   in plan 8002 in the Panhandle, Districts 1 and 2

16   split Walton county.  The county boundary primarily

17   follows state highway 83 north from the state line

18   and U.S. highway 331 between DeFuniak Springs and

19   the Gulf of Mexico.  It departs from these roads to

20   keep DeFuniak Springs whole in District 2, and uses

21   part of the boundary of the city of Freeport to

22   keep the city whole in District 1.  (Inaudible).

23       The next region to look at is the north, north

24   and central Florida and northeast Florida.  Here

25   the shapes of District 2, 3 and 4 are result of the

FOR THE RECORD REPORTING, INC. 850.222.5491

16

SEN-CP000335

CUBANOS-0000003732

1    configuration of District 5, in a comparably low

2    population growth rates in the region.  District 5

3    is an affected minority district protected under

4    Tier 1 of Article III of Section 20 of the Florida

5    Constitution from diminishment.

6         While the BVAP increases slightly from the

7    benchmark, the functional analysis confirms that

8    the district does not deny or abridge the

9    opportunity for African-Americans to participate in

10   the political process, and does not diminish their

11   ability to elect candidates of their choice.

12        In Leon County the boundary of District 2 and

13   5 primarily follows Capital Circle, U.S. Highway 27

14   which is Apalachee Parkway, North Monroe Street,

15   Meridian Road, Bannerman Road, Bradfordville Road

16   and Centerville Road and State Road 59.

17        In Columbia County, the boundary of Districts

18   2 and 5 primarily follows interstates 10, 75, U.S.

19   highway 90 and state road 10-A, state road 100.

20        SENATOR BEAN:  Madam Chair, may I just

21   interrupt real quick, and Jay.  And it may be

22   just -- it may just be me.  Is there any reason why

23   the coast is shaded on the maps there.  Is that

24   anything or I am just seeing it or is that -- what

25   is that -- why is it shaded differently from other

FOR THE RECORD REPORTING, INC. 850.222.5491

SEN-CP000336
CUBANOS-0000003733

1    parts of the map?

2        CHAIR BRADLEY:  You are speaking of District

3    2.

4        SENATOR BEAN:  District 2.  Well, District 2,

5    but also runs in District 1 and the other

6    materials.

7        CHAIR BRADLEY:  Sure.

8        SENATOR BEAN:  There may be no reason.  Maybe

9    it is esthetics, maybe just look, there is a

10   definite twist in the color, and I wondered is it

11   anything?

12       MR. FERRIN:  Thank you Madam Chair.  That is

13   the water layer.  And so in -- in reviewing these,

14   putting these slides together we clicked on some of

15   the relevant layers that would show like rivers,

16   lakes, things like that.  The roads you see in the

17   slide are major roadways.  We didn't turn on city

18   boundaries and labels because that got a little

19   too, too busy.  And so this is kind of just the

20   base map and then the shading of the district color

21   over that.  We can look at maybe trying to do that

22   a little bit differently, but that --

23       CHAIR BRADLEY:  Okay, anything else?  All

24   right.  You can continue.

25       MR. FERRIN:  All right, thank you, Madam

FOR THE RECORD REPORTING, INC. 850.222.5491

18

SEN-CP000337

CUBANOS-0000003734

1    Chair.  So in Duval County the boundary between

2    Districts 4 and 5 follows U.S. highway 17,

3    interstate 295, Beach Boulevard, University

4    Boulevard, Roosevelt Boulevard and the Ortega

5    River.  To equalize population under this plan,

6    District 2 extends into Alachua County.  That

7    allows for Districts 3 and 11 to be the only

8    districts in Marion County.

9        In Alachua County, the boundary between

10   Districts 2 and 3 follows major roadways and

11   include state road 26 which is Newberry Road, state

12   road 24 which is Archer Road, interstate 75 and

13   then Williston Road.  While the city of Gainesville

14   is split, 99 percent of the population of the city

15   is in District 3, and that split was necessary to

16   achieve the equalization of the population down to

17   plus or minus one person.

18       In Marion County the boundary of Districts 3

19   and 11 primarily follows state roads 200, 35 and

20   40, and a portion of interstate 75.  Where we

21   needed to equalize the population down to plus or

22   minus one person, the city of Ocala is split,

23   although 99.4 percent of the population of Ocala

24   does fall within District 3.

25       District 6 which is kind of sort of bleeding

FOR THE RECORD REPORTING, INC. 850.222.5491

19

SEN-CP000338
CUBANOS-0000003735

1    off the screen there, consist of southern St. Johns

2    County, Flagler County, most of Volusia and the

3    southern -- northern portion of Lake.  The boundary

4    between Districts 4 and 6 utilizes State Road 16,

5    13 and Interstate 95.  And where the boundary does

6    divide St. Augustine and follows a railroad,

7    keeping 82.9 percent of the population of St.

8    Augustine within District 6.

9         The next region in 8002 is the what we call --

10   would call the I-4 region, and this includes the

11   southern portion of District 6, District 7, 8, 9,

12   ten, 11, 12, 13, 14, 15, and then the additional

13   district, District 28.

14        The southern boundary of District 6 borders

15   District 7 in Volusia, primarily follows West

16   Highbanks Road, Doyle Road and O'Steen, Maytown

17   Road.  Departs from these geographic boundary --

18   geographic features when necessary to equalize

19   population in and around the city of Deltona and

20   Neveri.  In Lake County the boundary primarily

21   follows county road 44-A and the Eustis, Mt. Dora

22   city boundaries -- and Mt. Dora city boundary.

23        District 7 consist of all of Seminole County

24   and parts of Volusia and orange.  Its shape is

25   affected by the configurations of District 9 and

FOR THE RECORD REPORTING, INC. 850.222.5491

20

SEN-CP000339

CUBANOS-0000003736

1    10, which are minority opportunity districts

2    protected from diminishment under Tier 1 of Article

3    III, Section 20 of the Florida Constitution.  In

4    Orange County the boundary between District 7 and

5    10 follows I-4.  The Seaboard Coast Railroad and

6    State Road 50 which is Colonial Drive, state road

7    417, state road 408 issuing the East-west

8    Expressway, state road 434, the Alafaya Trail and

9    the Econlockhatchee River.  Departing from these

10   geographic boundaries when necessary to maintain

11   the ability to elect in the neighboring Tier 1

12   districts and to equalize population.

13        District 8 contains all of Brevard County and

14   portions of Indiana River and Orange County.

15   District 9 is a Hispanic opportunity district

16   protected from diminishment under Tier 1.  And due

17   to an increase in the Hispanic population of the

18   area this district becomes majority/minority.  The

19   functional analysis confirms that the district does

20   not deny or abridge the opportunity for Hispanics

21   to participate in the political process, and does

22   not diminish their ability to elect candidates of

23   their choice.  The district contains all of Osceola

24   County and part of Orange County.  In Orange the

25   boundary follows I-4, Sand Lake Road, Conway Road,

FOR THE RECORD REPORTING, INC. 850.222.5491

SEN-CP000340

CUBANOS-0000003737

1    East Colonial Drive and the East-West Expressway

2    along with the Alafaya Trail and the

3    Econlockhatchee River.  It departs from these

4    boundaries when necessary to maintain the ability

5    to elect in neighboring Tier 1 protected districts

6    and to equalize population.

7         District 10 is wholly located within the

8    remainder of Orange County.  It is an

9    African-American opportunity district protected

10   from diminishment under Tier 1.  The BVAP slightly

11   increases from the benchmark, but the functional

12   analysis confirms that the district does not deny

13   or abridge the opportunity for African-Americans to

14   participate in the political process and does not

15   diminish their ability to elect candidates of their

16   choice.

