**House Congressional Redistricting Subcommittee**
**December 2, 2021**

Transcript of video recording available at:
https://thefloridachannel.org/videos/12-2-21-house-congressional-redistricting-subcommittee/

CUBANOS-0000006397

## House Congressional Redistricting Subcommittee - Dec. 2, 2021

1    Rep. Sirois: Good afternoon. The Congressional Redistricting Subcommittee will come to

2  order. DJ, please call the roll.

3    DJ: Chair Sirois?

4    Rep. Sirois: Here.

5    DJ: Vice Chair Tuck?

6    Rep. Tuck: Here.

7    DJ: Ranking Member Skidmore?

8    Rep. Skidmore: Here.

9    DJ: Representative Beltran?

10    Rep. Beltran: Here.

11    DJ: Benjamin?

12    Rep. Benjamin: Here.

13    DJ: Brown has been excused. Fabricio?

14    Rep. Fabricio: Here.

15    DJ: Fetterhoff?

16    Rep. Fetterhoff: Here.

17    DJ: Fischer has been excused. Giallombardo?

18    Rep. Giallombardo: Here.

19    DJ: Harding has been excused. Hunschofsky?

20    Rep. Hunschofsky: Here.

21    DJ: Joseph has been excused. Massullo has been excused. Morales?

22    Rep. Morales: Here.

23    DJ: Perez has been excused. Plakon?

2

CUBANOS-0000006398

## House Congressional Redistricting Subcommittee - Dec. 2, 2021

1       Rep. Plakon: Here.

2       DJ: Silvers?

3       Rep. Silvers: Here.

4       DJ: Toledo?

5       Rep. Toledo: Here.

6       DJ: Trabulsy?

7       Rep. Trabulsy: Here.

8       DJ: Williamson?

9       Rep. Williamson: Here.

10      DJ: Ex-Officio Learned?

11      Rep. Learned: Here.

12      DJ: Quorum is present, Mr. Chair.

13      Rep. Sirois: Thank you DJ. Members a few reminders before we begin. Please silence all

14      electronic devices, and if you wish to make a public comment, please fill out a speaker form and

15      turn into the sergeant's staff. Also as a reminder for our members and presenters, please ensure

16      that you turn off your microphone – I'm sorry, that you turn on your microphone when you are

17      speaking and you turn it off when you are finished.

18      Members, we're gonna get through this. Welcome back to our last interim committee

19      week of the year. I'm excited for today's presentation, but before we jump in, I wanna take a

20      moment to set the tone for today's meeting. On Monday, the House released two workshop maps

21      that we will be walking through during today's meeting. As you may have guessed, once our

22      maps were released a self-anointed partisan political class jumped to the headlines to give their

23      commentary as soon as possible without even reserving the opportunity for explanation or to

CUBANOS-0000006399

## House Congressional Redistricting Subcommittee - Dec. 2, 2021

1  observe this committee meeting today. As I have said before and I will say it again now, the

2  partisan narratives and rhetoric will not have a place in this committee process. As legislators

3  and constitutional officers, we're held to a high standard and I do not intend on letting us waiver

4  from that high bar. With all of the political rhetoric that's constantly being tossed around in the

5  media, very little of it speaks the constitutional standards that apply to our maps. That irony is

6  not lost on me, nor should it be on you either. External groups are judging us on the very thing

7  we cannot evaluate, consider, or even know. I ask you to divest yourself form those external

8  groups and their partisan narratives which are aimed in imputing their political ambitions into

9  your decision-making. On a more positive note, I do wanna commend the members of this

10 committee and our colleagues throughout the House, for I have heard little similar commentary. I

11 believe that is a testament to the understanding of how complicated, technical, and specific

12 Florida's rules are that govern redistricting. Everyone here understands this process is not cut

13 and dry, and I encourage our members to continue taking the high road as we keep moving

14 through this process.

15     On our agenda today, we have two congressional maps that we will workshop and walk

16 through. I want to be clear. Opposite of what you may have heard in the media, these are not

17 final maps. These are not bills. These are not a PCB. These are exactly what we called them,

18 workshop maps. The House have been deliberate in taking steps to educate members on the

19 foundations and legal framework for redistricting, and this is the next step in that process. As we

20 move through the explanation of each region of the state, you will see very different district

21 configurations. These are not slight variations on a single base map, but are instead meant to

22 illustrate the policy concepts before this committee. Between these two workshops, there is no

23 preferred map, and both options have been prepared in consultation with legal counsel to ensure

CUBANOS-0000006400

## House Congressional Redistricting Subcommittee - Dec. 2, 2021

1   that applicable state and federal law are being followed. As we all know, there are many ways

2   you can draw district lines and today is a starting point for our deliberations. Members, let me be

3   clear once again, there is no single constitutionally perfect map. There are a multitude of options

4   reflecting varying map drawing policy decisions at our disposal that fall within the constitutional

5   standards. Today is about members asking questions, understanding the policy decisions that are

6   before us as a committee, and giving feedback for future work product.

7           As has been discussed extensively during all three redistricting committees, Tier One and

8   Two of Florida's constitutional standards and applicable caselaw have guided our discussions

9   and educational efforts during committee meetings and served as the same threshold for our

10  committee staff in the drafting of these workshop maps. This can include but is not limited to

11  observing political boundaries such as county and city boundary lines, or geographical

12  boundaries such as roadways, rivers, or railways while creating district boundary lines.

13  Members, as we work through these options, you'll see the tangible examples of how often our

14  Tier Two standards create tension among one another and the appropriate ways to resolve that

15  tension.

16          Now with all of that being said, let's talk about some of the guardrails for today's

17  discussion, starting with our Tier One requirement to not favor or disfavor an incumbent. I

18  addressed this during a previous committee meeting, and I wanna take a moment to discuss it

19  again here. Redistricting means change for all members. The movement of district lines may

20  have the effect of pairing a member with a fellow incumbent or changing your district to where

21  you no longer reside within the new boundary. I understand that such things can impact members

22  individually; however, it will not be part of the process or conversation here today. When we

23  deliberate our lines or when we deliberate where our lines are placed, our intent and decision-

5

CUBANOS-0000006401

## House Congressional Redistricting Subcommittee - Dec. 2, 2021

1  making cannot be based on a current incumbent or a potential challenger. Similarly, our

2  committee staff doesn't know where you live and did not use your address or anyone else's as a

3  consideration point thought while preparing these workshop maps. I will not let this committee

4  consider matters that violate the constitution.

5        Secondly, for a variety of reasons we've already reviewed today, consideration of the

6  partisan impacts of a map or of an individual district will not be allowed. We did not take

7  partisan impacts into consideration in preparing the workshop options being presented today,

8  except to the extent necessary to review elections data to complete the functional analysis where

9  legal precedent dictates it is required to appropriately protect minority groups' ability to elect a

10 candidate of their choice.

11       Additionally, as we move through today's presentation, I highly encourage members to

12 ask questions or offer comments in an alignment with our constitutional standards. In today's

13 meeting materials, you will find familiar slides outlining the constitutional standards in case

14 anyone needs a quick reference as to what we must follow. My vision for today's meeting is for

15 staff to walk us through the two workshop options that were rolled out on Monday. We will be

16 using the live Esri map drawing application to view these districts. I encourage you to take notes

17 as we move throughout the presentation as we'll run through an explanation of the entire state

18 before taking questions. This will help us ensure that we don't spend too much time on a single

19 region, limiting the amount of time we have for other regions in the state or questions. After we

20 take questions from members, we will move to public testimony. Members, I feel confident in

21 the workshop products that we have before us today and as we walk through them, I believe you

22 will be able to see firsthand the constitutional standards and framework that we've been

23 discussing over the last handful of meetings, as well as our educational efforts really come to

CUBANOS-0000006402

## House Congressional Redistricting Subcommittee - Dec. 2, 2021

1  life. With that, I would like to hand it over to our Staff Director, Leda Kelly to begin the

2  presentation. Ms. Kelly, you're recognized.

3      Ms. Kelly: Thank you, Mr. Chair. The first things, members, I'd like to point out

4  obviously with the release of maps today, we assume you may be getting questions from

5  constituents or perhaps your own team members as well. I wanted to take a moment and show on

6  floridaredistricting.gov, which is our joint website we've produced with the Senate, where you

7  can find the workshop products that we're gonna be walking through today, and their associated

8  data report. So if you showed on the screen here is floridaredistricting.gov. I have the Submitted

9  Plans page pulled up. I would encourage you to use this first filter option here to pull up how

10  specific maps that have been submitted and as you see, the first two here are workshop product

11  8005 and 8007, which were the two that we'll be walking through today. So, again I just wanted

12  to take a second and show where your constituents can find that or again, if your teams need

13  references as well.

14      Rep. Sirois: I'm sorry Representative Fetterhoff, we're gonna hold questions for the end

15  of staff presentation. Thank you.

16      Ms. Kelly: Thank you, Chair. The other thing before we dive into the substance of the

17  meeting, I wanted to talk you through the meeting packet that you guys have before you today.

18  So we presented – we prepared a PowerPoint presentation in case our live map drawing software

19  is a little too far away to see, you guys have the ability to not only take notes on it, but we have

20  the same map shot regions of the state we'll walk through in our presentation. Also found in that

21  PowerPoint packet are two slides that deal with Article III, Section 16 of the Constitution as well

22  as Section 20 and 21 which speak to our constitutional standards specific to redistricting. So

23  again, just wanted to prepare you with a quick reference there. At the end of the PowerPoint and

CUBANOS-0000006403

### House Congressional Redistricting Subcommittee - Dec. 2, 2021

1   the meeting materials, there's also an over/under map which shows our counties as well as our

2   congressional districts and how that population has changed from 2010 compared to 2020. So

3   again, just helping to understand how population shifted across the state over the last decade.

