**House State Legislative Redistricting Subcommittee
December 3, 2021**

Transcript of video recording available at:
https://thefloridachannel.org/videos/12-3-21-house-state-legislative-redistricting-subcommittee/

CUBANOS-0000005137

## House State Legislative Redistricting Subcommittee - Dec. 3, 2021

1   Cord Byrd: The State Legislative Subcommittee will come to order. DJ, please call the

2   roll.

3   DJ Ellerkamp: Chair Byrd.

4   Cord Byrd: Here.

5   DJ Ellerkamp: Vice-Chair Robinson has been excused. Ranking Member Dailey.

6   Dan Dailey: Here.

7   DJ Ellerkamp: Representatives Arrington.

8   Kristen Arrington: Here.

9   DJ Ellerkamp: Barnaby.

10   Webster Barnaby: Here.

11   DJ Ellerkamp: Bell.

12   Melony Bell: Here.

13   DJ : Brannan.

14   Chuck Brannan: Here.

15   DJ Ellerkamp: Chambliss.

16   Kevin Chambliss: Here.

17   DJ Ellerkamp: Garrison.

18   Sam Garrison: Here.

19   DJ Ellerkamp: Hart. Hart. Hawkins.

20   Fred Hawkins: Here.

21   DJ Ellerkamp: Maney.

22   Thomas Maney: Here.

23   DJ Ellerkamp: McClain.

CUBANOS-0000005138

**House State Legislative Redistricting Subcommittee - Dec. 3, 2021**

1   Stan McClain: Here.

2   DJ Ellerkamp: Melo.

3   Lauren Melo: Here.

4   DJ Ellerkamp: Mooney.

5   Jim Mooney: Here.

6   DJ Ellerkamp: Persons-Mulicka.

7   Jenna Persons-Mulicka: Here.

8   DJ Ellerkamp: Salzman has been excused. Snyder.

9   John Snyder: Here.

10   DJ Ellerkamp: Tant.

11   Allison Tant: Here.

12   DJ Ellerkamp: Valdés.

13   Susan Valdés: Present.

14   DJ Ellerkamp: Woodson.

15   Marie Woodson: Here.

16   DJ Ellerkamp: Quorum is present Mr. Chair.

17   Cord Byrd: Thank you, DJ. A few reminders before we begin, please silence all electronic

18   devices, and for members of the public if you wish to make a comment please fill out a form and

19   turn it into the sergeant's staff. Also, as a reminder for our members and presenters, please ensure

20   that you turn your microphone on when you are speaking and off when you are finished.

21   Members, welcome to our last interim committee week, and the last committee of the

22   interim committee week of the year. So thank you for your diligence on Friday, as we are the

23   only committee to meet today. I am excited for today's presentation and before we jump in, I

3

CUBANOS-0000005139

## House State Legislative Redistricting Subcommittee - Dec. 3, 2021

1   want to take a moment to set the tone for today's meeting. On Monday, the House released two

2   workshop maps that we will be walking through today during the meeting. As you may have

3   guessed, once our maps were released, the punditocracy jumped into the headlines to give their

4   commentary as soon as possible without the opportunity for explanation or to observe this

5   committee meeting today. I've said this before and I will say it again now: the partisan narratives

6   and rhetoric will not have a place in this committee process. As legislators and constitutional

7   officers, we are held to a higher standard, and I do not intend on letting us waiver from that high

8   bar. With all the political rhetoric that's being tossed around in the media, very little of it speaks

9   of the constitutional standards that apply to our maps. That irony is not lost on me, nor should it

10  be on you either. External groups are judging us on the very thing we cannot evaluate, consider,

11  or even know. I ask you to divest yourself from these external groups and their rhetoric, which

12  are aimed at impugning their political ambitions into your decision-making.

13      On a more positive note, I do want to commend the members of this committee and our

14  colleagues throughout the House, for I've heard of little similar commentary during the past

15  weeks since the maps were released. I believe that it is a testament to the understanding of how

16  complicated, technical, and specific Florida's rules are that govern redistricting. Everyone here

17  understands this process is not cut and dry and I encourage our member to continue taking the

18  high road as we keep moving through the process.

19      Today we have two workshop State House maps that we will be walking through. I want

20  to be clear, opposite of what you may have heard in the media, these are not final maps. These are

21  not a bill, these are not a PCB. These are exactly what we called them; these are workshop maps.

22  The House has been deliberate in taking steps to educate members on the foundations and legal

23  framework for redistricting and this is the next step in that process. As we move through the

CUBANOS-0000005140

### House State Legislative Redistricting Subcommittee - Dec. 3, 2021

1  explanation of each region of the state, you will see very different district configurations. These

2  are not slight variations on a single base map, but are instead meant to illustrate the policy

3  concepts before this committee. And between these two workshop products, there is no preferred

4  map, and both options have been prepared in consultation with legal counsel to ensure that

5  applicable state and federal laws are being followed. As we all know, there are many ways you

6  can draw district maps and today is a starting point in illustration for our deliberations. Let me be

7  clear: there is no single, constitutionally perfect map. There is a multitude of options reflecting

8  varying map-drawing policy decisions at our disposal that fall within the constitutional

9  standards. Today is about members asking questions, understanding the policy decisions that are

10  before us as a committee, and giving feedback for our future work product.

11      As has been discussed extensively during all three redistricting committees, Tier One and

12  Tier Two of the Florida Constitution standards and applicable caselaw have guided our

13  discussions and education efforts during committee meetings and serve as the same threshold for

14  our committee staff and the drafting of these workshop maps. This can include, but is not limited

15  to, observing political boundaries such as a county and city boundary lines, or geographical

16  boundaries such as roadways, rivers, or railways while creating district boundary lines.

17  Members, as we work through these options you'll see tangible examples of how often our Tier

18  Two standards create tensions amongst one another and the appropriate ways to resolve that

19  tension.

20      Now, with all this being said, let's talk about some guardrails for today's discussion,

21  starting with our Tier One requirement to not favor or disfavor an incumbent. I addressed this

22  during a previous committee meeting and I want to take time to discuss it again here.

23  Redistricting means change for all members. The movement of district lines may have the effect

CUBANOS-0000005141

## House State Legislative Redistricting Subcommittee - Dec. 3, 2021

1  of pairing a member with a fellow incumbent, or of changing your district to where you no

2  longer reside within the new boundaries. I understand that such things can impact members

3  individually. However, it will not be part of our thought process or conversation today. When we

4  are deliberating where our lines are placed, our intent and decision-making cannot be based on a

5  current incumbent or a potential challenger. Similarly, our committee staff does not know where

6  you live and did not use your addresses and anyone else's as a consideration point while

7  preparing these workshop maps. This committee will not consider matters that violate the

8  Constitution.

9      Secondly, for the variety of reasons we have already discussed today, consideration of the

10  partisan impacts of a map or of an individual district will not be allowed. We did not take

11  partisan impacts into consideration in preparing the workshop options being presented today,

12  except to the extent necessary to review elections data to complete the functional analysis where

13  legal precedents dictate it's required to appropriately protect minority groups' ability to elect a

14  candidate of their choice.

15      Additionally, as we move through today's presentation, I highly encourage members to

16  ask questions or offer comments in alignment with our constitutional standard. In today's

17  meeting materials, you will find similar slides outlining the constitutional standards in case

18  anyone needs a quick reference as to what we must follow.

19      My vision for today's meeting is for staff to walk us through the two workshop options

20  that were rolled out on Monday. And just so you understand, the Senate has 40 districts to draw.

21  This committee has 120. We have two maps, that's 240 different districts. So just keep that in

22  mind about the work that has gone in by staff in preparing the workshop for today's meeting. We

23  will begin by using the Esri map drawing application to view these districts. I encourage you to

CUBANOS-0000005142

**House State Legislative Redistricting Subcommittee - Dec. 3, 2021**

1    take notes as we move throughout the presentation, as we'll run through the explanation of the

2    entire state before taking questions. This will help us ensure we don't spend too much time on a

3    single region, limiting the amount of time we have for other regions of the state or questions.

4          After we have taken questions from members, we will move into public testimony.

5    Members, I feel confident in the workshop products we have before us today, and as we walk

6    through them, I believe that you will be able to see firsthand the constitutional standards and

7    framework we have been discussing over the last handful of meetings as we move from the

8    theoretical to the practical. As well as other education efforts, these will really come to life today.

9    With that, I would like to hand it over to our staff director, Leda Kelly, to begin the presentation.

10         Leda Kelly: Thank you, Mr. Chair. Good morning members. The first thing I'd like to do

11   before we jump into the substance of today's meeting is actually pull up our website

12   floridaredistricting.gov. As we have had our workshop maps out in the public this week, and I'm

13   sure you guys will be home over the holidays, in case you have constituents that are asking about

14   this, or respectively your teams also are looking for a point of reference, I wanted to show you

15   where you could easily access these on floridaredistricting.gov. So, on the screen in front of us, I

16   have the website pulled up and I've navigated to the Submitted Plans page. If you scroll down

17   and use this first search functionality here, select House, and then select Search, the first two

18   items here that will generate are the two workshop products, 8005 and 8007, that we will be

19   walking through today. If you click on those there is not only access to the actual plans that you

20   can pull into your own respective Esri map drawing application, but the other associated reports

21   with it as well. So again, just for point of reference, for your teams, or any of your constituents

22   that may be asking.

23         The next thing I would like to go through are some of the meeting materials we have

CUBANOS-0000005143

## House State Legislative Redistricting Subcommittee - Dec. 3, 2021

1 because I know it's a lot of information to digest and as Chair Byrd said, 240 districts is a lot to

2 go through as well. So just to kind of give you a lay of the land. The meeting material packet that

3 was distributed earlier this week included a PowerPoint presentation. That document has not only

4 two references for our constitutional standard in case you need a quick reference, but we also did

5 screenshots of the different regions of the state that we'll be walking through in the live map

6 drawing software today in case you need a closer-up point of reference, or something to take

7 notes on. Additionally, in that PowerPoint there are reference documents for what we call our

8 over/under maps that show the population growth from 2010 to 2020, both at the county level

9 and respective to the current House districts. So again, just trying to give everyone a point of

10 reference for how the state has grown over the year.

11     Now, let's shift to the larger 11-by-17 packets that were at your seat whenever you sat

12 down today. These are what we've called our snapshot statistics packets. They're also found on

13 myfloridahouse.gov. Within these packets, I want to walk through a couple items that are in there

14 because you will hear us reference some of these statistics as we move throughout our

15 presentations today. So you guys can kind of follow along.

16     Obviously, the first cover page is an image of the actual map with smaller call-out boxes

17 for some of those more populated regions of the state, so you can see those districts a little more

18 clearly. If you flip to page 2, that top section we've called our statewide snapshot. Now I'm

19 going to come back to that in just a second. The bottom section, which also continues onto page

20 3, is our district-by-district breakdown. So you can see each row indicates a district, and we go

21 throughout as it's proposed or as it's being workshopped, the total population of the district,

22 some of its deviation percentages, our Black voting-age population percentage (BVAP), Hispanic

23 voting-age population percentage (HVAP), and then its respective compactness scores as

CUBANOS-0000005144

## House State Legislative Redistricting Subcommittee - Dec. 3, 2021

1  well. Again, as we move through not only the regions of the state, but through Map A and Map

2  B, you guys have data right there to kind of do a side-by-side comparison.

3         If you continue on in that packet to page 4, this will start the next chunk of information

4  that we've provided, which is the county share of population breakdown. So as we move through

5  the map there are some counties that are split within the document. Can you hear me okay? Okay

6  perfect. So we are on page 4, the county share of population document. As we go through the

7  state, if a county is split, if you reference that specific county, it will show you which districts

8  that county is split between, as well as the respective share of population that resided within each

9  district within that county. If you continue on to page 7, we've done a similar breakdown for

10  individual cities. So throughout the state, if a city is split, it will list that city and then the

11  respective districts that fall within that city boundary, as well as the respective share of

12  population, both the raw number and the percentage that falls within each respective district.

13         Real quick, moving back to page 2, again, before we segue into the substance of today, I

14  did want to point out the statewide snapshot statistic has some good high-level notes that I want

15  to use as context as we go through our two maps. So the first column here on the left talks more

16  to population and population deviation, as in the State House maps, in comparison to the

17  congressional map, we have more flexibility on our population deviations within each district.

18  Again, as opposed to the congressional maps, which have to be plus or minus one person,

19  generally speaking. So you can see within the respective maps, if you are looking at Packet A,

20  our overall deviation range for this map is 4.95%, which means between the lowest-populated

21  district and the highest-populated district, that is a range of 4.95%. In contrast or in comparison,

22  in Option B, that range is 5.2%. Moving over into the next column, this talks, again, about

23  county and city splits, which supplement the information that's in the later parts of these

CUBANOS-0000005145

## House State Legislative Redistricting Subcommittee - Dec. 3, 2021

1    packages. In workshop Option A, there are 30 county splits throughout that map and 76 city

2    splits throughout that map. In workshop Option B, there are 32 cities split – I'm sorry, 32 county

3    splits and 78 city splits. So again, I just wanted to point out some of those high-level pieces of

4    information there. You will hear us reference those concepts quite consistently throughout our

5    presentation.

6         So with that, I would like to hand it over to Jason as we start to go into our side-by-side

7    comparison. Members, for those of you in the room or watching along at home, we will have our

8    live Esri map-drawing software up on the screen, and here on the left side will be our workshop

9    Map A. And as I get it set up, on the right side will be workshop Map B. Jason?

10        Jason Poreda: Thank you, and for the ease of following along in this presentation, we will

11   be starting in the Panhandle and working our way through Monroe County, just so everyone is on

12   the same page. So, starting with District 1, and here you can see Districts 1, 2, 3, and 4 are all

13   kept within the county combination of Escambia, Santa Rosa, and Okaloosa Counties. Within

14   those three counties, we were able to keep four districts entirely within them. Here we showed

15   two slight variations on configurations that can happen between those four districts within that

16   three-district – or three-county combination. In Option A, District 1 is kept wholly within

17   Escambia County, using the county boundary on three sides and using primarily primary roads of

18   US 98, Warrington Road, and Old Halifax Highway, and I-10.

19        In Option B, District 1 includes parts of Escambia and Santa Rosa Counties, crossing the

20   border and going over into the neighboring county. The City of Gulf Breeze is kept whole within

21   District 1; it also keeps the City of Pensacola whole within District 1 as well as US-90 and the

22   boundary around to District 2.

