**House State Legislative Redistricting Subcommittee
January 21, 2022**

Transcript of video recording available at:

https://thefloridachannel.org/videos/1-21-22-house-state-legislative-redistricting-subcommittee/

CUBANOS-0000006132

## House Legislative Redistricting Subcommittee - Jan. 21, 2022

1      Rep. Byrd: The State Legislative Redistricting Subcommittee will come to order. DJ,

2      please call the roll.

3      DJ: Chair Byrd?

4      Rep. Byrd: Here.

5      DJ: Rep. Robinson?

6      Rep. Robinson: Here.

7      DJ: Ranking Member Daley?

8      Rep. Daley: Here.

9      DJ: Representative Arrington?

10      Rep. Arrington: Here.

11      DJ: Barnaby has been excused. Bell has been excused. Brannan?

12      Rep. Brannan: Here.

13      DJ: Chambliss?

14      Rep. Chambliss: Here.

15      DJ: Garrison?

16      Rep. Garrison: Here.

17      DJ: Hart?

18      Rep. Hart: Here.

19      DJ: Hawkins?

20      Rep. Hawkins: Here.

21      DJ: Maney?

22      Rep. Maney: Here.

23      DJ: McClain?

CUBANOS-0000006133

**House Legislative Redistricting Subcommittee – Jan. 21, 2022**

1    Rep. McClain: Here.

2    DJ: Melo?

3    Rep. Melo: Here.

4    DJ: Mooney?

5    Rep. Mooney: Here.

6    DJ: Persons-Mulicka?

7    Rep. Persons-Mulicka: Here.

8    DJ: Salzman?

9    Rep. Salzman: Always ready.

10   DJ: Snyder?

11   Rep. Snyder: Here.

12   DJ: Gant has been excused. Valdés?

13   Rep. Valdés: Here.

14   DJ: Woodson?

15   Rep. Woodson: Here.

16   DJ: Ex Officio Clemens? Ex Officio Clemens? Ex Officio Skidmore?

17   Rep Skidmore: Here.

18   DJ: Quorum is present, Mr. Chair.

19   Rep. Byrd: Thank you, DJ. Members, a few reminders before we begin. Please silence all

20   electronic devices, and if you are here today to give public testimony please take time now to fill

21   out an appearance form and turn into the sergeant's staff. Also as a reminder for our members

22   and speakers, please ensure that you turn your microphone on when you are speaking and off

23   when you are finished. I just want to welcome our ex officio members today as we have a few

CUBANOS-0000006134

## House Legislative Redistricting Subcommittee - Jan. 21, 2022

1   members who are under the weather. Keep them in your thoughts.

2   　　　Members, today is an exciting day cause it's Friday. We're finally at the point in the

3   redistricting process to review the proposed committee bill of State House districts. You may

4   feel like I've sounded like a broken record, but education has been extremely important to

5   myself, Chair Leek, Speaker Sprowls throughout this redistricting process. Out of the 120

6   members of the Florida House, only five members were here during the 2020 redistricting cycle

7   and a couple of those fives were in the Senate, meaning that 115 of the members who are

8   required to take a vote on these maps were completely new to redistricting. Likewise, it was by

9   design that amongst our three redistricting committees, we have included a total of 62 members,

10  over 50% of the Florid House. I've been encouraged when I see non-committee members attend

11  our meetings to sit, listen, and learn from staff and counsel presentations, or when members stop

12  by the committee suite to ask technical and conceptual questions of myself and staff. I did not

13  take lightly the fact that this was one of the two constitutional responsibilities that the Legislature

14  must undertake, the other be passing a balanced budget, and that the outcomes of this process

15  will guide Floridians for the next decade.

16  　　　I also want to thank this committee. I appreciate the diligence with which you have

17  abided by our constitutional standards, especially our Tier One standards that prohibit favoring

18  and disfavoring political parties and incumbents. This process affects each and every one of us.

19  As I'm sure you'll observe today, even the region that I currently represent has proposed a new

20  configuration, and that's okay. It's part of the process. The redistricting process is one where it's

21  tempting to let our personal wished overtake our constitutional responsibility and I am proud that

22  this committee has continually stayed above the fray and focused on completing the task at hand

23  in a constitutionally complaint manner.

4

CUBANOS-0000006135

## House Legislative Redistricting Subcommittee – Jan. 21, 2022

1   For today's committee meeting, myself and a couple other members will walk through

2   the proposed committee bill to explain each region of the state. My goal is to describe how the

3   districts are composed and their statistical highlights, so members have an understanding of the

4   proposed district configurations. On a final note, you may have noticed the very lengthy bill text

5   for the State House map was not included in the meeting materials for today's meeting. The bill

6   text reflects the technical census blocks, block groups, and tract numbers that comprise each

7   different district. These are the exact same districts that are depicted in the printed map before

8   you; however, to save all of our printers in a 322 pages of paper, we printed a copy of the full bill

9   text for the committee's viewing and you can find it right here in front of DJ. Now I will hand

10   over the gavel to Representative Robinson.

11   Rep. Robinson: Members, I have two gavels here now. Gonna be very tough today.

12   Members up for consideration is PCB SRS 22-01, Joint Resolution of Apportionment. As a

13   reminder, hold your questions until the end PCB presentation. I want to ensure we all have

14   enough time to get the explanation of the entire state and no one region is rushed. Chair Byrd,

15   you're recognized to present the PCB.

16   Rep. Byrd: Thank you, Representative Robinson. The Florida Legislature is directed to

17   redistrict every ten years following the decennial census to account for growing and shifting

18   population in the state. A decade ago, the Florida House maps were deemed valid and

19   constitutional by the Florida Supreme Court and I'd like to read a quote from the 2012 ruling. A

20   review of the House plan and the record reveals that the House engaged in a consistent and

21   reasoned approach, balancing the Tier Two standards by endeavoring to make districts compact

22   and as nearly equal in population as possible, and utilizing political and geographical boundaries

23   where feasible by endeavoring to keep counties and cities together where possible. In addition,

CUBANOS-0000006136

**House Legislative Redistricting Subcommittee – Jan. 21, 2022**

1   the House approached the minority voting precinct provision by properly undertaking a

2   functional analysis of voting strength in minority districts.

3          As I mentioned earlier, this committee has undertaken several months of education in

4   order to understand the redistricting process and uphold the high bar that were set for this

5   chamber last decade. This week we released Proposed Committee Bill SRS 22-01 which

6   proposes State House districts that will be used in election cycles from 2022 through 2032. This

7   PCB has been drafted by committee staff with the advice of legal counsel based on data from the

8   2020 census and to be in alignment with the Florida Constitution, state and federal law, as well

9   as court precedent. This map can be found on FloridaRedistricting.gov under the plan name

10  H000H8009.

11         Members, I wanna make sure that each of you has a map packet in front of you. This

12  contains a printout of the proposed map itself, statewide snapshot of statistics, the functional

13  analysis data for our protected minority districts, a list of county shares of population, a list of

14  city splits, and finally the boundary analysis report. All of these items will be referenced

15  throughout the presentation today, so please feel free to refer to your packet as needed. This

16  packet is also available on our subcommittee's webpage on MyFloridaHouse.gov.

17         Now let's dive in. Let's first look at the map as a whole. When compared to the

18  benchmark State House maps, the new proposed State House districts have several points of

19  improvement throughout our Tier Two standards. When looking at a statewide average of each

20  district's compactness scores, we have been able to improve all three mathematical

21  measurements of compactness. The Reock score improved from 0.43 to 0.45. The Convex Hull

22  score improved from .80 to .83 and the Polsby-Popper score improved from .43 to .45. As a

23  reminder, the closer we get to 1, the better the score. Where feasible, we also worked to improve

CUBANOS-0000006137

**House Legislative Redistricting Subcommittee – Jan. 21, 2022**

1   visual compactness of districts, or the eyeball test, such as no longer having a district that

2   stretches from Miami-Dade County to Collier County or a district that splits four counties in the

3   Tampa Bay region.

4   When looking at the number of county splits, we've kept similar to the benchmark map,

5   with 30 counties split last decade and only 31 counties splits this decade. The ideal population

6   for this decade's State House district is 179,485 people. Our overall deviation range is 4.75%,

7   which is well within the acceptable legal level of population deviation. Although this deviation

8   increases slightly from last decade's range of 3.97, we are proudly able to vastly improve the

9   number city splits in our proposed map. In the benchmark map, there were 101 cities split, which

10  is almost 25% of Florida's incorporated cities. In the proposed new configurations, we've been

11  able to decrease that to just 58 city splits, a near 50% improvement.

12  Our proposed House districts are also drawn in compliance with Tier One of the Florida

13  Constitution. The proposed map is inclusive of 18 protected Black districts and 12 protected

14  Hispanic districts. All 30 of these protected minority districts have had an individual functional

15  analysis conducted on them to ensure the new district configuration does not deny or abridge the

16  equal opportunity of racial or language minorities to participate in the political process or to

17  diminish their ability to elect representatives of their choice. As we move throughout the map, I

18  will highlight these districts as well. All of our districts consist of contiguous territory. And I'm

19  sure you are aware, the committee has also implemented safeguards in order to ensure we do not

20  draw districts with the intent to favor or disfavor a political party or an incumbent.

21  Members, as we move through the presentation today, you will see an analysis tool

22  referenced called the boundary analysis. This is a report that is available on our map drawing

23  application and helps to quantify the percentage of Tier Two compliant boundaries that are used

7

CUBANOS-0000006138

## House Legislative Redistricting Subcommittee – Jan. 21, 2022

1   for each district. Similar to compactness scores, this tool is to be viewed in context with the other

2   Tier Two options in their surrounding region. There's no golden threshold to which we look

3   when evaluating each district, but it serves as another way to understand the compliance of what

4   is in front of us.

5   Now that we've looked at the statewide overview, let's begin to review each region of the

6   state. For each region, we've included a quick reference in the PowerPoint to the benchmark

7   district's compactness scores and boundary analysis when compared to the proposed districts. I

8   will not touch on each data point for today's presentation, but we wanted to provide it for ease of

9   reference.

10   We'll now begin starting in Northwest Florida with Districts 1 through 4. Four districts

11   able to be kept within three whole counties, Escambia, Santa Rosa, and Okaloosa. All

12   municipalities are kept whole within these counties, including Pensacola, where it serves as a

13   boundary line for a portion of District 1 and 2. District 4 is able to be kept wholly within

14   Okaloosa County, using the county line on three sides and then has a bump on the top of the

15   district similar to the current district in order to keep the city of Crestview wholly within the

16   district. It then uses I-10 for the remainder of its northern border. To follow these Tier Two-

17   compliant borders for this district, it becomes 4,252 people over the ideal population of a district

18   at 183,737 total populations, which is 2.37% over. As a result, this district becomes the district

19   with the highest overall population deviation in the map.

20   Districts 5 and 6 are made up of entirely whole counties. District 5 is comprised Walton,

21   Holmes, Washington, Jackson, and Calhoun County. District 6 is just Bay County. In order to

22   keep a district only as Bay County without having to break another county line, this district

23   becomes the district with the lowest population deviation in the map at –4,269 people under the

CUBANOS-0000006139

**House Legislative Redistricting Subcommittee – Jan. 21, 2022**

1   ideal population at 175,216 total population, which is 2.38% under. District 4 and 6 create a total

2   deviation range of 4.75%, well within the acceptable 10% range courts have given legislative

3   redistricting plans. This range allows Bay County to remain whole and the city of Crestview to

4   remain whole, as the House did last decade and, acknowledged by the Supreme Court, setting the

5   deviation range by balancing the equal population standard with the other standards such as

6   compactness and following existing political and geographical boundaries as appropriate and

7   valid. Districts 5 and 6 are both made up of entirely whole counties when 100% of the boundary

8   analysis following county lines, and representing a big improvement from the benchmark.

9        We'll now move over to House Districts 7 through 9 further along the Panhandle, where

10  there are districts wholly with 13 counties. District 8 includes all of Gadsden County, which is

11  the only majority-Black county in the state, and parts of Leon County. District 8 is a performing

12  majority-minority Black district protected by Tier One of the Florida Constitution and is drawn

13  similar to the benchmark district. The Black voting-age population in this decreases slightly

14  compared to the benchmark district, but is consistent with respect to Florida Supreme Court

15  precedent to maintain existing majority-minority districts. The functional analysis conducted by

16  staff ensures that the voting strength of the minority group in both general and primary elections

17  is not denied or abridge the equal opportunity of racial or language minorities to participate in

18  the political process or diminish their ability to elect representatives of their choice.

