**House Redistricting Committee**
**January 26, 2022**

Transcript of video recording available at:
https://thefloridachannel.org/videos/1-26-22-house-redistricting-committee/

CUBANOS-0000006733

## House Redistricting Committee - Jan. 26, 2022

1   Tom Leek: The Redistricting Committee will come to order. DJ please call the roll.

2   DJ Ellerkamp: Chair Leek.

3   Tom Leek: Here.

4   DJ Ellerkamp: Vice-Chair Fine.

5   Randy Fine: Here.

6   DJ Ellerkamp: Ranking Member Geller.

7   Joe Geller: Here.

8   DJ Ellerkamp: Representatives Andrade.

9   Alex Andrade: Here.

10  DJ Ellerkamp: Avila. Avila? Bush.

11  James Bush III: Here.

12  DJ Ellerkamp: Byrd.

13  Cord Byrd: Here.

14  DJ Ellerkamp: Clemons.

15  Charles Clemons: Here.

16  DJ Ellerkamp: Drake.

17  Brad Drake: Here.

18  DJ Ellerkamp: Driskell.

19  Fentrice Driskell: Here.

20  DJ Ellerkamp: Goff-Marcil.

21  Joy Goff-Marcil: Here.

22  DJ Ellerkamp: Grall.

23  Erin Grall: Here.

CUBANOS-0000006734

## House Redistricting Committee - Jan. 26, 2022

1   DJ Ellerkamp: Grant.

2   Michael Grant: Here.

3   DJ Ellerkamp: Jenne.

4   Evan Jenne: Here.

5   DJ Ellerkamp: Latvala.

6   Chris Latvala: Here.

7   DJ Ellerkamp: Mariano.

8   Amber Mariano: Here.

9   DJ Ellerkamp: Omphroy. Omphroy? Payne

10   Bobby Payne: Here.

11   DJ Ellerkamp: Robinson.

12   Will Robinson: Here.

13   DJ Ellerkamp: Rommel.

14   Bob Rommel: Here.

15   DJ Ellerkamp: Sirois.

16   Tyler Sirois: Here.

17   DJ Ellerkamp: Slosberg-King has been excused. Thompson, Thompson?

18   Geraldine Thompson: Here.

19   DJ Ellerkamp: Tuck.

20   Kaylee Tuck: Here.

21   DJ Ellerkamp: Ex-Officio Skidmore.

22   Kelly Skidmore: Here.

23   DJ Ellerkamp: A quorum is present Mr. Chair.

CUBANOS-0000006735

## House Redistricting Committee - Jan. 26, 2022

1    Tom Leek: Thank you DJ. Members a few reminders before we begin. Please silence all

2    electronic devices and if you wish to make a public comment please fill out a form and turn it

3    into the sergeant's staff. Also, as a reminder for our members and presenters please ensure that

4    you turn your microphone on when you are speaking and off when you are finished. For those of

5    you who would like to play along at home, Vice-Chairman Fine and I have put the over/under on

6    the length of this meeting at three hours. Place your bets accordingly.

7    Randy Fine: I'm the over.

8    Tom Leek: You know I have a great deal of faith in our members and I went with the

9    under. Vice-Chair Fine has less faith and he went with the over. Members, today is an exciting

10    day. We are finally at a point in our committee process to review the proposed State House

11    districts. You may feel I'm a broken record on this point, but education has been extremely

12    important to me and Speaker Sprowls throughout this redistricting process. Out of the 120

13    members in the Florida House of Representatives only five members were around during the

14    2012 redistricting cycle and a couple of those five were in the Senate at the time. That means that

15    115 of the members who are required to take a vote on these maps were completely new to

16    redistricting. Likewise, it was by design that amongst our three redistricting committees, we have

17    included a total of 62 members of the Florida House of Representatives, or over 50% of the

18    Florida House. I have been encouraged that non-committee members have attended our meetings

19    to sit, listen, and learn from members, staff, and counsel presentations, and when members have

20    stopped by the committee suite to ask technical and conceptual questions of me and of staff. I do

21    not take lightly the fact that this is one of the two constitutionally required responsibilities that

22    the Legislature must undertake, the other being pass a balanced budget, and that the outcomes of

23    this process will guide Floridians for the next decade. I also want to thank this committee. I

CUBANOS-0000006736

### House Redistricting Committee - Jan. 26, 2022

1  appreciate the diligence with which you have abided by our constitutional standards, especially

2  our Tier One standards that prohibit favoring or disfavoring political parties and incumbents.

3  This process affects each and every one of us, as I am sure you will observe today, even the

4  region that I currently represent has a proposed new configuration, and that's okay. It's part of

5  this process. The redistricting process is one of where it is tempting to let our personal wishes

6  overtake our constitutional responsibility. And I am proud that this committee has stayed above

7  the fray and focused on completing the task at hand in a constitutionally compliant manner.

8      For today's committee meeting, I and a couple of other members will walk through the

9  proposed committee substitute to explain each region of the state. My goal is to describe how the

10  districts are composed and their statistical highlights so members have an understanding of the

11  proposed district configurations. On a final note, you may have noticed that the very lengthy bill

12  text for the State House map was not included in the meeting materials for today's meeting. The

13  bill text reflects the technical census block, block group, and tract numbers that comprise each

14  district. These are the exact same districts that are depicted in the printed map before you.

15  However, to save each of our printers and the 322 pages of paper we printed a copy of the full

16  bill text for the committee's viewing and you can find it right here in front of DJ. Now I will

17  hand the gavel over to Vice-Chair Fine.

18      Joe Geller: Mr. Chair. When the moment comes, I do have a preliminary process

19  question. If that's after the Vice-Chair speaks of course that's fine.

20      Tom Leek: A preliminary process question. So I will explain the process. The process

21  will be, we will present the proposed committee substitute, and then we will have questions, take

22  up debate and the like. That's the process.

23      Joe Geller: But I have a question.

CUBANOS-0000006737

**House Redistricting Committee - Jan. 26, 2022**

1    Tom Leek: Okay, what's your question?

2    Joe Geller: Is it the intention of the Chair and the committee that we will vote on this map

3    today?

4    Tom Leek: We will bring this map to a vote today.

5    Joe Geller: At this time on behalf of the minority, I would like to request that the vote be

6    deferred to whenever our next meeting is scheduled. There was a map that apparently is a later

7    map that was only dropped, I think it was on Monday. We need more time. We've talked about

8    trying to get some time with staff but even internally, we need some more time. We are receiving

9    public comment from people. I had people approach me today with comment on these maps from

10   a constitutional standpoint. We understand that the chair and the committee and leadership is

11   committed to an open and respectful process. We talked about this. I don't speak just for myself,

12   we've talked about this among our caucus, and there is unreadiness to do this awesome task and

13   have it leave this committee as soon as this afternoon. Everything else you talked about is

14   wonderful, we look forward to hearing all that. We've got a lot of questions and whoever took

15   the over I suspect is going to do well. But we would request that the vote on this awesome

16   responsibility be deferred until the next committee meeting.

17   Tom Leek: I'm just making sure you're done. Okay thank you. The request is denied.

18   We've been at this since September. We have had lots and lots of opportunity to learn, to review

19   the maps. The map that you are talking about, I think if you let us actually get through it, you

20   will see that the changes are minor, mostly technical, and designed from member input we've

21   largely received from your caucus. So I would say let us get through it. My intent is that we will

22   have a vote on this today. But thank you. Vice-Chair Fine, you are recognized.

23   Randy Fine: Thank you. Members, up for consideration today is PCS for HJR 7501, Joint

6

## House Redistricting Committee - Jan. 26, 2022

1   Resolution of Apportionment. As a reminder, we are going to take all questions at the end of the

2   presentation. Now, Chair Leek – unlike most presentations, Chair Leek will be presenting it, but

3   he'll be using others along the way. And rather than recognize each person, Chair Leek, you can

4   just recognize the folks who are just going to assist you with the presentation along the way. And

5   with that, Chair Leek, you are recognized to present the PCS.

6       Tom Leek: Thank you, Vice-Chairman Fine. The Florida Legislature is directed to

7   redistrict every ten years following the decennial census to account for growing and shifting

8   population in the state. A decade ago, the Florida House maps were deemed valid and

9   constitutional by the Florida Supreme Court. And I'd like to read a quote from the 2012 ruling. A

10  review of the House plan and the record reveals that the House engaged in a consistent and

11  reasoned approach, balancing the Tier Two standards by endeavoring to make districts compact

12  and as nearly equal in population as possible, and utilizing political and geographical boundaries

13  where feasible by endeavoring to keep counties and cities together where possible. In addition,

14  the House approached the minority voting protection provision by properly undertaking a

15  functional analysis of voting strength in the minority districts. We have upheld these standards in

16  this process as well. As I mentioned earlier, this committee has undertaken several months of

17  education to understand the redistricting process and uphold the high bar that was set for this

18  chamber last decade.

19      This week, we released Proposed Committee Substitute for HJR 7501, which proposes

20  State House districts that will be used in election cycles starting in 2022. This PCS has been

21  drafted by the committee staff with the advice of legal counsel based on the data from the 2020

22  census and the elections data from the Florida Department of State to be in alignment with the

23  Florida Constitution, state and federal law, as well as court precedent. This map can also be

CUBANOS-0000006739

## House Redistricting Committee - Jan. 26, 2022

1   found on FloridaRedistricting.gov under the plan name H000H8013.

2      Members, I want to make sure each of you has a map packet in front of you. This

3   contains a printout of the proposed map itself, a statewide snapshot of statistics, and the

4   functional analysis data for our protected minority districts, a list of county shares of population,

5   a list of city splits, and finally the boundary analysis report. All of these items will be referenced

6   throughout the presentation today. So please feel free to refer to your packet as needed. The

7   package is also available on our subcommittee's webpage on MyFloridaHouse.gov. As I move

8   throughout the map, I and other presenters will describe each region of the state. As we come

9   across an area of the state where there has been a change from the PCB that was viewed in the

10  subcommittee on today's PCS, we will specifically highlight those changes as well, so anyone

11  and everyone understands where there are differences. Now let's dive in.

12     Let's first look at the map as a whole. When compared to the benchmark State House

13  map, the new proposed State House districts have several points of improvement throughout our

14  Tier Two standards. When looking at a statewide average of each district's compactness scores,

15  we have been able to improve all three mathematical measurements of compactness. The Reock

16  score improved from .43 to .45, the Convex Hull score improved from .80 to .82, and the Polsby-

17  Popper score improved from .43 to .45. Where feasible, we also worked to improve visible

18  compactness of districts, or the eyeball test, such as no longer having a district that stretches

19  from Miami-Dade County to Collier County, or a district that splits four counties in the Tampa

20  Bay region. When looking at the number of county splits, we've kept similar to the benchmark

21  map, with 30 counties split last decade and only 31 counties split this decade. The ideal

22  population for this decade's State House district is 179,485 people. Our overall deviation range is

23  4.75%, which is well within the acceptable legal level of population deviation. Although this

CUBANOS-0000006740

## House Redistricting Committee - Jan. 26, 2022

1   deviation increases slightly from last decade's range of 3.97%, we are proudly able to vastly

2   improve the number of cities split in our proposed map. In the benchmark map there were 101

3   cities split, which is almost 25% of Florida's incorporated cities. In the proposed new

4   configurations we have been able to decrease that to just a 53 cities split, a near 50%

5   improvement.

6      Our proposed State House districts are also drawn in compliance with Tier One of the

7   Florida Constitution. The proposed map is inclusive of 18 protected Black districts and 12

8   protected Hispanic districts. All 30 of these protected minority districts have had an individual

9   functional analysis conducted on them to ensure that the new district configuration does not deny

10  or abridge the equal opportunity of racial or language minorities to participate in the political

11  process, or to diminish their ability to elect representatives of their choice. As we move

12  throughout the map, I will highlight these districts as well. All of our districts consist of

13  contiguous territory and as I'm sure you are aware, the committee has also implemented

14  safeguards to ensure that we do not draw districts with the intent to favor or disfavor a political

15  party or an incumbent.

16     Members, as we move through the presentation today, you will see an analysis tool

17  referenced called the boundary analysis. This is a report that is available in our map drawing

18  application and helps to quantify the percentage of Tier Two-compliant boundaries that are used

19  for each district. Similar to compactness scores, this tool is to view in context with the other two

20  options in the surrounding region. There is no golden threshold to which we look when

21  evaluating each district, but it serves as another way to understand the compliance of what is in

22  front of us.

23     Now that we've looked at the statewide overview let's begin to review each region of the

CUBANOS-0000006741

## House Redistricting Committee - Jan. 26, 2022

1  state. For each region, we have included a quick reference in the PowerPoint to the benchmark

2  districts' compactness scores and boundary analysis when compared to the proposed districts.

3  We will not touch on each datapoint for today's presentation, but we wanted to provide it for

4  ease of reference. Now I would like to recognize Representative Byrd to present the first region.

5      Cord Byrd: Thank you Chairman Leek and we are going to start in Northwest Florida

6  with Districts 1 through 4, four districts able to be kept within three whole counties: Escambia,

7  Santa Rosa, and Okaloosa. All municipalities are kept whole in these counties, including

8  Pensacola, which serves as a boundary line for a portion of Districts 1 and 2. District 4 is able to

9  be kept wholly within Okaloosa County using the county line on three sides and then has a bump

10  on the top of the district similar to the current district in order to keep the city of Crestview

11  wholly within the district. Then uses I-10 for the remainder of its northern boundary. As we

12  follow these Tier Two-compliant borders for this district, it becomes 4,252 people over the ideal

13  population of a district at 183,737 total population and as a result, this becomes a district with the

14  highest overall population deviation in the map at 2.37% over.

15      Districts 5 and 6 are made up of entirely whole counties. District 5 is comprised of

16  Walton, Holmes, Washington, Jackson, and then Calhoun Counties. District 6 is solely Bay

17  County. In order to keep a district only as Bay County without have to break up another county

18  line, this district becomes the district with the lowest population deviation on the map at −4,269

19  people under the ideal population at 175,216 total population or 2.38% under. Districts 4 and 6

20  create a total deviation range of 4.75%, well within the acceptable 10% deviation range courts

21  have given legislative redistricting plans. This range allows Bay County to remain whole and the

22  city of Crestview to remain whole. As the House did last decade, and acknowledged by the

23  Supreme Court, setting the deviation range by balancing the equal population standard with the

CUBANOS-0000006742

1   other standards such as compactness and following existing political and geographical

2   boundaries is appropriate. Districts 5 and 6 are made up of entirely whole counties, scoring

3   100% on the boundary analysis, following county lines, and represents an improvement from the

4   benchmark.

5       We will now move east across the Panhandle to Districts 7 through 9, and there are three

6   districts wholly within 13 counties. District 8 includes all of Gadsden County, which is the only

7   majority-Black county in the state, and parts of Leon County. District 8 is a performing majority-

8   minority Black district protected by Tier One of the Florida Constitution and is drawn similar to

9   the benchmark district. The Black voting-age population in this district decreases slightly

10   compared to the benchmark district, but it is consistent with respect to the Florida Supreme Court

11   precedent to maintain existing majority/minority districts. A functional analysis conducted by

12   staff ensures that the voting strength of the minority group in both general and primary elections

13   does not deny or abridge the equal opportunity of racial or language minorities to participate in

14   the political process or diminish their ability to elect representatives of their choice.

15       Because of boundaries in District 8, Tallahassee is split similar to the benchmark map,

16   and in this configuration, it is split into only two districts. To achieve this, unfortunately, it

17   means splitting Jefferson County. This is due in large part because Jefferson County's boundaries

18   go from the state line to the Gulf of Mexico, cutting off the rest of the Panhandle from the Big

19   Bend. This decision is consistent with the methodology and application of the constitutional

20   standards throughout the map, as other cities in similar situations and counties with a protected

21   Tier One district are also split only twice, specifically, keeping both Gainesville and Ocala split

22   into just two other districts, as we will see later. In addition, nearly 90% of Jefferson County's

23   population is in the section within District 9 and the split through the county is entirely along

CUBANOS-0000006743

## House Redistricting Committee - Jan. 26, 2022

1  U.S. Highway 27. District 7 is made up of the remaining nine whole counties in this county

2  combination, as well as a small part of Leon County that is not in District 8 or 9. District 9

3  contains all of Madison County, in addition to the part of Jefferson County previously

4  mentioned, as well as approximately 150,000 people in Leon County.

5      Next, we will move over to Northeast Florida where there are six districts wholly within

6  two counties of Nassau and Duval. Districts 13 and 14 are performing Black districts protected

7  by Tier One of the Florida Constitution. District 14 is also a majority-minority Black district.

8  These districts are located entirely within Duval County similar to the benchmark districts but

9  both districts were able to be drawn in a more compact maner. The Black voting-age population

10  in both districts decreases slightly compared to the benchmark district, that is drawn in a

11  consistent manner with respect to the Florida Supreme Court precedent to maintain existing

12  majority-minority districts. The slight changes in voting-age population are acceptable so long as

13  a functional analysis is conducted to ensure the voting strength of the minority group in both

14  general and primary elections is at a comparable level that existed in the benchmark district. This

15  analysis conducted by staff ensures that the proposed district does not deny or abridge the equal

16  opportunity of racial or language minorities to participate in the political process or diminish

17  their ability to elect representatives of their choice.

