Common Cause, et al.            )

                               )

v.                             )  4:22-cv-109

                               )

Cord Byrd                      )

                               )


TRANSCRIPTION OF AUDIO RECORDING

SENATE COMMITTEE ON REAPPORTIONMENT

APRIL 19, 2022


DIGITAL EVIDENCE GROUP

1730 M Street, NW, Suite 812

Washington, D.C. 20036

(202) 232-0646

HT_0000608
CUBANOS-0000004311

Page 2

1   APRIL 19, 2022

2           CHAIRMAN RODRIGUES:   Committee on

3   Reapportionment will now come to order.

4           Dana, please call the roll.

5           THE CLERK:  Chair Rodriguez.

6           CHAIRMAN RODRIGUES:  Here.

7           THE CLERK:  Vice Chair Broxson.

8           Senator Bean.

9           SENATOR BEAN:  Here.

10          THE CLERK:  Senator Bracy.

11          SENATOR BRACY:  Here.

12          THE CLERK:  Senator Bradley.

13          Senator Brodeur.

14          SENATOR BRODEUR:  Here.

15          THE CLERK:  Senator Burgess.

16          SENATOR BURGESS:  Here.

17          THE CLERK:  Senator Gibson.

18          Senator Harrell.

19          SENATOR HARRELL:  Here.

20          THE CLERK:  Senator Rodriguez.

21          Senator Rouson.

22          SENATOR ROUSON:  Here.

23          THE CLERK:  Senator Stargel.

24          Senator Stewart.

25          SENATOR STEWART:  Here.

HT_0000609
CUBANOS-0000004312

Page 3

1           THE CLERK:  A quorum is present, Mr. Chair.

2           CHAIRMAN RODRIGUES:  Thank you.  I'd like

3   to ask everyone to silence your electronic devices.

4   Anyone wishing to speak before the Committee should

5   complete an appearance form and hand it in to a

6   member of the Sergeant's Office.  Should you select

7   to waive your speaking time, your position will be

8   included in the Committee meeting records.

9           Members, as you know, the Congressional

10  maps passed by the Legislature in our regular

11  session were vetoed.  We have been called back into

12  special session to fulfill our constitutional

13  obligation to reapportion this state.

14          On Tuesday, April the 12th, I was briefed

15  by the Governor's Office on a map which has been

16  published as P000C0109.  After a conversation with

17  our Senate counsel, I determined that this map

18  reflects standards that the Senate can support and

19  filed it as Senate Bill 2-C.

20          I've asked our general counsel, Mr. Dan

21  Nordby, to prepare a legal analysis of the

22  Governor's submission, and that legal analysis is

23  included in today's meeting materials for your

24  review.  The letter that the Governor's Office sent,

25  along with their map and their analysis the

HT_0000610
CUBANOS-0000004313

Page 4

1  accompanied the veto message, are also included in

2  today's materials.

3          At my request, the Governor's Office is

4  here today to provide members of this committee with

5  the same briefing that I received last week and to

6  answer questions about the map.  Members earlier

7  today -- all interested Senators were invited to

8  attend this meeting.

9          Members of the Committee will be the first

10  to ask questions relating to the proposed map, after

11  which, if time permits, non-Committee members will

12  be allowed to ask questions.  Questions should not

13  be framed in the form of debate.  Debate is reserved

14  for members of the Committee at the appropriate

15  time.

16          We are scheduled to conclude this meeting

17  at 4:30.  The Senate will reconvene at 5 o'clock, as

18  required by the earlier recess motion.  In order to

19  keep with the special session schedule, the

20  President has indicated that he will not be open to

21  extending today's meeting.

22          If there are no questions about our process

23  for today, then we will proceed to today's agenda.

24          Seeing no questions, we will now move to

25  the agenda.  Take up tab number 1, Senate Bill 2-C

HT_0000611
CUBANOS-0000004314

Page 5

1   on establishing the Congressional districts of the

2   state.

3            Mr. Alex Kelly is here on behalf of the

4   Executive Office of the Governor to walk us through

5   the map.

6            Mr. Kelly, the floor is yours.

7            ALEX KELLY:  Thank you, Chair and members.

8            Again, my name is Alex Kelly, and I

9   appreciate your time and this opportunity today to

10  present the map proposed by the Executive Office of

11  the Governor, the third map filed by our office, and

12  the proposed Congressional Reapportionment Plan and

13  to discuss our office's contribution to what is a

14  compromise plan.

15           And just for a background, I serve as at

16  the Deputy Chief of Staff for the Governor.  A very

17  brief introduction before I get into the slides.

18  I'll frequently today refer to improvements in the

19  plan before you today.  Senate Bill 2-C is followed

20  by the Chair Plan 0109.

21           Although when I refer to changes in this

22  map, as you may know, you know, my role in terms of

23  when I talk about my role in these changes, I'm only

24  really referring to 18 of the 28 districts in this

25  map.  Ten of the districts are unchanged from Senate

HT_0000612
CUBANOS-0000004315

Page 6

1   Bill 102 that you passed during session, so Primary

2   Plan 8019.  So when I refer to changes and I refer

3   to my work on this map, I'm really just referring to

4   the 18 districts that I changed.

5           For my role in this process and my reason

6   for being here today, I am the map drawer of the 18

7   changed districts in this plan before you.  As for

8   my experience, just to give a little context, a

9   decade ago I was the Redistricting Committee Staff

10  Director in the Florida House of Representatives.

11          Starting in January earlier this year, I

12  initially served for our office just in a role of

13  providing general guidance and oversight to our in-

14  house and contract counsel and also to a contract

15  map drawer, who we brought on to support this work,

16  and that contract map drawer supported our work in

17  the Governor's first map that was submitted back in,

18  I want to say, maybe late January, early February,

19  Plan 0079.

20          For reference, that contract map drawer of

21  Congressional Plan 0079, his name is Adam Foltz.

22  He's also previously drawn maps on behalf of the

23  Texas and Wisconsin Legislatures.  He's currently

24  drawing maps right now on behalf of the Texas

25  Legislature.

HT_0000613
CUBANOS-0000004316

Page 7

1           Adam and myself collaborated on our

2    office's second map, map 0094, which was submitted a

3    few weeks later.  Much like your professional staff,

4    myself, and our contact map drawer, we've only ever

5    worked on maps for state government -- or I should

6    say much like your professional staff and your

7    Committee.

8           In this map before you today, I alone

9    authored the changes in this plan, 0109, with

10   respect to how this new plan compares to the map

11   that the Legislature passed, the Legislature's

12   primary plan.  And generally speaking, today, I'll

13   refer to the Legislature's primary plan, except

14   where I might note otherwise, but generally, I'm

15   referring to Plan 8019.

16          I will also say at the outset some

17   important disclaimers.  One, no one directed me to

18   favor or disfavor a political party or incumbent in

19   my work, and I did not draw with the intent to favor

20   or disfavor.  Two, in drawing any of the districts

21   submitted by our office, I did not consider or even

22   look at political data, including party registration

23   and voting data.  In other words, I do not know the

24   voting history or party registration numbers for any

25   of the districts that we've drawn as an office for

HT_0000614
CUBANOS-0000004317

Page 8

 1   any of the districts that we'll look at today.

 2            The only time I did reference political

 3   data was early in the process to determine a

 4   question that you were having to address, to

 5   determine whether or not it was possible to draw a

 6   compact African-American performing district in

 7   Northeast Florida, essentially a more compact

 8   version of the benchmark District 5.

 9            I did at that time reference political data

10   to determine if that was possible and determine if

11   there was a way to draw such a district that

12   complied with the U.S. Constitution, the Florida

13   Constitution, in particular the Florida Constitution

14   as interpreted by the Florida Supreme Court and

15   implemented by this Legislature.  I ultimately

16   determined earlier in this process that it was not

17   possible to essentially check all those boxes.

18            Three, in drawing the plan before you today

19   -- in drawing and in really contributing to any of

20   our office's plans and in the totality of our

21   engagement in this process, I have not consulted

22   with any outside -- anyone outside the Executive

23   Office of the Governor, our contract counsel, our

24   contract map drawer, or the Legislature and the

25   Legislature staff and counsel.

HT_0000615
CUBANOS-0000004318

Page 9

1              In other words, I can confirm I've had no

2      discussions with any political consultant, partisan

3      operative, or any political party official

4      concerning any plans presented by our office,

5      including the plan that you'll be considering today.

6      In effect, I have engaged in this process, including

7      authoring this proposed comprise plan, in a manner

8      that meets the same high standards that you set for

9      your professional staff.

10             And this proposed plan truly is -- Senate

11     Bill 2-C, Plan 0109, is indeed a compromise.  It is

12     the project of -- a product of consultation and

13     collaboration between our office and the leadership

14     in the House and Senate, and it incorporates

15     portions of the plan passed by the Legislature. when

16     I noted earlier that 10 of the districts are

17     identical to what the Legislature passed.

18             It incorporates concepts from maps

19     previously discussed and presented by -- or

20     previously submitted to the Legislature by our

21     office, 0079 and 0094.  It incorporates concepts

22     from the map that was referred out of the House's

23     Congressional Redistricting Subcommittee, Plan 8011,

24     and it aligns in several other ways that I'll

25     describe with the House and Senate's map drawing.

HT_0000616
CUBANOS-0000004319

4/19/2022                   Common Cause, et al. v. Cord Byrd              Audio Transcription

Page 10

1            I'll jump into the slides.  Ten districts

2    in the compromised plan, as I noted, Districts 1, 2,

3    20-25, 27, and 28 are unchanged by the plan passed

4    by the Legislature.  The remaining districts, 3-19

5    and 26, have been modified in various ways to

6    address the federal constitutional concerns raised

7    by the Governor and to improve various Tier 2

8    metrics.

9            In a few minutes, I will walk you through

10   visually the 18 districts that I changed in this

11   proposed plan.  First though, I'll give you a

12   general overview on the next slide and then after

13   that some highlights of the improvements to the Tier

14   2 metrics.

15           First, in an effort to create a

16   collaborative product, I worked off the

17   Legislature's primary plan, 8019.  So while I was

18   seeking to remedy the Governor's veto message and

19   make improvements throughout the map, I began my

20   work by downloading the Legislature's Plan 8019 and

21   subsequently making changes.  And I should note that

22   I drew Plan 0109 entirely with the Legislature's

23   publicly available website and data.

24           Regarding the proposed plan, the plan

25   maintains the same number of performing

HT_0000617
CUBANOS-0000004320

Page 11

1    minority/majority seats.  It retains, as I noted

2    before, the Legislature's exact configuration for

3    congressional districts in the Florida Panhandle,

4    Districts 1-2, and Congressional Districts in the

5    southeastern region of the state, essentially St.

6    Lucie County down to Monroe County, just as in the

7    Legislature's primary plan.

8            For the reasons set forth in the detailed

9    memorandum that the Chair referenced and is in your

10   packets that was prepared by our office's general

11   counsel that accompanied the Governor's veto

12   message, the compromised proposal eliminates the

13   racially gerrymandered versions of Congressional

14   District 5, which were included in Senate Bill 102

15   in both -- in different ways, the primary plan and

16   the secondary plan.  Again, members, that legal

17   memorandum is in your committee packets.

18           In summary, Congressional District 5, in

19   both the primary and secondary maps enacted by the

20   Legislature, violates the Equal Protection Clause of

21   the 14th Amendment of the United States Constitution

22   because it assigns voters primarily on the basis of

23   race but is not narrowly tailored to achieve a

24   compelling state interest.

25           That memorandum otherwise fully explains

HT_0000618
CUBANOS-0000004321

Page 12

1   the Governor's legal objections to both versions of

2   the district as passed by the Legislature in the

3   primary and secondary maps.  I should note, as a map

4   drawer, I'm not an attorney.  So I'm not going to

5   play the role of an attorney here today.  I'll keep

6   my comments focused on the map itself and do my best

7   to answer your questions, but I just want to note

8   that at the outset, that I'm not legal counsel to

9   the Governor.

10          Plan 109 creates in Northeast Florida two

11   new districts, Districts 4 and 5, in the area that

12   are consistent with the other maps previously

13   published by our office with some minor

14   improvements.  These two districts are race neutral

15   and overall more compact than District's 4 and 5 in

16   the maps passed by the Legislature.

17          In addition to resolving federal -- the

18   federal constitutional objections raised by the

19   Governor, the compromised plan makes several overall

20   improvements with respect to Tier 2 metrics relative

21   to the maps passed by the Legislature by bringing

22   together some of the best concepts from the

23   Legislature's maps and of our office's maps.

24          Plan 109 adjusts the congressional

25   districts in the Tampa Bay area and the larger Gulf

HT_0000619
CUBANOS-0000004322

Page 13

1    Coast region stretching from Citrus down to Lee

2    Counties and impacting some inland counties to

3    create sort of a hybrid, if you will, of some of the

4    Legislature's and our office's maps.  These changes

5    improve overall visual compactness, have a net

6    affect of reducing a county split, and significantly

7    increase usage of other Tier 2 political and

8    geographic boundary lines.

9            In the Central Florida region, the plan

10   that you have before you today aligns more closely

11   with the map that was referred out of the House

12   Congressional Redistricting Subcommittee Plan 8011

13   with one distinction that I'll describe later that

14   aligns with Senate Plan 8060 as you passed out of

15   the Senate.

16           SENATOR GIBSON:  Mister --

17           ALEX KELLY:  With --

18           SENATOR GIBSON:  Sorry.

19           CHAIRMAN RODRIGUES:  (Indiscernible)

20           SENATOR GIBSON:  Thank you, Mr. Chair.  So

21   we're waiting until the entire packet is done to ask

22   any questions because I didn't hear the explanation

23   of the -- I think Mr. Kelly said of the Governor's

24   veto language.  I don't see it in the packet.  So

25   I'm just -- could he repeat?  It was a rational for

HT_0000620
CUBANOS-0000004323

4/19/2022          Common Cause, et al. v. Cord Byrd          Audio Transcription

Page 14

1    --

2              CHAIRMAN RODRIGUES:  The veto language was

3    in the packet we provided.

4              SENATOR GIBSON:  And is -- can I have

5    clarity if that is the language that Mr. Kelly is

6    talking about that's in this thing?

7              CHAIRMAN RODRIGUES:  Do you understand the

8    question?

9              ALEX KELLY:  Yes, Chair.

10             Yes, Senator.  Yes.  I gave a brief

11   synopsis of that veto message and the accompanying

12   message from our general counsel that went with the

13   veto message.

14             SENATOR GIBSON:  I think that's the part I

15   didn't understand how you put it together.  I just

16   want to make sure I hear it correctly.  That's all

17   --

18             CHAIRMAN RODRIGUES:  Okay.

19             SENATOR GIBSON:  -- Chair.  If he could

20   repeat it?

21             CHAIRMAN RODRIGUES:  Would you repeat that

22   please?

23             ALEX KELLY:  Thank you, Chair.  Happy to.

24             SENATOR GIBSON:  Thank you.

25             ALEX KELLY:  In summary, Congressional

HT_0000621
CUBANOS-0000004324

Page 15

1    District 5, in both the primary and secondary maps

2    enacted by the Legislature, violates the 14th

3    Amendment of the United States Constitution because

4    it assigns voters primarily based on race but is not

5    tailored to achieve a compelling state interest.

6              SENATOR GIBSON:  Okay.  Thank you.

7              CHAIRMAN RODRIGUES:  Thank you.  Please

8    proceed.

9              ALEX KELLY:  Thank you.

10             So again, in the Central Florida region,

11   the plan that you're looking at today, Plan 0109,

12   aligns more closely with the map that was referred

13   out of the House Congressional Redistricting

14   Subcommittee Plan 8011 with one distinction that

15   aligns with Senate Plan 8060.

16             With respect to similarities with House

17   Plan 8011, specifically with respect to

18   Congressional District 10, we accept the position

19   articulated by the House's professional staff in

20   their subcommittee, that this district is not

21   subject to the Florida Constitution's non-

22   diminishment standard because the benchmark district

23   does not contain an African American population

24   sufficiently large enough to realiably elect a

25   candidate of their choice.

HT_0000622
CUBANOS-0000004325

Page 16

1           We understand during the course of the

2   testimony between House and Senate there was a

3   disagreement on this point.  However, because

4   districts cannot be drawn on the basis of race

5   unless there is a compelling reason to do so, in the

6   absence of an agreement between the House and Senate

7   on the need to treat District 10 as a minority

8   protected district under the state Constitution

9   indicates that a compelling basis for using race is

10  lacking.

11          Accordingly, the proposed plan defers to

12  the House's stated testimony and my changes to the

13  district in Central Florida in that region,

14  including District 10, are drawn on race-neutral

15  principles.  Again, these changes in Central Florida

16  result in Tier 2 improvements in the Central Florida

17  region.  And in combination, these changes in

18  Central Florida and in the Gulf Coast counties

19  result in some additional Tier 2 improvements for

20  other impacted districts like Districts 3, 6, and

21  11.

22          Lastly, in-between the submission of our

23  office's second map plan, 0094, and my drawing of

24  this plan, 0109, I received feedback from House and

25  Senate staff regarding our second maps overreliance

HT_0000623
CUBANOS-0000004326

Page 17

1   on the use of census-designated place boundaries.  I

2   was encouraged to follow the House and Senate's

3   preferred methodology for boundary usage to increase

4   our usage of major roadways, waterways, and railways

5   for Tier 2 compliance.

6              Our second map closely adhered to county

7   and city lines.  So that was not a concern, although

8   less frequently so to other Tier 2 recognized

9   boundaries.  Therefore, throughout the 18 districts

10  that are revised in this plan, I adopted the House

11  and Senate's preferred and clear articulation of

12  Tier 2 compliance.  So even when I was trying to

13  articulate a concept from one of our office's plans,

14  I made such revisions using the Legislature's

15  preferred approach to Tier 2 compliance.

16             In the next few slides, I'll walk you

17  through some key points regarding those Tier 2

18  improvements.  First, the proposed -- the proposed

19  plan before you today reduces by one the number of

20  county splits from 18 to 17 by keeping Citrus and

21  Sarasota Counties whole lieu of Polk, effectively a

22  two-for-one swap.  Furthermore, where there are

23  county splits, the number -- the number of ways in

24  which those counties are split is reduced.

25             Probably the most visible example of that

HT_0000624
CUBANOS-0000004327

Page 18

1   is -- at least in a larger county is the change in

2   Hillsborough County, where portions of Hillsborough

3   County are now only divided into three districts,

4   rather than four districts.

5          Second, the proposed plan reduces the

6   reliance on nongeographic and nonpolitical

7   boundaries from 12.5 percent to 1.5 -- to -- I'm

8   sorry -- 12.5 percent to 11.5 percent.  In other

9   words, just a minute ago when I mentioned previously

10  that I adopted the House and Senate's preferred way

11  to articulate Tier 2 compliance by substituting

12  major roadways, waterways, and railways, along with

13  our map's already strong usage of county and city

14  lines, my Tier 2 usage of compliant boundaries

15  surpassed that of the maps passed by the

16  Legislature.

17         Third, although mean compactness scores are

18  largely equivalent when comparing my revisions to

19  plan -- or in Plan 0109 with the Legislature's

20  primary plan, the proposed plan improves the

21  compactness score of the least compact district in

22  the map.  I believe this would actually be the first

23  map considered by the Legislature in which every

24  district has a Reock or Polsby-Popper score greater

25  than 0.2.

HT_0000625
CUBANOS-0000004328

Page 19

1          Moreover, visually, as we go through the

2    map, we'll see in just a few moments many of the

3    districts are just plainly more circular, squared,

4    more visually compact shapes that are more easily

5    understandable.

6          Lastly, my changes in Plan 0109 stayed

7    equal to the Legislature's achievement of only

8    splitting 16 cities in its primary plan.  There are

9    some differences about which cities are split when

10   comparing my revisions in this plan to the

11   Legislature's enacted plan.  Specifically, Cape

12   Coral, Plant City, and Port Orange would be kept

13   whole in this plan, while splits would occur in

14   Lakeland, St. Petersburg, and Longboat Key.

15         What I did take care to do is ensure that

16   where those essentially trades in city splits

17   occurred to ensure that other Tier 2 metrics were

18   being met in the process.  For example, as you know,

19   Longboat Key is one of four cities in Florida that

20   crosses county lines, and I only split Longboat Key

21   in the process of keeping Sarasota County whole.  So

22   it seemed a reasonable and rational trade to keep a

23   county whole in lieu of a city that crossed county

24   lines.

