Page 1

```
_____
Common Cause, et al.     )
                         )
v.                       )  4:22-cv-109
                         )
Cord Byrd                )
_____ )
```

TRANSCRIPTION OF AUDIO RECORDING

HOUSE SESSION

APRIL 21, 2022

10:00 A.M.

DIGITAL EVIDENCE GROUP

1730 M Street, NW, Suite 812

Washington, D.C. 20036

(202) 232-0646

HT_0002171
CUBANOS-0000005030

Page 2

1    APRIL 21, 2022

2            SPEAKER SPROWLS:  Members, the House will

3    come to order.  Members, please take your seats.

4    Members and visitors in the gallery, please rise for

5    the prayer.  The prayer today will be led by

6    Representative Massullo.

7            Representative Massullo, you may approach

8    the well.

9            REPRESENTATIVE MASSULLO:  Thank you,

10   Mr. Speaker.

11           Members, let's pray.

12           Father God, thank you for this beautiful

13   day that you have made.  Thank you for the House

14   that you've brought us to, that you have allowed us

15   the ability to serve your people in this state.

16   Thank you for this beautiful government that we have

17   where we can deliberate ideas and disagree with each

18   other and yet move our state continuing forward.

19           Unlike any other country in the world,

20   Lord, you've blessed us.  Let us never forget that

21   it's because of your guidance that we have life.

22   It's because of your will that we breathe.  It's

23   because of your grace and mercy that we can have a

24   place in this world, that we can make a difference

25   because you indwell us; you empower us.  And I pray,

HT_0002172
CUBANOS-0000005031

Page 3

1   Lord, that we never forget that.

2          As we go through this day, as we finish our

3   work here, as we go home to our friends and our

4   families, let us not forget, Lord, that our duty is

5   to glorify you with our lives.  And I pray that you

6   would make that so in our hearts, that it may be our

7   desire as we live this day and the rest of our

8   lives.  In your name we pray, Amen.

9          ALL:  Amen.

10          SPEAKER SPROWLS:  Thank you, Representative

11   Massullo.

12          The clerk will unlock the machine and

13   members will record their presence.  Have all

14   members recorded their presence?  Have all members

15   recorded their presence?  Clerk will lock the

16   machine and announce the presence of a quorum.

17          THE CLERK:  106 members voting.  A quorum

18   is present, Mr. Speaker.

19          SPEAKER SPROWLS:  Yep.  Members and

20   visitors, please remain standing for the Pledge of

21   Allegiance to the flag.  The pledge this morning

22   will be led by Representative Will Robinson from his

23   desk.

24          (Pledge of Allegiance)

25          SPEAKER SPROWLS:  Are there corrections to

HT_0002173
CUBANOS-0000005032

Page 4

1    the journal?  Hearing none, show the journal

2    approved.  Are there matters on induction and

3    reference?

4            THE CLERK:  None on the desk, Mr. Speaker.

5            SPEAKER SPROWLS:  Are there communications?

6            THE CLERK:  None on the desk, Mr. Speaker.

7            SPEAKER SPROWLS:  Are there messages from

8    the Senate?

9            THE CLERK:  None on the desk, Mr. Speaker.

10           SPEAKER SPROWLS:  Are there reports from

11   standing committees and subcommittees?

12           THE CLERK:  None on the desk, Mr. Speaker.

13           SPEAKER SPROWLS:  Are there motions

14   relating to committee and subcommittee references?

15   Are there matters on reconsideration?  Are there

16   bills and joint resolutions on third reading?

17           THE CLERK:  On the desk, Mr. Speaker.

18           SPEAKER SPROWLS:  Read the first bill.

19           THE CLERK:  By Senator Rodriguez, Senate

20   Bill 2-C, a bill to be entitled an act establishing

21   the congressional districts of the state.

22           SPEAKER SPROWLS:  All right, members.  We

23   are going to get into the first bill.  In a moment

24   we're going to enter into structured debate.

25   Structured debate this morning on the redistricting

HT_0002174
CUBANOS-0000005033

Page 5

1   bill we'll have -- be 75 minutes per side in 15

2   minute total increments.  I'll go back and forth

3   between representative Willhite, who will be

4   representing the con side of the bill, and Leader

5   Grant on the pro side.

6           Representative Leek, you're recognized to

7   explain the bill.

8           REPRESENTATIVE LEEK:  Thank you,

9   Mr. Speaker.

10          This is the congressional redistricting

11  bill we heard yesterday.

12          SPEAKER SPROWLS:  Are there amendments?

13          THE CLERK:  None on the desk, Mr. Speaker.

14          SPEAKER SPROWLS:  All right.  Let's begin

15  debate.  Representative Willhite, you're recognized.

16          REPRESENTATIVE WILLHITE:  Thank you,

17  Mr. Speaker.  In the difference of opinion side of

18  this bill, would you recognize Representative

19  Geller?

20          SPEAKER SPROWLS:  Representative Geller for

21  his different side of opinion.  You're recognized.

22          REPRESENTATIVE GELLER:  Thank you,

23  Mr. Speaker.  I appreciate that.

24          So members, here we are.  Months of looking

25  at this.  This House took a position.  Our

HT_0002175
CUBANOS-0000005034

Page 6

1  colleagues across the aisle took a position.  We

2  passed something.  Frankly, I didn't like what we

3  passed, but we passed -- you remember, one from

4  column A, one from column B.  You remember that.

5  The Governor vetoed it, and he has a right to veto

6  it.  And here we are back again.

7          But members, we're not doing our job.  Our

8  job is just not to pass anything.  Our job, as was

9  told to us by Chair Leek numerous times, by the

10 Speaker numerous times, our job is to pass something

11 constitutional.

12         Now, I'm a believer in our judiciary system

13 in this country, and I think it's great that anybody

14 who has a problem with something we pass or

15 something going on can go to the courts, can ask for

16 relief.  You can even challenge a law if you believe

17 that law is contrary to our constitution, if you

18 think it's unjust.  Some of our greatest leaders,

19 suffragists, civil rights leaders, leaders for the

20 rights of people who want to love who they want to

21 love.  Some of our greatest leaders have challenged

22 unjust laws.

23         But please, remember our role.  We have

24 something in this country called the Voting Rights

25 Act.  It was hard won.  It was passed since 1965,

HT_0002176
CUBANOS-0000005035

Page 7

```
 1   and it interpreted something from almost 100 years
 2   before the 14th Amendment.  We have in this state
 3   standards that 63 percent of our voters voted to put
 4   into our Florida Constitution.  We call them fair
 5   districts.
 6              Now, I understand there could be a little
 7   bit of politics that might creep into redistricting
 8   somehow.  But members, our job is to pass something
 9   that complies with the Florida Constitution,
10   including those fair districts provisions, and with
11   the federal Voting Rights Act.  If you think that
12   the Voting Rights Act contradicts the 14th
13   Amendment, you can go to court and try to get it
14   overturned.  But until that happens, that law is the
15   law of the land, and until our Florida Constitution
16   is otherwise interpreted, we're bound by it.
17              This plan cuts minority districts in this
18   state, African-American districts, in half.  You
19   don't want to be a part of that, and you don't want
20   to be a part of contradicting the Florida
21   Constitution and the Voting Rights Act.  If there is
22   a challenge later, so be it.  Our job is to comply
23   with the law as it exists, and this map plainly does
24   not do that.  You need to vote it down.  Thank you.
25              MADAM SPEAKER:  Representative Willhite.
```

HT_0002177
CUBANOS-0000005036

Page 8

1            REPRESENTATIVE WILLHITE:  Thank you, Madam

2    Speaker.  Would you recognize Representative

3    Driscoll?

4            MADAM SPEAKER:  Representative Driscoll,

5    recognized in debate.

6            REPRESENTATIVE DRISCOLL:  Thank you, Madam

7    Speaker.

8            Just the other day, members, when we heard

9    this bill in committee, there was a member of the

10   public who gave testimony.  And she said, "I rise in

11   condemnation of this bill."  And I had never heard

12   that before, but I thought it was brilliant.  Today

13   I debate in condemnation of this bill.

14           Albert Einstein once said that no problem

15   can be solved from the same consciousness that

16   created it.  And when I look at what we are doing

17   with this map, when I look at the

18   unconstitutionality of it, when I look at how we're

19   violating separation of powers, I can't help but

20   think that we are reverting back to a consciousness

21   that required us to need fair districts amendments

22   and a federal Voting Rights Act in the first place.

23           I'll make three points.  First, the

24   unconstitutional nature of this map.  We are plainly

25   in this map denying minority voters the ability to

HT_0002178
CUBANOS-0000005037

Page 9

1    elect the representative of their choice.  We are

2    clearly abiding in retrogression in violation of the

3    14th Amendment.  This map clearly constitutes

4    diminishment, when you are taking the number of

5    black congressional representatives and the ability

6    to have representation in black communities from

7    four to five.  That is diminishment of 50 percent.

8    Excuse me, 4 to 2.  That is diminishment by 50

9    percent.  I'm a lawyer, not a mathematician.  Sorry

10   about that.

11          What I also have observed in this map is

12   that there is packing.  All over the place there is

13   packing.  If you look in Tampa Bay where I live, in

14   order to arrive at the new Congressional Districts

15   14 and 15, there's been so much packing I don't even

16   know how you could fit more in that suitcase.  We

17   are denying minority voters the candidate of their

18   choice, and it is wrong.

19          The second point that I will make is that

20   this map disregards and disrespects the voters of

21   Florida and procedural process.  Members, this map

22   -- we are the ones who are obligated as a

23   Legislature with drawing this map.  I don't know how

24   many times poor Chair Leek had to say he couldn't

25   answer a question.  Why not?  Because he didn't draw

HT_0002179
CUBANOS-0000005038

Page 10

1   this map, and the committee staff didn't draw this

2   map.  He just didn't have the answers.  Why?

3   Because we have -- we are in dereliction of our duty

4   as a Legislature.  We were the ones who were

5   supposed to draw this map.

6           I heard over and over again, "Well, the

7   Governor is just like any other person, any other

8   person in this process who wanted to submit a map."

9   Everybody who has a veto pen in this room, raise

10  your hand.  That's what I thought.  Okay.

11          It's only the Governor who has the

12  opportunity and ability and the constitutional

13  authority to veto a map.  He is not like every other

14  citizen.  He's not like any other citizen in this

15  chamber or any other citizen in the State of

16  Florida.  So I'm tired of that.  It's time for us to

17  do away with the fiction that this is normal

18  process.  This is unprecedented.

19          The third point I'll make -- and I've

20  already touched on this a little bit though -- is

21  about separation of powers.  And I really want you

22  to hear me with this one.  We are headed down a

23  dangerous road.  It is a slippery slope.  First it's

24  redistricting; then it's Disney.  What's next?  I'm

25  afraid to know what's next.  We need to stop this

HT_0002180
CUBANOS-0000005039

Page 11

1  here.  You have the ability to stop it here with

2  your vote.  This map is unconstitutional, and we

3  should all vote down.  Thank you.

4        MADAM SPEAKER:  Representative Willhite,

5  you're recognized.

6        REPRESENTATIVE WILLHITE:  Madam Speaker,

7  would you recognize Representative Valdez?

8        MADAM SPEAKER:  Representative Valdez in

9  debate.

10        REPRESENTATIVE VALDEZ:  Thank you, Madam

11  Speaker, and good morning, colleagues.

12        Colleagues, we have an obligation to uphold

13  the oath that we all take to defend our

14  constitution.  Unfortunately, I feel the

15  reapportionment proposal before us today fails in

16  that regard.  There are decades of precedents of the

17  redistricting processes and countless historical

18  examples of the process being used to marginalize

19  and dilute the power of certain types of voters.

20  That's why the U.S. Congress passed the Voting

21  Rights Act.  It's why Florida voters passed the Fair

22  District Amendment in 2010.

23        These are not simply polite suggestions.

24  Following the law and the Constitution is our sacred

25  Duty as elected officials.  I have deep concern that

HT_0002181
CUBANOS-0000005040

Page 12

1    we are, once again, choosing a path that does not

2    serve the interest of Florida voters and will tie

3    our state up in yet more costly litigation due to

4    constitutional issues raised by this map.

5              After the Civil War, our nation underwent

6    something of a second American Revolution, born of a

7    recognition of our past mistake and allowing

8    slavery.  As part of that absolution, we adopted a

9    new set of amendments to the U.S. Constitution, the

10   13th Amendment, which outlaw the practice of

11   slavery.

