**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 1:24-cv-21983-JB**

CUBANOS PA'LANTE, *et al.*,

    Plaintiffs,

v.

FLORIDA HOUSE OF REPRESENTATIVES
and CORD BYRD, in his official capacity as
Florida Secretary of State,

    Defendants.
_____/

**DEFENDANT HOUSE OF REPRESENTATIVES'**
**MOTION FOR EXTENSION OF REPLY MEMORANDUM**
**DEADLINE AND FOR ADDITIONAL PAGES**

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), Defendant, Florida House of Representatives, respectfully moves the Court for a minor extension of the deadline to file its Summary Judgment Reply Memorandum and for a five-page enlargement of its Reply Memorandum.

1. On August 4, 2025, the House filed a Motion for Summary Judgment seeking summary judgment as to all eight districts that Plaintiffs challenge. ECF No. 122.

2. On August 19, 2025, Plaintiffs filed their opposing memorandum of law. ECF No. 127.

3. The current deadline for the House's Reply Memorandum is September 2, 2025. ECF No. 125.

4. The House seeks four additional business days to file its Reply Memorandum on **September 8, 2025**.

5. This brief extension is sought to allow sufficient time to adequately review and respond to Plaintiffs' Response Memorandum and Statement of Facts (collectively, "Plaintiffs' Response"), given the large volume of materials filed with Plaintiffs' Response.

6. In addition, on August 18, 2025, a three-judge court in the Middle District of Florida entered a final order and a 78-page memorandum opinion in *Nord Hodges v. Albritton*, No. 8:24-cv-00879 (M.D. Fla.), D.E. No. 177, rejecting a similar racial-gerrymandering challenge to a State Senate district. The decision in *Nord Hodges* might impact the House's arguments in its Reply Memorandum.

7. A brief extension of the Reply Memorandum deadline will accommodate these competing demands and will not prejudice any party. The extension will not impact any other deadlines established by the Court, including oral argument on the House's Motion for Summary Judgment scheduled for October 29, 2025. ECF No. 98 at 2.

8. This Court may extend deadlines for "good cause." Fed. R. Civ. P. 6(b)(1)(A). The authority of district courts to control their dockets "includes broad discretion in deciding how best to manage the cases before them." *Smith v. Psychiatric Sols., Inc.*, 750 F.3d 1253, 1262 (11th Cir. 2014) (internal marks omitted).

9. Additionally, due to the complex nature issues of the issues presented and the large volume of information referenced in Plaintiffs' Response, the House seeks a five-page enlargement of its Reply Memorandum. This page increase will enable the House to properly address Plaintiffs' Response as to all eight challenged districts.

10. The extension of time is sought in good faith and not for purposes of delay. Likewise, the request for an additional five pages is sought to facilitate the presentation of complex issues.

11. Pursuant to Local Rule 7.1(a)(2), a proposed order is attached as Exhibit A.

**WHEREFORE**, Defendant, the Florida House of Representatives, respectfully moves the Court for an extension of time through **September 8, 2025**, to file its Summary Judgment Reply Memorandum and for a five-page enlargement of its Reply Memorandum.

## LOCAL RULE 7.1(a)(2) CERTIFICATE OF CONFERRAL

Counsel for the House conferred with Plaintiffs' counsel in a good-faith effort to resolve the issues raised in this motion via emails dated August 26 and 27. Plaintiffs take no position on the relief requested herein.

Dated August 27, 2025.                                   Respectfully submitted,

Christopher M. Kise (FBN 855545)  
ckise@continentalpllc.com  
CONTINENTAL PLLC  
101 North Monroe Street, Suite 750  
Tallahassee, Florida 32301  
Telephone: 850-270-2211  

Jesus M. Suarez (FBN 60086)  
jsuarez@continentalpllc.com  
Carmen Manrara Cartaya (FBN 73887)  
ccartaya@continentalpllc.com  
CONTINENTAL PLLC  
255 Alhambra Circle, Suite 640  
Coral Gables, Florida 33134  
Telephone: 305-677-2707  

/s/ *Andy Bardos*  
Andy Bardos (FBN 822671)  
andy.bardos@gray-robinson.com  
GRAYROBINSON, P.A.  
301 South Bronough Street, Suite 600  
Tallahassee, Florida 32301-1724  
Telephone: 850-577-9090  

*Attorneys for Defendant, Florida House of Representatives*