# Exhibit A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:24-cv-21983-JB

CUBANOS PA'LANTE, *et al.*,

    Plaintiffs,

v.

FLORIDA HOUSE OF REPRESENTATIVES
and CORD BYRD, in his official capacity as
Florida Secretary of State,

    Defendants.
_____/

## ORDER ON FLORIDA HOUSE OF REPRESENTATIVES' MOTION FOR EXTENSION OF REPLY MEMORANDUM DEADLINE AND FOR ADDITIONAL PAGES

This matter is before the Court on the Florida House of Representatives' Motion for Extension of Reply Memorandum Deadline and for Additional Pages (ECF No. ___). The House seeks an extension of its deadline to file its reply memorandum of law to Plaintiffs' response in opposition to the House's motion for summary judgment (ECF No. 127) and an enlargement of five (5) pages for the House's reply memorandum of law. The Court finds that good cause supports the request. The Court therefore **ORDERS** and **ADJUDGES** as follows:

    1.    The House's Motion for Extension of Reply Memorandum Deadline and for Additional Pages is **GRANTED**.

2. The House must file its reply memorandum of law to Plaintiffs' response in opposition to the House's motion for summary judgment (ECF No. 127) by **September 8, 2025**.

3. The House may use five (5) additional pages for its reply memorandum of law.

**DONE AND ORDERED** this ___ day of August 2025.

_____
**BRITT C. GRANT**
**UNITED STATES CIRCUIT JUDGE**


_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**


_____
**JACQUELINE BECERRA**
**UNITED STATES DISTRICT JUDGE**