1              UNITED STATES DISTRICT COURT

2              SOUTHERN DISTRICT OF FLORIDA

3   CUBANOS PA'LANTE, et al.,          )
                                       )
4                                      )
                   Plaintiffs,         )
5                                      )
           v.                          )   Case No.
6                                      )   1:24-cv-21983-JB
    FLORIDA HOUSE OF                    )
7   REPRESENTATIVES                    )
    And CORD BYRD, in his              )
8   official capacity as               )
    Florida Secretary of State,        )
9                                      )
                                       )
10                 Defendant.          )
    _____)
11

12

13

14              The Remote Deposition

15                     of

16         CAROLYN B. ABOTT, PHD,

17         MONDAY, JUNE 30TH, 2025

18              09:30 AM EST

19

20      JOB NO.:  586371

21      Pages 1 - 202

22      Reported stenographically by:

23      STANLEY H. SAKAI, CRC

24

25

Exhibit B

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025                                    2

1          Deposition of CAROLYN ABBOTT PH.D, held

2    remotely pursuant to notice before STANLEY H.

3    SAKAI, CRC, a realtime shorthand reporter, a

4    Certified Realtime Captioner, and Notary Public in

5    and for the State of New York.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025                    3

```
1                    A P P E A R A N C E S

2    ON BEHALF OF THE PLAINTIFF:

3              PATRICK JONES, ESQUIRE

4              ANDREA OJEDA, ESQUIRE

5              O'MELVENY & MYERS LLP

6              1625 Eye Street NW

7              Washington, D.C. 20006

8              202 383 5300

9              pjones@omm.com

10             aojeda@omm.com

11

12   ON BEHALF OF THE DEFENDANT FLORIDA HOUSE OF

13   REPRESENTATIVES:

14             ANDY BARDOS, ESQUIRE

15             GRAYROBINSON, P.A.

16             301 South Bronough Street

17             Suite 600

18             850 577 9090

19             andy.bardos@gray-robinson.com

20

21             CARMEN MANRARA CARTAYA, ESQUIRE

22             CONTINENTAL PLLC

23             255 Alhambra Circle

24             Suite 640

25             Coral Gables, Florida 33134
```

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025                    4

```
1              305 677 2707

2              ccartaya@continentalpllc.com

3

4    ON BEHALF OF THE DEFENDANT FLORIDA SECRETARY OF

5    STATE:

6              RANDALL RABAN, ESQUIRE

7              HOLTZMAN VOGEL BARAN TORCHINSKY & JOSEFIAK

8    PLLC

9              119 S. Monroe Street

10             Suite 500

11             Tallahassee, FL 32301

12             850 270 5938

13             rraban@holtzmanvogel.com

14

15

16

17

18

19

20

21

22

23

24

25
```

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025                    5

```
1                         I N D E X

2    ITEM                 DESCRIPTION              PAGE

3    EXAMINATION BY                                 7
               ANDY BARDOS, ESQUIRE
4
     P. Exhibit 5                                   9
5          Exhibit 5 retained by counsel

6    P. Exhibit 12                                 75
           Exhibit 12 retained by counsel
7
     P. Exhibit 6                                  83
8          Exhibit 6 retained by counsel

9    P. Exhibit 7                                 103
           Exhibit 7 retained by counsel
10
     P. Exhibit 8                                 149
11         Exhibit 8 retained by counsel

12   P. Exhibit 9                                 154
           Exhibit 9 retained by counsel
13
     P. Exhibit 11                                160
14         Exhibit 11 retained by counsel

15   P. Exhibit 10                                160
           Exhibit 10 retained by counsel
16
     P. Exhibit 14                                177
17         Exhibit 14 retained by counsel

18   P. Exhibit 16                                190
           Exhibit 16 retained by counsel
19
     P. Exhibit 17                                191
20         Exhibit 17 retained by counsel

21

22

23

24

25
```

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025                    6

| | | |
|---|---|---|
| 1 | P R O C E E D I N G S | |
| 2 | THE COURT REPORTER:  Will counsel please | 09:19:15 |
| 3 | voice-identify and -- identify themselves for | 09:19:15 |
| 4 | the record? | 09:19:15 |
| 5 | ATTORNEY JONES:  Patrick Jones, O'Melveny | 09:37:00 |
| 6 | & Myers for the Plaintiffs and the witness. | 09:37:02 |
| 7 | I'm joined here by my colleague, Andrea | 09:37:06 |
| 8 | Ojeda. | 09:37:08 |
| 9 | ATTORNEY BARDOS:  Andy Bardos with the | 09:37:11 |
| 10 | GrayRobinson law firm on behalf of the Florida | 09:37:13 |
| 11 | House of Representatives. | 09:37:15 |
| 12 | ATTORNEY CARTAYA:  Carmen Manrara Cartaya | 09:37:18 |
| 13 | on behalf of the Florida House of | 09:37:19 |
| 14 | Representatives from the law firm Continental | 09:37:20 |
| 15 | PLLC. | 09:37:24 |
| 16 | Good morning, everyone. | 09:37:25 |
| 17 | ATTORNEY RABAN:  Randall Raban with law | 09:37:29 |
| 18 | firm Holtzman Vogel, here on behalf of | 09:37:30 |
| 19 | Depart -- the House of Representatives . | 09:37:34 |
| 20 | THE COURT REPORTER:  Is that it? | 09:37:42 |
| 21 | | 09:37:42 |
| 22 | WHEREUPON, | 09:37:42 |
| 23 | CAROLYN B. ABBOTT, PH.D, | 09:37:42 |
| 24 | called as a witness, having been first duly | 09:37:42 |
| 25 | sworn or affirmed by a Notary Public to testify to | 09:37:42 |

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025                              7

| | | |
|---|---|---|
| 1 | the truth, the whole truth, and nothing but the | 09:37:42 |
| 2 | truth, was examined and testified as follows: | 09:37:42 |
| 3 | | 09:38:00 |
| 4 | EXAMINATION | 09:37:42 |
| 5 | BY ATTORNEY BARDOS: | 09:38:02 |
| 6 | Q.   Thank you.  And good morning, Dr. Abbott. | 09:38:03 |
| 7 | Thanks for joining us this morning.  I'm Andy | 09:38:08 |
| 8 | Bardos, and I'll be asking you questions today about | 09:38:08 |
| 9 | your expert reports in this case.  But we'll start | 09:38:11 |
| 10 | with a couple of preliminaries.  One is, of course, | 09:38:14 |
| 11 | if at any point you need a break, please just let me | 09:38:17 |
| 12 | know, and we'll -- we'll accommodate that. | 09:38:19 |
| 13 | It's important for the court reporter to | 09:38:24 |
| 14 | be able to create a clear transcript of today's | 09:38:25 |
| 15 | proceeding.  So let's take turns rather than speak | 09:38:32 |
| 16 | over each other.  That's important for the clarity | 09:38:34 |
| 17 | of the record.  I'll try to let you finish your | 09:38:36 |
| 18 | answers, and if you could let me finish my questions | 09:38:39 |
| 19 | before you begin, that will help the court reporter. | 09:38:42 |
| 20 | Is there any reason why, today, you might | 09:38:46 |
| 21 | not be able to answer questions truthfully and | 09:38:51 |
| 22 | fully? | 09:38:54 |
| 23 | A.   No. | 09:38:55 |
| 24 | Q.   Okay. | 09:38:56 |
| 25 | Okay.  Let's -- let's begin with some | 09:39:03 |

| | | |
|---|---|---|
| 1 | nomenclature.  If I refer to the "enacted map" or | 09:39:06 |
| 2 | the "enacted district," I'll be referring to the | 09:39:09 |
| 3 | 2022 congressional map and the 2022 state house map | 09:39:14 |
| 4 | that were enacted by the Florida legislature. | 09:39:17 |
| 5 | Does that sound reasonable? | 09:39:20 |
| 6 | A.   Yes. | 09:39:21 |
| 7 | Q.   Okay.  And when I refer to the "benchmark | 09:39:22 |
| 8 | map" or the "benchmark districts," I'll be referring | 09:39:25 |
| 9 | to the redistricting plan or the redistricting -- or | 09:39:28 |
| 10 | the districts that were in effect before the 2022 | 09:39:32 |
| 11 | maps were enacted; is that fair? | 09:39:36 |
| 12 | A.   Yes. | 09:39:38 |
| 13 | Q.   And if I refer to "VAP," I'm referring to | 09:39:39 |
| 14 | voting-age population.  Likewise, if I refer to | 09:39:42 |
| 15 | "HVAP," I'm referring to Hispanic voting-age | 09:39:46 |
| 16 | population; does that sound fair? | 09:39:51 |
| 17 | A.   Yes. | 09:39:53 |
| 18 | Q.   And sometimes, I'll refer to a | 09:39:53 |
| 19 | congressional district simply by saying "CD," such | 09:39:55 |
| 20 | as "CD 26," that will be Congressional District 26. | 09:39:58 |
| 21 | Will you understand me when I say that? | 09:40:03 |
| 22 | A.   Yes. | 09:40:05 |
| 23 | Q.   Let's begin at the beginning. | 09:40:06 |
| 24 | When were you retained in this litigation? | 09:40:08 |
| 25 | A.   I believe I was first contacted last | 09:40:10 |

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025                    9

| | | |
|---|---|---|
| 1 | summer, so I think July of 2024. | 09:40:13 |
| 2 | Q.   And who contacted you in July of 2024? | 09:40:16 |
| 3 | A.   Nick Warren, the ACLU of Florida. | 09:40:21 |
| 4 | Q.   And between July of 2024 and the time that | 09:40:28 |
| 5 | your work on this case -- or let me ask you:  When | 09:40:32 |
| 6 | did your work on this case begin? | 09:40:36 |
| 7 | A.   It began not long after I was contacted. | 09:40:39 |
| 8 | ATTORNEY BARDOS:  Okay.  All right.  Let | 09:40:42 |
| 9 | me share an exhibit.  I'll first drop it into | 09:40:44 |
| 10 | the chat.  And we're starting with Exhibit 5. | 09:40:49 |
| 11 | (Plaintiffs' Exhibit No. 5 was | 09:41:02 |
| 12 | marked for identification.) | 09:41:02 |
| 13 | Q.   Okay.  Can you see on your screen a letter | 09:41:29 |
| 14 | dated February 28th, 2025? | 09:41:31 |
| 15 | A.   Yes. | 09:41:34 |
| 16 | Q.   Okay.  Do you recognize this letter? | 09:41:34 |
| 17 | A.   Yes, I do. | 09:41:37 |
| 18 | Q.   Is what was this letter? | 09:41:40 |
| 19 | A.   This is a letter asking me -- giving me | 09:41:42 |
| 20 | instructions on an assignment for this case to write | 09:41:45 |
| 21 | an expert report. | 09:41:50 |
| 22 | ATTORNEY JONES:  Just for the record that, | 09:42:07 |
| 23 | I don't think I see it in the chat.  I don't -- | 09:42:07 |
| 24 | I'm not seeing it. | 09:42:12 |
| 25 | THE COURT REPORTER:  Sorry.  Who was | 09:42:14 |

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025                          10

| | | |
|---|---|---|
| 1 | speaking right there?  This is the court | 09:42:15 |
| 2 | reporter. | 09:42:15 |
| 3 |     ATTORNEY JONES:  This is Patrick Jones. | 09:42:16 |
| 4 |     THE COURT REPORTER:  Thank you. | 09:42:17 |
| 5 |     ATTORNEY BARDOS:  I neglected to hit send, | 09:42:18 |
| 6 | so it should be appearing in the chat now. | 09:42:18 |
| 7 |     Q.   And, Dr. Abbott, if at any point, when I'm | 09:42:23 |
| 8 | sharing exhibits, if you want me to scroll up or | 09:42:27 |
| 9 | down or enlarge it or shrink it, just let me know, | 09:42:27 |
| 10 | and I'll display it the way that you want to see it. | 09:42:32 |
| 11 |     Okay.  Dr. Abbott, between 2024 and 2025, | 09:42:36 |
| 12 | when you received this letter, were you performing | 09:42:39 |
| 13 | work in this litigation? | 09:42:42 |
| 14 |     A.   I was asked, when I was first contacted, | 09:42:44 |
| 15 | to create a draft of a report that was slightly | 09:42:48 |
| 16 | different. | 09:42:51 |
| 17 |     Q.   Okay.  And on -- what was the topic of | 09:42:52 |
| 18 | that report? | 09:42:57 |
| 19 |     A.   It was very similar, but I believe there | 09:42:59 |
| 20 | was a change between the challenge districts, | 09:43:02 |
| 21 | between July -- between when I was originally | 09:43:06 |
| 22 | contacted, July 2024, and when this assignment came | 09:43:08 |
| 23 | in to me. | 09:43:12 |
| 24 |     I believe that CD 27 and CD 28 were also | 09:43:13 |
| 25 | considered originally to be challenge districts, | 09:43:17 |

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025                    11

| | | |
|---|---|---|
| 1 | which changed. | 09:43:19 |
| 2 | Q.   Okay.  And so was that the -- was that the | 09:43:25 |
| 3 | only difference in your assignment given to you in | 09:43:30 |
| 4 | 2024 versus February of 2025? | 09:43:34 |
| 5 | A.   From what I can recall. | 09:43:37 |
| 6 | Q.   Okay.  Had your earlier report included | 09:43:39 |
| 7 | the state house districts? | 09:43:41 |
| 8 | A.   I don't -- I don't believe so. | 09:43:45 |
| 9 | Q.   Okay.  It was focused only on | 09:43:47 |
| 10 | congressional? | 09:43:49 |
| 11 | A.   I believe so. | 09:43:51 |
| 12 | Q.   And so, when you received this letter, had | 09:43:53 |
| 13 | you begun work yet on the report that you ultimately | 09:43:57 |
| 14 | disclosed in this case? | 09:44:01 |
| 15 | A.   Not -- not for this report. | 09:44:05 |
| 16 | Q.   Okay.  And so, your report, in this case, | 09:44:09 |
| 17 | was disclosed in, I believe it was March 20th or | 09:44:18 |
| 18 | 21st. | 09:44:21 |
| 19 |      So does that mean that you prepared your | 09:44:24 |
| 20 | reporting in about a three-week period? | 09:44:26 |
| 21 | A.   That sounds correct, yes. | 09:44:30 |
| 22 | Q.   Did you, in preparing your work, rely on | 09:44:32 |
| 23 | the work that you had previously done? | 09:44:34 |
| 24 |      ATTORNEY JONES:  Object to form. | 09:44:40 |
| 25 | Q.   Go ahead. | 09:44:43 |

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025                    12

| | | |
|---|---|---|
| 1 | You may answer. | 09:44:44 |
| 2 | A.   I can't -- I can't recall. | 09:44:46 |
| 3 | Q.   Okay.  So you can't recall whether, for | 09:44:47 |
| 4 | example, you borrowed or incorporated portions of | 09:44:53 |
| 5 | the draft that you had already prepared into the | 09:44:55 |
| 6 | report that you ultimately disclosed? | 09:44:57 |
| 7 | A.   I think there was some portions | 09:45:01 |
| 8 | particularly about CD 26, which was the sort of | 09:45:02 |
| 9 | overlap between the two assignments. | 09:45:06 |
| 10 | Q.   Okay.  Did you receive a letter similar to | 09:45:09 |
| 11 | this containing instructions when you began your | 09:45:11 |
| 12 | work on the initial draft? | 09:45:15 |
| 13 | A.   I did not. | 09:45:18 |
| 14 | Q.   Okay.  Who on -- on the Plaintiffs' legal | 09:45:19 |
| 15 | team did you communicate with regarding your work on | 09:45:25 |
| 16 | this case? | 09:45:29 |
| 17 | A.   I -- I communicated with Nick Warren, the | 09:45:32 |
| 18 | ACLU; I communicated with Patrick Jones of | 09:45:36 |
| 19 | O'Melveny; I communicated with Andrea Ojeda of | 09:45:40 |
| 20 | O'Melveny.  I can't -- I can't give you first and | 09:45:48 |
| 21 | last names beyond that right now. | 09:45:54 |
| 22 | Q.   Okay.  And how about experts.  Did you | 09:45:55 |
| 23 | have any interaction while performing your work in | 09:45:59 |
| 24 | this case with any experts retained by the | 09:46:01 |
| 25 | plaintiffs? | 09:46:04 |

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025                           13

| | | |
|---|---|---|
| 1 | A.   No. | 09:46:05 |
| 2 | Q.   Okay.  So you didn't speak directly with | 09:46:05 |
| 3 | either Dr. McCartan or Dr. Walker? | 09:46:08 |
| 4 | A.   No. | 09:46:14 |
| 5 | Q.   Did you talk with anybody else about your | 09:46:16 |
| 6 | work on this case besides the legal team for the | 09:46:18 |
| 7 | plaintiffs? | 09:46:24 |
| 8 | A.   No. | 09:46:25 |
| 9 | Q.   Okay.  No other colleagues or associates | 09:46:27 |
| 10 | or friends or consultants?  Nobody like that? | 09:46:31 |
| 11 | A.   No. | 09:46:36 |
| 12 | Q.   Had you worked before -- before you were | 09:46:39 |
| 13 | engaged on this case, with any of the members of the | 09:46:42 |
| 14 | plaintiffs' legal team? | 09:46:46 |
| 15 | A.   I worked on a previous case with Nick | 09:46:48 |
| 16 | Warren. | 09:46:50 |
| 17 | Q.   Okay.  Tell me about that case. | 09:46:51 |
| 18 | A.   The case was another Florida redistricting | 09:46:54 |
| 19 | case that concerned the City of Miami. | 09:46:57 |
| 20 | Q.   Okay.  Was that the Grace v. City of Miami | 09:47:03 |
| 21 | case? | 09:47:08 |
| 22 | A.   Correct. | 09:47:09 |
| 23 | Q.   Okay.  And we'll talk more about that in a | 09:47:10 |
| 24 | little bit. | 09:47:13 |
| 25 | What experience do you have in | 09:47:14 |

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025                        14

| | | |
|---|---|---|
| 1 | redistricting, specifically? | 09:47:16 |
| 2 | A.  My academic work has focused on elections, | 09:47:20 |
| 3 | particularly local elections.  And I've been an | 09:47:24 |
| 4 | expert witness for the Grace case, and I was an | 09:47:28 |
| 5 | expert consultant for another case, as well. | 09:47:31 |
| 6 | Q.  Okay.  Is that the Town of Mt. Pleasant | 09:47:33 |
| 7 | case? | 09:47:39 |
| 8 | A.  Correct. | 09:47:39 |
| 9 | Q.  Let's kind of break down or go into more | 09:47:40 |
| 10 | detail into the academic work. | 09:47:42 |
| 11 | What academic work have you done that's | 09:47:44 |
| 12 | specifically related, not just to elections | 09:47:47 |
| 13 | generally, but to redistricting? | 09:47:51 |
| 14 | A.  So I have a number of publications that | 09:47:54 |
| 15 | look at different sorts of electoral systems and how | 09:47:56 |
| 16 | changes to the electoral systems might impact | 09:47:59 |
| 17 | minority representation, in particular, but also | 09:48:02 |
| 18 | substantive policy outcomes -- sort of the | 09:48:06 |
| 19 | translation of votes into policy and into | 09:48:12 |
| 20 | representation. | 09:48:15 |
| 21 | Q.  Okay.  Do any of those articles concern | 09:48:18 |
| 22 | the -- the drawing of districts or the manner in | 09:48:20 |
| 23 | which districts are drawn? | 09:48:23 |
| 24 | A.  There is an article I published in the | 09:48:27 |
| 25 | American Journal of Political Science that looks at | 09:48:29 |

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025                    15

| | | |
|---|---|---|
| 1 | how districts are drawn for school district | 09:48:34 |
| 2 | elections and the impact that it's had on minority | 09:48:36 |
| 3 | representation in California. | 09:48:42 |
| 4 | Q.   Okay.  And is that -- is that focused | 09:48:43 |
| 5 | on -- on the mechanics of how districts are drawn, | 09:48:49 |
| 6 | or is it just focused on the impact that particular | 09:48:53 |
| 7 | districts have on outcomes, electoral or political | 09:48:59 |
| 8 | outcomes. | 09:49:06 |
| 9 | A.   Can you clarify what you mean?  The | 09:49:07 |
| 10 | distinction? | 09:49:08 |
| 11 | Q.   So I guess I'm thinking about the | 09:49:09 |
| 12 | redistricting process itself in which legislatures | 09:49:11 |
| 13 | redraw district lines and make decisions about where | 09:49:16 |
| 14 | district lines would be placed. | 09:49:20 |
| 15 | Is that what the article is about, or is | 09:49:22 |
| 16 | it just about taking a set of districts and | 09:49:24 |
| 17 | determining their impact? | 09:49:26 |
| 18 | A.   It's not -- it's not particularly | 09:49:28 |
| 19 | concerned with where lines are drawn. | 09:49:31 |
| 20 | Q.   Okay.  Have you ever drawn a redistricting | 09:49:33 |
| 21 | map yourself? | 09:49:38 |
| 22 | A.   I have. | 09:49:40 |
| 23 | Q.   You have.  Okay.  Tell me about that. | 09:49:41 |
| 24 | A.   It was, you know, for academic reasons, | 09:49:44 |
| 25 | for academic work, not as an expert witness. | 09:49:46 |

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025                    16

| | | |
|---|---|---|
| 1 | Q.   Okay.   Which jurisdiction were you drawing | 09:49:52 |
| 2 | districts for? | 09:49:56 |
| 3 | A.   I've looked at school district maps | 09:49:58 |
| 4 | before; I have looked at a variety of maps; I've | 09:50:00 |
| 5 | looked at maps in New York State.   Generally, local, | 09:50:07 |
| 6 | local elections, town council, town boards. | 09:50:11 |
| 7 | Q.   Okay.   Are you saying that you drew the | 09:50:14 |
| 8 | districts yourself, or that you analyze districts | 09:50:16 |
| 9 | that others were drawing? | 09:50:19 |
| 10 | A.   I have drawn districts myself.   I've drawn | 09:50:22 |
| 11 | maps myself, but, again, not in a potential | 09:50:25 |
| 12 | capacity. | 09:50:28 |
| 13 | Q.   Okay.   So is that separate from your | 09:50:28 |
| 14 | academic work?   Was that more a personal interest? | 09:50:32 |
| 15 | A.   I've used it as background for my academic | 09:50:37 |
| 16 | work and for -- to inform my academic work. | 09:50:39 |
| 17 | Q.   Okay.   Have you ever worked for a -- a | 09:50:42 |
| 18 | government agency, whether it's a legislature or a | 09:50:46 |
| 19 | court, as a court-appointed expert in redistricting? | 09:50:49 |
| 20 | A.   No. | 09:50:54 |
| 21 | Q.   Have you ever taught courses on | 09:50:58 |
| 22 | redistricting? | 09:50:59 |
| 23 | A.   I have not taught courses on | 09:51:01 |
| 24 | redistricting, but I have taught lectures, I have | 09:51:03 |
| 25 | taught classes on redistricting. | 09:51:07 |

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025                    17

| | | |
|---|---|---|
| 1 | Q.   Okay. | 09:51:10 |
| 2 | Okay.  Can you describe for me, beginning | 09:51:15 |
| 3 | on February 28th, when you received this instruction | 09:51:18 |
| 4 | or this letter containing instructions from counsel, | 09:51:21 |
| 5 | the process by which you went about preparing your | 09:51:25 |
| 6 | report? | 09:51:28 |
| 7 | A.   So once I was given instructions, I | 09:51:31 |
| 8 | started assembling the data sources, and then I | 09:51:34 |
| 9 | started just doing the assignment and looking at | 09:51:41 |
| 10 | patterns of racial concentrations across district | 09:51:45 |
| 11 | lines in order to form my conclusions and the bulk | 09:51:52 |
| 12 | of the report, in order to answer the questions that | 09:51:57 |
| 13 | were asked of me. | 09:51:59 |
| 14 | Q.   What -- did you review any -- any | 09:52:02 |
| 15 | documents in preparing your report? | 09:52:05 |
| 16 | A.   Other than the data sources I list in my | 09:52:08 |
| 17 | expert report, no. | 09:52:11 |
| 18 | Q.   Okay.  Did you -- did you review any laws | 09:52:13 |
| 19 | or court decisions such as the Florida Constitution | 09:52:19 |
| 20 | decisions of the Florida Supreme Court? | 09:52:23 |
| 21 | A.   No. | 09:52:26 |
| 22 | Q.   Did you draft the report yourself? | 09:52:30 |
| 23 | A.   Yes. | 09:52:33 |
| 24 | Q.   Okay.  Did you receive assistance from | 09:52:34 |
| 25 | anyone in drafting your report? | 09:52:36 |

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025                              18

| | | |
|---|---|---|
| 1 | A.   I -- I received feedback and comments on | 09:52:39 |
| 2 | my report from counsel, suggested suggestions. | 09:52:47 |
| 3 | Q.   Okay.  But no assistance from anyone else | 09:52:54 |
| 4 | such as, you know, a student assistant or someone | 09:52:59 |
| 5 | like that? | 09:53:02 |
| 6 | A.   No. | 09:53:03 |
| 7 | Q.   Let's talk about your prior expert | 09:53:06 |
| 8 | engagements.  You've mentioned the Grace case. | 09:53:08 |
| 9 | Did you testify in the Grace case, whether | 09:53:12 |
| 10 | at deposition or at trial? | 09:53:15 |
| 11 | A.   Both. | 09:53:18 |
| 12 | Q.   Both.  Okay. | 09:53:19 |
| 13 | How about the Town of Mt. Pleasant case? | 09:53:22 |
| 14 | Did you testify in that case? | 09:53:25 |
| 15 | A.   I did not. | 09:53:27 |
| 16 | Q.   You did not. | 09:53:29 |
| 17 | What was the nature of your work in the | 09:53:31 |
| 18 | Town of Mt. Pleasant case? | 09:53:32 |
| 19 | A.   I was retained as an expert witness to | 09:53:34 |
| 20 | assess the plaintiffs' claim.  I was working for the | 09:53:38 |
| 21 | defendant, the Town of Mt. Pleasant.  And I was | 09:53:40 |
| 22 | retained to assess the claim that the current | 09:53:45 |
| 23 | at-large electoral system was preventing the | 09:53:47 |
| 24 | minority, for both Hispanics, from electing their | 09:53:52 |
| 25 | candidate of choice. | 09:53:58 |

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025                                    19

| | | |
|---|---|---|
| 1 | Q.   Okay.  And what kinds of opinions did you | 09:53:59 |
| 2 | render in that case? | 09:54:03 |
| 3 | A.   I served as a consultant.  I provided | 09:54:04 |
| 4 | advice to -- to counsel.  So I did not write any | 09:54:06 |
| 5 | opinions. | 09:54:10 |
| 6 | Q.   Okay. | 09:54:10 |
| 7 | Okay.  So there's no -- you didn't | 09:54:13 |
| 8 | generate any documents that were filed with the | 09:54:16 |
| 9 | court? | 09:54:18 |
| 10 | A.   Correct. | 09:54:18 |
| 11 | Q.   Have you been an expert in any other cases | 09:54:21 |
| 12 | besides those two? | 09:54:23 |
| 13 | A.   No. | 09:54:24 |
| 14 | Q.   Did you follow Florida's redistricting | 09:54:33 |
| 15 | process while it was taking place? | 09:54:35 |
| 16 | A.   No. | 09:54:37 |
| 17 | Q.   Okay.  So your opinions expressed in your | 09:54:39 |
| 18 | report are based on -- would it be fair to say that | 09:54:42 |
| 19 | they're based on an analysis of data that is kind of | 09:54:46 |
| 20 | after the fact, after the redistricting process has | 09:54:52 |
| 21 | taken place? | 09:54:56 |
| 22 | ATTORNEY JONES:  Objection to form. | 09:54:57 |
| 23 | Q.   Go ahead.  Whenever you can -- whenever | 09:55:01 |
| 24 | he -- whenever Mr. Jones objects, unless he | 09:55:02 |
| 25 | specifically says you shouldn't answer, unless he | 09:55:05 |

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025                    20

| 1 | specifically directs you not to answer, you can go | 09:55:08 |
| 2 | ahead and answer. | 09:55:14 |
| 3 |      A.   Sorry.  Can you repeat the question? | 09:55:15 |
| 4 |      Q.   Sorry.  And I'll try to do a better job of | 09:55:17 |
| 5 | it. | 09:55:19 |
| 6 |           So you testified that you didn't follow | 09:55:20 |
| 7 | the redistricting process as it took place.  So is | 09:55:21 |
| 8 | it, at least fair to say, that you don't claim to | 09:55:24 |
| 9 | have any personally firsthand knowledge of what | 09:55:27 |
| 10 | motivated the legislators or legislative staff to | 09:55:31 |
| 11 | draw the districts the way that they drew them. | 09:55:38 |
| 12 |      A.   That's correct. | 09:55:40 |
| 13 |      Q.   Your analysis is based on maps and data | 09:55:40 |
| 14 | rather than personal knowledge of what was going on | 09:55:43 |
| 15 | during the process; is that fair? | 09:55:46 |
| 16 |      A.   Yes, that's fair. | 09:55:51 |
| 17 |      Q.   Have you ever been to Florida? | 09:55:53 |
| 18 |      A.   Yes. | 09:55:54 |
| 19 |      Q.   How often have you been to Florida? | 09:55:55 |
| 20 |      A.   I don't -- I don't know how many times. | 09:55:57 |
| 21 | It's not a regular trip for me.  The last time I was | 09:55:58 |
| 22 | there, it was for -- when I testified in the Grace | 09:56:02 |
| 23 | case. | 09:56:04 |
| 24 |      Q.   Okay.  And that would have been maybe a | 09:56:05 |
| 25 | couple years ago? | 09:56:08 |

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025                                    21

| | | |
|---|---|---|
| 1 | A.   I think it was January 24. | 09:56:09 |
| 2 | Q.   Okay.  And was that in Miami? | 09:56:12 |
| 3 | A.   Yes. | 09:56:13 |
| 4 | Q.   Had you been to Miami before that? | 09:56:14 |
| 5 | A.   Yes. | 09:56:16 |
| 6 | Q.   Okay.  How often have you been to Miami, | 09:56:17 |
| 7 | would you say? | 09:56:20 |
| 8 | A.   Maybe two or three times. | 09:56:22 |
| 9 | Q.   Okay.  Are you -- would you say that your | 09:56:24 |
| 10 | personally familiar with Florida's demographics? | 09:56:30 |
| 11 | ATTORNEY JONES:  Objection to form. | 09:56:38 |
| 12 | Q.   Apart from -- apart from data, just do you | 09:56:40 |
| 13 | have personal familiarity with Florida's | 09:56:43 |
| 14 | demographics? | 09:56:46 |
| 15 | ATTORNEY JONES:  Same objection. | 09:56:47 |
| 16 | A.   I don't -- I'm not quite sure what you | 09:56:48 |
| 17 | mean by "personal." | 09:56:51 |
| 18 | Q.   Is -- is let me -- is your knowledge of | 09:56:53 |
| 19 | Florida's demographics based on data or is it rather | 09:56:58 |
| 20 | than, like, personal knowledge for interaction in | 09:57:01 |
| 21 | Florida? | 09:57:04 |
| 22 | A.   It is based on data.  Again, I'm not quite | 09:57:05 |
| 23 | sure about personal -- what you mean by "personal." | 09:57:08 |
| 24 | Q.   Okay.  Yeah, we can move on.  That's | 09:57:11 |
| 25 | probably a poorly phrased question. | 09:57:13 |

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025                                    22

| | | |
|---|---|---|
| 1 | What is your understanding of what the | 09:57:15 |
| 2 | plaintiffs claim in this case? | 09:57:19 |
| 3 | A.   I did not -- I did not receive the -- the | 09:57:21 |
| 4 | complaint, and I did not read the complaint. | 09:57:26 |
| 5 | Q.   Okay.  Do you have -- do you have some | 09:57:29 |
| 6 | understanding of what their challenge consists of? | 09:57:34 |
| 7 | A.   Not -- nothing beyond the instructions I | 09:57:39 |
| 8 | was given by counsel -- from counsel. | 09:57:42 |
| 9 | Q.   Okay.  Do you understand that the | 09:57:44 |
| 10 | plaintiffs are challenging the validity of | 09:57:47 |
| 11 | Congressional District 26? | 09:57:51 |
| 12 | A.   I understand that it is a challenge | 09:57:54 |
| 13 | district, yes. | 09:57:55 |
| 14 | Q.   Okay.  And do you understand that they're | 09:57:56 |
| 15 | challenging seven statehouse districts? | 09:57:58 |
| 16 | A.   I understand that there are challenged | 09:58:01 |
| 17 | statehouse districts, yes. | 09:58:05 |
| 18 | Q.   Do you know under what legal theory or | 09:58:07 |
| 19 | what legal claim they are challenging those | 09:58:09 |
| 20 | districts? | 09:58:11 |
| 21 | A.   I know that it's a 14th Amendment claim. | 09:58:12 |
| 22 | But beyond that, I am not familiar. | 09:58:15 |
| 23 | Q.   Okay.  Do you know what redistricting | 09:58:17 |
| 24 | simulations are? | 09:58:28 |
| 25 | A.   Yes. | 09:58:33 |

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025                                23

| | | |
|---|---|---|
| 1 | Q.   Okay.  What are simulations, redistricting | 09:58:33 |
| 2 | simulations? | 09:58:36 |
| 3 | A.   Redistricting simulations are basically | 09:58:37 |
| 4 | creating iterations of maps, or bundles of maps, | 09:58:40 |
| 5 | that are drawn based on a number of constraints that | 09:58:42 |
| 6 | a computer sort of generates. | 09:58:47 |
| 7 | Q.   And -- and do you know what the purpose of | 09:58:49 |
| 8 | doing that is? | 09:58:52 |
| 9 | ATTORNEY JONES:  Objection to form. | 09:58:56 |
| 10 | A.   I think there could be several purposes. | 09:58:58 |
| 11 | Q.   Okay.  What -- why would -- why would | 09:59:01 |
| 12 | somebody run redistricting simulations? | 09:59:07 |
| 13 | A.   They could be doing it for academic | 09:59:11 |
| 14 | reasons.  They could doing it for expert witness | 09:59:14 |
| 15 | reasons. | 09:59:18 |
| 16 | Q.   Mm-hmm. | 09:59:18 |
| 17 | A.   Generate a series of options from maps. | 09:59:21 |
| 18 | Q.   And is -- are redistricting simulations | 09:59:24 |
| 19 | run in order to identify the range of potential | 09:59:27 |
| 20 | outcomes under specific constraints in | 09:59:30 |
| 21 | redistricting? | 09:59:34 |
| 22 | A.   They -- they may be, often. | 09:59:37 |
| 23 | Q.   Okay.  Do you know how -- when | 09:59:42 |
| 24 | redistricting simulations are run, do you know how | 09:59:44 |
| 25 | many maps are generated in that process? | 09:59:47 |

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025                                   24

| | | |
|---|---|---|
| 1 | A.   I think that's up to the person who runs | 09:59:50 |
| 2 | the simulations. | 09:59:52 |
| 3 | Q.   Okay.  Do you know what would be -- what | 09:59:55 |
| 4 | would be typical? | 09:59:59 |
| 5 | ATTORNEY JONES:  Objection to form. | 10:00:01 |
| 6 | A.   No. | 10:00:03 |
| 7 | Q.   Is it maybe -- is it more like two or | 10:00:04 |
| 8 | three, or is it more like 5,000? | 10:00:06 |
| 9 | ATTORNEY JONES:  Objection to form. | 10:00:10 |
| 10 | A.   It's not -- I don't know the answer to | 10:00:11 |
| 11 | that. | 10:00:13 |
| 12 | Q.   Okay.  Fair enough. | 10:00:13 |
| 13 | The specific analyses that you conducted | 10:00:21 |
| 14 | in your report, were you -- did you select those | 10:00:23 |
| 15 | analyses to perform, or did counsel ask you to | 10:00:29 |
| 16 | perform those specific analyses? | 10:00:35 |
| 17 | How did the -- how did you decide which | 10:00:38 |
| 18 | analyses to conduct? | 10:00:40 |
| 19 | ATTORNEY JONES:  Objection to form. | 10:00:42 |
| 20 | And I'll just caution the witness to not | 10:00:43 |
| 21 | reveal the contents of any communications with | 10:00:46 |
| 22 | counsel. | 10:00:48 |
| 23 | You can talk about assumptions we asked | 10:00:49 |
| 24 | you to take and instructions that we gave you | 10:00:52 |
| 25 | but not specific communications. | 10:00:56 |

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025                          25

| | | |
|---|---|---|
| 1 | A.   I was responsible for all the analyses | 10:01:00 |
| 2 | that were conducted in deciding which analyses to | 10:01:02 |
| 3 | do, and they were chosen in order to address the | 10:01:05 |
| 4 | assignment that I was given by counsel. | 10:01:10 |
| 5 | Q.   Did you receive any other instructions | 10:01:14 |
| 6 | from counsel besides what is memorialized in this | 10:01:17 |
| 7 | letter? | 10:01:20 |
| 8 | A.   No. | 10:01:22 |
| 9 | Q.   Okay.  All right.  We will stop sharing | 10:01:23 |
| 10 | this screen. | 10:01:25 |
| 11 | ATTORNEY JONES:  And, Andy, I don't know | 10:01:28 |
| 12 | if this is a technical issue on my end, but I | 10:01:30 |
| 13 | was never -- I'm still not able to see that | 10:01:32 |
| 14 | document in the chat.  It looks like it may | 10:01:34 |
| 15 | have popped up -- | 10:01:38 |
| 16 | THE WITNESS:  Yeah, I got it. | 10:01:39 |
| 17 | ATTORNEY JONES:  -- on Carolyn's screen -- | 10:01:42 |
| 18 | so. | 10:01:44 |
| 19 | THE WITNESS:  It could have been a direct | 10:01:46 |
| 20 | message. | 10:01:47 |
| 21 | ATTORNEY JONES:  Maybe we can handle this | 10:01:48 |
| 22 | off the record with Stanley. | 10:01:50 |
| 23 | ATTORNEY JACKSON:  It's not on my screen | 10:01:51 |
| 24 | either. | 10:01:51 |
| 25 | THE COURT REPORTER:  Sorry, who just said | 10:01:51 |

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025                          26

| | | |
|---|---|---|
| 1 | that?  It did not highlight in time. | 10:01:51 |
| 2 | ATTORNEY JACKSON:  Sorry, this is | 10:02:03 |
| 3 | Gabrielle Jackson, one of the attorneys for the | 10:02:03 |
| 4 | plaintiffs. | 10:02:08 |
| 5 | THE WITNESS:  Yeah, I see the letter on my | 10:02:15 |
| 6 | chat, so I wonder if Andy might have sent it | 10:02:17 |
| 7 | directly. | 10:02:20 |
| 8 | ATTORNEY JACKSON:  I see the letter in the | 10:02:34 |
| 9 | chat, as well. | 10:02:36 |
| 10 | ATTORNEY BARDOS:  I'm not sure what to do | 10:02:36 |
| 11 | about that. | 10:02:36 |
| 12 | ATTORNEY JONES:  Do you want to send them | 10:02:38 |
| 13 | to me, or I can just email them? | 10:02:39 |
| 14 | ATTORNEY BARDOS:  Yeah, let's -- if it's | 10:02:41 |
| 15 | okay with everyone, let's keep going for now, | 10:02:42 |
| 16 | and maybe at a break, I will just send the | 10:02:46 |
| 17 | exhibits maybe to Carmen, and she can be in | 10:02:49 |
| 18 | charge of that. | 10:02:51 |
| 19 | If that's okay with you, Carmen. | 10:02:53 |
| 20 | ATTORNEY CARTAYA:  Yes. | 10:02:56 |
| 21 | Q.  So, Dr. Abbott, I would like to begin | 10:02:58 |
| 22 | talking about your bottom line conclusions in this | 10:03:02 |
| 23 | case, and I've seen them formulated in different | 10:03:04 |
| 24 | ways or maybe they're different opinions in your | 10:03:06 |
| 25 | report, but I just want to understand that I | 10:03:09 |

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025                                    27

| | | |
|---|---|---|
| 1 | understand what your conclusions are. | 10:03:10 |
| 2 | In your rebuttal in paragraph 7, you say | 10:03:13 |
| 3 | that you never concluded in your initial report | 10:03:15 |
| 4 | whether race did or did not predominate. | 10:03:19 |
| 5 | So is it accurate to say that you are not | 10:03:24 |
| 6 | rendering an opinion on whether race predominated in | 10:03:26 |
| 7 | the drawing of the challenge districts? | 10:03:31 |
| 8 | A.   I'm stating that my report never concluded | 10:03:35 |
| 9 | that.  My report -- my report's conclusions are | 10:03:37 |
| 10 | consistent with the idea that race may have | 10:03:41 |
| 11 | predominated, but I never used that term. | 10:03:44 |
| 12 | I was not asked if race predominated. | 10:03:47 |
| 13 | It's a question that I do not feel comfortable | 10:03:51 |
| 14 | concluding, given that it's a -- it seems like more | 10:03:54 |
| 15 | of a legal distinction.  So I believe my evidence is | 10:03:57 |
| 16 | consistent with that conclusion but that's not a | 10:04:02 |
| 17 | conclusion for me, as the legal expert witness, to | 10:04:04 |
| 18 | make. | 10:04:06 |
| 19 | Q.   Okay.  So that is, just to be clear, you | 10:04:07 |
| 20 | are not offering, in this case, as an expert | 10:04:11 |
| 21 | witness, the opinion that race predominated in the | 10:04:14 |
| 22 | drawing of the challenge districts? | 10:04:18 |
| 23 | A.   I am not concluding that from my evidence. | 10:04:22 |
| 24 | My evidence is consistent with that conclusion. | 10:04:24 |
| 25 | Q.   Okay.  And what does it mean to be | 10:04:28 |

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025                                    28

| | | |
|---|---|---|
| 1 | consistent with a conclusion? | 10:04:31 |
| 2 | A.   It means that it is one possible | 10:04:34 |
| 3 | conclusion, one possible outcome from my evidence, | 10:04:39 |
| 4 | but it is not the only possible outcome. | 10:04:44 |
| 5 | Q.   Okay.  So is it accurate to say, then, | 10:04:47 |
| 6 | that when you say that your report is consistent | 10:04:58 |
| 7 | with the idea of predominance, that means that it | 10:05:02 |
| 8 | can't be ruled out based on your report? | 10:05:07 |
| 9 | ATTORNEY JONES:  Objection to form. | 10:05:10 |
| 10 | A.   I think that's correct. | 10:05:12 |
| 11 | Q.   Okay.  But it also means that your report | 10:05:13 |
| 12 | and your analyses do not compel the conclusion that | 10:05:19 |
| 13 | race predominated? | 10:05:22 |
| 14 | A.   I believe that's also correct as someone | 10:05:26 |
| 15 | who is not responsible for making that legal | 10:05:28 |
| 16 | distinction. | 10:05:31 |
| 17 | Q.   Okay.  You also say -- and this is in | 10:05:33 |
| 18 | paragraph 10 of your rebuttal report that race was a | 10:05:38 |
| 19 | factor in drawing the enacted map. | 10:05:43 |
| 20 | So is it your opinion that race was a | 10:05:46 |
| 21 | factor in drawing the challenge districts? | 10:05:48 |
| 22 | A.   Can I check my rebuttal report in front of | 10:05:52 |
| 23 | me? | 10:05:54 |
| 24 | Q.   Yes, it's in paragraph 10. | 10:05:56 |
| 25 | A.   You said paragraph 10? | 10:06:05 |

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025                              29

| | | |
|---|---|---|
| 1 | Q.   Correct. | 10:06:08 |
| 2 | A.   Yeah.  So I say in my rebuttal report that | 10:06:11 |
| 3 | the -- my analysis strongly suggests that race was a | 10:06:14 |
| 4 | factor. | 10:06:24 |
| 5 | Q.   Okay.  And is that -- and so you were not | 10:06:25 |
| 6 | rendering the opinion that race was, in fact, a | 10:06:29 |
| 7 | factor, but rather that the evidence strongly | 10:06:33 |
| 8 | suggests that it was? | 10:06:36 |
| 9 | A.   Correct. | 10:06:37 |
| 10 | Q.   Okay.  Do you have an opinion about | 10:06:38 |
| 11 | whether race should be considered in drawing | 10:06:44 |
| 12 | districts? | 10:06:47 |
| 13 | A.   No. | 10:06:47 |
| 14 | Q.   Okay.  So you don't have an opinion, | 10:06:48 |
| 15 | personally or within this case, whether legislatures | 10:06:50 |
| 16 | should take into account where minority voters live | 10:06:59 |
| 17 | when they draw districts? | 10:07:03 |
| 18 | A.   I do not have a professional expert | 10:07:06 |
| 19 | opinion. | 10:07:08 |
| 20 | Q.   Okay.  In paragraph 51 of your rebuttal | 10:07:09 |
| 21 | report, you say. | 10:07:15 |
| 22 | "The choices" -- | 10:07:20 |
| 23 | And I'll give you a moment to find it. | 10:07:22 |
| 24 | A.   Yup. | 10:07:25 |
| 25 | Q.   You say: | 10:07:26 |

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025                           30

| | | |
|---|---|---|
| 1 | "The choices made in the drawing of the | 10:07:27 |
| 2 | enacted map were not racially neutral, but | 10:07:29 |
| 3 | instead, were made in a manner so | 10:07:33 |
| 4 | consistent that they cannot be explained | 10:07:36 |
| 5 | by random choice." | 10:07:38 |
| 6 | Do you see that? | 10:07:41 |
| 7 | A.   Yes. | 10:07:42 |
| 8 | Q.   Okay.  And what do you mean by "racially | 10:07:42 |
| 9 | neutral"? | 10:07:44 |
| 10 | A.   I mean by "racially neutral," that the | 10:07:56 |
| 11 | decisions were made without any regard to race. | 10:07:59 |
| 12 | Q.   Okay.  And so when you say that, "The | 10:08:02 |
| 13 | choices made in the drawing of the enacted map were | 10:08:05 |
| 14 | not racially neutral," are you saying that the | 10:08:08 |
| 15 | choices were made with regard to race? | 10:08:13 |
| 16 | A.   I'm saying that the map was drawn in such | 10:08:16 |
| 17 | a way that race was taken into consideration. | 10:08:18 |
| 18 | Q.   Okay.  And now that seems to be saying a | 10:08:20 |
| 19 | little more than that your evidence strongly | 10:08:23 |
| 20 | suggests that race was a factor. | 10:08:26 |
| 21 | So are you saying that race was taken into | 10:08:28 |
| 22 | consideration and was a factor or simply that your | 10:08:30 |
| 23 | analysis strongly suggests that it was? | 10:08:37 |
| 24 | A.   We talked before about how my evidence | 10:08:39 |
| 25 | strongly -- my evidence suggests that race was a | 10:08:43 |

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025                          31

| | | |
|---|---|---|
| 1 | predominant factor, versus it being a predominant | 10:08:46 |
| 2 | factor. | 10:08:49 |
| 3 | Now we're talking about whether race was a | 10:08:49 |
| 4 | factor at all. | 10:08:51 |
| 5 | Q.   Okay.  So let's -- let's go back a little | 10:08:52 |
| 6 | bit. | 10:08:55 |
| 7 | So are you saying now that, with respect | 10:08:56 |
| 8 | to predominance -- so I thought -- I thought you | 10:08:58 |
| 9 | were saying before, that predominance is a | 10:09:03 |
| 10 | possibility and that it can't be ruled out. | 10:09:07 |
| 11 | Are you saying now that your evidence, or | 10:09:10 |
| 12 | your analysis, suggests that race was, in fact, the | 10:09:12 |
| 13 | predominant factor? | 10:09:16 |
| 14 | A.   I'm saying that my evidence is consistent | 10:09:17 |
| 15 | with that claim. | 10:09:20 |
| 16 | Q.   Okay.  So not necessarily that it suggests | 10:09:21 |
| 17 | that it was. | 10:09:23 |
| 18 | A.   It's very difficult, from observational | 10:09:26 |
| 19 | data, to make causal claims.  So what we have here | 10:09:29 |
| 20 | is a series of correlational claims and | 10:09:33 |
| 21 | circumstantial evidence. | 10:09:38 |
| 22 | Q.   Okay.  And you would agree that | 10:09:40 |
| 23 | correlation does not prove causation? | 10:09:41 |
| 24 | A.   Correct. | 10:09:47 |
| 25 | Q.   And then I believe when we were talking | 10:09:49 |

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025                                   32

| | | |
|---|---|---|
| 1 | about whether race was a factor, and we looked at | 10:09:50 |
| 2 | paragraph 10, and where you had written that your | 10:09:57 |
| 3 | evidence strongly suggests that race was a factor, | 10:09:59 |
| 4 | I'm trying to square that now with what you say in | 10:10:03 |
| 5 | paragraph 51, where you say that: | 10:10:07 |
| 6 | "The choices made and the drawing of the | 10:10:09 |
| 7 | enacted map were not racially neutral." | 10:10:12 |
| 8 | So are you asserting, as an opinion in | 10:10:15 |
| 9 | this case, that the maps were drawn in a manner that | 10:10:21 |
| 10 | is -- or that the decisions that were made were not | 10:10:23 |
| 11 | racially neutral? | 10:10:27 |
| 12 | A.   My quantitative and statistical evidence | 10:10:30 |
| 13 | suggests that the map was not drawn in a racially | 10:10:32 |
| 14 | neutral way.  That there were decisions that were | 10:10:36 |
| 15 | made that cannot be attributed to random chance or | 10:10:39 |
| 16 | mistakes.  And that race would have had to have | 10:10:42 |
| 17 | factored in in some way. | 10:10:47 |
| 18 | Q.   Okay.  And we talked about, when we were | 10:10:48 |
| 19 | talking about predominance, that -- that your | 10:10:52 |
| 20 | conclusion is consistent with predominance but | 10:10:56 |
| 21 | doesn't necessarily compel the conclusion that race | 10:10:58 |
| 22 | predominated. | 10:11:01 |
| 23 | Is the same true of your opinion that race | 10:11:03 |
| 24 | was a factor?  Is that -- are you saying that your | 10:11:05 |
| 25 | opinions are consistent with the idea that race was | 10:11:09 |

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025                    33

| | | |
|---|---|---|
| 1 | a factor and that -- and that can't be ruled out, or | 10:11:12 |
| 2 | are you saying that your evidence compels the | 10:11:21 |
| 3 | conclusion or suggests the conclusion that race was | 10:11:23 |
| 4 | a factor? | 10:11:25 |
| 5 | A.   My evidence suggests that race was a | 10:11:26 |
| 6 | factor, and the statistical likelihood that it was | 10:11:29 |
| 7 | not is extremely low. | 10:11:30 |
| 8 | Q.   Okay.  Then in paragraph 5 of your initial | 10:11:32 |
| 9 | report, you say, you say that you -- | 10:11:39 |
| 10 | "...have been asked by Plaintiffs' | 10:11:53 |
| 11 | counsel, in this case, to examine whether | 10:11:57 |
| 12 | and the extent to which race explains the | 10:12:00 |
| 13 | shape and boundaries of challenge | 10:12:00 |
| 14 | districts." | 10:12:04 |
| 15 | Did you conclude, in this case, that race | 10:12:07 |
| 16 | explains the shape and boundaries of the challenge | 10:12:09 |
| 17 | districts? | 10:12:11 |
| 18 | A.   I concluded that race was a likely | 10:12:12 |
| 19 | explanation, at least one explanation, for the shape | 10:12:14 |
| 20 | and boundaries. | 10:12:16 |
| 21 | Q.   Okay.  So does your -- is your analysis -- | 10:12:19 |
| 22 | let me start over. | 10:12:24 |
| 23 | So you did not conclude that race was the | 10:12:25 |
| 24 | sole explanation for the shape and boundaries of the | 10:12:29 |
| 25 | districts? | 10:12:32 |

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025                                    34

| | | |
|---|---|---|
| 1 | A.   Correct. | 10:12:33 |
| 2 | Q.   Okay.  And would you agree that there | 10:12:33 |
| 3 | could be multiple explanations for the shape and | 10:12:36 |
| 4 | boundaries of a particular district? | 10:12:40 |
| 5 | ATTORNEY JONES:  Objection to form. | 10:12:45 |
| 6 | A.   I would say that there may very well be | 10:12:48 |
| 7 | other explanations, in addition to race.  But, | 10:12:51 |
| 8 | again, my evidence and my analysis suggests that | 10:12:55 |
| 9 | race was an important factor. | 10:13:00 |
| 10 | Q.   Okay.  And so -- so just to be clear, | 10:13:01 |
| 11 | you're not asserting that race was the sole factor | 10:13:05 |
| 12 | that the legislature considered in drawing the | 10:13:13 |
| 13 | challenge districts? | 10:13:16 |
| 14 | A.   I cannot conclude that from my data and my | 10:13:18 |
| 15 | analysis. | 10:13:21 |
| 16 | Q.   Okay.  Now, you had mentioned important | 10:13:22 |
| 17 | factor.  So let me -- let me ask to you take a look | 10:13:26 |
| 18 | at paragraph 9 of your initial report.  And in | 10:13:31 |
| 19 | paragraph 9, you say: | 10:13:38 |
| 20 | "Florida's 2020 congressional and state | 10:13:41 |
| 21 | house maps are consistent with the idea | 10:13:43 |
| 22 | that race played a significant role in | 10:13:45 |
| 23 | shaping the state legislature's | 10:13:47 |
| 24 | redistricting decisions in drawing these | 10:13:49 |
| 25 | study districts." | 10:13:52 |

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025                              35

| | | |
|---|---|---|
| 1 | So I guess my first question is, since you've | 10:13:57 |
| 2 | already said that you're not rendering an opinion | 10:14:00 |
| 3 | on whether race predominated, I assume that when | 10:14:03 |
| 4 | you say "significant role," you mean something | 10:14:06 |
| 5 | other than that race predominated. | 10:14:09 |
| 6 | A.   "Predominated" and "significant," I don't | 10:14:11 |
| 7 | know that there's a legal distinction or what the | 10:14:13 |
| 8 | legal definition is because I'm not retained for | 10:14:16 |
| 9 | that role or for that job.  But, again, my language | 10:14:20 |
| 10 | does not say that race played a significant role; it | 10:14:25 |
| 11 | says that my analysis and my evidence is consistent | 10:14:29 |
| 12 | with the idea that it played a significant role. | 10:14:31 |
| 13 | Q.   Fair enough.  In your mind, though, is | 10:14:34 |
| 14 | "significant" and "predominant," are those synonyms, | 10:14:36 |
| 15 | or do you see a difference between those two terms? | 10:14:44 |
| 16 | A.   I think there is a casual difference, but | 10:14:48 |
| 17 | legally, I don't know. | 10:14:50 |
| 18 | Q.   Okay.  But what is -- apart from legally, | 10:14:50 |
| 19 | I understand that you're not opining on that, but | 10:14:53 |
| 20 | what is the difference that you see between | 10:14:59 |
| 21 | "significant" and "predominant"? | 10:15:00 |
| 22 | A.   "Significant," suggests to me that the | 10:15:02 |
| 23 | role was a factor, and an important factor, and | 10:15:07 |
| 24 | without it, the districts would look very different. | 10:15:10 |
| 25 | But "predominant" implies to me that it's | 10:15:13 |

| | | |
|---|---|---|
| 1 | the most important or the only important -- the only | 10:15:17 |
| 2 | factor in the drawing of the districts. | 10:15:21 |
| 3 | Q.   Okay.  And did you, in your reports, | 10:15:22 |
| 4 | review the extent to which other factors, for | 10:15:31 |
| 5 | example, compactness or other nonracial factors, | 10:15:34 |
| 6 | might have influenced drawing of the districts? | 10:15:38 |
| 7 | A.   I did not. | 10:15:42 |
| 8 | Q.   Okay.  And you were not asked to review | 10:15:44 |
| 9 | those nonracial factors? | 10:15:46 |
| 10 | A.   Correct. | 10:15:49 |
| 11 | Q.   And so you wouldn't be able to opine, | 10:15:53 |
| 12 | then, on the relative weight or importance of racial | 10:15:56 |
| 13 | versus nonracial factors in drawing the districts? | 10:16:01 |
| 14 | A.   I could not. | 10:16:06 |
| 15 | Q.   Okay.  When you use the term "significant | 10:16:08 |
| 16 | role," how do you measure or determine significance? | 10:16:18 |
| 17 | A.   Again, this was not part of the analysis. | 10:16:27 |
| 18 | This was a conclusion that was drawn from the | 10:16:32 |
| 19 | evidence and from the data that I had.  It was not | 10:16:37 |
| 20 | defined in any -- in any real terms. | 10:16:41 |
| 21 | Q.   Okay.  And so when you say -- when you say | 10:16:45 |
| 22 | that your analysis is consistent with the idea that | 10:16:49 |
| 23 | race plays a significant role, what do you mean by | 10:16:53 |
| 24 | "significant role"? | 10:16:58 |
| 25 | A.   A role that mattered, a role that had an | 10:17:00 |

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025                    37

| | | |
|---|---|---|
| 1 | impact on what the map looked like and on the | 10:17:03 |
| 2 | outcomes. | 10:17:05 |
| 3 | Q.   Okay.  All right. | 10:17:06 |
| 4 | And you've mentioned, or I think you | 10:17:10 |
| 5 | alluded to this, but let me just confirm:  You're | 10:17:12 |
| 6 | not rendering an opinion on -- on any legal | 10:17:14 |
| 7 | conclusions in this case, correct? | 10:17:19 |
| 8 | A.   That is correct. | 10:17:21 |
| 9 | Q.   Okay.  And are you a lawyer? | 10:17:21 |
| 10 | A.   I am not. | 10:17:24 |
| 11 | Q.   Okay. | 10:17:25 |
| 12 | Okay.  Let's begin with the substance of | 10:17:54 |
| 13 | your analysis.  Now, if you could turn to page -- | 10:17:57 |
| 14 | I'm sorry, paragraph 17 in your expert report. | 10:18:02 |
| 15 | ATTORNEY BARDOS:  And I will -- and I will | 10:18:13 |
| 16 | try to send this through the chat.  I'm not | 10:18:15 |
| 17 | making any promises, but I will try to | 10:18:17 |
| 18 | circulate this to everyone. | 10:18:19 |
| 19 | THE WITNESS:  Yes. | 10:18:20 |
| 20 | ATTORNEY CARTAYA:  Yes. | 10:18:30 |
| 21 | ATTORNEY BARDOS:  So hopefully everyone | 10:18:31 |
| 22 | has that.  There it is. | 10:18:32 |
| 23 | Q.   So let's begin with paragraph 17. | 10:18:36 |
| 24 | ATTORNEY JONES:  Just for the record, I'm | 10:18:40 |
| 25 | still not -- | 10:18:41 |

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025                    38

| | | |
|---|---|---|
| 1 | ATTORNEY BARDOS:  You don't see it, | 10:18:42 |
| 2 | Patrick? | 10:18:43 |
| 3 | ATTORNEY JACKSON:  I don't see have it | 10:18:46 |
| 4 | either.  Is there another group or thread going | 10:18:48 |
| 5 | on? | 10:18:50 |
| 6 | ATTORNEY CARTAYA:  Are you guys looking at | 10:18:58 |
| 7 | the chat function?  I can email it to you. | 10:18:59 |
| 8 | ATTORNEY BARDOS:  And so who needs it? | 10:19:16 |
| 9 | Patrick? | 10:19:18 |
| 10 | Andrea, you have it? | 10:19:18 |
| 11 | ATTORNEY OJEDA:  I have it. | 10:19:21 |
| 12 | ATTORNEY BARDOS:  Who else? | 10:19:24 |
| 13 | ATTORNEY JACKSON:  I need it. | 10:19:28 |
| 14 | ATTORNEY BARDOS:  Okay. | 10:19:31 |
| 15 | Q.   Okay.  So paragraph 17, and this is the | 10:19:32 |
| 16 | paragraph in which you -- you mention that -- and | 10:19:35 |
| 17 | we're talking about the congressional map here.  So | 10:19:41 |
| 18 | we begin talking about the congressional map.  And | 10:19:43 |
| 19 | you say that the Hispanic voting-age population of | 10:19:46 |
| 20 | the -- of District 26, and its seven bordering | 10:19:50 |
| 21 | districts, is 45.6 percent.  And then you have a | 10:19:57 |
| 22 | table showing the Hispanic voting-age population of | 10:20:00 |
| 23 | each of those eight congressional districts. | 10:20:04 |
| 24 | What conclusions or inferences do you draw | 10:20:08 |
| 25 | from the information presented in that paragraph, | 10:20:11 |

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025                      39

| | | |
|---|---|---|
| 1 | including the Table 1? | 10:20:13 |
| 2 | A.   So as I say in the paragraph, the | 10:20:17 |
| 3 | protected districts, 26, 27, 28, have Hispanic VAP | 10:20:22 |
| 4 | that is far above -- far above the overall regional | 10:20:28 |
| 5 | Hispanic VAP, and then there are districts, | 10:20:37 |
| 6 | particularly 18, 19, 20, and 24, that have Hispanic | 10:20:38 |
| 7 | VAP that's far below the regional average, and that | 10:20:45 |
| 8 | District 25 is really the only one that comes close | 10:20:48 |
| 9 | to the average for the region. | 10:20:52 |
| 10 | Q.   Okay.  And are you drawing inferences from | 10:20:54 |
| 11 | that, or are you simply presenting data? | 10:20:56 |
| 12 | A.   I'm primarily presenting data there, but | 10:20:59 |
| 13 | also concluding that there's a large gap between the | 10:21:03 |
| 14 | average regional Hispanic VAP and the individual | 10:21:08 |
| 15 | districts. | 10:21:11 |
| 16 | Q.   Okay.  And are you suggesting that if race | 10:21:12 |
| 17 | were not considered, we wouldn't see such a gap? | 10:21:14 |
| 18 | A.   I'm not suggesting that in this paragraph, | 10:21:25 |
| 19 | no. | 10:21:27 |
| 20 | Q.   Okay.  So you are not attributing that | 10:21:27 |
| 21 | fact to race as opposed to anything else? | 10:21:31 |
| 22 | A.   Not that fact by itself.  Not in | 10:21:33 |
| 23 | isolation. | 10:21:35 |
| 24 | Q.   Okay.  And you would agree that -- or let | 10:21:35 |
| 25 | me ask this:  Did you assess the Hispanic voting-age | 10:21:37 |

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025                    40

| | | |
|---|---|---|
| 1 | population of the different counties that make up | 10:21:41 |
| 2 | those eight districts? | 10:21:43 |
| 3 | A.   Further on in my report, I have a county | 10:21:44 |
| 4 | analysis. | 10:21:44 |
| 5 | Q.   Okay.  And do you recall what the HVAP is | 10:21:54 |
| 6 | for Miami-Dade County? | 10:21:57 |
| 7 | A.   Not off the top of my head, no. | 10:22:00 |
| 8 | Q.   Okay.  Does 69.8 percent sound about | 10:22:02 |
| 9 | right? | 10:22:06 |
| 10 | A.   Yeah, sounds about right. | 10:22:07 |
| 11 | Q.   And do you know whether any of the other | 10:22:09 |
| 12 | counties that comprised those eight districts comes | 10:22:11 |
| 13 | close to 69 percent HVAP? | 10:22:13 |
| 14 | ATTORNEY JONES:  Objection to form. | 10:22:18 |
| 15 | A.   I can't tell you off the top of my head. | 10:22:20 |
| 16 | Q.   Okay.  And so -- all right. | 10:22:22 |
| 17 | Is it -- I mean, are you putting -- I | 10:22:28 |
| 18 | guess I just want to know, are you suggesting that | 10:22:39 |
| 19 | this disparity in HVAPS between the congressional | 10:22:42 |
| 20 | districts is somehow pertinent or meaningful to your | 10:22:49 |
| 21 | analysis? | 10:22:52 |
| 22 | A.   I'm saying that, in combination with the | 10:22:53 |
| 23 | fact that the protected districts, which on average | 10:22:54 |
| 24 | have much higher HVAP than the rest of the region, | 10:22:58 |
| 25 | in combination with that fact, that they have very | 10:23:04 |

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025                              41

| | | |
|---|---|---|
| 1 | low spread of the protected districts of HVAP, | 10:23:06 |
| 2 | suggests that they were drawn in a way to accomplish | 10:23:08 |
| 3 | that purpose. | 10:23:12 |
| 4 | Q.   Okay.  Do you think it's unusual that | 10:23:13 |
| 5 | districts that are predominantly based in Miami-Dade | 10:23:17 |
| 6 | would have higher HVAP versus districts that are not | 10:23:20 |
| 7 | primarily based in Miami-Dade? | 10:23:24 |
| 8 | ATTORNEY JONES:  Objection to form. | 10:23:29 |
| 9 | A.   I don't know that is particularly | 10:23:30 |
| 10 | surprising, but that is a decision that the | 10:23:31 |
| 11 | mapmakers made. | 10:23:33 |
| 12 | Q.   Right.  Well, not necessarily.  I mean, | 10:23:35 |
| 13 | you know that there have to be some districts that | 10:23:37 |
| 14 | are based primarily in Miami-Dade, correct? | 10:23:39 |
| 15 | A.   Based on the demography and the geography | 10:23:44 |
| 16 | of South Florida, there are some districts that have | 10:23:48 |
| 17 | to be made up primarily of Miami-Dade, correct. | 10:23:53 |
| 18 | Q.   And do you know what the HVAP is of | 10:23:58 |
| 19 | neighboring Collier County? | 10:24:00 |
| 20 | A.   Not off the top of my head. | 10:24:03 |
| 21 | Q.   Or Lee County or Monroe County? | 10:24:04 |
| 22 | A.   Not off the top of my head. | 10:24:11 |
| 23 | Q.   Okay.  Or Glades or Highlands or Polk | 10:24:12 |
| 24 | counties? | 10:24:16 |
| 25 | A.   I don't know the specific HVAPs of those | 10:24:17 |

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025                    42

| | | |
|---|---|---|
| 1 | counties off the top of my head. | 10:24:20 |
| 2 | Q.   Okay.  And I believe in your rebuttal | 10:24:22 |
| 3 | report, paragraph -- let's turn to paragraph 24. | 10:24:25 |
| 4 | ATTORNEY JONES:  So used to unmuting | 10:24:39 |
| 5 | myself on Zoom, so I just keep doing it. | 10:24:41 |
| 6 | I don't know if this has been marked out | 10:24:44 |
| 7 | as an exhibit. | 10:24:45 |
| 8 | ATTORNEY BARDOS:  It has not yet.  I can | 10:24:47 |
| 9 | enter it into the chat, and then trust Carmen | 10:24:50 |
| 10 | to do the rest. | 10:24:53 |
| 11 | ATTORNEY CARTAYA:  I've already sent you | 10:24:56 |
| 12 | the other emails. | 10:24:57 |
| 13 | ATTORNEY BARDOS:  Okay.  I'm uploading the | 10:25:01 |
| 14 | rebuttal reporting right now.  Okay. | 10:25:02 |
| 15 | Q.   So do you see paragraph 24? | 10:25:07 |
| 16 | A.   I do. | 10:25:09 |
| 17 | Q.   And you say in paragraph 24: | 10:25:09 |
| 18 | "I do not opine that a mapmaker could or | 10:25:12 |
| 19 | should attempt to achieve a uniform | 10:25:13 |
| 20 | Hispanic distribution in the region | 10:25:13 |
| 21 | overall." | 10:25:15 |
| 22 | Did you see that? | 10:25:17 |
| 23 | A.   I do. | 10:25:18 |
| 24 | Q.   And is that an accurate statement of your | 10:25:18 |
| 25 | views? | 10:25:20 |

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025                          43

| | | |
|---|---|---|
| 1 | A.   Yes. | 10:25:22 |
| 2 | Q.   Okay.  Now, this district that you've | 10:25:23 |
| 3 | defined here of eight districts, would you agree | 10:25:27 |
| 4 | that eight out of 28 districts is nearly 30 percent | 10:25:31 |
| 5 | of Florida's congressional districts? | 10:25:36 |
| 6 | A.   Eight out of 28 is nearly 30 percent; that | 10:25:41 |
| 7 | sounds right. | 10:25:44 |
| 8 | Q.   So that's a fairly large area of the | 10:25:47 |
| 9 | state, 30 percent. | 10:25:50 |
| 10 | A.   I don't -- I don't have an opinion about | 10:25:55 |
| 11 | whether that's large or not. | 10:25:57 |
| 12 | Q.   Okay.  And so, you would agree that -- | 10:25:59 |
| 13 | that those eight districts wouldn't necessarily have | 10:26:02 |
| 14 | the same or even a similar HVAP, correct? | 10:26:05 |
| 15 | A.   That's correct. | 10:26:11 |
| 16 | Q.   And the HVAP really depends on the | 10:26:13 |
| 17 | differences in the distribution of Hispanic | 10:26:18 |
| 18 | voting-age population across those eight districts, | 10:26:23 |
| 19 | correct? | 10:26:26 |
| 20 | A.   The map can be drawn in any way. | 10:26:29 |
| 21 | Q.   Okay.  And there's no reason, in fact, to | 10:26:32 |
| 22 | expect that a district drawn in Lee County, for | 10:26:35 |
| 23 | example, would have the same HVAP as a district | 10:26:39 |
| 24 | drawn in Miami-Dade County, correct? | 10:26:42 |
| 25 | A.   That correct, but, again, the lines were | 10:26:45 |

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025                    44

| | | |
|---|---|---|
| 1 | a choice.  I mean, they were not -- they did not | 10:26:50 |
| 2 | follow county lines. | 10:26:53 |
| 3 | Q.   Do you know whether it would be possible | 10:26:56 |
| 4 | to draw eight districts in South Florida with | 10:26:57 |
| 5 | similar HVAPs? | 10:27:03 |
| 6 | A.   Can you -- can you ask the question again? | 10:27:06 |
| 7 | Q.   Do you think it would be possible to draw | 10:27:08 |
| 8 | these eight districts in South Florida in a manner | 10:27:12 |
| 9 | that results in similar HVAPs across the eight | 10:27:14 |
| 10 | districts? | 10:27:18 |
| 11 | A.   I don't know.  I didn't do it. | 10:27:19 |
| 12 | Q.   Okay.  Do you know whether Dr. McCartan's | 10:27:21 |
| 13 | maps also display a -- a divergence or a | 10:27:26 |
| 14 | dissimilarity of HVAPs across these eight districts? | 10:27:32 |
| 15 | A.   There are some dissimilarities across the | 10:27:35 |
| 16 | districts.  There's a different distribution of | 10:27:39 |
| 17 | those HVAPs. | 10:27:41 |
| 18 | Q.   And I believe you wrote in your report, | 10:27:42 |
| 19 | when you were talking about regional variations in | 10:28:06 |
| 20 | HVAP within Miami-Dade County, that because of those | 10:28:12 |
| 21 | variations, you were surprised to see the three | 10:28:17 |
| 22 | congressional districts that are challenged in this | 10:28:20 |
| 23 | case had similar HVAPs; is that accurate? | 10:28:21 |
| 24 | A.   I don't know if I specifically referenced | 10:28:26 |
| 25 | Miami-Dade County in my claim. | 10:28:29 |

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025                    45

| | | |
|---|---|---|
| 1 | Q.   Okay.  All right.  We'll get there and | 10:28:32 |
| 2 | look at that. | 10:28:36 |
| 3 |       Let's move to paragraph 18.  And this is | 10:28:36 |
| 4 | where you talk about the HVAP of the three -- well, | 10:28:38 |
| 5 | you call them three protected districts, districts | 10:28:45 |
| 6 | 26, 27, and 28, and you opine that those HVAPs are | 10:28:48 |
| 7 | remarkably uniform; is that correct? | 10:28:55 |
| 8 | A.   That is correct. | 10:28:58 |
| 9 | Q.   And I don't -- you're not opining, or are | 10:29:00 |
| 10 | you, that the result, the outcome, the fact that we | 10:29:05 |
| 11 | have three districts with similar HVAPs necessarily | 10:29:09 |
| 12 | proves an intent to produce that result; are you? | 10:29:14 |
| 13 |       ATTORNEY JONES:  Objection to form. | 10:29:20 |
| 14 | A.   I'm not making any claim about -- about | 10:29:23 |
| 15 | whether there was an intent or not an intent.  It's | 10:29:26 |
| 16 | a subjective mindset of the mapmakers. | 10:29:29 |
| 17 | Q.   Okay.  Are you -- are you claiming that | 10:29:33 |
| 18 | the mere fact that those HVAPs are similar to each | 10:29:35 |
| 19 | other, by itself, suggests that race was a factor in | 10:29:38 |
| 20 | drawing those three districts? | 10:29:44 |
| 21 | A.   I'm saying it is very surprising how | 10:29:48 |
| 22 | similar those districts look on HVAP, considering | 10:29:51 |
| 23 | the overall demography of the region in which they | 10:29:55 |
| 24 | are drawn. | 10:29:58 |
| 25 | Q.   Okay.  And tell me why it's surprising. | 10:29:59 |

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025                      46

| | | |
|---|---|---|
| 1 | A.   It's surprising because there's a great | 10:30:05 |
| 2 | deal of demographic variation in this area, and so | 10:30:08 |
| 3 | if there's a great deal of demographic variation, | 10:30:13 |
| 4 | you'd expect there to be a fairly -- a fair amount | 10:30:15 |
| 5 | of variation in the composition of these districts. | 10:30:19 |
| 6 | Q.   Okay.  Would you -- why wouldn't you | 10:30:24 |
| 7 | expect that if there is variation in HVAP across | 10:30:30 |
| 8 | this region, that in a district as large as a | 10:30:35 |
| 9 | congressional district, those differences might | 10:30:39 |
| 10 | balance each other out within the district? | 10:30:43 |
| 11 | ATTORNEY JONES:  Objection to form. | 10:30:47 |
| 12 | A.   Can -- I'm not sure what you're asking. | 10:30:49 |
| 13 | Could you ask the question again? | 10:30:52 |
| 14 | Q.   Sure.  So let's say you have one | 10:30:54 |
| 15 | congressional district that has some population with | 10:30:56 |
| 16 | 90 percent HVAP and some population with a | 10:30:58 |
| 17 | 50 percent HVAP, and then in the next district over, | 10:31:02 |
| 18 | you have, likewise, 90 percent in some areas, and | 10:31:04 |
| 19 | 50 percent in others.  Well, those two districts | 10:31:08 |
| 20 | might come out at the same HVAP overall, correct, | 10:31:11 |
| 21 | because those differences might offset each other | 10:31:15 |
| 22 | within each district. | 10:31:18 |
| 23 | Is that not -- why would that not be a | 10:31:20 |
| 24 | reasonable assumption or expectation? | 10:31:22 |
| 25 | A.   They would have to be drawn in that way in | 10:31:26 |

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025                          47

| | | |
|---|---|---|
| 1 | order for them to be composed that way. | 10:31:29 |
| 2 | Q.   Assume a race -- a race-blind draw. | 10:31:34 |
| 3 | Assume that you have a mapmaker who's not | 10:31:37 |
| 4 | considering race, why would it not be a reasonable | 10:31:39 |
| 5 | expectation that differences or variations, | 10:31:44 |
| 6 | regional, of HVAP would, within each district, | 10:31:49 |
| 7 | offset each other and result in similar HVAPs in | 10:31:56 |
| 8 | each of the three districts? | 10:31:59 |
| 9 | A.   So that's -- it's a question of how | 10:32:01 |
| 10 | they're drawn. | 10:32:03 |
| 11 | So I'll give you an example:  If you have | 10:32:03 |
| 12 | a population, and you take five draws of the | 10:32:07 |
| 13 | population based on race or the color of the shirt | 10:32:11 |
| 14 | they're wearing, whatever it is, and every single | 10:32:15 |
| 15 | time, you get that -- those five draws are Hispanic | 10:32:17 |
| 16 | individuals or they're wearing the color blue, and | 10:32:23 |
| 17 | you do it over and over and over again, and you keep | 10:32:25 |
| 18 | getting five blue shirts or five Hispanic people, | 10:32:28 |
| 19 | you would presume the most likely way that the | 10:32:31 |
| 20 | population looks is that everyone was wearing blue | 10:32:35 |
| 21 | or everyone is Hispanic. | 10:32:39 |
| 22 | It would be very unlikely that you just | 10:32:42 |
| 23 | happen to keep drawing the same five, | 10:32:44 |
| 24 | identical-looking individuals if the population | 10:32:46 |
| 25 | actually is quite variable.  It's called the Central | 10:32:52 |

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025                    48

| | | |
|---|---|---|
| 1 | Limit Theorem. | 10:32:55 |
| 2 | But, of course, we only having one drawing | 10:32:57 |
| 3 | of the enacted map, so you have to make inferences | 10:33:01 |
| 4 | about the most likely outcome. | 10:33:04 |
| 5 | Q.   Right.  Let's say you have -- in | 10:33:08 |
| 6 | Miami-Dade, let's say you have -- on each street, | 10:33:14 |
| 7 | you have 90 percent HVAP on one street, 50 percent | 10:33:17 |
| 8 | HVAP on the next street, and it just keeps on going, | 10:33:21 |
| 9 | "90, 50, 90, 50 across the entire region.  If that | 10:33:24 |
| 10 | were the distribution of population, in that case, | 10:33:31 |
| 11 | wouldn't you expect that the three districts have | 10:33:33 |
| 12 | approximately the same HVAP? | 10:33:35 |
| 13 | A.   But that's not what we see on this map. | 10:33:37 |
| 14 | Q.   Okay.  But I'm asking a hypothetical: | 10:33:39 |
| 15 | Wouldn't that be the case? | 10:33:41 |
| 16 | A.   Sorry -- would not -- would what not be | 10:33:45 |
| 17 | the case? | 10:33:48 |
| 18 | Q.   So let's say there's a distribution, so | 10:33:50 |
| 19 | that on one street, you have 90 percent HVAP, the | 10:33:52 |
| 20 | next street over, you have 50 percent HVAP, and it | 10:33:57 |
| 21 | continues that way through the entire region:  90, | 10:34:00 |
| 22 | 50, 90, is 50, consistently throughout the entire | 10:34:05 |
| 23 | region, you see those same variations, and you draw | 10:34:09 |
| 24 | three congressional districts, wouldn't you expect | 10:34:09 |
| 25 | those three congressional districts to have similar | 10:34:12 |

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025                    49

| | | |
|---|---|---|
| 1 | HVAPs? | 10:34:15 |
| 2 | A.   You could, depending upon the way that it | 10:34:16 |
| 3 | was drawn.  But that -- having consistent 90-50 | 10:34:17 |
| 4 | alternations in HVAP is actually a consistent | 10:34:25 |
| 5 | demography.  That's not the sort of demography we | 10:34:30 |
| 6 | see in Southern Florida.  We see variation.  We | 10:34:32 |
| 7 | don't see the 90-50, which on a more granular level, | 10:34:35 |
| 8 | would even out to be 70 percent, right? | 10:34:39 |
| 9 | Q.   Mm-hmm.  And so there are at least some | 10:34:44 |
| 10 | circumstances where variations across the region | 10:34:45 |
| 11 | could offset each other and result in similar HVAPs | 10:34:50 |
| 12 | in each of the districts. | 10:34:55 |
| 13 | A.   I wouldn't call what you just described as | 10:34:57 |
| 14 | variation. | 10:34:59 |
| 15 | Q.   Okay.  You wouldn't call going from 90 to | 10:35:02 |
| 16 | 50, to 90 to 50 as variation? | 10:35:05 |
| 17 | A.   From one block to the next? | 10:35:08 |
| 18 | Q.   Sure. | 10:35:10 |
| 19 | A.   Not -- not at the sort of granular level | 10:35:14 |
| 20 | that we're looking at, no. | 10:35:17 |
| 21 | If that's -- if it's consistent where one | 10:35:19 |
| 22 | block is 90 percent and one block is 50 percent | 10:35:22 |
| 23 | throughout the entire region, I would say that's a | 10:35:25 |
| 24 | pretty non-variable distribution.  That's a pretty | 10:35:27 |
| 25 | consistent or uniform distribution. | 10:35:30 |

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025                          50

| | | |
|---|---|---|
| 1 | Q.   So what did you do to determine that the | 10:35:31 |
| 2 | variations across this region would not balance out | 10:35:36 |
| 3 | in the drawing of congressional districts? | 10:35:41 |
| 4 | A.   This was just a sort of top-down holistic | 10:35:45 |
| 5 | look at the region.  And if you look at Figure 1 in | 10:35:49 |
| 6 | my initial report, you can see that there is a lot | 10:35:52 |
| 7 | of difference in HVAP percentages across this -- | 10:35:56 |
| 8 | this -- these three districts that were drawn on the | 10:36:02 |
| 9 | enacted map, 26, 27, and 28. | 10:36:05 |
| 10 | Q.   Okay.  So you didn't do anything other | 10:36:10 |
| 11 | than look at the map and the data that's expressed | 10:36:12 |
| 12 | on the map to determine that, in drawing | 10:36:15 |
| 13 | congressional districts, the regional variations in | 10:36:18 |
| 14 | HVAP wouldn't balance out or offset each other? | 10:36:23 |
| 15 | A.   At the regional level, yes, that's | 10:36:28 |
| 16 | correct. | 10:36:30 |
| 17 | Q.   Okay.  How do you explain Dr. McCartan's | 10:36:30 |
| 18 | map B2, which has similar HVAPs in districts 26, 27, | 10:36:35 |
| 19 | and 28 to the enacted map? | 10:36:40 |
| 20 | ATTORNEY JONES:  Objection to form. | 10:36:45 |
| 21 | A.   I don't know what you mean by how do I | 10:36:45 |
| 22 | explain it. | 10:36:47 |
| 23 | Q.   So you're aware that Mr. McCartan's map B2 | 10:36:48 |
| 24 | has a similar distribution of HVAPs across districts | 10:36:52 |
| 25 | 26, 27, and 28 as the enacted map, correct? | 10:36:56 |

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025                    51

| | | |
|---|---|---|
| 1 | A.    Correct. | 10:37:00 |
| 2 | Q.    Okay.  And so if he was drawing race blind | 10:37:01 |
| 3 | and achieved that distribution, then why does the | 10:37:07 |
| 4 | legislature's map, which achieves the same | 10:37:11 |
| 5 | distribution, suggest that race was considered? | 10:37:15 |
| 6 | A.    So I don't opine on -- on which of | 10:37:21 |
| 7 | Dr. McCartan's maps are preferable or which are | 10:37:26 |
| 8 | ideal.  All I say is that, compared to most of his | 10:37:31 |
| 9 | maps, there is less suspicion of racial motivation | 10:37:36 |
| 10 | compared to the map. | 10:37:43 |
| 11 | Q.    Okay.  And I'm not asking you to compare | 10:37:45 |
| 12 | his maps or evaluate them against each other, but he | 10:37:47 |
| 13 | did draw a map purportedly race blind that produced | 10:37:49 |
| 14 | very similar HVAPs in districts 26, 27, and 28 to | 10:37:55 |
| 15 | the enacted map. | 10:38:01 |
| 16 | And so why when Dr. McCartan does it -- is | 10:38:03 |
| 17 | it -- do we accept that it's race blind, and when | 10:38:08 |
| 18 | the legislature does it, we assume that it's drawn | 10:38:10 |
| 19 | with a racial motivation. | 10:38:13 |
| 20 | A.    I don't assume anything -- based on -- on | 10:38:16 |
| 21 | his maps or on the enactment of it, I don't assume | 10:38:17 |
| 22 | anything.  I'm just looking at the data.  And I | 10:38:18 |
| 23 | believe, even in B2, there is a larger range of HVAP | 10:38:20 |
| 24 | in 26, 27, and 28.  But I state in my report that B2 | 10:38:26 |
| 25 | is the most similar to the enacted map compared to | 10:38:32 |

| | | |
|---|---|---|
| 1 | the other alternative maps. | 10:38:34 |
| 2 | Q.   And so, Dr. McCartan produced B2. | 10:38:37 |
| 3 | How much larger is the range of HVAP in | 10:38:41 |
| 4 | his map than in the enacted map? | 10:38:46 |
| 5 | A.   I don't know.  I would have to look to see | 10:38:50 |
| 6 | if I wrote this down somewhere in the initial | 10:38:52 |
| 7 | report. | 10:38:54 |
| 8 | Q.   Okay.  But it's maybe a percentage point | 10:38:54 |
| 9 | or so? | 10:38:58 |
| 10 | A.   I don't know.  It's -- the lowest HVAP in | 10:38:59 |
| 11 | B2, in the protected district, is 71.6, the highest | 10:39:03 |
| 12 | is 74.2, and in the enacted map, it's 73.2 and 74.2. | 10:39:08 |
| 13 | So that's a 1 percentage point difference in the | 10:39:19 |
| 14 | enacted map and -- | 10:39:22 |
| 15 | Q.   The 2.6? | 10:39:23 |
| 16 | A.   -- 2.6 percentage points in the B2. | 10:39:26 |
| 17 | Q.   So -- but you accept that Dr. McCartan | 10:39:28 |
| 18 | drew his maps, including B2, race blind, correct? | 10:39:34 |
| 19 | A.   I was told to assume that they were drawn | 10:39:38 |
| 20 | racially neutral. | 10:39:40 |
| 21 | Q.   Okay.  But you take HVAPs in enacted | 10:39:40 |
| 22 | districts 26, 27, with 28, to be evidence that the | 10:39:44 |
| 23 | legislature considered race, even though | 10:39:47 |
| 24 | Dr. McCartan, drawing race blind, came up with very | 10:39:49 |
| 25 | similar HVAPs in map B2. | 10:39:52 |

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025                                    53

| | | |
|---|---|---|
| 1 | A.   I don't know that I would make a | 10:39:56 |
| 2 | conclusion that they were very similar. | 10:39:57 |
| 3 | Q.   Okay.  You think a range of 2.6 percentage | 10:39:59 |
| 4 | points is meaningfully different from a range of 1.0 | 10:40:07 |
| 5 | percentage points -- or approximately 1 percentage | 10:40:13 |
| 6 | point? | 10:40:16 |
| 7 | A.   Again, I do not opine about meaningful | 10:40:17 |
| 8 | differences.  All I can say is that there is a | 10:40:19 |
| 9 | difference. | 10:40:22 |
| 10 | Q.   Okay.  And so you think that somewhere | 10:40:23 |
| 11 | between a range -- like, 1 percentage point and 2.6 | 10:40:26 |
| 12 | percentage points, somewhere between that is where | 10:40:31 |
| 13 | you get evidence that the -- of race-based map | 10:40:38 |
| 14 | drawing? | 10:40:41 |
| 15 | A.   I am not making that claim. | 10:40:42 |
| 16 | Q.   Okay.  In paragraph 18, where you say that | 10:40:44 |
| 17 | the three districts each contain areas with greater | 10:41:05 |
| 18 | than 90 percent Hispanic VAP and with less than | 10:41:08 |
| 19 | 25 percent of Hispanic VAP, when you refer to | 10:41:13 |
| 20 | "areas," what geographic units are you referring to? | 10:41:16 |
| 21 | A.   I don't recall exactly which unit I'm | 10:41:22 |
| 22 | using here, but probably sections of groups of | 10:41:26 |
| 23 | precincts or parts of the county. | 10:41:34 |
| 24 | Q.   Okay.  Do you know how many people live in | 10:41:37 |
| 25 | those areas with less than 25 percent Hispanic VAP? | 10:41:40 |

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025                              54

| | | |
|---|---|---|
| 1 | A.   I don't. | 10:41:47 |
| 2 | Q.   And so you don't know then -- if you don't | 10:41:51 |
| 3 | know how many people live there, you don't know how | 10:41:52 |
| 4 | that would impact the HVAP of a congressional | 10:41:55 |
| 5 | district with 769,000 people in it? | 10:41:58 |
| 6 | A.   I cannot tell you off the top of my head. | 10:42:02 |
| 7 | Q.   Do you have an opinion on what an | 10:42:19 |
| 8 | appropriate distribution of HVAPs is across | 10:42:21 |
| 9 | districts 26, 27, and 28?  And when I say | 10:42:24 |
| 10 | "appropriate," what you would expect to see if race | 10:42:29 |
| 11 | were not considered. | 10:42:32 |
| 12 | A.   I do not. | 10:42:33 |
| 13 | Q.   Okay.  Would you agree that Dr. McCartan, | 10:42:34 |
| 14 | although he produced, I believe, six congressional | 10:42:41 |
| 15 | maps, really has only three different versions of | 10:42:45 |
| 16 | 26, 27, and 28? | 10:42:48 |
| 17 | A.   It's -- they're grouped together in | 10:42:55 |
| 18 | table 2. | 10:42:57 |
| 19 | Q.   Okay.  So the configuration -- | 10:42:59 |
| 20 | Dr. McCartan's configuration of districts 26, 27, | 10:43:03 |
| 21 | 28, are the same in maps A, C1, C2, and D? | 10:43:10 |
| 22 | A.   I don't know that the boundaries are all | 10:43:15 |
| 23 | identical but the HVAPs are identical. | 10:43:17 |
| 24 | Q.   Okay.  And then B1 is a little bit | 10:43:21 |
| 25 | different. | 10:43:25 |

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025                                    55

| | | |
|---|---|---|
| 1 | Do you know to what extent B1 differs from | 10:43:26 |
| 2 | the version in A, C1, C2, and D? | 10:43:31 |
| 3 | ATTORNEY JONES:  Objection to form. | 10:43:37 |
| 4 | A.   What do you mean by "extent"? | 10:43:38 |
| 5 | Q.   Do you know whether districts 26, 27, | 10:43:40 |
| 6 | and 28, and B1 differ from districts 26, 27, 28 in | 10:43:48 |
| 7 | A, C1, C2, and D, only slightly or significantly? | 10:43:55 |
| 8 | How would you access the magnitude of the difference | 10:43:58 |
| 9 | between those districts? | 10:44:03 |
| 10 | ATTORNEY JONES:  Objection to form. | 10:44:06 |
| 11 | A.   I wouldn't assess the magnitude, the | 10:44:07 |
| 12 | difference -- | 10:44:08 |
| 13 | Q.   Is that something you looked at? | 10:44:09 |
| 14 | A.   No. | 10:44:16 |
| 15 | Q.   Do you know whether -- whether more | 10:44:16 |
| 16 | than 90 percent of the population in district 26 is | 10:44:18 |
| 17 | the same between map B1 and maps A, C1, C2, and D? | 10:44:22 |
| 18 | A.   I do know. | 10:44:30 |
| 19 | Q.   And do you know whether more | 10:44:31 |
| 20 | than 90 percent of the population of district 27 is | 10:44:32 |
| 21 | the same between maps B1 and A, C1, C2, and D? | 10:44:35 |
| 22 | A.   I do not. | 10:44:41 |
| 23 | Q.   Okay.  And so, do you think that if | 10:44:45 |
| 24 | Dr. McCartan -- are you relying on Dr. McCartan's | 10:44:51 |
| 25 | maps as evidence that the distribution of HVAPs | 10:44:54 |

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025                                    56

| | | |
|---|---|---|
| 1 | across districts 26, 27, and 28 indicates that race | 10:45:00 |
| 2 | was a factor? | 10:45:04 |
| 3 | A.   I was asked to use his maps as a | 10:45:06 |
| 4 | comparison. | 10:45:09 |
| 5 | Q.   Okay.  And are you inferring, from his | 10:45:09 |
| 6 | maps and the HVAP distribution in his maps, that the | 10:45:20 |
| 7 | HVAP distribution in the enacted map indicates the | 10:45:25 |
| 8 | consideration of race? | 10:45:28 |
| 9 | A.   I think that it suggests the use of race. | 10:45:32 |
| 10 | Q.   Okay.  And -- and that's despite the fact | 10:45:35 |
| 11 | that he only produced three versions of districts | 10:45:39 |
| 12 | 26, 27, and 28, correct? | 10:45:43 |
| 13 | A.   Again, I don't know how exactly A, C1, C2, | 10:45:47 |
| 14 | and D differ from one another.  But in terms of | 10:45:51 |
| 15 | HVAPs, yes. | 10:45:54 |
| 16 | Q.   In one of the three versions that he | 10:46:01 |
| 17 | produced is quite similar to the legislature's, | 10:46:03 |
| 18 | correct? | 10:46:05 |
| 19 | A.   It is more -- | 10:46:06 |
| 20 | ATTORNEY JONES:  Objection to form. | 10:46:08 |
| 21 | A.   It is more similar than the other two | 10:46:09 |
| 22 | groups of maps. | 10:46:11 |
| 23 | Q.   And that there were only slight | 10:46:11 |
| 24 | differences between his 26, 27, and 28 in the other | 10:46:13 |
| 25 | two versions, correct? | 10:46:17 |

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025                    57

| | | |
|---|---|---|
| 1 | A.   I would not use any sort of qualifying | 10:46:19 |
| 2 | language.  I don't know if it's slight or not. | 10:46:22 |
| 3 | Q.   Do you think it's warranted to rely on | 10:46:26 |
| 4 | such a small sample of maps to draw inferences about | 10:46:28 |
| 5 | what was or wasn't considered in the enacted map. | 10:46:33 |
| 6 | A.   Outside the scope of my assignment. | 10:46:38 |
| 7 | Q.   Well, you -- you are relying on them, | 10:46:40 |
| 8 | correct? | 10:46:43 |
| 9 | A.   I was asked to compare them. | 10:46:44 |
| 10 | Q.   Okay.  And are you drawing inferences or | 10:46:47 |
| 11 | conclusions from the differences that you see | 10:46:49 |
| 12 | between the enacted map and Dr. McCartan's maps? | 10:46:52 |
| 13 | A.   I am -- I'm contributing analysis and | 10:46:56 |
| 14 | evidence that suggests that it is possible to draw | 10:47:02 |
| 15 | the map in a different way than the way it was | 10:47:05 |
| 16 | drawn. | 10:47:09 |
| 17 | Q.   Okay.  "Possible to draw a map a different | 10:47:09 |
| 18 | way" seems different from saying that, you know, | 10:47:16 |
| 19 | Dr. McCartan's -- what Dr. McCartan did here is | 10:47:20 |
| 20 | evidence that the legislature considered race. | 10:47:22 |
| 21 | So I guess my question is:  If you're | 10:47:26 |
| 22 | drawing conclusions about the legislature's use of | 10:47:32 |
| 23 | race from Dr. McCartan's map, why would it be | 10:47:35 |
| 24 | appropriate to use such a small number of maps drawn | 10:47:39 |
| 25 | by one person as indicative of what the legislature | 10:47:42 |

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025                    58

| | |
|---|---|
| 1 | did or didn't do? | 10:47:48 |
| 2 |      ATTORNEY JONES:  Objection to form. | 10:47:50 |
| 3 |     A.   I was asked to compare the enacted map to | 10:47:53 |
| 4 | these maps, and this is what I was provided. | 10:47:57 |
| 5 |      And my conclusions were consistent with | 10:48:01 |
| 6 | the idea that the congressional districts could be | 10:48:02 |
| 7 | drawn in such a way as to distribute Hispanic | 10:48:08 |
| 8 | voting-age population differently and in a way that | 10:48:11 |
| 9 | does not look as racially suspect as it does in the | 10:48:15 |
| 10 | enacted map. | 10:48:20 |
| 11 |     Q.   Okay.  Do you think that Dr. McCartan's | 10:48:21 |
| 12 | three different configurations of districts 26, 27, | 10:48:23 |
| 13 | and 28 is a statistically significant sample of all | 10:48:26 |
| 14 | of the possible configurations of districts that | 10:48:29 |
| 15 | could be drawn? | 10:48:31 |
| 16 |     A.   "Statistically significant sample," I'm | 10:48:35 |
| 17 | not sure what that phrase means. | 10:48:38 |
| 18 |     Q.   Okay.  You don't know what statistical | 10:48:40 |
| 19 | significance is? | 10:48:41 |
| 20 |     A.   I do know what statistical significance | 10:48:43 |
| 21 | is. | 10:48:44 |
| 22 |     Q.   Tell me why we would -- is three maps a | 10:48:45 |
| 23 | statistically significant number of maps out of the | 10:48:52 |
| 24 | universe of possible maps that could be created? | 10:48:54 |
| 25 |      ATTORNEY JONES:  Objection to form. | 10:48:59 |

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025                          59

| | |
|---|---|
| 1 | A.   I'm not sure that we're understanding | 10:49:02 |
| 2 | "statistical significance" in the same way.  So | 10:49:02 |
| 3 | maybe you want to clarify what you mean. | 10:49:05 |
| 4 | Q.   Okay.  Do you know why, when computer | 10:49:08 |
| 5 | simulations of redistricting maps are done, they | 10:49:13 |
| 6 | tend to run thousands of maps from those computer | 10:49:17 |
| 7 | simulations? | 10:49:20 |
| 8 | ATTORNEY JONES:  Objection to form. | 10:49:21 |
| 9 | A.   They can run them for different reasons. | 10:49:22 |
| 10 | Q.   Okay.  There's no particular reason why | 10:49:24 |
| 11 | you would want to have a large sample of maps before | 10:49:26 |
| 12 | you start drawing inferences about what the enacted | 10:49:28 |
| 13 | map does or doesn't do? | 10:49:31 |
| 14 | A.   Again, this is -- this is not something I | 10:49:34 |
| 15 | have an opinion upon. | 10:49:37 |
| 16 | Q.   Okay.  You don't have an opinion on | 10:49:38 |
| 17 | whether it's appropriate, statistically or in any | 10:49:42 |
| 18 | other way, to draw inferences about the enacted map | 10:49:47 |
| 19 | based solely on three alternative maps produced by | 10:49:50 |
| 20 | one person? | 10:49:54 |
| 21 | A.   If you are trying to make comparisons in a | 10:49:58 |
| 22 | sort of more formal statistical analysis, then you'd | 10:50:02 |
| 23 | want to have a large sample of maps. | 10:50:10 |
| 24 | Q.   Okay.  And why is that? | 10:50:13 |
| 25 | A.   There is always a chance that the maps | 10:50:20 |

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025                                    60

| | | |
|---|---|---|
| 1 | you're presented with are not representative of the | 10:50:22 |
| 2 | larger population of possible maps. | 10:50:25 |
| 3 | Q.   And would you agree that there are many | 10:50:28 |
| 4 | different ways that maps can be drawn? | 10:50:31 |
| 5 | A.   Yes. | 10:50:33 |
| 6 | ATTORNEY JONES:  Andy, we've been going | 10:50:52 |
| 7 | for about an hour and a half.  Is now is good | 10:50:53 |
| 8 | time for a break? | 10:50:55 |
| 9 | ATTORNEY BARDOS:  Yes.  Yeah, this is a | 10:50:57 |
| 10 | good time.  Should we get back together at | 10:51:00 |
| 11 | 11:00? | 10:51:09 |
| 12 | (Recess.) | 10:51:13 |
| 13 | THE COURT REPORTER:  We are back on the | 11:02:23 |
| 14 | record at 11:02 Eastern Time. | 11:02:24 |
| 15 | Q.   Okay.  Dr. Abbott, Dr. McCartan didn't | 11:02:30 |
| 16 | produce any alternative maps in which he included a | 11:02:34 |
| 17 | congressional district that went from Miami-Dade | 11:02:37 |
| 18 | over to Collier County, correct? | 11:02:40 |
| 19 | A.   I believe that's correct.  He did not | 11:02:44 |
| 20 | split Collier County. | 11:02:46 |
| 21 | Q.   And so, we don't know, then, from | 11:02:51 |
| 22 | Dr. McCartan's maps, what the HVAP distribution | 11:02:54 |
| 23 | would have been if someone had decided to draw a | 11:03:00 |
| 24 | district over to Collier County for race-neutral | 11:03:03 |
| 25 | reasons? | 11:03:09 |

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025                              61

| | |
|---|---|
| 1 | A.    We don't know what another map would have | 11:03:12 |
| 2 | looked like if it had not been drawn. | 11:03:14 |
| 3 | Q.    Okay.  And -- and specifically, we don't | 11:03:16 |
| 4 | know what the HVAP distribution would have been in a | 11:03:20 |
| 5 | map that includes Miami-Dade to Collier District if | 11:03:25 |
| 6 | Dr. McCartan had decided to draw such a map? | 11:03:30 |
| 7 | A.    If he did not do that, then we don't know | 11:03:33 |
| 8 | what the distribution would have looked like if he | 11:03:35 |
| 9 | had. | 11:03:37 |
| 10 | Q.    Okay.  Now, we talked earlier about the | 11:03:37 |
| 11 | HVAPs being similar despite regional variations in | 11:03:43 |
| 12 | HVAP. | 11:03:49 |
| 13 | In Dr. McCartan's maps, the HVAPs between | 11:03:53 |
| 14 | district 27 and 28 seems to be very similar. | 11:03:57 |
| 15 | Did you consider that, and do you have any | 11:04:04 |
| 16 | theory as to why he achieved very similar HVAPs in | 11:04:06 |
| 17 | districts 27 and 28, despite those regional | 11:04:11 |
| 18 | variations that we talked about? | 11:04:15 |
| 19 | ATTORNEY JONES:  Objection to form. | 11:04:16 |
| 20 | A.    There is a bigger difference between 27 | 11:04:20 |
| 21 | and 28 than in the enacted map, but I do not have | 11:04:22 |
| 22 | any opinions as to why or how they look the way they | 11:04:28 |
| 23 | do. | 11:04:35 |
| 24 | Q.    Does that make you question whether your | 11:04:36 |
| 25 | opinion about regional variations producing larger | 11:04:36 |

| | | |
|---|---|---|
| 1 | HVAP variations from district to district is sound? | 11:04:38 |
| 2 | A.   Can you repeat the question? | 11:04:45 |
| 3 | Q.   Does the fact that Dr. McCartan achieved | 11:04:47 |
| 4 | very similar HVAPs in districts 27 and 28 make you | 11:04:50 |
| 5 | question your argument that the legislature's | 11:04:54 |
| 6 | districts, 26, 27, 28, are suspect because they have | 11:05:01 |
| 7 | similar HVAPs? | 11:05:05 |
| 8 | A.   It does not. | 11:05:07 |
| 9 | Q.   Okay.  Why is that? | 11:05:08 |
| 10 | A.   It is -- that race is one possible reason | 11:05:09 |
| 11 | for why they were drawn the way they were, and the | 11:05:15 |
| 12 | evidence is consistent with the idea that race was | 11:05:18 |
| 13 | the reason. | 11:05:21 |
| 14 | Q.   Okay.  If -- if you had not been told that | 11:05:22 |
| 15 | Dr. McCartan didn't consider race, would you | 11:05:27 |
| 16 | consider the HVAPs in his district -- or would you | 11:05:29 |
| 17 | consider race to be one possible reason for the | 11:05:33 |
| 18 | HVAPs in his district? | 11:05:36 |
| 19 | A.   Potentially. | 11:05:38 |
| 20 | Q.   Okay.  And apart from map B2, is it fair | 11:05:39 |
| 21 | to say that he has an HVAP of approximately 90% in | 11:05:47 |
| 22 | one of his district and approximately 65 percent in | 11:05:50 |
| 23 | the other districts? | 11:05:56 |
| 24 | A.   Yes. | 11:05:58 |
| 25 | Q.   And is it your understanding that -- so | 11:06:05 |

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025                    63

| | | |
|---|---|---|
| 1 | the legislature -- the only district that is | 11:06:07 |
| 2 | currently being challenged in the congressional map | 11:06:09 |
| 3 | is district 26. | 11:06:11 |
| 4 | And so if Dr. McCartan would increase the | 11:06:15 |
| 5 | HVAP in district 26 from approximately 73 percent in | 11:06:18 |
| 6 | the enacted map up to 90 percent in most of his | 11:06:22 |
| 7 | maps, do you -- what is your -- like, how does that | 11:06:26 |
| 8 | impact your theory?  Are you saying that the | 11:06:35 |
| 9 | legislature intentionally suppressed the HVAP in | 11:06:37 |
| 10 | district 26? | 11:06:42 |
| 11 | ATTORNEY JONES:  Objection to form. | 11:06:43 |
| 12 | A.   I am not making that claim. | 11:06:47 |
| 13 | Q.   Okay.  Are you saying that the | 11:06:49 |
| 14 | legislature -- what are you saying that the | 11:06:51 |
| 15 | legislature did with the HVAP, specifically in | 11:06:54 |
| 16 | district 26? | 11:06:57 |
| 17 | A.   In the enacted map, I am saying that there | 11:06:58 |
| 18 | is evidence to suggest that the districts, the three | 11:07:02 |
| 19 | districts, were drawn in such a way as to evenly | 11:07:06 |
| 20 | distribute the Hispanic voters into majority | 11:07:09 |
| 21 | districts, while maintaining, as I said, uniform | 11:07:13 |
| 22 | degrees of Hispanic voting-age population across | 11:07:21 |
| 23 | those three districts. | 11:07:24 |
| 24 | Q.   Okay.  If the only map that Dr. McCartan | 11:07:26 |
| 25 | had produced were map B2, in which there was a | 11:07:29 |

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025                          64

| | | |
|---|---|---|
| 1 | fairly even distribution of HVAPs, and the | 11:07:32 |
| 2 | legislature had produced a map with 90-65-65 split, | 11:07:35 |
| 3 | what inference would you draw then? | 11:07:44 |
| 4 | A.   I'm not sure that I would have drawn any | 11:07:47 |
| 5 | inference from that fact alone. | 11:07:48 |
| 6 | Q.   If Dr. McCartan had produced only one map, | 11:07:52 |
| 7 | and that map had the 90-65-65 split, would you have | 11:07:54 |
| 8 | still rendered the opinion that -- or infer from | 11:07:59 |
| 9 | that that the legislature considered race and tried | 11:08:02 |
| 10 | to balance the HVAPs in its districts? | 11:08:06 |
| 11 | ATTORNEY JONES:  Objection to form. | 11:08:08 |
| 12 | A.   So the maps were there, from my opinion, | 11:08:11 |
| 13 | from my understanding, and my use of them, to show | 11:08:17 |
| 14 | that it was possible to draw the maps in a way that | 11:08:23 |
| 15 | was different from the enacted map and spread | 11:08:26 |
| 16 | Hispanic voting-age population across the three | 11:08:31 |
| 17 | districts in a different way. | 11:08:33 |
| 18 | If one map had been provided to me and it | 11:08:37 |
| 19 | was, let's say, map B1, that would have been | 11:08:40 |
| 20 | evidence that the map would be drawn differently | 11:08:44 |
| 21 | than the enacted map. | 11:08:48 |
| 22 | Q.   Okay.  Apart from simply evidence that the | 11:08:49 |
| 23 | map could be drawn differently, are you using | 11:08:52 |
| 24 | Dr. McCartan's maps as evidence that the legislature | 11:08:55 |
| 25 | considered race in drawing districts? | 11:08:58 |

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025                    65

| | | |
|---|---|---|
| 1 | A.   Not explicitly, but it is part of an | 11:09:05 |
| 2 | overall picture we see given all of the other pieces | 11:09:10 |
| 3 | that I present in my report. | 11:09:13 |
| 4 | Q.   And when you say "not explicitly," what do | 11:09:15 |
| 5 | you -- what do you mean? | 11:09:21 |
| 6 | A.   I mean that I -- the only firm conclusion | 11:09:22 |
| 7 | I can draw and -- draw from comparing the enacted | 11:09:26 |
| 8 | map to his alternative maps, is that the map can be | 11:09:30 |
| 9 | drawn in such a way as to disperse Hispanic | 11:09:33 |
| 10 | voting-age population differently in a more -- in a | 11:09:37 |
| 11 | way that's more expected. | 11:09:40 |
| 12 | Q.   You also point to Dr. McCartan's maps -- | 11:09:45 |
| 13 | this is in paragraph 20 of your initial report, to | 11:09:49 |
| 14 | CDs 19 and 24.  And you say that the enacted map | 11:09:53 |
| 15 | concentrates most of the regions' Hispanic residents | 11:09:59 |
| 16 | into those three districts, meaning | 11:10:05 |
| 17 | districts 26, 27, 28, with a resultant reduction in | 11:10:07 |
| 18 | Hispanic concentration of adjacent districts. | 11:10:13 |
| 19 | So is it your opinion that the | 11:10:15 |
| 20 | legislature -- that the HVAPs of CDs 19 and 24 in | 11:10:17 |
| 21 | the enacted map were reduced or suppressed by the | 11:10:24 |
| 22 | fact that the legislature was concentrating Hispanic | 11:10:30 |
| 23 | voters in 26, 27, and 28? | 11:10:33 |
| 24 | A.   That was a result of the way that the map | 11:10:43 |
| 25 | was drawn. | 11:10:45 |

| | | |
|---|---|---|
| 1 | Q.   Okay.  Did you look at how many | 11:10:46 |
| 2 | Hispanic -- Hispanics of voting age Dr. McCartan has | 11:10:47 |
| 3 | in districts 26, 27, and 28 in his maps? | 11:10:51 |
| 4 | A.   The number of people? | 11:10:55 |
| 5 | Q.   Yes. | 11:10:56 |
| 6 | A.   No. | 11:10:57 |
| 7 | Q.   Okay.  If Dr. McCartan had -- well, let's | 11:10:58 |
| 8 | take a look. | 11:11:02 |
| 9 | Do you have Dr. Trende's report in front | 11:11:03 |
| 10 | of you? | 11:11:06 |
| 11 | A.   Yes. | 11:11:08 |
| 12 | Q.   Take a look at Tables 7 and 8. | 11:11:09 |
| 13 | A.   What page are they on? | 11:11:12 |
| 14 | Q.   I will find that in a moment. | 11:11:15 |
| 15 | ATTORNEY JONES:  Page 52. | 11:11:38 |
| 16 | Q.   Take a look at Table 7. | 11:11:40 |
| 17 | Do you see that Table 7? | 11:11:42 |
| 18 | A.   Yeah. | 11:11:43 |
| 19 | Q.   Did you verify those numbers in Table 7? | 11:11:44 |
| 20 | A.   No. | 11:11:47 |
| 21 | Q.   Okay.  Let's assume that they're accurate | 11:11:48 |
| 22 | for the sake of this question. | 11:11:49 |
| 23 | Do you see, in this table, that the total | 11:11:53 |
| 24 | number of Hispanics of voting age in districts 26, | 11:11:55 |
| 25 | 27, and 28 is very similar in Dr. McCartan's maps to | 11:11:58 |

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025                                     67

| | | |
|---|---|---|
| 1 | the enacted map and, in fact, in -- most of his maps | 11:12:04 |
| 2 | have more people than the enacted map does. | 11:12:11 |
| 3 | Do you see that? | 11:12:12 |
| 4 | A.   More Hispanic. | 11:12:15 |
| 5 | Q.   More Hispanic voting age.  Correct. | 11:12:16 |
| 6 | If that's true, then would the increase in | 11:12:19 |
| 7 | HVAP in districts 19 and 24 in Dr. McCartan's maps | 11:12:24 |
| 8 | be attributable to 26, 27, and 28? | 11:12:31 |
| 9 | ATTORNEY JONES:  Objection to form. | 11:12:38 |
| 10 | A.   I don't know.  I would have to look at | 11:12:40 |
| 11 | what happens to those districts, which Dr. Trende | 11:12:42 |
| 12 | did not do or present. | 11:12:47 |
| 13 | Q.   Okay.  So if Dr. McCartan has more | 11:12:48 |
| 14 | Hispanics of voting age in those three districts | 11:12:51 |
| 15 | than the legislature does, then he can't also be | 11:12:52 |
| 16 | increasing the HVAP of 19 and 24 out of those same | 11:12:57 |
| 17 | districts, right?  That wouldn't be possible? | 11:13:02 |
| 18 | A.   He could be increasing them from other | 11:13:09 |
| 19 | districts. | 11:13:11 |
| 20 | Q.   Right.  And so did you look at whether | 11:13:11 |
| 21 | there were other districts from which districts 19 | 11:13:13 |
| 22 | and 24 received their increase in Hispanic | 11:13:17 |
| 23 | population in McCartan's maps? | 11:13:19 |
| 24 | A.   I did not, and neither did Dr. Trende | 11:13:27 |
| 25 | so... | 11:13:32 |

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025                                68

| | | |
|---|---|---|
| 1 | Q.   So are you assuming that 19 and 24 | 11:13:32 |
| 2 | received their additional populations out of | 11:13:36 |
| 3 | districts 26, 27, and 28. | 11:13:38 |
| 4 | A.   I'm not assuming anything.  I'm looked at, | 11:13:42 |
| 5 | as the table shows, the changes in percentage of the | 11:13:45 |
| 6 | Hispanic voting-age population, not the total number | 11:13:48 |
| 7 | of Hispanic voting-age population. | 11:13:51 |
| 8 | Q.   But are you inferring from districts 19 | 11:13:54 |
| 9 | and 24, their HVACs, that the legislature | 11:13:57 |
| 10 | concentrated Hispanic voters in 26, 27, and 28? | 11:14:00 |
| 11 | A.   Can you repeat the question? | 11:14:04 |
| 12 | Q.   So when I -- when I read your report, I | 11:14:06 |
| 13 | read it to say that the HVAP in 19 and 24 was | 11:14:10 |
| 14 | lowering the enacted map, higher than Dr. McCartan's | 11:14:17 |
| 15 | maps and that that's because the legislature was | 11:14:20 |
| 16 | concentrating Hispanic voters in 26, 27, and 28, but | 11:14:24 |
| 17 | now we see that Dr. McCartan has at least the same | 11:14:29 |
| 18 | number of people in those three districts. | 11:14:32 |
| 19 | So what inferences are you drawing from | 11:14:34 |
| 20 | the HVAPs in 19 and 24? | 11:14:36 |
| 21 | A.   I am not making any inferences in the | 11:14:39 |
| 22 | HVAPs for 19 and 24.  I am not opining on how | 11:14:42 |
| 23 | those -- those districts changed in between the | 11:14:46 |
| 24 | enacted and the alternative maps. | 11:14:49 |
| 25 | Q.   Okay.  And so, you didn't look at whether | 11:14:50 |

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025                    69

| | | |
|---|---|---|
| 1 | district 19 might have, in Dr. McCartan's maps, had | 11:14:52 |
| 2 | an increase in HVAP, not because of 26, 27, and 28, | 11:14:58 |
| 3 | but because it took Hendry County from district 18. | 11:15:02 |
| 4 | You did not look at that? | 11:15:07 |
| 5 | A.   I did not look at that. | 11:15:09 |
| 6 | Q.   And you didn't look at whether HVAP in | 11:15:10 |
| 7 | district 24 in Dr. McCartan's maps might have | 11:15:12 |
| 8 | received an increase in HVAP, not because of 26, 27, | 11:15:15 |
| 9 | and 28, but because it moved into the mere Miramar | 11:15:18 |
| 10 | area of Broward County.  You did not look at that? | 11:15:22 |
| 11 | A.   I did not look at that. | 11:15:26 |
| 12 | Q.   Now, if Dr. McCartan has shown through his | 11:15:33 |
| 13 | maps that it's possible to have three districts in | 11:15:36 |
| 14 | Miami-Dade and Monroe County with the same number, | 11:15:41 |
| 15 | at least with the same number of Hispanics of voting | 11:15:45 |
| 16 | age as in the enacted map, then do you have any | 11:15:48 |
| 17 | theory as to why the legislature would have taken | 11:15:50 |
| 18 | one of those districts into Collier County which has | 11:15:52 |
| 19 | a lower HVAP than Miami-Dade does? | 11:15:55 |
| 20 | ATTORNEY JONES:  Objection to form. | 11:15:58 |
| 21 | A.   I do not have any theories. | 11:16:01 |
| 22 | Q.   Okay.  Let's go now on to your analysis of | 11:16:02 |
| 23 | splits, split counties, and let's start with | 11:16:28 |
| 24 | paragraph 22, and you mention district 26 going into | 11:16:33 |
| 25 | Collier County, and the -- and that the enacted map, | 11:16:37 |

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025                    70

| | | |
|---|---|---|
| 1 | or enacted district 26, the portion of it that is in | 11:16:41 |
| 2 | Collier County has a HVAP of 31.8 percent and the | 11:16:46 |
| 3 | portion of Collier County in districts 18 and 19 has | 11:16:53 |
| 4 | an HVAP of 13.7 percent. | 11:16:57 |
| 5 | Do you agree that the portion of Collier | 11:17:01 |
| 6 | County that is specifically in district 18 has an | 11:17:03 |
| 7 | HVAP of 84.2 percent? | 11:17:05 |
| 8 | A.   I do not know. | 11:17:10 |
| 9 | Q.   Okay.  So you averaged -- or you | 11:17:11 |
| 10 | considered districts 18 and 19 together here and | 11:17:14 |
| 11 | came up with a single HVAP for the portions of 18 | 11:17:16 |
| 12 | and 19 that are in Collier County. | 11:17:20 |
| 13 | Is there any reason why you wouldn't have | 11:17:22 |
| 14 | looked at 18 and 19 separately? | 11:17:23 |
| 15 | A.   The reason was because 26 was the | 11:17:26 |
| 16 | challenge district and a protected district and 18 | 11:17:31 |
| 17 | and 19 are not. | 11:17:33 |
| 18 | Q.   Okay.  Would it be relevant to your | 11:17:36 |
| 19 | analysis if district 18's portion of Collier County | 11:17:37 |
| 20 | had an 84 percent HVAP? | 11:17:40 |
| 21 | A.   Not particularly. | 11:17:43 |
| 22 | Q.   Okay.  The fact that the legislature could | 11:17:45 |
| 23 | have found a portion of Collier County with an | 11:17:47 |
| 24 | 84 percent HVAP but didn't include it in district 26 | 11:17:51 |
| 25 | is not relevant? | 11:17:55 |

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025                                    71

| | | |
|---|---|---|
| 1 | A.    Not particularly. | 11:17:57 |
| 2 | Q.    Okay.  Do you know whether it would have | 11:17:59 |
| 3 | been possible for the legislature to incorporate the | 11:18:06 |
| 4 | part of district 18 that's in Collier County into | 11:18:08 |
| 5 | district 26? | 11:18:12 |
| 6 | ATTORNEY JONES:  Objection to form. | 11:18:14 |
| 7 | A.    What do you mean by "possible"? | 11:18:16 |
| 8 | Q.    Would it have been possible to draw the | 11:18:18 |
| 9 | map that way? | 11:18:19 |
| 10 | A.    If they're -- if district 18 and 24 are | 11:18:21 |
| 11 | contiguous and the portion of Collier County that is | 11:18:27 |
| 12 | in district 18 is contiguous with district 26, then | 11:18:30 |
| 13 | yes, it's possible to include that portion. | 11:18:35 |
| 14 | Q.    Would you agree that, in Collier County, | 11:18:39 |
| 15 | the predominantly white, non-Hispanic portions are | 11:18:40 |
| 16 | along the west coast? | 11:18:47 |
| 17 | A.    That looks right. | 11:18:52 |
| 18 | Q.    Okay.  And so if you have a district | 11:18:54 |
| 19 | coming west from Miami-Dade County, necessarily the | 11:18:56 |
| 20 | part that it would reach last would be the west | 11:19:01 |
| 21 | coast, right? | 11:19:03 |
| 22 | A.    That's correct.  But if you look at | 11:19:09 |
| 23 | Figure 1 and you look at district 26, that whole | 11:19:11 |
| 24 | portion of district 26, you know, it looks somewhat | 11:19:14 |
| 25 | similar to the portion that was not included. | 11:19:21 |

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025                          72

| | | |
|---|---|---|
| 1 | Q.   Okay.  Let's look at in the same | 11:19:45 |
| 2 | paragraph, you mention Miami-Dade County, and you | 11:19:47 |
| 3 | mention that CD 24 has a -- has an HVAP of | 11:19:50 |
| 4 | 39.3 percent. | 11:19:56 |
| 5 | Did you consider any reasons why CD 24 | 11:19:58 |
| 6 | might have a lower HVAP than CDs 26, 27, 28? | 11:20:03 |
| 7 | A.   I know that district 24 is a | 11:20:12 |
| 8 | Black-protected district. | 11:20:15 |
| 9 | Q.   Okay.  And would you agree that the | 11:20:16 |
| 10 | legislature's efforts to draw a district that | 11:20:19 |
| 11 | provides Black voters with the ability to elect the | 11:20:25 |
| 12 | candidates of their choice might be at least one | 11:20:28 |
| 13 | reason why district 24 has a lower HVAP than | 11:20:31 |
| 14 | surrounding districts? | 11:20:35 |
| 15 | A.   I don't know.  I did not do that analysis. | 11:20:38 |
| 16 | Q.   Okay.  But it's possible? | 11:20:40 |
| 17 | A.   I don't know by your question. | 11:20:44 |
| 18 | Q.   But that's not -- and so that's not | 11:20:52 |
| 19 | something that you analyzed, whether -- whether the | 11:20:53 |
| 20 | protected nature of district 24 might be a reason | 11:20:58 |
| 21 | for the lower HVAP within that area, within that | 11:21:01 |
| 22 | district? | 11:21:04 |
| 23 | A.   Within the entirety of district 24? | 11:21:07 |
| 24 | Q.   Yes. | 11:21:09 |
| 25 | A.   Yes, if you need to have a higher Black | 11:21:11 |

| | | |
|---|---|---|
| 1 | voting-age population, then, by construction, you're | 11:21:14 |
| 2 | going to have a lower Hispanic voting-age | 11:21:17 |
| 3 | population. | 11:21:19 |
| 4 | Q.   Okay.  Now, you also mention in | 11:21:20 |
| 5 | paragraph 22, the differences -- this is within | 11:21:25 |
| 6 | Miami-Dade County, the differences in HVAP between | 11:21:32 |
| 7 | districts 26, 27, and 28.  And I guess I wasn't | 11:21:39 |
| 8 | clear whether, let's see, the portions of the county | 11:21:48 |
| 9 | in the other two Hispanic protected districts, 27 | 11:22:02 |
| 10 | and 28, are 72.4 percent, Hispanic VAP, with 36,002, | 11:22:05 |
| 11 | and 80 percent -- 80.2 percent Hispanic VAP with | 11:22:14 |
| 12 | 538,514 total VAP respectively. | 11:22:18 |
| 13 | What is the point you're making there? | 11:22:25 |
| 14 | A.   The point that I'm making is that the | 11:22:27 |
| 15 | portions of Miami-Dade that were given to the | 11:22:29 |
| 16 | Hispanic protected districts that are not challenged | 11:22:31 |
| 17 | look similar, somewhat similar, to the portion that | 11:22:36 |
| 18 | was given to the Hispanic protected and challenged | 11:22:39 |
| 19 | district 26 that looks very different from the | 11:22:41 |
| 20 | non-Hispanic protected district. | 11:22:45 |
| 21 | Q.   Okay.  And so setting district 24 aside, | 11:22:47 |
| 22 | are you drawing any inferences from the HVAP levels | 11:22:50 |
| 23 | within 26, versus 27, versus 28, or is it simply | 11:22:55 |
| 24 | comparing those three districts to 24? | 11:23:01 |
| 25 | A.   It's saying that they are -- 26, 27, 28 | 11:23:04 |

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025                          74

| | | |
|---|---|---|
| 1 | portions of Miami-Dade county looks somewhat similar | 11:23:08 |
| 2 | to one another. | 11:23:13 |
| 3 |     Q.   Okay.  And from that fact alone, separate | 11:23:14 |
| 4 | from 24, just 26, 27, and 28, are you inferring | 11:23:16 |
| 5 | anything from that, or is that just kind of part of | 11:23:20 |
| 6 | the factual background to your comparison to | 11:23:22 |
| 7 | district 24? | 11:23:25 |
| 8 |     A.   The part of the background. | 11:23:26 |
| 9 |     Q.   Okay.  All right.  Let's move to | 11:23:28 |
| 10 | paragraph 23.  And this is the portion of the report | 11:23:35 |
| 11 | where you talk about splits of municipalities and | 11:23:42 |
| 12 | CDPs, and you mention Immokalee, and the portion of | 11:23:47 |
| 13 | Immokalee that is in CD 18 as 84.6 percent Hispanic. | 11:23:52 |
| 14 |        Do you know -- I guess you don't claim to | 11:24:00 |
| 15 | know why the legislature would have passed up that | 11:24:02 |
| 16 | portion of Immokalee with 84.6 HVAP and not include | 11:24:06 |
| 17 | that in district 26? | 11:24:11 |
| 18 |     A.   I have no theories. | 11:24:14 |
| 19 |     Q.   Okay.  Now, in looking at Miami, City of | 11:24:15 |
| 20 | Miami, and then the Brownsville, Gladeview and West | 11:24:20 |
| 21 | Little River CDPs, did you examine whether there | 11:24:26 |
| 22 | were any alternative explanations for the HVAP | 11:24:31 |
| 23 | splits that you identified in this portion of your | 11:24:36 |
| 24 | report? | 11:24:39 |
| 25 |     A.   I did not. | 11:24:40 |

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025                    75

| | | |
|---|---|---|
| 1 | Q.   Okay.  Do you recall whether, in your | 11:24:42 |
| 2 | expert reports in the Grace case, you looked at | 11:24:46 |
| 3 | alternative explanations and addressed and attempted | 11:24:53 |
| 4 | to rebut alternative explanations for the -- what | 11:24:56 |
| 5 | you saw as racially-influenced redistricting? | 11:25:04 |
| 6 | A.   I cannot recall. | 11:25:08 |
| 7 | Q.   Okay.  Let's -- let's take a look at that. | 11:25:11 |
| 8 | I will -- | 11:25:15 |
| 9 | ATTORNEY BARDOS:  Carmen, would you mind | 11:25:19 |
| 10 | adding -- let's see.  Would you mind adding | 11:25:21 |
| 11 | Exhibit 12 to the chat, and I will share it on | 11:25:28 |
| 12 | my screen. | 11:25:31 |
| 13 | (Plaintiffs' Exhibit No. 12 was | 11:25:32 |
| 14 | marked for identification.) | 11:25:32 |
| 15 | Q.   Okay.  Dr. Abbott, is this your report | 11:25:43 |
| 16 | from the Grace case? | 11:25:46 |
| 17 | A.   Yup.  Yes, it is. | 11:25:49 |
| 18 | Q.   Okay.  And on the first page here, it says | 11:25:51 |
| 19 | in the second paragraph: | 11:25:53 |
| 20 | "I was asked by Plaintiff's counsel in | 11:25:55 |
| 21 | this case to use data on voting-age | 11:25:58 |
| 22 | population, and citizen voting-age | 11:26:00 |
| 23 | population and voting patterns within | 11:26:04 |
| 24 | individual city precincts in order to | 11:26:05 |
| 25 | determine whether, and to what extent, | 11:26:06 |

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025                          76

| | | |
|---|---|---|
| 1 | race can explain the overall shapes of | 11:26:08 |
| 2 | the 2022 enactive plan districts, as | 11:26:10 |
| 3 | well as the changes between the 2013 | 11:26:12 |
| 4 | plan and the 2022 plan." | 11:26:15 |
| 5 | And a little further down at the bottom of | 11:26:17 |
| 6 | that page, you say: | 11:26:19 |
| 7 | "I will also consider alternative | 11:26:22 |
| 8 | explanations for the boundary changes | 11:26:24 |
| 9 | and show that these alternatives cannot | 11:26:25 |
| 10 | explain the patterns observed above." | 11:26:30 |
| 11 | Do you see that? | 11:26:32 |
| 12 | A.   I do. | 11:26:32 |
| 13 | Q.   And then further down, on page 12, you | 11:26:33 |
| 14 | begin to review alternative explanations for the | 11:26:41 |
| 15 | patterns that you see, and one is: | 11:26:46 |
| 16 | "Partisan gerrymandering, partisan | 11:26:48 |
| 17 | gerrymander, maintaining the | 11:26:50 |
| 18 | partisanship of the district cores. | 11:26:53 |
| 19 | Keeping incumbents in their districts, | 11:26:57 |
| 20 | maintaining the cores of existing | 11:27:00 |
| 21 | districts, compactness." | 11:27:02 |
| 22 | And you examine those alternative | 11:27:04 |
| 23 | explanations. | 11:27:06 |
| 24 | And then, finally, on page 22, you -- you | 11:27:08 |
| 25 | have your conclusions.  And you say: | 11:27:15 |

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025                                      77

| | | |
|---|---|---|
| 1 | "I found no evidence that any factors | 11:27:19 |
| 2 | other than race and ethnicity affected | 11:27:22 |
| 3 | the drawing of district lines in pursuit | 11:27:24 |
| 4 | of equalizing population across | 11:27:25 |
| 5 | districts." | 11:27:27 |
| 6 | So is there any reason why, in the Grace | 11:27:29 |
| 7 | case, you have examined alternative explanations and | 11:27:32 |
| 8 | attempted to address alternative explanations for | 11:27:34 |
| 9 | the patterns that you were seeing and in this case, | 11:27:36 |
| 10 | you did not? | 11:27:41 |
| 11 | A.    I believe I was asked by counsel in the | 11:27:44 |
| 12 | Grace case to address those alternative | 11:27:46 |
| 13 | explanations. | 11:27:48 |
| 14 | Q.    Okay.  And in this case, you were not | 11:27:49 |
| 15 | asked? | 11:27:51 |
| 16 | A.    Correct. | 11:27:52 |
| 17 | Q.    Okay.  All right.  And going back to your | 11:27:52 |
| 18 | report -- I'll stop sharing my screen.  I always | 11:28:01 |
| 19 | fail to stop sharing my screen.  So this time, I did | 11:28:06 |
| 20 | it. | 11:28:10 |
| 21 | So going back to your report on page 12, | 11:28:10 |
| 22 | Footnote 6, I think you say here that you understand | 11:28:13 |
| 23 | or recognize that CDPs don't have the same protected | 11:28:16 |
| 24 | status under Florida law that municipalities do. | 11:28:22 |
| 25 | Is that -- am I understanding that | 11:28:25 |

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025                              78

| | | |
|---|---|---|
| 1 | correctly? | 11:28:26 |
| 2 | A.   Yes. | 11:28:27 |
| 3 | Q.   Now, do you still -- do you think that, | 11:28:28 |
| 4 | notwithstanding that, analyzing CDPs is still | 11:28:30 |
| 5 | relevant? | 11:28:34 |
| 6 | A.   Yes. | 11:28:35 |
| 7 | Q.   Okay.  Explain why. | 11:28:35 |
| 8 | A.   CDPs are -- they're useful because they | 11:28:38 |
| 9 | are understood units of analysis.  They are, to some | 11:28:43 |
| 10 | degree, what one would consider a community of | 11:28:50 |
| 11 | interest, and they are, you know, another way to | 11:28:53 |
| 12 | sort of slice the pie and see how the map is being | 11:28:58 |
| 13 | drawn. | 11:29:03 |
| 14 | Q.   Okay.  And just for the record and just | 11:29:04 |
| 15 | for information:  What is a CDP? | 11:29:07 |
| 16 | A.   A CDP is a Census Designated Place. | 11:29:12 |
| 17 | Q.   Okay.  And what is a Census Designated | 11:29:16 |
| 18 | Place? | 11:29:20 |
| 19 | A.   I do not know what the formal definition | 11:29:21 |
| 20 | is, but they are officially designed -- they are | 11:29:23 |
| 21 | officially defined units of geographical analysis. | 11:29:26 |
| 22 | Q.   Do you know who -- sorry.  Do you know who | 11:29:31 |
| 23 | defines them? | 11:29:33 |
| 24 | A.   The census? | 11:29:35 |
| 25 | Q.   Mm-hmm, okay. | 11:29:36 |

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025                    79

| | | |
|---|---|---|
| 1 | And do CDPs have a local government like a | 11:29:41 |
| 2 | city or a county would? | 11:29:44 |
| 3 | A.   No, they are unincorporated as far as I | 11:29:46 |
| 4 | understand. | 11:29:48 |
| 5 | Q.   Okay.  Do you -- do you recall seeing, in | 11:29:49 |
| 6 | Dr. Trende's report, where he mentioned that Golden | 11:29:57 |
| 7 | Gate CDP was also split between districts -- | 11:30:02 |
| 8 | district 26 in one of the neighboring districts and | 11:30:09 |
| 9 | that he thought that that it was omitted here on | 11:30:14 |
| 10 | page 23 of your report? | 11:30:16 |
| 11 | A.   I do recall him talking about CDP, but I | 11:30:19 |
| 12 | don't remember that point. | 11:30:23 |
| 13 | Q.   Okay.  Is that something that you've | 11:30:24 |
| 14 | checked on since your report -- | 11:30:25 |
| 15 | A.   No. | 11:30:30 |
| 16 | Q.   Okay.  That's fine. | 11:30:31 |
| 17 | All right.  Let's look at paragraphs 24 | 11:30:36 |
| 18 | and 25.  And this is about VTDs. | 11:30:40 |
| 19 | What is a VTD? | 11:30:43 |
| 20 | A.   A Voting Tabulation District. | 11:30:45 |
| 21 | Q.   Okay.  And do you know whether VTDs always | 11:30:47 |
| 22 | align with precinct boundaries? | 11:30:52 |
| 23 | A.   They do not, but they very often do. | 11:30:57 |
| 24 | Q.   Okay.  So just so I understand what you | 11:30:59 |
| 25 | used here, did you use VTDs lines as defined by the | 11:31:02 |

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025                    80

| | | |
|---|---|---|
| 1 | census or precinct boundaries as defined by local | 11:31:07 |
| 2 | supervisors of elections? | 11:31:11 |
| 3 | A.   I used -- I used VTDs as defined by the | 11:31:12 |
| 4 | census.  I would have to double-check, but I'm | 11:31:18 |
| 5 | pretty sure it was the VTDs defined by the census. | 11:31:21 |
| 6 | Q.   Okay.  Do you know, one way or the | 11:31:25 |
| 7 | another, whether the legislature used VTDs in | 11:31:26 |
| 8 | drawing maps? | 11:31:30 |
| 9 | A.   I think my understanding is that they are | 11:31:32 |
| 10 | not -- they do not formally use precincts in their | 11:31:34 |
| 11 | drawing of the maps. | 11:31:38 |
| 12 | Q.   Okay.  And similar question as to this -- | 11:31:40 |
| 13 | as to CDPs earlier:  Is the fact that the | 11:31:45 |
| 14 | legislature, if it didn't use VTDs, that do you | 11:31:50 |
| 15 | think that affects the relevance of VTDs for | 11:31:54 |
| 16 | purposes of an analysis like this? | 11:31:58 |
| 17 | A.   I don't.  I do not. | 11:32:00 |
| 18 | Q.   Okay.  Explain why. | 11:32:02 |
| 19 | A.   Again, they are -- they can be construed | 11:32:05 |
| 20 | as kind of a community of interest.  But VTDs -- the | 11:32:10 |
| 21 | precincts are in the Florida redistricting software, | 11:32:13 |
| 22 | from what I understand.  They are a very, very | 11:32:16 |
| 23 | commonly used unit of analysis.  They are the lowest | 11:32:17 |
| 24 | level at which election returns can be observed. | 11:32:23 |
| 25 | And they are just the most commonly used unit of | 11:32:31 |

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025                    81

| | | |
|---|---|---|
| 1 | analysis to compare maps to. | 11:32:34 |
| 2 | Q.   Where do you get your understanding that | 11:32:41 |
| 3 | the legislature's map-drawing application includes | 11:32:43 |
| 4 | VTDs? | 11:32:46 |
| 5 | A.   I believe -- I believe counsel informed me | 11:32:49 |
| 6 | of that. | 11:32:54 |
| 7 | Q.   Okay.  Does your analysis VTDs assume that | 11:32:54 |
| 8 | the legislature, when it was drawing in these areas | 11:33:01 |
| 9 | where the VTDs are, knew what the Hispanic VAP or | 11:33:06 |
| 10 | Hispanic distribution was and drew the line in a way | 11:33:12 |
| 11 | that took in greater concentrations and excluded | 11:33:18 |
| 12 | lesser concentrations of Hispanics? | 11:33:22 |
| 13 | A.   My evidence and analysis is consistent | 11:33:25 |
| 14 | with that, yes. | 11:33:27 |
| 15 | Q.   Okay.  If the legislature, in drawing the | 11:33:28 |
| 16 | maps around where these VTDs are, was not aware of | 11:33:33 |
| 17 | the specific age VAP of those areas or was not aware | 11:33:37 |
| 18 | of the distribution of Hispanic voters in those | 11:33:44 |
| 19 | areas, how does that impact your analysis? | 11:33:50 |
| 20 | A.   I'm not sure that it does.  I can't make | 11:33:58 |
| 21 | any legal determinations. | 11:34:01 |
| 22 | Q.   Okay.  If it was unaware of the HVAP in | 11:34:03 |
| 23 | the -- in these areas where the VTDs are, then would | 11:34:06 |
| 24 | you agree that they wouldn't have been able to | 11:34:11 |
| 25 | intentionally split these VTDs in a way to take in | 11:34:16 |

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025                          82

| | | |
|---|---|---|
| 1 | greater concentrations of Hispanic voters and | 11:34:18 |
| 2 | exclude lesser concentrations? | 11:34:21 |
| 3 | A.   I don't know.  I'm not sure. | 11:34:25 |
| 4 | Q.   Okay.  Is there any way that you can think | 11:34:27 |
| 5 | of, that they would have been able to split these | 11:34:30 |
| 6 | VTDs, to take in greater and exclude lesser | 11:34:34 |
| 7 | concentrations of Hispanic voters, if they didn't | 11:34:37 |
| 8 | know the HVAP or the Hispanic distribution or | 11:34:39 |
| 9 | concentration in these areas? | 11:34:43 |
| 10 | ATTORNEY JONES:  Objection to form. | 11:34:46 |
| 11 | A.   There are other proxies for Hispanic | 11:34:48 |
| 12 | voting-age population. | 11:34:53 |
| 13 | Q.   Okay.  What are those? | 11:34:55 |
| 14 | A.   I don't know.  I cannot speculate on what | 11:34:58 |
| 15 | the legislature would have relied upon to proxy for | 11:35:00 |
| 16 | that. | 11:35:03 |
| 17 | Q.   Okay.  Now, in your -- in this section of | 11:35:05 |
| 18 | your report where you analyze VTDs, just to I | 11:35:16 |
| 19 | understand:  In your initial report, you excluded | 11:35:20 |
| 20 | the under-100 VTDs.  And my understanding of that | 11:35:23 |
| 21 | is, if you have a split VTD or if you have a pair of | 11:35:26 |
| 22 | contiguous VTDs, if at least one of those portions | 11:35:32 |
| 23 | or one of those VTDs was under 100, you excluded it | 11:35:36 |
| 24 | from your analysis? | 11:35:40 |
| 25 | A.   In the initial report.  That's correct. | 11:35:42 |

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025                    83

| | | |
|---|---|---|
| 1 | Q.   Okay.  And when did you make the decision | 11:35:44 |
| 2 | to exclude those VTDs from your analysis?  Had you | 11:35:48 |
| 3 | already done the analysis, or did you do that at the | 11:35:52 |
| 4 | outset of your analysis? | 11:35:55 |
| 5 | A.   Prior to my analysis. | 11:35:56 |
| 6 | Q.   Okay.  So you didn't see the results | 11:35:57 |
| 7 | before you made that decision? | 11:36:00 |
| 8 | A.   No. | 11:36:01 |
| 9 | Q.   Okay.  All right. | 11:36:02 |
| 10 | Let me show you an exhibit. | 11:36:08 |
| 11 | ATTORNEY BARDOS:  This is Exhibit 6. | 11:36:10 |
| 12 | (Plaintiffs' Exhibit No. 6 was | 11:36:13 |
| 13 | marked for identification.) | 11:36:13 |
| 14 | Q.   All right.  So in Table 3 of your report, | 11:36:27 |
| 15 | do I understand correctly that Table 3 concerns only | 11:36:29 |
| 16 | VTDs that were split along the boundary of | 11:36:33 |
| 17 | district 26, where 26 meets, you know, a district | 11:36:37 |
| 18 | that's not protected?  And we'll get to my exhibit | 11:36:42 |
| 19 | in a second.  I just want to understand your | 11:36:46 |
| 20 | table first. | 11:36:48 |
| 21 | A.   Okay. | 11:36:49 |
| 22 | Q.   And I'll start over.  I'll start over. | 11:36:51 |
| 23 | So your Table 3 -- | 11:36:53 |
| 24 | A.   Okay. | 11:36:55 |
| 25 | Q.   -- do I understand correctly that it | 11:36:56 |

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025                                84

| | | |
|---|---|---|
| 1 | concerns only split VTDs along the border of | 11:36:58 |
| 2 | district 26? | 11:37:03 |
| 3 | A.   Yes, so it only concerns splits of the | 11:37:05 |
| 4 | same precinct.  So it's comparing one split of the | 11:37:10 |
| 5 | same precincts to the other split of the same | 11:37:14 |
| 6 | precinct. | 11:37:17 |
| 7 | Q.   Right.  Now, what I've done in Exhibit 6 | 11:37:18 |
| 8 | is I've taken the information from ^in your table, | 11:37:21 |
| 9 | and I sorted it from the highest HVAP to the lowest. | 11:37:27 |
| 10 | So on the left, you have the VTDs that you identify | 11:37:30 |
| 11 | in your Table 3, on the left, those that were | 11:37:34 |
| 12 | included in district 26, and then on the right, VTDs | 11:37:38 |
| 13 | that were excluded from 26, again, sorted from | 11:37:42 |
| 14 | highest HVAP to lowest.  So I'm not lining them up | 11:37:46 |
| 15 | next to their split portions. | 11:37:49 |
| 16 | And if you'd like to take a second to kind | 11:37:55 |
| 17 | of look at your report, and you can feel free to | 11:38:00 |
| 18 | check this or -- if you'd like.  But let me know | 11:38:03 |
| 19 | when -- if you need a moment. | 11:38:08 |
| 20 | A.   Yeah, so I'm a little bit confused.  So as | 11:38:12 |
| 21 | an example, you have Collier 002 excluded on the | 11:38:17 |
| 22 | right-hand side from CD 26, but then on the | 11:38:24 |
| 23 | left-hand side, you have Collier 002 included in | 11:38:27 |
| 24 | CD -- | 11:38:31 |
| 25 | Q.   Yeah, and that would be because these | 11:38:32 |

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025                                    85

| | | |
|---|---|---|
| 1 | would be split VTDs.  So every VTD would have an | 11:38:35 |
| 2 | included portion and an excluded portion. | 11:38:38 |
| 3 | A.    Included in CD 26 -- | 11:38:40 |
| 4 | Q.    Yes. | 11:38:43 |
| 5 | A.    -- or included in my table? | 11:38:43 |
| 6 | Q.    So all of the -- | 11:38:46 |
| 7 | A.    These are all from my original table. | 11:38:49 |
| 8 | Q.    Yes, all from your original table. | 11:38:51 |
| 9 | A.    Okay.  Okay. | 11:38:53 |
| 10 | Q.    I just sort them differently, so that it's | 11:38:55 |
| 11 | from the highest HVAP to the lowest. | 11:38:57 |
| 12 | A.    Okay.  Okay. | 11:39:00 |
| 13 | Q.    Is that -- | 11:39:01 |
| 14 | A.    Okay.  I think so, yeah. | 11:39:02 |
| 15 | Q.    Okay.  All right.  In looking at it this | 11:39:04 |
| 16 | way, and, you know, we see that there are a number | 11:39:06 |
| 17 | of VTD fragments with some pretty low HVAPs that | 11:39:09 |
| 18 | were included in the district, such as Collier 12 | 11:39:16 |
| 19 | at 9.7 percent, and Collier 79 at 11.6 percent, | 11:39:22 |
| 20 | Collier 2 at 12.7 percent, Collier 70 at 23.3 | 11:39:27 |
| 21 | percent. | 11:39:36 |
| 22 | And then on the other side, you see that | 11:39:36 |
| 23 | there were VTD fragments with quite high HVAPs that | 11:39:38 |
| 24 | were excluded from the district, such as Collier | 11:39:42 |
| 25 | 134, 84.6 percent, Collier 71, 61.1 percent, and | 11:39:47 |

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025                     86

| | | |
|---|---|---|
| 1 | Miami-Dade at 538 at 53.4 percent. | 11:39:55 |
| 2 | Is there any -- do you have any reason -- | 11:40:02 |
| 3 | any theory as to why the legislature would have | 11:40:04 |
| 4 | included VTD fragments with HVAPs of 9.7 | 11:40:07 |
| 5 | percent, 11.6 percent, 12.7 percent, 23.3 | 11:40:10 |
| 6 | percent, 33.6 percent, but excluded VTDs fragments | 11:40:17 |
| 7 | with HVAPs with 84.6 percent, 67.1 percent, | 11:40:23 |
| 8 | 53.4 percent, 48.7 percent, 47.8 percent? | 11:40:26 |
| 9 | I'm sorry, I'm not hearing you. | 11:40:40 |
| 10 | ATTORNEY CARTAYA:  I can't hear you | 11:40:53 |
| 11 | either. | 11:40:54 |
| 12 | ATTORNEY JONES:  I think the -- | 11:41:06 |
| 13 | ATTORNEY BARDOS:  I hear Patrick. | 11:41:11 |
| 14 | THE WITNESS:  Is this better? | 11:41:36 |
| 15 | ATTORNEY BARDOS:  Yes, perfect. | 11:41:43 |
| 16 | THE WITNESS:  I think Zoom changed the | 11:41:44 |
| 17 | microphone. | 11:41:45 |
| 18 | A.   So -- so I -- I'm comparing portions of | 11:41:46 |
| 19 | the same precinct that are separated by a boundary | 11:41:49 |
| 20 | line, separated by the CD 26 boundary line.  It is | 11:41:54 |
| 21 | not clear to me how you can make these comparisons | 11:42:00 |
| 22 | when I don't know which of these precinct splits are | 11:42:04 |
| 23 | touching which other precincts, right?  We're | 11:42:09 |
| 24 | talking about the decision to include a portion of | 11:42:12 |
| 25 | one precinct relative to a portion of another same | 11:42:17 |

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025                                    87

| | | |
|---|---|---|
| 1 | precinct based on where a mapmaker drew a line. | 11:42:24 |
| 2 | Q.   Okay.  So why would you limit that to the | 11:42:28 |
| 3 | touching portions?  Why -- let me ask this:  So all | 11:42:30 |
| 4 | of the precinct or VTD portions that are referenced | 11:42:35 |
| 5 | in Table 3 of your report are abutting the boundary | 11:42:39 |
| 6 | of district 236, correct? | 11:42:43 |
| 7 | A.   Correct. | 11:42:45 |
| 8 | Q.   And the ones -- and some are abutting it | 11:42:45 |
| 9 | from the inside, meaning they were included in the | 11:42:49 |
| 10 | district, and others are abutting from the outside, | 11:42:51 |
| 11 | meaning they were excluded from the district, | 11:42:55 |
| 12 | correct? | 11:42:57 |
| 13 | A.   Yes. | 11:42:58 |
| 14 | Q.   So then why -- why would it not be fair | 11:42:58 |
| 15 | just to compare, you know, and to say that the | 11:43:03 |
| 16 | legislature could have incorporated Collier 134 with | 11:43:05 |
| 17 | a 86.7 HVAP but didn't do it and it did incorporate | 11:43:13 |
| 18 | part of Collier 12 with a 9.7 HVAP?  You know, why | 11:43:18 |
| 19 | is that not a fair comparison? | 11:43:24 |
| 20 | A.   I am not -- I was not tasked with drawing | 11:43:27 |
| 21 | new maps; I was tasked with assessing the current | 11:43:29 |
| 22 | map and looking at the shape of the current map. | 11:43:33 |
| 23 | Q.   Okay.  See, I don't think -- so.  Okay. | 11:43:37 |
| 24 | So the only difference between your | 11:43:40 |
| 25 | analysis that is on my exhibit and the analysis that | 11:43:42 |

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025                                    88

| | | |
|---|---|---|
| 1 | you did is that you limited your comparison to | 11:43:44 |
| 2 | contiguous VDT portions.  So you compared only those | 11:43:48 |
| 3 | that were touching, correct, to each other? | 11:43:53 |
| 4 | A.   That is correct. | 11:43:56 |
| 5 | Q.   But wouldn't the same -- wouldn't it be | 11:43:57 |
| 6 | equally appropriate to look at the same precincts | 11:44:01 |
| 7 | that you identified in your table, whether they're | 11:44:04 |
| 8 | touching or not?  I mean, isn't it the theory that | 11:44:07 |
| 9 | the legislature included some things and excluded | 11:44:12 |
| 10 | other things based on their HVAPs? | 11:44:16 |
| 11 | A.   That was not the analysis that I was | 11:44:20 |
| 12 | doing.  I was looking at the current shape of the | 11:44:21 |
| 13 | current enacted map and how the patterns manifested | 11:44:23 |
| 14 | themselves based on those lines that existed. | 11:44:27 |
| 15 | Q.   Okay.  But the legislature could have -- | 11:44:31 |
| 16 | and when we were talking about Immokalee, you said | 11:44:35 |
| 17 | that if it was adjacent to the district, the | 11:44:38 |
| 18 | legislature could have incorporated it into the | 11:44:41 |
| 19 | district, if I remember correctly. | 11:44:43 |
| 20 | So by that same logic, the legislature | 11:44:44 |
| 21 | could have incorporated Collier 134 and Collier 71 | 11:44:49 |
| 22 | into district 26, correct? | 11:44:51 |
| 23 | A.   I don't remember the conversation about | 11:44:54 |
| 24 | Immokalee, but the precinct Collier 134 that is | 11:44:56 |
| 25 | split, the higher Hispanic voting-age population | 11:45:00 |

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025                                89

| | | |
|---|---|---|
| 1 | portion is not contained in CD 26.  It is contained | 11:45:05 |
| 2 | in CD 18.  So there are three precinct splits that I | 11:45:08 |
| 3 | have here on my Table 3 where the pattern does not | 11:45:13 |
| 4 | manifest itself. | 11:45:17 |
| 5 | But the vast majority of these precinct | 11:45:18 |
| 6 | splits are -- the higher portion of HVAP is included | 11:45:21 |
| 7 | in the -- on the district 26 side of this line. | 11:45:27 |
| 8 | Q.   Right.  But these portions that were | 11:45:33 |
| 9 | excluded, since they lie on the boundary of | 11:45:37 |
| 10 | district 26, could have been added to the district, | 11:45:40 |
| 11 | correct?  There would be no contiguity issue -- | 11:45:43 |
| 12 | ATTORNEY JONES:  Objection to form. | 11:45:51 |
| 13 | That's a (Distorted audio). | 11:45:51 |
| 14 | A.   The line would look different, the | 11:45:52 |
| 15 | boundary would look different, and there may be | 11:45:57 |
| 16 | reasons, particularly for popularization | 11:45:58 |
| 17 | equalization reasons, that those portions were not | 11:45:58 |
| 18 | included. | 11:46:00 |
| 19 | Q.   All of that is true of your analysis, as | 11:46:01 |
| 20 | well, right?  You know, if you have -- | 11:46:03 |
| 21 | ATTORNEY BARDOS:  Do we need a break? | 11:46:08 |
| 22 | THE WITNESS:  I think the computer is | 11:46:11 |
| 23 | going to die.  I don't know. | 11:46:12 |
| 24 | ATTORNEY BARDOS:  Let me know if you -- | 11:46:18 |
| 25 | ATTORNEY JONES:  What does the power bar | 11:46:22 |

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025                              90

| | | |
|---|---|---|
| 1 | say? | 11:46:23 |
| 2 | THE WITNESS:  I don't know.  Yeah, there's | 11:46:25 |
| 3 | an exclamation point.  There's an exclamation | 11:46:27 |
| 4 | mark on the laptop. | 11:46:29 |
| 5 | ATTORNEY JONES:  All right. | 11:46:33 |
| 6 | Can we take a quick break and figure out | 11:46:34 |
| 7 | our business? | 11:46:36 |
| 8 | ATTORNEY BARDOS:  Five minutes?  Ten | 11:46:37 |
| 9 | minutes? | 11:46:38 |
| 10 | THE COURT REPORTER:  The time is 11:46 | 11:46:44 |
| 11 | EST, and we are off the record. | 11:46:48 |
| 12 | (Recess.) | 11:46:51 |
| 13 | THE COURT REPORTER:  The time is 11:51 | 11:51:07 |
| 14 | EST, and we are back on the record. | 11:51:08 |
| 15 | Q.   Okay.  Dr. Abbott, so I think before the | 11:51:13 |
| 16 | break, you mentioned there might be equal population | 11:51:16 |
| 17 | issues with incorporating some of these VTD | 11:51:19 |
| 18 | fragments on Exhibit 6. | 11:51:22 |
| 19 | But wouldn't that also be true of the VTD | 11:51:26 |
| 20 | fragments in your table, the contiguous ones? | 11:51:31 |
| 21 | A.   I don't -- I don't see why, because the | 11:51:38 |
| 22 | splits that were included in district 26, generally | 11:51:41 |
| 23 | speaking, had higher HVAP. | 11:51:45 |
| 24 | There was a decision -- most of the | 11:51:47 |
| 25 | precincts in the redistricting in the enacted map | 11:51:50 |

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025                    91

| | | |
|---|---|---|
| 1 | were kept whole, but this table lists all of the | 11:51:53 |
| 2 | precincts that were not kept whole.  And those that | 11:51:58 |
| 3 | were not kept whole, time and again, exhibited a | 11:52:03 |
| 4 | pattern in which the portions that were split and | 11:52:06 |
| 5 | given to CD 26 had higher HVAPs than those that were | 11:52:09 |
| 6 | excluded from CD 26. | 11:52:13 |
| 7 | Q.    And you didn't examine alternative | 11:52:17 |
| 8 | explanations for why that might be the case? | 11:52:18 |
| 9 | A.    I did not. | 11:52:20 |
| 10 | Q.    And looking back at Exhibit 6 here, you | 11:52:23 |
| 11 | would agree, though, that the legislature -- that | 11:52:26 |
| 12 | there were VTD fragments along the boundary of | 11:52:32 |
| 13 | district 26 just outside of the district with HVAPs | 11:52:35 |
| 14 | of 84.6, 67.1 percent, 53.4 percent, 48.7 percent, | 11:52:40 |
| 15 | 47.8 percent and 40.4 percent, just to name six | 11:52:52 |
| 16 | examples, correct? | 11:52:58 |
| 17 | A.    Yes. | 11:52:59 |
| 18 | Q.    And you would agree that there were VTD | 11:52:59 |
| 19 | fragments along the boundary of district 26, just | 11:53:03 |
| 20 | inside the district, with HVAPs of 9.7 percent, | 11:53:06 |
| 21 | 11.6 percent, 12.7 percent, 23.3 percent, and | 11:53:11 |
| 22 | 33.6 percent, to name five of them, correct? | 11:53:18 |
| 23 | A.    Yes. | 11:53:30 |
| 24 | Q.    Now, if we look back at your table, and I | 11:53:30 |
| 25 | will stop sharing my screen.  If we look back at | 11:53:32 |

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025                          92

| | |
|---|---|
| 1 | your table, would you agree that there are 13 rows | 11:53:36 |
| 2 | in Table 3?  So you're assessing 13 VTDs? | 11:53:39 |
| 3 |     A.   Yes. | 11:53:48 |
| 4 |     Q.   Okay.  And of those 13, five of them | 11:53:48 |
| 5 | concern VTDs that were split between CD 26 and | 11:53:52 |
| 6 | CD 24, which is the protected district for Black | 11:53:56 |
| 7 | voters? | 11:54:01 |
| 8 |     A.   Correct. | 11:54:02 |
| 9 |     Q.   Okay.  And so if the legislature's | 11:54:04 |
| 10 | attempts to maintain the ability to elect for Black | 11:54:07 |
| 11 | voters in 24 had something to do with those splits, | 11:54:10 |
| 12 | that's not something you analyzed? | 11:54:15 |
| 13 |     A.   That's not something I had what, sorry? | 11:54:17 |
| 14 |     Q.   That's not something you analyzed, whether | 11:54:19 |
| 15 | the legislature's attempts to maintain district 24 | 11:54:22 |
| 16 | as a district in which Black voters are able to | 11:54:25 |
| 17 | elect the candidates of their choice had something | 11:54:28 |
| 18 | to do with the way that those VTDs were split. | 11:54:32 |
| 19 |     A.   Correct. | 11:54:35 |
| 20 |     Q.   Okay.  Let's look at Table 4.  So my | 11:54:43 |
| 21 | understanding of the difference between your Table 3 | 11:54:45 |
| 22 | and your Table 4 is:  Table 3 lists VTDs that were | 11:54:48 |
| 23 | split along a boundary of CD 26, and -- I'm sorry, | 11:54:52 |
| 24 | Table 4 lists pairs of VTDs where they're | 11:54:58 |
| 25 | contiguous, one inside district 26, one outside of | 11:55:04 |

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025                    93

| | | |
|---|---|---|
| 1 | district 26; is that correct? | 11:55:07 |
| 2 | A.   That is correct. | 11:55:09 |
| 3 | Q.   Now, in Table 4, I won't ask you to count | 11:55:11 |
| 4 | all of the rows in the table, but -- I might run out | 11:55:15 |
| 5 | of time, but would you agree that there are some VTD | 11:55:19 |
| 6 | pairs in which the VTD that was excluded from the | 11:55:26 |
| 7 | district is in a county other than Collier and | 11:55:30 |
| 8 | Miami-Dade? | 11:55:35 |
| 9 | A.   Yes. | 11:55:39 |
| 10 | Q.   Okay.  So there are VTDs where the | 11:55:41 |
| 11 | excluded VTD is in Broward County or Hendry County, | 11:55:45 |
| 12 | or as you clarified in your errata sheet, in Lee | 11:55:53 |
| 13 | County, correct? | 11:55:57 |
| 14 | A.   So there are VTDs that are excluded from | 11:55:58 |
| 15 | district 26 in -- that do not include Collier and | 11:56:03 |
| 16 | Miami-Dade.  I believe it's just Lee County and | 11:56:07 |
| 17 | Hendry County. | 11:56:09 |
| 18 | Q.   And how about Broward? | 11:56:12 |
| 19 | A.   So I think that was corrected in the | 11:56:14 |
| 20 | errata. | 11:56:17 |
| 21 | Q.   I see.  So it might -- tell me if I'm | 11:56:18 |
| 22 | mistaken here, but I think the first six rows that | 11:56:21 |
| 23 | say "Broward," those are the corrections, those are | 11:56:24 |
| 24 | the ones that should have been in Lee? | 11:56:27 |
| 25 | A.   Yeah. | 11:56:29 |

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025                    94

1        Q.   And then further down on down on the          11:56:29

2    table, there are VTDs in Broward that actually are     11:56:30

3    in Broward.                                            11:56:33

4             Is that your understanding?                   11:56:36

5        A.   Yes, but none of those are -- oh, yes --      11:56:38

6    yes, so those are -- those are from Broward County,    11:56:38

7    correct.                                               11:56:42

8        Q.   Okay.  So you did not analyze whether the     11:56:43

9    legislature's attempts to adhere to county             11:56:47

10   boundaries and not cross over into Lee County or       11:56:51

11   Broward County or Hendry County might have been the    11:56:55

12   reason why the excluded VTDs in Table 4 were not       11:57:00

13   included in district 26, correct?                      11:57:03

14       A.   I did not explicitly look at that, but I      11:57:06

15   did look at county splits, and the fact that the       11:57:08

16   Florida legislature did split counties when drawing    11:57:12

17   this map.                                              11:57:15

18       Q.   Okay.  And you're aware that, in every        11:57:17

19   map, including Dr. McCartan's maps, there will be      11:57:19

20   split counties, correct?                               11:57:22

21       A.   Correct.                                      11:57:24

22       Q.   Okay.  And are you aware that                 11:57:25

23   Dr. McCartan's maps split at least as many counties    11:57:27

24   as the enacted map?                                    11:57:31

25            ATTORNEY JONES:  Objection to form.           11:57:33

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025                    95

| | |
|---|---|
| 1 | A.   I did not count how many counties were | 11:57:34 |
| 2 | split. | 11:57:36 |
| 3 | Q.   Do you know whether Sarasota County, which | 11:57:37 |
| 4 | is, I think, two counties to the north from Collier | 11:57:42 |
| 5 | County, is whole in the enacted map but split in | 11:57:45 |
| 6 | every one of Dr. McCartan's maps? | 11:57:48 |
| 7 | A.   I did not look at that. | 11:57:50 |
| 8 | Q.   And you're not saying that it's more | 11:57:51 |
| 9 | important to keep Collier County whole than it is to | 11:57:53 |
| 10 | keep Sarasota County whole? | 11:57:55 |
| 11 | A.   I am not saying that. | 11:57:58 |
| 12 | Q.   Do you know whether the legislature | 11:58:00 |
| 13 | followed county boundaries from -- do you know | 11:58:03 |
| 14 | whether the legislature would have been able to | 11:58:10 |
| 15 | follow the western boundary of Broward, Palm Beach, | 11:58:12 |
| 16 | Martin, and St. Lucy counties and the northern | 11:58:16 |
| 17 | boundaries of St. Lucy County if it had not gone | 11:58:19 |
| 18 | over to Collier in CD 26? | 11:58:23 |
| 19 | A.   I do not know. | 11:58:27 |
| 20 | Q.   Do you know what the boundary analysis or | 11:58:48 |
| 21 | boundary score is in Florida? | 11:58:51 |
| 22 | A.   I do not. | 11:58:54 |
| 23 | Q.   Are you familiar with that?  Okay. | 11:58:56 |
| 24 | Is it your position that there are more | 11:59:02 |
| 25 | congressional districts in Miami-Dade County than | 11:59:04 |

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025                    96

| | | |
|---|---|---|
| 1 | there have to be? | 11:59:07 |
| 2 | ATTORNEY JONES:  Objection to form. | 11:59:09 |
| 3 | A.    That is not my position. | 11:59:10 |
| 4 | Q.    Okay.  Now, in some of these pairings, the | 11:59:13 |
| 5 | HVAP in the included portion and the excluded | 11:59:27 |
| 6 | portion is quite similar.  For example, Collier in | 11:59:31 |
| 7 | Table 2, Collier to the HVAP of the included portion | 11:59:36 |
| 8 | is 12.7 percent, and in the excluded portion it's | 11:59:42 |
| 9 | 6.3 percent.  In Collier 71, the included portion | 11:59:46 |
| 10 | has an HVAP of -- I'm sorry? | 11:59:51 |
| 11 | A.    Which table are you looking at? | 11:59:54 |
| 12 | Q.    I'm sorry, I'm sorry.  Table 3. | 11:59:55 |
| 13 | A.    Okay. | 11:59:57 |
| 14 | Q.    Okay.  So Table 3, the included portion of | 12:00:01 |
| 15 | Collier 2 has an HVAP of 12.7 percent, the excluded | 12:00:05 |
| 16 | portion has an HVAP of 6.3 percent.  Collier 71, the | 12:00:11 |
| 17 | included portion has an HVAP of 67.5 percent, the | 12:00:16 |
| 18 | excluded portion has an HVAP of 67.1 percent. | 12:00:20 |
| 19 | Collier 79, the included portion has an HVAP of 11.6 | 12:00:26 |
| 20 | percent, the excluded portion has an HVAP of | 12:00:29 |
| 21 | 7.7 percent. | 12:00:29 |
| 22 | Do you think that those sorts of | 12:00:32 |
| 23 | differences between the HVAP of the included | 12:00:34 |
| 24 | district and the HVAP of the excluded district say | 12:00:37 |
| 25 | really anything about what the legislature was | 12:00:39 |

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025                          97

| | | |
|---|---|---|
| 1 | considering or what factors it was relying on in | 12:00:43 |
| 2 | drawing these districts? | 12:00:47 |
| 3 | ATTORNEY JONES:  Objection to form. | 12:00:48 |
| 4 | A.   I believe that the fact that one has a | 12:00:51 |
| 5 | greater composition of HVAP, a greater percentage of | 12:00:54 |
| 6 | HVAP suggests that, over and over again, the line | 12:01:00 |
| 7 | was drawn in a way that included those portions.  I | 12:01:02 |
| 8 | can't speak to the size of those differences.  Or | 12:01:06 |
| 9 | the fact that there were differences that do not | 12:01:11 |
| 10 | appear to be random or a result of chance because | 12:01:14 |
| 11 | they seem very consistent suggests to me, you know, | 12:01:18 |
| 12 | what I've concluded in my report. | 12:01:23 |
| 13 | Q.   Okay.  And so, it suggests to you that it | 12:01:25 |
| 14 | was not random but rather intentional, correct? | 12:01:27 |
| 15 | A.   That it was not random. | 12:01:32 |
| 16 | Q.   Is that different from saying that it was | 12:01:36 |
| 17 | intentional? | 12:01:39 |
| 18 | A.   I just cannot speculate on the intentions | 12:01:41 |
| 19 | of the map drawers. | 12:01:43 |
| 20 | Q.   Okay.  When you say that race -- that your | 12:01:45 |
| 21 | analysis strongly suggests that race was a factor, | 12:01:54 |
| 22 | isn't that another way of saying that the | 12:01:58 |
| 23 | legislature intentionally used race to draw | 12:02:00 |
| 24 | districts? | 12:02:02 |
| 25 | A.   I -- I cannot say what the subjective | 12:02:05 |

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025                                    98

1    intentions of the map drawers were.  I can say what        12:02:08
2    the map looks like.                                        12:02:11
3        Q.   Okay.  And so the fact that, for example,         12:02:13
4    Collier 71, the HVAP of the included portion is only       12:02:17
5    four-tenths of a percentage point higher than the          12:02:21
6    HVAP of the excluded portion, you would still see          12:02:23
7    that VTD as an indication that race was a factor in        12:02:26
8    drawing these districts?                                   12:02:32
9        A.   Embedded in the larger patterns that we           12:02:35
10   are witnessing, yes.                                       12:02:38
11       Q.   Now, in the -- in a number of these               12:02:46
12   tables, the included VTD -- and I'm talking as an          12:02:48
13   example now about Table 4 -- the included VTD is           12:02:55
14   often listed more than once, and I assume the reason       12:02:59
15   is that it is adjacent to more than one VTD that was       12:03:01
16   excluded from the district.                                12:03:06
17           Is that -- is that the reason why it would         12:03:08
18   be listed more than once?                                  12:03:10
19       A.   Yes, and there are excluded VTDs that are         12:03:11
20   also listed more than once.                                12:03:13
21       Q.   Right.  And -- but each time it's                 12:03:17
22   separately listed, that factors into your                  12:03:20
23   probability analysis separately, correct?                  12:03:25
24       A.   Correct.                                          12:03:28
25       Q.   Okay.  Do you think it's the right way to         12:03:29

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025                    99

| | | |
|---|---|---|
| 1 | calculate the possibility analysis to factor what is | 12:03:34 |
| 2 | basically one decision into that same analysis | 12:03:39 |
| 3 | multiple times? | 12:03:42 |
| 4 | ATTORNEY JONES:  Objection to form. | 12:03:44 |
| 5 | A.   I disagree that it's one decision -- | 12:03:45 |
| 6 | Q.   Okay. | 12:03:48 |
| 7 | A.   -- because the line -- because there's a | 12:03:49 |
| 8 | different line that separates one precinct from | 12:03:53 |
| 9 | another, even if that precinct appears more than | 12:03:55 |
| 10 | once and touches that line more than once. | 12:03:58 |
| 11 | Q.   Okay.  So just to be clear, let's say | 12:04:02 |
| 12 | there's a VTD just inside the boundary, just inside | 12:04:05 |
| 13 | district 26.  And on the other side, there are five | 12:04:10 |
| 14 | small VTDs that were excluded from the district that | 12:04:14 |
| 15 | are adjacent to the one that was included. | 12:04:16 |
| 16 | Your probability analysis would include | 12:04:21 |
| 17 | that inside VTD, the one that was included, it would | 12:04:23 |
| 18 | reflect that five times? | 12:04:29 |
| 19 | A.   I -- I don't know what you mean by | 12:04:32 |
| 20 | "reflect," but it would be part of the calculation | 12:04:34 |
| 21 | five separate times, yes. | 12:04:39 |
| 22 | Q.   Okay.  And there's a fairly large number | 12:04:42 |
| 23 | of duplicate or even triplicate VTDs listed in these | 12:04:47 |
| 24 | tables, correct? | 12:04:56 |
| 25 | ATTORNEY JONES:  Objection to form. | 12:04:58 |

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025                                    100

| | | |
|---|---|---|
| 1 | A.   I don't know that it would be larger.  I'm | 12:04:59 |
| 2 | not sure how you would quantify that -- or qualify | 12:05:01 |
| 3 | that. | 12:05:04 |
| 4 | Q.   So in table -- so in Table 4, Collier 120 | 12:05:04 |
| 5 | is listed twice, and I'm just going through the | 12:05:08 |
| 6 | included VTDs.  Collier 120 is listed twice, right? | 12:05:10 |
| 7 | A.   Correct. | 12:05:15 |
| 8 | Q.   Collier 57 is listed twice. | 12:05:16 |
| 9 | A.   Correct. | 12:05:19 |
| 10 | Q.   Miami-Dade 248.0 is listed twice, correct? | 12:05:21 |
| 11 | A.   Correct. | 12:05:28 |
| 12 | Q.   Miami-Dade 246 is listed twice? | 12:05:30 |
| 13 | A.   Yes. | 12:05:32 |
| 14 | Q.   Miami-Dade 314 is listed twice? | 12:05:34 |
| 15 | A.   Yes. | 12:05:38 |
| 16 | Q.   Miami-Dade 232 is listed three times? | 12:05:39 |
| 17 | A.   Yes. | 12:05:42 |
| 18 | Q.   Miami-Dade 201 is listed three times? | 12:05:44 |
| 19 | A.   Yes. | 12:05:47 |
| 20 | Q.   Miami-Dade 365 is listed three times? | 12:05:49 |
| 21 | A.   Yes. | 12:05:52 |
| 22 | Q.   Miami-Dade 369.0 is listed four times? | 12:05:53 |
| 23 | A.   Yes. | 12:05:57 |
| 24 | Q.   And Collier 122 is listed twice, correct? | 12:05:59 |
| 25 | A.   Yes. | 12:06:03 |

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025                              101

| | | |
|---|---|---|
| 1 | Q.   Okay.   Now, also, in these tables, you | 12:06:03 |
| 2 | don't list the number of voting-age Hispanics who | 12:06:17 |
| 3 | live in these VTD fragments or VTDs, correct? | 12:06:22 |
| 4 | A.   That's correct, but I did add them in my | 12:06:28 |
| 5 | rebuttal report. | 12:06:29 |
| 6 | Q.   Okay.   If I remember correctly, your | 12:06:33 |
| 7 | rebuttal report includes the total voting-age | 12:06:35 |
| 8 | population and then the percentage HVAP percentage; | 12:06:38 |
| 9 | is that accurate? | 12:06:41 |
| 10 | A.   Yes, and then you can infer the Hispanic | 12:06:43 |
| 11 | voting-age population from those two. | 12:06:45 |
| 12 | Q.   You multiply.   Yes. | 12:06:48 |
| 13 | And so some of those VTD fragments or VTDs | 12:06:50 |
| 14 | have a relatively small number of people in them, | 12:06:54 |
| 15 | correct? | 12:06:56 |
| 16 | ATTORNEY JONES:   Objection to form. | 12:06:57 |
| 17 | A.   I don't know what you mean by "relatively | 12:07:00 |
| 18 | small number of people." | 12:07:02 |
| 19 | Q.   Well, if, let's say, Collier 79 has -- a | 12:07:04 |
| 20 | portion of Collier 79 that was included in the | 12:07:06 |
| 21 | district has 23 voting-age Hispanics, would you | 12:07:10 |
| 22 | consider that significant in the context of a | 12:07:15 |
| 23 | congressional district? | 12:07:17 |
| 24 | A.   So if we're referring to Table 3, Table 3 | 12:07:20 |
| 25 | excludes portions of precincts that have less than | 12:07:24 |

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025

102

| | | |
|---|---|---|
| 1 | 100 total VAP. | 12:07:28 |
| 2 | Q.   But if only -- but if one side of the VTD | 12:07:33 |
| 3 | has more than 100, then it would be included even if | 12:07:37 |
| 4 | the other side doesn't, correct? | 12:07:38 |
| 5 | A.   I don't believe so.  Not in this table. | 12:07:40 |
| 6 | Certainly not in Table 4, but I don't think in | 12:07:43 |
| 7 | Table 3 either. | 12:07:47 |
| 8 | Q.   Okay.  So is it your position, then, in | 12:07:47 |
| 9 | all of your VTD analyses, you excluded all VTDs in | 12:07:51 |
| 10 | which one side had more than 100 but the other side | 12:07:54 |
| 11 | had fewer than 100? | 12:08:02 |
| 12 | A.   The initial report, if any contiguous side | 12:08:04 |
| 13 | had less than 100 total VAP, they were not included | 12:08:06 |
| 14 | in the table. | 12:08:09 |
| 15 | Q.   Did it have to be -- okay.  If either -- | 12:08:10 |
| 16 | if either side had less than 100, it was not | 12:08:14 |
| 17 | included? | 12:08:17 |
| 18 | A.   Correct. | 12:08:17 |
| 19 | Q.   Are you sure about that? | 12:08:19 |
| 20 | A.   I'm definitely sure about that for | 12:08:20 |
| 21 | Table 4.  I'm not positive about that for Table 3, | 12:08:22 |
| 22 | but you can compare Table 3 to the split precincts | 12:08:26 |
| 23 | in my rebuttal report where I include all portions. | 12:08:29 |
| 24 | Q.   Okay.  All right.  Let me show you | 12:08:33 |
| 25 | another -- | 12:08:51 |

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025                                     103

| | | |
|---|---|---|
| 1 | ATTORNEY BARDOS:  And before we go on, | 12:08:52 |
| 2 | when does everyone want to break for lunch? | 12:08:54 |
| 3 | I'm flexible, but I -- you know, I can do it at | 12:08:56 |
| 4 | any time. | 12:08:59 |
| 5 | THE WITNESS:  12:30 -- is that okay? | 12:09:05 |
| 6 | ATTORNEY BARDOS:  12:30? | 12:09:09 |
| 7 | THE WITNESS:  I don't care. | 12:09:10 |
| 8 | ATTORNEY BARDOS:  Patrick, do you have a | 12:09:11 |
| 9 | preference? | 12:09:12 |
| 10 | ATTORNEY JONES:  I don't have a | 12:09:12 |
| 11 | preference.  I mean, if you're going to start | 12:09:13 |
| 12 | on a line of questioning, that's -- it kind of | 12:09:14 |
| 13 | depends on what your plans are. | 12:09:19 |
| 14 | ATTORNEY BARDOS:  I might -- I'm sorry.  I | 12:09:22 |
| 15 | might have maybe just five or ten minutes on | 12:09:24 |
| 16 | the VTD splits for congressional, and then | 12:09:26 |
| 17 | maybe that would be a good time? | 12:09:28 |
| 18 | ATTORNEY JONES:  Okay. | 12:09:30 |
| 19 | ATTORNEY BARDOS:  Okay. | 12:09:32 |
| 20 | Let me display another table here.  This | 12:09:36 |
| 21 | is Exhibit 7.  And what I've done here is | 12:09:45 |
| 22 | similar to what I did with Table 3. | 12:09:51 |
| 23 | (Plaintiffs' Exhibit No. 7 was | 12:09:54 |
| 24 | marked for identification.) | 12:09:54 |
| 25 | ATTORNEY BARDOS:  And I will try to add it | 12:10:13 |

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025                                    104

| | | |
|---|---|---|
| 1 | to the chat.  Okay. | 12:10:15 |
| 2 | Q.   Okay.  All right.  So, Dr. Abbott, are you | 12:10:22 |
| 3 | able to see Exhibit 7? | 12:10:25 |
| 4 | A.   Yes. | 12:10:27 |
| 5 | Q.   And what I did here, just as I did with | 12:10:28 |
| 6 | the other table, is I took the information that was | 12:10:31 |
| 7 | in your Table 4, and I sorted the included VTDs from | 12:10:33 |
| 8 | highest HVAP to lowest HVAP, and then separately | 12:10:38 |
| 9 | sorted the excluded VTDs from highest HVAP to lowest | 12:10:42 |
| 10 | HVAP. | 12:10:46 |
| 11 | And so would you agree with me that the | 12:10:47 |
| 12 | legislature included in district 26, VTDs with HVAPs | 12:10:52 |
| 13 | of -- and these are all along the border of 26, VTDs | 12:10:57 |
| 14 | with HVAPs of 3.1, 4.1, 4.8, 5.1, 5.3, 10.0, 10.7, | 12:11:03 |
| 15 | 13.6, 17.6, 26.7 percent HVAPs? | 12:11:15 |
| 16 | A.   Let me take a second to confirm. | 12:11:27 |
| 17 | What was the last one? | 12:11:42 |
| 18 | How high did you go? | 12:11:44 |
| 19 | Q.   I went up to, I believe, 26.7 percent. | 12:11:46 |
| 20 | A.   Yes, that's correct. | 12:11:51 |
| 21 | Q.   Okay.  And would you also agree that the | 12:11:51 |
| 22 | legislature excluded from district 26, VTDs that are | 12:11:54 |
| 23 | touching the border of the district with HVAPs of | 12:11:58 |
| 24 | 70.8 percent, 70.1 percent, 60.5 percent, 68.5 | 12:12:03 |
| 25 | percent, 66.4 percent 65.1 percent, | 12:12:09 |

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025                    105

| | | |
|---|---|---|
| 1 | 58.8 percent, 58.0 percent, 57.1 percent, 56.3 | 12:12:15 |
| 2 | percent, and it goes on, but I'll just give those as | 12:12:21 |
| 3 | examples. | 12:12:27 |
| 4 | Is that accurate? | 12:12:29 |
| 5 | A.   That is accurate. | 12:12:55 |
| 6 | Q.   Okay.  And is there any reason that you're | 12:12:56 |
| 7 | aware of why the legislature would have included | 12:13:00 |
| 8 | VTDs with such low HVAPs, as we just discussed, | 12:13:03 |
| 9 | or -- and at the same time, excluded VTDs with such | 12:13:08 |
| 10 | high HVAPs, as we discussed? | 12:13:13 |
| 11 | A.   Well, as I have mentioned before, race may | 12:13:15 |
| 12 | not have been the sole or only consideration there | 12:13:19 |
| 13 | in redistricting their other constraints that all | 12:13:24 |
| 14 | mapmakers have to contend with. | 12:13:29 |
| 15 | Q.   Okay.  All right.  That is it for this | 12:13:31 |
| 16 | exhibit. | 12:13:36 |
| 17 | Now, in your analyses of split VTDs, | 12:13:40 |
| 18 | Tables 3 and 4, is your -- is the assumption behind | 12:13:43 |
| 19 | this split VTD analysis, that if -- if everything | 12:13:49 |
| 20 | had been done randomly, it would be an approximately | 12:13:55 |
| 21 | kind of 50-50, or proportional, split between those | 12:13:59 |
| 22 | VTDs that are included and those that are excluded? | 12:14:03 |
| 23 | ATTORNEY JONES:  Objection to form. | 12:14:07 |
| 24 | A.   Can you repeat the question? | 12:14:10 |
| 25 | Q.   Sure.  So is the -- in this split VTD | 12:14:11 |

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025                                    106

| | | |
|---|---|---|
| 1 | analysis that you did, is the assumption that if | 12:14:16 |
| 2 | map-drawing is done randomly, or without regard to | 12:14:19 |
| 3 | race, that the HVAPs of the included VTDs would be | 12:14:24 |
| 4 | the same as the HVAPs of the excluded VTDs? | 12:14:31 |
| 5 | A.   No, not the same. | 12:14:36 |
| 6 | Q.   Okay.  Why not? | 12:14:38 |
| 7 | A.   I never make that claim.  The claim is | 12:14:40 |
| 8 | that half of the time, the districts included on one | 12:14:44 |
| 9 | side of the boundary line should have greater HVAP | 12:14:46 |
| 10 | than the contiguous districts in the other side of | 12:14:49 |
| 11 | the line, and half the time, they should have lower | 12:14:52 |
| 12 | HVAPs than the precincts on the other lines are | 12:14:55 |
| 13 | split. | 12:15:03 |
| 14 | Q.   Okay.  Thank you for that clarification. | 12:15:04 |
| 15 | Did you do anything to determine how the | 12:15:06 |
| 16 | HVAP of congressional district 26 would be impacted | 12:15:10 |
| 17 | if the VTDs that were -- that you've identified in | 12:15:13 |
| 18 | Tables 3 and 4, were split the way that you just | 12:15:16 |
| 19 | described as opposed to the way that they were | 12:15:19 |
| 20 | actually split? | 12:15:21 |
| 21 | A.   Can you repeat the question? | 12:15:25 |
| 22 | Q.   Sure.  Did you do any analysis to | 12:15:27 |
| 23 | determine how the HVAP of district 26 would have | 12:15:29 |
| 24 | been impacted if the VTDs that you've identified in | 12:15:34 |
| 25 | Tables 3 and 4 had been split in the manner that you | 12:15:39 |

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025                              107

| | | |
|---|---|---|
| 1 | just described as opposed to the way in which they | 12:15:42 |
| 2 | were actually split? | 12:15:44 |
| 3 | A.   No, that would have been drawing a new | 12:15:46 |
| 4 | map.  That would have required me to draw a map. | 12:15:48 |
| 5 | Q.   Okay.  So you don't know whether the HVAP | 12:15:52 |
| 6 | would have changed by 1 percent or 10 percent or | 12:15:54 |
| 7 | some other figure? | 12:15:58 |
| 8 | A.   The overall district 26 comes in -- no, I | 12:16:01 |
| 9 | don't know the answer to that question. | 12:16:04 |
| 10 | Q.   Okay.  And, in fact, you didn't analyze | 12:16:10 |
| 11 | whether the HVAP would have decreased at all, | 12:16:21 |
| 12 | correct? | 12:16:23 |
| 13 | ATTORNEY JONES:  Objection to form. | 12:16:24 |
| 14 | A.   I did not look at any new maps and how | 12:16:27 |
| 15 | they would have affected the composition of HVAP in | 12:16:31 |
| 16 | the districts. | 12:16:33 |
| 17 | Q.   And, in theory, the -- let's move on. | 12:16:35 |
| 18 | I'm not going to do well with that | 12:16:47 |
| 19 | question.  All right.  Let's turn to paragraph 26, | 12:16:48 |
| 20 | Figure 2.  Okay.  And here, you have a -- in | 12:16:54 |
| 21 | figure 2 -- you have a map that depicts in, I guess | 12:17:09 |
| 22 | brown where there's larger concentrations of HVAP, | 12:17:16 |
| 23 | and would the blue be -- what is the blue?  What | 12:17:20 |
| 24 | does the blue represent? | 12:17:26 |
| 25 | A.   It's lower concentrations of HVAP. | 12:17:28 |

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025                              108

| | | |
|---|---|---|
| 1 | Q.   Okay.  And -- and I think that -- I think | 12:17:30 |
| 2 | the point that you make here, tell me if I'm wrong, | 12:17:33 |
| 3 | is that the boundary of district 26 follows the -- | 12:17:35 |
| 4 | the boundary between higher and lower-concentration | 12:17:41 |
| 5 | HVAP areas, correct? | 12:17:48 |
| 6 | A.   Correct. | 12:17:50 |
| 7 | Q.   And so along the northern district, the | 12:17:51 |
| 8 | northern boundary of district 26, we see that south | 12:17:54 |
| 9 | of the boundary, it's -- there's brown color and | 12:17:56 |
| 10 | north of the boundary, it's more of a white and more | 12:17:58 |
| 11 | blue, correct? | 12:18:02 |
| 12 | A.   (No verbal response.) | 12:18:06 |
| 13 | Q.   Do you know whether that boundary, that | 12:18:08 |
| 14 | northern boundary, of 26 that's pictured in | 12:18:10 |
| 15 | Figure 2, is also the boundary between Miami-Dade | 12:18:14 |
| 16 | and Broward Counties? | 12:18:19 |
| 17 | A.   I do not know for sure. | 12:18:21 |
| 18 | Q.   If it is, could that be an explanation for | 12:18:22 |
| 19 | why the legislature put the boundary there -- the | 12:18:24 |
| 20 | boundary of district 26 there? | 12:18:27 |
| 21 | A.   Not necessarily.  Other counties are | 12:18:30 |
| 22 | split.  I don't see any reason why Broward County is | 12:18:34 |
| 23 | more important than the other counties that were | 12:18:38 |
| 24 | split. | 12:18:40 |
| 25 | Q.   Okay.  Do you have any reason to -- are | 12:18:41 |

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025                                    109

| | | |
|---|---|---|
| 1 | you able to rule out that possibility?  Are you | 12:18:43 |
| 2 | saying that you know that to not be the case? | 12:18:46 |
| 3 | A.   I'm saying I don't have any evidence to | 12:18:49 |
| 4 | suggest that the geographical or political | 12:18:51 |
| 5 | boundaries of counties were respected more than | 12:18:55 |
| 6 | anything else in the drawing of the maps when we | 12:18:59 |
| 7 | know that multiple counties were split in the | 12:19:02 |
| 8 | drawing of the enacted map. | 12:19:05 |
| 9 | Q.   Okay.  Did you look at the congressional | 12:19:08 |
| 10 | map to see whether districts follow county | 12:19:09 |
| 11 | boundaries? | 12:19:11 |
| 12 | A.   I -- I did a county analysis.  I looked at | 12:19:13 |
| 13 | Collier County and Miami-Dade County, and that they | 12:19:18 |
| 14 | were split across district boundaries. | 12:19:21 |
| 15 | Q.   Okay.  Did you see throughout South | 12:19:24 |
| 16 | Florida, that congressional districts follow -- | 12:19:26 |
| 17 | follow county boundaries? | 12:19:31 |
| 18 | ATTORNEY JONES:  Objection to form. | 12:19:33 |
| 19 | A.   No, the only county analysis I did was | 12:19:35 |
| 20 | what I just referenced. | 12:19:38 |
| 21 | Q.   Okay.  So you didn't examine whether | 12:19:40 |
| 22 | county boundaries -- to what extent congressional | 12:19:42 |
| 23 | district boundaries in South Florida follow county | 12:19:45 |
| 24 | boundaries? | 12:19:48 |
| 25 | A.   I did not count the number of splits of | 12:19:48 |

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025                           110

| | | |
|---|---|---|
| 1 | counties. | 12:19:51 |
| 2 | Q.   Okay.  And I'm not talking necessarily | 12:19:51 |
| 3 | about splits, but I'm talking about the boundary of | 12:19:53 |
| 4 | the district coinciding with county boundaries.  I | 12:19:56 |
| 5 | mean, tracking the boundary line -- | 12:20:00 |
| 6 | A.   I did not. | 12:20:03 |
| 7 | Q.   I'm sorry? | 12:20:04 |
| 8 | A.   I did not look at that explicitly. | 12:20:05 |
| 9 | Q.   Okay.  And so you don't know whether it | 12:20:06 |
| 10 | was a priority for the legislature to follow county | 12:20:10 |
| 11 | boundaries in -- in drawing district boundaries? | 12:20:14 |
| 12 | A.   All I know is that they -- sometimes the | 12:20:19 |
| 13 | counties were split. | 12:20:22 |
| 14 | Q.   Right.  And we've agreed that sometimes | 12:20:24 |
| 15 | counties will be split in any map, correct? | 12:20:27 |
| 16 | ATTORNEY JONES:  Objection to form. | 12:20:30 |
| 17 | A.   I believe so. | 12:20:37 |
| 18 | Q.   And then the boundary on the east side of | 12:20:38 |
| 19 | congressional district 26, the area west of it is a | 12:20:40 |
| 20 | brownish color and the area east of it is mostly a | 12:20:49 |
| 21 | bluish or a whitish color.  Would you agree with | 12:20:53 |
| 22 | that? | 12:20:56 |
| 23 | A.   I would agree with that? | 12:20:57 |
| 24 | Q.   And did you examine or consider any | 12:20:58 |
| 25 | alternative explanations for why that boundary was | 12:21:00 |

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025                                  111

| | | |
|---|---|---|
| 1 | drawn where it was drawn? | 12:21:02 |
| 2 | A. Nothing in particular. | 12:21:04 |
| 3 | Q. Okay. Did you consider whether, because | 12:21:05 |
| 4 | district 24, as we've discussed earlier, is a | 12:21:09 |
| 5 | district in which the Black voters have the ability | 12:21:13 |
| 6 | to elect the candidates of their choice, whether | 12:21:17 |
| 7 | that contributed to the lower -- the legislature | 12:21:20 |
| 8 | drawing in that district to include lesser Hispanic | 12:21:24 |
| 9 | concentrations? | 12:21:28 |
| 10 | A. No, but just because a district is | 12:21:29 |
| 11 | protected doesn't mean that the boundary can't | 12:21:34 |
| 12 | change. | 12:21:37 |
| 13 | Q. Right. But did you consider whether the | 12:21:37 |
| 14 | legislature's attempts to draw district 24 as a | 12:21:40 |
| 15 | district in which Black voters are able to elect | 12:21:43 |
| 16 | their candidates of choice might have impacted the | 12:21:47 |
| 17 | placement of that boundary between 24 and 26? | 12:21:52 |
| 18 | A. I did not do an analysis of district 24. | 12:21:56 |
| 19 | Q. Okay. Finally, before -- before lunch, | 12:21:59 |
| 20 | let's cover the probability analysis. I think we | 12:22:12 |
| 21 | can do this pretty quickly. And this is | 12:22:15 |
| 22 | paragraphs 27 through 29 of your report. | 12:22:17 |
| 23 | And you say here that: | 12:22:21 |
| 24 | "44 of the 56" -- I'm sorry, I'm reading | 12:22:24 |
| 25 | at the end of paragraph 27. The last | 12:22:28 |

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025                              112

| | | |
|---|---|---|
| 1 | sentence.  "44 of the 56 neighboring | 12:22:31 |
| 2 | pairs have a higher HVAP inside the | 12:22:34 |
| 3 | district 26 side of the boundary." | 12:22:37 |
| 4 | Did I read that correctly? | 12:22:41 |
| 5 | A.   Yes. | 12:22:42 |
| 6 | Q.   Okay.  And that 44 out of 56, the | 12:22:42 |
| 7 | denominator there includes every row in Tables 3 | 12:22:48 |
| 8 | and 4, correct? | 12:22:52 |
| 9 | A.   Yes. | 12:22:54 |
| 10 | Q.   And that would be true even if -- even | 12:22:56 |
| 11 | where the included VTD or the included VTD fragment | 12:22:59 |
| 12 | is listed more than once in the table? | 12:23:03 |
| 13 | A.   Yes. | 12:23:06 |
| 14 | Q.   And it would include those rows where the | 12:23:07 |
| 15 | excluded VTD or the excluded VTD fragment is in | 12:23:10 |
| 16 | district 24, a protected district for Black voters, | 12:23:15 |
| 17 | correct? | 12:23:19 |
| 18 | A.   Correct. | 12:23:20 |
| 19 | Q.   And it would also include every row in | 12:23:21 |
| 20 | which the excluded VTD or the excluded VTD fragment | 12:23:23 |
| 21 | is in Lee County or Hendry County or Broward County, | 12:23:27 |
| 22 | a county that is not included in district 26, | 12:23:32 |
| 23 | correct? | 12:23:36 |
| 24 | A.   Correct. | 12:23:37 |
| 25 | Q.   Okay.  And so if -- if those -- if the | 12:23:38 |

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025                    113

| | | |
|---|---|---|
| 1 | cross-county pairings were excluded from the | 12:23:47 |
| 2 | probability analysis, and if the district 24 VTDs or | 12:23:51 |
| 3 | VTD fragments were excluded from the analysis, then | 12:24:00 |
| 4 | the probability analysis would look different, | 12:24:02 |
| 5 | correct? | 12:24:04 |
| 6 | A.   I can't -- | 12:24:07 |
| 7 | ATTORNEY JONES:  Objection to form. | 12:24:08 |
| 8 | A.   I can't say for sure. | 12:24:09 |
| 9 | Q.   Well, if you're excluding rows, then it | 12:24:11 |
| 10 | won't be 44 out of 56 anymore. | 12:24:12 |
| 11 | A.   The denominator and the numerator would | 12:24:16 |
| 12 | both be different. | 12:24:19 |
| 13 | Q.   Yes.  Okay. | 12:24:21 |
| 14 | ATTORNEY BARDOS:  That is all the | 12:24:24 |
| 15 | questions I have for now, and when do we want | 12:24:25 |
| 16 | to reconvene? | 12:24:28 |
| 17 | ATTORNEY JONES:  Do you want to do an hour | 12:24:35 |
| 18 | and 45 minutes? | 12:24:36 |
| 19 | THE WITNESS:  I mean, we have to leave to | 12:24:40 |
| 20 | get food. | 12:24:41 |
| 21 | ATTORNEY JONES:  We have to to go out, | 12:24:42 |
| 22 | so... | 12:24:44 |
| 23 | ATTORNEY BARDOS:  I'm flexible. | 12:24:45 |
| 24 | ATTORNEY JONES:  One hour? | 12:24:47 |
| 25 | ATTORNEY BARDOS:  You would say 1:30? | 12:24:48 |

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025                                    114

| | | |
|---|---|---|
| 1 | ATTORNEY JONES:  Yeah, that's fine. | 12:24:51 |
| 2 | ATTORNEY BARDOS:  Okay.  1:30 it is. | 12:24:52 |
| 3 | Thanks, everyone. | 12:24:53 |
| 4 | THE COURT REPORTER:  The time is 12:24 | 12:25:02 |
| 5 | Eastern, and we are off the record. | 12:25:06 |
| 6 | (Luncheon Recess.) | 12:25:10 |
| 7 | THE COURT REPORTER:  Okay.  The time is | 13:35:10 |
| 8 | now 13:35 Eastern, and we are back on the | 13:35:12 |
| 9 | record. | 13:35:17 |
| 10 | Q.   Okay.  Dr. Abbott, welcome back.  I'd like | 13:35:21 |
| 11 | to ask you next about the portion of your report | 13:35:24 |
| 12 | where you discussed the candidate of choice, | 13:35:26 |
| 13 | Hispanic candidate of choice, in the congressional | 13:35:30 |
| 14 | districts.  And I'd like to begin with paragraph 6 | 13:35:32 |
| 15 | of your report, the initial report. | 13:35:36 |
| 16 | In paragraph 6, it states in part that | 13:35:46 |
| 17 | counsel instructed me to assume that the Hispanic | 13:35:49 |
| 18 | candidate of choice is likely to prevail when a | 13:35:52 |
| 19 | district leans Republican. | 13:35:56 |
| 20 | Do you see that? | 13:35:58 |
| 21 | A.   Yes. | 13:35:59 |
| 22 | Q.   Did counsel explain to you why you should | 13:36:00 |
| 23 | make that assumption? | 13:36:02 |
| 24 | ATTORNEY JONES:  I'm just going to caution | 13:36:09 |
| 25 | the witness not to reveal contents of | 13:36:09 |

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025                                    115

```
1        communications with counsel about the              13:36:13
2        assumption.                                        13:36:17
3            If you have an understanding of why -- why     13:36:18
4        we asked you to make the assumption that was,      13:36:23
5        you know, not communicated to you by us, then      13:36:26
6        you can answer.                                    13:36:29
7            ATTORNEY BARDOS:  I do think that,             13:36:32
8        Patrick, that if she's disclosing a                13:36:33
9        communication from counsel, that I can ask         13:36:34
10       about that communication and explore it.  So I     13:36:37
11       think that I can ask the question that I asked,    13:36:43
12       and that she should provide a question even if     13:36:44
13       it's based on communications with counsel.         13:36:49
14           ATTORNEY JONES:  Can you just restate the      13:36:54
15       question again?                                    13:36:55
16           ATTORNEY BARDOS:  Sure.                        13:36:56
17       Q.   So the statement is, counsel instructed me    13:36:57
18   to assume the Hispanic candidate of choice is likely   13:36:59
19   to prevail when a district leans Republican, and the   13:37:01
20   question is:  Did counsel explain why you should       13:37:04
21   make that assumption?                                  13:37:07
22           ATTORNEY JONES:  And we're talking about       13:37:10
23       the communication in which we, counsel,            13:37:10
24       provided the assumption?                           13:37:13
25           ATTORNEY BARDOS:  Yes.                         13:37:15
```

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025                                116

| | | |
|---|---|---|
| 1 | ATTORNEY JONES:  Okay.  Yeah, so if it's | 13:37:17 |
| 2 | limited to the communication in which counsel | 13:37:18 |
| 3 | provided you the assumption, he can ask you | 13:37:20 |
| 4 | about that communication. | 13:37:22 |
| 5 | A.   The answer is no. | 13:37:27 |
| 6 | Q.   Okay.  And do you have an opinion, one way | 13:37:28 |
| 7 | or another, about whether the Hispanic candidate -- | 13:37:31 |
| 8 | candidate of choice is likely to prevail when a | 13:37:35 |
| 9 | district leans Republican? | 13:37:37 |
| 10 | A.   What do you -- what do you mean by that? | 13:37:41 |
| 11 | Q.   So you were asked to assume that the | 13:37:46 |
| 12 | Hispanic candidate of choice is likely to prevail | 13:37:48 |
| 13 | when a district leans Republican. | 13:37:50 |
| 14 | Separate from that assumption, and from | 13:37:53 |
| 15 | being asked to make that assumption, do you have an | 13:37:54 |
| 16 | opinion as to whether that assumption is true or not | 13:37:56 |
| 17 | correct? | 13:37:59 |
| 18 | A.   No. | 13:38:00 |
| 19 | Q.   Okay.  Let's go to paragraph 30 of your | 13:38:01 |
| 20 | initial report, then.  And take a look at Table 5. | 13:38:06 |
| 21 | What -- what do you infer from Table 5? | 13:38:21 |
| 22 | A.   On page 30, I'm looking at Table 13. | 13:38:25 |
| 23 | Q.   I'm sorry.  Paragraph 30, which ends on | 13:38:28 |
| 24 | page 18.  My mistake.  Table 5. | 13:38:33 |
| 25 | A.   Can you repeat the question? | 13:38:42 |

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025                    117

| | | |
|---|---|---|
| 1 | Q.   So Table 5, what do you infer or conclude | 13:38:43 |
| 2 | from Table 5? | 13:38:47 |
| 3 | A.   Table 5, I can infer that the Hispanic | 13:38:50 |
| 4 | protected districts, 26, 27, 28, tended to lean | 13:38:55 |
| 5 | republican in three recent elections, particularly | 13:39:01 |
| 6 | the most recent election here.  President 2020. | 13:39:06 |
| 7 | Q.   Okay.  Now isn't it true that in the nine | 13:39:11 |
| 8 | cells within this table, three elections times three | 13:39:18 |
| 9 | districts, the democratic candidate received more | 13:39:22 |
| 10 | votes than the republican candidate in five of the | 13:39:26 |
| 11 | nine? | 13:39:30 |
| 12 | A.   I don't have the democratic vote share | 13:39:31 |
| 13 | here, but you said in five of them? | 13:39:33 |
| 14 | Q.   Yes. | 13:39:36 |
| 15 | A.   Yeah, I don't have the democratic vote | 13:39:37 |
| 16 | share here, but it's probably safe to assume that, | 13:39:39 |
| 17 | certainly, in elections where the district has less | 13:39:43 |
| 18 | than 40 percent for the republican candidate, then | 13:39:49 |
| 19 | the democratic candidate had more -- more votes. | 13:39:51 |
| 20 | Q.   Did you -- I think you said less than | 13:39:57 |
| 21 | 40 percent. | 13:39:59 |
| 22 | Do you mean less than 50 percent? | 13:40:00 |
| 23 | A.   No, I meant lessen 40 percent because | 13:40:03 |
| 24 | there's a possibility there was more than -- it | 13:40:05 |
| 25 | wasn't a two-party race, there could have been a | 13:40:07 |

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025                          118

| | | |
|---|---|---|
| 1 | third candidate or a fourth candidate. | 13:40:10 |
| 2 | Q.   Okay.  So you're inferring from this | 13:40:12 |
| 3 | Table 5, that the districts performed for Republican | 13:40:16 |
| 4 | candidates, but you can't tell me whether Democrats | 13:40:20 |
| 5 | or Republicans won the elections in these particular | 13:40:23 |
| 6 | races? | 13:40:27 |
| 7 | A.   In those districts, I don't have the | 13:40:28 |
| 8 | results written down here, no. | 13:40:33 |
| 9 | Q.   And you would agree with me that, | 13:40:35 |
| 10 | recognizing that this is not limited to the | 13:40:36 |
| 11 | two-party vote share but it includes potentially | 13:40:39 |
| 12 | third parties or write-ins, you would agree with me | 13:40:41 |
| 13 | that the republican vote share was less | 13:40:45 |
| 14 | than 50 percent in six of the nine cells in this | 13:40:47 |
| 15 | table, correct? | 13:40:51 |
| 16 | A.   That is correct. | 13:40:52 |
| 17 | Q.   Okay.  And so why would you infer from | 13:40:54 |
| 18 | this table that these districts would perform for | 13:40:59 |
| 19 | Republican candidates? | 13:41:05 |
| 20 | A.   Well, certainly the most recent election | 13:41:06 |
| 21 | has pretty good evidence -- you know, two out of | 13:41:07 |
| 22 | three of the elections -- of the districts went | 13:41:12 |
| 23 | over 50 percent for the Republican candidate. | 13:41:15 |
| 24 | The third was very close to 50 percent.  I | 13:41:17 |
| 25 | presume that the Republican candidate got more votes | 13:41:21 |

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025                    119

| | | |
|---|---|---|
| 1 | than the Democratic candidate in that election. | 13:41:24 |
| 2 | And, over time, the districts have become | 13:41:28 |
| 3 | voted more in favor the Republican candidate, from | 13:41:33 |
| 4 | 2016 to 2020. | 13:41:40 |
| 5 | Q.   Do you know whether, over time, Miami-Dade | 13:41:41 |
| 6 | as a whole has voted more for Republicans? | 13:41:43 |
| 7 | A.   I do not know. | 13:41:47 |
| 8 | Q.   Do you know whether district 26 in | 13:41:54 |
| 9 | Dr. McCartan's maps is more Republican than it is in | 13:41:57 |
| 10 | the enacted map? | 13:42:00 |
| 11 | ATTORNEY JONES:  I'm just going to object | 13:42:04 |
| 12 | to form. | 13:42:06 |
| 13 | A.   It looks like it is, according to Table 6, | 13:42:11 |
| 14 | except for in map B2. | 13:42:13 |
| 15 | Q.   So in five of the six maps that | 13:42:21 |
| 16 | Dr. McCartan drew, district 26 is more Republican | 13:42:23 |
| 17 | than it is in the enacted district 26? | 13:42:28 |
| 18 | A.   Correct. | 13:42:30 |
| 19 | Q.   Okay.  Now in paragraph 31 of your report, | 13:42:31 |
| 20 | you say that in the second -- third sentence that: | 13:42:38 |
| 21 | "District 26 avoids heavily Democratic | 13:42:44 |
| 22 | areas assigned to district 24 with | 13:42:49 |
| 23 | near-surgical precision." | 13:42:52 |
| 24 | And I'm wondering whether you assessed | 13:42:56 |
| 25 | whether that could be because district 24 was | 13:42:58 |

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025                    120

| | | |
|---|---|---|
| 1 | drawn to protect the ability of African-American | 13:43:02 |
| 2 | voters to elect the candidates of their choice, | 13:43:05 |
| 3 | and whether African-American voters in that | 13:43:08 |
| 4 | district prefer Democratic candidates. | 13:43:11 |
| 5 | A.   I didn't analyze district 24 by itself, | 13:43:14 |
| 6 | but there's no reason that the boundary cannot | 13:43:17 |
| 7 | change simply because the district is protected. | 13:43:19 |
| 8 | Q.   Okay.  Would you agree that, if the | 13:43:23 |
| 9 | legislature was under requirement to maintain | 13:43:35 |
| 10 | district 24 as a district that protects the ability | 13:43:38 |
| 11 | to elect of Black voters, that that would be a | 13:43:42 |
| 12 | constraint on how the boundaries of that district | 13:43:48 |
| 13 | could be drawn? | 13:43:50 |
| 14 | A.   It would be a constraint on the overall | 13:43:53 |
| 15 | composition of the district. | 13:43:55 |
| 16 | Q.   Okay.  Which, in turn, would be a | 13:43:59 |
| 17 | constraint on the district boundaries? | 13:44:01 |
| 18 | A.   Not necessarily. | 13:44:03 |
| 19 | Q.   So if there has to be a particular | 13:44:03 |
| 20 | composition within that district, you could still | 13:44:05 |
| 21 | draw the boundaries unconstrained by any -- by that | 13:44:08 |
| 22 | factor? | 13:44:14 |
| 23 | A.   You would have to draw them so that the | 13:44:15 |
| 24 | composition of the district complied with the need | 13:44:17 |
| 25 | to protect the ability of Black voters to elect a | 13:44:21 |

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025                                    121

| | | |
|---|---|---|
| 1 | candidate of their choice. | 13:44:25 |
| 2 | Q.   In that same paragraph, you mentioned that | 13:44:28 |
| 3 | district 26 in the enacted map includes mostly | 13:44:33 |
| 4 | Republican areas of Collier County in addition to | 13:44:38 |
| 5 | more Democratic but sparsely populated areas around | 13:44:41 |
| 6 | Immokalee. | 13:44:46 |
| 7 |        Do you see that? | 13:44:47 |
| 8 | A.   I do that see that. | 13:44:48 |
| 9 | Q.   Okay.  And if you look at Table 3, would | 13:44:49 |
| 10 | you agree that, at least in terms of area, | 13:44:52 |
| 11 | district 26 includes most of the Democratic areas of | 13:44:56 |
| 12 | Collier County. | 13:44:59 |
| 13 | A.   Are you referring to Figure 3? | 13:45:02 |
| 14 | Q.   I'm sorry, yes.  I don't even know what I | 13:45:03 |
| 15 | said.  Thank you. | 13:45:05 |
| 16 | A.   "Table 3." | 13:45:06 |
| 17 |        Can you ask the question again, please? | 13:45:08 |
| 18 | Q.   If you look at Figure 3, would you agree | 13:45:11 |
| 19 | that, at least in terms of area, district 26 | 13:45:13 |
| 20 | includes most of the Democratic areas of Collier | 13:45:16 |
| 21 | County? | 13:45:19 |
| 22 | A.   I don't -- the Collier County's boundaries | 13:45:21 |
| 23 | are not on this map. | 13:45:24 |
| 24 | Q.   Fair enough. | 13:45:31 |
| 25 |        Would you agree that it includes most of | 13:45:36 |

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025                    122

1    the blue portions on the -- on the left side of the        13:45:37
2    map?                                                        13:45:43
3              ATTORNEY JONES:  Objection to form.               13:45:47
4         Q.   Let me rephrase:  Would you agree that, in       13:45:49
5    terms of area, district 26 includes most of the blue       13:45:51
6    area on the left side of the map?                          13:45:56
7         A.   Yes, there's a portion, a dark-blue              13:45:58
8    portion, that is north of the boundary of                  13:46:01
9    district 26, that has a smaller portion.                   13:46:05
10        Q.   Okay.  Let's move on to the statehouse           13:46:09
11   districts, so beginning with paragraph 35.  And            13:46:12
12   here, you have Table 7, and it lists the Hispanic          13:46:19
13   voting-age population of districts -- statehouse           13:46:24
14   districts in South Florida, beginning with                 13:46:30
15   district 103 and going through 120, most of the           13:46:33
16   districts in that range.                                   13:46:38
17             Is this just for background information,          13:46:41
18   or are you inferring or concluding something from          13:46:43
19   Table 7?                                                    13:46:46
20        A.   This is primarily for background                 13:46:48
21   information.                                                13:46:49
22        Q.   Okay.  Next paragraph.  Paragraph 36, you        13:46:50
23   say that you're examining the distribution of              13:46:57
24   Hispanic populations within the Hispanic-protected         13:47:00
25   districts.  And you note in the middle of that             13:47:04

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025                              123

| | | |
|---|---|---|
| 1 | paragraph on page 22 that: | 13:47:10 |
| 2 | "Adjacent Hispanic-protected districts | 13:47:14 |
| 3 | exhibit similar Hispanic VAP, including | 13:47:18 |
| 4 | 113 and 114, 2.6 percentage point | 13:47:21 |
| 5 | difference and 116, 118, and 119, 2.2 | 13:47:26 |
| 6 | percentage point difference." | 13:47:32 |
| 7 | why wouldn't adjacent districts have similar | 13:47:37 |
| 8 | Hispanic voting-age populations? | 13:47:40 |
| 9 | A.   This goes back to the same argument that I | 13:47:42 |
| 10 | made about the congressional districts, that if | 13:47:44 |
| 11 | these were drawn -- if these districts were drawn | 13:47:47 |
| 12 | without considering race in an area where there's a | 13:47:50 |
| 13 | lot of racial variation, you would be very surprised | 13:47:52 |
| 14 | to see such consistent patterns of Hispanic VAP in | 13:47:56 |
| 15 | these districts. | 13:48:02 |
| 16 | Q.   And did you -- is there -- and so I'm | 13:48:04 |
| 17 | assuming that what you're saying is that even at the | 13:48:08 |
| 18 | level of a statehouse district, which is | 13:48:11 |
| 19 | approximately 170- to 180,000 people, even at that | 13:48:13 |
| 20 | level, you're saying that there's significant | 13:48:21 |
| 21 | variation across the -- across Miami-Dade County? | 13:48:24 |
| 22 | A.   I'm saying there is not significant | 13:48:26 |
| 23 | variation in the Hispanic-protected districts the | 13:48:28 |
| 24 | way that they are drawn in the enacted map, but | 13:48:31 |
| 25 | within the area in South Florida that all of these | 13:48:34 |

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025                          124

| | | |
|---|---|---|
| 1 | districts are covering, there is significant | 13:48:37 |
| 2 | demographic variation. | 13:48:40 |
| 3 | Q. Okay. What about map A2 that Dr. McCartan | 13:48:44 |
| 4 | produced. | 13:48:51 |
| 5 | Do you have available to you the Hispanic | 13:48:53 |
| 6 | voting-age population of the districts in that map? | 13:48:55 |
| 7 | A. In Table 8? | 13:48:58 |
| 8 | Q. Yeah, that'll do it. There it is. | 13:49:02 |
| 9 | So would you agree that districts 113 | 13:49:05 |
| 10 | and 114 in Dr. McCartan's map A2 have very similar | 13:49:08 |
| 11 | HVAPs? | 13:49:13 |
| 12 | A. They are similar. | 13:49:17 |
| 13 | Q. So 73.0 and 72.4? | 13:49:18 |
| 14 | A. They are similar. | 13:49:23 |
| 15 | Q. Okay. And would you agree that in that | 13:49:25 |
| 16 | same map, districts 116 and 118 have similar HVAPs? | 13:49:27 |
| 17 | A. To one another or to the enacted map, are | 13:49:33 |
| 18 | you talking about? | 13:49:36 |
| 19 | Q. To one another, to 116 and 118. | 13:49:38 |
| 20 | A. They are separated by 1.2 percentage | 13:49:41 |
| 21 | points. | 13:49:44 |
| 22 | Q. Okay. And so, do you draw any conclusions | 13:49:44 |
| 23 | from the fact that his map also -- map A2 contains | 13:49:51 |
| 24 | adjacent districts with similar HVAPs? | 13:49:59 |
| 25 | A. I don't draw any conclusions from those | 13:50:01 |

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025                              125

1    particular examples, but if you look at all of his          13:50:04

2    maps and the range of all of the Hispanic-protected         13:50:07

3    districts, there are greater ranges across all of           13:50:10

4    the Hispanic-protected districts compared to the            13:50:13

5    enacted map.                                                13:50:16

6        Q.   Okay.  But you agree, then, that                   13:50:17

7    drawing -- that it is possible, even when drawing           13:50:20

8    without regard to race as Dr. McCartan purportedly          13:50:24

9    did, to come up with adjacent districts with very           13:50:28

10   similar HVAPs.                                              13:50:33

11       A.   It depends on what you define as "vary."          13:50:35

12            But they are, generally speaking, the             13:50:38

13   range lower than the enacted map -- I mean, sorry,          13:50:41

14   the range is higher than the enacted map.                  13:50:44

15       Q.   Okay.  I'm just talking about the adjacent        13:50:47

16   districts.                                                  13:50:49

17            So in paragraph 36, you identified a 2.6          13:50:49

18   percentage-point difference between enacted 113 and         13:50:54

19   114 and a 2.2 percentage point difference between           13:50:59

20   enacted districts 116, 118, and 119.                        13:51:03

21            And I'm looking at Dr. McCartan's map, and        13:51:08

22   his range is between 113 and 114, and then                  13:51:11

23   separately, between 118 and 119, are even less.             13:51:14

24            Would you agree with that?                         13:51:19

25            ATTORNEY JONES:  Objection to form.                13:51:22

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025                          126

| | | |
|---|---|---|
| 1 | A.   The range between 113 and 114 in A2 is | 13:51:24 |
| 2 | lower.  The range between 116 and 118 and 119 is not | 13:51:28 |
| 3 | lower. | 13:51:34 |
| 4 | Q.   No, I'm not -- I'm just talking about 116 | 13:51:36 |
| 5 | and 118. | 13:51:39 |
| 6 | A.   But in my paragraph 36, I say 116, 118, | 13:51:40 |
| 7 | and 119. | 13:51:47 |
| 8 | Q.   In my question, I'm just identifying | 13:51:48 |
| 9 | adjacent districts.  And so I'm looking at 113 and | 13:51:50 |
| 10 | 114, and you said that's lower.  What about 116 and | 13:51:53 |
| 11 | 118? | 13:51:57 |
| 12 | A.   The difference between 116 and 118 in A2 | 13:52:06 |
| 13 | is lower than the difference between 116 and 118 in | 13:52:08 |
| 14 | the enacted map.  But, again, that's not what I | 13:52:09 |
| 15 | reference in paragraph 36. | 13:52:12 |
| 16 | Q.   Maybe so.  But would you agree, then, that | 13:52:15 |
| 17 | it would be possible to be drawing districts race | 13:52:17 |
| 18 | blind and come up with adjacent districts with | 13:52:20 |
| 19 | similar HVAPs? | 13:52:23 |
| 20 | A.   It depends on the overall demography of | 13:52:24 |
| 21 | the region, but yes. | 13:52:27 |
| 22 | Q.   Okay.  I mean, Dr. McCartan did it in A2, | 13:52:28 |
| 23 | and you would agree with that, right? | 13:52:32 |
| 24 | A.   For those two examples, yes. | 13:52:35 |
| 25 | Q.   Right.  So it is possible, correct? | 13:52:37 |

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025                    127

| | | |
|---|---|---|
| 1 | A.   It is possible. | 13:52:39 |
| 2 | Q.   He has demonstrated that it is possible. | 13:52:40 |
| 3 | A.   Possible to?  To do what exactly? | 13:52:42 |
| 4 | Q.   To draw districts without regard to race | 13:52:47 |
| 5 | and have similar HVAPs in adjacent districts. | 13:52:51 |
| 6 | A.   Yes. | 13:52:56 |
| 7 | Q.   Okay. | 13:52:57 |
| 8 | A.   Depending on the demographic region, the | 13:52:58 |
| 9 | demographic variation in the region. | 13:53:01 |
| 10 | Q.   Okay.  And we're talking about the same | 13:53:05 |
| 11 | region here in his map as in the enacted map, right? | 13:53:07 |
| 12 | I mean, these districts that -- his districts 113, | 13:53:14 |
| 13 | and 114, and 116, and 118 are within the same region | 13:53:18 |
| 14 | where the challenge districts are in the enacted | 13:53:22 |
| 15 | map, right? | 13:53:26 |
| 16 | A.   Yes, but we're talking about, now, just | 13:53:27 |
| 17 | two specific districts, so that covers a smaller | 13:53:29 |
| 18 | area than the entirety of the enacted map, right? | 13:53:32 |
| 19 | Q.   Right. | 13:53:35 |
| 20 | A.   We're talking about a smaller section now | 13:53:36 |
| 21 | in comparing those two smaller sections to one | 13:53:37 |
| 22 | another. | 13:53:42 |
| 23 | Q.   Okay.  But that doesn't change the fact | 13:53:42 |
| 24 | that it's not possible, without regard to drawing a | 13:53:44 |
| 25 | map, without regard to race, to draw adjacent | 13:53:46 |

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025                                      128

| | | |
|---|---|---|
| 1 | districts with similar HVAPs? | 13:53:49 |
| 2 | A.   Yes, as I said, depending upon the | 13:53:52 |
| 3 | demographic variation of the region. | 13:53:54 |
| 4 | Q.   Okay.  And Dr. McCartan did it? | 13:53:56 |
| 5 | A.   For those two examples, yes. | 13:53:58 |
| 6 | Q.   Now in that same paragraph, 36, you say, | 13:54:02 |
| 7 | All challenge districts -- I'm paraphrasing, that | 13:54:05 |
| 8 | all challenge districts have HVAPs over 65 percent. | 13:54:10 |
| 9 | What do -- do you attach significance to | 13:54:16 |
| 10 | that, or what do you infer from that? | 13:54:19 |
| 11 | A.   I think the significance is, again, | 13:54:25 |
| 12 | pointing to the similarity and the lack of variation | 13:54:27 |
| 13 | of these districts. | 13:54:32 |
| 14 | Q.   Okay.  And would you agree that in | 13:54:33 |
| 15 | Dr. McCartan's maps, A1 and A2, all of the challenge | 13:54:35 |
| 16 | districts have HVAPs of at least 63.6 percent? | 13:54:40 |
| 17 | A.   All of the protected districts? | 13:54:49 |
| 18 | Q.   Challenge districts for sure.  All of the | 13:54:52 |
| 19 | districts in Table 8. | 13:54:56 |
| 20 | A.   Okay.  Table 8.  They're all above -- what | 13:55:06 |
| 21 | was the number you said? | 13:55:09 |
| 22 | Q.   63.6. | 13:55:11 |
| 23 | A.   Yes. | 13:55:15 |
| 24 | Q.   So are you saying that there's a | 13:55:15 |
| 25 | difference, meaningful difference, between 63.6 and | 13:55:17 |

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025                    129

| | | |
|---|---|---|
| 1 | 65.0 -- or 65.9? | 13:55:21 |
| 2 | A.   I'm saying that there is a greater spread | 13:55:27 |
| 3 | in the plaintiffs' alternative map than there is in | 13:55:31 |
| 4 | the enacted map. | 13:55:35 |
| 5 | Q.   And are you saying that the fact that | 13:55:36 |
| 6 | enacted map begins at 65.9 HVAP, while | 13:55:37 |
| 7 | Dr. McCartan's begins at 63.6 percent HVAP at the | 13:55:43 |
| 8 | low end, is indicative of the legislature having | 13:55:49 |
| 9 | used race as a consideration in drawing districts? | 13:55:51 |
| 10 | A.   I was asked to compare the enacted map to | 13:55:56 |
| 11 | plaintiffs' alternative maps and determine whether | 13:55:59 |
| 12 | there was a difference in racial patterns. | 13:56:01 |
| 13 | And my conclusion was that there was. | 13:56:05 |
| 14 | That there was more of a -- a larger spread in the | 13:56:07 |
| 15 | HVAP of protected and challenge districts, | 13:56:11 |
| 16 | statehouse districts, than in the enacted map. | 13:56:15 |
| 17 | Q.   And are you saying that the 65 percent | 13:56:21 |
| 18 | figure, or 65.9 percent figure, is -- indicates that | 13:56:23 |
| 19 | race was considered when we know that Dr. McCartan | 13:56:32 |
| 20 | didn't consider race and that his figure in maps A1 | 13:56:35 |
| 21 | and A2 was 63.6? | 13:56:39 |
| 22 | A.   It is a piece of my analysis that, | 13:56:42 |
| 23 | combined with other pieces of evidence in the | 13:56:44 |
| 24 | section of the report, suggest that the enacted map | 13:56:48 |
| 25 | considered race in a way that the plaintiffs' | 13:56:53 |

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025                          130

| | | |
|---|---|---|
| 1 | alternative maps did not. | 13:56:58 |
| 2 | Q.   Okay.  So that 2.3-percentage point | 13:57:00 |
| 3 | difference between the enacted map and the maps A1 | 13:57:03 |
| 4 | and A2, the difference between and 63.6 percent and | 13:57:07 |
| 5 | 65.9 percent, you think supports that conclusion? | 13:57:10 |
| 6 | A.   That's not my position to judge, as an | 13:57:15 |
| 7 | expert witness. | 13:57:18 |
| 8 | Q.   Okay.  What conclusion does it support? | 13:57:19 |
| 9 | A.   It is part of my evidence, as I mentioned | 13:57:22 |
| 10 | before, and part of the rest of the analysis that | 13:57:25 |
| 11 | shows that time and again, the enacted map had more | 13:57:30 |
| 12 | features that were in line with the idea that race | 13:57:36 |
| 13 | played a role in the way that the plaintiffs' | 13:57:46 |
| 14 | alternative maps did not. | 13:57:51 |
| 15 | Q.   And isn't it true that the greater range | 13:57:52 |
| 16 | of HVAPs, from highest to lowest in Dr. McCartan's | 13:57:55 |
| 17 | map, is attributable primarily to the fact that he | 13:57:58 |
| 18 | has a higher HVAP at the high end, more so than to | 13:58:01 |
| 19 | the fact that he has a lower HVAP at the low end? | 13:58:05 |
| 20 | ATTORNEY JONES:  Objection to form. | 13:58:10 |
| 21 | A.   There's a 0.5 percentage-point | 13:58:15 |
| 22 | difference -- in A2, there's a 0.5 percentage-point | 13:58:20 |
| 23 | difference between district 112 and the enacted plan | 13:58:25 |
| 24 | and A2, and that's on the high end. | 13:58:28 |
| 25 | And there is a 1.3-percentage-point | 13:58:33 |

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025                          131

| | | |
|---|---|---|
| 1 | difference -- no, 2.3-percentage-point difference on | 13:58:40 |
| 2 | the low end in district 115, between the -- | 13:58:45 |
| 3 | Q.   So you're saying -- | 13:58:49 |
| 4 | A.   So the difference is larger on the low end | 13:58:50 |
| 5 | than it is on the high end. | 13:58:52 |
| 6 | Q.   And those are pretty small differences, | 13:58:53 |
| 7 | really, at both ends. | 13:58:55 |
| 8 | A.   It's not my place to decide whether it's | 13:58:57 |
| 9 | small or not. | 13:59:00 |
| 10 | Q.   Okay.  Now, the total range, from highest | 13:59:01 |
| 11 | to lowest HVAP among the challenge districts in | 13:59:04 |
| 12 | map -- maps A1 and A2, is 30.9 percent. | 13:59:08 |
| 13 | Would you agree with that? | 13:59:14 |
| 14 | A.   Did I write that down somewhere, or do I | 13:59:16 |
| 15 | have to look at it?  You are saying 30.9 percentage | 13:59:20 |
| 16 | points? | 13:59:31 |
| 17 | Q.   30.9, yes. | 13:59:32 |
| 18 | A.   30.9 percentage points in A1, yes. | 13:59:34 |
| 19 | And in A2, 30.9 percentage points. | 13:59:38 |
| 20 | Q.   Okay.  And then in paragraph 37, you say | 13:59:42 |
| 21 | that the range for enacted map is 28.1? | 13:59:45 |
| 22 | A.   Yes. | 13:59:49 |
| 23 | Q.   Okay.  And so the difference really | 13:59:51 |
| 24 | between 28.1 and 30.9 is 2.7 percentage points? | 13:59:52 |
| 25 | A.   Yes, it is. | 13:59:58 |

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025                                    132

```
 1        Q.   Okay.  And -- and yet you still conclude     13:59:59
 2   that a range of HVAPs of 28.1 percentage points in     14:00:02
 3   the inactive map supports your conclusion that         14:00:09
 4   districts were drawn with regard to race?              14:00:13
 5        A.   There was a larger spread in the             14:00:16
 6   alternative maps.                                       14:00:18
 7             I should also point out that using           14:00:19
 8   percentage points, which is probably the easiest       14:00:21
 9   thing to do here, is not necessarily reflective of     14:00:23
10   the difference -- the percent difference -- the        14:00:28
11   percentage difference in these HVAPs, which is         14:00:31
12   calculated differently, and it's not indicative of     14:00:34
13   the number of people who are affected, right?          14:00:36
14   That's not what is listed here.  So if we're talking   14:00:39
15   about substantive outcomes, that's not necessarily     14:00:42
16   the only way to look at this.                          14:00:44
17        Q.   Okay.  But you didn't include those other    14:00:46
18   measures in your report here, correct?                 14:00:48
19        A.   I did not.                                   14:00:49
20        Q.   How many maps did you review to              14:00:55
21   determine -- how many race-blind maps did you review   14:00:59
22   to determine what the range of HVAPs -- what range     14:01:03
23   of HVAPs you would expect to see in the challenge      14:01:09
24   districts?                                              14:01:11
25        A.   The only maps that were given were           14:01:12
```

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025                              133

```
1   Dr. McCartan's maps.                              14:01:14
2        Q.   Okay.  And do you think that's a        14:01:15
3   sufficiently large sample?                        14:01:17
4             ATTORNEY JONES:  Objection to form.     14:01:20
5        A.   Sufficient for what purpose?            14:01:22
6        Q.   To draw the conclusions or inferences that 14:01:25
7   you're drawing from him?                          14:01:27
8        A.   I think it's circumstantial evidence.   14:01:28
9        Q.   But more maps would be better, correct? 14:01:33
10  If you were to see more maps, you would be able to 14:01:37
11  draw a more certain conclusion.                    14:01:39
12       A.   It would depend on how the maps were    14:01:41
13  generated, but sure.                              14:01:43
14       Q.   If we had 100 Dr. McCartans each drawing 14:01:45
15  seven maps, and we got 700 maps, we would have a  14:01:49
16  better idea, or would have more confidence, that  14:01:55
17  those more maps have demonstrated to us what range 14:01:56
18  of HVAPs we can expect if when we were drawing race 14:01:59
19  blind?                                            14:02:02
20       A.   I would presume so, yeah.               14:02:03
21       Q.   If you were given Dr. McCartan's maps but 14:02:17
22  were not told that he was drawing race blind, then 14:02:19
23  would it be as reasonable to conclude that        14:02:26
24  Dr. McCartan was trying to create racial disparities 14:02:28
25  between districts as it is to presume that the    14:02:34
```

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025                                      134

| | | |
|---|---|---|
| 1 | legislature was trying to draw racially balanced | 14:02:38 |
| 2 | districts? | 14:02:41 |
| 3 | ATTORNEY JONES:  Objection to form. | 14:02:42 |
| 4 | A.    I was never analyzing Dr. McCartan's maps | 14:02:43 |
| 5 | for that reason or purpose.  I was comparing them to | 14:02:45 |
| 6 | the enacted map in determining whether the enacted | 14:02:48 |
| 7 | map looked different and could be -- those | 14:02:51 |
| 8 | differences could be explained as a result of race. | 14:02:55 |
| 9 | Q.    Okay.  Let's say some of Dr. McCartan's | 14:02:57 |
| 10 | maps have three districts with HVAPs above | 14:03:01 |
| 11 | 90 percent. | 14:03:04 |
| 12 | Do you agree with that? | 14:03:06 |
| 13 | A.    Three of the districts?  Yes.  There's -- | 14:03:13 |
| 14 | it looks like C2 and C1 -- | 14:03:16 |
| 15 | Q.    Okay. | 14:03:18 |
| 16 | A.    -- and B, and C3, yup. | 14:03:19 |
| 17 | Q.    Do you know what packing is? | 14:03:30 |
| 18 | A.    Yes. | 14:03:32 |
| 19 | Q.    Okay.  What is packing in redistricting? | 14:03:33 |
| 20 | A.    Packing is when you try to put as many | 14:03:35 |
| 21 | voters who will vote a certain way, or of a certain | 14:03:40 |
| 22 | race, into a district in order to prevent them from | 14:03:44 |
| 23 | influencing the elections in other districts. | 14:03:50 |
| 24 | Q.    Okay.  Do you have any opinion as to | 14:03:53 |
| 25 | whether Dr. McCartan's maps, whether intentionally | 14:03:56 |

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025                                    135

| | | |
|---|---|---|
| 1 | or unintentionally, represent packing of Hispanic | 14:03:59 |
| 2 | voters into a smaller number of districts? | 14:04:02 |
| 3 | A.   I do not. | 14:04:04 |
| 4 | Q.   Okay.  Let's turn to paragraph 39.  Well, | 14:04:27 |
| 5 | wait a minute.  Hold on.  Okay.  I was kidding. | 14:04:32 |
| 6 | Let's talk about the -- the boomerang | 14:04:39 |
| 7 | image.  Okay.  So in Figure 4, you display what you | 14:04:44 |
| 8 | referred to as a -- as a boomerang.  And I believe | 14:04:49 |
| 9 | you say that the challenge districts -- that all of | 14:04:54 |
| 10 | the challenge districts have a portion of the | 14:04:58 |
| 11 | boomerang but also a portion of the periphery | 14:05:02 |
| 12 | outside of the boomerang; is that a fair statement? | 14:05:04 |
| 13 | A.   Yeah.  For the most part, yes. | 14:05:11 |
| 14 | Q.   Okay.  And is it accurate that the -- by | 14:05:12 |
| 15 | "boomerang," you're referring to an area within | 14:05:15 |
| 16 | Miami-Dade that's sort of shaped like a boomerang | 14:05:18 |
| 17 | where there's a higher concentration of Hispanics? | 14:05:21 |
| 18 | A.   Correct. | 14:05:23 |
| 19 | Q.   Okay.  Now, do districts 118 and 119 have | 14:05:24 |
| 20 | a portion of the periphery, or are they located | 14:05:31 |
| 21 | entirely within the boomerang? | 14:05:34 |
| 22 | A.   The boomerang, I think, really is | 14:05:38 |
| 23 | referring to the darkest brown or golden portions of | 14:05:41 |
| 24 | the -- of the map.  So 118, 119 does have lighter | 14:05:46 |
| 25 | brown portions of the map. | 14:05:51 |

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025                                    136

| | | |
|---|---|---|
| 1 | Q.   I see.  I see.  Okay. | 14:05:52 |
| 2 | Does the fact that no district was drawn | 14:05:56 |
| 3 | entirely within the boomerang -- I mean, if the | 14:05:59 |
| 4 | legislature had drawn districts entirely within the | 14:06:03 |
| 5 | boomerang and other districts entirely outside of | 14:06:06 |
| 6 | the boomerang, would that suggest to you that they | 14:06:08 |
| 7 | were drawing districts according to racial | 14:06:10 |
| 8 | boundaries? | 14:06:14 |
| 9 | A.   It would suggest that they were | 14:06:18 |
| 10 | considering race. | 14:06:20 |
| 11 | Q.   Okay.  So the fact that they didn't do | 14:06:20 |
| 12 | that also suggests that they were considering race? | 14:06:23 |
| 13 | A.   Yes. | 14:06:26 |
| 14 | Q.   Okay.  So what -- what would suggest that | 14:06:28 |
| 15 | they weren't considering race?  How should they have | 14:06:30 |
| 16 | drawn this if they were doing it without considering | 14:06:33 |
| 17 | race? | 14:06:37 |
| 18 | A.   This map is just one -- one piece of the | 14:06:38 |
| 19 | puzzle, right?  This is just one piece of the | 14:06:40 |
| 20 | evidence, but if you need to draw protected | 14:06:42 |
| 21 | districts, you're going to have to consider race no | 14:06:47 |
| 22 | matter what. | 14:06:49 |
| 23 | Q.   Okay.  So in Figure 2 of the report that | 14:06:50 |
| 24 | we looked at before, which was district 26. | 14:06:52 |
| 25 | And let me see if I can find the page for | 14:06:58 |

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025                                    137

| | | |
|---|---|---|
| 1 | you.  Page 16. | 14:07:02 |
| 2 | In that figure, I understood your | 14:07:11 |
| 3 | criticism to be that the district boundary follows | 14:07:12 |
| 4 | the boundary of the high Hispanic concentration, | 14:07:15 |
| 5 | correct? | 14:07:24 |
| 6 | A.   Mm-hmm. | 14:07:24 |
| 7 | Q.   And just so the record is clear -- | 14:07:25 |
| 8 | A.   Yes. | 14:07:28 |
| 9 | Q.   And then in Figure 4, I understand your | 14:07:28 |
| 10 | criticism to be sort of the opposite of that, which | 14:07:32 |
| 11 | is the districts don't follow the racial boundary | 14:07:34 |
| 12 | but instead have -- but all of them include some of | 14:07:38 |
| 13 | the high Hispanic concentrations and also some low | 14:07:40 |
| 14 | Hispanic concentrations; is that correct? | 14:07:45 |
| 15 | A.   That -- that is one -- one part of it, | 14:07:50 |
| 16 | yes.  But you can see the border between | 14:07:53 |
| 17 | district 119 and 111, there is a very stark | 14:07:57 |
| 18 | difference there where the border looks to have been | 14:08:01 |
| 19 | drawn in a way to cordon off very high sections of | 14:08:06 |
| 20 | HVAP areas away from district 111. | 14:08:14 |
| 21 | Q.   Do you know how many people live in that | 14:08:18 |
| 22 | blue area of district 111? | 14:08:19 |
| 23 | A.   I don't, but I know it's not well | 14:08:21 |
| 24 | populated. | 14:08:24 |
| 25 | Q.   Right, and could that be a reason why the | 14:08:24 |

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025                           138

| | | |
|---|---|---|
| 1 | districts, 119 and 118, ended where they did and | 14:08:28 |
| 2 | didn't go further north? | 14:08:31 |
| 3 | ATTORNEY JONES:  Objection to form. | 14:08:34 |
| 4 | A.   No, I don't know that was the -- why that | 14:08:34 |
| 5 | would be the reason. | 14:08:39 |
| 6 | Q.   Do you know whether district -- that | 14:08:40 |
| 7 | interior part of the boomerang that's in | 14:08:43 |
| 8 | district 111 that's kind of blue or white, do you | 14:08:45 |
| 9 | know whether that has more people or fewer people | 14:08:48 |
| 10 | than, say, 3,000? | 14:08:51 |
| 11 | A.   I don't know. | 14:08:55 |
| 12 | Q.   Do you know whether it would be possible | 14:08:58 |
| 13 | to draw a district entirely within that interior | 14:08:59 |
| 14 | part of the boomerang? | 14:09:02 |
| 15 | A.   By itself, just its own district, no, I | 14:09:05 |
| 16 | don't think -- for population equalization reasons, | 14:09:09 |
| 17 | it probably is not reasonable. | 14:09:13 |
| 18 | Q.   Do you know whether it would be possible | 14:09:38 |
| 19 | to draw a district wholly on the outside of the | 14:09:39 |
| 20 | boomerang along the coast? | 14:09:45 |
| 21 | A.   I don't know. | 14:09:47 |
| 22 | Q.   Okay.  Now, let's go to paragraph 39. | 14:10:04 |
| 23 | A.   Paragraph -- which one? | 14:10:11 |
| 24 | Q.   Thirty-nine.  And, actually, let's go to | 14:10:14 |
| 25 | the municipalities section just beneath that.  It's | 14:10:21 |

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025                                    139

| | | |
|---|---|---|
| 1 | not separately numbered as a paragraph, but we'll go | 14:10:24 |
| 2 | to that municipalities and CDPs section. | 14:10:26 |
| 3 | And I guess my first question here is: | 14:10:33 |
| 4 | Did you consider any potential explanations, other | 14:10:37 |
| 5 | than race, why these municipalities and CDPs would | 14:10:43 |
| 6 | have been split the way that they were split? | 14:10:49 |
| 7 | A.   No. | 14:10:51 |
| 8 | Q.   Do you know whether districts -- whether | 14:10:52 |
| 9 | district 117 and whether districts 108 and 109 are | 14:11:00 |
| 10 | districts that, under Florida law, are protected in | 14:11:08 |
| 11 | which the ability of Black voters to elect the | 14:11:12 |
| 12 | candidates of their choice is protected? | 14:11:13 |
| 13 | A.   Yes, I believe I mentioned that in my | 14:11:17 |
| 14 | introduction.  Yes, statehouse districts 102, 108, | 14:11:20 |
| 15 | 109, and 114. | 14:11:25 |
| 16 | Q.   Okay.  And so -- but you didn't analyze | 14:11:28 |
| 17 | whether the legislature's efforts to protect the | 14:11:29 |
| 18 | ability of Black voters to elect the candidates of | 14:11:32 |
| 19 | their choice in districts 108, 109, and 117 might | 14:11:34 |
| 20 | have been the reason why municipalities and CDPs | 14:11:41 |
| 21 | identified in your report were split the way that | 14:11:44 |
| 22 | they were split? | 14:11:47 |
| 23 | A.   No. | 14:11:49 |
| 24 | Q.   Do you know whether Dr. McCartan, in his | 14:11:52 |
| 25 | maps, splits schools and South Miami Heights the | 14:11:57 |

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025                    140

| | | |
|---|---|---|
| 1 | same way that the legislature does in the enacted | 14:12:01 |
| 2 | map? | 14:12:04 |
| 3 | A.  I think -- is that in the rebuttal report? | 14:12:11 |
| 4 | No, it's not -- I don't know the answer to that | 14:12:13 |
| 5 | question. | 14:12:15 |
| 6 | Q.  If he split Goulds and South Miami Heights | 14:12:18 |
| 7 | the same way while drawing without regard to race, | 14:12:22 |
| 8 | would that impact your analysis? | 14:12:26 |
| 9 | A.  It would not impact my analysis. | 14:12:28 |
| 10 | Q.  Okay.  So when the legislature does it, | 14:12:34 |
| 11 | you would still see it as evidence that the | 14:12:35 |
| 12 | legislature was considering race? | 14:12:38 |
| 13 | A.  So my analysis is not impacted by anything | 14:12:40 |
| 14 | Dr. McCartan did.  My conclusions might be.  But my | 14:12:43 |
| 15 | analysis is separate from Dr. McCartan's work. | 14:12:46 |
| 16 | Q.  Okay.  Thank you for that clarification. | 14:12:50 |
| 17 | Would it impact your conclusions? | 14:12:53 |
| 18 | A.  It would not impact the bottom line of my | 14:12:56 |
| 19 | conclusion as it's, again, one piece of evidence, | 14:12:58 |
| 20 | and one part of -- one piece of the puzzle. | 14:13:02 |
| 21 | Q.  Would you perhaps put less weight on the | 14:13:07 |
| 22 | split of Goulds and South Miami Heights than you | 14:13:10 |
| 23 | otherwise would? | 14:13:13 |
| 24 | A.  Sure. | 14:13:15 |
| 25 | Q.  Now, in South Miami Heights, if I | 14:13:24 |

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025                    141

| | | |
|---|---|---|
| 1 | understand this correctly, the portion that is in | 14:13:27 |
| 2 | district 118, which is one of the challenge | 14:13:32 |
| 3 | districts, is 80.6 percent Hispanic voting age, and | 14:13:35 |
| 4 | then the portion that is in district 117 is | 14:13:41 |
| 5 | 75.9 percent Hispanic voting age; is that correct? | 14:13:45 |
| 6 | A.   That is correct. | 14:13:50 |
| 7 | Q.   Okay.  And do you find that difference | 14:13:51 |
| 8 | between 80.6 percent and 75.9 percent to be | 14:13:53 |
| 9 | meaningful or significant in any way? | 14:13:58 |
| 10 | A.   It's not my place to judge. | 14:14:01 |
| 11 | Q.   Okay.  So you weren't looking at the | 14:14:04 |
| 12 | magnitude of the difference between what was | 14:14:07 |
| 13 | included and what was excluded.  It was simply | 14:14:10 |
| 14 | your -- your question was simply, which piece, the | 14:14:13 |
| 15 | included piece or the excluded piece, has a higher | 14:14:20 |
| 16 | Hispanic voting-age population? | 14:14:23 |
| 17 | A.   Correct. | 14:14:25 |
| 18 | Q.   Okay.  Now, let's talk about this | 14:14:25 |
| 19 | unincorporated area you mentioned at the top of | 14:14:33 |
| 20 | page 25.  And I -- I was not able to identify kind | 14:14:36 |
| 21 | of where exactly you're talking about because, you | 14:14:42 |
| 22 | know, most of Florida is unincorporated. | 14:14:46 |
| 23 | So are you able to describe what kind of | 14:14:50 |
| 24 | the boundaries of this unincorporated area that | 14:14:52 |
| 25 | you're referencing are? | 14:14:55 |

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025                            142

1    A.   I would need to see a map, but I'm          14:14:58
2  referencing an area that did not include any of the 14:15:02
3  census-designated places that were mentioned        14:15:06
4  previously.                                          14:15:08
5    Q.   Okay.  And those -- are those CDPs, are     14:15:11
6  those the ones that are listed in the paragraph at  14:15:17
7  the top of page 25, Kendall West, Hialeah Lakes,    14:15:19
8  Country Walks, and Richmond West?                   14:15:26
9    A.   Yes.                                         14:15:29
10   Q.   Okay.  And you would agree that those are   14:15:29
11 CDPs and not incorporated municipalities?           14:15:31
12   A.   Correct.                                     14:15:33
13   Q.   Do you know whether Dr. McCartan splits     14:15:47
14 the unincorporated area the same way that the       14:15:49
15 legislature did?                                     14:15:51
16   A.   I do not know.                               14:15:53
17   Q.   Okay.  If he split that unincorporated      14:15:54
18 area between the challenged districts and the        14:15:58
19 unchallenged districts in the same way that the     14:16:01
20 legislature did, would that impact your conclusions? 14:16:05
21        ATTORNEY JONES:  Objection to form.         14:16:08
22   A.   Not -- not my own conclusions, no.          14:16:12
23   Q.   Okay.  So what conclusion are you drawing   14:16:15
24 from the way that the legislature split that         14:16:18
25 unincorporated area?                                 14:16:20

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025                    143

| | | |
|---|---|---|
| 1 | A.   I mean, using it as one piece of evidence | 14:16:24 |
| 2 | among many others to suggest that portions of South | 14:16:28 |
| 3 | Florida that had higher Hispanic voting-age | 14:16:35 |
| 4 | population were placed into Hispanic-protected | 14:16:39 |
| 5 | districts, and portions that had lower HVAP were | 14:16:42 |
| 6 | not. | 14:16:47 |
| 7 | Q.   And not only that they were placed in | 14:16:48 |
| 8 | different districts, but that there was some | 14:16:51 |
| 9 | nonrandomness or intentionality behind that? | 14:16:53 |
| 10 | A.   That there was -- it was consistent for it | 14:16:56 |
| 11 | to not be random. | 14:17:00 |
| 12 | Q.   Okay.  And the fact that Dr. McCartan | 14:17:02 |
| 13 | split this incorporated area in precisely the same | 14:17:04 |
| 14 | way the legislature did, that doesn't suggest to you | 14:17:07 |
| 15 | that maybe this evidence doesn't support your | 14:17:11 |
| 16 | conclusion? | 14:17:15 |
| 17 | ATTORNEY JONES:  Objection to form. | 14:17:16 |
| 18 | A.   I don't know if that's true as I did not | 14:17:17 |
| 19 | look at it, but if it is true, it's -- it's just one | 14:17:19 |
| 20 | piece of -- of my other -- of all my evidence. | 14:17:23 |
| 21 | Q.   Okay. | 14:17:28 |
| 22 | ATTORNEY BARDOS:  And just for | 14:17:30 |
| 23 | clarification, Patrick:  What was the | 14:17:31 |
| 24 | objection?  I want to do this right the next | 14:17:35 |
| 25 | time. | 14:17:37 |

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025                              144

| | | |
|---|---|---|
| 1 | ATTORNEY JONES:  I think you just said -- | 14:17:38 |
| 2 | I think it was assumes facts because you just | 14:17:39 |
| 3 | assumed that Dr. McCartan did something that | 14:17:42 |
| 4 | she hadn't agreed to yet. | 14:17:45 |
| 5 | ATTORNEY BARDOS:  Got you. | 14:17:47 |
| 6 | Q.   Okay.  Let's turn to paragraph 40, and | 14:17:56 |
| 7 | this is where you begin your analysis of VTDs along | 14:17:58 |
| 8 | the boundaries of the challenge districts.  And -- | 14:18:02 |
| 9 | and the first challenge district that you analyze is | 14:18:05 |
| 10 | district 112.  And when I look at Table 9, it looks | 14:18:08 |
| 11 | to me like a wash, like, it doesn't really point in | 14:18:15 |
| 12 | one direction or another. | 14:18:18 |
| 13 | Would you agree with that? | 14:18:19 |
| 14 | A.   It's three out of five.  Three out of five | 14:18:21 |
| 15 | pairs. | 14:18:28 |
| 16 | Q.   Which is about as close you can get to | 14:18:29 |
| 17 | 50-50 when you have five rows, right? | 14:18:31 |
| 18 | A.   I suppose so. | 14:18:34 |
| 19 | Q.   So are you concluding from this, or do you | 14:18:35 |
| 20 | think this suggests anything, Table 9 -- | 14:18:37 |
| 21 | A.   I -- I am not looking at that individual | 14:18:42 |
| 22 | table in isolation.  I look at all the tables, all | 14:18:47 |
| 23 | of the precinct pairs, across all of the protected | 14:18:49 |
| 24 | districts. | 14:18:53 |
| 25 | Q.   Okay.  Now, do you know whether -- so | 14:18:53 |

| | | |
|---|---|---|
| 1 | you're not analyzing each district on its own | 14:18:56 |
| 2 | merits; you're looking at kind of the collective | 14:19:02 |
| 3 | picture across all seven challenge districts? | 14:19:04 |
| 4 | A.   Correct. | 14:19:07 |
| 5 | Q.   I see.  And so do you not -- do you have | 14:19:08 |
| 6 | an opinion as to whether district 112 was drawn with | 14:19:23 |
| 7 | regard to race? | 14:19:31 |
| 8 | A.   I think the -- the challenge districts, as | 14:19:35 |
| 9 | a whole, were drawn with regard to race. | 14:19:39 |
| 10 | Q.   Okay.  But you're not rendering an opinion | 14:19:44 |
| 11 | as to whether any particular district among those | 14:19:46 |
| 12 | challenge districts was drawn with respect to race? | 14:19:51 |
| 13 | A.   That's not the conclusion I draw from my | 14:19:55 |
| 14 | analysis. | 14:19:57 |
| 15 | Q.   Okay.  Let's turn to Table 10.  And what I | 14:19:57 |
| 16 | understand this table to be is the -- a list of the | 14:20:21 |
| 17 | precinct -- VTDs that were split along the boundary | 14:20:27 |
| 18 | of district 113, as well as a list of VTDs -- VTD | 14:20:33 |
| 19 | pairs, meaning one inside, one outside of the | 14:20:41 |
| 20 | district, along the boundary of 113; is that right? | 14:20:43 |
| 21 | A.   Correct. | 14:20:47 |
| 22 | Q.   Okay.  So this is sort of like tables -- | 14:20:47 |
| 23 | when we looked at Tables 3 and 4 before, they were | 14:20:50 |
| 24 | separated so that one was split VTDs and the other | 14:20:53 |
| 25 | one was VTD pairs, and this kind of combines them | 14:20:56 |

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025                                146

| | | |
|---|---|---|
| 1 | into one table; is that right? | 14:21:00 |
| 2 | A.   Yes, I think that's -- that's a reasonable | 14:21:02 |
| 3 | characterization. | 14:21:06 |
| 4 | Q.   Okay.  And the asterisk would indicate | 14:21:07 |
| 5 | that that VTD is just -- is a split VTD, that it's | 14:21:09 |
| 6 | just a partial VTD? | 14:21:14 |
| 7 | A.   Correct. | 14:21:17 |
| 8 | Q.   Okay.  Yeah, I just want to be sure I'm | 14:21:18 |
| 9 | reading this correctly. | 14:21:20 |
| 10 | So did you -- did you consider any -- and | 14:21:21 |
| 11 | this is going to start being repetitive, but did you | 14:21:31 |
| 12 | consider any alternative explanations for these | 14:21:35 |
| 13 | splits besides the possibility of race being the | 14:21:38 |
| 14 | factor? | 14:21:41 |
| 15 | A.   I did not. | 14:21:42 |
| 16 | Q.   Okay.  So you did not consider whether | 14:21:43 |
| 17 | Miami VTDs, 47, 48, 38, and 30 might be the southern | 14:21:51 |
| 18 | end of the City of Miami Beach and maybe that's why | 14:22:00 |
| 19 | they weren't brought into district 113? | 14:22:03 |
| 20 | A.   No, I did not consider that. | 14:22:09 |
| 21 | Q.   Okay.  Did you -- did you -- did you | 14:22:14 |
| 22 | assess whether Dr. McCartan's maps allocate those | 14:22:20 |
| 23 | VTDs that I just mentioned at the southern end of | 14:22:25 |
| 24 | the City of Miami Beach the same way that the | 14:22:27 |
| 25 | legislature's map does? | 14:22:31 |

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025                      147

| | | |
|---|---|---|
| 1 | A.   Can you repeat the question? | 14:22:33 |
| 2 | Q.   So did you assess whether the VTDs I | 14:22:34 |
| 3 | mentioned, which are 47, 48, 38, and 30 at the | 14:22:39 |
| 4 | southern end of the City of Miami Beach, are | 14:22:44 |
| 5 | assigned in Dr. McCartan's map to -- in the same way | 14:22:49 |
| 6 | that they are in the enacted map, meaning they're | 14:22:53 |
| 7 | assigned to an unchallenged district, but they're on | 14:22:55 |
| 8 | the boundary of a challenged district? | 14:22:58 |
| 9 | A.   I did not assess that. | 14:23:00 |
| 10 | Q.   Okay.  Did you assess whether | 14:23:01 |
| 11 | districts 108 and 109 are similar in Dr. McCartan's | 14:23:06 |
| 12 | maps to districts 108 and 109 in the enacted map? | 14:23:12 |
| 13 | A.   As a whole -- | 14:23:17 |
| 14 | ATTORNEY JONES:  Object to form. | 14:23:22 |
| 15 | A.   No, I do not -- I do not have 108 and 109 | 14:23:25 |
| 16 | here. | 14:23:33 |
| 17 | Q.   Okay.  And so you did not assess the | 14:23:34 |
| 18 | extent to which the splits of VTDs between | 14:23:35 |
| 19 | district 113 and district 108 -- or district 113 and | 14:23:39 |
| 20 | district 109, also appear in Dr. McCartan's maps? | 14:23:43 |
| 21 | A.   I did not. | 14:23:47 |
| 22 | Q.   And you didn't consider whether the VTDs | 14:23:58 |
| 23 | that were excluded from district 113 but included | 14:24:01 |
| 24 | in 108 and 109, might have been included in 108 | 14:24:05 |
| 25 | and 109 because of the legislature's efforts to | 14:24:10 |

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025                                    148

| | | |
|---|---|---|
| 1 | maintain the ability of Black voters in those | 14:24:12 |
| 2 | districts to elect the candidates of their choice? | 14:24:15 |
| 3 | A.   I did not. | 14:24:18 |
| 4 | Q.   If you look at VTD 538, one portion of | 14:24:24 |
| 5 | it -- or the portion that's included in district 113 | 14:24:34 |
| 6 | is 55.2 percent HVAP, and then in 108, a portion of | 14:24:37 |
| 7 | 538 is 55.0 percent HVAP, so a difference of | 14:24:44 |
| 8 | two-tenths of a percentage point. | 14:24:49 |
| 9 | Is that -- I mean, we've done this -- kind | 14:24:51 |
| 10 | of we've talked about this before, and I -- I don't | 14:24:55 |
| 11 | want to put you through this more than I need to, | 14:24:57 |
| 12 | but I just need to cover my bases. | 14:25:00 |
| 13 | You didn't assess kind of the magnitude of | 14:25:02 |
| 14 | the differences between the HVAPs and the included | 14:25:04 |
| 15 | versus excluded VTDs? | 14:25:07 |
| 16 | (Reporter clarification.) | 14:25:14 |
| 17 | A.   No. | 14:25:17 |
| 18 | Q.   And you also didn't assess how many people | 14:25:27 |
| 19 | live in these VTDs other than the -- that's over | 14:25:32 |
| 20 | 100? | 14:25:39 |
| 21 | A.   Correct. | 14:25:39 |
| 22 | Q.   Okay. | 14:25:47 |
| 23 | ATTORNEY BARDOS:  Let me share an exhibit | 14:25:49 |
| 24 | here, and this is Exhibit 8.  I'm putting it | 14:25:50 |
| 25 | into the chat. | 14:25:53 |

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025                        149

| | | |
|---|---|---|
| 1 | Q.   And you've seen it before.  This is | 14:25:56 |
| 2 | formatted, at least. | 14:25:59 |
| 3 | (Plaintiffs' Exhibit No. 8 was | 14:26:00 |
| 4 | marked for identification.) | 14:26:00 |
| 5 | Q.   Okay.  So on Exhibit 8, what I did is the | 14:26:08 |
| 6 | same thing that I did before.  I deduplicated the | 14:26:11 |
| 7 | VTDs in your Table 10.  So there's a list of the | 14:26:14 |
| 8 | VTDs that were included in 113 and a list of the | 14:26:18 |
| 9 | VTDs that were excluded from 113, and then I ranked | 14:26:22 |
| 10 | them from highest HVAP to lowest HVAP. | 14:26:26 |
| 11 | And so would you agree with me that the | 14:26:30 |
| 12 | VTDs at the legislature included 113 include VTDs | 14:26:32 |
| 13 | with -- with an HVAP of 37 percent, 41.8 percent, | 14:26:36 |
| 14 | 42.8 percent, and 44.8 percent as four examples? | 14:26:43 |
| 15 | A.   Yes. | 14:26:50 |
| 16 | Q.   And would you agree that the VTDs that the | 14:26:51 |
| 17 | legislature -- that are along the boundary of 113 | 14:26:53 |
| 18 | but were not included in 113, include VTDs with | 14:26:57 |
| 19 | HVAPs of 88.2 percent, 68.3 percent, 64.3 percent, | 14:27:00 |
| 20 | 61.4 percent and 55 percent? | 14:27:06 |
| 21 | A.   Yes. | 14:27:10 |
| 22 | Q.   Okay. | 14:27:17 |
| 23 | ATTORNEY BARDOS:  I will stop sharing the | 14:27:17 |
| 24 | screen. | 14:27:19 |
| 25 | Q.   And also, in this Table 10, as in the | 14:27:19 |

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025                           150

| | | |
|---|---|---|
| 1 | other tables, there are, among the list of included | 14:27:23 |
| 2 | VTDs, VTDs that are listed more than once, correct? | 14:27:27 |
| 3 | A.   Yes. | 14:27:32 |
| 4 | Q.   Okay.  And, for example, Miami-Dade 983 | 14:27:33 |
| 5 | appears four times? | 14:27:37 |
| 6 | A.   Yes. | 14:27:42 |
| 7 | Q.   And Miami-Dade 538 appears twice? | 14:27:44 |
| 8 | A.   Yes. | 14:27:48 |
| 9 | Q.   And Miami-Dade 984.0 appears twice? | 14:27:50 |
| 10 | A.   Yes. | 14:27:54 |
| 11 | Q.   And Miami-Dade 543 appears twice? | 14:27:55 |
| 12 | A.   Yes. | 14:27:58 |
| 13 | Q.   Okay.  And each row, including the | 14:28:00 |
| 14 | duplicates and, in one case, quadruplicates, each | 14:28:03 |
| 15 | one would factor into your probability analysis as | 14:28:10 |
| 16 | a -- and increase the denominator? | 14:28:14 |
| 17 | A.   The rows themselves are not duplicates, | 14:28:18 |
| 18 | but the multiple precincts on one side that are | 14:28:21 |
| 19 | paired with different pairs all each factor into my | 14:28:25 |
| 20 | probability analysis. | 14:28:30 |
| 21 | Q.   Okay.  So if there's a VTD that's listed | 14:28:31 |
| 22 | more than once in this table, it would be reflected | 14:28:33 |
| 23 | more than once in your probability analysis? | 14:28:39 |
| 24 | A.   Yes, but the unit of analysis is the pair, | 14:28:43 |
| 25 | not the individual VTD. | 14:28:46 |

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025                                  151

| | | |
|---|---|---|
| 1 | Q.   Right.  Okay.  That's it for Table 10. | 14:28:49 |
| 2 | Let's move on to Table 11.  And I'm sorry | 14:28:53 |
| 3 | if this is repetitive, and some of the questions | 14:28:58 |
| 4 | will be the same, but I just need -- I just need it | 14:29:00 |
| 5 | on the record so. | 14:29:03 |
| 6 | Table 11 -- so my understanding of | 14:29:05 |
| 7 | Table 11, again, is these are VTDs that lie along | 14:29:08 |
| 8 | the boundary of district -- enacted district 115, | 14:29:11 |
| 9 | and the VTDs listed on the left are those that are | 14:29:17 |
| 10 | included and those that are listed on the right are | 14:29:23 |
| 11 | excluded; is that correct? | 14:29:26 |
| 12 | A.   That is correct. | 14:29:27 |
| 13 | Q.   And in -- in this -- in creating Table 11, | 14:29:28 |
| 14 | did you assess alternative explanations, besides | 14:29:31 |
| 15 | race, for why these VTDs were split in the way that | 14:29:34 |
| 16 | they were split? | 14:29:39 |
| 17 | A.   I did not. | 14:29:40 |
| 18 | Q.   And in this case, as well, is it accurate | 14:29:44 |
| 19 | to say that you did not consider the magnitude of | 14:29:48 |
| 20 | the difference in HVAP between the included VTD | 14:29:51 |
| 21 | versus the excluded VTD?  That wasn't a part of your | 14:29:56 |
| 22 | analysis? | 14:30:00 |
| 23 | A.   That is correct. | 14:30:01 |
| 24 | Q.   Okay.  And in this table, do you know | 14:30:02 |
| 25 | whether -- with the exception of the first row that | 14:30:14 |

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025                                    152

| | | |
|---|---|---|
| 1 | refers to Miami-Dade 756, do you know, if we set | 14:30:22 |
| 2 | that one aside and look at the other rows in the | 14:30:27 |
| 3 | table, whether Dr. McCartan's maps separate those | 14:30:29 |
| 4 | VTDs in exactly the same way as the enacted map | 14:30:32 |
| 5 | between challenge versus unchallenged districts? | 14:30:36 |
| 6 | A.   I do not know. | 14:30:39 |
| 7 | Q.   Okay.  Would it impact your conclusions if | 14:30:40 |
| 8 | he did? | 14:30:43 |
| 9 | A.   No. | 14:30:45 |
| 10 | Q.   Why not? | 14:30:46 |
| 11 | A.   It's just one piece of evidence compared | 14:30:48 |
| 12 | to all of my pieces of evidence. | 14:30:50 |
| 13 | Q.   And would you agree that Miami-Dade 819 | 14:31:00 |
| 14 | appears twice in Table 11? | 14:31:04 |
| 15 | A.   Yes. | 14:31:07 |
| 16 | Q.   And so does Miami-Dade 833? | 14:31:09 |
| 17 | A.   A portion of 833, yes. | 14:31:14 |
| 18 | Q.   And Miami-Dade 825 appears five times? | 14:31:17 |
| 19 | A.   Yes. | 14:31:21 |
| 20 | Q.   And -- and so each instance of those would | 14:31:24 |
| 21 | be part of your probability analysis, correct? | 14:31:29 |
| 22 | A.   Each pair appears in my probability | 14:31:32 |
| 23 | analysis, yes. | 14:31:34 |
| 24 | Q.   Yes.  Even if the included VTD is the same | 14:31:36 |
| 25 | in multiple pairs? | 14:31:39 |

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025                          153

| | | |
|---|---|---|
| 1 | A.   That is correct. | 14:31:41 |
| 2 | Q.   Now, you mentioned that Dr. McCartan's | 14:31:55 |
| 3 | splitting of these VTDs wouldn't impact your | 14:31:58 |
| 4 | conclusions because it's part of a bigger -- a | 14:32:01 |
| 5 | bigger kind of body of evidence. | 14:32:04 |
| 6 | What -- apart from the VTD splits and the, | 14:32:10 |
| 7 | let's say municipality splits, as well, what | 14:32:17 |
| 8 | evidence are you relying on with respect to the | 14:32:20 |
| 9 | statehouse districts to demonstrate that race was a | 14:32:23 |
| 10 | factor? | 14:32:27 |
| 11 | A.   So everything in this section of the | 14:32:31 |
| 12 | report, the VTD analysis, as you've mentioned, the | 14:32:34 |
| 13 | municipality analysis, and the sort of more holistic | 14:32:37 |
| 14 | regional analysis that shows the, sort of, shortened | 14:32:44 |
| 15 | spread of HVAP in protected districts. | 14:32:51 |
| 16 | Q.   Would you agree with me that the VTD-split | 14:32:56 |
| 17 | analysis doesn't tell us anything about the drawing | 14:33:01 |
| 18 | of boundaries between two challenge districts? | 14:33:04 |
| 19 | A.   Can you rephrase the question? | 14:33:14 |
| 20 | Q.   Sure.  And I'll ask kind of have an | 14:33:16 |
| 21 | initial question that might help:  In the VTD | 14:33:19 |
| 22 | analysis, you're looking at boundaries between a | 14:33:23 |
| 23 | challenge district and unchallenged districts, | 14:33:26 |
| 24 | correct? | 14:33:28 |
| 25 | A.   Correct. | 14:33:28 |

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025                        154

| | | |
|---|---|---|
| 1 | Q.   Okay.  So you're not analyzing boundaries | 14:33:29 |
| 2 | between two challenge districts. | 14:33:32 |
| 3 | A.   That is correct. | 14:33:34 |
| 4 | Q.   Okay.  And so would you agree that your | 14:33:35 |
| 5 | VTD-splits analysis doesn't tell us anything about | 14:33:38 |
| 6 | why the legislature drew the lines between challenge | 14:33:41 |
| 7 | districts or what it considered in drawing those | 14:33:47 |
| 8 | lines? | 14:33:50 |
| 9 | A.   I think that's correct. | 14:33:50 |
| 10 | Q.   Okay. | 14:33:53 |
| 11 | ATTORNEY BARDOS:  Let's take a look at | 14:34:16 |
| 12 | Exhibit 9. | 14:34:18 |
| 13 | (Plaintiffs' Exhibit No. 9 was | 14:34:21 |
| 14 | marked for identification.) | 14:34:21 |
| 15 | ATTORNEY JONES:  Would you like to take a | 14:34:22 |
| 16 | break? | 14:34:23 |
| 17 | THE WITNESS:  I don't, unless you want to | 14:34:29 |
| 18 | take a break. | 14:34:30 |
| 19 | ATTORNEY JONES:  No, I'm just moving | 14:34:32 |
| 20 | around. | 14:34:33 |
| 21 | THE WITNESS:  That's okay. | 14:34:33 |
| 22 | ATTORNEY BARDOS:  Yeah, let's go ahead and | 14:34:34 |
| 23 | take a break.  It's been -- it's been an hour. | 14:34:34 |
| 24 | Do we want to reconvene in about ten minutes? | 14:34:38 |
| 25 | ATTORNEY JONES:  Okay. | 14:34:41 |

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025                          155

| | | |
|---|---|---|
| 1 | ATTORNEY BARDOS:  Okay.  Let's do that. | 14:34:42 |
| 2 | THE COURT REPORTER:  All right.  The time | 14:34:45 |
| 3 | is 2:34 EST, and we're off the record. | 14:34:49 |
| 4 | (Recess.) | 14:34:55 |
| 5 | THE COURT REPORTER:  The time is now is | 14:46:12 |
| 6 | 14:46 Eastern Time, and we are back on the | 14:46:15 |
| 7 | record. | 14:46:20 |
| 8 | Q.   Dr. Abbott, I've shown on the screen | 14:46:24 |
| 9 | Exhibit 9.  And this is, like some of the previous | 14:46:28 |
| 10 | exhibits, I've taken what's in your Table 11, and | 14:46:35 |
| 11 | deduplicated and sorted the VTDs that are inside the | 14:46:40 |
| 12 | district by HVAP from highest to lowest, and then | 14:46:44 |
| 13 | separately sorted the VTDs that are outside the | 14:46:47 |
| 14 | district by HVAP from highest to lowest. | 14:46:50 |
| 15 | Would you agree that there are VTDs along | 14:46:53 |
| 16 | the border of 115 but inside the district, with | 14:46:59 |
| 17 | HVAPs of 49.4, 53.2, 54.5, and 57.7 percent? | 14:47:04 |
| 18 | A.   Yes. | 14:47:13 |
| 19 | Q.   And would you agree that there are VTDs | 14:47:14 |
| 20 | along the boundary of district 115 right on the | 14:47:16 |
| 21 | outside of the district with HVAPs | 14:47:22 |
| 22 | of 77.8 percent, 74.6 percent, 68.2 percent, and | 14:47:24 |
| 23 | 67.4 percent, and 65.5 percent? | 14:47:33 |
| 24 | A.   Yes. | 14:47:35 |
| 25 | Q.   Let's move on to paragraph 45, and this is | 14:47:42 |

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025                    156

| | | |
|---|---|---|
| 1 | your analysis of 118. | 14:47:46 |
| 2 | Oh, but before we do that, let's go back | 14:47:49 |
| 3 | to paragraphs 42 and 44.  These relate to | 14:47:52 |
| 4 | districts 114 and 116, and, correct me if I'm wrong, | 14:47:57 |
| 5 | but, as I understand it, those two districts don't | 14:48:04 |
| 6 | share a border with a non-Hispanic protected | 14:48:07 |
| 7 | district, and so there are no VTD splits to analyze | 14:48:12 |
| 8 | there. | 14:48:16 |
| 9 | A.   Yes, that is correct. | 14:48:16 |
| 10 | Q.   All right.  Now let's go to paragraph 46, | 14:48:20 |
| 11 | and this concerns district 118. | 14:48:23 |
| 12 | A.   46 or 45? | 14:48:27 |
| 13 | Q.   I'm sorry, 45.  Yes, 45. | 14:48:30 |
| 14 | Okay.  I guess let's start where we did | 14:48:44 |
| 15 | before on the previous one and that is:  Did you | 14:48:47 |
| 16 | examine any alternative explanations for why these | 14:48:50 |
| 17 | VTDs were split the way that they were besides race? | 14:48:56 |
| 18 | A.   I did not. | 14:49:00 |
| 19 | Q.   So you would not have considered, for | 14:49:01 |
| 20 | example, whether the legislature's efforts to | 14:49:02 |
| 21 | maintain district 117 as a district in which Black | 14:49:04 |
| 22 | voters are able to elect candidates of their choice | 14:49:04 |
| 23 | might have been the reason why these VTDs were split | 14:49:09 |
| 24 | the way that they were? | 14:49:11 |
| 25 | A.   No. | 14:49:12 |

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025                               157

| | | |
|---|---|---|
| 1 | Q.   Okay.  And did you -- did you consider, | 14:49:13 |
| 2 | for example, whether VTDs 841, 815 and 838, which | 14:49:17 |
| 3 | are within the district, are bounded on one side by | 14:49:24 |
| 4 | the turnpike, meaning that if the legislature were | 14:49:28 |
| 5 | to incorporate the excluded contiguous VTD, it would | 14:49:31 |
| 6 | have to cross the turnpike and wouldn't be able to | 14:49:36 |
| 7 | follow the turnpike as a district boundary? | 14:49:39 |
| 8 | A.   Are you asking if I considered that? | 14:49:42 |
| 9 | Q.   Yes. | 14:49:45 |
| 10 | A.   No, I did not consider that. | 14:49:45 |
| 11 | Q.   Okay.  And I guess, let's try to maybe | 14:49:49 |
| 12 | do -- shortcut this a little bit.  And I'll ask you | 14:49:54 |
| 13 | these questions about both Table 12 and Table 13, | 14:50:00 |
| 14 | which concerns district 119, and both of those | 14:50:03 |
| 15 | tables has in the others, you didn't consider, or it | 14:50:07 |
| 16 | wasn't relevant to your analysis, what the magnitude | 14:50:12 |
| 17 | of difference was in the HVAPs between the included | 14:50:14 |
| 18 | VTD and the excluded VTD? | 14:50:18 |
| 19 | A.   That's correct. | 14:50:20 |
| 20 | Q.   Okay.  And, again, in both Tables 12 | 14:50:21 |
| 21 | and 13, to the extent that VTDs are listed more than | 14:50:41 |
| 22 | once as being included in the district, those would | 14:50:45 |
| 23 | be reflected more than once in the probability | 14:50:50 |
| 24 | analysis, correct? | 14:50:54 |
| 25 | A.   Each unique pair is reflected in the | 14:50:56 |

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025                                    158

| | | |
|---|---|---|
| 1 | probability analysis. | 14:50:59 |
| 2 | Q.   Okay.  Even if the included VTD is the | 14:51:03 |
| 3 | same in those different pairs? | 14:51:05 |
| 4 | A.   Correct. | 14:51:08 |
| 5 | Q.   Now, do you know, with respect to | 14:51:10 |
| 6 | Table 12, whether, other than the first two rows, | 14:51:13 |
| 7 | Dr. McCartan split these VTDs in exactly the same | 14:51:19 |
| 8 | way between challenged and unchallenged districts? | 14:51:22 |
| 9 | A.   I do not know. | 14:51:25 |
| 10 | Q.   Do you recall, in Dr. Trende's report, | 14:51:29 |
| 11 | where he said that this split-VTD analysis would | 14:51:32 |
| 12 | identify Dr. McCartan's statehouse maps as racial | 14:51:36 |
| 13 | gerrymanders? | 14:51:42 |
| 14 | A.   I know that he says that about the | 14:51:43 |
| 15 | congressional districts.  I don't recall if he says | 14:51:45 |
| 16 | that specifically about the statehouse district map. | 14:51:47 |
| 17 | Q.   In your rebuttal report -- in that -- I | 14:51:50 |
| 18 | guess, if you don't know -- in your rebuttal report, | 14:51:54 |
| 19 | you didn't attempt to show that Dr. McCartan's maps | 14:51:58 |
| 20 | would not be subject to the same conclusions.  So | 14:52:01 |
| 21 | the same conclusions would not apply to | 14:52:08 |
| 22 | Dr. McCartan's map if the VTD split analysis were | 14:52:12 |
| 23 | run on his maps? | 14:52:12 |
| 24 | A.   No, Dr. Trende did not do this analysis to | 14:52:14 |
| 25 | show that -- to show that Dr. McCartan's maps would | 14:52:18 |

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025                              159

| | | |
|---|---|---|
| 1 | have the same issues, so I did not follow up with | 14:52:21 |
| 2 | that specific analysis. | 14:52:25 |
| 3 | Q.    Turning to Table 13, would you agree with | 14:52:42 |
| 4 | me that most of the rows in this map indicate that | 14:52:44 |
| 5 | the higher HVAP was excluded from the district | 14:52:52 |
| 6 | rather than included? | 14:52:57 |
| 7 | ATTORNEY JONES:  Objection to form. | 14:53:03 |
| 8 | A.    It looks like seven -- seven rows with | 14:53:07 |
| 9 | higher HVAP -- seven pairs with higher HVAP in | 14:53:11 |
| 10 | district 119 were included in district 119 and eight | 14:53:14 |
| 11 | pairs with higher HVAP were not included in | 14:53:18 |
| 12 | district 119. | 14:53:21 |
| 13 | Q.    And in preparing Table 13, hereto, you | 14:53:36 |
| 14 | didn't consider alternative explanations, besides | 14:53:41 |
| 15 | race, for why these VTDs were split the way they | 14:53:44 |
| 16 | were? | 14:53:47 |
| 17 | A.    I did not. | 14:53:48 |
| 18 | Q.    And so you didn't consider whether all of | 14:53:52 |
| 19 | these VTDs that are included in district 119 are | 14:53:55 |
| 20 | bounded on one side by Krome Avenue, which means | 14:54:00 |
| 21 | that to include the adjacent pair, the legislature | 14:54:03 |
| 22 | would have to cross Krome Avenue and wouldn't be | 14:54:07 |
| 23 | able to follow it as the district boundary. | 14:54:11 |
| 24 | A.    I did not consider that. | 14:54:14 |
| 25 | Q.    Did you consider whether Dr. McCartan's | 14:54:21 |

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025                           160

| | | |
|---|---|---|
| 1 | maps split these VTDs in exactly the same way? | 14:54:24 |
| 2 | A.   I did not. | 14:54:28 |
| 3 | Q.   Last set of questions here about Table 1, | 14:54:40 |
| 4 | Table 13. | 14:54:41 |
| 5 | ATTORNEY BARDOS:  And for the court | 14:54:45 |
| 6 | reporter, Krome Avenue is K-R-O-M-E. | 14:54:46 |
| 7 | So I'm adding Exhibit 11 to the chat.  And | 14:55:04 |
| 8 | I guess we didn't do this for Table 12, so | 14:55:09 |
| 9 | we'll go back to that in a second. | 14:55:11 |
| 10 | (Plaintiffs' Exhibit No. 11 was | 14:55:13 |
| 11 | marked for identification.) | 14:55:13 |
| 12 | Q.   Okay.  In looking at Exhibit 11, | 14:55:20 |
| 13 | Dr. Abbott, would you agree that the legislature | 14:55:26 |
| 14 | included in district 119 along the border, VTDs with | 14:55:31 |
| 15 | HVAPs of 63 percent, 63.5 percent, | 14:55:38 |
| 16 | 76.6 percent, 76 percent, and 79.3 percent? | 14:55:43 |
| 17 | A.   Yes. | 14:55:54 |
| 18 | Q.   And that it excluded from 119, VTDs that | 14:55:54 |
| 19 | were along the border with HVAPs of 94.3 percent, | 14:55:56 |
| 20 | 92.6 percent, 89.8 percent, and 81.7 percent? | 14:56:03 |
| 21 | A.   Yes. | 14:56:11 |
| 22 | ATTORNEY BARDOS:  And here's Exhibit 10. | 14:56:26 |
| 23 | (Plaintiffs' Exhibit No. 10 was | 14:56:28 |
| 24 | marked for identification.) | 14:56:28 |
| 25 | Q.   And this goes back to district 119. | 14:56:35 |

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025                                   161

```
1              And so would you agree that the                14:56:38

2     legislature included district 119 VTDs along the         14:56:40

3     district boundary with HVAPs 64.5, 64.6, 69, and         14:56:43

4     69.9 percent?                                            14:56:52

5         A.   Yes.                                            14:56:56

6         Q.   And that it excluded from district 118          14:56:56

7     along the border, VTDs with HVACs of 87.8                14:56:57

8     percent, 81.3 percent, 77.8 percent, 75.8                14:57:00

9     percent, 74.6 percent, and 74.3 percent?                 14:57:06

10        A.   Yes.                                            14:57:13

11        Q.   Okay.  All right.  So the probability           14:57:13

12    analysis that you did for the statehouse maps, I         14:57:21

13    just want to confirm that it's the same for the          14:57:26

14    statehouse as for the congressional map.                 14:57:28

15             Your probability analysis appears in            14:57:34

16    paragraph -- paragraphs 47 and 48, and you say in        14:57:39

17    paragraph 47 that:                                       14:57:42

18             "45 of the 67 neighboring pairs have a          14:57:47

19             higher HVAP inside the challenged               14:57:52

20             district side of the boundary."                 14:57:56

21             Is that correct?                                14:57:59

22        A.   That is correct.                                14:58:00

23        Q.   And that that would include splits of VTDs      14:58:01

24    or VTD pairs, where the excluded VTD is in a             14:58:03

25    district that was drawn to protect the ability of        14:58:07
```

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025

162

| | | |
|---|---|---|
| 1 | Black voters to elect the candidates of their | 14:58:10 |
| 2 | choice? | 14:58:12 |
| 3 | A.   That's correct. | 14:58:13 |
| 4 | Q.   And it would include VTDs that are -- the | 14:58:16 |
| 5 | VTDs included in the district, it would -- | 14:58:27 |
| 6 | sometimes, it would count twice if they were paired | 14:58:32 |
| 7 | with more than one VTD on the outside? | 14:58:35 |
| 8 | A.   Yes, each unique pair entered into the | 14:58:39 |
| 9 | probability analysis. | 14:58:42 |
| 10 | Q.   Okay.  And you did not calculate a | 14:58:43 |
| 11 | probability analysis for Dr. McCartan's maps? | 14:58:45 |
| 12 | A.   That is correct. | 14:58:48 |
| 13 | Q.   All right.  So let's go back -- so now | 14:58:51 |
| 14 | let's move on to the candidate of choice question | 14:59:00 |
| 15 | for the statehouse districts.  And in paragraph -- | 14:59:04 |
| 16 | let's go to paragraph 10 of your report. | 14:59:06 |
| 17 | A.   Paragraph which? | 14:59:10 |
| 18 | Q.   Paragraph 10. | 14:59:11 |
| 19 | And beginning on the fifth line of | 14:59:28 |
| 20 | paragraph 10 toward the end of that line, it says: | 14:59:30 |
| 21 | "The districts examined contain greater | 14:59:33 |
| 22 | concentrations of Republican voters | 14:59:36 |
| 23 | compared to other portions of Miami-Dade | 14:59:38 |
| 24 | County." | 14:59:40 |
| 25 | Do you know whether that's also true of | 14:59:42 |

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025                                    163

| | | |
|---|---|---|
| 1 | Dr. McCartan's maps? | 14:59:45 |
| 2 | A.   I do not know. | 14:59:46 |
| 3 | Q.   All right.  Let's go to paragraph 49 and | 14:59:53 |
| 4 | take a look at Table 14. | 14:59:55 |
| 5 | And if we -- let's -- let's look only at | 15:00:13 |
| 6 | the challenge districts.  So let's, for now, just | 15:00:17 |
| 7 | not consider districts 110, 111.  That leaves 21 | 15:00:20 |
| 8 | cells, three elections by seven districts, in | 15:00:27 |
| 9 | Table 14. | 15:00:31 |
| 10 | Do you know how many of those 21 elections | 15:00:33 |
| 11 | were won by the Republican candidate? | 15:00:39 |
| 12 | A.   I don't have -- I don't have the election | 15:00:44 |
| 13 | returns -- or election results written down, no. | 15:00:47 |
| 14 | Q.   Okay.  Do you know whether it's a majority | 15:00:50 |
| 15 | of those 21? | 15:00:52 |
| 16 | A.   I don't -- I don't know. | 15:00:55 |
| 17 | Q.   Do you know, if you were to prepare an | 15:01:01 |
| 18 | identical table like this for Dr. McCartan's maps, | 15:01:03 |
| 19 | whether his maps would show more Republican | 15:01:06 |
| 20 | victories than the enacted map does in the challenge | 15:01:11 |
| 21 | districts? | 15:01:15 |
| 22 | A.   So -- | 15:01:18 |
| 23 | ATTORNEY JONES:  Objection to form. | 15:01:20 |
| 24 | A.   In Table 15, I do compare the | 15:01:21 |
| 25 | presidential -- the 2020 -- the 2020 presidential | 15:01:26 |

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025                                    164

| | | |
|---|---|---|
| 1 | election from -- I compare the enacted map results | 15:01:30 |
| 2 | to the alternative map results. | 15:01:34 |
| 3 | Q.   Okay.  And we'll talk about Table 15 in a | 15:01:38 |
| 4 | second, but I take it you didn't prepare a table | 15:01:41 |
| 5 | like Table 14 for Dr. McCartan's maps? | 15:01:46 |
| 6 | A.   No, I did not. | 15:01:49 |
| 7 | Q.   Okay.  And so you didn't know whether, in | 15:01:51 |
| 8 | most of his maps, Republicans would win more | 15:01:55 |
| 9 | elections than in the enacted maps in the challenge | 15:01:59 |
| 10 | districts? | 15:02:02 |
| 11 | A.   I can only say something about the 2020 | 15:02:03 |
| 12 | presidential election because that's what's -- I | 15:02:06 |
| 13 | know. | 15:02:13 |
| 14 | Q.   All right.  In paragraph 50 of your | 15:02:14 |
| 15 | report, in the -- on the beginning on the third | 15:02:16 |
| 16 | line, towards the end of that line, there's a | 15:02:29 |
| 17 | sentence that says: | 15:02:31 |
| 18 | "Within the area covered by the | 15:02:34 |
| 19 | Hispanic-protected districts, more | 15:02:36 |
| 20 | heavily Republican are arrayed in a | 15:02:38 |
| 21 | similar boomerang shape as the one | 15:02:43 |
| 22 | discussed above." | 15:02:45 |
| 23 | Do you see that? | 15:02:46 |
| 24 | A.   Mm-hmm. | 15:02:48 |
| 25 | Q.   And the boomerang area, if I remember | 15:02:48 |

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025                    165

| | | |
|---|---|---|
| 1 | correctly, was the area within Miami-Dade County | 15:02:50 |
| 2 | with higher concentrations of Hispanic voters; is | 15:02:52 |
| 3 | that correct? | 15:02:56 |
| 4 | A.   That's correct. | 15:02:56 |
| 5 | Q.   And are you saying here, in paragraph 50, | 15:02:57 |
| 6 | is that that same boomerang is also more heavily | 15:02:59 |
| 7 | Republican than other areas, surrounding areas, in | 15:03:04 |
| 8 | Miami-Dade County? | 15:03:07 |
| 9 | A.   That appears to be the case, yeah. | 15:03:08 |
| 10 | Q.   Okay.  And so what would that tell you | 15:03:11 |
| 11 | about the partisan preferences of Hispanics who live | 15:03:12 |
| 12 | in that boomerang? | 15:03:15 |
| 13 | A.   From an ecological inference standpoint, | 15:03:19 |
| 14 | it would suggest that those Hispanic voters tend to | 15:03:23 |
| 15 | vote Republican. | 15:03:27 |
| 16 | Q.   In paragraph 51, you mention a -- what you | 15:03:42 |
| 17 | call a considerable swath of democratic voters in | 15:03:48 |
| 18 | the southern and/or middle portions of | 15:03:53 |
| 19 | districts 114, 115, 116, 118, and 119.  And you say | 15:03:56 |
| 20 | that the districts appear to be drawn in such a way | 15:04:06 |
| 21 | as to distribute these democratic voters across all | 15:04:08 |
| 22 | five districts in order to maintain all of these | 15:04:12 |
| 23 | districts as Republican leaning. | 15:04:14 |
| 24 | Do you know whether Dr. McCartan's maps | 15:04:17 |
| 25 | keep that swath of democratic voters together in | 15:04:20 |

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025                              166

| | | |
|---|---|---|
| 1 | fewer districts? | 15:04:23 |
| 2 | A. I don't. | 15:04:28 |
| 3 | Q. And you're not suggesting, are you, that | 15:04:41 |
| 4 | the legislature should have drawn a district for | 15:04:43 |
| 5 | democrats in this area, correct? | 15:04:48 |
| 6 | A. I have not suggested anything, no. | 15:04:51 |
| 7 | Q. In paragraph 52, you say that the external | 15:04:57 |
| 8 | borders of districts 111, 110, 112, 115, and 118 | 15:05:00 |
| 9 | avoid heavily democratic areas assigned to adjacent | 15:05:07 |
| 10 | districts. | 15:05:11 |
| 11 | Do you know, in the case of 110 and 111, | 15:05:14 |
| 12 | whether those heavily democratic areas that those | 15:05:15 |
| 13 | two districts avoid are on the other side of the | 15:05:20 |
| 14 | county boundary in Broward County? | 15:05:24 |
| 15 | A. I do not know. | 15:05:28 |
| 16 | Q. Do you know whether some of those heavily | 15:05:29 |
| 17 | democratic areas that border 110 are in | 15:05:35 |
| 18 | districts 104, 107, and 109, which are | 15:05:38 |
| 19 | constitutionally protected for African-American | 15:05:44 |
| 20 | voters? | 15:05:46 |
| 21 | A. I don't -- I don't think I was told | 15:05:48 |
| 22 | anything about 104 -- | 15:05:50 |
| 23 | (Reviewing document.) | 15:06:19 |
| 24 | I was not told anything about 104. | 15:06:20 |
| 25 | Q. Now, 112, you say that it avoids heavily | 15:06:29 |

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025                        167

| | | |
|---|---|---|
| 1 | Democratic areas assigned to adjacent districts. | 15:06:34 |
| 2 | Is that adjacent district, district 109? | 15:06:37 |
| 3 | A.   Yes. | 15:06:44 |
| 4 | Q.   And is 109 one of the districts that you | 15:06:45 |
| 5 | understand to be constitutionally protected for | 15:06:47 |
| 6 | African-American voters? | 15:06:49 |
| 7 | A.   To promote the likelihood that Black -- | 15:06:52 |
| 8 | Black voters can elect their candidate of choice, | 15:06:55 |
| 9 | yes. | 15:06:58 |
| 10 | Q.   Okay.  And so do you think that might be a | 15:06:59 |
| 11 | reason why district 112 doesn't incorporate heavily | 15:07:01 |
| 12 | Democratic areas in district 109? | 15:07:04 |
| 13 | A.   Just because a district is protected for a | 15:07:07 |
| 14 | minority doesn't mean the boundary cannot change. | 15:07:10 |
| 15 | Q.   So you're saying that that's -- you're -- | 15:07:16 |
| 16 | you disagree with that, it can't be the reason why | 15:07:20 |
| 17 | district 112 would not have incorporated areas that | 15:07:24 |
| 18 | are within 109? | 15:07:27 |
| 19 | A.   I did not assess the probability of that | 15:07:29 |
| 20 | being the case. | 15:07:31 |
| 21 | Q.   Okay.  Likewise, with districts 115 | 15:07:32 |
| 22 | and 118, which districts -- which adjacent district | 15:07:34 |
| 23 | contains heavily Democratic areas that 115 and 118 | 15:07:41 |
| 24 | avoid? | 15:07:45 |
| 25 | A.   I just need to see.  Can you -- you mind | 15:07:58 |

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025

168

| | | |
|---|---|---|
| 1 | pointing me back to -- we were still on | 15:08:00 |
| 2 | paragraph 52? | 15:08:03 |
| 3 | Q.   Correct. | 15:08:05 |
| 4 | A.   No, I don't -- I don't think it's labeled, | 15:08:11 |
| 5 | but it looks like it should be district 117, unless | 15:08:13 |
| 6 | I'm missing it.  I don't think district 117 is | 15:08:18 |
| 7 | labeled on Figure 5. | 15:08:22 |
| 8 | Q.   Okay.  Is it that -- is it that thin | 15:08:24 |
| 9 | district that goes off south off of figure 5? | 15:08:28 |
| 10 | A.   That is correct. | 15:08:33 |
| 11 | Q.   So I'll represent to you that that's | 15:08:33 |
| 12 | district 117. | 15:08:35 |
| 13 | So is it possible that the reason that | 15:08:37 |
| 14 | districts 115 and 118 don't incorporate the heavily | 15:08:40 |
| 15 | Democratic areas in 117, that the reason for that is | 15:08:45 |
| 16 | that 117 was drawn to protect the ability of | 15:08:49 |
| 17 | African-American voters to elect the candidates of | 15:08:53 |
| 18 | their choice? | 15:08:55 |
| 19 | A.   I did not assess that likelihood. | 15:08:56 |
| 20 | Q.   All right.  Let's just move to | 15:09:00 |
| 21 | paragraph 53.  And this is the paragraph in which | 15:09:02 |
| 22 | you talk about the Republican vote share in the 2020 | 15:09:04 |
| 23 | presidential election in each of the districts.  And | 15:09:11 |
| 24 | tell me what you conclude in looking at the data in | 15:09:15 |
| 25 | Table 15. | 15:09:22 |

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025                          169

| | | |
|---|---|---|
| 1 | A.   I think the most important conclusion here | 15:09:23 |
| 2 | was that there was a smaller spread in the | 15:09:25 |
| 3 | Republican vote share across the protected districts | 15:09:32 |
| 4 | compared to the alternative maps. | 15:09:36 |
| 5 | Q.   Okay.  And what does that tell us? | 15:09:39 |
| 6 | A.   It suggests that voters were placed in | 15:09:41 |
| 7 | districts in a certain way to maximize the | 15:09:45 |
| 8 | likelihood that the -- to maximize the number of | 15:09:49 |
| 9 | Republican candidates that would be sent to office. | 15:09:52 |
| 10 | Q.   Okay.  And the range of Republican vote | 15:09:55 |
| 11 | share across these districts in the enacted map | 15:09:59 |
| 12 | was 20.3 percentage points? | 15:10:07 |
| 13 | A.   Yes. | 15:10:11 |
| 14 | Q.   Okay.  What was it in McCartan map A1? | 15:10:11 |
| 15 | A.   The lowest was 45.8 percentage point -- | 15:10:24 |
| 16 | 45.8 percent.  The highest was 62.2.  So -- so | 15:10:24 |
| 17 | that's 16.6 percentage points?  No, 26.6 percentage | 15:10:35 |
| 18 | points?  You're asking me to do math. | 15:10:47 |
| 19 | Q.   Yeah, I'll tell you that I think it's | 15:10:52 |
| 20 | 19.4. | 15:10:54 |
| 21 | A.   Okay. | 15:10:56 |
| 22 | Q.   I want you to confirm that. | 15:10:57 |
| 23 | A.   Let me just -- 24 -- oh, yeah, 65.2 is the | 15:11:04 |
| 24 | highest.  Yes, 19.4 percent. | 15:11:10 |
| 25 | Q.   So we have -- 20.3 in the enacted map, | 15:11:11 |

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025                    170

| | | |
|---|---|---|
| 1 | 19.4 in A1, what about A2?  And I promise this is | 15:11:12 |
| 2 | the last one, I won't make you do all of it. | 15:11:17 |
| 3 | A.   It looks like 10.9 percentage points. | 15:11:23 |
| 4 | No, 20.9 percentage points. | 15:11:31 |
| 5 | Q.   20.9.  Okay. | 15:11:35 |
| 6 | A.   Yeah. | 15:11:37 |
| 7 | Q.   So if McCartan map -- and McCartan's map, | 15:11:38 |
| 8 | you were asked to assume that those were drawn | 15:11:43 |
| 9 | without regard to partisanship as well as race, | 15:11:44 |
| 10 | right? | 15:11:49 |
| 11 | A.   I do not -- I do not believe I was asked | 15:11:49 |
| 12 | to assume that Dr. McCartan's maps was drawn without | 15:11:50 |
| 13 | regard to partisanship.  I don't think I state that | 15:11:56 |
| 14 | in my report.  I believe I was -- I know I was told | 15:11:59 |
| 15 | to assume that they were not drawn with regard to | 15:12:03 |
| 16 | race. | 15:12:07 |
| 17 | Q.   All right.  Let me go back and share the | 15:12:07 |
| 18 | instruction letter that you received, and we'll see, | 15:12:10 |
| 19 | again, if we can get to the bottom of this. | 15:12:12 |
| 20 | So is this the letter that you received at | 15:12:15 |
| 21 | the outset of your work on the report that you | 15:12:16 |
| 22 | disclosed? | 15:12:19 |
| 23 | A.   Yes. | 15:12:20 |
| 24 | Q.   Okay.  And in the third paragraph here, do | 15:12:20 |
| 25 | you see where it says -- it refers to the maps | 15:12:25 |

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025                                    171

| | | |
|---|---|---|
| 1 | produced by another expert and it says: | 15:12:28 |
| 2 | These alternative maps were drawn | 15:12:31 |
| 3 | without reference to racial or political | 15:12:32 |
| 4 | data." | 15:12:34 |
| 5 | A.   Yes. | 15:12:34 |
| 6 | Q.   Okay.  So do you take that to mean that | 15:12:35 |
| 7 | they were drawn without regard to partisanship? | 15:12:39 |
| 8 | A.   Yes. | 15:12:42 |
| 9 | Q.   Okay.  All right.  So if that -- if that's | 15:12:42 |
| 10 | the case, and Dr. McCartan's map A1 has a range of | 15:12:46 |
| 11 | 19.4, and the enacted map has a range of 20.3, and | 15:12:51 |
| 12 | McCartan map A2 has a range of 20.9, is the enacted | 15:12:57 |
| 13 | map an outlier? | 15:13:06 |
| 14 | A.   I don't -- I don't know if it's an | 15:13:10 |
| 15 | outlier, but it has a smaller spread than most of | 15:13:12 |
| 16 | his alternative maps. | 15:13:18 |
| 17 | Q.   Okay.  But not all, correct? | 15:13:19 |
| 18 | A.   Not all. | 15:13:21 |
| 19 | Q.   Okay.  And it seems to be -- the spread | 15:13:22 |
| 20 | is 0.9 percentage points greater in than enacted map | 15:13:28 |
| 21 | than in A1. | 15:13:38 |
| 22 | A.   You -- I have to go back and do this | 15:13:45 |
| 23 | again.  19.4 percentage points.  Is that what we | 15:13:47 |
| 24 | said? | 15:13:51 |
| 25 | Q.   Yes. | 15:13:53 |

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025                                    172

| | | |
|---|---|---|
| 1 | A. So then, yes, the enacted map had a 0.9 | 15:13:54 |
| 2 | percentage point larger spread. | 15:14:00 |
| 3 | Q. Okay. And then it has a -- and then A2 | 15:14:02 |
| 4 | spread is 0.62 percentage points greater than the | 15:14:05 |
| 5 | enacted maps? | 15:14:12 |
| 6 | A. Yes. | 15:14:15 |
| 7 | Q. Okay. So the enacted map spread fits | 15:14:16 |
| 8 | pretty comfortably between two maps that were drawn | 15:14:19 |
| 9 | without regard to partisan data correct? | 15:14:22 |
| 10 | A. For the president -- for the 2020 | 15:14:26 |
| 11 | presidential election, yes. | 15:14:28 |
| 12 | Q. Which is the only election that you | 15:14:31 |
| 13 | analyzed in paragraph 53 of your report. | 15:14:33 |
| 14 | A. Correct. | 15:14:35 |
| 15 | Q. Are you aware of any studies or | 15:14:37 |
| 16 | literature, or anything like that, that would | 15:14:38 |
| 17 | suggest that a spread of 20.3 percentage points | 15:14:40 |
| 18 | indicates that there was either partisan or racial | 15:14:44 |
| 19 | motivation in drawing the districts? | 15:14:50 |
| 20 | A. I am not aware of any studies that put a | 15:14:53 |
| 21 | specific number on it. | 15:14:55 |
| 22 | Q. Okay. Let's turn now -- I think that's | 15:15:02 |
| 23 | all the questions that I have on your initial | 15:15:05 |
| 24 | report, so we are making progress. Let's turn to | 15:15:08 |
| 25 | your rebuttal report, and I think this one will go | 15:15:11 |

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025                    173

| | | |
|---|---|---|
| 1 | quicker. | 15:15:14 |
| 2 | So let's go to paragraphs 19 and 20, and | 15:15:17 |
| 3 | this is where you address Dr. Gonzales' report. | 15:15:20 |
| 4 | Now, you mention two maps that are in | 15:15:23 |
| 5 | appendix B of your rebuttal report.  Were these maps | 15:15:26 |
| 6 | provided to you by Dr. McCartan? | 15:15:32 |
| 7 | A.   Yes. | 15:15:34 |
| 8 | Q.   Do you know where he found them, or how he | 15:15:35 |
| 9 | created them, or where he -- | 15:15:39 |
| 10 | A.   They were provided to me by counsel, so I | 15:15:42 |
| 11 | didn't speak to him directly.  But from my | 15:15:43 |
| 12 | understanding, they were generated from | 15:15:45 |
| 13 | Mr. Gonzales' report going through each section of | 15:15:47 |
| 14 | his report that he identifies as important | 15:15:51 |
| 15 | boundaries, and sort of just aggregating them up and | 15:15:56 |
| 16 | putting them into one single map. | 15:15:58 |
| 17 | Q.   Okay.  But you were not involved in the | 15:16:00 |
| 18 | process of creating the map? | 15:16:02 |
| 19 | A.   I was not. | 15:16:03 |
| 20 | Q.   Okay.  And so, have you verified whether | 15:16:04 |
| 21 | Dr. -- I'm sorry, Mr. Gonzales actually says that | 15:16:09 |
| 22 | all of the roads that are identified in those maps | 15:16:13 |
| 23 | are clearly ascertainable and commonly understood | 15:16:16 |
| 24 | boundaries? | 15:16:20 |
| 25 | A.   I did not. | 15:16:22 |

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025                              174

| | | |
|---|---|---|
| 1 | Q.   Okay.  So that was an assumption that was | 15:16:25 |
| 2 | given to you, I guess, by counsel? | 15:16:27 |
| 3 | A.   That the map was correct? | 15:16:31 |
| 4 | Q.   That the map reflects those boundaries | 15:16:35 |
| 5 | that Mr. Gonzales has opined are clearly | 15:16:37 |
| 6 | ascertainable in commonly understood boundaries? | 15:16:41 |
| 7 | A.   Yes. | 15:16:47 |
| 8 | Q.   Is a just to be clear, yes, that was an | 15:16:48 |
| 9 | assumption given to you, not something that you | 15:16:51 |
| 10 | independently determined or confirmed? | 15:16:53 |
| 11 | A.   That is correct. | 15:16:55 |
| 12 | Q.   Okay.  Do you have any dispute with | 15:16:55 |
| 13 | Mr. Gonzales' conclusions with respect to any | 15:17:06 |
| 14 | specific roads that he mentions in his report? | 15:17:09 |
| 15 | A.   I do not. | 15:17:12 |
| 16 | ATTORNEY JONES:  Objection to form. | 15:17:15 |
| 17 | A.   I do not. | 15:17:16 |
| 18 | Q.   Are you personally familiar with or | 15:17:26 |
| 19 | knowledgeable about the roads that are specifically | 15:17:29 |
| 20 | mentioned in Mr. Gonzales' report? | 15:17:32 |
| 21 | A.   I am not. | 15:17:35 |
| 22 | Q.   Okay.  Let's turn, in your rebuttal | 15:17:38 |
| 23 | report, to the heading that appears just above | 15:17:40 |
| 24 | paragraph 30.  And it says: | 15:17:48 |
| 25 | "I disagree with Dr. Trende's opinion | 15:17:55 |

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025                         175

| | | |
|---|---|---|
| 1 | that my analysis does not demonstrate | 15:17:58 |
| 2 | that politics predominated in the | 15:18:01 |
| 3 | drawing of the maps." | 15:18:04 |
| 4 | Do you see that? | 15:18:05 |
| 5 | A.   I do. | 15:18:06 |
| 6 | Q.   Okay.  So do you think that analysis does | 15:18:07 |
| 7 | demonstrate that politics predominate in the drawing | 15:18:08 |
| 8 | of the maps? | 15:18:13 |
| 9 | A.   I think that my evidence and my analysis | 15:18:14 |
| 10 | is consistent with the idea that politics | 15:18:17 |
| 11 | predominated. | 15:18:19 |
| 12 | Q.   Okay.  Let's go to paragraph 30.  And you | 15:18:21 |
| 13 | say beginning on the fourth row, you say: | 15:18:35 |
| 14 | "But he ignores" -- "he" meaning | 15:18:40 |
| 15 | Dr. Trende, "ignores the fact that there | 15:18:42 |
| 16 | is a clear improvement in Republican | 15:18:43 |
| 17 | performance in these districts over | 15:18:47 |
| 18 | time." | 15:18:49 |
| 19 | Do you see that? | 15:18:50 |
| 20 | A.   Yes. | 15:18:51 |
| 21 | Q.   Okay.  And do you know whether there's a | 15:18:52 |
| 22 | clear improvement in Republican performance | 15:18:53 |
| 23 | throughout Miami-Dade over time? | 15:18:55 |
| 24 | A.   I do not. | 15:18:58 |
| 25 | Q.   Okay.  If there's a clear improvement in | 15:19:00 |

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025                                     176

| | | |
|---|---|---|
| 1 | Republican performance in the challenge districts | 15:19:02 |
| 2 | over time, do you know whether it would have been | 15:19:04 |
| 3 | possible to draw those ways -- those districts in a | 15:19:07 |
| 4 | way that doesn't reflect clear improvement in the | 15:19:09 |
| 5 | districts for Republican performance? | 15:19:14 |
| 6 | A.   Can you -- | 15:19:16 |
| 7 | ATTORNEY JONES:  Objection to form. | 15:19:17 |
| 8 | A.   Can you -- | 15:19:18 |
| 9 | Q.   That's right.  So you're -- you've | 15:19:19 |
| 10 | expressed here that there's clear improvement in | 15:19:21 |
| 11 | Republican performance in the challenge districts | 15:19:25 |
| 12 | over time. | 15:19:27 |
| 13 | Do you know whether there's a way to draw | 15:19:28 |
| 14 | those challenge districts in a way that doesn't | 15:19:29 |
| 15 | reflect clear improvement in Republican performance | 15:19:35 |
| 16 | over time? | 15:19:37 |
| 17 | A.   I do not know. | 15:19:39 |
| 18 | Q.   Okay.  Do you know whether that's also | 15:19:40 |
| 19 | true of Dr. McCartan's maps, that he would -- his | 15:19:49 |
| 20 | maps which show clear improvement in Republican | 15:19:51 |
| 21 | performance in the challenge districts? | 15:19:55 |
| 22 | A.   No.  So I think Table 6 of my initial | 15:20:03 |
| 23 | report has the -- all three elections and their | 15:20:22 |
| 24 | results including the alternative maps. | 15:20:28 |
| 25 | Q.   Table 6, did you say? | 15:20:41 |

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025                    177

| | | |
|---|---|---|
| 1 | A.   Yeah, Table 6 on page 20. | 15:20:43 |
| 2 | Q.   Okay.  And do -- does that table show that | 15:21:00 |
| 3 | there is clear improvement in Republican performance | 15:21:03 |
| 4 | in districts 26, 27, 28 in Dr. McCartan's maps? | 15:21:07 |
| 5 | A.   Yes. | 15:21:16 |
| 6 | Q.   Okay.  In paragraph 32 of your rebuttal | 15:21:16 |
| 7 | report, you're referring to the statehouse districts | 15:21:29 |
| 8 | here, and you say in the last two lines that: | 15:21:36 |
| 9 | "There is significantly more variation | 15:21:40 |
| 10 | within the group of challenged districts | 15:21:41 |
| 11 | than in the enacted map, even if the | 15:21:43 |
| 12 | outer bounds were similar." | 15:21:46 |
| 13 | And I think you're referring here to the | 15:21:48 |
| 14 | HVAP? | 15:21:51 |
| 15 | A.   Yes. | 15:21:51 |
| 16 | Q.   Okay.  And are you referring to -- so just | 15:21:52 |
| 17 | maps A1 and A2. | 15:21:58 |
| 18 | ATTORNEY BARDOS:  Let me -- let me display | 15:22:02 |
| 19 | an exhibit, which is now in the chat.  It's | 15:22:03 |
| 20 | Exhibit 14. | 15:22:18 |
| 21 | (Plaintiffs' Exhibit No. 14 was | 15:22:18 |
| 22 | marked for identification.) | 15:22:18 |
| 23 | Q.   Okay.  So these are the HVAPs of the | 15:22:42 |
| 24 | challenge districts ranked from highest to lowest. | 15:22:44 |
| 25 | So this is basically the range in distribution of | 15:22:46 |

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025                          178

| | | |
|---|---|---|
| 1 | HVAPs.  And in each column, I rank them from highest | 15:22:50 |
| 2 | to lowest without regard to the district numbers, | 15:22:54 |
| 3 | but they come from the seven challenge districts. | 15:22:57 |
| 4 | So when you say there is significantly | 15:23:00 |
| 5 | more variation within the group of challenge | 15:23:04 |
| 6 | districts than in the enacted map, what -- what are | 15:23:08 |
| 7 | you referring to? | 15:23:11 |
| 8 | A.   I'm referring to the fact that there's a | 15:23:28 |
| 9 | larger -- a larger range in maps A1 and A2 compared | 15:23:30 |
| 10 | to the enacted map. | 15:23:35 |
| 11 | Q.   Okay.  So are you talking just about the | 15:23:37 |
| 12 | outer bounds, meaning the highest and the lowest, or | 15:23:40 |
| 13 | is there something significant also about how the | 15:23:43 |
| 14 | HVAPs between the highest and the lowest are | 15:23:46 |
| 15 | distributed? | 15:23:49 |
| 16 | A.   I was referring to the lowest, just | 15:23:50 |
| 17 | looking at the difference between the lowest and the | 15:23:52 |
| 18 | highest. | 15:23:54 |
| 19 | Q.   Okay.  So not -- not the HVAPs in between, | 15:23:54 |
| 20 | just the highest and lowest? | 15:23:57 |
| 21 | A.   Right. | 15:24:01 |
| 22 | Q.   Okay.  Let's take a look at paragraph 36 | 15:24:16 |
| 23 | of your rebuttal report, and specifically Table 1. | 15:24:18 |
| 24 | And as I understand it, this is part of your | 15:24:22 |
| 25 | response to Dr. Trende's assertion that your splits | 15:24:25 |

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025                                    179

| | | |
|---|---|---|
| 1 | analysis, whether counties or municipalities or | 15:24:33 |
| 2 | VTDs, would also flag Dr. McCartan's congressional | 15:24:37 |
| 3 | maps as racial gerrymanders or as, you know, being | 15:24:42 |
| 4 | motivated by race. | 15:24:49 |
| 5 | And so, in Table 1, as I understand it, | 15:24:51 |
| 6 | you have three different comparisons.  The first | 15:24:55 |
| 7 | compares the portion of Collier County in enact of | 15:25:00 |
| 8 | CD 26, to the portion of Collier County outside | 15:25:07 |
| 9 | enacted CD 26, I want to ask you initially about the | 15:25:10 |
| 10 | second comparison, which is the portion of | 15:25:14 |
| 11 | Miami-Dade County in enacted CD 26, versus the | 15:25:16 |
| 12 | portion of Miami-Dade County outside of enacted | 15:25:21 |
| 13 | CD 26. | 15:25:26 |
| 14 | And you would agree, would you not, that | 15:25:28 |
| 15 | in Dr. McCartan's maps, the portion of Miami-Dade | 15:25:30 |
| 16 | County that is enacted -- or that is in district 26 | 15:25:33 |
| 17 | is greater than the portion that is outside of | 15:25:37 |
| 18 | district 26. | 15:25:40 |
| 19 | A.   Except for map B2. | 15:25:43 |
| 20 | Q.   It's greater there, but not just by as | 15:25:47 |
| 21 | much? | 15:25:50 |
| 22 | A.   It's -- it's greater -- sorry, it's | 15:25:55 |
| 23 | greater.  I thought we were comparing it to the | 15:25:57 |
| 24 | enacted plan. | 15:26:00 |
| 25 | Q.   I'm sorry, just looking at McCartan's | 15:26:00 |

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025                          180

| | |
|---|---|
| 1 | maps. | 15:26:05 |
| 2 | A.   Yeah. | 15:26:06 |
| 3 | Q.   The HVAP of -- the portion of Miami-Dade | 15:26:06 |
| 4 | County that's in district 26 is greater than the | 15:26:07 |
| 5 | portion of Miami-Dade County that is outside of | 15:26:10 |
| 6 | district 26. | 15:26:15 |
| 7 | A.   Correct. | 15:26:17 |
| 8 | Q.   And in doing your splits analysis, you | 15:26:17 |
| 9 | were not looking at the magnitude of difference | 15:26:21 |
| 10 | between the HVAP of the included portion and the | 15:26:23 |
| 11 | HVAP of the excluded portion, correct? | 15:26:26 |
| 12 | A.   Correct. | 15:26:29 |
| 13 | Q.   So under your analysis here, that would -- | 15:26:29 |
| 14 | well, strike that. | 15:26:37 |
| 15 | Let's go to the third comparison. | 15:26:38 |
| 16 | "Portion of Miami-Dade County that is | 15:26:41 |
| 17 | within Hispanic-protected CDs." | 15:26:44 |
| 18 | And I take that to mean CDs 26, 27, and | 15:26:45 |
| 19 | 28.  Is that fair? | 15:26:50 |
| 20 | A.   That's correct. | 15:26:53 |
| 21 | Q.   So just looking at Dr. McCartan's maps, | 15:26:54 |
| 22 | would it be true that the portion of Miami-Dade | 15:26:57 |
| 23 | County that is in CDs 26, 27, and 28, has a higher | 15:26:59 |
| 24 | HVAP than the portion of Miami-Dade County that is | 15:27:05 |
| 25 | outside of those districts? | 15:27:07 |

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025                              181

| | | |
|---|---|---|
| 1 | A.   That is correct. | 15:27:09 |
| 2 | Q.   Okay.  And the -- in the first comparison, | 15:27:09 |
| 3 | you show that the portion of Collier County in | 15:27:16 |
| 4 | challenge CD 26 is 31.8 percent HVAP. | 15:27:19 |
| 5 | Would you agree that that is -- reduces | 15:27:24 |
| 6 | the overall HVAP of an active CD 26 to take in a | 15:27:26 |
| 7 | portion of Collier County with only 31.8 HVAP? | 15:27:32 |
| 8 | A.   I can't answer that question.  I have to | 15:27:37 |
| 9 | look at the number of -- to compare the number of | 15:27:39 |
| 10 | voters compared to the alternative options. | 15:27:41 |
| 11 | Q.   Okay.  But if we just look at the portion | 15:27:45 |
| 12 | of CD 26 that comes from Miami-Dade County, | 15:27:48 |
| 13 | that's 80.3 percent HVAP, correct -- I'm sorry, | 15:27:51 |
| 14 | 80.89 percent HVAP. | 15:28:01 |
| 15 | A.   Yes. | 15:28:04 |
| 16 | Q.   Okay.  So if we add to that a population | 15:28:04 |
| 17 | in which is only 31.8 percent, that will bring that | 15:28:06 |
| 18 | district's HVAP down. | 15:28:11 |
| 19 | A.   Yes. | 15:28:14 |
| 20 | Q.   Okay.  Turn, please, to paragraph 39 and | 15:28:14 |
| 21 | specifically Table 2. | 15:28:50 |
| 22 | And am I correct that, in Table 2, you | 15:29:02 |
| 23 | don't analyze splits of municipalities or CDPs | 15:29:09 |
| 24 | between district 26 and either district 27 or | 15:29:17 |
| 25 | district 28? | 15:29:22 |

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025                           182

| | | |
|---|---|---|
| 1 | A.    That is -- so I'm looking at portions of | 15:29:35 |
| 2 | precincts -- sorry, portions of cities, or CDPs, | 15:29:40 |
| 3 | that are in either district 26 or 27 and comparing | 15:29:44 |
| 4 | them to districts 18 and 24. | 15:29:48 |
| 5 | Q.    Okay.  But if a municipality, or a CDP, is | 15:29:52 |
| 6 | split between district 26 and 27, it wouldn't show | 15:29:56 |
| 7 | up in this table? | 15:30:00 |
| 8 | A.    Correct. | 15:30:03 |
| 9 | Q.    And, likewise, if a municipality, or a | 15:30:04 |
| 10 | CDP, is split between district 26 and district 28, | 15:30:06 |
| 11 | it wouldn't show up in this table, correct? | 15:30:10 |
| 12 | A.    Actually, I think City of Miami here is | 15:30:16 |
| 13 | split between 26, 27, and 24, and I do have that | 15:30:22 |
| 14 | represented in the table. | 15:30:27 |
| 15 | Q.    Okay.  Is that showing up only because | 15:30:29 |
| 16 | it's also split with district 24? | 15:30:31 |
| 17 | A.    As opposed to if it hadn't been, would it | 15:30:37 |
| 18 | have appeared in my table? | 15:30:41 |
| 19 | Q.    Right. | 15:30:42 |
| 20 | A.    I don't -- I don't know the answer to | 15:30:44 |
| 21 | that. | 15:30:45 |
| 22 | Q.    Okay.  So in -- moving on to paragraph 42, | 15:30:46 |
| 23 | Table 3, you incorporate here into your VTD splits | 15:31:00 |
| 24 | analysis, VTDs with populations under 100, correct? | 15:31:08 |
| 25 | A.    Correct. | 15:31:12 |

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025                              183

```
 1        Q.   Okay.  Do you have a preference between        15:31:13
 2   including or excluding VTDs with populations under       15:31:16
 3   100?  Do you think one is the better way to do it        15:31:19
 4   versus the other?                                        15:31:23
 5        A.   I don't -- I don't know that it's better.      15:31:29
 6   It's just that when you have very few voters in an       15:31:31
 7   area, it -- there's less meaning in what the results     15:31:33
 8   are showing.                                             15:31:37
 9        Q.   Okay.  And so, did -- I mean, if you were      15:31:41
10   to kind of go back in time and redo things, would       15:31:47
11   you present it with the VTDs that would have fewer       15:31:50
12   than 100, or would you present it the way that you       15:31:56
13   did in your report?                                      15:32:01
14        A.   I don't -- I don't have any strong opinion     15:32:02
15   either way.                                              15:32:04
16        Q.   Okay.  No problem.  Paragraphs 44 and 45.      15:32:05
17   This is where you're responding to Dr. Trende's          15:32:14
18   response to your -- to your VTD-splits analysis.         15:32:23
19   And specifically, you're addressing the probability     15:32:29
20   analysis for maps B1 and B2 in paragraphs 44 and 45.    15:32:35
21        Did you also do the probability analysis            15:32:48
22   for Dr. McCartan's other four maps?                      15:32:50
23        A.   I did not.                                     15:32:53
24        Q.   Okay.  Is there any reason why?                15:32:54
25        A.   Dr. Trende did not do the analysis for any     15:32:57
```

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025                                    184

| | | |
|---|---|---|
| 1 | specific alternative maps in his report.  So I just | 15:33:00 |
| 2 | sort of just picked two maps that I felt would be | 15:33:06 |
| 3 | representative or would be an example of why I | 15:33:11 |
| 4 | disagreed with him. | 15:33:16 |
| 5 | Q.   Okay.  And then in Tables 5 and 6, it | 15:33:18 |
| 6 | looks like you present your VTD-splits analysis for | 15:33:25 |
| 7 | Dr. McCartan's maps B1 and B2, but you don't present | 15:33:32 |
| 8 | tables for Dr. McCartan's maps A, C1, C2, and D; is | 15:33:38 |
| 9 | that correct? | 15:33:44 |
| 10 | A.   This is Table 6 and 7, not 5 and 6, | 15:33:45 |
| 11 | correct? | 15:33:48 |
| 12 | Q.   You are correct, 6 and 7. | 15:33:55 |
| 13 | A.   Yes, Table 6 presents Dr. McCartan's B1 | 15:33:57 |
| 14 | map, and Table 7 presents B2. | 15:34:02 |
| 15 | Q.   Okay.  But you didn't do the analysis for | 15:34:06 |
| 16 | the other four McCartan maps? | 15:34:08 |
| 17 | A.   That is correct. | 15:34:13 |
| 18 | Q.   In Table 5, the left-hand column says: | 15:34:17 |
| 19 | "CD 26 VTD." | 15:34:22 |
| 20 | Do you see that? | 15:34:26 |
| 21 | A.   Yeah. | 15:34:32 |
| 22 | Q.   And in Table 6 and 7, the left-hand column | 15:34:32 |
| 23 | says: | 15:34:35 |
| 24 | "Protected Hispanic district." | 15:34:36 |
| 25 | And it sometimes -- in Table 6, for | 15:34:43 |

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025                                  185

| | | |
|---|---|---|
| 1 | example, it includes district 27 as well as 26. | 15:34:45 |
| 2 | Is there a reason that you did that | 15:34:49 |
| 3 | differently? | 15:34:51 |
| 4 | A.   No, I think I was just trying to be | 15:34:58 |
| 5 | thorough. | 15:35:03 |
| 6 | Q.   Okay.  But it -- so I guess, too, if we | 15:35:04 |
| 7 | were just looking at just -- just at district 26, we | 15:35:08 |
| 8 | could -- we could still find that information within | 15:35:11 |
| 9 | Tables 6 and 7.  We would just ignore the rows for | 15:35:13 |
| 10 | the other districts. | 15:35:17 |
| 11 | A.   Correct. | 15:35:18 |
| 12 | Q.   Okay. | 15:35:19 |
| 13 | Okay.  Paragraph 50 on page -- well, no | 15:35:33 |
| 14 | page number -- you talk about the in-out analysis, | 15:35:38 |
| 15 | the people that were moved into district 26 who had | 15:35:43 |
| 16 | not been in the benchmark district and the people | 15:35:46 |
| 17 | who were moved out of the district moving from the | 15:35:49 |
| 18 | benchmark to the inactive plan. | 15:35:53 |
| 19 | I just want to be -- see whether we can | 15:35:58 |
| 20 | get agreement on the numbers that were presented in | 15:36:01 |
| 21 | Dr. Trende's report. | 15:36:04 |
| 22 | So if you have Dr. Trende's report, if you | 15:36:05 |
| 23 | could go to page 89.  And if you have haven't | 15:36:08 |
| 24 | confirmed these numbers, that's fine.  I just want | 15:36:15 |
| 25 | to see whether you have. | 15:36:18 |

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025                          186

| | | |
|---|---|---|
| 1 | A.   Are you referring to Table 8 -- the 7.2? | 15:36:20 |
| 2 | Q.   So I'm referring, in paragraph 50, | 15:36:31 |
| 3 | specifically to the 135,175 people who were moved | 15:36:33 |
| 4 | out of the district. | 15:36:38 |
| 5 | I'm sorry, page 89. | 15:36:51 |
| 6 | A.   Okay.  Eighty-nine. | 15:36:54 |
| 7 | Q.   I was confusing two reports. | 15:36:56 |
| 8 | A.   Okay.  So it says: | 15:36:58 |
| 9 | "Second, if we examine other populations | 15:37:00 |
| 10 | place of other districts, 135,175 of | 15:37:02 |
| 11 | voting age were moved out of benchmark | 15:37:05 |
| 12 | district, 25." | 15:37:06 |
| 13 | What's the question? | 15:37:10 |
| 14 | Q.   So that figure, 135,175 people, have you | 15:37:13 |
| 15 | confirmed the accuracy of that figure? | 15:37:20 |
| 16 | A.   I have not.  But if you add up -- in my | 15:37:22 |
| 17 | Table 8, if you add up the total VAP moved out of | 15:37:26 |
| 18 | district 25, hopefully those numbers would be the | 15:37:34 |
| 19 | same. | 15:37:36 |
| 20 | Q.   Okay.  In Table 8 of your rebuttal report, | 15:37:37 |
| 21 | how did you find that data?  What was your source | 15:37:41 |
| 22 | for that data? | 15:37:44 |
| 23 | A.   It was contained in Dr. Trende's | 15:37:49 |
| 24 | production materials. | 15:37:51 |
| 25 | Q.   Okay.  All right. | 15:37:52 |

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025

187

| | | |
|---|---|---|
| 1 | I think that's it for the rebuttal report. | 15:37:59 |
| 2 | Let me just ask you some general questions as we | 15:38:00 |
| 3 | wind down here. | 15:38:03 |
| 4 | What would you -- how would you describe | 15:38:05 |
| 5 | your area of expertise? | 15:38:06 |
| 6 | A. My area of expertise is American politics, | 15:38:11 |
| 7 | particularly state and local politics, institutions, | 15:38:15 |
| 8 | elections, voting behavior, voters. | 15:38:19 |
| 9 | Q. Okay. You served an errata, I think, | 15:38:25 |
| 10 | yesterday, maybe Friday. | 15:38:30 |
| 11 | Apart from that, have you identified any | 15:38:33 |
| 12 | errors in your report or is -- or are all of the | 15:38:35 |
| 13 | errors that you've found in that errata that you | 15:38:41 |
| 14 | provided on Friday? | 15:38:44 |
| 15 | A. All of the errors that I've found were | 15:38:46 |
| 16 | provided in the errata. | 15:38:48 |
| 17 | Q. Okay. Have you read any of the expert | 15:38:49 |
| 18 | reports prepared by the plaintiffs' other experts, | 15:38:52 |
| 19 | Dr. Walker, Dr. McCartan, Dr. Puello? ^ | 15:38:54 |
| 20 | A. I have not. | 15:39:01 |
| 21 | Q. Have you performed, in the course of your | 15:39:03 |
| 22 | work in this case, any analyses that you did not | 15:39:06 |
| 23 | include in your report? | 15:39:09 |
| 24 | A. It's possible. But nothing I can recall | 15:39:14 |
| 25 | specifically. | 15:39:17 |

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025                                    188

| | | |
|---|---|---|
| 1 | Q.   Okay.   Nothing comes to mind? | 15:39:19 |
| 2 | A.   No. | 15:39:20 |
| 3 | Q.   Are you currently working on any analyses, | 15:39:31 |
| 4 | or do you have any plans to work on any analyses, in | 15:39:34 |
| 5 | the -- in the context of this litigation? | 15:39:36 |
| 6 | A.   I do not. | 15:39:39 |
| 7 | Q.   Do you -- I don't -- I don't see in your | 15:39:50 |
| 8 | report that you're contending this, but I just want | 15:39:53 |
| 9 | to be sure:  You're not suggesting, when you talk | 15:39:55 |
| 10 | about VTD splits or splits of municipalities and | 15:39:58 |
| 11 | CDPs, that the legislature split more | 15:40:01 |
| 12 | municipalities, CDPs, or VTDs in drawing the | 15:40:07 |
| 13 | challenge districts than it split in drawing | 15:40:10 |
| 14 | unchallenged districts in the enacted maps? | 15:40:14 |
| 15 | A.   No, I'm not saying that. | 15:40:17 |
| 16 | Q.   Okay.   What is your hourly rate in this | 15:40:19 |
| 17 | case? | 15:40:23 |
| 18 | A.   $175. | 15:40:24 |
| 19 | Q.   Okay.   Do you know approximately how many | 15:40:26 |
| 20 | hours you've worked so far? | 15:40:28 |
| 21 | A.   I think it's between 40 and 60. | 15:40:31 |
| 22 | Q.   Okay.   And you are a Democrat? | 15:40:34 |
| 23 | A.   Are you asking me if I'm registered as a | 15:40:44 |
| 24 | Democrat? | 15:40:46 |
| 25 | Q.   Yes. | 15:40:48 |

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025                              189

| | | |
|---|---|---|
| 1 | A.   Yes, I'm a registered Democrat. | 15:40:49 |
| 2 | Q.   And you would describe yourself as both a | 15:40:53 |
| 3 | liberal and a progressive? | 15:40:55 |
| 4 | A.   I don't like the "progressive" term.  I | 15:40:56 |
| 5 | would describe myself as a liberal. | 15:40:57 |
| 6 | Q.   Okay.  What don't you like about the | 15:41:00 |
| 7 | "progressive" term? | 15:41:02 |
| 8 | A.   It's not -- there are associations with | 15:41:03 |
| 9 | that term that I don't necessarily agree with. | 15:41:07 |
| 10 | Q.   Okay.  What would be an example of that? | 15:41:10 |
| 11 | A.   I -- there are certain policy positions | 15:41:13 |
| 12 | that I don't agree with.  People who call themselves | 15:41:18 |
| 13 | progressives necessarily, they tend to be more of | 15:41:22 |
| 14 | the left-wing of the Democrat parties. | 15:41:27 |
| 15 | Q.   Okay.  Have you ever described yourself as | 15:41:30 |
| 16 | a progressive? | 15:41:32 |
| 17 | A.   I -- I don't -- I don't know.  I don't | 15:41:35 |
| 18 | recall. | 15:41:37 |
| 19 | Q.   Okay.  Do you have an X account? | 15:41:38 |
| 20 | A.   Oh, to -- yes, I do that. | 15:41:44 |
| 21 | Q.   Okay.  Do you recall why you've called | 15:41:46 |
| 22 | yourself a progressive on X? | 15:41:49 |
| 23 | A.   I don't recall, no. | 15:41:50 |
| 24 | Q.   Okay.  Let's see. | 15:41:52 |
| 25 |      Okay.  Does this look like you, your X | 15:42:26 |

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025                              190

| | |
|---|---|
| 1 | account? | 15:42:30 |
| 2 |     A.    Yes. | 15:42:31 |
| 3 |     Q.    Is this something that you wrote where you | 15:42:33 |
| 4 | said the privilege you are oozing with the word | 15:42:34 |
| 5 | "choosing": | 15:42:39 |
| 6 |           "I am a liberal and a progressive." | 15:42:41 |
| 7 |     A.    Yeah, I guess so.  I don't really remember | 15:42:45 |
| 8 | writing this but sure.  Okay. | 15:42:48 |
| 9 |     Q.    Okay.  So this is something -- | 15:42:51 |
| 10 |         ATTORNEY JONES:  I don't think you've | 15:42:54 |
| 11 |     identified the exhibit number. | 15:42:55 |
| 12 |         ATTORNEY BARDOS:  This is 16. | 15:42:59 |
| 13 |               (Plaintiffs' Exhibit No. 16 was | 15:42:59 |
| 14 |               marked for identification.) | 15:42:59 |
| 15 |         ATTORNEY JONES:  Maybe we just can't see | 15:43:01 |
| 16 |     it on the screen. | 15:43:02 |
| 17 |         ATTORNEY BARDOS:  Oh, you can't see it? | 15:43:03 |
| 18 |         ATTORNEY JACKSON:  It's in the chat, too. | 15:43:07 |
| 19 |     I can see it. | 15:43:09 |
| 20 |         ATTORNEY JONES:  Go ahead.  Sorry. | 15:43:10 |
| 21 |     Q.    Okay.  All right.  So you did say -- and | 15:43:11 |
| 22 | this was posted in July of 2023, correct? | 15:43:12 |
| 23 |     A.    Yeah, it looks to be.  Yes. | 15:43:16 |
| 24 |     Q.    And you said here: | 15:43:18 |
| 25 |           "I am a liberal and a progressive." | 15:43:19 |

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025                                      191

| | | |
|---|---|---|
| 1 | A.   That it what it says on the screen, yes. | 15:43:21 |
| 2 | Q.   And "pro-bikes." | 15:43:24 |
| 3 | A.   I believe this was in response to a -- | 15:43:27 |
| 4 | this may have been in response to a specific | 15:43:31 |
| 5 | political candidate's posting -- or a political | 15:43:35 |
| 6 | official's posting. | 15:43:38 |
| 7 | Q.   Well, no disagreement on the pro-bikes | 15:43:40 |
| 8 | part. | 15:43:42 |
| 9 | ATTORNEY BARDOS:  I'm going to stop | 15:43:43 |
| 10 | sharing this. | 15:43:43 |
| 11 | Q.   Now, do you also have a Facebook account? | 15:43:44 |
| 12 | A.   I do. | 15:43:48 |
| 13 | Q.   Okay.  And you're no fan of Donald Trump, | 15:43:52 |
| 14 | correct? | 15:43:54 |
| 15 | A.   I did not vote for him. | 15:43:55 |
| 16 | Q.   Okay. | 15:43:57 |
| 17 | ATTORNEY BARDOS:  Let me share another | 15:44:07 |
| 18 | exhibit. | 15:44:09 |
| 19 | (Plaintiffs' Exhibit No. 17 was | 15:44:09 |
| 20 | marked for identification.) | 15:44:09 |
| 21 | Q.   Okay.  Is this your Facebook account? | 15:44:18 |
| 22 | A.   Yes. | 15:44:20 |
| 23 | Q.   Okay.  And this is something that you | 15:44:21 |
| 24 | posted, right? | 15:44:23 |
| 25 | A.   I don't think I posted it, but I think it | 15:44:29 |

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025                    192

| | | |
|---|---|---|
| 1 | was a background image or something. | 15:44:32 |
| 2 | Q.   It says here that you updated -- that you | 15:44:35 |
| 3 | updated your cover photo. | 15:44:37 |
| 4 | A.   Yeah, I don't -- I don't think that was a | 15:44:38 |
| 5 | post, but it was an updating of the cover photo, | 15:44:40 |
| 6 | yes. | 15:44:43 |
| 7 | Q.   Okay.  So it is your cover photo that you | 15:44:44 |
| 8 | put on X, right? | 15:44:47 |
| 9 | A.   This is Facebook. | 15:44:49 |
| 10 | Q.   I'm sorry, Facebook. | 15:44:50 |
| 11 | A.   Yes. | 15:44:51 |
| 12 | Q.   Yes.  Okay.  And -- and so this is meant | 15:44:52 |
| 13 | to depict Donald Trump, right? | 15:44:55 |
| 14 | A.   It is Donald Trump, yes. | 15:44:57 |
| 15 | Q.   Well, it's -- I mean, it's not -- | 15:44:59 |
| 16 | A.   It's meant to depict Donald Trump, yes. | 15:45:01 |
| 17 | Q.   And the assailant here is Count from | 15:45:05 |
| 18 | Sesame Street, right? | 15:45:09 |
| 19 | A.   It certainly is. | 15:45:11 |
| 20 | Q.   Is there any kind of rhyme or reason to | 15:45:13 |
| 21 | why it's the Count?  Like, is there some sort of | 15:45:14 |
| 22 | hidden meaning as to why the Count would be in this | 15:45:17 |
| 23 | picture? | 15:45:22 |
| 24 | A.   I think this was a reference to the fact | 15:45:23 |
| 25 | that counted all of the ballots, and the Count won | 15:45:24 |

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025                                    193

| | | |
|---|---|---|
| 1 | out at the end of the day. | 15:45:28 |
| 2 | Q.   Gotcha.  Okay. | 15:45:29 |
| 3 | And it looks like that the president is | 15:45:29 |
| 4 | taking a pretty hard hit in this image, right, would | 15:45:32 |
| 5 | you say?  Would you agree with that? | 15:45:34 |
| 6 | A.   Sure. | 15:45:37 |
| 7 | Q.   I mean, it looks like he's missing a | 15:45:37 |
| 8 | tooth. | 15:45:39 |
| 9 | A.   I don't know about that. | 15:45:40 |
| 10 | Q.   Right there, there's, like, a gap.  Do you | 15:45:41 |
| 11 | see that? | 15:45:42 |
| 12 | A.   Okay. | 15:45:44 |
| 13 | Q.   Do you think that it was this punch that | 15:45:45 |
| 14 | knocked out that tooth? | 15:45:47 |
| 15 | A.   I cannot speculate. | 15:45:48 |
| 16 | Q.   Okay.  I won't ask you to speculate. | 15:45:51 |
| 17 | What about these particles here, is that | 15:45:55 |
| 18 | his shattered tooth, or what's that? | 15:45:58 |
| 19 | A.   I have no idea. | 15:46:01 |
| 20 | Q.   And he looks like he's in a lot of pain, | 15:46:03 |
| 21 | like his eyes are closed.  Do you see that? | 15:46:05 |
| 22 | A.   I don't know his feelings in the moment, | 15:46:07 |
| 23 | but... | 15:46:10 |
| 24 | Q.   Why -- why did you post this image? | 15:46:10 |
| 25 | A.   I think that I was pleased that Donald | 15:46:13 |

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025                    194

| | | |
|---|---|---|
| 1 | Trump did not win the election. | 15:46:18 |
| 2 | Q.   Mm-hmm. | 15:46:21 |
| 3 | Do you think that treating violence | 15:46:23 |
| 4 | against political figures in this sort of humorous | 15:46:26 |
| 5 | way tends to normalize or encourage it? | 15:46:29 |
| 6 | A.   I don't, no.  It's a cartoon character. | 15:46:33 |
| 7 | Q.   Right.  But when after President Trump was | 15:46:41 |
| 8 | shot in Butler, Pennsylvania, did you ever think | 15:46:45 |
| 9 | about taking this down? | 15:46:48 |
| 10 | A.   I don't even think it's my current cover | 15:46:50 |
| 11 | photo, so. | 15:46:52 |
| 12 | Q.   Well, I found it.  I found it on your | 15:46:53 |
| 13 | Facebook page. | 15:46:55 |
| 14 | A.   I don't think it's currently my cover | 15:46:57 |
| 15 | photo.  I think it -- whatever it is -- I don't | 15:46:58 |
| 16 | believe it is, but I -- there was nothing to take | 15:47:00 |
| 17 | down, as far as I understand.  And, no, it was a | 15:47:04 |
| 18 | political cartoon.  Cartoons have had a long history | 15:47:08 |
| 19 | of political commentary. | 15:47:12 |
| 20 | Q.   Mm-hmm.  And you agree that humor can be | 15:47:15 |
| 21 | used to kind of normalize things that otherwise, if | 15:47:18 |
| 22 | you say it directly, like you wouldn't -- you | 15:47:22 |
| 23 | wouldn't ever do? | 15:47:25 |
| 24 | ATTORNEY JONES:  Objection to form, and | 15:47:27 |
| 25 | relevance, obviously. | 15:47:29 |

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025                              195

| | | |
|---|---|---|
| 1 | A.   I'm not sure I understand the question. | 15:47:32 |
| 2 | Q.   Okay.  But you don't condone political | 15:47:33 |
| 3 | violence against President Trump, right? | 15:47:41 |
| 4 | A.   Of course not. | 15:47:43 |
| 5 | Q.   You wouldn't be in favor that. | 15:47:44 |
| 6 | A.   Of course not. | 15:47:46 |
| 7 | Q.   You just feel very strongly that he's not | 15:47:48 |
| 8 | the right guy for the job. | 15:47:50 |
| 9 | A.   I -- that is of my -- that is my opinion. | 15:47:52 |
| 10 | Q.   Okay.  All right. | 15:47:55 |
| 11 | ATTORNEY BARDOS:  All right.  Let me take | 15:47:58 |
| 12 | a -- let's take a quick ten-minute break here. | 15:47:58 |
| 13 | I might be done.  No promises, but I might be | 15:48:01 |
| 14 | done.  But let's reconvene in ten minutes if | 15:48:04 |
| 15 | that's okay. | 15:48:11 |
| 16 | THE COURT REPORTER:  The time is 3:48, and | 15:48:21 |
| 17 | we're off the record. | 15:48:24 |
| 18 | (Recess.) | 15:48:25 |
| 19 | THE COURT REPORTER:  The time is 15:58 | 15:58:44 |
| 20 | Eastern Time, and we are back on the record. | 15:58:48 |
| 21 | Q.   Okay.  Dr. Abbott, just a few more | 15:58:53 |
| 22 | questions. | 15:58:58 |
| 23 | Did you read the entirety of Dr. Trende's | 15:58:58 |
| 24 | report? | 15:59:01 |
| 25 | A.   I did. | 15:59:02 |

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025                                    196

| | | |
|---|---|---|
| 1 | Q. Okay. And how about Mr. Gonzales' report? | 15:59:04 |
| 2 | A. I did. | 15:59:07 |
| 3 | Q. You read that in full? | 15:59:07 |
| 4 | A. I did not read his appendices with the | 15:59:09 |
| 5 | sources. | 15:59:12 |
| 6 | Q. Okay. Have you -- let me ask you about | 15:59:13 |
| 7 | this -- about your rebuttal report in paragraph 21. | 15:59:16 |
| 8 | There's a statement I'd like to ask you about. | 15:59:20 |
| 9 | A. Okay. | 15:59:36 |
| 10 | Q. And so paragraph 21 rolls over to a second | 15:59:37 |
| 11 | page, and it's on a second page, second line. It | 15:59:40 |
| 12 | says: | 15:59:42 |
| 13 | "It is unlikely other districts not | 15:59:44 |
| 14 | touching district 26 would need to be | 15:59:46 |
| 15 | changed significantly, if at all, if | 15:59:49 |
| 16 | district 26 were redrawn." | 15:59:52 |
| 17 | Do you see that? | 15:59:55 |
| 18 | A. Yes. | 15:59:56 |
| 19 | Q. And do you believe that to be true? | 15:59:56 |
| 20 | A. I believe that to be true. | 16:00:00 |
| 21 | Q. Okay. And why do you believe that to be | 16:00:01 |
| 22 | true? | 16:00:03 |
| 23 | A. If we're focusing on the border of | 16:00:05 |
| 24 | district 26, you know, thinking about how other | 16:00:07 |
| 25 | districts and other parts of the state that do not | 16:00:10 |

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025                                    197

| | |
|---|---|
| 1 | touch the border with district 26 would be affected, | 16:00:13 |
| 2 | there would be second-order effects. | 16:00:18 |
| 3 | Q.  Okay.  So do you have an opinion on how | 16:00:20 |
| 4 | many districts would need to be changed if | 16:00:23 |
| 5 | district 26 were redrawn? | 16:00:24 |
| 6 | A.  It depends on how the border would change. | 16:00:32 |
| 7 | Q.  Okay.  I think you said something like | 16:00:35 |
| 8 | second -- secondary effects? | 16:00:39 |
| 9 | A.  Second order. | 16:00:42 |
| 10 | Q.  Second order. | 16:00:43 |
| 11 | What do you mean by that? | 16:00:45 |
| 12 | A.  I mean, if district 26 -- the border of | 16:00:47 |
| 13 | district 26 were changed, then whatever contiguous | 16:00:50 |
| 14 | district that is touching that border that is | 16:00:55 |
| 15 | changed will change, and potentially, depending on | 16:00:57 |
| 16 | how it's changed, a district that borders that | 16:01:00 |
| 17 | changed district will also need to be changed. | 16:01:04 |
| 18 | Q.  Okay.  And -- and so when you say that | 16:01:07 |
| 19 | it's unlikely other districts not touching | 16:01:09 |
| 20 | district 26 would need to be changed significantly, | 16:01:11 |
| 21 | if at all, if district 26 were redrawn, are you | 16:01:15 |
| 22 | including those second-order changes in that | 16:01:19 |
| 23 | statement? | 16:01:22 |
| 24 | A.  If a district that does not touch | 16:01:24 |
| 25 | district 26 needs to be changed because a district | 16:01:28 |

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025                              198

| | | |
|---|---|---|
| 1 | that does touch district 26 is changed, that change | 16:01:31 |
| 2 | will be smaller than the change of the contiguous | 16:01:36 |
| 3 | district. | 16:01:39 |
| 4 | But it's also the case that not every | 16:01:39 |
| 5 | district may need to be changed that touches | 16:01:42 |
| 6 | district 26, and in those cases, anything that | 16:01:45 |
| 7 | touches the contiguous district with district 26 | 16:01:48 |
| 8 | will not change at all. | 16:01:53 |
| 9 | Q.   Go ahead -- have you ever lived in | 16:01:56 |
| 10 | Florida? | 16:01:58 |
| 11 | A.   No. | 16:01:59 |
| 12 | Q.   Okay.  And so I take it, then, you never | 16:02:01 |
| 13 | have voted in Florida either? | 16:02:02 |
| 14 | A.   That is correct. | 16:02:05 |
| 15 | ATTORNEY BARDOS:  That is all the | 16:02:07 |
| 16 | questions I have.  So I don't know if anyone | 16:02:08 |
| 17 | else on -- I think we have some lawyers for the | 16:02:11 |
| 18 | Secretary of State's office.  I don't know if | 16:02:16 |
| 19 | they have questions.  But otherwise, Patrick, | 16:02:17 |
| 20 | if you do, then the floor is yours. | 16:02:19 |
| 21 | ATTORNEY RABAN:  No questions from the | 16:02:25 |
| 22 | secretary.  We don't have any questions. | 16:02:26 |
| 23 | ATTORNEY JONES:  I don't have any | 16:02:31 |
| 24 | questions.  I did want to make one statement or | 16:02:32 |
| 25 | objection on the record that I meant to state | 16:02:35 |

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025                                    199

| | | |
|---|---|---|
| 1 | earlier.  My understanding is this Zoom has | 16:02:37 |
| 2 | been recorded, but the deposition was not | 16:02:41 |
| 3 | noticed to be recorded by video-graphic means. | 16:02:44 |
| 4 | My understanding is that the recording will | 16:02:47 |
| 5 | just be used for stenographic purposes, and to | 16:02:49 |
| 6 | the extent that anyone tries to used use it for | 16:02:52 |
| 7 | any other basis, we would object to that. | 16:02:56 |
| 8 | ATTORNEY BARDOS:  And the recording was | 16:02:58 |
| 9 | not done specifically at our request, and we | 16:03:00 |
| 10 | have no intention for using it.  Obviously, if | 16:03:03 |
| 11 | it's helpful to the court reporter in preparing | 16:03:06 |
| 12 | the transcript, then I guess, that's -- that | 16:03:09 |
| 13 | would be a use it serves, but we're not | 16:03:10 |
| 14 | planning to use the recording ourselves.  We | 16:03:13 |
| 15 | would just use the transcript. | 16:03:14 |
| 16 | ATTORNEY JONES:  Yup.  Thank you for | 16:03:17 |
| 17 | confirming.  We have no problem with it being | 16:03:17 |
| 18 | used for that purpose. | 16:03:20 |
| 19 | ATTORNEY BARDOS:  Well, great.  If there's | 16:03:22 |
| 20 | nothing else, Dr. Abbott, it was a pleasure to | 16:03:24 |
| 21 | meet you.  Thanks for spending so much of your | 16:03:28 |
| 22 | day with us.  We really appreciate your time. | 16:03:30 |
| 23 | THE COURT REPORTER:  Are we off the | 16:03:40 |
| 24 | record? | 16:03:41 |
| 25 | We are off the record, right? | 16:03:42 |

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025                    200

1    (Proceedings concluded at 1603                    16:03:42

2    EST.)                                             16:03:42

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025

201

1               ACKNOWLEDGMENT OF DEPONENT

2          I, CAROLYN B. ABOTT, PH.D., do hereby

3      acknowledge that I have read and examined the

4     foregoing testimony and the same is a true, correct,

5     and complete transcription of the testimony given by

6     me and any corrections appear on the attached errata

7               sheet signed by me.

8

9     _____     _____

10         (SIGNATURE)                  (DATE)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025                                         202

```
 1              CERTIFICATE OF SHORTHAND REPORTER

 2                      NOTARY PUBLIC

 3

 4       I, STANLEY H. SAKAI, CRC, the officer before

 5   whom the foregoing deposition was taken, do hereby

 6   certify that the foregoing transcript is a true and

 7    correct record of the testimony given; that said

 8     testimony was taken by me stenographically and

 9        thereafter reduced to typewriting under my

10    direction; that reading and signing was requested

11   [or not requested, as appropriate]; and that I am

12   neither counsel for, related to, nor employed by any

13    of the parties to this case and have no interest,

14         financial or otherwise, in its outcome.

15

16       IN WITNESS WHEREOF, I have hereunto set my hand

17   and affixed my notarial seal this 11TH day of JULY,

18                        2025.

19

20

21   _____

22   STANLEY H. SAKAI, CRC

23   FOR THE STATE OF NEW YORK

24   My Commission Expires: JUNE 23, 2026

25
```

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025

203

| A |
|---|

**a1**
128:15, 129:20, 130:3, 131:12, 131:18, 169:14, 170:1, 171:10, 171:21, 177:17, 178:9

**a2**
124:3, 124:10, 124:23, 126:1, 126:12, 126:22, 128:15, 129:21, 130:4, 130:22, 130:24, 131:12, 131:19, 170:1, 171:12, 172:3, 177:17, 178:9

**abbott**
2:1, 6:23, 7:6, 10:7, 10:11, 26:21, 60:15, 75:15, 90:15, 104:2, 114:10, 155:8, 160:13, 195:21, 199:20

**ability**
72:11, 92:10, 111:5, 120:1, 120:10, 120:25, 139:11, 139:18, 148:1, 161:25, 168:16

**able**
7:14, 7:21, 25:13, 36:11, 81:24, 82:5, 92:16, 95:14, 104:3, 109:1, 111:15, 133:10, 141:20, 141:23, 156:22, 157:6, 159:23

**abott**
1:24, 201:2

**above**
39:4, 76:10,

128:20, 134:10, 164:22, 174:23

**abutting**
87:5, 87:8, 87:10

**academic**
14:2, 14:10, 14:11, 15:24, 15:25, 16:14, 16:15, 16:16, 23:13

**accept**
51:17, 52:17

**access**
55:8

**accommodate**
7:12

**accomplish**
41:2

**according**
119:13, 136:7

**account**
29:16, 189:19, 190:1, 191:11, 191:21

**accuracy**
186:15

**accurate**
27:5, 28:5, 42:24, 44:23, 66:21, 101:9, 105:4, 105:5, 135:14, 151:18

**achieve**
42:19

**achieved**
51:3, 61:16, 62:3

**achieves**
51:4

**acknowledge**
201:3

**acknowledgment**
201:1

**aclu**
9:3, 12:18

**across**
17:10, 43:18,

44:9, 44:14, 44:15, 46:7, 48:9, 49:10, 50:2, 50:7, 50:24, 54:8, 56:1, 63:22, 64:16, 77:4, 109:14, 123:21, 125:3, 144:23, 145:3, 165:21, 169:3, 169:11

**active**
181:6

**actually**
47:25, 49:4, 94:2, 106:20, 107:2, 138:24, 173:21, 182:12

**add**
101:4, 103:25, 181:16, 186:16, 186:17

**added**
89:10

**adding**
75:10, 160:7

**addition**
34:7, 121:4

**additional**
68:2

**address**
25:3, 77:8, 77:12, 173:3

**addressed**
75:3

**addressing**
183:19

**adhere**
94:9

**adjacent**
65:18, 88:17, 98:15, 99:15, 123:2, 123:7, 124:24, 125:9, 125:15, 126:9, 126:18, 127:5, 127:25, 159:21, 166:9, 167:1,

167:2, 167:22

**advice**
19:4

**affected**
77:2, 107:15, 132:13, 197:1

**affects**
80:15

**affirmed**
6:25

**affixed**
202:17

**african-american**
120:1, 120:3, 166:19, 167:6, 168:17

**after**
9:7, 19:20, 194:7

**again**
16:11, 21:22, 34:8, 35:9, 36:17, 43:25, 44:6, 46:13, 47:17, 53:7, 56:13, 59:14, 80:19, 84:13, 91:3, 97:6, 115:15, 121:17, 126:14, 128:11, 130:11, 140:19, 151:7, 157:20, 170:19, 171:23

**against**
51:12, 194:4, 195:3

**age**
66:2, 66:24, 67:5, 67:14, 69:16, 81:17, 141:3, 141:5, 186:11

**agency**
16:18

**aggregating**
173:15

**ago**
20:25

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025

204

| | | | |
|---|---|---|---|
| **agree** 31:22, 34:2, 39:24, 43:3, 43:12, 54:13, 60:3, 70:5, 71:14, 72:9, 81:24, 91:11, 91:18, 92:1, 93:5, 104:11, 104:21, 110:21, 110:23, 118:9, 118:12, 120:8, 121:10, 121:18, 121:25, 122:4, 124:9, 124:15, 125:6, 125:24, 126:16, 126:23, 128:14, 131:13, 134:12, 142:10, 144:13, 149:11, 149:16, 152:13, 153:16, 154:4, 155:15, 155:19, 159:3, 160:13, 161:1, 179:14, 181:5, 189:9, 189:12, 193:5, 194:20 **agreed** 110:14, 144:4 **agreement** 185:20 **ahead** 11:25, 19:23, 20:2, 154:22, 190:20, 198:9 **al** 1:3 **alhambra** 3:23 **align** 79:22 **all** 9:8, 25:1, 25:9, 31:4, 37:3, 40:16, 45:1, 51:8, 53:8, 54:22, | 58:13, 65:2, 74:9, 77:17, 79:17, 83:9, 83:14, 85:6, 85:7, 85:8, 85:15, 87:3, 89:19, 90:5, 91:1, 93:4, 102:9, 102:23, 102:24, 104:2, 104:13, 105:13, 105:15, 107:11, 107:19, 110:12, 113:14, 123:25, 125:1, 125:2, 125:3, 128:7, 128:8, 128:15, 128:17, 128:18, 128:20, 135:9, 137:12, 143:20, 144:22, 144:23, 145:3, 150:19, 152:12, 155:2, 156:10, 159:18, 161:11, 162:13, 163:3, 164:14, 165:21, 165:22, 168:20, 170:2, 170:17, 171:9, 171:17, 171:18, 172:23, 173:22, 176:23, 186:25, 187:12, 187:15, 190:21, 192:25, 195:10, 195:11, 196:15, 197:21, 198:8, 198:15 **allocate** 146:22 **alluded** 37:5 **alone** 64:5, 74:3 **along** 71:16, 83:16, 84:1, 91:12, 91:19, 92:23, 104:13, 108:7, | 138:20, 144:7, 145:17, 145:20, 149:17, 151:7, 155:15, 155:20, 160:14, 160:19, 161:2, 161:7 **already** 12:5, 35:2, 42:11, 83:3 **also** 10:24, 14:17, 28:11, 28:14, 28:17, 39:13, 44:13, 65:12, 67:15, 73:4, 76:7, 79:7, 90:19, 98:20, 101:1, 104:21, 108:15, 112:19, 124:23, 132:7, 135:11, 136:12, 137:13, 147:20, 148:18, 149:25, 162:25, 165:6, 176:18, 178:13, 179:2, 182:16, 183:21, 191:11, 197:17, 198:4 **alternations** 49:4 **alternative** 52:1, 59:19, 60:16, 65:8, 68:24, 74:22, 75:3, 75:4, 76:7, 76:14, 76:22, 77:7, 77:8, 77:12, 91:7, 110:25, 129:3, 129:11, 130:1, 130:14, 132:6, 146:12, 151:14, 156:16, 159:14, 164:2, 169:4, 171:2, 171:16, 176:24, 181:10, 184:1 **alternatives** 76:9 | **although** 54:14 **always** 59:25, 77:18, 79:21 **amendment** 22:21 **american** 14:25, 187:6 **among** 131:11, 143:2, 145:11, 150:1 **amount** 46:4 **analyses** 24:13, 24:15, 24:16, 24:18, 25:1, 25:2, 28:12, 102:9, 105:17, 187:22, 188:3, 188:4 **analysis** 19:19, 20:13, 29:3, 30:23, 31:12, 33:21, 34:8, 34:15, 35:11, 36:17, 36:22, 37:13, 40:4, 40:21, 57:13, 59:22, 69:22, 70:19, 72:15, 78:9, 78:21, 80:16, 80:23, 81:1, 81:7, 81:13, 81:19, 82:24, 83:2, 83:3, 83:4, 83:5, 87:25, 88:11, 89:19, 95:20, 97:21, 98:23, 99:1, 99:2, 99:16, 105:19, 106:1, 106:22, 109:12, 109:19, 111:18, 111:20, 113:2, 113:3, 113:4, 129:22, |

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025

205

130:10, 140:8,
140:9, 140:13,
140:15, 144:7,
145:14, 150:15,
150:20, 150:23,
150:24, 151:22,
152:21, 152:23,
153:12, 153:13,
153:14, 153:17,
153:22, 154:5,
156:1, 157:16,
157:24, 158:1,
158:11, 158:22,
158:24, 159:2,
161:12, 161:15,
162:9, 162:11,
175:1, 175:6,
175:9, 179:1,
180:8, 180:13,
182:24, 183:18,
183:20, 183:21,
183:25, 184:6,
184:15, 185:14
**analyze**
16:8, 82:18,
94:8, 107:10,
120:5, 139:16,
144:9, 156:7,
181:23
**analyzed**
72:19, 92:12,
92:14, 172:13
**analyzing**
78:4, 134:4,
145:1, 154:1
**andrea**
3:4, 6:7,
12:19, 38:10
**andy**
3:14, 3:19,
5:4, 6:9, 7:7,
25:11, 26:6,
60:6
**another**
13:18, 14:5,
38:4, 56:14,
61:1, 74:2,
78:11, 80:7,

86:25, 97:22,
99:9, 102:25,
103:20, 116:7,
124:17, 124:19,
127:22, 144:12,
171:1, 191:17
**answer**
7:21, 12:1,
17:12, 19:25,
20:1, 20:2,
24:10, 107:9,
115:6, 116:5,
140:4, 181:8,
182:20
**answers**
7:18
**any**
7:11, 7:20,
10:7, 12:23,
12:24, 13:13,
14:21, 17:14,
17:18, 19:4,
19:8, 19:11,
20:9, 24:21,
25:5, 30:11,
36:20, 37:6,
37:17, 40:11,
43:20, 45:14,
57:1, 59:17,
60:16, 61:15,
61:22, 64:4,
68:21, 69:16,
69:21, 70:13,
72:5, 73:22,
74:22, 77:1,
77:6, 81:21,
82:4, 86:2,
86:3, 102:12,
103:4, 105:6,
106:22, 107:14,
108:22, 108:25,
109:3, 110:15,
110:24, 120:21,
124:22, 124:25,
134:24, 139:4,
141:9, 142:2,
145:11, 146:10,
146:12, 156:16,

172:15, 172:20,
174:12, 174:13,
183:14, 183:24,
183:25, 187:11,
187:17, 187:22,
188:3, 188:4,
192:20, 198:22,
198:23, 199:7,
201:6, 202:12
**anybody**
13:5
**anymore**
113:10
**anyone**
17:25, 18:3,
198:16, 199:6
**anything**
39:21, 50:10,
51:20, 51:22,
68:4, 74:5,
96:25, 106:15,
109:6, 140:13,
144:20, 153:17,
154:5, 166:6,
166:22, 166:24,
172:16, 198:6
**aojeda@omm**
3:10
**apart**
21:12, 35:18,
62:20, 64:22,
153:6, 187:11
**appear**
97:10, 147:20,
165:20, 201:6
**appeared**
182:18
**appearing**
10:6
**appears**
99:9, 150:5,
150:7, 150:9,
150:11, 152:14,
152:18, 152:22,
161:15, 165:9,
174:23
**appendices**
196:4

**appendix**
173:5
**application**
81:3
**apply**
158:21
**appreciate**
199:22
**appropriate**
54:8, 54:10,
57:24, 59:17,
88:6, 202:11
**approximately**
48:12, 53:5,
62:21, 62:22,
63:5, 105:20,
123:19, 188:19
**area**
43:8, 46:2,
69:10, 72:21,
110:19, 110:20,
121:10, 121:19,
122:5, 122:6,
123:12, 123:25,
127:18, 135:15,
137:22, 141:19,
141:24, 142:2,
142:14, 142:18,
142:25, 143:13,
164:18, 164:25,
165:1, 166:5,
183:7, 187:5,
187:6
**areas**
46:18, 53:17,
53:20, 53:25,
81:8, 81:17,
81:19, 81:23,
82:9, 108:5,
119:22, 121:4,
121:5, 121:11,
121:20, 137:20,
165:7, 166:9,
166:12, 166:17,
167:1, 167:12,
167:17, 167:23,
168:15
**argument**
62:5, 123:9

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025

206

| | | | |
|---|---|---|---|
| **around**<br>81:16, 121:5,<br>154:20<br>**arrayed**<br>164:20<br>**article**<br>14:24, 15:15<br>**articles**<br>14:21<br>**ascertainable**<br>173:23, 174:6<br>**aside**<br>73:21, 152:2<br>**asked**<br>10:14, 17:13,<br>24:23, 27:12,<br>33:10, 36:8,<br>56:3, 57:9,<br>58:3, 75:20,<br>77:11, 77:15,<br>115:4, 115:11,<br>116:11, 116:15,<br>129:10, 170:8,<br>170:11<br>**asking**<br>7:8, 9:19,<br>46:12, 48:14,<br>51:11, 157:8,<br>169:18, 188:23<br>**assailant**<br>192:17<br>**assembling**<br>17:8<br>**asserting**<br>32:8, 34:11<br>**assertion**<br>178:25<br>**assess**<br>18:20, 18:22,<br>39:25, 55:11,<br>146:22, 147:2,<br>147:9, 147:10,<br>147:17, 148:13,<br>148:18, 151:14,<br>167:19, 168:19<br>**assessed**<br>119:24<br>**assessing**<br>87:21, 92:2 | **assigned**<br>119:22, 147:5,<br>147:7, 166:9,<br>167:1<br>**assignment**<br>9:20, 10:22,<br>11:3, 17:9,<br>25:4, 57:6<br>**assignments**<br>12:9<br>**assistance**<br>17:24, 18:3<br>**assistant**<br>18:4<br>**associates**<br>13:9<br>**associations**<br>189:8<br>**assume**<br>35:3, 47:2,<br>47:3, 51:18,<br>51:20, 51:21,<br>52:19, 66:21,<br>81:7, 98:14,<br>114:17, 115:18,<br>116:11, 117:16,<br>170:8, 170:12,<br>170:15<br>**assumed**<br>144:3<br>**assumes**<br>144:2<br>**assuming**<br>68:1, 68:4,<br>123:17<br>**assumption**<br>46:24, 105:18,<br>106:1, 114:23,<br>115:2, 115:4,<br>115:21, 115:24,<br>116:3, 116:14,<br>116:15, 116:16,<br>174:1, 174:9<br>**assumptions**<br>24:23<br>**asterisk**<br>146:4<br>**at-large**<br>18:23 | **attach**<br>128:9<br>**attached**<br>201:6<br>**attempt**<br>42:19, 158:19<br>**attempted**<br>75:3, 77:8<br>**attempts**<br>92:10, 92:15,<br>94:9, 111:14<br>**attorneys**<br>26:3<br>**attributable**<br>67:8, 130:17<br>**attributed**<br>32:15<br>**attributing**<br>39:20<br>**audio**<br>89:13<br>**available**<br>124:5<br>**avenue**<br>159:20, 159:22,<br>160:6<br>**average**<br>39:7, 39:9,<br>39:14, 40:23<br>**averaged**<br>70:9<br>**avoid**<br>166:9, 166:13,<br>167:24<br>**avoids**<br>119:21, 166:25<br>**aware**<br>50:23, 81:16,<br>81:17, 94:18,<br>94:22, 105:7,<br>172:15, 172:20<br>**away**<br>137:20<br>---<br>**B**<br>---<br>**b1**<br>54:24, 55:1,<br>55:6, 55:17, | **55:21, 64:19,**<br>183:20, 184:7,<br>184:13<br>**b2**<br>50:18, 50:23,<br>51:23, 51:24,<br>52:2, 52:11,<br>52:16, 52:18,<br>52:25, 62:20,<br>63:25, 119:14,<br>179:19, 183:20,<br>184:7, 184:14<br>**back**<br>31:5, 60:10,<br>60:13, 77:17,<br>77:21, 90:14,<br>91:10, 91:24,<br>91:25, 114:8,<br>114:10, 123:9,<br>155:6, 156:2,<br>160:9, 160:25,<br>162:13, 168:1,<br>170:17, 171:22,<br>183:10, 195:20<br>**background**<br>16:15, 74:6,<br>74:8, 122:17,<br>122:20, 192:1<br>**balance**<br>46:10, 50:2,<br>50:14, 64:10<br>**balanced**<br>134:1<br>**ballots**<br>192:25<br>**bar**<br>89:25<br>**baran**<br>4:7<br>**bardos**<br>3:14, 5:4, 6:9,<br>7:5, 7:8, 9:8,<br>10:5, 26:10,<br>26:14, 37:15,<br>37:21, 38:1,<br>38:8, 38:12,<br>38:14, 42:8,<br>42:13, 60:9, |

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025

207

75:9, 83:11,
86:13, 86:15,
89:21, 89:24,
90:8, 103:1,
103:6, 103:8,
103:14, 103:19,
103:25, 113:14,
113:23, 113:25,
114:2, 115:7,
115:16, 115:25,
143:22, 144:5,
148:23, 149:23,
154:11, 154:22,
155:1, 160:5,
160:22, 177:18,
190:12, 190:17,
191:9, 191:17,
195:11, 198:15,
199:8, 199:19
**bardos@gray-robi-
nson**
3:19
**based**
19:18, 19:19,
20:13, 21:19,
21:22, 23:5,
28:8, 41:5,
41:7, 41:14,
41:15, 47:13,
51:20, 59:19,
87:1, 88:10,
88:14, 115:13
**bases**
148:12
**basically**
23:3, 99:2,
177:25
**basis**
199:7
**beach**
95:15, 146:18,
146:24, 147:4
**because**
35:8, 44:20,
46:1, 46:21,
62:6, 68:15,
69:2, 69:3,
69:8, 69:9,

70:15, 78:8,
84:25, 90:21,
97:10, 99:7,
111:3, 111:10,
117:23, 119:25,
120:7, 141:21,
144:2, 147:25,
153:4, 164:12,
167:13, 182:15,
197:25
**become**
119:2
**been**
6:24, 14:3,
19:11, 20:17,
20:19, 20:24,
21:4, 21:6,
25:19, 33:10,
42:6, 60:6,
60:23, 61:2,
61:4, 62:14,
64:18, 64:19,
71:3, 71:8,
81:24, 82:5,
89:10, 93:24,
94:11, 95:14,
105:12, 105:20,
106:24, 106:25,
107:3, 117:25,
137:18, 139:6,
139:20, 147:24,
154:23, 156:23,
176:2, 182:17,
185:16, 191:4,
199:2
**before**
2:2, 7:19,
8:10, 13:12,
16:4, 21:4,
30:24, 31:9,
59:11, 83:7,
90:15, 103:1,
105:11, 111:19,
130:10, 136:24,
145:23, 148:10,
149:1, 149:6,
156:2, 156:15,
202:4

**began**
9:7, 12:11
**begin**
7:19, 7:25,
8:23, 9:6,
26:21, 37:12,
37:23, 38:18,
76:14, 114:14,
144:7
**beginning**
8:23, 17:2,
122:11, 122:14,
162:19, 164:15,
175:13
**begins**
129:6, 129:7
**begun**
11:13
**behalf**
3:2, 3:12, 4:4,
6:10, 6:13, 6:18
**behavior**
187:8
**behind**
105:18, 143:9
**being**
31:1, 61:11,
63:2, 78:12,
116:15, 146:11,
146:13, 157:22,
167:20, 179:3,
199:17
**believe**
8:25, 10:19,
10:24, 11:8,
11:11, 11:17,
27:15, 28:14,
31:25, 42:2,
44:18, 51:23,
54:14, 60:19,
77:11, 81:5,
93:16, 97:4,
102:5, 104:19,
110:17, 135:8,
139:13, 170:11,
170:14, 191:3,
194:16, 196:19,
196:20, 196:21

**below**
39:7
**benchmark**
8:7, 8:8,
185:16, 185:18,
186:11
**beneath**
138:25
**besides**
13:6, 19:12,
25:6, 146:13,
151:14, 156:17,
159:14
**better**
20:4, 86:14,
133:9, 133:16,
183:3, 183:5
**between**
9:4, 10:11,
10:20, 10:21,
12:9, 35:15,
35:20, 39:13,
40:19, 53:11,
53:12, 55:9,
55:17, 55:21,
56:24, 57:12,
61:13, 61:20,
68:23, 73:6,
76:3, 79:7,
87:24, 92:5,
92:21, 96:23,
105:21, 108:4,
108:15, 111:17,
125:18, 125:19,
125:22, 125:23,
126:1, 126:2,
126:12, 126:13,
128:25, 130:3,
130:4, 130:23,
131:2, 131:24,
133:25, 137:16,
141:8, 141:12,
142:18, 147:18,
148:14, 151:20,
152:5, 153:18,
153:22, 154:2,
154:6, 157:17,
158:8, 172:8,

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025

208

178:14, 178:17,
178:19, 180:10,
181:24, 182:6,
182:10, 182:13,
183:1, 188:21
**beyond**
12:21, 22:7,
22:22
**bigger**
61:20, 153:4,
153:5
**bit**
13:24, 31:6,
54:24, 84:20,
157:12
**black**
72:11, 72:25,
92:6, 92:10,
92:16, 111:5,
111:15, 112:16,
120:11, 120:25,
139:11, 139:18,
148:1, 156:21,
162:1, 167:7,
167:8
**black-protected**
72:8
**blind**
51:2, 51:13,
51:17, 52:18,
52:24, 126:18,
133:19, 133:22
**block**
49:17, 49:22
**blue**
47:16, 47:18,
47:20, 107:23,
107:24, 108:11,
122:1, 122:5,
137:22, 138:8
**bluish**
110:21
**boards**
16:6
**body**
153:5
**boomerang**
135:6, 135:8,

135:11, 135:12,
135:15, 135:16,
135:21, 135:22,
136:3, 136:5,
136:6, 138:7,
138:14, 138:20,
164:21, 164:25,
165:6, 165:12
**border**
84:1, 104:13,
104:23, 137:16,
137:18, 155:16,
156:6, 160:14,
160:19, 161:7,
166:17, 196:23,
197:1, 197:6,
197:12, 197:14
**bordering**
38:20
**borders**
166:8, 197:16
**borrowed**
12:4
**both**
18:11, 18:12,
18:24, 113:12,
131:7, 157:13,
157:14, 157:20,
189:2
**bottom**
26:22, 76:5,
140:18, 170:19
**boundaries**
33:13, 33:16,
33:20, 33:24,
34:4, 54:22,
79:22, 80:1,
94:10, 95:13,
95:17, 109:5,
109:11, 109:14,
109:17, 109:22,
109:23, 109:24,
110:4, 110:11,
120:12, 120:17,
120:21, 121:22,
136:8, 141:24,
144:8, 153:18,
153:22, 154:1,

173:15, 173:24,
174:4, 174:6
**boundary**
76:8, 83:16,
86:19, 86:20,
87:5, 89:9,
89:15, 91:12,
91:19, 92:23,
95:15, 95:20,
95:21, 99:12,
106:9, 108:3,
108:4, 108:8,
108:9, 108:10,
108:13, 108:14,
108:15, 108:19,
108:20, 110:3,
110:5, 110:18,
110:25, 111:11,
111:17, 112:3,
120:6, 122:8,
137:3, 137:4,
137:11, 145:17,
145:20, 147:8,
149:17, 151:8,
155:20, 157:7,
159:23, 161:3,
161:20, 166:14,
167:14
**bounded**
157:3, 159:20
**bounds**
177:12, 178:12
**break**
7:11, 14:9,
26:16, 60:8,
89:21, 90:6,
90:16, 103:2,
154:16, 154:18,
154:23, 195:12
**bring**
181:17
**bronough**
3:16
**brought**
146:19
**broward**
69:10, 93:11,
93:18, 93:23,

94:2, 94:3,
94:6, 94:11,
95:15, 108:16,
108:22, 112:21,
166:14
**brown**
107:22, 108:9,
135:23, 135:25
**brownish**
110:20
**brownsville**
74:20
**bulk**
17:11
**bundles**
23:4
**business**
90:7
**butler**
194:8
**byrd**
1:12

**C**

**c1**
54:21, 55:2,
55:7, 55:17,
55:21, 56:13,
134:14, 184:8
**c2**
54:21, 55:2,
55:7, 55:17,
55:21, 56:13,
134:14, 184:8
**c3**
134:16
**calculate**
99:1, 162:10
**calculated**
132:12
**calculation**
99:20
**california**
15:3
**call**
45:5, 49:13,
49:15, 165:17,
189:12

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025

209

**called**
6:24, 47:25,
189:21
**came**
10:22, 52:24,
70:11
**can't**
12:2, 12:3,
12:20, 28:8,
31:10, 33:1,
40:15, 67:15,
81:20, 86:10,
97:8, 111:11,
113:6, 113:8,
118:4, 167:16,
181:8, 190:15,
190:17
**candidate**
18:25, 114:12,
114:13, 114:18,
115:18, 116:7,
116:8, 116:12,
117:9, 117:10,
117:18, 117:19,
118:1, 118:23,
118:25, 119:1,
119:3, 121:1,
162:14, 163:11,
167:8
**candidate's**
191:5
**candidates**
72:12, 92:17,
111:6, 111:16,
118:4, 118:19,
120:2, 120:4,
139:12, 139:18,
148:2, 156:22,
162:1, 168:17,
169:9
**cannot**
30:4, 32:15,
34:14, 54:6,
75:6, 76:9,
82:14, 97:18,
97:25, 120:6,
167:14, 193:15
**capacity**
1:13, 16:12

**captioner**
2:4
**care**
103:7
**carmen**
3:21, 6:12,
26:17, 26:19,
42:9, 75:9
**carolyn**
1:24, 2:1,
6:23, 201:2
**carolyn's**
25:17
**cartaya**
3:21, 6:12,
26:20, 37:20,
38:6, 42:11,
86:10
**cartoon**
194:6, 194:18
**cartoons**
194:18
**case**
1:8, 7:9, 9:5,
9:6, 9:20,
11:14, 11:16,
12:16, 12:24,
13:6, 13:13,
13:15, 13:17,
13:18, 13:19,
13:21, 14:4,
14:5, 14:7,
18:8, 18:9,
18:13, 18:14,
18:18, 19:2,
20:23, 22:2,
26:23, 27:20,
29:15, 32:9,
33:11, 33:15,
37:7, 44:23,
48:10, 48:15,
48:17, 75:2,
75:16, 75:21,
77:7, 77:9,
77:12, 77:14,
91:8, 109:2,
150:14, 151:18,
165:9, 166:11,

167:20, 171:10,
187:22, 188:17,
198:4, 202:13
**cases**
19:11, 198:6
**casual**
35:16
**causal**
31:19
**causation**
31:23
**caution**
24:20, 114:24
**ccartaya@contine-
ntalpllc**
4:2
**cd**
8:19, 8:20,
10:24, 12:8,
72:3, 72:5,
74:13, 84:22,
84:24, 85:3,
86:20, 89:1,
89:2, 91:5,
91:6, 92:5,
92:6, 92:23,
95:18, 179:8,
179:9, 179:11,
179:13, 181:4,
181:6, 181:12,
184:19
**cdp**
78:15, 78:16,
79:7, 79:11,
182:5, 182:10
**cdps**
74:12, 74:21,
77:23, 78:4,
78:8, 79:1,
80:13, 139:2,
139:5, 139:20,
142:5, 142:11,
181:23, 182:2,
188:11, 188:12
**cds**
65:14, 65:20,
72:6, 180:17,
180:18, 180:23

**cells**
117:8, 118:14,
163:8
**census**
78:16, 78:17,
78:24, 80:1,
80:4, 80:5
**census-designated**
142:3
**central**
47:25
**certain**
133:11, 134:21,
169:7, 189:11
**certainly**
102:6, 117:17,
118:20, 192:19
**certificate**
202:1
**certified**
2:4
**certify**
202:6
**challenge**
10:20, 10:25,
22:6, 22:12,
27:7, 27:22,
28:21, 33:13,
33:16, 34:13,
70:16, 127:14,
128:7, 128:8,
128:15, 128:18,
129:15, 131:11,
132:23, 135:9,
135:10, 141:2,
144:8, 144:9,
145:3, 145:8,
145:12, 152:5,
153:18, 153:23,
154:2, 154:6,
163:6, 163:20,
164:9, 176:1,
176:11, 176:14,
176:21, 177:24,
178:3, 178:5,
181:4, 188:13
**challenged**
22:16, 44:22,

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025

210

```
63:2, 73:16,
73:18, 142:18,
147:8, 158:8,
161:19, 177:10
challenging
22:10, 22:15,
22:19
chance
32:15, 59:25,
97:10
change
10:20, 111:12,
120:7, 127:23,
167:14, 197:6,
197:15, 198:1,
198:2, 198:8
changed
11:1, 68:23,
86:16, 107:6,
196:15, 197:4,
197:13, 197:15,
197:16, 197:17,
197:20, 197:25,
198:1, 198:5
changes
14:16, 68:5,
76:3, 76:8,
197:22
character
194:6
characterization
146:3
charge
26:18
chat
9:10, 9:23,
10:6, 25:14,
26:6, 26:9,
37:16, 38:7,
42:9, 75:11,
104:1, 148:25,
160:7, 177:19,
190:18
check
28:22, 84:18
checked
79:14
choice
18:25, 30:5,
```

```
44:1, 72:12,
92:17, 111:6,
111:16, 114:12,
114:13, 114:18,
115:18, 116:8,
116:12, 120:2,
121:1, 139:12,
139:19, 148:2,
156:22, 162:2,
162:14, 167:8,
168:18
choices
29:22, 30:1,
30:13, 30:15,
32:6
choosing
190:5
chosen
25:3
circle
3:23
circulate
37:18
circumstances
49:10
circumstantial
31:21, 133:8
cities
182:2
citizen
75:22
city
13:19, 13:20,
74:19, 75:24,
79:2, 146:18,
146:24, 147:4,
182:12
claim
18:20, 18:22,
20:8, 22:2,
22:19, 22:21,
31:15, 44:25,
45:14, 53:15,
63:12, 74:14,
106:7
claiming
45:17
claims
31:19, 31:20
```

```
clarification
106:14, 140:16,
143:23, 148:16
clarified
93:12
clarify
15:9, 59:3
clarity
7:16
classes
16:25
clear
7:14, 27:19,
34:10, 73:8,
86:21, 99:11,
137:7, 174:8,
175:16, 175:22,
175:25, 176:4,
176:10, 176:15,
176:20, 177:3
clearly
173:23, 174:5
close
39:8, 40:13,
118:24, 144:16
closed
193:21
coast
71:16, 71:21,
138:20
coinciding
110:4
colleague
6:7
colleagues
13:9
collective
145:2
collier
41:19, 60:18,
60:20, 60:24,
61:5, 69:18,
69:25, 70:2,
70:3, 70:5,
70:12, 70:19,
70:23, 71:4,
71:11, 71:14,
84:21, 84:23,
```

```
85:18, 85:19,
85:20, 85:24,
85:25, 87:16,
87:18, 88:21,
88:24, 93:7,
93:15, 95:4,
95:9, 95:18,
96:6, 96:7,
96:9, 96:15,
96:16, 96:19,
98:4, 100:4,
100:6, 100:8,
100:24, 101:19,
101:20, 109:13,
121:4, 121:12,
121:20, 121:22,
179:7, 179:8,
181:3, 181:7
color
47:13, 47:16,
108:9, 110:20,
110:21
column
178:1, 184:18,
184:22
com
3:9, 3:10,
3:19, 4:2, 4:13
combination
40:22, 40:25
combined
129:23
combines
145:25
come
46:20, 125:9,
126:18, 178:3
comes
39:8, 40:12,
107:8, 181:12,
188:1
comfortable
27:13
comfortably
172:8
coming
71:19
commentary
194:19
```

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025                                         211

comments
18:1
commission
202:24
commonly
80:23, 80:25,
173:23, 174:6
communicate
12:15
communicated
12:17, 12:18,
12:19, 115:5
communication
115:9, 115:10,
115:23, 116:2,
116:4
communications
24:21, 24:25,
115:1, 115:13
community
78:10, 80:20
compactness
36:5, 76:21
compare
51:11, 57:9,
58:3, 81:1,
87:15, 102:22,
129:10, 163:24,
164:1, 181:9
compared
51:8, 51:10,
51:25, 88:2,
125:4, 152:11,
162:23, 169:4,
178:9, 181:10
compares
179:7
comparing
65:7, 73:24,
84:4, 86:18,
127:21, 134:5,
179:23, 182:3
comparison
56:4, 74:6,
87:19, 88:1,
179:10, 180:15,
181:2
comparisons
59:21, 86:21,

179:6
compel
28:12, 32:21
compels
33:2
complaint
22:4
complete
201:5
complied
120:24
composed
47:1
composition
46:5, 97:5,
107:15, 120:15,
120:20, 120:24
comprised
40:12
computer
23:6, 59:4,
59:6, 89:22
concentrated
68:10
concentrates
65:15
concentrating
65:22, 68:16
concentration
65:18, 82:9,
135:17, 137:4
concentrations
17:10, 81:11,
81:12, 82:1,
82:2, 82:7,
107:22, 107:25,
111:9, 137:13,
137:14, 162:22,
165:2
concern
14:21, 92:5
concerned
13:19, 15:19
concerns
83:15, 84:1,
84:3, 156:11,
157:14
conclude
33:15, 33:23,

34:14, 117:1,
132:1, 133:23,
168:24
concluded
27:3, 27:8,
33:18, 97:12,
200:1
concluding
27:14, 27:23,
39:13, 122:18,
144:19
conclusion
27:16, 27:17,
27:24, 28:1,
28:3, 28:12,
32:20, 32:21,
33:3, 36:18,
53:2, 65:6,
129:13, 130:5,
130:8, 132:3,
133:11, 140:19,
142:23, 143:16,
145:13, 169:1
conclusions
17:11, 26:22,
27:1, 27:9,
37:7, 38:24,
57:11, 57:22,
58:5, 76:25,
124:22, 124:25,
133:6, 140:14,
140:17, 142:20,
142:22, 152:7,
153:4, 158:20,
158:21, 174:13
condone
195:2
conduct
24:18
conducted
24:13, 25:2
confidence
133:16
configuration
54:19, 54:20
configurations
58:12, 58:14
confirm
37:5, 104:16,

161:13, 169:22
confirmed
174:10, 185:24,
186:15
confirming
199:17
confused
84:20
confusing
186:7
congressional
8:3, 8:19,
8:20, 11:10,
22:11, 34:20,
38:17, 38:18,
38:23, 40:19,
43:5, 44:22,
46:9, 46:15,
48:24, 48:25,
50:3, 50:13,
54:4, 54:14,
58:6, 60:17,
63:2, 95:25,
101:23, 103:16,
106:16, 109:9,
109:16, 109:22,
110:19, 114:13,
123:10, 158:15,
161:14, 179:2
consider
61:15, 62:15,
62:16, 62:17,
72:5, 76:7,
78:10, 101:22,
110:24, 111:3,
111:13, 129:20,
136:21, 139:4,
146:10, 146:12,
146:16, 146:20,
147:22, 151:19,
157:1, 157:10,
157:15, 159:14,
159:18, 159:24,
159:25, 163:7
considerable
165:17
consideration
30:17, 30:22,

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025

212

56:8, 105:12,
129:9
**considered**
10:25, 29:11,
34:12, 39:17,
51:5, 52:23,
54:11, 57:5,
57:20, 64:9,
64:25, 70:10,
129:19, 129:25,
154:7, 156:19,
157:8
**considering**
45:22, 47:4,
97:1, 123:12,
136:10, 136:12,
136:15, 136:16,
140:12
**consistent**
27:10, 27:16,
27:24, 28:1,
28:6, 30:4,
31:14, 32:20,
32:25, 34:21,
35:11, 36:22,
49:3, 49:4,
49:21, 49:25,
58:5, 62:12,
81:13, 97:11,
123:14, 143:10,
175:10
**consistently**
48:22
**consists**
22:6
**constitution**
17:19
**constitutionally**
166:19, 167:5
**constraint**
120:12, 120:14,
120:17
**constraints**
23:5, 23:20,
105:13
**construction**
73:1
**construed**
80:19

**consultant**
14:5, 19:3
**consultants**
13:10
**contacted**
8:25, 9:2, 9:7,
10:14, 10:22
**contain**
53:17, 162:21
**contained**
89:1, 186:23
**containing**
12:11, 17:4
**contains**
124:23, 167:23
**contend**
105:14
**contending**
188:8
**contents**
24:21, 114:25
**context**
101:22, 188:5
**contiguity**
89:11
**contiguous**
71:11, 71:12,
82:22, 88:2,
90:20, 92:25,
102:12, 106:10,
157:5, 197:13,
198:2, 198:7
**continental**
3:22, 6:14
**continues**
48:21
**contributed**
111:7
**contributing**
57:13
**conversation**
88:23
**coral**
3:25
**cord**
1:12
**cordon**
137:19

**cores**
76:18, 76:20
**corrected**
93:19
**corrections**
93:23, 201:6
**correctly**
78:1, 83:15,
83:25, 88:19,
101:6, 112:4,
141:1, 146:9,
165:1
**correlation**
31:23
**correlational**
31:20
**could**
7:18, 23:10,
23:13, 23:14,
25:19, 34:3,
36:14, 37:13,
42:18, 46:13,
49:2, 49:11,
58:6, 58:15,
58:24, 64:23,
67:18, 70:22,
87:16, 88:15,
88:18, 88:21,
89:10, 108:18,
117:25, 119:25,
120:13, 120:20,
134:7, 134:8,
137:25, 185:8,
185:23
**council**
16:6
**counsel**
5:7, 5:9, 5:12,
5:14, 5:17,
5:19, 5:22,
5:24, 5:27,
5:29, 5:32, 6:2,
17:4, 18:2,
19:4, 22:8,
24:15, 24:22,
25:4, 25:6,
33:11, 75:20,
77:11, 81:5,

114:17, 114:22,
115:1, 115:9,
115:13, 115:17,
115:20, 115:23,
116:2, 173:10,
174:2, 202:12
**count**
93:3, 95:1,
109:25, 162:6,
192:17, 192:21,
192:22, 192:25
**counted**
192:25
**counties**
40:1, 40:12,
41:24, 42:1,
69:23, 94:16,
94:20, 94:23,
95:1, 95:4,
95:16, 108:16,
108:21, 108:23,
109:5, 109:7,
110:1, 110:13,
110:15, 179:1
**country**
142:8
**county**
40:3, 40:6,
41:19, 41:21,
43:22, 43:24,
44:2, 44:20,
44:25, 53:23,
60:18, 60:20,
60:24, 69:3,
69:10, 69:14,
69:18, 69:25,
70:2, 70:3,
70:6, 70:12,
70:19, 70:23,
71:4, 71:11,
71:14, 71:19,
72:2, 73:6,
73:8, 74:1,
79:2, 93:7,
93:11, 93:13,
93:16, 93:17,
94:6, 94:9,
94:10, 94:11,

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025

213

94:15, 95:3,
95:5, 95:9,
95:10, 95:13,
95:17, 95:25,
108:22, 109:10,
109:12, 109:13,
109:17, 109:19,
109:22, 109:23,
110:4, 110:10,
112:21, 112:22,
121:4, 121:12,
121:21, 123:21,
162:24, 165:1,
165:8, 166:14,
179:7, 179:8,
179:11, 179:12,
179:16, 180:4,
180:5, 180:16,
180:23, 180:24,
181:3, 181:7,
181:12
**county's**
121:22
**couple**
7:10, 20:25
**course**
7:10, 48:2,
187:21, 195:4,
195:6
**courses**
16:21, 16:23
**court**
1:1, 6:2, 6:20,
7:13, 7:19,
9:25, 10:1,
10:4, 16:19,
17:19, 17:20,
19:9, 25:25,
60:13, 90:10,
90:13, 114:4,
114:7, 155:2,
155:5, 160:5,
195:16, 195:19,
199:11, 199:23
**court-appointed**
16:19
**cover**
111:20, 148:12,

192:3, 192:5,
192:7, 194:10,
194:14
**covered**
164:18
**covering**
124:1
**covers**
127:17
**crc**
1:31, 2:3,
202:4, 202:22
**create**
7:14, 10:15,
133:24
**created**
58:24, 173:9
**creating**
23:4, 151:13,
173:18
**criticism**
137:3, 137:10
**cross**
94:10, 157:16,
159:22
**cross-county**
113:1
**cubanos**
1:3
**current**
18:22, 87:21,
87:22, 88:12,
88:13, 194:10
**currently**
63:2, 188:3,
194:14

---

### D

**d**
184:8
**dark-blue**
122:7
**darkest**
135:23
**data**
17:8, 17:16,
19:19, 20:13,
21:12, 21:19,

21:22, 31:19,
34:14, 36:19,
39:11, 39:12,
50:11, 51:22,
75:21, 168:24,
171:4, 172:9,
186:21, 186:22
**date**
201:10
**dated**
9:14
**day**
193:1, 199:22,
202:17
**deal**
46:2, 46:3
**decide**
24:17, 131:8
**decided**
60:23, 61:6
**deciding**
25:2
**decision**
41:10, 83:1,
83:7, 86:24,
90:24, 99:2,
99:5
**decisions**
15:13, 17:19,
17:20, 30:11,
32:10, 32:14,
34:24
**decreased**
107:11
**deduplicated**
149:6, 155:11
**defendant**
1:17, 3:12,
4:4, 18:21
**define**
125:11
**defined**
36:20, 43:3,
78:21, 79:25,
80:1, 80:3, 80:5
**defines**
78:23
**definitely**
102:20

**definition**
35:8, 78:19
**degree**
78:10
**degrees**
63:22
**democrat**
188:22, 188:24,
189:1, 189:14
**democratic**
117:9, 117:12,
117:15, 117:19,
119:1, 119:21,
120:4, 121:5,
121:11, 121:20,
165:17, 165:21,
165:25, 166:9,
166:12, 166:17,
167:1, 167:12,
167:23, 168:15
**democrats**
118:4, 166:5
**demographic**
46:2, 46:3,
124:2, 127:8,
127:9, 128:3
**demographics**
21:10, 21:14,
21:19
**demography**
41:15, 45:23,
49:5, 126:20
**demonstrate**
153:9, 175:1,
175:7
**demonstrated**
127:2, 133:17
**denominator**
112:7, 113:11,
150:16
**depart**
6:19
**depend**
133:12
**depending**
49:2, 127:8,
128:2, 197:15
**depends**
43:16, 103:13,

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025

214

125:11, 126:20,
197:6
**depict**
192:13, 192:16
**depicts**
107:21
**deponent**
201:1
**deposition**
1:22, 2:1,
18:10, 199:2,
202:5
**describe**
17:2, 141:23,
187:4, 189:2,
189:5
**described**
49:13, 106:19,
107:1, 189:15
**description**
5:2
**designated**
78:16, 78:17
**designed**
78:20
**despite**
56:10, 61:11,
61:17
**detail**
14:10
**determinations**
81:21
**determine**
36:16, 50:1,
50:12, 75:25,
106:15, 106:23,
129:11, 132:21,
132:22
**determined**
174:10
**determining**
15:17, 134:6
**die**
89:23
**differ**
55:6, 56:14
**difference**
11:3, 35:15,

35:16, 35:20,
50:7, 52:13,
53:9, 55:8,
55:12, 61:20,
87:24, 92:21,
123:5, 123:6,
125:18, 125:19,
126:12, 126:13,
128:25, 129:12,
130:3, 130:4,
130:22, 130:23,
131:1, 131:4,
131:23, 132:10,
132:11, 137:18,
141:7, 141:12,
148:7, 151:20,
157:17, 178:17,
180:9
**differences**
43:17, 46:9,
46:21, 47:5,
53:8, 56:24,
57:11, 73:5,
73:6, 96:23,
97:8, 97:9,
131:6, 134:8,
148:14
**different**
10:16, 14:15,
26:23, 26:24,
35:24, 40:1,
44:16, 53:4,
54:15, 54:25,
57:15, 57:17,
57:18, 58:12,
59:9, 60:4,
64:15, 64:17,
73:19, 89:14,
89:15, 97:16,
99:8, 113:4,
113:12, 134:7,
143:8, 150:19,
158:3, 179:6
**differently**
58:8, 64:20,
64:23, 65:10,
85:10, 132:12,
185:3

**differs**
55:1
**difficult**
31:18
**direct**
25:19
**direction**
144:12, 202:10
**directly**
13:2, 26:7,
173:11, 194:22
**directs**
20:1
**disagree**
99:5, 167:16,
174:25
**disagreed**
184:4
**disagreement**
191:7
**disclosed**
11:14, 11:17,
12:6, 170:22
**disclosing**
115:8
**discussed**
105:8, 105:10,
111:4, 114:12,
164:22
**disparities**
133:24
**disparity**
40:19
**disperse**
65:9
**display**
10:10, 44:13,
103:20, 135:7,
177:18
**dispute**
174:12
**dissimilarities**
44:15
**dissimilarity**
44:14
**distinction**
15:10, 27:15,
28:16, 35:7

**distorted**
89:13
**distribute**
58:7, 63:20,
165:21
**distributed**
178:15
**distribution**
42:20, 43:17,
44:16, 48:10,
48:18, 49:24,
49:25, 50:24,
51:3, 51:5,
54:8, 55:25,
56:6, 56:7,
60:22, 61:4,
61:8, 64:1,
81:10, 81:18,
82:8, 122:23,
177:25
**district's**
181:18
**divergence**
44:13
**document**
25:14, 166:23
**documents**
17:15, 19:8
**doing**
17:9, 23:8,
23:13, 23:14,
42:5, 88:12,
136:16, 180:8
**donald**
191:13, 192:13,
192:14, 192:16,
193:25
**done**
11:23, 14:11,
59:5, 83:3,
84:7, 103:21,
105:20, 106:2,
148:9, 195:13,
195:14, 199:9
**double-check**
80:4
**down**
10:9, 14:9,

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025                                    215

52:6, 76:5,
76:13, 94:1,
118:8, 131:14,
163:13, 181:18,
187:3, 194:9,
194:17
**draft**
10:15, 12:5,
12:12, 17:22
**drafting**
17:25
**draw**
20:11, 29:17,
38:24, 44:4,
44:7, 47:2,
48:23, 51:13,
57:4, 57:14,
57:17, 59:18,
60:23, 61:6,
64:3, 64:14,
65:7, 71:8,
72:10, 97:23,
107:4, 111:14,
120:21, 120:23,
124:22, 124:25,
127:4, 127:25,
133:6, 133:11,
134:1, 136:20,
138:13, 138:19,
145:13, 176:3,
176:13
**drawers**
97:19, 98:1
**drawing**
14:22, 16:1,
16:9, 27:7,
27:22, 28:19,
28:21, 29:11,
30:1, 30:13,
32:6, 34:12,
34:24, 36:2,
36:6, 36:13,
39:10, 45:20,
47:23, 48:2,
50:3, 50:12,
51:2, 52:24,
53:14, 57:10,
57:22, 59:12,

64:25, 68:19,
73:22, 77:3,
80:8, 80:11,
81:8, 81:15,
87:20, 94:16,
97:2, 98:8,
107:3, 109:6,
109:8, 110:11,
111:8, 125:7,
126:17, 127:24,
129:9, 133:7,
133:14, 133:18,
133:22, 136:7,
140:7, 142:23,
153:17, 154:7,
172:19, 175:3,
175:7, 188:12,
188:13
**drawn**
14:23, 15:1,
15:5, 15:19,
15:20, 16:10,
23:5, 30:16,
32:9, 32:13,
36:18, 41:2,
43:20, 43:22,
43:24, 45:24,
46:25, 47:10,
49:3, 50:8,
51:18, 52:19,
57:16, 57:24,
58:7, 58:15,
60:4, 61:2,
62:11, 63:19,
64:4, 64:20,
64:23, 65:9,
65:25, 78:13,
97:7, 111:1,
120:1, 120:13,
123:11, 123:24,
132:4, 136:2,
136:4, 136:16,
137:19, 145:6,
145:9, 145:12,
161:25, 165:20,
166:4, 168:16,
170:8, 170:12,
170:15, 171:2,

171:7, 172:8
**draws**
47:12, 47:15
**drew**
16:7, 20:11,
52:18, 81:10,
87:1, 119:16,
154:6
**drop**
9:9
**duly**
6:24
**duplicate**
99:23
**duplicates**
150:14, 150:17
**during**
20:15

**E**

**each**
7:16, 38:23,
45:18, 46:10,
46:21, 46:22,
47:6, 47:7,
47:8, 48:6,
49:11, 49:12,
50:14, 51:12,
53:17, 88:3,
98:21, 133:14,
145:1, 150:13,
150:14, 150:19,
152:20, 152:22,
157:25, 162:8,
168:23, 173:13,
178:1
**earlier**
11:6, 61:10,
80:13, 111:4,
199:1
**easiest**
132:8
**east**
110:18, 110:20
**eastern**
60:14, 114:5,
114:8, 155:6,
195:20

**ecological**
165:13
**effect**
8:10
**effects**
197:2, 197:8
**efforts**
72:10, 139:17,
147:25, 156:20
**eight**
38:23, 40:2,
40:12, 43:3,
43:4, 43:6,
43:13, 43:18,
44:4, 44:8,
44:9, 44:14,
159:10
**eighty-nine**
186:6
**either**
13:3, 25:24,
38:4, 86:11,
102:7, 102:15,
102:16, 172:18,
181:24, 182:3,
183:15, 198:13
**elect**
72:11, 92:10,
92:17, 111:6,
111:15, 120:2,
120:11, 120:25,
139:11, 139:18,
148:2, 156:22,
162:1, 167:8,
168:17
**electing**
18:24
**election**
80:24, 117:6,
118:20, 119:1,
163:12, 163:13,
164:1, 164:12,
168:23, 172:11,
172:12, 194:1
**elections**
14:2, 14:3,
14:12, 15:2,
16:6, 80:2,

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025

216

117:5, 117:8,
117:17, 118:5,
118:22, 134:23,
163:8, 163:10,
164:9, 176:23,
187:8
**electoral**
14:15, 14:16,
15:7, 18:23
**else**
13:5, 18:3,
38:12, 39:21,
109:6, 198:17,
199:20
**email**
26:13, 38:7
**emails**
42:12
**embedded**
98:9
**employed**
202:12
**enact**
179:7
**enacted**
8:1, 8:2, 8:4,
8:11, 28:19,
30:2, 30:13,
32:7, 48:3,
50:9, 50:19,
50:25, 51:15,
51:25, 52:4,
52:12, 52:14,
52:21, 56:7,
57:5, 57:12,
58:3, 58:10,
59:12, 59:18,
61:21, 63:6,
63:17, 64:15,
64:21, 65:7,
65:14, 65:21,
67:1, 67:2,
68:14, 68:24,
69:16, 69:25,
70:1, 88:13,
90:25, 94:24,
95:5, 109:8,
119:10, 119:17,

121:3, 123:24,
124:17, 125:5,
125:13, 125:14,
125:18, 125:20,
126:14, 127:11,
127:14, 127:18,
129:4, 129:6,
129:10, 129:16,
129:24, 130:3,
130:11, 130:23,
131:21, 134:6,
140:1, 147:6,
147:12, 151:8,
152:4, 163:20,
164:1, 164:9,
169:11, 169:25,
171:11, 171:12,
171:20, 172:1,
172:5, 172:7,
177:11, 178:6,
178:10, 179:9,
179:11, 179:12,
179:16, 179:24,
188:14
**enactive**
76:2
**enactment**
51:21
**encourage**
194:5
**end**
25:12, 111:25,
129:8, 130:18,
130:19, 130:24,
131:2, 131:4,
131:5, 146:18,
146:23, 147:4,
162:20, 164:16,
193:1
**ended**
138:1
**ends**
116:23, 131:7
**engaged**
13:13
**engagements**
18:8
**enlarge**
10:9

**enough**
24:12, 35:13,
121:24
**enter**
42:9
**entered**
162:8
**entire**
48:9, 48:21,
48:22, 49:23
**entirely**
135:21, 136:3,
136:4, 136:5,
138:13
**entirety**
72:23, 127:18,
195:23
**equal**
90:16
**equalization**
89:17, 138:16
**equalizing**
77:4
**equally**
88:6
**errata**
93:12, 93:20,
187:9, 187:13,
187:16, 201:6
**errors**
187:12, 187:13,
187:15
**esquire**
3:3, 3:4, 3:14,
3:21, 4:6, 5:4
**est**
1:26, 90:11,
90:14, 155:3,
200:2
**et**
1:3
**ethnicity**
77:2
**evaluate**
51:12
**even**
43:14, 49:8,
51:23, 52:23,

64:1, 99:9,
99:23, 102:3,
112:10, 115:12,
121:14, 123:17,
123:19, 125:7,
125:23, 152:24,
158:2, 177:11,
194:10
**evenly**
63:19
**ever**
15:20, 16:17,
16:21, 20:17,
189:15, 194:8,
194:23, 198:9
**every**
47:14, 85:1,
94:18, 95:6,
112:7, 112:19,
198:4
**everyone**
6:16, 26:15,
37:18, 37:21,
47:20, 47:21,
103:2, 114:3
**everything**
105:19, 153:11
**evidence**
27:15, 27:23,
27:24, 28:3,
29:7, 30:19,
30:24, 30:25,
31:11, 31:14,
31:21, 32:3,
32:12, 33:2,
33:5, 34:8,
35:11, 36:19,
52:22, 53:13,
55:25, 57:14,
57:20, 62:12,
63:18, 64:20,
64:22, 64:24,
77:1, 81:13,
109:3, 118:21,
129:23, 130:9,
133:8, 136:20,
140:11, 140:19,
143:1, 143:15,

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025

217

143:20, 152:11,
152:12, 153:5,
153:8, 175:9
**exactly**
53:21, 56:13,
127:3, 141:21,
152:4, 158:7,
160:1
**examination**
5:3, 7:4
**examine**
33:11, 74:21,
76:22, 91:7,
109:21, 110:24,
156:16, 186:9
**examined**
7:2, 77:7,
162:21, 201:3
**examining**
122:23
**example**
12:4, 36:5,
43:23, 47:11,
84:21, 96:6,
98:3, 98:13,
150:4, 156:20,
157:2, 184:3,
185:1, 189:10
**examples**
91:16, 105:3,
125:1, 126:24,
128:5, 149:14
**except**
119:14, 179:19
**exception**
151:25
**exclamation**
90:3
**exclude**
82:2, 82:6,
83:2
**excluded**
81:11, 82:19,
82:23, 84:13,
84:21, 85:2,
85:24, 86:6,
87:11, 88:9,
89:9, 91:6,

93:6, 93:11,
93:14, 94:12,
96:5, 96:8,
96:15, 96:18,
96:20, 96:24,
98:6, 98:16,
98:19, 99:14,
102:9, 104:9,
104:22, 105:9,
105:22, 106:4,
112:15, 112:20,
113:1, 113:3,
141:13, 141:15,
147:23, 148:15,
149:9, 151:11,
151:21, 157:5,
157:18, 159:5,
160:18, 161:6,
161:24, 180:11
**excludes**
101:25
**excluding**
113:9, 183:2
**exhibit**
5:6, 5:7, 5:8,
5:9, 5:11, 5:12,
5:13, 5:14,
5:16, 5:17,
5:18, 5:19,
5:21, 5:22,
5:23, 5:24,
5:26, 5:27,
5:28, 5:29,
5:31, 5:32, 9:9,
9:10, 9:11,
42:7, 75:11,
75:13, 83:10,
83:11, 83:12,
83:18, 84:7,
87:25, 90:18,
91:10, 103:21,
103:23, 104:3,
105:16, 123:3,
148:23, 148:24,
149:3, 149:5,
154:12, 154:13,
155:9, 160:7,
160:10, 160:12,

160:22, 160:23,
177:19, 177:20,
177:21, 190:11,
190:13, 191:18,
191:19
**exhibited**
91:3
**exhibits**
10:8, 26:17,
155:10
**existed**
88:14
**existing**
76:20
**expect**
43:22, 46:4,
46:7, 48:11,
48:24, 54:10,
132:23, 133:18
**expectation**
46:24, 47:5
**expected**
65:11
**experience**
13:25
**expert**
7:9, 9:21,
14:4, 14:5,
15:25, 16:19,
17:17, 18:7,
18:19, 19:11,
23:14, 27:17,
27:20, 29:18,
37:14, 75:2,
130:7, 171:1,
187:17
**expertise**
187:5, 187:6
**experts**
12:22, 12:24,
187:18
**expires**
202:24
**explain**
50:17, 50:22,
76:1, 76:10,
78:7, 80:18,
114:22, 115:20

**explained**
30:4, 134:8
**explains**
33:12, 33:16
**explanation**
33:19, 33:24,
108:18
**explanations**
34:3, 34:7,
74:22, 75:3,
75:4, 76:8,
76:14, 76:23,
77:7, 77:8,
77:13, 91:8,
110:25, 139:4,
146:12, 151:14,
156:16, 159:14
**explicitly**
65:1, 65:4,
94:14, 110:8
**explore**
115:10
**expressed**
19:17, 50:11,
176:10
**extent**
33:12, 36:4,
55:1, 55:4,
75:25, 109:22,
147:18, 157:21,
199:6
**external**
166:7
**extremely**
33:7
**eye**
3:6
**eyes**
193:21

**F**

**facebook**
191:11, 191:21,
192:9, 192:10,
194:13
**fact**
19:20, 29:6,
31:12, 39:21,

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025

218

39:22, 40:23,
40:25, 43:21,
45:10, 45:18,
56:10, 62:3,
64:5, 65:22,
67:1, 70:22,
74:3, 80:13,
94:15, 97:4,
97:9, 98:3,
107:10, 124:23,
127:23, 129:5,
130:17, 130:19,
136:2, 136:11,
143:12, 175:15,
178:8, 192:24
factor
28:19, 28:21,
29:4, 29:7,
30:20, 30:22,
31:1, 31:2,
31:4, 31:13,
32:1, 32:3,
32:24, 33:1,
33:4, 33:6,
34:9, 34:11,
34:17, 35:23,
36:2, 45:19,
56:2, 97:21,
98:7, 99:1,
120:22, 146:14,
150:15, 150:19,
153:10
factored
32:17
factors
36:4, 36:5,
36:9, 36:13,
77:1, 97:1,
98:22
facts
144:2
factual
74:6
fail
77:19
fair
8:11, 8:16,
19:18, 20:8,

20:15, 20:16,
24:12, 35:13,
46:4, 62:20,
87:14, 87:19,
121:24, 135:12,
180:19
fairly
43:8, 46:4,
64:1, 99:22
familiar
21:10, 22:22,
95:23, 174:18
familiarity
21:13
fan
191:13
far
39:4, 39:7,
79:3, 188:20,
194:17
favor
119:3, 195:5
features
130:12
february
9:14, 11:4,
17:3
feedback
18:1
feel
27:13, 84:17,
195:7
feelings
193:22
felt
184:2
few
183:6, 195:21
fewer
102:11, 138:9,
166:1, 183:11
fifth
162:19
figure
50:5, 71:23,
90:6, 107:7,
107:20, 107:21,
108:15, 121:13,

121:18, 129:18,
129:20, 135:7,
136:23, 137:2,
137:9, 168:7,
168:9, 186:14,
186:15
figures
194:4
filed
19:8
finally
76:24, 111:19
financial
202:14
find
29:23, 66:14,
136:25, 141:7,
185:8, 186:21
fine
79:16, 114:1,
185:24
finish
7:17, 7:18
firm
6:10, 6:14,
6:18, 65:6
first
6:24, 8:25,
9:9, 10:14,
12:20, 35:1,
75:18, 83:20,
93:22, 139:3,
144:9, 151:25,
158:6, 179:6,
181:2
firsthand
20:9
fits
172:7
five
47:12, 47:15,
47:18, 47:23,
90:8, 91:22,
92:4, 99:13,
99:18, 99:21,
103:15, 117:10,
117:13, 119:15,
144:14, 144:17,

152:18, 165:22
fl
4:11
flag
179:2
flexible
103:3, 113:23
floor
198:20
florida
1:2, 1:10,
1:14, 3:12,
3:25, 4:4, 6:10,
6:13, 8:4, 9:3,
13:18, 17:19,
17:20, 20:17,
20:19, 21:21,
41:16, 44:4,
44:8, 49:6,
77:24, 80:21,
94:16, 95:21,
109:16, 109:23,
122:14, 123:25,
139:10, 141:22,
143:3, 198:10,
198:13
florida's
19:14, 21:10,
21:13, 21:19,
34:20, 43:5
focused
11:9, 14:2,
15:4, 15:6
focusing
196:23
follow
19:14, 20:6,
44:2, 95:15,
109:10, 109:16,
109:17, 109:23,
110:10, 137:11,
157:7, 159:1,
159:23
followed
95:13
follows
7:2, 108:3,
137:3

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025

219

**food**
113:20
**footnote**
77:22
**foregoing**
201:4, 202:5,
202:6
**form**
11:24, 17:11,
19:22, 21:11,
23:9, 24:5,
24:9, 24:19,
28:9, 34:5,
40:14, 41:8,
45:13, 46:11,
50:20, 55:3,
55:10, 56:20,
58:2, 58:25,
59:8, 61:19,
63:11, 64:11,
67:9, 69:20,
71:6, 82:10,
89:12, 94:25,
96:2, 97:3,
99:4, 99:25,
101:16, 105:23,
107:13, 109:18,
110:16, 113:7,
119:12, 122:3,
125:25, 130:20,
133:4, 134:3,
138:3, 142:21,
143:17, 147:14,
159:7, 163:23,
174:16, 176:7,
194:24
**formal**
59:22, 78:19
**formally**
80:10
**formatted**
149:2
**formulated**
26:23
**found**
70:23, 77:1,
173:8, 187:13,
187:15, 194:12

**four**
100:22, 149:14,
150:5, 183:22,
184:16
**four-tenths**
98:5
**fourth**
118:1, 175:13
**fragment**
112:11, 112:15,
112:20
**fragments**
85:17, 85:23,
86:4, 86:6,
90:18, 90:20,
91:12, 91:19,
101:3, 101:13,
113:3
**free**
84:17
**friday**
187:10, 187:14
**friends**
13:10
**front**
28:22, 66:9
**full**
196:3
**fully**
7:22
**function**
38:7
**further**
40:3, 76:5,
76:13, 94:1,
138:2

---
**G**
---
**gables**
3:25
**gabrielle**
26:3
**gap**
39:13, 39:17,
193:10
**gate**
79:7
**gave**
24:24

**general**
187:2
**generally**
14:13, 16:5,
90:22, 125:12
**generate**
19:8, 23:17
**generated**
23:25, 133:13,
173:12
**generates**
23:6
**geographic**
53:20
**geographical**
78:21, 109:4
**geography**
41:15
**gerrymander**
76:17
**gerrymandering**
76:16
**gerrymanders**
158:13, 179:3
**getting**
47:18
**give**
12:20, 29:23,
47:11, 105:2
**given**
11:3, 17:7,
22:8, 25:4,
27:14, 65:2,
73:15, 73:18,
91:5, 132:25,
133:21, 174:2,
174:9, 201:5,
202:7
**giving**
9:19
**glades**
41:23
**gladeview**
74:20
**go**
11:25, 14:9,
19:23, 20:1,
31:5, 69:22,

103:1, 104:18,
113:21, 116:19,
138:2, 138:22,
138:24, 139:1,
154:22, 156:2,
156:10, 160:9,
162:13, 162:16,
163:3, 170:17,
171:22, 172:25,
173:2, 175:12,
180:15, 183:10,
185:23, 190:20,
198:9
**goes**
105:2, 123:9,
160:25, 168:9
**going**
20:14, 26:15,
38:4, 48:8,
49:15, 60:6,
69:24, 73:2,
77:17, 77:21,
89:23, 100:5,
103:11, 107:18,
114:24, 119:11,
122:15, 136:21,
146:11, 173:13,
191:9
**golden**
79:6, 135:23
**gone**
95:17
**gonzales**
173:3, 173:13,
173:21, 174:5,
174:13, 174:20,
196:1
**good**
6:16, 7:6,
60:7, 60:10,
103:17, 118:21
**gotcha**
193:2
**goulds**
140:6, 140:22
**government**
16:18, 79:1
**grace**
13:20, 14:4,

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025

220

18:8, 18:9,
20:22, 75:2,
75:16, 77:6,
77:12
**granular**
49:7, 49:19
**grayrobinson**
3:15, 6:10
**great**
46:1, 46:3,
199:19
**greater**
53:17, 81:11,
82:1, 82:6,
97:5, 106:9,
125:3, 129:2,
130:15, 162:21,
171:20, 172:4,
179:17, 179:20,
179:22, 179:23,
180:4
**group**
38:4, 177:10,
178:5
**grouped**
54:17
**groups**
53:22, 56:22
**guess**
15:11, 35:1,
40:18, 57:21,
73:7, 74:14,
107:21, 139:3,
156:14, 157:11,
158:18, 160:8,
174:2, 185:6,
190:7, 199:12
**guy**
195:8
**guys**
38:6

**H**

**half**
60:7, 106:8,
106:11
**hand**
202:16

**handle**
25:21
**happen**
47:23
**happens**
67:11
**hard**
193:4
**head**
40:7, 40:15,
41:20, 41:22,
42:1, 54:6
**heading**
174:23
**hear**
86:10, 86:13
**hearing**
86:9
**heavily**
119:21, 164:20,
165:6, 166:9,
166:12, 166:16,
166:25, 167:11,
167:23, 168:14
**heights**
139:25, 140:6,
140:22, 140:25
**held**
2:1
**help**
7:19, 153:21
**helpful**
199:11
**hendry**
69:3, 93:11,
93:17, 94:11,
112:21
**here**
6:7, 6:18,
31:19, 38:17,
43:3, 53:22,
57:19, 70:10,
75:18, 77:22,
79:9, 79:25,
89:3, 91:10,
93:22, 103:20,
103:21, 104:5,
107:20, 108:2,

111:23, 117:6,
117:13, 117:16,
118:8, 122:12,
127:11, 132:9,
132:14, 132:18,
139:3, 147:16,
148:24, 160:3,
165:5, 169:1,
170:24, 176:10,
177:8, 177:13,
180:13, 182:12,
182:23, 187:3,
190:24, 192:2,
192:17, 193:17,
195:12
**here's**
160:22
**hereby**
201:2, 202:5
**hereto**
159:13
**hereunto**
202:16
**hialeah**
142:7
**hidden**
192:22
**high**
85:23, 104:18,
105:10, 130:18,
130:24, 131:5,
137:4, 137:13,
137:19
**higher**
40:24, 41:6,
68:14, 72:25,
88:25, 89:6,
90:23, 91:5,
98:5, 108:4,
112:2, 125:14,
130:18, 135:17,
141:15, 143:3,
159:5, 159:9,
159:11, 161:19,
165:2, 180:23
**highest**
52:11, 84:9,
84:14, 85:11,

104:8, 104:9,
130:16, 131:10,
149:10, 155:12,
155:14, 169:16,
169:24, 177:24,
178:1, 178:12,
178:14, 178:18,
178:20
**highlands**
41:23
**highlight**
26:1
**hispanic**
8:15, 38:19,
38:22, 39:3,
39:5, 39:6,
39:14, 39:25,
42:20, 43:17,
47:15, 47:18,
47:21, 53:18,
53:19, 53:25,
58:7, 63:20,
63:22, 64:16,
65:9, 65:15,
65:18, 65:22,
66:2, 67:4,
67:5, 67:22,
68:6, 68:7,
68:10, 68:16,
73:2, 73:9,
73:10, 73:11,
73:16, 73:18,
74:13, 81:9,
81:10, 81:18,
82:1, 82:7,
82:8, 82:11,
88:25, 101:10,
111:8, 114:13,
114:17, 115:18,
116:7, 116:12,
117:3, 122:12,
122:24, 123:3,
123:8, 123:14,
124:5, 135:1,
137:4, 137:13,
137:14, 141:3,
141:5, 141:16,
143:3, 165:2,

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025

221

| | | | |
|---|---|---|---|
| 165:14, 184:24 | 45:11, 45:18, | **identical** | **implies** |
| **hispanic-protect-** | 47:7, 49:1, | 54:23, 163:18 | 35:25 |
| **ed** | 49:11, 50:18, | **identical-looking** | **importance** |
| 122:24, 123:2, | 50:24, 51:14, | 47:24 | 36:12 |
| 123:23, 125:2, | 52:21, 52:25, | **identification** | **important** |
| 125:4, 143:4, | 54:8, 54:23, | 9:12, 75:14, | 7:13, 7:16, |
| 164:19, 180:17 | 55:25, 56:15, | 83:13, 103:24, | 34:9, 34:16, |
| **hispanics** | 61:11, 61:13, | 149:4, 154:14, | 35:23, 36:1, |
| 18:24, 66:2, | 61:16, 62:4, | 160:11, 160:24, | 95:9, 108:23, |
| 66:24, 67:14, | 62:7, 62:16, | 177:22, 190:14, | 169:1, 173:14 |
| 69:15, 81:12, | 62:18, 64:1, | 191:20 | **improvement** |
| 101:2, 101:21, | 64:10, 65:20, | **identified** | 175:16, 175:22, |
| 135:17, 165:11 | 68:20, 68:22, | 74:23, 88:7, | 175:25, 176:4, |
| **history** | 85:17, 85:23, | 106:17, 106:24, | 176:10, 176:15, |
| 194:18 | 86:4, 86:7, | 125:17, 139:21, | 176:20, 177:3 |
| **hit** | 88:10, 91:5, | 173:22, 187:11, | **in-out** |
| 10:5, 193:4 | 91:13, 91:20, | 190:11 | 185:14 |
| **hold** | 104:12, 104:14, | **identifies** | **inactive** |
| 135:5 | 104:15, 104:23, | 173:14 | 132:3, 185:18 |
| **holistic** | 105:8, 105:10, | **identify** | **include** |
| 50:4, 153:13 | 106:3, 106:4, | 6:3, 23:19, | 70:24, 71:13, |
| **holtzman** | 106:12, 124:11, | 84:10, 141:20, | 74:16, 86:24, |
| 4:7, 6:18 | 124:16, 124:24, | 158:12 | 93:15, 99:16, |
| **hopefully** | 125:10, 126:19, | **identifying** | 102:23, 111:8, |
| 37:21, 186:18 | 127:5, 128:1, | 126:8 | 112:14, 112:19, |
| **hour** | 128:8, 128:16, | **ignore** | 132:17, 137:12, |
| 60:7, 113:17, | 130:16, 132:2, | 185:9 | 142:2, 149:12, |
| 113:24, 154:23 | 132:11, 132:22, | **ignores** | 149:18, 159:21, |
| **hourly** | 132:23, 133:18, | 175:14, 175:15 | 161:23, 162:4, |
| 188:16 | 134:10, 148:14, | **image** | 187:23 |
| **hours** | 149:19, 155:17, | 135:7, 192:1, | **included** |
| 188:20 | 155:21, 157:17, | 193:4, 193:24 | 11:6, 60:16, |
| **house** | 160:15, 160:19, | **immokalee** | 71:25, 84:12, |
| 1:10, 3:12, | 161:3, 177:23, | 74:12, 74:13, | 84:23, 85:2, |
| 6:11, 6:13, | 178:1, 178:14, | 74:16, 88:16, | 85:3, 85:5, |
| 6:19, 8:3, 11:7, | 178:19 | 88:24, 121:6 | 85:18, 86:4, |
| 34:21 | **hypothetical** | **impact** | 87:9, 88:9, |
| **humor** | 48:14 | 14:16, 15:2, | 89:6, 89:18, |
| 194:20 | | 15:6, 15:17, | 90:22, 94:13, |
| **humorous** | **I** | 37:1, 54:4, | 96:5, 96:7, |
| 194:4 | **idea** | 63:8, 81:19, | 96:9, 96:14, |
| **hvacs** | 27:10, 28:7, | 140:8, 140:9, | 96:17, 96:19, |
| 68:9, 161:7 | 32:25, 34:21, | 140:17, 140:18, | 96:23, 97:7, |
| **hvaps** | 35:12, 36:22, | 142:20, 152:7, | 98:4, 98:12, |
| 40:19, 41:25, | 58:6, 62:12, | 153:3 | 98:13, 99:15, |
| 44:5, 44:9, | 130:12, 133:16, | **impacted** | 99:17, 100:6, |
| 44:14, 44:17, | 175:10, 193:19 | 106:16, 106:24, | 101:20, 102:3, |
| 44:23, 45:6, | **ideal** | 111:16, 140:13 | 102:13, 102:17, |
| | 51:8 | | |

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025                      222

104:7, 104:12,
105:7, 105:22,
106:3, 106:8,
112:11, 112:22,
141:13, 141:15,
147:23, 147:24,
148:5, 148:14,
149:8, 149:12,
149:18, 150:1,
151:10, 151:20,
152:24, 157:17,
157:22, 158:2,
159:6, 159:10,
159:11, 159:19,
160:14, 161:2,
162:5, 180:10
**includes**
61:5, 81:3,
101:7, 112:7,
118:11, 121:3,
121:11, 121:20,
121:25, 122:5,
185:1
**including**
39:1, 52:18,
94:19, 123:3,
150:13, 176:24,
183:2, 197:22
**incorporate**
71:3, 87:17,
157:5, 167:11,
168:14, 182:23
**incorporated**
12:4, 87:16,
88:18, 88:21,
142:11, 143:13,
167:17
**incorporating**
90:17
**increase**
63:4, 67:6,
67:22, 69:2,
69:8, 150:16
**increasing**
67:16, 67:18
**incumbents**
76:19
**independently**
174:10

**indicate**
146:4, 159:4
**indicates**
56:1, 56:7,
129:18, 172:18
**indication**
98:7
**indicative**
57:25, 129:8,
132:12
**individual**
39:14, 75:24,
144:21, 150:25
**individuals**
47:16, 47:24
**infer**
64:8, 101:10,
116:21, 117:1,
117:3, 118:17,
128:10
**inference**
64:3, 64:5,
165:13
**inferences**
38:24, 39:10,
48:3, 57:4,
57:10, 59:12,
59:18, 68:19,
68:21, 73:22,
133:6
**inferring**
56:5, 68:8,
74:4, 118:2,
122:18
**influenced**
36:6
**influencing**
134:23
**inform**
16:16
**information**
38:25, 78:15,
84:8, 104:6,
122:17, 122:21,
185:8
**informed**
81:5
**initial**
12:12, 27:3,

33:8, 34:18,
50:6, 52:6,
65:13, 82:19,
82:25, 102:12,
114:15, 116:20,
153:21, 172:23,
176:22
**initially**
179:9
**inside**
87:9, 91:20,
92:25, 99:12,
99:17, 112:2,
145:19, 155:11,
155:16, 161:19
**instance**
152:20
**instead**
30:3, 137:12
**institutions**
187:7
**instructed**
114:17, 115:17
**instruction**
17:3, 170:18
**instructions**
9:20, 12:11,
17:4, 17:7,
22:7, 24:24,
25:5
**intent**
45:12, 45:15
**intention**
199:10
**intentional**
97:14, 97:17
**intentionality**
143:9
**intentionally**
63:9, 81:25,
97:23, 134:25
**intentions**
97:18, 98:1
**interaction**
12:23, 21:20
**interest**
16:14, 78:11,
80:20, 202:13

**interior**
138:7, 138:13
**introduction**
139:14
**involved**
173:17
**isolation**
39:23, 144:22
**issue**
25:12, 89:11
**issues**
90:17, 159:1
**item**
5:2
**iterations**
23:4
**itself**
15:12, 39:22,
45:19, 89:4,
120:5, 138:15

**J**

**jackson**
25:23, 26:2,
26:3, 26:8,
38:3, 38:13,
190:18
**january**
21:1
**job**
1:28, 20:4,
35:9, 195:8
**joined**
6:7
**joining**
7:7
**jones**
3:3, 6:5, 9:22,
10:3, 11:24,
12:18, 19:22,
19:24, 21:11,
21:15, 23:9,
24:5, 24:9,
24:19, 25:11,
25:17, 25:21,
26:12, 28:9,
34:5, 37:24,
40:14, 41:8,

42:4, 45:13,
46:11, 50:20,
55:3, 55:10,
56:20, 58:2,
58:25, 59:8,
60:6, 61:19,
63:11, 64:11,
66:15, 67:9,
69:20, 71:6,
82:10, 86:12,
89:12, 89:25,
90:5, 94:25,
96:2, 97:3,
99:4, 99:25,
101:16, 103:10,
103:18, 105:23,
107:13, 109:18,
110:16, 113:7,
113:17, 113:21,
113:24, 114:1,
114:24, 115:14,
115:22, 116:1,
119:11, 122:3,
125:25, 130:20,
133:4, 134:3,
138:3, 142:21,
143:17, 144:1,
147:14, 154:15,
154:19, 154:25,
159:7, 163:23,
174:16, 176:7,
190:10, 190:15,
190:20, 194:24,
198:23, 199:16
**josefiak**
4:7
**journal**
14:25
**judge**
130:6, 141:10
**july**
9:1, 9:2, 9:4,
10:21, 10:22,
190:22, 202:17
**june**
1:25, 202:24
**jurisdiction**
16:1

## K

**k-r-o-m-e**
160:6
**keep**
26:15, 42:5,
47:17, 47:23,
95:9, 95:10,
165:25
**keeping**
76:19
**keeps**
48:8
**kendall**
142:7
**kept**
91:1, 91:2,
91:3
**kidding**
135:5
**kind**
14:9, 19:19,
74:5, 80:20,
84:16, 103:12,
105:21, 138:8,
141:20, 141:23,
145:2, 145:25,
148:9, 148:13,
153:5, 153:20,
183:10, 192:20,
194:21
**kinds**
19:1
**knew**
81:9
**knocked**
193:14
**knowledge**
20:9, 20:14,
21:18, 21:20
**knowledgeable**
174:19
**krome**
159:20, 159:22,
160:6

## L

**labeled**
168:4, 168:7

**lack**
128:12
**lakes**
142:7
**language**
35:9, 57:2
**laptop**
90:4
**large**
39:13, 43:8,
43:11, 46:8,
59:11, 59:23,
99:22, 133:3
**larger**
51:23, 52:3,
60:2, 61:25,
98:9, 100:1,
107:22, 129:14,
131:4, 132:5,
172:2, 178:9
**last**
8:25, 12:21,
20:21, 71:20,
104:17, 111:25,
160:3, 170:2,
177:8
**law**
6:10, 6:14,
6:17, 77:24,
139:10
**laws**
17:18
**lawyer**
37:9
**lawyers**
198:17
**lean**
117:4
**leaning**
165:23
**leans**
114:19, 115:19,
116:9, 116:13
**least**
20:8, 33:19,
49:9, 68:17,
69:15, 72:12,
82:22, 94:23,

121:10, 121:19,
128:16, 149:2
**leave**
113:19
**leaves**
163:7
**lectures**
16:24
**lee**
41:21, 43:22,
93:12, 93:16,
93:24, 94:10,
112:21
**left**
84:10, 84:11,
122:1, 122:6,
151:9
**left-hand**
84:23, 184:18,
184:22
**left-wing**
189:14
**legal**
12:14, 13:6,
13:14, 22:18,
22:19, 27:15,
27:17, 28:15,
35:7, 35:8,
37:6, 81:21
**legally**
35:17, 35:18
**legislative**
20:10
**legislators**
20:10
**legislature**
8:4, 16:18,
34:12, 51:18,
52:23, 57:20,
57:25, 63:1,
63:9, 63:14,
63:15, 64:2,
64:9, 64:24,
65:20, 65:22,
67:15, 68:9,
68:15, 69:17,
70:22, 71:3,
74:15, 80:7,

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025

224

80:14, 81:8,
81:15, 82:15,
86:3, 87:16,
88:9, 88:15,
88:18, 88:20,
91:11, 94:16,
95:12, 95:14,
96:25, 97:23,
104:12, 104:22,
105:7, 108:19,
110:10, 111:7,
120:9, 129:8,
134:1, 136:4,
140:1, 140:10,
140:12, 142:15,
142:20, 142:24,
143:14, 149:12,
149:17, 154:6,
157:4, 159:21,
160:13, 161:2,
166:4, 188:11
**legislature's**
34:23, 51:4,
56:17, 57:22,
62:5, 72:10,
81:3, 92:9,
92:15, 94:9,
111:14, 139:17,
146:25, 147:25,
156:20
**legislatures**
15:12, 29:15
**less**
51:9, 53:18,
53:25, 101:25,
102:13, 102:16,
117:17, 117:20,
117:22, 118:13,
125:23, 140:21,
183:7
**lessen**
117:23
**lesser**
81:12, 82:2,
82:6, 111:8
**let's**
7:15, 7:25,
8:23, 14:9,

18:7, 26:14,
26:15, 31:5,
37:12, 37:23,
42:3, 45:3,
46:14, 48:5,
48:6, 48:18,
64:19, 66:7,
66:21, 69:22,
69:23, 72:1,
73:8, 74:9,
75:7, 75:10,
79:17, 92:20,
99:11, 101:19,
107:17, 107:19,
111:20, 116:19,
122:10, 134:9,
135:4, 135:6,
138:22, 138:24,
141:18, 144:6,
145:15, 151:2,
153:7, 154:11,
154:22, 155:1,
155:25, 156:2,
156:10, 156:14,
157:11, 162:13,
162:14, 162:16,
163:3, 163:5,
163:6, 168:20,
172:22, 172:24,
173:2, 174:22,
175:12, 178:22,
180:15, 189:24,
195:12, 195:14
**letter**
9:13, 9:16,
9:18, 9:19,
10:12, 11:12,
12:10, 17:4,
25:7, 26:5,
26:8, 170:18,
170:20
**level**
49:7, 49:19,
50:15, 80:24,
123:18, 123:20
**levels**
73:22
**liberal**
189:3, 189:5,

190:6, 190:25
**lie**
89:9, 151:7
**lighter**
135:24
**likelihood**
33:6, 167:7,
168:19, 169:8
**likely**
33:18, 47:19,
48:4, 114:18,
115:18, 116:8,
116:12
**likewise**
8:14, 46:18,
167:21, 182:9
**limit**
48:1, 87:2
**limited**
88:1, 116:2,
118:10
**line**
26:22, 81:10,
86:20, 87:1,
89:7, 89:14,
97:6, 99:7,
99:8, 99:10,
103:12, 106:9,
106:11, 110:5,
130:12, 140:18,
162:19, 162:20,
164:16, 196:11
**lines**
15:13, 15:14,
15:19, 17:11,
43:25, 44:2,
77:3, 79:25,
88:14, 106:12,
154:6, 154:8,
177:8
**lining**
84:14
**list**
17:16, 101:2,
145:16, 145:18,
149:7, 149:8,
150:1
**listed**
98:14, 98:18,

98:20, 98:22,
99:23, 100:5,
100:6, 100:8,
100:10, 100:12,
100:14, 100:16,
100:18, 100:20,
100:22, 100:24,
112:12, 132:14,
142:6, 150:2,
150:21, 151:9,
151:10, 157:21
**lists**
91:1, 92:22,
92:24, 122:12
**literature**
172:16
**litigation**
8:24, 10:13,
188:5
**little**
13:24, 30:19,
31:5, 54:24,
74:21, 76:5,
84:20, 157:12
**live**
29:16, 53:24,
54:3, 101:3,
137:21, 148:19,
165:11
**lived**
198:9
**llp**
3:5
**local**
14:3, 16:5,
16:6, 79:1,
80:1, 187:7
**located**
135:20
**logic**
88:20
**long**
9:7, 194:18
**look**
14:15, 34:17,
35:24, 45:2,
45:22, 50:5,
50:11, 52:5,

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025

225

58:9, 61:22,
66:1, 66:8,
66:12, 66:16,
67:10, 67:20,
68:25, 69:4,
69:5, 69:6,
69:10, 69:11,
71:22, 71:23,
72:1, 73:17,
75:7, 79:17,
84:17, 88:6,
89:14, 89:15,
91:24, 91:25,
92:20, 94:14,
94:15, 95:7,
107:14, 109:9,
110:8, 113:4,
116:20, 121:9,
121:18, 125:1,
131:15, 132:16,
143:19, 144:10,
144:22, 148:4,
152:2, 154:11,
163:4, 163:5,
178:22, 181:9,
181:11, 189:25
**looked**
16:3, 16:4,
16:5, 32:1,
37:1, 55:13,
61:2, 61:8,
68:4, 70:14,
75:2, 109:12,
134:7, 136:24,
145:23
**looking**
17:9, 38:6,
49:20, 51:22,
74:19, 85:15,
87:22, 88:12,
91:10, 96:11,
116:22, 125:21,
126:9, 141:11,
144:21, 145:2,
153:22, 160:12,
168:24, 178:17,
179:25, 180:9,
180:21, 182:1,

185:7
**looks**
14:25, 25:14,
47:20, 71:17,
71:24, 73:19,
74:1, 98:2,
119:13, 134:14,
137:18, 144:10,
159:8, 168:5,
170:3, 184:6,
190:23, 193:3,
193:7, 193:20
**lot**
50:6, 123:13,
193:20
**low**
33:7, 41:1,
85:17, 105:8,
129:8, 130:19,
131:2, 131:4,
137:13
**lower**
69:19, 72:6,
72:13, 72:21,
73:2, 106:11,
107:25, 111:7,
125:13, 126:2,
126:3, 126:10,
126:13, 130:19,
143:5
**lower-concentrat-
ion**
108:4
**lowering**
68:14
**lowest**
52:10, 80:23,
84:9, 84:14,
85:11, 104:8,
104:9, 130:16,
131:11, 149:10,
155:12, 155:14,
169:15, 177:24,
178:2, 178:12,
178:14, 178:16,
178:17, 178:20
**lucy**
95:16, 95:17

**lunch**
103:2, 111:19
**luncheon**
114:6

**M**

**made**
30:1, 30:3,
30:11, 30:13,
30:15, 32:6,
32:10, 32:15,
41:11, 41:17,
83:7, 123:10
**magnitude**
55:8, 55:11,
141:12, 148:13,
151:19, 157:16,
180:9
**maintain**
92:10, 92:15,
120:9, 148:1,
156:21, 165:22
**maintaining**
63:21, 76:17,
76:20
**majority**
63:20, 89:5,
163:14
**make**
15:13, 27:18,
31:19, 40:1,
48:3, 53:1,
59:21, 61:24,
62:4, 81:20,
83:1, 86:21,
106:7, 108:2,
114:23, 115:4,
115:21, 116:15,
170:2, 198:24
**making**
28:15, 37:17,
45:14, 53:15,
63:12, 68:21,
73:13, 73:14,
172:24
**manifest**
89:4
**manifested**
88:13

**manner**
14:22, 30:3,
32:9, 44:8,
106:25
**manrara**
3:21, 6:12
**many**
20:20, 23:25,
53:24, 54:3,
60:3, 66:1,
94:23, 95:1,
132:20, 132:21,
134:20, 137:21,
143:2, 148:18,
163:10, 188:19,
197:4
**map-drawing**
81:3, 106:2
**mapmaker**
42:18, 47:3,
87:1
**mapmakers**
41:11, 45:16,
105:14
**march**
11:17
**mark**
90:4
**marked**
9:12, 42:6,
75:14, 83:13,
103:24, 149:4,
154:14, 160:11,
160:24, 177:22,
190:14, 191:20
**martin**
95:16
**materials**
186:24
**math**
169:18
**matter**
136:22
**mattered**
36:25
**maximize**
169:7, 169:8
**maybe**
20:24, 21:8,

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025

226

24:7, 25:21,
26:16, 26:17,
26:24, 52:8,
59:3, 103:15,
103:17, 126:16,
143:15, 146:18,
157:11, 187:10,
190:15
**mccartan**
13:3, 51:16,
52:2, 52:17,
52:24, 54:13,
55:24, 57:19,
60:15, 61:6,
62:3, 62:15,
63:4, 63:24,
64:6, 66:2,
66:7, 67:13,
68:17, 69:12,
119:16, 124:3,
125:8, 126:22,
128:4, 129:19,
133:24, 139:24,
140:14, 142:13,
143:12, 144:3,
158:7, 169:14,
170:7, 171:12,
173:6, 184:16,
187:19
**mccartan's**
44:12, 50:17,
50:23, 51:7,
54:20, 55:24,
57:12, 57:19,
57:23, 58:11,
60:22, 61:13,
64:24, 65:12,
66:25, 67:7,
67:23, 68:14,
69:1, 69:7,
94:19, 94:23,
95:6, 119:9,
124:10, 125:21,
128:15, 129:7,
130:16, 133:1,
133:21, 134:4,
134:9, 134:25,
140:15, 146:22,

147:5, 147:11,
147:20, 152:3,
153:2, 158:12,
158:19, 158:22,
158:25, 159:25,
162:11, 163:1,
163:18, 164:5,
165:24, 170:7,
170:12, 171:10,
176:19, 177:4,
179:2, 179:15,
179:25, 180:21,
183:22, 184:7,
184:8, 184:13
**mccartans**
133:14
**mean**
11:19, 15:9,
21:17, 21:23,
27:25, 30:8,
30:10, 35:4,
36:23, 40:17,
41:12, 44:1,
50:21, 55:4,
59:3, 65:5,
65:6, 71:7,
88:8, 99:19,
101:17, 103:11,
110:5, 111:11,
113:19, 116:10,
117:22, 125:13,
126:22, 127:12,
136:3, 143:1,
148:9, 167:14,
171:6, 180:18,
183:9, 192:15,
193:7, 197:11,
197:12
**meaning**
65:16, 87:9,
87:11, 145:19,
147:6, 157:4,
175:14, 178:12,
183:7, 192:22
**meaningful**
40:20, 53:7,
128:25, 141:9
**meaningfully**
53:4

**means**
28:2, 28:7,
28:11, 58:17,
159:20, 199:3
**meant**
117:23, 192:12,
192:16, 198:25
**measure**
36:16
**measures**
132:18
**mechanics**
15:5
**meet**
199:21
**meets**
83:17
**members**
13:13
**memorialized**
25:6
**mention**
38:16, 69:24,
72:2, 72:3,
73:4, 74:12,
165:16, 173:4
**mentioned**
18:8, 34:16,
37:4, 79:6,
90:16, 105:11,
121:2, 130:9,
139:13, 141:19,
142:3, 146:23,
147:3, 153:2,
153:12, 174:20
**mentions**
174:14
**mere**
45:18, 69:9
**merits**
145:2
**message**
25:20
**miami**
13:19, 13:20,
21:2, 21:4,
21:6, 74:19,
74:20, 139:25,

140:6, 140:22,
140:25, 146:17,
146:18, 146:24,
147:4, 182:12
**miami-dade**
40:6, 41:5,
41:7, 41:14,
41:17, 43:24,
44:20, 44:25,
48:6, 60:17,
61:5, 69:14,
69:19, 71:19,
72:2, 73:6,
73:15, 74:1,
86:1, 93:8,
93:16, 95:25,
100:10, 100:12,
100:14, 100:16,
100:18, 100:20,
100:22, 108:15,
109:13, 119:5,
123:21, 135:16,
150:4, 150:7,
150:9, 150:11,
152:1, 152:13,
152:16, 152:18,
162:23, 165:1,
165:8, 175:23,
179:11, 179:12,
179:15, 180:3,
180:5, 180:16,
180:22, 180:24,
181:12
**microphone**
86:17
**middle**
122:25, 165:18
**might**
7:20, 14:16,
26:6, 36:6,
46:9, 46:20,
46:21, 69:1,
69:7, 72:6,
72:12, 72:20,
90:16, 91:8,
93:4, 93:21,
94:11, 103:14,
103:15, 111:16,

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025

227

139:19, 140:14,
146:17, 147:24,
153:21, 156:23,
167:10, 195:13
**mind**
35:13, 75:9,
75:10, 167:25,
188:1
**mindset**
45:16
**minority**
14:17, 15:2,
18:24, 29:16,
167:14
**minute**
135:5
**minutes**
90:8, 90:9,
103:15, 113:18,
154:24, 195:14
**miramar**
69:9
**missing**
168:6, 193:7
**mistake**
116:24
**mistaken**
93:22
**mistakes**
32:16
**mm-hmm**
23:16, 49:9,
78:25, 137:6,
164:24, 194:2,
194:20
**moment**
29:23, 66:14,
84:19, 193:22
**monday**
1:25
**monroe**
4:9, 41:21,
69:14
**more**
13:23, 14:9,
16:14, 24:7,
24:8, 27:14,
30:19, 49:7,

55:15, 55:19,
56:19, 56:21,
59:22, 65:10,
65:11, 67:2,
67:4, 67:5,
67:13, 95:8,
95:24, 98:14,
98:15, 98:18,
98:20, 99:9,
99:10, 102:3,
102:10, 108:10,
108:23, 109:5,
112:12, 117:9,
117:19, 117:24,
118:25, 119:3,
119:6, 119:9,
119:16, 121:5,
129:14, 130:11,
130:18, 133:9,
133:10, 133:11,
133:16, 133:17,
138:9, 148:11,
150:2, 150:22,
150:23, 153:13,
157:21, 157:23,
162:7, 163:19,
164:8, 164:19,
165:6, 177:9,
178:5, 188:11,
189:13, 195:21
**morning**
6:16, 7:6, 7:7
**most**
36:1, 47:19,
48:4, 51:8,
51:25, 63:6,
65:15, 67:1,
80:25, 90:24,
117:6, 118:20,
121:11, 121:20,
121:25, 122:5,
122:15, 135:13,
141:22, 159:4,
164:8, 169:1,
171:15
**mostly**
110:20, 121:3
**motivated**
20:10, 179:4

**motivation**
51:9, 51:19,
172:19
**move**
21:24, 45:3,
74:9, 107:17,
122:10, 151:2,
155:25, 162:14,
168:20
**moved**
69:9, 185:15,
185:17, 186:3,
186:11, 186:17
**moving**
154:19, 182:22,
185:17
**mt**
14:6, 18:13,
18:18, 18:21
**much**
40:24, 52:3,
179:21, 199:21
**multiple**
34:3, 99:3,
109:7, 150:18,
152:25
**multiply**
101:12
**municipalities**
74:11, 77:24,
138:25, 139:2,
139:5, 139:20,
142:11, 179:1,
181:23, 188:10,
188:12
**municipality**
153:7, 153:13,
182:5, 182:9
**myers**
3:5, 6:6
**myself**
16:10, 16:11,
42:5, 189:5

**N**

**name**
91:15, 91:22
**names**
12:21

**nature**
18:17, 72:20
**near-surgical**
119:23
**nearly**
43:4, 43:6
**necessarily**
31:16, 32:21,
41:12, 43:13,
45:11, 71:19,
108:21, 110:2,
120:18, 132:9,
132:15, 189:9,
189:13
**need**
7:11, 38:13,
72:25, 84:19,
89:21, 120:24,
136:20, 142:1,
148:11, 148:12,
151:4, 167:25,
196:14, 197:4,
197:17, 197:20,
198:5
**needs**
38:8, 197:25
**neglected**
10:5
**neighboring**
41:19, 79:8,
112:1, 161:18
**neither**
67:24, 202:12
**neutral**
30:2, 30:9,
30:10, 30:14,
32:7, 32:11,
32:14, 52:20
**never**
25:13, 27:3,
27:8, 27:11,
106:7, 134:4,
198:12
**new**
2:5, 16:5,
87:21, 107:3,
107:14, 202:23
**next**
46:17, 48:8,

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025

228

| | | | |
|---|---|---|---|
| 48:20, 49:17,<br>84:15, 114:11,<br>122:22, 143:24<br>**nick**<br>9:3, 12:17,<br>13:15<br>**nine**<br>117:7, 117:11,<br>118:14<br>**nobody**<br>13:10<br>**nomenclature**<br>8:1<br>**non-hispanic**<br>71:15, 73:20,<br>156:6<br>**non-variable**<br>49:24<br>**none**<br>94:5<br>**nonracial**<br>36:5, 36:9,<br>36:13<br>**nonrandomness**<br>143:9<br>**normalize**<br>194:5, 194:21<br>**north**<br>95:4, 108:10,<br>122:8, 138:2<br>**northern**<br>95:16, 108:7,<br>108:8, 108:14<br>**notarial**<br>202:17<br>**notary**<br>2:4, 6:25,<br>202:2<br>**note**<br>122:25<br>**nothing**<br>7:1, 22:7,<br>111:2, 187:24,<br>188:1, 194:16,<br>199:20<br>**notice**<br>2:2<br>**noticed**<br>199:3 | **notwithstanding**<br>78:4<br>**number**<br>14:14, 23:5,<br>57:24, 58:23,<br>66:4, 66:24,<br>68:6, 68:18,<br>69:14, 69:15,<br>85:16, 98:11,<br>99:22, 101:2,<br>101:14, 101:18,<br>109:25, 128:21,<br>132:13, 135:2,<br>169:8, 172:21,<br>181:9, 185:14,<br>190:11<br>**numbered**<br>139:1<br>**numbers**<br>66:19, 178:2,<br>185:20, 185:24,<br>186:18<br>**numerator**<br>113:11<br>**nw**<br>3:6<br><br>━━━━ **O** ━━━━<br>**o'melveny**<br>6:5, 12:19,<br>12:20<br>**object**<br>11:24, 119:11,<br>147:14, 199:7<br>**objection**<br>19:22, 21:11,<br>21:15, 23:9,<br>24:5, 24:9,<br>24:19, 28:9,<br>34:5, 40:14,<br>41:8, 45:13,<br>46:11, 50:20,<br>55:3, 55:10,<br>56:20, 58:2,<br>58:25, 59:8,<br>61:19, 63:11,<br>64:11, 67:9,<br>69:20, 71:6, | 82:10, 89:12,<br>94:25, 96:2,<br>97:3, 99:4,<br>99:25, 101:16,<br>105:23, 107:13,<br>109:18, 110:16,<br>113:7, 122:3,<br>125:25, 130:20,<br>133:4, 134:3,<br>138:3, 142:21,<br>143:17, 143:24,<br>159:7, 163:23,<br>174:16, 176:7,<br>194:24, 198:25<br>**objects**<br>19:24<br>**observational**<br>31:18<br>**observed**<br>76:10, 80:24<br>**obviously**<br>194:25, 199:10<br>**offering**<br>27:20<br>**office**<br>169:9, 198:18<br>**officer**<br>202:4<br>**official**<br>1:13<br>**official's**<br>191:6<br>**officially**<br>78:20, 78:21<br>**offset**<br>46:21, 47:7,<br>49:11, 50:14<br>**often**<br>20:19, 21:6,<br>23:22, 79:23,<br>98:14<br>**oh**<br>94:5, 156:2,<br>169:23, 189:20,<br>190:17<br>**ojeda**<br>3:4, 6:8,<br>12:19, 38:11 | **omitted**<br>79:9<br>**once**<br>17:7, 98:14,<br>98:18, 98:20,<br>99:10, 112:12,<br>150:2, 150:22,<br>150:23, 157:22,<br>157:23<br>**one**<br>7:10, 26:3,<br>28:2, 28:3,<br>33:19, 39:8,<br>46:14, 48:2,<br>48:7, 48:19,<br>49:17, 49:21,<br>49:22, 56:14,<br>56:16, 57:25,<br>59:20, 62:10,<br>62:17, 62:22,<br>64:6, 64:18,<br>69:18, 72:12,<br>74:2, 76:15,<br>78:10, 79:8,<br>80:6, 82:22,<br>82:23, 84:4,<br>86:25, 92:25,<br>95:6, 97:4,<br>98:15, 99:2,<br>99:5, 99:8,<br>99:15, 99:17,<br>102:2, 102:10,<br>104:17, 106:8,<br>113:24, 116:6,<br>124:17, 124:19,<br>127:21, 136:18,<br>136:19, 137:15,<br>138:23, 140:19,<br>140:20, 141:2,<br>143:1, 143:19,<br>144:12, 145:19,<br>145:24, 145:25,<br>146:1, 148:4,<br>150:14, 150:15,<br>150:18, 152:2,<br>152:11, 156:15,<br>157:3, 159:20,<br>162:7, 164:21, |

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025

229

167:4, 170:2,
172:25, 173:16,
183:3, 198:24
**ones**
87:8, 90:20,
93:24, 142:6
**only**
11:3, 11:9,
28:4, 36:1,
39:8, 48:2,
54:15, 55:7,
56:11, 56:23,
63:1, 63:24,
64:6, 65:6,
83:15, 84:1,
84:3, 87:24,
88:2, 98:4,
102:2, 105:12,
109:19, 132:16,
132:25, 143:7,
163:5, 164:11,
172:12, 181:7,
181:17, 182:15
**oozing**
190:4
**opine**
36:11, 42:18,
45:6, 51:6, 53:7
**opined**
174:5
**opining**
35:19, 45:9,
68:22
**opinion**
27:6, 27:21,
28:20, 29:6,
29:10, 29:14,
29:19, 32:8,
32:23, 35:2,
37:6, 43:10,
54:7, 59:15,
59:16, 61:25,
64:8, 64:12,
65:19, 116:6,
116:16, 134:24,
145:6, 145:10,
174:25, 183:14,
195:9, 197:3

**opinions**
19:1, 19:5,
19:17, 26:24,
32:25, 61:22
**opposed**
39:21, 106:19,
107:1, 182:17
**opposite**
137:10
**options**
23:17, 181:10
**order**
17:11, 17:12,
23:19, 25:3,
47:1, 75:24,
134:22, 165:22,
197:9, 197:10
**original**
85:7, 85:8
**originally**
10:21, 10:25
**other**
7:16, 13:9,
17:16, 19:11,
25:5, 34:7,
35:5, 36:4,
36:5, 40:11,
42:12, 45:19,
46:10, 46:21,
47:7, 49:11,
50:10, 50:14,
51:12, 52:1,
56:21, 56:24,
59:18, 62:23,
65:2, 67:18,
67:21, 73:9,
77:2, 82:11,
84:5, 85:22,
86:23, 88:3,
88:10, 93:7,
99:13, 102:4,
102:10, 104:6,
105:13, 106:10,
106:12, 107:7,
108:21, 108:23,
129:23, 132:17,
134:23, 136:5,
139:4, 143:20,

145:24, 148:19,
150:1, 152:2,
158:6, 162:23,
165:7, 166:13,
183:4, 183:22,
184:16, 185:10,
186:9, 186:10,
187:18, 196:13,
196:24, 196:25,
197:19, 199:7
**others**
16:9, 46:19,
87:10, 143:2,
157:15
**otherwise**
140:23, 194:21,
198:19, 202:14
**ourselves**
199:14
**out**
28:8, 31:10,
33:1, 42:6,
43:4, 43:6,
46:10, 46:20,
49:8, 50:2,
50:14, 58:23,
67:16, 68:2,
90:6, 93:4,
109:1, 112:6,
113:10, 113:21,
118:21, 132:7,
144:14, 185:17,
186:4, 186:11,
186:17, 193:1,
193:14
**outcome**
28:3, 28:4,
45:10, 48:4,
202:14
**outcomes**
14:18, 15:7,
15:8, 23:20,
37:2, 132:15
**outer**
177:12, 178:12
**outlier**
171:13, 171:15
**outset**
83:4, 170:21

**outside**
57:6, 87:10,
91:13, 92:25,
135:12, 136:5,
138:19, 145:19,
155:13, 155:21,
162:7, 179:8,
179:12, 179:17,
180:5, 180:25
**over**
7:16, 33:22,
46:17, 47:17,
48:20, 60:18,
60:24, 83:22,
94:10, 95:18,
97:6, 118:23,
119:2, 119:5,
128:8, 148:19,
175:17, 175:23,
176:2, 176:12,
176:16, 196:10
**overall**
39:4, 42:21,
45:23, 46:20,
65:2, 76:1,
107:8, 120:14,
126:20, 181:6
**overlap**
12:9
**own**
138:15, 142:22,
145:1
**o'melveny**
3:5

---
**P**
---
**packing**
134:17, 134:19,
134:20, 135:1
**page**
5:2, 37:13,
66:13, 66:15,
75:18, 76:6,
76:13, 76:24,
77:21, 79:10,
116:22, 116:24,
123:1, 136:25,
137:1, 141:20,

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025

230

| | | | |
|---|---|---|---|
| 142:7, 177:1,<br>185:13, 185:14,<br>185:23, 186:5,<br>194:13, 196:11<br>**pages**<br>1:29<br>**pain**<br>193:20<br>**pair**<br>82:21, 150:24,<br>152:22, 157:25,<br>159:21, 162:8<br>**paired**<br>150:19, 162:6<br>**pairings**<br>96:4, 113:1<br>**pairs**<br>92:24, 93:6,<br>112:2, 144:15,<br>144:23, 145:19,<br>145:25, 150:19,<br>152:25, 158:3,<br>159:9, 159:11,<br>161:18, 161:24<br>**palm**<br>95:15<br>**paragraph**<br>27:2, 28:18,<br>28:24, 28:25,<br>29:20, 32:2,<br>32:5, 33:8,<br>34:18, 34:19,<br>37:14, 37:23,<br>38:15, 38:16,<br>38:25, 39:2,<br>39:18, 42:3,<br>42:15, 42:17,<br>45:3, 53:16,<br>65:13, 69:24,<br>72:2, 73:5,<br>74:10, 75:19,<br>107:19, 111:25,<br>114:14, 114:16,<br>116:19, 116:23,<br>119:19, 121:2,<br>122:11, 122:22,<br>123:1, 125:17,<br>126:6, 126:15, | 128:6, 131:20,<br>135:4, 138:22,<br>138:23, 139:1,<br>142:6, 144:6,<br>155:25, 156:10,<br>161:16, 161:17,<br>162:15, 162:16,<br>162:17, 162:18,<br>162:20, 163:3,<br>164:14, 165:5,<br>165:16, 166:7,<br>168:2, 168:21,<br>170:24, 172:13,<br>174:24, 175:12,<br>177:6, 178:22,<br>181:20, 182:22,<br>185:13, 186:2,<br>196:7, 196:10<br>**paragraphs**<br>79:17, 111:22,<br>156:3, 161:16,<br>173:2, 183:16,<br>183:20<br>**paraphrasing**<br>128:7<br>**part**<br>36:17, 65:1,<br>71:4, 71:20,<br>74:5, 74:8,<br>87:18, 99:20,<br>114:16, 130:9,<br>130:10, 135:13,<br>137:15, 138:7,<br>138:14, 140:20,<br>151:21, 152:21,<br>153:4, 178:24,<br>191:8<br>**partial**<br>146:6<br>**particles**<br>193:17<br>**particular**<br>14:17, 15:6,<br>34:4, 59:10,<br>111:2, 118:5,<br>120:19, 125:1,<br>145:11<br>**particularly**<br>12:8, 14:3, | 15:18, 39:6,<br>41:9, 70:21,<br>71:1, 89:16,<br>117:5, 187:7<br>**parties**<br>118:12, 189:14,<br>202:13<br>**partisan**<br>76:16, 165:11,<br>172:9, 172:18<br>**partisanship**<br>76:18, 170:9,<br>170:13, 171:7<br>**parts**<br>53:23, 196:25<br>**passed**<br>74:15<br>**patrick**<br>3:3, 6:5, 10:3,<br>12:18, 38:2,<br>38:9, 86:13,<br>103:8, 115:8,<br>143:23, 198:19<br>**pattern**<br>89:3, 91:4<br>**patterns**<br>17:10, 75:23,<br>76:10, 76:15,<br>77:9, 88:13,<br>98:9, 123:14,<br>129:12<br>**pa'lante**<br>1:3<br>**pennsylvania**<br>194:8<br>**people**<br>47:18, 53:24,<br>54:3, 54:5,<br>66:4, 67:2,<br>68:18, 101:14,<br>101:18, 123:19,<br>132:13, 137:21,<br>138:9, 148:18,<br>185:15, 185:16,<br>186:3, 186:14,<br>189:12<br>**percentage**<br>52:8, 52:13, | 52:16, 53:3,<br>53:5, 53:11,<br>53:12, 68:5,<br>97:5, 98:5,<br>101:8, 123:4,<br>123:6, 124:20,<br>125:19, 130:2,<br>131:15, 131:18,<br>131:19, 131:24,<br>132:2, 132:8,<br>132:11, 148:8,<br>169:12, 169:15,<br>169:17, 170:3,<br>170:4, 171:20,<br>171:23, 172:2,<br>172:4, 172:17<br>**percentage-point**<br>125:18, 130:21,<br>130:22, 130:25,<br>131:1<br>**percentages**<br>50:7<br>**perfect**<br>86:15<br>**perform**<br>24:15, 24:16,<br>118:18<br>**performance**<br>175:17, 175:22,<br>176:1, 176:5,<br>176:11, 176:15,<br>176:21, 177:3<br>**performed**<br>118:3, 187:21<br>**performing**<br>10:12, 12:23<br>**perhaps**<br>140:21<br>**period**<br>11:20<br>**periphery**<br>135:11, 135:20<br>**person**<br>24:1, 57:25,<br>59:20<br>**personal**<br>16:14, 20:14,<br>21:13, 21:17, |

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025                                231

21:20, 21:23
**personally**
20:9, 21:10,
29:15, 174:18
**pertinent**
40:20
**ph**
2:1, 6:23,
201:2
**phd**
1:24
**photo**
192:3, 192:5,
192:7, 194:11,
194:15
**phrase**
58:17
**phrased**
21:25
**picked**
184:2
**picture**
65:2, 145:3,
192:23
**pictured**
108:14
**pie**
78:12
**piece**
129:22, 136:18,
136:19, 140:19,
140:20, 141:14,
141:15, 143:1,
143:20, 152:11
**pieces**
65:2, 129:23,
152:12
**pjones@omm**
3:9
**place**
19:15, 19:21,
20:7, 78:16,
78:18, 131:8,
141:10, 186:10
**placed**
15:14, 143:4,
143:7, 169:6
**placement**
111:17

**places**
142:3
**plaintiff**
3:2
**plaintiff's**
75:20
**plaintiffs**
1:6, 6:6, 9:11,
12:14, 12:25,
13:7, 13:14,
18:20, 22:2,
22:10, 26:4,
33:10, 75:13,
83:12, 103:23,
129:3, 129:11,
129:25, 130:13,
149:3, 154:13,
160:10, 160:23,
177:21, 187:18,
190:13, 191:19
**plan**
8:9, 76:2,
76:4, 130:23,
179:24, 185:18
**planning**
199:14
**plans**
103:13, 188:4
**played**
34:22, 35:10,
35:12, 130:13
**plays**
36:23
**pleasant**
14:6, 18:13,
18:18, 18:21
**please**
6:2, 7:11,
121:17, 181:20
**pleased**
193:25
**pleasure**
199:20
**pllc**
3:22, 4:8, 6:15
**point**
7:11, 10:7,
52:8, 52:13,

53:6, 53:11,
65:12, 73:13,
73:14, 79:12,
90:3, 98:5,
108:2, 123:4,
123:6, 125:19,
130:2, 132:7,
144:11, 148:8,
169:15, 172:2
**pointing**
128:12, 168:1
**points**
52:16, 53:4,
53:5, 53:12,
124:21, 131:16,
131:18, 131:19,
131:24, 132:2,
132:8, 169:12,
169:17, 169:18,
170:3, 170:4,
171:20, 171:23,
172:4, 172:17
**policy**
14:18, 14:19,
189:11
**political**
14:25, 15:7,
109:4, 171:3,
191:5, 194:4,
194:18, 194:19,
195:2
**politics**
175:2, 175:7,
175:10, 187:6,
187:7
**polk**
41:23
**poorly**
21:25
**popped**
25:15
**popularization**
89:16
**populated**
121:5, 137:24
**population**
8:14, 8:16,
38:19, 38:22,

40:1, 43:18,
46:15, 46:16,
47:12, 47:13,
47:20, 47:24,
48:10, 55:16,
55:20, 58:8,
60:2, 63:22,
64:16, 65:10,
67:23, 68:6,
68:7, 73:1,
73:3, 75:22,
75:23, 77:4,
82:12, 88:25,
90:16, 101:8,
101:11, 122:13,
124:6, 138:16,
141:16, 143:4,
181:16
**populations**
68:2, 122:24,
123:8, 182:24,
183:2, 186:9
**portion**
70:1, 70:3,
70:5, 70:19,
70:23, 71:11,
71:13, 71:24,
71:25, 73:17,
74:10, 74:12,
74:16, 74:23,
85:2, 86:24,
86:25, 89:1,
89:6, 96:5,
96:6, 96:7,
96:8, 96:9,
96:14, 96:16,
96:17, 96:18,
96:19, 96:20,
98:4, 98:6,
101:20, 114:11,
122:7, 122:8,
122:9, 135:10,
135:11, 135:20,
141:1, 141:4,
148:4, 148:5,
148:6, 152:17,
179:7, 179:8,
179:10, 179:12,

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025

232

| | | | |
|---|---|---|---|
| 179:15, 179:17, 180:3, 180:5, 180:10, 180:11, 180:16, 180:22, 180:24, 181:3, 181:7, 181:11 | 176:3, 187:24 | **predominated** 27:6, 27:11, 27:12, 27:21, 28:13, 32:22, 35:3, 35:5, 35:6, 175:2, 175:11 | **pretty** 49:24, 80:5, 85:17, 111:21, 118:21, 131:6, 172:8, 193:4 |
| | **post** 192:5, 193:24 | | |
| | **posted** 190:22, 191:24, 191:25 | | **prevail** 114:18, 115:19, 116:8, 116:12 |
| **portions** 12:4, 12:7, 70:11, 71:15, 73:8, 73:15, 74:1, 82:22, 84:15, 86:18, 87:3, 87:4, 88:2, 89:8, 89:17, 91:4, 97:7, 101:25, 102:23, 122:1, 135:23, 135:25, 143:2, 143:5, 162:23, 165:18, 182:1, 182:2 | **posting** 191:5, 191:6 | **prefer** 120:4 | **prevent** 134:22 |
| | **potential** 16:11, 23:19, 139:4 | **preferable** 51:7 | **preventing** 18:23 |
| | **potentially** 62:19, 118:11, 197:15 | **preference** 103:9, 103:11, 183:1 | **previous** 13:15, 155:9, 156:15 |
| | **power** 89:25 | **preferences** 165:11 | **previously** 11:23, 142:4 |
| | **precinct** 79:22, 80:1, 84:4, 84:6, 86:19, 86:22, 86:25, 87:1, 87:4, 88:24, 89:2, 89:5, 99:8, 99:9, 144:23, 145:17 | **preliminaries** 7:10 | **primarily** 39:12, 41:7, 41:14, 41:17, 122:20, 130:17 |
| | | **prepare** 163:17, 164:4 | |
| **position** 95:24, 96:3, 102:8, 130:6 | | **prepared** 11:19, 12:5, 187:18 | **prior** 18:7, 83:5 |
| **positions** 189:11 | | **preparing** 11:22, 17:5, 17:15, 159:13, 199:11 | **priority** 110:10 |
| **positive** 102:21 | **precincts** 53:23, 75:24, 80:10, 80:21, 84:5, 86:23, 88:6, 90:25, 91:2, 101:25, 102:22, 106:12, 150:18, 182:2 | | **privilege** 190:4 |
| | | **present** 65:3, 67:12, 183:11, 183:12, 184:6, 184:7 | **pro-bikes** 191:2, 191:7 |
| **possibility** 31:10, 99:1, 109:1, 117:24, 146:13 | | | **probability** 98:23, 99:16, 111:20, 113:2, 113:4, 150:15, 150:20, 150:23, 152:21, 152:22, 157:23, 158:1, 161:11, 161:15, 162:9, 162:11, 167:19, 183:19, 183:21 |
| | | **presented** 38:25, 60:1, 185:20 | |
| **possible** 28:2, 28:3, 28:4, 44:3, 44:7, 57:14, 57:17, 58:14, 58:24, 60:2, 62:10, 62:17, 64:14, 67:17, 69:13, 71:3, 71:7, 71:8, 71:13, 72:16, 125:7, 126:17, 126:25, 127:1, 127:2, 127:3, 127:24, 138:12, 138:18, 168:13, | **precisely** 143:13 | **presenting** 39:11, 39:12 | |
| | **precision** 119:23 | **presents** 184:13, 184:14 | |
| | **predominance** 28:7, 31:8, 31:9, 32:19, 32:20 | **president** 117:6, 172:10, 193:3, 194:7, 195:3 | **probably** 21:25, 53:22, 117:16, 132:8, 138:17 |
| | **predominant** 31:1, 31:13, 35:14, 35:21, 35:25 | **presidential** 163:25, 164:12, 168:23, 172:11 | **problem** 183:16, 199:17 |
| | **predominantly** 41:5, 71:15 | **presume** 47:19, 118:25, 133:20, 133:25 | **proceeding** 7:15 |
| | **predominate** 27:4, 175:7 | | |

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025

233

proceedings
200:1
process
15:12, 17:5,
19:15, 19:20,
20:7, 20:15,
23:25, 173:18
produce
45:12, 60:16
produced
51:13, 52:2,
54:14, 56:11,
56:17, 59:19,
63:25, 64:2,
64:6, 124:4,
171:1
producing
61:25
production
186:24
professional
29:18
progress
172:24
progressive
189:3, 189:4,
189:7, 189:16,
189:22, 190:6,
190:25
progressives
189:13
promise
170:1
promises
37:17, 195:13
promote
167:7
proportional
105:21
protect
120:1, 120:25,
139:17, 161:25,
168:16
protected
39:3, 40:23,
41:1, 45:5,
52:11, 70:16,
72:20, 73:9,

73:16, 73:18,
73:20, 77:23,
83:18, 92:6,
111:11, 112:16,
117:4, 120:7,
128:17, 129:15,
136:20, 139:10,
139:12, 144:23,
153:15, 156:6,
166:19, 167:5,
167:13, 169:3,
184:24
protects
120:10
prove
31:23
proves
45:12
provide
115:12
provided
19:3, 58:4,
64:18, 115:24,
116:3, 173:6,
173:10, 187:14,
187:16
provides
72:11
proxies
82:11
proxy
82:15
public
2:4, 6:25,
202:2
publications
14:14
published
14:24
puello
187:19
punch
193:13
purportedly
51:13, 125:8
purpose
23:7, 41:3,
133:5, 134:5,

199:18
purposes
23:10, 80:16,
199:5
pursuant
2:2
pursuit
77:3
put
108:19, 134:20,
140:21, 148:11,
172:20, 192:8
putting
40:17, 148:24,
173:16
puzzle
136:19, 140:20

Q

quadruplicates
150:14
qualify
100:2
qualifying
57:1
quantify
100:2
quantitative
32:12
question
20:3, 21:25,
27:13, 35:1,
44:6, 46:13,
47:9, 57:21,
61:24, 62:2,
62:5, 66:22,
68:11, 72:17,
80:12, 105:24,
106:21, 107:9,
107:19, 115:11,
115:12, 115:15,
115:20, 116:25,
121:17, 126:8,
139:3, 140:5,
141:14, 147:1,
153:19, 153:21,
162:14, 181:8,
186:13, 195:1

questioning
103:12
questions
7:8, 7:18,
7:21, 17:12,
113:15, 151:3,
157:13, 160:3,
172:23, 187:2,
195:22, 198:16,
198:19, 198:21,
198:22, 198:24
quick
90:6, 195:12
quicker
173:1
quickly
111:21
quite
21:16, 21:22,
47:25, 56:17,
85:23, 96:6

R

raban
4:6, 6:17,
198:21
race-based
53:13
race-blind
47:2, 132:21
race-neutral
60:24
races
118:6
racial
17:10, 36:12,
51:9, 51:19,
123:13, 129:12,
133:24, 136:7,
137:11, 158:12,
171:3, 172:18,
179:3
racially
30:2, 30:8,
30:10, 30:14,
32:7, 32:11,
32:13, 52:20,
58:9, 134:1

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025                                234

racially-influen-
ced
75:5
randall
4:6, 6:17
random
30:5, 32:15,
97:10, 97:14,
97:15, 143:11
randomly
105:20, 106:2
range
23:19, 51:23,
52:3, 53:3,
53:4, 53:11,
122:16, 125:2,
125:13, 125:14,
125:22, 126:1,
126:2, 130:15,
131:10, 131:21,
132:2, 132:22,
133:17, 169:10,
171:10, 171:11,
171:12, 177:25,
178:9
ranges
125:3
rank
178:1
ranked
149:9, 177:24
rate
188:16
rather
7:15, 20:14,
21:19, 29:7,
97:14, 159:6
reach
71:20
read
22:4, 68:12,
68:13, 112:4,
187:17, 195:23,
196:3, 196:4,
201:3
reading
111:24, 146:9,
202:10

real
36:20
really
39:8, 43:16,
54:15, 96:25,
131:7, 131:23,
135:22, 144:11,
190:7, 199:22
realtime
2:3, 2:4
reason
7:20, 43:21,
59:10, 62:10,
62:13, 62:17,
70:13, 70:15,
72:13, 72:20,
77:6, 86:2,
94:12, 98:14,
98:17, 105:6,
108:22, 108:25,
120:6, 134:5,
137:25, 138:5,
139:20, 156:23,
167:11, 167:16,
168:13, 168:15,
183:24, 185:2,
192:20
reasonable
8:5, 46:24,
47:4, 133:23,
138:17, 146:2
reasons
15:24, 23:14,
23:15, 59:9,
60:25, 72:5,
89:16, 89:17,
138:16
rebut
75:4
rebuttal
27:2, 28:18,
28:22, 29:2,
29:20, 42:2,
42:14, 101:5,
101:7, 102:23,
140:3, 158:17,
158:18, 172:25,
173:5, 174:22,

177:6, 178:23,
186:20, 187:1,
196:7
recall
11:5, 12:2,
12:3, 40:5,
53:21, 75:1,
75:6, 79:5,
79:11, 158:10,
158:15, 187:24,
189:18, 189:21,
189:23
receive
12:10, 17:24,
22:3, 25:5
received
10:12, 11:12,
17:3, 18:1,
67:22, 68:2,
69:8, 117:9,
170:18, 170:20
recent
117:5, 117:6,
118:20
recess
60:12, 90:12,
114:6, 155:4,
195:18
recognize
9:16, 77:23
recognizing
118:10
reconvene
113:16, 154:24,
195:14
record
6:4, 7:17,
9:22, 25:22,
37:24, 60:14,
78:14, 90:11,
90:14, 114:5,
114:9, 137:7,
151:5, 155:3,
155:7, 195:17,
195:20, 198:25,
199:24, 199:25,
202:7
recorded
199:2, 199:3

recording
199:4, 199:8,
199:14
redistricting
8:9, 13:18,
14:1, 14:13,
15:12, 15:20,
16:19, 16:22,
16:24, 16:25,
19:14, 19:20,
20:7, 22:23,
23:1, 23:3,
23:12, 23:18,
23:21, 23:24,
34:24, 59:5,
75:5, 80:21,
90:25, 105:13,
134:19
redo
183:10
redraw
15:13
redrawn
196:16, 197:5,
197:21
reduced
65:21, 202:9
reduces
181:5
reduction
65:17
refer
8:1, 8:7, 8:13,
8:14, 8:18,
53:19
reference
126:15, 171:3,
192:24
referenced
44:24, 87:4,
109:20
referencing
141:25, 142:2
referred
135:8
referring
8:2, 8:8, 8:13,
8:15, 53:20,

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025

235

101:24, 121:13,
135:15, 135:23,
177:7, 177:13,
177:16, 178:7,
178:8, 178:16,
186:1, 186:2
**refers**
152:1, 170:25
**reflect**
99:18, 99:20,
176:4, 176:15
**reflected**
150:22, 157:23,
157:25
**reflective**
132:9
**reflects**
174:4
**regard**
30:11, 30:15,
106:2, 125:8,
127:4, 127:24,
127:25, 132:4,
140:7, 145:7,
145:9, 170:9,
170:13, 170:15,
171:7, 172:9,
178:2
**regarding**
12:15
**region**
39:9, 40:24,
42:20, 45:23,
46:8, 48:9,
48:21, 48:23,
49:10, 49:23,
50:2, 50:5,
126:21, 127:8,
127:9, 127:11,
127:13, 128:3
**regional**
39:4, 39:7,
39:14, 44:19,
47:6, 50:13,
50:15, 61:11,
61:17, 61:25,
153:14
**regions**
65:15

**registered**
188:23, 189:1
**regular**
20:21
**relate**
156:3
**related**
14:12, 202:12
**relative**
36:12, 86:25
**relatively**
101:14, 101:17
**relevance**
80:15, 194:25
**relevant**
70:18, 70:25,
78:5, 157:16
**relied**
82:15
**rely**
11:22, 57:3
**relying**
55:24, 57:7,
97:1, 153:8
**remarkably**
45:7
**remember**
79:12, 88:19,
88:23, 101:6,
164:25, 190:7
**remote**
1:22
**remotely**
2:2
**render**
19:2
**rendered**
64:8
**rendering**
27:6, 29:6,
35:2, 37:6,
145:10
**repeat**
20:3, 62:2,
68:11, 105:24,
106:21, 116:25,
147:1
**repetitive**
146:11, 151:3

**rephrase**
122:4, 153:19
**report's**
27:9
**reported**
1:30
**reporter**
2:3, 6:2, 6:20,
7:13, 7:19,
9:25, 10:2,
10:4, 25:25,
60:13, 90:10,
90:13, 114:4,
114:7, 148:16,
155:2, 155:5,
160:6, 195:16,
195:19, 199:11,
199:23, 202:1
**reporting**
11:20, 42:14
**reports**
7:9, 36:3,
75:2, 186:7,
187:18
**represent**
107:24, 135:1,
168:11
**representation**
14:17, 14:20,
15:3
**representative**
60:1, 184:3
**representatives**
1:11, 3:13,
6:11, 6:14, 6:19
**represented**
182:14
**republican**
114:19, 115:19,
116:9, 116:13,
117:5, 117:10,
117:18, 118:3,
118:13, 118:19,
118:23, 118:25,
119:3, 119:9,
119:16, 121:4,
162:22, 163:11,
163:19, 164:20,

165:7, 165:15,
165:23, 168:22,
169:3, 169:9,
169:10, 175:16,
175:22, 176:1,
176:5, 176:11,
176:15, 176:20,
177:3
**republicans**
118:5, 119:6,
164:8
**request**
199:9
**requested**
202:10, 202:11
**required**
107:4
**requirement**
120:9
**residents**
65:15
**respect**
31:7, 145:12,
153:8, 158:5,
174:13
**respected**
109:5
**respectively**
73:12
**responding**
183:17
**response**
108:12, 178:25,
183:18, 191:3,
191:4
**responsible**
25:1, 28:15
**rest**
40:24, 42:10,
130:10
**restate**
115:14
**result**
45:10, 45:12,
47:7, 49:11,
65:24, 97:10,
134:8
**resultant**
65:17

```
results                107:19, 110:14,        158:6, 159:4,          77:23, 84:4,
44:9, 83:6,            111:13, 126:23,        159:8, 185:9           84:5, 86:19,
118:8, 163:13,         126:25, 127:11,        rraban@holtzmanv-      86:25, 88:5,
164:1, 164:2,          127:15, 127:18,        ogel                   88:6, 88:20,
176:24, 183:7          127:19, 132:13,        4:13                   99:2, 105:9,
retained               136:19, 137:25,        rule                   106:4, 106:5,
5:7, 5:9, 5:12,        143:24, 144:17,        109:1                  121:2, 123:9,
5:14, 5:17,            145:20, 146:1,         ruled                  124:16, 127:10,
5:19, 5:22,            151:1, 151:10,         28:8, 31:10,           127:13, 128:6,
5:24, 5:27,            155:2, 155:20,         33:1                   140:1, 140:7,
5:29, 5:32,            156:10, 161:11,        run                    142:14, 142:19,
8:24, 12:24,           162:13, 163:3,         23:12, 23:19,          143:13, 146:24,
18:19, 18:22,          164:14, 168:20,        23:24, 59:6,           147:5, 149:6,
35:8                   170:10, 170:17,        59:9, 93:4,            151:4, 152:4,
returns                171:9, 176:9,          158:23                 152:24, 158:3,
80:24, 163:13          178:21, 182:19,        runs                   158:7, 158:20,
reveal                 186:25, 190:21,        24:1                   158:21, 159:1,
24:21, 114:25          191:24, 192:8,                                160:1, 161:13,
review                 192:13, 192:18,              S                165:6, 186:19,
17:14, 17:18,          193:4, 193:10,        s                       201:4
36:4, 36:8,            194:7, 195:3,          70:19                  sample
76:14, 132:20,         195:8, 195:10,         safe                   57:4, 58:13,
132:21                 195:11, 199:25         117:16                 58:16, 59:11,
reviewing              right-hand             said                   59:23, 133:3
166:23                 84:22                  25:25, 28:25,          sarasota
rhyme                  river                  35:2, 63:21,           95:3, 95:10
192:20                 74:21                  88:16, 117:13,         saw
richmond               roads                  117:20, 121:15,        75:5
142:8                  173:22, 174:14,        126:10, 128:2,         say
right                  174:19                 128:21, 144:1,         8:21, 19:18,
9:8, 10:1,             role                   158:11, 171:24,        20:8, 21:7,
12:21, 25:9,           34:22, 35:4,           190:4, 190:24,         21:9, 27:2,
37:3, 40:9,            35:9, 35:10,           197:7, 202:7           27:5, 28:5,
40:10, 40:16,          35:12, 35:23,          sakai                  28:6, 28:17,
41:12, 42:14,          36:16, 36:23,          1:31, 2:3,             29:2, 29:21,
43:7, 45:1,            36:24, 36:25,          202:4, 202:22          29:25, 30:12,
48:5, 49:8,            130:13                 sake                   32:4, 32:5,
67:17, 67:20,          rolls                  66:22                  33:9, 34:6,
71:17, 71:21,          196:10                 same                   34:19, 35:4,
74:9, 77:17,           row                    21:15, 32:23,          35:10, 36:21,
79:17, 83:9,           112:7, 112:19,         43:14, 43:23,          38:19, 39:2,
83:14, 84:7,           150:13, 151:25,        46:20, 47:23,          42:17, 46:14,
84:12, 85:15,          175:13                 48:12, 48:23,          48:5, 48:6,
86:23, 89:8,           rows                   51:4, 54:21,           48:18, 49:23,
89:20, 90:5,           92:1, 93:4,            55:17, 55:21,          51:8, 53:8,
98:21, 98:25,          93:22, 112:14,         59:2, 67:16,           53:16, 54:9,
100:6, 102:24,         113:9, 144:17,         68:17, 69:14,          62:21, 64:19,
104:2, 105:15,         150:17, 152:2,         69:15, 72:1,           65:4, 65:14,
```

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025

237

68:13, 76:6,
76:25, 77:22,
87:15, 90:1,
93:23, 96:24,
97:20, 97:25,
98:1, 99:11,
101:19, 111:23,
113:8, 113:25,
119:20, 122:23,
126:6, 128:6,
131:20, 134:9,
135:9, 138:10,
151:19, 153:7,
161:16, 164:11,
165:19, 166:7,
166:25, 175:13,
176:25, 177:8,
178:4, 190:21,
193:5, 194:22,
197:18
**saying**
8:19, 16:7,
30:14, 30:16,
30:18, 30:21,
31:7, 31:9,
31:11, 31:14,
32:24, 33:2,
40:22, 45:21,
57:18, 63:8,
63:13, 63:14,
63:17, 73:25,
95:8, 95:11,
97:16, 97:22,
109:2, 109:3,
123:17, 123:20,
123:22, 128:24,
129:2, 129:5,
129:17, 131:3,
131:15, 165:5,
167:15, 188:15
**says**
19:25, 35:11,
75:18, 158:14,
158:15, 162:20,
164:17, 170:25,
171:1, 173:21,
174:24, 184:18,
184:23, 186:8,

191:1, 192:2,
196:12
**school**
15:1, 16:3
**schools**
139:25
**science**
14:25
**scope**
57:6
**score**
95:21
**screen**
9:13, 25:10,
25:17, 25:23,
75:12, 77:18,
77:19, 91:25,
149:24, 155:8,
190:16, 191:1
**scroll**
10:8
**seal**
202:17
**second**
75:19, 83:19,
84:16, 104:16,
119:20, 160:9,
164:4, 179:10,
186:9, 196:10,
196:11, 197:8,
197:9, 197:10
**second-order**
197:2, 197:22
**secondary**
197:8
**secretary**
1:14, 4:4,
198:18, 198:22
**section**
82:17, 127:20,
129:24, 138:25,
139:2, 153:11,
173:13
**sections**
53:22, 127:21,
137:19
**see**
9:13, 9:23,

10:10, 25:13,
26:5, 26:8,
30:6, 35:15,
35:20, 38:1,
38:3, 39:17,
42:15, 42:22,
44:21, 48:13,
48:23, 49:6,
49:7, 50:6,
52:5, 54:10,
57:11, 65:2,
66:17, 66:23,
67:3, 68:17,
73:8, 75:10,
76:11, 76:15,
78:12, 83:6,
85:16, 85:22,
87:23, 90:21,
93:21, 98:6,
104:3, 108:8,
108:22, 109:10,
109:15, 114:20,
121:7, 121:8,
123:14, 132:23,
133:10, 136:1,
136:25, 137:16,
140:11, 142:1,
145:5, 164:23,
167:25, 170:18,
170:25, 175:4,
175:19, 184:20,
185:19, 185:25,
188:7, 189:24,
190:15, 190:17,
190:19, 193:11,
193:21, 196:17
**seeing**
9:24, 77:9,
79:5
**seem**
97:11
**seems**
27:14, 30:18,
57:18, 61:14,
171:19
**seen**
26:23, 149:1
**select**
24:14

**send**
10:5, 26:12,
26:16, 37:16
**sent**
26:6, 42:11,
169:9
**sentence**
112:1, 119:20,
164:17
**separate**
16:13, 74:3,
99:21, 116:14,
140:15, 152:3
**separated**
86:19, 86:20,
124:20, 145:24
**separately**
70:14, 98:22,
98:23, 104:8,
125:23, 139:1,
155:13
**separates**
99:8
**series**
23:17, 31:20
**served**
19:3, 187:9
**serves**
199:13
**sesame**
192:18
**set**
15:16, 152:1,
160:3, 202:16
**setting**
73:21
**seven**
22:15, 38:20,
133:15, 145:3,
159:8, 159:9,
163:8, 178:3
**several**
23:10
**shape**
33:13, 33:16,
33:19, 33:24,
34:3, 87:22,
88:12, 164:21

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025

238

| | | | |
|---|---|---|---|
| shaped | 83:10, 102:24, | significantly | 173:16 |
| 135:16 | 158:19, 158:25, | 55:7, 177:9, | six |
| shapes | 163:19, 176:20, | 178:4, 196:15, | 54:14, 91:15, |
| 76:1 | 177:2, 181:3, | 197:20 | 93:22, 118:14, |
| shaping | 182:6, 182:11 | signing | 119:15 |
| 34:23 | showing | 202:10 | size |
| share | 38:22, 182:15, | similar | 97:8 |
| 9:9, 75:11, | 183:8 | 10:19, 12:10, | slice |
| 117:12, 117:16, | shown | 43:14, 44:5, | 78:12 |
| 118:11, 118:13, | 69:12, 155:8 | 44:9, 44:23, | slight |
| 148:23, 156:6, | shows | 45:11, 45:18, | 56:23, 57:2 |
| 168:22, 169:3, | 68:5, 130:11, | 45:22, 47:7, | slightly |
| 169:11, 170:17, | 153:14 | 48:25, 49:11, | 10:15, 55:7 |
| 191:17 | shrink | 50:18, 50:24, | small |
| sharing | 10:9 | 51:14, 51:25, | 57:4, 57:24, |
| 10:8, 25:9, | side | 52:25, 53:2, | 99:14, 101:14, |
| 77:18, 77:19, | 84:22, 84:23, | 56:17, 56:21, | 101:18, 131:6, |
| 91:25, 149:23, | 85:22, 89:7, | 61:11, 61:14, | 131:9 |
| 191:10 | 99:13, 102:2, | 61:16, 62:4, | smaller |
| shattered | 102:4, 102:10, | 62:7, 66:25, | 122:9, 127:17, |
| 193:18 | 102:12, 102:16, | 71:25, 73:17, | 127:20, 127:21, |
| sheet | 106:9, 106:10, | 74:1, 80:12, | 135:2, 169:2, |
| 93:12, 201:7 | 110:18, 112:3, | 96:6, 103:22, | 171:15, 198:2 |
| shirt | 122:1, 122:6, | 123:3, 123:7, | software |
| 47:13 | 150:18, 157:3, | 124:10, 124:12, | 80:21 |
| shirts | 159:20, 161:20, | 124:14, 124:16, | sole |
| 47:18 | 166:13 | 124:24, 125:10, | 33:24, 34:11, |
| shortcut | signature | 126:19, 127:5, | 105:12 |
| 157:12 | 201:10 | 128:1, 147:11, | solely |
| shortened | signature-zwm | 164:21, 177:12 | 59:19 |
| 153:14 | 202:19 | similarity | some |
| shorthand | signed | 128:12 | 7:25, 12:7, |
| 2:3, 202:1 | 201:7 | simply | 22:5, 32:17, |
| shot | significance | 8:19, 30:22, | 41:13, 41:16, |
| 194:8 | 36:16, 58:19, | 39:11, 64:22, | 44:15, 46:15, |
| should | 58:20, 59:2, | 73:23, 120:7, | 46:16, 46:18, |
| 10:6, 29:11, | 128:9, 128:11 | 141:13, 141:14 | 49:9, 78:9, |
| 29:16, 42:19, | significant | simulations | 85:17, 87:8, |
| 60:10, 93:24, | 34:22, 35:4, | 22:24, 23:1, | 88:9, 90:17, |
| 106:9, 106:11, | 35:6, 35:10, | 23:2, 23:3, | 93:5, 96:4, |
| 114:22, 115:12, | 35:12, 35:14, | 23:12, 23:18, | 101:13, 107:7, |
| 115:20, 132:7, | 35:21, 35:22, | 23:24, 24:2, | 134:9, 137:12, |
| 136:15, 166:4, | 36:15, 36:23, | 59:5, 59:7 | 137:13, 143:8, |
| 168:5 | 36:24, 58:13, | since | 151:3, 155:9, |
| shouldn't | 58:16, 58:23, | 35:1, 79:14, | 166:16, 187:2, |
| 19:25 | 101:22, 123:20, | 89:9 | 192:21, 198:17 |
| show | 123:22, 124:1, | single | somebody |
| 64:13, 76:9, | 141:9, 178:13 | 47:14, 70:11, | 23:12 |

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025

239

somehow
40:20
someone
18:4, 28:14,
60:23
something
35:4, 55:13,
59:14, 72:19,
79:13, 92:11,
92:12, 92:13,
92:14, 92:17,
122:18, 144:3,
164:11, 174:9,
178:13, 190:3,
190:9, 191:23,
192:1, 197:7
sometimes
8:18, 110:12,
110:14, 162:6,
184:25
somewhat
71:24, 73:17,
74:1
somewhere
52:6, 53:10,
53:12, 131:14
sorry
9:25, 20:3,
20:4, 25:25,
26:2, 37:14,
48:16, 78:22,
86:9, 92:13,
92:23, 96:10,
96:12, 103:14,
110:7, 111:24,
116:23, 121:14,
125:13, 151:2,
156:13, 173:21,
179:22, 179:25,
181:13, 182:2,
186:5, 190:20,
192:10
sort
12:8, 14:18,
23:6, 49:5,
49:19, 50:4,
57:1, 59:22,
78:12, 85:10,

135:16, 137:10,
145:22, 153:13,
153:14, 173:15,
184:2, 192:21,
194:4
sorted
84:9, 84:13,
104:7, 104:9,
155:11, 155:13
sorts
14:15, 96:22
sound
8:5, 8:16,
40:8, 62:1
sounds
11:21, 40:10,
43:7
source
186:21
sources
17:8, 17:16,
196:5
south
3:16, 41:16,
44:4, 44:8,
108:8, 109:15,
109:23, 122:14,
123:25, 139:25,
140:6, 140:22,
140:25, 143:2,
168:9
southern
1:2, 49:6,
146:17, 146:23,
147:4, 165:18
sparsely
121:5
speak
7:15, 13:2,
97:8, 173:11
speaking
10:1, 90:23,
125:12
specific
23:20, 24:13,
24:16, 24:25,
41:25, 81:17,
127:17, 159:2,

172:21, 174:14,
184:1, 191:4
specifically
14:1, 14:12,
19:25, 20:1,
44:24, 61:3,
63:15, 70:6,
158:16, 174:19,
178:23, 181:21,
183:19, 186:3,
187:25, 199:9
speculate
82:14, 97:18,
193:15, 193:16
spending
199:21
split
60:20, 64:2,
64:7, 69:23,
79:7, 81:25,
82:5, 82:21,
83:16, 84:1,
84:4, 84:5,
84:15, 85:1,
88:25, 91:4,
92:5, 92:18,
92:23, 94:16,
94:20, 94:23,
95:2, 95:5,
102:22, 105:17,
105:19, 105:21,
105:25, 106:13,
106:18, 106:20,
106:25, 107:2,
108:22, 108:24,
109:7, 109:14,
110:13, 110:15,
139:6, 139:21,
139:22, 140:6,
140:22, 142:17,
142:24, 143:13,
145:17, 145:24,
146:5, 151:15,
151:16, 156:17,
156:23, 158:7,
158:22, 159:15,
160:1, 182:6,
182:10, 182:13,

182:16, 188:11,
188:13
split-vtd
158:11
splits
69:23, 74:11,
74:23, 84:3,
86:22, 89:2,
89:6, 90:22,
92:11, 94:15,
103:16, 109:25,
110:3, 139:25,
142:13, 146:13,
147:18, 153:6,
153:7, 156:7,
161:23, 178:25,
180:8, 181:23,
182:23, 188:10
splitting
153:3
spread
41:1, 64:15,
129:2, 129:14,
132:5, 153:15,
169:2, 171:15,
171:19, 172:2,
172:4, 172:7,
172:17
square
32:4
st
11:18, 95:16,
95:17
staff
20:10
standpoint
165:13
stanley
1:31, 2:2,
25:22, 202:4,
202:22
stark
137:17
start
7:9, 33:22,
59:12, 69:23,
83:22, 103:11,
146:11, 156:14

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025

240

| | | | |
|---|---|---|---|
| **started**<br>17:8, 17:9<br>**starting**<br>9:10<br>**state**<br>1:14, 2:5, 4:5,<br>8:3, 11:7, 16:5,<br>34:20, 34:23,<br>43:9, 51:24,<br>170:13, 187:7,<br>196:25, 198:25,<br>202:23<br>**state's**<br>198:18<br>**statehouse**<br>22:15, 22:17,<br>122:10, 122:13,<br>123:18, 129:16,<br>139:14, 153:9,<br>158:12, 158:16,<br>161:12, 161:14,<br>162:15, 177:7<br>**statement**<br>42:24, 115:17,<br>135:12, 196:8,<br>197:23, 198:24<br>**states**<br>1:1, 114:16<br>**stating**<br>27:8<br>**statistical**<br>32:12, 33:6,<br>58:18, 58:20,<br>59:2, 59:22<br>**statistically**<br>58:13, 58:16,<br>58:23, 59:17<br>**status**<br>77:24<br>**stenographic**<br>199:5<br>**stenographically**<br>1:30, 202:8<br>**still**<br>25:13, 37:25,<br>64:8, 78:3,<br>78:4, 98:6,<br>120:20, 132:1, | 140:11, 168:1,<br>185:8<br>**stop**<br>25:9, 77:18,<br>77:19, 91:25,<br>149:23, 191:9<br>**street**<br>3:6, 3:16, 4:9,<br>48:6, 48:7,<br>48:8, 48:19,<br>48:20, 192:18<br>**strike**<br>180:14<br>**strong**<br>183:14<br>**strongly**<br>29:3, 29:7,<br>30:19, 30:23,<br>30:25, 32:3,<br>97:21, 195:7<br>**student**<br>18:4<br>**studies**<br>172:15, 172:20<br>**study**<br>34:25<br>**subject**<br>158:20<br>**subjective**<br>45:16, 97:25<br>**substance**<br>37:12<br>**substantive**<br>14:18, 132:15<br>**sufficient**<br>133:5<br>**sufficiently**<br>133:3<br>**suggest**<br>51:5, 63:18,<br>109:4, 129:24,<br>136:6, 136:9,<br>136:14, 143:2,<br>143:14, 165:14,<br>172:17<br>**suggested**<br>18:2, 166:6<br>**suggesting**<br>39:16, 39:18, | 40:10, 166:3,<br>188:9<br>**suggestions**<br>18:2<br>**suggests**<br>29:3, 29:8,<br>30:20, 30:23,<br>30:25, 31:12,<br>31:16, 32:3,<br>32:13, 33:3,<br>33:5, 34:8,<br>35:22, 41:2,<br>45:19, 56:9,<br>57:14, 97:6,<br>97:11, 97:13,<br>97:21, 136:12,<br>144:20, 169:6<br>**suite**<br>3:17, 3:24,<br>4:10<br>**summer**<br>9:1<br>**supervisors**<br>80:2<br>**support**<br>130:8, 143:15<br>**supports**<br>130:5, 132:3<br>**suppose**<br>144:18<br>**suppressed**<br>63:9, 65:21<br>**supreme**<br>17:20<br>**sure**<br>21:16, 21:23,<br>26:10, 46:12,<br>46:14, 49:18,<br>58:17, 59:1,<br>64:4, 80:5,<br>81:20, 82:3,<br>100:2, 102:19,<br>102:20, 105:25,<br>106:22, 108:17,<br>113:8, 115:16,<br>128:18, 133:13,<br>140:24, 146:8,<br>153:20, 188:9, | 190:8, 193:6,<br>195:1<br>**surprised**<br>44:21, 123:13<br>**surprising**<br>41:10, 45:21,<br>45:25, 46:1<br>**surrounding**<br>72:14, 165:7<br>**suspect**<br>58:9, 62:6<br>**suspicion**<br>51:9<br>**swath**<br>165:17, 165:25<br>**sworn**<br>6:25<br>**synonyms**<br>35:14<br>**system**<br>18:23<br>**systems**<br>14:15, 14:16<br>---<br>**T**<br>**tables**<br>66:12, 98:12,<br>99:24, 101:1,<br>105:18, 106:18,<br>106:25, 112:7,<br>144:22, 145:22,<br>145:23, 150:1,<br>157:15, 157:20,<br>184:5, 184:8,<br>185:9<br>**tabulation**<br>79:20<br>**take**<br>7:15, 24:24,<br>29:16, 34:17,<br>47:12, 52:21,<br>66:8, 66:12,<br>66:16, 75:7,<br>81:25, 82:6,<br>84:16, 90:6,<br>104:16, 116:20,<br>154:11, 154:15,<br>154:18, 154:23, |

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025

241

| | | | |
|---|---|---|---|
| 163:4, 164:4, 171:6, 178:22, 180:18, 181:6, 194:16, 195:11, 195:12, 198:12 | **tell** 13:17, 15:23, 40:15, 45:25, 54:6, 58:22, 93:21, 108:2, 118:4, 153:17, 154:5, 165:10, 168:24, 169:5, 169:19 | 199:21 **themselves** 6:3, 88:14, 150:17, 189:12 **theorem** 48:1 **theories** 69:21, 74:18 | 146:2, 154:9, 166:21, 167:10, 168:4, 168:6, 169:1, 169:19, 170:13, 172:22, 172:25, 175:6, 175:9, 176:22, |
| **taken** 19:21, 30:17, 30:21, 69:17, 84:8, 155:10, 202:5, 202:8 | **ten** 90:8, 103:15, 154:24, 195:14 | **theory** 22:18, 61:16, 63:8, 69:17, 86:3, 88:8, 107:17 | 177:13, 182:12, 183:3, 185:4, 187:1, 187:9, 188:21, 190:10, 191:25, 192:4, |
| **taking** 15:16, 19:15, 193:4, 194:9 | **ten-minute** 195:12 | **thereafter** 202:9 | 192:24, 193:13, 193:25, 194:3, 194:8, 194:10, |
| **talk** 13:5, 13:23, 18:7, 24:23, 45:4, 74:11, 135:6, 141:18, 164:3, 168:22, 185:14, 188:9 | **tend** 59:6, 165:14, 189:13 **tended** 117:4 **tends** 194:5 | **thin** 168:8 **thing** 132:9, 149:6 **things** 88:9, 88:10, 183:10, 194:21 | 194:14, 194:15, 197:7, 198:17 **thinking** 15:11, 196:24 **third** 118:1, 118:12, 118:24, 119:20, |
| **talked** 30:24, 32:18, 61:10, 61:18, 148:10 | **term** 27:11, 36:15, 189:4, 189:7, 189:9 | **think** 9:1, 9:23, 12:7, 21:1, 23:10, 24:1, | 164:15, 170:24, 180:15 **thirty-nine** 138:24 |
| **talking** 26:22, 31:3, 31:25, 32:19, 38:17, 38:18, 44:19, 79:11, 86:24, 88:16, 98:12, 110:2, 110:3, 115:22, 124:18, 125:15, 126:4, 127:10, 127:16, 127:20, 132:14, 141:21, 178:11 | **terms** 35:15, 36:20, 56:14, 121:10, 121:19, 122:5 **testified** 7:2, 20:6, 20:22 **testify** 6:25, 18:9, 18:14 **testimony** 201:4, 201:5, 202:7, 202:8 | 28:10, 35:16, 37:4, 41:4, 44:7, 53:3, 53:10, 55:23, 56:9, 57:3, 58:11, 77:22, 78:3, 80:9, 80:15, 82:4, 85:14, 86:12, 86:16, 87:23, 89:22, 90:15, 93:19, 93:22, | **thorough** 185:5 **thought** 31:8, 79:9, 179:23 **thousands** 59:6 **thread** 38:4 **three** 21:8, 24:8, 44:21, 45:4, |
| **tallahassee** 4:11 | **th** 1:25, 9:14, | 95:4, 96:22, 98:25, 102:6, | 45:5, 45:11, 45:20, 47:8, |
| **tasked** 87:20, 87:21 | 11:17, 17:3, 22:21, 202:17 | 108:1, 111:20, 115:7, 115:11, | 48:11, 48:24, 48:25, 50:8, |
| **taught** 16:21, 16:23, 16:24, 16:25 | **thank** 7:6, 10:4, 106:14, 121:15, | 117:20, 128:11, 130:5, 133:2, | 53:17, 54:15, 56:11, 56:16, |
| **team** 12:15, 13:6, 13:14 | 140:16, 199:16 **thanks** 7:7, 114:3, | 133:8, 135:22, 138:16, 140:3, 144:1, 144:2, | 58:12, 58:22, 59:19, 63:18, 63:23, 64:16, |
| **technical** 25:12 | | 144:20, 145:8, | 65:16, 67:14, |

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025

242

68:18, 69:13,
73:24, 89:2,
100:16, 100:18,
100:20, 117:5,
117:8, 118:22,
134:10, 134:13,
144:14, 163:8,
176:23, 179:6
**three-week**
11:20
**through**
37:16, 48:21,
69:12, 100:5,
111:22, 122:15,
148:11, 173:13
**throughout**
48:22, 49:23,
109:15, 175:23
**time**
9:4, 20:21,
26:1, 47:15,
60:8, 60:10,
60:14, 77:19,
90:10, 90:13,
91:3, 93:5,
98:21, 103:4,
103:17, 105:9,
106:8, 106:11,
114:4, 114:7,
119:2, 119:5,
130:11, 143:25,
155:2, 155:5,
155:6, 175:18,
175:23, 176:2,
176:12, 176:16,
183:10, 195:16,
195:19, 195:20,
199:22
**times**
20:20, 21:8,
99:3, 99:18,
99:21, 100:16,
100:18, 100:20,
100:22, 117:8,
150:5, 152:18
**today**
7:8, 7:20
**today's**
7:14

**together**
54:17, 60:10,
70:10, 165:25
**told**
52:19, 62:14,
133:22, 166:21,
166:24, 170:14
**took**
20:7, 69:3,
81:11, 104:6
**tooth**
193:8, 193:14,
193:18
**top**
40:7, 40:15,
41:20, 41:22,
42:1, 54:6,
141:19, 142:7
**top-down**
50:4
**topic**
10:17
**torchinsky**
4:7
**total**
66:23, 68:6,
73:12, 101:7,
102:1, 102:13,
131:10, 186:17
**touch**
197:1, 197:24,
198:1
**touches**
99:10, 198:5,
198:7
**touching**
86:23, 87:3,
88:3, 88:8,
104:23, 196:14,
197:14, 197:19
**toward**
162:20
**towards**
164:16
**town**
14:6, 16:6,
18:13, 18:18,
18:21

**tracking**
110:5
**transcript**
7:14, 199:12,
199:15, 202:6
**transcription**
201:5
**translation**
14:19
**treating**
194:3
**trende**
67:11, 67:24,
158:24, 175:15,
183:25
**trende's**
66:9, 79:6,
158:10, 174:25,
178:25, 183:17,
185:21, 185:22,
186:23, 195:23
**trial**
18:10
**tried**
64:9
**tries**
199:6
**trip**
20:21
**triplicate**
99:23
**true**
32:23, 67:6,
89:19, 90:19,
112:10, 116:16,
117:7, 130:15,
143:18, 143:19,
162:25, 176:19,
180:22, 196:19,
196:20, 196:22,
201:4, 202:6
**trump**
191:13, 192:13,
192:14, 192:16,
194:1, 194:7,
195:3
**trust**
42:9

**truth**
7:1, 7:2
**truthfully**
7:21
**try**
7:17, 20:4,
37:16, 37:17,
103:25, 134:20,
157:11
**trying**
32:4, 59:21,
133:24, 134:1,
185:4
**turn**
37:13, 42:3,
107:19, 120:16,
135:4, 144:6,
145:15, 172:22,
172:24, 174:22,
181:20
**turning**
159:3
**turnpike**
157:4, 157:6,
157:7
**turns**
7:15
**twice**
100:5, 100:6,
100:8, 100:10,
100:12, 100:14,
100:24, 150:7,
150:9, 150:11,
152:14, 162:6
**two**
12:9, 19:12,
21:8, 24:7,
35:15, 46:19,
56:21, 56:25,
73:9, 95:4,
101:11, 118:21,
126:24, 127:17,
127:21, 128:5,
153:18, 154:2,
156:5, 158:6,
166:13, 172:8,
173:4, 177:8,
184:2, 186:7

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025                                    243

**two-party**
117:25, 118:11
**two-tenths**
148:8
**typewriting**
202:9
**typical**
24:4

**U**

**ultimately**
11:13, 12:6
**unaware**
81:22
**unchallenged**
142:19, 147:7,
152:5, 153:23,
158:8, 188:14
**unconstrained**
120:21
**under**
22:18, 23:20,
77:24, 82:20,
82:23, 120:9,
139:10, 180:13,
182:24, 183:2,
202:9
**understand**
8:21, 22:9,
22:12, 22:14,
22:16, 26:25,
27:1, 35:19,
77:22, 79:4,
79:24, 80:22,
82:19, 83:15,
83:19, 83:25,
137:9, 141:1,
145:16, 156:5,
167:5, 178:24,
179:5, 194:17,
195:1
**understanding**
22:1, 22:6,
59:1, 62:25,
64:13, 77:25,
80:9, 81:2,
82:20, 92:21,
94:4, 115:3,

151:6, 173:12,
199:1, 199:4
**understood**
78:9, 137:2,
173:23, 174:6
**uniform**
42:19, 45:7,
49:25, 63:21
**unincorporated**
79:3, 141:19,
141:22, 141:24,
142:14, 142:17,
142:25
**unintentionally**
135:1
**unique**
157:25, 162:8
**unit**
53:21, 80:23,
80:25, 150:24
**united**
1:1
**units**
53:20, 78:9,
78:21
**universe**
58:24
**unless**
19:24, 19:25,
154:17, 168:5
**unlikely**
47:22, 196:13,
197:19
**unmuting**
42:4
**unusual**
41:4
**updated**
192:2, 192:3
**updating**
192:5
**uploading**
42:13
**use**
36:15, 56:3,
56:9, 57:1,
57:22, 57:24,
64:13, 75:21,

79:25, 80:10,
80:14, 199:6,
199:13, 199:14,
199:15
**useful**
78:8
**using**
53:22, 64:23,
132:7, 143:1,
199:10

**V**

**validity**
22:10
**vap**
8:13, 39:3,
39:5, 39:7,
39:14, 53:18,
53:19, 53:25,
73:10, 73:11,
73:12, 81:9,
81:17, 102:1,
102:13, 123:3,
123:14, 186:17
**variable**
47:25
**variation**
46:2, 46:3,
46:5, 46:7,
49:6, 49:14,
49:16, 123:13,
123:21, 123:23,
124:2, 127:9,
128:3, 128:12,
177:9, 178:5
**variations**
44:19, 44:21,
47:5, 48:23,
49:10, 50:2,
50:13, 61:11,
61:18, 61:25,
62:1
**variety**
16:4
**vary**
125:11
**vast**
89:5

**vdt**
88:2
**verbal**
108:12
**verified**
173:20
**verify**
66:19
**version**
55:2
**versions**
54:15, 56:11,
56:16, 56:25
**versus**
11:4, 31:1,
36:13, 41:6,
73:23, 148:15,
151:21, 152:5,
179:11, 183:4
**victories**
163:20
**video-graphic**
199:3
**views**
42:25
**violence**
194:3, 195:3
**vogel**
4:7, 6:18
**voice-identify**
6:3
**vote**
117:12, 117:15,
118:11, 118:13,
134:21, 165:15,
168:22, 169:3,
169:10, 191:15
**voted**
119:3, 119:6,
198:13
**voters**
29:16, 63:20,
65:23, 68:10,
68:16, 72:11,
81:18, 82:1,
82:7, 92:7,
92:11, 92:16,
111:5, 111:15,

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025

244

112:16, 120:2,
120:3, 120:11,
120:25, 134:21,
135:2, 139:11,
139:18, 148:1,
156:22, 162:1,
162:22, 165:2,
165:14, 165:17,
165:21, 165:25,
166:20, 167:6,
167:8, 168:17,
169:6, 181:10,
183:6, 187:8
**votes**
14:19, 117:10,
117:19, 118:25
**voting**
66:2, 66:24,
67:5, 67:14,
69:15, 75:23,
79:20, 141:3,
141:5, 186:11,
187:8
**voting-age**
8:14, 8:15,
38:19, 38:22,
39:25, 43:18,
58:8, 63:22,
64:16, 65:10,
68:6, 68:7,
73:1, 73:2,
75:21, 75:22,
82:12, 88:25,
101:2, 101:7,
101:11, 101:21,
122:13, 123:8,
124:6, 141:16,
143:3
**vtd**
79:19, 82:21,
85:1, 85:17,
85:23, 86:4,
87:4, 90:17,
90:19, 91:12,
91:18, 93:5,
93:6, 93:11,
98:7, 98:12,
98:13, 98:15,

99:12, 99:17,
101:3, 101:13,
102:2, 102:9,
103:16, 105:19,
105:25, 112:11,
112:15, 112:20,
113:3, 145:18,
145:25, 146:5,
146:6, 148:4,
150:21, 150:25,
151:20, 151:21,
152:24, 153:6,
153:12, 153:21,
156:7, 157:5,
157:18, 158:2,
158:22, 161:24,
162:7, 182:23,
184:19, 188:10
**vtd-split**
153:16
**vtd-splits**
154:5, 183:18,
184:6

---
**W**
---

**wait**
135:5
**walker**
13:3, 187:19
**walks**
142:8
**want**
10:8, 10:10,
26:12, 26:25,
40:18, 59:3,
59:11, 59:23,
83:19, 103:2,
113:15, 113:17,
143:24, 146:8,
148:11, 154:17,
154:24, 161:13,
169:22, 179:9,
185:19, 185:24,
188:8, 198:24
**warranted**
57:3
**warren**
9:3, 12:17,

13:16
**wash**
144:11
**washington**
3:7
**way**
10:10, 20:11,
30:17, 32:14,
32:17, 41:2,
43:20, 46:25,
47:1, 47:19,
48:21, 49:2,
57:15, 57:18,
58:7, 58:8,
59:2, 59:18,
61:22, 62:11,
63:19, 64:14,
64:17, 65:9,
65:11, 65:24,
71:9, 78:11,
80:6, 81:10,
81:25, 82:4,
85:16, 92:18,
97:7, 97:22,
98:25, 106:18,
106:19, 107:1,
116:6, 123:24,
129:25, 130:13,
132:16, 134:21,
137:19, 139:6,
139:21, 140:1,
140:7, 141:9,
142:14, 142:19,
142:24, 143:14,
146:24, 147:5,
151:15, 152:4,
156:17, 156:24,
158:8, 159:15,
160:1, 165:20,
169:7, 176:4,
176:13, 176:14,
183:3, 183:12,
183:15, 194:5
**ways**
26:24, 60:4,
176:3
**we'll**
7:9, 7:12,

13:23, 45:1,
83:18, 139:1,
160:9, 164:3,
170:18
**we're**
9:10, 31:3,
38:17, 49:20,
59:1, 86:23,
101:24, 115:22,
127:10, 127:16,
127:20, 132:14,
155:3, 195:17,
196:23, 199:13
**we've**
60:6, 110:14,
111:4, 148:9,
148:10
**wearing**
47:14, 47:16,
47:20
**weight**
36:12, 140:21
**welcome**
114:10
**went**
17:5, 60:17,
104:19, 118:22
**weren't**
136:15, 141:11,
146:19
**west**
71:16, 71:19,
71:20, 74:20,
110:19, 142:7,
142:8
**western**
95:15
**whatever**
47:14, 194:15,
197:13
**whenever**
19:23, 19:24
**whereof**
202:16
**whereupon**
6:22
**whether**
12:3, 16:18,

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025

245

18:9, 27:4,
27:6, 29:11,
29:15, 31:3,
32:1, 33:11,
35:3, 40:11,
43:11, 44:3,
44:12, 45:15,
55:5, 55:15,
55:19, 59:17,
61:24, 67:20,
68:25, 69:6,
71:2, 72:19,
73:8, 74:21,
75:1, 75:25,
79:21, 80:7,
88:7, 92:14,
94:8, 95:3,
95:12, 95:14,
107:5, 107:11,
108:13, 109:10,
109:21, 110:9,
111:3, 111:6,
111:13, 116:7,
116:16, 118:4,
119:5, 119:8,
119:24, 119:25,
120:3, 129:11,
131:8, 134:6,
134:25, 138:6,
138:9, 138:12,
138:18, 139:8,
139:9, 139:17,
139:24, 142:13,
144:25, 145:6,
145:11, 146:16,
146:22, 147:2,
147:10, 147:22,
151:25, 152:3,
156:20, 157:2,
158:6, 159:18,
159:25, 162:25,
163:14, 163:19,
164:7, 165:24,
166:12, 166:16,
173:20, 175:21,
176:2, 176:13,
176:18, 179:1,
185:19, 185:25

**white**
71:15, 108:10,
138:8
**whitish**
110:21
**whole**
7:1, 71:23,
91:1, 91:2,
91:3, 95:5,
95:9, 95:10,
119:6, 145:9,
147:13
**wholly**
138:19
**win**
164:8, 194:1
**wind**
187:3
**within**
29:15, 44:20,
46:10, 46:22,
47:6, 72:21,
72:23, 73:5,
73:23, 75:23,
117:8, 120:20,
122:24, 123:25,
127:13, 135:15,
135:21, 136:3,
136:4, 138:13,
157:3, 164:18,
165:1, 167:18,
177:10, 178:5,
180:17, 185:8
**without**
30:11, 35:24,
106:2, 123:12,
125:8, 127:4,
127:24, 127:25,
136:16, 140:7,
170:9, 170:12,
171:3, 171:7,
172:9, 178:2
**witness**
6:6, 6:24,
14:4, 15:25,
18:19, 23:14,
24:20, 25:16,
25:19, 26:5,

27:17, 27:21,
37:19, 86:14,
86:16, 89:22,
90:2, 103:5,
103:7, 113:19,
114:25, 130:7,
154:17, 154:21,
202:16
**witnessing**
98:10
**won**
118:5, 163:11,
192:25
**wonder**
26:6
**wondering**
119:24
**word**
190:4
**work**
9:5, 9:6,
10:13, 11:13,
11:22, 11:23,
12:12, 12:15,
12:23, 13:6,
14:2, 14:10,
14:11, 15:25,
16:14, 16:16,
18:17, 140:15,
170:21, 187:22,
188:4
**worked**
13:12, 13:15,
16:17, 188:20
**working**
18:20, 188:3
**wouldn't**
36:11, 39:17,
43:13, 46:6,
48:11, 48:15,
48:24, 49:13,
49:15, 50:14,
55:11, 67:17,
70:13, 81:24,
88:5, 90:19,
123:7, 153:3,
157:6, 159:22,
182:6, 182:11,

194:22, 194:23,
195:5
**write**
9:20, 19:4,
131:14
**write-ins**
118:12
**writing**
190:8
**written**
32:2, 118:8,
163:13
**wrong**
108:2, 156:4
**wrote**
44:18, 52:6,
190:3

**Y**

**yeah**
21:24, 25:16,
26:5, 26:14,
29:2, 40:10,
60:9, 66:18,
84:20, 84:25,
85:14, 90:2,
93:25, 114:1,
116:1, 117:15,
124:8, 133:20,
135:13, 146:8,
154:22, 165:9,
169:19, 169:23,
170:6, 177:1,
180:2, 184:21,
190:7, 190:23,
192:4
**years**
20:25
**yesterday**
187:10
**york**
2:5, 16:5,
202:23
**yourself**
15:21, 16:8,
17:22, 189:2,
189:15, 189:22
**yup**
29:24, 75:17,

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025

246

| | | | |
|---|---|---|---|
| 134:16, 199:16 | **10.9** | **111** | 124:19, 125:20, |
| **Z** | 170:3 | 137:17, 137:20, | 125:23, 126:2, |
| **zoom** | **100** | 137:22, 138:8, | 126:5, 126:6, |
| 42:5, 86:16, | 82:20, 82:23, | 163:7, 166:8, | 126:11, 126:12, |
| 199:1 | 102:1, 102:3, | 166:11 | 126:13, 127:13, |
| **$** | 102:10, 102:11, | **112** | 135:19, 135:24, |
| **$175** | 102:13, 102:16, | 130:23, 144:10, | 138:1, 141:2, |
| 188:18 | 133:14, 148:20, | 145:6, 166:8, | 156:1, 156:11, |
| **0** | 182:24, 183:3, | 166:25, 167:11, | 161:6, 165:19, |
| **0.5** | 183:12 | 167:17 | 166:8, 167:22, |
| 130:21, 130:22 | **102** | **113** | 167:23, 168:14 |
| **0.62** | 139:14 | 123:4, 124:9, | **119** |
| 172:4 | **103** | 125:18, 125:22, | 4:9, 123:5, |
| **0.9** | 5:13, 122:15 | 126:1, 126:9, | 125:20, 125:23, |
| 171:20, 172:1 | **104** | 127:12, 145:18, | 126:2, 126:7, |
| **00** | 166:18, 166:22, | 145:20, 146:19, | 135:19, 135:24, |
| 60:11 | 166:24 | 147:19, 147:23, | 137:17, 138:1, |
| **002** | **107** | 148:5, 149:8, | 157:14, 159:10, |
| 84:21, 84:23 | 166:18 | 149:9, 149:12, | 159:12, 159:19, |
| **02** | **108** | 149:17, 149:18 | 160:14, 160:18, |
| 60:14 | 139:9, 139:14, | **114** | 160:25, 161:2, |
| **09:30 am** | 139:19, 147:11, | 123:4, 124:10, | 165:19 |
| 1:26 | 147:12, 147:15, | 125:19, 125:22, | **12** |
| **1** | 147:19, 147:24, | 126:1, 126:10, | 5:8, 5:9, |
| **1** | 148:6 | 127:13, 139:15, | 75:11, 75:13, |
| 113:25, 114:2 | **109** | 156:4, 165:19 | 76:13, 77:21, |
| **1.0** | 139:9, 139:15, | **115** | 85:18, 87:18, |
| 53:4 | 139:19, 147:11, | 131:2, 151:8, | 103:5, 103:6, |
| **1.2** | 147:12, 147:15, | 155:16, 155:20, | 114:4, 157:13, |
| 124:20 | 147:20, 147:24, | 165:19, 166:8, | 157:20, 158:6, |
| **1.3** | 147:25, 166:18, | 167:21, 167:23, | 160:8 |
| 130:25 | 167:2, 167:4, | 168:14 | **12.7** |
| **10** | 167:12, 167:18 | **116** | 85:20, 86:5, |
| 5:23, 5:24, | **11** | 123:5, 124:16, | 91:21, 96:8, |
| 28:18, 28:24, | 5:21, 5:22, | 124:19, 125:20, | 96:15 |
| 28:25, 32:2, | 60:11, 60:14, | 126:2, 126:4, | **120** |
| 107:6, 145:15, | 90:10, 90:13, | 126:6, 126:10, | 100:4, 100:6, |
| 149:7, 149:25, | 151:2, 151:6, | 126:12, 126:13, | 122:15 |
| 151:1, 160:22, | 151:7, 151:13, | 127:13, 156:4, | **122** |
| 160:23, 162:16, | 152:14, 155:10, | 165:19 | 100:24 |
| 162:18, 162:20 | 160:7, 160:10, | **117** | **13** |
| **10.0** | 160:12, 202:17 | 139:9, 139:19, | 92:1, 92:2, |
| 104:14 | **11.6** | 141:4, 156:21, | 92:4, 114:8, |
| **10.7** | 85:19, 86:5, | 168:5, 168:6, | 116:22, 157:13, |
| 104:14 | 91:21, 96:19 | 168:12, 168:15, | 157:21, 159:3, |
| | **110** | 168:16 | 159:13, 160:4 |
| | 163:7, 166:8, | **118** | **13.6** |
| | 166:11, 166:17 | 123:5, 124:16, | 104:15 |

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025

247

| | | | |
|---|---|---|---|
| **13.7** | 70:14, 70:16, | **20.9** | **232** |
| 70:4 | 70:19, 71:4, | 170:4, 170:5, | 100:16 |
| **134** | 71:10, 71:12, | 171:12 | **236** |
| 85:25, 87:16, | 74:13, 89:2, | **20006** | 87:6 |
| 88:21, 88:24 | 116:24, 182:4 | 3:7 | **24** |
| **135,175** | **180,000** | **201** | 1:9, 21:1, |
| 186:3, 186:10, | 123:19 | 100:18 | 39:6, 42:3, |
| 186:14 | **19** | **2013** | 42:15, 42:17, |
| **14** | 39:6, 65:14, | 76:3 | 65:14, 65:20, |
| 5:26, 5:27, | 65:20, 67:7, | **2016** | 67:7, 67:16, |
| 22:21, 155:6, | 67:16, 67:21, | 119:4 | 67:22, 68:1, |
| 163:4, 163:9, | 68:1, 68:8, | **202** | 68:9, 68:13, |
| 164:5, 177:20, | 68:13, 68:20, | 1:29, 3:8 | 68:20, 68:22, |
| 177:21 | 68:22, 69:1, | **2020** | 69:7, 71:10, |
| **149** | 70:3, 70:10, | 34:20, 117:6, | 72:3, 72:5, |
| 5:16 | 70:12, 70:14, | 119:4, 163:25, | 72:7, 72:13, |
| **15** | 70:17, 173:2 | 164:11, 168:22, | 72:20, 72:23, |
| 163:24, 164:3, | **19.4** | 172:10 | 73:21, 73:24, |
| 168:25, 195:19 | 169:20, 169:24, | **2022** | 74:4, 74:7, |
| **154** | 170:1, 171:11, | 8:3, 8:10, | 79:17, 92:6, |
| 5:18 | 171:23 | 76:2, 76:4 | 92:11, 92:15, |
| **16** | **190** | **2023** | 111:4, 111:14, |
| 5:28, 5:29, | 5:28 | 190:22 | 111:17, 111:18, |
| 137:1, 190:12, | **191** | **2024** | 112:16, 113:2, |
| 190:13 | 5:31 | 9:1, 9:2, 9:4, | 114:4, 119:22, |
| **16.6** | **1:-cv--jb** | 10:11, 10:22, | 119:25, 120:5, |
| 169:17 | 1:9 | 11:4 | 120:10, 169:23, |
| **160** | **2** | **2025** | 182:4, 182:13, |
| 5:21, 5:23 | | 1:25, 9:14, | 182:16 |
| **1603** | **2** | 10:11, 11:4, | **246** |
| 200:1 | 155:3 | 202:18 | 100:12 |
| **1625** | **2.2** | **2026** | **248.0** |
| 3:6 | 123:5, 125:19 | 202:24 | 100:10 |
| **17** | **2.3** | **21** | **25** |
| 5:31, 5:32, | 130:2, 131:1 | 11:18, 163:7, | 39:8, 53:19, |
| 37:14, 37:23, | **2.6** | 163:10, 163:15, | 53:25, 79:18, |
| 38:15, 191:19 | 52:15, 52:16, | 196:7, 196:10 | 141:20, 142:7, |
| **17.6** | 53:3, 53:11, | **21983** | 186:12, 186:18 |
| 104:15 | 123:4, 125:17 | 1:9 | **255** |
| **170** | **2.7** | **22** | 3:23 |
| 123:19 | 131:24 | 69:24, 73:5, | **26.6** |
| **177** | **20** | 76:24, 123:1 | 169:17 |
| 5:26 | 11:17, 39:6, | **23** | **26.7** |
| **18** | 65:13, 173:2, | 74:10, 79:10, | 104:15, 104:19 |
| 39:6, 45:3, | 177:1 | 101:21, 202:24 | **27** |
| 53:16, 69:3, | **20.3** | **23.3** | 10:24, 39:3, |
| 70:3, 70:6, | 169:12, 169:25, | 85:20, 86:5, | 45:6, 50:9, |
| 70:10, 70:11, | 171:11, 172:17 | 91:21 | 50:18, 50:25, |

Transcript of Carolyn B. Abott, Ph.D.

248

51:14, 51:24,
52:22, 54:9,
54:16, 54:20,
55:5, 55:6,
55:20, 56:1,
56:12, 56:24,
58:12, 61:14,
61:17, 61:20,
62:4, 62:6,
65:17, 65:23,
66:3, 66:25,
67:8, 68:3,
68:10, 68:16,
69:2, 69:8,
72:6, 73:7,
73:9, 73:23,
73:25, 74:4,
111:22, 111:25,
117:4, 177:4,
180:18, 180:23,
181:24, 182:3,
182:6, 182:13,
185:1

**270**
4:12

**2707**
4:1

**28**
9:14, 10:24,
17:3, 39:3,
43:4, 43:6,
45:6, 50:9,
50:19, 50:25,
51:14, 51:24,
52:22, 54:9,
54:16, 54:21,
55:6, 56:1,
56:12, 56:24,
58:13, 61:14,
61:17, 61:21,
62:4, 62:6,
65:17, 65:23,
66:3, 66:25,
67:8, 68:3,
68:10, 68:16,
69:2, 69:9,
72:6, 73:7,
73:10, 73:23,

73:25, 74:4,
117:4, 177:4,
180:19, 180:23,
181:25, 182:10

**28.1**
131:21, 131:24,
132:2

**29**
111:22

---
**3**
---

**3**
195:16

**3,000**
138:10

**3.1**
104:14

**30**
1:25, 43:4,
43:6, 43:9,
103:5, 103:6,
113:25, 114:2,
116:19, 116:22,
116:23, 146:17,
147:3, 174:24,
175:12

**30.9**
131:12, 131:15,
131:17, 131:18,
131:19, 131:24

**301**
3:16

**305**
4:1

**31**
119:19

**31.8**
70:2, 181:4,
181:7, 181:17

**314**
100:14

**32**
177:6

**32301**
4:11

**33.6**
86:6, 91:22

**33134**
3:25

**34**
155:3

**35**
114:8, 122:11

**36**
122:22, 125:17,
126:6, 126:15,
128:6, 178:22

**36,002**
73:10

**365**
100:20

**369.0**
100:22

**37**
131:20, 149:13

**38**
146:17, 147:3

**383**
3:8

**39**
135:4, 138:22,
181:20

**39.3**
72:4

---
**4**
---

**4.1**
104:14

**4.8**
104:14

**40**
117:18, 117:21,
117:23, 144:6,
188:21

**40.4**
91:15

**41.8**
149:13

**42**
156:3, 182:22

**42.8**
149:14

**44**
111:24, 112:1,
112:6, 113:10,
156:3, 183:16,
183:20

**44.8**
149:14

**45**
113:18, 155:25,
156:12, 156:13,
161:18, 183:16,
183:20

**45.6**
38:21

**45.8**
169:15, 169:16

**46**
90:10, 155:6,
156:10, 156:12

**47**
146:17, 147:3,
161:16, 161:17

**47.8**
86:8, 91:15

**48**
146:17, 147:3,
161:16, 195:16

**48.7**
86:8, 91:14

**49**
163:3

**49.4**
155:17

---
**5**
---

**5,000**
24:8

**5.1**
104:14

**5.3**
104:14

**50**
46:17, 46:19,
48:7, 48:9,
48:20, 48:22,
49:3, 49:7,
49:16, 49:22,
105:21, 117:22,
118:14, 118:23,
118:24, 144:17,
164:14, 165:5,
185:13, 186:2

**500**
4:10

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025                                    249

| | | | |
|---|---|---|---|
| **51**<br>29:20, 32:5,<br>90:13, 165:16<br>**52**<br>66:15, 166:7,<br>168:2<br>**53**<br>168:21, 172:13<br>**53.2**<br>155:17<br>**53.4**<br>86:1, 86:8,<br>91:14<br>**5300**<br>3:8<br>**538**<br>86:1, 148:4,<br>148:7, 150:7<br>**538,514**<br>73:12<br>**54.5**<br>155:17<br>**543**<br>150:11<br>**55**<br>149:20<br>**55.0**<br>148:7<br>**55.2**<br>148:6<br>**56**<br>111:24, 112:1,<br>112:6, 113:10<br>**56.3**<br>105:1<br>**57**<br>100:8<br>**57.1**<br>105:1<br>**57.7**<br>155:17<br>**577**<br>3:18<br>**58**<br>195:19<br>**58.0**<br>105:1<br>**58.8**<br>105:1 | **586371**<br>1:28<br>**5938**<br>4:12<br>────── 6 ──────<br>**6.3**<br>96:9, 96:16<br>**60**<br>188:21<br>**60.5**<br>104:24<br>**600**<br>3:17<br>**61.1**<br>85:25<br>**61.4**<br>149:20<br>**62.2**<br>169:16<br>**63**<br>160:15<br>**63.5**<br>160:15<br>**63.6**<br>128:16, 128:22,<br>128:25, 129:7,<br>129:21, 130:4<br>**64.3**<br>149:19<br>**64.5**<br>161:3<br>**64.6**<br>161:3<br>**640**<br>3:24<br>**65**<br>62:22, 64:2,<br>64:7, 128:8,<br>129:17<br>**65.0**<br>129:1<br>**65.1**<br>104:25<br>**65.2**<br>169:23<br>**65.5**<br>155:23 | **65.9**<br>129:1, 129:6,<br>129:18, 130:5<br>**66.4**<br>104:25<br>**67**<br>161:18<br>**67.1**<br>86:7, 91:14,<br>96:18<br>**67.4**<br>155:23<br>**67.5**<br>96:17<br>**677**<br>4:1<br>**68.2**<br>155:22<br>**68.3**<br>149:19<br>**68.5**<br>104:24<br>**69**<br>40:13, 161:3<br>**69.8**<br>40:8<br>**69.9**<br>161:4<br>────── 7 ──────<br>**7.2**<br>186:1<br>**7.7**<br>96:21<br>**70**<br>49:8, 85:20<br>**70.1**<br>104:24<br>**70.8**<br>104:24<br>**700**<br>133:15<br>**71**<br>85:25, 88:21,<br>96:9, 96:16,<br>98:4, 202:19<br>**71.6**<br>52:11 | **72.4**<br>73:10, 124:13<br>**73**<br>63:5<br>**73.0**<br>124:13<br>**73.2**<br>52:12<br>**74.2**<br>52:12<br>**74.3**<br>161:9<br>**74.6**<br>155:22, 161:9<br>**75**<br>5:8<br>**75.8**<br>161:8<br>**75.9**<br>141:5, 141:8<br>**756**<br>152:1<br>**76**<br>160:16<br>**76.6**<br>160:16<br>**769,000**<br>54:5<br>**77.8**<br>155:22, 161:8<br>**79**<br>85:19, 96:19,<br>101:19, 101:20<br>**79.3**<br>160:16<br>────── 8 ──────<br>**80**<br>73:11<br>**80.2**<br>73:11<br>**80.3**<br>181:13<br>**80.6**<br>141:3, 141:8<br>**80.89**<br>181:14<br>**81.3**<br>161:8 |

Transcript of Carolyn B. Abott, Ph.D.
Conducted on June 30, 2025

250

**81.7**
160:20
**815**
157:2
**819**
152:13
**825**
152:18
**83**
5:11
**833**
152:16, 152:17
**838**
157:2
**84**
70:20, 70:24
**84.2**
70:7
**84.6**
74:13, 74:16,
85:25, 86:7,
91:14
**841**
157:2
**850**
3:18, 4:12
**86.7**
87:17
**87.8**
161:7
**88.2**
149:19
**89**
185:23, 186:5
**89.8**
160:20

**9**

**9.7**
85:19, 86:4,
87:18, 91:20
**90**
46:16, 46:18,
48:7, 48:9,
48:19, 48:21,
48:22, 49:3,
49:7, 49:15,
49:16, 49:22,

53:18, 55:16,
55:20, 62:21,
63:6, 64:2,
64:7, 134:11
**9090**
3:18
**92.6**
160:20
**94.3**
160:19
**983**
150:4
**984.0**
150:9

**^**

**^in**
84:8