

# STATE HOUSE DISTRICTS - CS/SJR 100 - H000H8013

## STATEWIDE SNAPSHOT

| | | | | | |
|---|---|---|---|---|---|
| Total State Population: | 21,538,187 | Total Counties: | 67 | Reock Avg. | 0.45 |
| Ideal District Population: | 179,485 | Counties Split: | 31 | Convex Hull Avg. | 0.82 |
| Mean Deviation: | 2,850 | 1.59% | Counties Kept Whole: | 36 | Median Reock | 0.46 |
| Max Deviation: | 4,252 | 2.37% | Total Cities: | 412 | Median Convex Hull | 0.83 |
| Min Deviation: | -4,269 | -2.38% | Cities Split: | 53 | Polsby Popper Avg. | 0.45 |
| Overall Deviation Range: | 8,521 | 4.75% | Cities Kept Whole: | 359 | Median Polsby Popper | 0.45 |

## DISTRICT BREAKDOWN

| District | Total Population | Deviation from Ideal | % Deviation | BVAP % | HVAP % | Reock | Convex Hull | Polsby Popper |
|---|---|---|---|---|---|---|---|---|
| 1 | 178,511 | -974 | -0.54 | 21.12 | 5.39 | 0.37 | 0.64 | 0.24 |
| 2 | 180,797 | 1,312 | 0.73 | 16.87 | 6.01 | 0.40 | 0.86 | 0.44 |
| 3 | 178,528 | -957 | -0.53 | 7.69 | 5.42 | 0.53 | 0.82 | 0.41 |
| 4 | 183,737 | 4,252 | 2.37 | 11.20 | 9.71 | 0.53 | 0.93 | 0.61 |
| 5 | 181,243 | 1,758 | 0.98 | 12.93 | 5.06 | 0.52 | 0.82 | 0.41 |
| 6 | 175,216 | -4,269 | -2.38 | 10.62 | 6.85 | 0.33 | 0.80 | 0.45 |
| 7 | 182,734 | 3,249 | 1.81 | 15.26 | 6.14 | 0.36 | 0.67 | 0.24 |
| 8 | 175,555 | -3,930 | -2.19 | 50.08 | 8.79 | 0.38 | 0.72 | 0.23 |
| 9 | 182,853 | 3,368 | 1.88 | 18.08 | 6.32 | 0.34 | 0.88 | 0.33 |
| 10 | 180,867 | 1,382 | 0.77 | 16.75 | 5.89 | 0.56 | 0.91 | 0.42 |
| 11 | 177,922 | -1,563 | -0.87 | 14.44 | 10.20 | 0.48 | 0.93 | 0.58 |
| 12 | 181,072 | 1,587 | 0.88 | 21.62 | 12.88 | 0.50 | 0.75 | 0.43 |
| 13 | 183,002 | 3,517 | 1.96 | 48.51 | 6.63 | 0.73 | 0.93 | 0.68 |
| 14 | 176,278 | -3,207 | -1.79 | 50.41 | 10.16 | 0.48 | 0.85 | 0.59 |
| 15 | 182,272 | 2,787 | 1.55 | 18.69 | 6.33 | 0.47 | 0.74 | 0.30 |
| 16 | 180,047 | 562 | 0.31 | 12.40 | 10.32 | 0.52 | 0.86 | 0.59 |
| 17 | 183,248 | 3,763 | 2.10 | 14.56 | 12.30 | 0.57 | 0.92 | 0.64 |
| 18 | 180,300 | 815 | 0.45 | 4.52 | 7.72 | 0.52 | 0.79 | 0.46 |
| 19 | 175,457 | -4,028 | -2.24 | 9.28 | 8.16 | 0.38 | 0.75 | 0.40 |
| 20 | 175,874 | -3,611 | -2.01 | 9.70 | 7.14 | 0.57 | 0.85 | 0.44 |
| 21 | 176,405 | -3,080 | -1.72 | 29.03 | 12.96 | 0.41 | 0.83 | 0.33 |
| 22 | 183,529 | 4,044 | 2.25 | 8.51 | 10.05 | 0.53 | 0.79 | 0.38 |
| 23 | 176,178 | -3,307 | -1.84 | 3.33 | 5.82 | 0.36 | 0.70 | 0.37 |
| 24 | 175,595 | -3,890 | -2.17 | 9.95 | 16.05 | 0.43 | 0.77 | 0.36 |
