Jason Poreda
July 17, 2025

Page 307

1          ERRATA SHEET

2       DO NOT WRITE ON THE TRANSCRIPT
        ENTER CHANGED ON THIS SHEET
3
    Re:        Cubanos Pa'Lante, et al.
4   Deponent:  JASON PATTERSON POREDA
    Date of :  July 17, 2025
5   Case No.:  Civil Action No. 1:24-cv-21983

6   PAGE    LINE        REMARKS

7   SEE ATTACHED

8

9

10

11

12

13

14

15

16

17

18

19

20  Under penalties of perjury, I declare that I have
    read the foregoing document and that the testimony given
21  is true.

22  Signature of Witness _____

23  Dated this __21__ day of __AUGUST__, __2025__.

24  email to: fl.production@lexitaslegal.com

25  Job No.: 410695

Exhibit D

ERRATA SHEET – ATTACHMENT

Re: Cubanos Pa'Lante, Et al.
Deponent: JASON PATTERSON POREDA
Date of: July 17, 2025
Case No.: Civil Action No. 1:24-cv-21983

**Throughout the Document the term "Census Bloc" or "Census Blocs" should be "Census Block" or "Census Blocks". The Index has these page and line locations:**

"bloc" – 67:15, 90:11,20, 115:25, 118:11, 272:3,12, 275:16,21

"blocs" – 41:22, 90:14,16,17,20, 91:5, 92:13, 122:19

**Page 10, line 12-14**

Should read: "I'm referring to Andy Bardos, Adam Brink and Carmen Manrara Cartaya."

**Page 11, line 13-14**

Should read: "some of the other documents that we produced during the process."

**Page 12, lines 10-11**

Should read: "Some of the drafts that Kyle Langan and I had produced during the process."

**Page 19, Lines 1-3**

Should read: "when the new Speaker and administration of the House of Representatives took over."

**Page 19, lines 13-20**

Should read: "A: In July of 2014, the redistricting case was decided in Judge Lewis's court, and at that point I was moved to the select committee on redistricting.

"Q. And you say you were moved. How did that come about?

"A. Because of the decision by Judge Lewis, the Legislature needed to act quickly and at that time, the House didn't have a committee to handle redistricting. After the creation of the select committee on redistricting, I was moved there."

**Page 26, lines 4-5**

Should read: "Leda Kelly, and Erika Roth-Prado."

**Page 29, line 23**

Should read: "By Leda Kelly, Michelle Davila, and Mat Bahl." (Spelled Matt Ball in the transcript)

Page **1** of **4**

ERRATA SHEET – ATTACHMENT

Re: Cubanos Pa'Lante, Et al.
Deponent: JASON PATTERSON POREDA
Date of: July 17, 2025
Case No.: Civil Action No. 1:24-cv-21983

**Page 30, line 6**

Should read: Mat Bahl

**Page 31, Lines 14-18**

Should read: "His role was primarily map drawing as well, as well as some other document creation that we both worked on, as I said before he worked at my direction, but we worked together as with Leda.  Our offices were in a row, so we went to each other's offices quite frequently, and the walls were quite thin as well."

**Page 45, Line 10**

 'Section 2' should be 'Tier 2'.

**Page 92, line 8**

'Geographies' should be changed to "data points"

**Page 94, line 21 and Line 22(Question)**

'Congruent' should be 'Concurrent'

**Page 105, line 17**

'8813' should be '8013'

**Page 110, line 22**

'2011' should be '8011'

**Page 113, line 6**

'8016' should be '8060'

**Page 114, line 5**

'8016' should be '8060'

**Page 113, line 10**

'26,000 people' should be '39,000 people'.

**Page 123, line 19**

ERRATA SHEET – ATTACHMENT

Re: Cubanos Pa'Lante, Et al.
Deponent: JASON PATTERSON POREDA
Date of: July 17, 2025
Case No.: Civil Action No. 1:24-cv-21983

'Section to' should be 'Section 2', or 'Section two'

**Page 125, line 14-15**

Should read: "Specifically, the redistricting committee staff were close-knit"

**Page 163, line 13**

'Data' should be 'Dade'

**Page 180, line 18**

116 should be 115, just on that line.

**Page 183, lines 8-9**

I would like to change my entire answer to "yes."

**Page 196, like 20**

'Chandler' should be 'Chambliss'

**Page 209, line 22**

'our reason' should read 'one reason'

**Page 217, line 11**

'projected' should be 'protected'

**Page 218, line 4**

Remove "county or"

**Page 219, line 19-24**

Change the answer to read: "A. Because -- so when you're dealing with congressional districts, the state house districts, you're dealing with districts that are about 180,000, and I think it was 769,000 and change, 769,221 was the exact number in the congressional map I believe. I think it was about 179,000 and change for the state house map, I forget the exact number."

**Page 220, line 18**

Should read: "senate map or a congressional map or vice versa."

ERRATA SHEET – ATTACHMENT

Re: Cubanos Pa'Lante, Et al.
Deponent: JASON PATTERSON POREDA
Date of: July 17, 2025
Case No.: Civil Action No. 1:24-cv-21983

**Page 221 –** The questioning mentions "state house district one of five" a couple of times, but it should be "district 105"

**Page 228, Line 23-24**

"Like, 22 had to wrap around that." Should read "District 22 had to wrap around the northern extension of district 20 in Palm Beach County."

**Page 235, line 15-16**

Should read: "There's two districts either wholly within Dade or almost wholly within Dade and another district that attaches to Monroe County."

**Page 252, line 1**

'20—' should read '2020'

**Page 292, line 12**

It should read "12 or 13 thousand people more"

**Page 301, line 23**

"2600" should be changed to "about 12 or 13 thousand"