UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:24-cv-21983-JB

CUBANOS PA'LANTE, ENGAGE MIAMI, INC.,
FIU ACLU CLUB, CINDY POLO,
and GENESIS M. CASTILLA FALCON,

    Plaintiffs,

v.

FLORIDA HOUSE OF REPRESENTATIVES
and CORD BYRD, in his official capacity as
Florida Secretary of State,

    Defendants.
_____/

**NOTICE OF CHANGE OF ADDRESS**

    PLEASE TAKE NOTICE that Carmen Manrara Cartaya, counsel for the Florida House of Representatives, files this Notice of Change of Address in the above-captioned case. All future filings shall be sent to the following mailing address:

Carmen Manrara Cartaya
CONTINENTAL PLLC
245 Alcazar Avenue
Coral Gables, Florida 33134

Dated: September 10, 2025

By: */s/ Carmen Manrara Cartaya*
Carmen Manrara Cartaya (FBN 73887)
Email: CCartaya@ContinentalPLLC.com
CONTINENTAL PLLC
245 Alcazar Avenue
Coral Gables, Florida 33134
Telephone: (305) 677-2707

*Attorney for Defendant Florida House of Representatives*