**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 1:24-cv-21983-JB

CUBANOS PA'LANTE, ENGAGE MIAMI, INC.,
FIU ACLU CLUB, CINDY POLO,
and GENESIS M. CASTILLA FALCON,

      Plaintiffs,

v.

FLORIDA HOUSE OF REPRESENTATIVES
and CORD BYRD, in his official capacity as
Florida Secretary of State,

      Defendants.

_____/

## NOTICE OF CHANGE OF ADDRESS

      PLEASE TAKE NOTICE that Jesus M. Suarez, counsel for the Florida House of

Representatives, files this Notice of Change of Address in the above-captioned case. All future

filings shall be sent to the following mailing address:

Jesus M. Suarez
CONTINENTAL PLLC
245 Alcazar Avenue
Coral Gables, Florida 33134

Dated: September 10, 2025

      By: */s/ Jesus M. Suarez*
      Jesus M. Suarez (FBN 60086)
      jsuarez@continentalpllc.com
      CONTINENTAL PLLC
      245 Alcazar Avenue
      Coral Gables, Florida 33134
      Telephone: (305) 677-2707

      *Attorney for Defendant Florida House of*
      *Representatives*