IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 1:24-cv-21983-JB

CUBANOS PA'LANTE, *et al.*,

    *Plaintiffs*,

v.

FLORIDA HOUSE OF REPRESENTATIVES, et al.,

    *Defendants*.

_____/

## PLAINTIFFS' UNOPPOSED MOTION FOR WITHDRAWAL OF COUNSEL

Pursuant to Local Rule 11.1(d)(3)(A), Plaintiffs move to withdraw attorney Andrea Ojeda, as she will no longer work at O'Melveny & Myers after October 7. The remaining co-counsel of record will continue to represent Plaintiffs in this case.

**WHEREFORE**, Plaintiffs respectfully request that this Court grant Andrea Ojeda leave to withdraw.

## LOCAL RULE 7.1(a)(3) CERTIFICATE OF CONFERRAL

Plaintiffs' counsel conferred with the counsel for Defendants, who do not oppose this motion.

Respectfully submitted October 7, 2025,

/s/ Nicholas L.V. Warren

| | |
|---|---|
| Nicholas L.V. Warren (FBN 1019018) | Andrew Frackman* |
| Daniel B. Tilley (FBN 102882) | **O'Melveny & Myers LLP** |
| Caroline A. McNamara (FBN 1038312) | 1301 Avenue of the Americas, 17th Floor |
| **ACLU Foundation of Florida** | New York, NY 10019 |
| 4343 West Flagler Street, Suite 400 | (212) 326-2000 |
| Miami, FL 33134 | afrackman@omm.com |
| (786) 363-1769 | |
| nwarren@aclufl.org | Brian P. Quinn* |
| dtilley@aclufl.org | Patrick J. Jones* |
| cmcnamara@aclufl.org | Emily Murphy* |
| | Gabrielle S. Jackson* |
| Jorge L. Vasquez, Jr.* | Andrea Ojeda* |
| **Vasquez Attorneys at Law, PC** | **O'Melveny & Myers LLP** |
| 141 Parkway Road, Suite 14 | 1625 Eye Street NW |

1

<div style="display:flex;">
<div>
Bronxville, NY 10708  
(212) 752-8408  
jorge@vasquezpc.com  

*Admitted pro hac vice*
</div>
<div>
Washington, DC 20006  
(202) 383-5300  
bquinn@omm.com  
pjones@omm.com  
emurphy@omm.com  
gjackson@omm.com  
aojeda@omm.com  

*Counsel for Plaintiffs*
</div>
</div>