IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO. 1:24-21983-CIVIL BECERRA/TORRES

CUBANOS PA'LANTE, et al.,

   *Plaintiffs*,

v.

FLORIDA HOUSE OF REPRESENTATIVES,
et al.,

   *Defendants*.
_____/

## MOTION TO WITHDRAW AS COUNSEL

Under Local Rule 11.1(d)(3)(A), Michael Beato moves this Court to grant him leave to withdraw as counsel for Defendant Secretary Byrd. After October 10, Mr. Beato will no longer work at Holtzman Vogel. The Secretary consents to the withdrawal, and the Secretary will continue to be represented by counsel in this case. Future correspondence and documents should be served on the remaining counsel for the Secretary:

> Mohammad O. Jazil
> HOLTZMAN VOGEL BARAN TORCHINSKY & JOSEFIAK PLLC
> 119 South Monroe Street, Suite 500
> Tallahassee, Florida 32301
> (850) 270-5938
> mjazil@holtzmanvogel.com

**Local Rule 7.1(a)(3) Certificate of Conferral**

I certify that I conferred with Plaintiffs' counsel. Plaintiffs don't oppose this motion.

Dated: October 8, 2025

Respectfully submitted by,

/s/ Michael Beato
Michael Beato (FBN 1017715)
HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK PLLC
119 S. Monroe St. Suite 500
Tallahassee, FL 32301
(850) 270-5938
mbeato@holtzmanvogel.com

*Counsel for the Secretary*

## CERTIFICATE OF SERVICE

I certify that on October 8, 2025, I electronically filed the foregoing with the Clerk of Court by using CM/ECF, which automatically serves all counsel of record for the parties who have appeared.

/s/ Michael Beato
Michael Beato