# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 1:24-cv-21983-JB

CUBANOS PA'LANTE, *et al.*,

    *Plaintiffs*,

v.

FLORIDA HOUSE OF REPRESENTATIVES, *et al.*,

    *Defendants*.

_____/

## PLAINTIFFS' UNOPPOSED MOTION FOR LISTENING-ONLY AUDIO CONFERENCE LINE FOR OCTOBER 29, 2025 HEARING

Plaintiffs move this Court to provide a listening-only audio conference line for the upcoming hearing on Defendant Florida House of Representatives' motion for summary judgment, scheduled for October 29, 2025. Because there is good cause for the requested relief, the court should grant this Motion. In further support, Plaintiffs state as follows:

1. The Court has set an in-person hearing on dispositive pretrial motions for October 29, 2025 at 1:00 P.M. in Miami. Scheduling Order, ECF No. 98 at 2.

2. Counsel for both Plaintiffs and Defendant Florida House of Representatives plan to attend the hearing in-person to argue the case at the scheduled time.

3. However, other attorneys heavily involved in briefing this matter would like to attend and hear the arguments without incurring the burden and expense of appearing in-person.

4. Counsel seeking to attend the hearing via this audio-only conference line will not take any part in the oral argument.

5. Additionally, a listening-only conference line would permit Plaintiffs (including those who do not live in the Miami area) who are unable to attend the hearing in-person due to work, school, and family obligations to listen to the arguments.

6. This request is made in good faith and will not prejudice any party. The House takes no position on this request; the Secretary of State defers to the Court's preference.

**WHEREFORE**, Plaintiffs respectfully requests that the Court provide an audio-only dial-in number for counsel and parties to listen to the October 29, 2025 oral argument.

## LOCAL RULE 7.1(a)(3) CERTIFICATE OF CONFERRAL

Plaintiffs' counsel conferred with counsel for Defendants in a good-faith effort to resolve the issues raised in this motion by email on October 21–22 2025. The House takes no position. The Secretary of State defers to the Court's preference.

Respectfully submitted October 23, 2025,

 /s/ Nicholas L.V. Warren

Andrew Frackman*
**O'Melveny & Myers LLP**
1301 Avenue of the Americas, 17th Floor
New York, NY 10019
(212) 326-2000
afrackman@omm.com

Brian P. Quinn*
Patrick J. Jones*
Emily Murphy*
Gabrielle S. Jackson*
**O'Melveny & Myers LLP**
1625 Eye Street NW
Washington, DC 20006
(202) 383-5300
bquinn@omm.com
pjones@omm.com
emurphy@omm.com
gjackson@omm.com

Nicholas L.V. Warren (FBN 1019018)
Daniel B. Tilley (FBN 102882)
Caroline A. McNamara (FBN 1038312)
**ACLU Foundation of Florida, Inc.**
4343 West Flagler Street, Suite 400
Miami, FL 33134
(786) 363-1769
nwarren@aclufl.org
dtilley@aclufl.org
cmcnamara@aclufl.org

Jorge L. Vasquez, Jr.*
**Vasquez Attorneys at Law, PC**
141 Parkway Road, Suite 14
Bronxville, NY 10708
(212) 752-8408
jorge@vasquezpc.com

*Admitted pro hac vice*

*Counsel for Plaintiffs*