**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

**Case No. 1:24-cv-21983-JB**

CUBANOS PA'LANTE, et al.,

     Plaintiffs,

v.

FLORIDA HOUSE OF
REPRESENTATIVES, et al.,

     Defendants.

_____/

## MEDIATOR'S REPORT

In accordance with Local Rule 16.2(f)(1) and this Court's Scheduling Order dated March 17, 2025 (DE 98), the undersigned reports that all Parties and their counsel appeared before me for the court-ordered mediation on November 5, 2025. No settlement was reached, and an impasse was declared.

Respectfully submitted,

**BILZIN SUMBERG BAENA PRICE &**
**AXELROD LLP**
1450 Brickell Avenue, 23rd Floor
Miami, Florida 33131
Telephone: (305) 375-6127
Facsimile: (305) 351-2265

By: */s/ Michael A. Hanzman, Mediator*
Michael A. Hanzman
Florida Bar No.: 510637
mhanzman@bilzin.com

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on November 5, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

By: <u>*/s/ Michael A. Hanzman*</u>
Michael A. Hanzman, Mediator