IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 1:24-cv-21983-JB

CUBANOS PA'LANTE, *et al.*,

    *Plaintiffs*,

v.

FLORIDA HOUSE OF REPRESENTATIVES, *et al.*,

    *Defendants*.

_____/

**PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY**

    Plaintiffs give notice of the attached decision *LULAC v. Abbott*, --- F. Supp. 3d ---, No. 3:21-cv-259, 2025 WL 3215715 (W.D. Tex. Nov. 18, 2025), preliminarily enjoining Texas's new congressional map adopted in August 2025 in a Fourteenth Amendment racial-gerrymandering challenge, following a nine-day evidentiary hearing last month.

    The decision credits contemporaneous statements of key lawmakers (slip op. at 30–35, 66–90); evaluates statewide evidence as part of its district-by-district analysis (*e.g. id.* at 51 n.154); discounts the mapmaker's personal explanations for district configurations (*id.* at 90–104); and explains that the presumption of good faith means not that courts must presume legislatures acted legally, but rather that, "[w]hen confronted with evidence that could plausibly support either a racial or a non-racial motivation for a legislature's actions, district courts must draw the inference that cuts in the legislature's favor" (*id.* at 58 (cleaned up)).

    All these points support Plaintiffs' arguments in response to the House's summary-judgment motion (ECF No. 127 at 5–15, 20). The decision also supports Plaintiffs' position stated during oral argument that the Court should not delay this case pending a Supreme Court ruling in *Louisiana v. Callais*.

Respectfully submitted November 19, 2025,

 /s/ *Nicholas L.V. Warren*

| | |
|---|---|
| Andrew Frackman* | Nicholas L.V. Warren (FBN 1019018) |
| **O'Melveny & Myers LLP** | Daniel B. Tilley (FBN 102882) |
| 1301 Avenue of the Americas, 17th Floor | Caroline A. McNamara (FBN 1038312) |
| New York, NY 10019 | **ACLU Foundation of Florida, Inc.** |
| (212) 326-2000 | 4343 West Flagler Street, Suite 400 |

1

afrackman@omm.com

Brian P. Quinn*
Patrick J. Jones*
Emily Murphy*
Gabrielle S. Jackson*
**O'Melveny & Myers LLP**
1625 Eye Street NW
Washington, DC 20006
(202) 383-5300
bquinn@omm.com
pjones@omm.com
emurphy@omm.com
gjackson@omm.com

Miami, FL 33134
(786) 363-1769
nwarren@aclufl.org
dtilley@aclufl.org
cmcnamara@aclufl.org

Jorge L. Vasquez, Jr.*
**Vasquez Attorneys at Law, PC**
141 Parkway Road, Suite 14
Bronxville, NY 10708
(212) 752-8408
jorge@vasquezpc.com

*Admitted pro hac vice*

*Counsel for Plaintiffs*