**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 1:24-cv-21983-JB**

CUBANOS PA'LANTE, *et al.*,

       Plaintiffs,

v.

FLORIDA HOUSE OF REPRESENTATIVES
and CORD BYRD, in his official capacity as
Florida Secretary of State,

       Defendants.

_____/

**DEFENDANT FLORIDA HOUSE OF REPRESENTATIVES'**
**RESPONSE TO PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY**

       The issuance of a preliminary injunction in *LULAC* on wholly different facts has no bearing on the motion for summary judgment before this Court. Texas, moreover, has already appealed the district court's order to the Supreme Court. Ex. A.

       For context, the House submits Judge Smith's separately filed, must-read dissent in *Abbott*. *See* Ex. B. Judge Smith not only describes the preliminary-injunction order as the "most blatant exercise of judicial activism" that he has ever witnessed in 37 years as a federal judge, *id.* at 5, but also accuses its author of "pernicious judicial misbehavior," *id.* at 1. The dissent explains in detail why, in Judge Smith's view, the majority opinion is "replete with legal and factual error, and accompanied by naked procedural abuse." *Id.* at 104.

       Judge Smith's dissent also opines that, with a decision impending in *Callais*, the district court should not have opined on the merits. Ex. B at 13. Judge Smith concluded that, since a "fundamental shift in voting-rights jurisprudence is not unlikely," any opinion on the merits amounts to "a general guess as to whether existing voting-rights jurisprudence will survive *Callais*." *Id.* This reasoning further supports a postponement of trial pending the *Callais* decision.

Dated November 20, 2025.

Respectfully submitted,

/s/ *Andy Bardos*

| | |
|---|---|
| Christopher M. Kise (FBN 855545) | Andy Bardos (FBN 822671) |
| ckise@continentalpllc.com | andy.bardos@gray-robinson.com |
| CONTINENTAL PLLC | GRAYROBINSON, P.A. |
| 101 North Monroe Street, Suite 750 | 301 South Bronough Street, Suite 600 |
| Tallahassee, Florida 32301 | Tallahassee, Florida 32301-1724 |
| Telephone: 850-270-2211 | Telephone: 850-577-9090 |

Jesus M. Suarez (FBN 60086)
jsuarez@continentalpllc.com
Carmen Manrara Cartaya (FBN 73887)
ccartaya@continentalpllc.com
CONTINENTAL PLLC
255 Alhambra Circle, Suite 640
Coral Gables, Florida 33134
Telephone: 305-677-2707

*Attorneys for Defendant, Florida House of Representatives*