# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*,<br><br>　　　　*Plaintiffs,*<br><br>ALEXANDER GREEN, *et al.*,<br><br>　　　　*Plaintiff-Intervenors,*<br><br>V.<br><br>GREG ABBOTT, *et al.*,<br><br>　　　　*Defendants.* | 3:21-cv-00259-DCG-JES-JVB<br><br>[Lead Case]<br><br>&<br><br>All Consolidated Cases |

## THE STATE OF TEXAS'S NOTICE OF APPEAL

Notice is hereby given that Defendants, the State of Texas; Greg Abbott, in his official capacity as Governor of Texas; Jane Nelson, in her official capacity as Secretary of State; and Dave Nelson, in his official capacity as Deputy Secretary of State, (collectively, "State Defendants") hereby appeal this Court's November 18, 2025 order granting a preliminary injunction, ECF No. 1437, to the United States Supreme Court. This appeal is taken pursuant to 28 U.S.C. § 1253.

Exhibit A

Date: November 18, 2025

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

RYAN D. WALTERS
Deputy Attorney General for Legal Strategy

WILLIAM D. WASSDORF
Associate Deputy Attorney General for Civil Litigation
Texas Bar No. 24103022

OFFICE OF THE ATTORNEY GENERAL OF TEXAS
Special Litigation Division
P.O. Box 12548 (MC-009)
Austin, Texas 78711-2548
Phone: (512) 936-1700
Fax: (512) 457-4410
ryan.kercher@oag.texas.gov
william.wassdorf@oag.texas.gov
david.bryant@oag.texas.gov
zachary.rhines@oag.texas.gov
munera.al-fuhaid@oag.texas.gov
zachary.berg@oag.texas.gov
ali.thorburn@oag.texas.gov
thomas.bevilacqua@oag.texas.gov

Respectfully submitted,

*/s/ Ryan G. Kercher*
RYAN G. KERCHER
Chief, Special Litigation Division
Texas Bar No. 24060998

DAVID BRYANT
Senior Special Counsel
Texas Bar No. 03281500

ZACHARY L. RHINES
Special Counsel
Texas Bar No. 24116957

MUNERA AL-FUHAID
Special Counsel
Texas Bar No. 24094501

ZACHARY W. BERG
Special Counsel
Texas Bar No. 24107706

ALI M. THORBURN
Special Counsel
Texas Bar No. 24125064

THOMAS MATTHEW BEVILACQUA
Assistant Attorney General
General Litigation Division
Texas Bar No. 00793342

COUNSEL FOR STATE DEFENDANTS

1

## CERTIFICATE OF SERVICE

      I certify that on November 18, 2025, a true and accurate copy of the foregoing document was filed and served electronically (via CM/ECF).

LINDSEY B. COHAN
Texas Bar No. 24083903
DECHERT LLP
515 Congress Avenue, Suite 1400
Austin, TX 78701
(512) 394-3000
lindsey.cohan@dechert.com

ROBERT WEINER
DAVID ROLLINS-BOYD*
JENNIFER NWACHUKWU
JEREMY LEWIS*
LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW
1500 K Street, Suite 900
Washington, DC 20005
(202) 662-8600
robert.weiner@lawyerscommittee.org
drollins-boyd@lawyerscommittee.org
jnwachukwu@lawyerscommittee.org
jlewis@lawyerscommittee.org

NEIL STEINER*
DECHERT LLP
1095 Avenue of the Americas
New York, NY 10036
(212) 698-3822
neil.steiner@dechert.com

ANTHONY P. ASHTON*
NAACP OFFICE OF THE GENERAL COUNSEL
4805 Mount Hope Drive
Baltimore, MD 21215
(410) 580-577
aashton@naacpnet.org

JANETTE M. LOUARD
NAACP OFFICE OF THE GENERAL COUNSEL
4805 Mount Hope Drive
Baltimore, MD 21215
(410) 580-577
jlouard@naacpnet.org

