UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:24-cv-21983-JB

CUBANOS PA'LANTE, *et al.*,

    Plaintiffs,

v.

FLORIDA HOUSE OF REPRESENTATIVES
and CORD BYRD, in his official capacity as
Florida Secretary of State,

    Defendants.
_____/

## NOTICE OF ATTORNEY APPEARANCE

PLEASE TAKE NOTICE that Jennifer Marie Hernandez of the law firm CONTINENTAL PLLC gives notice of appearance as counsel of record for Defendant Florida House of Representatives. Ms. Hernandez requests to be added to the list of persons who receive all CM/ECF Notices in this matter.

Dated: November 26, 2025.

By: */s/ Jennifer M. Hernandez*
Jennifer Marie Hernandez
Florida Bar No. 1018836
jhernandez@continentalpllc.com
CONTINENTAL PLLC
245 Alcazar Avenue,
Coral Gables, Florida 33134
Telephone: (305) 677-2707

*Attorney for Defendant Florida House of Representatives*