IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 1:24-cv-21983-JB

CUBANOS PA'LANTE, *et al.*,

    *Plaintiffs*,

v.

FLORIDA HOUSE OF
REPRESENTATIVES, *et al.*,

    *Defendants*.

_____/

**PLAINTIFFS' RULE 26(a)(3) PRETRIAL DISCLOSURES**

Pursuant to FRCP 26(a)(3) and Local Rule 16.1(d), Plaintiffs disclose the following information about the information that they may present at trial other than solely for impeachment.

**I.   Witnesses**

Plaintiffs expect to present the following witnesses:

1. Cynthia Perez, c/o Plaintiffs' counsel
2. Rebecca Pelham, c/o Plaintiffs' counsel
3. Camila Suarez Melinkoff, c/o Plaintiffs' counsel
4. Enrique Cruz, c/o Plaintiffs' counsel
5. Cindy Polo, c/o Plaintiffs' counsel
6. Genesis Castilla Falcon, c/o Plaintiffs' counsel
7. Diana Belbruno, c/o Plaintiffs' counsel
8. Jason Poreda, c/o House's counsel
9. Dr. Carolyn Abott, c/o Plaintiffs' counsel
10. Dr. Cory McCartan, c/o Plaintiffs' counsel
11. Dr. Hannah Walker, c/o Plaintiffs' counsel
12. Sen. Annette Taddeo, 7351 SW 90th St, Miami, FL 33156, (305) 801-5873
13. Rep. Fentrice Driskell, 13220 N 56th St, Ste A, Temple Terrace, FL 33617, (863) 838-4954

Plaintiffs may call the following witnesses if the need arises:

1. Michael Rivero, c/o Plaintiffs' counsel
2. Monica Bustinza, c/o Plaintiffs' counsel

1

3. Adem Seker, c/o Plaintiffs' counsel
4. David Brito-Murphy, c/o Plaintiffs' counsel
5. Rep. Anna Eskamani, 1507 E Concord St, Orlando, FL 32803, (407) 376-3609
6. Xavier Pichs, 2700 NW 87th Ave, Miami, FL 33172, (305) 499-8683

## II.   Deposition Designations

Plaintiffs expect to present the following testimony by deposition:

1. Xavier Pichs: 5:18–6:5, 18:7–19:15, 25:18–26:1, 27:6–28:18, 30:21–33:2, 46:19–47:10, 51:10–22, 56:19–57:20, 60:3–61:13, 63:19–64:10, 65:5–67:21, 68:19–73:15, 93:12–95:17, 104:4–107:5, 109:6–110:17, 111:12–21, 112:4–113:4, 114:20–119:22, 124:19–125:13.

### III. Exhibits

Plaintiffs expect to or may offer the following documents:

| No. | Description | Date | Notes | Will/May Offer |
|---|---|---|---|---|
| 1 | Second Amended Complaint | 9/26/24 | ECF 58 | Will offer |
| 2 | House's Answer to 2nd Am. Compl. | 2/27/25 | ECF 94 | Will offer |
| 3 | Secretary's Answer to 2nd Am. Compl. | 2/27/25 | ECF 95 | Will offer |
| 4 | Stipulation re Cubanos Membership | 1/30/25 | ECF 86 | Will offer |
| 5 | Stipulation re EOG Involvement | 5/14/25 | ECF 126-21 | Will offer |
| 6 | House's 2nd Am. Initial Disclosures | 6/5/25 | | May offer |
| 7 | Secretary's Am. Initial Disclosures | 10/10/24 | | May offer |
| 8 | House's Response to Plfs.' 1st RFP | 8/9/24 | | May offer |
| 9 | House's Am. Response to Plfs.' 2nd RFP | 1/14/25 | | May offer |
| 10 | House's Response to Plfs.' 3rd RFP | 4/18/25 | | May offer |
| 11 | House's Privilege Log | 8/23/24 | | May offer |
| 12 | Secretary's Response to Plfs.' 1st RFP | 10/11/24 | | May offer |
| 13 | Secretary's Response to Plfs.' 2nd RFP | 12/4/24 | | May offer |
| 14 | Florida Senate's Response to Subpoena to Produce Documents | 8/16/24 | | May offer |
| 15 | Florida Senate's Categorical Privilege Log | 10/4/24 | | May offer |
| 16 | House's Answers to Plfs.' 1st RFAs | 9/12/24 | | Will offer |
| 17 | House's Am. Answers to Plfs.' 2nd RFAs | 5/30/25 | | Will offer |
| 18 | House's Answers to Plfs.' 3rd RFAs | 7/18/25 | | Will offer |
| 19 | SOS's Answers to Plfs.' 1st RFAs | 9/12/24 | | Will offer |
| 20 | SOS's Answers to Plfs.' 2nd RFAs | 7/18/25 | | Will offer |
| 21 | House's Response to Plfs.' 1st ROGs | 9/12/24 | | May offer |

