UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:24-cv-21983-JB

CUBANOS PA'LANTE, *et al.*,

    Plaintiffs,

v.

FLORIDA HOUSE OF REPRESENTATIVES
and CORD BYRD, in his official capacity as
Florida Secretary of State,

    Defendants.
_____/

## DEFENDANTS' TRIAL WITNESS LIST

Pursuant to Federal Rule of Civil Procedure 26(a)(3), Local Rule 16.1(e), the Court's Order dated March 17, 2025 (D.E. 98), Defendants Florida House of Representatives ("House") and Secretary of State Cord Byrd ("Secretary") jointly submit this Trial Witness List.

**I.**    **Witnesses Expected to be Called**

    1.    Jason Poreda, c/o undersigned counsel for the House

    2.    Sean P. Trende, Ph.D. (Expert Witness), c/o undersigned counsel for Defendants

    3.    Alfredo L. Gonzalez, Esq. (Expert Witness), c/o undersigned counsel for Defendants

**II.**    **Witnesses to be Called if the Need Arises**

    4.    Maria Matthews, c/o undersigned counsel for the Secretary

    5.    Alina Garcia, Miami-Dade County Supervisor of Elections, 2700 NW 87th Avenue, Miami, FL 33172, Telephone: (305) 499-8683

    6.    Records Custodian for the House, c/o undersigned counsel for the House

  7. Records Custodian for the Florida Secretary of State, c/o counsel for the Secretary

  8. Records Custodian for Engage Miami, Inc., c/o counsel for Plaintiffs

  9. Records Custodian for Cubanos Pa'Lante, c/o counsel for Plaintiffs

  10. Records Custodian for FIU ACLU Club, c/o counsel for Plaintiffs

  11. Any witnesses required to authenticate documents at trial

  12. Any witnesses disclosed or called by Plaintiffs

  13. Any impeachment/rebuttal witnesses

**III. Witnesses to be Presented by Deposition/Prior Testimony**

  None.

Dated: November 26, 2025.      Respectfully submitted,

| | |
|---|---|
| */s/ Andy Bardos* | */s/ Carmen Manrara Cartaya* |
| Andy Bardos (FBN 822671) | Jesus M. Suarez (FBN 60086) |
| andy.bardos@gray-robinson.com | jsuarez@continentalpllc.com |
| GRAYROBINSON, P.A. | Carmen Manrara Cartaya (FBN 73887) |
| 301 South Bronough Street, Suite 600 | ccartaya@continentalpllc.com |
| Tallahassee, Florida 32301-1724 | CONTINENTAL PLLC |
| Telephone: 850-577-9090 | 245 Alcazar Avenue, |
| | Coral Gables, Florida 33134 |
| | Telephone: 305-677-2707 |
| | |
| | Christopher M. Kise (FBN 855545) |
| | ckise@continentalpllc.com |
| | CONTINENTAL PLLC |
| | 101 North Monroe Street, Suite 750 |
| | Tallahassee, Florida 32301 |
| | Telephone: 850-270-2211 |

*Attorneys for the House*

Dated: November 26, 2025.  Respectfully submitted,

Bradley R. McVay (FBN 79034)
brad.mcvay@dos.myflorida.com /s/ Mohammad O. Jazil
Joseph S. Van de Bogart (FBN 84764) Mohammad O. Jazil (FBN 72556)
joseph.vandebogart@dos.myflorida.com mjazil@holtzmanvogel.com
Ashley Davis (FBN 48032) zbennington@holtzmanvogel.com
ashley.davis@dos.myflorida.com HOLTZMAN VOGEL BARAN
FLORIDA DEPARTMENT OF STATE TORCHINSKY & JOSEFIAK PLLC
R.A. Gray Building 119 S. Monroe St. Suite 500
500 S. Bronough St. Tallahassee, FL 32301 (850) 270-5938
Tallahassee, FL 32399
(850) 245-6536

*Attorneys for the Secretary*

3