# Exhibit 1

| Exhibit No. | Description | Bates Range/Other | Objections | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | *Documents Defendants Expect to Offer At Trial* | | | | |
| 1 | Map 1: State House Districts | | | | |
| 2 | Map 2: State House Districts in Palm Beach, Broward and Miami-Dade Counties | | | | |
| 3 | Map 3: State House Districts in Miami-Dade County | | | | |
| 4 | Map 4: State House District 106 - Municipalities | | | | |
| 5 | Map 5: State House District 112 – Geographical Features | | | | |
| 6 | Map 6: State House District 112 – Municipalities | | | | |
| 7 | Map 7: State House District 112 – Municipalities and Geographical Features | | | | |
| 8 | Map 8: State House District 113 – Geographical Features | | | | |
| 9 | Map 9: State House District 113 – Municipalities | | | | |
| 10 | Map 10: State House District 113 – Municipalities and Geographical Features | | | | |
| 11 | Map 11: State House District 114 – Geographical Features | | | | |
| 12 | Map 12: State House District 114 – Municipalities | | | | |
| 13 | Map 13: State House District 114 – Municipalities and Geographical Features | | | | |
| 14 | Map 14: State House Districts 115 and 116 – Geographical Features | | | | |
| 15 | Map 15: State House Districts 115 and 116 – Municipalities | | | | |
| 16 | Map 16: State House Districts 115 and 116 – Municipalities and Geographical Features | | | | |
| 17 | Map 17: State House Districts 118 and 119 – Geographical Features | | | | |
| 18 | Map 18: State House Districts 118 and 119 – Municipalities | | | | |
| 19 | Map 19: State House Districts 118 and 119 – Municipalities and Geographical Features | | | | |
| 20 | Map 20: State House Districts in Miami-Dade County – Municipalities and Geographical Features | | | | |
| 21 | Map 21: Congressional Districts | | | | |
| 22 | Map 22: Congressional Districts in South Florida | | | | |
| 23 | Map 23: Congressional District 26 | | | | |
| 24 | Map 24: Congressional District 26 in Miami-Dade County – Geographical Features | | | | |
| 25 | Map 25: Congressional District 26 in Miami-Dade County – Municipalities | | | | |
| 26 | Map 26: Congressional District 26 in Miami-Dade County – Municipalities and Geographical Features | | | | |
| 27 | Map 27: Congressional District 26 in Collier County – Geographical Features | | | | |
| 28 | Map 28: Congressional District 26 in Collier County – Municipalities | | | | |
| 29 | Map 29: Congressional District 26 in Collier County – Municipalities and Geographical Features | | | | |
| 30 | Map 30: Congressional Districts – Coincident County and District Boundaries | | | | |
| 31 | Map 31: McCartan Congressional Map A – Altered Districts Only | | | | |
| 32 | Map 32: McCartan Congressional Map B1 – Altered Districts Only | | | | |
| 33 | Map 33: McCartan Congressional Map B2 – Altered Districts Only | | | | |
| 34 | Map 34: McCartan Congressional Map B2 – Altered Districts Only | | | | |

| Exhibit No. | Description | Bates Range/Other | Objections | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 35 | Map 35: McCartan Congressional Map C2 – Altered Districts Only | | | | |
| 36 | Map 36: McCartan Congressional Map D – Altered Districts Only | | | | |
| 37 | 2020 Census Data - Total Population and Total Hispanic Population of Florida (including by County) | https://data.census.gov/table/DECENNIALPL2020.P4?q=P4&t=Hispanic+or+Latino&g=040XX00US12,12$0500000 | | | |
| 38 | 2020 Census Data - Total Voting-Age Population and Total Hispanic Voting-Age Population of Florida (including by County) | https://data.census.gov/table/DECENNIALPL2020.P2?q=P2:+HISPANIC+OR+LATINO,+AND+NOT+HISPANIC+OR+LATINO+BY+RACE&t=Redistricting&g=040XX00US12,12$0500000 | | | |
| 39 | Curriculum Vitae for Sean Trende, Ph.D. | | | | |
| 40 | May 20, 2025 Expert Report of Sean Trende, Ph.D. | | | | |
| 41 | Figure 1 from May 20, 2025 Expert Report of Sean Trende, Ph.D. | | | | |
| 42 | Figure 2 from May 20, 2025 Expert Report of Sean Trende, Ph.D. | | | | |
| 43 | Figure 3 from May 20, 2025 Expert Report of Sean Trende, Ph.D. | | | | |
| 44 | Figure 4 from May 20, 2025 Expert Report of Sean Trende, Ph.D. | | | | |
| 45 | Figure 5 from May 20, 2025 Expert Report of Sean Trende, Ph.D. | | | | |
| 46 | Figure 6 from May 20, 2025 Expert Report of Sean Trende, Ph.D. | | | | |
| 47 | Figure 19 from May 20, 2025 Expert Report of Sean Trende, Ph.D. | | | | |
| 48 | Figure 20 from May 20, 2025 Expert Report of Sean Trende, Ph.D. | | | | |
| 49 | Figure 21 from May 20, 2025 Expert Report of Sean Trende, Ph.D. | | | | |
| 50 | Figure 22  from May 20, 2025 Expert Report of Sean Trende, Ph.D. | | | | |
| 51 | Figure 23 from May 20, 2025 Expert Report of Sean Trende, Ph.D. | | | | |

