IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 1:24-cv-21983-JB

CUBANOS PA'LANTE, *et al.*,

    *Plaintiffs*,

v.

FLORIDA HOUSE OF
REPRESENTATIVES, *et al.*,

    *Defendants*.

_____/

**JOINT MOTION FOR CLARIFICATION OF ORDER PROVIDING INSTRUCTIONS FOR BENCH TRIAL (ECF NO. 153), AND FOR EXTENSIONS OF TIME TO FILE PRETRIAL STIPULATIONS AND PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW**

The parties jointly move to clarify one aspect of the Court's Order Providing Instructions for Bench Trial (ECF No. 153) and move for extensions of time to file stipulations and proposed findings of fact and conclusions of law.

### I. Clarification Regarding Pretrial Stipulations

1. Local Rule 16.1(d) requires the parties to, at least 14 days before calendar call, meet to prepare a pretrial stipulation, stipulate to as many facts and issues as possible, and discuss other pretrial matters.

2. Local Rule 16.1(e) details the pretrial stipulation's contents and provides that it must be filed at least 7 days before calendar call.

3. In accordance with these requirements, the parties scheduled their joint meeting for December 11, 2025 and arranged to exchange drafts of the pretrial stipulation in the coming weeks so they would be able to file a final stipulation by Local Rule 16.1(e)'s deadline of December 29.

4. On December 1, 2025, the Court issued its Order Providing Instructions for Bench Trial (ECF No. 153) ("December 1 Order"). The December 1 Order requires the parties to "submit any joint pre-trial stipulations" by December 12.

5. The parties seek clarification as to whether the "joint pre-trial stipulations" due by December 12 include the stipulation required by Local Rule 16.1(e).

6. If the Court intends that the Local Rule 16.1(e) joint stipulation be due December 12, then the parties seek a 7-day extension of that deadline to December 19. This will permit the

1

parties to exchange drafts of the stipulation as they previously arranged, confer on December 11, and prepare a final stipulation afterward.

## II. Extension of Time to File Pretrial Stipulations

7. Regardless of whether the Local Rule 16.1(e) joint stipulation (including statements of agreed facts and legal issues) is due December 12, the parties seek a 7-day extension to file other stipulations. Besides the required contents of the Local Rule 16.1(e) pretrial stipulation, the parties are discussing possible additional trial-procedure stipulations, for example an agreement regarding the parties' disclosure of illustrative aids. The parties would benefit from additional time to confer and finalize these stipulations.

## III. Extension of Time to File Proposed Findings of Fact and Conclusions of Law

8. In its March 17, 2025 Scheduling Order (ECF No. 98), the Court set a December 22 deadline for pretrial briefs. That order did not require the parties to file proposed findings of fact and conclusions of law in advance of trial. In the absence of specific court direction, proposed findings of fact and conclusions of law are due at the close of the evidence under Local Rule 16.1(k).

9. The December 1 Order now requires the parties to submit proposed findings of fact and conclusions of law before trial, and to do so by December 12.

10. The parties seek to extend the deadline to file proposed findings of fact and conclusions of law to 30 days after trial concludes. The parties submitted extensive briefing at the summary judgment stage and will submit pretrial briefs by December 22. The parties respectfully submit that pretrial proposed findings of fact and conclusions of law would to a great extent duplicate other briefing and offer little to no additional benefit before evidence is presented at trial. The parties submit that post-trial proposed findings of fact and conclusions of law will be more efficient and more useful to the Court once the parties have the benefit of the trial record.

11. Should the Court prefer to review proposed findings of fact and conclusions of law before trial, the parties seek to extend the deadline to December 22, when pretrial briefs are due. This extension will permit the parties adequate time to draft the newly-ordered filing. It will also permit each party to file a single consolidated brief including their proposed findings of fact and conclusions of law, rather than treating issues piecemeal in separate filings.

