# <u>EXHIBIT 1</u>

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 1:24-cv-21983-JB**

CUBANOS PA'LANTE, *et al*.,

      Plaintiffs,

v.

FLORIDA HOUSE OF REPRESENTATIVES
and CORD BYRD, in his official capacity as
Florida Secretary of State,

      Defendants.

_____/

**DECLARATION OF ANDY BARDOS IN SUPPORT OF**
**DEFENDANTS' MOTION FOR CONTINUANCE OF TRIAL**

Pursuant to 28 U.S.C. § 1746, and in compliance with Local Rule 7.6, I, Andy Bardos, declare:

1.      I represent the Florida House of Representatives in this above-captioned matter.

2.      *Louisiana v. Callais*, No. 24-109, is a redistricting case pending before the United States Supreme Court, which may substantially impact the issues to be tried in this case.

3.      *Callais* was first argued on March 24, 2025; was restored to the calendar for re-argument on June 27, 2025; and was re-argued on October 15, 2025. *See* Supreme Court Docket, No. 24-109.

4.      Before the re-argument, on August 1, 2025, the Supreme Court directed the parties to brief the following question: "Whether [Louisiana's] intentional creation of a second majority-minority congressional district violates the Fourteenth or Fifteenth Amendments to the U.S. Constitution." Ex. A, Aug. 1, 2025 Order.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 2, 2025.

/s/ Andy Bardos
Andy Bardos

# **EXHIBIT A**

**(ORDER LIST: 606 U.S.)**

**FRIDAY, AUGUST 1, 2025**

**ORDER IN PENDING CASES**

24-109  )  LOUISIANA V. CALLAIS, PHILLIP, ET AL.
        )
24-110  )  ROBINSON, PRESS, ET AL. V. CALLAIS, PHILLIP, ET AL.

The parties are directed to file supplemental briefs addressing the following question raised on pages 36–38 of the Brief for Appellees:  Whether the State's intentional creation of a second majority-minority congressional district violates the Fourteenth or Fifteenth Amendments to the U. S. Constitution. Supplemental briefs for appellants are due on or before Wednesday, August 27, 2025.  Supplemental brief for appellees is due on or before Wednesday, September 17, 2025.  Reply briefs are due on or before 2 p.m., Friday, October 3, 2025.  The time to file *amicus curiae* briefs is as provided for by this Court's Rule 37.3.  Word limits and cover colors for the briefs should correspond to the provisions of this Court's Rule 33.1(g) pertaining to briefs on the merits rather than to the provision pertaining to supplemental briefs.