## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 24-cv-21983-JB

CUBANOS PA'LANTE, *et al.*,

    Plaintiffs,

v.

**THREE-JUDGE COURT**

FLORIDA HOUSE OF REPRESENTATIVES, *et al.*,

    Defendants.

_____/

## ORDER ON JOINT MOTION FOR CLARIFICATION

**THIS CAUSE** is before the Court upon the parties' Joint Motion for Clarification of Order Providing Instructions for Bench Trial and For Extensions of Time to File Pretrial Stipulations and Proposed Findings of Fact and Conclusions of Law (ECF No. 156) ("Joint Motion"). The Court having reviewed the Joint Motion, the record, and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** that the Joint Motion is **GRANTED**. Accordingly, the Order Providing Instructions for Bench Trial (ECF No. 153), is **AMENDED** as follows:

| | |
|---|---|
| 12/19/2025 | The parties shall submit any joint pre-trial stipulations.[1] |
| Thirty (30) Days After Trial | The parties shall submit their proposed findings of fact and conclusions of law. |

---

[1] The Court clarifies that this includes *all* pre-trial stipulations set forth in Local Rule 16.1(e).

Aside from the revised deadlines above, all deadlines and instructions contained in the Order Providing Instructions for Bench Trial (ECF No. 153) remain in full force and effect.

**DONE AND ORDERED** this 8th day of December, 2025.

_____
**BRITT C. GRANT**
**UNITED STATES CIRCUIT JUDGE**

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**

_____
**JACQUELINE BECERRA**
**UNITED STATES DISTRICT JUDGE**