17        District 11 contains all of Citrus County and

18   shares the boundary with District 3 in Marion and

19   District 28 in Sumter.  It also shares the boundary

20   with Districts 28 and 6 in Lake.  While Sumter

21   County split, the boundary follows state road 50

22   and 99.8 percent of the population of Sumter County

23   is within District 11.  In Lake County the boundary

24   primarily follows state road 50, state road 33 and

25   state road 565-E.  Departs where necessary to --

FOR THE RECORD REPORTING, INC. 850.222.5491

22

SEN-CP000341

CUBANOS-0000003738

1    departs from these geographic features when

2    necessary to equalize population.

3        District 12 contains all of Hernando and Pasco

4    Counties and a small portion of Pinellas where it

5    shares the boundary with District 13, and that was

6    necessary to equalize population in the area.

7        District 13 is wholly contained within

8    Pinellas County.  The boundary between District 13

9    and 14 in Pinellas primarily follows U.S. highway

10   19, state road 688 which is Armaton Road, state

11   road 686 which is Roosevelt Boulevard and U.S.

12   Highway 92 which is Gandy.

13       District 14 contains the northeastern part of

14   Pinellas and the northwestern part of Hillsborough

15   County where it is adjacent to District 15.  There

16   the boundary primarily follows interstate 275, CSX

17   and Amtrak Railroad and U.S. highway 441.

18       SENATOR ROUSON:  Chair.

19       CHAIR BRADLEY:  Senator Rouson, you are

20   recognized.

21       SENATOR ROUSON:  Thank you very much.  Why was

22   it necessary to split the city of Gulfport in

23   District 13?

24       MR. FERRIN:  Senator, Gulfport is just west of

25   St. Pete.  It is the tip of the peninsula there.

FOR THE RECORD REPORTING, INC. 850.222.5491

23

SEN-CP000342

CUBANOS-0000003739

1    That is not going to be split in the Congressional

2    plan.

3        SENATOR ROUSON:  I must have been confused

4    with the Senate.

5        MR. FERRIN:  You may.

6        SENATOR ROUSON:  A follow up.  So in 14 you

7    come down into Pinellas County picking up Lake

8    Tarpon and Feather Sound which is near the

9    Clearwater area which is further into Pinellas than

10    14 is traditionally in.  Why was that necessary?

11        MR. FERRIN:  Senator Rouson, the configuration

12    of Districts 14 and its going into Pinellas County

13    is the factor of the use of county boundaries

14    throughout the region.  So by keeping Hernando and

15    Pasco whole, that district falls about 12,000,

16    13,000 people short of being a full district.  So

17    that has to get that additional population from

18    somewhere.  District 13 starts in southern Pinellas

19    and grows north, but if District 13 were to stop

20    somewhere in the Clearwater Feather Sound area,

21    District 14, some districts would have to take that

22    additional population all the way between 12 and

23    13, all the way out to the Gulf of Mexico, and I

24    think putting that in District 14 would look a

25    little odd.  If you were to try to grow, fill that

FOR THE RECORD REPORTING, INC. 850.222.5491

24

SEN-CP000343

CUBANOS-0000003740

1    extra population with District 12 that is coming

2    down from the north in Pinellas, something would

3    have to make up for that additional 150, 160,000

4    people.  So somewhere District 12 would have to

5    lose that many, that much population.  So District

6    14 would essentially stop at the Hillsborough,

7    Pinellas line, but go north into Pasco through, to

8    balance the population between those three

9    districts.

10       SENATOR ROUSON:  So, I am sorry, follow up.

11   So either way whether it goes north or whether it

12   goes south like you have drawn it, it has to pick

13   up additional population?

14       MR. FERRIN:  That is correct, Senator.  By

15   trying to draw 15 wholly within Hillsborough County

16   to keep that, respect that county boundary, it also

17   enables Polk to stay whole.  That means that 14 has

18   to pick up that population from somewhere.

19       SENATOR ROUSON:  What impact, if any, did

20   Tampa Bay, that large body of water have on

21   district boundary?

22       MR. FERRIN:  So the southern boundary of

23   District 14 is going to use Tampa Bay as the tip of

24   the peninsula there in Tampa as a boundary.

25   Otherwise, we -- we do have to assign all geography

FOR THE RECORD REPORTING, INC. 850.222.5491

25

SEN-CP000344

CUBANOS-0000003741

1    in the state.  We can't leave stuff unassigned even

2    if it is water.  And so using that simply as the

3    southern boundary, it just worked out that way that

4    the bays contained there within District 14 all of

5    Tampa Bay.

6        SENATOR ROUSON:  May I.  And just a general

7    question for the listening public.  What is the

8    difference between a minority opportunity as

9    opposed to a minority seat?  I think you said that

10   Districts 5, 20 and 24 are minority seats.  But

11   Districts 9 and 10 are a minority opportunity.

12       MR. FERRIN:  So Senator Rouson, we generally

13   categorize those as we have several categories, one

14   of which is minority/majority.  That is where the

15   majority of the district's voting age population is

16   minority.  So the VAP is over 50 in that

17   circumstance, the majority/minority district.  We

18   have affective minority districts in which the VAP

19   may fall below the majority status, but the

20   minority voting age population of the minority

21   voters still control the primary within either the

22   Republican or Democratic primary.  And so by

23   turning, measuring the turnout there.  So if the

24   black turnout in the Democratic primary is over

25   60 percent, we can conclude that that is probably

FOR THE RECORD REPORTING, INC. 850.222.5491

26

SEN-CP000345

CUBANOS-0000003742

1    an affective minority district if it does in fact

2    perform for Democrats in the general.  And so that

3    is the affective minority district.  The

4    opportunity is where the primary control is not

5    conclusive, where the minority voters that are

6    turning out in the primaries do not exceed -- do

7    not make up a majority, and therefore, they still

8    depend on either crossover votes from white voters

9    or coalescing with other minority groups to

10   nominate and then elect their candidate of choice.

11       CHAIR BRADLEY:  Any additional questions?  All

12   right.

13       MR. FERRIN:  Thank you, Madam Chair.  I think

14   we left off on District 15 which is wholly

15   contained within northeastern Hillsborough County.

16   It does share the boundary with District 14 to the

17   west and District 16 to the south.  The boundary

18   between Districts 15 and 16 primarily follows the

19   CSX and Amtrak Railroad, U.S. highway 301 and state

20   road 674.

21       District 28 does contain all of Polk County

22   and the southern parts of Sumter and Lake Counties

23   where it shares the boundary with District 11.

24       This slide depicts the southern half of the

25   state.  District 16 contains the remaining portion

FOR THE RECORD REPORTING, INC. 850.222.5491

27

SEN-CP000346

CUBANOS-0000003743

1    of southern Hillsborough County, all of Manatee

2    County and part of Sarasota County in Sarasota

3    where the district shares the boundary with

4    District 17.  The boundary primarily follows I-75

5    and the boundary of the city of North Port to keep

6    North Port wholly within District 17.  To equalize

7    the population, the boundary follows the local

8    roadways in and around the city of Venice.

9         District 17 contains all of Charlotte, Desoto,

10   Hardee, Highlands, Glades and Okechobee counties.

11   It also contains a portion of Sarasota not in

12   District 16, and a part of Lee County.  In Lee

13   County the boundary primarily follows Tamiami

14   Trail, the Seaboard Coast Line Railroad, I-75,

15   state road 82.