4        The last item I'd like to walk through is the large meeting packet that was found in front

5   of you at your desk whenever you arrived today. These are what we call our statewide snapshot

6   packets, and they have – the first sheet is an actual snapshot of the maps, so you can see it in its

7   entirety. The map itself has a couple of call-out boxes that focus on some of the more populated

8   areas where districts may be a little smaller so you can see that with more detail. If you flip to the

9   second page, this is what we've called our statewide snapshot, and it has a lot of the high-level

10  statistics, some of which you'll hear us talk about today, and they follow a lot of our

11  constitutional standards as well. I'll come back to that top box here in just a second, but if –

12  segue down to the second portion that's on the page 2, this actually is a district-by-district

13  breakdown. So, it goes though all 28 congressional districts, highlighting our population for

14  those respective districts, the percentage of the Black voting-age population, the Hispanic voting-

15  age population, as well as the respective compactness scores for each district. Again, as we move

16  through this state, everyone can conceptually understand how these districts relate to one

17  another.

18        Going back up to the top item, before we segue into what I have pulled up on the screen

19  here, a couple things I just want to point out which are unique to our congressional map. You can

20  see the first couple boxes talked about population as well as population deviation. As I know you

21  all are aware, but just to point out for anyone following along as well, our congressional standard

22  is plus or minus one person, and so as you can see and you see it in the box on the bottom as

23  well, 27 of our 28 districts are exactly the same population in every district. If you're looking in

CUBANOS-0000006404

## House Congressional Redistricting Subcommittee - Dec. 2, 2021

1    Map 1, the district that deviated from that is District 22, which is minus one person and then

2    Option A, if you're looking at that packet, it's District 21, which is also minus one person.

3         The other statistics I'd like to call your attention to just for point of reference as we move

4    throughout our presentation is back on the statewide snapshot on the top and it's our county and

5    city splits. Between the two maps, if you're doing a side-by-side comparison, both of these maps

6    have a split 20 counties, which implies they keep 47 counties whole. And Option A, we have a

7    total of 33 cities that are split. Then Option B, we have a total of 40 cities that are split. As our

8    team walks through that presentation, you'll kind of understand where for the starting

9    deliberations we've made some of those decisions and what that looks like in context with

10   compactness scores and keeping counties whole, other decisions along those lines.

11        With that being said, I just wanted to make sure we walked folks through the materials.

12   The other two items that are found in the larger sized meeting packet continue on the next page

13   on page 3 is the county share population breakdown. For every county is indicated which district

14   it may be split between and then if you look to the statistics on the side, it tells respectively what

15   percentage of that county's population resides within those respective district that it may be split

16   among. Similarly if you continue onto page 5, we have a city split list which then goes through

17   the cities that may have bene split in the map and again, their respective share of population that

18   appeared in each of the districts.

19        With that being said, I'd like to hand it now over to our team members Kyle and Jason,

20   who are also staff members with the redistricting committee. They're gonna walk us through a

21   district-by-district comparison of our two workshop options. What I have up here on the screen

22   that I'll be navigating through simultaneously are both of our workshop options and what we

23   would like to be able to demonstrate to the members on this committee is being able to see some

CUBANOS-0000006405

### House Congressional Redistricting Subcommittee - Dec. 2, 2021

1  of those differences side-by-side. So you are able to see the items on the screen or again,

2  members similarly in that PowerPoint packet. The option here on the left is workshop A and on

3  the right is workshop B. With that, I'll turn it over to Jason, Kyle. Thank you.

4        Kyle Langan: Alright, starting in District 1 and where Workshop A and B Districts 1, 2,

5  3, and 4 are the same in both options. District 1 begins with keeping three whole counties,

6  Escambia, Santa Rosa, and Okaloosa, and then splits Walton County for equal population. The

7  boundary District 1 uses with District 2 primarily follows State Road 83 and follows the

8  municipal lines of Freeport and DeFuniak Springs in order to keep those cities whole. Freeport is

9  kept whole within District 1 and DeFuniak Springs within District 2.

10        Next jumping to District 3, which is a protected district in this region, and it impacts both

11  District 2 and District 4. CD 3 is a protected Black district that it was drawn to protect the Black

12  population's ability to elect a candidate of their choice. A functional analysis conducted by staff

13  ensures District 3 minority groups' ability is not diminished to elect a candidate of their choice.

14  It includes four whole counties, Madison, Hamilton, Baker and Gadsden County, Gadsden

15  County being Florida's only majority-minority Black county in the state. It also includes parts of

16  four others, Leon, Duval, Jefferson, and Columbia County.

17        District 2 takes the remaining population in Walton County and parts of Leon, Jefferson,

18  and Columbia County that are not in District 3 and encompasses 15 more whole counties in order

19  to create District 2. It achieves equal population within Leon County in order to keep the county

20  lines whole on its eastern boundary of Columbia, Levy, and Gilchrist. By achieving this equal

21  population within Leon County, we are able to not break those county lines and split into another

22  county such as the Alachua or Marion.

23        Moving over to CD 4. CD 4 encompasses all of Nassau County and takes the remaining

CUBANOS-0000006406

## House Congressional Redistricting Subcommittee - Dec. 2, 2021

1   part of Duval County that is not included in District 3. These two areas leave the district

2   approximately 213,000 people short of the population needed for a congressional district, so the

3   district drops into St. Johns County for the remainder of its population and keeps the city of St.

4   Augustine wholly within District 4. The other cities in St. Johns County are kept whole in the

5   remaining part of the county. As an alternative instead of going into St. Johns, if District 4 was to

6   say, go into Clay County for its remaining population, it would have created a wrap-around

7   irregular and non-compact shape; therefore, which is why it grabs the remaining population to

8   the south. And now I'm gonna turn it over to Jason to go over the next region.

9       Jason Poreda: Thank you Kyle. So moving south from District 4 in St. Johns County, this

10   is where the two options A and B start to diverge. This was done to demonstrate a policy choice

11   that can be made what to do with the rest of St. Johns County and how even a small decision

12   about how to change what you do with the population in just half of St. Johns County, whether

13   you attach it to counties to the west or whether you go south, how that can have a ripple effect

14   throughout the map and change what the districts look like. That was purposely done to illustrate

15   to the committee members how a small decision like that can impact a greater region.

16       With that, we'll start with District 5. I'm sorry, we'll start with District 6 in Option A,

17   which takes that section of St. Johns County and combines with all of Flagler County and further

18   goes south into Volusia County. That leaves District 5 to be encompassed of five whole counties,

19   which is Alachua, Union, Bradford, Clay, and Putnam Counties. It then splits Marion County

20   and to get the remaining part its population including the entire city of Ocala. That's what the

21   bump is that you can see highlighted right there. It uses a lot of state roads on the opposite sides

22   of the city, including – my apologies – State Road 19 and U.S. Highway 441, except for it

23   achieve equal population in some other county roads in the area.

CUBANOS-0000006407

## House Congressional Redistricting Subcommittee - Dec. 2, 2021

1   District 6, now moving back over there, because District 5 in Option A keeps those five

2   counties together and goes into Marion County, District 6 again takes that portion of St. Johns

3   County combining with Flagler County, then goes into Volusia County and then a little bit of the

4   flag on the top of Lake County to fill out the remainder part of its population. Volusia County is

5   not kept whole. It is split by two districts in the south that we'll go through a little bit more later.

6   In Option B, because District 5 is the one that takes that population in St. Johns County

7   combined with Flagler County and combines it with Putnam County, Union, Bradford, and part

8   of Alachua County to extend that district east connecting St. Johns County to the west. It then

9   changes the configuration of that district. It also moves the county split from Marion County into

10  Alachua County, demonstrating another policy choice that can be made. Simply by including

11  different populations into different districts, we move a county split from Marion County into

12  Alachua County. Small decisions like that can have a ripple effect throughout the map.

13  Now because District 5 goes east and takes that portion of St. Johns and Flagler County,

14  District 6 then obviously cannot encompass the same area. So it begins getting its population

15  solely in Volusia County. Now Volusia County is a very interesting county. It's one of the few

16  counties in the state that has a dense population center both on the coastal side, keeping a lot of

17  the cities there that you can see highlighted, along with cities like DeBary, Orange City, and

18  Deltona that are closer toward the center part of the state, and has a large area in the middle that

19  does not have a lot of population. So District 6 takes a lot of those coastal communities, starts to

20  connect through Deltona and then is actually able to include the entire county of Seminole in that

21  district.

22  Now District 11 is similarly impacted by the decisions about whether or not to split

23  Alachua County or Marion County. In Option A, you see that it takes the remaining portion of

CUBANOS-0000006408

## House Congressional Redistricting Subcommittee - Dec. 2, 2021

1  Marion County, connects it with the entire county of Sumter and then the portion of Lake County

2  that is not in District 6, going around the city of Eustis there and Umatilla, along with some of

3  the other county roads in that area in Lake County. It then gets the remaining portion of its

4  population in Citrus County. Citrus County being another county like Walton County that Kyle

5  talked about earlier that has to be split for equal population purposes. District 11 has about

6  95,000 people in Citrus County and it uses mostly the Lecanto Highway and other major

7  roadways in the area to achieve this.