23        House District 2 in Option A includes the southern parts of Escambia County and Santa

CUBANOS-0000005146

### House State Legislative Redistricting Subcommittee - Dec. 3, 2021

1 Rosa County, keeping the Cities of Pensacola and Gulf Breeze wholly within the district. Its

2 northern boundary uses the primary roads US 98, Warrington Road, Old Halifax Highway, and I-

3 10 in Escambia County and uses U.S. Highway 98 and State Highway 281 in Santa Rosa County

4 to complete its boundary, as it is the district that crosses into both counties.

5       In Option B, District 2 is kept wholly within Escambia County and is comprised of the

6 City of Pensacola, mostly, along with some area just north of the city. Its boundary uses the

7 Escambia County line on the eastern border and uses primary roads to form a visually compact

8 and circular district to demonstrate different ways of drawing these two districts within the

9 Escambia County area.

10       House Districts 3 and 4 are both very similar in both options, both drawn in order to

11 ensure a district is kept wholly within Okaloosa County and to reduce the number of times

12 districts are put into Santa Rosa County and Okaloosa County within the three-county district

13 combination. So you can see that they are both very similar. There are slight variations, but for all

14 intents and purposes they are the same. House District 3 follows I-10 along its border between

15 District 3 and 4. And then the bump that you see that goes up around I-10 back to I-10, that is to

16 keep the City of Crestview wholly within District 4.

17       Next we will move over to Districts 5 and 6, which are both made up of entirely whole

18 counties. District 5 is made up of five entire whole counties: Walton, Holmes, Washington,

19 Jackson, and Calhoun Counties comprise the entirety of District 5.

20       District 6 is Bay County just by itself. Bay County's population in the 2020 Census

21 comes out to be within a respectable deviation range that is a House District. It is about 2.38%

22 under what our ideal population for a district is, so we made the decision to keep it whole in both

23 options, since it falls within that range.

CUBANOS-0000005147

## House State Legislative Redistricting Subcommittee - Dec. 3, 2021

1   Now, moving further east across the Panhandle, we come to our next county combination,

2   where we have 13 whole counties can be kept together, where we can keep the outside county

3   boundaries whole, and within that we can fit three districts, including House District 8, which is

4   a protected majority-minority Black district. And after performing a functional analysis,

5   performed by staff, we ensure that the minority population has the ability to elect a candidate of

6   their choice. In both options, it contains all of Gadsden County, which is our state's only

7   majority-minority Black county in the state, then goes into Leon County to get the remaining part

8   of its population to comprise a district.

9   The remaining counties in this county combination are then divided up to put two

10  districts. Unfortunately, there isn't enough population left in Leon County to put a district wholly

11  within Leon County, so Leon County has to be connected to the other remaining counties in this

12  county combination to comprise two districts. Staff has – we have picked two different options to

13  illustrate the policy choices that come before this committee that you will see throughout the

14  map. To illustrate the different push-pull when it comes to these types of decisions.

15  House District 7 in Option A is comprised of four whole counties: Gulf, Liberty, Franklin,

16  and Wakulla County, then goes into southeast Leon County around District 8 and up to I-10 into

17  the City of Tallahassee to get the remainder of its population. House District 9 in Option A takes

18  the remaining population in Leon County, primarily north of I-10, and combines it with seven

19  additional whole counties of Jefferson, Madison, Hamilton, Taylor Suwanee, Lafayette, and

20  Dixie Counties. This option keeps all the surrounding counties around Leon County whole and

21  also provides superior mathematical compactness scores to Option B.

22  Option B presents a different look. In House District 7 in Option B, it takes southeast

23  Leon County, goes around up to Tram Road, including less of the population of Leon County,

CUBANOS-0000005148

## House State Legislative Redistricting Subcommittee - Dec. 3, 2021

1  and then adds additional population by splitting Jefferson County along the U.S. Highway 27,

2  and that includes the whole counties of the remaining counties in the county combination.

3       House District 9 keeps Madison County whole, then takes the remaining part of Jefferson

4  County that wasn't split by District 7, and gets the remainder of the population in Leon County,

5  the majority of the Leon County population in northeast Leon County. These two options

6  illustrate the different ways of addressing what can happen in this area and how the districts

7  could potentially configured and the potential tradeoffs in Tier Two criteria after the Tier One

8  protected district of District 8 is drawn. You can split a city three times in Option A to keep a

9  county whole, or you can split a city and a county both twice. In Option A also presents superior

10  mathematical compactness scores to that of Option B. These are all co-equal Tier Two decisions

11  that will be before this committee that you'll see in a variety of different places throughout the

12  state.

13       As we continue to move east, we will move east to District 10 and 11, which is another

14  whole county combination where you can see the only county in this county combination where

15  there is five counties is Clay County, because a district can be kept wholly within Clay County.

16  And then District 10 is connected to the other counties in the area of Columbia, Baker, Union,

17  and Bradford County. In Option A and Option B we present different ways of splitting up Clay

18  County to keep that district wholly within Clay County, but also connect it to the other four

19  remaining counties. Option A presents a more mathematically compact shape by splitting Clay

20  County in a more vertical fashion along the creek that goes around the area of Middleburg. Then

21  there is another version where we can split Clay County more horizontally. Both are Tier Two

22  considerations, but again, Option 1 does present a better mathematical compactness score.

23       The next county combination we're going to look at is that of Nassau and Duval County,

CUBANOS-0000005149

## House State Legislative Redistricting Subcommittee - Dec. 3, 2021

1   where these two counties, when kept together, can fit six House districts within them. This helps

2   ensure that Nassau County is kept whole and that five districts are kept wholly within Duval

3   County. The most visually striking difference between these two options or what happens with

4   District 15, but we're first going to start with Districts 13 and 14, which are both protected

5   majority-minority Black districts, which staff performed a functional analysis to ensure that the

6   minority groups in those two districts can elect candidates of their choice. In Option A, District

7   13 and 14 use the Duval County line along its eastern side to create a flat boundary line that

8   extends into downtown Jacksonville, using other major and recognizable roadways in the area,

9   for example Lem Turner Road, I-295, I-95, I-10, Cassatt Avenue, 103rd Street, among others, to

10  fill out a lot of western Duval County, leaving the areas to the east for the remaining districts.

11       In Option B, House Districts 13 and 14 primarily use the I-275 loop to shape these two

12  districts, using the primary roads of Moncrief Road, Edgewood Road, or Edgewood Avenue –

13  I'm sorry, and US 17 to divide the two districts in the area. But since I-275 is the eastern

14  boundary of House District 13 and the western boundary of House District 14, they are both

15  more centrally located within Duval County.

16       House Districts 12, 16, and, 17 in Option A, which are the other districts just south of

17  Districts 13 and 14, used major roadways and other geographical features such as I-275, US 90,

18  and Mount Pleasant Road to divide amongst each other. House District 16 uses the Intracoastal

19  Waterway as well, which is also Pablo Creek in this area, for its entire eastern border.

20       In Option B, House Districts 12, 16, and 17 get pushed more to the east, also using the

21  county boundary to the south along with I-95, Atlantic Boulevard, and other recognizable

22  roadways in the area to divide these districts amongst each other once they achieve the proper

23  population for a district. House District 17 in Option B actually goes all the way up to the Nassau

14

CUBANOS-0000005150

## House State Legislative Redistricting Subcommittee - Dec. 3, 2021

1  County line, keeping all the coastal cities there in Duval County (Neptune Beach, Atlantic

2  Beach, Jacksonville Beach) together in House District 17.

3       Now getting back to House District 15, which is where you see the most striking visual

4  difference between this, where all of Nassau County is kept whole in both options and in one

5  option District 15 extends down the eastside, and the other side it extends down the west side.

6  But in both options, in order to make sure all the districts have the proper amount of population,

7  there is about 92,000 people from Duval County that is attached to Nassau County to comprise a

8  district. This is just – we presented two options to show you that there are more than one way to

9  connect that county with Duval County to comprise a Tier Two compliant district. There isn't just

10  one way to do this.

11       So now moving down into St. Johns County. St. Johns County is very similar, but we

12  have to use the – the two districts within Option A and Option B are very similar, but we present

13  slightly different options of boundary lines that could be used. In Option A, County Road 214 is

14  used to travel from the Clay County-St. Johns County line over to the St. Augustine city line. In

15  Option B, it uses Six Mile Creek to travel from the county line over to the City of St. Augustine.

16  In both options, the City of St. Augustine is actually kept whole in District 19, which is the

17  orange district just below House District 18. There is actually enough population now in northern

18  St. Johns County that we don't have to go into St. Augustine at all to get the proper amount of

19  population for a district.

20       Now, moving to House District 19 and 20, which is the orange and purple districts that

21  you see there on your map. House District 19 is comprised of all of Flagler County and the part

22  of St. Johns County along the east coast in both options. Both keep the City of St. Augustine and

23  St. Augustine Beach wholly within them. The biggest difference between the two options, even

CUBANOS-0000005151

**House State Legislative Redistricting Subcommittee - Dec. 3, 2021**

1   though they look very, very similar, is the western boundary line of – Option A primarily uses

2   U.S. Highway 1, and Option B uses the Florida East Coast Railway to establish its boundary line

3   to get the remaining portion of its population. House District 20 in both options comprises all of

4   Putnam County and parts of St. Johns and Marion County. It uses primary roads where feasible

5   such as State Highway 40, but a slightly different way to create a slightly different visual look.

6   Most of eastern Marion County in House District 20 starts to get into the Ocala National Forest,

7   so there's a lot of very large census blocs that have very little population, and trying to draw a

8   more visually pleasing shape there, or a more mathematically compact shape there, can be

9   tricky.

10         Now, moving a little bit more west before we circle back east. The next groups of districts

11   and is another great example of the tradeoffs between how many times you split a county or

12   trying to keep counties whole. The first district I'm going to point out here is House District 21,

13   which is a protected Black district in part of Alachua and Marion Counties. The staff performed a

14   functional analysis on both versions of these districts, even though they look a little bit different,

15   to ensure that the minority population can elect candidates of their choice. In Option A, House

16   District 21 takes in more of Alachua County's population, keeping the Cities of Reddick,

17   Lacrosse, Hawthorne, and Archer whole within the district. Makes good use of primary

18   roadways, following I-75, US 301, and goes all the way down to Ocala to include the proper

19   minority population. Option B uses similar primary roads in Alachua County but follows the

20   Marion County line down to US 27 into Ocala and follows the CSX Railway back up to Alachua

21   County. Similarly, the Cities of Lacrosse, Hawthorne, and Reddick are kept whole within the

22   district in both options.

23         Now moving to District 22 in Option A connects the remaining portion of Alachua

16

CUBANOS-0000005152

## House State Legislative Redistricting Subcommittee - Dec. 3, 2021

1  County with the whole county of Gilchrist and Levy Counties in this particular option. The

2  Alachua County portion of the district uses a lot of primary roadways such as State Highway 25,

3  Archer Road, and other roads where feasible. In this configuration, the City of Newberry is kept

4  whole within House District 22, as well as the two whole counties of Levy and Gilchrist.

5  In Option B, House District 22 keeps Gilchrist County whole and takes in more of the

6  remaining portion of Alachua County to account for the difference in House District 21, using

7  primary roads where feasible – I-75, North Williston Road, State Hwy 25 – and keeps the City of

8  Newberry, High Springs, and Archer whole within the district.

9  House District 23 in Option A uses the southeast portion of Marion County and all of

10  Citrus County and keeps the City of Dunnellon whole. Whereas in Option B, it keeps all of

11  Citrus County whole and pairs it with only part of Levy County, which is split in this particular

12  option in District 23. The cities kept whole in Levy County include Yankeetown, Inglis,

13  Chiefland. And the district follows sections of primary roads, State Highways 24 and 121.

14  House District 24 in Option A is actually kept wholly within Marion County and keeps

15  the city of Belleview whole. Its boundary is comprised of portions of the Marion County line and

16  follows the primary roads of I-75, US 27, and the railway.

17  In Option B, this district encompasses parts of Marion County and the remaining

18  population of Levy County that was split by House District 23. The Cities of Williston and

19  Dunnellon are kept whole and the district boundary shares county lines and primary roads with

20  the neighboring districts. This is another example of how you can move county splits around

21  where you can, in this particular option, the differences are, Levy County is kept whole in

22  District A, and a district is able to be kept wholly within Marion County. The tradeoff, as you can

23  see how Marion County is split up, is that you have to split Marion County five times to

17

CUBANOS-0000005153

## House State Legislative Redistricting Subcommittee - Dec. 3, 2021

1   accomplish this. The tradeoff of Option B is Levy County is split and a district is not able to be

2   kept wholly within Marion County, but there is only four districts in Marion County. It's one of

3   those common Tier Two tradeoffs that you'll see with keeping counties whole or how many

4   times to split a particular geography as we move throughout the map. With that, I am going to

5   turn it over to Kyle to walk through the next group of districts.

6        Kyle Langan: Thank you Jason. Starting in Lake County, House District 25 in both

7   options is kept wholly within the southern portion of the region. It follows the county boundaries

8   on three sides, keeps the Cities of Clermont, Groveland, Minneola, Astatula, Howey-in-the-Hills,

9   and Mascotte whole within the district. The City of Leesburg is split on the northeast boundary in

10  both options. The differences between Option A and B, Option A northern boundary follows a

11  more municipal line, and Option B follows a primary road, State Road 19, which results in an

12  additional city split of the City of Tavares.

13       Moving to House District 26. In Option A we are able to keep a second district wholly

14  within Lake County, makes use of the county boundaries and keeps the cities of Lady Lake,

15  Fruitland Park, Eustis, Mount Dora, and Tavares whole. In Option B, 26 includes parts of Lake

16  County and part of Marion County. The district boundary primarily follows U.S. Highway 301,

17  State Highways 19 and 40, as well as follows the CSX Railway in Marion County. Fruitland Park

18  and Lady Lake are also kept whole, but the use of roadways splits the City of Belleview in

19  Marion County and Umatilla in Lake County.

20       Moving over to District 27. In Option A, it includes the remaining portion of Marion

21  County, the northern part of Lake County, and eastern Volusia County. The district follows

22  primary roads, following portions of US 301, State Highway 11, State Highway 472, and I-4, and

23  also follows some of the railroads in Marion County. This district in this option is able to keep

CUBANOS-0000005154

## House State Legislative Redistricting Subcommittee - Dec. 3, 2021

1  Umatilla, Pierson, Orange City, and the City of DeBary whole in Volusia County. Option B's

2  orientation keeps the district only between two counties of the northern region, Lake County and

3  eastern Volusia County, following similar roadways in Volusia County, is able to keep the cities

4  Eustis, DeBary, Pierson whole, and follows the city boundaries where possible.

5        Moving over to District 28, which are very similar in both options. In northern Volusia

6  County it keeps the Cities of Ormond Beach, Daytona Beach, Holly Hill, and Daytona Beach

7  Shores whole. Both options follow the boundary lines around the City of Daytona Beach, follows

8  primary roads along I-95, State Highway 400, US 92, and State Highway 11. In both options the

9  City of Port Orange is split between District 28 and District 30. However, the different roadways

10  followed in the southern boundary of 28 in Option A results in an additional city split of South

11  Daytona, which is able to be kept whole in Option B.

12        HD 29 is a second district contained wholly within Volusia County, using primary roads,

13  State Highway 415. It follows Deep Creek, a waterway boundary, and in both options is able to

14  keep the Cities of DeLand, Deltona, and Lake Helen wholly within the district. With a main

15  difference being in Option B, Orange City is split.