19       Because of boundaries in District 8, Tallahassee is split just like it is in the benchmark

20  map, but in this configuration, it is split into only two districts. To achieve this, unfortunately it

21  means the splitting of Jefferson County. This is due in large part because Jefferson County

22  boundaries go from the state line of the Gulf of Mexico, cutting off the rest of the Panhandle

23  from the Big Bend. This decision is consistent with the methodology and application of the

9

CUBANOS-0000006140

**House Legislative Redistricting Subcommittee – Jan. 21, 2022**

1    constitutional standards throughout the map, as other cities in similar situations in counties with

2    a protected Tier One district are also split only twice, specifically keeping both Gainesville and

3    Ocala split into just two districts as we will see later. In addition nearly 90% of Jefferson

4    County's total or – population is in the section within District 9, and the split through the county

5    entirely along U.S. Highway 27. District 7 is made up of the remaining nine whole counties in

6    this county combination as well as a small part of Leon County not in District 8 or 9. District 9

7    contains all of Madison County in addition to the part of Jefferson County previously mentioned

8    as well as a proximately 150,00 people in Leon County.

9        In Northeast Florida there are six districts wholly within the two counties of Nassau and

10    Duval. District 13 and 14 are performing Black districts protected by Tier One of the Florida

11    Constitution. District 14 is also a majority-minority Black district. These districts are located

12    entirely within Duval County. Similar to the benchmark districts, both districts were able to be

13    drawn in a more compact manner. The Black voting-age population of both districts decreases

14    slightly compared to the benchmark districts, but are drawn in a consistent manner with respect

15    to Florida Supreme Court precedent to maintain existing majority-minority districts. A functional

16    analysis conducted by staff ensures that the voting strength of the minority group in both general

17    and primary elections does not deny or abridge the equal opportunity of racial or language

18    minorities to participate in the political process or diminish their ability to elect representatives

19    of their choice.

20        All the districts in this county combination have improved in terms of visual compactness

21    in use of major roadways and waterways. The I-295 loop, St. Johns River and Beach Boulevard

22    are some examples of the boundaries used in this area to create District 16. District 17 uses the

23    county line and shares a boundary on Beach Boulevard with District 16 and 14. Unlike the

10

CUBANOS-0000006141

## House Legislative Redistricting Subcommittee – Jan. 21, 2022

1   current map, no district uses the sharp angle of the Nassau-Duval County line, which helps

2   improve the compactness scores or compactness of District 15. District 12 in the southern part of

3   Duval County primarily follows the St. Johns and Ortega River, along with the Florida East

4   Coast Railway. Now I'd like to recognize Representative Brannan to explain the next region of

5   the State.

6       Rep. Brannan: Thank you, Chair Byrd. Moving into North-Central Florida, which

7   includes Districts 10 and 21 through 24. You can see every county is kept whole except Alachua

8   and Marion. These are both too big to be kept wholly within a single House District, in addition

9   to a Tier One protected district. This whole region is an improvement on visual and mathematical

10  compactness compared to the benchmark districts in this area. Every district in this region

11  improves except District 23, which is largely because of the water blocks in Citrus County that

12  are a part of the new census geography in this redistricting cycle. As we move through the

13  region, every city in Alachua County is kept wholly within a district except Gainesville. All of

14  Gainesville's population is included in two districts. The city of Alachua and Gainesville are

15  interlocked. To keep Alachua whole, six unpopulated blocks from Gainesville were included in

16  District 10, along with the entirety of four whole counties in Baker, Columbia, Union and

17  Bradford Counties. Every city in Marion County is kept whole except Ocala, which is only split

18  into two districts, similar to decisions to keep Gainesville and Tallahassee in just two districts as

19  well, and consistently applying the application of the standards.

20      District 21 is a performing minority district protected by Tier One of the Florida

21  Constitution. This district is located as part of Alachua and Marion County in a similar way to

22  the current benchmark district. The Black voting-age population in this district decreases slightly

23  compared to the benchmark district, but it is drawn in a manner consistent with Florida's

11

CUBANOS-0000006142

## House Legislative Redistricting Subcommittee – Jan. 21, 2022

1  Supreme Court precedent that states, slight changes in voting age population is acceptable in so

2  long as a functional analysis is conducted to ensure the voting strength of the minority group in

3  both general and primary elections is at a comparable level that exists in the benchmark district.

4  This analysis conducted by staff ensures that the proposed district does not deny or abridge the

5  equal opportunity of racial or language minorities to participate in the political process or

6  diminish their ability to elect representatives of their choice. District 24 is kept wholly within

7  Marion County and the city of Ocala is split between this district and the protected District 21.

8  Now moving to Districts 11, 18 through 20, and 25 through 30. Let's first take a look at

9  Clay, St. Johns, Putnam, and Flagler Counties in Northeastern Florida. The mathematical

10  compactness of this region collectively improved compared to the benchmark. Although some

11  districts went up and others may have gone down, the overall benefit to the region is an

12  improvement. District 11 is wholly within Clay County. District 18 is wholly within St. Johns

13  County, and the remaining part of St. Johns County is split into two districts in order to avoid

14  having to either split Putnam or Flagler County. Every municipality in St. Johns County is

15  whole, including St. Augustine in proposed District 19. Every municipality in St. Johns County

16  is kept whole.

17  As we move down towards Central Florida, Districts 25 and 26 are both wholly located in

18  Lake County, and the only municipality that is split is Leesburg between these two districts.

19  Every other Lake County municipality is wholly located within one of the districts wholly within

20  Lake County. Out toward the eastern coast, there are districts wholly within Volusia County.

21  Every municipality in Volusia is kept whole except Daytona Beach Shores, which is interlocked

22  with Port Orange. Only 13 people live in this part of the city that is split. In the benchmark, five

23  cities in Volusia County are split. That concludes my presentation.

CUBANOS-0000006143

## House Legislative Redistricting Subcommittee - Jan. 21, 2022

1  Rep. Byrd: Thank you, Representative Brannan. I'd now like to recognize Representative

2  Garrison to present the next block of districts.

3  Rep. Garrison: Thank you, Chair Byrd. Members, let's now move further down the coast

4  and look at Districts 31 through 34. Indian River County is kept whole and in order to keep all

5  four districts within the overall population deviation range and still keep these districts in a

6  compact stacked orientation, there are three municipalities that are split. That's Palm Bay,

7  Melbourne, and Titusville. Every other municipality is kept whole in this region. These four

8  districts are similar to the shape of the benchmark, but effort was made to choose boundary lines

9  that are more recognizable rather than census block lines that sometimes travel through certain

10  areas, particularly the barrier island areas that don't follow other geographical features but may

11  provide a slightly better compactness score. As a result, the average boundary analysis score of

12  these four districts improves greatly so that in the proposed map the average percentage of

13  district follows something other than recognize political or geographical boundary is under 10%.

14  For example, the boundary between Districts 32 and 33 is a major road, and that's State Road

15  192, or municipal lines the entire way across the county. The boundary between Districts 31 and

16  32 is made up of waterways, the municipal lines of Rockledge and Satellite Beach, as well as the

17  Pineda Causeway.

18  Looking to Districts 35 through 47, the Central Florida region is an area of the state along

19  the I-4 Corridor that has experienced a lot of population growth over this last decade. A

20  combination of Orange, Osceola, and Seminole Counties are able to fit thirteen districts entirely

21  within this three-county combination. Five of those districts are kept wholly within Orange

22  County, two within Seminole County, and one within Osceola.

23  District 40 and 41 are performing districts protected by Tier One of the Florida

13

CUBANOS-0000006144

**House Legislative Redistricting Subcommittee – Jan. 21, 2022**

1   Constitution. These districts are located entirely within Orange County, similar to the benchmark

2   districts in the area, but were able to be drawn in a more compact manner and does not split the

3   city of Apopka, as one of the current districts does. The Black voting-age population in these

4   districts are effectively the same as the benchmark districts, but may decrease slightly, and are

5   drawn in a manner consistent with the Florida Supreme Court precedent that states a functional

6   analysis should be conducted to ensure the voting strength of the minority group in both general

7   and primary elections is at a comparable level that existed in a benchmark district. These

8   analyses conducted by staff ensure that the proposed district does not deny or abridge the equal

9   opportunity or racial or language minorities to participate in the political process or diminish

10   their ability to elect representatives of their choice.

11         Districts 43 and 46 are performing majority-minority Hispanic districts protected by Tier

12   One of the Florida Constitution. One district is located entirely within Orange County. The other

13   is entirely located within Osceola. The Hispanic voting-age population in these districts

14   decreases slightly compared to the benchmark district, but it is strong in a manner consistent with

15   the respect of the Supreme Court precedent to maintain existing majority-minority districts. A

16   functional analysis conducted staff ensures the voting strength of the minority group in both

17   general and primary elections does not deny or abridge equal opportunity of racial or language

18   minorities to participate in the political process or in any way diminish their ability to elect

19   representatives of their choice.

20         District 47 is a new performing majority-minority Hispanic district located within

21   Osceola and a part of Orange County, while keeping the city of St. Cloud whole. This district

22   was drawn as a Tier Two-compliant district that happens to be a new performing majority-

23   minority district that is consistent with the Hispanic population growth in this area over the last

CUBANOS-0000006145

**House Legislative Redistricting Subcommittee – Jan. 21, 2022**

1  decade. A functional analysis conducted by staff ensures the voting strength of the minority

2  group in both general and primary elections does not deny or abridge the equal opportunity of

3  racial or language minorities to participate in the political process or diminish their ability to

4  elect representatives of their choice.

5       Throughout Orange County, as many major recognizable roadways are used as possible,

6  while also keeping cities whole that were previously split in the benchmark map, such as

7  Apopka. Only one municipality is split in Seminole County and that's Winter Springs. As

8  previously said, St. Cloud in Osceola County is kept entirely whole. District 44 has a significant

9  Hispanic voting-age population of just over 43%. Although it does not perform now, it may in

10  the future, and this is a significant Hispanic voting-age population within the district that may

11  have some influence in the electoral performance of the district.

12       District 45 and 44, to each, Orange County share a border that consists of I-4 for small

13  part in the southern end of the boundary line. It then uses South Apopka-Vineland Road for the

14  entirety of the rest of the eastern boundary between these two districts. This is an example of an

15  easily recognizable roadway that was used. It's a four-lane divided roadway that the Census

16  Bureau did not designate as a primary or secondary road so it is not included in the roadway

17  portion of the boundary analysis score, but is still a good boundary to use in this region.

18       Looking at Districts 48 thought 51, take a look at Polk County. Much like the ability to

19  keep Bay County whole in a single district, Polk was identified as a possible county where four

20  districts could be kept entirely within the county without any other district crossing the county

21  lines, and this is accomplished in this map. This is considerably different than the benchmark

22  where Polk County had two districts and parts of three others included in it as well. Our two

23  workshop options highlighted two distinct alternatives to drawing these four districts within the

CUBANOS-0000006146

## House Legislative Redistricting Subcommittee - Jan. 21, 2022

1   county: keep every municipality whole at Option A and much more visually and mathematical

2   compact districts in Option B. With this configuration, the PCB, those two concepts have been

3   merged together as much as possible so that each of the four districts have good visual and

4   mathematical compactness while also being able to keep every city within Polk County wholly

5   within district.

6       Rep. Byrd: Thank you, Representative Garrison. Now I'd like to recognize

7   Representative Persons-Mulicka to present the next region of the state.

8       Rep. Persons-Mulicka: Thank you, Chair Byrd. Members, as we look at the region that

9   includes Sumter, Hernando, and Pasco Counties, there is enough population to form five districts

10  within these three counties. Three districts are entirely within Pasco, as in the benchmark, but

11  because of population growth, a fourth district now must also include part Pasco County. District

12  52 may look odd at first glance, but it is made up by keeping Sumter County wholly within it and

13  then getting its remaining population in Hernando County, while using the Suncoast Parkway

14  and a small part of US 98 for the entire western boundary. District 52 has a boundary analysis

15  score of 100% for usage of county boundaries, city boundaries, major roadways, and waterways

16  or railways. This is only district other than the three districts that are made up of only whole

17  counties to score 100%.

18      District 53 is the only district in this region to cross county lines, but is the most

19  compactly shaped district with the highest compactness score of all these districts, while

20  following as many major roads as possible. The boundary lines between the districts within

21  Pasco County all primarily use roads that are recognizable roadways, such as Little Road in

22  western Pasco, I-75, and Old Pasco Road in the eastern part of the county.