18      All the districts in this county combination have improved in terms of visual compactness

19  and use of major roadways and waterways. The I-295 loop, St. Johns River, and Beach

20  Boulevard are some examples of the boundaries used in this area to create District 16. District 17

21  uses the county line and they share a boundary on Beach Boulevard with Districts 16 and 14.

22  Unlike the current map, no district uses the sharp angle of the Nassau-Duval County line, which

23  helps improve the compactness score of District 15. District 12 in the southern part of Duval

CUBANOS-0000006744

## House Redistricting Committee - Jan. 26, 2022

1   County primarily follows the St. Johns and Ortega Rivers, along with the Florida East Coast

2   Railway. Chair Leek, that is Districts 1 through 17, and I'd now like to recognize Representative

3   Sirois to present the next section.

4   Tyler Sirois: Thank you, Representative Byrd. Moving into Central Florida, which

5   includes Districts 10 and 21 through 24 you see that every county is kept whole except Alachua

6   and Marion. These are both too big to be kept wholly within a House district, in addition to

7   having a Tier One protected district within them. This whole region is an improvement on visual

8   and mathematical compactness compared to the benchmark districts in the area. Every district in

9   this region improve compactness except District 23, which is largely because of the water blocks

10  in Citrus County that are part of the new census geography this redistricting cycle. As we move

11  through the region, every city in Alachua County is kept wholly within a district, except

12  Gainesville. All of the Gainesville's population is included in two districts, similar to the

13  benchmark map. The municipal boundaries of Alachua and Gainesville are interlocked. To keep

14  Alachua whole, six unpopulated blocks from Gainesville were included in District 10, along with

15  the entirety of four whole counties in Baker, Columbia, Union, and Bradford. Every city in

16  Marion County is kept whole except Ocala, which is split into two districts, similar to the

17  decisions to keep Gainesville and Tallahassee in just two districts as well and consistently apply

18  our constitutionally standards.

19  District 21 is a performing minority district protected by Tier One of the Florida

20  Constitution. This district is located in part of Alachua and Marion County in a similar way to

21  the current benchmark district. The Black voting-age population in this district decreases slightly

22  compared to the benchmark district, but it is drawn in manner consistent with Florida Supreme

23  Court precedent that states, slight changes in voting-age population are acceptable so long as a

CUBANOS-0000006745

## House Redistricting Committee - Jan. 26, 2022

1  functional analysis was conducted to ensure the voting strength of the minority group in both

2  general and primary elections is at a comparable level that existed in the benchmark district. This

3  analysis, as with our other protected districts, has been conducted by staff. District 24 is wholly

4  within Marion County, and the city of Ocala is split between this district and the protected

5  District 21.

6      Let's take a look at Clay, St. Johns, Putnam, and Flagler Counties in Northeastern

7  Florida. The mathematical compactness of this region collectively improved compared to the

8  benchmark, although some districts went up and others may have gone down. The overall benefit

9  to the region is an improvement. District 11 is wholly within Clay County. District 18 is wholly

10  within St. Johns County and the remaining part of St. Johns County is split into two districts in

11  order to avoid having to split either Putnam or Flagler County. Every municipality in St. Johns

12  County is whole, including Saint Augustine in proposed District 19.

13      As we move down toward Central Florida, Districts 25 and 26 are both wholly located in

14  Lake County and the only municipality that is split is Leesburg between these two districts.

15  Every other Lake County municipality is wholly located within one of the districts wholly within

16  Lake County. Out towards the eastern coast, there are two districts wholly within Volusia

17  County, Districts 28 and 29. Every municipality in Volusia County is kept whole except Daytona

18  Beach Shores, whose municipal boundaries are interlocked with the city of Port Orange. Only 13

19  people live in this part of the city that is split. In the benchmark, five cities in Volusia County are

20  split.

21      Tom Leek: Members, we are going to pause here to explain some of the changes of the

22  PCS to Districts 20, 21, 24 and 27. This is the first area where there is a change between the PCS

23  before you and the HJR 7501 to pass the State Legislative Subcommittee last week. In this

14

CUBANOS-0000006746

## House Redistricting Committee - Jan. 26, 2022

1  region, the primary change is the boundary between Districts 20 and 27, which was adjusted to

2  follow more easily recognizable roadways. The boundary of District 27 was changed from

3  Southeast First Street to a primary major roadway, State Highway 40. This also has a benefit of

4  improving the boundary analysis scores for both Districts 20 and 27. A corresponding change to

5  the boundary lines of northeastern Marion County between Districts 20 and 27 was also made to

6  account for this change in population between the districts. The boundary between Districts 24

7  and 21 also had some minor technical changes made to help offset the population deviations in

8  these four districts. But otherwise, they are the same as they were before. The city of Ocala

9  remains split by just two districts, Districts 21 and 24, to stay consistent with other policy

10  choices throughout the map. The Black voting-age population for the Tier One protected Black

11  District 21 remains exactly the same as it did before, and the functional analysis, as with our

12  other protected districts ,was conducted by staff. Members, if you hear me reference technical

13  changes, we are talking about adjusting a road block or other minor adjustment. We'll have a

14  slide at the end of the presentation to demonstrate a few of these examples. Representative

15  Sirois, you are recognized.

16      Tyler Sirois: Thank you, Chair Leek. Now let's mover further down the coast and look at

17  Districts 31 through 34. Indian River County is kept whole, and in order to keep all four districts

18  within the overall population deviation range and still keep the districts in a compact – on a

19  compact, excuse me, stacked orientation, three municipalities in Brevard Counties are split: Palm

20  Bay, Melbourne, and Titusville. Every other municipality is kept whole in this region. These four

21  districts are similar to the shape of the benchmark, but effort was made to choose boundary lines

22  that are more recognizable rather than census block lines that sometimes travel through certain

23  areas, particularly the barrier island areas that do not follow other geographical features, but may

CUBANOS-0000006747

## House Redistricting Committee - Jan. 26, 2022

1  provide a slightly better compactness score. As a result, the average boundary analysis score of

2  these four districts improves greatly, so that in the proposed map, the average percentage a

3  district follows something other than a recognized political or geographical boundary is under

4  10%. For example, the boundary between District 32 and 33 is a major road, State Road 192, or

5  municipal lines the entire way across the county. The boundary between Districts 31 and 32 is

6  made up of waterways, the municipal lines of Rockledge and Satellite Beach, as well as the

7  Pineda Causeway.

8      The Central Florida region is an area of the state along the I-4 Corridor that experienced a

9  lot of population growth over the last decade. The combination of Orange, Osceola, and

10  Seminole Counties are able to fit 13 districts entirely within this three-county combination.

11  Within the original map heard in committee last week, five districts are kept wholly with Orange

12  County, two with Seminole County and one with Osceola County. Districts 40 and 41 are

13  performing Black districts protected by Tier One of the Florida Constitution. These districts are

14  located entirely within Orange County, similar to the benchmark districts in the area, but were

15  able to be drawn in a more compact manner and does not split the city of Apopka, as one of the

16  current benchmark districts does. The Black voting-age population in these districts decreased

17  slightly, but are drawn in a manner consistent with Florida Supreme Court precedent that states,

18  a functional analysis should be conducted to ensure the voting strength of the minority group in

19  both general and primary elections is at a comparable level that existed in the benchmark district.

20  This functional analysis conducted by staff ensures that the proposed district does not deny or

21  abridge the equal opportunity of racial or language minorities to participate in the political

22  process or diminish their ability to elect representatives of their choice.

23      Districts 43 and 46 are performing majority-minority Hispanic districts protected by Tier

16

CUBANOS-0000006748

## House Redistricting Committee - Jan. 26, 2022

1   One of the Florida Constitution. One district is located entirely within Orange County. The other

2   is entirely within Osceola County. The Hispanic voting-age population in these districts

3   decreased slightly compared to the benchmark districts, but it is drawn in a consistent manner

4   with respect to Florida Supreme Court precedent to maintain existing majority-minority districts.

5   A functional analysis conducted by staff ensures Tier One compliance.

6          District 47 is a new performing majority-minority Hispanic district located within

7   Osceola County and part of Orange County, while keeping the city of Saint Cloud whole. This

8   district was drawn as a Tier Two-compliant district that happens to be a new performing

9   majority-minority district that is consistent with Hispanic population growth over the last decade.

10  A functional analysis, as has been previously described, ensures Tier One compliance.

11          Throughout Orange County, as many major recognizable roadways are used as possible,

12  while also keeping cities whole that were previously split in the benchmark, such as Apopka.

13  Only one municipality is split in Seminole County, in Winter Springs, and as previously said,

14  Saint Cloud in Osceola County is kept whole.

15          District 44 has a significant Hispanic voting-age population of just over 43% that

16  although doesn't perform now, it may in the future. This is a significant Hispanic voting-age

17  population within the district that may have some influence in the electoral performance of the

18  district. Districts 44 and 45 in east Orange County share a border that consist of I-4 for a small

19  part in the southern end of the boundary line but then uses South Apopka-Vineland Road for

20  entirely, excuse me, for entirely the rest of the eastern boundary between these two districts. This

21  is an example of an easily recognizable roadway that was used, a four-lane divided roadway that

22  the Census Bureau did not designate as a primary or secondary road, so it is not included in the

23  roadway portion of the boundary analysis score, but it is still a recognizable boundary to use in

CUBANOS-0000006749

**House Redistricting Committee - Jan. 26, 2022**

1   this region, consistent with Supreme Court precedent.

2   Tom Leek: Thank you, we'll pause here again to review some of the changes in the PCS.

3   Five districts change in this region compared to the original bill, Districts 39 through 42, and 45.

4   You can see the whole area has had slight adjustments made in order to keep two more cities

5   whole, Oakland and Edgewood, which we will talk about in more detail now. Between Districts

6   39 and 45 along the western border of Orange County, the boundary between the two districts

7   previously followed along a primary road, Colonial Drive, which split the city of Oakland. In

8   order to keep the city whole, the entire city was added to District 45, which can be seen here as it

9   now reaches up to Lake Apopka. To adjust for the population change, District 39 now goes a

10  little further south to the Florida Turnpike, another major roadway. This was a small change that

11  kept the majority of the boundary lines on primary roads and municipal lines, while also being

12  able to keep a new municipality whole when compared to the original map.

13  Now looking at Districts 40, 41, and 42 to the east. The change between these three

14  districts was done in order to keep the city of Edgewood whole within District 42, which was

15  previously split by the boundary of 41 and 42 along primary road South Orange Avenue. Shifting

16  this boundary to another primary road, South Orange Blossom Trail, allows the district to keep

17  the city of Edgewood whole in District 42. An additional benefit of keeping Edgewood whole in

18  District 42 was that the northern boundary of District 41 shifted to use West Colonial Drive, a

19  major roadway, along the entire shared boundary of Districts 40 and 41. These changes also

20  helped the mathematical and visual compactness of both districts.

21  Finally, a further change was made to complete the population movement from Districts

22  42 to 40 by moving the boundary between the two districts, Forest City Road to the municipal

23  lines of Maitland and Eatonville. This final boundary shift brings all three of the districts in this

18

CUBANOS-0000006750

1  region into the overall deviation range the map had previously established. Representative Sirois

2  are, excuse me, Representative Robinson, you are recognized to present next.

3  Will Robinson: Thank you, Chair. Now let's take a look at Polk County. Much like the

4  ability to keep Bay County whole in a single district based on upon population figures, Polk

5  County was identified as a possible county where four districts could be kept entirely within the

6  county without any other district crossing the county lines. This is accomplished in this map.

7  This is considerably different than in the benchmark, where Polk County had two districts and

8  parts of three others included within it. Our two workshop options highlighted two distinct

9  alternatives to drawing these four districts within the county, keeping every municipality whole

10 in Option A and much more visually and mathematically compact districts in Bption B. With the

11 currently proposed configuration, those two concepts have been merged together as much as

12 possible so that each of the four districts have good visual and mathematical compactness while

13 also being able to keep every city within Polk County wholly within a district.

14 As we look at the region that includes Sumter, Hernando, and Pasco Counties, there is

15 enough population to form five districts within these three counties. Three districts are entirely

16 within Pasco County, as in the benchmark, but because of population growth, a fourth district

17 must now include part of Pasco County as well. The shape of District 52 is primarily due to

18 keeping Sumter County wholly within it and using the county boundary line for the entirety of

19 the eastern portion of the district. It then continues to use the Hernando County boundary as it

20 travels west to its remaining population. Within Hernando County, the district uses the Sun Coast

21 Parkway and a small part of US 98 for the entire western boundary. District 52 has a boundary

22 analysis score of 0% for non-political or geographic boundaries when you look at the data

23 packet. Another way to say it that is 100% of its boundaries fall onto one of the recognized

CUBANOS-0000006751

## House Redistricting Committee - Jan. 26, 2022

1   categories for boundary usage. This is the only district, other than the three districts in the map

2   that are made up of only whole counties, to have a score of 100%. District 53 is the only district

3   in this region to cross county lines, but it is the most compactly shaped district with the highest

4   compactness score of all three districts while following as many major roads as possible. The

5   boundary lines between the districts within Pasco County all primarily use roads that are

6   recognizable such as Little Road in western Pasco and I-75 and Old Pasco Road in the eastern

7   part of the county.

8        Moving to the Tampa Bay region, let's review Districts 57 through 72. This decade, 16

9   districts were able to be kept in the three county combination of Pinellas, Hillsborough, and

10   Manatee County. Five districts were kept wholly in Pinellas, seven districts in Hillsborough, and

11   two districts wholly in Manatee County. In the original map heard in committee last week, only

12   two districts crossed county lines, Districts 62 between Pinellas and Hillsborough, and 70

13   between Hillsborough and Manatee.

14        District 62 is a performing Black district protected by Tier One of the Florida

15   Constitution. The district is located as a part of Pinellas and Hillsborough Counties. The

16   benchmark district also included part of two other counties, crossing into four counties in total,

17   so this configuration is a vast improvement in the visual and mathematical compactness to the

18   benchmark district. It also vastly improves the boundary analysis, going from 30% of its borders

19   following a non-political or geographic boundary to just 9% in the proposed map. The Black

20   voting-age population in this district increases slightly compared to the benchmark district, nut it

21   is drawn in a manner consistent with Florida Supreme Court precedent that states, slight changes

22   in voting-age population either way is acceptable as long as a functional analysis is conducted to

23   ensure the voting strength of that minority group in both general and primary elections is at a

CUBANOS-0000006752

## House Redistricting Committee - Jan. 26, 2022

1  comparable level that existed in the benchmark district. This analysis conducted by staff ensures

2  that protection.

3  District 63 is a performing Black district protected by Tier One of the Florida

4  Constitution. This district is located entirely within Hillsborough County, similar to the

5  benchmark district, and was able to be drawn in a more compact manner that follows much

6  better boundary lines overall when compared to the benchmark district. The Black voting-age

7  population in this district decreases slightly compared to the benchmark district, but it is drawn

8  in a manner consistent with Florida Supreme Court precedent and the functional analysis ensures

9  the that Tier One protections are maintained.

10  More municipalities are kept whole in Pinellas County compared to the benchmark,

11  including the city of Clearwater for example. District 64 is another example of a district that

12  primarily uses major recognizable roadways in the area, in this case Gunn Highway, Sheldon

13  Road, Hillsborough Avenue, and Veterans Expressway. This creates a compact district that

14  shares a boundary with a protected Black district and also happens to be a majority-minority

15  Hispanic district in Hillsborough County. All the remaining districts in Hillsborough County

16  primarily use major roadways, railways, or rivers whenever possible to create recognizable

17  boundaries in the eastern part of Hillsborough County, which only has one incorporated

18  municipality, Plant City, which is kept whole.

19  Tom Leek: Here again we will pause to discuss some changes in the PCS to Districts 61,

20  62, 69 through 72. The difference between District 61 and 62 in the PCS is that by adjusting the

21  unpopulated water blocks that make up the tail of Hillsborough County from District 62 to

22  District 61, both districts improve in both visual and mathematical compactness. The districts

23  now use I-275 and the Sunshine Skyway as a boundary line between them. Although this does

21

CUBANOS-0000006753

## House Redistricting Committee - Jan. 26, 2022

1    technically bring District 62 into Hillsborough County, the Supreme Court has recognized that

2    splits of cities or counties that contain zero population, as this one, do not count as another split

3    of a unit of that geography. So we made the decision to make this change in order to improve the

4    compactness of District 61 and 62.

5    Moving further south into Manatee County, the district boundaries change between

6    Districts 71 and 72 in order to keep the city of Bradenton whole within District 71. These

7    districts shared a boundary along US 301, which splits the city of Bradenton in the original map,

8    but in this new orientation, the city of Bradenton is able to be kept whole in District 71, with

9    District 71 taking in more of the unincorporated population to the south of the city. This is a

10   slight decrease in compactness, but a co-equal Tier Two consideration, given an additional city is

11   able to be kept whole.