25         I should say in saying all this I don't

HT_0000626
CUBANOS-0000004329

Page 20

```
 1   ever mean to suggest with these slides that there is
 2   a statistical line in the sand for what is Tier 2
 3   compliant compactness or county splits or city
 4   splits.  But recognizing that we could be presenting
 5   a plan to this Legislature and me author -- you
 6   know, authoring a compromised plan, I recognized I
 7   should come to you with a plan that recommends
 8   improvements and builds on the work of the
 9   Legislature and certainly in no way ask you to go
10   backwards, only ask you to consider improvements,
11   and that's exactly what I've done.
12              So with that, I'll proceed to a more
13   detailed visual presentation.  The next two slides
14   are the same content just the second slide doesn't
15   have the district labels.  The statewide view
16   definitely helps get a sense of some of the visual
17   compactness -- and we'll zoom in some -- the visual
18   compactness in this map and some of the
19   improvements.  And this was really here for your
20   reference, as is the next slide, and you can begin
21   to really see the changes -- if I might just go to
22   that slide -- you can begin to really see the
23   changes when I've excluded the district labels.
24              Again, as much as it was important to
25   maintain statistical compactness for Tier 2
```

HT_0000627
CUBANOS-0000004330

Page 21

1    purposes, I also wanted these changes to satisfy the

2    eyeball test and so offering up some square -- more

3    square, circular districts, greater usage of clear

4    and visible boundary lines helped that effect.

5            The next couple slides zoom in a little

6    closer just focusing on those districts that I

7    changed in this plan, so excluding the Panhandle and

8    excluding Southeast Florida.  Again, the slide

9    without district labels might be a little easier to

10   see, if only to appreciate some of the Tier 2

11   improvements.

12           One of the other key facets of my work on

13   this proposed plan -- that I wanted to make sure

14   there was not essentially collateral unintended

15   consequences to my changes without making some sort

16   of equal or better Tier 2 change.  For example, as

17   you see, I split Polk County as part of the swap for

18   keeping Citrus and Sarasota Counties whole, and I'll

19   explain in a little more detail later what exactly I

20   mean by that.

21           In doing so, I incorporated several Tier 2

22   related changes in Polk County to make sure that the

23   new lines and how those districts interact with

24   districts from neighboring counties, how those lines

25   are still very meaningful in a Tier 2 context.

HT_0000628
CUBANOS-0000004331

Page 22

1         That said, the District 18 that you're

2    looking at, still two-thirds of the residents in the

3    proposed District 18 are from Polk County, remaining

4    residents coming from those rural counties.  So Polk

5    County would still be the significant portion of

6    population in one of those districts.

7         SENATOR BRACY:  Mr. Chair, I have a

8    question.

9         CHAIRMAN RODRIGUES:  Senator Bracy, you are

10   recognized.

11        SENATOR BRACY:  Thank you.  All your

12   comments about -- are about Tier 2 compactness, but

13   I haven't heard once about Tier 1.  Tier 1 obviously

14   is -- it trumps, no pun intended, but trumps Tier 2.

15   So why are you focusing on Tier 2 and not Tier 1,

16   when that clearly is the most important by federal

17   law?

18        CHAIRMAN RODRIGUES:  Mr. Kelly, you are

19   recognized.

20        ALEX KELLY:  Thank you, Mr. Chair.

21        And thank you for the question.  So I did

22   note earlier in my presentation part of that Tier 1

23   analysis is not intentionally favoring or

24   disfavoring an incumbent or political party, and I

25   noted that in no way was I ever instructed to do

HT_0000629
CUBANOS-0000004332

Page 23

1    that and in no way did I ever intend to do that.  So

2    I addressed Tier 1 in that context.  Additionally,

3    there is nowhere in the map where there's a

4    contiguity issue.  So Tier 1 has been addressed in

5    that context as well.

6            In terms of the non-diminishment standard,

7    when I went through the benchmark District 5 and the

8    Governor's veto message, that really was at the

9    heart of probably the one sort of outstanding Tier 1

10   question, the division between the Legislature's

11   maps and the Governor's ultimate veto and objection

12   to the map because there's this tension between that

13   district -- that district, the way it was composed

14   in both the primary and secondary plan violate the

15   Federal Constitution.

16           So while there is the Tier 1 diminishment

17   requirement, that Tier 1 diminishment requirement

18   cannot be utilized to violate federal law, and so

19   that's what I was referring to as I was walking

20   through that.

21           SENATOR BRACY:  How do we know that you

22   haven't talked to --

23           CHAIRMAN RODRIGUES:  You are recognized for

24   a follow-up.

25           SENATOR BRACY:  Thank you, Chair.

HT_0000630
CUBANOS-0000004333

Page 24

1              You said you haven't spoken to anyone.  You
2     haven't looked at any data regarding race.  How do
3     we know that?  I mean, it was -- that was said
4     before when we had the map drawing process in 2016.
5     It proved to be wrong.  We're just -- why would you
6     even mention that if there's no way to prove that?
7              CHAIRMAN RODRIGUES:  Senator Bracy, I'm not
8     going to forward that question on.  I think he
9     opened in the preamble by laying out these were the
10    parameters that he worked from.  If the question is
11    -- you can ask the question, why did he feel he
12    should lay those parameters out, but I don't think
13    it's a fair question to put out, how can you prove
14    something that you believe can't be proven.  So I
15    will yield to Mr. Kelly --
16             SENATOR BRACY:  Okay.
17             CHAIRMAN RODRIGUES:  -- if he wants to
18    articulate why he led the preamble of these were the
19    things I drew from.
20             ALEX KELLY:  Sure.  Thank you, Chair, and
21    thank you for the question.
22             And really in due deference and respect to
23    your process, we know these are standards by which
24    you have to live too.  And so we know that your
25    work, the work of your professional staff, you hold

HT_0000631
CUBANOS-0000004334

Page 25

1    yourself to this high bar as well, and so I wanted

2    to make sure that you understood that from our

3    office's perspective, we were living up to that same

4    standard that you are.

5              SENATOR BRACY:  Question.  How do you --

6              CHAIRMAN RODRIGUES:  You are recognized.

7              SENATOR BRACY:  Thank you, Mr. Chair.

8              How do you feel that District 5, District

9    10 violates the 14th Amendment?

10             CHAIRMAN RODRIGUES:  You are recognized.

11             ALEX KELLY:  Sure.  Thank you, Mr. Chair.

12             And so I could probably -- I could probably

13   at this point probably defer a little bit to counsel

14   because I've probably given sort of my best summary

15   overview of the tension between the two.  I will say

16   that the memo that has been provided to you details

17   this significantly and explains the Governor's veto

18   message.

19             And, of course, I also walked through

20   District 10.  In District 10, we accept the House's

21   analysis that it's not actually a performing seat.

22   The House testified to that in committee.  It was a

23   very rational and well-thought-out analysis, and so

24   we're adopting that analysis here.  And in both

25   cases, if there's absent a compelling state

HT_0000632
CUBANOS-0000004335

Page 26

1    interest, if there's a potential violation of

2    federal law, at that point, the State's not

3    obligated to draw those districts in a manner that

4    aligns with the state constitutional diminishment

5    standard.

6          CHAIRMAN RODRIGUES:  Senator Bracy, did you

7    get a copy of the veto letter in the packet we

8    provided?

9          SENATOR BRACY:  I didn't, but if the staff

10   can go through how this violates the 14th Amendment

11   I guess from the House analysis -- I mean, you're

12   here to defend this map.  So if someone can explain

13   to me how District 5, District 10 are not protected

14   minority access seats when it was in our Senate

15   drawing -- Senate map drawing process.  Now all of

16   the sudden, it's not.  I understand that was the

17   House position.  If it can be explained for this

18   committee so it's clear, I would appreciate that.

19         CHAIRMAN RODRIGUES:  Why don't we do this?

20   Why don't we give you some time to read over the

21   veto letter, and then I'm going to go to Senator

22   Rouson for a question.  And then we'll come back and

23   (indiscernible).

24         SENATOR ROUSON:  Thank you very much,

25   Mr. Chairman.

HT_0000633
CUBANOS-0000004336

Page 27

1              You indicated that your rationale for not

2    drawing Congressional District 5 the way it

3    currently is configured and for not drawing

4    Congressional District 10 the way it's currently

5    configured was because it violates the Equal

6    Protection Clause because it assigns voters based on

7    race but not narrowly tailored to meet a compelling

8    state interest; is that correct?

9              CHAIRMAN RODRIGUES:  You are recognized.

10             ALEX KELLY:  Thank you, Mr. Chair.

11             And I don't know that I would -- I would

12   relate the analysis of both districts identically.

13   I did state regarding District 5 -- benchmark

14   District 5 and subsequent attempts to redraw that.

15   I did articulate that that's a violation of the

16   United States Constitution.

17             The issue with District 10 is just more

18   plainly -- and we accept the House's analysis of

19   this -- that the district is not a performing

20   minority seat, and that analysis was laid out in the

21   House record.  And we have adopted that analysis

22   into our justification here.

23             And essentially what the House articulated

24   is that the minority community is not on its own --

25   it does not on its own have enough strength to elect

HT_0000634
CUBANOS-0000004337

Page 28

1   a candidate of its choice.

2           SENATOR ROUSON:  Thank you.

3           CHAIRMAN RODRIGUES:  Do you have a follow-

4   up?

5           SENATOR ROUSON:  Yes.  Thank you --

6           CHAIRMAN RODRIGUES:  You --

7           SENATOR ROUSON:  -- Mr. Chair.

8           CHAIRMAN RODRIGUES:  -- you are recognized.

9           SENATOR ROUSON:  Do you believe that it's a

10  compelling state interest to reflect diversity in

11  representation?

12          CHAIRMAN RODRIGUES:  You are recognized.

13          ALEX KELLY:  Mr. Chair, I'm not sure -- I'm

14  not sure how to answer the question.  It's -- it is

15  a -- it is a highly scrutinized process to draw a

16  district based on racial reasons, and to do so,

17  there must be a very narrowly tailored, compelling

18  interest to do so.

19          And so absent that, it's unlawful to do so.

20          SENATOR ROUSON:  Well, I guess --

21  Mr. Chairman.

22          CHAIRMAN RODRIGUES:  You are recognized.

23          SENATOR ROUSON:  Therein lies my question.

24  Is it not a compelling interest to have

25  representation that reflects the diversity of the

HT_0000635
CUBANOS-0000004338

Page 29

1   great state of Florida?

2           ALEX KELLY:  Chair?

3           CHAIRMAN RODRIGUES:  You are recognized.

4           ALEX KELLY:  I mean, Chair -- Senator

5   Rouson, redistricting standards as outlined in the

6   Florida Constitution and outlined just traditional

7   redistricting standards refer to things such as

8   compactness, keeping counties together, keeping

9   cities together, using clearly identifiable boundary

10  ways.  These are ways to draw districts that have a

11  lack of political intent, a lack of racial intent, a

12  lack of any sort of manipulation.  And so that is --

13  that is, generally speaking, the way to draw a

14  district.  The Florida Constitution guides districts

15  to be drawn that way, and so that is the process

16  that we followed.

17          SENATOR ROUSON:  Thank you.

18          CHAIRMAN RODRIGUES:  Senator Stewart.

19          SENATOR STEWART:  Thank you, Chair.

20          And you have outlined quite a few

21  concurrences with the criteria for 2, and, of

22  course, since it was brought up about Tier 1, it

23  seems to have much more need for compelling review.

24          One of the Tier 1 guidelines along the

25  federal law directs the lawmakers -- and we heard

HT_0000636
CUBANOS-0000004339

Page 30

1   this in committee over and over and over again --

2   that districts shall not be drawn with the intent or

3   result of denying or abridging the equal opportunity

4   of racial or language minorities to participate in

5   the political process or to diminish their ability

6   to elect representatives of their choice.

7          Now, I have not heard yet from this map

8   that was drawn if that was also considered.

9          ALEX KELLY:  Mr. Chair.

10         CHAIRMAN RODRIGUES:  You are recognized.

11         ALEX KELLY:  I think I've just answered

12  that same question a couple different ways.  I'm not

13  sure I have any more to offer.

14         CHAIRMAN RODRIGUES:  Senator Bracy, have

15  you had an opportunity to read the veto letter?

16         SENATOR BRACY:  I perused the letter.

17         CHAIRMAN RODRIGUES:  You are recognized for

18  a question.

19         SENATOR BRACY:  So and you just said that

20  minorities cannot elect a candidate of its own.  It

21  does not have enough, I guess, voting strength to do

22  that, and that is why you don't consider District 5

23  or District 10 a minority -- protected minority

24  access seat; is that correct?

25         CHAIRMAN RODRIGUES:  You are recognized.

HT_0000637
CUBANOS-0000004340

Page 31

1          ALEX KELLY:  Just to -- just to clarify,

2     there are some points there where the analysis

3     regarding benchmark District 5 and benchmark

4     District 10 would be different.  So the analysis

5     regarding benchmark District 5 is very plain sighted

6     in that regard.  There is not sufficient voting

7     strength in the minority community to, by itself,

8     elect a candidate of its choice.  So the analysis

9     for the two is not identical.

10          SENATOR BRACY:  Got it.  So --

11          CHAIRMAN RODRIGUES:  You are recognized.

12          SENATOR BRACY:  -- thank you, Mr. Chair.

13          So what is the benchmark where minorities

14     could elect the candidate of their choice?  What

15     would be that percentage if you --

16          CHAIRMAN RODRIGUES:  You are recognized.

17          ALEX KELLY:  Mr. Chair, thank you.

18          That would require an analysis of the

19     political data for any district.  I don't know that

20     there's one line in the sand, but generally, the

21     idea is that could that minority community -- on its

22     own voting strength without help, could that

23     minority community elect a candidate of its choice?

24     But that's going to be different in every single

25     district.

HT_0000638
CUBANOS-0000004341

Page 32

1              SENATOR BRACY:  So if you didn't --

2     Mr. Chair?

3              CHAIRMAN RODRIGUES:  You are recognized.

4              SENATOR BRACY:  So if you didn't look at

5     any data to determine that this is a minority access

6     seat, how did you determine it?  By eyeballing it?

7     How did you make that determination?

8              CHAIRMAN RODRIGUES:  He said earlier that

9     he did use the political data on District 5 when he

10    was attempting to draw the district.  So on that, I

11    believe he's already answered that question.

12             SENATOR BRACY:  Okay.  So you did use

13    political data, and you -- when you were looking at

14    the political data for District 5, what

15    determination did you -- how did you determine that

16    that was not a minority access seat since you did

17    look at the data for that?  What did the data show

18    you that --

19             CHAIRMAN RODRIGUES:  You --

20             SENATOR BRACY:  -- told you?

21             CHAIRMAN RODRIGUES:  You're recognized.

22             ALEX KELLY:  Thank you, Mr. Chair.

23             So the look at District 5 -- benchmark

24    District 5 in different configurations the

25    Legislature considered wasn't a question so much of

HT_0000639
CUBANOS-0000004342

Page 33

1  the political effectiveness of the community.  It

2  was a question of multiple facets at the same time.

3  The district is clearly -- the benchmark is clearly

4  drawn from Duval to Gadsden Counties is clearly a

5  racial gerrymander.  That's what the district is

6  plain sighted.

7           So the question becomes does it meet some

8  compelling state interest in doing so?  And our

9  analysis, particularly early on as we were weighting

10  this question and I was personally weighing this

11  question was, was there a manner in which that

12  district could be drawn more compactly, more in line

13  with traditional redistricting criteria so that, in

14  effect, from a federal law perspective, state law

15  perspective, and sort of the traditional

16  redistricting criteria, could you, so to speak,

17  check all the boxes and find a way to have a sort of

18  compromise?

19           The reality through analysis of that

20  district, including just observing the Legislature's

21  process, there was not a way to draw a compact,

22  politically effective, minority district and check

23  all the boxes, so to speak, without violating some

24  manner of law.

25           CHAIRMAN RODRIGUES:  Do you have a follow-

HT_0000640
CUBANOS-0000004343

Page 34

1    up?

2              SENATOR BRACY:  I do.  I do.

3              CHAIRMAN RODRIGUES:  You're recognized.

4              SENATOR BRACY:  You mentioned that your

5    determination was basically, did it meet a state --

6    a compelling interest?  But I want to go -- but I

7    feel like you haven't answered the question about

8    minority voting strength.  You said it did not meet

9    the criteria because it did not have enough of a

10   minority voting strength to be a protected seat.

11   How did you determine -- I know you said it didn't

12   have state compelling interest.

13            But specifically to why you said it did not

14   have enough of a voting -- a minority voting

15   strength to make it a minority access seat, how did

16   you determine that specifically?  Was there a

17   percentage that it did not meet that made you decide

18   it did not meet the threshold?

19            CHAIRMAN RODRIGUES:  You're recognized.

20            ALEX KELLY:  Thank you, Chair.

21            So and I apologize.  I think we're having a

22   little bit of just confusion, which is certainly

23   understandable, between our district of benchmark

24   District 5 and benchmark District 10.

25            Benchmark District 10 in Orlando -- or

Page 35

1   Orange County, I should say, for that district, I

2   was specific in saying it does not have a

3   significant enough minority community to have the

4   electoral strength to elect a candidate of their

5   choice.

6             So that analysis was provided in public

7   testimony by the House's professional Redistricting

8   Committee's staff in their Congressional

9   Redistricting Subcommittee.  It was -- the analysis

10  was a sound analysis, and we have adopted that.  We

11  have essentially adopted their judgment in our

12  process, and we've agreed with their analysis.

13            So that's where the analysis for District

14  10 departs some from District 5.  District 5 starts

15  with the question of the district is a racial

16  gerrymander.  Is it done in such a way that is so

17  narrowly tailored to a compelling state interest?

18  And it ultimately fails a different test.  It fails

19  a test of violating the U.S. Constitution.

20  Obviously, we can't take any element of our state

21  Constitution and use that against the U.S.

22  Constitution and violate that.

23            SENATOR BRACY:  Okay.  So just so that I

24  understand, you did not make your determination on

25  District 5 based on the minority voting strength.

HT_0000642
CUBANOS-0000004345

Page 36

1   You made that determination on District 10; is that

2   correct?

3           CHAIRMAN RODRIGUES:  You're recognized.

4           ALEX KELLY:  Mr. Chair.

5           Yes.  Correct.

6           SENATOR BRACY:  Okay.  Okay.  So let's go

7   to District 10 then.  How did you determine that

8   District 10 did not have enough of a minority voting

9   strength for it to be a minority access seat,

10  protected access seat?

11          CHAIRMAN RODRIGUES:  I think he's answered

12  that, Senator Bracy.  They adopted the House

13  analysis, which the testimony in the House Committee

14  was --

15          SENATOR BRACY:  But with --

16          CHAIRMAN RODRIGUES:  -- over time --

17          SENATOR BRACY:  With all due respect

18  though, this is not the House's map.  This is the

19  Governor's map.  And so I'm asking how the

20  Governor's Office made this determination, not the

21  House.

22          CHAIRMAN RODRIGUES:  Well, he answered that

23  question, Senator Bracy.  He said they adopted the

24  House position.  Do you have a follow-up question?

25          SENATOR BRACY:  Okay.  Can you clarify what

HT_0000643
CUBANOS-0000004346

Page 37

1   the House's position is again?

2           CHAIRMAN RODRIGUES:  Could you clarify that

3   again please?

4           ALEX KELLY:  Sure.  Thank you, Mr. Chair.

5           The House's position -- the House staff

6   articulated in their committee meeting or

7   Congressional Redistricting Subcommittee meeting

8   that they looked at recent elections history, and

9   that when they looked at that recent elections

10  history, the black community in Orange County, in

11  Congressional District 10 was not sufficient enough

12  on its own to elect a candidate of its choice.  They

13  did that analysis on their own.  We didn't do that

14  analysis, but the logic that they articulated in

15  committee was sound logic and a sound analysis.  And

16  so we adopted that.

17          SENATOR BRACY:  Okay.  I don't serve in the

18  House.  I did not see that election data.  So I

19  understand you took their position, but I guess I'm

20  asking for specifics on their data and how they made

21  that determination.  And I don't know if our staff

22  can clarify how they came to that position.  I

23  understand what their position was, but I'm trying

24  to understand how they came to that position.

25          CHAIRMAN RODRIGUES:  Jay, do you have

HT_0000644
CUBANOS-0000004347

Page 38

1    insight on that?

2          JAY FERRIN:  Thank you, Mr. Chairman.  If

3    I'm understanding the question correctly, I believe

4    the House reviewed the data for benchmark CD 10 and

5    determined that, over time, over the different

6    election cycles, the level of primary control for

7    African American voters in the Democratic Primary

8    was slipping below 50 percent and, therefore,

9    concluded that the voters in that benchmark district

10   did not outright control the Primary and, therefore,

11   made their determination based on that.