12             Then the 14th Amendment, which guarantees

13   the equal protection of the law to all Americans,

14   and the 15th Amendment, which grants voting rights,

15   regardless of race, color, or previous condition of

16   servitude.  These post-Civil War amendments remade

17   the American social contract in profound and

18   positive ways.

19             That 14th Amendment guarantee of equal

20   protection under the law is just as much part of our

21   American identity as the original 10 Amendments of

22   the Bill of Rights.  That idea, that idea, the

23   concept of equal protection under the law is a key

24   underpinning of our modern democracy.

25             But when we decide to take steps that

HT_0002182
CUBANOS-0000005041

Page 13

1  dilute the power of a certain time of American to

2  diminish -- or type of American to diminish their

3  ability to meaningfully participate in our

4  democracy, then at minimum the spirit of equal

5  protection is undermined as well.  That means we

6  cannot value the democratic participation of one

7  group over another, because if we do so, we are not

8  ensuring equal protection of the law to all.

9          When we crack open the seat in North

10  Florida that has historically provided an

11  opportunity for minority voters to elect a

12  representative of their choice to Congress, we are

13  not providing equal protection to those voters.

14  Likewise, when laboriously take a Tampa Bay area

15  district across 12 miles of open water, packing

16  minority and Democratic voters into one district to

17  make the surrounding ones less competitive, then we

18  are not providing equal protection to those voters.

19          All we are asking for is this.  Let's live

20  up to the spirit of fairness and equal protection.

21  Let's have a fair and open transparent process and

22  draw maps that best serve the people of Florida, not

23  a party, not an agenda, but our constituents.

24  That's why we are here.  And to that end, I hope

25  that you will join me in voting down on this map

HT_0002183
CUBANOS-0000005042

Page 14

1    today.  Thank you, Madam Speaker.

2              MADAM SPEAKER:  Representative Willhite.

3              REPRESENTATIVE WILLHITE:  Thank you, Madam

4    Speaker.  Would you recognize Representative Rayner.

5              MADAM SPEAKER:  Representative Rayner in

6    debate.

7              REPRESENTATIVE RAYNER:  Thank you, Madam

8    Speaker.

9              Members, I rise in opposition to this map.

10   And I want to be very transparent.  You all know I'm

11   running for congress.  But I'm going to tell you

12   this.  Even if I wasn't running for congress, this

13   is not about me.  Because I'm going to start talking

14   about my parents.  You all know I love to talk about

15   my parents.  I love to talk about my father and my

16   mother.  I love to talk about my grandparents.  I

17   love to talk about my great-grandparents.

18             And I bring up the fact that I'm running,

19   because I know someone will say, well, she has a

20   vested interest.  Yes.  I have a vested interest

21   because I'm a black woman in the state of Florida.

22   I have a vested interest because I'm a black

23   resident in the state of Florida.  I have a vested

24   interest because I have black constituents.  I have

25   friends who are black in Orlando and in Jacksonville

HT_0002184
CUBANOS-0000005043

Page 15

1   who are concerned about what their representation is

2   going to look like.  I have a vested interest

3   because I know the struggles of black and brown

4   folks over the course of 200 plus years in this

5   country, but most certainly in this state.  I have a

6   vested interest because I understand that it wasn't

7   until the Voting Rights Act that my parents were

8   able to vote.  I have a vested interest because when

9   my grandfather was hauling junk and he was a

10  sharecropper, and he wasn't able to have

11  representation that reflects him, I have a vested

12  interest.  And members, even if you may not be black

13  or brown, you should have a vested interest.

14          No longer should we be able to have to

15  kowtow and bow down to a person, to a man that's

16  saying, if you don't do certain things, this will

17  happen.  We talk about communism and socialism.

18  That's what happens is socialist countries.  People

19  are threatened. People are threatened under the

20  cover of dark.  You all, I know we are better than

21  this.

22          So let me tell you this.  This is not about

23  Michele Rayner, because Michele Rayner can have a

24  seat, and she don't have to run.  But guess what I'm

25  not going to do?  What I'm not going to do is let

HT_0002185
CUBANOS-0000005044

Page 16

1    this moment pass and not make a record.  Because I

2    have my mother's blood and my father's blood

3    coursing through my veins.  I have my ancestors'

4    blood coursing through my veins.  They have fought

5    and come through too much to allow this House to

6    abdicate their duty to a Governor who has political

7    ambition.  And yes, I said it - political ambition

8    that's not about the people.

9            So you all, I hope this isn't falling on

10   deaf ears, and I hope that there is political will

11   on the other side of the aisle, political courage to

12   stand up to a bully.  Because when you don't stand

13   up to a bully, they give and they give; and they

14   take and they take.

15           So this is our time to stand up to the

16   Governor.  This is our time to say, we cannot allow

17   this to happen.  This is our time to say that we

18   want to be the free state of Florida.  Free means

19   free for everybody.  It doesn't matter what party

20   you ascribe to.  It doesn't matter what you look

21   like or who you love.  It doesn't matter if you

22   disagree with the Governor, because this is the free

23   state of Florida for everybody.

24           And so, members, I am asking you now in

25   this moment to exact political courage and political

HT_0002186
CUBANOS-0000005045

Page 17

1    will.   And I see the time, and thank you, Lord.   And

2    I'm going to keep going until my time is continued

3    -- runs out.

4              But I'm asking members of this House, all

5    members, stop worrying about your elections.   Stop

6    worrying about who may primary you.   Stop worrying

7    about line item vetoes.   Stop worrying about those

8    things.   Because I know that when people on the

9    outside who are looking at us -- I've gotten all of

10   these text messages on my phone.   People on -- and

11   then appropriations too.   Thank you.   People are

12   tired.   Republicans are tired.   Democrats are tired,

13   MPAs are tired.   Because we ought to be working on

14   --

15             MADAM SPEAKER:   Representative Rayner --

16             REPRESENTATIVE RAYNER:   -- the things that

17   they care about.

18             MADAM SPEAKER:   Representative Rayner.

19   Your time is expired.   The clock stopped over a

20   minute ago.

21             Members, I will remind all of you, we are

22   not talking about personalities today, not

23   personalities of anybody outside this chamber or

24   inside this chamber.   We are talking about the maps,

25   and we can talk about the maps.   And I would ask

HT_0002187
CUBANOS-0000005046

Page 18

1    that you confine your comments to the maps and not

2    to personalities.

3              With that, we are trying to get the clock

4    fixed.  I think we are good.

5              Leader Grant, you are recognized.

6              REPRESENTATIVE GRANT:  Thank you, Madam

7    Speaker.  Would you please recognize Representative

8    Tuck in debate?

9              MADAM SPEAKER:  Representative Tuck, you

10   are recognized.

11             REPRESENTATIVE TUCK:  Thank you, Madam

12   Speaker.

13             And members, I rise in support of this map

14   today.  I've had the honor of being the vice chair

15   of this committee since the beginning, and it's been

16   an open and transparent process the entire time,

17   even before the Governor "got involved."

18             He publicly submitted maps, which is

19   something that anybody can do.  He's allowed to do

20   it.  Every single member of the public was allowed

21   to do it.  We were allowed to do it.  He is a

22   citizen of this state.  He's allowed to do it just

23   like we are.  He even sent multiple staffers to

24   answer our questions ad nauseam.

25             And think about that for a second.  How

HT_0002188
CUBANOS-0000005047

Page 19

1   many bills do we encounter where the Governor sends

2   an entire staff team to help us understand that

3   rationale?  Besides the budget, probably zero.

4           Members, this process only happens once a

5   decade.  And just because it's different doesn't

6   mean it's bad.  Just because it's different, doesn't

7   mean it's wrong.  It's just different. Our process

8   was thorough; it was transparent; it was open; it

9   was complete; it was constitutional, and it was

10  good.  This map is all of those things.  This map is

11  a good map, so I urge you all to vote up on it.

12          Thank you very much, Madam Speaker.

13          MADAM SPEAKER:  Representative Grant,

14  you're recognized.

15          REPRESENTATIVE GRANT:  Thank you, Madam

16  Speaker.  We yield the remainder of our time in this

17  segment.

18          MADAM SPEAKER:  Thank you. Representative

19  Willhite, you're recognized.

20          REPRESENTATIVE WILLHITE:  Thank you, Madam

21  Speaker.  Would you recognize Representative

22  Morales?

23          MADAM SPEAKER:  Representative Morales,

24  you're recognized in debate.

25          REPRESENTATIVE MORALES:  Thank you, Madam

HT_0002189
CUBANOS-0000005048

Page 20

1   Speaker.

2          Members, I rise up today because we need to

3   focus.  Members, fair representation is vital to the

4   state of Florida.  We're making history today.  A

5   fair map is vital.  And if it's not right, then

6   let's do it; let's work together.  We can come back.

7   That's what the -- that's why the people voted for

8   us to represent them.

9          We are facing this moment, redistricting.

10  And the point I want to make is that we have to

11  apply by the constitutional law.  Our Voters Rights

12  Act, remember we are legislators.  We're supposed to

13  do our job.  That's what the people gave us our

14  --that vote.  Members, please vote down on this

15  bill.

16          Thank you, Madam Speaker.

17          MADAM SPEAKER:  Representative Willhite.

18          REPRESENTATIVE WILLHITE:  Thank you, Madam

19  Speaker.  Would you recognize Representative Brown?

20          MADAM SPEAKER:  Representative Brown in

21  debate.

22          REPRESENTATIVE BROWN:  Thank you, Madam

23  Speaker.

24          In the United States Constitution our

25  forefathers outlined the separation of powers

HT_0002190
CUBANOS-0000005049

Page 21

```
 1   through three branches of government, and that was
 2   the legislative branch, the executive branch, and
 3   the judicial branch.  The intent though of the
 4   separation of powers is to prevent the concentration
 5   of unchecked power and to provide for checks and
 6   balances.
 7           Therefore, it is our constitutional duty as
 8   Americans and as a state Legislature to prevent the
 9   style -- this type of overreach we're seeing in this
10   map drawn for us by the Governor.  His unchecked
11   power has only continued to grow, not only through
12   this proposed map but through the attacks of our
13   freedom to vote through last year's bill, Senate
14   Bill 90, and this year's election police force bill.
15           There are claims that the current maps
16   passed by the Legislature this session violated the
17   U.S. Constitution's equal protection clause.  But
18   the truth is his intent is to disenfranchise the
19   same people that this clause was designed to
20   protect.  In these proposed maps, Florida will lose
21   black representation in Congress by nearly 50
22   percent, and that doesn't include the barriers that
23   this anti-voter freedom bill that he's put forth
24   will put between every one of us and put barriers
25   between every one of us and the ballot box.
```

HT_0002191
CUBANOS-0000005050

Page 22

1            In 2010 Florida passed the Fair Districts

2     Amendment 5 and 6 that prohibited politicians from

3     drawing districts to favor themselves and their

4     parties, and to ensure that minority voters have

5     equal opportunity to participate in the political

6     process and have fair opportunity to equal

7     representation of their -- elect representatives of

8     their choice.  These amendments among others were

9     approved directly by Florida in a ballot referendum

10    to stop Tallahassee politicians from rigging

11    districts for their own political ambitions.  There

12    was no partisan politics involved when that

13    happened.  This was the people of Florida directly

14    coming out and saying that they are tired of corrupt

15    politics.  So why aren't we really respecting that

16    here?

17            I want to remind my colleagues that

18    Governor DeSantis did not elect you and put you in

19    office.  It was the same people of Florida who voted

20    in favor of Fair District Amendments to our

21    Constitution that did.  Although I voted down on the

22    Legislative drawing maps, at least those maps went

23    through the appropriate legitimate process and were

24    agreed upon by majority of you here in this room

25    today.