| 25 | 176,494 | -2,991 | -1.67 | 11.28 | 20.56 | 0.57 | 0.95 | 0.59 |
| 26 | 177,279 | -2,206 | -1.23 | 11.16 | 10.13 | 0.58 | 0.92 | 0.53 |
| 27 | 183,145 | 3,660 | 2.04 | 6.71 | 12.42 | 0.52 | 0.76 | 0.36 |
| 28 | 178,466 | -1,019 | -0.57 | 16.67 | 6.91 | 0.56 | 0.79 | 0.43 |
| 29 | 176,556 | -2,929 | -1.63 | 11.66 | 25.07 | 0.56 | 0.80 | 0.40 |
| 30 | 181,596 | 2,111 | 1.18 | 6.18 | 5.27 | 0.40 | 0.85 | 0.37 |
| 31 | 179,252 | -233 | -0.13 | 7.99 | 7.78 | 0.50 | 0.82 | 0.44 |
| 32 | 178,737 | -748 | -0.42 | 6.71 | 9.29 | 0.40 | 0.82 | 0.42 |
| 33 | 183,186 | 3,701 | 2.06 | 16.07 | 13.96 | 0.48 | 0.83 | 0.43 |
| 34 | 178,835 | -650 | -0.36 | 7.19 | 10.03 | 0.55 | 0.91 | 0.59 |
| 35 | 176,404 | -3,081 | -1.72 | 11.84 | 31.86 | 0.42 | 0.84 | 0.26 |
| 36 | 175,313 | -4,172 | -2.32 | 16.5 | 19.84 | 0.37 | 0.73 | 0.32 |
| 37 | 175,353 | -4,132 | -2.30 | 11.54 | 25.33 | 0.37 | 0.78 | 0.33 |
| 38 | 175,442 | -4,043 | -2.25 | 12.29 | 24.37 | 0.37 | 0.79 | 0.36 |
| 39 | 175,326 | -4,159 | -2.32 | 17.93 | 22.97 | 0.49 | 0.89 | 0.49 |
| 40 | 175,326 | -4,159 | -2.32 | 48.03 | 18.49 | 0.53 | 0.92 | 0.56 |
| 41 | 176,364 | -3,121 | -1.74 | 44.26 | 29.46 | 0.45 | 0.87 | 0.55 |
| 42 | 180,528 | 1,043 | 0.58 | 10.16 | 19.14 | 0.36 | 0.78 | 0.33 |
| 43 | 175,629 | -3,856 | -2.15 | 12.82 | 57.69 | 0.55 | 0.72 | 0.37 |
| 44 | 175,329 | -4,156 | -2.32 | 10.96 | 43.38 | 0.40 | 0.79 | 0.42 |
| 45 | 175,973 | -3,512 | -1.96 | 8.48 | 20.43 | 0.47 | 0.93 | 0.52 |
| 46 | 176,200 | -3,285 | -1.83 | 16.94 | 58.99 | 0.44 | 0.81 | 0.46 |
| 47 | 176,233 | -3,252 | -1.81 | 11.95 | 58.48 | 0.54 | 0.77 | 0.36 |
| 48 | 183,593 | 4,108 | 2.29 | 18.52 | 23.21 | 0.40 | 0.84 | 0.27 |
| 49 | 178,192 | -1,293 | -0.72 | 12.4 | 20.43 | 0.53 | 0.92 | 0.43 |
| 50 | 180,902 | 1,417 | 0.79 | 16.29 | 18.76 | 0.50 | 0.83 | 0.33 |
| 51 | 182,359 | 2,874 | 1.60 | 12.74 | 29.36 | 0.46 | 0.77 | 0.36 |
| 52 | 182,726 | 3,241 | 1.81 | 6.73 | 6.14 | 0.45 | 0.70 | 0.34 |
| 53 | 175,358 | -4,127 | -2.30 | 4.63 | 13.04 | 0.54 | 0.88 | 0.64 |
| 54 | 176,277 | -3,208 | -1.79 | 10.68 | 18.3 | 0.45 | 0.89 | 0.58 |
| 55 | 175,430 | -4,055 | -2.26 | 5.69 | 13.99 | 0.47 | 0.92 | 0.65 |
| 56 | 176,367 | -3,118 | -1.74 | 5.11 | 12.78 | 0.51 | 0.94 | 0.60 |
| 57 | 177,343 | -2,142 | -1.19 | 3.55 | 7.45 | 0.43 | 0.87 | 0.43 |
| 58 | 175,888 | -3,597 | -2.00 | 8.37 | 12.65 | 0.39 | 0.80 | 0.33 |
| 59 | 178,235 | -1,250 | -0.70 | 6.67 | 9.62 | 0.56 | 0.87 | 0.44 |
| 60 | 175,492 | -3,993 | -2.22 | 7.65 | 10.03 | 0.54 | 0.87 | 0.55 |