*ATTORNEYS FOR THE TEXAS STATE CONFERENCE OF NAACP*

ROBERT NOTZON
Texas Bar No. 00797934
THE LAW OFFICE OF ROBERT NOTZON
1502 West Avenue
Austin, Texas 78701
(512) 474-7563
robert@notzonlaw.com

GARY BLEDSOE
Texas Bar No. 02476500
THE BLEDSOE LAW FIRM PLLC
6633 Highway 290 East #208
Austin, Texas 78723-1157
(512) 322-9992
gbledsoe@thebledsoelawfirm.com

*ATTORNEYS FOR PLAINTIFF-INTERVENORS ALEXANDER GREEN AND JASMINE CROCKETT*

2

NINA PERALES
JULIA LONGORIA
SABRINA RODRIGUEZ
Mexican American Legal Defense and
Educational Fund (MALDEF)
110 Broadway Street, Suite 300
San Antonio, TX 787205
(210) 224-5476
Fax: (210) 224-5382
nperales@maldef.org
jlongoria@maldef.org
srodriguez@maldef.org

ERNEST I. HERRERA
Mexican American Legal Defense and
Educational Fund (MALDEF)
634 S. Spring Street, 9th Floor
Los Angeles, CA 90014
(210) 629-2512
eherrera@maldef.org

KHRYSTAN N. POLICARPIO*
Mexican American Legal Defense and
Educational Fund (MALDEF)
1512 14th Street
Sacramento, CA 95814
(916) 444-3031
kpolicarpio@maldef.org
*Admitted pro hac vice

COUNSEL FOR LULAC PLAINTIFFS

SOMMERMAN, MCCAFFITY,
QUESADA & GEISLER, L.L.P.
SEAN J. MCCAFFITY
State Bar No. 24013122
GEORGE (TEX) QUESADA
State Bar No. 16427750
3811 Turtle Creek Blvd., Suite 1400
Dallas, Texas 75219-4461
214-720-0720 (Telephone)
214-720-0184 (Facsimile)
SMcCaffity@textrial.com
Quesada@textrial.com

COUNSEL FOR MALC PLAINTIFFS

CHAD W. DUNN
Tex. Bar No. 24036507
Brazil & Dunn
4407 Bee Caves Road
Building 1, Ste. 111
Austin, TX 78746
(512) 717-9822
chad@brazilanddunn.com

MARK P. GABER*
Mark P. Gaber PLLC
P.O. Box 34481
Washington, DC 20043
(715) 482-4066
mark@markgaber.com

JESSE GAINES*
Tex. Bar. No. 07570800
P.O. Box 50093
Fort Worth, TX 76105
817-714-9988
gainesjesse@ymail.com

MOLLY E. DANAHY*
P.O. Box 51
Helena, MT 59624
(406) 616-3058
danahy.molly@gmail.com

SONNI WAKNIN*
6417 N Figueroa St. # 10
Los Angeles, CA 90042
732-610-1283
sonniwaknin@gmail.com
*Admitted pro hac vice

COUNSEL FOR BROOKS PLAINTIFFS

RENEA HICKS
Attorney at Law
Texas Bar No. 09580400
Law Office of Max Renea Hicks
P.O. Box 303187
Austin, Texas 78703-0504
(512) 480-8231
rhicks@renea-hicks.com

3

DAVID R. FOX  
RICHARD A. MEDINA  
JAMES J. PINCHAK  
**ELIAS LAW GROUP LLP**  
250 Massachusetts Ave. NW, Suite 400  
Washington, D.C. 20001  
Telephone: (202) 968-4490  
dfox@elias.law  
rmedina@elias.law  
jpinchak@elias.law  

ABHA KHANNA  
**ELIAS LAW GROUP LLP**  
1700 Seventh Ave, Suite 2100  
Seattle, WA 98101  
Telephone: (206) 656-0177  
akhanna@elias.law  

COUNSEL FOR GONZALES PLAINTIFFS

*/s/ Ryan G. Kercher*  
RYAN G. KERCHER  
Chief, Special Litigation Division

4