| 22 | House's Am. Response to Plfs.' 2nd ROGs | 5/30/25 | | May offer |
|---|---|---|---|---|
| 23 | SOS's Response to Plfs.' 1st ROGs | 9/12/24 | | May offer |
| 24 | SOS's Am. Responses to Plfs.' 3rd ROGs | 5/15/25 | | May offer |
| 25 | Email from Plfs.' counsel re legislator and staff depositions, "Cubanos Pa'lante - 26(f) conference planning" | 6/28/24 | | May offer |
| 26 | Email from House's counsel re Leda Kelly deposition, "RE: Cubanos - 30(b)(6) topics and scheduling" | 6/4/25 | | May offer |
| 27 | Fair Districts Amendments text | | Poreda Ex. 4 | May offer |
| 28 | *League of Women Voters of Fla. v. Detzner* (*Apportionment VIII*), 179 So. 3d 258 (Fla. 2015) | 12/2/15 | | May offer |
| 29 | *Apportionment VIII* excerpt, n.14 | 12/2/15 | Poreda Ex. 6 | May offer |
| 30 | House's Brief, *In re SJR 100*, No. SC22-131 (Fla. Feb. 19, 2022) | 2/19/22 | | May offer |
| 31 | "Taking a Deeper Look at Hispanic Voting Patterns in South Florida" by Matt A. Barreto and Angela Gutierrez, UCLA Latino Policy & Politics Initiative | 3/4/22 | | May offer |
| 32 | Draft Potential QA | | Poreda Ex. 20; SOS-95618 to -95624 | May offer |
| 33 | Map of P000H0019 showing HDs 118 and 119 | 10/18/21 | | May offer |
| 34 | Alex Kelly deposition vol. 2, p. 277, *Black Voters Matter Capacity Bldg. Inst. v. Byrd*, No. 2022 CA 666 (Fla. 2nd Jud. Cir. Jun. 8, 2023) | 6/8/23 | Poreda Ex. 18 | May offer |
| 35 | Evidentiary hearing transcript, vol. 2, pp. 208–213, *Romo v. Detzner*, No. 2012 CA 412 (Fla. 2nd Jud. Cir. Sep. 24, 2015) | 9/24/15 | Poreda Ex. 19 | May offer |
| 36 | Poreda Depo. Tr. | 7/17/25 | For impeachment only | May offer |
| 37 | Gonzalez Depo. Tr. | 7/9/25 | For impeachment only | May offer |
| 38 | Trende Depo. Tr. | 7/2/25 | For impeachment only | May offer |
| 39 | Tbl. 1: District Racial Compositions in South Florida (Modified) | | Trende Ex. 6 | May offer |

| | | | | |
|---|---|---|---|---|
| 40 | Tbl. 2: District Racial Compositions for Districts 19, 24, 26, 27, and 28 in Plaintiffs' Maps (Modified) | | Trende Ex. 7 | May offer |
| 41 | Trende Report | | For impeachment only | May offer |
| 42 | Gonzalez Report | | For impeachment only | May offer |
| 43 | Engage Miami member list | | To be created and produced by 12/11/25 | Will offer |
| 44 | Engage Miami member list, annotated | | To be created and produced by 12/11/25 | Will offer |
| 45 | Engage Miami Amended Bylaws | 7/17/24 | Pelham Ex. 2; Cubanos-35 to -48 | May offer |
| 46 | Engage Miami Member Commitments form | 11/16/24 | Pelham Ex. 13; Cubanos-997 to -1000 | May offer |
| 47 | Engage Miami Young People's Platform 2024 | | Cubanos-5945 to -5948 | May offer |
| 48 | Engage Miami redistricting slideshow | | Cubanos-5853 to -5863 | May offer |
| 49 | FIU Club member list | | To be created and produced by 12/11/25 | Will offer |
| 50 | FIU Club member list, annotated | | To be created and produced by 12/11/25 | Will offer |
| 51 | FIU Club/Engage Miami joint event flyer, "Accessing the Panther Vote" | 9/10/24 | Cubanos-185 | May offer |
| 52 | FIU Club flyer, "Panthers Vote!" | 10/29/24 | Cubanos-189 | May offer |
| 53 | FIU Club Hispanic Heritage Month flyer, "Human Library" | 10/15/24 | Cubanos-196 | May offer |
| 54 | FIU Club Constitution Fall 2024–Spring 2025 | 9/1/24 | Cubanos-131 to -133 | May offer |
| 55 | Cubanos Pa'lante Bylaws | 3/28/23 | Cubanos-167 to -175 | May offer |
| 56 | Walker CV | | | Will offer |
| 57 | Abott CV | | | Will offer |