| Exhibit No. | Description | Bates Range/Other | Objections | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 52 | Figure 24 from May 20, 2025 Expert Report of Sean Trende, Ph.D. | | | | |
| 53 | Figure 25 from May 20, 2025 Expert Report of Sean Trende, Ph.D. | | | | |
| 54 | Figure 26 from May 20, 2025 Expert Report of Sean Trende, Ph.D. | | | | |
| 55 | Figure 27 from May 20, 2025 Expert Report of Sean Trende, Ph.D. | | | | |
| 56 | Figure 28 from May 20, 2025 Expert Report of Sean Trende, Ph.D. | | | | |
| 57 | Figure 29 from May 20, 2025 Expert Report of Sean Trende, Ph.D. | | | | |
| 58 | Figure 30 from May 20, 2025 Expert Report of Sean Trende, Ph.D. | | | | |
| 59 | Figure 31 from May 20, 2025 Expert Report of Sean Trende, Ph.D. | | | | |
| 60 | Figure 32 from May 20, 2025 Expert Report of Sean Trende, Ph.D. | | | | |
| 61 | Figure 33  from May 20, 2025 Expert Report of Sean Trende, Ph.D. | | | | |
| 62 | Figure 34 from May 20, 2025 Expert Report of Sean Trende, Ph.D. | | | | |
| 63 | Figure 35 from May 20, 2025 Expert Report of Sean Trende, Ph.D. | | | | |
| 64 | Figure 36 from May 20, 2025 Expert Report of Sean Trende, Ph.D. | | | | |
| 65 | Figure 37 from May 20, 2025 Expert Report of Sean Trende, Ph.D. | | | | |
| 66 | Figure 38 from May 20, 2025 Expert Report of Sean Trende, Ph.D. | | | | |
| 67 | Figure 39 from May 20, 2025 Expert Report of Sean Trende, Ph.D. | | | | |
| 68 | Figure 40 from May 20, 2025 Expert Report of Sean Trende, Ph.D. | | | | |
| 69 | Figure 41 from May 20, 2025 Expert Report of Sean Trende, Ph.D. | | | | |
| 70 | Figure 42 from May 20, 2025 Expert Report of Sean Trende, Ph.D. | | | | |
| 71 | Figure 43 from May 20, 2025 Expert Report of Sean Trende, Ph.D. | | | | |
| 72 | Figure 44 from May 20, 2025 Expert Report of Sean Trende, Ph.D. | | | | |
| 73 | Figure 45 from May 20, 2025 Expert Report of Sean Trende, Ph.D. | | | | |
| 74 | Figure 46 from May 20, 2025 Expert Report of Sean Trende, Ph.D. | | | | |
| 75 | Figure 47 from May 20, 2025 Expert Report of Sean Trende, Ph.D. | | | | |
| 76 | Figure 48 from May 20, 2025 Expert Report of Sean Trende, Ph.D. | | | | |
| 77 | Table 1 from May 20, 2025 Expert Report of Sean Trende, Ph.D. | | | | |
| 78 | Table 2 from May 20, 2025 Expert Report of Sean Trende, Ph.D. | | | | |

| Exhibit No. | Description | Bates Range/Other | Objections | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 79 | Table 3 from May 20, 2025 Expert Report of Sean Trende, Ph.D. | | | | |
| 80 | Table 4 from May 20, 2025 Expert Report of Sean Trende, Ph.D. | | | | |
| 81 | Table 5 from May 20, 2025 Expert Report of Sean Trende, Ph.D. | | | | |
| 82 | Table 6 from May 20, 2025 Expert Report of Sean Trende, Ph.D. | | | | |
| 83 | Table 7 from May 20, 2025 Expert Report of Sean Trende, Ph.D. | | | | |
| 84 | Table 8 from May 20, 2025 Expert Report of Sean Trende, Ph.D. | | | | |
| 85 | Table 9 from May 20, 2025 Expert Report of Sean Trende, Ph.D. | | | | |
| 86 | Table 10 from May 20, 2025 Expert Report of Sean Trende, Ph.D. | | | | |
| 87 | Table 11 from May 20, 2025 Expert Report of Sean Trende, Ph.D. | | | | |
| 88 | Table 12 from May 20, 2025 Expert Report of Sean Trende, Ph.D. | | | | |
| 89 | Table 13 from May 20, 2025 Expert Report of Sean Trende, Ph.D. | | | | |
| 90 | Table 14 from May 20, 2025 Expert Report of Sean Trende, Ph.D. | | | | |
| 91 | Tables 15-16 from May 20, 2025 Expert Report of Sean Trende, Ph.D. | | | | |
| 92 | Tables 17-18 from May 20, 2025 Expert Report of Sean Trende, Ph.D. | | | | |
| 93 | Tables 19-20 from May 20, 2025 Expert Report of Sean Trende, Ph.D. | | | | |
| 94 | Curriculum Vitae of Alfredo Gonzalez, Esq. | | | | |
| 95 | May 20, 2025 Expert Report of Alfredo Gonzalez, Esq. | | | | |
| 96 | July 16, 2025 Errata to Expert Report of Alfredo Gonzalez, Esq. | | | | |
| 97 | Detailed Map of State House District 112 | | | | |
| 98 | Detailed Map of State House District 113 | | | | |

| Exhibit No. | Description | Bates Range/Other | Objections | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 99 | Detailed Map of State House District 114 | | | | |
| 100 | Detailed Map of State House District 115 | | | | |
| 101 | Detailed Map of State House District 116 | | | | |
| 102 | Detailed Map of State House District 118 | | | | |
| 103 | Detailed Map of State House District 119 | | | | |
| 104 | February 28, 2025 Assignment for Expert Report on Florida Redistricting Matter | Abott Depo Ex. 5 | | | |
| 105 | Table 3 - VTD Fragments for CD 26 (sorted by HVAP) | Abott Depo Ex. 6 | | | |
| 106 | Table 4 - VTDs for CD 26 (de-duplicated, sorted by HVAP) | Abott Depo Ex. 7 | | | |
| 107 | Table 10 - VTDs for HD 113 (de-duplicated, sorted by HVAP) | Abott Depo Ex. 8 | | | |
| 108 | Table 11 - VTDs for HD 115 (de-duplicated, sorted by HVAP) | Abott Depo Ex. 9 | | | |
| 109 | Table 12 - VTDs for HD 118 (de-duplicated, sorted by HVAP) | Abott Depo Ex. 10 | | | |
| 110 | Table 13 - VTDs for HD 119 (de-duplicated, sorted by HVAP) | Abott Depo Ex. 11 | | | |
| 111 | January 31, 2023 Expert Report of Carolyn Abott in *Grace, Inc. v. City of Miami* | Abott Depo Ex. 12 | | | |
| 112 | HVAP Ranges - State House Districts | Abott Depo Ex. 14 | | | |
| 113 | July 31, 2023 X Post by Carolyn Abott | Abott Depo Ex. 16 | | | |
| 114 | November 6, 2020 Facebook Post by Carolyn Abott Wills | Abott Depo Ex. 17 | | | |
| 115 | 2022-2032 Florida Congressional Districts | Belbruno Depo Ex. 4 | | | |
| 116 | Belbruno Facebook Posts | Belbruno Depo Ex. 6 | | | |
| 117 | Florida House's Omnibus Notice of Taking Corporate Depositions | Cruz Depo Ex. 1 | | | |
| 118 | FIU ACLU Club 2024 Chat | Cruz Depo Ex. 2; CUBANOS-0000007168-7169 | | | |
| 119 | List of FIU ACLU Members | Cruz Depo Ex. 3; CUBANOS-0000007166 | | | |
| 120 | Screenshot of FIU ACLU e-board chat | Cruz Depo Ex. 5; CUBANOS-0000000181-183 | | | |
| 121 | FIU ACLU List of Members | Cruz Depo Ex. 11; CUBANOS-0000005950 | | | |
| 122 | Screenshots of FIU ACLU Club 2024 messages | Cruz Depo Ex. 12; CUBANOS-0000000134-137 | | | |
| 123 | Fall 2024 PowerPoint presentation for FIU ACLU Club | Cruz Depo Ex. 13; CUBANOS-0000000145-160 | | | |