**WHEREFORE**, the parties respectfully request that the Court:

(1) Clarify whether the "joint pre-trial stipulations" due by December 12, 2025 include the stipulation required by Local Rule 16.1(e);

(2) Extend the deadline for the parties to file the Local Rule 16.1(e) stipulation to December 19, 2025 (if the Court intended that deadline be December 12, 2025);

(3) Extend the deadline to file other stipulations to December 19, 2025; and

(4) Extend the deadline to file proposed findings of fact and conclusions of law to 30 days after trial concludes, or in the alternative, to December 22, 2025.

Respectfully submitted December 2, 2025,

| | |
|---|---|
| Andrew Frackman* <br> **O'Melveny & Myers LLP** <br> 1301 Avenue of the Americas, 17th Floor <br> New York, NY 10019 <br> (212) 326-2000 <br> afrackman@omm.com <br><br> Brian P. Quinn* <br> Patrick J. Jones* <br> Emily Murphy* <br> Gabrielle S. Jackson* <br> Helena M. Li* <br> **O'Melveny & Myers LLP** <br> 1625 Eye Street NW <br> Washington, DC 20006 <br> (202) 383-5300 <br> bquinn@omm.com <br> pjones@omm.com <br> emurphy@omm.com <br> gjackson@omm.com <br> hli@omm.com | /s/ *Nicholas L.V. Warren* <br> Nicholas L.V. Warren (FBN 1019018) <br> Caroline A. McNamara (FBN 1038312) <br> Daniel B. Tilley (FBN 102882) <br> **ACLU Foundation of Florida** <br> 4343 West Flagler Street, Suite 400 <br> Miami, FL 33134 <br> (786) 363-1769 <br> nwarren@aclufl.org <br> cmcnamara@aclufl.org <br> dtilley@aclufl.org <br><br> Jorge L. Vasquez, Jr.* <br> **Vasquez Attorneys at Law, PC** <br> 141 Parkway Road, Suite 14 <br> Bronxville, NY 10708 <br> (212) 752-8408 <br> jorge@vasquezpc.com <br><br> *\*Admitted pro hac vice* |

*Counsel for Plaintiffs*

| | |
|---|---|
| Jesus M. Suarez (FBN 60086) <br> Carmen Manrara Cartaya (FBN 73887) <br> Jennifer Marie Hernandez (FBN 1018836) <br> **Continental PLLC** <br> 245 Alcazar Avenue <br> Coral Gables, FL 33134 | /s/ *Andy Bardos* <br> Andy Bardos (FBN 822671) <br> **GrayRobinson, P.A.** <br> 301 South Bronough Street, Suite 600 <br> Tallahassee, FL 32301 <br> (850) 577-9090 <br> andy.bardos@gray-robinson.com |

3

(305) 677-2707
jsuarez@continentalpllc.com
ccartaya@continentalpllc.com
jhernandez@continentalpllc.com

Christopher M. Kise (FBN 855545)
**Continental PLLC**
101 North Monroe Street, Suite 750
Tallahassee, FL 32301
(850) 270-2211
ckise@continentalpllc.com

*Counsel for the House*

|  |  |
|---|---|
|  | /s/ *Mohammad O. Jazil* |
| Bradley R. McVay (FBN 79034) | Mohammad O. Jazil (FBN 72556) |
| Ashley Davis (FBN 48032) | **Holtzman Vogel Baran** |
| **Florida Department of State** | **Torchinsky & Josefiak PLLC** |
| R.A. Gray Building | 119 South Monroe Street, Suite 500 |
| 500 South Bronough Street | Tallahassee, FL 32301 |
| Tallahassee, FL 32399 | (850) 270-5938 |
| (850) 245-6536 | mjazil@holtzmanvogel.com |
| brad.mcvay@dos.myflorida.com | zbennington@holtzmanvogel.com |
| ashley.davis@dos.myflorida.com |  |

*Counsel for the Secretary*