16        District 18 over on the east cost contains all

17   of St. Lucie and Martin County, parts of Indian

18   River and Palm Beach County.  In Indian River

19   County, the district shares the boundary with

20   District 8 to the north and the boundary primary

21   follows state road 60 and other local road to

22   equalize the population.  In Palm Beach County, the

23   district shares the boundary with District 20,

24   which is a minority/majority district protected

25   from diminishment under Tier 1.

FOR THE RECORD REPORTING, INC. 850.222.5491

28

SEN-CP000347

CUBANOS-0000003744

1          Moving further south, District 19 contains

2     parts of Lee and Collier Counties.  In Lee County

3     the district shares the boundary with District 17,

4     and in Collier County the shape of the district is

5     the result of the configuration of District 25

6     which is a Hispanic majority/minority district

7     protected from diminishment under Tier 1.

8          The boundary between District 19 and 25

9     primarily follows I-75, U.S. highway 41 which is

10    the Tamiami Trail and departs from these geographic

11    features when necessary to equalize population.

12         District 20, the majority/minority, excuse me,

13    the minority/majority district protected from

14    diminishment under Tier 1.  The functional analysis

15    confirms that the district does not deny or abridge

16    the opportunity for African-Americans to

17    participate in the political process, and does not

18    diminish their ability to elect candidates of their

19    choice.

20         District 20 contains parts of Palm Beach and

21    Broward County, and Palm Beach, the district shares

22    the boundary with District 18 to the north,

23    Districts 21 and 22 to the southeast.  The boundary

24    primarily follows state road 710 which is the

25    Beeline Highway, Seminole Pratt Whitney Road, state

FOR THE RECORD REPORTING, INC. 850.222.5491

SEN-CP000348

CUBANOS-0000003745

1    road 704 which is Okeechobee Boulevard, Jog Road,

2    the Florida Turnpike and state road 809 which is

3    Military Trail.  It also uses portions of I-95,

4    North Lake Boulevard, U.S. Highway 1 and the

5    Federal East Coast Railroad as well as U.S. Highway

6    98, state road 80 which is Southern Boulevard, and

7    then uses the boundary of the Loxachachee wildlife,

8    National wildlife refuge there in central Palm

9    Beach County.

10        In Broward County the boundary primarily

11    follows the Sawgrass Expressway, Pompano canal,

12    state road 814 which is Atlantic Boulevard, the

13    Florida Turnpike, the Seaboard Coast Railroad,

14    state road 811 which is Dixie Highway, Florida East

15    Coast Railroad, Interstate 95 and the city boundary

16    of Wilton Manors as well as interstate 75.

17        The boundary of District 20 does depart from

18    these features when necessary to equalize

19    population and to maintain the ability to elect in

20    this Tier 1 protected district.  The shapes of

21    Districts 21 and 22 are result of the configuration

22    of District 20 which as we just discussed, a

23    majority/minority district.  In this plan the

24    districts are configured vertically.  This

25    configuration allows District 22 to utilize

FOR THE RECORD REPORTING, INC. 850.222.5491

30

SEN-CP000349

CUBANOS-0000003746

1    political and geographic boundaries at a high rate,

2    only nine percent non political or GO, and although

3    District 21 scores relatively low on the boundary

4    usage, it is largely due to the fact that that

5    natural wildlife refuge doesn't actually count as a

6    geographic boundary under our definition.

7        And while the Reock scores for the districts

8    are relatively low, the convex hull scores are

9    reasonably high given the district's proximity to

10   and interaction with the Tier 1 protected District

11   20.  Districts 21 and 22 contains parts of Palm

12   Beach and Broward Counties.  District 21 shares the

13   boundary with District 20 to the north, west and

14   south, and in Palm Beach County the eastern

15   boundary of District 21 is shared with District 22.

16   Their it primarily follows state road 809 which is

17   Military Trail, the Florida Turnpike and part of

18   the county line.

19       District 23 is wholly contained within Broward

20   County where it shares boundaries of Districts 20,

21   22 and 24.  The boundary primarily follows I-75 and

22   the western boundary of the cities of Sunrise,

23   Weston, Southwest Ranches, Pembroke Pines and

24   Miramar.  In Sunrise and Plantation the boundary

25   departs from geographic features when necessary to

FOR THE RECORD REPORTING, INC. 850.222.5491

SEN-CP000350
CUBANOS-0000003747

1    maintain the ability to elect in the neighboring

2    Tier 1 protected district and to equalize the

3    population.  Where the district shares the boundary

4    with District 22, the boundary primarily follows

5    I-95, 595 and the interstate 595, U.S. Highway 1

6    and the Florida East Coast Railroad.

7        Where District 23 shares the boundary with

8    District 24, which is an affective minority

9    district protected from diminishment under Tier 1.

10    The boundary primarily follows state road 824 which

11    is Pembroke Road.  District 24 as I just mentioned,

12    is an affected African-American minority district

13    protected from diminishment under Tier 1.  When

14    compared to the benchmark, District 24 has a very

15    similar black voting age population, and the

16    functional analysis confirms that the district does

17    not deny or abridge the opportunity for

18    African-Americans to participate in the political

19    process, and does not diminish their ability to

20    elect candidates of their choice.

21        District 24 contains a small part of Broward

22    and parts of Miami-Dade County.  In Broward County

23    the boundary primarily follows state road 824 which

24    is Pembroke Road, and in Miami-Dade County the

25    boundary primarily follows state road 817 which is

FOR THE RECORD REPORTING, INC. 850.222.5491

32

SEN-CP000351

CUBANOS-0000003748

1    Northwest 27th Avenue, I-95 -- excuse me,

2    interstate 195 and interstate 395 and the Parker

3    causeway.  The boundary does depart from these

4    geographic features when necessary to equalize

5    population and to maintain the ability to elect in

6    the district as well as in the two neighboring

7    Hispanic majority/minority districts.

8        And all of the districts remaining in

9    Miami-Dade County are in fact Hispanic

10    majority/minority districts that are protected from

11    diminishment under Tier 1.  The functional analysis

12    of each of these does confirm that they do not deny

13    or abridge the opportunity for Hispanics to

14    participate in the political process -- political

15    process, and do not diminish their ability to elect

16    candidates of their choice.

17        District 25 contains all of Hendry County and

18    parts of Collier and Miami-Dade County.  In Collier

19    County the district shares the boundary with

20    District 19.  In Miami-Dade County the district

21    shares boundaries with Districts 24 and Districts

22    26 and 27.  Where District 25 shares the boundary

23    with district 26, the boundary primarily follows

24    U.S. highway 41, which is the Tamiami Trail and

25    state road 836, which is the Dolphin Expressway.

FOR THE RECORD REPORTING, INC. 850.222.5491

33

SEN-CP000352

CUBANOS-0000003749

1    Where District 25 shares the boundary with District

2    27, primarily follows the Dolphin Expressway and

3    the Tamiami canal and Seaboard canal.  The boundary

4    departs from these geographic features when

5    necessary to equalize the population and to

6    maintain the ability to elect in this and

7    neighboring Tier 1 districts.

8        CHAIR BRADLEY:  I believe we have a question.

9    Could you hold right there.  Senator Stewart, you

10   are recognized.

11       SENATOR STEWART:  Yes, it is primarily on the

12   25 and I don't know if 20 -- if you tell me where

13   the Everglades is located on this map?