8      In Option B, District 11 keeps Marion County whole so it does not split Marion County.

9  It takes the remaining portion of Alachua County including a lot of major roadways around the

10 city of Gainesville, does happen to split the city of Gainesville in this particular configuration. It

11 then takes similar portions of northern part of Lake County that District 6 does in Option A, and

12 then actually goes into Volusia County to fill out the remainder of its population, creating more

13 of a rectangular horizontal effect as opposed to what the option looks like in Option A. Again,

14 these are different configurations for these districts governed by the simple decision about what

15 to do with the remaining portion of St. Johns County and Flagler County to the north and how

16 that impacts other districts.

17      Now moving south into the Orlando area. That decision that we had earlier in St. Johns

18 County impacted even these districts, but I'm gonna jump real quick to Districts 8, 9, and 16.

19 Districts 8, 9, and 16 are very similar in both options. Both to keep counties whole, another

20 principle or methodology that we used to assemble our districts. District 8 along the Space Coast

21 is the same in both options. It includes all of Brevard County and the Indian River County, it

22 keeps them together. It then becomes just 2,800 people approximately short of that is needed for

23 a congressional district. We chose to go north into Volusia County to get that remaining 2,800

13

CUBANOS-0000006409

## House Congressional Redistricting Subcommittee - Dec. 2, 2021

1  people. By doing so, we were able to keep the city of Oakhill whole, which is about 1,900

2  people, along with going up I-95 and taking some of the surrounding area, we were able to

3  achieve that population in a very compact way, and then not split Orange County another time or

4  go east. So we were able to keep that district the same in both options.

5      District 9 encompasses the entirety of Osceola County. It then – which Osceola happens

6  to be about half the population of an entire congressional district, about 380,000, a little bit more

7  than that, people. The remaining portion of its district, the other half of this population, comes

8  from the north in Orange County and it gets – that population is slightly different ways in both

9  Option A and Option B but in both instances it uses a lot of the major roadways in the county

10  such as I-4, the Beachline Expressway, State Road 50, the East-West Expressway, the Central

11  Florida Greenway, among other roads, Curry Ford Road and the Econ River in option B. Option

12  B actually takes the Econ River all the way up to the northern Orange County line, following that

13  all the way back down. Both options are very Tier Two-compliant, using a lot of those major

14  roadways within Orange County, and keeps the county of Osceola whole. District 9 in both

15  options also happen to be a majority-minority Hispanic district, which is a potential opportunity

16  for the Hispanic population that has grown over this last decade.

17      District 16 is the same in both options. This decade we were able to keep Polk County

18  entirely whole in its own district. However, keeping Polk County whole is about 44,000 people

19  short of what is needed for a congressional district. In our options, we then go into Hillsborough

20  County in a very compact way, able to use State Road and County Road 39 to create a very flat

21  compact line along its eastern border. We do happen to split the city of – the Plant City line in

22  order to achieve equal population that's necessary for congressional districts.

23      Now these three counties kind of form that county line that goes all the way across the

CUBANOS-0000006410

## House Congressional Redistricting Subcommittee - Dec. 2, 2021

1  state, forcing all of the remaining decision to go east and around down through Tampa that we'll

2  get to shortly, but going back into the Orange County area, after we take 380,000 people

3  necessary to fill out Congressional District 9, what do we do with Congressional 7 and 10? Now

4  that's a little bit different based on what we did with the population and that little tiny piece of

5  St. Johns and Flagler County up to the north.

6        Option A, because District 6 starts getting its population up in the northern part of the

7  state with the remainder of St. Johns County and Flagler County, it does not have to go down

8  into Seminole County to get population. It leaves a little bit extra population in Volusia County

9  that District 7 takes along with the entire county of Seminole County and then goes into Orange

10  County to get the remaining about 280,000 people it needed to fil out its congressional lines.

11        Now in option B, because District 6 is the one that keeps Seminole County whole within

12  it, District 7 becomes entirely within Orange County, very similar to Option A's District 10,

13  which is also wholly within Orange County. They may look a little different. They start in

14  different places in the county, but they have very similar makeups and are both wholly within

15  Orange County.

16        District 10 in Option B takes the remaining 280,000 people of Orange County and

17  connects with the remainder of Lake County, all of Sumter County, and then splits Citrus County

18  in exactly the same way that District 11 does in Option A, using the Lecanto Highway before we

19  start to move south into Tampa Bay and to get into Tampa Bay, I'm gonna turn it over to Kyle.

20        Kyle Langan: Thank you Jason. Moving into the greater Tampa Bay region, we can see

21  this area is made up primarily of four congressional districts and parts of three others that move

22  into that Hillsborough area. In these options, there are tradeoffs, co-equal Tier Two criteria, and

23  we're gonna explore these now between the two options. Starting in Option A, we'll start with

CUBANOS-0000006411

## House Congressional Redistricting Subcommittee - Dec. 2, 2021

1   CD 12, which contains part of Pinellas, Hillsborough, and Pasco Counties, primarily utilizes

2   major roadways, State Road 52, which makes up its northern border in Pasco County, falls along

3   the Suncoast Parkway for its eastern border down into Hillsborough County, and follows Dale

4   Mabry Highway, Gunn Highway, and Limbaugh Avenue. Moving into Pinellas County, CD 12

5   primarily follows the Courtney Campbell Causeway, the Bayside Bridge, and Ulmerton Road or

6   State Road 88 to complete its boundary line.

7        CD 15 borders CD 12 in Pasco and Hillsborough Counties, in addition to keeping the

8   entirety of Hernando County whole within this district, as well as taking the remainder of Citrus

9   County. It shares a border with CD 14 and 16 in Hillsborough and follows Fletcher Avenue, I-4

10  and State Road 39 as well some other roadways to achieve equal population.

11       CD 14 in Option A is kept entirely within Hillsborough County. It borders five other

12  districts, following as many primary roadways as possible, such as Dale Mabry Highway on the

13  west side, Fletcher Avenue and I-4 on the northern side, State and County Road 39 on the east

14  side, and County Road 672, Balm Road, Big Bend Road on the southern side. Following these

15  roads help us create a very visually compact district fully kept within Hillsborough County.

16       CD 13 takes the remainder of Pinellas County and connects it with the remaining

17  population in Hillsborough County.

18       So in Option A, three of the four districts, CD 12, 15, and 14 all have better mathematical

19  compactness scores than in Option B. Option B however provides other Tier Two metrics to

20  consider as a tradeoff and a policy choice before this committee. So, moving into Option B, we'll

21  start with CD 12. In this version CD 12 takes the remainder of Citrus County, all of Hernando

22  County, and moves into Pasco and part of Pinellas County. It follows some of the similar roads

23  along with U.S. Highway 41, State Road 54, and again follows the Suncoast Parkway.

16

## House Congressional Redistricting Subcommittee - Dec. 2, 2021

1    In Option B moving to District 13, this district is kept wholly within Pinellas County and

2    keeps as many cities whole as possible. It primarily followed along the northern boundary, the

3    city lines of Dunedin, Clearwater, Safety Harbor, and Oldsmar along that northern border and

4    then it's bordered by the Pinellas County boundary line on its east/west and south side.

5    CD 14, again, located wholly within Hillsborough County as in Option A. This time it's

6    in more of a rectangular orientation. It utilizes primary roadways Hillsborough Avenue, Bush

7    Boulevard, and I-4 along its northern border with CD 15, State and County Road 39 again is the

8    border between CD 14 and District 16, and then follows the same roads to the south, Balm Road,

9    Big Ben Road, and County Road 672.

10    CD 15 then connects the remaining populations of Pasco and Hillsborough Counties to

11    complete the remaining district in this area.

12    Some Tier Two options that Option B explores is it reduces the number of times

13    Hillsborough County is split from six times in Option A to only four times in Option B. It also

14    keeps CD 13 wholly within Pinellas County and keeps the district wholly within Hillsborough

15    County. These are some and the main differences keeping those districts whole, sacrifices some

16    of those mathematical compactness scores that are better in Option A.

17    Then moving south, there are three districts, Districts 17, 18, and 19. They are the same

18    as both Workshop A and B. CD 17 takes the remainder portion of Hillsborough County and

19    combines it with all of Manatee County and part of Sarasota County. If we examine that line that

20    Jason mentioned earlier, the county lines that kind of travel across the state between District 8, 9

21    and 16, if we take into account all of the county populations south of that, all of those counties

22    combined come up around 112,722 people short of a full twelve congressional districts. So at

23    some point a district will have to go north to grab some population, which is what is done in

17

CUBANOS-0000006413

## House Congressional Redistricting Subcommittee - Dec. 2, 2021

1    District 17 and crosses into Hillsborough County.

2           Moving down to CD 18, CD 18 takes the remaining part of Sarasota County and includes

3    seven whole counties, Hardee, DeSoto, Charlotte, Highlands, Glades, Okeechobee, and Hendry

4    County, and then goes into Lee County to achieve equal population. It follows primary roads

5    along the Hancock Bridge Parkway, Pine Island Road, and County Road 765, and also follows

6    the Able Canal and the Caloosahatchee River.

7           CD 19 takes the rest of Lee County and gets its remaining population south into Collier

8    County, keeping both the cities of Naples and Marco Island whole. It goes south into Collier

9    County along I-75, US 41, and Collier Boulevard, and it only deviates to achieve equal

10   population. There is a slight difference in Option A and B and that's just where equal population

11   was achieved, but they are effectively the same district. I'm gonna turn it back over to Jason to

12   go over Southeast Florida.