16        Moving over to District 30, it takes the remaining population of Volusia County and

17  attaches to northern Brevard County. Both follow similar roadways along State Highway 50,

18  State Highway 405, and South Washington Avenue. Similarly in both options the Cities of Ponce

19  Inlet, New Smyrna Beach, Edgewater, and Oak Hill are able to be kept whole. The difference

20  between the two options is along the southern boundary line between Districts 30 and 31. In

21  Option A it primarily follows the NASA Parkway, and in Option B it cuts across the Merritt

22  Island National Refuge.

23        Moving south into District 31, in both options kept wholly within Brevard County,

CUBANOS-0000005155

## House State Legislative Redistricting Subcommittee - Dec. 3, 2021

1  follows the county lines on the east and west and follows the city line of Cocoa Beach. Both

2  options keep Cocoa Beach, the City of Cocoa, and Cape Canaveral whole within the [inaudible

3  00:37:36] Florida.

4  　　　We have a three [inaudible 00:37:41] options. Starting with District 46 is a protected

5  majority-minority Hispanic district, as staff performed a functional analysis, and ensures the

6  minority group's ability to elect a candidate of their choice is not diminished. The district follows

7  primarily along the Osceola County lines and its eastern boundary uses the city lines of

8  Kissimmee to keep the city whole within the district.

9  　　　HD 47 shares the Kissimmee boundary with HD 46. Its eastern boundary follows along

10  the St. Cloud municipal line and keeps that city whole within the district, as well as follows

11  South Orange Blossom Trail out to the eastern county line. It creates another compact district

12  using Tier Two boundaries and is also a majority-minority Hispanic district.

13  　　　HD 35 takes the remaining population of Osceola County and moves north into Orange

14  County, grabbing the eastern portion of Orange County, following the county boundaries as well

15  as using primary roads East Colonial Drive, State Highway 408, and 417, and is also bordered

16  along its western boundary by another protected district in Orange County we will talk about

17  shortly.

18  　　　Moving into Orange County, we will start in the southwest corner with District 45. It

19  follows the county boundary and follows the major roads I-4, West Sand Lake Road, South

20  Kirkland Road, the Florida Turnpike, and West Colonial Drive. We are able to keep the City of

21  Windermere whole within the district.

22  　　　HD 44, which shares that boundary along I-4, follows West Sand Lake Road, South

23  Orange Blossom Trail, Orange Avenue, State Highway 528, along the Belle Isle municipal line,

CUBANOS-0000005156

**House State Legislative Redistricting Subcommittee - Dec. 3, 2021**

1   and uses the county line to its southern border. Using these Tier Two standards we are able to

2   make a relatively compact rectangular shape in the southern portion of Orange County, and is

3   also a majority-minority Hispanic district.

4          District 43 just north of 44 is also a majority-minority protected Hispanic district within

5   Orange County, as staff performed functional analysis to ensure the minority group's ability to

6   elect the candidate of their choice. And its boundaries primarily follows State Highway 417,

7   State Highway 408, and East Colonial Drive.

8          Moving to HD 40, HD 40 is a majority-minority protected Black district, as staff

9   performed functional analysis ensures the minority population can elect a candidate of their

10   choice. The district follows many Tier Two boundary lines, including the major roadways of the

11   Western Expressway, Florida Turnpike, State Highway 408, West Colonial Drive, and the John

12   Young Parkway, along with Lee Road, State Highway 414. We were also able to keep the City of

13   Eatonville whole within District 40, and also follows the Maitland municipal boundaries north to

14   the Orange County line.

15          HD 41 is another protected Black district, and a functional analysis performed by staff

16   ensures the minority population can elect a candidate of their choice. Similarly, this district

17   follows the primary road boundaries with Districts 40, 45, and 44, also uses Orange Avenue and

18   State Highway 408, along with West Colonial Drive.

19          In between those minority districts we just discussed is HD 42, located in the middle of

20   Orange County. Sharing those roadways and municipal boundary lines, we are able to keep the

21   City of Winter Park and Belle Isle whole within the district. Additionally, the City of Maitland is

22   split. However, 100% of the Maitland population is able to be kept within District 42. The reason

23   for that split is that the Maitland city line and the Eatonville city line are interlocked. However,

CUBANOS-0000005157

## House State Legislative Redistricting Subcommittee - Dec. 3, 2021

1  with that the unpopulated city line of Maitland we were able to keep Eatonville whole in one and

2  keep the population of Maitland in the other district.

3  Moving to HD 39. They are the same in both maps and are located in the northwest

4  corner of Orange County and includes parts of western Seminole County, primarily following the

5  city boundary of Altamonte Springs and State Highway 400. We are able to keep the City of

6  Apopka whole within the district.

7  HD 38 in both options is contained wholly within Seminole County, and this is where we

8  begin to see some of the differences in this region. Option A includes the Cities of Altamonte

9  Springs, Casselberry, and Winter Springs. Its district boundary follows the Seminole County line

10  and primary roads State Highway 434, US 92, State Highway 419, North Central Avenue, and

11  West Broad Street. Option B also keeps Altamonte Springs and Casselberry whole and follows

12  those municipal lines along with the municipal line of Longwood and follows similar roadways,

13  along with County Road 426.

14  Moving to District 36 in Option A, it's also able to be kept wholly within Seminole

15  County, keeps the Cities of Lake Mary and Sanford whole. Its boundary line primarily follows

16  the Seminole County line to the north and east, and uses part of Lake Jessup as its southern

17  boundary. In Option B, it follows the Longwood city boundary and it is able to keep Longwood

18  whole within the district.

19  District 37 in both options is comprised of parts of Seminole and Orange Counties.

20  Option A uses primary roads to create a visually compact circular district and Option B is less

21  visually compact. However, in this orientation, we are able to keep the City of Oviedo whole

22  within the district following not only the roadways but the municipal lines.

23  Moving over to Polk County. Polk County's population grew over the decade to where we

CUBANOS-0000005158

## House State Legislative Redistricting Subcommittee - Dec. 3, 2021

1   are able to fit four districts wholly within Polk County. In each workshop option we applied

2   different co-equal Tier Two standards to demonstrate some of the differences of what happens

3   using each of those. So first in Option A. Option A District 48 follows along, encompasses the

4   northern part of Polk County, and is able to kept the City of Davenport and Haines City whole

5   within the district. The rest of the district's southern boundary follows along Polk City Road and

6   other city boundaries that we'll talk about kept whole within other districts.

7         49 in Option A encompasses the southern portion of Polk County. Within this district we

8   are able to keep nine cities whole: Frostproof, Fort Meade, Mulberry, Bartow, Lake Wales,

9   Highland Park, Hillcrest Heights, Dundee, and Lake Hamilton. The district boundaries is the

10  county line along with the city lines in order to avoid splitting the cities. And follows primary

11  roadways when possible [inaudible 00:46:44] US 98, County Road 540A, State Highway 60.

12  [inaudible 00:46:53-00:47:07] McAlfred in this district following those city lines as part of its

13  boundaries as well.

14        [inaudible 00:47:18-00:47:21] and encompasses the entire city of Lakeland and shares

15  boundaries with the other three districts. Follows the western Polk county line. [indaudible

16  00:47:30-00:47:35]. In this configuration in Option A, we were able to keep every city within

17  Polk County whole.

18        Moving over to Option B. We followed more primary roadways in order to demonstrate

19  the ability to make more visually compact, mathematically compact districts. HD 48 in the

20  northeast corner of Polk County follows the county line and primary roadways, Commonwealth

21  Avenue, Polk Parkway, Winter Lake Road, State Road 540, and State Highway 544. Also falls

22  along part of the CSX Railway. Davenport and Lake Alfred are able to be kept whole in this

23  district.

CUBANOS-0000005159

### House State Legislative Redistricting Subcommittee - Dec. 3, 2021

1   District 49 in Option B in the southeast corner of Polk County following the county

2   boundary and using U.S. Highway 98, the CSX Railway, shares the common boundary lines with

3   HD 48 to the north. This district is able to keep the Cities of Lake Hamilton, Dundee, Frostproof

4   and Highland Park, and Hillcrest Heights whole.

5   In District 50 in the southwest corner of Polk County, it uses the Polk Parkway, US 98 to

6   the north. Still able to keep Fort Meade, Bartow, and Mulberry whole and it makes a nice

7   compact square-looking shape in the southwest corner of Polk County.

8   In 51 in the northwest corner of Polk County in Option B, we follow those county lines

9   sharing similar boundaries along the railways with 48, and 50. The City of Lakeland in this

10  option is split between District 51 and 50. So we can, again, see some of these tradeoffs and

11  compactness in following the major roadways verses being able to keep all the cities and

12  municipalities whole in Option A. And with that I am going to pass it back to Jason to go over

13  the next region.

14  Jason Poreda: Thank you Kyle. So now we are going to go talk about the Sumter County,

15  Pasco, and Hernando County area. There, three counties kept together, Sumter, Hernando, and

16  Pasco. We were able to include five districts wholly within this three-county combination.

17  District 52, all five of these districts are the same in both options. District 52 is made up entirely

18  of Sumter County, parts of Hernando, and Pasco Counties. The boundary follows the Sumter

19  County line and takes the Hernando County line to the primary road of Broad Street, follows the

20  city boundary around Brooksville to Cortex Boulevard, then follows the Spring Lake Highway

21  down south into Pasco County, using the same road in both Pasco and Hernando Counties to

22  divide the district with 53 and 55 in the southern portion.

23  District 53 is kept wholly within Hernando County, keeps the City of Brooksville whole

CUBANOS-0000005160

## House State Legislative Redistricting Subcommittee - Dec. 3, 2021

1    within the district, and uses the Hernando County boundaries on three sides to share an eastern

2    border with 52 along the primary roadways and the City of Brooksville municipal lines that we

3    discussed before.

4         Districts 54, 55, and 56 are all wholly within Pasco County. District 54 is in the southeast

5    corner. This district includes both the cities of San Antonio and Zephyrhills, which are kept

6    whole within the district, and follows the city boundaries along with the city boundaries of St.

7    Leo, Dade City, and the neighboring district of 52.

8         HD 55 encompasses central Pasco County and follows primary roadways including US

9    19 and I-75 where feasible, and uses the Pasco County boundaries to the north and south.

10        House District 56 on the eastern side – I'm sorry on the western side of Pasco County

11   along the Gulf, the district keeps both the Cities of Port Richey and New Port Richey whole. The

12   district boundary uses the county boundary, uses the county line on the north, west, and south,

13   and follows U.S. Highway 19, State Road 52, Little Road, and other roadways to make up its

14   eastern border.

15        Now we are going to move south into the Pinellas, Hillsborough, and Manatee County

16   areas. In both options, even though the districts are configured slightly differently, this three-

17   county combination of Pinellas, Hillsborough, and Manatee County – we're able to keep 16

18   districts wholly within this three-county combination. After performing a functional analysis,

19   District 62 and 63 are protected Black districts that are created to ensure minority groups have

20   the ability to elect the candidate of their choice in both options, and both districts are the same in

21   both options.

22        So, first talking about District 62, which is most analogous to the current District 70, we

23   are able to improve the shape and compactness of this district over its benchmark comparison by

CUBANOS-0000005161

## House State Legislative Redistricting Subcommittee - Dec. 3, 2021

1  keeping the district in just two counties in Pinellas and Hillsborough County, rather than in four

2  counties in the benchmark district, which goes down through Manatee and Sarasota Counties.

3  District 62 is also the only district to cross from Pinellas to Hillsborough County in both options,

4  keeping five districts wholly within Pinellas County. Both District 62 and 63 share I-75 along its

5  eastern border within Hillsborough County along almost their entire length. The 76,000 people in

6  HD 62 that come from Pinellas County help make it possible that no other district has to cross

7  the Pinellas County line.

8      Moving to Pinellas County real quick, you can see that the configurations of the five

9  districts that we have in Pinellas County are a little bit different in both options. This was meant

10  to illustrate the two different methodologies for drawing districts within the county now that we

11  don't have to cross the county border into other counties to the north or to the east. In Option A,

12  we used more major roadways and geographical features to create more visually and

13  mathematically compact districts, sacrificing city splits along the way. In Option A, we used

14  State Road 580, which is Main Street, in north Pinellas County between HDs 57, 58, and 59; US

15  19 between 58 and 59 down the center of the county; Park Boulevard, Gandy Boulevard between

16  HD 59 and 60; Bay Drive and Ulmerton Road between House Districts 58, 59, and 61; and Lake

17  Seminole between Districts 59 and 61, to create more visually compact shapes.

18      In Option B, we applied a different methodology, trying to keep as many cities whole

19  within Pinellas County, only having to split Pinellas Park, Seminole, and Dunedin, in addition to

20  St. Petersburg, which is split by the protected District 62 in the southern part of the county.

21  Clearwater, Largo, and other cities in the county are kept whole within the various districts,

22  including all of the smaller coastal cities along the coast of Pinellas County.