23      Now members, moving to the Tampa Bay region, let's review Districts 57 through 72.

16

CUBANOS-0000006147

## House Legislative Redistricting Subcommittee – Jan. 21, 2022

1   This decade, sixteen districts were able to be kept in the three-county combinations of Pinellas,

2   Hillsborough, and Manatee County. Five districts were kept wholly in Pinellas, seven districts

3   wholly in Hillsborough, and two districts wholly in Manatee County. Only two districts crossed

4   county lines, District 62 between Pinellas and Hillsborough, and District 70 between

5   Hillsborough and Manatee.

6       District 62 is a performing Black district protected by Tier One of the Florida

7   Constitution. This district is located as a part of Pinellas and Hillsborough County. The

8   benchmark district also included part of two other counties, crossing into four counties in total,

9   so this configuration is a vast improvement in both visual and mathematical compactness to the

10  benchmark district. It also vastly improves its boundary analysis, going from 30% of its borders

11  following a non-political geographical boundary to just 9% now in the proposed map. The Black

12  voting-age population in this district increases slightly compared to the benchmark district, but it

13  is drawn in a manner consistent with Florida Supreme Court precedent that states, slight changes

14  in voting-age population either way is acceptable as long as a functional analysis is conducted to

15  ensure the voting strength of the minority group in both general and primary elections is at a

16  comparable level that existed in the benchmark district. This analysis conducted by staff ensures

17  that the proposed district does not deny or abridge an equal opportunity of racial and language

18  minorities to participate in the political process or diminish their ability to elect representatives

19  of their choice.

20      District 63 is also a performing Black district protected by Tier One of the Florida

21  Constitution. This district is located entirely within Hillsborough County, similar to the

22  benchmark, and was able to be drawn in a more compact manner that follows much better

23  boundary lines overall when compared to the benchmark. The Black voting-age population in

CUBANOS-0000006148

## House Legislative Redistricting Subcommittee – Jan. 21, 2022

1  this district decreases slightly compared to the benchmark district, but it is drawn in a manner

2  consistent with the Florida Supreme Court precedent that states, slight changes in voting-age

3  population either way is acceptable so long as a functional analysis is conducted to ensure the

4  voting strength of the minority group in both general and primary elections is at a comparable

5  level that existed in the benchmark district. This analysis conducted by staff ensures that the

6  proposed district does not deny or abridge an equal opportunity of racial and language minorities

7  to participate in the political process or diminish their ability to elect representatives of their

8  choice.

9       When we speak of municipalities in this region, more municipalities are kept whole in

10  Pinellas County compare to the benchmark, including the city of Clearwater. District 64 is

11  another example of a district that primarily uses major recognizable roadways in the area, in this

12  case Gunn Highway, Sheldon Road, Hillsborough Avenue, and Veterans Expressway. This

13  creates a compact district that shares a boundary with a protected Black district, and that also

14  happens to be a majority-minority Hispanic district in Hillsborough County. All of the remaining

15  districts in Hillsborough County primarily use major roadways, railways, or rivers wherever

16  possible to create recognizable boundary lines in an area with only one incorporated

17  municipality, Plant City, which is kept whole.

18       Members, moving down into Southwest Florida, we have District 73 through 83. This is

19  another example where the overall compactness of a region was able to be improved while also

20  keeping three districts fully within Lee County, two wholly within Sarasota County, and another

21  wholly within Collier County. Also you will see that six counties were able to be kept wholly

22  within a district.

23       Looking at District 83, it is made up of four of those whole counties and includes Hardee,

CUBANOS-0000006149

**House Legislative Redistricting Subcommittee – Jan. 21, 2022**

1   Highlands, Okeechobee, and Glades Counties. Looking at Charlotte County, which like Bay

2   County this decade was its own State House district, served as the high end of the population

3   deviation in the benchmark map, but with growth over the past decade the county outgrew the

4   size of a House district and so the county must be split. Even though the county was split,

5   dividing the county in this configuration between District 75 and 76 using primarily Charlotte

6   Harbor and the Peace River, resulted in helping compactness of the entire region and was part of

7   the key to keeping other districts wholly within Sarasota and Lee Counties, respectfully.

8        Cape Coral was kept whole in a district last decade but is now also too big to be kept

9   whole in a State House district; however, in continuing the consistent approach to keep districts

10  wholly within geographic regions when feasible, the proposed District 79 is almost entirely

11  within the city limits, with 99% of the population within the proposed district in the city of Cape

12  Coral. North Port and Venice are also split due to equal population reasons, and both divided

13  along major roadways. Every other municipality is kept whole in this region, including Fort

14  Myers, Naples, and Sarasota, among others, with the exception of Longboat Key, because of

15  Sarasota-Manatee County line is kept intact, and this is one of four cities in Florida that is

16  divided between two counties.

17       Rep. Byrd: Thank you, Representative Persons-Mulicka. I'd now like to recognize

18  Representative Snyder to present the next region.

19       Ms. Snyder: Thank you, Mr. Chairman. In the southeast portion of Florida, Districts 84

20  through 86 are made from St. Lucie and Martin Counties and include a small portion of Palm

21  Beach County. However, by having one of these three districts go into Palm Beach County, in

22  this case District 86, that enables eight other districts to be kept wholly within Palm Beach

23  County. District 84 is kept entirely within St. Lucie County, and Port St. Lucie is one of the ten

CUBANOS-0000006150

**House Legislative Redistricting Subcommittee – Jan. 21, 2022**

1  cities too big for a House district, so it must be split, but all the other municipalities in Martin

2  and St. Lucie County are kept whole. This new configuration, compared to the benchmark

3  districts in this area, are much more compact and respectful of political and geographical

4  boundary lines. This results in much better visual compactness and more easily recognizable

5  boundary lines. The western St. Lucie County line is not crossed, as was necessary a decade ago

6  for equal population reasons.

7          In Palm Beach County, eight districts, 87 through 94, are able to be kept wholly within

8  the county. This is only possible when in another district, District 86 from Martin County, takes

9  the right amount of population in Palm Beach County and the balancing act of population

10 deviations. In this case, Palm Beach County had approximately 57,000 too many people for eight

11 State House districts. So by including that amount of population in District 86, no other district

12 had to cross the Palm Beach County lines.

13         District 88 is a performing majority-minority Black district protected by Tier One of the

14 Florida Constitution. This district is entirely within Palm Beach County, similar to the

15 benchmark district, but this configuration is a vast improvement and visual and mathematical

16 compactness to the benchmark district that results in impacting five fewer cities than it did in the

17 benchmark plan. The compactness scores of these districts are vastly improved, .08 Reock score

18 in the benchmark to a .30 in this configuration, .34 Convex Hull score to .57 in the proposal.

19 This allowed more municipalities to be kept whole in the county as well and improve

20 compactness to all the districts in the region. The Black voting-age population in this district

21 decreases slightly compared to the benchmark district, but it is drawn in a consistent manner with

22 respect to Florida Supreme Court precedent to maintain existing majority-minority districts. A

23 functional analysis conducted by staff ensures that the voting strength of the minority group in

CUBANOS-0000006151

## House Legislative Redistricting Subcommittee - Jan. 21, 2022

1  both general and primary elections does not deny or abridge the equal opportunity of racial or

2  language minorities to participate in the political process or diminish their ability to elect

3  representatives of their choice.

4      District 89 is a compact rectangular-shaped district that also happens to be a majority-

5  minority Hispanic district. The shape of District 93 is largely due to keeping the city of

6  Wellington wholly within it, creating a point or arrow, but these are municipal boundaries for the

7  city. Districts 90, 91, and 92 in the southern part of the county keep every municipality whole

8  and the configuration of all of those districts are mostly in order to accommodate keeping those

9  cities whole, such as Boca Raton and Delray Beach, for example. The Loxahatchee National

10  Wildlife Refuge along District 92 and 93 is a difficult area to draw districts around, as the entire

11  area, which is unpopulated, is in a single census block. That is the reason why those two districts

12  have the bend in their shapes along the western side of each district, and why the entire area is

13  included in District 94.

14      Rep. Byrd: Thank you, Representative Snyder, and to the other members again in

15  assisting me today in presenting the PCB. We'll now move onto House Districts 95 through 105.

16  In South Florida, nine districts are able to be kept wholly within Broward County, and only two

17  districts cross the Broward-Miami-Dade County line, and no district crosses the Palm Beach-

18  Broward County line. Overall, the eleven total districts that make up the population in Broward

19  County have all improved in Tier Two metrics when compared to the benchmark districts in this

20  region. The region's compactness scores have improved. More cities are able to be kept whole,

21  including the cities Margate, North Lauderdale, and Dania Beach. The cities that split for Tier

22  One and population equalization reasons are split as few times as possible, while balancing other

23  Tier Two considerations. For example, the city of Plantation is split into three districts, which is

CUBANOS-0000006152

## House Legislative Redistricting Subcommittee - Jan. 21, 2022

1  an improvement over the benchmark, where Plantation is split five times.

2        Districts 97, 98, and 99 in the northern part of Broward County in District 104 and 105 in

3  the southern part of the county are performing Black districts protected by Tier One of the

4  Florida Constitution. Districts 97 and 99 are majority-minority Black districts. Districts 97 and

5  98 and 99 are entirely within Broward County, while Districts 104 and 105 cross over into

6  Miami-Dade County as well. They are similar to the benchmark districts, but drawn in a way that

7  is more compact and where more cities are kept whole, such as Margate and North Lauderdale.

8  The Black voting age population in these districts are similar when compared to the benchmark

9  districts, but are drawn in a consistent manner with respect to the Supreme Court precedent to

10  maintain existing majority-minority districts. A functional analysis conducted by staff ensures

11  that the voting strength of the minority group in both general and primary elections does not

12  deny or abridge equal opportunity of racial or language minorities to participate in the political

13  process or diminish their ability to elect representatives of their choice.

14        District 103 contains all of Weston, is an otherwise compact district where almost 90% of

15  the district's boundary following municipal lines, major roadways, or the Broward County line,

16  only deviating to equalize population, and also happens to be a majority-minority Hispanic

17  district wholly within Broward County. District 100, which borders two Tier One protected

18  districts, follows a railway along that in the majority of its western boundary it shares with these

19  two districts. The visual compactness of the districts in south Broward County has improved

20  from the two options in the workshop maps and a revised configuration of south Broward

21  County. The compactness scores also improved and now Districts 101, 102, 104, and 105 come

22  together at a single point along a major intersection of University Avenue and Sheridan Street,

23  both divided four-lane state roads, SR 817 and 822, respectively. Dania Beach and Cooper City

CUBANOS-0000006153

**House Legislative Redistricting Subcommittee – Jan. 21, 2022**

1    are also municipalities kept whole in Districts 101 and 102, respectively.

2    We'll now move over to the last region, to House Districts 106 to 120. So moving further

3    south, fourteen districts, 106 to 120, are wholly within Miami-Dade County. Three other districts

4    cross the county line, one to include all of Monroe County, and two that cross the Broward-

5    Miami-Dade County line. This is an improvement over the benchmark map that had five districts

6    cross the Miami-Dade County line. All but two districts that include all or part Miami-Dade

7    County, fifteen total, are protected Tier One districts.

8    Districts 107, 108, 109, and 117 in Miami-Dade County are performing Black districts

9    protected by Tier One of the Florida Constitution. Districts 107 and 108 are majority-minority

10    Black districts. All four of these are entirely within Miami-Dade County. The Black voting age

11    population in these districts are similar compared to the benchmark districts, with slight changes,

12    but are drawn in a consistent manner with respect to Florida Supreme Court precedent to

13    maintain existing majority-minority districts. A functional analysis conducted by staff ensures

14    that the voting strength of the minority group in both general and primary elections does not

15    deny or abridge the equal opportunity of racial or language minorities to participate in the

16    political process or diminish their ability to elect representatives of their choice.

17    Districts 110, 111, 112, 113, 114, 115, 116, 118, and 119 in Miami-Dade County are

18    performing Hispanic districts protected by Tier One of the Florida Constitution. All nine of these

19    districts are majority-minority Hispanic districts. They are all also entirely within Miami-Dade

20    County. The Hispanic voting-age population of these districts are similar compared to the

21    benchmark districts, with slight changes, but are drawn in a consistent manner with respect to

22    Supreme Court precedent to maintain existing majority-minority districts. The functional

23    analysis conducted by staff ensures that the voting strength of the minority group in both general

CUBANOS-0000006154

## House Legislative Redistricting Subcommittee - Jan. 21, 2022

1  and primary elections does not deny or abridge the equal opportunity of racial or language

2  minorities to participate in the political process or diminish their ability to elect representatives

3  of their choice.

4        Looking at the region, the average of the compactness scores in these fifteen districts

5  improved in two of the three compactness tests, Reock and Convex Hull. The biggest

6  improvement over the benchmark maps in these districts in Tier Two metrics, however, can be

7  seen in the boundary analysis. In the benchmark, these fifteen districts combined followed an

8  average of 29% of non-political or geographic boundaries, minor neighborhood roads, for

9  example. The districts in the proposed map cut that in almost half to just an average of just 15%.

10  This means that throughout the whole region of Miami-Dade County, more major roadways,

11  more city lines, and more geographical features – or the geographical features more unique to the

12  area are used such as major canals and rivers, overall a much better use of recognizable boundary

13  lines.