12   District 69, 70, and 72 also improved their boundary analysis score by following a

13   railway all the way down through Hillsborough and Manatee County line to create a more

14   visually compact District 70. District 69 and 72 uses the same railway as well and now have a

15   shared boundary at the Hillsborough and Manatee County line. Thank you Representative

16   Robinson, we'd like to recognize Representative Tuck to present the next section.

17   Kaylee Tuck: Thank you, Mr. Chair. Moving into Southwest Florida, we have District 73

18   though 83

19   Tom Leek: Representative Tuck can you move that mic a little bit closer to you?

20   Kaylee Tuck: Better? Maybe?

21   Tom Leek: Okay, thank you.

22   Kaylee Tuck: Okay, this is another example where we were able to improve the overall

23   compactness of a region when compared to the current map while also keeping three districts

22

CUBANOS-0000006754

## House Redistricting Committee - Jan. 26, 2022

1  wholly within Lee County, two wholly within Sarasota County, and another wholly within

2  Collier County. Also, we were able to keep six more counties wholly within a district. District 83

3  is made up of four of those whole counties in Hardee, Highlands, Okeechobee, and Glades

4  County. Charlotte County, which like Bay County this decade was its own House district, served

5  as the high end of the population deviation in the benchmark map. But with growth over the

6  decade the county outgrew the size of a House district and so the county must be split. Even

7  though the county was split, dividing the county like we did in this configuration between

8  District 75 and 76, using primarily Charlotte Harbor and the Peace River, resulted in helping the

9  compactness of the entire region and was part of the key to keeping other districts wholly within

10  Sarasota and Lee Counties, respectively.

11        Cape Coral was kept whole in a district last decade but is not too big to be kept whole in

12  a State House district. However, in continuing the consistent approach to keeping districts

13  wholly within geographic regions when feasible, the proposed District 79 is almost entirely

14  within the city limits, with 99% of the population within the proposed district in the city of Cape

15  Coral. North Port and Venice are also split due to the equal population reasons and both divided

16  along major roadways. Every other municipality is kept whole in this region including Fort

17  Myers, Naples, and Sarasota, among others, with the exception of Long Boat Key, because the

18  Sarasota-Manatee County line is kept intact. This is one of the four cities in Florida that is

19  divided between two counties.

20        In the southeast portion of Florida, Districts 84 through 86 are made from St. Lucie and

21  Martin Counties and include a small part of Palm Beach County. However, by having one of

22  these districts go into Palm Beach County in the case of District 86, that enable eight other

23  districts to be kept wholly within Palm Beach County. District 84 is kept entirely within St.

CUBANOS-0000006755

## House Redistricting Committee - Jan. 26, 2022

1  Lucie County. Port St. Lucie is one of the ten cities too big for a House district, so it must be

2  split. But all the other municipalities in Martin and St. Lucie County are kept whole. This new

3  configuration, compared to the benchmark districts in this area, are much more compact and

4  respectful of political and geographical boundary lines. This results in much better visual

5  compactness and more easily recognizable boundary lines. The western St. Lucie County line is

6  not crossed, as was necessary a decade ago for equal population reasons.

7  In Palm Beach County, eight districts, 87 through 94, are able to be kept wholly within

8  the county. This is only possible when another district, District 86 from Martin County takes the

9  right amount of population in Palm Beach County in the balancing act of population deviations.

10  In this case, Palm Beach County had approximately 57,000 too many people for eight State

11  House districts. So by including that amount of population in District 86, no other district had to

12  cross the Palm Beach County lines.

13  District 88 is a performing majority-minority Black district protected by Tier One of the

14  Florida Constitution. This district is entirely within Palm Beach County, similar to the

15  benchmark district, but this configuration is a vast improvement in visual and mathematical

16  compactness to the benchmark district that results in splitting five fewer cities than it did in the

17  benchmark plan. The compactness scores of this district are vastly improved, .08 Reock score in

18  the benchmark to a .30 in this configuration, .34 Convex Hull score to .57 in the proposal. This

19  allowed more municipalities to be kept whole in the county overall, as well improved

20  compactness to all the districts in the region. The Black voting-age population in this district

21  decreases slightly compared to the benchmark district, but it is drawn in a consistent manner with

22  respect to Florida Supreme Court precedent to maintain existing majority-minority districts. A

23  functional analysis also appropriately assures Tier One compliance.

CUBANOS-0000006756

## House Redistricting Committee - Jan. 26, 2022

1   District 89 is a compact rectangular-shaped district that also happens to be a majority-

2   minority Hispanic district. The shape of District 93 is largely due to keeping the city of

3   Wellington wholly within it, creating a point or arrow, but these are the municipal boundaries of

4   the city. Districts 90, 91, and 92 in the southern part of the county keep every municipality

5   whole, and the configuration of all these districts are mostly in order to accommodate keeping

6   those cities whole such as Boca Raton and Delray Beach. The Loxahatchee National Wildlife

7   Refuge along Districts 92 and 93 presents unique geographical considerations when drawing

8   districts, as the entire area, which is unpopulated, is a single census block. That is the reason why

9   those two districts have the bend in their shapes along the western side of each district and why

10  the entire district is included in District 94.

11      Tom Leek: Thank you, Representative Tuck. I would now like to recognize

12  Representative Byrd to explain the next section. Representative Byrd.

13      Cord Byrd: Thank you, Chairman. In the original bill we heard last week, Broward

14  County had nine districts wholly within the county and two other districts that crossed the

15  Broward-Miami-Dade County line. There are no districts that cross the Palm Beach-Broward

16  County line. Overall, the eleven total districts that make up the population in Broward County

17  have all improved in Tier Two metrics when compared to the benchmark districts in this region.

18  The region's compactness scores have also improved. More cities are able to be kept whole,

19  including Margate, North Lauderdale, and Dania Beach. The cities that are split for Tier One and

20  population equalization reasons are split as few times as feasible while balancing other Tier Two

21  considerations. For example, the city of Plantation is split into three districts, which is an

22  improvement over the benchmark, where Plantation is split five times.

23      Districts 97, 98, and 99 in the northern part of Broward County and Districts 104 and 105

CUBANOS-0000006757

## House Redistricting Committee - Jan. 26, 2022

1  in the southern part of the county are performing Black districts protected by Tier One of the

2  Florida Constitution. Districts 97 and 99 are majority-minority Black districts. Districts 97, 98,

3  and 99 are entirely within Broward County, while Districts 104 and 105 cross over into Miami-

4  Dade County as well. They are all similar to the benchmark districts, but drawn in a way that is

5  more compact and where more cities are kept whole, such as Margate and North Lauderdale. The

6  Black voting-age population in these districts are similar when compared to the benchmark

7  districts, but are drawn in a consistent manner with respect to Florida Supreme Court precedent

8  to maintain existing majority-minority districts that states, slight changes in voting-age

9  population either way is acceptable as long as a functional analysis is conducted to ensure Tier

10  One compliance.

11       District 103 contains all of Weston and is an otherwise compact district where almost

12  90% of the district boundary follow municipal lines, major roadways, or the Broward County

13  line, only deviating to equalize population, and also happens to be a majority-minority Hispanic

14  district wholly within Broward County. District 100 borders two Tier One-protected districts and

15  follows a railway along the majority of its western boundary that it shares with these two

16  districts. The visual and mathematical compactness of the districts in south Broward County

17  improved from the two workshop options in south Broward County. Districts 101, 102, 104, and

18  105 come together at a single point along a major intersection of University Avenue and

19  Sheridan Street, both divided four-lane state roads, State Road 817 and 822, respectively. Dania

20  Beach and Cooper City are also municipalities kept whole in Districts 102 and 101, respectively.

21       Tom Leek: Thank you, Representative Byrd, here we will pause to note some changes in

22  Districts 95 through 100. First looking at Districts 95 and 96, the boundary between them on the

23  north side has changed so that it follows a more recognizable boundary line in this area that is

CUBANOS-0000006758

## House Redistricting Committee - Jan. 26, 2022

1   also a major roadway, the Sawgrass Expressway. To account for the small increase in population

2   in District 95, District 96 was changed to include a small area north of Sample Road to equalize

3   the population within the map's overall deviation range.

4       The changes between Districts 97, 98, 99, and 100 were made in order to keep the city of

5   Oakland Park whole within District 98, which was split in the original map between three

6   districts. In order to avoid splitting another city to keep Oakland Park whole, District 97 shifts its

7   boundary within the city of Fort Lauderdale, which is already split. This change brings both

8   Districts 97 and 98 within the map's overall range of population deviation. The boundary

9   between Districts 98 and 100 also shift in the Pompano Beach area from the Florida East Coast

10   Railway to State Highway 9, a major primary roadway, and continues down to the Oakland Park

11   municipal line. This is a relatively minor change to these three districts that enables Oakland

12   Park, which was split into three districts in the original bill, to be kept wholly within one district.

13   I would like to recognize Representative Byrd to continue.

14       Cord Byrd: Thank you, Chair. Moving to the northern part of Miami-Dade County, you

15   can see that in the original PCB, Districts 104 and 105 both cross the Miami-Dade County line,

16   and those are the only two districts that cross this county line. This is an improvement over the

17   benchmark map that had four districts cross the Miami-Dade-Broward County lines.

18       Districts 107, 108, and 109 shown here in Miami-Dade County, are performing Black

19   districts protected by Tier One of the Florida Constitution. Districts 107 and 108 are majority-

20   minority Black districts; all three of these are entirely within Miami-Dade County. The Black

21   voting-age population in these districts are similar compared to the benchmark districts, with

22   slight changes, but are drawn in a consistent manner with respect to the Florida Supreme Court

23   precedent to maintain existing majority-minority districts. And that states, slight changes in

CUBANOS-0000006759

1   voting-age population either way is acceptable as long as a functional analysis is conducted to

2   ensure the voting strength of the minority group in both general and primary elections is at a

3   comparable level that existed in the benchmark district.

4          District 106 includes the whole city of Miami Beach, using the municipal line for the

5   southern boundary line. It also keeps the other eight beach municipalities north of Miami Beach

6   along the coast all wholly together. The districts' northern boundary stops at the county line.

7          Looking at the region, the average of the campagnas scores in these nine districts

8   improves in two of the three compactness tests, Reock, and Convex Hull, when compared to the

9   benchmark. Something else all of these districts have in common is their use of municipal lines.

10  Districts 107, 108, and 111 each have a small extension on their east sides, which also impacts

11  the shapes of their neighboring districts, Districts 106 and 112, respectively. In each case, these

12  extensions are made in order to keep cities whole within the districts. District 107 keeps the city

13  of North Miami Beach whole; District 108 keeps Miami Shores whole, while District 111 keeps

14  the city of Medley whole. There are also many other boundary lines that use municipal lines. For

15  example, the boundary between Districts 109 and 112 is made up of almost exclusively

16  municipal lines. There are also many other municipalities whole within these districts, for

17  example, Opa-Locka is kept whole in District 109, Miami Lakes is whole within District 110,

18  Miami Springs is whole within District 112, and Doral is whole within District 111.

19         Tom Leek: Thank you, we'll pause here again to discuss changes in the PCS to Districts

20  104 and 107. Let's look at Districts 104, 105, and 107. In the subcommittee last week, a member

21  asked a question regarding the city of Miami Gardens and whether there was a way to keep the

22  city whole, or at least reduce the number of times it was split. What you see here in the proposed

23  committee substitute reduces the number of times Miami Gardens is split from four to two. As an

CUBANOS-0000006760

## House Redistricting Committee - Jan. 26, 2022

1  added benefit of making that change, when adjusting for population, Districts 105 is now wholly

2  within Broward County, forming a very square-shaped district that is more visually and

3  mathematically compact than in the original bill. This change results in Broward County now

4  having ten districts wholly within it, and this reduces the number of districts that cross the

5  Miami-Dade-Broward County line to just one district, District 104, instead of four districts in the

6  current State House map.

7       While we are discussing this region of the state, I'd like to also take a minute to clarify

8  some of the questions that have been popping up regarding the Haitian population. In the

9  redistricting data set that states receive from the Census Bureau, it includes total population

10  counts by voting-age population and racial category, and total population by ethnicity, which the

11  Census Bureau defines as Hispanic or non-Hispanic. None of this data provided captures whether

12  an individual would self-identity as Haitian or any other nation of origin. There have been

13  questions about whether the American Community Survey data should supplement the

14  redistricting data. While the ACS survey is a Census Bureau product, it is an estimation of

15  population characteristics based on a small sample of population. This survey is not conducted at

16  the block level like the decennial census, which means we do not have the level of detail and

17  accurate data required to draw at the census block level. It should also be noted that the five-year

18  ACS estimation currently available only dates from 2016 to 2019. It is based on the 2010

19  population figures, not updated for the 2020 population figures.

20       Additionally, when looking at Tier One requirements and the ability-to-elect, we must

21  take elections data into account, just like with any other Tier One protected district to perform a

22  functional analysis. This means we need to evaluate voting-age population, registered voters,

23  voter turnout, and election results. When a voter self-identifies their race as part of registering to

CUBANOS-0000006761

## House Redistricting Committee - Jan. 26, 2022

1  vote, the options available to them do not include Haitian or any other nation of origin. The

2  categories available to select from are similar to the racial categories used by the Census Bureau,

3  therefore, we cannot conduct a functional analysis. Members, I know this is very in the weeds,

4  but this highlights the reason we have encouraged member feedback throughout this process.

5  Based on the member feedback we have received, it is our strong belief that this population is

6  protected within our current configuration of Black protected districts. I hope this helps to clarify

7  some of the questions we've received throughout the last couple of committee meetings. Allow

8  me to recognize Representative Byrd to continue.

9  Cord Byrd: Thank you, Chair Leek. And our journey around Florida is almost complete.

10  And I will conclude with House Districts 106 through 120. Now looking at Miami-Dade County

11  as a whole, 13 districts, 106 through 119, are wholly within Miami-Dade County. We already

12  talked about Districts 104 and 105, but one other district also crosses the Miami-Dade County

13  line, District 120, to include all of Monroe County. Districts 106 and 120 are the only two

14  districts that include all or part of Miami-Dade County that are not Tier One protected districts.

15  Districts 110, 111, 112, 113, 114, 115, 116, 118, and 119 in Miami-Dade County are all

16  performing Hispanic districts protected by Tier One of the Florida Constitution. All nine of these

17  districts are majority-minority Hispanic districts. They are also all entirely within Miami-Dade

18  County. The Hispanic voting-age population in these districts are similar compared to the

19  benchmark districts, with slight changes, but are drawn in a consistent manner with respect to

20  Florida Supreme Court precedent to maintain existing majority-minority districts. A functional

21  analysis conducted by staff ensures each of these districts are Tier One compliant.

22  Looking at the region as a whole, the average of the compactness scores in these 15

23  districts improves when compared to the benchmark districts. The biggest improvement over the

CUBANOS-0000006762

## House Redistricting Committee - Jan. 26, 2022

1 benchmark in these districts is in Tier Two metrics can be seen in the boundary analysis. In the

2 benchmark, these 15 districts combined followed an average of 29% of non-political or

3 geographic boundaries, Minor neighborhood roads, for example. The districts in the proposed

4 map cut that almost in half to an average of just 15%. This means that throughout the whole

5 region in Miami-Dade County, more major roadways, more city lines, and more geographical

6 features more unique to the area are used, such as major canals and rivers. Overall, this results in

7 much better use of recognizable boundary lines.

8       The shared border of Districts 114 and 115 utilize municipal lines for the majority of its

9 length. This is to keep the city of Coral Gables and South Miami whole in District 114 and the

10 cities of Pinecrest, Palmetto Bay, and Cutler Bay whole within District 115. This boundary line

11 appears more jagged then others in the area because of these municipal lines.

12       District 117 in Miami-Dade County is a performing Black district protected by Tier One

13 of the Florida Constitution that is entirely within Miami-Dade County. Its shape is similar to the

14 benchmark district, where Florida City is kept whole within the bottom part of the district. The

15 biggest improvement with this district can be seen on the boundary analysis. 43% of the

16 benchmark district followed non-political or geographic boundaries, and this proposed

17 configuration drops that number down to just 15% thanks to the use of the Dixie Highway and

18 Florida Turnpike for the majority of its border. The Black voting-age population in this district is

19 similar compared to the benchmark districts with a slight change, but is drawn in a consistent

20 manner with respect to Florida Supreme Court precedent, that slightly – that states slight changes

21 in voting-age population either way is acceptable as long as a functional analysis is conducted to

22 ensure the voting strength of the minority group in both general and primary elections is at a

23 comparable level that existed in the benchmark district, which is it.

31

CUBANOS-0000006763

## House Redistricting Committee - Jan. 26, 2022

1       Because of the north-south nature of the population distribution and the development of

2  the major roadways in this pattern area, many of the districts in the region take a more vertical or

3  north-south orientation. Districts 116, 118, and 119 are examples of this type of configuration,

4  while also using as many measure roadways as possible.

5       Finally, District 120 at the southern end of the state has all the remaining parts of Miami-

6  Dade County and entirety of Monroe County, including the Dry Tortugas.

7       Tom Leek: Whoa! Thank you, Representative Byrd. Members, we began with the most

8  eastern point of the Panhandle and we made it all the way to the Dry Tortugas. That, members, is

9  the proposed map in the PCS. Mr. Vice-Chairman.

10       Randy Fine: Thank you, Chair Leek, for that brief overview of the bill. Members, Chair

11  Latvala has a little quiz he's going to hand out now on the Polsby-Popper districts, scores for

12  each of the districts for you to take a look at. Now with that aside, we are going to move into

13  questions, members are there any questions on the PCS? Are there any questions? Okay

14  Representative Driskell, you are recognized for a question.

15       Fentrice Driskell: Thank you Mr. Chair and Vice-Chair. I have a number of questions. I

16  want to start about the Haitian population, Haitian language populations, because I heard it said

17  that we cannot conduct a functional analysis of Haitian speakers, but I want to get clear is it that

18  we could not perform a functional analysis or is it that it decided to not perform a functional

19  analysis?