12         And that's my understanding of the House's

13   analysis on that district, and that's probably about

14   all I can speak to on that.

15         SENATOR BRACY:  Just a follow-up.  So from

16   your understanding, the black voting age population

17   in that CD 10 had a voting strength of less than 50

18   percent in a primary, which in turn is how they and

19   the Governor determined that that is not a protected

20   seat.  Is that the way you understand it?

21         CHAIRMAN RODRIGUES:  Jay, you're

22   recognized.

23         JAY FERRIN:  Mr. Chairman.

24         Yeah.  Without trying to speak for the

25   House or the Governor, that is my understanding is

HT_0000645
CUBANOS-0000004348

Page 39

1   that they reviewed elections over time and noticed a

2   trend in terms of primary control.  It has nothing

3   to do with voting age population but in terms of

4   primary control for African American voters on the

5   Democratic Primary and based their conclusions on

6   that.

7            SENATOR BRACY:  So they took an average of

8   elections, not just like the past 2020 elections.

9   They took an average of recent elections and put

10  that together and determined together that it went

11  less than 50 percent?

12           CHAIRMAN RODRIGUES:  Jay.

13           JAY FERRIN:  No.  Senator Bracy, we did

14  look at the average in the Senate to try to control

15  for electoral trends.  The House looked at the

16  trends.  They looked at each individual -- each

17  election -- the primary control in each election

18  cycle individually and looked at that over time and

19  noticed that it was decreasing every two years.

20           SENATOR BRACY:  Okay.  So they are

21  anticipating, the way you understand it, that the

22  trend will be that it will go below 50 percent, but

23  maybe it's not there yet.  But the trend is trending

24  toward below 50 percent; is that a correct analysis

25  of how you understand it?

HT_0000646
CUBANOS-0000004349

Page 40

1              CHAIRMAN RODRIGUES:  Jay, do you recall

2      what the percentage was?

3              JAY FERRIN:  Unfortunately, I don't recall

4      the percentages offhand, and I can't always speak to

5      the House's analysis of that.  But that's how I

6      understood it to work.

7              SENATOR BRACY:  Okay.  Well, I'll just say

8      I think it's troubling that the Governor's Office is

9      coming before us and touting an analysis that no one

10     really understands -- and he cannot speak to either

11     -- and this is how he's determined that District 10

12     is not a protected access seat.  I think that's

13     important information.

14             So, you know, if you can't answer my

15     question, we can move on, but I just want to make

16     the point that we're here for this purpose of

17     learning more information.  And no one can speak to

18     it.  Thank you.

19             CHAIRMAN RODRIGUES:  Senator Broxson, you

20     are recognized.

21             VICE CHAIR BROXSON:  Thank you,

22     Mr. Chairman.

23             I'd like to kind of put this in perspective

24     of the predicate that you started on.  When you

25     looked over the Senate -- State Senate and State

HT_0000647
CUBANOS-0000004350

Page 41

1   House, you used more of a Florida standard of what

2   we were trying to accomplish.  Now, you're looking

3   at the Congressional maps, which this probably will

4   be contested, and you believe that based on the U.S.

5   prototype that these conform with the intent of the

6   current law and gives you the position that you have

7   -- you've stated today.  Is that kind of where we

8   are?

9             CHAIRMAN RODRIGUES:  Alex, you are

10  recognized.

11            ALEX KELLY:  And thank you for the

12  question.  So essentially, yes.  We've brought -- if

13  I understood correctly, we've brought forward a map

14  that we believe complies with the U.S. Constitution

15  and the State Constitution.  So obviously, we have

16  an obligation to try to balance and comply with

17  both, of course, and so we believe we've brought

18  forward a map that complies with both and gives the

19  Legislature a work product that brings forward the

20  best of both.

21            CHAIRMAN RODRIGUES:  Senator Gibson.

22            SENATOR GIBSON:  Thank you, Mr. Chair.

23            In terms of the statement of, I guess,

24  apparently there was no way to meet the state's

25  interest in drawing minority access seats, in the

HT_0000648
CUBANOS-0000004351

Page 42

1   best interest of the state to do what?

2          CHAIRMAN RODRIGUES:  Senator Gibson, I'm

3   not sure I understand the question.  Could you

4   restate it?

5          SENATOR GIBSON:  The maps in the -- I guess

6   it's in the veto message or the way Mr. Kelly talked

7   about it, there was language that says they could

8   not draw maps that were in the best interest of the

9   state that would perform for minority communities.

10          CHAIRMAN RODRIGUES:  Mr. Kelly.

11          ALEX KELLY:  Sure.  Thank you, Mr. Chair.

12          Thank you for the question.  So --

13          SENATOR GIBSON:  What is in the best

14   interest of the state?

15          ALEX KELLY:  Thank you.  And that's not

16   really a question I could answer.  The compelling

17   interest is for the map drawer to define.  I did not

18   draw benchmark District 5.  I did not draw, you

19   know, any of the Legislature's attempts to redraw or

20   reconfigure benchmark District 5.  So that

21   compelling interest is something that you, the

22   Legislature, would have to define.

23          SENATOR GIBSON:  Follow-up?

24          CHAIRMAN RODRIGUES:  You are recognized.

25          SENATOR GIBSON:  And so when you said the

HT_0000649
CUBANOS-0000004352

Page 43

1    statement about what's in the best interest of the

2    state in terms of the districts, that was not --

3    those were not your words.  That is something that

4    was just written in the veto message.  So you don't

5    necessarily have any explanation of what is in the

6    best interest of the state when it comes to creating

7    the districts, particularly for minority voters?

8              CHAIRMAN RODRIGUES:  Were you referring to

9    the veto letter in that statement, Mr. Kelly?

10             ALEX KELLY:  Thank you, Mr. Chair.

11             I was referring to the veto letter and also

12   the accompanying memorandum that our general counsel

13   wrote to further explain the veto letter.  I was

14   just giving a short summary of it.

15             SENATOR GIBSON:  Follow-up?

16             CHAIRMAN RODRIGUES:  You are recognized.

17             SENATOR GIBSON:  Thank you, Mr. Chair.

18             I see it now.  It says but since this --

19   let me ask you this before I even ask you a

20   question.  Since this is the Governor's language

21   where it says, "The bill contains a primary map and

22   a secondary map that included a racially

23   gerrymandered district, Congressional District 5,

24   that is not narrowly tailored to achieve a

25   compelling state interest."  So since those are not

HT_0000650
CUBANOS-0000004353

Page 44

1   your words, you cannot explain what the compelling

2   state interest is?

3           CHAIRMAN RODRIGUES:  Mr. Kelly.

4           ALEX KELLY:  Thank you, Mr. Chair.

5           That obligation would be on the part of the

6   map drawer.  I did not draw the Legislature's

7   attempts to redraw benchmark District 5, and I

8   didn't redraw -- I didn't draw benchmark District 5.

9   So that would be a compelling interest that the

10  Legislature would have to put forward through your

11  process if you were attempting to redraw that and

12  narrowly tailor that to some state compelling

13  interest.

14          SENATOR GIBSON:  Follow-up?

15          CHAIRMAN RODRIGUES:  You're recognized.

16          SENATOR GIBSON:  May I?  Thank you, Mr.

17  Chair.

18          There's no functional analysis in the

19  packet that I see of the districts.  Is there no

20  functional analysis because it is the -- is there

21  some understanding that if it's not going to be a

22  minority access seat, then there's no reason to have

23  a functional analysis?

24          CHAIRMAN RODRIGUES:  Senator Gibson, I'm

25  going to refer to Staff Director Jay Ferrin on that

HT_0000651
CUBANOS-0000004354

Page 45

1  question because we covered that very same topic in

2  our maps.

3          JAY FERRIN:  Senator Gibson, you're

4  correct.

5          SENATOR GIBSON:  There's no need to do a

6  functional analysis if there is no minority

7  district; is that what I said?

8          CHAIRMAN RODRIGUES:  You are recognized.

9          SENATOR GIBSON:  Yes.  That's what I said.

10         JAY FERRIN:  Mr. Chairman.

11         Yes, Senator.  That's correct.

12         SENATOR GIBSON:  All right.

13         JAY FERRIN:  The purpose of the functional

14  analysis is to evaluate the performance of the

15  minority district.

16         SENATOR GIBSON:  Thank you.  And may I?

17         CHAIRMAN RODRIGUES:  You are recognized.

18         SENATOR GIBSON:  Thank you, Mr. Chair.

19         And so since I think what I heard was there

20  was no data looked at to come up with the, what is

21  that, Senate Bill 2 -- no.  What's the Governor's

22  map number, 102?

23         CHAIRMAN RODRIGUES:  109.

24         SENATOR GIBSON:  109, sorry, 109, SB 2-C

25  Plan 0109.  What information only just -- I don't

HT_0000652
CUBANOS-0000004355

Page 46

1    understand the information in that was used to

2    determine that the Senate 8019, which I want to make

3    sure we're also clear that 8019 and the House's map

4    -- primary and secondary maps were all voted on

5    before special session.  And those maps are not the

6    maps that the Governor or that you all drew at the

7    Governor's direction; is that correct?

8              CHAIRMAN RODRIGUES:  You are recognized.

9              ALEX KELLY:  Mr. Chair.

10             Yes.  Primary plan 8019 and secondary plan

11   8015 are the two maps that you, the Legislature,

12   approved within the contents of Senate Bill 102, and

13   that's the bill that the Governor vetoed.

14             SENATOR GIBSON:  Follow-up?

15             CHAIRMAN RODRIGUES:  You are recognized.

16             SENATOR GIBSON:  Thank you.  Thank you,

17   Mr. Chair.

18             And I wanted to make sure that that was

19   clear because there is some confusion about which

20   came first, the chicken or the egg, whether it was

21   the House maps that came over that were passed out

22   and not the Governor's maps because we are now

23   addressing the Governor's proposed maps, correct?

24             CHAIRMAN RODRIGUES:  I'll answer that.  we

25   are taking up the Governor's map now.

HT_0000653
CUBANOS-0000004356

Page 47

1            SENATOR GIBSON:  Thank you.  Follow-up,

2    Mr. Chair?

3            CHAIRMAN RODRIGUES:  You are recognized.

4            SENATOR GIBSON:  I want to go back to -- so

5    CD 5, which was different before it became 5, I

6    think in the last redistricting, the last how many

7    years has an African American been elected in the

8    maps previously that represented -- that included

9    representation of what is currently shown as CD 5?

10            CHAIRMAN RODRIGUES:  I think we're getting

11    beyond the contents of the lines he's drawn there,

12    but I'll give him a shot at it.

13            ALEX KELLY:  To my knowledge, of course,

14    that district has only existed since the court

15    adopted it in late 2015 and it went into place for

16    the 2016 election cycle.  Prior to that, the

17    district, instead of going from Jacksonville to

18    Gadsden County went from Jacksonville to Orlando,

19    and if I recall correctly, Congresswoman Brown had

20    that seat since somewhere in the early-to-mid '90s.

21    I don't remember the exact year.

22            SENATOR GIBSON:  Follow-up?

23            CHAIRMAN RODRIGUES:  You are recognized.

24            SENATOR GIBSON:  Thank you, Mr. Chair.

25            And then the recent CD 5 that elected an

HT_0000654
CUBANOS-0000004357

Page 48

1    African American, the drawing of the maps concluded

2    that that -- or the drawing of the Governor's maps

3    concluded that that map was not gerrymandered but

4    the previous adaptation of CD 5, which went east to

5    west, is gerrymandered?

6              CHAIRMAN RODRIGUES:  Could you restate that

7    please?

8              SENATOR GIBSON:  He shook his head.  I

9    think he understood it.

10             ALEX KELLY:  Thank you, Chair.  I think I

11   got it.

12             Yeah.  So yes.  And this is articulated in

13   the memorandum too, but I can say unequivocally the

14   district currently today as drawn from Jacksonville

15   over to Gadsden County stretching about three and a

16   half hours is a racial gerrymander.

17             SENATOR GIBSON:  I'm sorry.  Mr. Chair?

18             CHAIRMAN RODRIGUES:  Could you repeat that?

19             SENATOR GIBSON:  The last -- you said

20   what's three and a half hours?

21             ALEX KELLY:  The drive from Jacksonville to

22   Gadsden County, the length of the district.

23             SENATOR GIBSON:  Thank -- Mr. Chair?

24             CHAIRMAN RODRIGUES:  Okay.  Members, we're

25   going to go back to the map.

HT_0000655
CUBANOS-0000004358

Page 49

1          SENATOR GIBSON:  Oh.

2          CHAIRMAN RODRIGUES:  And there'll be more

3     time for questions at the end.

4          Pick up your presentation please.

5          ALEX KELLY:  Thank you, Mr. Chair.

6          So shifting to the part of the region we're

7     talking about, shifting to Districts 4-5 on this

8     slide and the next, of course, obviously, we've

9     already had a lengthy discussion.  So just some

10    other general points to give you some sense of the

11    final lines for the proposed map in front of you

12    here today.

13         And, again, as we noted through the

14    questioning, on the left, you see the plan -- the

15    primary plan as adopted by the Legislature; on the

16    right, the plan before you here today in Senate Bill

17    2-C.

18         The boundary between the two is mostly the

19    St. Johns River.  As you know, Jacksonville is the

20    single lone city in the entire state that's actually

21    larger in population than a congressional district.

22    So the river, which nearly equally divides the city,

23    stands out as certainly a logical, recognizable Tier

24    2 boundary to divide Jacksonville if you're going to

25    have to divide it somewhere.  And at the same time,

HT_0000656
CUBANOS-0000004359

Page 50

1    the new configuration here still allowed us to

2    improve overall on compactness.

3           The southern boundaries of Districts 4 and

4    5 are still actually exactly as the Legislature

5    proposed them.  So the boundary between Clay and

6    Putnam is as the Legislature proposed it, and the

7    split in St. Johns County is exactly what the

8    Legislature proposed.  So we didn't change that.

9           The last point I just want to make in this

10   slide, just zooming in a little bit on these two

11   districts, is at some point, just for the sake of

12   equal population, District 4 does need to come

13   across the river just to equalize a couple thousand

14   residents if I recall correctly.  And so at some

15   point the district does have to come across the

16   river.

17          The original iteration of this crossing

18   that we drew in one of our earlier maps was I would

19   say less deliberative.  In this improved

20   configuration, I used the bridges of the Arlington

21   Expressway and Interstate 295 to literally allow a

22   resident of District 4 to not have to leave the

23   district in order to traverse the entire district.

24   So we just tried to use those boundary lines a

25   little more logically if we were going to have to

HT_0000657
CUBANOS-0000004360

Page 51

1    cross the river and gain equal population.

2            SENATOR BRACY:  Mr. Chair?

3            CHAIRMAN RODRIGUES:  Yes?

4            SENATOR BRACY:  I have a question on the

5    map.  I'm looking at District 2.  How far does

6    District 2 go from east to west?

7            CHAIRMAN RODRIGUES:  Do you have that on a

8    slide, or do you want to answer that?

9            ALEX KELLY:  Thank you, Mr. Chair.

10           And I don't, and I don't actually know.  We

11   didn't draw District 2.  The Legislature drew

12   District 2.  And I will say in general in the maps

13   that we drew out of our office, I don't recall if we

14   ever made any changes to the Legislature's

15   configurations in Districts 1 or 2, but we

16   definitely did not change them for the purposes of

17   this map compared to what the Legislature passed.

18           CHAIRMAN RODRIGUES:  Okay.

19           SENATOR BRACY:  Well, the reason why I

20   bring it up is that you said that District 5 was a

21   racial gerrymander that spread 200 miles, but I'm

22   looking at District 2.  It looks like it goes about

23   200 miles, maybe more.

24           So the fact that you singled out District 5

25   for it going east to west that far but you got other

HT_0000658
CUBANOS-0000004361

Page 52

1    ones that do, you got a problem.  It seems that --

2    anyway, I just wanted to explain how -- I would like

3    for you to explain how District 2 can go 200 miles,

4    but District 5 can't.

5           CHAIRMAN RODRIGUES:  You are recognized.

6           ALEX KELLY:  Thank you, Mr. Chair.

7           I think if you're looking at Northeast

8    Florida, where you have Nassau, Duval.  You have

9    Clay.  You have St. Johns Counties.  Within those

10   four counties, you can fit more than two

11   congressional districts because a third district is

12   even started in southern St. Johns in the

13   configuration we're looking at today.

14          You're comparing that to rural Florida, the

15   Panhandle, where there's significantly less

16   population.  Naturally, a district in the Panhandle

17   is going to comprise probably several entire rural

18   counties.  The same is true if you look in the

19   southern central part of the state as well where you

20   have rural communities.

21          And that's just generally a reality of

22   drawing a district that perhaps is maybe based out

23   of a municipality or a larger city or a larger

24   county versus drawing a district that's centered

25   around a number of rural counties.  So a compact

HT_0000659
CUBANOS-0000004362

Page 53

1    district in rural communities might take on a very

2    aesthetically compact shape, but it's physically

3    likely to be larger than, of course, a compact

4    district in an urban community.

5            CHAIRMAN RODRIGUES:   Thank you.   Please

6    continue.

7            ALEX KELLY:   Thank you.

8            So the next few slides, slides 14 through

9    21, visualize my changes to the Gulf Counties.   As I

10   noted earlier in the opening from Citrus down to Lee

11   Counties and even how those districts in those

12   counties tie to inland counties to the east, north,

13   and south.

14           And I'm showing you this way to give you a

15   sense of how I actually thought about going through

16   the map and making those Tier 2 improvements.   I

17   really want to take you through my thought process,

18   and essentially what you have in this region of the

19   state is a hybrid of the Legislature's maps and our

20   office's prior plans in this region.   And in order

21   to really achieve worthwhile Tier 2 improvements to

22   this region, I had to revisit how the entire region

23   was drawn.

24           To give a sense of what I mean by that, as

25   this slide illustrates, the Legislature made a

HT_0000660
CUBANOS-0000004363

Page 54

1   decision to keep Broward, Osceola, and Polk Counties

2   whole.  This decision essentially places a little

3   bit of a limitation on the map drawer.  And

4   obviously there's -- obviously, it's a good goal to

5   keep counties whole, but it places a little bit of

6   limitation on the map drawer.  And that limitation

7   essentially then forces your hand as a map drawer in

8   the Tampa Bay region.

9           Keeping Broward, Osceola, and Polk whole

10  essentially creates a wall across three-quarters of

11  the state.  So if, as we do in Plan 109, if we're

12  able to essentially break that wall in Polk County,

13  there are means to do that in meaningful, Tier 2,

14  metric-driven ways that make gains for the map

15  overall, and we can still, as we'll show later, make

16  meaningful Tier 2 decisions in Polk County as well.

17  And that really allows a number then of Gulf Coast

18  counties decisions that make a number of Tier 2

19  gains for this map.

20          I'll give some specific examples.  So in

21  this example in slide 16, this became a means to

22  keep Collier -- sorry, not Collier -- Citrus County

23  whole in District 12, which you can see here, and

24  this district is a much more squared-up, linear

25  district.  District 12 actually is still in this

Page 55

1 configuration a majority Pasco County seat yielding

2 about 141,000 of its residents in the southern part

3 of the county into District 15.

4    Just while we have it on the screen, the

5 boundaries there -- this is all of Citrus, all of

6 Hernando, and most of Pasco.  The boundaries between

7 District 12 and 15 -- 15 is the pinkish district in

8 the south there -- the boundaries there, the city of

9 Zephyrhills is entirely in District 15.  The cities

10 of St. Leo, San Antonio, and Dade City are entirely

11 in 12.  And those lines, despite their curves,

12 they're predominantly state roads all throughout.

13    Moving on to slide 17, south of the Tampa

14 Bay region, we were also able to keep, through

15 changes made in the Polk County area, we're able to

16 also keep Sarasota County whole.  As I opened it up,

17 essentially what I've done in this map is I've

18 articulated two whole counties in exchange for

19 splitting another county.  So gaining that net whole

20 county in the map, keeping Citrus whole, keeping

21 Sarasota whole, splitting Polk.

22    In this particular configuration, keeping

23 Sarasota whole, aligning it with all of Charlotte

24 County and aligning it with some unincorporated

25 communities in Lee County to essentially equalize

HT_0000662
CUBANOS-0000004365

4/19/2022                  Common Cause, et al. v. Cord Byrd          Audio Transcription

Page 56

1    the population, and the boundaries in Lee County are

2    almost entirely either major roadways or city

3    boundaries.