HT_0002192
CUBANOS-0000005051

Page 23

```
 1              I have a serious problem with the Governor
 2   and him meddling in the representation of Floridians
 3   for his own political gain.  And I think that's
 4   important to mention here.  I have an even bigger
 5   problem with folks bullying two entire chambers of
 6   Government into doing his bidding.  He's making
 7   Florida Legislature do his dirty work and to avert,
 8   and it adversely affects black constituents.
 9              And I will not go down in Florida history
10   as just another pawn for Governor DeSantis.  It is
11   not his job to intervene how Floridians are
12   represented.  That is between us, the Legislature,
13   the courts, and most importantly, the smart and
14   capable people of Florida who trusted in us to
15   represent them.  We are not here to represent just
16   one man out of 22 million people because of his
17   ambition to become president.  We are here to make
18   sure that the voices of the people outside this room
19   are heard.
20              MADAM SPEAKER:  All right.  Representative
21   Willhite, you are recognized.
22              REPRESENTATIVE WILLHITE:  Thank you, Madam
23   Speaker.  Will you recognize Representative Davis?
24              MADAM SPEAKER:  Representative Davis in
25   debate.
```

HT_0002193
CUBANOS-0000005052

Page 24

1          REPRESENTATIVE DAVIS:  Thank you, Madam

2     Speaker.

3          As you all know, I represent the city of

4     Jacksonville.  And the city of Jacksonville has had

5     a long, exhaustive history when it comes to race.  I

6     was born during a time, when Jacksonville still has

7     segregated schools.  And it was not until 2018 that

8     the city of Jacksonville officially recognized the

9     terrible events that took place on Ax Handle

10    Saturday, that event that I talked about on this

11    floor as we were discussing the Individual Freedom

12    Bill just two months ago.

13          Colleagues, my community is angry, and I

14    can't even say -- maybe it's not anger.  Maybe it's

15    just -- we're just infuriated.  We consistently

16    experience attacks.  We've been attacked on our

17    right to vote.  We've been attacked on our right to

18    protest.  We've been attacked now through

19    representation throughout our entire lives.

20          Historically, highway construction and City

21    Planning has focused on removing blight in the

22    Jacksonville Community, which has been used to

23    excuse the demolishing of historic black

24    neighborhoods.  Have you heard redlining?  Many of

25    you have.  It's a discriminatory lending practice on

HT_0002194
CUBANOS-0000005053

Page 25

1    people of color based simply on where they live.

2              The Eastside neighborhood was redlined for

3    the first time in 1930, and it still suffers the

4    aftermath of that.  It is now -- ironically has a

5    highway, the MLK Highway, running directly through

6    the center of this neighborhood.  Imagine that.  The

7    road that the state has used to crack black

8    communities is named after the man who fought

9    against the exact same thing - offensive, simply

10   offensive.  And now these congressional maps

11   proposed that -- proposed by this Governor and

12   entertained by this Legislature now have been so

13   clear about their intentions.

14             Florida voters have already made it clear

15   -- and you've heard that over and over, and you will

16   continue to hear that over and over -- that they

17   want Fair Districts.  And it was our job to pass

18   that Fair District Amendment, which we did

19   overwhelmingly in 2010.  It's our jobs as

20   representatives to uphold the will of the voters.

21   Are we so tired of doing our jobs that we are going

22   to roll over and accept whatever this Governor hands

23   us?  I'll let you think about that.

24             We're going to vote today on these maps

25   that, number one, you know are unconstitutional.

HT_0002195
CUBANOS-0000005054

Page 26

1    These maps have no regard for the Voting Rights Act,

2    no regard to the Fair District Amendment, no regard

3    to the 14th Amendment, no regard to the

4    Constitution, and no regard to Black voters, Brown

5    voters, and communities that I serve as well as you,

6    serving.  You represent black and brown communities

7    just like I do.

8            But colleagues, here's the vein of this.

9    You hate when we use the word disenfranchisement.

10   You turn your back; you look the other way.  But you

11   have to realize that is exactly what this is.

12   Gutting now CD 4, the protected status leaves us

13   simply without representation.  It simply means that

14   the black population in Florida that lives north of

15   the I-4 corridor, their voices will be diluted;

16   their power in this process simply washed away.

17           The only thing I can say as you look the

18   other way, you turn your back, that you know this is

19   unconstitutional, and you know this is unacceptable;

20   and you know that it's offensive.  We're tired of

21   being put in this situation by this Legislature.

22   How can you not see that this is wrong?  But you do.

23   How much longer are we going to have to fight to get

24   all of you to understand what we're dealing with?

25           Our voice matters.  Our votes matters.  Our

HT_0002196
CUBANOS-0000005055

Page 27

1    lives matter.  We need to be protecting Florida's

2    black representation in Congress, not attacking it,

3    not diluting it, and definitely not removing it.

4    For those reasons, colleagues, I just urge you to

5    think about everything that all of us will say, and

6    vote no on these maps.

7              MADAM SPEAKER:  Representative Willhite.

8              REPRESENTATIVE WILLHITE:  Thank you, Madam

9    Speaker.  Would you recognize Representative

10   Edmonds?

11             MADAM SPEAKER:  Representative Edmonds in

12   debate.

13             REPRESENTATIVE EDMONDS:  Thank you, Madam

14   Chair.

15             So Florida became the 27th state in the

16   United States on March 3rd, 1845.  By 1850 the

17   population had grown to 87,000, including about

18   39,000 African-American slaves and 1000 free blacks.

19   That comes out to about 46 percent black, 54 percent

20   white in percentage.

21             For those who do not know of Josiah T.

22   Walls, he was a man of historical distinction for

23   Florida.  Before he was the former mayor of

24   Gainesville, he died in Tallahassee in 1905.  He

25   became the first African-American Congressman in

HT_0002197
CUBANOS-0000005056

4/21/2022          Common Cause, et al. v. Cord Byrd          Audio Transcription

Page 28

1   1871, the only black to represent the Sunshine State

2   until 1993.  That is about 119 years of

3   representation without any black representation in

4   the Sunshine State.

5           So we asked, why is Fair Districts and

6   Voting Rights Act important?  Well, it's important

7   because it led to people like Alcee Hastings,

8   Corrine Brown, Carrie Meeks, Val Demings, Sheila

9   McCormick, Brian (sic) Donalds.  And the whole point

10  --

11          I want to say if you vote yes to this, I

12  want to say that you're basically setting us back 20

13  years.  If you feel comfortable voting yes, you have

14  to understand that you probably will be in the same

15  history of the people who created the black holes,

16  of the people who created Jim Crow era laws.

17          MADAM SPEAKER:  Representative Edmonds?

18          REPRESENTATIVE EDMONDS:  Yes.

19          MADAM SPEAKER:  I would ask you not to

20  impugn the members of this chamber.  If you would

21  like to talk about the policy before us, but to

22  impugn members based on a potential vote is not an

23  appropriate use of the debate time.  You are

24  recognized to continue.

25          REPRESENTATIVE EDMONDS:  Thank you, Madam

HT_0002198
CUBANOS-0000005057

Page 29

1    Chair.  I appreciate the clarification.

2              MADAM SPEAKER:  Just one moment, please.

3    Representative Alexander has asked for a point of

4    clarification.

5              Yes, Representative Alexander.

6              REPRESENTATIVE ALEXANDER:  Thank you, Madam

7    Speaker.  And all due respect, but I think history

8    and facts is not impuging anyone in this chamber.

9    I think what the representative was doing, Madam

10   Speaker, was going through a series of historical

11   facts that is relevant to this historic vote that is

12   being taken today.  But that's the way I take it.

13   So --

14             MADAM SPEAKER:  And while I understand

15   that, and those historical facts may certainly be

16   discussed, to tie it to a yes vote on these maps

17   would be impuging members of this chamber based on

18   the vote that we are about to take today.  So if we

19   want to talk about the historical facts, I have no

20   problem with that.  That is fair game.  But to call

21   out other members of this chamber being related to

22   those historical facts is -- based on a vote is an

23   appropriate.  So that is where I would ask the line

24   to be drawn, please.

25             REPRESENTATIVE ALEXANDER:  May I do a

HT_0002199
CUBANOS-0000005058

Page 30

1    follow-up?

2            MADAM SPEAKER:  You may -- yes.

3    Representative Alexander.

4            REPRESENTATIVE ALEXANDER:  Thank you, Madam

5    Speaker.  And a just for the record, that wasn't his

6    intent.  I did not hear -- I was paying attention

7    very, very closely, and I respect every member of

8    this chamber, but this is a very serious matter.

9    And just how so many people may be offended by the

10   words in this chamber -- heck, I'm offended by the

11   map.

12           MADAM SPEAKER:  And I understand that,

13   Representative Alexander.  I am listening very

14   intently too so that I can hopefully call balls and

15   strikes and make sure that we are all having a

16   conversation with the level of decorum that this

17   chamber deserves.  And like I said, I have no

18   problem discussing the historical facts.  To tie

19   members of this chamber and their vote to those

20   events in history is inappropriate for conversation

21   today.  Thank you.

22           Yes, Representative Alexander.

23           REPRESENTATIVE ALEXANDER:  Thank you, Madam

24   Speaker, and it will be my last point.  Let the

25   records speak for itself.  And hopefully the

HT_0002200
CUBANOS-0000005059

Page 31

1    representative will continue to express himself in a

2    fact historically driven manner.

3              MADAM SPEAKER:  And I will do that.  Thank

4    you.

5              Representative Edmonds, you are recognized

6    to continue.

7              REPRESENTATIVE EDMONDS:  Thank you,

8    Representative Alexander.  Thank you, Madam Chair,

9    and thank you, colleagues.

10             Again, in no form or fashion am I looking

11   to be offensive.  I'm just trying to give historical

12   content.  So all I'm saying is we went 119 years or

13   a 112 years without representation.  If you vote yes

14   on this map, essentially you're going to set us back

15   to the era where we had no representation, or cut it

16   in half from --

17             (Applause)

18             Thank you.  Thank you, members.  So yes, we

19   are the South, but I hope that we can set a

20   precedence here to show people that it's not about

21   politics, it's about people.  So I ask and urge all

22   of my friends, colleagues and members to vote down

23   this map, and let us come back and figure out a good

24   map.  Thank you.

25             MADAM SPEAKER:  Thank you.  Representative

HT_0002201
CUBANOS-0000005060

Page 32

1    Willhite.

2              REPRESENTATIVE WILLHITE:   Thank you, Madam

3    Speaker.   Would you recognize Representative

4    Skidmore?

5              MADAM SPEAKER:   Representative Skidmore in

6    debate.

7              REPRESENTATIVE SKIDMORE:   Thank you, Madam

8    Speaker.

9              I do solemnly swear that I will support,

10   protect and defend the Constitution and government

11   of the United States and of the State of Florida,

12   that I am duly qualified to hold office under the

13   constitution of this state, And that I will well and

14   faithfully perform the duties of state

15   representative on which I am now about to enter, so

16   help me God.

17             We all said those words.   I don't know what

18   supporters of this bill and this process have done

19   to justify this mockery to themselves.   I can't

20   imagine what gut-check you did, what you said to

21   your reflection in the mirror.   You know this is

22   unconstitutional.   I know this is unconstitutional.

23   Your failure to uphold your oath and stand up to the

24   bully-in-chief is shameful.   Straighten your spine

25   and vote no.

HT_0002202
CUBANOS-0000005061

Page 33

1          MADAM SPEAKER:  Again, members, we are here

2    to talk about the policy of the maps and not to

3    discuss individuals in this chamber and their

4    motives or the vote that they're going to take.  And

5    I ask you to respect that as we move forward so that

6    we can have a meaningful conversation about this

7    important topic in front of the State of Florida.

8    Representative Willhite, you are recognized.

9           REPRESENTATIVE WILLHITE:  Thank you, Madam

10   Speaker.  Would you recognize Representative

11   Eskamani?

12          MADAM SPEAKER:  Representative Eskamani,

13   you're recognized in debate.

14          REPRESENTATIVE ESKAMANI:  Thank you so

15   much, Madam Speaker.

16          I think the concern that many of us have is

17   that we feel like this map is offensive.  And so for

18   those who subscribe to this map, you are,

19   unfortunately, subscribing to what we believe to be

20   a history that is dark and one that we should not

21   repeat.

22          And so with that said, with the few seconds

23   I have left, this does impact Central Florida.  It

24   impacts minority access seat right in my community.

25   And I am very worried that the trajectory of this

HT_0002203
CUBANOS-0000005062

Page 34

1  state not only feeds into what is an

2  unconstitutional vision that benefits one party over

3  the other, but also erases the perspectives of

4  people of color.  And I really ask you to take these

5  concerns seriously.  Don't just toss them aside.

6  Thank you, Madam Speaker.

7        MADAM SPEAKER:  Thank you.  Time having

8  expired, Representative Grant, you're recognized.