# STATE HOUSE DISTRICTS - CS/SJR 100 - H000H8013

## DISTRICT BREAKDOWN

| District | Population | | | Voting Age Population | | Compactness | | | District | Population | | | Voting Age Population | | Compactness | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Total Population | Deviation from Ideal | % Deviation | BVAP % | HVAP % | Reock | Convex Hull | Polsby Popper | | Total Population | Deviation from Ideal | % Deviation | BVAP % | HVAP % | Reock | Convex Hull | Polsby Popper |
| 61 | 175,321 | -4,164 | -2.32 | 4.70 | 8.29 | 0.52 | 0.88 | 0.59 | 91 | 180,714 | 1,229 | 0.68 | 6.08 | 14.65 | 0.50 | 0.92 | 0.60 |
| 62 | 176,028 | -3,457 | -1.93 | 39.87 | 20.73 | 0.26 | 0.66 | 0.28 | 92 | 179,284 | -201 | -0.11 | 7.50 | 12.67 | 0.30 | 0.75 | 0.38 |
| 63 | 175,559 | -3,926 | -2.19 | 44.70 | 24.06 | 0.49 | 0.78 | 0.47 | 93 | 180,537 | 1,052 | 0.59 | 15.33 | 24.97 | 0.45 | 0.88 | 0.51 |
| 64 | 175,706 | -3,779 | -2.11 | 11.73 | 56.66 | 0.58 | 0.86 | 0.59 | 94 | 178,736 | -749 | -0.42 | 20.34 | 20.04 | 0.60 | 0.94 | 0.55 |
| 65 | 176,912 | -2,573 | -1.43 | 7.40 | 17.79 | 0.33 | 0.69 | 0.38 | 95 | 181,346 | 1,861 | 1.04 | 22.08 | 23.93 | 0.39 | 0.78 | 0.45 |
| 66 | 175,639 | -3,846 | -2.14 | 8.21 | 24.25 | 0.47 | 0.90 | 0.61 | 96 | 180,503 | 1,018 | 0.57 | 25.31 | 30.92 | 0.52 | 0.91 | 0.57 |
| 67 | 177,964 | -1,521 | -0.85 | 20.06 | 21.36 | 0.46 | 0.76 | 0.46 | 97 | 181,456 | 1,971 | 1.10 | 57.94 | 21.59 | 0.55 | 0.88 | 0.51 |
| 68 | 175,705 | -3,780 | -2.11 | 10.54 | 25.75 | 0.61 | 0.96 | 0.62 | 98 | 183,663 | 4,178 | 2.33 | 34.96 | 23.13 | 0.30 | 0.72 | 0.35 |
| 69 | 175,349 | -4,136 | -2.30 | 16.14 | 22.17 | 0.48 | 0.82 | 0.45 | 99 | 180,790 | 1,305 | 0.73 | 52.02 | 17.95 | 0.45 | 0.83 | 0.43 |
| 70 | 175,478 | -4,007 | -2.23 | 12.98 | 19.24 | 0.39 | 0.83 | 0.47 | 100 | 182,865 | 3,380 | 1.88 | 8.31 | 16.74 | 0.37 | 0.89 | 0.51 |
| 71 | 175,460 | -4,025 | -2.24 | 10.90 | 17.41 | 0.44 | 0.89 | 0.57 | 101 | 179,020 | -465 | -0.26 | 13.65 | 34.45 | 0.41 | 0.80 | 0.47 |
| 72 | 176,500 | -2,985 | -1.66 | 5.29 | 13.20 | 0.48 | 0.80 | 0.48 | 102 | 183,490 | 4,005 | 2.23 | 12.84 | 34.89 | 0.57 | 0.86 | 0.50 |
| 73 | 183,473 | 3,988 | 2.22 | 4.49 | 8.36 | 0.39 | 0.90 | 0.55 | 103 | 182,670 | 3,185 | 1.77 | 14.37 | 51.58 | 0.44 | 0.87 | 0.57 |