| | | | | |
|---|---|---|---|---|
| 58 | McCartan CV | | | Will offer |
| 59 | Walker Report | 3/21/25 | Walker Ex. 1 | May offer |
| 60 | Walker Rebuttal Report | 6/23/25 | Walker Ex. 18 | May offer |
| 61 | Abott Report | 3/21/25 | | May offer |
| 62 | Abott Rebuttal Report | 6/20/25 | | May offer |
| 63 | Errata to Abott Report | 6/27/25 | | May offer |
| 64 | Supplemental Abott Report | 11/26/25 | | May offer |
| 65 | McCartan Report | 3/21/25 | | May offer |
| 66 | McCartan Rebuttal Report | 6/23/25 | | May offer |
| 67 | Supplemental McCartan Report | 11/26/25 | | May offer |
| 68 | Letter from Plfs.' counsel to Dr. Walker, "Assignment for Expert Report on Florida Redistricting Matter" | 6/3/24 | Walker Ex. 2 | May offer |
| 69 | Letter from Plfs.' counsel to Dr. Walker, "Supplemental Assignment for Expert Report on Florida Redistricting Matter" | 8/5/24 | Walker Ex. 3 | May offer |
| 70 | Letter from Plfs.' counsel to Dr. McCartan, "Assignment for Expert Report on Florida Redistricting Matter" | 5/21/24 | McCartan Ex. 2 | Will offer |
| 71 | Attachment to Dr. McCartan's assignment - Sen. Rodrigues Memo, "Committee Directives to Staff on Map-Drawing" | 10/18/21 | McCartan Ex. 4 | Will offer |
| 72 | Letter from Plfs.' counsel to Dr. McCartan, "Addendum to Assignment for Expert Report on Florida Redistricting Matter" | 2/28/25 | McCartan Ex. 3 | Will offer |
| 73 | McCartan House Plan A1 | | | Will offer |
| 74 | McCartan House Plan A2 | | | Will offer |
| 75 | McCartan House Plan B | | | Will offer |
| 76 | McCartan House Plan C1 | | | Will offer |
| 77 | McCartan House Plan C2 | | | Will offer |
| 78 | McCartan House Plan C3 | | | Will offer |

6

| 79 | McCartan House Plan C4 | | | Will offer |
|---|---|---|---|---|
| 80 | McCartan House Plan D | 11/26/25 | | Will offer |
| 81 | McCartan Congressional Plan A | | | Will offer |
| 82 | McCartan Congressional Plan B1 | | | Will offer |
| 83 | McCartan Congressional Plan B2 | | | Will offer |
| 84 | McCartan Congressional Plan C1 | | | Will offer |
| 85 | McCartan Congressional Plan C2 | | | Will offer |
| 86 | McCartan Congressional Plan D | | | Will offer |
| 87 | Walker Rep. tbl. 1 - List of Elections Analyzed | 3/21/25 | | May offer |
| 88 | Walker Rep. tbl. 2 - Summary of Hispanic Bloc Voting in HD 103 | 3/21/25 | | May offer |
| 89 | Walker Rep. fig. 1 - Bivariate association between candidate support and % Hispanic voters in HD 103 | 3/21/25 | | May offer |
| 90 | Walker Rep. fig. 2 - Estimated Hispanic support for a given candidate in House District 103. | 3/21/25 | | May offer |
| 91 | Walker Rep. tbl. 3 - Summary of Hispanic Bloc Voting in HD 105 | 3/21/25 | | May offer |
| 92 | Walker Rep. fig. 3 - Bivariate association between candidate support and % Hispanic voters in HD 105 | 3/21/25 | | May offer |
| 93 | Walker Rep. fig. 4 - Estimated Hispanic support for a given candidate in HD 105 | 3/21/25 | | May offer |
| 94 | Walker Rep. tbl. 4 - Summary of Hispanic Bloc Voting in HD 110 | 3/21/25 | | May offer |
| 95 | Walker Rep. fig. 5 - Bivariate association between candidate support and % Hispanic voters in HD 110 | 3/21/25 | | May offer |
| 96 | Walker Rep. fig. 6 - Estimated Hispanic support for a given candidate in HD 110 | 3/21/25 | | May offer |
| 97 | Walker Rep. tbl. 5 - Summary of Hispanic Bloc Voting in HD 111 | 3/21/25 | | May offer |

| | | | | |
|---|---|---|---|---|
| 98 | Walker Rep. fig. 7 - Bivariate association between candidate support and % Hispanic voters in HD 111 | 3/21/25 | | May offer |
| 99 | Walker Rep. fig. 8 - Estimated Hispanic support for a given candidate in HD 111 | 3/21/25 | | May offer |
| 100 | Walker Rep. tbl. 6 - Summary of Hispanic Bloc Voting in HD 112 | 3/21/25 | | May offer |
| 101 | Walker Rep. fig. 9 - Bivariate association between candidate support and % Hispanic voters in HD 112 | 3/21/25 | | May offer |
| 102 | Walker Rep. fig. 10 - Estimated Hispanic support for a given candidate in HD 112 | 3/21/25 | | May offer |
| 103 | Walker Rep. tbl. 7 - Summary of Hispanic Bloc Voting in HD 113 | 3/21/25 | | May offer |
| 104 | Walker Rep. fig. 11 - Bivariate association between candidate support and % Hispanic voters in HD 113 | 3/21/25 | | May offer |
| 105 | Walker Rep. fig. 12 - Estimated Hispanic support for a given candidate in HD 113 | 3/21/25 | | May offer |
| 106 | Walker Rep. tbl. 8 - Summary of Hispanic Bloc Voting in HD 114 | 3/21/25 | | May offer |
| 107 | Walker Rep. fig. 13 - Bivariate association between candidate support and % Hispanic voters in HD 114 | 3/21/25 | | May offer |
| 108 | Walker Rep. fig. 14 - Estimated Hispanic support for a given candidate in HD 114 | 3/21/25 | | May offer |
| 109 | Walker Rep. tbl. 9 - Summary of Hispanic Bloc Voting in HD 115 | 3/21/25 | | May offer |
| 110 | Walker Rep. fig. 15 - Bivariate association between candidate support and % Hispanic voters in HD 115 | 3/21/25 | | May offer |
| 111 | Walker Rep. fig. 16 - Estimated Hispanic support for a given candidate in HD 115 | 3/21/25 | | May offer |
| 112 | Walker Rep. tbl. 10 - Summary of Hispanic Bloc Voting in HD 116 | 3/21/25 | | May offer |
| 113 | Walker Rep. fig. 17 - Bivariate association between candidate support and % Hispanic voters in HD 116 | 3/21/25 | | May offer |