| Exhibit No. | Description | Bates Range/Other | Objections | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 124 | Voter Registration for Genesis Castilla Falcon | Falcon Depo Ex. 1 | | | |
| 125 | Map of State House District 118 | Falcon Depo Ex. 4 | | | |
| 126 | May 21, 2024 Assignment for Expert Report on Florida Redistricting Matter | McCartan Depo Ex. 2 | | | |
| 127 | February 28, 2025 Addendum to Assignment for Expert Report on Florida Redistricting Matter | McCartan Depo Ex. 3 | | | |
| 128 | October 18, 2021 Memorandum to Mr. Ferrin from Chair Rodrigues | McCartan Depo Ex. 4; Poreda Depo Ex. 7 | | | |
| 129 | October 24, 2024 ALARM Project - Florida Congressional Districts | McCartan Depo Ex. 13 | | | |
| 130 | July 1, 2023 Expert Report of Cory McCartan, Ph.D. in *Grace, Inc. v. City of Miami* | McCartan Depo Ex. 14 | | | |
| 131 | August 11, 2023 Rebuttal Expert Report of Cory McCartan, Ph.D. in *Nairne v. Ardoin* | McCartan Depo Ex. 15 | | | |
| 132 | Compactness Scores for CD 24, 25, 27 | McCartan Depo Ex. 22 | | | |
| 133 | Federal Election Commission List of Contributions by Cory McCartan | McCartan Depo Ex. 23 | | | |
| 134 | April 5, 2025 Bluesky Post by Cory McCartan | McCartan Depo Ex. 26 | | | |
| 135 | July 3, 2025 Bluesky post by Cory McCartan | McCartan Depo Ex. 43 | | | |
| 136 | Amended and Restated Bylaws of Engage Miami | Pelham Depo Ex. 2; CUBANOS-0000000035-48 | | | |
| 137 | September 7, 2023 email from Aimee Ferrer | Pelham Depo Ex. 3; CUBANOS-0000000038 | | | |
| 138 | Membership List from Engage Miami | Pelham Depo Ex. 6; CUBANOS-0000007081 | | | |
| 139 | Membership List from Engage Miami | Pelham Depo Ex. 7; CUBANOS-0000007082 | | | |
| 140 | Membership List from Engage Miami | Pelham Depo Ex. 9; CUBANOS-0000007167 | | | |
| 141 | 2021 Tax Form 990 for Engage Miami | Pelham Depo Ex. 10; CUBANOS-0000005885-5897 | | | |
| 142 | 2020 Tax Form 990 for Engage Miami | Pelham Depo Ex. 11; CUBANOS-0000005898-5913 | | | |
| 143 | Engage Miami Member Commitments | Pelham Depo Ex. 12; CUBANOS-0000000993-996 | | | |
| 144 | Engage Miami Member Commitments | Pelham Depo Ex. 13; CUBANOS-0000000997-1000 | | | |
| 145 | Engage Miami Member Commitments | Pelham Depo Ex. 14; CUBANOS-0000005916 | | | |

| Exhibit No. | Description | Bates Range/Other | Objections | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 146 | 2024 Engage Miami Member Intake Form | Pelham Depo Ex. 15; CUBANOS-0000005921-5926 | | | |
| 147 | July 2, 2025 Subpoena directed at Miami-Dade County Supervisor of Elections Office | Pichs Depo Ex. 1 | | | |
| 148 | October 1, 2019 Miami Herald article entitled "Colombian Democrat defends comments blasting 'Cuban Republican' officials as hypocritical" | Polo Depo Ex. 6 | | | |
| 149 | July 29, 2022 Tweet from Cindy Polo | Polo Depo Ex. 7 | | | |
| 150 | Cubanos Pa'Lante Leadership Chat | Rivero Depo Ex. 3; CUBANOS-0000000178-80 | | | |
| 151 | Cubanos Pa'Lante Facebook Posts | Rivero Depo Ex. 7 | | | |
| 152 | January 10, 2025 Capture of Cubanos Pa'Lante Website | Rivero Depo Ex. 11 | | | |
| 153 | July 2, 2025 Capture of Cubanos Pa'Lante Website | Rivero Depo Ex. 12 | | | |
| 154 | Press Release entitled "Critical Win in Lawsuit Against Florida's Racial Gerrymandering" | Rivero Depo Ex. 13 | | | |
| 155 | Cubanos Pa'Lante Newsletter Sign Up | Rivero Depo Ex. 14 | | | |
| 156 | June 3, 2024 Assignment for Expert Report on Florida Redistricting Matter | Walker Depo Ex. 2 | | | |
| 157 | August 5, 2024 Supplemental Assignment for Expert Report on Florida Redistricting Matter | Walker Depo Ex. 3 | | | |
| 158 | Article entitled "The Geography of Racially Polarized Voting: Calibrating Surveys at the District Level" | Walker Depo Ex. 4 | | | |
| 159 | Table of Preferred Candidate in certain Benchmark Districts | Walker Depo Ex. 5 | | | |
| 160 | Table of Preferred Candidate in certain Benchmark Districts - Corrected | | | | |
| 161 | Figure 36: Estimated support for a given candidate by Hispanic voters in South Florida and white voters statement | Walker Depo Ex. 6 | | | |
| 162 | Table of Preferred Candidate in certain Benchmark Districts | Walker Depo Ex. 7 | | | |
| 163 | Table 1: Registration and Turnout Statistics for CD20 | Walker Depo Ex. 10 | | | |
| 164 | Table 4: Registration and Turnout Statistics for CD24 | Walker Depo Ex. 11 | | | |
| 165 | Article entitled "Cracking the Racial Code: Black Threat, White Rights and the Lexicon of American Politics" | Walker Depo Ex. 12 | | | |
| 166 | Article entitled "Policing Socio-Geographic Boundaries and Inequality" | Walker Depo Ex. 13 | | | |
| 167 | Article entitled "No Justice, No Peace: Political Science Perspectives on the American Carceral State" | Walker Depo Ex. 15 | | | |
| 168 | Article entitled "The George Floyd Effect: How Protests and Public Scrutiny Changed Police Behavior" | Walker Depo Ex. 16 | | | |
| 169 | Article entitled "The Whiteness of Wisconsin's Wages: Racial Geography and the Defeat of the Public Sector Labor Unions in Wisconsin" | Walker Depo Ex. 17 | | | |
| 170 | Article entitled "Evidence in Voting Rights Act Litigation: Producing Accurate Estimates of Racial Voting Patterns" | Walker Depo Ex. 19 | | | |