14       MR. FERRIN:  Senator Stewart, it is going to

15   be kind of in the middle.  It is -- so -- so I

16   would say that the Everglades depending on your

17   definition of them, is going to start south of Lake

18   Okeechobee and follow all the way through the

19   peninsula down to the tip of Monroe County which

20   you can't actually see here, but by and large the

21   Everglades is going to be -- so do you see where

22   the map says Miami-Dade on the screen?  Can you

23   read that perhaps?  To the -- to the west of that,

24   that is all Everglades, and then I would say

25   generally north -- south of the -- that is I-75

FOR THE RECORD REPORTING, INC. 850.222.5491

34

SEN-CP000353

CUBANOS-0000003750

1    which is the middle red line that crosses there

2    crosses from Collier to Broward.  That is kind of

3    the heart of it right there, so everything south,

4    and then as you get up further north into Hendry

5    and southwestern Palm Beach, that is -- that is

6    where the Everglades start to kind of end and that

7    is where some of the farming communities in the

8    state sort of begin.

9        SENATOR STEWART:  So primarily the bulk of it

10   is in 25, no, yes?

11       MR. FERRIN:  I would suggest that the

12   Districts 20, 25 and 26 are going to have a lot of

13   Everglades in them.

14       CHAIR BRADLEY:  Anything further?  Any

15   additional questions?  All right.

16       MR. FERRIN:  We just left off on District 25 I

17   believe.  So District 26 does contain all of Monroe

18   County and part of Miami-Dade.  Miami-Dade, the

19   boundary follows the Tamiami Trail and the

20   boundaries of the city of Sweetwater and the

21   Florida Turnpike.  It departs from these geographic

22   features when necessary to equalize population.

23       In District 27 finally is contained wholly

24   within Miami-Dade County.  There the boundary

25   primarily follows the Florida Turnpike, the Dolphin

FOR THE RECORD REPORTING, INC. 850.222.5491

SEN-CP000354

CUBANOS-0000003751

1    Expressway, interstate 395 and the Parker Causeway.

2    It departs from three geographic boundaries when

3    necessary to equalize population and maintain the

4    ability to elect in this and in neighboring Tier 1

5    protected districts.

6         CHAIR BRADLEY:  All right, well, thank you for

7    that.  That was a comprehensive overview of map

8    8002.  And as discussed earlier, 8004, 6 and 8

9    share a lot of similarities but they differ in

10   specific respects.  So as we go forward, we will

11   focus on those distinctions and not step through

12   the entirety of what Mr. Ferrin just described for

13   us.

14        So are there any questions?  Yes, Senator

15   Harrell.

16        SENATOR HARRELL:  Thank you.  One question.

17   When we have the north/south Districts of 21 and

18   22.  Can you tell me approximately how many cities

19   are split, because I know you have in that area in

20   particular, everything is just about incorporated.

21   So how many cities are split in 21 and 22?

22        MR. FERRIN:  So Senator Harrell, on the census

23   and boundary statistics page about the 12th column

24   or so over, you have the counts of cities that

25   are --

FOR THE RECORD REPORTING, INC. 850.222.5491

SEN-CP000355

CUBANOS-0000003752

1          CHAIR BRADLEY:  If you can could hold that.

2     Does everybody, does everybody have that page that

3     page -- the second page of 8002 of the statistics

4     for that so we can follow along?  I am sorry, go

5     ahead.

6          MR. FERRIN:  Yes, so that column displays the

7     number of cities that are kept wholly within the

8     district, and then parts, parts is going to be a

9     little bit more of an aggregate count.  So if

10    District 21 contained -- contains seven parts of

11    cities, that doesn't necessarily mean that seven

12    cities are -- are split.  It means that it has

13    unique combinations of districts and cities, there

14    are seven of those.  So you can look at that and

15    say, well, District 21 keeps four cities whole and

16    District 22 has 19 wholly within it.

17         SENATOR HARRELL:  Follow up.  So when you say

18    that there is seven parts.

19         MR. FERRIN:  Uh-huh.

20         SENATOR HARRELL:  And then 14 parts.  So there

21    is are 19 kept whole and 14 have parts.  Are those

22    14 specific sections or are those 14 cities?

23         MR. FERRIN:  It is going to be particular

24    sections of those cities.  So -- so if you look,

25    flipping to the next page perhaps, we can look down

FOR THE RECORD REPORTING, INC. 850.222.5491

37

SEN-CP000356

CUBANOS-0000003753

```
 1        the list and see that as you move down, Coconut
 2        Creek is split between Districts 20 and 21.
 3             SENATOR HARRELL:  Uh-huh.
 4             MR. FERRIN:  So there is --
 5             SENATOR HARRELL:  It is overlapped.
 6             MR. FERRIN:  So that is parts of the city, so
 7        that is seven.  That -- that row says, Coconut
 8        Creek 21, District 21, that counts as part of a
 9        city that is in District 21, but that is split
10        between Districts 20 and 21.  And so if you are
11        asking just between 20 and 22, we would run down
12        this list and see that Delray Beach is split
13        between Districts 21 and 22, although we have zero
14        population from Delray Beach in District 21, and
15        falling in District 22.  There is the same
16        geographic split where Delray may have annex
17        something on the far side of the road, that we
18        chose to stick on the road.
19             CHAIR BRADLEY:  Additional?  All right.  Yes,
20        Senator Rouson.
21             SENATOR ROUSON:  Thank you.  Speaking of
22        cities being split, does this map also split the
23        City of Tampa?
24             MR. FERRIN:  Senator Rouson, I believe the
25        City of Tampa is -- ends up getting split in all
```

FOR THE RECORD REPORTING, INC. 850.222.5491

38

SEN-CP000357

CUBANOS-0000003754

1    plans between Districts 14 and 15, and that is, the

2    City of Tampa does extend from the, I believe it

3    extends all the way from the Polk or excuse me, the

4    Pasco, Hillsborough County line all the way down to

5    Tampa Bay.  So it is a very large kind of sprawling

6    city, and it is split in, it is going to be split

7    in all the plans that we are looking at today.

8         SENATOR ROUSON:  And the reason for that?  The

9    Tier 2 standards that would apply.

10        MR. FERRIN:  The reason for that would be that

11   the population in the area kind of compels that,

12   combined with the geographic features and the use

13   of county boundaries.  Keeping the City of Tampa

14   whole would likely result in less visually

15   appealing to say the least districts around it.

16        CHAIR BRADLEY:  Okay.

17        MR. FERRIN:  So if we are ready to move to

18   plan 8004.  So in the same manner pursuant to the

19   directives that were given to staff, we drew this

20   plan to be consistent with the plain language of

21   the Florida Constitution, federal law and with

22   existing judicial precedent.  It also balances the

23   co-equal criteria outlined in Tier 2 standards of

24   Article III, Section 20, except where doing so

25   conflicts with the Tier 1 standard.  The functional

FOR THE RECORD REPORTING, INC. 850.222.5491

39

SEN-CP000358

CUBANOS-0000003755

1    analysis of each of the minority districts in the

2    plan does confirm that it does not diminish the

3    ability for racial and language minorities to elect

4    candidates of their choice.  And when we were

5    drawing these districts we did so to be visually

6    compact and to use county boundaries where it was

7    feasible to do so.  When a county was split the

8    static geographic futures, such as major roads,

9    railroads and water bodies were used in a manner

10   that sought to keep the cities whole where

11   feasible.  In cases where a city was split, the

12   static geographic features were used.  Where none

13   were available or in cases where it was possible to

14   illustrate the tradeoff between using political or

15   geographic features, a municipal boundary may have

16   been used.  This plan has again an overall

17   deviation of one average compactness scores of .80

18   for convex hull .42 for polsby popper, .45 for

19   Reock.  The average use of non political or

20   geographic boundaries matches that of the

21   predecessor which is 11 percent.  It means that 89

22   percent of the district boundaries fall on features

23   identified by the U.S. Census Bureau's  geographic

24   layers as city boundaries, county boundaries,

25   interstates, U.S. highways, state roads, contiguous

FOR THE RECORD REPORTING, INC. 850.222.5491

SEN-CP000359
CUBANOS-0000003756

1    water bodies larger than 10 acres or railroad.