13          Rep. Poreda: Thank you Kyle. So now we'll jump over to Southeast Florida. Now

14   Districts 21, 22, 23, and 25 in the Palm Beach and Broward County areas are largely impacted by

15   the shape of Congressional District 20, after which performing a functional analysis,

16   Congressional District 20 is a protected Black district and has been created to ensure minority

17   groups have the ability to elect a candidate of their choice in both options, even though they look

18   very different in both options.

19          In Option A, Congressional District 20 is kept wholly within Broward County. It

20   connects the Black populations in central and northern Broward Counties and cities such as but

21   not limited to Fort Lauderdale, Pompano Beach, Deerfield Beach, Tamarac, Lauderhill, Margate,

22   and others with the Black population in southern Broward County including the entire city of

23   Miramar and parts of Pembroke Pines and West Park. In addition to using the Broward County

CUBANOS-0000006414

## House Congressional Redistricting Subcommittee - Dec. 2, 2021

1   line on its north, west, and southern boundaries, it also uses a lot of other major roads throughout

2   the area, a lot of other city lines in the area, including the city of Weston and other municipal

3   lines in the area.

4          In Option B, the Black population in north Broward County in a very similar manner as

5   in Option A, this time it's connected with the Palm Beach County Black population in a very

6   similar way to the current Congressional District 20 does, but in this option now it does it in a

7   way that respects more major roadways in the area such as US 441, I-95, the Florida Turnpike,

8   including city boundaries, including keeping the entire city of Lake Park within it and using the

9   Intracoastal Waterway as a boundary along the eastern side of it.

10          These are two different ways of drawing a legally complaint protected district in this

11   area. Congressional District 20 in Option A respects the principle of county boundaries in

12   keeping districts wholly within counties when possible. While Congressional District 20 in

13   Option B is actually more mathematically compact, scoring better in two of the three

14   compactness scores. Its Reock score in Option B is .50 compared to .44 in Option A. Polsby-

15   Popper is .28 in Option B compared to .22 in Option A. These are just different tradeoffs with

16   these Tier Two standards that can be married with the Tier One protection of a district.

17          Congressional District 21 includes all of St. Lucie and Martin Counties in both options,

18   and in both options includes just over 280,000 people in Palm Beach County, but they do so in

19   different ways based on how Congressional District 20 interacts with Palm Beach County. In

20   Option A, Congressional District 21 includes the area in western Palm Beach County, including

21   the city of Belle Glade and Pahokee, but also keeps the city of Palm Beach Gardens, Riviera

22   Beach, Jupiter, and others wholly within it, and uses these city boundary lines for most of its

23   southern border along District 22. Also using the Loxahatchee National Wildlife Refuge, which

CUBANOS-0000006415

## House Congressional Redistricting Subcommittee - Dec. 2, 2021

1   is kind of that bell shape that you see in the bottom there. That's actually not something – that's

2   not a geographic area that is technically a part of what we can consider, but because it is such a

3   large consideration there in Palm Beach County, it often serves as the boundary in districts where

4   the population center end in Palm Beach and the less populated areas of Palm Beach starts. We

5   are limited by the geography in the census blocks and in this area, they can be very large and

6   complicated. So including them all in the same district is generally the better solution, but that is

7   something that we can explore. It also uses the Palm Beach and Broward County line along with

8   the Palm Beach County line to the east to finish out its boundary.

9          In Option B, this district stays in northern Palm Beach County, primarily using a railway

10  to come diagonally down from the county line to where it meets Congressional District 20, using

11  Okeechobee Boulevard and the rest of the Congressional District 20 line, using a lot of the same

12  streets and roads we talked about previously before going out to the coast using the Palm Beach

13  Inlet.

14         In Option A, Congressional District 22, which is the red district, includes all of West

15  Palm Beach, Wellington, which is why the district goes kind of bows out to the west side – lost

16  my place – Wellington and other cities, moving south to get all the necessary population for the

17  district while remaining entirely within Palm Beach County in a very compact shape while

18  respecting as many of the city boundaries as possible while equalizing population in the city of

19  Boynton Beach, which it the only city in Option A that happens to be split.

20         In Option B, Congressional District 22 extents north to the Inlet to meet Congressional

21  District 21 before coming south to US 441 and includes the entire city of Wellington. That is the

22  point that you see that goes out there. That is why the district, it has that configuration. It also

23  uses the National Wildlife Refuge as we talked about before to create that bell shape until it goes

CUBANOS-0000006416

## House Congressional Redistricting Subcommittee - Dec. 2, 2021

1    south to get the remaining population necessary for the district. And in Option B, Congressional

2    District 22 southern border uses the Boca Raton and Highlands Beach municipal lines for much

3    of its boundary and it achieves equal population in a little bit west of that.

4        In Option 23, Congressional District 23 takes the remaining part of Palm Beach County

5    and then takes the northern part of Broward County that is not within Congressional District 20,

6    including the entire city of Boca Raton, Delray Beach, and Parkland while using the Loxahatchee

7    and Everglades National Wildlife Refuges for its western border, simply again because we're

8    limited by geography that we have available to us. It meets Congressional District 25 along the

9    south, along Atlantic Boulevard, and the Lake Santa Barbara and Pompano Canals.

10        In Option B, Congressional District 23 takes in much of the same area. It goes all the way

11   down to the Broward County line, actually along primarily using Route 1 as its western border

12   between 25 and 23. In Option B, the border between 20 and 23 uses as many city lines for its

13   boundary as possible, except for it needs to deviate for equal population. It keeps the city of

14   Coral Springs, Margate and Coconut Creek whole.

15        In both options, Congressional District 25 is wholly within Broward County. In Option

16   A, District 25 shares the northern border with the protected district of District 20, but also

17   includes the whole cities of Weston, Southwest Ranches, Davie, Cooper City, and parts of others

18   while extending north to meet the southern border of Congressional District 23, and then to the

19   south on the Broward County line and the Miramar city line.

20        In Option B, Congressional District 25 is more mathematically compact and uses many

21   more major roadways than in the other version, including I-75, Sawgrass Expressway, the

22   Florida Turnpike, I-95, Davie Boulevard, Sunrise Boulevard, Broward Boulevard, and US 441.

23   A lot of these same roadways are used in both options, but in a slightly different manner. On the

CUBANOS-0000006417

## House Congressional Redistricting Subcommittee - Dec. 2, 2021

1    east side, Route 1 is the primary boundary with Congressional District 23 and the Broward

2    County line to the south, along with the municipal lines of Weston, Southwest Ranches,

3    Pembroke Pines, and Miramar to the west before you go out into the unpopulated Everglades.

4    There are many cities in Broward County, many of which are actually interlocked with each

5    other as we demonstrated in some of the previous committee meetings. And because of the other

6    Tier One protected districts that are in the area, sometimes it becomes more difficult to keep

7    cities whole in this area, but we've done the best we can to show the committee different options

8    and how that can be achieved.

9          Now moving south into the Broward County area, we'll first kind of – I'm sorry, into the

10   Miami-Dade and Monroe area. We'll kind of zoom out and show all these districts just because

11   they encompass a large area before we zoom in to the area in Miami-Dade County where all of

12   these districts really come together. So here you can see District 26 encompasses the northern

13   part of Miami-Dade County and then goes into Collier County to get its remaining population.

14   District 28 extends in Miami-Dade County to the south and includes all of Monroe County,

15   including our favorite Florida fun fact, the Dry Tortugas islands. Now if we zoom in, we can get

16   a better look at how all of these districts here interact.

17         After performing a functional analysis, Congressional District 24 is a protected black

18   district that has been created to ensure minority groups have the ability to elect a candidate of

19   their choice in both options, even though they look slightly different. They are slightly because

20   of how Congressional District 20 interacts with south Broward County in Option A. They both

21   ensure that the minority groups have ability to elect a candidate of their choice in both options.

22   Congressional District 24 includes many whole cities along the coast of Miami-Dade, including

23   Aventura, North Miami, Biscayne Park, North Miami, Miami Shores, Opa-Locka, among others,

CUBANOS-0000006418

## House Congressional Redistricting Subcommittee - Dec. 2, 2021

1   and along its northern side, it uses the Miami-Dade County line except for where it crosses into

2   Broward County. I should say that in both options, the Congressional District 24 crosses the

3   Broward and Miami-Dade County line. That has to be done for equal population reasons, but we

4   have ensured that this actually the only district that crosses the Broward-Miami-Dade County

5   line. Within Miami-Dade County, Congressional District 24 uses many major recognizable

6   roadways in the area, including I-95, 27th Avenue, 47th Avenue, among others, including some

7   municipal lines. In Option B, there's a little extension that sticks out from the western boundary

8   of Congressional District 24. That is actually the municipal lines of Opa-Locka. You can see

9   we've tried to use those boundaries where possible.

10          Congressional District 26, 27, and 28 are all protected Hispanic majority-minority

11  districts, and with the functional analysis that staff conducted ensuring the minority groups can

12  elect candidates of their choice in each of these three districts. Congressional 26 is very similar

13  in both options, with only slight differences based on how 24 has to interact with Broward

14  County as the ripple effect kind of moves throughout the whole region, as you do different things

15  with Congressional District 20. In both options, Congressional District 26 connects part of the

16  Collier County not in CD 19 with population in Miami-Dade County using the Collier, Broward,

17  and Miami-Dade County lines primarily, along with I-75 and US 441, which is the Tamiami

18  Trail, and as well as the Dolphin Expressway as it moves further into Miami-Dade County,

19  before meeting up with the Congressional District 24 line, and going north using the same

20  boundary line back up to the Miami-Dade County line, while including the entire city of Hialeah,

21  Hialeah Gardens, Medley, Doral, Miami Lakes, among others.

22          Congressional District 27 primarily uses the Dolphin Expressway along its northern

23  border in both options, and then uses the Florida Turnpike along its western border in both

23

CUBANOS-0000006419

## House Congressional Redistricting Subcommittee - Dec. 2, 2021

1    options. In Option A, District 27 includes more of the City of Miami and a part of Miami Beach.