23      In Hillsborough County, District 64, 65, and 66 in the western side of Hillsborough

26

CUBANOS-0000005162

## House State Legislative Redistricting Subcommittee - Dec. 3, 2021

1   County are the same in both options and use several major recognizable roadways in the area,

2   such as I-75, I-275, the Veterans Expressway, Hillsborough Avenue, Sheldon Road, the Gunn

3   Highway, Busch Boulevard, and US 41, among others, and are all compact districts that respect

4   the Tier Two criteria. House District 64 in this area also happens to be a majority-minority

5   Hispanic district.

6         Districts 67, 68, and 70 in eastern Hillsborough were drawn a little differently in both

7   options to demonstrate different ways of weighing co-equal Tier Two policy choices. In Option

8   A, we used more major roadways such as US 92, Pinecrest Road, U.S. Highway 301, and State

9   Road 62 to create districts with better overall compactness scores than in Option B. But the City

10  of Plant City is split between two districts. And also, two districts cross between the Manatee and

11  Hillsborough County line, so that only two districts are kept entirely within Hillsborough

12  County.

13        In Option B, we do keep the City of Plant City whole and we were actually able to keep

14  three districts wholly within Hillsborough County, only having District 70 cross the Manatee-

15  Hillsborough County line to the south, using a slightly different configuration, still using a lot of

16  major roadways including between 69 and 60. We were actually also able to use the Alafia River.

17  But this option has slightly lower compactness scores than in Option A.

18        HD 71 and 72 are fundamentally the same in both options but are slightly different. Both

19  are able to be kept wholly within Manatee County. The City of Bradenton is split in both options,

20  but the City of Palmetto is kept whole. The way that the cities and population are configured in

21  Manatee County, there really isn't a way to keep both cities whole, unfortunately. But we are

22  able to keep two districts wholly within the county. The primary dividing lines between House

23  District 71, 72 within Manatee County are I-275, US 41, and actually a lot of the southern

27

CUBANOS-0000005163

## House State Legislative Redistricting Subcommittee - Dec. 3, 2021

1   portion of the boundary is the CSX Railway that divide the two districts in the county. And that

2   completes the three-county combination of Pinellas, Hillsborough, and Manatee Counties. Now,

3   I am going to turn it back over to Kyle to take us through the next group of districts.

4        Kyle Langan: Thank you, and moving into Sarasota County, in both options we are able

5   to keep two districts wholly within the county, District 73 and 74. So in Option A, District 73

6   follows the county line on three sides, keeps the City of Sarasota wholly within the district, and

7   shares a border along State Road 72 with District 74.

8        District 74 in Option A is able to keep the City of Venice whole within the district and

9   uses the county boundaries and follows primary roads South River Road, US 41, and I-75. In

10  Option B, Districts 73 and 74 are oriented more vertical and split and share a boundary along I-

11  75 as well as following the municipal lines of Sarasota in order to keep Sarasota still whole

12  within District 73.

13       District 75 in both options takes the remaining population from of Sarasota County and

14  combines that with a part of Charlotte County to complete its district. Looking at these three

15  districts collectively in both options we can see how some of our Tier Two standards and policy

16  decisions they represent. Option B has higher mathematical compactness scores among the three

17  districts. However, following those roadways causes an additional city split between the City of

18  Venice in Sarasota County. Whereas, in Option A, both Sarasota and the City of Venice are able

19  to be kept whole.

20       Moving over to District 76, it's comprised of all of DeSoto County, part of Charlotte

21  County not in District 75, and part of Lee County. In both options, Punta Gorda is able to be kept

22  whole within the district. In Option A, its southern border follows along State Highway 78, the

23  Orange River, and the Able Canal. In Option B, its southern border follows more of State

CUBANOS-0000005164

**House State Legislative Redistricting Subcommittee - Dec. 3, 2021**

1   Highway 80, US 41, and Caloosahatchee River.

2        In both options there are three districts kept wholly within Lee County, which are 77, 78,

3   and 79. Starting with 77 in Option A, it follows the county line to the east, and uses the Able

4   Canal bordering with District 76 to the north, and follows the municipal lines of Fort Myers

5   Beach and Estero along its southern boundaries. In Option B, 77 also follows the county line to

6   the east and the Estero municipal line as its southern boundary. It follows US 41 and the

7   municipal line of Fort Myers, as well as the Caloosahatchee River and State Highway 80 to the

8   north.

9        District 78 in both options is able to keep the City of Fort Myers whole. Option A follows

10   along the Orange River and Caloosahatchee River, along with following some of those roadways

11   mentioned with District 77. In Option B, it follows more of the municipal lines as its eastern

12   boundary along with following the rivers and roadways.

13        District 79 in both options include parts of Cape Coral. Cape Coral's growth over the last

14   decade is such that the city is now too big to be kept whole within a single House district. In

15   Option A, District 79, it starts at the county line and goes south into the city. Whereas in Option

16   B, 79 includes the southern portion of Cape Coral, following coastline and the Caloosahatchee

17   River north end of the city to gain its population needed for the House district. Both orientations

18   result in pretty similar and visually compact districts.

19        District 80 includes the western portion of Lee County and takes in part of Collier County

20   for the remainder of its population. In both options, four municipalities are able to be kept whole

21   within the district, which are Sanibel, Fort Myers Beach, Estero, and Bonita Springs. HD 80

22   follows a majority of the county line along its western border and the most notable difference

23   between the two options, because of the orientation of District 77 in Option A, 80 includes some

29

CUBANOS-0000005165

### House State Legislative Redistricting Subcommittee - Dec. 3, 2021

1  of Cape Coral's population, and so in Option A the city is split among three districts, where its

2  only split among two in Option B.

3       Moving a little further south down into Collier County. District 81 is wholly within

4  Collier County in both options, keeping the City of Naples and Marco Island whole within the

5  districts. Option A keeps the district along the western coastline and follows I-75 and US 41.

6  Option B uses the Collier County line on three sides and follows I-75 or Alligator Alley across

7  the county, including some of the Big Cypress National Preserve within the district.

8       District 82 includes all of Hendry County and takes in the remaining population of

9  Collier County. Option A includes the area south of I-75, which is the Big Cypress National

10  Preserve down to the Collier County line. And Option B, it shares that border along I-75 with

11  District 81. These two options kind of show how some of our – in south Florida we have these

12  big vast and unpopulated preserves, or the Everglades, or geography like that. And these

13  unpopulated land areas that go into districts but can be included in different options.

14       Moving north a little bit, we are going to look at District 83, which is the same in both

15  options. It's comprised of four whole counties: Hardee, Highlands, Glades, and Okeechobee, and

16  those four counties' populations is just about the ideal population of a House district.

17       Moving over, we'll first start with Martin and St. Lucie Counties. House District 84 in

18  Option A is kept wholly within St. Lucie County, keeping both Fort Pierce and St. Lucie Village

19  whole within this district. Option B is able to keep the same cities whole, but include the

20  population from Martin County and the City of Ocean Breeze is kept whole in the portion that

21  drops in the portion that drops into Martin County. It follows along the waterways in Martin

22  County, following the St. Lucie River back north into St. Lucie County.

23       District 85 in Option A encompasses parts of St. Lucie and Martin County. In both

30

CUBANOS-0000005166

## House State Legislative Redistricting Subcommittee - Dec. 3, 2021

1    options, the city of Port St. Lucie, which the population is too big for a House District and has to

2    be split. It also splits the City of Stuart. It makes use of the city boundaries where possible and

3    follows primarily Southwest Martin Highway along its southern border. In Option B, HD 85 is

4    the district we were able to keep wholly within St. Lucie County. It contains more of Port St.

5    Lucie, but again, Port St. Lucie has to be split due to population. And its boundary line follows

6    county line to the south and follows some of the same municipal lines, and primarily follows

7    along US Highway 1 along its eastern border.

8         HD 86 in both options contains the majority of Martin County and part of Palm Beach

9    County, keeping the City of Tequesta whole where it drops into Palm Beach County. Option A

10   follows the Turnpike into Palm Beach County and is able to keep the City of Ocean Breeze

11   whole within District 86. Ocean Breeze was kept whole in Option B within District 84, in the

12   northern part of Martin County. Option B uses a combination of the Florida Turnpike along with

13   I-95 to go into Palm Beach County.

14        Moving into Palm Beach County, there are eight districts we are able to keep wholly

15   within Palm Beach County, with District 86 we just talked about being the only one that crosses

16   that county line. To talk about Palm Beach County, we are going to first examine District 88, and

17   it has two very different orientations in this map. And really in each map. And the shape of its

18   district really dictates how the other districts come together in the county. District 88 is a

19   protected majority-minority Black district, and in both options a functional analysis was

20   performed by staff to ensure that the minority group's ability to elect the candidate of their choice

21   was not diminished. In Option A, the district follows primary roads such as the Florida Turnpike,

22   State Highway 5 (I-95), and follows along U.S. Highway 98 on the southern border. And is able

23   to keep Haverhill whole within the district. In Option B, the district is more vertical in nature,

CUBANOS-0000005167

## House State Legislative Redistricting Subcommittee - Dec. 3, 2021

1  following the Turnpike, I-95, Federal Highway. Haverhill is kept whole and in this orientation,

2  the northern part of District 88 in Option B, we were able to keep Lake Park whole, and more in

3  the southern part we were able to keep the City of Lantana whole within District 88.

4      Going back to Option A, we're going to walk through the remaining districts that are

5  governed by how the shape of 88 in Option A. Just south of 88 we have HD 89, which is a

6  majority-minority Hispanic District that forms this compact square-looking shape below 88. The

7  district includes the Cities of Palm Springs and Atlantis whole within the district.

8      HD 87 follows the Florida Turnpike and I-95 and Dixie Highway and Broadway, as well

9  as several city lines and the eastern Palm Beach County line for its boundary lines. 87 in Option

10  A starts in northern Palm Beach and then wraps down along the coast in order to pick up the

11  remaining population that are not included in the minority districts.

12      HD 90 in Option A primarily follows State Highway 809 and the municipal lines of

13  Boynton Beach, Ocean Ridge, and Delray Beach. These three cities are able to be kept whole in

14  the district, along with Golf and Gulf Stream.

15      House District 91 in Option A is located in the southeast corner of Palm Beach County

16  and follows the county boundary to the south and the east using the municipal lines of Highland

17  Beach and Boca Raton along its northern boundary, and follows the Florida Turnpike and State

18  Highway 7 to the west. Those two cities mentioned that it follows its boundary are able to be

19  kept whole within District 91.

20      District 92 shares an eastern boundary with District 90 and 91 in this option, as well as to

21  the west it borders that kind of curve shape is the Loxahatchee National Wildlife Refuge.

22      District 93 also follows the Loxahatchee Refuge and uses the municipal line of the City

23  of Wellington, along with US Highway 98 to complete its border. And the City of Wellington is

CUBANOS-0000005168

### House State Legislative Redistricting Subcommittee - Dec. 3, 2021

1    kept whole within the district.

2         District 94 encompasses the remaining part of western Palm Beach County and keeps the

3    Cities of Pahokee, Belle Glade, South Bay, Loxahatchee Groves, and Westlake whole within the

4    district. And with that orientation of 88 in Option A, in this option, District 94 takes most of its

5    population needed from northern Palm Beach County. When we go into Option B you will see it

6    kind of reaches in from the southern part in Option B.

7         Moving over to Option B. District 87 instead of going down the coast takes more of the

8    population in northeast Palm Beach County. Both Juno Beach and North Palm Beach are kept

9    whole within the district, but additionally it is able to keep all of Palm Beach Gardens whole

10   within the district. Using these municipal lines, it also follows some major roadways, State

11   Highway 711, Okeechobee Boulevard, and Military Trail.

12        HD 89 shifts a little to the west in Option B, primarily following I-95 to the east and US

13   98 to the north, and the Florida Turnpike along its western boundary. It uses the city lines of

14   Greenacres on its southern border and creates a visually compact square shape and is also a

15   minority-majority Hispanic District.

16        HD 90 in Option B takes the population along the coast that is not included in the

17   protected District 98. In its southern portion we are still able to keep Delray Beach whole using

18   those municipal lines as its southern boundary. But in this option, it is more of a vertical

19   orientation along the coast bordering 88. In Option B, the City of Boynton Beach ends up getting

20   split, where we were able to keep it whole in Option A.

21        District 91 is the most similar district between the two options in this region. Keeping

22   both Boca Raton and [inaudible 01:15:02] whole in this options as well. It uses those municipal

23   lines as well as follows the turnpike on the western boundary.

33

CUBANOS-0000005169

### House State Legislative Redistricting Subcommittee - Dec. 3, 2021

1    District 92 is more mathematically compact then the District 92 in Option A. It follows I-

2    95 and the Florida Turnpike for its east and west boundaries, respectively, and uses the municipal

3    lines of Atlantis and Greenacres to create that border between District 29.

4    Moving over to 93, again in this option we are able to keep the City of Wellington whole

5    using the city boundary along the east. In Option B, because of the surrounding districts, 93 goes

6    north of US 98 in this option and is able to keep Loxahatchee Groves, Westlake, and additionally

7    Royal Palm Beach whole within the district.

8    District 94, again, includes western Palm Beach County, and like previously stated, grabs

9    its remaining population going into the south of the population not included in District 90 and

10   91. That is the end of Palm Beach County and I will turn it back over to Jason to explain the rest

11   of South Florida.

12   Jason Poreda: Thank you, Kyle. We are in the home stretch, members. Okay, so as we go

13   into Broward County, I just want to point out we were actually able to keep the Broward County-

14   Palm Beach County line intact and no district crosses between those two counties in either

15   option. Much of Broward County is shaped by House Districts 97, 98, and 99 in north Broward

16   County, and 104 and 105 in south Broward County. All five of these districts are protected Black

17   districts, with a functional analysis being performed to ensure the respective minority groups can

18   elect candidates of their choice, and each district is not diminished.

19   HDs 97, 98, and 99, we'll start there, are drawn slightly different in each option to show a

20   different configuration of how these three districts can be drawn. But all primarily use [inaudible

21   01:17:40] Atlantic Boulevard, US 441, State Road 7, as well as other several municipal

22   boundaries within option A [inaudible 01:17:54] and actually keeps the city of Margate whole

23   within District 98. Both options have similar compactness scores between all these districts.

CUBANOS-0000005170

**House State Legislative Redistricting Subcommittee - Dec. 3, 2021**

1   However, in Option B, District 97 has a higher compactness score. The other option [inaudible

2   01:18:14]

3        District 95 [inaudible 01:18:32] and Sample Road on its southern side to create a very

4   compact rectangular-shaped district in both options.

5        District 96 is also similar in both options, having populations from Tamarac, Coral

6   Springs, and Sunrise, but having to fit around the protected district of District 97. In Option A,

7   we also used this district to demonstrate how, as Kyle pointed out with some of the districts in

8   Southwest Florida, how the less-populated land in western Broward County and Palm Beach and

9   Miami-Dade Counties can be assigned. In Option A, we divided that territory between Districts

10  96 and 103 that we will talk about later. In Option B it is all to District 96. Although perhaps

11  maybe more visually pleasing, at least in my opinion, Option B is the one that has the higher

12  compactness score in two of the three mathematical measures. Those are just other tradeoffs to

13  consider when drawing districts in this region of the state.