14        District 106 includes the whole city of Miami Beach and keeps whole the other eight

15  beach municipalities north of Miami Beach along the coast of Miami-Dade County, but stops at

16  the county line. Districts 114 and 115's shared border utilizes municipal lines for the majority of

17  the border, which is why the boundary line appears more jagged than others in the area. Finally,

18  because of the north-south nature of the population distribution and the development of the major

19  roadways in this pattern, many of the districts in the region take a more vertical or north-south

20  orientation. And that, members, is the proposed map in the PCB.

21        Rep. Robinson: Representative Byrd, having presented the PCB, members, now is a time

22  for questions. Any members have any questions? Ranking Member Daley? What I'm gonna do is

23  I'm gonna let each member ask a few questions. Please go to the Chair with each question, and

CUBANOS-0000006155

## House Legislative Redistricting Subcommittee – Jan. 21, 2022

1  then I may move onto another member so everyone gets a chance to ask questions, and then

2  we'll come back. Ranking Member Daley, you're recognized.

3      Rep. Daley: That works. Thank you, Rep. Robinson, appreciate it very much. I do have a

4  couple to tee us off and they're kind of higher-level, so is it correct that the committee staff

5  themselves drew the entire map?

6      Rep. Robinson: Representative Byrd, you're recognized.

7      Rep. Byrd: Thank you, Rep. Robinson, and yes, that is correct. The three individuals that

8  we have, Leda, Jason, and Kyle.

9      Rep. Robinson: Ranking Member Daley, you're recognized for question.

10     Rep. Daley: Thanks Rep. Robinson. Does that mean that staff also made policy decisions

11  that went into actually drawing the lines? When I say policy decisions, I mean what to do with a

12  prison population for example, what to prioritize in terms keeping cities whole, or other

13  decisions that would have been made as part of that process?

14     Rep. Robinson: Representative Byrd, you're recognized.

15     Rep. Byrd: They assisted myself and Chair Leek in that process, and we are the policy

16  decisionmakers and we are the ones that will ultimately make those decisions, so they provided

17  us the information and these ultimately are our policy decisions.

18     Rep. Robinson: Ranking Member Daley, you're recognized for a follow up.

19     Rep. Daley: Thank you for that answer, Mr. Chair, and Mr. Rep. Robinson. What

20  methodology was used in drafting these maps and who established that methodology and was

21  that decision made public?

22     Rep. Robinson: Representative Byrd, you're recognized.

23     Rep. Byrd: I'm gonna allow our chief map drawer, Jason Posada, to answer that question.

CUBANOS-0000006156

## House Legislative Redistricting Subcommittee - Jan. 21, 2022

1      Rep. Robinson: Mr. Porada, you are recognized.

2      Mr. Poreda: Thank you, Mr. Chair. We used the consistent methodology that the

3      Supreme Court said that the House used last time was acceptable to develop the maps. We

4      continued that same process this time.

5      Rep. Robinson: Ranking Member Daley, you're recognized for a question.

6      Rep. Daley: Sorry, can I just follow up on that answer? So what was that methodology,

7      just to air it out?

8      Rep. Robinson: Representation Byrd, you're recognized. If you'd like to turn it over this

9      time?

10      Rep. Byrd: Yeah, I'd like to ask Staff Director Leda Kelly to elaborate.

11      Rep. Robinson: Ms. Kelly, you're recognized.

12      Ms. Kelly: Thank you, Mr. Chair. Thank you, Ranking Member, for the follow up. It's

13      actually what we've been outlined and what Chair Byrd went through in the beginning of his

14      presentation as well. So in alignment with Supreme Court precedent like Jason just mentioned,

15      it's evaluation all of the Tier Two and Tier One standards and being able to draw them

16      consistently and that's part of the reason why today we also took the time to provide the

17      compactness scores and the boundary analysis specifically, as well as the other data that's in

18      your packet, because you know, as I'm sure you guys are aware, there's no one metric that

19      necessarily supersedes the others, especially when we're looking at Tier Two, I should clarify.

20      So as we went through, we have attempted to keep cities whole where possible, been able to

21      maintain county boundaries, things like that that we've been talking about for the last couple

22      months as well as being able to improve compactness scores mathematically. Obviously, the

23      visual one is a little more subjective, but being able to improve those compactness scores where

CUBANOS-0000006157

**House Legislative Redistricting Subcommittee - Jan. 21, 2022**

1   possible.

2       Rep. Robinson: Ranking Member, you're recognized.

3       Rep. Daley: Thank you and thank you for that answer. I appreciate it. I wanted also to

4   turn to data sets. What data sets were used in drafting the maps and where can the public access

5   those data sets? When I say data sets, I mean the performance data, the election – which election

6   data was used over the series of years when doing the analysis? Where is it all found?

7       Rep. Robinson: Representative Byrd, you're recognized and Ranking Member, can you

8   pull the mic closer as well when you ask a question? Thank you. Representative Byrd, you're

9   recognized.

10      Rep. Byrd: Thank you, Rep. Robinson. So that's – the data is the census data that we

11  received and has been available since we received in the – been available to the public and to the

12  members of this committee so that – all of those data sets, which there are over 200, that's what

13  we relied upon.

14      Rep. Robinson: I'm gonna move. I'll come back to you, Ranking Member. I'm gonna

15  move, I believe Representative Hart, you had a question. You're recognized.

16      Rep. Hart: Yes, sir. Thank you. If you all would go back to Districts 57 through 72, I'd

17  greatly appreciate it. When we were going over, I heard several of the numbers called. I was just

18  trying to figure out did we split up 50 – I don't even know where we split in Hillsborough, but

19  could you tell me. I think this is Hillsborough. 57, 58, 59, we didn't talk any – you didn't

20  mention those at all in your explanation of the various districts. I was just trying to figure out

21  where they were and how do we arrive at those.

22      Rep. Robinson: Representative Byrd, you're recognized.

23      Rep. Byrd: I'll allow Staff Director Kelly to give a detailed response.

CUBANOS-0000006158

## House Legislative Redistricting Subcommittee - Jan. 21, 2022

1  Rep. Robinson: Ms. Kelly, you're recognized.

2  Ms. Kelly: Thank you, Mr. Chair. Thank you Representative for the question. If you look

3 at the northern border of District 57, that's the county boundary between Pinellas and Pasco

4 County. If you continue down the eastern border, that's the county boundary between Pinellas

5 and Hillsborough. And then as you kind of look to the southern border between District 57 and

6 58, those are the municipal lines of the city of Clearwater. As you move down further between

7 District 58 and 59, that's the city of Largo. So those a little more jagged lines. You might be

8 observing our municipal boundaries.

9  Rep. Robinson: Representative Hart, you're recognized for a question.

10  Rep. Hart: So those are literally not – most of that then is not Hillsborough. That's

11 Pinellas you say and Clearwater. That's another district.

12  Rep. Robinson: Representative Byrd, you're recognized.

13  Rep. Byrd: Yes, that's correct.

14  Rep. Robinson: Further questions? Representative Arrington, you're recognized.

15  Rep. Arrington:  Sorry. Thank you, Mr. Vice Chair. I've got a lot of props here today,

16 sorry. I wanted to ask, I think it's on page 23, with the Central Florida area that Osceola went

17 through. I just had a couple questions on that area. Perfect, thank you. For Osceola, there's four

18 seats but only one of 'em is wholly within Osceola County. Three of 'em are split between

19 multiple counties, and also the city of Kissimmee was split as well. So I was just trying to figure

20 out why we made those changes. I know the proposed map, we didn't have as many splits.

21  Rep. Robinson: Representative Byrd, you're recognized.

22  Rep. Byrd: I'm gonna let Jason Poreda take that question for a detailed answer.

23  Rep. Robinson: Mr. Poreda, you are recognized.

CUBANOS-0000006159

**House Legislative Redistricting Subcommittee – Jan. 21, 2022**

1   Mr. Poreda: Thank you, Mr. Chairman. So the reconfiguration here in the proposed PCB

2   compared to workshop maps primarily centered around Districts 46 and 47, which are now both

3   performing Hispanic districts and again, District 46 is wholly within Osceola County but it was

4   necessary to make sure that District 47 could be also a performing Hispanic district, to cross the

5   county line. That resulted in District 45 also having to cross the county line to adjust for the

6   population shifts and all of that. We saw the opportunity there to create that new performing

7   District 47 and these were the resulting population shifts to create that opportunity.

8   Rep. Robinson: Representative Arrington, you're recognized for a question.

9   Rep. Arrington: Thank you, because I believe in the workshop maps, those two were

10  wholly within Osceola County and they also were still minority-performing. I just wondered if

11  there was ways that we looked at to keep those two minority seats and not have as many splits.

12  Rep. Robinson: Representative Byrd, you're recognized.

13  Rep. Byrd: Yes, I'm gonna let Jason Poreda take that.

14  Rep. Robinson: Mr. Poreda, you are recognized.

15  Mr. Poreda: Thank you, Mr. Chair. In both our workshop maps in Osceola and Orange

16  County, there were four majority-minority Hispanic districts, but two of them were just barely

17  over 50%. And according to the functional analysis that we ran, two of them would not be

18  performing. Two would be performing as is in the benchmark. We created the third one to be

19  another performing majority-minority – or yeah, performing majority-minority Hispanic district

20  and that was the necessary adjustment.

21  Rep. Robinson: Representative Kelly, you're recognized. Sorry, Ms. Kelly, you're

22  recognized.

23  Ms. Kelly: Thank you, Mr. Chair. I also wanted to point out, if you look separate from

CUBANOS-0000006160

**House Legislative Redistricting Subcommittee – Jan. 21, 2022**

1  the Hispanic districts that we're focused on, District 35, which also does come from Osceola and

2  go up into Orange County to equalize population, that configuration stayed primarily the same

3  between our workshop map and this iteration. So that Osceola-Orange County boundary was

4  already split. And so whenever we were looking at our Tier One requirements, which override

5  our Tier Two requirements, that's why we moved it to take care of 46 through 47 the way that

6  you see it here. So I just wanted to add that additional point. Thank you.

7      Rep. Robinson: Representative Arrington, you're recognized for a question.

8      Rep. Arrington: Thank you, Rep. Robinson, and just one more question on that area, then,

9  too, and about those two seats, the 46 and 47. I noticed that they both are close to 60% minority.

10  Was there anything done to determine if there was another minority access seat available? If we

11  could take 10% from each of those and put it to one of the others that you were discussing?

12      Rep. Robinson: I'll let Ms. Kelly handle that or Representative Byrd, you're recognized.

13      Rep. Byrd: Thank you. I'm gonna let Staff Director Kelly.

14      Rep. Robinson: Ms. Kelly, you're recognized.

15      Ms. Kelly: Thank you, Chair, and thank you, Representative, for that question. So as part

16  of the functional analysis, we evaluate all the factors. And just to kind of remind the committee

17  what that involves, it's not only for the districts what would be the Hispanic voting-age

18  population. You also look at the amount of registered voters, the voter turnout for your different

19  elections, as well as the actual election results with it. Generally speaking, and this is a broad

20  brushstroke statement, when you're looking at Hispanic districts throughout Florida, there's

21  usually a higher percentage of just the HVAP, in isolation, that's needed in order to create a

22  performing district. So even though both of these are over 50%, so say if you were to take them

23  down to whatever threshold you'd wanna create, there still most likely would not be enough

30

CUBANOS-0000006161

## House Legislative Redistricting Subcommittee - Jan. 21, 2022

1  people there to create another performing district, and that just again, going back to the

2  functional – the complete functional analysis, when you're looking just the amount of people,

3  you also have to look at how many people actually turn out as well as the actual election results.

4  So it's kind of all those factors together that play into creating the two performing districts right

5  there on the county line.

6      Rep. Robinson: Representative Woodson, you're recognized for a question.

7      Rep. Woodson: Thank you, Chair, Rep. Robinson, and staff. I have a few questions, so if

8  you please bear with me. The first question that I have, what formula, I know we have touched

9  on it but what formula was utilized to calculate the Black voting-age population in this map?

10     Rep. Robinson: Representative Byrd, you're recognized.

11     Rep. Byrd: Thank you, Representative Woodson, for the question. That's the information

12  that we received from the Census Bureau.

13     Rep. Robinson: Representative Woodson, you're recognized for a question.

14     Rep. Woodson: Thank you Chair. Can you just explain as well how did we – what about

15  the individuals who identified as Black and Hispanic?

16     Rep. Robinson: Representative, can you repeat your question? I just had a difficult time

17  hearing you. Can you speak into the mic? Thank you so much. You're recognized.

18     Rep. Woodson: Okay, thanks. Yes, how about the individuals who identified as Black

19  and Hispanic? Was there any consideration to find out who they were and give 'em consideration

20  on the map?