20       Randy Fine: Chair Leek I know you answered this in your presentation. But you are

21  recognized to answer the question.

22       Tom Leek: Yeah, thank you. It is because we cannot, the data is simply not there. The

23  elections data that the state takes in, for instance, doesn't keep that information that would enable

CUBANOS-0000006764

**House Redistricting Committee - Jan. 26, 2022**

1    us to perform a functional analysis.

2         Randy Fine: Thank you. You are recognized.

3         Fentrice Driskell: Thank you Chair. I'm just curious, because I know that that is

4    something that we have to take into effect per the constitution. So I guess my question is you

5    know – what do we do? I mean I don't know that we can ignore the question, right? We can't,

6    we can't ignore that analysis though, right? The constitution requires us to conduct a functional

7    analysis on language minorities, am I correct in that?

8         Randy Fine: Chair Leek, you are recognized.

9         Tom Leek: Okay, I think you raise a good point. Remember, the Constitution also says

10   and prescribes that we can only use the census data

11        Fentrice Driskell: Chair, could you speak up a little.

12        Randy Fine: Let him finish his question. Let him finish answering the question and then I

13   will recognize you for a follow-up.

14        Fentrice Driskell: Oh, no, I'm sorry Chair Fine; I asked if he could speak up a little. I

15   can't hear.

16        Randy Fine: Okay.

17        Tom Leek: Oh okay, yeah. So the Constitution also requires that we only use the census

18   data. The census data doesn't include that information, and so we attack that in other ways, and

19   we believe through member input and other things that have come to us from you all, that we

20   have been able to protect those language minorities in the protected Black districts down south.

21        Randy Fine: Raise, if you – since I'm a little farther down, go ahead, you are recognized.

22        Fentrice Driskell: Thank you, Mr. Chair. Thank you, Chair Leek. So it sounds like

23   member input was one of the additional pieces of information that we took in. But it also sounds

CUBANOS-0000006765

1   like, and I heard the limitations that you referenced with regards to the American Community

2   Survey, the ACS, but isn't that the next best data set compared to the census data for us to

3   consider?

4       Randy Fine: Chair Leek, you are recognized.

5       Tom Leek: Yeah, recall that the ACS doesn't have detailed enough information to be

6   used in the redistricting process. So that would go along the lines with the member comments

7   that we got in this committee, and we believe that we have done that and were able to address it

8   in accordance with what the member who raised the comments asked in this last committee.

9       Randy Fine: You are recognized.

10      Fentrice Driskell: Thank you, Mr. Chair. So it sounds like, could you clarify, so the

11   committee did rely on, the committee staff did rely on ACS data in conjunction with member

12   input in doing the functional analysis for Haitian language-speaking districts?

13      Randy Fine: You are recognized.

14      Tom Leek: Thank you, sir. No, we really cannot rely on it. Remember, the ACS data is

15   from 2010, right. So it's 2010 data that we're trying to impose on a 2020 census, so that

16   information is just simply not reliable enough to be useful in this evaluation and analysis. But we

17   do believe that the issue that was raised and you are trying to get at was addressed through

18   member comments in this committee.

19      Fentrice Driskell: Okay.

20      Randy Fine: You are recognized.

21      Fentrice Driskell: Thank you, Mr. Chair. Was there anything else besides member

22   comments that was taken into account in conducting the functional analysis on language

23   minority districts?

CUBANOS-0000006766

## House Redistricting Committee - Jan. 26, 2022

1   Tom Leek: The answer is no. Couple of things there, you can't conduct a functional

2   analysis based on the ACS data. Because it doesn't exist. Our elections department doesn't keep

3   that information.

4   Randy Fine: You are recognized.

5   Fentrice Driskell: Thank you, well just for clarity. Well just for clarity, because I feel like

6   I'm going in a circle here. It's not that the ACS data doesn't exist. It sounds like it's that a policy

7   choice was made not to rely on it for the factors that you outlined earlier.

8   Randy Fine: You're recognized. But I do think Chair Leek has answered, the data does

9   not exist at the level of granularity that's necessary in order to do this test. But you are

10   recognized, Chair Leek.

11   Tom Leek: The elections data does not exist to perform that task, which is what I'm

12   saying. We can talk about the ACS data, but the ACS data doesn't contain the elections data. It is

13   not specific or detailed enough to be used in the redistricting process.

14   Randy Fine: You are recognized.

15   Fentrice Driskell: Thank you, Mr. Chair. What methodology was used in drafting these

16   maps and who established that methodology? And was that decision made public?

17   Randy Fine: Chair Leek you are recognized.

18   Tom Leek: Tier One, Tier Two, federal and state law, court precedent. And that has been

19   articulated to this committee and the subcommittees and the population since September.

20   Randy Fine: You are recognized.

21   Fentrice Driskell: Thank you, Mr. Chair. So given that we used Tier One and Tier Two

22   criteria, how did committee staff or you, or whoever is driving the policy decisions, how did you

23   reconcile or harmonize or prioritize those criteria when they were in tension? Especially if they

35

CUBANOS-0000006767

## House Redistricting Committee - Jan. 26, 2022

1   were in tension within the same tier or – the Constitution specifically says no one criteria takes

2   preference over the other.

3          Randy Fine: You are recognized.

4          Tom Leek: Thank you, that's a great question. We spent a lot of time going through

5   workshop maps and you guys will remember that the purpose of the workshop maps was to

6   demonstrate that there is no single legally compliant way to do it. What it looks like when you

7   make decisions based on whether you want to follow, we're talking about Tier One

8   classifications, whether you want to follow keeping cities whole, counties whole, roadways,

9   railways, and those types of things that are all consistent with your Tier Two compliance. And in

10   those instances where we, you know, the map you will see in some instances favored cities –

11   keeping cities whole and sometime population won't allow that. Sometimes our cities, believe it

12   or not, are discontiguous, that won't allow it. So we had to reconcile those tensions as best we

13   could, based on the feedback from this committee and the members we've discussed.

14          Randy Fine: Rep. Driskell you are recognized, and I'm going to ask you to wrap up this

15   line of questions and I'll come back to you. But I want to make sure everybody gets – I recognize

16   you may have more questions, but I see the Ranking Member's got some questions and I want to

17   make sure everybody has time. So if you could ask whatever questions in this line you have and

18   then we'll move on, but I will come back to you.

19          Fentrice Driskell: Thank you, Mr. Chair. That sounds good, I appreciate that courtesy.

20   Thank you for that response, Chair Leek. So then, did the committee staff keep a list of the

21   districts where those criteria were in tension so that we could take a look back at how those

22   decisions were made?

23          Randy Fine: You are recognized.

CUBANOS-0000006768

## House Redistricting Committee - Jan. 26, 2022

1   Tom Leek: Thank you. You know, I'm not being flippant here, but the list that we have is

2   in this notebook and it goes through and you can compare what's in this notebook to the last

3   draft and the last draft and you will see instances. And we tried to highlight them here today

4   where those changes kind of occur and you can see where some instances we chose to use this

5   road over that road. There is no definitive list other than what is in the bill before you.

6   Randy Fine: You are recognized.

7   Fentrice Driskell: Do we have – did I miss it in the packet, do we have copies of the

8   graphics that we just went through in that presentation that have the comparisons?

9   Randy Fine: You are recognized Chair Leek.

10   Fentrice Driskell: Do we have those in our packets?

11   Tom Leek: Yes you do, and remember, we talked about the graphics are also available on

12   the MyFloridaHouse.gov.

13   Fentrice Driskell: I don't think I saw them in my packet.

14   Randy Fine: I'm going to move on to Ranking Member Geller. But I recognize you may

15   have some more questions later. Ranking Member Geller, you are recognized for a question and

16   then we will move on to Rep. Thompson.

17   Joe Geller: Oh, I just a review. Okay. I want to start by returning to some questions that

18   Rep. Driskell was asking about Haitian language minorities. I'll do so recognizing that the Chair

19   has responded substantially. But I'm still confused so I have more questions. All you can do, if I

20   understand correctly, the position of the Chair and the committee is that we may not use the ACS

21   data because the ACS data is insufficient or deficient in some regards that would make it suitable

22   for use as guidance in drafting. Am I correct on that?

23   Randy Fine: You are recognized.

CUBANOS-0000006769

## House Redistricting Committee - Jan. 26, 2022

1   Tom Leek: Thank you. I think the word that you said in that question that is most

2   applicable here is deficient. The data is deficient. Not only is it antiquated, it is not kept with the

3   specificity and precision that is necessary to be used in the redistricting process.

4   Joe Geller: Thank you.

5   Randy Fine: You are recognized.

6   Joe Geller: Oh, Mr. Vice-Chair, or Chair as the case may be, for purposes of this portion.

7   That being said and I understand we did focus specifically on the ACS data, but we still have a

8   Tier One mandate to look at language minorities as far as the drafting of the districts that we're

9   drawing. So, if we can't use ACS –

10   Randy Fine: Keep going.

11   Joe Geller: If we can't use ACS, were we able to conduct a functional analysis of the

12   minority language population that speaks Haitian Creole? How was that functional analysis of

13   that minority language group conducted using whatever are permissible materials? And can we

14   see the results of that functional analysis?

15   Randy Fine: You are recognized Chair Leek.

16   Tom Leek: Thank you. I do feel like we've covered this. You cannot perform a functional

17   analysis without elections data. That elections data that you are talking about on language

18   minorities does not exist, which highlights why it is so very, very important for member

19   participation in this, which is precisely what we think we were able to achieve through member

20   participation in the protected districts.

21   Randy Fine: Okay. Pretty soon, I will start to move into the asked and answered territory.

22   But yep, Ranking Member Geller you are recognized.

23   Joe Geller: Thank you and hopefully not till I actually get an answer, which I understand

CUBANOS-0000006770

## House Redistricting Committee - Jan. 26, 2022

1  is a tall order. But – and again I hear what you said Chair, my question is, does your answer

2  mean that we did not conduct a functional analysis as to the minority Haitian language

3  community because it is the – I'm going to say opinion, I could say decision, whatever of the

4  Chair and the committee that there is not sufficient permitted reliable data to conduct that

5  functional analysis as to that language group?

6       Randy Fine: I think that question has been asked repeatedly but I'll give you one more

7  shot at it Chair Leek.

8       Tom Leek: Yeah, let me say it again. The data to conduct a functional analysis can only

9  be done through elections data. The state of Florida does not keep elections data, you don't

10  identify as Haitian on your election data, such that you will be able to perform a function

11  analysis specific to the Haitian language minority. However, we believe we have been able to

12  achieve that through a functional analysis of the protected Black district.

13       Joe Geller: Thank you and let me try to move on.

14       Randy Fine: You are recognized.

15       Joe Geller: And build on that answer if I might Mr. Chair.

16       Randy Fine: Okay you are recognized.

17       Joe Geller: In what way does the functional analysis conducted of the protected Black

18  district actually shed light specifically on the Creole language minority?

19       Randy Fine: Chair Leek you are recognized.

20       Tom Leek: Okay I'm going to say this again. A functional analysis involves elections

21  data. Elections data is not kept on Haitian language speaking minorities. Elections data is not

22  available. You can't mark it, right. You can mark yourself Black. So what we have to do is we

23  have to the functional analysis on the Black protected district and then with member conduct we

CUBANOS-0000006771

## House Redistricting Committee - Jan. 26, 2022

1    believe we have addressed that through the maps. Member comment, sorry.

2        Randy Fine: You are recognized.

3        Joe Geller: How does the member comment provide functional analysis as to the

4    language minority?

5        Randy Fine: You are recognized Chair Leek.

6        Tom Leek: Member comment is not functional analysis.

7        Joe Geller: Then I'm –

8        Randy Fine: You are recognized, keep going.

9        Joe Geller: Thank you Mr. – then I'm back to asking, the question was there a functional

10   analysis conducted as to the language minority or is the answer simply that no, there is not

11   because there is not a way to do so?

12       Randy Fine: I think Chair Leek has answered this repeatedly. You cannot do a functional

13   analysis on data that does not exist. But I think what he is saying is they got perspective on that

14   from members who understand those districts in which those individuals live. So there is no data

15   in which to do – as a former mathematician you can't do data when there is no data set.

16       Joe Geller: Just to beat that horse one more time after death.

17       Randy Fine: Yep, one more time. Then we're moving on.

18       Joe Geller: There is no functional analysis of the language minority for the reasons that

19   were just stated.

20       Randy Fine: Chair Leek, do you want to try again.

21       Tom Leek: Yep, I will rely on my prior answer.

22       Joe Geller: Okay. Thank you. If I could move on to just –

23       Randy Fine: Yeah, in a couple of minutes. I am going to move on to Rep. Thompson.

CUBANOS-0000006772

## House Redistricting Committee - Jan. 26, 2022

1 We'll, we'll, I just want to keep it moving and let people have a chance to speak. Do you want

2 me to have Rep Thompson have a bite at the apple and we'll come back to you?

3 Joe Geller: Just one – let me just get this one last one in here. And it's probably two

4 questions are on the same thing.

5 Randy Fine: Remember I'm the over so –

6 Joe Geller: Sorry?

7 Randy Fine: I'm the over so it's okay. It's okay.

8 Joe Geller: Self-chosen terminology. Again, this is building on something that Rep

9 Driskell asked. Is it only 30 districts where there is some impact of a protected or benchmark

10 district that functional analyses were performed or were functional analyses performed for 120

11 districts or is there some other subset besides those two that would describe how many functional

12 analyses were conducted. Or how many districts were subject, I should say, to functional

13 analysis?

14 Randy Fine: Chair Leek, you are recognized.

15 Tom Leek: All 30 protected districts had functional analyses performed.

16 Randy Fine: Okay, follow-up you are recognized.

17 Joe Geller: Were there any districts other than those 30 that are protected or

18 benchmarked, whatever we want to call them, where there was a functional analysis performed?

19 Randy Fine: Chair Leek, you are recognized.

20 Tom Leek: Yeah, let me see if I can give it a shot. I might have to kick this to Ms. Kelly.

21 But when you start with a benchmark, I want to make sure everybody knows what we're talking

22 about with benchmark, we are talking about the prior maps. Those are the benchmark maps and

23 within those there are protected districts, you perform a functional analysis on those protected

CUBANOS-0000006773

## House Redistricting Committee - Jan. 26, 2022

1   districts in the benchmark maps. Then as you go through and you start your drawing process,

2   where a protected district was, you would continue to perform a functional analysis through the

3   many iterations to make sure it complies with Tier One of our standards. Did I do that okay?

4        Randy Fine: You are recognized.

5        Joe Geller: So my question is. In addition to those, call them benchmark or protected,

6   those 30. Were there any other functional analyses performed on other districts then the 30?

7        Randy Fine: You are recognized, Chair Leek. Oh, Director Kelly, you.

8        Tom Leek: Let me kick this to Ms. Kelly.

9        Randy Fine: Ms. Kelly you are recognized to answer the question.

10       Leda Kelly: Thank you Chair, thank you Vice-Chair. So whenever you start with your

11  initial benchmark map it is obviously a different map than the one you are looking at now. It's

12  the currently enacted House districts.

13       Joe Geller: It's the what?

14       Leda Kelly: It's the currently enacted House districts. So it's a different map than the one

15  that is before you. So there is multiple steps, and I'm going to kind of elaborate on what Chair

16  Leek just said. You begin by looking at all of the population. So that's population across all of

17  the entire state. There are some districts where it would be inappropriate to perform a functional

18  analysis because you can tell based on their population statistics alone that it would not warrant a

19  functional analysis. And the Supreme Court has said that it's only appropriate to perform a

20  functional analysis in order to protect and ensure we are protecting appropriately those Tier One

21  districts. As you begin your functional analysis, you look to those districts, you perform that to

22  understand what areas and what districts may need to be protected as you continue your drawing

23  process. Once that's done you go and you, quite frankly, look at the overall population of the

42

CUBANOS-0000006774

**House Redistricting Committee - Jan. 26, 2022**

1   state, which obviously this decade has shown very large growth, but also shows shifts across the

2   regions of the state as well. So as you continue to draw based on Tier Two, based on Tier One

3   whenever we come to a completed, or I'll call it a 95% completed work product, you perform

4   your functional analysis. Again, to ensure that any of your decisions that you've made

5   throughout that process haven't negatively impacted the protection that would need to be applied

6   to a district to a minority group to ensure that they can elect a candidate of their choice. I hope

7   that helps clarify, thank you.

8       Randy Fine: You good for now? Oh, okay, you are recognized.

9       Joe Geller: No, not quite. But that was very helpful, but my question is really a numerical

10   one. The information about the process was very helpful and I appreciate that. But my question

11   is, were there, and I understand your answer, I think, and Chair if you could move your head just

12   a – thank you, so I can see Ms. Kelly. Are there – we're looking – it's based on the map enacted

13   in 2010. And we look at that map. My question is are there – were there more than 30 functional

14   analyses of the districts that are benchmarked or protected on the 2010 map that were

15   performed? Is there – is it only on those districts regardless of how they end up here or were

16   there others in addition to the 30 where a functional analysis was performed?