4              On slide 18, taking this approach north and

5    south of Tampa Bay then allowed us to go -- or

6    allowed me to go work in the Tampa Bay area because

7    overall just comparing the map that we had

8    previously worked on, comparing that to the

9    Legislature's map, the population distribution was

10   just simply different.

11             So again, as I noted earlier, really had to

12   lift the whole region out and look at options to

13   reconfigure it.  Taking this approach north and

14   south of Tampa Bay and gave me a better chance to

15   draw more visually compact districts in Tampa Bay

16   and make improved usage of Tier 2 political and

17   geographical boundary lines.

18             Zooming just a little bit further on

19   Pinellas County and the bay, it seemed from the

20   Legislature's process that there was a goal to have

21   a seat wholly in Pinellas County, and so this map

22   still accomplishes this goal.  I literally started

23   in this region working from west to east.  Doing so,

24   essentially, I was able to create a very squared-up,

25   compact district.

HT_0000663
CUBANOS-0000004366

Page 57

1             In the northern part of District 13 where

2     it connects to District 14, that's just your

3     Pinellas-Hillsborough line.  The southern part of

4     the seat just follows state road in-between Pinellas

5     -- or actually through the city of St. Pete, I

6     should say, follows a state road, and a just nice

7     clean line splits District 13 and District 14.

8             And then I continued just to work my way

9     east as I build District 14, again, seeking to

10    utilize as clean, clear, distinguishable lines --

11    municipal boundary lines, really leaning heavily on

12    Tier 2 standards.  I essentially then built District

13    16 north at the same time and built District 16

14    north with the same goal in line of having those

15    boundaries match, again, clearly distinguishable

16    roadways.  And I should say too District 16 still

17    keeps all of Manatee County whole.

18            CHAIRMAN RODRIGUES:  Senator Rouson, you

19    are recognized for a question.

20            SENATOR ROUSON:  Thank you very much,

21    Mr. Chairman.

22            The way you have drawn CD 14 and CD 13, 13

23    being St. Pete and Pinellas, 14 being Tampa and

24    Hillsborough, you have packed black voters of

25    Midtown, South St. Pete with black voters in East

HT_0000664
CUBANOS-0000004367

Page 58

1   Tampa.  Current configuration of the district is

2   different from what you've suggested.  Can you

3   explain the difference?

4          CHAIRMAN RODRIGUES:  You are recognized.

5          ALEX KELLY:  Mr. Chair, thank you.

6          To be frank, I actually am unaware of the

7   black voting age population of District 14.  This

8   was not even drawn with any type of racial intent at

9   all.  This was not drawn with any type of even

10  looking at any racial data for this district.  There

11  was not to my knowledge any reason to do so.  So I

12  was just drawing a district based on nice, clean,

13  compact lines, lines that adhered to major roadways,

14  major recognizable roadways, and try to split as few

15  cities as possible in this area.

16         I do trade a split of St. Pete for -- my

17  apology --

18         SENATOR ROUSON:  You traded --

19         ALEX KELLY:  -- one other city, my apology,

20  but I do -- there is a city split trade in this

21  area.  But so the overall city splits are equal to

22  what the Legislature adopted, but I just utilized

23  the major roadways and worked my way east and worked

24  my way north.

25         CHAIRMAN RODRIGUES:  Senator Rouson, do you

HT_0000665
CUBANOS-0000004368

Page 59

1   have a follow-up?

2          SENATOR ROUSON:  No.

3          SENATOR BRACY:  Mr. Chairman, I do have a

4   question.

5          CHAIRMAN RODRIGUES:  We'll go to Senator

6   Bracy and then Senator Gibson.

7          SENATOR BRACY:  Thank you.

8          Is Mr. Alex Kelly under oath for this

9   committee?

10         CHAIRMAN RODRIGUES:  No.  He's not.

11         SENATOR BRACY:  I know we do it in certain

12  circumstances, certain secretaries.  Could we make

13  that happen in this committee?

14         CHAIRMAN RODRIGUES:  The time to have done

15  that would have been before we began the

16  presentations.  So at this point, I would rule that

17  out of order.

18         Senator Gibson, did you have a question?

19         SENATOR GIBSON:  Thank you, Mr. Chair.

20         In terms of the -- I think I heard the

21  primary elections showed some data that CD 5

22  couldn't on its own elect a candidate of their

23  choice, some historical image and something about

24  historical, and that's, I guess, in any other

25  district that should be a minority access district,

HT_0000666
CUBANOS-0000004369

Page 60

1    you mentioned that the primary elections showed that

2    they couldn't -- is that correct -- by themselves --

3              CHAIRMAN RODRIGUES:  Mr. Kelly?

4              SENATOR GIBSON:  -- elect someone?

5              ALEX KELLY:  Thank you, Mr. Chair.

6              I think the question you're asking about

7    pertained somewhat to my comments about

8    Congressional District 10, not Congressional

9    District 5.  But I'm not totally sure.  There might

10   have been some blurring of the line there between

11   the two in the question.

12             SENATOR GIBSON:  Follow-up, Mr. Chair?

13             CHAIRMAN RODRIGUES:  You are recognized.

14             SENATOR GIBSON:  It may be blurring because

15   they impact the same ethnic people perhaps, but it

16   was said that data had shown -- that was in context

17   of 5 and 10, that the primary data showed that the

18   CD 5 couldn't elect a minority member of Congress on

19   their own, which is why we weren't following any

20   Tier 1 because all we're talking about today is Tier

21   2.  And that's the reason for it's not diminished;

22   is that what you said about the primary data --

23             CHAIRMAN RODRIGUES:  Mr. Kelly.

24             SENATOR GIBSON:  -- primary election data?

25             ALEX KELLY:  Thank you, Mr. Chair.

HT_0000667
CUBANOS-0000004370

Page 61

1              I think your question or at least what
2      you're referencing from my testimony refers to my
3      comments about Congressional District 10, and I was
4      reflecting on the House professional staff's, their
5      analysis of Congressional District 10.  We didn't
6      look at the political data for Congressional
7      District 10.  I didn't look at the political data
8      for Congressional District 10.
9              The House, in their subcommittee,
10     referenced their analysis of Congressional District
11     10 and that based on their analysis of past years
12     primary electoral data, that their analysis showed
13     that the black community in Orange County, in
14     Congressional District 10, could not on their own
15     elect a candidate of their choice.
16             Congressional District 5, I don't think
17     I've heard anyone question that the district has an
18     ability to elect.  Their issues are similar, but the
19     issues are not identical.  The question in
20     Congressional District 5 is it is a gerrymandered
21     district drawn predominantly based on one criteria,
22     a strong -- predominantly based on race and was it
23     drawn in a way that meets a compelling state
24     interest, which is a question that would have to be
25     asked of the map drawer to justify the district.

HT_0000668
CUBANOS-0000004371

Page 62

1              SENATOR GIBSON:  So --

2              CHAIRMAN RODRIGUES:  You are recognized.

3              SENATOR GIBSON:  Thank you, Mr. Chair.

4              And so the map drawer only looked at an

5      analysis that didn't include a functional analysis

6      in any configuration, correct?

7              CHAIRMAN RODRIGUES:  You are recognized.

8              ALEX KELLY:  My apology.  I'm not sure I

9      understood the question.

10             SENATOR GIBSON:  So -- I'm sorry.

11             CHAIRMAN RODRIGUES:  Restate.

12             SENATOR GIBSON:  Thank you, Mr. Chair.

13             In the purported gerrymandered district

14     based on race, the -- and now in the map that we're

15     dealing with today, there was -- a functional

16     analysis was not reviewed to recognize communities

17     of interest, not gerrymandered based on race,

18     because it's all race neutral; is that correct?

19             CHAIRMAN RODRIGUES:  Do you understand it

20     now?

21             ALEX KELLY:  I think so.  Yes.  Thank you,

22     Mr. Chair and thank you.

23             So I'm going to break that down.  So our

24     office has not done a functional analysis on any of

25     the districts.  We have not -- I have not drawn

HT_0000669
CUBANOS-0000004372

Page 63

1  districts based on communities of interest.  What

2  you did say at the end, we drew districts -- is

3  correct.  We drew districts in a race neutral way.

4          SENATOR GIBSON:  Mr. Chair?

5          CHAIRMAN RODRIGUES:  Follow-up?

6          SENATOR GIBSON:  I keep trying to

7  understand the -- is there a definition for race

8  neutral drawing?

9          CHAIRMAN RODRIGUES:  You're recognized.

10          ALEX KELLY:  Thank you, Mr. Chair.

11          I mean, I'll give you a non-attorney

12  definition.  Essentially, for me, race was not a

13  driving factor of how I drew the district.  It was

14  definitely not a predominant factor, and as I noted

15  when we talked earlier about District 14, I couldn't

16  even tell you -- and I still can't tell you -- what

17  the actual black voting age population of the

18  district is.

19          I drew that district, District 13, 14, all

20  the districts around it solely based on trying to

21  draw districts that are compact, aesthetically

22  compact, statistically compact, that follow clearly

23  definable political and geographical boundary lines

24  that meet that Tier 2 test.  So I didn't draw a

25  single district in this map based on race.

HT_0000670
CUBANOS-0000004373

Page 64

1          SENATOR GIBSON:  Follow-up?

2          CHAIRMAN RODRIGUES:  You are recognized.

3          SENATOR GIBSON:  Thank you, Mr. Chair.

4          And so the Tier 1 never came into play in

5     terms of keeping communities of interest together,

6     that it doesn't have to be a majority, but certainly

7     their ability to elect the representative of their

8     choice, that was never a factor.  It's just strictly

9     where the lines are and let people fall where they

10    may; is that kind of how it --

11          CHAIRMAN RODRIGUES:  You are recognized.

12          SENATOR GIBSON:  -- it is?

13          ALEX KELLY:  Thank you, Mr. Chair.

14          Again, I drew districts based on drawing

15    compact districts that followed aesthetic

16    compactness, statistical compactness, followed

17    clearly identifiable, recognizable, political and

18    geographical boundary lines.  I did not use

19    communities of interest as a standard, and I did not

20    draw race-based districts.

21          SENATOR GIBSON:  Thank you, Mr. Kelly.

22          CHAIRMAN RODRIGUES:  Senator Stewart, did

23    you have a question?

24          SENATOR STEWART:  Thank you, Chair.

25          A little bit toward where Senator Gibson

HT_0000671
CUBANOS-0000004374

Page 65

1  was going, but what I'm gathering from the

2  discussion thus far is that Tier 1 guidelines that

3  was the federal law was not considered in this map

4  and primarily you went by roadways and to make sure

5  that the Tier 2 was done correctly?

6          CHAIRMAN RODRIGUES:  You are recognized.

7          ALEX KELLY:  Thank you, Mr. Chair.

8          Senator, the Tier 1 guidelines are part of

9  state law, not federal law.

10          CHAIRMAN RODRIGUES:  Do you have a follow-

11  up, Senator Stewart?

12          SENATOR STEWART:  That's news to me.  Thank

13  you.

14          CHAIRMAN RODRIGUES:  Senator Bracy.

15          SENATOR BRACY:  Thank you.  Thank you,

16  Mr. Chairman.

17          Senator Rouson talked about the black

18  people in Pinellas, and now they're moved to a

19  district over that will now have them most likely

20  representing -- having a Republican representative.

21  And you're saying you are not aware of that at all

22  whatsoever, did not have any impact on your

23  decision-making.

24          CHAIRMAN RODRIGUES:  You are recognized.

25          ALEX KELLY:  Thank you, Mr. Chair.

HT_0000672
CUBANOS-0000004375

Page 66

1            Race and political partisan data in no way

2     related at all to my drawing of Districts 13, 14,

3     15, 16, or any of the districts on the map.  Really

4     leaned in heavily to Tier 2 standards of compactness

5     and use of Tier 2 boundaries in these districts.

6     Again, I made a split in northern -- the northern

7     part of District 13 along the Pinellas-Hillsborough

8     County line, in the southern part of District 13 and

9     14 right along U.S. 19 as a southern divider.

10    There's a little bit of equal population work done

11    just north of St. Pete in the unincorporated Feather

12    Sound area as --

13            SENATOR BRACY:  I got it.  Thank you.  I

14    understand.  So District 5 -- excuse me -- District

15    10 --

16            CHAIRMAN RODRIGUES:  You are recognized for

17    a follow-up.

18            SENATOR BRACY:  Thank you, Mr. Chairman.

19            So in District 10, the district that I

20    represent now, in West Orange County, all of the

21    black people in West Orange County have now been

22    moved to a district that will be represented mostly

23    by Lake County.

24            So you have an area that has elected Val

25    Demings, who was a potential Vice President

HT_0000673
CUBANOS-0000004376

Page 67

1   Democratic nominee for President, who will now be

2   electing possibly Representative Anthony Sabatini,

3   who is known for blackface.

4           And I mean no district, but I'm trying to

5   make a point that you're telling me that this group

6   of people who have elected someone completely

7   different now will be electing someone like that.

8   And you're saying you had no idea.  This is the

9   first time that you're ever considering that point.

10          CHAIRMAN RODRIGUES:  You are recognized.

11          ALEX KELLY:  Thank you, Mr. Chair.

12          My reading of the state Constitution, it

13   would have violated the law on several -- Tier 1 law

14   in several ways for me to even go anywhere near an

15   analysis like that.  So I have no consideration for

16   anything like that.  I think to put something into

17   context here too that is important.

18          And I can -- Mr. Chair, if it's okay, I can

19   skip to District 10 if that might help.

20          CHAIRMAN RODRIGUES:  Let's do that.

21          ALEX KELLY:  So this is Congressional

22   District 10.  Well, this is the region.  This is how

23   it compares to the map that the Legislature passed,

24   which is not dissimilar from the benchmark and then

25   Congressional District 10 in the map before you

HT_0000674
CUBANOS-0000004377

Page 68

1    today.

2           That Congressional District 10 is a very,

3    very Tier 2-adherent district, very compact.  All of

4    those lines are used to define either major roadways

5    or municipal boundaries, and to put this into

6    context, the benchmark Congressional District 10, to

7    my knowledge, has a black voting age population

8    somewhere just under 27 percent, somewhere in the

9    high 26 percent range.

10          The district that you're looking at there

11   today has like a 25.98, 25.96, a very close

12   percentage to 26.  So it's not even a 1 percent.

13   It's maybe a 7/10 or 8/10 of a percent point drop in

14   its black voting age population.

15          So just drawing a compact seat -- and I can

16   walk through the different city and roadway

17   boundaries.  Just drawing a compact seat that lines

18   up with -- you can see that's the Seminole-Orange

19   County line.  You can see some major roadways.  That

20   piece of District 9 that goes up into District 10,

21   that's the cities of Belle Isle and Edgewood.  So

22   it's keeping some municipalities whole.  Maitland,

23   Winter Park are kept whole in 10.  You've got Winter

24   Garden, Ocoee, Apopka are kept whole in 11.

25          So just following all those principles, we

HT_0000675
CUBANOS-0000004378

Page 69

1    were able to draw a very compact District 10 that's

2    not even a percentage point difference in its black

3    voting age population.  So we really adhered to the

4    principles in Florida law and drew a very compact

5    district, and that's something that was similar to

6    what the House had drawn and articulated good

7    reasons for drawing it.  And so when I worked on

8    this map, that is the seat that I drew, and it

9    really is a very compact and very lawfully compliant

10   seat.

11           SENATOR BRACY:  Mr. Chairman?

12           CHAIRMAN RODRIGUES:  You're recognized.

13           SENATOR BRACY:  Thank you.

14           You mentioned before that you had no idea

15   on percentages.  You did not use that for any

16   outcomes, yet you just quoted the black voting age

17   population, how much it changed.  So help me

18   understand.

19           CHAIRMAN RODRIGUES:  You want to provide

20   some clarity there?

21           ALEX KELLY:  Thank you, Mr. Chair.

22           I noted that comment specific to District

23   14.  District 10, we recognized that there was a

24   tension between the testimony in the House and

25   Senate.  And so it was important to understand the

Page 70

1    black voting age population, as well as the Hispanic

2    voting age population of that district, that

3    benchmark district, again, somewhere, you know,

4    around, give or take, close to 26-something percent.

5    I forget the exact number, but 26-something percent

6    black voting age population in the benchmark.  And I

7    think the Hispanic voting age population is actually

8    larger, around 28 percent Hispanic voting age

9    population.

10          So this was a district where we did have to

11   look at -- I had to look at the data for the black

12   voting age population, the Hispanic voting age

13   population, try to come to an understanding of that

14   tension between the House and Senate testimony, and

15   figure out an appropriate resolution.

16          SENATOR BRACY:  Okay.  So you were aware of

17   --

18          CHAIRMAN RODRIGUES:  You are recognized.

19          SENATOR BRACY:  Thank you, Mr. Chair.

20          So you were aware of the black voting age

21   population, Hispanic voting age population when

22   making the changes that you were -- that you made in

23   District 10; that is correct?

24          CHAIRMAN RODRIGUES:  You are recognized.

25          ALEX KELLY:  Yes.

HT_0000677
CUBANOS-0000004380

Page 71

1      SENATOR BRACY: Okay. All right. Just

2 looking at the Federal Voting Rights Act, and it

3 protects against retrogression. And it defines that

4 as the ability of racial and language minorities to

5 elect representatives of their choice. So any

6 effect to that would be considered retrogression.

7      So what I'm saying is to move the people

8 from West Orange County, who have elected Val

9 Demings as their Congresswoman, to now move them in

10 a district in Lake County with the villages and

11 others where now they won't be able to elect the

12 representative of their choice, from this

13 definition, it clearly goes against the Voting

14 Rights Act. It clearly is retrogression.

15      How do you explain that group of black

16 people having the choice to vote for one, but now

17 they will not be able to elect the candidate of

18 their choice?

19      CHAIRMAN RODRIGUES: Mr. Kelly, you are

20 recognized.

21      ALEX KELLY: Thank you, Mr. Chair.

22      And I won't claim to be an expert on every

23 facet of the Voting Rights Act, but in general, I

24 don't know of any way in which a Voting Rights Act

25 challenge could be brought to a district that's 26

HT_0000678
CUBANOS-0000004381

Page 72

1    percent of the black -- or 26 percent of it's the

2    black community, 28 percent of it's the Hispanic

3    community.  I don't know that there's any connection

4    at all to the Voting Rights Act for a district like

5    that.

6            Generally, that type of challenge is, to my

7    knowledge -- and counsel could probably clarify --

8    but to my knowledge is applicable to a district

9    where a majority of the district is a particular

10   minority community, so a district, in other words,

11   where it has a 50 percent-plus black voting age

12   population.

13           There's further analysis required, more

14   than just that, but in general, this district and

15   the Voting Rights Act wouldn't have anything to do

16   with each other.

17           CHAIRMAN RODRIGUES:  Senator Bracy?

18           SENATOR BRACY:  But you said before you

19   don't even know the percentages the House used to

20   determine if this is even a minority seat or not.

21   So --

22           CHAIRMAN RODRIGUES:  Well, he did say he

23   looked at District 10.

24           SENATOR BRACY:  He looked at the black

25   voting age population, but to determine if it is a

HT_0000679
CUBANOS-0000004382

Page 73

1   minority seat -- you know what.  We're going in

2   circles.  What I would ask, Chairman, is that we've

3   got a lot of people here, and I think there's

4   honestly only three, four districts that are really

5   what people are paying attention to.

6           So I appreciate the presentation from the

7   Governor's Office, but just so that we have time for

8   debate and that people have a chance to speak, I

9   would ask that we could conclude the presentation or

10  really expedite it and then allow for people to

11  speak.

12          CHAIRMAN RODRIGUES:  Senator Gibson.

13          SENATOR GIBSON:  Thank you, Mr. Chair.

14          And I certainly will save time for public

15  testimony.  I appreciate those who have come today.

16  On the -- I'm unclear as to which -- when there was

17  data reviewed, when there wasn't data reviewed.

18          But just in the House primary map -- I

19  believe that was one that you all utilized, I think,

20  a little bit or tweaked it a little bit -- the black

21  voting age population according to this full

22  analysis was around 35 percent, a little over 35

23  percent.  In the data for the race neutral maps,

24  that goes down to 12 percent.

25          And so it's your testimony today that

Page 74

1   because -- that there's no diminishment because that

2   population couldn't elect a candidate of their

3   choice in a primary?

4           CHAIRMAN RODRIGUES:  You are recognized.

5           ALEX KELLY:  Thank you, Mr. Chair.

6           I apologize.  I don't have the benefit of

7   the data that you're looking at.  So I'm not sure

8   what you're looking at.