9        REPRESENTATIVE GRANT:  Thank you, Madam

10  Speaker.  Would you please recognize Representative

11  Harding in debate?

12        MADAM SPEAKER:  Representative Harding,

13  you're recognized in debate.

14        REPRESENTATIVE HARDING:  Thank you, Madam

15  Speaker.

16        And members, if you served on the

17  Congressional Redistricting Committee, you may have

18  heard similar comments made yesterday in committee,

19  or two days ago.  But one of the things that -- the

20  reason that I support this map is, first, I believe

21  it's a constitutional map.

22        Second, it's, there's a process.  There's

23  been a process.  We had committees.  We ultimately

24  passed the map off this chamber.  The Governor has

25  an ability to be able to veto that map.  In

HT_0002204
CUBANOS-0000005063

Page 35

1    transparency, we have a map.  We've been able to ask

2    questions, as Representative Tuck mentioned as well.

3              But probably the irony that I've seen is

4    that when we talk about process - yesterday we had

5    an amendment for map 8060.  And it's interesting

6    because during the regular session not a single

7    member of the democratic caucus proposed a map.  We

8    could all propose maps.  None were filed.  No

9    amendments were filed in the House.

10             And so my point is, on the process we've

11   had a process.  Folks have chosen -- and that's

12   beyond my decision -- but folks have chosen in the

13   back rows to not propose maps.  So my question is:

14   if we're going to talk about courage -- there was a

15   process to propose maps.  And that was that that

16   makes me question what the point would be.  I will

17   support these maps today.  I urge all my colleagues

18   to do the same thing.

19             And on -- you know, coming back and being a

20   part of a special session, it's our job.  When we

21   were elected to serve in the Florida House, our job

22   was to get things like this done.  This has to be

23   done every 10 years. And if we've got to keep coming

24   back, if we have to be here for 10 days, that's what

25   it takes.  But today we're going to vote on this

HT_0002205
CUBANOS-0000005064

Page 36

1    map.  And I will be supporting it, and I urge my

2    colleagues to do the same thing.

3              MADAM SPEAKER:  Members, we'll take a brief

4    moment to recognize newly former Representative Rene

5    Plasencia.  Welcome back to the Florida house.

6              Leader Grant, you're recognized.

7              REPRESENTATIVE GRANT:  Thank you, Madam

8    Speaker.  Would you please recognize Representative

9    Beltran in debate?

10             MADAM SPEAKER:  Representative Beltran,

11   you're recognized in debate.

12             REPRESENTATIVE BELTRAN:  Thank you.  Thank

13   you, Madam Speaker.  Thank you, Leader Grant.

14             And I want to start off and thank everyone

15   for their good work on this.  This was not an easy

16   process, but we've really gotten to a good product.

17   And as I've said before in committee and on the

18   floor, as bills move through the process -- and the

19   process doesn't always end here on our floor -- the

20   bills get better and better.  And that's what we've

21   been able to accomplish here.

22             As we heard yesterday, we got really clean

23   lines.  We divide counties fewer times; we follow

24   prominent geographic and political boundaries.  And

25   we've continued to improve our product, and I think

HT_0002206
CUBANOS-0000005065

Page 37

1    we've done this in a fair and impartial way.

2              I want to address a couple of things that

3    were said by the opposition.  The first is that some

4    sort of notion of erosion of checks and balances.

5    Well, let's go through what checks and balances are

6    and how that's worked in this process.  We have a

7    give-and-take first within our committees, and then

8    with the Senate.

9              And we collaborate with the other chamber.

10   We have a give-and-take.  We come to something we

11   can pass.  We send it to the other chamber.  They

12   send it to us, and then it goes to the Governor.

13   From there he examines it, looks at it.  He signs it

14   or vetoes it.  If it's vetoed it comes back.  We can

15   do an override; we can pass something else.  All of

16   that process has been followed up to this point.

17             And then when that's all over, then

18   anything you pass gets challenged in the courts.

19   And everyone has said on both sides that that's

20   probably going to happen.  There's going to be some

21   litigation.  They've already filed some cases.  And

22   all of that's happened.  That's exactly the way any

23   sixth grade civics student would expect checks and

24   balances to work.  It's worked.  Hasn't worked the

25   way it normally works.  Hasn't worked to everyone's

HT_0002207
CUBANOS-0000005066

Page 38

1   liking, but checks and balances are working.

2           I mean, there's a lot of criticisms you

3   could make about redistricting -- generally, the

4   VRA, whatever it is.  The fact that checks and

5   balances didn't work in this case, I mean, we spent

6   a lot of time on this.  Checks and balances are

7   working, believe me.  That's number one.

8           And then number two, there's this notion

9   that the Governor doesn't have some role in our

10  legislative process and that the Governor --

11  somebody said the Governor didn't elect us.  Well,

12  okay, fair enough.  The Governor didn't elect us.

13  Our constituents elected us, the same constituents

14  that elected the Governor.

15          And by the way, there's people who voted

16  for everyone in this room who voted for the

17  Governor.  And I know that.  I have people come up

18  to me.  They say, you know, I voted for a Democrat

19  for legislator, and I voted for the Governor.

20          The Governor was elected to, among other

21  things, be involved in the legislative process as

22  we've discussed.  The Governor's been involved.  The

23  Senate's been involved.  We've been involved.  The

24  courts are going to be involved.  The constituents

25  and stakeholders.  They were able to come to the

HT_0002208
CUBANOS-0000005067

Page 39

1   committees and subcommittees and make their voices

2   heard.  Everyone's got a voice in this process.

3          Whether it came out exactly the way anyone

4   wanted, you can't say that the process didn't work

5   or that the Governor -- somebody said the Governor's

6   meddling.  He was elected to be the chief executive

7   of the state, and now he's meddling.  I find that

8   the argument a little bit ridiculous.

9          And then there's another contradiction that

10  we have, which is a month or two ago we had a

11  product.  It was passed off this floor.  There were

12  criticisms of that product.  And some of the

13  criticisms are the same criticisms that they're

14  making now.  So when the leadership and the body do

15  something, they did what they thought was right.

16  They were trying to follow the laws they -- as they

17  thought it was at the time, or that they thought the

18  court would interpret it.  And the opposition didn't

19  like that.

20          Then we go and we're doing -- we're taking

21  a different approach -- let's be honest about that

22  -- and then they're still not happy.  So I don't

23  know if we're supposed to stick to our guns or do a

24  give-and-take with the Governor.  It seems no matter

25  what we do, there's a criticism of the process.

HT_0002209
CUBANOS-0000005068

Page 40

```
 1              And then there's the criticisms of the map
 2    itself.  During the very first block there were two
 3    consecutive debates.  One of them said they were
 4    concerned about packing; somebody used the word
 5    packing.  The next debate -- another colleague in
 6    the opposition was talking about diminishment.
 7    Okay.  Packing and diminishment are opposite sides
 8    of the same coin.  They're the opposite thing,
 9    right.  You either -- if you do too much, then it's
10    packing.  You do too little, then it's diminishment.
11              Now, there -- I guess there's some
12    Goldilocks principle.  It's not in the VRA.  It's
13    not in fair districts.  I don't know where this
14    Goldilocks principle is, but I guess legislatures
15    have to calibrate it exactly right.  Where is that
16    principle?  I don't know where that principle is.
17    The idea that folks are coming with that argument
18    just means that the entire thing is unadministrable.
19    Because neither I, nor the Governor, nor any Court
20    can ascertain what that standard is.  And there's a
21    lot of case law.  A lot of ink has been spilled
22    trying to ascertain that.
23              But let's talk about what the case law
24    says.  The case law, the prevailing federal court
25    case law, basically comes with one proposition,
```

HT_0002210
CUBANOS-0000005069

Page 41

1    which is if you're going to take into account these

2    types of things that we're not supposed to take into

3    account -- it says, right there in the 14th

4    Amendment.  These arguments have no support in the

5    14th Amendment, the text to the 14th Amendment.  But

6    if you're going to do it anyway, it's got to be

7    narrowly tailored. You have to have a compelling

8    State interest, you can't have a sprawling,

9    geographic district, and you have to follow these

10   principles.  You really have these exacting

11   principles.

12          And the last couple of federal Supreme

13   Court cases that have reviewed it have said no, the

14   State has not met that burden.  Nowhere in that body

15   of the prevailing case law -- and I prefer to follow

16   the text of the Constitution.  But if we want to

17   talk about case law, let's talk about case law.  It

18   says if you really want to do it, you have to meet

19   these stringent criteria.  Nowhere does it say that

20   you have to do it.  Nowhere does it say that you

21   should do it.  It says if you really want to do it,

22   you're going to be subject to these very stringent

23   criteria.

24          So the suggestion that there's some notion

25   out there that we have to do something that the

HT_0002211
CUBANOS-0000005070

Page 42

1  opposition is suggesting as opposed to just follow

2  geographic boundaries, draw without reference to

3  that sort of thing, try to do something fair, follow

4  our county lines and major roads, which we've done

5  in this product, I reject that proposition.

6          And the last thing I'll say is: there's a

7  suggestion by the opposition we follow a method.  We

8  used to follow that method 50, 100 years ago.  We

9  got bad results, okay.  It was not the right thing

10  to do.  That was not a good part of our country's

11  history.  If we drew a school district the way folks

12  are suggesting we should draw a congressional

13  district, if we made a new county or a new

14  municipality in that way, if you did a CDD or you

15  made a -- you know, a private person tried to make

16  an HOA like that, you would be enjoined in federal

17  district court in about 35 seconds.

18          There's very few areas of governance where

19  people even suggest that we do this sort of thing,

20  and this is one of them.  And I don't understand

21  why, because we don't do that in a variety of other

22  contexts.  So I'd ask everyone to think about that

23  when they vote.  Thank you.

24          MADAM SPEAKER:  Representative Grant.

25          REPRESENTATIVE GRANT:  Thank you, Madam

HT_0002212
CUBANOS-0000005071

Page 43

1    Speaker.   We yield the remainder of our time in this

2    segment.

3              MADAM SPEAKER:   Having yielded the time in

4    this segment, Representative Willhite, you're

5    recognized.

6              REPRESENTATIVE WILLHITE:   Thank you, Madam

7    Speaker.   Would you recognize Representative

8    Benjamin?

9              MADAM SPEAKER:   Representative Benjamin in

10   debate.

11             REPRESENTATIVE BENJAMIN:   Thank you, Madam

12   Speaker.

13             The 14th Amendment was enacted to protect

14   people like me, people who look like me.   Because

15   our country during that time said that people who

16   look like me weren't worthy of citizenship, weren't

17   worthy of the rights that my ancestors slaved for.

18   We weren't worthy.   And so Congress in its wisdom

19   sought to protect people like me.   And in doing so

20   we breathed life into the 14th Amendment.   And the

21   14th Amendment still wasn't good enough to confer

22   upon me the ability to be involved in my government

23   and select its leadership.

24             So we had to breathe life into the 15th

25   Amendment to ensure that we had the right to vote.

HT_0002213
CUBANOS-0000005072

Page 44

1    And in breathing life into that amendment we said

2    that we should not act in a way that would diminish

3    the ability of minorities to elect people to

4    represent them.  And I make no bones about it.  For

5    many of us that means electing someone who looks

6    like me.  That's what it means - my ability to elect

7    someone who looks like me under the premise that

8    they share the same values as I and will come here

9    and speak truth to power.

10              And then Shelby came along and eroded that.

11   Shelby came along and said that although we had over

12   115 to 120 years of no black representation in

13   Congress, that in less than a century we have now

14   somehow been rehabilitated, and we should no longer

15   look at it.  But then the people of Florida spoke in

16   fair districts, and the people of Florida said we

17   think is still important to protect representation

18   by minorities.  And in Florida we will not diminish

19   that representation.  These are common legal

20   principles.

21              Our federal government comes in through the

22   14th Amendment and sets the floor.  It says that you

23   must do at least this.  And it leads to the state

24   government's inability to regulate higher.

25   Sometimes that meant making more restrictive laws.

HT_0002214
CUBANOS-0000005073

Page 45

1   But in fair district it meant expanding protections,

2   it meant ensuring that the progress of people who

3   look like me wouldn't be diminished.