| 74 | 183,447 | 3,962 | 2.21 | 4.73 | 10.38 | 0.37 | 0.80 | 0.45 | 104 | 176,085 | -3,400 | -1.89 | 41.18 | 45.31 | 0.45 | 0.70 | 0.35 |
| 75 | 183,275 | 3,790 | 2.11 | 3.84 | 5.67 | 0.46 | 0.91 | 0.63 | 105 | 183,727 | 4,242 | 2.36 | 38.15 | 39.77 | 0.53 | 0.94 | 0.65 |
| 76 | 181,871 | 2,386 | 1.33 | 5.55 | 11.50 | 0.58 | 0.93 | 0.62 | 106 | 180,735 | 1,250 | 0.70 | 4.80 | 46.76 | 0.40 | 0.91 | 0.39 |
| 77 | 183,022 | 3,537 | 1.97 | 13.47 | 31.32 | 0.61 | 0.88 | 0.45 | 107 | 183,505 | 4,020 | 2.24 | 50.37 | 36.16 | 0.34 | 0.75 | 0.29 |
| 78 | 183,124 | 3,639 | 2.03 | 12.43 | 18.03 | 0.45 | 0.81 | 0.40 | 108 | 181,345 | 1,860 | 1.04 | 50.69 | 35.42 | 0.48 | 0.85 | 0.45 |
| 79 | 183,355 | 3,870 | 2.16 | 4.75 | 21.42 | 0.55 | 0.88 | 0.49 | 109 | 183,366 | 3,881 | 2.16 | 40.06 | 58.37 | 0.25 | 0.73 | 0.33 |
| 80 | 183,411 | 3,926 | 2.19 | 1.38 | 9.36 | 0.35 | 0.79 | 0.43 | 110 | 178,199 | -1,286 | -0.72 | 6.50 | 88.91 | 0.42 | 0.79 | 0.47 |
| 81 | 182,510 | 3,025 | 1.69 | 4.29 | 15.37 | 0.45 | 0.90 | 0.62 | 111 | 182,977 | 3,492 | 1.95 | 3.15 | 90.11 | 0.59 | 0.88 | 0.56 |
| 82 | 183,534 | 4,049 | 2.26 | 10.12 | 43.96 | 0.47 | 0.88 | 0.55 | 112 | 179,362 | -123 | -0.07 | 3.58 | 93.99 | 0.42 | 0.79 | 0.42 |
| 83 | 178,332 | -1,153 | -0.64 | 9.83 | 21.09 | 0.53 | 0.84 | 0.57 | 113 | 182,742 | 3,257 | 1.81 | 4.55 | 71.94 | 0.55 | 0.77 | 0.39 |
| 84 | 183,408 | 3,923 | 2.19 | 20.51 | 16.09 | 0.50 | 0.88 | 0.60 | 114 | 181,962 | 2,477 | 1.38 | 5.79 | 74.50 | 0.35 | 0.73 | 0.35 |
| 85 | 182,082 | 2,597 | 1.45 | 15.72 | 17.22 | 0.55 | 0.91 | 0.50 | 115 | 183,386 | 3,901 | 2.17 | 6.77 | 65.86 | 0.28 | 0.72 | 0.30 |
| 86 | 179,269 | -216 | -0.12 | 5.00 | 14.05 | 0.31 | 0.77 | 0.37 | 116 | 182,984 | 3,499 | 1.95 | 3.32 | 87.41 | 0.35 | 0.88 | 0.51 |
| 87 | 182,880 | 3,395 | 1.89 | 7.53 | 15.84 | 0.26 | 0.76 | 0.26 | 117 | 182,260 | 2,775 | 1.55 | 28.93 | 65.06 | 0.15 | 0.45 | 0.17 |
| 88 | 175,984 | -3,501 | -1.95 | 50.05 | 23.16 | 0.30 | 0.57 | 0.12 | 118 | 183,694 | 4,209 | 2.35 | 5.60 | 85.74 | 0.22 | 0.79 | 0.33 |
| 89 | 177,515 | -1,970 | -1.10 | 16.64 | 51.51 | 0.55 | 0.89 | 0.54 | 119 | 183,655 | 4,170 | 2.32 | 5.37 | 85.20 | 0.28 | 0.92 | 0.47 |
| 90 | 179,439 | -46 | -0.03 | 24.05 | 13.29 | 0.61 | 0.91 | 0.60 | 120 | 183,229 | 3,744 | 2.09 | 11.60 | 44.89 | 0.22 | 0.54 | 0.20 |