| | | | | |
|---|---|---|---|---|
| 114 | Walker Rep. fig. 18 - Estimated Hispanic support for a given candidate in HD 116 | 3/21/25 | | May offer |
| 115 | Walker Rep. tbl. 11 - Summary of Hispanic Bloc Voting in HD 118 | 3/21/25 | | May offer |
| 116 | Walker Rep. fig. 19 - Bivariate association between candidate support and % Hispanic voters in HD 118 | 3/21/25 | | May offer |
| 117 | Walker Rep. fig. 20 - Estimated Hispanic support for a given candidate in HD 118 | 3/21/25 | | May offer |
| 118 | Walker Rep. tbl. 12 - Summary of Hispanic Bloc Voting in HD 119 | 3/21/25 | | May offer |
| 119 | Walker Rep. fig. 21 - Bivariate association between candidate support and % Hispanic voters in HD 119 | 3/21/25 | | May offer |
| 120 | Walker Rep. fig. 22 - Estimated Hispanic support for a given candidate in HD 119 | 3/21/25 | | May offer |
| 121 | Walker Rep. tbl. 13 - Summary of Hispanic Bloc Voting in CD 25 | 3/21/25 | | May offer |
| 122 | Walker Rep. fig. 23 - Bivariate association between candidate support and % Hispanic voters in CD 25 | 3/21/25 | | May offer |
| 123 | Walker Rep. fig. 24 - Estimated Hispanic support for a given candidate in CD 25 | 3/21/25 | | May offer |
| 124 | Walker Rep. tbl. 14 - Summary of Hispanic Bloc Voting in CD 26 | 3/21/25 | | May offer |
| 125 | Walker Rep. fig. 25 - Bivariate association between candidate support and % Hispanic voters in CD 26 | 3/21/25 | | May offer |
| 126 | Walker Rep. fig. 26 - Estimated Hispanic support for a given candidate in CD 26 | 3/21/25 | | May offer |
| 127 | Walker Rep. tbl. 15 - Summary of Hispanic Bloc Voting in CD 27 | 3/21/25 | | May offer |
| 128 | Walker Rep. fig. 27 - Bivariate association between candidate support and % Hispanic voters in CD 27 | 3/21/25 | | May offer |
| 129 | Walker Rep. fig. 28 - Estimated Hispanic support for a given candidate in CD 27 | 3/21/25 | | May offer |

| | | | | |
|---|---|---|---|---|
| 130 | Walker Rep. tbl. 16 - Summary of Hispanic Bloc Voting in Miami-Dade County | 3/21/25 | | May offer |
| 131 | Walker Rep. fig. 29 - Bivariate association between candidate support and % Hispanic voters in Miami-Dade County | 3/21/25 | | May offer |
| 132 | Walker Rep. fig. 30 - Estimated Hispanic support for a given candidate in Miami-Dade County | 3/21/25 | | May offer |
| 133 | Walker Rep. tbl. 17 - Summary of Hispanic Bloc Voting in Miami-Dade, Monroe and Collier Counties | 3/21/25 | | May offer |
| 134 | Walker Rep. fig. 31 - Bivariate association between candidate support and % Hispanic voters in Miami-Dade, Monroe and Collier Counties (grouped) | 3/21/25 | | May offer |
| 135 | Walker Rep. fig. 32 - Estimated Hispanic support for a given candidate in Miami-Dade, Monroe and Collier Counties (grouped) | 3/21/25 | | May offer |
| 136 | Walker Rep. tbl. 18 - Summary of Hispanic Bloc Voting in Miami-Dade, Monroe, Collier, Broward and Hendry Counties | 3/21/25 | | May offer |
| 137 | Walker Rep. fig. 33 - Bivariate association between candidate support and % Hispanic voters in Miami-Dade, Monroe, Collier, Broward and Hendry Counties (grouped) | 3/21/25 | | May offer |
| 138 | Walker Rep. fig. 34 - Estimated Hispanic support for a given candidate in Miami-Dade, Monroe, Collier, Broward and Hendry Counties (grouped) | 3/21/25 | | May offer |
| 139 | Walker Rep. tbl. 19 - Summary of Hispanic Support for Rep. Candidates in All Jurisdictions Studied | 3/21/25 | | May offer |
| 140 | Walker Rep. tbl. 20 - Summary of Hispanic Support for Dem. Candidates in HD 105 and 113 | 3/21/25 | | May offer |
| 141 | Walker Rep. tbl. 21 - Summary of White Bloc Voting Statewide | 3/21/25 | | May offer |
| 142 | Walker Rep. fig. 35 - Bivariate association between candidate support and percent of voters who are white, statewide | 3/21/25 | | May offer |
| 143 | Walker Rep. fig. 36 - Estimated support for a given candidate by Hispanic voters in South Florida and white voters statewide | 3/21/25 | | May offer |
| 144 | Walker Rep. App'x A, tbl. 1 - Turnout Statistics for CD20 | 3/21/25 | | May offer |