| Exhibit No. | Description | Bates Range/Other | Objections | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 171 | Press Release entitled "Community Groups and Local Residents File Lawsuit Challenging Racially Gerrymandered Congressional and State House Districts in South and Southwest Florida" | CUBANOS-0000007136-7137 | | | |
| 172 | November 18, 2024 Cubanos' Responses to House's Second Set of Interrogatories | | | | |
| 173 | November 18, 2024 Engage Miami's Responses to House's Second Set of Interrogatories | | | | |
| 174 | November 18, 2024 FIU ACLU's Responses to House's Second Set of Interrogatories | | | | |
| 175 | February 10, 2025 Cubanos' Supplemental Responses to House's Third Set of Interrogatories | | | | |
| 176 | February 10, 2025 Engage Miami's Supplemental Responses to House's Third Set of Interrogatories | | | | |
| 177 | February 10, 2025 FIU ACLU's Supplemental Responses to House's Third Set of Interrogatories | | | | |
| 178 | April 23, 2025 Engage Miami's Responses to House's Sixth Set of Interrogatories | | | | |
| 179 | April 23, 2025 FIU ACLU's Responses to House's Sixth Set of Interrogatories | | | | |
| 180 | April 23, 2025 Belbruno's Responses to House's Fifth Set of Interrogatories | | | | |
| 181 | June 25, 2025 FIU ACLU's Second Supplemental Responses to House's First Set of Interrogatories | | | | |
| 182 | June 25, 2025 Engage Miami's Second Supplemental Responses to House's First Set of Interrogatories | | | | |
| 183 | June 25, 2025 Engage Miami's Supplemental Responses to House's Second Set of Interrogatories | | | | |
| 184 | June 25, 2025 Cubanos Pa'lante's Supplemental Responses to House's Second Set of Interrogatories | | | | |
| 185 | June 25, 2025 FIU ACLU Club's Supplemental Responses to House's Second Set of Interrogatories | | | | |
| 186 | June 25, 2025 Engage Miami's Responses to House's Fourth Set of Interrogatories | | | | |
| 187 | June 25, 2025 Cubanos Pa'lante's Responses to House's Fourth Set of Interrogatories | | | | |
| 188 | June 25, 2025 FIU ACLU Club's Responses to House's Fourth Set of Interrogatories | | | | |
| 189 | June 25, 2025 Belbruno's Responses to House's Third Set of Interrogatories | | | | |
| 190 | June 25, 2025 Castilla Falcon's Responses to House's Third Set of Interrogatories | | | | |

| Exhibit No. | Description | Bates Range/Other | Objections | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 191 | June 25, 2025 Polo's Responses to House's Third Set of Interrogatories | | | | |
| 192 | June 25, 2025 FIU ACLU Club's Responses to House's Fifth Set of Interrogatories | | | | |
| 193 | June 25, 2025 Castilla Falcon's Responses to House's Fifth Set of Interrogatories | | | | |
| 194 | June 25, 2025 Polo's Responses to House's Fifth Set of Interrogatories | | | | |
| 195 | February 10, 2025 Belbruno's Answers to House's First Request for Admissions | | | | |
| 196 | February 10, 2025 Cubanos' Answers to House's First Request for Admissions | | | | |
| 197 | February 10, 2025 Engage Miami's Answers to House's First Request for Admissions | | | | |
| 198 | February 10, 2025 Castilla Falcon's Answers to House's First Request for Admissions | | | | |
| 199 | February 10, 2025 FIU ACLU's Answers to House's First Request for Admissions | | | | |
| 200 | February 10, 2025 Polo's Answers to House's First Request for Admissions | | | | |
| 201 | June 26, 2025 Plaintiffs' Answers to House's Second Request for Admissions | | | | |
| 202 | April 23, 2025 Plaintiffs' Answers to Secretary's First Requests for Admission | | | | |
| 203 | August 22, 2025 Plaintiffs' Answers to House's Third Request for Admissions | | | | |
| 204 | November 25, 2025 Plaintiffs' Supplemental Answers to House's Fourth Request for Admissions | | | | |
| 205 | November 25, 2025 Plaintiffs' Second Supplemental Answers to House's Second Request for Admissions | | | | |
| | *Documents Defendants May Offer At Trial If The Need Arises* | | | | |
| 206 | Map 1: State House Districts | DE 123-1 at 3 | | | |
| 207 | Map 2: State House Districts in Palm Beach, Broward and Miami-Dade Counties | DE 123-1 at 4 | | | |
| 208 | Map 3: State House Districts in Miami-Dade County | DE 123-1 at 5 | | | |
| 209 | Map 4: Challenged State House Districts (Districts 112-116, 118, and 119) | DE 123-1 at 6 | | | |
| 210 | Map 5: State House District 106 and Municipalities | DE 123-1 at 7 | | | |
| 211 | Map 6: State House District 112 and Municipalities | DE 123-1 at 8 | | | |
| 212 | Map 7: State House District 113 and Municipalities | DE 123-1 at 9 | | | |
| 213 | Map 8: State House District 114 and Municipalities | DE 123-1 at 10 | | | |
| 214 | Map 9: State House Districts 115 & 116 and Municipalities | DE 123-1 at 11 | | | |

| Exhibit No. | Description | Bates Range/Other | Objections | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 215 | Map 10: State House District 112 and Geographical Features | DE 123-1 at 12 | | | |
| 216 | Map 11: State House District 113 and Geographical Features | DE 123-1 at 13 | | | |
| 217 | Map 12: State House District 114 and Geographical Features | DE 123-1 at 14 | | | |
| 218 | Map 13: State House Districts 115 and 116 and Geographical Features | DE 123-1 at 15 | | | |
| 219 | Map 14: State House Districts 118 and 119 and Geographical Features | DE 123-1 at 16 | | | |
| 220 | Map 15: Florida Congressional Districts | DE 123-1 at 17 | | | |
| 221 | Map 16: Florida Congressional Districts in Southeast Florida | DE 123-1 at 18 | | | |
| 222 | Map 17: Florida Congressional District 26 | DE 123-1 at 19 | | | |
| 223 | Map 18: Florida Congressional District 26 and Municipalities | DE 123-1 at 20 | | | |
| 224 | Map 19: Florida Congressional District 26 and Municipalities (Miami-Dade-County) | DE 123-1 at 21 | | | |
| 225 | Florida's Office of Economic & Demographic Research - 2020 Census  Profile for Florida | | | | |
| 226 | Florida's Office of Economic & Demographic Research - 2020 Census  Profile for Broward County | | | | |
| 227 | Florida's Office of Economic & Demographic Research - 2020 Census  Profile for Collier County | | | | |
| 228 | Florida's Office of Economic & Demographic Research - 2020 Census  Profile for DeSoto County | | | | |
| 229 | Florida's Office of Economic & Demographic Research - 2020 Census  Profile for Glades County | | | | |
| 230 | Florida's Office of Economic & Demographic Research - 2020 Census  Profile for Hardee County | | | | |
| 231 | Florida's Office of Economic & Demographic Research - 2020 Census  Profile for Hendry County | | | | |
| 232 | Florida's Office of Economic & Demographic Research - 2020 Census  Profile for Highlands County | | | | |
| 233 | Florida's Office of Economic & Demographic Research - 2020 Census  Profile for Lee County | | | | |
| 234 | Florida's Office of Economic & Demographic Research - 2020 Census  Profile for Miami-Dade County | | | | |
| 235 | Florida's Office of Economic & Demographic Research - 2020 Census  Profile for Monroe County | | | | |
| 236 | Florida's Office of Economic & Demographic Research - 2020 Census  Profile for Okeechobee County | | | | |
| 237 | Florida's Office of Economic & Demographic Research - 2020 Census  Profile for Palm Beach County | | | | |
| 238 | Florida's Office of Economic & Demographic Research - 2020 Census  Profile for Polk County | | | | |
| 239 | Transcript - Meeting of House Redistricting Committee (September 22, 2021) | HOUSE_000195-294 | | | |