2    This plan keeps 47 counties whole, keeps six

3    districts wholly within a county.  352 cities with

4    all of their boundaries contained within a single

5    district, and 362 with all their population

6    contained within a single district.

7         Like the benchmark plan, this plan has three

8    affected minority districts for African-Americans,

9    that is again, 5, 20 and 24.  One district that

10   provides African-Americans with the opportunity to

11   elect their candidate of choice in District 10.

12   Three minority/majority Hispanic districts in south

13   Florida and the opportunity district in central

14   Florida that has become a majority/minority

15   Hispanic district.  In the Panhandle, Walton County

16   is again split between Districts 1 and 2, however,

17   the boundary between these two districts more

18   strictly adheres to the static geographic features

19   that are state highway 83 north and U.S. highway

20   331 south.  Departure from these features is

21   minimal and is required to equalize population.

22   The tradeoff between this configuration and the one

23   in plan 8002, is that this splits the cities of

24   Defuniak springs and Freeport, but better adheres

25   to the political and geographic boundaries.

FOR THE RECORD REPORTING, INC. 850.222.5491

41

SEN-CP000360

CUBANOS-0000003757

1        In the north Florida region of plan 8004,

2    Districts 4, 5 and 6 are the same as in the

3    previous plan.  District 2 and 3 are configured to

4    keep Alachua County whole by having District 2 get

5    its additional population from Marion County which

6    is also split by Districts 3 and 11.  This

7    configuration demonstrates the way keeping a county

8    whole can result in a split in another county, and

9    in this particular circumstance, consolidating the

10    splits in Marion County also results in a more

11    visually and mathematically compact District 3.

12        In this configuration the boundary between

13    Districts 2 and 3 in Marion County primarily

14    follows U.S. Highway 27 and state road 200.  The

15    boundary between Districts 3 and 11 is similar to

16    the boundaries in 8002, but in this plan the city

17    of Ocala is actually kept whole.  This plan is

18    similar to plan 8002, in that the district

19    configurations in the I-4 corridor are the same.

20    And it's similar to 8002, in that the district

21    configurations in south Florida are the same,

22    except that Districts 21 and 22 have a horizontal

23    configuration rather than vertical.  It is a little

24    easier to see in this slide, but the horizontal

25    configuration of these two districts allows

FOR THE RECORD REPORTING, INC. 850.222.5491

SEN-CP000361

CUBANOS-0000003758

1    District 21 to be kept wholly within Palm Beach

2    County.  The visual compactness of some of the

3    mathematical compactness scores are improved, and

4    on the whole, the scores for the use of political

5    and geographic boundaries include -- improve

6    slightly and generally becomes more balanced

7    between these two districts.

8         In Palm Beach County the boundary between

9    District 21 and 22 now follow state road 808 which

10   is Glades Road, the Florida East Coast Railroad and

11   U.S. Highway 1 and state road 800.  That would be

12   the changes in 8004.

13        CHAIR BRADLEY:  Any questions on the changes

14   just described in map 8004?  Anybody need to take a

15   second to digest the explanation?

16        SENATOR HARRELL:  I have a follow up.

17        CHAIR BRADLEY:  Yes, Senator Harrell.

18        SENATOR HARRELL:  A follow up on my question

19   on the cities that are split in those two

20   districts.  When you are going now at, you know,

21   more horizontal as opposed to vertical.  What is

22   the split on the cities?  And I noticed before West

23   Palm Beach was split into three sections.  How is

24   West Palm split now?

25        MR. FERRIN:  So Senator Harrell, in district,

FOR THE RECORD REPORTING, INC. 850.222.5491

43

1    in plan 8004 District 21 keeps 15 cities whole and

2    has nine parts.  District 22 has eight whole and it

3    has 10 parts.  A lot of those are probably going to

4    be split between District 20 and either 21 or 22.

5         CHAIR BRADLEY:  And if I could -- I have a

6    question with regard to the number of city splits,

7    as we are focusing on -- for the overall statistics

8    of map 8004.  You have 352 cities that are wholly

9    within one district.  362 with all the population

10   in one district.  So there is 10, 10 cities that

11   were split, but as the result of the split did not

12   put population in two different districts.  So

13   there is 60 cities split, but really only 50 of

14   them resulted in population of an individual city

15   being divided between the two.  Is that correct?

16        MR. FERRIN:  That is correct, Madam Chair.

17   And that is something that as we were drawing maps

18   we were kind of looking at, where in particular a

19   city may have annexed a parcel that sometimes on

20   the other side of an interstate or you know,

21   another major geographic feature.  What is the more

22   prudent approach is that you follow the municipal

23   boundary there for the sake of keeping the

24   geographic boundaries of the city within a

25   district, or does it make more sense to stay on the

FOR THE RECORD REPORTING, INC. 850.222.5491

44

SEN-CP000363

CUBANOS-0000003760

1    easily ascertainable and commonly understood

2    boundary that would be the interstate or other

3    major roadway or other geographic feature, be it a

4    railroad or other qualifying feature to meet the

5    Supreme Court's definition.  So we've tried to take

6    that approach, you know, as with any of these kind

7    of projects, the more the look at it the more you

8    notice things.  So there may be some areas where

9    you go back through and kind of review and make

10   sure we were doing all of that consistently, but in

11   general that was the thought process was, don't

12   necessarily follow a municipal boundary that likely

13   possibly may have already changed since these were

14   locked in place in January 1st of 2020.  Because as

15   we have learned since 2016, we have seen a number

16   of city splits added to the benchmark plan, you

17   know, without even moving the district line.

18        CHAIR BRADLEY:  Thank you.  So -- so a city

19   split doesn't necessarily mean that the population,

20   it is just something to keep in mind as we look at

21   a city split to refer to the data that follows the

22   map, to look and see what the result of that split

23   was, and you will see in certain circumstances

24   where the total population zeros out and that would

25   be one of the examples.  Any additional questions?

FOR THE RECORD REPORTING, INC. 850.222.5491

45

SEN-CP000364

CUBANOS-0000003761

1    Senator Rouson, you are good?  All right.  Is

2    everybody ready to move forward to map 8006?

3    And -- has everybody found their maps and their

4    spot?  All right.

5         MR. FERRIN:  Thank you, Madam Chair.  So

6    consistent with the directives that were given to

7    staff, we drew this plan to be consistent with the

8    plain language of the Florida Constitution, federal

9    law and existing judicial precedent.  It balances

10   the co-equal criteria outlined in the Tier 2

11   standards of Article III, Section 20 of the Florida

12   Constitution, except where doing so conflicts with

13   the Tier 1 standard.  A functional analysis of the

14   minority districts in the plan confirm that it does

15   not diminish the ability for racial and language

16   minorities to elect candidates of their choice.