2    So to compensate for this, its western boundary moves from the Florida Turnpike to US 1 on its

3    western side. This is also done to ensure in this option the city of Cutler Bay to the south is kept

4    wholly within it. Palmetto Bay and then Cutler Bay just beneath that is kept wholly within the

5    district in Option A. In Option B, Cutler Bay is split, not doing that same deviation off the

6    Florida Turnpike. This was again to demonstrate to the committee that you can make different

7    policy choices on keeping a city whole or not and how that would impact the rest of the district

8    lines. In Option B, then continues to not divide Cutler Bay.

9        District 28 is very similar in both options, using the Tamiami Trail and the Florida

10   Turnpike, except where it deviates to compensate for what we did with Cutler Bay in District 27,

11   but otherwise its boundaries is more or less the same in both options. This is also an example, if

12   you look at District 28 and 27 and how they come together in the water a little differently, how

13   we again have to use the census geography that we have and the block lines, the water block

14   lines are a little bit different and in this case, we used a little bit of the Coral Gables city lines

15   rather than just take the other water block lines, but you can see how you can manipulate the

16   shape of a district by choosing where to include the water block line. This was just a way to

17   show the committee that you can do this in different ways. And that, Mr. Chairman, are the

18   workshop options.

19       Rep. Sirois: Thank you very much Kyle and Jason, Leda for the presentation. Members

20   we'll now move into questions. I would ask just a reminder of our ground rules. If you would

21   pose one question at a time, you can present questions to the Chair and continue in that fashion.

22   Members any questions? Representation Hunschofsky, you're recognized.

23       Rep. Hunschofsky: Thank you Chair. First of all, a part of my question I'm just gonna

CUBANOS-0000006420

## House Congressional Redistricting Subcommittee - Dec. 2, 2021

1   say how excited I am to be on this committee. It's a big honor I believe to be part of this process.

2   Having said that, if you could just explain to someone like myself who's completely new to this,

3   is a little technologically challenged with these maps, what was the process that you started with?

4   How did you make the decision where to start in the process and when you were looking at the

5   Tier Two standard, I heard compact come up and then I heard geographical boundaries come up?

6   Where did you prioritize or how did you make the decision on which you would prioritize along

7   the way? I hope that made –

8       Rep. Sirois: Thank you Representative. Ms. Kelly, you're recognized.

9       Ms. Kelly: Thank you Chair and thank you Representative. It's a very good question and

10  the reality is there's no one right way to start. I think a good starting point and one of the first

11  things we did look at is how the population has shifted throughout the state. That is kind of the

12  foundation for why we are required to redistrict is to make sure we understand people move into

13  Florida and unfortunately they don't just move to one city. They disperse amongst the state and

14  obviously the population shifts within the state as well. I think that's one good place and good

15  consideration for everyone to keep in mind. From there we obviously have federal and state legal

16  requirements to ensure that minority communities, where they're protected, have the ability to

17  elect representatives of their district and then from there, you just start to build them out. I know

18  that may sound odd but there's no one right place in the state to start drawing. Sometimes you

19  start to draw a configuration and the math doesn't work out. It doesn't come together or you

20  realize maybe there's an opportunity to improve your Tier Two compactness scores, things of

21  that nature that you mentioned. You kind of just start exploring.

22      Rep. Sirois: Representative Hunschofsky, do you have a follow up?

23      Rep. Hunschofsky: Yes, thank you Chair. I guess I wasn't very specific. I don't know

25

## House Congressional Redistricting Subcommittee - Dec. 2, 2021

1   who did these. I guess part of the question would be who did these maps and whoever did the

2   maps, where did that person begin. I'm trying to understand I guess the process that was gone

3   through to come up with either option. I know we went through each section, but usually before

4   you make any decision, I think you set – sort of set priorities in your own mind of how you want

5   to approach this, where you want to begin. I'd kind of like to just understand whoever the person

6   or people were, what was their process maybe and what did they prioritize in the Tier Two

7   standards, obviously knowing we have to have the Tier One standard before we have the Tier

8   Two, because I paid attention to all the presentation. Thank you.

9       Rep. Sirois: Thank you Representative Hunschofsky for the question. Our House staff has

10  been with us since the beginning. I think this is our fifth or sixth committee meeting. We have

11  spent time building the foundational knowledge together working through the legal precedent,

12  the constitutional standards, some of the history of the redistricting process, and as I said at the

13  beginning of our comments, what we have before us today are workshop options that staff put

14  together that I think illustrate for us very well the different applications of the tiers, some of the

15  options that we have as policymakers, some of the challenges that are associated with putting a

16  map together. Staff presented these workshop maps to us in a spirit of providing this committee

17  something to take a look at that provides a very real tangible application of what we've been

18  learning about over the past couple of weeks. I think you see some pretty good examples where

19  the tiers compete with one another in terms of maintaining compactness versus keeping existing

20  political boundary lines together, and try not to split counties. This is very much I think the

21  beginning of a conversation, really an exercise that helps us see how it all works. Representative

22  Hunschofsky, you have another follow up?

23      Rep. Hunschofsky: And I apologize. I didn't know when we were getting these, and we

CUBANOS-0000006422

## House Congressional Redistricting Subcommittee - Dec. 2, 2021

1   got them Monday, and it's kind of been a busy week. I thought I had more time this week and it

2   wasn't as much. Personally coming from – and the reason I'm concentrating on those Tier Two

3   standards and where the priorities are, coming from a local government originally, obviously

4   cities, I understand how city representation and population representation can kind of get diluted

5   when you're split in different areas. That's why I was talking about the Tier Two standards and

6   trying to understand when a choice was there kind of how those choices were made and why

7   those choices were made, because I saw in some areas we have very small cities that are broken

8   up, very small cities. Then in other areas, we have large cities that weren't broken up and as

9   somebody coming from a small city, I know how that can impact the weight that that city has in

10  the district. That's kind of where I guess, I hope I'm explaining that well.

11      Rep. Sirois: You are Representative Hunschofsky and I appreciate the good questions.

12  You always bring such great questions to committee, and what I think would be appropriate is

13  I'm gonna ask staff to revisit some examples for us that we just, through our presentation to kind

14  of walk us through maybe where the tiers conflict with one another and what options we had as

15  the policymakers to sort that out. Ms. Kelly, you're recognized.

16      Ms. Kelly: Thank you and I think you touched on something that's really important as

17  well. Whenever you're looking at existing, whether it's geographical boundaries or political

18  boundaries or compactness scores, all of those fall within a tier where they are coequal tradeoffs,

19  right? I think you bring forward a very, very valid point. One of the areas I'd like to zoom into

20  and we'll be able to walk through an example as the Chair has requested, is this back up in the

21  North-Central Florida area between District 5 and 11 and how splitting Gainesville or

22  counteractively splitting Ocala between our two districts can impact those compactness scores.

23  Jason, I'll drive if you would like walk through the numbers.

27

CUBANOS-0000006423

## House Congressional Redistricting Subcommittee - Dec. 2, 2021

1    Rep. Poreda: Sure, so here as we talked about before, you have these two different

2    options of what to do with Congressional District 5. Congressional District 5 as a whole in

3    Option A is more compact than Congressional District 5 when you look at the mathematical

4    compactness scores. You are also able to keep the city of Ocala whole within District 5 in

5    Marion County if you do the split down there. Conversely in this particular option, in order to

6    use a lot of the major roadways that are there coming up to Gainesville, but because of the way

7    the population is distributed in Alachua County and how it's centered in Gainesville, it wasn't

8    really possible, at least in this initial iteration, it doesn't mean that there isn't a way to keep

9    Gainesville whole here, but this was a way of instead of using the municipal lines, using the

10   more major roadways to create a more visually pleasing divide in Alachua County as kind of

11   tradeoff of all of those coequal Tier Two different ideas of either following city lines, county

12   lines, which counties to split or do you follow more major roadways and create a pleasing visual

13   shape. Those are all coequal things and in our options, we attempted to demonstrate all of those

14   things for the committee. You can see how these coequal Tier Two standards can be done one

15   way or done a different way, but they're all coequal, so there wasn't one priority made over

16   another. We just went through the map and tried to find different ways of demonstrating those

17   different choices to the committee.

18   Rep Hunschofsky: Can I ask one more real quickly.

19   Rep. Sirois: Thank you. Representative Hunschofsky, you're recognized.

20   Rep. Hunschofsky: I'm hoping to spend some time over the holidays to go through all

21   this. We have several protected seats, so do you kind of map those out before, when you're

22   starting in your process, or do you hit them as you come across? I don't know if I'm explaining

23   it. So when you start in the process, do those get kind of mapped out beforehand and then you

CUBANOS-0000006424

## House Congressional Redistricting Subcommittee - Dec. 2, 2021

1   start in one section and move through? Or do you just map them out as you move through the

2   process?

3        Rep. Sirois: Thank you Representative. Maybe we'll assign prioritize. How do we

4   prioritize those options? We'll ask Ms. Kelly if you would respond please.