14       Let's move to the other side of Districts 98 and 99 now and look at District 100. District

15  100 is similar in both options, taking the coastal areas of Broward County just east of the two

16  protected districts of 98 and 99. Both are similarly compact rectangular shapes along the coast

17  that travel down to the Stranahan River and Lake Mabel on its southern end to create its southern

18  boundary using all the same primary roads and municipal boundary lines along its western side. I

19  will point out too in District 99 and to District 100, in both options there appears to be a little

20  bump on the side of District 99. That is actually the municipality of Wilton Manors. And that is

21  why that little bump extends into District 100, because we are using those municipal lines where

22  we can throughout these districts.

23       In southern Broward County, the shapes of District 101, 102, and 103 are the results of

CUBANOS-0000005171

## House State Legislative Redistricting Subcommittee - Dec. 3, 2021

1   the shapes of the protected districts, which are 104 and 105 in southern Broward County. 104 and

2   105 are the same in both options and these are the only two districts that cross the Broward-

3   Miami-Dade County line. They make great use of major roadways in the area, being separated in

4   by each other by the Florida Turnpike throughout their entirety.

5   District 104 uses 172nd Avenue for its western side; Pembroke Road, Flamingo Road,

6   and Johnson Street for its northern border; the Broward County line and the 199th Street and

7   Miami-Dade County line where it crosses over.

8   District 105 uses Ives Dairy Road and the Snake Creek Canal for its southern border in

9   Miami-Dade County, US 1, the Federal Highway, for its whole eastern side, and Sheridan Street

10   along with the Dania Cut-Off Canal for its northern border.

11   District 101 is similar in both options in that it's mostly the area around District 105 in

12   the Hollywood, Davie, and Fort Lauderdale Airport area, creating an L-shaped district that does

13   not cross the county line. An L-shaped district that goes as far west as University Drive in both

14   options. Using other major [inaudible 01:22:08] as it fits between two protected districts of 99

15   and 105.

16   102 then picks up where 101 leaves off along University Boulevard and includes Cooper

17   City along with parts of Davie and Plantation, before using I-75 and the Weston city line for its

18   western border.

19   District 103 includes the entire City of Weston, along with the rest of western Broward

20   County, including the unpopulated area south of I-75 in Option A, which is the entire northern

21   border of the district in this option. District 103 also is a majority-minority Hispanic district

22   located entirely within Broward County. Districts 101, 102, and 103 are drawn as compactly as

23   possible while encompassing the area in between the protected Black districts in the north and

CUBANOS-0000005172

## House State Legislative Redistricting Subcommittee - Dec. 3, 2021

1   the south in this particular county.

2   Now we will move down into Miami-Dade County. We will start by talking about

3   Districts 107, 108, and 112, which are also all protected Black districts, with the corresponding

4   functional analysis conducted by staff to ensure that the respective minority groups can elect

5   candidates of their choice in each district, with 107 and 108 also being majority-minority Black

6   districts. These three districts are the same in both Option A and Option B.

7   107 shares the border to the north with District 105, and also keeps the entirety of North

8   Miami Beach wholly within it. It uses the Biscayne Canal and the southern boundary line with

9   District 108, creating a visually compact and mathematically compact shape. District 108 uses

10   primarily the Miami Garden, Opa-locka, and Hialeah city line for its western border. District 108

11   and 112 are separated by easily recognizable roadways in the area and then continues south to

12   use the Miami River for its southern border. District 112 also uses US 1 along its eastern side

13   before going over and using the Biscayne Bay to finish out the remainder of its boundary.

14   Next to these protected Black districts along the coast is District 106, which includes

15   eight whole entire cities, including Miami Beach, North Bay Village, Surfside, Bay Harbor

16   Islands, Bal Harbor, Sunny Islands Beach, Aventura, and Golden Beach. The Miami Beach

17   municipal line is the southern border for the district, which is why it has a little extension on the

18   bottom. That's actually the Miami Beach municipal line.

19   The next group of districts I will talk about are Districts 109, 110, 111, 113, 114, 115, 116,

20   118, and 119. These nine districts are all protected majority-minority Hispanic districts, where

21   functional analysis being performed to ensure the respective minority groups can elect candidates

22   of their choice in each district, and that opportunity is not diminished. We'll start looking at these

23   districts that are the same in both options. There are some differences, but some of them are more

CUBANOS-0000005173

## House State Legislative Redistricting Subcommittee - Dec. 3, 2021

1  or less the same in both options.

2      District 109 uses the Miami-Dade County line, I-75, and the Palmetto Expressway, and

3  keeps Miami Lakes wholly within it. Its southern border is the Little River Canal and it is the

4  same in both options.

5      District 111 uses the Palmetto Expressway and the Dolphin Expressway, primarily, and

6  extends as far as US 41 on its southern side to achieve the necessary amount of population for a

7  district. And the small divot on the side of the district, on its western side, is actually to avoid

8  splitting the city of Medley, which is kept whole in District 110.

9      District 113 only has minor changes and is effectively the same in both, but has slight

10  differences. It is a district that may look odd in shape with a lot of jagged sharp edges along the

11  coast. However, this was done primarily because it uses both the Miami, Miami Beach, and

12  Coral Gables municipal lines to avoid splitting those cities. That's what causes all of the jagged

13  lines. In addition to the oddly shaped water blocks, this was an opportunity to demonstrate how

14  water blocks, as the district goes out and includes the entire city of Key Biscayne, sometimes

15  using those water blocks in certain respects can create those odd jagged shapes in districts but we

16  are limited to the census geography that we can build districts with.

17      District 114 includes the entire City of Coral Gables, South Miami, and West Miami.

18  Using these municipal lines along a large portion of its boundary line, which also creates its

19  shape. It goes up north until the Dolphin Expressway on the northern side, and is primarily the

20  same in both options.

21      District 115 includes the entire Cities of Pinecrest, Palmetto Bay, and Cutler Bay that

22  reside along US 1. It also uses the Don Shula Expressway, US 41, and 87th Avenue to complete

23  its border. There are only slight variations between the two options between the two Districts

CUBANOS-0000005174

## House State Legislative Redistricting Subcommittee - Dec. 3, 2021

1   115, using the primary boundary lines remain the same in both options, even though there are

2   slight visual differences.

3       District 110 is similar in both options as well. It uses the Miami-Dade County line for its

4   northern and eastern side and the Tamiami Trail, which is US 41, for the majority of its southern

5   border. It uses I-75 and the Palmetto Expressway, along with the Dolphin Expressway to

6   complete its very rectangular and compact shape in both options. In Option A, the City of Doral

7   is split between 110 and 116. Then in Option B, the City of Doral is kept whole within 110. You

8   can also see a slight deviation on the southern end of 110 to compensate for splitting the city, and

9   – or keeping the city whole within that.

10      District 116 presents another policy choice of which city to keep whole. District 116

11  keeps the City of Sweetwater whole in Option A and the City of Doral whole in Option B, which

12  changes the shape and location of 116 between the two options. In Option A, District 116 is sort

13  of boxed in by the Florida Turnpike, 58th Street, and the Palmetto Expressway, along with 87th

14  Avenue and 88th Street, to create a compact rectangular shape. Option B uses the Florida

15  Turnpike further to the south before meeting up with the Don Shula Expressway that creates

16  more of a point at the bottom, using these two major roadways in the area. It then goes north to

17  use the Dolphin Expressway along its northern side and 87th Avenue on its east to create a

18  district that is almost made up entirely of major roadways in the area.

19      Districts 118 and 119 both use US 41, which is the Tamiami Trail, along its northern

20  border for the districts and are different in shape to accommodate the different shape of 117,

21  which we will talk about shortly. In Option A, an easily recognizable roadway in the area is – are

22  used as much as possible, including 177th Avenue and 147th Avenue along with the Florida

23  Turnpike, are some examples of roadways used in this area. The border between these districts is

CUBANOS-0000005175

### House State Legislative Redistricting Subcommittee - Dec. 3, 2021

1    an example when dealing with districts as small as a House district. This area is very densely

2    populated, actually surprisingly densely populated. And keeping district populations within the

3    necessary deviation amount can be very difficult in this area because it is so densely populated.

4          District 117 is a protected Black district, with a functional analysis conducted by staff

5    ensures that the minority groups can elect candidates of their choice in both options are not

6    diminished. 117, even though the two options presented to the committee today have very

7    different appearances and present different policy choices for the committee to consider. HD 117

8    in Option A is very similar to the current configuration in the benchmark map and splits the City

9    of Homestead while keeping the City of Florida City whole in that southern end. Option B is an

10   alternative configuration that does not split either city and either city are kept whole in District

11   120. The Florida Turnpike, the Dixie Highway (US 1), are a few examples of the major roadways

12   used to create the districts in both options. District 117 is clearly more mathematically and

13   probably visually compact.

14         Finally, District 120, closing out our presentation, is comprised of the remainder of

15   Miami-Dade County and again, in Option B contains the entire Cities of Homestead and Florida

16   City along with the entire County of Monroe, including our favorite Florida fact with the Dry

17   Tortugas being a discontiguous portion of geography that Florida just happens to have, like about

18   five or six other states in the country do.

19         Between, finally, Monroe, Miami-Dade, and Broward Counties, we were able to keep 26

20   districts entirely within those three counties, not crossing into any other counties north or west.

21   Mr. Chairman, that concludes our presentation of the two workshop options.

22         Cord Byrd: Thank you, team, for your presentation. And members, if you'll now take out

23   your pen and paper, we're going to have a quiz on everything that you just heard. Wow, that's a

CUBANOS-0000005176

**House State Legislative Redistricting Subcommittee - Dec. 3, 2021**

1   lot to take in and I appreciate everybody's patience and diligence. I was watching and I think

2   everybody was paying close attention. So you see the hard work that the staff put in and the

3   different policy choices that they have given us as the policymakers to decide based upon the

4   constitutional and legal standards that we are required to follow. So with that, it is now time for

5   member questions. Ranking Member Daley, you are recognized.

6       Dan Daley: Thank you, Mr. Chair. And thank you for the presentation. My questions, and

7   I have a couple of them if it's alright, Mr. Chair, focus more on the overall process and

8   methodology rather than any one specific area, so if I may. Starting off, there wasn't any advance

9   notice that the maps were going to be released, so I was going to ask, in the future if there are,

10  thank you, if there are more maps or changes to these maps provided can we be given advance

11  notice of when they will likely be provided? And secondly, I understand that there is 240

12  districts, a lot of work went into this, but I think the maps were released on Monday and it's

13  obviously only been a handful of days since Monday to be able to give a full review at this

14  workshop. So, with that in mind I guess those are my two questions. Can we have more advance

15  notice when changes are going to be made and new maps are going to be released? More days, if

16  possible, in between releasing those maps to have them considered here in front of us.

17      Cord Byrd: So, thank you for the questions and certainly, yeah, we've been at this process

18  for quite some time now. The ability to draw maps online has been available for several

19  committee weeks. I'll pass along your comments to Chair Leek. The process isn't over, we'll

20  have five weeks or so between now and the start of Session. We are constitutionally required to

21  complete this work within those 60 days. So there is time to digest this, to work with myself,

22  Chair Leek, staff as we, over the next several weeks, for members, for you to take input from

23  your constituents and bring that back to us with the policy decisions in accordance with our

41

CUBANOS-0000005177

### House State Legislative Redistricting Subcommittee - Dec. 3, 2021

1   constitutional guidelines.

2   Dan Daley: Thank you, Mr. Chair. Follow-up.

3   Cord Byrd: Follow-up, yeah.

4   Dan Daley: Thank you, Mr. Chair. So, again, it's something we have talked about in

5   previous committee meetings that the public access option and I know that we chose – the

6   decision was made to go through the online portal and the online submission process verses a

7   state tour, which may have been time-prohibited. Or virtual tour, which I honestly thought was

8   the best option to encourage public participation. So, with that in mind, has staff reviewed public

9   comment up to this point and utilized that information in drawing the maps?

10   Cord Byrd: So I can tell you as of yesterday when I checked, there have been eight maps

11   submitted by the public for House redistricting. Certainly, staff has looked at those maps; any

12   member can look at those maps and say can we use this policy option. So, I think the public has

13   had input. It's different then it was ten years ago, but it's certainly, I don't think, diminished this

14   time around, in fact, I would say there's more access because all of the data is available online

15   and the public has the ability to draw their own maps just as any member does. Yes, you are

16   recognized.

17   Dan Daley: Thanks for sharing. I guess I wasn't speaking specifically to the submission of

18   maps, I think I was talking more about the submitted public comment that's available on the

19   website. Has staff, to your knowledge, reviewed any of that in making a lot of these decisions?

20   Because I have, and what I found is there is a lot of comments there that address a lot of the

21   potential issues or concerns moving forward. Interestingly, what I did also notice on the website

22   is there hasn't been a updated public comment portion since November 26th, which would have

23   been prior to the release of these maps. So if it's possible, I would love to see the public

CUBANOS-0000005178

### House State Legislative Redistricting Subcommittee - Dec. 3, 2021

1   comment that's been submitted since the maps have been dropped. Back to my overall question,

2   has that comment section been viewed and utilized as part of the map-drawing process?

3    Cord Byrd: Thank you. I can tell you at a conceptual level, staff has reviewed public

4   comment. If members have specific questions when you review public comment, you can

5   certainly bring that to staff for more detailed analysis. And let's see, staff is giving me – okay so

6   public input is uploaded every Friday, so that will be uploaded later today.

7    Dan Daley: Yes, sir. Thanks, Mr. Chair and I'm asking for formality. If you don't just

8   want to go back and forth.

9    Cord Byrd: Yeah, no you're fine.

10    Dan Daley: That's fine too. Thank you, sir. And I understand I did notice that they are

11   drafted on Fridays, I think in this case I would have liked to have seen, and maybe it's my fault, I

12   could have reached out. But for the benefit of the general public and the benefit of other

13   committee members maybe when we have a presentation on maps, like we did today, we can get

14   that public comment in advance. It's just part of my concern there. Overall, really with that

15   public submission, public comment submission portal is if we're not reviewing it and we're not

16   taking into account as we're drawing these maps it really amounts to a very transparent trashcan,

17   right. And so it's a little bit different than what would have happened had we would have been

18   able to do a virtual tour of the state or in-person tour of the state or if people could teleport up to

19   Tallahassee and be here for these meetings. So I just mention that for those reasons. So thank you

20   Mr. Chair and next question is, without any reference, obviously, to partisanship or incumbency

21   can someone explain to me what methodology led to keeping cities such as Pensacola and

22   Lakeland whole but splitting cities like Tallahassee, Gainesville, Miami Gardens? What unifying

23   characteristics led to keeping whole cities whole and split cities split?