21     Rep. Robinson: Representative Byrd, you're recognized.

22     Rep. Byrd: Thank you, Rep. Robinson, and thank you for the question. If people identify

23  as both Black and Hispanic, they are analyzed through both HVAP and BVAP analysis.

31

## House Legislative Redistricting Subcommittee - Jan. 21, 2022

1    Rep. Woodson: Okay.

2    Rep. Robinson: Representative Woodson, you're recognized for a question.

3    Rep. Woodson: Thank you, Vice Chair. My second question, when we're looking at 104,

4    105, and 107, Miami Gardens, which is part of that area, is the largest city in Miami-Dade

5    County. Was there consideration – there is a population of about 120,00 in Miami Gardens, was

6    there any consideration to keeping that city whole as opposed to dividing it into three?

7    Rep. Robinson: Representative Byrd, you're recognized. I'm gonna ask Mr. Poreda to

8    take that question.

9    Rep. Robinson: Mr. Poreda, you're recognized.

10   Mr. Poreda: Thank you, Mr. Chairman. We did consider that, like we tried to consider

11   keeping every city in the state whole. All three of those districts you mentioned were also

12   protected Black districts by the Florida Constitution, so the Tier One constitutional standards

13   superseded the Tier Two constitutional standards of trying to keep a city whole. So that is why

14   Miami Gardens was split the way it is.

15   Rep. Robinson: Representative Woodson, you're recognized for another question.

16   Rep. Woodson: Thank you, Vice Chair. Because of the economic impact that it might

17   have, I would ask that it would be – if there's some consideration that can be given to Miami

18   Gardens because when you have a city with 120,000 residences, there are some residences who

19   live in the city and work in the city as well and for them to have three representation at least if it

20   can be two, that would be something to consider if you can. Okay, my other question has to do

21   with Haitian Creole speakers that are reflected, how are they reflected in this plan and how are

22   language speakers identified in the mapping software as well?

23   Rep. Robinson: Representative Byrd, you're recognized.

CUBANOS-0000006163

## House Legislative Redistricting Subcommittee - Jan. 21, 2022

1    Rep. Byrd: Thank you, Vice Chair. I'm gonna take first part of your question regarding

2   Miami Gardens. I would remind members that this is a PCB that's being voted out of the

3   subcommittee. It will then, assuming members pass the PCB, it will go up to the full

4   Redistricting Committee. I'd ask you with that very specific question that you have to get with

5   staff following this committee. There's still time to work on the map once it goes to the full

6   committee, and if you wouldn't mind would you please repeat the second part of your question?

7   I think it was relating to language minorities.

8    Rep. Robinson: Representative Woodson, you're recognized.

9    Rep Woodson: Thank you Chair and thank you Rep. Robinson as well. The second part

10  of the question was first, are Haitian Creole speakers reflected in this plan and how the language

11  speakers identify in your mapping software? A second part – a third part of the question –

12   Rep. Robinson: But let us answer – can we just answer that question first?

13   Rep. Woodson: Okay, thank you.

14   Rep. Robinson: Representative Byrd, you're recognized.

15   Rep. Byrd: Thank you Vice Chair. So the language minorities are nos – that's not – that's

16  the census, the data we get from the census doesn't give the Haitian Creole Speakers. That's part

17  of the American – the ACS, the American Community Survey. So that's not the information that

18  we use from looking at language minorities.

19   Rep. Robinson: Representative Woodson, sorry I cut you off, but you had another

20  question after one. You're recognized.

21   Rep Woodson: Thank you Vice Chair. By Haitian being third-highest language speakers

22  in the state of Florida, I think that's something we do need to consider, but if we were to attempt

23  to create a Haitian Creole opportunity district, assuming that we could do so in a manner

CUBANOS-0000006164

## House Legislative Redistricting Subcommittee – Jan. 21, 2022

1   consistent with Tier One and Tier Two commands, and the state constitution, what data set

2   would we be able to pull from that to give it our best shot?

3       Rep. Robinson: Representative Byrd, you're recognized.

4       Rep. Byrd: The American Community data is not included in the block subset, so what I

5   would encourage you to do is once again, get with staff working within our Tier One and Tier

6   Two standards to try to address those concerns because the data that the Supreme Court tells us

7   we need to rely upon I don't think accomplishes what you're asking.

8       Rep. Robinson: Further questions?

9       Rep. Woodson: Thank you Chair.

10      Rep. Robinson: One more and then we'll move on. Representative Woodson, you're

11  recognized.

12      Rep. Woodson: Actually I think that was my last question.

13      Rep. Robinson: Okay.

14      Rep. Woodson: Thank you.

15      Rep. Robinson: Representative Valdes, you're recognized.

16      Rep. Valdes: Thank you Chair Robinson and my question is, we were provided 30

17  districts that we received performance data sets on, and I'm wondering why wasn't this data

18  provided for all the other seats?

19      Rep. Robinson: Representative Byrd, you're recognized.

20      Rep. Byrd: Thank you for the question and we only performed functional analysis data on

21  the 30 protected seats. We don't perform it on the non-protected seats.

22      Rep. Valdes: Okay, thank you.

23      Rep. Robinson: Representative Valdes, you're recognized for a question.

CUBANOS-0000006165

## House Legislative Redistricting Subcommittee – Jan. 21, 2022

1     Rep. Valdes: Thank you Chair. Can you walk us through the benchmark process? For

2 instance, what was the process that was used to identify the VRA Tier One protected districts in

3 the benchmark map?

4     Rep. Robinson: Ms. Kelly, I'll let you take that directly.

5     Ms. Kelly: Thank you, Mr. Chair, and thank you for the question. I'll kind of talk

6 holistically about the process of how you go through that and approach it, and I think first and

7 foremost it starts with looking at just the sheer population data. In August and then subsequently

8 in September when the Census Bureau provided that population data to us, we were able to see

9 how some of those changes happen across the state. And obviously there's some shifts in

10 population but obviously we know Florida experienced large growth in population as well. So

11 the first understanding the staff undertook was to just see what the actual population layout of the

12 State look likes. From there, using our benchmark map as kind of our starting point, that's

13 whenever we started to run our functional analysis, which as I've mentioned earlier is the voting-

14 age population, looking at registered voters, voter turnout, and then the ultimate election results

15 as well. That's how you understand which districts may be protected based on the updated

16 population data, right. So then from there we continue our drawing process, which is a

17 combination of working with Tier Two requirements, obviously ensuring that Tier One is met,

18 and then once we get to what we'll call a 95% finished work product, we perform a functional

19 analysis again to ensure that any of those decisions, you know we've talked about some city lines

20 here, city lines there, any of those line movements that occurred as we were drawing didn't

21 diminish the ability of that protected district to elect the candidate of their choice. It's kind of a

22 multistage process. I hope that answers your question.

23     Rep. Valdes: Thank you Chair.

CUBANOS-0000006166

## House Legislative Redistricting Subcommittee - Jan. 21, 2022

1   Rep. Robinson: Representative Valdes, you're recognized for – so you're done or you

2   wanted another one?

3   Rep. Valdes: No, I wanted another one.

4   Rep. Robinson: You're recognized.

5   Rep. Valdes: Thank you Chair and thank you Ms. Kelly for that feedback. Was this

6   process done for all the seats or just the 30?

7   Rep. Robinson: Ms. Kelly would you like to answer that directly? You're recognized.

8   Ms. Kelly: Thank you, Mr. Chair. Thank you for the follow up. Whenever we began

9   drawing, we didn't know it was 30. So just to lay that out. Whenever you look at the districts and

10  in some of the data that's provided in the packet, you can understand where some of our minority

11  populations may reside. As Chair Byrd answered earlier, the voting-age population data is

12  actually a work product that the census produces as part of our redistricting data set that we

13  received. So we generally understand where some of these folks live as we're taking our first

14  look at the population pass-through. So no, we don't perform it on ever district cause there's a lot

15  of districts where it wouldn't make sense to perform it because we know there's not a large

16  enough contingency of minority population to constitute a protected Tier One district. Thank

17  you.

18  Rep. Robinson: Representative Valdes, you're recognized.

19  Rep. Valdes: Thank you and so did we run a performance analysis on all of the districts

20  to establish the benchmark for the minority districts or was there a particular percentage that

21  maybe we were looking at from the benchmark?

22  Rep. Robinson: Ms. Kelly want to take that directly? Representative Byrd, you're

23  recognized.

CUBANOS-0000006167

**House Legislative Redistricting Subcommittee – Jan. 21, 2022**

1        Rep. Byrd: Let me just say this. So the benchmark map is the last map. That's the

2    benchmark map. So it's not a map – there's not benchmark numbers that when we look at the

3    protected districts that we start with a particular percentage. I don't know if that – I just wanted

4    to – if you could rephrase the question now knowing that benchmark refers to what I've been

5    using it refers to the last map, not some specific number for a district.

6        Rep. Robinson: Representative Valdes, would you care to rephrase?

7        Rep. Valdes: Sure.

8        Rep. Robinson: You're recognized.

9        Rep. Valdes: Thank you. Thank you, Chair. So basically, we didn't use a percentage.

10        Rep. Robinson: Representative Byrd, you're recognized.

11        Rep. Byrd: No, there was no percentage used.

12        Rep. Valdes: Thank you. Thank you, Chair Byrd, and thank you Chair Robinson,

13    appreciate it. Thank you, Ms. Kelly, as well.

14        Rep. Robinson: Further questions? Representative Chambliss, you're recognized.

15        Rep. Chambliss: Thank you, Mr. Chair. I have a couple of basic questions and then some

16    procedural questions.

17        Rep. Robinson: Proceed with whichever question you believe is appropriate.

18        Rep. Chambliss: Thank you. When it comes to the boundaries that were used in the end

19    result map we're looking at now, were there any political boundaries other county and city that

20    we used?

21        Rep. Robinson: Representative Byrd, you're recognized.

22        Rep. Byrd: Thank you and thank you Representative Chambliss and no, the Supreme

23    Court guides us that those political boundaries are counties and cities.

CUBANOS-0000006168

### House Legislative Redistricting Subcommittee – Jan. 21, 2022

1    Rep. Robinson: Representative Chambliss, you're recognized.

2    Rep. Chambliss: Awesome, thank you. Then going back to the benchmark map and the

3    current map that we're looking at now. When it comes to Black benchmark districts that were in

4    that previous map compared to now, what is the number? Did that increase or decrease?

5    Rep. Robinson: Representative Byrd, you're recognized.

6    Rep. Byrd: Thank you. According to staff, we believe it stayed the same, but we will get

7    that specific answer for you.

8    Rep. Chambliss: The same –

9    Rep. Robinson: Representative Chambliss, you're recognized.

10    Rep. Chambliss: Thank you sir. Then I had the same question for Hispanic seats as well.

11    Rep. Robinson: Representative Byrd, you're recognized.

12    Rep. Byrd: Once again, we believe it stayed the same, but we will confirm that for you.

13    Rep. Robinson: Representative Chambliss, you're recognized for a question.

14    Rep. Chambliss: Thank you and when it comes to those seats, those protected seats, how

15    do we clar– how do we determine what's the priority between the population and population,

16    voter turnout, and how many people are of a certain voting, whether it's Black voting age or

17    Hispanic voting age?

18    Rep. Robinson: Representative Byrd, you're recognized.

19    Rep. Byrd: Thank you and I'll let the staff director take that one.

20    Rep. Robinson: Ms. Kelly, you're recognized.

21    Ms. Kelly: Thank you Chair. Representative, I'm going to try and answer your question

22    but I might ask for a clarification as well. So the population of a district is set by our ideal

23    population and then, as Chair Byrd described in his earlier, I guess initial remarks, we have a

CUBANOS-0000006169

## House Legislative Redistricting Subcommittee - Jan. 21, 2022

1    deviation range of 4.75%. When looking at population of a district we've try to keep it within

2    those – that range, so I think that addresses the population portion of your question. As far as

3    voter turnout and voting-age population, were you asking that in regards to a functional analysis

4    process? I apologize. May I ask clarification please?

5         Rep. Robinson: Representative Chambliss, you're recognized to rephrase.

6         Rep. Chambliss: Yeah, I appreciate it. Thank you sir. What I was trying to figure out is

7    when you're looking at a seat, right, and you have the population and then you look at the

8    voting-age population like Black voting-age population or Hispanic voting-age population, are

9    we looking at how many of them for example are registered voters? Are we looking other than

10   just reflecting the total population or that total Black voting-age population of a particular area?

11   In other words, how do I say it? Are we looking at the – yeah, are we making a differentiation

12   between population and population of registered voters?