17       Randy Fine: Chair Leek, you are recognized.

18       Tom Leek: Yeah. let me see if I can take some – I think you are trying to ask if whether a

19   functional analysis was performed on districts other than protected districts. I can tell you –

20       Joe Geller: Frankly, yes.

21       Tom Leek: It's hard to answer the question you are asking because functional analyses is

22   performed on protected districts through each iteration so it's not like you can come back and say

23   there were two, there were three. In many instances to make sure that we are complying with

CUBANOS-0000006775

## House Redistricting Committee - Jan. 26, 2022

1  Tier One of our standards, functional analyses are continually performed on those protected

2  districts. We did not perform functional analysis on districts that were not protected. If that helps

3  you.

4      Joe Geller: Well okay, let me follow-up if I might.

5      Randy Fine: I think that answers, I think that answers your question.

6      Joe Geller: That last. Because I think the last sentence suddenly, I think if I understood it,

7  answered what I'm asking. Only the 30 districts shown previously and identified as one of the

8  nomenclatures we used had functional analyses performed on them. Because I'm not asking how

9  many functional analyses were performed. Because I understand in some cases as lines change,

10  you've got to do multiples for the districts that existed. I'm just asking if there were 32 or 34

11  districts that had it or just those 30. If I understood your last sentence, it seems to say nothing

12  except those 30 districts had functional analysis, am I understanding that right?

13      Randy Fine: Chair Leek, you are recognized.

14      Tom Leek: Yeah, I believe you are. The 30 protected districts are the ones we performed

15  the functional analyses on.

16      Joe Geller: I'm good for now Mr. Chair. Thank you. I'll come back with others when you

17  get a chance.

18      Randy Fine: Okay, alright. I just want to make sure everyone gets a bit.

19      Joe Geller: Yes, sir thank you.

20      Randy Fine: Representative Thompson, you are recognized.

21      Geraldine Thompson: Thank you, Mr. Chair. I have a question with regard to the use of

22  census data as it relates to the prison population. They are counted in the census data, however,

23  they cannot vote. Was there any adjustments made to take that into consideration?

CUBANOS-0000006776

## House Redistricting Committee - Jan. 26, 2022

1    Randy Fine: Chair Leek, you are recognized.

2    Tom Leek: I think I can answer your question. The Florida law and the Constitution

3    requires we use the census data as given to us. The census data includes – it begins with where

4    somebody resides and then in those instances the prisoner is considered to be residing where they

5    are when they answered the census. I don't know of any analysis done on whether they could or

6    could not vote, or had their rights restored, I just don't know.

7    Randy Fine: Rep. Thompson, you are recognized.

8    Geraldine Thompson: Are you aware of any prison inmates who are allowed to vote in

9    the state of Florida?

10   Randy Fine: And I'm going to let Chair Leek answer that question. But we want all the

11   questions to be kept to the topic of the PCS. I think whether you're in prison and can vote or not

12   is not really the subject of the PCS. So Chair Leek if you want to answer that but I ask members,

13   there is enough members who want to ask questions, let's keep the questions to the bill at hand.

14   Tom Leek: Thank you, I'm not aware.

15   Geraldine Thompson: Thank you. Another question, thank you.

16   Randy Fine: You are recognized.

17   Geraldine Thompson: Thank you. In the review, the overview, it was stated that House

18   District 47 is a Hispanic access district and is a new Hispanic access district. And when we

19   looked at the compactness scores, 47 existed before it was Hispanic access. There's no

20   benchmark map, why is that?

21   Randy Fine: Chair Leek, you are recognized.

22   Tom Leek: Let me defer to Mr. Poreda.

23   Randy Fine: Our chief map drawer, you are recognized.

45

CUBANOS-0000006777

## House Redistricting Committee - Jan. 26, 2022

1   Jason Poreda: Thank you Mr. Chairman. So District 47 does not have an analogous

2   district compared to the benchmark map. That is why it is a new district, or a new performing

3   minority Hispanic district in that area. Its boundaries were created in order to keep the city of St.

4   Cloud whole, as well as use many of the major roadways that goes up into Orange County, but

5   there isn't an analogous district to compare it to, so it does not have a benchmark comparison.

6   Randy Fine: You're recognized.

7   Geraldine Thompson: Is that also true for 44, which does not have benchmark data?

8   Randy Fine: You're recognized Mr. Poreda.

9   Jason Poreda: I would have to double check what we compared District 44 to, but there is

10   no district in the benchmark that had a similar Hispanic voting-age population, but that is also a

11   performing district. That is a district that has a significant Hispanic voting-age population in the

12   current map that in this proposal that you see here, but it is not something that we evaluated for a

13   functional analysis or anything like that. There are many other districts throughout the state

14   where, as population is shifted in general, there might not be an exact analogous district to

15   compare compactness data to, and that might be why some districts, as populations have shifted,

16   don't really have a fair comparison to compare compactness scores.

17   Randy Fine: Yes, you're recognized.

18   Geraldine Thompson: Thank you. Can you describe for me how you define a Hispanic

19   access district? What characteristics go into helping you determine that this would be a Hispanic

20   access district?

21   Randy Fine: Chair Leek, you are recognized.

22   Tom Leek: Yeah, so the same way you would a Black performing district. It's a

23   performing district that conforms with Tier One. Similar process and analysis but it's a

CUBANOS-0000006778

**House Redistricting Committee - Jan. 26, 2022**

1 performing district that conforms with Tier One.

2 Randy Fine: You wanna keep going? Again, you can have a second bite if you wanna

3 think about it for a little bit.

4 Geraldine Thompson: Thank you. Based on the census, which is what you used to draft

5 the districts, and can you tell me where the Black and brown individuals who came into the state

6 generally in terms of significant populations, where did they settle?

7 Randy Fine: I don't know that census data is really subject to the bill, but you're

8 welcome to answer that if you'd like.

9 Tom Leek: Yeah, so we can see where growth happens but not on the level of detail that

10 you're talking about. Right, so we know there was a lot of growth. There's a census that will tell

11 us a lot of folks came to the Orlando area, I think South Florida as well, but not at the level of

12 data that I think you're asking about.

13 Randy Fine: You're recognized.

14 Geraldine Thompson: Thank you. The response that I got just a few minutes ago

15 indicated that you look at performance in terms of defining a Hispanic access district and House

16 District 44 has not performed as a Hispanic access district. So if it's performance, how did you

17 determine that this was a performance, I'm sorry, a Hispanic access district?

18 Tom Leek: I'm gonna kick this over to Mr. Poreda again, but just to be clear, access

19 district is still a terminology that is around but is not one that is used anymore in the law. Beyond

20 that, let me kick it over to Mr. Poreda.

21 Randy Fine: You're recognized Mr. Poreda.

22 Jason Poreda: Thank you Mr. Chairman. So if you remember in our two workshop

23 options that we presented in this area, there was actually four districts that were over 50%

47

CUBANOS-0000006779

## House Redistricting Committee - Jan. 26, 2022

1   Hispanic voting-age population. We did run a functional analysis on those four districts, and two

2   of them did not perform. So, the two ones that were lower down toward closer to 50%, the two

3   that were higher closer to what is in the map that you see before you, they did perform like the

4   two benchmark districts did that were of similar Hispanic voting-age population in the map. As a

5   result, we made an adjustment in the proposal that you see here so we could ensure that three

6   districts would perform at similar levels to the benchmark as those two other benchmark

7   districts, even though District 47 doesn't have an exact analogous to compare it to. It was not

8   necessary to run a functional analysis on District 44, having previously noted those two other

9   districts closer to 50 did not perform.

10   Geraldine Thompson: Thank you Mr. Chair.

11   Randy Fine: Alright. We're gonna move onto Representative Omphroy. You had some

12   questions? I can't really see you so. Just like wave –

13   Rep. Omphroy: Sorry. Thank you so very much.

14   Randy Fine: Wave if you want a follow up. You're recognized.

15   Rep. Omphroy: Thank you very much Chair. I just wanna understand more of the

16   reasoning as to why the city of Fort Lauderdale small portion was moved into District 87 and

17   why North Lauderdale was kept whole. I wanna point out that North Lauderdale has two Haitian

18   Americans that were recently elected to office and the reasoning is, I'm just trying to see why we

19   made the move to include City of Fort Lauderdale, a small portion, but to keep the city of North

20   Lauderdale whole.

21   Randy Fine: You're recognized.

22   Tom Leek: Thank you. Let me kick that to our chief map drawer, Mr. Poreda.

23   Jason Poreda: So if you remember in the previous one we were going through, the

CUBANOS-0000006780

## House Redistricting Committee - Jan. 26, 2022

1   changes between the PCS and the PCB. That change was done in order to keep the city of

2   Oakland Park whole. So the city of North Lauderdale is still whole within District 97, but the

3   city of – there's a lot of municipalities in that area. Some of them actually interlock with each

4   other, so rather than split an additional city, some population was moved within the city of Fort

5   Lauderdale, which was already split, and that helped us keep the city of Oakland Park whole in

6   District 98.

7        Randy Fine: You're recognized.

8        Rep. Omphroy: Thank you.

9        Randy Fine: Are you good? Okay, you're good. Okay, alright, so are there any members

10  who have not asked a question yet who'd like to? Okay, Representative Bush, you're recognized

11  and then Representative Goff-Marcil, you'll be after him.

12       Rep. Bush: Thank you, Chairman Fine. For clarity and information purposes, in your

13  joint resolution for 7501, reapportionment, apportionment, which includes the Senate as well as

14  the House, my question would be, will we have an opportunity for the Senate maps, to be able to

15  have some input, or to hear 'em in a committee, or to make an amendment, or vote on those

16  maps? Or should I say vote on the map? And I do have some concerns just about the minority

17  access district and I wanted to give some input in that and so, I think the question is would we

18  have an opportunity to have a committee process with those or Senate map, with the Senate map.

19       Randy Fine: Rep. Bush that's not in the nill today, but I'm gonna still let Chair Leek, if

20  you'd like to answer the question.

21       Rep. Bush: Okay, I apologize.

22       Tom Leek: Yeah, as a process question and as is customary for us, we have an agreement

23  with the Senate that we will defer to the Senate to draw Senate maps and they will defer to us to

49

## House Redistricting Committee – Jan. 26, 2022

1  draw House maps. I know that they've already voted their maps off the floor, so if you wanted to

2  have input on that process, it would've have to have been through your senator and that time has

3  come and gone. At the end of the day, we will pass a joint resolution that includes both the

4  Senate maps and the House moving forward.

5        Rep. Bush: Thank you sir.

6        Randy Fine: You good? Okay, Representative Goff-Marcil, you're recognized.

7        Rep. Goff-Marcil: Thank you Vice Chair. Could you tell me what person, groups, or

8  organizations were consulted for policy or legal advice in drafting this current map and where

9  would the public or the members of this committee go to find that information?

10       Randy Fine: Chair Leek, you're recognized.

11       Tom Leek: Thank you. The only people consulted were you all, members of the

12  committee, and our staff, and legal counsel, excuse me. Counsel we've retained as well.

13       Rep. Goff-Marcil: Follow up.

14       Randy Fine: Goff-Marcil, if you have follow up? If you could talk more directly into the

15  microphone. It's a little hard to hear.

16       Rep. Goff-Marcil: Thank you Vice Chair.

17       Randy Fine: You're recognized. Go ahead.

18       Rep. Goff-Marcil: Thank you. Were the staff contacted by members of the public,

19  lobbyists, or members about these maps, and where would we find that information?

20       Randy Fine: Chair Leek, you're recognized.

21       Tom Leek: Any members of the public can make comment through the redistricting

22  portal, but otherwise, no.

23       Randy Fine: Rep. Goff, you're recognized.

CUBANOS-0000006782

## House Redistricting Committee - Jan. 26, 2022

1  Rep. Goff-Marcil: Were there any efforts to go on the road or at least have

2  accommodation of remote testimony to the public to educate them about this process and how

3  we were going to proceed with this process?

4  Randy Fine: I don't know that that's subject of the nill. I mean I do think the internet is

5  this really cool thing where you can go and look at stuff no matter where are in the state, but

6  Chair Leek, if you wanna take a shot at that.

7  Tom Leek: Yeah, so if we were sitting in a court room I would object because the

8  question is compound. But there were efforts and we made available the website for anybody to

9  provide public input. Then I would also object to that you're asked question to which you don't

10  know the answer because you've been here through the whole process and you know we didn't

11  go on the road.

12  Randy Fine: Follow up?

13  Joy Goff-Marcil: Thank you Vice Chair. I would, like I said, didn't quite know the

14  answer to that question. I know we had the redistricting place to, but the public can go to the

15  redistricting website, but I do not know how much the public input was used to make this map.

16  How would they know that?

17  Randy Fine: That's a different question than what you asked before, but would you like

18  to ask that question?

19  Joy Goff-Marcil: Yes, please.

20  Randy Fine: So ask it then. Go ahead.

21  Joy Goff-Marcil: Could you tell me, thank you, thank you Vice Chair. Could you tell me

22  how much of the public input from the website was used in making these maps?

23  Randy Fine: Chair Leek, you're recognized.

CUBANOS-0000006783

## House Redistricting Committee - Jan. 26, 2022

1   Tom Leek: Yeah, I don't think we can quantify it because we left to members like you

2   and the other members in this committee and members in the Legislature to go out within their

3   communities and retrieve that information and charge them with bringing it forward. So to the

4   extent that you did that or any other member did that with some staff or anyone else, it was

5   considered.

6   Joy Goff-Marcil: One more.

7   Randy Fine: You're recognized.

8   Joy Goff-Marcil: Thank you Vice Chair. It would be difficult for us to do that when we

9   were not given the map until about a week ago. Could you please expand on how we would have

10   done that without being able to talk about or know anything about what maps were gonna be in

11   front of us.

12   Randy Fine: Again, I think that's a different question than the question you had asked.

13   The question before was public input taken into the process. I think now you're asking a question

14   about public input on these particular PCSs. Is that your question?

15   Joy Goff-Marcil: Thank you Vice Chair. I was asking if there was public input. That is

16   one of my questions, but then I was told that I was supposed to get the public input by going or

17   having a town hall and I really did want to have a town hall, but it was really difficult to have a

18   town hall without having any idea what the map could be. So could you explain to me how I

19   could have had a town hall when I have no idea what the map is gonna look like?\

20   Randy Fine: Sure. I'll let Chair Leek answer that, but there's two separate questions.

21   There's public input on the redistricting process and then there's public input on this PCS. And

22   I'll let Chair Leek decide how he wants to bifurcate that in his answer.

23   Tom Leek: Yeah, the maps that you have before you are a variation of the maps that you

CUBANOS-0000006784

## House Redistricting Committee - Jan. 26, 2022

1   had before, which are a variation of the maps that were posted in the subcommittees and came

2   through. So, it's not like it was four days or – it's actually substantially more time. Quite frankly,

3   our job is difficult. Sometimes it's difficult to do those things, but it can be done, and I don't

4   know what if any efforts members of this committee took to get input from the public on these

5   particular maps, but the process has to move along.

6       Randy Fine: Just to clarify, the workshop maps, which theoretically one could have done

7   a town hall on. If you could remind me Staff Director Kelly, when did those come out? I can't

8   remember. Last week of November, first week of December, so if some had wanted to do a town

9   hall just using the workshop maps as perspective, they would have had close to two months in

10  order to do that. Okay, follow up?

11      Joy Goff-Marcil: Yes, please. Thank you Vice Chair. About the workshop maps, we were

12  told that they were just workshop maps. So I'm not sure how we would have done a town hall on

13  those workshop maps, especially when it was the holidays and everybody was celebrating with

14  their families and trying not to get Omicron. Or getting Omicron. So.

15      Randy Fine: So I'm gonna clarify – I guess I'm gonna ask – I think I'm gonna try to

16  distill your question for you. I think your question is how were we supposed to do a – your desire

17  would have been to do a public town hall on these maps and your question is how would I have

18  done that on the map that we're considering today as part of the normal legislative process? Now

19  that I've sort of restated your question, I'll let Chair Leek give you an answer then.

20      Tom Leek: Yeah, I mean so you could've workshopped the maps yourselves, right? And

21  so the point of the workshop maps was to demonstrate to folks the different types of decision-

22  making processes through which you could legally approach the maps. You could take public

23  input on that all day long, with regard to the maps and the variations that you've seen. Then, you

53

CUBANOS-0000006785

## House Redistricting Committee - Jan. 26, 2022

1   might have to move more quickly, but you could also get public input from your constituents.

2   You can do any number of things that modern legislators do in a digital society to get that input.

3   Joy Goff-Marcil: That's all I have for now. Thank you.

4   Randy Fine: Do you have a follow up? Okay, was there any other members wishing to

5   ask a question who have not yet? Representative Skidmore. And again, we'll do second bites, but

6   Representative Skidmore, you're recognized.

7   Kelly Skidmore: Thank you Mr. Chair. I'm curious about the number of minority

8   majority Hispanic seats in this map, specifically the number of majority-minority Black seats and

9   then also the same for what I guess we used call access seats, which aren't necessarily minority-

10  majority, majority-minority but I've heard it say we don't use that terminology anymore. So I'm

11  not sure which terminology to use, but I'm just curious if I wanna see what the differences are

12  from the benchmark maps to this map in terms of those types of seats.