9           CHAIRMAN RODRIGUES:  Do you have a follow-

10  up?

11          SENATOR GIBSON:  Mr. Chair?  Yes.

12          So I have the packet with the map that

13  we're discussing, which district by district,

14  includes percentages for the various districts based

15  on the map that we received.

16          CHAIRMAN RODRIGUES:  Senator Gibson, our

17  staff --

18          SENATOR GIBSON:  So this is the staff data.

19          CHAIRMAN RODRIGUES:  Our staff prepared --

20          SENATOR GIBSON:  Okay.

21          CHAIRMAN RODRIGUES:  -- that data.

22          SENATOR GIBSON:  Well, Mr. Chair, may I?

23          CHAIRMAN RODRIGUES:  Yes.

24          SENATOR GIBSON:  Regardless of the

25  preparation -- and I trust what our staff does --

HT_0000681
CUBANOS-0000004384

Page 75

1    those are the percentages.  And that is not

2    diminishment because CD 5 is no longer considered to

3    have need for a minority access district?  Would

4    that be the premise?

5           CHAIRMAN RODRIGUES:  Mr. Kelly.

6           ALEX KELLY:  I have to apologize.  I'm not

7    sure.  Are we talking about District 5 or District

8    10?

9           SENATOR GIBSON:  I said -- I'm sorry.

10          ALEX KELLY:  And I'm still not really sure

11   what data -- I don't know if we're referencing data

12   regarding racial and language minorities.  I don't

13   know if we're referencing elections data.  I'm

14   struggling to follow the question?

15          SENATOR GIBSON:  May I?

16          CHAIRMAN RODRIGUES:  He's at a disadvantage

17   not having the packet.

18          SENATOR GIBSON:  May I explain it?

19          CHAIRMAN RODRIGUES:  Sure.

20          SENATOR GIBSON:  Thank you, Mr. Chair.

21          So we have something called a voter age

22   voting data, right, or the voting age population in

23   each of the congressional districts that were drawn

24   in Plan 109, and the projection for the CD 5 in 109

25   of black voting age population in CD 5 is now 12

HT_0000682
CUBANOS-0000004385

Page 76

1  percent, which was previously in the map I believe

2  you referenced that the Senate passed -- you chose

3  this one -- 8019, was 35 percent.

4          And so my question -- but you don't --

5  because you don't have the -- because you don't have

6  the data, can you not answer the question based on

7  the percentages that I gave?

8          CHAIRMAN RODRIGUES:  Mr. Kelly.

9          ALEX KELLY:  Sure.  Okay.  And thank you.

10  And thank you for the clarification.  I think I'm

11  starting to understand what you're asking.  So

12  you're referring to District 5 in map 8019, and

13  District 5's black voting age population in map 8019

14  is 35.32 percent.

15          I wouldn't say that District 5 in map 0109

16  is the comparable district.  Neither district really

17  resembles it, but I wouldn't say that it's the

18  comparable district.  District 4 if that map, in map

19  0109, has a black voting age population of 31.66

20  percent, and that achieved that 31.66 percent

21  without attempting in any way to draw it with race

22  as a consideration.

23          SENATOR GIBSON:  District 4 has the 30

24  percent.

25          CHAIRMAN RODRIGUES:  That's what he said.

HT_0000683
CUBANOS-0000004386

Page 77

1              SENATOR GIBSON:  Okay.  And District 5 is

2    12 percent.

3              CHAIRMAN RODRIGUES:  He'll have to take

4    your word for that.  He doesn't have the data.

5              SENATOR GIBSON:  And thank you, Mr. Chair.

6              And so collectively in previous maps, those

7    -- it's the split between the districts that then

8    create a difference in the numbers and also go to a

9    different area, correct?

10             CHAIRMAN RODRIGUES:  you are recognized.

11             ALEX KELLY:  Thank you, Mr. Chair.

12             You know, Senator, I think this visual

13   helps articulate based on the district -- or the

14   districts that the Legislature drew in its primary

15   plan and the districts that I've drawn in this plan

16   before you today.

17             When you look to the left, District 5 that

18   the Legislature drew, and you tried to compare the

19   geography, therefore, the population to District 4

20   that I drew, really most of the Legislature's

21   District 5 -- most of it but obviously not all of it

22   -- most of it population wise is in that District 4

23   that I drew.

24             You can see there's a little portion of

25   kind of -- not fully southwest Jacksonville but

HT_0000684
CUBANOS-0000004387

Page 78

1    getting into Southwest Jacksonville in the

2    Legislature's District 5 that for the map that I

3    drew is in a different district.  That would explain

4    the changes in the numbers because the populations

5    don't match perfectly.

6              SENATOR GIBSON:  Well --

7              CHAIRMAN RODRIGUES:  You are recognized.

8              SENATOR GIBSON:  Thank you.  Thank you,

9    Mr. Chair.

10             And it's still diminishment; is that

11   correct?  In each of the districts, it's not 35

12   percent any longer --

13             CHAIRMAN RODRIGUES:  You are recognized.

14             SENATOR GIBSON:  -- correct?

15             ALEX KELLY:  Thank you, Mr. Chair.

16             As I noted in my opening, the district as

17   drawn in the different configurations by the

18   Legislature violates the Equal Protection Clause of

19   the 14th Amendment of the United States

20   Constitution.  So in effect, the plain language way

21   of looking at that is there was no benchmark

22   district to be redrawn.  So, therefore, there is no

23   diminishment to be considered.

24             SENATOR GIBSON:  Last question?

25             CHAIRMAN RODRIGUES:  Last question.

HT_0000685
CUBANOS-0000004388

Page 79

1           SENATOR GIBSON:  Thank you, Mr. Chair.

2           And, well, I'll put it in kind of a

3    compound question.  So in terms of compactness, are

4    the two districts in Jacksonville area equal in

5    compactness, and is there another configuration that

6    can be drawn that keeps more of the African American

7    community of interest together and have the same

8    compactness and did you try?

9           Thank you, Mr. Chair.

10          CHAIRMAN RODRIGUES:  You are recognized.

11          ALEX KELLY:  Thank you, Mr. Chair.

12          And in terms of compactness, the plan 109 -

13   - 0109 on the right compared to the plan -- the

14   primary plan the Legislature adopted, Plan 0109, is

15   -- those two districts combined is statistically

16   more compact than the primary plan the Legislature

17   drew.  The main reason being is that District 4, as

18   the Legislature drew it, is very noncompact.  So it

19   brings down your overall compactness of those two

20   districts combined.  So Plan 0109 is an improvement

21   upon compactness.

22          CHAIRMAN RODRIGUES:  Are there any other

23   members of the committee that have a question?

24          SENATOR BRACY:  Mr. Chairman?  Sorry.

25          CHAIRMAN RODRIGUES:  Mr. Bracy?

HT_0000686
CUBANOS-0000004389

Page 80

1           SENATOR BRACY:  Yeah.

2           CHAIRMAN RODRIGUES:  Senator Bracy.

3           SENATOR BRACY:  Thank you, Senator Gibson.

4    I get your point.

5           Last two questions.  Mr. Kelly, how do you

6    justify splitting the minority population in Orlando

7    into two separate districts when it had been

8    contained in CD 10 in the benchmark?

9           CHAIRMAN RODRIGUES:  You are recognized.

10          ALEX KELLY:  Thank you, Mr. Chair.

11          As I noted before, there was no obligation

12   in any way to redraw District 10, the benchmark

13   district.  There's no lawful obligation to redraw

14   that seat that way.  What I did was I drew a

15   District 10, which, again, for reference, is nearly

16   equal, maybe a 7/10 or 8/10 of a percentage point

17   different in terms of its black voting age

18   population.

19          I drew a District 10 in an area that

20   includes Winter Prink, Maitland, is more centrally

21   located in Orange County, a very compact seat, and

22   drawing of that district actually allowed for some

23   Tier 2 compliance in several other ways around the

24   seat as well, essentially helping with District 9,

25   District 11.

HT_0000687
CUBANOS-0000004390

4/19/2022                Common Cause, et al. v. Cord Byrd                Audio Transcription

Page 81

1          So I followed the outline of Florida law to

2    draw those seats, draw those seats compactly,

3    utilize political and geographical boundary lines,

4    and I didn't consider race in any way in the drawing

5    of the seat.

6          SENATOR BRACY:  Thank you, Mr. Chairman.

7          Last question.  But aren't you -- in doing

8    it that way, aren't you putting Tier 2 requirements

9    above Tier 1?

10          CHAIRMAN RODRIGUES:  You are recognized.

11          ALEX KELLY:  Thank you, Mr. Chair.

12          And as I noted in my opening, you know,

13    part of Tier 1 is contiguity obviously, which I

14    followed that, and then part of Tier 1 is not

15    intentionally favoring or disfavoring an incumbent

16    or political party.  And as I noted in my opening, I

17    did not do that, and I did not intend to do that.

18    And I did not in any way take any feedback from

19    anyone to try to do something like that.

20          So I didn't violate that Tier 1 standard,

21    and there was no diminishment obligation for that

22    district.  So I complied with Tier 1, moved to Tier

23    2, and drew very compact districts that follow

24    political and geographical boundary lines.

25          CHAIRMAN RODRIGUES:  Okay.  Are there any

HT_0000688
CUBANOS-0000004391

Page 82

1    other questions from members of the committee?

2          Seeing none, we have a new member to the

3    Senate who's not on the committee who has joined us.

4    If you would like, please introduce yourself to the

5    crowd, and you may ask your question.

6          SENATOR OSGOOD:  Thank you, Mr. Chair.

7          I am Senator Rosalind Osgood, newly elected

8    for District 33, and thank you so much.

9          Just trying to understand in listening at

10   the responses to Senator Bracy, where it's keep

11   being said that we didn't use race, but then we've

12   determined that one district is racial

13   gerrymandering.  And you just said that, when you

14   were asked about Tier 1 and Tier 2, that when you

15   looked at CD 5, that there was no attempt to -- you

16   said you didn't discuss with anyone about favoring a

17   political party.  You didn't have a conversation.

18   But if that is the outcome of what has been done,

19   then how do we address that, you know?

20         You clearly said you didn't -- it was not

21   your intent.  And sometimes we can work and do

22   things, especially when we're just using maps and

23   highways, and the result ends up being something

24   other than what we intended.  Because when we look

25   at what's going on with 5, 10, and the overall

HT_0000689
CUBANOS-0000004392

Page 83

1   schemes of these maps, it does appear to be

2   politically motivated.  And it also appears to not

3   take the hardworking black citizens of this state

4   serious.

5          And I'm sorry if I don't know all the

6   correct languages.  I'm just asking my question so

7   that I would be able to respond to the people that

8   elected me to represent them.

9          CHAIRMAN RODRIGUES:  Could you restate your

10   question please?

11          SENATOR OSGOOD:  So in the conversation and

12   questions back and forth with the Senators here, Mr.

13   Kelly has expressed the process he took and his

14   intent.  That's not my question, okay.  But the

15   results means that we're eliminating two seats that

16   gave minority access, where one political party is

17   being diminished in numbers and another one is

18   gaining.

19          So that clearly to me, when I look at Tier

20   1, violates when it talks about favoring a political

21   party.  So I'll stop there first.  So I'm just

22   trying to understand because we, you know, we talk

23   about race neutral, and then we talk about racial

24   gerrymander.  We're either using race or we're not.

25          CHAIRMAN RODRIGUES:  I'm sorry.  Could you

HT_0000690
CUBANOS-0000004393

Page 84

1    restate the question again?

2            SENATOR OSGOOD:  Okay.  I'll start with the

3    first question.

4            CHAIRMAN RODRIGUES:  It sounds like we're

5    getting into debate, and I just want to make sure

6    we're asking --

7            SENATOR OSGOOD:  No.  I'll start --

8            CHAIRMAN RODRIGUES:  -- a question.

9            SENATOR OSGOOD:  Okay.  I'll start with the

10   first question.

11           Okay.  Mr. Kelly has stated that it was not

12   -- that he didn't have any conversations with

13   anybody to favor a political party.  When we look at

14   the results we got, Tier 1 says clearly that we

15   cannot favor a political party, and we haven't

16   talked a lot about Tier 1.  It's been mentioned a

17   couple of times.  So how do we substantiate what

18   you've given us does not violate Tier 1?  Let me --

19           CHAIRMAN RODRIGUES:  All right.

20           SENATOR OSGOOD:  -- ask him that.

21           CHAIRMAN RODRIGUES:  Thank you.

22           Mr. Kelly?

23           ALEX KELLY:  Thank you, Mr. Chair.

24           And thank you, Senator.  And as I noted in

25   my opening -- and the Tier 1 standard's intent and I

HT_0000691
CUBANOS-0000004394

Page 85

1  noted in my opening that I've never had any

2  conversations that would compromise that intent.

3  I've never had anyone push or encourage any type of

4  intent such as that, that would either favor or

5  disfavor an incumbent or political party, and that's

6  not what I intended to do.  So I've not violated the

7  Tier 1 standard of intent.  Speaking of the results

8  of the map, I don't know what the results are.  So I

9  couldn't even begin to provide an answer to that

10  question.

11            CHAIRMAN RODRIGUES:  Do you have a follow-

12  up?

13            SENATOR OSGOOD:  Mr. Chair, I have one

14  follow-up.

15            Okay.  Let me go back to District 5.  I'm

16  trying to understand with District 5.  I understood

17  your comments about the 14th Amendment and about the

18  racial gerrymandering, but it appears to me to

19  violate the Voting Rights Act.  So can you tell me

20  how what you're recommending to eliminate District 5

21  does not violate the Voting Rights Act?

22            CHAIRMAN RODRIGUES:  You are recognized.

23            ALEX KELLY:  Thank you, Chair.

24            So Senator, generally, as I was -- one of

25  the questions earlier was similar when we were

HT_0000692
CUBANOS-0000004395

Page 86

1   talking about District 10, my general understanding

2   of the Voting Rights Act is it's not implicated --

3   it's not a potential Voting Rights Act question

4   unless a majority of the district's population -- a

5   majority of the voting age population, I should say,

6   of the district is of the same minority community.

7            So if a majority of the district -- that's

8   not the only question as to whether or not there

9   could be a Voting Rights Act implication, but that

10  benchmark district, Congressional District 5, a

11  majority of that district is not represented by any

12  particular minority community.  So the Voting Rights

13  Act should not be implicated in any way.

14           SENATOR OSGOOD:  In District 5, not 10, 5.

15           CHAIRMAN RODRIGUES:  You are recognized.

16           ALEX KELLY:  Thank you, Mr. Chair.

17           My statement there would actually apply to

18  both 5 and 10.

19           SENATOR OSGOOD:  Okay.  Thank you, Mr.

20  Chair.  And thank you for allowing me to ask the

21  question.

22           CHAIRMAN RODRIGUES:  Yes, ma'am.

23           That concludes questions, and it concludes

24  the presentation.  Thank you, Mr. Kelly.

25           Next, we do have an amendment from Senator

HT_0000693
CUBANOS-0000004396

Page 87

1    Rouson.

2            Let's take up amendment barcode 917356.

3            Senator Rouson, you are recognized to

4    explain your amendment.

5            SENATOR ROUSON:  Thank you very much,

6    Mr. Chair.

7            And there are a lot of things to say in a

8    short period of time, and I do want to give respect

9    to those who traveled here and want to speak in

10   public comment.  So I'll keep my description of the

11   amendment fairly brief.

12           First, this amendment restores District 5

13   in Northern Florida as a minority access seat as it

14   has been.  Secondly, it restores the 10th District

15   in Orlando area as a minority seat, as it has been.

16   It also keeps the city of Tampa entirely within

17   District 14 and keeps the city of St. Petersburg

18   whole in District 13.

19           The intent of this amendment is to protect

20   minority access districts from retrogression as the

21   black communities in those areas have had access for

22   decades, and it continues the legacy of minority

23   representation.  And that's the amendment.

24           CHAIRMAN RODRIGUES:  Are there questions on

25   the amendment?

HT_0000694
CUBANOS-0000004397

Page 88

```
 1              Senator Broxson, you are recognized.

 2              SENATOR BROXSON:  Senator, and you are an

 3    attorney, but in your opinion, would this violate

 4    the federal intent of how we draw congressional

 5    maps?

 6              CHAIRMAN RODRIGUES:  Senator Rouson, you

 7    are recognized.

 8              SENATOR ROUSON:  No.

 9              CHAIRMAN RODRIGUES:  Are there any other

10    questions?

11              Seeing no questions, we do not have

12    appearance forms for the amendment.

13              So now, we'll move to debate.  Is there

14    debate on the amendment?

15              Hearing no debate, Senator Rouson, you are

16    recognized to close on the amendment.

17              SENATOR ROUSON:  Thank you very much,

18    Mr. Chairman.

19              Diversity and diversity in representation

20    matters.  Like the late, great Charles Rangel,

21    Congressman from Harlem, said, full participation in

22    government and society has been a basic right of

23    this country and this state, symbolizing the full

24    citizenship and equal protection of all.

25              The amendment seeks to not allow
```

HT_0000695
CUBANOS-0000004398

Page 89

1  retrogression, which reduces in the main bill the

2  opportunity of minorities to elect a person of their

3  choice.  The underlying bill screams of diminishment

4  because it eliminates two minority districts.

5           As divisions both real and imagined deepen

6  in our political, social, economic, in our health

7  and justice worlds, even our education world, it

8  becomes increasingly important, even critical, that

9  everyone have a seat at the table where decisions

10 are being made.  This amendment goes a long way

11 towards ensuring that.  And with that, I close and

12 ask for your favorable support.

13           CHAIRMAN RODRIGUES:  All those in favor of

14 the amendment say yea.

15           (Multiple yeas)

16           CHAIRMAN RODRIGUES:  All opposed, say nay.

17           (Multiple nays)

18           CHAIRMAN RODRIGUES:  The amendment fails.

19           There is another amendment, which I had

20 filed, barcode 644248.

21           Without objection, show that amendment has

22 been withdrawn.

23           We're now going to move to appearance forms

24 for the bill, and we have quite a few.  Okay.  I'm

25 going to start with those who are waiving against

HT_0000696
CUBANOS-0000004399

Page 90

1   the bill so that we have their statements on the

2   record.

3           We have Reverend Dr. Joe Parramore, who is

4   waiving against the bill.

5           We have Deborah Baker-Rian from Niceville,

6   Florida, who is waiving against the bill.

7           We have Jean Simbaneller (phonetic) from

8   Milton, Florida, who is waiving against the bill.

9           We have Matt Dailey from Tallahassee, who

10  is waiving against the bill.

11          We have Lisa Perry from St. Petersburg,

12  Florida, who is waiving against the bill.

13          Next, we're going to move to individuals

14  from Jacksonville, Florida, who are also waiving

15  against the bill.

16          We have Robert Buchanan (phonetic) waiving

17  against the bill.

18          We have Joy Burgess from Jacksonville,

19  Florida, waiving against the bill.

20          We have Jonathan Burgess from Jacksonville,

21  Florida waiving against the bill.

22          Okay.  Next, we're going to continue with

23  Jacksonville individuals who are waiving against the

24  bill.

25          We have Gwendolyn Colman from Jacksonville

HT_0000697
CUBANOS-0000004400

Page 91

1     waiving against the bill.

2              We have -- it looks like -- and I'm having

3     difficulty reading the handwriting, but it looks

4     like Haraska Lavashal (phonetic) from Jacksonville,

5     Florida, waiving against the bill.

6              Samille Davis (phonetic) from Jacksonville,

7     Florida, waiving against the bill.

8              Sheila Singleton from Jacksonville,

9     Florida, waiving against the bill.

10             Joanne Brooks from Jacksonville, Florida,

11    waiving against the bill.

12             Next, we have additional people from

13    Orlando who are waiving against the bill.

14             It looks like Rylan Wagner (phonetic) from

15    Orlando waiving against the bill.

16             Lore Cordova (phonetic) from Orlando

17    waiving against the bill.

18             John Kemper from Orlando waiving against

19    the bill.

20             Anastasia Jackson from Orlando waiving

21    against the bill.

22             Allison Clark from Maitland, Florida,

23    waiving against the bill.

24             Mecca Godwin (phonetic) from Orlando

25    waiving against the bill.

HT_0000698
CUBANOS-0000004401

Page 92

1              Jasmine Fernandez from Orlando waiving

2    against the bill.

3              Anyone else?

4              Now, we're into our list of speakers.

5    We're going to begin with speakers from Orlando, who

6    have filled out the appearance card and are not

7    being compensated for their appearance.  We're going

8    to get the non-compensated forms up first, and then

9    as time permits, move through those who have been

10   compensated for their testimony.