4            And that's what this map does.  It's clear.

5   In 1877 we only had one member of Congress.  In 1992

6   we went to three.  Today we have five.  After today

7   we will only have two.  Florida says that we should

8   keep moving forward.  Stop setting us back.  Let us

9   move forward.  Black votes matter.  Black voters

10  matter.  Black representation matters.  I matter; my

11  colleagues matter.  Vote down on this bill.

12           MADAM SPEAKER:  Representative Willhite.

13           REPRESENTATIVE WILLHITE:  Thank you, Madam

14  Speaker.  Would you recognize Representative

15  Diamond?

16           MADAM SPEAKER:  Representative Diamond in

17  debate.

18           REPRESENTATIVE DIAMOND:  Thank you, Madam

19  Speaker.

20           Members, our founding fathers were very

21  worried about the dangers of power.  They understood

22  the corrupting nature of power.  President George

23  Washington in his farewell address of 1796 warned

24  about how the corrupt and powerful can try to

25  manipulate government.  He warned that "cunning and

HT_0002215
CUBANOS-0000005074

Page 46

1   vicious and unprincipled men will be enabled to

2   subvert the power of the people and to usurp for

3   themselves the reins of government, destroying

4   afterwards the very engines which had lifted them to

5   unjust dominion."

6          Because of these concerns of the dangers of

7   unchecked power and the recognition that power

8   corrupts, the founders sought to find ways to check

9   it, and that, obviously, goes to the heart of the

10  problem we have with this map.

11         We have a duty to do this work.  We the

12  Legislature.  We do.  Not the Governor.  We do.  And

13  we have a duty to the people who we serve.  And we

14  have a duty to follow the law, the fair districts

15  amendment of our state constitution, which was

16  designed to restore the core principles of

17  republican government; that the voters should choose

18  their representatives and not the other way around.

19  We have a constitutional duty under that provision

20  to ensure that the maps that we pass off this floor

21  were not drawn with partisan intent.  That is a Tier

22  1 standard.

23         So what do we know?  There are a few things

24  we know, but only a few things.  We know that this

25  map was drawn by the Governor's office with the help

HT_0002216
CUBANOS-0000005075

Page 47

1    of his consultants and lawyers.  We know that this

2    map was not drawn by our committee's professional

3    staff.  We know that this map was not drawn under

4    the supervision of our esteemed chairman,

5    Representative Leek.  We know that this map will

6    pass this Legislature with less than 48 or 72 hours

7    of scrutiny in a special session in which this

8    body's own Redistricting Committee did not even meet

9    to consider it.  We know that this map will pass

10   with no meaningful opportunity for public comment or

11   feedback.

12            We know that this map has been reported to

13   produce a delegation from this state to Washington

14   of at least 20 Republicans to 8 Democrats.  So

15   Republicans would hold over 70 percent of this

16   state's congressional seats in a state that Donald

17   Trump carried with only 51 percent of the vote.  We

18   know that this map is riddled with internal

19   inconsistencies.  And we know we've had very little

20   time to ask questions about those inconsistencies.

21            So I'm outraged, members.  I'm outraged

22   that this is the final product of so much work.  I'm

23   outraged by the attack, as my colleagues have so

24   eloquently expressed, on our black representation in

25   Congress, on the attack on our Voting Rights Act, on

HT_0002217
CUBANOS-0000005076

Page 48

1    our willingness to ignore the requirements of
2    federal law.  Members, our duty is to follow the
3    law, not to ignore it.
4              A federal judge who struck down Senate Bill
5    90 recently wrote, "At some point when the Florida
6    Legislature passes law after law disproportionately
7    burdening black voters, this court can no longer
8    accept that the effect is incidental."
9              Black voters matter.  Black representation
10   matters.  There is a history in this country, as my
11   colleagues have so eloquently described as systemic
12   discrimination, and that is what the United States
13   Voting Rights Act is designed to protect.  So
14   members, we are abdicating our duty to the people we
15   have been elected to serve.  Please vote no on
16   today's map.  Thank you.
17             MADAM SPEAKER:  Representative Willhite.
18             REPRESENTATIVE WILLHITE:  Thank you, Madam
19   Speaker.  Would you recognize Representative
20   Woodson?
21             MADAM SPEAKER:  Representative Woodson in
22   debate.
23             REPRESENTATIVE WOODSON:  Thank you, Madam
24   Speaker.
25             Colleagues, we are here to do what's right.

HT_0002218
CUBANOS-0000005077

Page 49

1   And we know what is right.  The three branches of

2   government, as mentioned earlier, they were

3   established for specific reasons.  We know there is

4   something called the separation of powers.  And we

5   all are here.  We are smart enough to know exactly

6   what that means.

7            As you know, every time I stand here -- I

8   don't stand up on all hearings that we have here in

9   these chambers, but something that important I have

10  to stand up and speak on behalf of the people who

11  elected me.  And you know that I am from Haiti -

12  Haiti, where people do not respect laws.  They would

13  -- do not respect rules.  And I know this is

14  something that we know, that we respect laws and

15  rules.  And by not respecting laws and rules, I

16  ended up coming here being of service to the people

17  of these beautiful United States of America, where

18  the State of Florida is where I choose to reside.

19           I have a 13-year old who is looking to

20  become a state legislator.  And I have explained to

21  him our duties, the Governor's duties, everyone's

22  duties.  And you know, he called me yesterday.  And

23  what he said to me was appalling.  He said, "You

24  have lied to me."  I said, "No.  I did not lie to

25  you.  I told you the truth.  We are responsible to

HT_0002219
CUBANOS-0000005078

Page 50

1    draw these maps, to discuss these maps, to meet each

2    other halfway, to vote on these maps and submit

3    those maps to the Governor to either approve them or

4    veto them.  And once they are vetoed, the court

5    would take over."  And he said to me, "Are we doing

6    our job, the job that the people of the state of

7    Florida elected us to do?"  I'm talking about a

8    13-year old.

9            So members, we have a duty.  If we vote yes

10   on this map today, we are telling the voters that

11   the Fair District Amendments do not matter.  We said

12   no thanks to accountability and to fairness, which

13   is what legislators -- as legislators we're supposed

14   to do.

15           Members, you are about to make a mistake,

16   and you have time to do what's right.  You want to

17   go down and history as someone who have done what's

18   right.  And I'm not going to be long-winded, because

19   we have heard from all the members, from all those

20   who have spoken.  But I'm going to leave you with

21   one thing.  In the words of Maya Angelou, "Just do

22   right.  Right may not be expedient.  It may not be

23   popular" -- she said may not be profitable, but I'm

24   going to say it may not be popular -- "but it will

25   satisfy your soul."  Let's try to live our lives by

HT_0002220
CUBANOS-0000005079

Page 51

1    a way that we will not regret.  And I'm asking you,

2    please, let's do right by the people of Florida who

3    have elected you to serve in these chambers.  Thank

4    you.

5          MADAM SPEAKER:  Representative Willhite.

6          REPRESENTATIVE WILLHITE:  Thank you, Madam

7    Speaker.  Would you recognize Representative

8    Bartleman?

9          MADAM SPEAKER:  Representative Bartleman in

10   debate.

11         REPRESENTATIVE BARTLEMAN:  My first morning

12   here I attended a rally on the old Capitol steps. As

13   I waited for it to begin, I sat with an elderly

14   black woman.  I saw the pain on her face.  This

15   woman grew up in the Jim Crow era.  She fought to

16   ensure that her grandchildren grew up in a different

17   world.  She saw progress.  And after today, she will

18   see the clock turn back, and she will be denied

19   representation.

20         History shows us that there were people in

21   America who lived different experiences like that

22   woman.  I am here to be a voice for all Floridians

23   and ensure that everyone has equal representation.

24   Patrick Henry in May of 1765 laid out the taxation

25   without representation argument.  This chamber spent

Page 52

1   a year drawing a map to meet the U.S. and Florida

2   constitutional standards to ensure fair

3   representation for all, and that map was vetoed.

4   This chamber has always recognized the importance of

5   fair representation.  There is a plaque right

6   outside those doors commemorating the black members

7   of the house during the period of the reconstruction

8   and redemption era, and all of their names are

9   listed.

10          I understand why this Legislature has

11   abdicated its duty to draw the map.  Who wants to

12   unknowingly -- who wants to knowingly draw an

13   unconstitutional map?  We spent a year discussing

14   Tier 1 and Tier 2 guidelines, and now we are voting

15   on a map that clearly violates everything we fought

16   for and discussed.  In fact, it is intentionally

17   inconsistent.  How can south Florida districts be

18   drawn with Tier 1 adherence and other parts of the

19   state drawn differently with different guidelines?

20          I am that woman's voice.  We are that

21   woman's voice.  This map diminishes minority

22   representation.  It's internally inconsistent, and

23   violates our constitution.  I urge everyone to stand

24   up for that woman and all Floridians and vote no.

25          MADAM SPEAKER:  Having concluded this

HT_0002222
CUBANOS-0000005081

Page 53

1   segment, Representative Grant, you're recognized.

2          REPRESENTATIVE GRANT:  Thank you, Madam

3   Speaker.  Would you please recognize Representative

4   Robinson in debate?

5          MADAM SPEAKER:  Representative Robinson,

6   you're recognized in debate.

7          REPRESENTATIVE ROBINSON:  Thank you, Madam

8   Speaker.

9          And look, members, I'll be brief today.  I

10  don't always trust members when they say that, but I

11  will be brief.  I couldn't help notice yesterday

12  there were a lot of questions about whether we

13  elevated Tier 2 standards over to Tier 1 standards.

14  We also heard this line of questioning in the

15  subcommittee, and I want to say firmly that that has

16  never been the case.  Tier 1 always outranks Tier 2.

17  And in my opinion, that is firmly true in this map

18  before us.

19          Yesterday members also said, "Why are we

20  only hearing about Tier 2?  Where's Tier 1?"  Well,

21  let's just put that into context really quick.  The

22  vast majority of the districts asked about yesterday

23  are not Tier 1 protected districts.  Maybe that's

24  why.  It's true, there were questions about

25  Congressional District 26, and Congressional

HT_0002223
CUBANOS-0000005082

Page 54

1   District 26 is a Tier 1 protected district.  And

2   even though that district was a bit different than

3   the map that we approved a few weeks ago, Chair Leek

4   explicitly said that the House performed a

5   functional analysis to make sure that district still

6   performs.

7          So members, it seems to me that we actually

8   did hear a lot about Tier 1.  There are just many,

9   many more Tier 2 items to be discussed, as they were

10  yesterday.  To me it's that simple.

11         And finally, members, I believe in this

12  process.  I believe in the process that we have

13  followed.  I believe in this map, and I urge your

14  favorable support.

15         MADAM SPEAKER:  Representative Grant.

16         REPRESENTATIVE GRANT:   Thank you, Madam

17  Speaker.  Would you please recognize Representative

18  Latvala in debate?

19         MADAM SPEAKER:  Representative Latvala,

20  you're recognized in debate.

21         REPRESENTATIVE LATVALA:  Thank you very

22  much, Madam Speaker.

23         Members, I grew up in Jacksonville, and the

24  first time I was eligible to vote was in 2000.

25  Shortly thereafter, I moved to Orlando to go to

HT_0002224
CUBANOS-0000005083

Page 55

```
 1   school, and I discovered that I was in the same
 2   congressional district in both Jacksonville and
 3   Orlando.  So I did some investigation, and I
 4   realized that that congressional district was a
 5   skinny line that went from Jacksonville to Orlando
 6   and literally had one side of the road in some parts
 7   but not the other side of the road, which I thought
 8   was ridiculous.  And I then found out that it was
 9   not drawn by the Republican Party.  But that was the
10   definition of gerrymandering.
11           And you know, there's been a lot of talk
12   about minority districts, and a lot of talk about
13   getting rid of minority representation.  One thing I
14   have not heard mentioned is a former member of this
15   chamber, who is now in Washington, who is a black
16   man, and that is Representative -- now Congressman
17   Byron Donalds.  I believe that his voice matters,
18   his vote matters, and I believe that his
19   constituents who have elected him to Congress in Lee
20   County also agree with that.  So thank you.
21           MADAM SPEAKER:  Representative Grant.
22           REPRESENTATIVE GRANT:  Thank you, Madam
23   Speaker.  We yield the remainder of our time.
24           MADAM SPEAKER:  Having yielded the
25   remainder of their time, Representative Willhite,
```

HT_0002225
CUBANOS-0000005084

Page 56

1    you're recognized.