| | | | | |
|---|---|---|---|---|
| 145 | Walker Rep. App'x A, tbl. 2 - General Election Returns for CD20 | 3/21/25 | | May offer |
| 146 | Walker Rep. App'x A, tbl. 3 - Primary Election Returns for CD20 | 3/21/25 | | May offer |
| 147 | Walker Rep. App'x A, tbl. 4 - Turnout Statistics for CD24 | 3/21/25 | | May offer |
| 148 | Walker Rep. App'x A, tbl. 5 - General Election Returns for CD24 | 3/21/25 | | May offer |
| 149 | Walker Rep. App'x A, tbl. 6 - Primary Election Returns for CD24 | 3/21/25 | | May offer |
| 150 | Walker Rep. App'x A, tbl. 7 - Turnout Statistic for HD108, Illustrative Maps A1, A2, B, C1 | 3/21/25 | | May offer |
| 151 | Walker Rep. App'x A, tbl. 8 - Turnout Statistic for HD108, Illustrative Maps C2, C3, C4 | 3/21/25 | | May offer |
| 152 | Walker Rep. App'x A, tbl. 9 - General Election Returns for HD108, Illustrative Maps A1, A2, B, C1 | 3/21/25 | | May offer |
| 153 | Walker Rep. App'x A, tbl. 10 - General Election Returns for HD108, Illustrative Maps C2, C3, C4 | 3/21/25 | | May offer |
| 154 | Walker Rep. App'x A, tbl. 11 - Primary Election Returns for HD108, Illustrative Maps A1, A2, B, C1 | 3/21/25 | | May offer |
| 155 | Walker Rep. App'x A, tbl. 12 - Primary Election Returns for HD108, Illustrative Maps C2, C3, C4 | 3/21/25 | | May offer |
| 156 | Walker Rep. App'x A, tbl. 13 - Turnout Statistics for HD109, Illustrative Maps A1, A2, B, C1 | 3/21/25 | | May offer |
| 157 | Walker Rep. App'x A, tbl. 14 - Turnout Statistics for for HD109, Illustrative Maps C2, C3, C4 | 3/21/25 | | May offer |
| 158 | Walker Rep. App'x A, tbl. 15 - General Election Returns for HD109, Illustrative Maps A1, A2, B, C1 | 3/21/25 | | May offer |
| 159 | Walker Rep. App'x A, tbl. 16 - General Election Returns for HD109, Illustrative Maps C2, C3, C4 | 3/21/25 | | May offer |
| 160 | Walker Rep. App'x A, tbl. 17 - Primary Election Returns for HD109, Illustrative Maps A1, A2, B, C1 | 3/21/25 | | May offer |

| | | | | |
|---|---|---|---|---|
| 161 | Walker Rep. App'x A, tbl. 18 - Primary Election Returns for HD109, Illustrative Maps C2, C3, C4 | 3/21/25 | | May offer |
| 162 | Walker Rebuttal Rep. fig. 1 - Partisan Composition of Registered Hispanic Voters, 11/2020 – 4/2025 | 6/23/25 | | May offer |
| 163 | Walker Rebuttal Rep. fig. 2 - Rep. Registration Advantage Among Hispanics, 11/2020 – 4/2025 | 6/23/25 | | May offer |
| 164 | Walker Rebuttal Rep. tbl. 1 - Rep. Advantage among Hispanic Registered Voters, April 2025 | 6/23/25 | | May offer |
| 165 | Walker Rebuttal Rep. fig. 3 - Partisan Composition of Registered Hispanic Voters, April 2025 | 6/23/25 | | May offer |
| 166 | Walker Rebuttal Rep. App'x tbl. A1 - Total Number of Registered Hispanic Voters by Party, 2020-2025 | 6/23/25 | | May offer |
| 167 | Abott Rep. tbl. 1 - CD Racial Compositions in South Florida | 3/21/25 | | May offer |
| 168 | Abott Rep. fig. 1 - Enacted CDs and HVAP of VTDs and Split VTDs | 3/21/25 | | May offer |
| 169 | Abott Rep. tbl. 2 - District Racial Compositions for CDs 19, 24, 26, 27, and 28 in Plaintiffs' Maps | 3/21/25 | | May offer |
| 170 | Abott Rep. tbl. 3 - HVAP in CD 26 Precincts Split Across Different CDs | 3/21/25 | | May offer |
| 171 | Abott Rep. corrected tbl. 4 - Hispanic Voting-Age Population in CD 26 Precincts and Neighbors Across District Boundaries | 6/27/25 | | May offer |
| 172 | Abott Rep. fig. 2 - CD 26 Boundary in Miami-Dade County and Hispanic VAP of VTDs and Split VTDs | 3/21/25 | | May offer |
| 173 | Abott Rep. tbl. 5 - Rep. Voteshare in CDs 26, 27, and 28 | 3/21/25 | | May offer |
| 174 | Abott Rep. fig. 3 - Enacted CDs and 2020 Presidential Election Results by Precinct | 3/21/25 | | May offer |
| 175 | Abott Rep. tbl. 6 - Rep. Voteshare in CDs 19, 24, 26, 27 and 28 in Plaintiffs' Maps | 3/21/25 | | May offer |
| 176 | Abott Rep. tbl. 7 - HD Racial Compositions in South Florida | 3/21/25 | | May offer |
| 177 | Abott Rep. fig. 4 - Enacted HDs and HVAP of Precincts | 3/21/25 | | May offer |