| Exhibit No. | Description | Bates Range/Other | Objections | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 240 | Transcript - Meeting of House Congressional Redistricting Subcommittee (September 23, 2021) | HOUSE_000295-347 | | | |
| 241 | Transcript - Meeting of House State Legislative Redistricting Subcommittee (September 23, 2021) | HOUSE_000348-406 | | | |
| 242 | Transcript - Meeting of House Redistricting Committee (October 12, 2021) | HOUSE_000407-461 | | | |
| 243 | Transcript - Meeting of House Congressional Redistricting Subcommittee (October 13, 2021) | HOUSE_000462-518 | | | |
| 244 | Transcript - Meeting of House State Legislative Redistricting Subcommittee (October 13, 2021) | HOUSE_000519-559 | | | |
| 245 | Transcript - Meeting of House Congressional Redistricting Subcommittee (October 20, 2021) | HOUSE_000560-607 | | | |
| 246 | Transcript - Meeting of House State Legislative Redistricting Subcommittee (October 20, 2021) | HOUSE_000608-657 | | | |
| 247 | Transcript - Meeting of House Redistricting Committee (November 2, 2021) | HOUSE_000658-722 | | | |
| 248 | Transcript - Meeting of House Congressional Redistricting Subcommittee (November 3, 2021) | HOUSE_000723-777 | | | |
| 249 | Transcript - Meeting of House State Legislative Redistricting Subcommittee (November 3, 2021) | HOUSE_000778-819 | | | |
| 250 | Transcript - Meeting of House Congressional Redistricting Subcommittee (December 2, 2021) | HOUSE_000820-916 | | | |
| 251 | Transcript - Meeting of House State Legislative Redistricting Subcommittee (December 3, 2021) | HOUSE_000917-1061 | | | |
| 252 | Transcript - Meeting of House State Legislative Redistricting Subcommittee (January 21, 2021) | HOUSE_001226-349 | | | |
| 253 | Transcript - Meeting of House Redistricting Committee (January 26, 2022) | HOUSE_001350-535 | | | |
| 254 | Transcript - Floor Session - Florida House of Representatives (February 1, 2022) | HOUSE_001536-754 | | | |
| 255 | Transcript - Floor Session - Florida House of Representatives (February 2, 2022) | HOUSE_001755-882 | | | |
| 256 | Transcript - Floor Session - Florida House of Representatives (March 3, 2022) | HOUSE_002242-405 | | | |
| 257 | Transcript - Floor Session - Florida House of Representatives (March 4, 2022) | HOUSE_002406-93 | | | |
| 258 | Transcript - Meeting of Senate Committee on Reapportionment (October 18, 2021) | HOUSE_003276-321 | | | |
| 259 | Transcript - Meeting of Senate Select Subcommittee on Legislative Reapportionment (November 17, 2021) | HOUSE_003405-480 | | | |

| Exhibit No. | Description | Bates Range/Other | Objections | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 260 | Transcript - Meeting of Senate Select Subcommittee on Congressional Reapportionment (November 29, 2021) | HOUSE_003481-502 | | | |
| 261 | Transcript - Meeting of Senate Select Subcommittee on Legislative Reapportionment (November 29, 2021) | HOUSE_003503-30 | | | |
| 262 | Transcript - Meeting of Senate Select Subcommittee on Congressional Reapportionment (January 10, 2022) | HOUSE_003531-77 | | | |
| 263 | Transcript - Meeting of Senate Select Subcommittee on Legislative Reapportionment (January 10, 2022) | HOUSE_003578-671 | | | |
| 264 | Transcript - Meeting of Senate Committee on Reapportionment (January 13, 2022) | HOUSE_003672-787 | | | |
| 265 | Transcript - Floor Session - Florida Senate (January 19, 2022) | HOUSE_003788-927 | | | |
| 266 | Transcript - Floor Session - Florida Senate (January 20, 2022) | HOUSE_003928-65 | | | |
| 267 | Transcript - Floor Session - Florida Senate (February 3, 2022) | HOUSE_003966-76 | | | |
| 268 | Transcript - Floor Session - Florida Senate - Part I of II (April 19, 2022) | HOUSE_004412-46 | | | |
| 269 | Transcript - Floor Session - Florida Senate - Part II of II (April 19, 2022) | HOUSE_004447-705 | | | |
| 270 | July 2, 2025 Transcript of Sean Trende, Ph.D.'s Deposition | | | | |
| 271 | July 9, 2025 Transcript of Alfredo Gonzalez, Esq.'s Deposition | | | | |
| 272 | August 22, 2025 Errata Sheet to Gonzalez Deposition | | | | |
| 273 | 2022-2032 Florida State House Districts | | | | |
| 274 | 2022-2032 Florida Congressional Districts | | | | |
| 275 | 2013 FDOT District One Map | | | | |
| 276 | 2022-2032 Map 1 | | | | |
| 277 | 2022-2032 Map 2 | | | | |
| 278 | 2022-2032 Map 3 | | | | |
| 279 | Arterial Grid Analysis Study | | | | |