17        When drawing visually compact districts,

18   county boundaries were used where it was feasible

19   to do so.  When a county was split static

20   geographic features, such as major roads, railroads

21   and water bodies were used in a manner that sought

22   to keep cities whole where feasible.  Cases where a

23   city was split, static geographic features were

24   used.  Where none were available or in cases where

25   it was possible to illustrate the tradeoff between

FOR THE RECORD REPORTING, INC. 850.222.5491

SEN-CP000365

CUBANOS-0000003762

1    using political or geographic features, a municipal

2    boundary may have been used.

3        Plan 8006 has an overall deviation of one

4    person, average compactness scores of .80 convex

5    hull .42 polsby popper and .45 Reock.  The average

6    use of non political or geographic boundaries in

7    this plan is 10 percent.  That means that

8    90 percent of the district boundaries fall in

9    features identified by the U.S. Census Bureau's

10   geographic layers as either city boundaries, county

11   boundaries, interstates, U.S. highways or state

12   roads.  It also includes contiguous water bodies

13   larger than 10 acres and railroads.

14       This plan has 46 whole counties.  Six

15   districts wholly located -- wholly contained within

16   a county.  350 cities with all their boundaries

17   contained in a single district, 360 cities with all

18   their population contained in a single district.

19   Like the benchmark plan, this plan also has three

20   affective minority districts for African-Americans,

21   Congressional District 5, Congressional District 20

22   and Congressional District 24.  There is one

23   district that provides African-Americans with the

24   opportunity to elect their candidate of choice and

25   that is District 10.  Three minority/majority

FOR THE RECORD REPORTING, INC. 850.222.5491

SEN-CP000366
CUBANOS-0000003763

1    Hispanic districts in south Florida, and an

2    opportunity district in central Florida that has

3    become a majority/minority Hispanic district,

4    Congressional District 9.

5         8006 is similar to plan 8002, in that the

6    districts in the Panhandle are the same.  It is

7    similar to plan 8002 again in that all the

8    districts in north Florida are the same.  So this

9    one has the Alachua and Marion split displayed

10   there.  In this plan we have different

11   configurations in the Orlando area.  This

12   configuration slightly reduces the black voting age

13   population and the Hispanic voting age population

14   in Districts 10 and 9 respectively.  It also

15   increases some of the city splits in the area, but

16   it does increase overall compactness and political

17   and geographic boundary usage between Districts 7,

18   9 and 10.

19        The functional analysis is conducted to

20   confirm that both of the Tier 1 protected districts

21   in this region are not diminished and that the

22   Hispanic and African-American populations retain

23   their opportunity to elect the candidates of their

24   choice.

25        In Orange County District 7 boundary primarily

     FOR THE RECORD REPORTING, INC. 850.222.5491

48

CUBANOS-0000003764

1    follows I-4, U.S. highway 17, state road 50, state

2    road 408 and state road 552.

3        District 9 remains a Hispanic opportunity

4    district protected from diminishment under Tier 1,

5    and as in the previous version, becomes a

6    majority/minority district.  The functional

7    analysis confirms that Hispanics have the ability

8    to participate in the political process and that

9    the district does not diminish their ability to

10   elect candidates of their choice.  In Orange County

11   District 9 boundary follows portions of Interstate

12   4, state road 528 and state road 15.  District 10

13   is also wholly contained within the remainder of

14   Orange County.  The African-American opportunity

15   district is protected from diminishment under Tier

16   1.  The BVAP increases slightly from the benchmark

17   and the functional analysis confirms that the

18   district does not deny or abridge the opportunity

19   for African-Americans to participate in the

20   political process.  It does not diminish their

21   ability to elect candidates of their choice.

22       In south Florida plan 8006 is very similar to

23   8004, in that the south Florida region is the same.

24   With the horizontal configurations there of

25   Districts 21 and 22.

FOR THE RECORD REPORTING, INC. 850.222.5491

SEN-CP000368
CUBANOS-0000003765

1        CHAIR BRADLEY:  Members, are there any

2     questions on 8006, the changes made in 8006?  All

3     right.  Continue on with --

4        MR. FERRIN:  Thank you, Madam Chair.  Plan

5     8008 was also drawn pursuant to the directives

6     given to staff.  And it is consistent with the

7     plain language of the Florida Constitution, federal

8     law and existing judicial precedent.  It balances

9     the co-equal criteria outlined in Tier 2 standards

10    of Article III, Section 20, except where doing so

11    conflicts with Tier 1 standards.  The functional

12    analysis of the minority district in this plan

13    confirms that they do not diminish the ability for

14    racial and language minority districts to elect

15    candidates of these choice.

16       When drawing visually compact districts, we

17    used, again used the county boundaries where it was

18    feasible to do so.  When a county was split, static

19    geographic features, such as major roads, railroads

20    and water bodies were used in a manner that sought

21    to keep the cities whole.  In cases where a city

22    was split, static geographic features were used.

23    Where none were available or in cases where it was

24    possible to illustrate the tradeoff between using a

25    political or geographic features, a municipal

FOR THE RECORD REPORTING, INC. 850.222.5491

SEN-CP000369
CUBANOS-0000003766

1    boundary may have been used.

2         This plan again has a deviation of one,

3    average compactness scores of .80 convex hull .42

4    polsby popper, and .44 Reock.  The average use of

5    non political or geographic boundaries is 10

6    percent, which means that 90 percent of the

7    district boundaries fall on features identified by

8    the U.S. Census Bureau's geographic layers as city

9    boundaries, county boundaries, interstates, U.S.

10   highways or state roads.  It includes contiguous

11   water bodies larger than 10 acres and railroads.

12        This plan has 47 whole counties, five

13   districts wholly contained within a county.  351

14   cities with all of their boundaries contained

15   within a single district, and 362 cities with all

16   of their population contained within a single

17   district.

18        Like the benchmark plan, this plan has three

19   affective minority districts for African-Americans.

20   One district that provide -- provides

21   African-Americans with the opportunity to elect

22   candidates of their choice, three minority/majority

23   Hispanic districts in south Florida, and an

24   opportunity district in central Florida that has

25   become a majority/minority district.

     FOR THE RECORD REPORTING, INC. 850.222.5491

                                                    51

SEN-CP000370

CUBANOS-0000003767

1       Plan 8008 is similar to plan 8004, in that the

2    Panhandle region is the same.  The one that splits

3    the cities of Defuniak strings and Freeport.  It is

4    similar to 8004 in the north central region of the

5    state.  So this is the one where the split is moved

6    to Marion County from Alachua.  It is similar to

7    plan 8006 in the I-4 and Orlando regions.  And it's

8    similar to plan 8002 in south Florida in that

9    the -- that region is the same with the vertically

10   oriented Districts 21 and 22.

11       Madam Chair those would be the maps.

12       CHAIR BRADLEY:  Very good, thank you for that

13   excellent description of where we are with those

14   maps.  Senator Stewart, did you have a question?

15       SENATOR STEWART:  No.

16       CHAIR BRADLEY:  Discussion?

17       SENATOR STEWART:  No, it is just a comment.

18       CHAIR BRADLEY:  Okay.

19       SENATOR STEWART:  I just -- I just wanted to

20   say I just think you have done a terrific job in

21   compiling four different opportunities for review.