5        Mrs. Kelly: Thank you Mr. Chair. Thank you Representative. We're aware of those.

6   Obviously we have a legal requirement under state and federal law to make sure that those

7   groups have the ability to elect, so we look at our benchmark map and understand where that

8   may be a starting point, but I would say it does evolve as you make sure that you move

9   throughout the region and you make sure that as you go, where there may have been population

10  shifts, you've accounted for that. And as I mentioned earlier, you kind of adjust as you build out

11  the entirety of the map.

12       Rep. Sirois: Thank you very much. Ranking Member Skidmore.

13       Rep. Skidmore: Thank you Mr. Chair. Before I ask my question, I think I'm making more

14  of a comment. I'm a little disappointed I think that we didn't participate more in the creation of

15  the map or the policy decisions or behind or the methodology behind how all of this was going to

16  be drawn, and –

17       Rep. Sirois: If I could interject and I apologize for interrupting you, but I wanna stop you

18  there because I think it's important to note that what you're describing is exactly the purpose of

19  this workshop today. We had these workshop maps. Like any other workshop that we have in the

20  House of Representatives, it's an opportunity for us to gain information, to gain understanding,

21  to gain some perspective. The workshop maps that we have before us today as I said earlier,

22  they're not bills, they're not PCBs. They are a real-world application, an opportunity for the

23  members of this committee to take a look at how the standards apply to different options that we

CUBANOS-0000006425

## House Congressional Redistricting Subcommittee - Dec. 2, 2021

1   will proceed from here. Again, this is very much a starting point of our discussion today. It's a

2   natural progression of the education process that we have. I wanna be careful to not mislead

3   anybody into believing that this somehow a product that is gonna turn into a PCB and we're

4   gonna move forward. This is merely today part of our continuing education. I apologize of

5   interrupting you but I think it was important to point that out. If you have a question on the

6   process, we can move on from that.

7       Rep. Skidmore: Thank you, Mr. Chair. I think that that helps me a lot in understanding.

8   I'm kind of a person who strives for an A all the time, and I felt coming into this process, that I

9   didn't have all my ducks in a row to be able to fully participate. So, I appreciate that this is the

10   beginning and that we have an opportunity to now be able to participate more fully. I will get to a

11   question, I promise you. Also a little disappointed that many of the members of our Black caucus

12   are out of town this week, and are not here to be able to begin this process with us. To that end,

13   we won't be meeting again until sometime in January. What opportunities will we have in the

14   interim to be able to engage really more fully in this process so that we have a better understand

15   of what's coming out at the end?

16       Rep. Sirois: Thank you very much for that question. I really can't speak to members'

17   scheduling issues, but what I will say is I strive both as an individual member and as Chairman

18   of this committee to be fully accessible to members that have any question on any subject matter

19   related to our process. While Chair Leek and I have not had a conversation regarding this

20   specific subject, I feel safe in speaking for him as well in saying that he shares the belief as I do

21   with regard to our accessibility and being responsive and open, hearing the concerns of all 120

22   members of this House in terms of this process and how we move forward. My door is open.

23   Please, I would encourage any member to feel free to reach out at any time.

30

CUBANOS-0000006426

## House Congressional Redistricting Subcommittee - Dec. 2, 2021

1        In terms of public input, as we move forward, and this kind of speaks to Representative

2    Hunschofsky pointed out earlier, we do have the benefit of the next six weeks before we come

3    back to go home, to hear the input from our constituents and the members of the public in our

4    communities, and to bring some of that knowledge and perspective back to Tallahassee. Of

5    course I would ask you to keep it within the framework of our tiers and our constitutional

6    requirements, but between the interim period before session begins, the extensive capability that

7    exists on our website, not to mention the opportunity for the public to join us here in committee

8    to provide some input, in addition to the duty that all of us have as representatives to be in touch

9    with the folks in our district, I feel comfortable that there's sufficient opportunity for there to be

10   plenty of public input as we move forward, plenty of opportunity for that. Ranking Member,

11   you're recognized for a follow up.

12        Rep. Skidmore: Thank you, Mr. Chair. To that end, was any of the public input that was

13   posted on the website taken into account when drawing the maps? I looked at several of the folks

14   who had write in and said Gainesville shouldn't be split and different – there were a lot of

15   different viewpoints and so, was any of that taken into consideration as the mappers were

16   drawing or making the lines?

17        Rep. Sirois: Thank you very much, Ranking Member. At a conceptual level yes, but

18   again, as we talked about in an earlier meeting, I think as we move forward and we do begin

19   work on a product, members have the opportunity to go and review those as well. It's open to

20   everyone, the members of the public as well the members of the committee, including the data

21   that is used to build these materials. It's all available on the website. I would encourage members

22   if you review that and you see something that you think warrants further discussion, bring it

23   forward to a committee meeting, bring it forward as a part of the amendatory process and that is

CUBANOS-0000006427

## House Congressional Redistricting Subcommittee - Dec. 2, 2021

1   something that will unfold as session begins. Members, other questions. Representative Learned.

2   Rep. Learned: Thank you Mr. Chairman. I'll just start by saying this is the first time I've

3   been a part of this committee, so thank you. This is the first time I think we've been on

4   committee together so thank you for having me and I might be a little bit behind the group cause

5   I didn't get the same amount of participation in the prior committee meetings. I was hoping my

6   first question could just be – I swear I'm a smart guy. What is the definition of contiguous?

7   Rep. Sirois: Ms. Kelly, if you'd like to take that one.

8   Ms. Kelly: One of our constitutional requirements is that districts are contiguous, and so

9   last decade the Supreme Court was able to define that as whenever a district touches, they were

10   specific to say that if it touches at just a point that does not meet the contiguity requirement. For

11   instance if you're looking at the districts here up on this slide, you can see between Districts 5

12   and 2 where they touch there in those counties, that's at a full county boundary which would

13   satisfy that requirement.

14   Rep. Sirois: Representative, you're recognized.

15   Rep. Learned: Thank you, Mr. Chair. Speaking specifically to Option A in the Tampa

16   Bay region, it sounds to me like you're saying that crossing a body of water counts, meets the

17   definition of contiguous. Is that correct?

18   Rep. Sirois: Ms. Kelly, you're recognized.

19   Ms. Kelly: Yes, sir.

20   Rep. Learned: Thank you, Mr. Chair. Is any body of water therefore deemed to be able to

21   be used to satisfy a contiguous requirement? For example, could Key West be looped with

22   Apalachicola, cause you can draw a straight line between those two points?

23   Mr. Sirois: Ms. Kelly, you're recognized.

CUBANOS-0000006428

**House Congressional Redistricting Subcommittee - Dec. 2, 2021**

1    Ms. Kelly: Thank you. Yes, in theory, yes, that would be contiguous. I would say that

2    that would definitely raise some other Tier Two issues perhaps. One of the things we did cover in

3    a previous committee was kind of fun fact we threw out there is we mentioned earlier, the

4    Monroe County comes down and there's 70 miles between Key West and the Dry Tortugas, so

5    obviously that's a substantial amount of water in between those two pieces of geography, but that

6    is a valid connector, and Florida is one of, I believe, it's one of our six states across the country

7    that have a unique situation like that.

8    Mr. Sirois: Representative Learned, you're recognized.

9    Rep. Learned: Thank you Mr. Chairman. Just to expand on that a little bit. You were

10    saying that it would – linking Apalachicola with Key West would meet the contiguous

11    requirement, but you said there's other Tier Two requirements it wouldn't meet. Can you just tell

12    me what those second Tier Two requirements that would then violate?

13    Rep. Sirois: Ms. Kelly, you're recognized.

14    Ms. Kelly: Not that they would violate them. I would say if you're drawing a district

15    from Key West up to Pensacola could potentially raise some compactness issues, but not

16    necessarily. If I said that I apologize. I misspoke. It's not that it would violate it.

17    Rep. Sirois: Final question Representative Learned.

18    Rep. Learned: Yes, thank you, Mr. Chair. So is the reason for the compactness then that

19    the communities would have to be similar or is the reason for compactness to meet the

20    mathematical requirement that you're using to score your map, and I guess my question therefore

21    is are we saying that you can't link Key West with Apalachicola because those communities

22    have little in common with each other or because of the sheer like mileage between them?

23    Rep. Sirois: Thank you very much. I'll take that one Representative Learned.

CUBANOS-0000006429

**House Congressional Redistricting Subcommittee - Dec. 2, 2021**

1    Compactness is an issue that has been recognized by the courts as being acceptable in terms of

2    redistricting, and I think it's what you're speaking to. I wanna be clear for members, what you're

3    speaking to is communities of interest. Communities of interest cannot be substituted for any of

4    the Tier One or Tier Two standards. Communities of interest are an issue that follows

5    supplemental to the two tier system constitutional requirements that we have. Thank you.

6        Rep. Learned: Thank you.

7        Rep. Sirois: Members, other questions? Representative Hunschofsky.

8        Rep. Hunschofsky: Thank you Chair. What is – so today we're having this workshop

9    process. We didn't know from the last meeting what our next meeting was going to hold. What

10   does this look like going forward, because to be honest we had presentations for several weeks.

11   We didn't know if and when maps were coming, not coming. We didn't know whether they were

12   real maps, workshop maps or whatever we call them. So from a process standpoint, are you

13   going to outline what our next steps are, what those look like, what that means for us each as

14   individuals, what our part is in it or not, just general.