CUBANOS-0000005179

## House State Legislative Redistricting Subcommittee - Dec. 3, 2021

1    Cord Byrd: Sure, before I hand it over to staff for your latter question, I just want to

2    address the issue of public input. We have 61 out of 120 members that are on the Redistricting

3    Committee. All 120 of us are representatives, meaning we represent our constituents. Every

4    single one of us has an obligation and a duty to take input from our constituents and bring that

5    back to other members and to the committee staff. So, yeah, I don't think that the attacks on

6    transparency are warranted because that's what we do. We are representatives, we are not

7    separate from our constituents, we are part of them and their voice here in Tallahassee for those

8    that can't make it up, whether on this issue or any other issue. To address your second question,

9    I'm going to turn it over to staff to address the methodology.

10    Leda Kelly: Thank you, Mr. Chair. And thank you, Representative, for the question.

11    Really throughout the map, obviously, our Tier One considerations take priority, as we know,

12    over Tier Two. So once we have been able to establish those, as far as being able to supply

13    workshop options that either keep cities or counties whole, I think you saw throughout, we tried

14    to demonstrate different areas of the state where those different options are possible. Mixed

15    within our workshop A and workshop B give both of those different options. Or perhaps even

16    trade off in compactness scores as well. So I would say, as far as this being a workshop option,

17    and obviously this is a lot of information, data, to take in we wanted to be able provide that

18    equally across the state. Thank you.

19    Cord Byrd: Do you mind if I go to some other members? And we have four hours. So

20    I'll –

21    Dan Daley: I've only got two more Mr. Chair.

22    Cord Byrd: Okay I can give you two more.

23    Dan Daley: It's up to you.

44

## House State Legislative Redistricting Subcommittee - Dec. 3, 2021

1    Cord Byrd: You're going to take Woodson's time so –

2    Dan Daley: Thanks and I appreciate that. And look, the only reason I would say that is,

3    again, my questions are more 30,000-foot level. I know other members have other questions that

4    may delve more into specific regions. So I appreciate your indulgence there. Just out of curiosity,

5    are you able to tell me who did staff discuss methodology and policy choices with? We had a

6    conversation a couple of weeks ago about how we are in charge as the elected officials of making

7    the policy decisions that weigh in, but clearly some of those policy decisions have been made in

8    drawing these maps. Who did staff discuss that methodology or policy choices with and who

9    physically drew each map, if you will?

10   Cord Byrd: Sure, so I can tell you that Chairman Leek and myself were involved with

11   staff, just like on any other committee when bills are presented – and these are not bills. Let me

12   just be clear. Policy decisions are made just like moving through any other committee. Staff

13   actually was tasked by Chairman Leek to draw the maps and so the people that you heard present

14   the maps today are the people who drew them based upon the constitutional and legal standards.

15   Just once again, we have been presented policy options. These are not final decisions, they are

16   not final maps, they are showing ways in which legally compliant maps can be drawn, keeping

17   cities whole, following geographic boundaries, and certainly any member can present other

18   options for consideration by this committee and certainly the large committee and the full body.

19   Dan Daley: Thanks Mr. Chair and final question. Will staff be releasing additional maps?

20   These maps were created by making certain policy decisions, so will there be another round of

21   maps released that focus on other policy decisions? Maybe the alternative option if you will. And

22   I guess that's the question.

23   Cord Byrd: Yeah, sure. Once again this is a workshop; this is a starting point not an

45

CUBANOS-0000005181

## House State Legislative Redistricting Subcommittee - Dec. 3, 2021

1    endpoint. Our legal obligation is to complete maps during the 60-day session. So over the course

2    of the next few weeks – and I would tell members not to wait. I mean, don't wait until we come

3    back in session to have those conversations about policy decisions that are important to you and

4    your communities. So we will anticipate, we have to complete our work to get it up to the full

5    committee, which is why I implore you not to wait, but this is a starting point, not an endpoint,

6    and we will continue to have these policy discussions moving forward from here.

7        Dan Daley: Okay, Thank you, sir.

8        Cord Byrd: Alright I'm going to turn it over to Representative Woodson, you are

9    recognized.

10       Marie Woodson: Thank you, Chair Byrd, and thank you for the opportunity to discuss

11   these maps. As I just got into town last night, actually it was midnight when I landed from

12   Atlanta, because I had to attend a National Black Caucus Legislators conference, which is a

13   major conference for us as elected officials, so I have not gotten much sleep, but I know how

14   important this committee is, so I flew last night to make sure that I was here this morning. As we

15   know, what we are discussing now would impact the residents of Florida for the next ten years,

16   so it's extremely important. So I thank you for that. The questions that I have looking at the map,

17   since they've been released, I noticed there was some splits of the university areas, and I think it

18   is important for us to keep those areas together as we like to connect the students with their

19   communities and make sure that they also get engaged in the civic process. So is there a reason

20   why that was done and if so what was the rationale for doing it? Thank you.

21       Cord Byrd: Sure, first, thank you for being here, I am sure your constituents appreciate

22   your hard work in getting here and representing them. So first, yeah, I think when you're talking

23   about universities, you are talking about communities of interest, just like military bases or

CUBANOS-0000005182

**House State Legislative Redistricting Subcommittee - Dec. 3, 2021**

1   prisons. Communities of interest cannot be considered over Tier One or Tier Two standards.

2   Those take priority and that's what reflected in these maps.

3   Marie Woodson: I assume between now – Thank you Mr. Chair. Actually, I assume

4   between now and committee time, how much time would we have to really voice our concern

5   and how accessible would you and staff be between now and committee weeks in order for us to

6   bring our concerns. As we would have more time to digest what's in the maps that were released

7   because it's been really a tough week for us.

8   Cord Byrd: Absolutely, I mean we are accessible, as you need us to be to help you do the

9   work that you need to do on behalf of your constituents. And take your input following our Tier

10  One and Tier Two guidelines.

11  Marie Woodson: Okay. And another question that I have, but I understand that my

12  colleague Rep. Dan Daley has mentioned it, as it comes to the split of the cities and the counties.

13  So I would like to take that question further. Would you or your staff, in order to see how we can

14  address those, because I'm not looking at just areas in Broward County. I'm looking at the whole

15  thing as in the State of Florida because we all are responsible for that.

16  Cord Byrd: Right.

17  Marie Woodson: So thank you.

18  Cord Byrd: Okay, Rep. Hart I think you're next. You are recognized.

19  Dianne Hart: Thank you, Mr. Chair. As you know, I too was at the conference and just

20  flew in this morning. And flew over to the Capitol to make sure that I could take part in this

21  discussion. And I've listened to you all in the car and everywhere I heard you say was this city

22  was kept whole that city was kept whole. However, when it came to Tampa, it appears we split

23  the city between Tampa and St. Petersburg and then we also split down the middle of a

CUBANOS-0000005183

### House State Legislative Redistricting Subcommittee - Dec. 3, 2021

1   community. So I was just trying to figure out if there was some rationale as to why we have such

2   a huge split in that Tampa area with a whole lot of water.

3        Cord Byrd: Right, once again, thank you for making every effort to be here and just to

4   reiterate, and I hate to sound like a broken record. These are starting points, not endpoints. But

5   I'm going to have Mr. Poreda go ahead and explain based upon these two options that have been

6   presented for workshops why the decisions that were made were made.

7        Dianne Hart: Okay, thank you.

8        Jason Poreda: Thank you, Mr. Chairman. So, for the example of the City of Tampa,

9   because District 62 and District 63 are protected Black districts, they are Tier One districts that

10   we have to ensure the ability of the – minority groups' ability to elect a candidate of their choice.

11   And that supersedes the Tier Two consideration such as keeping cities whole. So that is what

12   guided that decision primarily.

13        Cord Byrd: Follow-up?

14        Dianne Hart: Yes, sir thank you very much. So basically what you are saying is that you

15   had to do that because of Tier One and you're saying that there was not enough over in Tampa to

16   have created a district and a district in St. Pete? Is that my understanding? That kept a Black

17   district. Because that who you are speaking to.

18        Cord Byrd: Jason, you want to address that?

19        Jason Poreda: Thank you member. So when we looked to draw those two districts, 62 and

20   63, which are the protected Black districts in the area, we had to ensure that their opportunities to

21   elect candidates of their choice did not diminish. We did look at a variety of different

22   configurations in this Tampa area, including a district that looked similar to how the benchmark

23   did, and including ones that stayed entirely in Pinellas County or entirely in Hillsborough

CUBANOS-0000005184

### House State Legislative Redistricting Subcommittee - Dec. 3, 2021

1    County. But in order to – when doing functional analysis to ensure that the minorities can elect a

2    candidate of their choice, these were the configurations that we felt most appropriately met that

3    goal.

4        Cord Byrd: And Rep. Hart, I have had other members come to me since the maps have

5    been released and staff has walked them through the standards. So certainly if you want to sit

6    down and specifically drill down on that area and if you have – they can show you why keeping

7    a certain city whole or county boundaries would not work with our Tier One standards and the

8    Tier Two standards. We will work with you to address any questions. Next we have

9    Representative Tant, where are you? Oh there you are, okay great. Yeah I got it.

10       Allison Tant: Thank you. I wanted to ask, I wanted to talk with you about – I don't have

11   to wonder at what my constituents think because my mayor is here and my county commission

12   chair is here. And they can tell you themselves exactly what I will tell you, but we have very

13   significant concerns about breaking up the City of Tallahassee, which is not a large city. It is not

14   a large city like Miami, Jacksonville, Tampa. We are a smaller area to be broken up into three.

15   And so I don't know if this is the appropriate time for them to come up or if you want to wait for

16   public testimony, but that is something that we are gravely concerned about in our community.

17       Cord Byrd: Sure.

18       Allison Tant: And further, in our view the Tier One and Two standards are met, both

19   standards are met in version B versus version A. So that's another point I would make. Thank

20   you.

21       Cord Byrd: So, thank you Mayor Dailey for being here, he has submitted a comment card

22   along with County Commissioner Minor. So they are going to be able to speak during the public

23   comment section. So I'm not sure if you had a question or just wanted to express the City of

CUBANOS-0000005185

### House State Legislative Redistricting Subcommittee - Dec. 3, 2021

1  Tallahassee's concerns.

2  Allison Tant: I'm expressing the concerns and I've also raised this with staff as to – and

3  of course I got the same answer that Rep. Hart did about the Tier One. But I believe that it's

4  curable and I want to make sure that I work with your staff. And by the way, all of our staff, I

5  want to appreciate you because I cannot imagine trying to figure out 240 iterations the way you

6  have. I mean you must be exhausted. And I just want to say thank you all for your hard work

7  before I forget. So, and while I'm sitting here advocating for my community and advocating,

8  obviously, I'm concerned about the cannibalization of our community because of the numbers

9  here. I don't want to just express my appreciation for all of you. So that is one thing I don't want

10  to leave out in all of this. But I do advocate for my community in this and I am very concerned

11  about the two iterations, one I think, I believe is Tier One and Two compliant. But they are also

12  going to also express their concerns when they speak.

13  Cord Byrd: And I think that you're addressing the difficulty, I know I do. I know

14  Chairman Leek does, Chairman Sirois, the staff. That the impacts that this has on communities

15  and members so that's why we're doing this today. So that this isn't – something isn't presented

16  in Session and then that's it. That's why we're workshopping it now. That's why we've had the

17  education up to now so that we can even understand and comprehend what staff has given us to

18  consider. So, certainly this is a starting point not an endpoint. So with that, Representative

19  Arrington has questions.

20  Kristen Arrington: Thank you, Mr. Chair, and I do have two questions. One is about area

21  and the other is policy. I do appreciate you offering that probably if I do not get the answer

22  completely that I can follow up later with staff. But my question was in the Central Florida area

23  for District 37 and 39. If we're looking to keep a district wholly within a county, both of those

CUBANOS-0000005186

**House State Legislative Redistricting Subcommittee - Dec. 3, 2021**

1   districts have parts of Orange and Seminole in them. There's two different versions for 37 in

2   Options A or B. So I was just wondering if you could give me a little bit more. I missed it maybe

3   during the presentation, but I didn't hear why we had split like that.

4           Cord Byrd: Sure, thank you for the question. I'm going to let Jason handle that one.

5           Jason Poreda: Thank you member. So, looking at Seminole County and Orange County

6   along with Osceola County, we want to keep those three counties together. And in both options

7   we were able to keep two districts entirely within Seminole County. In both options I believe

8   that's Districts 38 and 36. We were able to keep those two districts entirely within Seminole

9   County. Seminole County then just has extra population that needs to be attached to another

10  district that has to come into Seminole County. In both options, that population is split amongst

11  two different districts. But we keep the maximum amount of districts wholly within Seminole

12  County that we were able too.

13          Kristen Arrington: Thank you and thank you Mr. Chair, and I will probably just see if I

14  can also get with on that area and just some others following up. But that's my next question

15  because I hear we're workshopping today and we're recommending options. Do we recommend

16  those options today or do we meet with staff later or do we reach out to you, Mr. Chair.

17  [inaudible 01:53:10] recommending options or concerns or how do we go about that or is that an

18  actual amendment. How would we make these recommendations?

19          Cord Byrd: Sure, great question. [inaudible 01:53:18] the committee presents a PCB and

20  there will be amendments available just like any other bill. Once it goes up to the full committee,

21  the members of that can recommend amendments, and then when it gets to the floor there can be

22  amendments. So, I don't think there will be any shortage of opportunities for members to have

23  input on the policy decisions that are in alignment with our constitutional standards.

CUBANOS-0000005187

### House State Legislative Redistricting Subcommittee - Dec. 3, 2021

1    Kristen Arrington: If I could have one more question Mr. Chair, thank you. I know we

2    have the option to draw maps from scratch and can we manipulate these workshop A option and

3    workshop B option. Can I play with those two districts I was just discussing. Or can I manipulate

4    these current maps?