13        Rep. Robinson: Representative Byrd, you're recognized.

14        Rep. Byrd: Thank you. I'll let the staff director continue with her prior answer.

15        Vice Chair: Ms. Kelly, you're recognized.

16        Ms. Kelly: Thank you Mr. Chair. Thank you for that clarification, Representative. The

17   answer is yes. There is a distinction. Whenever we receive the Census Bureau data, we receive

18   data on total population, which as you're alluding to, those who are in the voting-age population

19   groups are inherently those that are 18 or over that are able and of voting age. Whenever we're

20   looking at our Tier One requirement and you're looking at the ability of a minority to elect a

21   candidate of its choice, you're inherently talking about that segment of the population that has

22   the ability to vote, those that are 18 or over, but as our total population numbers show, those

23   could include those individuals who are below 18 years of age as well.

CUBANOS-0000006170

## House Legislative Redistricting Subcommittee – Jan. 21, 2022

1    Rep. Robinson: Representative Chambliss, you're recognized for a question.

2    Rep. Chambliss: Thank you and then when you look at performance. Performance means

3    turnout, right?

4    Rep. Robinson: Ms. Kelly, you're recognized or actually Chair Byrd, you want that?

5    Rep. Byrd: Can you repeat the question please?

6    Rep. Robinson: Representative Chambliss, you're recognized.

7    Rep. Chambliss: When using the term performance, like how a district performs, that

8    refers to voter turnout in a particular election? I'm asking that as a question.

9    Rep. Robinson: Representative Byrd, you're recognized.

10    Rep. Byrd: It's the overall functional analysis of – there's four considerations.

11    Rep. Robinson: Representative Chambliss, you're recognized.

12    Rep. Chambliss: I was just making sure that I understood the vocabulary. It's not the

13    turnout of an election. That doesn't equal performance?

14    Rep. Robinson: I'll let –

15    Rep. Byrd: Yeah, I'm gonna let the staff director, see if she can help out here.

16    Vice Chair: Sounds good. Ms. Kelly, you're recognized.

17    Ms. Kelly: Thank you Chair. It's not a one-for-one synonymous term. When we talk

18    about performance, that's actually a reference to the overall functional analysis of the district,

19    and as we go district by district, which functional analysis are completed by a district by district,

20    it may vary district by district. You're looking again, that voting-age population group. You're

21    looking at the amount of registered voters in that district, which again are those who have the

22    ability to vote, the voting turnout, those who actually go to vote, and then the election results, the

23    results being election results. It's all four of those components whenever we reference

CUBANOS-0000006171

**House Legislative Redistricting Subcommittee - Jan. 21, 2022**

1    performance.

2         Rep Chambliss: Thank you.

3         Rep. Robinson: Representative Chambliss, are you done? You're good. I believe I saw

4    Representative Skidmore. You're recognized for a question.

5         Rep. Skidmore: Thank you Mr. Chair. If we could look at Palm Beach County area for a

6    moment, I just wanted to ask on for Districts 91 and 90, they seem to – and I understand that the

7    notion was to keep the city undivided, but in looking at other coastal districts both south and

8    north, it seems that these two districts do not keep the coastal community together. For example

9    in 91, the folks who live out along the Atlantic Ocean don't have many of the same concerns as

10   the folks who live closer to the Loxahatchee line there. So different concerns in terms of traffic,

11   economy, environment. So, in so much as other districts along the coast were look to have been

12   kept that way, what was the thought process for 90 and 91 in particular?

13        Rep. Robinson: Representative Byrd, you're recognized.

14        Rep. Byrd. Thank you Representative Skidmore and so, if I understand your question

15   correctly, you're suggesting communities of interest criteria, which are not part of our Tier One

16   or Tier Two standards, that's why we made the policy choices regarding Districts 90 and 91.

17        Rep. Robinson: Representative Skidmore, you're recognized for a question.

18        Rep. Skidmore: Thank you Mr. Chair and thank you Chair Byrd. But you can make – we

19   can make other decisions to draw them differently even using those criteria. Can we not? But just

20   as an example, when we talk about the Haitian Creole language protected districts and we are

21   only using census data, are you permitted – are we not permitted to use other data that identifies

22   those districts and in this case, are we not permitted to look at other criteria that would keep

23   those communities together?

CUBANOS-0000006172

## House Legislative Redistricting Subcommittee - Jan. 21, 2022

1     Rep. Robinson: Representative Byrd, you're recognized.

2     Rep. Byrd: Thank you Representative Skidmore and just to further add to my prior

3   answer. If you look at District 88, that's a protected district and sometimes when we're working

4   with a protected district, that does impact the Tier Two standards that we use with surrounding

5   districts. So certainly within our Tier Two standards, if for a non-protected district, if you have

6   recommendations, there will be opportunities after this committee to work with staff and express

7   your concerns regarding those districts that you referenced.

8     Rep. Robinson: Further questions? I'll go to Arrington, if no other member that I've

9   heard from. Representative Arrington, you're recognized.

10    Rep. Arrington: Thank you Vice Chair. I just wanna ask some questions about District

11   62. I think it's page 34 and I don't think we have broken down that district. Thank you. It has a

12   lot of water right there in the middle, so I was just wondering. It looks like it's contiguous with

13   the water, but what land or what roads were considered to connect the east and the west sides of

14   the new proposed district?

15    Rep. Robinson: Representative Byrd, you're recognized.

16    Rep. Byrd: I'm gonna let our chief map drawer, Mr. Poreda, give you a detailed answer

17   on that.

18    Rep Robinson: Mr. Poreda, you're recognized.

19    Mr. Poreda: Thank you Mr. Chairman. So District 62 was – and the benchmark district

20   that was District 70, which crossed into four different counties, crossing over the water down

21   into Manatee and Sarasota County. We were able to find this configuration that keeps that

22   district entirely within Pinellas and Hillsborough County without having to cross the county line

23   of Manatee or even Sarasota. But the water that connects the two land masses where the

CUBANOS-0000006173

## House Legislative Redistricting Subcommittee - Jan. 21, 2022

1  population is a valid connector and that was the primary goal was to make that a performing

2  Black district as was in the benchmark.

3      Rep. Robinson: Representative Arrington, you're recognized for a question.

4      Rep. Arrington: And just a follow up on that one because I think the east and the west

5  sides are two totally different communities as well, in talking about that minority access seat. I

6  was just trying to figure out why they necessarily connected, cause if I understand correctly, it

7  takes about an hour and 45 minutes to drive from one side to the other with crossing over

8  multiple bodies of water and so forth.

9      Rep. Robinson: Representative Byrd, you're recognized.

10      Rep. Byrd: Yeah and I'll let Mr. Poreda elaborate on those considerations.

11      Rep Robinson: Mr. Poreda, you're recognized.

12      Mr. Poreda: The considerations that you're alluding to, either communities of interest or

13  time to drive from one part of the district to another, are not part of our constitutional standards

14  and are not factored into the drawing.

15      Rep. Robinson: Representative Arrington, you're recognized for a follow up.

16      Rep Arrington: Thank you and just on another note. I will have a question regarding the

17  website, cause I know in the beginning we didn't have translation services available for all of the

18  documents and now they're translated in Spanish and Creole, and I wanted to know how long

19  ago that was done. Then also was there any consideration to translate the public input because

20  that is only available in English?

21      Rep. Robinson: I'm going to let Ms. Kelly take that directly. Ms. Kelly, you're

22  recognized.

23      Ms. Kelly: Thank you Mr. Chair and Representative I can get you an exact date. It would

CUBANOS-0000006174

**House Legislative Redistricting Subcommittee - Jan. 21, 2022**

1   have been after we started interim committee weeks. I wanna say around Novemberish if I

2   remember correctly and I can get you a more accurate date on that. I don't wanna misspeak. As

3   far as the public input goes, there's not, however, as the translation service that we used to

4   translate the documents that are on the website, if there is something that's requested to be

5   translated, we do have access to those services. If there's something in particular you'd like to

6   see.

7       Rep. Robinson: Next hand up I saw was Representative Woodson. You're recognized.

8       Rep. Woodson: Thank you Vice Chair and thank you again. My question has to do the

9   fact that we are considering these maps today and we currently have three protected minority

10   access seats that are vacant, two in the House and one in the Senate. Was there any

11   considerations given over the fact that there's no representation to participate in the process or

12   was there any other time maybe it was done that we're not aware so we can make sure that this is

13   addressed in this process as well.

14       Rep. Robinson: Ms. Woodson, can you maybe rephrase your question. I don't quite

15   understand the question and you brought the Senate up in there as well. So just to kind of direct

16   you to the House side. Just rephrase please.

17       Rep. Woodson: Okay. Considering these maps today and knowing that we two seats, two

18   minority access protected minority access seats that are vacant in the House, is there any

19   consideration that those seats don't have any representation now or was there time maybe it was

20   done so we would know how to address that?

21       Rep. Robinson: Representative Byrd, you're recognized.

22       Rep. Byrd: Representative Woodson, I think you're getting at the seats that are currently,

23   the seats that are currently vacant in the House, those communities have a voice and so, the lines

44

CUBANOS-0000006175

## House Legislative Redistricting Subcommittee - Jan. 21, 2022

1   were and obviously we followed our constitutional requirements. Those are protected minority

2   districts if I understand correctly and so, yeah, there's been public input, the ability for public

3   input and certainly those members who vacated those seats have the opportunity to talk to

4   members who are still here and can talk to them about helping them if there were any specific

5   concerns of this district.

6   Rep. Woodson: Thank you Chair

7   Rep. Robinson: Ranking Member Daley, you're recognized.

8   Rep. Daley: Thanks Mr. Vice Chair, appreciate that. Real quick I wanna go back to the

9   Alachua County area, a significant number folks on the public access website have mentioned

10   keeping the city of Gainesville whole, actually I think as recently as just the other day. So by the

11   way, thank you by the way for updating the public comments prior to this meeting. Can we just

12   dive in there a little bit? Can you take me through why we're still splitting the city of

13   Gainesville, cause I believe we did in the previous maps and we are in this one as well.

14   Rep. Robinson: Representative Byrd, you're recognized.

15   Rep. Byrd: Yeah and I'm gonna let Mr. Poreda answer that specifically about the city of

16   Gainesville.

17   Rep Robinson: Mr. Poreda, you're recognized.

18   Mr. Poreda: Thank you Mr. Chairman. So the city of Gainesville as you mentioned in our

19   benchmark map is split by a Tier One protected Black district. That district is recreated here in

20   our map in District 21 but we did manage to keep every other municipality in Alachua County

21   wholly within a district, and we only split the city of Gainesville twice. There is a small – there

22   are six unpopulated census blocks in the city of Gainesville that are in District 10, and that's

23   because the city of Alachua and Gainesville are interlocked with each other, but otherwise 100%

CUBANOS-0000006176

## House Legislative Redistricting Subcommittee - Jan. 21, 2022

1   of the population in Gainesville is split between just two districts in trying to minimize that

2   impact that that district has in the region.

3       Rep. Robinson: Ranking Member Daley, you're recognized.

4       Rep. Daley: Thank you for that response and I'll jump back to my kind of previous

5   30,000-foot level line of questioning if I may. What, if any, persons, groups, or organizations

6   were consulted for policy or legal expertise in drafting the maps and where would the public or

7   members of this committee find that information?

8       Rep. Robinson: Representative Byrd, you're recognized.

9       Rep. Byrd: Thank you and no one other than the staff, legal counsel.

10      Rep. Robinson: Ranking Member Daley, you're recognized.

11      Rep. Daley: Thanks Mr. Chair. So there was a letter that I know was received back on

12  January 7th that asked a series of questions relating to numerous topics as it related to the

13  previous maps. Is it possible that staff able to respond based on this new map?

14      Rep. Robinson: Representative Byrd, you're recognized.

15      Rep. Byrd: Ranking Member Daley would you mind repeating your question?

16      Rep. Robinson: Ranking Member Daley, you're recognized.

17      Rep. Daley: Thanks Mr. Chair. Sure, so I sent a letter to you or to Chair Byrd on January

18  7th that outlined a number of questions as it related to the previous maps. My question is, I don't

19  believe I ever received a response to those questions, and so I'd like a response to those

20  questions, but now in the context of this proposed map. I have the questions here. I'm happy to

21  ask them to put them on the record if staff is willing and able to respond based on this new map.

22      Rep. Robinson: Representative Byrd, you're recognized.

23      Rep Byrd: Thank you Ranking Member and so, I feel like a lot of these questions have

CUBANOS-0000006177

## House Legislative Redistricting Subcommittee - Jan. 21, 2022

1   been answered during the back and forth in Q&A today. Is there something more specific in one

2   of your questions that you would like to dive into?

3          Rep. Robinson: Ranking Member Daley, you're recognized.

4          Rep. Daley: Thanks Mr. Chair. Just give me a second if you don't mind. If there's

5   somebody else that has a question.