13  Randy Fine: Chair Leek, you're recognized.

14  Tom Leek: I'm gonna perfect this just to make sure we're all on the same page.

15  Remember when you speak minority-majority, you're talking about population and not

16  necessarily performance, and then when you move into protected districts, you're talking about

17  performance. I guess your question is what are the differences between the benchmark maps and

18  the current maps on all of those, which I think is most of the presentation that we've done here

19  today. So, is there a specific question on any specific district or –

20  Randy Fine: You're recognized to clarify.

21  Kelly Skidmore: Thank you Mr. Chair. I'm curious because as we heard the presentation

22  today on many if not all but one, all the Tier One Hispanic or Black seats had a decrease, slightly

23  decrease, slightly decrease, slightly decrease, slightly decrease, slightly decrease. So I'm curious that all of those

CUBANOS-0000006786

## House Redistricting Committee - Jan. 26, 2022

1  districts were decreased but we had an influx population of one and a half million Hispanics and

2  500,000 African-Americans. Where did they all go and why are these district numbers in

3  population all reduced? Almost every one that was described with the same verbatim language.

4      Randy Fine: Chair Leek, you're recognized.

5      Tom Leek: Yeah, let me do my best with this. One, I disagree with the premise and the

6  suggestion that all of them decreased. I think what you're talking about is HVAP and BVAP,

7  which would be the population. And the Supreme Court has told us that decreases or increases

8  that are not material are perfectly constitutional. Then once you get past that, so that's kind of

9  something we consider after we get all the population set. We ensure that they are still

10  performing and we do those types of things. But that's an analysis that comes at the end. I don't

11  know if that answers your question, but I'm trying.

12      Randy Fine: Follow up or are you good? Go ahead.

13      Kelly Skidmore: Follow up Mr. Chair.

14      Randy Fine: You're recognized.

15      Kelly Skidmore: Thank you. So in understanding that ten years ago there were 30

16  protected seats, I'm curious as to how you determined that today there are still only 30 protected

17  seats when the population has increased significantly of those protected classes?

18      Randy Fine: You're recognized.

19      Tom Leek: Thank you. I'm gonna have to kick this to one of our map drawers, but

20  remember its relative population, right? So just because one population increases here, the

21  population around them may increase as well. That'll affect that data, but let me kick to Mr.

22  Poreda.

23      Randy Fine: Yeah, I'm gonna recognize Mr. Poreda as well to answer the question.

CUBANOS-0000006787

**House Redistricting Committee - Jan. 26, 2022**

1    Jason Poreda: Thank you Mr. Chairman. So that's partially due to the fact that, if you

2    remember, House districts ten years ago were about 156,000 people a piece. They are currently

3    almost 180,000. So a lot of that population increased when you are adding more populations to

4    all of these districts. We're also trying to kind of marry all of the standards together. So looking

5    at the Tier Two standards when you can draw these districts in a more – using more recognizable

6    boundaries in a more compact manner. For example, the district, the protected District 62 in the

7    Pinellas-Hillsborough County area, that was a district that previously cut down into four counties

8    in order to achieve the proper Black voting-age population to protect that. Part of the increase in

9    population and change in population, we are now able to now just take that district into two

10    counties and increase its overall compactness and everything else. So when you marry all of

11    those standards together, along with the increased size of all of the districts across the state, in

12    addition to all of those minority populations not all moving to the same area, they might disperse

13    themselves among the rest of the population, that inherently changes how all of the districts will

14    come together and that effects not only the voting-age population of the minority communities

15    but also of the – everyone else in the state as well.

16    Randy Fine: Okay. I'm gonna circle back. Anyone wishing to ask a question who has not

17    asked one yet? Okay, then I'm gonna go back and Ranking Member Geller, you're up next, and I

18    haven't forgotten about you Representative.

19    Joe Geller: Thank you Chair. I might have some others and give some other people a

20    chance but I just wanna follow the one line that Rep. Skidmore was asking. Let's go back if I

21    might to that answer that was just given about District 62. If I may ask the chief map – drafter?

22    Randy Fine: Map drawer.

23    Joe Geller: Writer? Map drawer.

CUBANOS-0000006788

### House Redistricting Committee - Jan. 26, 2022

1    Randy Fine: Chief map drawer.

2    Joe Geller: I'm sorry?

3    Randy Fine: My favorite title in the Florida House. The chief map drawer.

4    Joe Geller: Chief map drawer.

5    Randy Fine: Like one that you open and close.

6    Joe Geller: Like top drawer. Yeah. If I'm understanding the answer that was given, the

7    process that the committee and its staff have followed is based on the benchmark or protected

8    districts that were enacted in 2010 and an analysis of those, which I think it's consistent with

9    Chair Leek's answer before about how many districts were subject to functional analysis,

10   notwithstanding how many individual functional analyses were conducted. Am I correct so far?

11   Randy Fine: Mr. Poreda, you're recognized, I think. Chair Leek do you want, I mean

12   whichever wants –

13   Tom Leek: I just don't understand the question. I'm sorry.

14   Joe Geller: It was his answer. That's why I think I was directing it mostly, if I might, to

15   the chief map drawer.

16   Randy Fine: Why don't you try rephrasing it again. I didn't understand it.

17   Joe Geller: Well that's the predicate question anyway, but the predicate question –

18   Randy Fine: Well ask, ask – skip the predicate question. What's your question?

19   Joe Geller: If I'm asking it correct – if I'm understanding the answer that was given to

20   Rep. Skidmore and the prior answer from Chair Leek that it was the 30 that were subject to

21   whatever number of functional analyses were conducted, I like to call those those funky analysis,

22   but the basis of the procedure that we employed to ensure a constitutionally compliant map was

23   to begin with the 30 benchmark or protected districts form the last iteration and conduct

CUBANOS-0000006789

## House Redistricting Committee - Jan. 26, 2022

1  functional analyses to make sure – to conduct functional analyses on those districts. Is that

2  accurate?

3       Randy Fine: You're recognized.

4       Jason Poreda: Thank you Mr. Chairman. As previously stated when we stated last week,

5  we didn't know when we started it would be 30 districts. We evaluated the benchmark districts

6  and then did functional analysis where appropriate on those districts. That's consistent with

7  Florida Supreme Court precedent, U.S. Supreme Court precedent, and the Department of Justice

8  guidance for how to go about these protections. So, when we did that, it ended up being 30

9  districts. That's the beginning of the process. That's kind of the starting point.

10       Randy Fine: You're recognized.

11       Joe Geller: And those 30 are the ones that were derived and existed in the previous

12  iteration of the map, correct?

13       Randy Fine: You're recognized.

14       Jason Poreda: Partially. So in the benchmark district, there's also a district that went from

15  Miami-Dade to Collier County that was a majority-minority Hispanic district. Not due to

16  anything dealing with minority district protections but simply due to population changes in the

17  state, Miami-Dade County previously, when divided by the ideal population of a House district,

18  was approximately 16 House districts. Now under the current 2020 census data, when you take

19  the total population of Miami-Dade County and divide it by the ideal population of a House

20  district, which is now 180,000, you would get to about 15 districts. So inherently, Miami-Dade

21  County was probably going to lose a district. We knew that before we even started. But we were

22  able to add a new performing district in District 47 that we previously discussed. So isn't

23  necessarily a one-for-one comparison, but when you look at the whole population and get the

CUBANOS-0000006790

## House Redistricting Committee - Jan. 26, 2022

1   totality of circumstances throughout the entire map, that's what it ended up being.

2   Joe Geller: Thank you. My concern is when you discuss the criteria that were looked and

3   where the improvements were made, it sounded like we were treating Tier One and Tier Two

4   standards as if they were equivalent standards and not that Tier One is absolutely mandatory and

5   Tier Two is to be done where it doesn't impact Tier One, specifically the answer that was given

6   to Rep. Skidmore was well, we made these advances in these other areas in looking at and in Tier

7   Two standards in looking at the districts that we were examining for purposes of that funky

8   analysis that it doesn't sound like we did look at the entirety of the state based on the 2020

9   census to determine whether there should be more minority districts existing perhaps now

10   modified by your reference to District 47. It sounds like we were just looking at the districts that

11   existed previously and what was analogous to them and whether we could make them more

12   compact or something as opposed to whether there should more protected districts created to

13   comply with Tier One standards.

14   Randy Fine: Chair Leek, you wanna –

15   Tom Leek: I didn't hear a question there but I will comment that you can rest assured

16   your concern is unfounded.

17   Randy Fine: Alright, I'm gonna move onto Rep. Driskell and we'll come back. We'll

18   come back if you wanna have another. Rep. Driskell, you're recognized.

19   Fentrice Driskell: Thank you.

20   Randy Fine: And just a reminder on timing here. We're thirteen minutes from being

21   halfway through our time and if we have any amendments, we have to do those, as well as public

22   comment and debate. So just as everyone thinks about their timing. Rep. Driskell, you're

23   recognized for a question.

CUBANOS-0000006791

## House Redistricting Committee – Jan. 26, 2022

1   Fentrice Driskell: Thank you Mr. Chair. I just wanted to clarify. I went back through the

2   meeting packet and I checked on the committee website, and we didn't get those PDFs that we

3   ran through in the presentation today that shows the differences between 09 and 13. Would we

4   be able to get those please as committee members, a copy of those?

5       Randy Fine: You're recognized, Chair Leek.

6       Tom Leek: You certainly will. We're looking now to confirm, but they were in fact put

7   out there and if there's another path to it, we'll let you know that as well.

8       Fentrice Driskell: Thank you, appreciate that. Then I remember in one of our first

9   meetings that we had as a committee, I'd asked some questions about language accessibility on

10  the website and translation functionalities and I know there was some Google dropdowns, some

11  Google functionality. Were all of those issues resolved and if so, what was the resolution?

12      Randy Fine: I'm gonna ask Chair Leek answer that if he wants, but again, I'd point out

13  that's not relevant to the subject of the bill. I don't know what the answer is, but it's not relevant

14  to the subject of the bill. Chair Leek, you're recognized.

15      Tom Leek: Thank you and when you pointed that out, we resolved that issue, all

16  resolved.

17      Fentrice Driskell: Okay, great. Mr. Chair, the reason I'm asking those questions is

18  because it speaks to public input and the website is our only opportunity for public input. So for

19  example I noticed on the website as of this afternoon I can still only find the redistricting

20  suggestion form in a PDF form and it's only in English. Would we be able to update that so the

21  public could provide input through that way before these get to the floor?

22      Randy Fine: Again, not really relevant to the content of the bill, but Mr. Chair if you

23  wanna answer that. I get public comments into my email all the time, but Rep. Leek, if you

CUBANOS-0000006792

1    wanna answer that.

2         Tom Leek: We're checking on it. Those specific issues I'm unaware of it. I'm looking at

3    –

4         Fentrice Driskell: Oh, they are.

5         Tom Leek: – the – what you're able to get, the meeting packet and it shows everything

6    that was produced, but we're working on it. Give me just a second. Maybe I have an answer to

7    your other specific question.

8         Fentrice Driskell: Thank you.

9         Randy Fine: Okay, any more questions about the content of the HJR? Yes, Rep Driskell,

10   you're recognized.

11        Fentrice Driskell: Thank you and thank you for looking into that Chair Leek. I know we

12   talked a lot about the 30 benchmark districts. Did those 30 districts include that Black district

13   and Hispanic district?

14         Randy Fine: You're recognized to answer the question. And on your next one, if you

15   could turn, like talk closer into the microphone.

16        Fentrice Driskell: Oh, sorry about that.

17        Randy Fine: It's hard for me to hear you. Rep. Leek, you're recognized, Chair Leek.

18        Tom Leek: Yes.

19        Randy Fine: You're recognized for a follow up.

20        Fentrice Driskell: Thank you Mr. Chair. How many Black benchmark districts are there

21   and how many Black performing districts are there in the plan under consideration today and can

22   we identify those by district number please?

23        Randy Fine: Chair Leek.

CUBANOS-0000006793

## House Redistricting Committee - Jan. 26, 2022

1   Tom Leek: Let me kick that to Ms. Kelly.

2   Randy Fine: Ms. Kelly, you're recognized.

3   Ms. Kelly: Thank you Chair. Thank you Vice Chair. Rep. Driskell as Jason's kind of

4   alluded to and Chair Leek also testified, it's not necessarily a one-for-one with what was in the

5   benchmark and what's in the current map. The current functional analysis that we ran is based on

6   the map as it sits today was 2020 population data. So what existed in 2010 may not be a

7   benchmark district that was considered for purposes of this redistricting because of population

8   growth, shift, change over the decades.

9   Randy Fine: Rep. Driskell, you're recognized.

10  Fentrice Driskell: Thank you. How many of those 30 districts were Black districts, the

11  benchmark districts?

12  Randy Fine: Chair Leek, you're recognized.

13  Tom Leek: 18. Just to be clear you're talking back on the current maps but not the

14  proposed maps, correct?

15  Fentrice Driskell: That's correct.

16  Tom Leek: 18.

17  Fentrice Driskell: Thank you Mr. Chair.

18  Randy Fine: You're recognized.

19  Fentrice Driskell: Thank you. How many Black performing districts are there in the plan

20  under consideration today?

21  Randy Fine: Chair Leek, you're recognized.

22  Tom Leek: 18.

23  Fentrice Driskell: Thank you.

62

**House Redistricting Committee - Jan. 26, 2022**

1    Randy Fine: Rep. Driskell, you're recognized.

2    Fentrice Driskell: So then let me just ask the question. Let me not do math. That's why I

3    went to law school. Not good at math like Randy, like Chair Fine.

4    Randy Fine: Why I didn't.

5    Fentrice Driskell: How many Hispanic benchmark districts are there?

6    Randy Fine: Chair Leek, you're recognized.

7    Tom Leek: 12. I thought Vice Chair Fine was gonna handle that.

8    Randy Fine: That's 30 minus 18, well done. Yes, you're recognized

9    Fentrice Driskell: Thank you. How many Hispanic performing districts are there in the

10   plan under consideration today?

11   Randy Fine: I'm still gonna let you do that math, Chair Leek.

12   Tom Leek; Yeah, same math. 12. Are you good?

13   Fentrice Driskell: Just one moment.

14   Randy Fine: I'm gonna let – I can go back to Ranking Member Geller if you want one

15   more? Take a minute to think about it.

16   Fentrice Driskell: If you wanna move on and then I'll just check my notes to make sure I

17   didn't have any more. I don't wanna waste time.

18   Randy Fine: Okay, I'll move Ranking Member Geller, you good? Oh you do. More

19   questions, okay. Not to be – again, I'm gonna check in. Anybody else who hasn't asked any

20   questions yet? You're up. He has not raised his hand. I can sort of see him down there. Alright.

21   Thanks. Okay.

22   Joe Geller: Thank you.

23   Randy Fine: Representative said he is good.

CUBANOS-0000006795

## House Redistricting Committee - Jan. 26, 2022

1    Joe Geller: Let me take a shot at one or two but I do want to defer to our leader.

2    Randy Fine: Every question that could be ask has already been asked, so he does not have

3    any questions.

4    Joe Geller: Oh no, no I know he doesn't.

5    Randy Fine: Ranking Member Geller, you're recognized. He also has the under. He has

6    the under as well.

7    Joe Geller: Is it not the case, just again on that last line, is it not the case that based on the

8    population growth that we should be seeing some kind of an increase at least in terms of Spanish

9    language minority districts based on the population growth in the state? It sounds like all we've

10   done is maybe exchange the one district that used to run across the Everglades from Miami-Dade

11   to Collier for I've heard this new District 47, but is it not the case that the population shift and

12   increase should have justified the creation of additional either Black or Hispanic district and

13   perhaps a Creole language district?

14   Randy Fine: Chair Leek, you're recognized.

15   Tom Leek: Remember it's relative growth.

16   Joe Geller: I'm sorry?

17   Tom Leek: It's relative growth. Just because one population increases doesn't mean it's

18   relative for growth changes.

19   Joe Geller: Are you saying that there is not a relative change such as in any portion of the

20   state there should have been an increase in any of those protected districts?

21   Randy Fine: Chair Leek, you're recognized.

22   Tom Leek: Thank you. I'm saying that the number of protected districts in the current

23   map reflect not only what is required but what is appropriate.

CUBANOS-0000006796

## House Redistricting Committee – Jan. 26, 2022

1   Joe Geller: But what is?

2   Tom Leek: Appropriate.

3   Randy Fine: You're recognized.

4   Joe Geller: Okay if Leader Jenne has some, I'll defer but otherwise, I do have a couple

5   others.

6   Randy Fine: He does not, so are we done?

7   Joe Geller: Okay, give me a moment here then.

8   Randy Fine: Rep Driskell. We'll go back to Rep. Driskell then.

9   Fentrice Driskell: Thank you and Mr. Chair Leek, I went back through and realized I was

10   looking at the wrong packet. I found those PDFs so thank you for that. Sorry about that

11   confusion. Let me ask, cause I thought I was going back through my notes, that when we did the

12   presentation on Districts 35 through 47 which are kinda in that Central Florida area, I thought I

13   heard Rep. Sirois mention that there may have been a new Hispanic performing district created

14   there. Was that correct?

15   Randy Fine: I'm gonna recognize our chief map drawer.

16   Jason Poreda: Yes, District 47 does not have any, that we talked about previously,

17   doesn't have an analogous district in the benchmark, that it would be considered a new

18   performing majority minority Hispanic district.