11             We're going to begin with Reverend Dr.

12   Martin M. Spoony (sic) from Orlando.  Thank you,

13   sir.  And you are recognized for two minutes, sir.

14             REVEREND DR. ROBERT M. SPOONY:  Thank you.

15   Good morning -- good afternoon, and that's Reverend

16   Dr. Robert M. Spoony from Orlando, Florida.

17             CHAIRMAN RODRIGUES:  Thank you.

18             REVEREND DR. ROBERT M. SPOONY:  But I'll

19   take Martin.

20             To the committee Chair and his committee

21   members, again, my name is the Reverend Dr. Robert

22   M. Spoony.  I'm pastor of Mt. Zion Missionary

23   Baptist Church in Orlando, Florida, which is in

24   Congressional District 10.  I also live in

25   Congressional District 10.  I'm not a politician,

HT_0000699
CUBANOS-0000004402

Page 93

1   but I consider myself a public servant.  Some people

2   also may consider me a subject matter expert on

3   servant leadership.

4            And I'm here today because the church is

5   called to be engaged.  The church is called to lead.

6   The church is called to lend voice, moral authority,

7   resources in an effort to resist evil and -- and to

8   bring reorder to the common life of -- of those who

9   are most vulnerable, those who need to be protected.

10           We're servants to our congregations, and as

11  servant leaders, one of the things I do understand

12  is that servant leadership consists of ethicalness

13  and moral -- you're either -- you're ethical and

14  moral.  Leadership can be taught, but ethics is tied

15  to your character.

16           And so what I'm here to talk about in only

17  these two short minutes is the fact that morally is

18  this the right thing to do to eliminate two

19  congressional districts, which will, in turn,

20  marginalize many, many people?

21           I've heard all the statistics spouted this

22  afternoon, and many of them, I -- I know for a fact

23  that they're just not necessarily true.  I wonder

24  where -- what -- what you looked at for -- to

25  determine that the amount of African Americans and

HT_0000700
CUBANOS-0000004403

Page 94

1    Latinos who live in the district because I live in

2    the 10th District, and I know that the numbers are

3    not the same as I just heard today.

4              And so my -- my point is, will you morally

5    be able to live with yourself if you really make

6    this decision to just push a whole group of people

7    out of the way and -- and allow them not to

8    participate in the American system?

9              This is your decision.  You've already

10   vetted your process.  You came up with your answers.

11   You came up with a map, and now it's been vetoed and

12   turned around.  Will you stand up and do the right

13   thing?  Or will you bow down and be bullied?

14             That's the question that I just -- that's

15   just resonating in my mind.  We've elected you to do

16   the right thing, and I just ask that you do the

17   right thing.  Remember, we are one.  Our cause is

18   one, and if we're ever to be successful in this

19   world, we ought to help one another.  Help other

20   people get a chance to vote.  Thank you.

21             CHAIRMAN RODRIGUES:  Thank you for your

22   comments.

23             Carla Jones, and on deck, we'll have

24   LaShonda Holloway.

25             Ms. Jones --

HT_0000701
CUBANOS-0000004404

Page 95

1           CARLA JONES:  Good afternoon.

2           CHAIRMAN RODRIGUES:  -- you are recognized

3    for two minutes.

4           CARLA JONES:  Thank you.  My name is Carla

5    Jones.  I am from Orlando, Florida, and I'm the

6    candidate running for Chief Financial Officer of the

7    State of Florida.  I'm not an attorney, but I wake

8    up with one every morning.

9           And I'm here to, as you know, let you all

10   know that I am against the redistricting planned,

11   and I am -- because I know the representative from

12   the Governor's Office, he stood here, and he said

13   that race did not play a role in the redistricting

14   process.  I'm here to tell you that I don't believe

15   it.

16          I think that it is the main factor that we

17   are looking at, and it's unfortunate.  Because

18   minorities, they vote.  They pay taxes.  They own

19   property.  They have rights, and a lot of that --

20   it's been looked over.  And I'm highly disappointed

21   in the redistricting.

22          I'm the mother of six children, and they

23   are all of voting age.  And a couple of them have

24   came -- have approached me about this redistricting,

25   and so I'm here today to stand up and say it's

HT_0000702
CUBANOS-0000004405

Page 96

1    wrong.  I think race plays a big, big factor in the

2    decisions that's being made.  And unfortunately we

3    aren't -- we -- we're -- we're one, but we're not

4    living as one.  United, we stand.  Divided, we fall.

5              So I would like to ask everyone, everyone

6    standing within the -- within -- if you can hear me

7    today, please reconsider this bill, please.  It is

8    racist in my opinion.  I don't know how much that

9    means, but it is racist.  And I need to take some

10   true answers back to my children.  I don't want to -

11   - I don't want them to be --

12             CHAIRMAN RODRIGUES:  You need to --

13             CARLA JONES:  -- lied to.

14             CHAIRMAN RODRIGUES:  -- bring it in for a

15   close.

16             CARLA JONES:  Okay.  I don't want them to

17   be lied to.  So please reconsider.  Please

18   reconsider this bill.  It is racist, and I thank you

19   for listening to me.

20             CHAIRMAN RODRIGUES:  Thank you for your

21   comments today.

22             We have LaShonda Holloway.  On deck, Dr.

23   Evie Welch (phonetic).

24             You are recognized for two minutes.

25             LASHONDA HOLLOWAY:  Good afternoon.  My

HT_0000703
CUBANOS-0000004406

Page 97

1   name is LaShonda L.J. Holloway, and I am the

2   candidate to represent the people of the 5th

3   Congressional District.  But, moreover, I am a

4   fourth generation Jacksonvillian and Floridian.

5          It is -- it is an abomination that we are

6   wasting taxpayer dollars regarding this

7   reapportionment and regarding redistricting when we

8   elect citizens -- I'm sorry -- we elect you, the

9   legislators, to come here and make laws and to draw

10  the lines.

11         However, notwithstanding your willingness

12  to stand up and -- stand up to the Governor, I am

13  here to say that this map denies equal access to the

14  political process, and it discriminates on the basis

15  of not only the African American race but black and

16  brown people and also language minorities in the

17  vein of Hispanics.

18         Furthermore, Mr. Kelly stated that he used

19  the Tier 2 standard.  I believe -- not I believe --

20  the law states, one, that all persons -- all persons

21  in the State of Florida, the fair district laws, the

22  law that the citizens stated that they wanted fair

23  districts.

24         Look, 20 seats is not fair.  Twenty

25  Republican seats versus eight Democratic seats is

HT_0000704
CUBANOS-0000004407

Page 98

1  not fair.  So not only does it violate the will of

2  the people, under the equal protection of the law,

3  the equal protection argument, in particular,

4  Section 2 of the Voting Rights Act of 1965, it

5  specifically prohibits voting practices or

6  procedures that discriminate on the basis of race,

7  color, or membership in one language minority group.

8         We must protect minority access districts

9  from retrogression.  I'll repeat that.  We must

10  protect minority access districts from

11  retrogression.  The --

12         CHAIRMAN RODRIGUES:  Please bring it in for

13  a landing.

14         LASHONDA HOLLOWAY:  I'll bring it in for

15  the landing.  Last, I will say that representation

16  of all citizens is indeed a compelling state

17  interest.  Minority representation matters.  We

18  deserve representation, and this outright attempt by

19  Governor DeSantis to dilute the voice of minorities,

20  it is an abomination.  And all voices deserve to be

21  heard.  Protect our democracy and -- and --

22         CHAIRMAN RODRIGUES:  Thank you for your

23  comments.

24         LASHONDA HOLLOWAY:  -- maintain the maps.

25  Thank you.

HT_0000705
CUBANOS-0000004408

Page 99

1           CHAIRMAN RODRIGUES:  Dr. Evie Welch.  On

2    deck is Gail Frances Gardner.

3           Dr. Welch, you are recognized for two

4    minutes.

5           DR. EVIE WELCH:  My name is Evie.

6           CHAIRMAN RODRIGUES:  I'm sorry.  Dr. Evie

7    Welch.

8           DR. EVIE WELCH:  Adams Welch.

9           CHAIRMAN RODRIGUES:  I apologize.

10          DR. EVIE WELCH:  I vote in District 5.  I

11   am the committeewoman for Voting District 713 in

12   Jacksonville, Florida.  You're looking at one of the

13   warriors of the boots on the ground.

14          Before I give my disappointment, I must

15   commend Senator Rouson for giving me a ray of hope.

16   Before I came here, it appeared to me that you

17   weren't in keeping with any of the laws that really

18   looks at the minority people who are marginalized.

19   I couldn't believe my ears, and so I'm here today.

20   At least there is a glimmer of hope.

21          We must contain the ideas of the

22   Constitution, Amendment 14, Section 2.  We must go

23   back and read what the people voted for in the

24   revision of the Constitution.  They -- the people of

25   Florida, not the Governor himself, said that we must

HT_0000706
CUBANOS-0000004409

Page 100

1   look at the federal statutes, and we must consider

2   what the Voting Rights Act of 1965 really made us to

3   look at making this a more perfect union.

4          And as a person who spent most of her life

5   professionally and academically working very hard to

6   make sure that Amendment 19 was always remembered,

7   do consider what you are doing to the State of

8   Florida.  You are dividing us.  We don't want to go

9   back, and we will not go back.  Thank you for

10  listening to me.

11         CHAIRMAN RODRIGUES:  Thank you for your

12  comments.

13         We have Gail Frances Gardner.  David

14  Rucker, you're on deck.

15         GAIL FRANCES GARDNER:  Good afternoon.

16         CHAIRMAN RODRIGUES:  You have two minutes,

17  ma'am.

18         GAIL FRANCES GARDNER:  In the '60s, my

19  ancestors, who live in the north where I was born

20  and grew up, would board a charter bus and head

21  south, where they are born and grew up.  Well, now,

22  I too boarded a charter bus today for the same

23  reason my ancestors did.  I too want to defend

24  theirs, mine, and generations to come voting rights.

25         The Congressional District redistricting

HT_0000707
CUBANOS-0000004410

Page 101

1    map not just to draw the lines but hold the line and

2    make this legislative body accountable and not allow

3    the persuasive executive decision by the Governor to

4    be a force to diminish the black vote, of which

5    those of you who benefited from the Fair Districts

6    Amendments of 5 and 6, that profit politicians from

7    drawing districts to favor themselves and their

8    parties and to ensure that minorities will have the

9    opportunity to elect representatives of their

10   choice.  Let's not allow history to repeat itself.

11   Thank you.

12            CHAIRMAN RODRIGUES:  Thank you for your

13   comments.

14            David Rucker.  And on deck is Odwan

15   Whitfield (phonetic).

16            Mr. Rucker, you have two minutes.  Thank

17   you.

18            DAVID RUCKER:  Good afternoon, Chair and

19   members, representatives.

20            My name is David Rucker.  I'm from Orlando,

21   Florida.  I also lived in District 10.  I am highly

22   disappointed on the way things are being done right

23   now.  For 57, almost 58 years, we're still fighting

24   about minorities voting.

25            Currently, the Governor wanted to cut two

HT_0000708
CUBANOS-0000004411

Page 102

1    seats when we already have four.  I don't understand

2    that.  All right.  You're demising the vote for

3    minorities, and I want to say black folks first.

4    Then we can trickle down to the rest, the Latinos

5    and other people, but it's unfair the way that you

6    had a map going.

7          You decided not to use your map and use

8    what the Governor wants to do, all right.  I think

9    it's a bigger disappointment for the people that you

10   represent and the people that you don't represent

11   but are voters.  I am a super voter.  I have been

12   voting here since 1965.  I haven't missed but one

13   vote in my whole life doing this, all right.

14         So some things has to change, and some

15   things don't.  But what you need to do is make a

16   conscious decision on what you're going to do about

17   drawing these maps.  Let us have our own voice and

18   do what we need to do for us and not include us with

19   everyone else.  But that would be fair to do, and I

20   don't know if you all know how to be fair sometimes.

21         So I think you need to look at this and

22   really make a concentration on getting -- keeping

23   the four that we have now instead of cutting it down

24   like the Governor want to do with two.  Thank you.

25         CHAIRMAN RODRIGUES:  Thank you for your

HT_0000709
CUBANOS-0000004412

Page 103

1   comments.

2           We have Mr. Whitfield followed by Dr.

3   Carolynn Zonia.

4           Mr. Whitfield, you are recognized for two

5   minutes.

6           ODWAN WHITFIELD:  Thank you.  My name is

7   Odwan Whitfield.  I am a taxpayer in District 5, in

8   Congressional District 5, and I'm here today because

9   this is a serious matter.  I have this Senator here,

10  who has been looking at her laptop the whole time.

11  I have two Senators back there that have been

12  looking at their laptops.  I've been watching them.

13          This is a serious matter.  There's lives at

14  stake here.  There are lives at stake here.  The --

15  the representative from the Governor's Office said

16  that Tier 1 is only intent and that he didn't

17  converse or he didn't talk to anybody that -- that

18  helped him to decide these maps.  Yet, he looked at

19  public testimony on video or he read the record.  So

20  technically, he looked at everybody's opinion on

21  these maps before he drew them.  How is that not --

22  disregard that.  Disregard that.

23          Even if the -- the Governor's Office said

24  you know what.  I think it's -- it's better for this

25  environment, for this government, for this -- for

HT_0000710
CUBANOS-0000004413

Page 104

1    this state that 1 percent of everybody needs to be

2    killed.  He came up here, gave those statistics to

3    you all in a nice manner.  It is still left up to

4    you all to make that decision.

5             This is people's livelihoods.  I am a

6    United States Army veteran, served in Iraq and

7    Kuwait.  Some of you would say so did my son.  So

8    did my daughter.  So did my father.  So did my

9    sister.  None of them have to come back to this

10   United States and do what I am doing here today.

11   They don't have that.  They have a luxury.  They

12   have a benefit.

13            I'm standing here today fighting for my

14   livelihood after I fought in Desert Storm, after I

15   fought in Iraq, in -- in other countries, only to

16   come back here to fight for my right to vote, for my

17   right to representation.

18            Senators, do your jobs.  This is not right,

19   and this is not fair.  I don't care what statistics

20   say.  You know it in your hearts.  You know it.  Do

21   the right things.

22            CHAIRMAN RODRIGUES:  Thank you for your

23   comments and thank you for your service.

24            Dr. Zonia.

25            ODWAN WHITFIELD:  Don't thank me for my

HT_0000711
CUBANOS-0000004414

Page 105

1    service.  Give me my representation.

2         CHAIRMAN RODRIGUES:  And ZsaZsa Ingram-

3    Fitzpatrick, you're on deck.

4         DR. CAROLYNN ZONIA:  Thank you, Mr.

5    Chairman.  And, Senators, thank you for the

6    opportunity to speak.

7         I really can't say it any better than the

8    previous speaker, but I'm asking you to follow

9    Florida's Constitution and remind you of your

10   promise to support, protect, and defend the

11   Constitution of the United States and Florida.

12        I'm also here as a physician working on the

13   front lines to speak for families who are struggling

14   to keep up.  Essential workers cannot find or afford

15   a place for their families to live.  Homeowners can

16   no longer find or afford property insurance.  Folks

17   are working hard but cannot afford the basic

18   necessities like utilities, and the looming prospect

19   of many losing healthcare in the next few months

20   adds to the pain that many are feeling.

21        By the Governor's own proclamation,

22   legislative business this week may be transacted if

23   introduced by consent of two-thirds of the

24   membership of both houses of Legislature.

25        So on behalf of Florida families, I'm

HT_0000712
CUBANOS-0000004415

Page 106

1    asking you to please follow the Constitution on

2    redistricting and vote no on the Governor's map and

3    to use this special session to also address the real

4    emergencies that are crushing your constituents.

5    Thank you.

6              CHAIRMAN RODRIGUES:  Thank you for your

7    comments.

8              We have ZsaZsa Ingram-Fitzpatrick with Dr.

9    Nancy Staats on deck.

10             Is Ms. Ingram-Fitzpatrick here?

11             Dr. Staats.  And then we'll have Judy

12   Sheckland on deck.

13             DR. NANCY STAATS:  Good afternoon,

14   everyone.  My name is Dr. Nancy Staats.

15             CHAIRMAN RODRIGUES:  Staats, thank you.

16             DR. NANCY STAATS:  Thank you.

17             CHAIRMAN RODRIGUES:  I apologize for --

18             DR. NANCY STAATS:  No worries.

19             CHAIRMAN RODRIGUES:  -- butchering that.

20   You are recognized for two minutes.

21             DR. NANCY STAATS:  Okay.  Thank you.  I'm a

22   board certified medical doctor, but you don't need

23   an advanced degree to see what's happening here.  We

24   know this is the blatant disenfranchisement of

25   African American communities and their

HT_0000713
CUBANOS-0000004416

Page 107

1   representatives.  It's unfortunate that some of you

2   can't even look at me.

3          Just two months ago, you all worked very

4   hard making maps that adhered to Florida statutes,

5   and then the Governor proposed his own maps, which

6   you rightfully said, no, Gov, this is too far.  But

7   then he vetoed yours, came back with his, and now

8   suddenly, you folded like a cheap suit.

9          I'm wondering what happened in those two

10  months.  Were there backroom talks maybe working out

11  the budget details?  I don't know.  Arm twisting?

12  I'm not sure.  Your arms all look fine, but maybe we

13  need to think about what you are here for, which is

14  to, as people have said, represent your

15  constituents.

16         It's painfully clear to me, to everyone in

17  this room, and everyone outside this room that this

18  special session is a farce.  There is not even

19  another map being considered, and you won't consider

20  amendments.  And it also has been mentioned this

21  Harvard-educated Governor of ours must be well aware

22  that his maps violate both the Fair Districts

23  Amendment and the Voting Rights Act, but perhaps, he

24  wants the attention.  Perhaps he wants to go to a

25  Supreme Court case.  That may be exactly what he

HT_0000714
CUBANOS-0000004417

Page 108

1    wants.

2            At any rate, you're making it easy for him,

3    but he must know that he's necessitating more

4    lawsuits, which more appeals after that, all of this

5    at the expense of all of Florida's citizens, like

6    these special sessions.

7            As we all learned in early grade history --

8    American history, our government was formed in

9    response to an authoritarian ruler, King George.

10   Remember that?  Our Founding Fathers created a

11   system of three distinct, autonomous branches of

12   government, yet here we are today seeing complete

13   complicity to a new king.

14           As a physician, I pledged to uphold the

15   Hippocratic Oath.  You too, all of you, took an oath

16   too to uphold --

17           CHAIRMAN RODRIGUES:  Please --

18           DR. NANCY STAATS:  -- your state's

19   constitution, which demands, mandates that you form

20   these maps, and you have not done so.

21           CHAIRMAN RODRIGUES:  Please bring it in for

22   a landing.

23           DR. NANCY STAATS:  Please, please remember

24   the oath you took, which you seem to have forgotten.

25   We will not forget.  Thank you.

HT_0000715
CUBANOS-0000004418

Page 109

1          CHAIRMAN RODRIGUES:  Thank you for our

2   comments.  Judy Sheklin.  And Trish Brown will be on

3   deck.

4          JUDY SHEKLIN:  My name is Judy Sheklin.

5   I'm from Jacksonville, Florida.  I too am opposed to

6   the Governor's proposed maps.  It is the

7   responsibility of the legislators, the Legislature,

8   to create congressional maps during redistricting

9   according to Article III of the Florida

10  Constitution.

11         The House and Senate did that, created

12  approved maps and that they were satisfied with, and

13  as we now know -- we've heard this all day -- were

14  then vetoed and redrawn by the Governor.  This is

15  unprecedented in Legislatures all over the country.

16  This hasn't been done.

17         You, as legislators, quickly acquiesced to

18  the Governor, creating a dramatic imbalance of power

19  in our state government.  This is very troubling.

20  The Governor's maps are a radical departure, and

21  they aren't in compliance with state and federal

22  law.  These maps, as we've heard again here today,

23  reduce the likelihood of minorities to elect

24  congressional members of their choice, eliminating

25  two minority districts and violating the Voting

HT_0000716
CUBANOS-0000004419

Page 110

1    Rights Act.

2              In 2010, Florida passed the Fair Districts

3    Amendment, and the citizens of this state

4    overwhelmingly spoke.  They deserve and expect

5    fairness in redistricting decisions.  The Governor's

6    plan creates 20 Republican-majority districts and 8

7    Democratic-majority districts.  This blatantly

8    demonstrates partisan gerrymandering.  Please stand

9    up for all Floridians and oppose these unfair maps.