2             REPRESENTATIVE WILLHITE:  Thank you, Madam

3    Speaker.  Would you recognize Representative

4    Robinson?

5             MADAM SPEAKER:  Representative Robinson F.,

6    you're recognized.

7             REPRESENTATIVE FELICIA ROBINSON:  Thank

8    you, Madam Speaker.

9             As I've been sitting here for the last two

10   days listening, I wonder.  Where is the consistency?

11   Where is the following the process with these

12   congressional maps?  Why do we continue to change

13   the rules to work for a select group of Floridians?

14            Let's look at the maps.  These maps -- or

15   this map that we're looking at today has very

16   defined boundaries when it comes to CD 4 and CD 5 of

17   St. Johns River.  It was drawn very clearly, and it

18   was pointed out by the drawer of the map that he

19   made sure that he made these clear boundaries so

20   that residents would know their boundaries.  The

21   water is a clear mark.

22            However, when it comes to CD 13 and CD 14,

23   these districts don't follow those guidelines.

24   Tampa Bay is water, but it's not used as a clearly

25   defined boundary for that district.  That district

HT_0002226
CUBANOS-0000005085

Page 57

1   actually cuts across the water.  Why?  Is it that

2   these residents, those Floridians in those districts

3   don't need clearly defined boundaries?  It's an

4   inconsistency.

5          This map has explicitly been stated as the

6   Governor's map.  The Governor stated in the past

7   that districts should be more than -- should not be

8   more than 150 miles.  However, when we look at CD 18

9   and CD 2, both are more than 150 miles; again

10  inconsistent.

11          The Legislature has a process, and I

12  believe one of my colleagues says that I believe in

13  the process.  I believed in the process too, when we

14  follow it.  From my understanding, the process is

15  that legislation is to be heard in the subcommittee,

16  then the committee, before coming to the floor.

17  Well, we heard this one in the subcommittee, but not

18  in the full committee.  We were told when money is

19  attached, it's supposed to go to the Appropriations

20  Committee.  We didn't do that, inconsistent again.

21          If we have a process and we are supposed to

22  believe in the process -- and me being an educator

23  and we teach children what the process is, because

24  they're supposed to be their future -- why can't we

25  just follow the process, if the process is what

HT_0002227
CUBANOS-0000005086

Page 58

1   we're supposed to, you know, do?

2          Basically, this is just not right.

3   Floridians deserve to have the same process applied

4   to all legislation.  The same process should be

5   applied to all districts.  Let's stop picking and

6   choosing.  For decades we have told people that

7   their vote was their voice.  For our brown and black

8   communities, they have begun to take that to heart,

9   and they've taken that very seriously.  In this past

10  election, our already marginalized communities

11  exercised their right to vote in mass numbers.  And

12  I believe that's why we have this type of the map.

13  And the Governor's reaction -- or our reaction is to

14  create a congressional map to minimize voting

15  districts with people of color to show that brown

16  and black votes don't matter.

17          The dismantling of districts, constant

18  attempts to whittle away our rights in an effort to

19  make it harder for everyday working people to vote,

20  blatantly tells me that our votes do matter.  And

21  that's why they're strategically trying to stop

22  that.  But what it really says is that, again, our

23  votes matter.  And it -- and they're trying to make

24  it harder for us to get to the precincts, or to

25  split districts.  We know that this dilutes our

HT_0002228
CUBANOS-0000005087

Page 59

1    voice.  I'm speaking to the people now; don't let it

2    happen.  As a lawmaker and an educator and a

3    lifelong voter, this really sickens me and it angers

4    me.  So I hope that we'll get it right.

5             And the last thing I want to say is, before

6    I got on the floor today I called back home, and I

7    talked to my mom.  And her and her seniors -- we

8    call them the golden seniors.  They are praying for

9    you all to make the right decision.

10            MADAM SPEAKER:  Representative Willhite.

11            REPRESENTATIVE WILLHITE:  Thank you, Madam

12   Speaker.  Would you recognize Representative

13   Huschofsky?

14            MADAM SPEAKER:  Representative Huschofsky,

15   you're recognized in debate.

16            REPRESENTATIVE HUSCHOFSKY:  Thank you,

17   Madam Speaker.

18            I want to preface and start off by saying I

19   absolutely love being a member of the State House of

20   Representatives.  I feel incredibly honored that the

21   voters in my community elected me to be here to

22   represent them.  I take this job incredibly

23   seriously.  I am the daughter of two immigrants.  My

24   dad actually served in the Army Reserves before he

25   ever became a citizen.  This means something.

HT_0002229
CUBANOS-0000005088

Page 60

1            I was super excited when I was put on the

2    Congressional Redistricting Subcommittee because

3    this is a once in a decade process.  This is the

4    core of what we do.  And I followed all the rules

5    that were given to us.  So I want to be clear.

6    They're not my rules.  They're the rules that staff

7    gave to us, and we were told over and over again of

8    the rules we need to follow.  Not talking to anybody

9    outside about the maps, not going on social media

10   and discussing the maps, but following the Tier 1

11   and the Tier 2.

12           And the Tier 1 that was drilled into us

13   regularly during the committee weeks was that

14   districts shall not be drawn with the intent or

15   result of denying or abridging the equal opportunity

16   of racial or language minorities to participate in

17   the political process or to diminish their ability

18   to elect representatives of their choice.  Tier 1.

19           We were part of this process.  We were told

20   to talk to staff, leadership.  And we did all of the

21   things we were told to do.  This map doesn't do

22   those things.  We presented an amendment yesterday

23   that was not taken up by this body that was passed

24   in a bipartisan manner that still had CD 10 and CD 5

25   as protected seats under Tier 1 protection.  I'd

HT_0002230
CUBANOS-0000005089

Page 61

```
 1   like to add that that bill did not have in a million
 2   dollar appropriation to fight legal challenges, and
 3   it also did not change the venue to Leon County for
 4   any legal challenges.  But that's what this bill
 5   does.  That's what this map does.
 6          Secondly, we were told you have to focus on
 7   Tier 1 before you can look at Tier 2.  I am a former
 8   local elected official.  I love my cities and my
 9   city people.  So for me, keeping cities whole was
10   important, but it was not more important than Tier
11   1.  In Tier 2 standard it says, "districts shall,
12   where feasible" -- not mandatory, but where feasible
13   -- "utilize existing political geographical
14   boundaries."  Yet we have decided which boundaries
15   we're going to pick.  The St. Johns River, we don't
16   want to cross that for whatever reason.  Yet Tampa
17   Bay, it's okay to cross.
18          So I bring all this up because I want to be
19   very clear.  These are not my rules; these are not
20   my standards.  These are the law.  These are the
21   standards we were given.  We followed it in every
22   subcommittee meeting.  We brought our concerns to
23   leadership, to staff on every meeting.  And yet,
24   here we are with a map that does not follow the
25   standards we were told to follow.  And for that
```

HT_0002231
CUBANOS-0000005090

Page 62

1    reason I will be voting no.

2            MADAM SPEAKER:  Representative Willhite.

3            REPRESENTATIVE WILLHITE:  Speaker, will you

4    recognize Representative Humphrey?

5            MADAM SPEAKER:  Representative Humphrey,

6    you're recognized in debate.

7            REPRESENTATIVE HUMPHREY:  Thank you so very

8    much, Madam Speaker.

9            Father, guide my words and deliver my

10   thoughts in a manner that is heard and just.

11           Forgive me, Floridians for not working

12   harder to ensure that my colleagues heard my

13   thoughts in reference to voting against our maps

14   that we passed out.

15           Chair Leek, and to our solid redistricting

16   team, I should have passed out from trying, because

17   I saw this crap coming.

18           When I got here the evenness and the

19   balance of our executive branch, our judicial

20   branch, and our legislative branch is what guided me

21   and balanced out the reason I fight the way I fight,

22   when I saw that each branch of government was

23   balanced.

24           I stood up against one of the branch

25   members when I disagreed with how they decided to

HT_0002232
CUBANOS-0000005091

Page 63

1   use their executive power.  They came after me and

2   tried to take me out in the 2020 elections, but I

3   knew I knew that me standing up was the right thing

4   for me to do as a legislative branch member.  I

5   implore you today to understand that we are indeed

6   separate from the executive branch.  And I

7   apologize, because I did not stand with my

8   colleagues when I should have as a legislative

9   branch member.

10           But today I say to you that we are not

11   doing what is just and right for the people of

12   Florida.  I feel as if I have failed because I

13   didn't speak to just all my colleagues.  I always

14   spoke to my policy person and about five of my other

15   colleagues.  I said that this was going to happen.

16   It fell on deaf ears because we were trying to be

17   partisan instead of thinking about Florida.

18           Well, my colleagues, you now are in a

19   similar position, because now you are deciding

20   what's best for Florida.  But will you be partisan

21   in your delivery, or will you be stronger than me

22   and do what's right against this executive branch's

23   will?

24           I have three nieces: Zoe (phonetic), 13;

25   Callie (phonetic), 7, and Sonai (phonetic), 1.

HT_0002233
CUBANOS-0000005092

Page 64

1    Callie, the 7-year old, when I got elected to

2    office, or -- I got in early.  I was confirmed as a

3    state representative elect on qualifying day.  And

4    Callie took me into the bathroom like -- which is

5    common for her -- and asked me, "What the heck does

6    it mean, Aunty Nica, to be a state representative?"

7    And I went through all these analogies for Callie.

8    I told her, "Well, I'm going to make laws, and I'm

9    going to help balance the budget, and I'm going to"

10   -- and Callie said, "What does it really mean?"  And

11   I said, "Callie we're going to learn together.

12   We're going to learn together what it means for me.

13   And every time I learn something, I'll tell you

14   something more."

15        Callie doesn't understand what the heck is

16   going on, and she's brilliant; she tested gifted.

17   And I'm sure that when they test her again, she'll

18   probably be on the spectrum of something amazing

19   because that's who she is.  She came here with me

20   when I got sworn in.  She sat right next to me, and

21   she heard when I took my oath of office.

22        So it's back in your hands now.  I failed.

23   But I'm looking forward to my colleagues not failing

24   the State of Florida.  We have our duty as

25   legislators to do what is right for Floridians,

Page 65

1    regardless of our party affiliations.

2          MADAM SPEAKER:  Representative Willhite.

3          REPRESENTATIVE WILLHITE:  Will you

4    recognize Representative McCurdy?

5          MADAM SPEAKER:  Representative McCurdy in

6    debate.

7          REPRESENTATIVE MCCURDY:  Thank you, Madam

8    Speaker.

9          I want to talk to the people at home.

10   Hello, black Floridians at home today that's

11   watching this.  The Florida house is about to cut

12   your representation by 50 percent before lunchtime.

13   We shouldn't be in here begging for representation

14   in 2022 or begging you to not diminish minorities'

15   ability to elect representatives of their choice.

16   Alarming, but not that all surprising.  Being

17   elected to the Florida Legislature is the one job

18   that you can have in this state.  Come to work, and

19   then refuse to do your job.

20          You've heard over and over that the state's

21   Constitution directs the Legislature, directs the

22   Legislature, directs the Legislature to redraw

23   district boundaries.  And this charade playing out

24   today will further negatively impact people, people

25   that I represent; people that look like me; people

HT_0002235
CUBANOS-0000005094

Page 66

1  that talk like me; people that struggle like me;

2  people that already don't have.  And we're trying to

3  take more away from them.

4           What this body is saying is that people

5  that already don't have, won't have.  People already

6  that -- people that already don't have opportunities

7  won't have representation now.  I've had enough of

8  being kicked around in this building, in this

9  chamber, and still being expected to smile and shake

10  your hands and engage in conversation with the same

11  people who are trying to oppress my people.

12           In the words of the late Congressman John

13  Lewis, "Where is the heart of this body?  Where is

14  our soul?  Where's our more leadership?  Where's our

15  courage?"  Today it's not in this chamber.  By

16  lacking the courage to stand up to Governor

17  DeSantis, his bullying, reject his political games,

18  and uphold our duty as legislators who draw

19  constitutional maps, we have totally failed the

20  people of this state.  Vote no.

21           MADAM SPEAKER:  Time having expired, Leader

22  Grant, you're recognized.

23           REPRESENTATIVE GRANT:  Thank you, Madam

24  Speaker.  Please recognize Representative Fine in

25  debate.