| | | | | |
|---|---|---|---|---|
| 178 | Abott Rep. tbl. 8 - HVAP for Challenged HDs in Enacted and Plaintiffs' Maps | 3/21/25 | | May offer |
| 179 | Abott Rep. tbl. 9 - HVAP in HD 112 Precincts and Neighbors Across District Boundaries | 3/21/25 | | May offer |
| 180 | Abott Rep. tbl. 10 - HVAP in HD 113 Precincts and Neighbors Across District Boundaries | 3/21/25 | | May offer |
| 181 | Abott Rep. tbl. 11 - HVAP in HD 115 Precincts and Neighbors Across District Boundaries | 3/21/25 | | May offer |
| 182 | Abott Rep. tbl. 12 - HVAP in HD 118 Precincts and Neighbors Across District Boundaries | 3/21/25 | | May offer |
| 183 | Abott Rep. tbl. 13 - HVAP in HD 119 Precincts and Neighbors Across District Boundaries | 3/21/25 | | May offer |
| 184 | Abott Rep. tbl. 14 - Rep. Voteshare in South Florida HDs | 3/21/25 | | May offer |
| 185 | Abott Rep. fig. 5 - Enacted HDs and 2020 Presidential Election Results by Precinct | 3/21/25 | | May offer |
| 186 | Abott Rep. tbl. 15 - 2020 President Rep. Voteshare for Hispanic-Protected HDs in Enacted and Plaintiffs' Maps | 3/21/25 | | May offer |
| 187 | Abott Rebuttal Rep. tbl. 1 - Demographic and VAP Statistics by County and Plan | 6/20/25 | | May offer |
| 188 | Abott Rebuttal Rep. tbl. 2 - Municipalities and CDPs Split Between "Hispanic Protected" and Other Districts | 6/20/25 | | May offer |
| 189 | Abott Rebuttal Rep. tbl. 3 - HVAP in CD 26 Precinct Split Across Different CDs, Enacted Plan | 6/20/25 | | May offer |
| 190 | Abott Rebuttal Rep. tbl. 4 - HVAP in CD 26 Precinct Split Across Different CDs, Map B2 | 6/20/25 | | May offer |
| 191 | Abott Rebuttal Rep. tbl. 5 - HVAP in CD 26 Precincts and Neighbors Across District Boundaries, Enacted Plan | 6/20/25 | | May offer |
| 192 | Abott Rebuttal Rep. tbl. 6 - HVAP in CD 26 Precincts and Neighbors Across District Boundaries, Map B1 | 6/20/25 | | May offer |