| Exhibit No. | Description | Bates Range/Other | Objections | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 280 | Collier County Map | | | | |
| 281 | Dade County State Highway System 2014 | | | | |
| 282 | FDOT - Krome FAQ | | | | |
| 283 | FDOT District One - Map B1 | | | | |
| 284 | Flagler Street Miami - Miami DDA | | | | |
| 285 | Flagler Street Wikipedia | | | | |
| 286 | Florida State Road 997 Wikipedia | | | | |
| 287 | GMX-Way Home Page | | | | |
| 288 | GMX-Way Meeting Supplementals | | | | |
| 289 | GMX-Way History of Greater Miami Expressway Agency | | | | |
| 290 | Media Advisory - Miami-Dade County Department of Transportation and Public Works to begin construction on NW 37 Avenue roadway improvements | | | | |
| 291 | Municipalities - Miami-Dade County | | | | |
| 292 | Office of the Supervisor of Elections - State House Districts with Precincts and Zip Codes | | | | |
| 293 | Office of Supervisor of Elections - Congressional Districts with Precincts and Zip Codes | | | | |
| 294 | Ordinance No. 2023-70 | | | | |
| 295 | Tamiami Trail Wikipedia | | | | |
| 296 | Under Construction Fact Sheet - Project No. 20210093 | | | | |
| 297 | State Information - CSX | | | | |
| 298 | Miami's Community News - New Tree Island Park and Preserve Article | | | | |
| 299 | University of Miami - Krome's imprint on South Florida | | | | |
| 300 | Amended Notice of Third-Party Deposition for Representative Driskell | Driskell Depo Ex. 1 | | | |
| 301 | September 9, 2021 Email from Kelly Skidmore re: "Redistricting 101 Follow Up Materials" | Driskell Depo Ex. 2 | | | |

| Exhibit No. | Description | Bates Range/Other | Objections | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 302 | Screenshots of Texts with Evan | Driskell Depo Ex. 3 | | | |
| 303 | Screenshots of Texts with Bryce | Driskell Depo Ex. 4 | | | |
| 304 | Screenshots of Texts with Ecitrym | Driskell Depo Ex. 5 | | | |
| 305 | Screenshots of Texts with Bruce Antone | Driskell Depo Ex. 6 | | | |
| 306 | October 18, 2021 Calendar invitation with Nicholas Warren | Driskell Depo Ex. 7 | | | |
| 307 | October 18, 2021 Email from Nicholas Warren re: "Prison Gerrymandering Inquiry" | Driskell Depo Ex. 8; SOS_Hodges_0000228-231 | | | |
| 308 | October 20, 2021 HDO Redistricting Briefing | Driskell Depo Ex. 9 | | | |
| 309 | March 24, 2025 Notice of Subpoena Duces Tecum of Non-Party Legislator for Representative Driskell | Driskell Depo Ex. 10 | | | |
| 310 | June 23, 2025 Amended Notice of Third Party Deposition for Representative Dr. Anna V. Eskamani | Eskamani Depo Ex. 1 | | | |
| 311 | Notice of Subpoena Duces Tecum of Non-Party Legislator for Representative Dr. Anna V. Eskamani | Eskamani Depo Ex. 3 | | | |
| 312 | Paginated Version of Gonzalez  Report | Gonzalez Depo Ex. 2 | | | |
| 313 | Plaintiffs' Notice of Rule 30(b)(6) Deposition of Florida Department of State | Matthews Depo Ex. 1 | | | |
| 314 | Special Elections - Florida Department of State Website | Matthews Depo Ex. 2 | | | |
| 315 | August 14, 2015 Memorandum from Ken Detzner to Supervisors of Elections re: "Directive 2015-01--Congressional Candidate Qualifying; Year of Apportionment" | Matthews Depo Ex. 3 | | | |
| 316 | August 14, 2015 Memorandum from Ken Detzner to Supervisors of Elections re: "Directive 2015-02--State Senate Candidate Qualifying; Year of Apportionment" | Matthews Depo Ex. 4 | | | |
| 317 | The Florida Senate Website on Redistricting | Matthews Depo Ex. 7 | | | |
| 318 | Amended Notice of Third-Party Subpoena Duces-Tecum with Deposition | Taddeo Depo Ex. 2 | | | |
| 319 | Screenshots of Annette Taddeo's Texts with Joe Dye | Taddeo Depo Ex. 3 | | | |
| 320 | Annette Taddeo's 2020 Full and Public Disclosure of Financial Interests | Taddeo Depo Ex. 4 | | | |
| 321 | PPP Borrower Search Results for Languagespeak, Inc. | Taddeo Depo Ex. 5 | | | |
| 322 | Annette Taddeo's 2021 Full and Public Disclosure of Financial Interests | Taddeo Depo Ex. 6 | | | |
| 323 | January 19, 2022 Transcript of State Session | Taddeo Depo Ex. 7 | | | |
| 324 | March 4, 2022 Transcript of Senate Session | Taddeo Depo Ex. 8 | | | |
| 325 | CS/SB 102 Bill Analysis and Fiscal Impact Statement | Taddeo Depo Ex. 9 | | | |
| 326 | CS/SB 102 Third Reading | Taddeo Depo Ex. 10 | | | |
| 327 | CS/SJR 100 House Message Summary | Taddeo Depo Ex. 12 | | | |
| 328 | CS/SJR100 Returning Messages | Taddeo Depo Ex. 13 | | | |
| 329 | April 19-22, 2022 Journal of the Florida Senate | Taddeo Depo Ex. 14 | | | |
| 330 | Excerpt of 2020-2022 Florida Senate Rules and Manual | Taddeo Depo Ex. 15 | | | |
| 331 | Florida Politics article entitled "Annette Taddeo calls for boycott of redistricting Special Session" | Taddeo Depo Ex. 16 | | | |
| 332 | Miami Herald article entitled "'Not here to play the game.' Miami Sen. Annette Taddeo pushes special session boycott." | Taddeo Depo Ex. 17 | | | |

| Exhibit No. | Description | Bates Range/Other | Objections | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 333 | September 9, 2021 Email from Kelly Skidmore re: "Redistricting 101 Follow Up Materials" | SOS_Cubanos_0163266 | | | |
| 334 | July 16, 2024 Plaintiffs' Initial Disclosure | | | | |
| 335 | October 8, 2024 Plaintiffs' First Supplement to Initial Disclosures | | | | |
| 336 | June 24, 2025 Plaintiffs' Second Supplement to Initial Disclosures | | | | |
| 337 | August 22, 2024 Cubanos' Responses to House's First Set of Interrogatories | | | | |
| 338 | August 22, 2024 Engage Miami's Responses to House's First Set of Interrogatories | | | | |
| 339 | August 22, 2024 FIU ACLU's Responses to House's First Set of Interrogatories | | | | |
| 340 | November 18, 2024 Cubanos Supplemental Responses to House's First Set of Interrogatories | | | | |
| 341 | November 18, 2024 Castilla Falcon's Supplemental Responses to House's First Set of Interrogatories | | | | |
| 342 | November 18, 2024 FIU ACLU's Supplemental Responses to House's First Set of Interrogatories | | | | |
| 343 | November 18, 2024 Polo's Supplemental Responses to House's First Set of Interrogatories | | | | |
| 344 | December 2, 2024 Belbruno's Responses to House's First Set of Interrogatories | | | | |
| 345 | March 26, 2025 Belbruno's Responses to House's Fourth Set of Interrogatories | | | | |
| 346 | March 26, 2025 Cubanos' Responses to House's Fifth Set of Interrogatories | | | | |
| 347 | March 26, 2025 Engage Miami's Responses to House's Fifth Set of Interrogatories | | | | |
| 348 | March 26, 2025 Castilla Falcon's Responses to House's Fourth Set of Interrogatories | | | | |
| 349 | March 26, 2025 FIU ACLU's Responses to House's Fifth Set of Interrogatories | | | | |
| 350 | March 26, 2025 Polo's Responses to House's Fourth Set of Interrogatories | | | | |
| 351 | Plaintiffs' Second Amended Complaint | DE 58 | | | |
| 352 | Plaintiffs' Statement of Material Facts | DE 126 | | | |
| 353 | Any documents on Plaintiffs' Exhibit List | | | | |