22   It's been out in the public for seven or eight days

23   now.  I have heard no negative feedback on any of

24   these to date.  We may hear some as more people

25   have an opportunity to look at it, because today it

FOR THE RECORD REPORTING, INC. 850.222.5491

SEN-CP000371

CUBANOS-0000003768

1   was real important for you to identify the changes

2   and the differences between the maps, and I think

3   the public that are listening will now have a

4   better chance of making such comments, but I think

5   at least from where I stand right now, it is really

6   a good plan on almost all of them.  I am sure there

7   is these little differences, but we can come up

8   with the best one to move forward just based on

9   what you have done here which is a great job, and I

10  know that we will be listening to some of the

11  public's comment on it and I am anxious to hear

12  maybe what they might have to say, but I am very

13  happy with the product.

14      CHAIR BRADLEY:  Thank you, Senator Stewart.

15  Senator Harrell.

16      SENATOR HARRELL:  Thank you very much, Madam

17  Chair, and I sure would like to thank you and our

18  staff especially for the wonderful outstanding job

19  they have done here.  And I very much look forward

20  to hearing what -- what our constituents have to

21  say about this.  I hope that they will take the

22  time to look at them in detail, and especially in

23  my area in the Treasure Coast and Palm Beach

24  County, I am very much looking forward to their

25  input.  And in fact, I am going to hold a public

FOR THE RECORD REPORTING, INC. 850.222.5491

SEN-CP000372

CUBANOS-0000003769

1    hearing or a Zoom hearing for my constituents in

2    that area to really present, to look in detail and

3    give everyone the opportunity who would like to

4    participate in that Zoom meeting following the

5    exact instructions and thank you for in forming the

6    exact instructions as to what they have to say when

7    they appear so we know who they are representing,

8    and really look before we make final decisions on

9    which of these maps or tweaks to these maps,

10   because we may have new ideas coming out of our

11   constituents to hear what they have to say.  So I

12   would encourage other members to do likewise so

13   that we have that transparency with our

14   constituents and they the opportunity to express to

15   us individually, as well as through the wonderful

16   opportunity they have online to do so to really

17   become participants in this very important process,

18   and I thank you, I thank you so much, Madam Chair,

19   and our staff for this amazing job they have done.

20        CHAIR BRADLEY:  Thank you Chair Harrell.  I

21   mean, thank you, Senator Harrell, and it can't be

22   said enough the job that the staff has done.  After

23   getting guidance from the full committee they went

24   and they prepared these maps through the

25   consultation with only counsel, followed by our

FOR THE RECORD REPORTING, INC. 850.222.5491

54

SEN-CP000373
CUBANOS-0000003770

1    guidance and our constitutional and federal

2    standards, and I think these maps are impressive.

3    But again, to reiterate, these are the beginning.

4    This is an iterative process.  We are going to move

5    through, we are going to continue to make

6    adjustments, we are going to continue to make them

7    better.  We are going to continue to get public

8    input.

9        So with that, let's turn to our public

10   comments.  We have with us today Cecile Scoon with

11   the League of Women Voters of Florida.  Welcome,

12   thank you for being here.  You are recognized.

13       MS. SCOON:  Good afternoon.  I want to say

14   first, my name is Cecile Scoon, I am the President

15   of the League of Women Voters of Florida, and I

16   want to say thank you for getting the maps out

17   early.  That was an unexpected benefit that we

18   appreciate.

19       Some of the things that I feel like we are

20   still needing is more of the data analysis on the

21   precinct level so that we can look at all the

22   minority access districts and the majority/minority

23   districts.  Another concern that we have is, I

24   think it was stated several times and looked over

25   some of the meeting hearing tapes just to make

FOR THE RECORD REPORTING, INC. 850.222.5491

SEN-CP000374

CUBANOS-0000003771

1    sure, that the functional analysis was essentially

2    done only on the benchmark in the past, which I

3    think is a good start, but given the flow of

4    population throughout the state and the voting that

5    we know has occurred in different places on the

6    state you can just look and see.

7        Limiting the functional analysis only to the

8    benchmark does not take into account the change in

9    the population.  Because of course, the benchmark,

10   I mean, the functional analysis is to protect Tier

11   1 which are mandatory.  So when you go in with the

12   process of initially focusing on Tier 2, you know,

13   let's make sure what we would like to get and you

14   went in focusing on Tier 2, you are almost

15   obligated to make every district to do a functional

16   analysis on the things that are mandatory, because

17   you went in on the things that we would like to

18   have, population, close compactness, follow

19   geography, follow jurisdiction and that makes

20   sense, but to really be logical, because there is

21   flow with the population, you really need to do the

22   functional analysis on all of the districts,

23   because you are going in on the Tier 2 which are

24   lower.

25       So that makes sense again, but to comply with

FOR THE RECORD REPORTING, INC. 850.222.5491

56

SEN-CP000375

CUBANOS-0000003772

1    the, with our fair district's constitution, which

2    requires you to know there has been no diminishment

3    of the voting rights of racial minorities or

4    language minorities, you are almost obligated to do

5    a functional analysis on all of the districts,

6    because you went in on the level two.  That was

7    your starting point, your goal.  So you have to

8    test the level two against the mandatory, which of

9    course our fair districts mirror the Voting Rights

10   Act.  So if you follow pretty much our Tier 1 where

11   it has a close correlation with the Voting Rights

12   Act.

13        So I would ask you to do that functional

14   analysis on all of the districts, because of the

15   flow and the change.  In other words, if you are

16   looking only at the benchmarks, the benchmarks were

17   created with census data from 2010.  So if you are

18   looking only to do your functional analysis on

19   information that was based in 2010, well, we know,

20   there has been a big change in 10 years.  And so

21   you are going to miss.  So I would ask that you

22   consider that, and we would also like to get the

23   precinct level data so that we can test ourselves

24   what is going on on the precinct level, and I

25   believe that is information that was contained in

FOR THE RECORD REPORTING, INC. 850.222.5491

SEN-CP000376

CUBANOS-0000003773

1    the FSU report that was sent for the Senate and

2    their representatives.  And I thank you very much

3    for this opportunity.

4         CHAIR BRADLEY:  Thank you, thank you for being

5    here.  Next is -- yes.

6         SENATOR ROUSON:  We are in public comment.  I

7    think Ms. Scoon raises a good point and I like to

8    know if staff has addressed that.

9         CHAIR BRADLEY:  Which portion of the comment?

10        SENATOR ROUSON:  About the functional analysis

11   being done on all of the districts as opposed to --

12        CHAIR BRADLEY:  Okay.  Hold on.  Let me --

13        MR. FERRIN:  Senator Rouson.  In drawing the

14   minority districts in the plans, it is not a

15   question of just drawing them where they used to

16   be.  So we look at the population growth across the

17   state and we look at the areas, and we can view

18   those areas based on the density of minority

19   population and review those to determine where we

20   ought to be looking at drawing either minority

21   opportunities, minority, affected minority

22   districts or majority/minority districts based on

23   the density of population and the geography.  So I

24   am not real sure that running a functional analysis

25   on the whole plan is required to do that.

FOR THE RECORD REPORTING, INC. 850.222.5491

58

SEN-CP000377

CUBANOS-0000003774

1    We will have to think about that and maybe

2    talk about it a little bit, but I don't necessarily

3    know that the population growth across the state

4    compels us to do that.

5    SENATOR STEWART:  And I would like to know,

6    are we allowed to go to precinct level, is that

7    allowed?

8    MR. FERRIN:  Senator Stewart, the precinct

9    level data is not, once the precinct level data is

10    affiliated with the census block, so once the

11    elections data is in the census block form, there

12    is no real purpose to go back into the precinct

13    level that I am aware of.  We are drawing on census

14    blocks, not precincts.