15       Rep. Sirois: Thank you and I appreciate your question. I think you've probably learned

16   having worked with me for a little while now, I don't rush. I don't rush into anything. What I

17   think is important here is that we have the benefit of some time. You have received a tremendous

18   amount of information today. We have gone over a lot during this workshop, and there's

19   certainly a huge amount of information that's contained in our two workshop maps. I think that

20   it's appropriate for us to kind of digest what we've learned today and as we move forward, I

21   think a conversation about what we've learned, the public input that we've received in this

22   interim period. You're certainly gonna have additional questions over the next few weeks. I'll be

23   thinking about this on the drive home today, but I think that we're gonna continue moving

CUBANOS-0000006430

## House Congressional Redistricting Subcommittee - Dec. 2, 2021

1  forward in a way where we are diligent. We're entering questions. We're taking a look at our

2  options because the best thing that we can do for ourselves as policy makers is to be well-

3  informed on this task that we have ahead of us. So my answer to you would be we're gonna

4  continue to work on this, to discuss it, and learn and then apply these lessons to our work of

5  creating maps. Representative Hunschofsky, you're recognized.

6  　　　　Rep. Hunschofsky: Sorry Chair. Thank you very much. I guess I'm looking for

7  something a little more. Patience has never been my virtue, which I appreciate that is one of

8  yours. I just wanna get an idea because when we get here, I remember last session I know it was

9  COVID, so maybe it was a little different. But it felt like just kind of thrown into something and

10  then all of a sudden it's over and it's a race against time it feels like in the 60 days. So I guess

11  what I'm just looking for is some sort of an outline of and nothing on this day we're doing this,

12  but just what that timeline could or should look like for us just from a preparation standpoint

13  personally. Thank you.

14  　　　　Rep. Sirois: Thank you.

15  　　　　Rep. Hunschofsky: And like who submits what and when and just kind of those kind of

16  how that works. Thank you.

17  　　　　Rep. Sirois: Okay, thank you very much. No, no, no thank you for your question. I think

18  that moving forward what we ought to be doing as individual committee members is continuing

19  to review our constitutional standards. Each of us has a duty to ignore that noise that's out there

20  on the periphery that I think we're all gonna be subjected to. It's important for you to create that

21  firewall and to stay true to our constitutional standards. In terms of what each member should be

22  tasked with, I think reviewing these workshop, reviewing the constitutional standards, receiving

23  that public input from your community, from your constituents is important. In terms of a

35

CUBANOS-0000006431

## House Congressional Redistricting Subcommittee - Dec. 2, 2021

1   timeline, when we return for session in January, which is our constitutionally mandated period to

2   complete this function, I think our first series of meeting are gonna be potentially some wrap-up

3   of any lingering questions that you have related to our workshop options. Then we're gonna

4   move forward toward completion of a work product. Representative Benjamin, sir.

5       Rep. Benjamin: Thank you, Mr. Chair. When you say that the wrap up of a particular

6   product, are we saying at some point during this process we're going to look at changes,

7   proposed changes that maybe requested of this process? Is that what you mean when you say a

8   final product?

9       Rep. Sirois: Thank you very much. I think what we see today in terms of workshop maps

10  is a starting point for what we're gonna be moving towards. I don't say that to specifically mean

11  it's gonna be these workshop maps. Like I said, these maps are not a bill. They're not a PCB at

12  this point. This is simply examples of the application of our tiered standards. Again and I will go

13  back to a comment earlier for committee members, if you have questions, if you have a policy

14  point that you'd like to see displayed in terms of how it affects the map and how it could

15  potentially do things differently, don't wait to provide that feedback to our committee staff. I

16  would encourage not to wait until session to make that ask. Let them walk through with you what

17  the different options look like for a policy decision that you may be interested in.

18      Rep. Benjamin: Thank you, Mr. Chair.

19      Rep. Sirois: Ranking Member.

20      Rep. Skidmore: Thank you, Mr. Chair. I think Representative Hunschofsky was getting a

21  little bit at what I was trying to get at and in terms of being able to provide information to our

22  constituents who are interesting in participating publicly, it's not easy for South Floridians to get

23  up here and plan. So understanding that we don't have a schedule really in advance, is there mid-

CUBANOS-0000006432

## House Congressional Redistricting Subcommittee - Dec. 2, 2021

1  session, or in the first two weeks we hope to vote a map out of our committee, or anything like

2  that that we can help our constituents understand in terms of planning and being able to come

3  here and participate, because there's no other option for them except submitting something via

4  the website.

5       Rep. Sirois: Thank you very much for the question. I'm not prepared to talk to a specific

6  schedule today. I don't have a vision for that in mind. What I will tell you though, I think it's

7  why our Constitution speaks of the fact that this work is to be completed during session, because

8  Floridians have the expectation that during 60 day period, their elected representatives are here

9  in Tallahassee conducting the people's business. It makes good sense that that's why the

10  redistricting process is mandated to be completed during our legislative session. In terms of

11  members of the public that are interested in participating in that process, just like any other bill,

12  just like the budget, we have a 60-day window where we come together and we complete that

13  work. I hope Floridians take advantage of the opportunity to share us with either here in person

14  at the Capitol or through our website their input and their thoughts on this process. Are there any

15  other committee members with questions? Representative Learned?

16       Rep. Learned: Thank you Mr. Chairman, and I wanna go back to a question or comment

17  you made about communities of interests, I'm sorry, the staff made, those communities of

18  interests. Again, this is a little bit of my education I guess. So looking at the map, this is the first

19  time I've seen these. So it looks like public – our four largest public universities are on the

20  border of the various districts in the map, right? These college towns are getting split into a

21  couple different ways. Would a university count as a community of interest?

22       Rep. Sirois: Ms. Kelly, you're recognized.

23       Ms. Kelly: Thank you Chair and thank you Representative. Yes, last decade the Supreme

37

CUBANOS-0000006433

## House Congressional Redistricting Subcommittee - Dec. 2, 2021

1    Court was able to go through and identify the geographical, the political boundaries and items

2    what you just described with the universities don't fall within any of those definitions and would

3    constitute kind of that larger catch-all bucket of a community of interest and not exclusively

4    limited to those, but that specific example, yes.

5            Rep. Sirois: One finally follow up Representative.

6            Rep. Learned: Thank you, Mr. Chairman. In Hillsborough for example, this is like a

7    philosophical question I guess. Hillsborough under the map Option A is split into five different

8    congressional districts. But I mean just based on the population formula that you have, you could

9    mathematically draw Hillsborough into just two. I guess what I'm asking is in order to satisfy

10   that requirement to try to keep historical, political boundaries and that somewhat similar, is it

11   better to do it into fewer districts or are you purposely trying to do it in as many as possible?

12           Rep. Sirois: Than you, Representative. The point that you raised and what described is a

13   policy decision that's left up to the work of the committee members. You certainly will have an

14   opportunity to contribute to that as a member of the Legislature, but one of the things that we

15   also have to take into account in terms of what you described is how those impacts affect the

16   surrounding counties and the districts that are also involved. That's something to keep in mind in

17   terms of how it all works together. Representative Beltran.

18           Rep. Beltran: Thank you Chairman and I do wanna ask some questions. I do wanna thank

19   the staff especially for their explanation, I understand a lot better the process and why the maps

20   look like they do, so I do appreciate and I do appreciate the hard work on that. I do wanna ask

21   my colleague about Hillsborough. I guess what I see is in one map, I think it's actually split six

22   ways, not five, and the other it split four ways. In Map A it split – two of the three municipalities

23   are split. I guess my question is, I understand you have to split counties. I understand not all the

CUBANOS-0000006434

## House Congressional Redistricting Subcommittee - Dec. 2, 2021

1  counties have the same population as a congressional district or divide perfectly. Is there any

2  consideration to not splitting one county so many times and maybe spreading that out throughout

3  the state because we're splitting more than counties with big populations that have to be split,

4  like Broward and Miami-Dade. Those are only split four times and we're splitting more than

5  them to have almost double our population. That's one question I'd like to understand a little

6  more.

7       Rep. Sirois: Ms. Kelly, you're recognized. I'm sorry Mr. Poreda, you're recognized.

8       Jason Poreda: Thank you Mr. Chairman. First in Option A splitting Hillsborough County

9  six times, that was partially to demonstrate the different policy choices that could be made and

10  the different Tier Two in that particular orientation, the improvement of compactness scores. The

11  splits in Hillsborough County were taken less into consideration. Also Hillsborough County

12  happens to be bordered on all four sides by other counties. What happens in the districts and the

13  counties to the north and all four sides and the leftover population that needs to be included in

14  some district. Hillsborough County is kind been caught in that particular position. As Kyle, when

15  he went through Southwest Florida, explained, all of the counties south of the Polk, Osceola and

16  Indian River County line added up for 112,000 people short of a congressional district.

17  Hillsborough County is the county that District 17 went up to get that extra population to make

18  everything equitable. Broward County, some of those other counties that you described, I know

19  Orange County, Palm Beach County has a similar population to Hillsborough County. Each of

20  those counties a district was kept wholly within it and then the remaining population was divided

21  among other surrounding districts in all options. So, what you're asking, kind of making

22  consistent choices for similarly sized counties, that is a consideration that the committee can

23  make, or there could be a compelling Tier Two reason to deviate from that, or there could be a

CUBANOS-0000006435

## House Congressional Redistricting Subcommittee - Dec. 2, 2021

1   Tier One consideration in any of those districts such as Duval County, where that type of

2   consideration is not possible because Tier One is superior to Tier Two.

3       Rep. Sirois: Representative Beltran for a follow up.

4       Rep. Beltran: Thank you Chairman and I do appreciate that explanation. In terms of the I

5   guess the overlap from the 16 which identical on both maps. I think you needed about 40,000

6   and I noted that that's about the population of Hardee County. Was there any consideration on

7   doing that instead of overlapping into east Hillsborough?