5    Cord Byrd: The answer is yes, they are on the redistricting website. And once again, staff

6    can help you navigate that so that you can, if you wanted to manipulate or work on these

7    workshop maps as a starting point. Instead of having to redraw 120 new districts.

8    Kristen Arrington: Right.

9    Cord Byrd: They will show you how to do that.

10    Kristen Arrington: So I wouldn't be able to do this on my own with this program, though

11    I would need to get with staff on manipulating that? Recognizing –

12    Cord Byrd: You are technology-savvy, you can do it. I would need them to help me so – I

13    think most of us would as well.

14    Kristen Arrington: Understood, understood, okay. Thank you so much I appreciate it.

15    Cord Byrd: You are welcome. Representative Chambliss, you are recognized.

16    Kevin Chambliss: Thank you, Mr. Chair, and I want to commend my colleagues to my

17    left because if I had went to Atlanta, I would not have made a 9 AM meeting. So I commend your

18    discipline and appreciate it. One of the questions that I had is, when we are looking at our Tier

19    One communities – or our Tier One districts, and we're trying to configure them, did the staff

20    ever have a situation in which they had to, for example, pull out certain Black communities and

21    put them into other districts to meet the threshold, the constitutionality threshold? And there

22    would be a follow-up to that.

23    Cord Byrd: I'm going to let our staff director answer your question, if she understands it.

CUBANOS-0000005188

## House State Legislative Redistricting Subcommittee - Dec. 3, 2021

1   Leda Kelly: Yeah, I'll answer it to the best of my ability. Thank you, Mr. Chairman, thank

2   you for that question. It's not so much as pushing and pulling, you look at it holistically. And I

3   think even looking in South Florida, whether it's Broward or Miami-Dade, whenever you look at

4   the population, you are able to see where those Black populations are throughout those counties,

5   and so we work to ensure that they were protected within their respective minority district and it

6   obviously performed as required to under Tier One. I don't know if that fully answers your

7   question. But –

8   Kevin Chambliss: If I could –

9   Cord Byrd: Oh, yes.

10  Kevin Chambliss: Thank you, Mr. Chair. If I could potentially clarify, was there ever an

11  instance in which you noticed a significant Black population that was traditionally in a Tier One

12  district during an iteration of these particular workshop maps, not being in that area anymore,

13  and then being, for example, in a district that would not meet that threshold? So for example, if I

14  could be plain, so, block here, this is where it was and in this iteration of the map, say this small

15  section, which is a historically Black community, is now over here. And this district is not a

16  historically Black district. Did you ever run into that and have to figure out how to potentially

17  protect those communities or just kind of, you know, here are the policy options and then we can

18  talk about it?

19  Cord Byrd: Yeah, so I think at a high level our population has grown.

20  Kevin Chambliss: Absolutely.

21  Cord Byrd: And people move. And so there are shifts in the population and the law takes

22  that into consideration, so that's the 30,000-foot level, but I'm going to turn it over to the staff

23  director to answer you specifically.

CUBANOS-0000005189

## House State Legislative Redistricting Subcommittee - Dec. 3, 2021

1    Leda Kelly: Absolutely and if you have a specific example you may be thinking of, I

2    definitely would want to sit down with you, because there's 390,066 census blocks, so I don't

3    want to misspeak about one that we may have tried an iteration on. But what I would say kind of

4    listening to you describe it is, perhaps if you are thinking of a particular community I would

5    encourage you to also think about that in terms of legally incorporated cities. That's our standard

6    that the Supreme Court defined of how we can use those guideposts. If that is kind of getting at

7    what you are asking. Anything further I would love to sit down with you one-on-one to make

8    sure.

9    Kevin Chambliss: I've already had staff send a request, Mr. Chair. I appreciate the

10    opportunity to sit down with you, and if I could just explain my concern is many times without,

11    for example, specifically knowing the culture of communities and the boundaries when we're

12    looking at numbers, and as you said this is a very exhaustive process. This is a lot of districts.

13    Many times you can have communities that don't meet a rectangle or circle but culturally they

14    are connected. For example, many times along railroads like you have communities built along

15    railroads historically and all those communities historically and culturally were connected.

16    Sometimes that can be overlooked in a process is my estimation. So I would love to have

17    conversations on how to meet the Tier One thresholds while also looking at communities and

18    making sure that we weren't taking brothers and sisters and putting them into houses by

19    mistake.

20    Cord Byrd: Right, and your question is well taken and certainly we all understand the

21    communities from which we come. But the Supreme Court was clear last decade that

22    communities of interest cannot be considered above Tier Two standards or Tier One so those

23    cannot be considered above Tier One or Tier Two standards. But certainly we've shown you

CUBANOS-0000005190

### House State Legislative Redistricting Subcommittee - Dec. 3, 2021

1  options of maps can be drawn compliant with those, and if you have recommendations that are

2  compliant with those standards, then those can be taken into consideration.

3       Kevin Chambliss: Awesome, thank you.

4       Cord Byrd: Representative Tant? Round two?

5       Allison Tant: Yes, I apologize, thank you for calling on me again, Mr. Chair. The other

6  issue that has been brought to me by a colleague, he represents the coastal area in one iteration of

7  the map, and I understand, I spoke to staff and I really appreciate this, I understand this is not –

8  but this follows along with what Representative Chambliss just brought up. In one iteration of

9  the area that I'm concerned about, the coastal community is split in half. That is something that

10  has never happened historically to them and they – their relationships and their working – and

11  their businesses and their families are scattered throughout. So I have heard that from my

12  colleague's constituents as a concern. I mean I do represent the entire area as a member of this

13  committee, and I'm looking through this work through the lens of this committee, so I wanted to

14  bring that to the committee as well. That it keeps that area whole under Option B. So I did want

15  to raise that while I was sitting here with all of you. So I wanted to say that. Thank you.

16       Cord Byrd: Sure, you're welcome. Any other oh, Representative Woodson, round two?

17       Marie Woodson: Thank you again, Mr. Chair. I'm trying to stay awake and come back to

18  life. Since I didn't get much sleep last night. But I appreciate the indulgence actually of us asking

19  those questions because a lot of them are extremely important. During the presentation it was

20  mentioned that Orange County, actually no. Osceola County was the majority of it is Hispanic,

21  which is good because we looking at the different populations that make up the state of Florida.

22  During this process when we were looking at the Black community was there any consideration

23  given to the Caribbean community that is growing exponentially in certain pockets of Dade

CUBANOS-0000005191

## House State Legislative Redistricting Subcommittee - Dec. 3, 2021

1  County just to know, if there was any consideration given to the Caribbean community when we

2  are looking at the Black population. Just to know because I think that's something that is relevant

3  especially looking at a state as a whole. And I'm not offering just in Miami-Dade County

4  because when we look at Orange County and Orlando and all those different areas you have a big

5  population of the Caribbean community. I'm Haitian myself, of Haitian descent, and I know we

6  do have a lot of Haitians throughout the state of Florida.

7  Cord Byrd: Yeah, thank you Representative Woodson. And so when the state receives the

8  census data from the federal government, it is categorized as Black or African American. It

9  doesn't break those populations down into sub-groups of Caribbean Black Americans. So we use

10 the census data, it's used based upon Black or African American, because what you're really

11 getting to is once again that community of interest, which I understand is an interest of everyone

12 but that is not one of the Tier One or Tier Two standards that we can consider.

13 Marie Woodson: And I appreciate that I'm not separate us to divide us. But it is extremely

14 important when it comes to culture. And that's the question that comes up to me wherever I'm at

15 and Caribbean is not just, even though I mentioned I'm from Haiti, it's not just Haiti. It's all parts

16 of the Caribbean that I'm trying to see if we take that into consideration to make sure we address

17 all the issues in our community.

18 Cord Byrd: So what I would encourage you to do is look at those Tier One and Tier Two

19 standards and look at how you could address your concerns within those standards.

20 Marie Woodson: Right, thank you Mr. Chair.

21 Cord Byrd: All right. Representative Hart, round two.

22 Dianne Hart: Thank you, Mr. Chair. I just want to make sure when you all talk about the

23 Tier One. Did I understand you to say that that is absolutely all that we could do in that

CUBANOS-0000005192

## House State Legislative Redistricting Subcommittee - Dec. 3, 2021

1     separation of clear Tampa and St. Petersburg. Or is there an opportunity to take a look further to

2     see how we don't split up and cross a bridge where we have fish as opposed to people. So I was

3     just wondering cause you did say that Tier One was kind of final.

4         Cord Byrd: I'm going to let the staff director take that.

5         Leda Kelly: Thank you Mr. Chair and thank you Representative. So I believe you are

6     referring to our proposed workshop option District 62 that goes from St. Pete and over into the

7     Hillsborough area. If there is another configuration you have in mind, we can definitely work

8     with you to take a look at that. But I will remind the committee the analogous district that exists

9     in the currently enacted House map is actually a district that does go from the St. Pete area over

10     into Hillsborough. But it actually also has to travel down through Manatee to pick up some Black

11     population in Bradenton and then actually continue on down into Sarasota County as well. So the

12     current iteration does cross the Bay, as you will. But we've been able to make it more compact to

13     keep it within those two counties.

14         Cord Byrd: And just to follow-up. I think it will be helpful.

15         Dianne Hart: Yes sir.

16         Cord Byrd: As you look at these workshop proposals.

17         Dianne Hart: Mm-hm.

18         Cord Byrd: And we can provide a map of the current district so you can see what is

19     constitutional. That the Supreme Court of Florida has said is a valid map currently and then

20     compare that to the workshop. I think that will just help you conceptualize the options and what

21     can be done and what exists now. Because sometimes people look at the workshop maps and are

22     concerned not realizing that that's kind of how it looks, the current map looks similar, which are

23     constitutionally compliant and have been approved by the Supreme Court.

CUBANOS-0000005193

### House State Legislative Redistricting Subcommittee - Dec. 3, 2021

1  Dianne Hart: Yes.

2  Cord Byrd: Follow-up?

3  Dianne Hart: Yes, sir. I just wanted to ask one other thing. When you talk about that.

4  We're talking about Pinellas, Manatee, Sarasota. I do know that it jumps around on that far end.

5  But this particular iteration of that map literally divides within the city of Tampa. Not the coastal

6  areas around where you are picking up all those things before. This is literally in the middle of a

7  city. Separating the Black community, period. As opposed to how it is right now. I do know how

8  it's drawn now. So I would kinda like to – get with you all on that.

9  Cord Byrd: Sure, yeah. I will take that as a comment and please sit down with staff and

10  work with them on other options. Representative Valdés, you are recognized.

11  Susan Valdés: Thank you very much Chair Byrd, and although Representative Woodson's

12  addressed the university situation as a whole. In reference to – I had a question in reference to

13  the University of Florida per se, where I'm trying to wrap around my head how could the

14  community of UF and going all the way out to Cedar Key on the coast is reason to be considered

15  to the same community? I'm trying to wrap my head around how we came up with that. And

16  then I just wanted to know also why was it that UF was separated from the City of Gainesville in

17  District 21 and in District 22.

18  Cord Byrd: The Supreme Court of Florida last decade specifically said communities of

19  interest, which –

20  Susan Valdés: No, I heard that.

21  Cord Byrd: Right.

22  Susan Valdés: I don't need that repeated. I'm trying to figure out why.

23  Cord Byrd: Well, but those are the standards, and the questions keeps arising around

CUBANOS-0000005194

### House State Legislative Redistricting Subcommittee - Dec. 3, 2021

1   communities of interest and why is this community different and why is this – those aren't the

2   criteria. The criteria are Tier One and Tier Two. Communities of interest, keeping universities

3   whole, that is not a Tier Two standard. So if you have policy considerations within Tier One and

4   Tier Two that meet those thresholds you can certainly bring those to the committee. These

5   proposed workshop maps were based upon Tier One and Tier Two standards, not communities of

6   interests.

7       Susan Valdés: Follow-up, sir.

8       Cord Byrd: Yes.

9       Susan Valdés: Great, so how would you like for us to proceed once we leave our

10  committee this week and we take a break before we come back for Session. How do you propose

11  that we get the feedback from our communities, are we going to have a Zoom meeting of some

12  sort? Or do you just want us to send it to you and wait until we get back in January for Session

13  for more? Because this is very important and it's exciting to be a part of this but it again, is very

14  important that we understand what the processes are.

15      Cord Byrd: Right.

16      Susan Valdés: As a legislator, and although staff has done the arduous of doing these

17  maps. At the end of the day it is still our responsibility and I, quite frankly, although I've been

18  involved personally in trying to look at what potentially these maps might be and things of that

19  nature it's really not what a work that we did, if you will. So just wanting to really wrap myself

20  around what your expectation is as far as the committee aspect and the work and how we are to

21  proceed as law makers in making this process transparent, fair, and is something that we all feel a

22  part of that we actually participated and worked on in these particular maps.

23      Cord Byrd: Sure and I won't presume to tell 100 key members on how to communicate

CUBANOS-0000005195

**House State Legislative Redistricting Subcommittee - Dec. 3, 2021**

1    with their constituents I'm sure you know –

2    Susan Valdés: No, you with us.

3    Cord Byrd: Right, right. No, you can certainly talk to – the maps are public. You can put

4    them out on your social media.

5    Susan Valdés: Yeah.

6    Cord Byrd: You can get input and feedback from your community.

7    Susan Valdés: Sure.

8    Cord Byrd: Bring those to me. Bring those to staff over the next five weeks, five or six

9    weeks before Session.

10    Susan Valdés: Okay.

11    Cord Byrd: And we'll work through your specific concerns as they meet our

12    requirements.

13    Susan Valdés: Okay, I just wanted to know.

14    Cord Byrd: That's what I would anticipate. Because we are not going to meet again until

15    Session starts.

16    Susan Valdés: Right.

17    Cord Byrd: But that doesn't mean our work stops. Our work continues.

18    Susan Valdés: Right, correct. Okay, thank you.

19    Cord Byrd: Rep. Chambliss, you are recognized.

20    Kevin Chambliss: Yeah, I had a question about some of the vocabulary I just wanted to

21    make sure that I had it right. We're talking about communities of interest. That's different from

22    cities and from a prior – so if I'm not mistaken you're saying a communities of interest don't

23    meet the priority thresholds but cities meet the priority threshold. Am I understanding it, right?

CUBANOS-0000005196

## House State Legislative Redistricting Subcommittee - Dec. 3, 2021

1     Cord Byrd: You are correct. A city and county, those are political boundaries.

2 Communities of interest can cross cities and counties, so that's why the court and the law

3 requires us to look at political boundaries, not communities of interest. You are correct. Look at

4 those political boundaries.