6          Rep. Robinson: Any further questions? Representative Chambliss, you're recognized.

7          Rep. Chambliss: Thank you sir. When it comes to public input, besides using the website,

8   what is the best form that the public could submit their thoughts, suggestions and/or concerns? Is

9   that letter or email to the staff? Is that to the member? What is the most – the best way in which

10  that information can be submitted?

11         Rep. Robinson: Representative Byrd, you're recognized.

12         Rep. Byrd: Yeah, thank you Representative Chambliss and just for informational

13  purposes on the House side, we've had 18 maps submitted by the public, so there has been public

14  engagement there. I think the best way for the public to get their input is through their

15  representatives. I mean that's why we're elected. That's what we're here for. That's what I

16  would encourage individuals to do is go directly though their representatives because you as the

17  representatives have direct access to the staff on a daily basis. So while we've given the public

18  multiple avenues, I think the best one is through the representatives.

19         Rep. Robinson: Representative Chambliss, you're recognized for a question.

20         Rep. Chambliss: Thank you and then once we receive that information, would we send

21  that directly to staff? Would we wait for the committee meeting to present that? Once we receive

22  it, how should we present that information?

23         Rep. Robinson: Representative Byrd, you're recognized.

CUBANOS-0000006178

## House Legislative Redistricting Subcommittee - Jan. 21, 2022

1   Rep. Byrd: Thank you. You can come directly to me as other members have. You can go

2   to staff as other members have. So, there's great access and I know that there's been a bipartisan

3   engagement with myself and staff on questions and concerns whether regarding the census data,

4   regarding how the maps are drawn or specific questions on the district or region.

5   Rep. Robinson: Representative Valdes, you're recognized.

6   Rep. Valdes: Thank you Chair Robinson. I was just wondering back to the Alachua map

7   here. I recall that we had a discussion and we had I believe public testimony that the University

8   of Florida was being split. Is that university whole now or is it still split with the population?

9   Thank you.

10   Rep. Robinson: Representative Byrd, you're recognized.

11   Rep. Byrd: Thank you. I'm gonna let Mr. Poreda give a detailed answer on that.

12   Rep Robinson: Mr. Poreda, you're recognized.

13   Mr. Poreda: Thank you member for the question. The university itself is wholly within I

14   believe District 22, but not knowing – since the university community is not a legally defined

15   boundary, we don't exactly know where or who would be considered part of that. And that goes

16   to the communities of interest arguments that are not part of our discussion.

17   Rep. Robinson: Representative Skidmore, you're recognized.

18   Rep. Skidmore: Thank you Mr. Chair. I was taking a lot of notes during the presentation,

19   so I'm seeing where I had questions. I apologize for coming back. In District 28, I have a little

20   question mark with the 13 people. I think when it was presented, there was an explanation as to

21   why 28 crossed maybe a county line and so, I just wanted a little clarification on what those 13

22   people represented.

23   Rep. Robinson: Mr. Poreda, you're recognized to answer that directly.

CUBANOS-0000006179

## House Legislative Redistricting Subcommittee – Jan. 21, 2022

1    Mr. Poreda: Thank you member. So those 13 people, so the city of Port Orange and

2    Daytona Beach Shores are interlocked with each other. So in order to keep one of them whole

3    you have to necessarily split the other. So those 13 people in Dayton Beach Shores are kind of in

4    a little bubble that is completely surrounded by the City of Port Orange, so we could choose to

5    keep Daytona Beach Shores whole but then there'd be 21 people from Port Orange that would be

6    split into the other district. It's just a choice. We chose to go with the split that would divide the

7    fewest amount of people and make the smallest county split possible, which is why we've kept

8    the city of Port Orange whole and have split Daytona Beach Shores. But it's because those two

9    city's geographies are interlocked with each other.

10    Rep. Skidmore: Thank you. I appreciate that response. Follow up Mr. Chair?

11    Rep. Robinson: You're recognized.

12    Rep. Skidmore: Actually second question. So, I think we talked sort of around this issue

13    in terms of the benchmark map versus the proposed map and the Black access, Hispanic access,

14    and majority-minority seats. Given the growth in Black and brown people in the state of Florida,

15    is it possible that there could have been more access seats created to have complete

16    representation of those populations or better representation of those populations?

17    Rep. Robinson: Ms. Kelly, I'll let you handle that directly.

18    Ms. Kelly: Thank you Mr. Chair and thank you Representative for that question. So as

19    I've kind of alluded and I don't mean to sound like a broken record but it really is truly the

20    foundational step you take whenever you look at the map, looking at that population and

21    understanding where those voting-age populations are as well. That was the first step as part of

22    our functional analysis and as was demonstrated in the presentation and I believe has been part of

23    a couple follow up questions as well, where we saw some of that growth, specifically in the

49

CUBANOS-0000006180

**House Legislative Redistricting Subcommittee – Jan. 21, 2022**

1  Orlando area as we talked about, we did take the steps to create that performing district where we

2  saw that the functional analysis warranted that, which does coincide with the growth that we all

3  know has occurred in Florida throughout the decade.

4      Rep. Robinson: Representative Skidmore, you're recognized for a question.

5      Rep. Skidmore: Thank you Mr. Chair. Thank you for the response. However, if you had

6  done a functional analysis of all the districts in the state, wouldn't we have a better

7  understanding if there was additional opportunities?

8      Rep. Robinson: Ms. Kelly, you wanna take that directly? You're recognized.

9      Ms. Kelly: Thank you Mr. Chair. The Supreme Court has some language out there as far

10  as when you're supposed to use a functional analysis and it's inappropriate to do it on a district

11  where there's not a minority Tier One consideration under effect, and so if you look at some of

12  the voting-age population statistics that are in our packets. there are some districts that have 8,

13  9% of a Black voting-age population. With 8, 9% of the population that's not enough to

14  constitute a Tier One protected district, and so it would be inappropriate to perform a functional

15  analysis on those districts. as an example.

16      Rep. Robinson: Are you done Representative? Ranking Member Daley you're good to

17  further questions. Seeing none, we are now into – we have no amendments? We are into public

18  testimony and I have two public comment cards. So anyone else please fill out a card and we will

19  get you up here. Miranda Galindo of LatinoJustice PRLDEF. You are recognized.

20      Miranda Galindo: Hello and thank you. My name is Miranda Galindo. I am senior

21  counsel at LatinoJustice PRLDEF our southeast regional office. Thank you for the opportunity to

22  offer this testimony on the concerns of LatinoJustice regarding the current state of the

23  redistricting process and its impact on the Latino community. In short, we oppose the proposed

CUBANOS-0000006181

## House Legislative Redistricting Subcommittee - Jan. 21, 2022

1   maps because they dilute Latino political power. LatinoJustice has a long history of participating

2   in Florida's redistricting process and our organization is closely monitoring the work of the

3   Florida Legislature to ensure protection of Latino Floridians' rights under the Voting Rights Act

4   of 1965 and constitutional norms. Latino Floridians must have an equal opportunity to elect their

5   candidates of choice and remain politically unified in communities of interest. The Florida

6   Legislature's proposed maps ignored dramatic Latino population growth over the last decade.

7   The redistricting process has been inaccessible for public comment by limited English proficient

8   Floridians and the many members of the public impacted by the COVID-19 pandemic. The end

9   results has been a dilution of Latino political power. Florida's Latino population has an increase

10  by 34% since the 2010 census, adding almost one and a half million people to the state and now

11  comprising over 26% of Florida's total population. This incredible demographic growth has

12  benefitted the entire state. I'm going to highlight two reasons this process is less than meaningful

13  public participation. The first category is language access. Spanish dominant Floridians deserve

14  to have their voice heard in meaningful ways and participate in this redistricting process without

15  English only barriers. This Legislature should ensure that public hearing notifications,

16  Information on the www.FloridaRedistricting.gov website, forms to submit public comments and

17  review proposed maps are fully accessible to a limited English proficient Floridian who have an

18  equal right to participate in defining the political boundaries that will endure for the next decade.

19  The existing translation options online are inadequate. For example, links to historical

20  redistricting plans and the resources section, as well as the links to fill out a form to submit

21  public comments on the www.FloridaRedistricting.gov website are only available in English.

22  The Legislature should take all reasonable steps to provide translators at public hearings and

23  provide double time for individuals using a translator to provide public comments at hearings.

CUBANOS-0000006182

## House Legislative Redistricting Subcommittee – Jan. 21, 2022

1   LatinoJustice has been monitoring Florida's compliance with federal and state language access

2   guarantees in the area of voting rights for decades. We urge this Legislature to make public

3   participation equally acceptable to all Floridians. I'd now like to talk about the category of public

4   participation during the COVID pandemic. On September 8th, 2021 LatinoJustice, NALEO

5   Education Fund, and Hispanic Federation submitted a request for virtual public hearings in light

6   of a grave health risk of in-person testimony during the COVID-9 pandemic. Our request went

7   unheeded. I was personally scheduled to testify before the Florida House of Representatives

8   Congressional Redistricting Committee and State Legislative Redistricting Committee on

9   February 11th, 2022 and before the Florida Senate Reapportionment Committee on January 13th,

10  2022 but wasn't able to do so due to being in quarantine under CDC guidelines. There also been

11  a failure to hold regional public hearings throughout our great state, a deviation from prior

12  cycles. All the proposed Florida House maps have failed to provide a sufficient level of Latino

13  majority districts proportionate to Latino population growth. For example, all of the Florida

14  House Redistricting Subcommittee plans failed to add any additional majority Latino districts

15  despite substantial Latino population growth. The 18 majority Hispanic voting age population

16  districts that existed under the prior plan are now inadequate in light of Latino population

17  growth. Proposed plan H8009 actually reduces the number of Hispanic voting age population

18  majority districts from 18 to 17 by reducing the number of Latinos in District 44. Every

19  indication in this process points to redistricting proposals have been nothing more than provide

20  Latino Floridians with the same or fewer numbers of majority districts they enjoyed at the end of

21  the decade under exiting districts. Both houses of this Legislature seek to cap the political

22  influence of Latino growth when every demographic indicator showed clearly that Latino

23  population growth requires more, not the same, and certainly not less. It is clear to LatinoJustice

CUBANOS-0000006183

## House Legislative Redistricting Subcommittee – Jan. 21, 2022

1  that Section 2 of the Voting Rights Act requires that, where Latino majority districts can be

2  drawn feasibly, they must be drawn. We call on this commission and this subcommittee, excuse

3  me, to draw districts that protect communities of interest, provide the growing Latino community

4  an equal opportunity to elect candidates of its choice, and ensure that they are conducting the

5  necessary performance analysis on all proposed districts to ensure they do not dilute the Latino

6  vote and share such work products to the general public. Thank you.

7       Rep. Robinson: Thank you. Cecile Scoon, League of Women Voters of Florida. And

8  that's the only public comment card I have, so if anyone else, please submit one as soon as you

9  can. Ms. Scoon, you're recognized.

10       Cecile Scoon: Thank you. Good afternoon. My name is Cecile Scoon. I'm president of

11  the League of Women Voters of Florida. This has been a very informative hearing and I

12  appreciate all the questions that have been raised by the members and the answers from staff and

13  committee chairs and vice chairs. I'm taking good notes. First of all, I would like to say that it is

14  pretty important to note that for all the regions the only precise data information was on the non

15  – that was provided today and on other days, is on the non-mandatory, less important Tier Two,

16  compactness, how many jurisdictions are split, how many cities and counties are split, important

17  information, but it is surprising that all of the functional analysis information has not been

18  provided, especially pretty much every time you talked about a protected district you said oh,

19  there's a diminution, there's a decrease, but no numbers were provided. You provided all of this

20  detail on stuff that is supposed to subordinate to Tier One and the Voting Rights Act and nothing

21  on the decrease on the functional analysis, no percentages, no numbers. This is what it was

22  before. This is the decrease today. And I think that's very telling of where the focus has been. It

23  has been essentially on the things that are not essential. It has been focusing on compactness and

CUBANOS-0000006184

**House Legislative Redistricting Subcommittee – Jan. 21, 2022**

1   geography and those things are important, but there should be more focus on the things that are

2   mandatory and that are required, the United States Constitution, the Voting Rights Act and the

3   Tier One of our Florida Constitution, which was brought by the citizen's initiative. This is what

4   the citizens want and now it's our law. It's just very, very compelling that there was not one

5   chart to show any percentage of what was the decrease of the voting age population of Hispanics

6   and/or African-Americans, and I think that really tells you what the focus has been, and I would

7   say that citizens do not have enough information, and I would imagine the representatives do not

8   feel like they have enough information when all the details, every time it was said compactness

9   and Polsby-Popper and all the other names of the different tests that are used for the Tier Two

10   was all there. Oh, it was .1%. We improved before. You actually have decreases on the voting

11   age populations in the districts that you have drawn for the ones that require protection and you

12   didn't – there was not one diagram to show how much. It was simply the repeat comment that

13   was made was that oh, this is constitutional. We have made sure. Well people need to see the

14   percentages even more than the percentages that were presented, and so I would ask you to

15   provide that information to the representatives, to everybody, and to all of the citizens. We

16   wanna know what was the numbers, what was the percentage decrease. That is very important.