19   Randy Fine: Follow up?

20   Fentrice Driskell: Thank you. So I guess my question is cause we just learned that there

21   were 12 Hispanic benchmark districts previously and now we have Hispanic performing districts

22   under the current plan, but we have new Hispanic performing district under this new plan. That

23   to me would seem that there would be 13 not 12, so what happened to that other Hispanic

CUBANOS-0000006797

## House Redistricting Committee - Jan. 26, 2022

1    performing district.

2         Randy Fine: So you can do math.

3         Fentrice Driskell: A little bit. A little.

4         Randy Fine: You wanna take a shot at that?

5         Jason Poreda: So that was a result of, as I talked about before, with the population in

6    Miami-Dade County. It simply didn't grow as fast as the rest of the state. It was in fact the 37th

7    county when ranked on percent of population growth. So the ideal population of a House district

8    divide by Miami-Dade's total population ends up being one less than last time. Because Miami-

9    Dade County, all but two districts that have all or a portion of themselves being in Miami-Dade

10   County, are all protected Hispanic districts, one of those districts that is kind of no longer there

11   in the benchmark district is District 105. So that district essentially moved from South Florida

12   now with the new district out there. That accounts for the difference in the numbers.

13        Randy Fine: Added one, lost one. Anything else?

14        Fentrice Driskell: Yes, I think.

15        Randy Fine: You're recognized.

16        Fentrice Driskell: Thank you Mr. Chair. I know we talked a lot about the Haitian Creole

17   speakers being reflect – or making sure that we took into account whatever data that we could to

18   achieve that Tier One criteria with respect to those language minorities. How are the Haitian

19   Creole speakers reflected in this plan?

20        Randy Fine: I feel like we've answered this ad infinitum, so I'm gonna move on. We're

21   gonna do another question.

22        Fentrice Driskell: Mr. Chair or maybe I could rephrase it. I guess what I as trying to ask

23   is which districts are there reflected in under the plan. I don't know that we spoke about specific

CUBANOS-0000006798

**House Redistricting Committee - Jan. 26, 2022**

1    district numbers. That's the information I was trying to get at.

2         Randy Fine: Chair Leek, You're recognized.

3         Tom Leek: Yeah, 107 and 108.

4         Fentrice Driskell: Thank you.

5         Randy Fine: Alright, final bite at the apple. We're going to the end now, Joe Geller,

6    Ranking Member Geller.

7         Joe Geller: Thank you.

8         Randy Fine: I don't wanna win my over by that much, just so you know.

9         Joe Geller: I'm sorry?

10        Randy Fine: I don't wanna win the bet, so I'm fine.

11        Joe Geller: We must not've had very much on it. Need to adjust the size of the bet I think.

12   By the way, I just wanna be clear. I don't have any money down either way. I think the federal

13   appeals court struck that down. I'm not allowed to do that.

14        Randy Fine: Alright. Do you have a question?

15        Joe Geller: Through the Seminole website there but yes, my question is, and I have to say

16   probably something that is information provided to us, but how many of the benchmark or

17   protected districts are majority-minority, that is to say provide – consist of more than 50% of the

18   total population of the seat?

19        Randy Fine: You're recognized Chair Leek.

20        Tom Leek: To clarify, when you say how many, do you mean in the benchmark map or

21   do you mana in this proposed map?

22        Joe Geller: On the proposed map.

23        Tom Leek: Okay, so not the benchmark map but the proposed map. We're getting that.

CUBANOS-0000006799

## House Redistricting Committee – Jan. 26, 2022

1  Joe Geller: How many of the districts that are identified as protected are majority-

2 minority? If you can break that between Black and Hispanic districts.

3  Randy Fine: Chair Leek, You're recognized.

4 Tom Leek: 21.

5 Joe Geller: 21 of the total of 30?

6 Randy Fine: Yes, you're recognized.

7 Tom Leek: Yes.

8  Joe Geller: What's the highest concentration of minority voters in any of those districts?

9  Randy Fine: One second, just give us a minute. Chair Leek, You're recognized.

10  Tom Leek: Yeah, before we run down this rabbit hole of us reviewing the information

11 that is in the packet for you and available to you, all of that stuff is readily available to you, has

12 been readily available to you. If you wanna count those up, I would ask you to do that on your

13 time and not the committee time because again, I have the under.

14  Joe Geller: To follow that then, it was a predicate question. What consideration was given

15 to providing functional district that would allow minorities to elect candidates of their choice that

16 would not have resulted in such large concentrations of minority voters in that particular district

17 which would have allowed those minority voters to have a greater voice in neighboring districts?

18  Randy Fine: Chair Leek, You're recognized.

19  Tom Leek: I'm just gonna say the language that you're using and as we've kind of gone

20 through educational process, we've harped on using the language of the law and being precise

21 with our language. Functional districts is not a thing. The question you're asking is not one that

22 can be answered because the language you're suing is not consistent with the language we have

23 to use.

CUBANOS-0000006800

## House Redistricting Committee - Jan. 26, 2022

1    Joe Geller: I'll try to rephrase then if it's okay with the Chair. If I'm recognized for that

2    purpose.

3    Randy Fine: Okay. We're good.

4    Joe Geller: Thank you. So let me say – no, I said I'd try to rephrase if that was okay with

5    the Chair.

6    Randy Fine: If you can get – we're having a hard time hearing – I think everyone is

7    getting a little tired but you can get close to the microphone please.

8    Joe Geller: Very close to the microphone. We'll try and develop a relationship here. What

9    consideration was given to lowering some of the percentage concentrations of minority voters in

10   those proposed districts that would still have allowed those minorities to select representatives of

11   their choosing but would have resulted in lower percentage concentrations such that those

12   minority voters could also have impact on neighboring districts?

13   Randy Fine: You're recognized Chair Leek.

14   Tom Leek: I think what you're asking me is would we or did, should we have divided up

15   minority populations to spread them out, which of course creates its own legal issue. You might

16   be referring to the South Florida districts, but the HVAP or the BVAP is purely a function of the

17   population concentration within a geographic area.

18   Joe Geller: But that's –

19   Randy Fine: You're recognized.

20   Joe Geller: Thank you. That's actually honestly not my question. I understand that it's a

21   function of the concentration but still there – I mean as we discussed, maps can be drawn many

22   different ways. My question is what consideration was given to not putting – I'm trying to avoid

23   indifference to your point Chair, I'm trying to avoid pejorative language. I'm just asking what

69

CUBANOS-0000006801

## House Redistricting Committee - Jan. 26, 2022

1  consideration was given to having lower topline majority-minority populations such that more of

2  the voters that are placed in those districts could have been put into neighboring districts and

3  given a voice there while still allowing the constitutional required choice of minority voters such

4  that they could choose their representative.

5        Randy Fine: You're recognized Chair Leek.

6        Tom Leek: Obviously we're not going to violate Tier One by making decision and map

7  drawing based on race. Our charge is to protect the protected districts and not to diminish. The

8  Supreme Court has said a slight deviation up and down that is not material, is perfectly

9  acceptable. So, I'm a little worried that your suggestion could be construed as making map

10  drawing decision based on race and that is something we would not consider.

11        Randy Fine: Alright, I think we are done. Members, that concludes our questions. There

12  are no amendments, so seeing no amendments, we're gonna move onto public testimony. First in

13  public testimony we have Miranda Galindo with LatinoJustice PRLDEF. You are recognized.

14  When you get to the podium please make sure your microphone is on. Actually before you speak

15  real quick, I wanna remind all speakers to keep their comments on topic and to the extent your

16  comments align with our constitutional standards, it would be beneficial as the map we're voting

17  on has to be in alignment with these standards. With that, you're recognized.

18        Miranda Galindo: Thank you. Good afternoon. Miranda Galindo, Senior Counsel at

19  LatinoJustice PDLDEF. Thank you for your hard work this redistricting season and for the

20  opportunity to present our opposition to the proposed map, which unfairly represents your Latino

21  constituents. Florida's booming Latino population has outgrown the benchmark map. The 2020

22  census counted nearly one and a half million more Latinos in Florida than it did a decade ago and

23  common sense dictates that a protected class comprising over a quarter of Florida's total

CUBANOS-0000006802

## House Redistricting Committee - Jan. 26, 2022

1   population should enjoy a fair number of Latino majority districts. I'd like to clarify that this

2   growth was not only numerical, it was also relative growth. In 2010 Latinos were approximately

3   22% of the total population in Florida. Now Latinos comprise over 26% of Florida's total

4   population. However, only 14% of the seats proposed in map H8013 are majority Hispanic

5   voting-age population districts. Compare this to non-Hispanic white Floridians who comprise

6   approximately 53% of Florida's total population, but are majority voting-age population in 64%

7   of the House seats in map 8013. The redistricting process should mitigate, not exacerbate the

8   injustice of desperately low Latino political power. Congress passed the Voting Rights Act of

9   1965 to protect our democratic process form racial discrimination. The Florida Legislature is

10  entrusted with enforcing this landmark civil rights law to combat discriminatory practices that

11  have historically disenfranchised Black, brown, and indigenous Floridians, including English-

12  only election practices, poll taxes, the notorious grandfather clause, and all-white primaries, as

13  well as malapportionment, which have undermined the ability of racial and language minorities

14  to elect their candidates of choice throughout history in Florida. The Voting Rights Act requires

15  that, where Latino majority districts may be drawn feasibly and consistent with Section 2, they

16  must be drawn. Latino Floridians have a right to representation where possible under Section 2.

17  Section 2 of the Voting Rights Act prohibits dilution of the voting strength of the Latino

18  population as defined by the 2020 census. The starting point of this analysis, also known as the

19  first *Gingles* precondition, is the identification of Latino populations throughout the state that are

20  geographical compact and sufficiently numerous to be a majority in a single district. The

21  Legislature cannot limit this analysis to the Latino population in each outdated district of the

22  benchmark map. We are disturbed by indications the Legislature's methodology may not have

23  accessed the existence of sufficiently compact and numerous Latino populations regardless of

CUBANOS-0000006803

## House Redistricting Committee - Jan. 26, 2022

1   whether those populations cross existing district lines. Such a practice would fail to protect

2   compact Latino communities occupying two or more districts in the benchmark map. For

3   example, the Legislature should evaluate whether districts in Miami-Dade County may be

4   redrawn to create additional Latino-majority districts without undermining African-American

5   political power in that region. Similarly, the Legislature should evaluate the possibility of

6   creating four performing Latino seats in the region comprising Orange, Osceolo, Polk, and

7   Seminole Counties, which would improve the representation of Central Florida's growing Latino

8   population. Now let's talk about what vote dilution looks like under federal law and how to fix it.

9   Generally, district maps violate Section 2 if they pack Latino voters into one or a small number

10   of districts to minimize their influence. The Legislature has a duty to evaluate how to unpack

11   Latinos in South Florida districts and proposed map H8013, which contains concentrations of

12   Latino voting-age populations as high as 94% in District 112, the packing of South Florida

13   Latinos into fewer seats is a form of vote dilution unless the Legislature unpacks those districts

14   where feasible under Section 2. District maps also generally violate Section 2 where they crack

15   or fragment Latino voters among several districts where bloc voting majority can routinely

16   outvote them. The Legislature has a duty to evaluate how to avoid cracking geographical

17   compact Latino populations in Central and South Florida. The first step in this analysis is a

18   statewide evaluation of all sufficiently numerous and compact Latino populations that could

19   comprise a majority in a single district regardless of those populations present in two or more

20   existing districts. For example, the Legislature should evaluate how to keep Latino communities

21   of interest in Polk County together where feasible. Prior proposed map H8005 did a better job of

22   keeping these communities together while simultaneously keeping cities whole. The

23   Legislature's continual denial of meaningful opportunities for public participation deprives this

CUBANOS-0000006804

## House Redistricting Committee - Jan. 26, 2022

1  redistricting process of complete information on protected communities. LatinoJustice reiterates

2  our numerous requests for meaningful opportunities of public participation in the form of

3  improved language access services, provision of virtual participation options for public hearings

4  and regional public hearings outside of Tallahassee. Floridians who are limited English

5  proficient, impacted by the COVID-19 pandemic, and who reside far away from Tallahassee are

6  no less deserving of having their voices heard in this forum. You mentioned the impact, the

7  importance of member participation in protecting Haitian Creole communities and I would like

8  to point out the equal importance of direct public participation from this community. Similarly,

9  the public input tab that leads to the PDF form to provide comments to this committee is only in

10  English and this is an issue that we have pointed out numerous times including last week.

11  Finally, we reserve the right amend his testimony based on additional information that are we

12  currently developing. Thank you.

13  　　Randy Fine: Thank you. Next up we've got Cecile Scoon with the League of Women

14  Voters of Florida.

15  　　Cecile Scoon: Good afternoon. My name –

16  　　Randy Fine: You're recognized.

17  　　Cecile Scoon: Thank you. My name is Cecile Scoon and I'm president of the League of

18  Women Voters of Florida. I've been taking a lot of good notes as a lot good information has

19  come out. I believe I heard a statement that one of the reasons why there was no functional

20  analysis done on one of the districts that had a high Hispanic population is because other districts

21  that had a higher HVAP voting-age population did not show that they could perform. One of the

22  things that I wanted to bring out is that it is well known that the Hispanic population is impacted

23  by different things and part of it is when you count the bodies, not all the bodies can vote. So you

CUBANOS-0000006805

## House Redistricting Committee - Jan. 26, 2022

1   need to do a more detailed analysis and not simply rely on the Hispanic voting-age population.

2   And one of those is a racially polarized voting data analysis to actually determine the number of

3   people that can vote and whether the Hispanic group is voting cohesively, which of course is one

4   of the requirements of the *Gingles*, the three requirements that is part of Tier One and part of the

5   Voting Rights Act. When you know you have a group that has these different issues in terms of

6   higher density, not everybody can vote and not everybody that speaks the same language votes

7   the same way, but you're not doing the deeper analysis that's available to you, then I don't think

8   that's meeting the constitutional standards or the standards required under Tier One of Fair

9   Districts. You have to use the tools available. There's nothing in Fair Districts or the Voting

10  Rights Act that says you can only use the census. If there are other tools available, you should

11  use them in conjunction. You could use the American Community Survey in conjunction with

12  the census in some aspects to determine some of these deeper questions, and it's concerning that

13  it hasn't been done. There was a similar comment that was made with regards to, we felt that we

14  were protecting the Creole vote because they were subsumed in districts that were protected for

15  African-Americans. It's the same idea. You're not using all the tools available to you, which we

16  say are required to determine racially polarized voting data to determine if these groups are

17  voting cohesively. There's an assumption there that is not allowed under the Constitution and it's

18  not allowed under Fair Districts. You've got to do the work. I would suggest that you take the

19  time to check out these populations and make sure they are being properly protected. There was

20  another comment that was quite interesting. I believe Representative Leek, Chair Leek, you

21  made the comment that one of the reasons why you were not as comfortable using the American

22  Community Survey I believe you stated it was based on 2010 census information, so it wasn't as

23  up-to-date as people might have thought. Well that's the exact same argument that we are

CUBANOS-0000006806

1  making with regards to the House's reliance and focus on the protected districts as the

2  benchmark districts, the choice of the benchmark districts also came from based on the court

3  decision in 2016 which was looking back at 2010 census data. You exactly proved my point.

4  Relying heavily on 2010 data is not good and you basically said that with regards to your

5  concerns about the American Community Survey, so that is why we're saying one of the reasons

6  why there's so much concern with the high increase in the Hispanic population and the increase

7  in the African American population and there not being any increase of the number of protected

8  districts. We think these failures that we've mentioned are some in the process of some of the

9  reasons why this is happening and we would like you to consider and do the data analysis that's

10  well within your control. Thank you.

11  Randy Fine: Members, we're now in debate. Representative Byrd, you're recognized.

12  Cord Byrd: Thank you, Vice Chair Fine. I just wanted first of all thank all the members

13  of the committee for their hard work and the members of the entire House who participated in

14  this process that was a bipartisan effort of individuals to come and work with staff, to work with

15  Chair Leek and myself, and producing this final map, which is different than the one we did the

16  other. I just wanna thank everyone's participation and most importantly staff and ask

17  everybody's favorable support.

18  Randy Fine: We're in debate. Members, anyone else wishing to speak in debate? Ranking

19  Member Geller, you're recognized.

20  Joe Geller: Thank you. At this time I'm gonna renew the request that I made at the

21  beginning that we not take a vote on this matter. I think the debate and the questions that – well

22  particularly the questions that were asked show that there is significant changes that were made

23  as recently as Monday. There are questions that we're still trying to get some answers to. I know

CUBANOS-0000006807

## House Redistricting Committee - Jan. 26, 2022

1    that I would benefit, speaking just for myself, by having more time to look at these. I wanna

2    harken back to the fact that although we had those workshop maps, we were repeatedly

3    cautioned that those maps were merely examples. They didn't represent anything. Maps dropped

4    last week, two days ago, and some 49 hours ago, we got maps that had significant numbers of

5    changes and speaking on behalf of myself and other members of my caucus, we would ask again

6    that this be deferred to the very next meeting of a committee. I don't think that a few days'

7    deferral would do any harm to the process, so I have other comments but I'm gonna stop at that

8    point to put that request back on the record.

9         Randy Fine: Are you finished with your comments?

10         Joe Geller: I do have others –

11         Randy Fine: You got one bite at the apple on this one.

12         Joe Geller: – depending on the response to that.

13         Randy Fine: There's nothing for me to respond to. I mean, are you done with your

14    comments?