10   Thank you.

11             CHAIRMAN RODRIGUES:  Thank you for your

12   comments.

13             Trish Brown.  And we have Rodney Long on

14   deck.

15             Trish Brown?

16             Rodney Long.

17             For the record, Trish Brown is against the

18   bill.

19             Mr. Long, you are recognized for two

20   minutes.

21             RODNEY LONG:  Thank you, Mr. Chairman.

22             I'm Rodney Long.  I don't live in

23   Congressional District 5 or 10.  I'm from Alachua

24   County, Gainesville, Florida.

25             Because I am a concerned resident of this

HT_0000717
CUBANOS-0000004420

Page 111

1    state, I drove here today to speak to you in

2    opposition to the proposed plan, SB 2-C Plan 019

3    (sic) for three reasons.  First, because if you

4    approve this map, it will reduce the minority

5    representation in the State of Florida by 50

6    percent.  Second is there's no doubt in my mind that

7    these maps, if you approve them, will lead to

8    retrogression, which violates the Voting Rights Act.

9              Thirdly, I'm a person who believes in

10   process.  I've served in local government for 17

11   years.  I was president of the Florida Association

12   of Counties, served two terms.  I understand how

13   government works very well, but what I do not

14   understand is this.  We have a process that we

15   follow, and we all are sworn to oaths.  And we

16   follow those oaths.

17             What I do not understand as a person who

18   understands process is how do you acquiesce the

19   authority given to you as a legislative body to draw

20   district lines under reapportionment?  I'm a person

21   who believes in process.  I can accept the fact --

22   if you approved the maps and I don't like the maps

23   but you approved the maps, I could live with that.

24             What I cannot live with is that you're just

25   not going to approve any maps.  That is a

HT_0000718
CUBANOS-0000004421

Page 112

1   dereliction of your oath and your duties.  Do the

2   right thing.  I could live with whatever maps you

3   all approve, but what I cannot live with is you

4   abdicating your responsibility to do your job.

5             CHAIRMAN RODRIGUES:  Thank you for --

6             RODNEY LONG:  Do the right thing.

7             CHAIRMAN RODRIGUES:  -- your comments.

8             Next, we have Matt Van Wormer with Whitney

9   Wogen (phonetic) on deck.

10            You are recognized for two minutes.

11            MATT VAN WORMER:  Okay.  Thank you.

12            I was just going to waive, but I'm going to

13  say a couple words because I'm on the other side of

14  this bet and will be the first to speak to that.

15            The map looks very square to me.  It looks

16  very logical.  Now, I don't -- I don't live in

17  Orlando.  I moved in here recently, and so I don't

18  understand what some -- much of the politics are

19  here that have gone before.  But I don't see weird

20  little lines going in here and there to try to

21  protect or do weird things.  It seems very logical.

22  So I'm favor of what plan to -- Senate Plan 2-C 109.

23  So thank you.

24            CHAIRMAN RODRIGUES:  Thank you for your

25  comments.

HT_0000719
CUBANOS-0000004422

Page 113

1              We have Whitney Wogen with Bridget Smith

2      (phonetic) on deck.

3              Ms. Wogen, you have two minutes.

4              WHITNEY WOGEN:  Thank you.  My name is

5      Whitney Wogen.  I just wanted to voice my support

6      for SB 2-C Plan 109.  Thank you.

7              CHAIRMAN RODRIGUES:  Thank you for your

8      comments.

9              Bridget Smith.  And we have Carmen Soto on

10     deck.

11             BRIDGET SMITH:  Bridget Smith, I'm from

12     Marion County, Florida.  A lot of PhDs here, a lot

13     of physicians here.  I'm a nurse.  So I don't have a

14     redistricting degree.  It is a science in all of

15     itself.  I was here for the House and Senate debates

16     during session, and it is a lot.  I commend you all

17     for even understanding all this.  It's a lot.

18             But me, as a lay person to this,

19     redistricting to me is to equalize populations among

20     electoral districts after publication of the census,

21     but it seems today it's been all about race issues

22     and color.

23             From what I understand, the Fair District

24     Act, it's -- it was to state that a minority group

25     would not be prohibited from voting in their

HT_0000720
CUBANOS-0000004423

Page 114

1   candidate.  But looking at the maps currently with

2   the contiguousness of them, which is what we're

3   supposed to do, and not make it about race,

4   according to everything we've talked about today, it

5   has become about race.  And it's very confusing to

6   all of us.

7            I support this bill.  The 2017 Supreme

8   Court decision, this is different.  The Supreme

9   Court decision, a North Carolina case brought up the

10  fact that the gerrymandering had too many blacks in

11  that district.  So they threw that map out because

12  it was gerrymandered.  Now, based on that decision,

13  District 5 is considered gerrymandered, the previous

14  District 5.  So that's my interpretation of it.  I

15  do support the bill.  Thank you very much.

16           CHAIRMAN RODRIGUES:  Thank you or your

17  comments.

18           We have Carmen Soto, and Robert Schmidt

19  (phonetic) is on deck.

20           CARMEN SOTO:  Hi.  My name is Carmen Soto,

21  and I'm waiving in favor of the bill.

22           CHAIRMAN RODRIGUES:  Thank you for your

23  comment.

24           CARMEN SOTO:  Thank you.

25           CHAIRMAN RODRIGUES:  Robert Schmidt.  And

HT_0000721
CUBANOS-0000004424

Page 115

1    then we've got John Berry (phonetic) on deck.

2              ROBERT SCHMIDT:  Good afternoon.  I'm

3    speaking in support of SB 2-C Plan 109, 0109.  While

4    this plan was drawn for common sense districting,

5    today's discussions have devolved into political

6    accusations.

7              Not one voice has been silenced today by

8    this map.  Everyone still has a voice.  I am happy

9    this Governor has shown backbone.  We hear people

10   discuss the unprecedented nature of this map.  I

11   might remind those that look to other states such as

12   New York to see what real gerrymandering looks like

13   for political gains.

14             This map represents common sense and allows

15   for the seismic shifts that are happening in Florida

16   today.  Thank you.

17             CHAIRMAN RODRIGUES:  Thank you for your

18   comments.

19             John Berry.

20             I don't see John.  Lauren -- John is in

21   support of the map.

22             Lauren Dickenson (phonetic).

23             LAUREN DICKENSON:  I waive in support of

24   the map.

25             CHAIRMAN RODRIGUES:  Waives in support,

HT_0000722
CUBANOS-0000004425

Page 116

1    thank you.

2              Okay.  That concludes testimony from the

3    non-compensated.

4              We're going to move to the compensated.

5    We've got about 40 minutes, and I believe the

6    members are going to want to debate.  So we're going

7    to do one minute testimony.

8              We'll start with Marsha Davis, and on deck

9    will be Cristian Cardona.

10             Marsha Davis?  Thank you, ma'am.

11             MARSHA DAVIS:  I waive against Governor

12   DeSantis' legislative map.  Floridians, and I was

13   one of them, voted the Fair District Act Amendment

14   into the state Constitution to protect minority

15   voters and to prevent legislators from doing what it

16   appears has been done, making sure that you protect

17   your party.  It's not right.

18             Minority growth alone, by the last census,

19   indicates that there should probably be more

20   minority representation in the Legislature, but the

21   Governor plans to cut our representation in half.

22   That's not right.  The plan is unfair, and I believe

23   that it is unconstitutional.  Thank you.

24             CHAIRMAN RODRIGUES:  Thank you for your

25   comments.

HT_0000723
CUBANOS-0000004426

Page 117

1              Cristian Cardona.  And we have Stacy

2    Williams (phonetic) on deck.

3              CRISTIAN CARDONA:  Thank you.  My name is

4    Cristian Cardona.  I am worker and leader with the

5    Fight for $15 and the union from Orlando, Florida.

6    Different movements are gathered here today because

7    Florida's Republican leadership is trying to silence

8    black and brown communities by passing voter

9    suppression laws.

10             By eliminating protections that Fair

11   Districts Amendment provides, this map is a direct

12   attack on black representation and our democracy,

13   and that ain't right.  By proposing a congressional

14   map that reduces Florida's black and brown

15   representation by 50 percent, the Governor is trying

16   to advance his political career at the expense of

17   black and brown voters.

18             Let me tell you about my experience as a

19   voter and why this issue is important to me.  I

20   moved to Orlando, Florida, with my family in 2009.

21   I gained citizenship just in time to vote for

22   Amendment 2.  Amendment 2 brought us one step closer

23   to a living wage, which is something I have been

24   organizing and speaking up about for years.

25             This amendment has a direct impact on the

HT_0000724
CUBANOS-0000004427

Page 118

1   community around me, my family, my friends, and my

2   neighbors.  It felt powerful to organize and

3   campaign to raise the standard of living for

4   millions of Floridians.  The day I got to vote yes

5   on Amendment 2 --

6            CHAIRMAN RODRIGUES:  Please bring it in for

7   a close.

8            CRISTIAN CARDONA:  All right.  This --

9   after months of campaigning and yelling it out to

10  the world, I finally had the chance to cast my vote

11  with my community.  This is why it's important that

12  workers have a strong voice and a vote.

13           I want to thank everyone for showing up and

14  taking time out of their day because I know workers

15  have never been --

16           CHAIRMAN RODRIGUES:  Thank you for your

17  comments.

18           CRISTIAN CARDONA:  -- given rights.

19           CHAIRMAN RODRIGUES:  I appreciate it.

20           Stacy Williams.  And Larry Coleton

21  (phonetic) on deck.

22           LARRY COLETON:  Good afternoon --

23           CHAIRMAN RODRIGUES:  Thank you.

24           LARRY COLETON:  -- Mr. Chairman.

25           CHAIRMAN RODRIGUES:  You are recognized for

HT_0000725
CUBANOS-0000004428

Page 119

1   a minute.

2          LARRY COLETON:  Ms. Williams is not here.

3   I'm Larry Coleton.

4          CHAIRMAN RODRIGUES:  Okay.

5          LARRY COLETON:  The writer James Baldwin

6   said, not everything that is faced can be changed,

7   but nothing can be changed until it is faced.  The

8   columnist Leonard Pitts wrote that one party in

9   America is steering the ship of this state towards

10  jagged rocks, and that's where we find ourselves.

11          I like what the former and late President

12  John Kennedy asked.  He wrote a book called Profiles

13  in Courage.  In these next few days, we're going to

14  see one of two things, either profiles in courage or

15  profiles in cowardice.

16          We have a bully as a Governor, and

17  unfortunately, we have members of this body,

18  Mr. Chairman, that have essentially capitulated your

19  constitutionally required responsibilities.

20          CHAIRMAN RODRIGUES:  Please bring it in for

21  a close.

22          LARRY COLETON:  It's up to you.  It's

23  either going to be courage or cowardice, and

24  unfortunately, the fear is it will be cowardice.

25          CHAIRMAN RODRIGUES:  Thank you for your

HT_0000726
CUBANOS-0000004429

Page 120

1   comments.

2          We have Hedder Pierre-Joseph with Gail

3   Presley on deck.

4          HEDDER PIERRE-JOSEPH:  Good afternoon to

5   the committee and committee members.  My name is

6   Hedder Pierre-Joseph.  I am a member of

7   Congressional District 10 for the last 19 years.

8          Redistricting is the process by which new

9   congressional and state legislative districts are

10  drawn.  Federal law stipulates that districts must

11  have nearly equal protection, equal population, and

12  must not discriminate on the basis of race or

13  ethnicity.

14         The current redistricting map, which

15  eliminates Congressional House representation for

16  black people is based on fear, fear that black

17  people are voting.  As black people who are

18  descendants of the enslaved Africans, we know our

19  history, and we know -- and we have seen this devil

20  before.

21         I implore you not to continue down the path

22  of your ancestors and deny black people their

23  constitutional right of representation.  I remind

24  all of you to remember the Boston Tea Party of 1773.

25  Finally, I ask you to look around or to remember the

HT_0000727
CUBANOS-0000004430

Page 121

1   presence of the people that were in this room, and

2   for me, I see the promise of the enslaved African.

3   We are on the side of justice, and with the God of

4   Abraham, Isaac, and Jacob and our ancestors --

5          CHAIRMAN RODRIGUES:  Bring it in for a

6   landing please.

7          HEDDER PIERRE-JOSEPH:  -- we shall always

8   overcome.  Remember this, we win with God and time.

9   Thank you for your consideration.

10         CHAIRMAN RODRIGUES:  Thank you for your

11  comments.

12         Gail Presley with Cheryl Jones on deck.

13         Ms. Presley, you are recognized for a

14  minute.

15         GAIL PRESLEY:  Thank you.  Good afternoon

16  to each and every one of you, Chairman, and also to

17  Mr. Randolph Bracy.  Thank you so very much.  It is

18  indeed my pleasure to be here today but in an awe of

19  disbelief.

20         I am very heartbroken as a resident of

21  Congressional District 10, long life resident.  I

22  come from a family that marched those march in 1960.

23  I come from a family who knows about how it feels

24  when it comes to voter's right and standing up for

25  the injustice that are done to the people who are

HT_0000728
CUBANOS-0000004431

Page 122

1   black and brown.  I come from a family who was very

2   proud to know that it is your -- your vote and your

3   voice that matters.

4           And today I come to you very disappointed.

5   I oppose C-0109 (sic) because I feel that it is a

6   disparity on the black and brown people, and I come

7   from a congressional district where I want to see --

8           CHAIRMAN RODRIGUES:  Please bring it --

9           GAIL PRESLEY:  -- someone --

10          CHAIRMAN RODRIGUES:  -- in for a close.

11          GAIL PRESLEY:  -- who looks like me and

12  represent and know how we feel.  So with that being

13  said, it is your right.  You took the oath.  You

14  said that you would serve us, and we're looking here

15  now and listening to statistics.  And I don't

16  understand where those statistics are coming from

17  because I am a proud resident of Orange County,

18  Florida.

19          CHAIRMAN RODRIGUES:  Thank you for your

20  comments.

21          GAIL PRESLEY:  And I thank you for this

22  time, Chairman, and you all have a wonderful day.

23          CHAIRMAN RODRIGUES:  Thank you.

24          Cheryl Jones with Pastor Marcus McCoy on

25  deck.

HT_0000729
CUBANOS-0000004432

Page 123

1            I do not see Cheryl.  She is against the

2    bill.

3            We have Pastor McCoy on the way.  After

4    Pastor McCoy, we'll have Barney Roberts on deck.

5            You are recognized for a minute.

6            PASTOR MARCUS MCCOY:  Thank you.  Blessings

7    to all with special recognition to my own Senator,

8    Senator Bracy.  My name is Marcus McCoy, Junior.  I

9    serve as the senior pastor of the Historic Greater

10   Refuge Memorial Church, which sits in Congressional

11   District 10, exiting now over 150 years.

12           I stand on behalf of my community to

13   strongly urge this committee to vote no on the

14   proposed map C-0109 by Governor -- by our Governor

15   that removes black representation in Congress.

16           Currently, Florida has four black access

17   seats of twenty-seven.  If the map were to be

18   approved, that number would reduce to 50 and would

19   leave Florida with less than 10 percent of the

20   congressional districts represented by members in

21   black access seats.  It is disheartening to see that

22   with already such low representation, this Governor

23   wants to dilute representation even more.

24           And while I and those that I represent do

25   not fully agree with the decision made to offer a

HT_0000730
CUBANOS-0000004433

Page 124

1    two-map solution during this year's legislative

2    session, at least it was the decision of this

3    Legislature.  The map being --

4            CHAIRMAN RODRIGUES:  Please bring it in for

5    a close.

6            PASTOR MARCUS MCCOY:  -- considered today

7    is not your own.  I stand here urging you to reject

8    political games and partisanship in drawing

9    Florida's new congressional districts.  Thank you.

10           CHAIRMAN RODRIGUES:  Thank you for your

11   comments.

12           Barney Roberts.  And on deck will be

13   Rosemary McCoy.

14           Mr. Roberts, you are recognized for a

15   minute.

16           BARNEY ROBERTS:  Hi.  I'm Barney Roberts.

17   I -- I stand opposing the Governor's bill.  I think

18   that it is another disheartening thing to consider

19   in Florida.

20           In -- in 2010, the Florida voters added

21   amendments to the state Constitution in the Article

22   III, Sections 20 and 21.  These amendments

23   prohibited line drawing that intentionally favors or

24   disfavors a political party or an incumbent.  The

25   amendment also afforded protection to racial and

HT_0000731
CUBANOS-0000004434

Page 125

1   language minorities.

2           Districts may not draw -- districts may not

3   be drawn with the intent or resulting in denying or

4   abridging the equal opportunity of racial or

5   language minorities to participate in the political

6   process or to diminish their ability to elect

7   representatives of their choice.

8           Finally, unless it would conflict with the

9   standards described above, amendments require that

10  district populations be as neatly equal as

11  practicable and that districts be compact, where

12  feasible, follow existing political, geographical

13  boundaries.

14          Ladies and gentlemen --

15          CHAIRMAN RODRIGUES:  Please bring it in for

16  a close.

17          BARNEY ROBERTS:  -- I would beg and ask if

18  you'll consider that the things we do today, our

19  children are going to have to live with it.  And for

20  me, as a veteran and a man in the U.S., I love it

21  when kids see us, and they're proud about what we

22  do.  We should make our kids proud, and we should

23  bring them together, not divide them on all facets.

24  Thank you.

25          CHAIRMAN RODRIGUES:  Thank you for your

HT_0000732
CUBANOS-0000004435

Page 126

1   comments and thank you for your service.

2           Rosemary McCoy.  And on deck is Troy

3   Squire.

4           ROSEMARY MCCOY:  Thank you so much --

5           CHAIRMAN RODRIGUES:  You are recognized for

6   a minute.

7           ROSEMARY MCCOY:  -- Chair and thank you so

8   much for, Senator Audrey Gibson, for allowing us to

9   be here, and I respect all of you.  But I want to

10  prick your hearts.  This is not about just signing

11  off because of your party.  This is about real-life

12  situations.

13          There's a war going on, Ukrainians and

14  Russians.  We do not want that here in the United

15  States, nor do we want it in the state of Florida.

16  But if we keep on -- and it starts from you, all

17  right.  Everything trickles down.  From your

18  leadership, it comes down.  And if we have a war

19  here among you all against your people, we have

20  Ukranian (sic) and Russia.  I don't want that.

21          So I'm asking you to check your own hearts

22  out.  I'm asking you to just look at it.  If it's

23  fair, then go with it.  But if you check your hearts

24  out and you find out that it isn't fair, then I'm

25  asking you to vote no.

HT_0000733
CUBANOS-0000004436

Page 127

1          See this?  It's blue.  But you know what

2    they have?  Pink.  Act like this is pink.  And if

3    you fail to vote correctly, you need a pink slip.

4    Do your job.  That's all we asking you to do.  You

5    want me to do my job.  So I can pay taxes.

6          CHAIRMAN RODRIGUES:  Please bring it in for

7    a close.

8          ROSEMARY MCCOY:  Guess what?  The people

9    want you to do your job.  That's all we ask.  I

10   think that's fair.  Do you think it's fair?  I do.

11   Do your job.

12         CHAIRMAN RODRIGUES:  thank you for your

13   comments.

14         Troy Squire.  And we'll have Tameka Hobbs

15   on deck.

16         I don't see Mr. Squire.  He is against the

17   map.

18         Tameka Hobbs.

19         I don't see Tameka.  She is against the

20   map.

21         Ebony Hardy-Allen, also against the map.

22         Hazel Gillis.  And on deck will be Myrtle

23   Lucas (phonetic).

24         Thank you, Ms. Gillis.  You have a minute.

25         HAZEL GILLIS:  Thank you.  Good afternoon.

HT_0000734
CUBANOS-0000004437

Page 128

1   My name is Hazel Gillis.  I am a member of the James

2   Weldon Johnson Branch of the ASALH, Association for

3   the Study of African American Life and History, and

4   I live in Congressional District 5 in Jacksonville,

5   Florida.

6           Governor Ron DeSantis' rejection of the

7   Florida Legislature's drawn political map is a

8   direct attack on black representation and our

9   democracy.  By proposing a congressional map that

10  reduces Florida's black representation in Congress

11  by 50 percent, the Governor is attempting to silence

12  the voices of hundreds of thousands of black voters.

13  We oppose any map that has been drawn by Governor

14  Ron DeSantis.

15          In 2010, Florida passed the Fair Districts

16  Amendments 5 and 6 that prohibits politicians from

17  drawing districts to favor themselves and their

18  parties and to ensure minority voters have equal

19  opportunity to participate in the political process

20  and have a fair opportunity to elect representatives

21  of their choice, their party.  We must end this

22  manipulation at all costs to protect our democracy

23  and black vote.  Thank you so much.  Thank you, Your

24  Honor.

25          CHAIRMAN RODRIGUES:  Thank you for your

HT_0000735
CUBANOS-0000004438

Page 129

1    comments.