HT_0002236
CUBANOS-0000005095

Page 67

1          MADAM SPEAKER:  Representative Fine, you're

2    recognized in debate.

3          REPRESENTATIVE FINE:  Thank you, Madam

4    Speaker.

5          It's been fascinating to watch this

6    process, and I want to thank the speaker and Chair

7    Leek for allowing me to be the Vice Chair of the

8    full Redistricting Committee.  We spent months

9    learning about the law, Tier 1 and Tier 2.  I've

10   learned more about redistricting case law than I

11   ever thought I would.  It's reconfirmed my belief

12   that I'm very glad that I turned down the

13   opportunity to become a lawyer from my alma mater.

14   And I'm glad I did not go through that process, very

15   much so.

16         You know, there was an allegation yesterday

17   that's frankly brought through today that there was

18   an abrupt change in philosophy, presumably in the

19   configuration of the districts.  We've abruptly

20   changed at the behest of the Governor.  That's

21   something I'll talk about a little bit.  What

22   strikes me as odd though is yesterday in all the

23   time we had for questions, there wasn't one about

24   the Governor's veto or his General Counsel's

25   testimony from committee this week.

HT_0002237
CUBANOS-0000005096

Page 68

1           Now, it's a novel legal question.  I don't
2    think there's any debate that there is unresolved
3    legal issues that are going to have to be resolved.
4    And by the way, the maps we pass before I believe
5    had already been heading for the courts.  But with
6    any novel legal question, there's going to be many
7    unanswered questions.  This is only the second
8    redistricting cycle since the constitutional
9    standard.  Courts providing clarity is part of the
10   process.
11          And by the way, there are many people who
12   believe that when that 2016 map was finished for the
13   2010 redistricting, that it was unconstitutional for
14   the same reasons we're going in a different
15   direction today.  You know, however, even though
16   there was zero questions of clarification, not a
17   single one, there was plenty of rhetoric, and it's
18   continued today, alleging the definitive
19   unconstitutionality of those districts and in turn
20   the disparagement of a community.  Maybe it's a
21   facade.  It's inauthentic line of questioning set up
22   for alternative purposes.  Perhaps it's set up for
23   future plaintiffs or just to perpetuate a hateful
24   message.
25          So I'd like to talk about three things that

HT_0002238
CUBANOS-0000005097

Page 69

1   relate to that.  The first is:  we got to hear a

2   recitation of the oath that we swore when we got

3   elected to follow the State Constitution and the

4   U.S. Constitution.  I'd encourage people to go back

5   and take a look at the U.S. Constitution, because

6   many of you don't appear to know it, lawyers and

7   all.

8           See, we do not live in a parliamentary

9   democracy where the percentage of people who look

10  like you, or act like you, or think like you

11  determine your representation.  If you want that,

12  there are other countries you can move to where they

13  aggregate the votes of the entire area and then they

14  assign that percentage to seats in their

15  Legislature.  That's not how it works here.

16          But I also want to talk about the inherent

17  racism in the concept that many of you support, when

18  you say that minorities have the right or any group

19  has the right to elect the candidates of their

20  choice.  I want to use one example from the maps

21  that we passed before, because I remember it.

22          The Jacksonville District that we talked a

23  lot about before, I remember the staff, as I was

24  reviewing it, telling me that it was 35 percent

25  black -- the seat, you know, that would be right

HT_0002239
CUBANOS-0000005098

Page 70

 1   there in the middle of Duval County, 35 black, and

 2   that would be enough to guarantee the selection of

 3   the candidate of their choice.

 4          I want you to think about what that means.

 5   It means the other 65 percent don't get a say at

 6   all.  See, when we guarantee that a group of people

 7   gets to select the candidate of their choice, what

 8   we're saying is we're guaranteeing those who aren't

 9   part of that group get no say.  Chew on that one for

10   a little bit.

11          The second thing that I find a little bit

12   hateful is the notion that we violate separation of

13   powers.  That we're mindless automatons of the

14   Governor.  I would remind all of you that the vast

15   majority of us in the front rows voted against what

16   the Governor -- we were in this room debating the

17   maps when he put out the message saying, "I will

18   veto what you are going to do."  He sent it out in

19   Twitter while we were here having that discussion.

20          Very few people in this room have worked as

21   closely with that team downstairs on various issues

22   as I have, and yet I voted against it.  We are not

23   mindless automatons.  We don't do this because we

24   are bullied.  We do this because we think it is

25   right.

HT_0002240
CUBANOS-0000005099

Page 71

1            And lastly, I would like to remind us of

2     history.  Because as my good friend, Rep. Alexander,

3     reminded us, history is appropriate to share.  And

4     there is a shameless history -- shameful history

5     where there was an effort after reconstruction to

6     make sure that certain groups of people had no say

7     in the process.

8            In 1875 reconstruction ended in Florida,

9     and it was not the Republican Party that was put in

10    charge.  In 1880 redistricting was done in this

11    state to disenfranchise minorities, and it was not

12    the Republican Party.  In 1890 redistricting was

13    done to disenfranchise minority voters, and it was

14    not the Republican Party.  In 1900 it was not the

15    Republican Party.  In 1910, and 1920, and 1930, and

16    1940, and 1950, and 1960, and 1970, and 1980 and

17    1990, all those shameful years that you all want to

18    remind us of, it wasn't the predecessors of folks in

19    the front rows who came up with those maps.

20           Today we pass maps that are constitutional.

21    And they will be litigated, and we will learn

22    whether the 14th Amendment of the U.S. Constitution

23    reigns supreme over the Florida State Constitution.

24    That is the discussion at hand.  There are some very

25    smart lawyers in this room that I respect quite a

HT_0002241
CUBANOS-0000005100

Page 72

1    bit, who told me that they think that will happen.

2    I'm going to trust them.  I believe these maps are

3    constitutional, and I encourage all of you to vote

4    for them.

5          MADAM SPEAKER:  Representative Grant.

6          REPRESENTATIVE GRANT:  Thank you, Madam

7    Speaker.  We yield the remainder of our time in this

8    segment.

9          MADAM SPEAKER:  Okay.  Thank you.  Having

10   yielded the time, Representative Alexander to give a

11   point of order.

12         REPRESENTATIVE ALEXANDER:  Just a point of

13   clarification to the body, I would like to put in

14   the record the word neo-conservatism for the record.

15         MADAM SPEAKER:  Representative Willhite,

16   you're recognized.

17         REPRESENTATIVE WILLHITE:  Thank you, Madam

18   Speaker.   Would you recognize Representative

19   Learned?

20         MADAM SPEAKER:  Representative Learned,

21   you're recognized.

22         REPRESENTATIVE LEARNED:  Thank you, Madam

23   Speaker.

24              And thank you, you know, to the clerk's

25   office for making sure we had the time stamp on the

HT_0002242
CUBANOS-0000005101

Page 73

1    on the board today.  I think it's important we have

2    the date up there, because I honestly -- based on

3    the last debate I wouldn't know if it's 2022 or 1965

4    with the debate against the abolishment of the

5    Voting Rights Act that we just heard.

6              You know, I'm a simple trigger puller.  And

7    I'm certainly not a Harvard-educated lawyer, so I

8    have no idea what any of that means.  But what I do

9    know is you all found a way to divide and carve a

10   50/50 state into a 22 to 8 partisan gerrymander.

11   That's what's before us right now.  And you found a

12   way to cut minority representation in half at the

13   same time.  The outcome speaks louder than your

14   words.

15             People should choose their representatives,

16   not politicians choosing their voters.  This flies

17   in the face of the U.S. Constitution, the Florida

18   Constitution, and more importantly, every democratic

19   ideal that we hold dear.

20             When gerrymandered districts make

21   legislators more afraid of primaries than they are

22   of general elections, you end up with folks fighting

23   TV, CNN and Fox News over who can be more divisive.

24   And we saw how that resulted on January 6th of last

25   year.

HT_0002243
CUBANOS-0000005102

Page 74

1              St. Petersburg and Tampa are two different

2       cities.  This idea that water makes it contiguous

3       and satisfies a math formula is absurd.  Manatees do

4       not vote.  This map is a blatant partisan

5       gerrymander.  It is designed so the Governor can

6       raise money in California and New York and solidify

7       his primary chances against former President Trump,

8       and he's willing to put black voters in the state of

9       Florida under the bus to do it.

10             MADAM SPEAKER:  Representative Willhite.

11             REPRESENTATIVE WILLHITE:  Thank you, Madam

12      Speaker.  Would you recognize Representative Joseph?

13             MADAM SPEAKER:  Representative Joseph in

14      debate.

15             REPRESENTATIVE JOSEPH:  Thank you, Madam

16      Speaker.

17             Florida is made up of a beautiful mix of

18      peoples, from our Native American communities, the

19      descendants of colonial settlers, the descendants of

20      enfranchised slaves, and a multi-partisan,

21      multicultural group of immigrants who come here all

22      the time.  Our Representatives should be reflective

23      of that diversity to ensure that all of our voices

24      are heard.  Those closest to the pain should be

25      closest to decision making.  And no one knows our

HT_0002244
CUBANOS-0000005103

Page 75

1  communities better and the pain better of those

2  communities than those experiencing those pains.

3        So rather than accepting the gerrymandering

4  that had been done by politicians, carving up our

5  communities to silence the voices from and deny

6  resources to certain communities, Florida voters,

7  Democrats and Republicans, voted to amend our

8  constitution to require that we draw Fair Districts.

9  But right now the GOP has the power, and we get

10  that.  But there's no need to cheat.  You really

11  don't need to stack the deck.

12        By sacrificing black representation on the

13  altar of the Governor's political ambition, we are

14  now stacking the deck 20 to 8, and have the gall to

15  say that somehow this is not partisan.  The

16  Governor's map blatantly favors his political party;

17  but not for the benefit of Republicans, certainly

18  not for Democrats, and absolutely not for the people

19  of Florida, but rather to continue to ignore the

20  pains of the people of Florida in favor of lining

21  campaign coffers and financial interests of friends.

22  He claims it's supposed to protect us from

23  discrimination, but does so by discriminating

24  against black representation.  But the funny thing

25  is his maps were still able to protect Hispanic

HT_0002245
CUBANOS-0000005104

Page 76

1    districts just fine.

2              I'll just end with this.  Rather than

3    drawing districts that divide us or silence our

4    voices based on what we look like, our ZIP code

5    might be, how much money we have, what language we

6    speak, black representation matters.  And Floridians

7    deserve maps that represent all of us, not some of

8    us.

9              MADAM SPEAKER:  Representative Willhite.

10             REPRESENTATIVE WILLHITE:  Thank you, Madam

11   Speaker.  Would you recognize Representative

12   Thompson?

13             MADAM SPEAKER:  Representative Thompson in

14   debate.

15             REPRESENTATIVE THOMPSON:  Thank you, Madam

16   Speaker.

17             Members, I shared with you the words of

18   Frederick Douglass before in this chamber, who said

19   that "I will work with anybody to do right and with

20   nobody to do wrong."  And this map is wrong.  I

21   shared with you Florida's history of poll taxes;

22   that was wrong.  And the history of literacy tests;

23   that was wrong.  Grandfather clauses that were

24   wrong.  Intimidation of African-American voters;

25   that was wrong.  Violence, people having their homes

HT_0002246
CUBANOS-0000005105

Page 77

1   blown up, people being lynched because they wanted

2   representation and they wanted to vote, that was

3   wrong.  And this map compounds the problem, and that

4   is wrong.

5          This may be abstract for many of you, but

6   it's flesh and blood to me.  Because I have worked

7   with Carrie Meek, I worked with Alcee Hastings, with

8   Corrine Brown; the three people who had to bring a

9   lawsuit, by the way, to be the first African

10  Americans since reconstruction to go to Congress.

11  And that was in 1992, 30 years ago, not ancient

12  history.

13         Last year I went to the funeral of Carrie

14  Meek.  I had a chance to visit with Representative

15  Robinson, Representative Woodson, while I was in

16  Miami.  And a lot of people were there.  Carrie Meek

17  was eulogized by Congressman James Clyburn.  Steny

18  Hoyer spoke at her funeral, as did Joyce Beatty, the

19  chair of the Congressional Black Caucus.  Frederica

20  Wilson spoke at the funeral, and she reminded people

21  of a time in the Florida Legislature when

22  Republicans and Democrats, blacks and whites, worked

23  together for the good of the State of Florida.  She

24  told us about Carrie Meek and Don Gaetz setting up a

25  system of hospice.  And hospice was where Carrie

HT_0002247
CUBANOS-0000005106

Page 78

1    Meek spent her last days.  Blacks and whites working

2    together.  This is not abstract for me; this is

3    flesh and blood.