| | | | | |
|---|---|---|---|---|
| 193 | Abott Rebuttal Rep. tbl. 7 - HVAP in CD 26 Precincts and Neighbors Across District Boundaries, Map B | 6/20/25 | | May offer |
| 194 | Abott Rebuttal Rep. corrected tbl. 8 - Population Transfers and HVAP by District | 6/27/25 | | May offer |
| 195 | Abott Rebuttal Rep. tbl. 9 - HVAP Range and Average in Protected Districts | 6/20/25 | | May offer |
| 196 | Abott Rebuttal Rep. fig. B.1 - Mr. Gonzalez's "Commonly Understood" Boundaries in South Florida | 6/20/25 | | May offer |
| 197 | Abott Rebuttal Rep. fig. B.2 - Mr. Gonzalez's "Commonly Understood" Boundaries, Central Miami-Dade Inset | 6/20/25 | | May offer |
| 198 | Abott Rebuttal Rep. tbl. C.1 - Different Combinations of Counties and Districts and VAP by Race | 6/20/25 | | May offer |
| 199 | Abott Rebuttal Rep. tbl. C.2 - District Racial Compositions in South Florida in Enacted Map and Plaintiffs' Maps | 6/20/25 | | May offer |
| 200 | Abott Supp. Rep. tbl. 8-S - HVAP for Challenged HDs in Enacted and Plaintiffs' Maps | 11/26/25 | | May offer |
| 201 | Abott Supp. Rep. tbl. 15-S - 2020 President Rep. Voteshare for Hispanic-Protected HDs in Enacted and Plaintiffs' Maps | 11/26/25 | | May offer |
| 202 | McCartan Rep. fig. 1a - House Plan A1 | 3/21/25 | | May offer |
| 203 | McCartan Rep. fig. 1b - House Plan A2 | 3/21/25 | | May offer |
| 204 | McCartan Rep. fig. 2 - House Plan B | 3/21/25 | | May offer |
| 205 | McCartan Rep. fig. 3a - House Plan C1 | 3/21/25 | | May offer |
| 206 | McCartan Rep. fig. 3b - House Plan C2 | 3/21/25 | | May offer |
| 207 | McCartan Rep. fig. 3c - House Plan C3 | 3/21/25 | | May offer |
| 208 | McCartan Rep. fig. 3d - House Plan C4 | 3/21/25 | | May offer |
| 209 | McCartan Rep. fig. 4a - Con. Plan A | 3/21/25 | | May offer |
| 210 | McCartan Rep. fig. 4b - Con. Plan B1 | 3/21/25 | | May offer |
| 211 | McCartan Rep. fig. 5a - Con. Plans A, C1, C2, D in Miami-Dade | 3/21/25 | | May offer |

| 212 | McCartan Rep. fig. 5b - Con. Plan B1 in Miami-Dade | 3/21/25 | | May offer |
|---|---|---|---|---|
| 213 | McCartan Rep. fig. 5c - Con. Plan B2 in Miami-Dade | 3/21/25 | | May offer |
| 214 | McCartan Rep. fig. 6a - Con. Plan B1 in Broward | 3/21/25 | | May offer |
| 215 | McCartan Rep. fig. 6b - Con. Plan B2 in Broward | 3/21/25 | | May offer |
| 216 | McCartan Rep. fig. 7a - Con. Plan C1 | 3/21/25 | | May offer |
| 217 | McCartan Rep. fig. 7b - Con. Plan C2 | 3/21/25 | | May offer |
| 218 | McCartan Rep. fig. 8 - Con. Plan D | 3/21/25 | | May offer |
| 219 | McCartan Rep. tbl. 1 - Municipality splits, House plans | 3/21/25 | | May offer |
| 220 | McCartan Rep. tbl. 2 - County and municipality splits, con. plans | 3/21/25 | | May offer |
| 221 | McCartan Rep. tbl. 3 - Mean boundary scores | 3/21/25 | | May offer |
| 222 | McCartan Rep. tbl. 4 - Compactness scores | 3/21/25 | | May offer |
| 223 | McCartan Rep. fig. 9a - HVAP, Enacted Con. Plan | 3/21/25 | | May offer |
| 224 | McCartan Rep. fig. 9b - HVAP, Enacted Con. Plan, Miami-Dade detail | 3/21/25 | | May offer |
| 225 | McCartan Rep. fig. 10 - HVAP, Enacted House Plan | 3/21/25 | | May offer |
| 226 | McCartan Rep. tbl. 5 - District populations for House plans | 3/21/25 | | May offer |
| 227 | McCartan Rep. tbl. 6 - District populations for con. plans | 3/21/25 | | May offer |
| 228 | McCartan Rep. tbl. 7 - Boundary scores for House plans | 3/21/25 | | May offer |
| 229 | McCartan Rep. tbl. 8 - Boundary scores for con. plans | 3/21/25 | | May offer |
| 230 | McCartan Rep. tbl. 9 - Polsby–Popper compactness scores for House plans | 3/21/25 | | May offer |
| 231 | McCartan Rep. tbl. 10 - Reock compactness scores for House plans | 3/21/25 | | May offer |
| 232 | McCartan Rep. tbl. 11 - Convex Hull compactness scores for House plans | 3/21/25 | | May offer |
| 233 | McCartan Rep. tbl. 12 - Polsby–Popper compactness scores for con. plans | 3/21/25 | | May offer |
| 234 | McCartan Rep. tbl. 13 - Reock compactness scores for con. plans | 3/21/25 | | May offer |
| 235 | McCartan Rep. tbl. 14 - Convex Hull compactness scores for con. plans | 3/21/25 | | May offer |