| Exhibit No. | Description | Bates Range/Other | Objections | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 354 | Any documents needed for rebuttal | | | | |
| 355 | Any amended disclosures or discovery responses by Plaintiffs served on or after November 26, 2025 | | | | |
| | ***Documents Defendants Expect to Offer At Trial, But Expect Will Become Joint Exhibits*** | | | | |
| 356 | Map-and-Data Packet - Enacted State House Districts (H000H8013) | In re: Joint Resolution of Legislative Apportionment, SC2022-131, Attorney General's Petition Appendix at 447-473 | | | |
| 357 | Map-and-Data Packet - Benchmark State House Districts | In re: Joint Resolution of Legislative Apportionment, SC2022-131, Attorney General's Petition Appendix at 474-503 | | | |
| 358 | Map-and-Data Packet - Enacted Congressional Districts (P000C0109) | https://www.flhouse.gov/Sections/Documents/loaddoc.aspx?PublicationType=Committees&CommitteeId=3110&Session=2022C&DocumentType=General+Publications&FileName=P000C0109_CongressionalRedistricting_HB1C.pdf | | | |
| 359 | Map-and-Data Packet - Benchmark Congressional Districts | https://www.flhouse.gov/Sections/Documents/loaddoc.aspx?PublicationType=Committees&CommitteeId=3110&Session=2022&DocumentType=General+Publications&FileName=FLCD2016+-+Benchmark+Congressional+Map.pdf | | | |

| Exhibit No. | Description | Bates Range/Other | Objections | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 360 | Map-and-Data Packet - Proposed Congressional Districts (H000C8019) | https://www.flhouse.gov/Sections/Documents/loaddoc.aspx?PublicationType=Committees&CommitteeId=3107&Session=2022&DocumentType=General+Publications&FileName=H000C8019-H000C8015-House_Amendment_to_SB_102.pdf | | | |
| 361 | Map-and-Data Packet - Proposed State House Districts (H000H8005) | https://www.flhouse.gov/Sections/Documents/loaddoc.aspx?PublicationType=Committees&CommitteeId=3112&Session=2022&DocumentType=General+Publications&FileName=H000H8005-StateHouse-SnapShot-WorkshopA.pdf | | | |
| 362 | Map-and-Data Packet - Proposed State House Districts (H000H8007) | https://www.flhouse.gov/Sections/Documents/loaddoc.aspx?PublicationType=Committees&CommitteeId=3112&Session=2022&DocumentType=General+Publications&FileName=H000H8007-StateHouse-SnapShot-WorkshopB.pdf | | | |
| 363 | Map-and-Data Packet - Proposed State House Districts (H000H8009) | https://www.flhouse.gov/Sections/Documents/loaddoc.aspx?PublicationType=Committees&CommitteeId=3112&Session=2022&DocumentType=General+Publications&FileName=H000H8009-StateHouseRedistricting-PCB_SRS_22-01.pdf | | | |

| Exhibit No. | Description | Bates Range/Other | Objections | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 364 | Map-and-Data Packet - McCartan State House Map A1 (McCartan Depo. Ex. 35) | HOUSE_000001-20 | | | |
| 365 | Map-and-Data Packet - McCartan State House Map A2 (McCartan Depo Ex. 36) | HOUSE_000021-40 | | | |
| 366 | Map-and-Data Packet - McCartan State House Map B (McCartan Depo Ex. 37) | HOUSE_000041-60 | | | |
| 367 | Map-and-Data Packet - McCartan State House Map C1 (McCartan Depo Ex. 38) | HOUSE_000061-80 | | | |
| 368 | Map-and-Data Packet - McCartan State House Map C2 | HOUSE_000081-100 | | | |
| 369 | Map-and-Data Packet - McCartan State House Map C3 | HOUSE_000101-120 | | | |
| 370 | Map-and-Data Packet - McCartan State House Map C4 | HOUSE_000121-140 | | | |
| 371 | Map-and-Data Packet - McCartan Congressional Map A (McCartan Depo Ex. 29) | HOUSE_000141-149 | | | |
| 372 | Map-and-Data Packet - McCartan Congressional Map B1 (McCartan Depo Ex. 30) | HOUSE_000150-158 | | | |
| 373 | Map-and-Data Packet - McCartan Congressional Map B2 (McCartan Depo Ex. 31) | HOUSE_000159-167 | | | |
| 374 | Map-and-Data Packet - McCartan Congressional Map C1 (McCartan Depo Ex. 32) | HOUSE_000168-176 | | | |
| 375 | Map-and-Data Packet - McCartan Congressional Map C2 (McCartan Depo Ex. 33) | HOUSE_000177-185 | | | |
| 376 | Map-and-Data Packet - McCartan Congressional Map D (McCartan Depo Ex. 34) | HOUSE_000186-194 | | | |
| 377 | House Journal - 2022 Regular Session - Volume I (Excerpts) | | | | |
| 378 | House Journal - 2022 Regular Session - Volume II (Excerpts) | | | | |
| 379 | Senate Journal - 2022 Regular Session - Volume I (Excerpts) | | | | |
| 380 | Senate Journal - 2022 Regular Session - Volume II (Excerpts) | | | | |
| 381 | House Journal - 2022 Special Session C (Excerpts) | | | | |
| 382 | Senate Journal - 2022 Special Session C (Excerpts) | | | | |
| 383 | Transcript - Meeting of House Redistricting Committee (September 22, 2021) | CUBANOS-0000004680-4722 (DE 126-1) | | | |
| 384 | Transcript - Meeting of House Redistricting Subcommittee (September 23, 2021) | CUBANOS-0000004723-4745 | | | |
| 385 | Transcript - Meeting of House State Legislative Redistricting Subcommittee (September 23, 2021) | CUBANOS-0000006372-6396 | | | |
| 386 | Transcript - Meeting of House Redistricting Committee (October 12, 2021) | CUBANOS-0000006257-6280 | | | |