15    SENATOR STEWART:  So is it legal or not legal

16    to look at the precinct?

17    MR. FERRIN:  I am not sure of the legality of

18    whether or not is to look at the precinct.  It's,

19    we are constructing districts.  So we have got the

20    census block geography, census geography that we

21    use to build districts.  The precinct level

22    information is correlated directly to elections.

23    And so we are not using precinct to build our data,

24    our maps.

25    SENATOR STEWART:  Thank you.

FOR THE RECORD REPORTING, INC. 850.222.5491

SEN-CP000378
CUBANOS-0000003775

1        CHAIR BRADLEY:  All right, next up is Nicholas

2    Warren.

3        MR. WARREN:  Thank you, Senator Bradley.  Good

4    afternoon, Senators.  I want to he echo the

5    comments that have already been made and applaud

6    director Ferrin for his work.  I think the maps

7    themselves, that they were drawn in compliance with

8    the Constitutional criteria.

9        I do have a few comments.  First of all I want

10   to mention just because of something I know, is a

11   conversation about splitting cities, but a portion

12   of that city not having any population in a

13   district.  The Supreme Court actually commented on

14   that in its last redistricting decision in footnote

15   14 and said that you can ignore splits -- but don't

16   include any population.  So it is already something

17   y'all are doing, but it has the Supreme Court's

18   stamp of approval.

19       And I also wanted to mention that I have

20   submitted four Congressional maps, portions of maps

21   that rift off of the drafts released last week.

22   Unfortunately, I don't think they have been posted

23   to the website yet, but hopefully will be soon.

24   You can take a look at those.  They, each kind of

25   focus on a different area and seek to come into

FOR THE RECORD REPORTING, INC. 850.222.5491

60

SEN-CP000379

CUBANOS-0000003776

1   further compliance with the Tier 2 requirements.

2   So principally for example, the first, the first

3   draft I do have printouts if y'all are interested

4   in looking.  I am not going to force you to rifle

5   through them now, but the first draft looks at

6   Congressional District 2 what I was in Tallahassee

7   and seeks to kind of snap the eastern boundary to

8   county lines and keeps, thereby keeps Alachua and

9   Marion, make sure that cities who doesn't have a

10  portion of either of those counties in that draft.

11  It also results in a more compact smooth line in

12  St. Johns County between 4 and 6 which is a little

13  bit irregular now, and also seeks to keep Sumter

14  County whole.  I know it is only about 300 people

15  that are in CD 28, the draft.

16      I think the Sumter County Supervisor might

17  appreciate not having to re-precinct and deal with

18  having that few people in a different Congressional

19  district, as well as a few other changes that keep

20  cities together, follows boundaries.  That is the

21  first draft.

22      The second draft, and I promise I will be

23  quick, starts with that, those changes in north

24  central Florida, and additionally tries to keep

25  Volusia County whole, and snap the southern

SEN-CP000380

CUBANOS-0000003777

1    boundary of CD 6 to the St. Johns River and Lake

2    Monroe, which is not only a county boundary, but

3    also a major geographic feature of course, the

4    longest river in the state.  And as a result, that

5    pushes CD 9 into Polk County a little bit in the

6    area where the county lines is straight lines that

7    subdivide subdivisions and no one probably really

8    knows where the county line is, and that results in

9    an ultimate improvement in compactness between the

10    CD 11 and 28 boundaries in Lake County.

11        The third map focuses solely on CD 20 in Palm

12    Beach County which of course in all the drafts has

13    this long appendage that runs down to Boynton

14    Beach, splitting several cities.  Obviously that

15    was drawn to preserve black ability to elect in CD

16    20, which of course is a Tier 1 requirement.  I

17    believe that a draft that I have drawn accommodates

18    both the Tier 1 requirements and eliminates that

19    appendage, which results in maybe eight or nine

20    different cities being kept whole, and improves

21    compactness in that region.

22        And then finally, my last submission takes a

23    look at south Florida.  Actually, it is funny that

24    Senator Stewart mentioned the Everglades, because

25    that is, regardless of where it is, I think it is a

FOR THE RECORD REPORTING, INC. 850.222.5491

SEN-CP000381

CUBANOS-0000003778

1    pretty big geographic boundary that also kind of

2    coincides with county lines, and actually the

3    Second Judicial Circuit and the Senate in the 2015

4    remedial process with the opportunity to eliminate

5    a kind of cross peninsula district that crossed the

6    Everglades, and the Senate drafts and try to

7    maintain that line.  So it is a pretty significant

8    boundary.  And that last draft, the last map that I

9    submitted seeks to recognize that boundary and put

10   compactness in the region, makes CD 25 compact,

11   makes CD 19 compact where it has that tail going

12   down to Naples and Marco Island now.  And yes,

13   those are my submissions.  I hope you can take a

14   look at them once they are posted to the site.

15        I would being happy to answer any questions

16   now or off line.  My phone number is definitely in

17   the submission forms.  Also the detailed

18   explanation of all these changes and kind of a

19   defense of them are included in the submission form

20   that I submitted.  Thanks.

21        CHAIR BRADLEY:  Thank you for your engagement

22   and we will look at the maps, thank you.

23        MR. WARREN:  Thank you.

24        CHAIR BRADLEY:  Those are the only appearance

25   forms we have.  Any additional comments from

FOR THE RECORD REPORTING, INC. 850.222.5491

SEN-CP000382
CUBANOS-0000003779

1    Senators before we -- before we adjourn?  Senator

2    Rouson.

3         SENATOR ROUSON:  Yes, thank you.  I just

4    wanted to join the bandwagon and thank staff for

5    the work that they have done and also thank you for

6    meeting with my staff ahead of time to answer some

7    questions that we had.  Thank you.

8         CHAIR BRADLEY:  Very good.  Members, we have

9    come extraordinarily far in what has been an

10   extremely condensed amount of time.  I believe we

11   are on the right track for success.  We have two

12   weeks until our next meeting, and I would propose

13   that we have staff consider the feedback and

14   guidance we have given them here today and ask them

15   to consider it through the lens of the overall

16   directives, as well as all applicable federal and

17   state legal standards.  I would also propose that

18   staff spend time looking for improvements and

19   consistency in the application with the various

20   tradeoffs presented in the maps.

21        If no other business before the committee,

22   Senator Harrell moves we adjourn.  Without

23   objection, we are adjourned.

24        (Whereupon, the meeting was concluded.)

25

     FOR THE RECORD REPORTING, INC. 850.222.5491

SEN-CP000383

CUBANOS-0000003780

```
 1                C E R T I F I C A T E
 2    STATE OF FLORIDA    )
 3    COUNTY OF LEON      )
 4            I hereby certify that the foregoing transcript
 5    is of a tape-recording taken down by the undersigned,
 6    and the contents thereof were reduced to typewriting
 7    under my direction;
 8            That the foregoing pages 02 through 64
 9    represent a true, correct, and complete transcript of
10    the tape-recording;
11            And I further certify that I am not of kin or
12    counsel to the parties in the case; am not in the
13    regular employ of counsel for any of said parties; nor
14    am I in anywise interested in the result of said case.
15            Dated this 4rh day of February, 2022.
16
17
18
19                        CLARA C. ROTRUCK
20                        Notary Public
21                        State of Florida at Large
22                        Commission Expires:
23                        November 13, 2022
24                        Commission NO.: GG 272880
25

          FOR THE RECORD REPORTING, INC. 850.222.5491
```

SEN-CP000384
CUBANOS-0000003781