8       Rep. Poreda: We did consider several different options. You could go north into Lake

9   County. You could go, take Polk County west into Hillsborough County or you can go south, but

10  that would impact all of the other districts around it, compactness, shape, all that kind of stuff,

11  but that is certainly something we can explore further if you wanna come by our office, we'd be

12  happy to work through the different possibilities with you and see if there's another option out

13  there.

14      Rep. Sirois: Representative Beltran.

15      Rep. Beltran: Thank you, Chairman, I guess a similar question, I understand you want to

16  try to keep things, and I understand how you kind of arrived at that east-west line on the southern

17  Hillsborough, Polk, Osceola border. You said you needed a little over 100,000 above that border.

18  That's roughly the population of Indian River County. I guess it's kind of same question, was

19  there any consideration of that in lieu of overlapping from Manatee into Hillsborough?

20      Rep. Sirois: Mr. Poreda.

21      Rep. Poreda: We did explore several different things, but some of these situations you're

22  talking about, so for example taking Polk County south into DeSoto County, we're into Hardee

23  County that is just south of it. The population of Hardee County is only 25,000 people. So if you

CUBANOS-0000006436

## House Congressional Redistricting Subcommittee - Dec. 2, 2021

1    were to go south into Hardee County you would then have to go into another county and split

2    that county. Then you start to get into more uncompact shapes. Those options were considered

3    and could be considered in the future if we can find a way to make everything equitable. Same

4    thing with the Indian River County, unfortunately with congressional districts, close is not lie a

5    district might – the county population might be close to what you need but you have to achieve

6    exact population equality. That would necessitate going into yet another county to even out that

7    population. Whereas in Hillsborough County with District 17, we could just go into the one

8    county and get the necessary population, but these are all options that we'd be happy to explore

9    and see what may come of this.

10    Rep. Sirois: Representative Beltran for a final question.

11    Rep. Beltran: Thank you Chairman and I do appreciate your indulgence. In the current

12    maps, we are split several ways as with some of these proposals and it is an issue my constituents

13    have been concerned about for many years. I guess final question. You explained the overlap

14    from Pasco County essentially that was what was left to Hillsborough and I appreciate you

15    drawing in both maps a Hillsborough seat or a seat that stays inside of Hillsborough. On Option

16    A there were two crossovers from Pinellas. I noticed in Option B, you limited that to one or

17    actually it does not crossover. Can you just explain, I guess, that cross-based seat if you will and

18    then that number 12 in Option A? I'd appreciate that. Thank you very much.

19    Rep Sirois: Ms. Kelly, you're recognized.

20    Ms. Kelly: Thank you, Chair. Thank you Representative for that. So just to remind, in

21    Option A that we walked through, we had a goal of being able to – Option A and Option B

22    differentiated being able to keep cities whole versus being able to keep counties whole. So, one

23    of the items you mentioned in Option B, if you see we followed the Pinellas County border

CUBANOS-0000006437

## House Congressional Redistricting Subcommittee - Dec. 2, 2021

1   around the east coast of District 13 all the way through the southern boundaries, so we were

2   working to keep those – follow those boundary lines. In Option A we were working towards

3   improved compactness scores and so again, just a different way to show it. One is not necessarily

4   superior to the other, but just trying to illustrate those different options.

5        Rep Beltran: Appreciate it, thank you.

6        Rep. Sirois: Thank you Representative. Representative Trabulsy.

7        Rep. Trabulsy: Thank you Mr. Chairman. First I'd like to thank staff for putting these

8   together and it's a daunting task. I can't imagine how many hours you've put into this. Given the

9   fact that these are indeed workshop maps, as a committee do we have access with the technology

10  that we have perhaps over the holidays to go through the Chief kind of laid some ground work

11  for us to go through and manipulate these maps to create maybe some better scenarios and then

12  present those to staff to see if they meet the criteria?

13       Rep Sirois: Thank you Representative. The answer to your question is yes, you have that

14  availability through the Esri application and I'm sure that staff would be happy to address any

15  questions that you have over the interim period before we come back in January.

16       Rep. Trabulsy: Thank you.

17       Rep Sirois: Thank you. Members, other questions? Ranking Member for one last

18  question.

19       Rep. Skidmore: Thank you, Mr. Chair. I don't mean to ask anyone to have a crystal ball,

20  but I'm just thinking these – whatever we ultimately decide will last for ten years, so when we're

21  thinking about some of those decisions about splitting counties versus splitting cities, do we try

22  to extrapolate any of those population trends or there's a lot of data in here in terms of where

23  population grew and where we lost it. So, is that sort of factored into some of these policy

CUBANOS-0000006438

## House Congressional Redistricting Subcommittee - Dec. 2, 2021

1   decisions so that we're able to meet the needs of and represent the additional growth?

2   Rep. Sirois: Thank you very much Ranking Member. The answer to your question is, I

3   think the short answer is no. Our process is driven by the census data that were provided and I

4   would suggest also that over the next decade, we don't have any control over where population

5   moves in our state. We don't have any control over changing municipal boundaries for example.

6   Members, any other questions? Representative Learned.

7   Rep. Learned: Thank you, Mr. Chairman and my question is going back to, 2014 in 2010

8   the House drew maps and they were thrown out by the courts in 2014 under the *League of*

9   *Women Voters* case. The rationale as I understand it from that court decision as far as Rep.

10   Beltran's point about districts crossing Tampa Bay that was part of why that map was thrown

11   out. I'm just – we're going back – under these map Option A it looks like we're going back to

12   the same sort of thing that we tried and failed to do in 2010, so I guess my question is why?

13   Rep. Sirois: And I'm gonna let Ms. Kelly respond to that, but I wanna point out, I'm very

14   much focused on the here and now. I feel strongly that the way that we have approached the

15   educational process for our committee members is sound. We've spent a lot of time talking about

16   our constitutional tiers. We've spent a lot of time talking about judicial precedent. I'm not

17   focused on the past. I'm focused on what we have in front of us right now. I intend to work with

18   this committee and guide our committee members to a final work product that is constitutionally

19   sound. But Ms. Kelly, I'd like you to ask you to offer any insight that you might have.

20   Ms. Kelly: Thank you Chair and thank you Representative. I wanna draw two distinctions

21   real quick. The House of Representatives, the House map was upheld, and so I know we speak in

22   generalities, but I do wanna make sure that we're on the record. The House map was upheld

23   when it was passed in 2012, I believe, and I'd like to work with you more to make sure we're

CUBANOS-0000006439

## House Congressional Redistricting Subcommittee - Dec. 2, 2021

1  citing the correct legal situation, but the district that went across for St. Pete over into

2  Hillsborough that was thrown out in the middle of the decade was not necessarily because it

3  crossed the Bay. It actually hit on a minority district consideration that the court said analyze and

4  said that that wasn't necessary anymore. So, that obviously offers a very different consideration

5  than what we're dealing with in the current map. So, that is a big distinction and again, I'm not

6  an attorney and we have legal counsel to make sure we do analyze those situations appropriately.

7  So, if you would like a follow up, I would definitely offer that offline as well. Thank you.

8  Rep. Sirois: Members, any other committee – any other questions from committee

9  members? Seeing none, do we have public appearance cards? No public appearance cards.

10  Thank you very much. Members, thank you all. Staff, thank you very much for your efforts

11  today. This has been a time well spent, and I wanna thank all the members for engaging today.

12  We had good questions. I look forward. We have six weeks until the beginning of regular session

13  and I would encourage you to use that tie to dive into this a little bit more. As you digest

14  everything we've covered today because I know it's a lot, I encourage you to reach out to staff,

15  myself, or Chair Leek in the interim if you have questions, feedback, or need technical

16  assistance. Please do not wait until the last minute. As I hope you've come to appreciate today,

17  this process takes a lot of time to be done correctly.

18  For my last piece of parting information, as Chair Leek and I have made abundantly

19  clear, the House strongly encourages members to avoid planned or unplanned conversations

20  about redistricting with individuals who seek to improperly influence your intent and decision-

21  making during the redistricting process. And as always, any materials, emails, texts, or

22  correspondence otherwise related to redistricting should absolutely retained. Thank you

23  members. I wish you all a Merry Christmas. This concludes our meeting agenda for today.

44

CUBANOS-0000006440

### House Congressional Redistricting Subcommittee - Dec. 2, 2021

1 | Ranking Member Skidmore moves that we rise.

CUBANOS-0000006441



**Vanan Online Services, Inc.**
Think Service Think Vanan

## Certificate of Transcription

Transcription of "**12-2-21-house-congressional-redistricting-subcommittee**"

We, Vanan Online Services, Inc. a professional transcription company, hereby certify that the above-mentioned document(s) has/have been transcribed by our qualified and experienced transcriber(s) is/are accurate and true transcription of the original document(s).

This is to certify the correctness of the transcription only. Our transcriber is in no way related, by immediate family ties or marriage, to any parties related to the materials transcript.

A copy of the transcription is attached to this certification.

**Danny Negley, Production Manager.**

Date:12th November 2024

Vanan Online Services, Inc.
EIN 81-3795675
ATA Member #266532
ISO 9001:2015

**Vanan Online Services, Inc.**
**10711 Spotsylvania Ave., Suite A**
**Fredericksburg VA 22408**
**Office: (888) 535-5668**
**Email: support@vananservices.com**
**Website: www.vananservices.com**

CUBANOS-0000006442