5     Kevin Chambliss: Thank you sir.

6     Cord Byrd: Yep, Rep. Daley or Ranking – no. All right, anyone else? Anyone else? All

7 right, we'll go to public comment. First, we will recognize the Honorable John Dailey, the mayor

8 of the City of Tallahassee. You are welcome, sir. Thank you.

9     John Dailey: Mr. Chairman, thank you. Remind me what is the time limit for public

10 comment, I want to make sure. Okay I won't do that.

11     Cord Byrd: We have until 1:00 so I don't think you are going to take an hour and 45

12 minutes. So you are free to take all the time you need, sir.

13     John Dailey: Absolutely. Members of the committee, my name is John Dailey, I'm the

14 proud mayor of the great City of Tallahassee, and I do recognize that I do have the luxury of just

15 walking across the street to participate today, and I do appreciate the opportunity to participate.

16 First of all Mr. Chairman, I am not related to the Ranking Member, he spells his name

17 incorrectly. I like to remind him of that all the time. Although he is a friend. It's good to see you.

18 Members of the committee, I got to say how much I appreciate the hard work you are doing. This

19 is a very important task. I could not even imagine where to begin. Thank you, you don't hear that

20 enough. We really appreciate it. Mr. Chairman, I want to thank you for how you have conducted

21 this meeting and I think you have done a great job. I really appreciate you laying out ground

22 rules and expectations at the beginning. I actually did the exact same thing at our City

23 Commission meeting and today, with politics the way how they are, I just really appreciated how

CUBANOS-0000005197

## House State Legislative Redistricting Subcommittee - Dec. 3, 2021

1    you started that off. I also have to say how proud I am of your team. I sat there through the

2    presentation, the staff is just phenomenal. I hope every fourth grader, seventh grader, and high

3    schooler in the state of Florida has an opportunity to watch that presentation. The way how you

4    explained it and presented it was phenomenal and I learned so much. I really do appreciate it.

5    Thank you so much. I'm proud to be your mayor as well. In the spirit of the ground rules that you

6    laid, I'm going to keep my comments extremely positive and talk about our area based on the

7    presentation of what was provided. If you don't mind, if we could put the Tallahassee-Leon

8    County area back up, that would help me be able to understand. Now first and foremost let me

9    explain. By no shape or form am I the smartest person in this room when it comes to redistricting

10   and I don't even understand it on the level that you do, but I have learned so much through the

11   past couple of days studying up on this. In Tallahassee we have been blessed in our area,

12   actually, to have a three-person delegation for the past ten years. Before becoming mayor I

13   served on the County Commission for twelve years. I have been engaging with this delegation

14   for quite some time. And I am very proud of our delegation. They have done a tremendous job.

15   So, having representation split up Tallahassee with three representatives does not actually scare

16   me, shall we say, because I've been living with this for the past decade. What I think that we

17   should do and I appreciate the second option, Map 7. I think the way how it is drawn, actually

18   leads to great representation in Tallahassee and I will explain why, as a starting point to be able

19   to move forward. We've had a lot of discussion about Tier One and Tier Two and understanding

20   that District 8 is a protected seat as it should be and it does not change between the two. We're

21   really talking about District 7 and District 9 as the seats. And as the mayor I can appreciate that

22   the majority of the work that you do as representatives is constituent work. I mean most people

23   think that its during session where you spend a lot of time, no it's the constituent work. So I, like

CUBANOS-0000005198

**House State Legislative Redistricting Subcommittee - Dec. 3, 2021**

1   you, look through the lens of your constituent work, at what you will be doing on a day-to-day

2   basis. So when we look at Tallahassee the second option makes great sense. I've lived in

3   Tallahassee nearly all my life and I'm from Tallahassee. And I'm very familiar with this region.

4   And there's some great comments that have been made from the representatives. Number one,

5   when we look at the university community. It is important, I believe, that we have representation

6   of FAMU by a representative here in Tallahassee and that is the case. So when we move and we

7   talk about Florida State University and Tallahassee Community College there is a big difference

8   between the two. Whether it's District 7 that will be representing the majority of the university

9   community or District 9 that will be representing the majority of the community. Think about

10  your districts where you are. There is a scenario that's being presented here where the individual

11  who could be representing the university literally could live two hours away. And I am sure that

12  you will agree that mommies and daddies that send their children to the universities that are

13  dealing with state issues with their sons and daughters that are there, are going to probably prefer

14  to have the representation closer. I think the universities would like to have the representation

15  closer and the second option provides that really well. The issues that we deal with on the

16  Georgia border are completely different than the coastal issues in north Florida. This is something

17  I'm familiar with. I'm from this area. I think if you ask the current delegation on both sides of

18  the aisle they would actually agree. The rural nature of District 7 as it currently is drawn take into

19  consideration the coastal issues flows very well. When you think about the northern of north

20  Florida issues on the Georgia border that District 9 has to deal with. The way how Map 7 is

21  drawn actually extending over into Jefferson and Madison County, that flows correctly. That's a

22  great starting point. When you look at the issues facing urban Tallahassee, it's completely

23  different than the City of St. Marks down on the coast. When you look at the suburban issues of

CUBANOS-0000005199

## House State Legislative Redistricting Subcommittee - Dec. 3, 2021

1  North Florida in District 9 up on the Georgia border its completely different then say, Sopchoppy,

2  Florida, or Carrabelle, Florida. So the way how District 7 is drawn in Map 2, excuse me, Map 7,

3  option number two. Where it takes all those coastal communities, it preserves the rural nature of

4  that district, where at the same time the District 9 has preserved more of the urban Tallahassee,

5  suburban Tallahassee, but also the Georgia line, North Florida issues, it flows real well. In

6  closing, Mr. Chairman, I think that the second option, Map 7, is a great starting point. As you

7  have put out. At least for our region and our constituents. And again, full credit to your staff and

8  to the presentation today. And if you have any questions I'll be more than happy to answer for

9  them. Thank you, sir.

10  Cord Byrd: All right, thank you Mayor Dailey, we really appreciate your time and joining

11  us to engage in this important process. Thank you, sir.

12  John Dailey: Thanks.

13  Cord Byrd: All right next up we have Rick Minor, Leon County District 3. Mr. Minor,

14  you are recognized, welcome.

15  Rick Minor: Thank you very much Chairman Byrd and the members of the committee for

16  the opportunity to provide comments this morning. You know, everywhere I go in this town, I

17  speak after the mayor. Constant awkwardness to follow such a good speaker. My name is Rick

18  Minor, I'm the Leon County commissioner representing County District 3. I respectfully urge

19  you to consider Option B, which is Map 7, not Option A, which is Map 5, as they pertain to

20  House Districts 7, 8, and 9. Our mayor, John Dailey, has just spoken about the need to go with

21  Option B and I agree with all of his points that he raised. I am not going to repeat them

22  now. What I would like to do is offer a very specific example of why this is so important. Why

23  it's so important for us to go with Option B, Map 7 for this part of North Florida. In 2018, the

CUBANOS-0000005200

## House State Legislative Redistricting Subcommittee - Dec. 3, 2021

1    Florida Chamber of Commerce published a study, which I think you probably all have heard

2    about, that identified the 32304 ZIP code as the poorest ZIP code in the state of Florida. It's

3    sixteen square miles, half of the children that live in this ZIP code live below the poverty level.

4    Now, Tallahassee is a great cohesive community, we have our issues just like any city in the state

5    and country. But we work together to solve our problems. And over the last few years, our

6    county commission, our city commission, our legislators have worked together with the

7    communities with the neighborhoods in 32304 to address those problems with poverty, food and

8    security, health disparity. The reason why that works now is because you currently have District

9    8 and District 9 in the House with core urban-suburban centers in their districts. In other words,

10   the members representing those districts constantly have an interest in understanding the issues

11   related to 32304, that's essential. I used to be CEO of Second Harvest of the Big Bend, the

12   regional food bank for this area. And I had those legislators coming into my food bank

13   volunteering because they knew they needed to be focused on the issues related to 32304 ZIP

14   code. Now, Option B retains that mix of District 8 and District 9 serving 32304, they will be

15   hyper focused on working with the rest of us to solve those very severe problems of poverty in

16   that ZIP code. With Option A, you are proposing one House district for 8 and then one rural

17   district, House District 7, now comprising representation for 32304. It's nothing against the

18   members of current or future that might represent District 7, but that District 7 has a rural focus

19   and as you know, the issues of rural communities are much different than the ones in our urban

20   communities. As someone who now works at the county commission, who used to work at the

21   City of Tallahassee, and used to be the CEO of our food bank, dealing with poverty issues for

22   32304. I've seen it in multiple angles in multiple ways. We need to have people, we need to have

23   you, legislators that are hyper focused on these core urban poverty issues. That exists now, it

CUBANOS-0000005201

## House State Legislative Redistricting Subcommittee - Dec. 3, 2021

1   exists in Option B, and so I strongly urge you please, please hear us, we need to have you retain

2   that focus. Option B gives us that. I know Option A, Option B may not be exactly the version

3   you all end up voting on in the committee as a whole. But the nature of what Option B

4   represents, for us, in Leon County and Tallahassee is what I respectfully urge you to consider.

5   Thank you very much.

6        Cord Byrd: Is there anyone else from the public wishing to comment? Speak now or

7   forever hold your peace. Okay. So Ranking Member Daley, you're – sure, yeah. I'll indulge you.

8   Go ahead.

9        Dan Daley: Thank you, Mr. Chair. So two quick questions and I know it's a little unusual

10  to have a second bite at questions. But two things I wanted to air out based on some questions

11  that were asked earlier. It's my understanding, for example, that the House considered the

12  Haitian community a Tier One issue the last time around ten years ago. And I guess that spawned

13  a larger thought for me, is what was the functional analysis that went into what was determined

14  to be a Tier One or Tier Two issue and can we release that functional analysis. I believe the

15  Senate has done so this go around.

16       Cord Byrd: So, yes the functional analysis data is available, but I'm going to ask the staff

17  director to elaborate.

18       Leda Kelly: Yeah, Thank you, Mr. Chair, thank you, Representative, and you actually

19  kind of took my talking point. I was going to let you know the functional analysis data is actually

20  contained within the software and it's in the reporting functionality. And if any member needs

21  help finding that or understanding how to run those reports we are more than happy to provide

22  that. Looking at today's meeting with 240 districts, we didn't want to overwhelm you with even

23  more data and more packets. There is also additional reports available in the software, such as a

CUBANOS-0000005202

## House State Legislative Redistricting Subcommittee - Dec. 3, 2021

1  boundary analysis, or a voting-age population, population summary statistics report, assigned

2  district splits. There's lots of tools we've given everyone the ability to go in and analyze different

3  components. That may make sense, but given that today was the first bite at the apple, if you will,

4  to workshop these and it is a lot to take in, we wanted to focus on the high-level ones to be able

5  to give everyone an equal starting point. But again, if you need technical assistance or anything

6  along those lines we are more than happy to help.

7  Dan Daley: Great thank you. One follow-up Mr. Chair.

8  Cord Byrd: Follow-up, yep.

9  Dan Daley: Thank you Mr. Chair. And thank you for that answer. We've had a lot of talk

10  about Tier One and Tier Two and the kind of Tier Three issues, if you will, just to give them a

11  name. Particularly as it relates to communities of interest. I guess my question is, I'm assuming it

12  is staff's contention both of these maps sufficiently meet the Tier One and Tier Two standards.

13  Stick with me for a second. So if that's the case, where there opportunities to draw these maps in

14  a way that they met the Tier One and Tier Two requirements and also included addressing certain

15  of those communities of interests whether it's the universities or not. I guess the point I'm getting

16  at is, is there a way to draw these maps – and maybe it's a conversation we need to have offline –

17  but is there a way to draw these maps where they meet both Tier One and Tier Two and then also

18  take into account things like communities of interest that we've raised here today.

19  Cord Byrd: From the very beginning, there is no one perfect map.

20  Dan Daley: Sure.

21  Cord Byrd: There are many, many, maybe an infinite number of iterations. Probably not

22  infinite but many, many more than we can consider. But certainly, within our Tier One and Tier

23  Two standards there are multiple options. These are two of those options amongst others. Once

CUBANOS-0000005203

**House State Legislative Redistricting Subcommittee - Dec. 3, 2021**

1   again, work with staff, bring your concerns to them, and we'll work through those with you.

2   Dan Daley: Thanks' Mr. Chair.

3   Cord Byrd: All right members. I want to thank everyone and the mayor and the

4   commissioner for engaging in our meeting today. Looking forward, we have six weeks until

5   regular session. As you digest everything we've covered today, because I know it's a lot, I

6   encourage you to reach out to staff, myself, or Chair Leek in the interim if you have questions,

7   feedback, or you need technical assistance. Please do not wait until the last minute. As I hope

8   you've come to appreciate today, this process takes time to be done correctly and really most of

9   the committee weeks has been educational. Our work really as a committee begins today. For my

10  last piece of parting information, as Chair Leek and I have made abundantly clear, the House

11  strongly encourages members to avoid planned or unplanned conversations with individuals who

12  seek to improperly influence your intent and decision-making during the redistricting process.

13  And as always, any materials, emails, texts, or correspondence otherwise related to redistricting

14  should absolutely be retained. I want to wish everybody a Happy Hanukkah, Merry Christmas,

15  Happy New Year. I want to thank you again for your time and attention. This concludes our

16  meeting and without further ado, Representative Barnaby moves we rise.

CUBANOS-0000005204



## Vanan Online Services, Inc.
**Think Service Think Vanan**

### <u>Certificate of Transcription</u>

Transcription of "**12-3-21-house-state-legislative-redistricting-subcommittee**"

We, Vanan Online Services, Inc. a professional transcription company, hereby certify that the above-mentioned document(s) has/have been transcribed by our qualified and experienced transcriber(s) is/are accurate and true transcription of the original document(s).

This is to certify the correctness of the transcription only. Our transcriber is in no way related, by immediate family ties or marriage, to any parties related to the materials transcript.

A copy of the transcription is attached to this certification.

**Danny Negley, Production Manager.**

Date:12th November 2024

Vanan Online Services, Inc.
EIN 81-3795675
ATA Member #266532
ISO 9001:2015

**Vanan Online Services, Inc.
10711 Spotsylvania Ave., Suite A
Fredericksburg VA 22408
Office: (888) 535-5668
Email: support@vananservices.com
Website: www.vananservices.com**