17   The other thing I wanted to share with you is that the standard that is used in order to determine

18   if there has been any retrogression, or whether there has been a negative impact on the

19   opportunities on language or racial minorities to have an opportunity to select a representative of

20   their choice, the gold standard to test is not functional analysis. That's just a start. The gold

21   standard is racially polarized voting analysis. That is what is required and that has not been done.

22   It's a lesser level of reviewing the data and why is the racially polarized voting analysis

23   required? Because you need to show in order to show that the minority voice has not been

54

CUBANOS-0000006185

## House Legislative Redistricting Subcommittee - Jan. 21, 2022

1   harmed or their opportunity to select a representative or that there has been no retrogression. You

2   actually have to compare the voting age of the functional and actual impact of the different

3   minorities vis-à-vis the non-minority votes around them, and the only way you get that kind of

4   comparison is by doing the racially polarized voting analysis. Because otherwise you don't know

5   for sure will the group that you have drawn the map around, the minority group, is it too much,

6   are there too many minorities in that group that should have been put into another district?

7   Because you're basically trying to make sure their voice can be heard over the non-minority

8   voice. So that's why you always have to do that comparison. By just going to the voting age

9   population, that is the beginning of that and another place the things that you need to look at is

10   with the Hispanic voting in particular because so many of the Hispanic community, not

11   everybody is eligible to vote because not everybody is a citizen. So when you're relying and

12   making these judgments, this is a strong and of Hispanic, a district that you've drawn the lines, I

13   never heard anybody mention anything about checking the numbers against who can actually

14   vote, and that information comes from the American survey that was mentioned several times

15   with regards to the questions about the Creole language. So even though there is Supreme Court

16   discussion that talks about functional analysis as a good tool, our Florida Constitution does not

17   tell you that you cannot look at other sources of information. Our Constitution tells you to do the

18   job. To do the job, you use the tools you need. You don't just go well, I didn't like this tool. I'm

19   only gonna use it. There is nothing that stops you from using the appropriate tools that are

20   available to you such as American survey that was discussed because that would give you the

21   information of how many of the Hispanic voting age population can actually participate in the

22   franchise. So, what I'm saying to you is there's been good starts at looking at the data. There's

23   been good starts at starting with the benchmark, but there's several more cuts of analysis that are

CUBANOS-0000006186

## House Legislative Redistricting Subcommittee - Jan. 21, 2022

1  required, and the League would ask you to do that additional information and do that additional

2  analysis not only so you can make decisions, good decisions and the entire legislative body can

3  make good decisions, but the citizens wanna know. The citizens are asking. The citizens wanna

4  know what are the real numbers, just as you were very precise again, with the Tier Two

5  percentages changing .2, whatever percent was shown. You were very precise with that and they

6  want that kind of precision on the mandatory and very essential data. Thank you.

7       Rep. Robinson: Seeing no further public testimony, we are in debate. Members, debate.

8  Member Daley, you are recognized.

9       Rep. Daley: Thank you Vice Chair and look, I just wanna cover a couple things cause I

10  do have significant heartburn still over this proposed map, and part of that stems from the fact

11  that they dropped Tuesday at 4:45. It is a whopping couple days after and we're already voting it

12  out of committee. Meanwhile this committee has been working for months and so, my issue, part

13  of my issue is that I think there is still analysis that needs to be done, and numbers that need to be

14  reviewed, and data that needs to be considered that hasn't happened. Actually both of the

15  speakers mentioned something to that effect. It should come as no shock to anyone here. I've

16  taken issue with the public input process. I think the website is pretty. I think it amounts to a very

17  transparent trashcan when it comes to public comment, especially if folks are not actually

18  reviewing the public comment as I have, as I know several members here have. But I think there

19  are some good points raised in that public comment, and I still take issue with the fact that we

20  didn't do more, especially in a virtual capacity. My 93-year-old grandmother now knows how to

21  use Zoom. I venture to guess most Floridians could do so as well to have a meaningful

22  opportunity to weight in if that opportunity was provided. So still have concerns there as well.

23       Then I think the other thing for me is that certain policy decisions have been made for us

CUBANOS-0000006187

## House Legislative Redistricting Subcommittee – Jan. 21, 2022

1   through the drawing of this map and there hasn't been a real consideration or conversation about.

2   Look, I get it cause we've heard it ad nauseum that Tier One and Tier Two are the guiding

3   principle and certainly get that and that things like communities of interest can't override Tier

4   One and Tier Two. I get that, but communities of interest and other considerations can be, have

5   been, and should be considered, and you look at that, the Haitian Creole seat issue that Rep.

6   Woodson raised. My understanding was that was considered ten years ago and that's why we

7   have certain seats in South Florida for that community. So these things can be considered. We're

8   not prohibited. We are not legally prohibited from considering any number of factors as part of

9   our deliberation and that still hasn't occurred. So, I'm gonna be down today on the map and

10  wanna continue to have conversations about it. Thanks Chair.

11      Rep. Robinson: Further debate? Representative Arrington, you're recognized to debate.

12      Rep. Arrington: Thank you Vice Chair Robinson. I just wanna echo Democrat Ranking

13  Member Daley's comment, so regards to the amount of time that we've had to see this map. I

14  will not be supporting it today because through this process we have talked about involving our

15  constituents and that is our job to do, which most definitely I have been doing. We saw the first

16  draft maps almost two months ago, so we've had time to reach out to our constituents, find out

17  their feedback, but with two and a half days, we haven't had a chance to review it and as was

18  noted, definitely our constituents in Florida have not had a chance to review it. I do find it really

19  alarming that we were unable to get answers to Representative Chambliss's questions in regards

20  to minority access seats, what the benchmark was, where we are now for Black and Hispanic

21  seats and what those increases are because we should have increases with the population changes

22  that we've had over the last ten years. I will not be supporting this today and I would love if we

23  had more time to review this and more time to reach out to the community and have language

CUBANOS-0000006188

## House Legislative Redistricting Subcommittee - Jan. 21, 2022

1    services available so everybody can participate in this process as they have done in the past.

2    Thank you.

3        Rep. Robinson: Further debate? Further debate? Seeing no further debate, I'll give a few

4    comments. I'm gonna vote in favor of this PCB. I think our charge was legally compliant maps

5    and we did it. I think these maps are a good product. Our charge is to follow the Constitution and

6    to make legally compliant maps. I have reviewed all of the maps submitted by the public. I think

7    it was a good public participation process. I'll note in an area I'm familiar with, much more

8    compact districts and much more whole areas, so I think it's a great work product, so staff and

9    the committee should be very much commended on that product because we accomplished our

10   charge. Certainly folks could draw maps differently and we could probably all have different

11   versions, but our charge was a legally compliant map and I strongly believe that we're there and

12   so I'll be voting in support, and with that, Chair Byrd, you're recognized to close on your PCB.

13       Rep. Byrd: Thank you, Vice Chair, and thank you to all of the members who engaged in

14   lively discussion today as well as the public comment. Just a few thoughts or a few comments.

15   The functional analysis information is in front of every member today. You all have that

16   information. It's also available on the website, so nothing has been kept from members or the

17   public with respect to the functional analysis information. Furthermore, members, this isn't any

18   different than any other piece of legislation. We have a committee process. We have

19   subcommittees and full committees. This bill is moving just like every other bill, policy bill in

20   the Florida House. There is additional time. There will be the full redistricting committee, so

21   assuming we pass the bill today, and I would ask for your favorable support on doing that, there

22   is still more time to work on this, this product. We are constitutionally mandated to finish this

23   work within our 60-day timeframe and that includes it going up to the Florida Supreme Court.

CUBANOS-0000006189

## House Legislative Redistricting Subcommittee – Jan. 21, 2022

1   So, while I know some have suggested that the timeframe has been shortened, we've been at this

2   for months with workshop maps, and so I would – while we put a lot of time into this, there's

3   still more time. The State House map before you today is constitutionally compliant work. It is a

4   constitutionally compliant work product this committee can be proud of and I encourage you to

5   support this PCB and move it to the next step of the process, the full redistricting committee.

6   Thank you.

7       Rep. Robinson: Members, please remember to turn your mics on when you vote. And

8   Chair Byrd having closed on his PCB, DJ please call the roll on PCB SRS 22-01 and announce

9   the vote.

10       DJ: Representative Arrington?

11       Rep. Arrington: No.

12       DJ: Barnaby has been excused. Bell has been excused. Brannan?

13       Rep. Brannan: Yes.

14       DJ: Chambliss?

15       Rep. Chambliss: No.

16       DJ: Daley?

17       Rep. Daley: No.

18       DJ: Garrison?

19       Rep. Garrison: Yes.

20       DJ: Hart?

21       Rep. Hart: No.

22       DJ: Hawkins?

23       Rep. Hawkins: Yes.

CUBANOS-0000006190

**House Legislative Redistricting Subcommittee – Jan. 21, 2022**

1    DJ: Maney?

2    Rep. Maney: Yes.

3    DJ: McClain?

4    Rep. McClain: Yes.

5    DJ: Melo?

6    Rep. Melo: Yes.

7    DJ: Mooney?

8    Rep. Mooney: Yes.

9    DJ: Persons-Mulicka?

10   Rep. Persons-Mulicka: Yes.

11   DJ: Robinson?

12   Rep. Robinson: Yes.

13   DJ: Salzman?

14   Rep. Salzman: Yes.

15   DJ: Snyder?

16   Rep. Snyder: Yes.

17   DJ: Gant has been excused. Valdés?

18   Rep. Valdés: No.

19   DJ: Woodson?

20   Rep. Woodson: No.

21   DJ: Ex Officio Clemons?

22   Ex Officio Clemons: Yes.

23   DJ: Ex Officio Skidmore?

CUBANOS-0000006191

## House Legislative Redistricting Subcommittee - Jan. 21, 2022

1    Rep Skidmore: No.

2    DJ: Chair Byrd?

3    Rep. Byrd: Yes.

4    DJ: 13 yeas, 7 Nays Mr. Chair.

5    Rep. Robinson: Please show the PCB reported favorable. I will now pass one of my

6    gavels back to Chair Byrd.

7    Rep. Byrd: I think I want both of 'em. So, thank you members once again. I really

8    appreciate all of your engagement and input and for the members who took on the regions for

9    Vice Chair Robinson. I wanna thank Ranking Member Daley for his professionalism and

10    engagement with the committee in working with us to get to this point today. Members, this is a

11    solid, consistent, and constitutionally compliant work product. As I mentioned in my close, the

12    proposed State House map has another committee stop in the full redistricting committee. If you

13    have questions for myself, or Chair Leek, or staff, I encourage you to reach out to us as this is

14    most likely our last subcommittee meeting. I wanna thank Speaker Sprowls, Chair Leek, and our

15    committee members, and most importantly I wanna thank Staff Director Leda Kelly, Jason

16    Poreda, Kyle, DJ, Sam, and Karen. I cannot tell you the incredible professionalism and intellect

17    that this group has. I mean I would put our staff up against any other state in the country on their

18    knowledge. I mean they have taught me so much of this process and helped me understand it and

19    I only understand a fraction of what they do. So, I can't thank them enough and not this is our –

20    we'll continue to work together as we move to the big committee, but I just wanted to personally

21    and publically on the record say that we cannot be where we were today without them. This

22    concludes our committee agenda for today and without further comment, Rep. Maney moves we

23    rise. The meeting is adjourned.

CUBANOS-0000006192



**Vanan Online Services, Inc.**
Think Service Think Vanan

## <u>Certificate of Transcription</u>

Transcription of "**1-21-22-house-state-legislative-redistricting-subcommittee**"

We, Vanan Online Services, Inc. a professional transcription company, hereby certify that the above-mentioned document(s) has/have been transcribed by our qualified and experienced transcriber(s) is/are accurate and true transcription of the original document(s).

This is to certify the correctness of the transcription only. Our transcriber is in no way related, by immediate family ties or marriage, to any parties related to the materials transcript.

A copy of the transcription is attached to this certification.

**Danny Negley, Production Manager.**

Date:12th November 2024

Vanan Online Services, Inc.
EIN 81-3795675
ATA Member #266532
ISO 9001:2015

**Vanan Online Services, Inc.**
**10711 Spotsylvania Ave., Suite A**
**Fredericksburg VA 22408**
**Office: (888) 535-5668**
**Email: support@vananservices.com**
**Website: www.vananservices.com**

CUBANOS-0000006193