15         Joe Geller: Well I guess I'm not then.

16         Randy Fine: Okay, I'm gonna let you keep going then but you get – everybody gets one

17    bite of the apple on this one.

18         Joe Geller: Would a motion to defer this to the next committee meeting be in order at this

19    time, Mr. Chair?

20         Randy Fine: I mean, Ranking Member Geller, I'm gonna leave it up to you to decide

21    what you wanna say.

22         Joe Geller: What I wanna say is I move to defer this matter to the next meeting of the

23    committee. Is that in order?

CUBANOS-0000006808

### House Redistricting Committee - Jan. 26, 2022

1    Randy Fine: I don't believe – there is no such thing as a motion to defer. That's out of

2    order. It doesn't exist.

3    Joe Geller: A motion to table until the next meeting of the committee.

4    Randy Fine: What you're asking for is also not a motion.

5    Joe Geller: Okay, I will inquire is there – what motion would allow me to request – I

6    mean I have a pretty good grasp of parliamentary procedure, I think. What motion would be the

7    proper motion to request that the vote on this map be deferred until the next meeting of the

8    committee, or rescheduled, or reset, or tabled, or I'm open to some other parliamentary

9    suggestion? I think my intent is clear.

10    Randy Fine: With all due respect, Ranking Member Geller, it's not my role to advise on

11    parliamentary procedure as the chair.

12    Joe Geller: Are – is a motion to temporarily pass this until the next meeting of the

13    committee in order? If so, I would make that motion.

14    Randy Fine: I don't think there is such a thing as you've described.

15    Joe Geller: As temporarily pass, we teepee things all the time. Temporarily postpone the.

16    Randy Fine: Alright, I'm gonna help you out. You could make a motion to temporarily

17    postpone. If you did, that would be an order if you wish to make that motion.

18    Joe Geller: So moved.

19    Randy Fine: Okay, a motion to temporarily postpone is decided without debate. Is that

20    good? Okay, sorry I'm reading this. It's decided without debate and so without debate. So we're

21    gonna vote. All those members choosing to vote to temporarily postpone say aye.

22    Multiple speakers: Aye.

23    Randy Fine: All those opposed, say nay.

CUBANOS-0000006809

## House Redistricting Committee - Jan. 26, 2022

1    Multiple speakers: Nay.

2    Randy Fine: I show the motion defeated. We'll move – I'm gonna let you continue with

3    your comments though still.

4    Joe Geller: Thank you. I reluctantly have to speak against the maps. Reluctantly I believe

5    that the maps does not sufficiently address some of the concerns that have been raised today as

6    far as maximizing what ought to be protected or benchmark district such that we would have a

7    map that is compliant with all of the Tier One standards that we're required to follow.

8    Reluctantly I must conclude that the combination of a lack of public input as something that

9    we've raised repeatedly since the very beginning of this committee process, that we never, other

10    than making a portal available, sought out of public input in any sense requiring people, instead

11    either to seek out the portal or to appear here today, as a few have. Some of the concerns raised

12    by the public in the discussion today are concerning to me and I think we over relied on what the

13    situation was back in 2010 to identify so-called benchmark districts. I'm concerned that we have

14    not had enough time to review the most recent submissions as recently as Monday, two days ago,

15    and that's the majority votes of the committee has been to deny us the opportunity to temporarily

16    postpone this for further consideration at our very next committee meeting. We're still early in

17    session. There is some process issues that are still unclear. We've asked on a number of

18    occasions who has the specifically done the drafting of this, and a particular question is asked

19    today as to what input may have been received by staff that was doing the drawing. I know that

20    there was a question on several occasions who was involved. We've had a generalized answer

21    also that legal counsel was involved. I've yet to hear the names of who that legal counsel is.

22    They have not been, to my knowledge, presented before us. For these and other reasons

23    regretfully, maybe I should say regrettably, I'm forced to be a no vote on this map today. That

CUBANOS-0000006810

## House Redistricting Committee - Jan. 26, 2022

1    might have been remedied had we had a bit more time, but regrettably I will be voting down.

2           Randy Fine: Thank you. Rep. Marcil, you're recognized in debate.

3           Joy Goff-Marcil: Thank you Mr. Chair. When we were told that there was going to be –

4    well there is a redistricting website where the public could go and put their input. I was very

5    excited about that. I really thought this was going to be a process where the public could give

6    their input, and study it, and work alongside with us and give lots of input. It became clear that

7    that was just something to make them think that they were giving input. Then it also became

8    clear that we were not getting the information that we needed to be able to give our input, and by

9    that when I was asking the questions about the workshop map, I was told that I could get input

10   on those but I was also told they were just workshop maps, and that that was not necessarily the

11   map and what I've learned from this process, which is a very interesting process, that it's

12   mathematical and there are so many different maps that could – we could come up with based

13   and still meet the criteria that we have to meet. It might not be the policy that one person wants

14   or another person wants but it still meets the criteria to be an acceptable map. I've learned that

15   that's why it would be almost impossible to try to get input on those last maps when we did not

16   know that this current map was gonna be similar to the workshop map. So, even if I thought and

17   I don't – with all these questions that have come up, I really don't know just from sitting here for

18   the last since one o'clock, so two and a half hours. In two and a half hours, I've not been able to

19   determine whether this map meets the proper criteria and even if I had determined that in my

20   own mind, I would not think that it was acceptable that there was enough public input on the

21   map. So I'm not comfortable voting on these maps, this map today. Thank you.

22          Randy Fine: Representative Driskell, you're recognized and Representative Omphroy

23   was your hand up too just so I know? It was? Yes or no, I can't tell. No, okay. Representative

CUBANOS-0000006811

## House Redistricting Committee - Jan. 26, 2022

1    Driskell, you're recognized.

2        Fentrice Driskell: Thank you Mr. Chair. I too will be down on the map today and I also

3    wish we had more time to evaluate them. This one, we just got it on Monday. We all know that

4    session is incredibly busy. We all have committee meetings and many obligations while we're

5    here in that short amount of time, makes it difficult to be able to check in back home with our

6    constituents, and I do believe we have the time to do that while we're here at session, we need to

7    postpone voting on the map today. I guess it's not just because of that. It's also because I'm not

8    clear or perhaps even in agreement with some of the policy decisions that I've been hearing in

9    terms how we decided to develop the maps. I tried to get lot of clarity today about what we did

10   with respect to the Haitian population and I know that the census data provides this, but the ACS

11   data does provide, it is an estimation, perhaps not a perfect one, but it is an estimation that we

12   could've taken into account, and I understand it doesn't include voting data but perhaps

13   colloquial antidotes from our members don't include voting data as well. I just think that's all

14   important information consider. We are actually able to consider that. It's just a policy choice

15   whether or not we do. I had a lot of question about the number of benchmark districts that were

16   in trying to understand that. I don't understand why we did not perform a functional analysis on

17   all districts. I understand that maybe we didn't have to, but not having too is different than

18   making a decision not to. So there's still so many unanswered questions and it seems that the

19   more we're able to talk about this, and have these committee hearings, and ask questions, and

20   more information that we're able to get that would enable us to get to the comfort level that we

21   need but dare I say that the public needs as well. I mean we're about to reset Florida's map for a

22   decade. It merits the time. This will be one of the most consequential things we'll get to do, those

23   of us who are serving right, that will ever get to do while we're in public service. So many

80

CUBANOS-0000006812

## House Redistricting Committee - Jan. 26, 2022

1   members never get to this opportunity. We need to take the time to make sure that we get it right.

2   Thank you for the time and the graciousness and allowing so many questions today. It actually is

3   helpful to the process Mr. Chair, and I do appreciate the time.

4         Randy Fine: Anyone else wishing to speak in debate? Representative Thompson, you're

5   recognized.

6         Rep. Thompson: Thank you Mr. Chair. Members, you've already heard that whatever

7   comes out of this process is something that we're bound to for a decade. Therefore I think we

8   have to be very deliberate and we need to devote the time to make sure that the result of this

9   process allows us to make sure that the voices of a very diverse population in the state of Florida

10   will be heard. While I've heard a lot about the 30 protected districts and not wanting to diminish

11   that number, I've not heard anything about maximizing the opportunity to have more minority

12   access districts. So, that troubles me. At the same time, we have prison populations that are

13   counted in the census, which means that we likely have districts that are overpopulated because

14   they count the prison population who are not counted in the voting-age population. At the same

15   time, we have two House seats that are vacant. We have the seat that had formerly been occupied

16   by Representative DuBose that is vacant, as well as the seat that was occupied by Representative

17   Hardy that is vacant as well. We rely on the members to actually know their communities and to

18   give input regarding communities of interest and geographical boundary lines and so many other

19   things. I support Representative Geller's recommendation that we temporarily postpone a vote

20   today. I know we've already voted on that; however, I think because we only got the maps on

21   Monday and in our last committee I asked about the maps that we were reviewing and I was told

22   that those were not in fact maps. So, for all of these reasons I will not be voting in favor the maps

23   today. Thank you Mr. Chair.

CUBANOS-0000006813

## House Redistricting Committee - Jan. 26, 2022

1    Randy Fine: Representative Omphroy, you're recognized in debate.

2    Rep. Omphroy: Thank you very much Chair. I neither went to law school nor am a

3    mathematician but I did take the opportunity to look at what was proposed by the two speakers

4    that came up to speak and while the area that I currently have the pleasure residing in, Broward

5    County, does it look off to me. I do have to add if it's possible for – if we voted on this map

6    today, are we going to be looking at amendments on the House floor when it becomes before us

7    as a full House? Because I do feel as if we have missed some very critical areas that were

8    brought here. I talk a lot more than I used to talk in the Florida House but I do see some concerns

9    with the fact that our benchmark numbers have not adjusted and our population has. So I love the

10    work that we do in the Florida House. I love the team that has been preparing these maps. I know

11    it's no easy feat to do what is being done here today. But I would like for us to take another look

12    at whether or not we have fully explored the possibility for additional House districts to be

13    looked at access districts and I may be saying this incorrectly because based on my non – I'm not

14    a mathematician and I'm not an attorney. It looks as if we should have grown these districts to at

15    least 45 compared to 30 we have sitting here, just a number. That's a low estimate. So, while my

16    question or debate process is this, I like I said as a representative, I represent a district fully like

17    we all do, but I also have to look at the state of Florida in a holistic manner and look at my state

18    as whole. I'm asking for my House to relook at the possibilities of expanding the access districts

19    to reflect more of what is taking place with the population in the state of Florida. I know this is

20    not a happy process for us because we're all members and we represent groups that we have

21    fallen in love with; however, we have to also make sure the state if doing what it's supposed to

22    do. Those are my thoughts. Thank you.

23    Randy Fine: Thank you and before we move on, I'd remind everyone this will be a

CUBANOS-0000006814

## House Redistricting Committee - Jan. 26, 2022

1  regular bill presented on the House floor, should it be presented on the House floor. Anyone else

2  wishing to speak in debate? I don't see anybody, so with that Chair Leek, you're recognized to

3  close on your PCS.

4      Tom Leek: Thank you, Vice Chair Fine. I will take a couple minutes to do this. It doesn't

5  seem all that long ago when many members on this committee and many members in the

6  community and the press were looking at the Senate with awe and how quickly and beautifully

7  they were moving through the process and wondering why the House couldn't move as fast as

8  the Senate, and now I understand that we're moving too fast. So, I'm not sure that there was a

9  way to make everyone satisfied with the process, whether we moved more slowly or more

10  quickly. What I do know is that when these maps are passed, the Supreme Court will get 30 days

11  to review them and determine whether they are good maps or not good maps, which will – that

12  30 days will elapse before the session ends. If there's any more work to do, then we will be able

13  to do that while we are here in Tallahassee.

14      I hear the issues regarding public comments, while I disagree with them generally, I will

15  tell you that every member of this committee and from day one and our initial admonition to the

16  members of this committee and to the members of the Florida House of Representatives was to

17  engage. Engage, find your constituents, talk to your constituents, do it two times, do it three

18  times, whatever number of times you think it takes to get constituent input. If folks did not do

19  that or couldn't find a way to do that, I apologize, but you should have. I will point out that any

20  member of the Legislature could have come here today with an amendment and their own maps.

21  Any member of this committee could have come here today with maps that they felt were legally

22  compliant. No one did.

23      We have answered – let me step back a second. The public however, did. We did receive

CUBANOS-0000006815

## House Redistricting Committee - Jan. 26, 2022

1  on 20 different occasions, maps from the public who were able to figure that out and able to get

2  those to us. I would like to point out that our two public comment speakers today, to my

3  knowledge, neither one of them presented maps or filed maps through the portal, which they

4  could have done, but did not. So I wanna point out every question that's been asked by a member

5  in this committee has been answered and answered directly. Every meeting request by any

6  member of this committee and any member of the Legislature has been taken and acted on and

7  we've received a lot of good comment that we were able to accommodate.

8       I'm gonna move now to saying thank you. I wanna thank your incredible staff. This I one

9  of the most arduous tasks that any legislature can undertake in any state. Our staff has worked

10 nights, weekends, 24/7 when necessary to produce a legally compliant product. I wanna thank

11 Representative Geller, Ranking Member Geller, and I've had the good fortune of now, six years

12 together here, a good fortune of spending six years with Representative Geller and I always

13 enjoyed a good relationship, and I have appreciated Representative Geller's input into this

14 committee. I do wanna give a special shoutout to Representative Driskell because there is no

15 member who has dug in, worked harder, and been more helpful in helping us get through this

16 process than Representative Driskell, and I thank you for it. Now, with that, I am pleased to

17 present to you constitutionally compliant maps. Thank you.

18      Randy Fine: Thank you, members. We will now vote. Please remember to turn on your

19 mics so your vote can be recorded. DJ, please call the roll on PCS for HJR 7501 and announce

20 the vote.

21      DJ Ellerkamp: Representatives Andrade?

22      Alex Andrade: Yes.

23      DJ Ellerkamp: Avila?

CUBANOS-0000006816

## House Redistricting Committee - Jan. 26, 2022

1    Bryan Avila: Yes.

2    DJ Ellerkamp: Bush?

3    James Bush III: No.

4    DJ Ellerkamp: Byrd?

5    Cord Byrd: Yes.

6    DJ Ellerkamp: Clemons?

7    Charles Clemons: Yes.

8    DJ Ellerkamp: Drake.

9    Brad Drake: Yes.

10   DJ Ellerkamp: Driskell?

11   Fentrice Driskell: No.

12   DJ Ellerkamp: Fine.

13   Randy Fine: Yes.

14   DJ Ellerkamp: Geller?

15   Joe Geller: No.

16   DJ Ellerkamp: Goff-Marcil?

17   Joy Goff-Marcil: No.

18   DJ Ellerkamp: Grall?

19   Erin Grall: Yes.

20   DJ Ellerkamp: Grant?

21   Michael Grant: Yes.

22   DJ Ellerkamp: Jenne?

23   Evan Jenne: No.

CUBANOS-0000006817

**House Redistricting Committee - Jan. 26, 2022**

1    DJ Ellerkamp: Latvala?

2    Chris Latvala: Yes.

3    DJ Ellerkamp: Mariano?

4    Amber Mariano: Yes.

5    DJ Ellerkamp: Omphroy.

6    Anika Omphroy: Yes.

7    DJ Ellerkamp: Payne?

8    Bobby Payne: Yes.

9    DJ Ellerkamp: Robinson.?

10   Will Robinson: Yes..

11   DJ Ellerkamp: Rommel?

12   Bob Rommel: Yes..

13   DJ Ellerkamp: Sirois?

14   Tyler Sirois: Yes.

15   DJ Ellerkamp: Slosberg-King has been excused. Thompson?

16   Geraldine Thompson: No.

17   DJ Ellerkamp: Tuck?

18   Kaylee Tuck: Yes.

19   DJ Ellerkamp: Ex Officio Skidmore?

20   Kelly Skidmore: No.

21   DJ Ellerkamp: Chair Leek?

22   Tom Leek: Yes.

23   DJ Ellerkamp. 17 yeas, 7 nays, Chair.

CUBANOS-0000006818

## House Redistricting Committee - Jan. 26, 2022

1      Randy Fine: Show the PCS reported favorably. With that, I'll hand the gavel back to

2  Chair Leek with the recognition that he is going to win.

3      Tom Leek: There you go. Thank you, members. I do appreciate all of the work that

4  you've put into this and everything that it has taken to get us here today. With that,

5  Representative Rommel moves we adjourn.

CUBANOS-0000006819



**Vanan Online Services, Inc.**
Think Service Think Vanan

### Certificate of Transcription

Transcription of "**1-26-22-house-redistricting-committee**"

We, Vanan Online Services, Inc. a professional transcription company, hereby certify that the above-mentioned document(s) has/have been transcribed by our qualified and experienced transcriber(s) is/are accurate and true transcription of the original document(s).

This is to certify the correctness of the transcription only. Our transcriber is in no way related, by immediate family ties or marriage, to any parties related to the materials transcript.

A copy of the transcription is attached to this certification.

**Danny Negley, Production Manager.**

Date:12th November 2024

Vanan Online Services, Inc.
EIN 81-3795675
ATA Member #266532
ISO 9001:2015

**Vanan Online Services, Inc.**
**10711 Spotsylvania Ave., Suite A**
**Fredericksburg VA 22408**
**Office: (888) 535-5668**
**Email: support@vananservices.com**
**Website: www.vananservices.com**

CUBANOS-0000006820