2              Hazel Gillis.  Oh, that was you.  Thank

3    you.

4              Myrtle Lucas.  And then on deck is Ingrid

5    Montgomery.

6              MYRTLE LUCAS:  Good evening.  My name is

7    Myrtle Lucas.  I'm -- I am a member of the James

8    Weldon Johnson Branch of the ASALH, the Association

9    for the Study of African American Life and History.

10             I oppose any map that has been drawn by

11   Governor Ron DeSantis, and let's see.  We vote to --

12   let me see.  I'm sorry.  We vote for -- to draw maps

13   from fair districts, and we want them to do their

14   job and not for Governor Ron DeSantis to be a

15   dictator and a bully.  That's it.

16             CHAIRMAN RODRIGUES:  Thank you for your

17   comments.

18             Ingrid Montgomery with Walter Smith, Junior

19   on board.

20             Ms. Montgomery, you are recognized for a

21   minute.

22             INGRID MONTGOMERY:  Good afternoon.  My

23   name is Ingrid Montgomery, and I live in Duval

24   County.  I'm here today to voice my condemnation of

25   this redistricting plan for Northern Florida.  This

HT_0000736
CUBANOS-0000004439

Page 130

1    plan splits black communities across three different

2    congressional districts, which personally impacts me

3    because it results in the loss of my congressional

4    district, CD 5, which has been the "black

5    opportunity district" linking Jacksonville and

6    Tallahassee.

7            SB 2-C, also C-0109, is intentionally and

8    unconstitutionally designed to make it ever more

9    challenging for us black voters to elect black

10   Democratic members of Congress.  You elected took

11   the oath to stand up for equal ground.  "If we merge

12   mercy with might and might with right, then love

13   becomes our legacy and change our children's

14   birthright."  Amanda Gorman, The Hill We Climb.  Do

15   the right thing.  Thank you.

16           CHAIRMAN RODRIGUES:  Thank you for your

17   comments.

18           Walter Smith, Junior.  And on deck is Lee

19   Harris.

20           Are you Mr. Smith?

21           WALTER SMITH, JR.:  Yes.  Good --

22           CHAIRMAN RODRIGUES:  You are --

23           WALTER SMITH, JR.:  -- afternoon.

24           CHAIRMAN RODRIGUES:  -- you are recognized

25   for a minute.  Thank you.

HT_0000737
CUBANOS-0000004440

Page 131

1          WALTER SMITH, JR.:  Good afternoon again.

2    I am Commander Sergeant Major Walter Smith, Junior,

3    retired U.S. Army, 30 years of military service for

4    this country.  I oppose this proposal by the

5    Governor.  This proposal reminds me of what took

6    place after Reconstruction.  Thank you.

7          CHAIRMAN RODRIGUES:  Thank you for your

8    comments.

9          I've been told that Lee Harris is not here.

10   We'll have the record show that he is against the

11   bill.

12          Next up, Jonathan Webber with Florida

13   Conservation Voters.

14          Mr. Webber, you are recognized for a

15   minute.

16          JONATHAN WEBBER:  Thank you so much.  My

17   name is Jonathan Webber.  I'm the deputy director of

18   Florida Conservation Voters, and just for the

19   record, I am a resident of CD 5, Al Lawson's

20   district, here in Tallahassee, just south of

21   Apalachee.

22          We at Florida Conservation Voters, we

23   strongly believe that the health of our environment

24   is directly tied to the health of our republic.  And

25   just as we monitor our water for pollution, we

HT_0000738
CUBANOS-0000004441

Page 132

1    monitor our government for signs of sickness.  Fair

2    representation is one of the best metrics we have to

3    measure the health of our government.  The census

4    and ensuing redistricting process is the test.

5             Today, we are asking ourselves questions

6    like was this map drawn with complete transparency?

7    Does it respect the rules set forth in the Voting

8    Rights Act and in the State and Federal

9    Constitutions?  Were the people of Florida given

10   ample opportunity to participate and comment on this

11   map?  And most importantly, considering the profound

12   legacy of state-sponsored oppression in Florida,

13   does it protect or diminish the right of black

14   Floridians to elect leaders of their choice?

15            You all know the answers to these

16   questions, and while fair representation is vital,

17   fear of doing the right thing is the ultimate

18   terminal sickness in democracy.  Our republic is

19   only as strong as the right of minority groups to

20   participate.  I love this country not so much for

21   its history but for its promise.

22            CHAIRMAN RODRIGUES:  Please bring it in for

23   a close.

24            JONATHAN WEBBER:  That promise must be

25   guaranteed to everyone, not just the powerful, the

HT_0000739
CUBANOS-0000004442

Page 133

1    monied, or the ruling class.  We stand in solidarity

2    with our friends and allies across the state in

3    opposition to these maps.  Thank you and thank you

4    to everyone who showed up today.

5                 CHAIRMAN RODRIGUES:  Thank you for your

6    comments.

7                 Cecile Scoon with the League of Women

8    Voters of Florida.

9                 CECILE SCOON:  Good afternoon.  My name is

10   Cecile Scoon with the League of Women Voters, and

11   I've been here a few times.  I am very disappointed,

12   as many people are, that we are in this position.

13   When this whole thing started, there was many

14   promises made to adhere to all of the laws, and it

15   was interesting that Mr. Kelly did not mention that

16   the Tier 1, which is the citizens initiative of the

17   Fair Districts, not only has an intent provision, it

18   has an impact provision.

19                 So it doesn't matter if he came here and

20   drew the maps, and he did not intend anything.

21   That's irrelevant to the other half, which says, if

22   you have this impact that harms the ability to

23   select the representative of your choosing if you

24   are a racial or language minority, that's a problem

25   under our law.  And so what they have done is

HT_0000740
CUBANOS-0000004443

Page 134

1   completely violated Tier 1 of our Constitution,

2   which was found lawful and correct by our Florida

3   Supreme Court.

4           So that is the status of the law as we

5   stand, and anything that comes now that rebukes that

6   or does anything like that is looking for a new

7   court to make a different decision.  But the law

8   right now says --

9           CHAIRMAN RODRIGUES:  Please bring it in --

10          CECILE SCOON:  -- that is illegal.

11          CHAIRMAN RODRIGUES:  -- for a close.

12          CECILE SCOON:  And we would ask you to

13  adhere to the law as we all know it, Fair Districts

14  and the Voting Rights Act.  Thank you.

15          CHAIRMAN RODRIGUES:  Thank you for your --

16          SENATOR GIBSON:  Chair --

17          CHAIRMAN RODRIGUES:  -- comments.

18          SENATOR GIBSON:  May I ask a question?

19          CHAIRMAN RODRIGUES:  We still have another

20  --

21          SENATOR GIBSON:  Quickly.

22          CHAIRMAN RODRIGUES:  -- speaker.  And we --

23          SENATOR GIBSON:  It's just --

24          CHAIRMAN RODRIGUES:  -- are doing a hard

25  stop at 4:30.

HT_0000741
CUBANOS-0000004444

Page 135

1          SENATOR GIBSON:  It's a 30-second answer.

2          CHAIRMAN RODRIGUES:  I'm not going to

3    recognize it at this time.

4          Matthew Isabel (phonetic).

5          SENATOR GIBSON:  Well, may I ask you a

6    question, Mr. Chair?

7          CHAIRMAN RODRIGUES:  What's that?

8          SENATOR GIBSON:  May I ask the question of

9    you?  Maybe our staff may know the answer.

10          CHAIRMAN RODRIGUES:  Yes.

11          SENATOR GIBSON:  Thank you.  I'm just

12    wondering if we know how many hundreds of thousands

13    of votes across this state did the Fair Districts

14    Amendment pass by.

15          CHAIRMAN RODRIGUES:  I don't know.  We'll

16    have staff look into that and get back to you.

17          SENATOR GIBSON:  Thank you, Mr. Chair.

18          CHAIRMAN RODRIGUES:  Mr. Isabel, you are

19    recognized for a minute.

20          MATTHEW ISABEL:  Members of this

21    committee, for months, a vast majority of you

22    pledged your support to preserving districts that

23    gave African Americans the ability to elect a

24    candidate of their choice.  You defended seats that

25    were in some form or fashion drawn three decades ago

HT_0000742
CUBANOS-0000004445

Page 136

1    to correct centuries of injustice.  The laws and

2    cases from the late 20th century saw an explosion of

3    minority representation.  Since the passage of the

4    1982 Voting Rights Act, the number of African

5    American Congresspeople has gone from 18 to 60.

6    Florida is part of this very tradition.

7            Redistricting in Florida began with such

8    promise.  Draft maps from both chambers had anywhere

9    from three to four seats designed to give African

10   Americans a chance to elect a candidate of their

11   choice.  Efforts for alt-right Twitter activists to

12   dismantle districts like CD 5 and 10 were ignored by

13   you lawmakers for the longest time, but now with the

14   Governor's intervention, you have backtracked on all

15   of these principles in the name of party unity.

16            And for what reason?  To appease a Governor

17   who sees his path to the Presidency by acting like a

18   modern-day George Wallace.  We see the private

19   grumblings that many of you have fed to the press,

20   expressing your off-the-record concern.  Most of you

21   openly admitted in private to being afraid of the

22   Governor.  He's threatened primaries to you, to your

23   colleagues, and he's threatened to black -- to veto

24   --

25            CHAIRMAN RODRIGUES:  Please bring it in for

HT_0000743
CUBANOS-0000004446

Page 137

1   a close.

2           MATTHEW ISABEL:  -- budget items.  He's --

3   I'm closing.  Why don't you just come out and say

4   he's blackmailing you?  Instead of coming up with

5   fake legal justifications, why don't you at least

6   admit that you're afraid of him, and you want him to

7   like you?  Why don't you just admit that you're

8   cowards.

9           CHAIRMAN RODRIGUES:  Thank you for your

10   comments.

11          SENATOR STARGEL:  Mr. Chair?

12          CHAIRMAN RODRIGUES:  That concludes public

13   testimony.

14          Is there debate?

15          SENATOR STARGEL:  Mr. Chair?

16          CHAIRMAN RODRIGUES:  Senator Stargel, you

17   are recognized.

18          SENATOR STARGEL:  Mr. Chair, I move that we

19   -- this committee vote in SB 2-C on or before 4:27.

20          CHAIRMAN RODRIGUES:  That motion is made.

21   Show it adopted without objection.

22          We're now in debate.

23          Senator Gibson.

24          SENATOR GIBSON:  Thank you, Mr. Chair.

25          First, I want to start with the whole idea

HT_0000744
CUBANOS-0000004447

Page 138

1    that the state of Florida's Constitution doesn't

2    cover Tier 1, and it absolutely does, which is why I

3    was trying to determine approximately the hundreds

4    of thousands of votes that -- from our constituents

5    that supported the Fair Districts Amendment to the

6    -- to our state Constitution, which is also a part

7    of our first packet that we got on the Florida

8    Redistricting packet, which I, of course, thank the

9    staff again for.  I have papers all over the place.

10            And so -- in that, in the Fair Districts

11   Amendment to the Constitution -- and I wrote a note

12   that I don't believe that the Constitutional

13   Revision Commission in 2018 made any changes or

14   changed at all the Fair Districts Amendment, which

15   speaks to the fact that districts may not be drawn

16   with the intent or result of denying or abridging

17   the equal opportunity of racial or language

18   minorities to participate in the political process

19   or diminish their ability to elect representatives

20   of their choice.

21            And there are other parts of this, but I

22   want to hasten so that others get to debate.  And I

23   don't lose some other important points that I wanted

24   to make.  One of those is if you've never been

25   denied anything, then you have no context as to why

HT_0000745
CUBANOS-0000004448

Page 139

1    representation is important.  And so -- and why it

2    is important that the representative understands the

3    community that they're representing in totality.

4           And so what's on the line?  First of all,

5    CD 5 came about as a large representing minority

6    population because of a lawsuit years ago, and that

7    is why that congressional district existed as a

8    minority access district in Jacksonville.  The suit

9    was filed by our previous member of Congress -- I

10   don't know.  It was 19-whatever it was -- '70, '60s,

11   in order for there to be representation to include

12   representation of people of color.

13          And so in a conversation I had the other

14   day, when, you know, when people try to figure out,

15   oh, it's about race.  Well, it's more than about

16   race.  It's also about need.  And so in order for

17   those folks with health -- more health disparities

18   than -- or health disparities -- I don't know how

19   you can have any more -- neighborhoods that have

20   been crumbling historically, infrastructure needs,

21   cleaning of Brownsville and communities of color

22   that weren't anywhere else, who represents those

23   communities matter?

24          Yes.  There's growth in -- in upward

25   mobility as well, but there are still healthcare

HT_0000746
CUBANOS-0000004449

Page 140

1   disparities.  There's still holes in things that

2   need to happen.  And so when a member doesn't

3   understand in totality that population, the funding

4   requests that have been put forward over the years

5   disappear.  The blend of everyone takes the focus

6   off of some of those who are the neediest of

7   particularly healthcare and improvement in their

8   neighborhoods, education, those kinds of things.

9          While it's getting better, it's been behind

10  for so many years that catching up becomes difficult

11  without a representative that doesn't understand

12  exactly all of the people they are representing.

13  And I think every individual in any district is just

14  as important as the -- as the neighbor next door or

15  across the street.  Everyone is, and that's the way

16  I've always done my job.  But unfortunately the maps

17  in front of us, CD 5 is one of them, where there's

18  such a split unnecessarily, cut the community right

19  down the middle, the community of color.

20          And so without having to do that and making

21  sure that all resources are delivered to all parts

22  of the community, it would be great if we all lived

23  in health disparity districts, and then we'd all get

24  the same attention.  But we don't.  It would be

25  great if we all lived in low income communities, but

HT_0000747
CUBANOS-0000004450

Page 141

1  we don't.  And so those who do need representation

2  to speak to that issue.

3          And so I just think that the purpose of the

4  maps was to make two Republican forming -- it has

5  nothing to do with race -- there are black

6  Republicans, Hispanic Republicans -- but has

7  everything to do with party as well.  So there's a

8  double whammy in Duval.  We have a separation of

9  culture, and then we also have two seats that no --

10 that will perform for Republican members of

11 Congress.

12         And I don't -- I don't know if -- I don't

13 know if we can even sit here and -- and call that

14 the right thing to do.  And also in CD 10 as well.

15 So what seems to be -- what -- what wants to be put

16 forward to us as innocence is -- is not there, and I

17 hope that people will remember that this is not for

18 tomorrow or next week.  It's not -- it doesn't

19 change for 10 more years.

20         And I refuse to believe that the people of

21 color population in Duval shrunk in the past census,

22 or if it didn't shrink, people are now living all on

23 top of each other.  That is definitely not the case.

24 And so I -- I'm done, Mr. Chair.  Thank you.

25         CHAIRMAN RODRIGUES:  Senator Bracy.

HT_0000748
CUBANOS-0000004451

Page 142

1          SENATOR BRACY:  Thank you, Mr. Chairman.

2          You know, this clearly violates Fair

3    Districts.  It clearly violates the federal law, the

4    federal Voting Rights Act, and I don't even think

5    it's worth debating.  I mean, I think that's clear,

6    and the fact that Alex Kelly would get in front of

7    us and say he had no idea that he was taking a swath

8    of black folks and putting -- putting them in the

9    same district with -- with the villages and not --

10   and saying he didn't know that it would affect their

11   ability to elect the candidate of their choice is a

12   joke.  It's a joke, and it's insulting.  So I'm not

13   going to even go there.

14          What I will say to you, members, is that

15   what the Governor is doing in bullying you all, in

16   dictating what you're going to do, you are

17   essentially losing the power and the independence of

18   the Senate.  And you are making the Governor the de

19   facto President from now on, because with a bully,

20   once you give in, it doesn't stop.  He's going to

21   continue this, and you will not be able to defy him

22   again.

23          He's threatened to -- he's threatened to

24   primary you all.  He's threatened to primary

25   endorsed candidates from the President, and he's not

HT_0000749
CUBANOS-0000004452

Page 143

1    going to stop.  And you laying down, you are setting

2    the stage for this to happen over and over again.

3    And if that's what you want, you want him to be the

4    House Speaker, the Senate President, and the

5    Governor, so be it.

6             But I just want to lay out what we're

7    actually doing today, and I love you all.  I've

8    served with you.  You all are friends, and so I'm

9    speaking to you genuinely.  And this is how I feel,

10   and if this is what we're going to do, so be it.

11   But I at least want to be on record to say I don't

12   think it's right.

13            And I don't think this is in tradition of

14   what the Senate stands for.  We have been an

15   independent body, and we made a decision before.

16   And now we are caving.  We are folding, and I think

17   we're better than that.

18            CHAIRMAN RODRIGUES:  Senator Stewart for

19   two minutes.

20            SENATOR STEWART:  Thank you, Chair.

21            Frankly, I never thought we'd be here

22   today.  I know that when we had months and months of

23   meetings and we came up with a map that was

24   extremely fair and we gave that map to the Governor,

25   we didn't expect to have any consequences.  But

HT_0000750
CUBANOS-0000004453

Page 144

1   today we see that I was really, really wrong, and

2   that we sit here today.

3          This map that was produced -- and we were

4   able to see it a few days ago, and, you know, I

5   didn't like it.  I don't like being here because I

6   think we did a really good job when we had the

7   opportunity to do it.  But this map has no

8   connection to Tier 1, and everything stated by the

9   Governor's map drawer and perhaps some of the

10  attorneys that helped him, all the paperwork is on

11  Tier 2.  Well, Tier 2 is not nearly as important as

12  Tier 1.

13         And so when you've got them totally

14  ignoring Tier 1, for whatever their reasons were

15  stated, I think we might as well just leave here and

16  go straight out that door and get our attorneys

17  because we're going to be going to court anyway.

18         So I just think this is the wrong approach

19  to what we have signed on to do, and we did a really

20  good job.  And I want to thank everybody here, how

21  hard they worked, and I -- I don't -- I'm just not

22  in favor of overturning the nearly perfect map that

23  we put together.  Thank you.

24         CHAIRMAN RODRIGUES:  It's now 4:27, time

25  certain.

HT_0000751
CUBANOS-0000004454

Page 145

1          Dana, please call the roll on Senate Bill

2     2-C.

3               THE CLERK:  Senator Bean.

4               SENATOR BEAN:  Yes.

5               THE CLERK:  Senator Bracy.

6               SENATOR BRACY:  No.

7               THE CLERK:  Senator Bradley.

8               Senator Brodeur.

9               SENATOR BRODEUR:  Yes.

10              THE CLERK:  Senator Burgess.

11              SENATOR BURGESS:  Yes.

12              THE CLERK:  Senator Gibson.

13              SENATOR GIBSON:  No.

14              THE CLERK:  Senator Harrell.

15              SENATOR HARRELL:  Yes.

16              THE CLERK:  Senator Rodriguez.

17              SENATOR RODRIGUEZ:  Yes.

18              THE CLERK:  Senator Rouson.

19              SENATOR ROUSON:  No.

20              THE CLERK:  Senator Stargel.

21              SENATOR STARGEL:  Yes.

22              THE CLERK:  Senator Stewart.

23              SENATOR STEWART:  No.

24              THE CLERK:  Vice Chair Broxson.

25              VICE CHAIR BROXSON:  Yes.

HT_0000752
CUBANOS-0000004455

Page 146

1           THE CLERK:  Chair Rodrigues.

2           CHAIRMAN RODRIGUES:  Yes.

3           By your vote, Senate Bill 2-C is reported

4    favorably.

5           Is there any other business before the

6    committee?

7           Seeing none, Senator Rouson moves we

8    adjourn.

9           Show the motion adopted.

10          (END OF AUDIO RECORDING)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

HT_0000753
CUBANOS-0000004456

4/19/2022                   Common Cause, et al. v. Cord Byrd                   Audio Transcription

Page 147

1                    CERTIFICATE OF TRANSCRIPTIONIST

2              I certify that the foregoing is a true and

3        accurate transcript of the digital recording

4        provided to me in this matter.

5              I do further certify that I am neither a

6        relative, nor employee, nor attorney of any of the

7        parties to this action, and that I am not

8        financially interested in the action.

9

10

11

12

13

14

15

16

17

18

19

20

21

22        _____

23                Julie Thompson, CET-1036

24

25

HT_0000754
CUBANOS-0000004457