4           And I will not sit here today and dishonor

5    the sacrifices, the struggles, all of the things

6    that those individuals did to give us three seats in

7    the United States Congress, and today we have four.

8    And this map, which is wrong, would take us to two.

9    We should not compound the problem.

10          I also shared with you the words of

11   Dr. King who said that, "A man can't ride your back

12   unless it's bent."  And so I'm standing tall today.

13   I'm standing straight today, and I will not bow to

14   the ego, to the ambitions of one individual who

15   wants to take us back.

16          Now, it's not about the color of the skin.

17   It's about the lived experience of people who

18   understand that the poor will always be with us, as

19   is said in the Bible.  They understand that health

20   care is disproportionately available in certain

21   communities.  They understand quality affordable

22   housing is not available in certain communities.

23   They understand about Pell Grants and the need to

24   fight for education in certain communities.  They

25   understand the need for economic development in

HT_0002248
CUBANOS-0000005107

Page 79

1    certain communities.  And so it's not about skin

2    color; it's about lived experiences and bringing

3    that perspective.

4              As human beings we tend to have the kind

5    of, I guess, blindness that if it hasn't happened to

6    me, it doesn't exist.  And when you look at

7    financial disclosures of people in the legislative

8    process, you understand people come from very

9    privileged backgrounds, in Congress and in this

10   body.  And you need the perspective of people who

11   are willing to go outside and to mix with the folks

12   whose voices are not heard here in this chamber.

13   And so you need African Americans in Congress.

14             To the credit of this body, you all

15   followed Tier 1 when you drew the legislative seats.

16   We talked about the 30 seats that were established

17   after the 2010 census.  And you made sure that there

18   was no diminishment, that there was no abridgment of

19   equal opportunity to elect a candidate of their

20   choice.  Now, we didn't get any more than 30, but we

21   didn't get less than 30.  So why is it all right in

22   this map to have less than the four that we had when

23   we began?

24             I want you to stand up.  I won't bow.  I'm

25   hoping you'll stand with me.  I hope you'll stand

HT_0002249
CUBANOS-0000005108

Page 80

1    tall.  Because a man cannot ride your back unless

2    it's bent.  Thank you.

3              (Applause)

4              MADAM SPEAKER: Representative Willhite.

5              REPRESENTATIVE WILLHITE:  Thank you, Madam

6    Speaker.  Would you recognize Representative Hinson?

7              MADAM SPEAKER:  Representative Hinson in

8    debate.

9              REPRESENTATIVE HINSON:  Thank you.  Thank

10   you, Madam Speaker.  Wow. I'm not bending my back.

11             Most of you know, members, I don't stand

12   down from telling how old I am, my lived

13   experiences.  In 1965 when the Voting Right Act was

14   passed, I was a senior in high school.  At 15 years

15   old I was marching on lines, and sitting in

16   driveways, and getting spit on for sitting at

17   lunchroom counters.  I've been kicked.  I've been

18   talked about, and I have been called names you don't

19   even put in the dictionary anymore.

20             Voting Rights Act of 1965, I fought for

21   that.  I've met Martin Luther King.  I don't just

22   talk about him.  He taught me peaceful protest.

23   Huh.  And here we are today, 2022, rolling back the

24   tide.

25             You all are pushing this bill like thug

HT_0002250
CUBANOS-0000005109

Page 81

1    life 101.  I didn't get to ask questions about my

2    own proposed district yesterday.  I wasn't given

3    that opportunity.  So let me tell you about it

4    today, because it -- I've got to call your attention

5    to it.  I live in Congressional District 3.  If

6    you've got your map, pull it out and look at it.  My

7    current CD 3 has six counties: Clay, Marion,

8    Alachua, Putnam, Bradford, and Union.  I share this

9    congressional district with several of my esteemed

10   members in the front rows.

11           The proposed District CD3 has 11 counties,

12   11 - 10 red, 1 blue.  That's a radical change.

13   Contrary to the sponsor's assertion that it's

14   compact; it is not.

15           Number one, it -- I don't understand these

16   terms so I may be misusing them, but I'm going to

17   use them anyway.  It cracks and packs in favor of

18   your party.  That's a violation of the Fair District

19   Amendment Tier 1 criteria.  It favors your current

20   incumbent, southern belle Kat Kammack, a violation

21   of the Fair District Amendment Tier 1 criteria.  It

22   diminishes minority voters from 31 plus percent to

23   less than 15.  It took Clay County out, and it

24   matched it with Nassau; and it's given them the

25   minority preference.

HT_0002251
CUBANOS-0000005110

Page 82

1           Congressional District 3 is

2   unconstitutional. The Voting Rights Act of 1965

3   states that majority-minority districts can be

4   created in order to prevent the dilution of

5   minorities' voting strength. It further mandates

6   that "electoral district lines cannot be drawn in

7   such a manner as to improperly dilute minorities'

8   voting power." Everybody's telling you, we're

9   saying it repeatedly.

10         Now, in 2015, according to Ballotpedia,

11   there were nine such districts -- that was just

12   seven years ago -- 2015, nine such districts.

13   Yesterday I heard Chair Leek say it's now three,

14   2022. And after today it will be two. That's some

15   fast-moving train, gentlemen and ladies.

16         He complains about a large malady of

17   ignorance afflicting a sizable chunk of elected

18   officials. That's us. And he laments about

19   America's office holders. That's us. We are

20   abdicating our constitutional responsibility and

21   subverting the power to him. He further complains

22   that this inclination to spend other people's money

23   --

24         MADAM SPEAKER: Representative Hinson, the

25   time has expired in debate.

HT_0002252
CUBANOS-0000005111

Page 83

1              REPRESENTATIVE HINSON:  -- to the tune of

2      $72,000 a day, might I add.  Unless you control the

3      lives of their fellow citizens and a desire to --

4              MADAM SPEAKER:  Representative Hinson, the

5      time has --

6              (Members protesting loudly)

7              Members, this is not -- we need a formal

8      recess.  We are in formal recess.

9              (Recess taken)

10             SPEAKER SPROWLS:  Members, we are back in

11     session.

12             As is obvious, we have members who decided

13     they wanted to hijack our process today.  It is my

14     belief and your belief that no member of this

15     chamber has the opportunity to shut down our

16     process, to shut down the job that members -- that

17     people of the public and the people of Florida have

18     asked us to do.  We will be concluding our business

19     today.  It is my hope that our colleagues would join

20     us and not being disruptive, but we will be

21     finishing our business.

22             It is my understanding that Leader Grant is

23     going to -- has yielded back the balance of his

24     time, which is the final debate block of this bill,

25     and that Chairman Leek --

HT_0002253
CUBANOS-0000005112

Page 84

1              Chairman Leek, you are recognized on your

2    close.

3              Chairman Leek, having waived close, the

4    question now recurs on final passage of Senate Bill

5    2-C.  The clerk will unlock the machine, and members

6    will proceed to vote.

7              The clerk will lock the machine and

8    announce the vote.

9              THE CLERK:  68 yeas, 38 nays, Mr. Speaker.

10             SPEAKER SPROWLS:  Show the bill passes.

11             Members, we are now going to proceed to the

12   next two bills.  These two bills have got a lot of

13   questions and a lot of attention over the last

14   couple of days.  Every member in this chamber should

15   have the opportunity to debate them, to talk about

16   them and to speak their piece.  We are going to move

17   on to those two bills.  If we can have a civil

18   debate that respects the rules of this House that

19   all of us have voted and agreed to, then we'll do

20   that.  If, however, our colleagues continue to try

21   to shut down our process, I will entertain a motion

22   to call the previous question and we will vote on

23   these two bills.

24             It is my hope that we will be able to

25   proceed civilly and with decorum and with respect

HT_0002254
CUBANOS-0000005113

Page 85

1    for one another.  Read the next bill.

2            THE CLERK:  By Senator Bradley, Senate Bill

3    4-C, a bill to be entitled, an act relating to

4    independent special districts.

5            (Continued protesting)

6            SPEAKER SPROWLS:  Represent Fine, you are

7    recognized to explain your bill.

8            REPRESENTATIVE FINE:  Thank you,

9    Mr. Speaker.  It seems as Mickey and Minnie have

10   joined us in the chamber today.  That said, this is

11   the bill that we discussed yesterday.

12           (Ongoing background shouting)

13           SPEAKER SPROWLS:  Members, we will either

14   going into structured debate or we will call the

15   previous question.

16           Representative Renner, you're recognized

17   for a motion.

18           REPRESENTATIVE RENNER:  Mr. Speaker, I move

19   the previous question on the bill.

20           SPEAKER SPROWLS:  Representative Renner

21   moves the previous question on the bill.  This

22   motion is not debatable and requires a majority

23   vote.  All in favor, say aye.  All opposed, no.

24           Show the bill -- show the motion passes.

25   We will now proceed to call the previous question.

HT_0002255
CUBANOS-0000005114

Page 86

1          The clerk will unlock the machine, and

2    members will proceed to vote on Senate Bill 4-C.

3    Have all members voted?  Have all members voted?

4          The clerk will lock the machine and

5    announce the vote.

6          THE CLERK:  78 yeas, 38 nays, Mr. Speaker.

7          SPEAKER SPROWLS:  Show the bill passes.

8    Read the next bill.

9          THE CLERK:  By Senator Bradley, Senate Bill

10   6-C, a bill to be entitled an act relating to social

11   media platforms.

12          SPEAKER SPROWLS:  Representative Andrade,

13   you're recognized to explain your bill.

14          REPRESENTATIVE ANDRADE:  Thank you,

15   Mr. Speaker.  This is the bill repealing the

16   carve-out that every Democrat voted to oppose last

17   year.

18          SPEAKER SPROWLS:  Members, we will either

19   proceed to debate or we will entertain a motion to

20   call the previous question.

21          Representative Renner, you're recognized

22   for a motion.

23          REPRESENTATIVE RENNER:  Mr. Speaker, I move

24   the previous question on the bill.

25          SPEAKER SPROWLS:  Representative Renner

HT_0002256
CUBANOS-0000005115

Page 87

1    moves the previous question on the bill.  This

2    motion is not debatable.  All in favor, say aye.

3    All opposed, no.  The motion passes.

4           Members, the question now recurs on final

5    passage of Senate Bill 6-C.  The clerk will unlock

6    the machine, and members will proceed to vote.

7           Have all members voted?  Have all members

8    voted?  The clerk will lock the machine and announce

9    the vote.

10          THE CLERK:  78 yeas, 38 days, Mr. Speaker.

11          SPEAKER SPROWLS:  Show the bill passes.

12          Read the next bill.

13          THE CLERK:  None on the desk, Mr. Speaker.

14          SPEAKER SPROWLS:  Are there bills on the

15    special order calendar?

16          THE CLERK:  None on the desk, Mr. Speaker.

17          SPEAKER SPROWLS:  Are there resolutions on

18    the desk?

19          THE CLERK:  None on the desk, Mr. Speaker.

20          SPEAKER SPROWLS:  Representative Renner,

21    you're recognized for a motion.

22          Mr. Speaker, I move that the House adjourn,

23    to reconvene upon the call of the Chair.

24          SPEAKER SPROWLS:  Representative Renner

25    moves to adjourn the House, to reconvene upon call

HT_0002257
CUBANOS-0000005116

Page 88

1    of the Chair.  All in favor say aye.

2              (Multiple ayes)

3              All opposed, no.

4              Show the House is adjourned.

5              (END OF AUDIO RECORDING)

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

HT_0002258
CUBANOS-0000005117

Page 89

1             CERTIFICATE OF TRANSCRIPTIONIST

2          I certify that the foregoing is a true and

3     accurate transcript of the digital recording

4     provided to me in this matter.

5          I do further certify that I am neither a

6     relative, nor employee, nor attorney of any of the

7     parties to this action, and that I am not

8     financially interested in the action.

9

10

11

12

13

14

15

16

17

18

19

20

21

22     _____

23          Julie Thompson, CET-1036

24

25

HT_0002259
CUBANOS-0000005118