| | | | | |
|---|---|---|---|---|
| 236 | McCartan Rebuttal Rep. fig. 1 - "Commonly understood and ascertainable" boundaries in Collier and Miami–Dade | 6/23/25 | | May offer |
| 237 | McCartan Rebuttal Rep. fig. 2 - "Commonly understood and ascertainable" boundaries in central Miami–Dade | 6/23/25 | | May offer |
| 238 | McCartan Rebuttal Rep. fig. 3 - CD 26 population dot map | 6/23/25 | | May offer |
| 239 | McCartan Supp. Rep. fig. 1 - House Plan D | 11/26/25 | | May offer |
| 240 | McCartan Supp. Rep. tbl. 1 - District populations for House Plan D | 11/26/25 | | May offer |
| 241 | McCartan Supp. Rep. tbl. 2 - Mean boundary scores | 11/26/25 | | May offer |
| 242 | McCartan Supp. Rep. tbl. 3 - Boundary scores | 11/26/25 | | May offer |
| 243 | McCartan Supp. Rep. tbl. 4 - Compactness scores | 11/26/25 | | May offer |
| 244 | McCartan Supp. Rep. App'x A, tbl. 5 - District populations for House plans | 11/26/25 | | May offer |
| 245 | McCartan Supp. Rep. App'x A, tbl. 6 - Boundary scores for House plans | 11/26/25 | | May offer |
| 246 | McCartan Supp. Rep. App'x A, tbl. 7 - Difference in average compactness scores | 11/26/25 | | May offer |
| 247 | McCartan Supp. Rep. App'x A, tbl. 8 - Polsby–Popper compactness scores for House plans | 11/26/25 | | May offer |
| 248 | McCartan Supp. Rep. App'x A, tbl. 9 - Reock compactness scores for House plans | 11/26/25 | | May offer |
| 249 | McCartan Supp. Rep. App'x A, tbl. 10 - Convex Hull compactness scores for House plans | 11/26/25 | | May offer |
| 250 | McCartan Supp. Rep. App'x B, tbl. 11 - Additional statistics for HDs 115, 118, & 119 in House Plan D and Enacted House Plan | 11/26/25 | | May offer |
| 251 | McCartan Supp. Rep. App'x C, tbl. 12 - Enacted HDs 114–116 & 118–119 statistics north and south of Kendall Drive (percentages) | 11/26/25 | | May offer |
| 252 | McCartan Supp. Rep. App'x C, tbl. 13 - Enacted HDs 114–116 & 118–119 statistics north and south of Kendall Drive (totals) | 11/26/25 | | May offer |
| 253 | McCartan Supp. Rep. App'x C, tbl. 14 - Enacted HD 116 statistics north and south of Bird Road (percentages) | 11/26/25 | | May offer |

| | | | | |
|---|---|---|---|---|
| 254 | McCartan Supp. Rep. App'x C, tbl. 15 - Enacted HD 116 statistics north and south of Bird Road (totals) | 11/26/25 | | May offer |
| 255 | McCartan Supp. Rep. App'x C, fig. 2 - Enacted HDs 114–116 & 118–119 showing Bird Road and Kendall Drive | 11/26/25 | | May offer |
| | *All documents produced by Defendants and their experts* | | | May offer |
| | *All documents necessary for rebuttal or impeachment* | | | May offer |
| | *All documents identified as exhibits by Defendants* | | | May offer |
| | *All demonstrative exhibits and illustrative aids* | | | May offer |
| | *Transcripts of 43 legislative proceedings during the 2021–22 redistricting process* | | To be listed on joint exhibit list | Will offer |
| | *Video recordings of 43 legislative proceedings during the 2021–22 redistricting process* | | To be listed on joint exhibit list | Will offer |
| | *Meeting packets of legislative committee meetings during the 2021–22 redistricting process* | | To be listed on joint exhibit list | Will offer |
| | *FloridaRedistricting.org data file* | | To be listed on joint exhibit list | Will offer |
| | *H000H8013 (Enacted House Plan)* | | To be listed on joint exhibit list | Will offer |
| | *P000C0109 (Enacted Congressional Plan)* | | To be listed on joint exhibit list | Will offer |
| | *Map and data printouts of H000H8013, P000C0109, S035C8060, H000C8019, and McCartan plans* | | To be listed on joint exhibit list | Will offer |

Respectfully submitted November 26, 2025,

 /s/ *Nicholas L.V. Warren*

| | |
|---|---|
| Andrew Frackman* | Nicholas L.V. Warren (FBN 1019018) |
| **O'Melveny & Myers LLP** | Caroline A. McNamara (FBN 1038312) |
| 1301 Avenue of the Americas, 17th Floor | Daniel B. Tilley (FBN 102882) |
| New York, NY 10019 | **ACLU Foundation of Florida, Inc.** |
| (212) 326-2000 | 4343 West Flagler Street, Suite 400 |
| afrackman@omm.com | Miami, FL 33134 |
| | (786) 363-1769 |
| Brian P. Quinn* | nwarren@aclufl.org |
| Patrick J. Jones* | cmcnamara@aclufl.org |
| Emily Murphy* | dtilley@aclufl.org |
| Gabrielle S. Jackson* | |
| **O'Melveny & Myers LLP** | Jorge L. Vasquez, Jr.* |
| 1625 Eye Street NW | **Vasquez Attorneys at Law, PC** |
| Washington, DC 20006 | 141 Parkway Road, Suite 14 |
| (202) 383-5300 | Bronxville, NY 10708 |
| bquinn@omm.com | (212) 752-8408 |
| pjones@omm.com | jorge@vasquezpc.com |
| emurphy@omm.com | |
| gjackson@omm.com | *\*Admitted pro hac vice* |

*Counsel for Plaintiffs*