| Exhibit No. | Description | Bates Range/Other | Objections | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 387 | Transcript - Meeting of House Congressional Redistricting Subcommittee (October 13, 2021) | CUBANOS-0000005978-6003 | | | |
| 388 | Transcript - Meeting of House State Legislative Redistricting Subcommittee (October 13, 2021) | CUBANOS-0000005958-5977 | | | |
| 389 | Transcript - Meeting of House Congressional Redistricting Subcommittee (October 20, 2021) | CUBANOS-0000006443-6463 | | | |
| 390 | Transcript - Meeting of House State Legislative Redistricting Subcommittee (October 20, 2021) | CUBANOS-0000006110-6131 | | | |
| 391 | Transcript - Meeting of House Redistricting Committee (November 2, 2021) | CUBANOS-0000006701-6732 | | | |
| 392 | Transcript - Meeting of House Congressional Redistricting Subcommittee (November 3, 2021) | CUBANOS-0000006004-6029 | | | |
| 393 | Transcript - Meeting of House State Legislative Redistricting Subcommittee (November 3, 2021) | CUBANOS-0000006194-6214 | | | |
| 394 | Transcript - Meeting of House Congressional Redistricting Subcommittee (December 2, 2021) | CUBANOS-0000006397-6442 (DE 126-3) | | | |

| Exhibit No. | Description | Bates Range/Other | Objections | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 395 | Transcript - Meeting of House State Legislative Redistricting Subcommittee (December 3, 2021) | CUBANOS-0000005137-5205 (DE 126-4) | | | |
| 396 | Transcript - Meeting of House Congressional Redistricting Subcommittee (January 11, 2022) | HOUSE_001062-89 | | | |
| 397 | Transcript - Meeting of House State Legislative Redistricting Subcommittee (January 11, 2022) | HOUSE_001090-1103 | | | |
| 398 | Transcript - Meeting of House Redistricting Committee (January 13, 2022) | HOUSE_001104-225 | | | |
| 399 | Transcript - Meeting of House State Legislative Redistricting Subcommittee (January 21, 2021) | CUBANOS-0000006132-6193 (DE 126-6) | | | |
| 400 | Transcript - Meeting of House Redistricting Committee (January 26, 2022) | CUBANOS-0000006733-6820 (DE 126-7) | | | |
| 401 | Transcript - Floor Session - Florida House of Representatives (February 1, 2022) | CUBANOS-0000006281-6371 (DE 126-8) | | | |
| 402 | Transcript - Floor Session - Florida House of Representatives (February 2, 2022) | CUBANOS-0000006464-6503 (DE 126-9) | | | |

| Exhibit No. | Description | Bates Range/Other | Objections | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 403 | Transcript - Meeting of House Congressional Redistricting Subcommittee (February 18, 2022) | HOUSE_001883-2044 | | | |
| 404 | Transcript - Meeting of House Redistricting Committee (February 25, 2022) | HOUSE_002045-241 | | | |
| 405 | Transcript - Floor Session - Florida House of Representatives (March 3, 2022) | CUBANOS-0000006620-6700 | | | |
| 406 | Transcript - Floor Session - Florida House of Representatives (March 4, 2022) | CUBANOS-0000006215-6256 | | | |
| 407 | Transcript - Meeting of House Congressional Redistricting Subcommittee (April 19, 2022) | HOUSE_002494-2683 | | | |
| 408 | Transcript - Floor Session - Florida House of Representatives (April 20, 2022) | HOUSE_002684-908 | | | |
| 409 | Transcript - Floor Session - Florida House of Representatives (April 21, 2022) | HOUSE_002909-3015 | | | |
| 410 | Transcript - Meeting of Senate Committee on Reapportionment (September 20, 2021) | HOUSE_003016-116 | | | |

| Exhibit No. | Description | Bates Range/Other | Objections | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 411 | Transcript - Meeting of Senate Committee on Reapportionment (October 11, 2021) | HOUSE_003117-275 | | | |
| 412 | Transcript - Meeting of Senate Committee on Reapportionment (October 18, 2021) | CUBANOS-0000003532-3554 | | | |
| 413 | Transcript - Meeting of Senate Select Subcommittee on Congressional Reapportionment (November 16, 2021) | HOUSE_003322-404 | | | |
| 414 | Transcript - Meeting of Senate Select Subcommittee on Legislative Reapportionment (November 17, 2021) | CUBANOS-0000004486-4520 | | | |
| 415 | Transcript - Meeting of Senate Select Subcommittee on Congressional Reapportionment (November 29, 2021) | CUBANOS-0000003372-3381 | | | |
| 416 | Transcript - Meeting of Senate Select Subcommittee on Legislative Reapportionment (November 29, 2021) | CUBANOS-0000003434-3445 | | | |
| 417 | Transcript - Meeting of Senate Select Subcommittee on Congressional Reapportionment (January 10, 2022) | CUBANOS-0000003335-3354 | | | |
| 418 | Transcript - Meeting of Senate Select Subcommittee on Legislative Reapportionment (January 10, 2022) | CUBANOS-0000003942-3990 | | | |
| 419 | Transcript - Meeting of Senate Committee on Reapportionment (January 13, 2022) | CUBANOS-0000003382-3433 (DE 126-5) | | | |
| 420 | Transcript - Floor Session - Florida Senate (January 19, 2022) | CUBANOS-0000004282-4310 | | | |

| Exhibit No. | Description | Bates Range/Other | Objections | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 421 | Transcript - Floor Session - Florida Senate (January 20, 2022) | CUBANOS-0000003517-3531 | | | |
| 422 | Transcript - Floor Session - Florida Senate (February 3, 2022) | CUBANOS-0000005954-5957 | | | |
| 423 | Transcript - Floor Session - Florida Senate (March 4, 2022) | HOUSE_003977-4236 | | | |
| 424 | Transcript - Meeting of Senate Committee on Reapportionment (April 19, 2022) | HOUSE_004237-411 | | | |
| 425 | Transcript - Floor Session - Florida Senate - 12:30 PM (April 19, 2022) | CUBANOS-0000003927-3941 | | | |
| 426 | Transcript - Floor Session - Florida Senate (April 19, 2022) | CUBANOS-0000006030-6109 (DE 126-13) | | | |
| 427 | Transcript - Floor Session - Florida Senate (April 20, 2022) | HOUSE_004706-821 | | | |
| 428 | Stipulation regarding Cubanos Pa'Lante Membership | DE 86 | | | |
| 429 | August 19, 2025 Stipulation re Executive Office of the Governor's Involvement in Developing the 2022 Congressional Plan | DE 126-21 | | | |