**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

Case No. 1:24-cv-21983-JB

CUBANOS PA'LANTE, *et al.*,

    *Plaintiffs*,

v.

FLORIDA HOUSE OF
REPRESENTATIVES, et al.,

    *Defendants*.

_____/

**PLAINTIFFS' OBJECTIONS TO DEFENDANTS' EXHIBITS**

    Pursuant to FRCP 26(a)(3)(B), Plaintiffs file the following objections to Defendants' exhibits.

| No. | Description | Bates Range/Other | Objections |
|---|---|---|---|
| *Documents Defendants Expect to Offer At Trial* | | | |
| 1 | Map 1: State House Districts | | |
| 2 | Map 2: HDs in Palm Beach, Broward and Miami-Dade Counties | | |
| 3 | Map 3: HDs in Miami-Dade County | | |
| 4 | Map 4: HD 106 - Municipalities | | |
| 5 | Map 5: HD 112 – Geographical Features | | |
| 6 | Map 6: HD 112 – Municipalities | | |
| 7 | Map 7: HD 112 – Municipalities and Geographical Features | | |
| 8 | Map 8: HD 113 – Geographical Features | | |
| 9 | Map 9: HD 113 – Municipalities | | |
| 10 | Map 10: HD 113 – Municipalities and Geographical Features | | |
| 11 | Map 11: HD 114 – Geographical Features | | |
| 12 | Map 12: HD 114 – Municipalities | | |
| 13 | Map 13: HD 114 – Municipalities and Geographical Features | | |
| 14 | Map 14: HDs 115 & 116 – Geographical Features | | |
| 15 | Map 15: HDs 115 & 116 – Municipalities | | |
| 16 | Map 16: HDs 115 & 116 – Municipalities and Geog. Features | | |
| 17 | Map 17: HDs 118 & 119 – Geographical Features | | |
| 18 | Map 18: HDs 118 & 119 – Municipalities | | |
| 19 | Map 19: HDs 118 & 119 – Municipalities and Geog. Features | | |
| 20 | Map 20: HDs in Miami-Dade – Municipalities and Geog. Features | | |
| 21 | Map 21: Congressional Districts | | |
| 22 | Map 22: CDs in South Florida | | |
| 23 | Map 23: CD 26 | | |
| 24 | Map 24: CD 26 in Miami-Dade – Geographical Features | | |
| 25 | Map 25: CD 26 in Miami-Dade – Municipalities | | |
| 26 | Map 26: CD 26 in Miami-Dade – Municipalities and Geog. Features | | |

| 27 | Map 27: CD 26 in Collier – Geographical Features | | |
|---|---|---|---|
| 28 | Map 28: CD 26 in Collier – Municipalities | | |
| 29 | Map 29: CD 26 in Collier – Municipalities and Geog. Features | | |
| 30 | Map 30: CDs – Coincident County and District Boundaries | | |
| 31 | Map 31: McCartan Con. Map A – Altered Districts Only | | |
| 32 | Map 32: McCartan Con. Map B1 – Altered Districts Only | | |
| 33 | Map 33: McCartan Con. Map B2 – Altered Districts Only | | |
| 34 | Map 34: McCartan Con. Map B2 – Altered Districts Only | | |
| 35 | Map 35: McCartan Con. Map C2 – Altered Districts Only | | |
| 36 | Map 36: McCartan Con. Map D – Altered Districts Only | | |
| 37 | 2020 Census Data - Pop. & Hisp. Pop. of FL (incl. by County) | | |
| 38 | 2020 Census Data - VAP and HVAP of FL (incl. by County) | | |
| 39 | Trende CV | | |
| 40 | Trende Report | | H |
| 41 | Trende Rep. fig. 1 | | |
| 42 | Trende Rep. fig. 2 | | |
| 43 | Trende Rep. fig. 3 | | |
| 44 | Trende Rep. fig. 4 | | |
| 45 | Trende Rep. fig. 5 | | |
| 46 | Trende Rep. fig. 6 | | |
| 47 | Trende Rep. fig. 19 | | |
| 48 | Trende Rep. fig. 20 | | |
| 49 | Trende Rep. fig. 21 | | |
| 50 | Trende Rep. fig. 22 | | |
| 51 | Trende Rep. fig. 23 | | |
| 52 | Trende Rep. fig. 24 | | |
| 53 | Trende Rep. fig. 25 | | |
| 54 | Trende Rep. fig. 26 | | |

| | | | |
|---|---|---|---|
| 55 | Trende Rep. fig. 27 | | |
| 56 | Trende Rep. fig. 28 | | |
| 57 | Trende Rep. fig. 29 | | |
| 58 | Trende Rep. fig. 30 | | |
| 59 | Trende Rep. fig. 31 | | |
| 60 | Trende Rep. fig. 32 | | |
| 61 | Trende Rep. fig. 33 | | |
| 62 | Trende Rep. fig. 34 | | |
| 63 | Trende Rep. fig. 35 | | |
| 64 | Trende Rep. fig. 36 | | |
| 65 | Trende Rep. fig. 37 | | |
| 66 | Trende Rep. fig. 38 | | |
| 67 | Trende Rep. fig. 39 | | |
| 68 | Trende Rep. fig. 40 | | |
| 69 | Trende Rep. fig. 41 | | |
| 70 | Trende Rep. fig. 42 | | |
| 71 | Trende Rep. fig. 43 | | |
| 72 | Trende Rep. fig. 44 | | |
| 73 | Trende Rep. fig. 45 | | |
| 74 | Trende Rep. fig. 46 | | |
| 75 | Trende Rep. fig. 47 | | |
| 76 | Trende Rep. fig. 48 | | |
| 77 | Trende tbl. 1 | | |
| 78 | Trende tbl. 2 | | |
| 79 | Trende tbl. 3 | | |
| 80 | Trende tbl. 4 | | |
| 81 | Trende tbl. 5 | | |
| 82 | Trende tbl. 6 | | |

| | | | |
|---|---|---|---|
| 83 | Trende tbl. 7 | | |
| 84 | Trende tbl. 8 | | |
| 85 | Trende tbl. 9 | | |
| 86 | Trende tbl. 10 | | |
| 87 | Trende tbl. 11 | | |
| 88 | Trende tbl. 12 | | |
| 89 | Trende tbl. 13 | | |
| 90 | Trende tbl. 14 | | |
| 91 | Trende tbls. 15–16 | | |
| 92 | Trende tbls. 17–18 | | |
| 93 | Trende tbls. 19–20 | | |
| 94 | Gonzalez CV | | |
| 95 | Gonzalez Report | | H |
| 96 | Gonzalez Errata | | H |
| 97 | Detailed Map of HD 112 (Gonzalez Rep. p. 5) | | |
| 98 | Detailed Map of HD 113 (Gonzalez Rep. p. 7) | | |
| 99 | Detailed Map of HD 114 (Gonzalez Rep. p. 9) | | |
| 100 | Detailed Map of HD 115 (Gonzalez Rep. p. 11) | | |
| 101 | Detailed Map of HD 116 (Gonzalez Rep. p. 13) | | |
| 102 | Detailed Map of HD 118 (Gonzalez Rep. p. 15) | | |
| 103 | Detailed Map of HD 119 (Gonzalez Rep. p. 17) | | |
| 104 | 2/28/25 Assignment for Expert Report on FL Redix Matter | Abott Ex. 5 | |
| 105 | Table 3 - VTD Fragments for CD 26 (sorted by HVAP) | Abott Ex. 6 | |
| 106 | Table 4 - VTDs for CD 26 (de-duplicated, sorted by HVAP) | Abott Ex. 7 | |
| 107 | Table 10 - VTDs for HD 113 (de-duplicated, sorted by HVAP) | Abott Ex. 8 | |
| 108 | Table 11 - VTDs for HD 115 (de-duplicated, sorted by HVAP) | Abott Ex. 9 | |
| 109 | Table 12 - VTDs for HD 118 (de-duplicated, sorted by HVAP) | Abott Ex. 10 | |
| 110 | Table 13 - VTDs for HD 119 (de-duplicated, sorted by HVAP) | Abott Ex. 11 | |

| | | | |
|---|---|---|---|
| 111 | 1/31/23 Abott Report in GRACE v. City of Miami | Abott Ex. 12 | |
| 112 | HVAP Ranges - State House Districts | Abott Ex. 14 | |
| 113 | 7/31/23 X Post by Carolyn Abott | Abott Ex. 16 | R, 403 |
| 114 | 11/6/20 Facebook Post by Carolyn Abott Wills | Abott Ex. 17 | R, 403 |
| 115 | 2022-2032 Florida Congressional Districts | Belbruno Ex. 4 | |
| 116 | Belbruno Facebook Posts | Belbruno Ex. 6 | R, 403 |
| 117 | House's Omnibus Notice of Taking Corporate Depositions | Cruz Ex. 1 | |
| 118 | FIU ACLU Club 2024 Chat | Cruz Ex. 2; Cubanos-7168-7169 | |
| 119 | List of FIU ACLU Members | Cruz Ex. 3; Cubanos-7166 | |
| 120 | Screenshot of FIU ACLU e-board chat | Cruz Ex. 5; Cubanos-181-183 | |
| 121 | FIU ACLU List of Members | Cruz Ex. 11; Cubanos-5950 | |
| 122 | Screenshots of FIU ACLU Club 2024 messages | Cruz Ex. 12; Cubanos-134-137 | |
| 123 | Fall 2024 PowerPoint presentation for FIU ACLU Club | Cruz Ex. 13; Cubanos-145-160 | |
| 124 | Voter Registration for Genesis Castilla Falcon | Falcon Ex. 1 | |
| 125 | Map of HD 118 | Falcon Ex. 4 | |
| 126 | 5/21/24 Assignment for Expert Report | McCartan Ex. 2 | |
| 127 | 2/28/25 Addendum to Assignment for Expert Report | McCartan Ex. 3 | |
| 128 | 10/18/21 Memo to Ferrin from Chair Rodrigues | McCartan Ex. 4; Poreda Ex. 7 | |
| 129 | 10/24/24 ALARM Project - FL Congressional Districts | McCartan Ex. 13 | R, H, 403 |
| 130 | 7/1/23 McCartan Report in GRACE v. City of Miami | McCartan Ex. 14 | R, H, 403 |
| 131 | 8/11/23 Rebuttal McCartan Report in Nairne v. Ardoin | McCartan Ex. 15 | R, H, 403 |
| 132 | Compactness Scores for CD 24, 25, 27 | McCartan Ex. 22 | |
| 133 | FEC List of McCartan Contributions | McCartan Ex. 25 | R, 403 |
| 134 | 4/5/25 McCartan Bluesky Post | McCartan Ex. 26 | R, H, 403 |
| 135 | 7/3/25 McCartan Bluesky post | McCartan Ex. 43 | R, H, 403 |
| 136 | Engage Amended and Restated Bylaws | Pelham Ex. 2; Cubanos-35-48 | |
| 137 | 9/7/23 email from Aimee Ferrer | Pelham Ex. 3; Cubanos-38 | |
| 138 | Membership List from Engage Miami | Pelham Ex. 6; Cubanos-7081 | |

| | | | |
|---|---|---|---|
| 139 | Membership List from Engage Miami | Pelham Ex. 7; Cubanos-7082 | |
| 140 | Membership List from Engage Miami | Pelham Ex. 9; Cubanos-7167 | |
| 141 | 2021 Tax Form 990 for Engage Miami | Pelham Ex. 10; Cubanos-5885-5897 | |
| 142 | 2020 Tax Form 990 for Engage Miami | Pelham Ex. 11; Cubanos-5898-5913 | |
| 143 | Engage Miami Member Commitments | Pelham Ex. 12; Cubanos-993-996 | |
| 144 | Engage Miami Member Commitments | Pelham Ex. 13; Cubanos-997-1000 | |
| 145 | Engage Miami Member Commitments | Pelham Ex. 14; Cubanos-5916 | |
| 146 | 2024 Engage Miami Member Intake Form | Pelham Ex. 15; Cubanos-5921-5926 | |
| 147 | 7/2/25 Subpoena to Dade SOE | Pichs Ex. 1 | |
| 148 | 10/1/19 Herald article "Colombian Democrat defends comments blasting 'Cuban Republican' officials as hypocritical" | Polo Ex. 6 | R, H, 403 |
| 149 | 7/29/22 Tweet from Cindy Polo | Polo Ex. 7 | R, 403 |
| 150 | Cubanos Pa'lante Leadership Chat | Rivero Ex. 3; Cubanos-178-80 | |
| 151 | Cubanos Pa'lante Facebook Posts | Rivero Ex. 7 | R, 403 |
| 152 | 1/10/25 Capture of Cubanos Pa'lante Website | Rivero Ex. 11 | |
| 153 | 7/2/25 Capture of Cubanos Pa'lante Website | Rivero Ex. 12 | |
| 154 | Press Release, "Critical Win in Lawsuit Against Florida's Racial Gerrymandering" | Rivero Ex. 13 | |
| 155 | Cubanos Pa'lante Newsletter Sign Up | Rivero Ex. 14 | |
| 156 | 6/3/24 Assignment for Expert Report | Walker Ex. 2 | |
| 157 | 8/5/24 Supp. Assignment for Expert Report | Walker Ex. 3 | |
| 158 | Article, "The Geography of Racially Polarized Voting: Calibrating Surveys at the District Level" | Walker Ex. 4 | F, H |
| 159 | Table of Preferred Candidate in certain Benchmark Districts | Walker Ex. 5 | |
| 160 | Table of Preferred Candidate in certain Benchmark Districts - Corrected | | |
| 161 | Fig. 36: Estimated support for a given candidate by Hispanic voters in South Florida and white voters statement | Walker Ex. 6 | |
| 162 | Table of Preferred Candidate in certain Benchmark Districts | Walker Ex. 7 | |

| 163 | Table 1: Registration and Turnout Statistics for CD20 | Walker Ex. 10 | |
| 164 | Table 4: Registration and Turnout Statistics for CD24 | Walker Ex. 11 | |
| 165 | Article, "Cracking the Racial Code: Black Threat, White Rights and the Lexicon of American Politics" | Walker Ex. 12 | R, H, 403 |
| 166 | Article, "Policing Socio-Geographic Boundaries and Inequality" | Walker Ex. 13 | R, H, 403 |
| 167 | Article, "No Justice, No Peace: Political Science Perspectives on the American Carceral State" | Walker Ex. 15 | R, H, 403 |
| 168 | Article, "The George Floyd Effect: How Protests and Public Scrutiny Changed Police Behavior" | Walker Ex. 16 | R, H, 403 |
| 169 | Article, "The Whiteness of Wisconsin's Wages: Racial Geography and the Defeat of the Public Sector Labor Unions in Wisconsin" | Walker Ex. 17 | R, H, 403 |
| 170 | Article, "Evidence in Voting Rights Act Litigation: Producing Accurate Estimates of Racial Voting Patterns" | Walker Ex. 19 | R, H, 403 |
| 171 | Press Release, "Community Groups and Local Residents File Lawsuit Challenging Racially Gerrymandered Congressional and State House Districts in South and Southwest Florida" | Cubanos-7136-7137 | |
| 172 | 11/18/25 Cubanos' Resp. to House's 2nd ROGs | | |
| 173 | 11/18/25 Engage's Resp. to House's 2nd ROGs | | |
| 174 | 11/18/24 FIU Club's Resp. to House's 2nd ROGs | | |
| 175 | 2/10/25 Cubanos' Supp. Resp. to House's 3rd ROGs | | |
| 176 | 2/10/25 Engage's Supp. Resp. to House's 3rd ROGs | | |
| 177 | 2/10/25 FIU Club's Supp. Resp. to House's 3rd ROGs | | |
| 178 | 4/23/25 Engage's Resp. to House's 6th ROGs | | |
| 179 | 4/23/25 FIU Club's Resp. to House's 6th ROGs | | |
| 180 | 4/23/25 Belbruno's Resp. to House's 5th ROGs | | |
| 181 | 6/25/25 FIU Club's 2nd Supp. Resp. to House's 1st ROGs | | |
| 182 | 6/25/25 Engage's 2nd Supp. Resp. to House's 1st ROGs | | |
| 183 | 6/25/25 Engage's Supp. Resp. to House's 2nd ROGs | | |
| 184 | 6/25/25 Cubanos' Supp. Resp. to House's 2nd ROGs | | |

| | | | |
|---|---|---|---|
| 185 | 6/25/25 FIU Club's Supp. Resp. to House's 2nd ROGs | | |
| 186 | 6/25/25 Engage's Resp. to House's 4th ROGs | | |
| 187 | 6/25/25 Cubanos' Resp. to House's 4th ROGs | | |
| 188 | 6/25/25 FIU Club's Resp. to House's 4th ROGs | | |
| 189 | 6/25/25 Belbruno's Resp. to House's 3rd ROGs | | |
| 190 | 6/25/25 Falcon's Resp. to House's 3rd ROGs | | |
| 191 | 6/25/25 Polo's Resp. to House's 3rd ROGs | | |
| 192 | 6/25/25 FIU Club's Resp. to House's 5th ROGs | | |
| 193 | 6/25/25 Falcon's Resp. to House's 5th ROGs | | |
| 194 | 6/25/25 Polo's Resp. to House's 5th ROGs | | |
| 195 | 2/10/25 Belbruno's Answers to House's 1st RFAs | | |
| 196 | 2/10/25 Cubanos' Answers to House's 1st RFAs | | |
| 197 | 2/10/25 Engage's Answers to House's 1st RFAs | | |
| 198 | 2/10/25 Falcon's Answers to House's 1st RFAs | | |
| 199 | 2/10/25 FIU Club's Answers to House's 1st RFAs | | |
| 200 | 2/10/25 Polo's Answers to House's 1st RFAs | | |
| 201 | 6/26/25 Plfs' Answers to House's 2nd RFAs | | |
| 202 | 4/23/25 Plfs' Answers to Secretary's 1st RFAs | | |
| 203 | 8/22/25 Plfs' Answers to House's 3rd RFAs | | |
| 204 | 11/25/25 Plfs' Supp. Answers to House's 4th RFAs | | |
| 205 | 11/25/25 Plfs' 2nd Supp. Answers to House's 2nd RFAs | | |
| *Documents Defendants May Offer At Trial If The Need Arises* | | | |
| 206 | Map 1: State House Districts | DE 123-1 at 3 | |
| 207 | Map 2: HDs in Palm Beach, Broward and Miami-Dade Counties | DE 123-1 at 4 | |
| 208 | Map 3: HDs in Miami-Dade County | DE 123-1 at 5 | |
| 209 | Map 4: Challenged HDs (112-116, 118, and 119) | DE 123-1 at 6 | |
| 210 | Map 5: HD 106 and Municipalities | DE 123-1 at 7 | |
| 211 | Map 6: HD 112 and Municipalities | DE 123-1 at 8 | |

| | | | |
|---|---|---|---|
| 212 | Map 7: HD 113 and Municipalities | DE 123-1 at 9 | |
| 213 | Map 8: HD 114 and Municipalities | DE 123-1 at 10 | |
| 214 | Map 9: HDs 115 & 116 and Municipalities | DE 123-1 at 11 | |
| 215 | Map 10: HD 112 and Geographical Features | DE 123-1 at 12 | |
| 216 | Map 11: HD 113 and Geographical Features | DE 123-1 at 13 | |
| 217 | Map 12: HD 114 and Geographical Features | DE 123-1 at 14 | |
| 218 | Map 13: HDs 115 & 116 and Geographical Features | DE 123-1 at 15 | |
| 219 | Map 14: HDs 118 & 119 and Geographical Features | DE 123-1 at 16 | |
| 220 | Map 15: Congressional Districts | DE 123-1 at 17 | |
| 221 | Map 16: Congressional Districts in Southeast Florida | DE 123-1 at 18 | |
| 222 | Map 17: CD 26 | DE 123-1 at 19 | |
| 223 | Map 18: CD 26 and Municipalities | DE 123-1 at 20 | |
| 224 | Map 19: CD 26 and Municipalities (Miami-Dade-County) | DE 123-1 at 21 | |
| 225 | EDR - 2020 Census Profile for Florida | | |
| 226 | EDR - 2020 Census Profile for Broward County | | |
| 227 | EDR - 2020 Census Profile for Collier County | | |
| 228 | EDR - 2020 Census Profile for DeSoto County | | |
| 229 | EDR - 2020 Census Profile for Glades County | | |
| 230 | EDR - 2020 Census Profile for Hardee County | | |
| 231 | EDR - 2020 Census Profile for Hendry County | | |
| 232 | EDR - 2020 Census Profile for Highlands County | | |
| 233 | EDR - 2020 Census Profile for Lee County | | |
| 234 | EDR - 2020 Census Profile for Miami-Dade County | | |
| 235 | EDR - 2020 Census Profile for Monroe County | | |
| 236 | EDR - 2020 Census Profile for Okeechobee County | | |
| 237 | EDR - 2020 Census Profile for Palm Beach County | | |
| 238 | EDR - 2020 Census Profile for Polk County | | |
| 239 | Tr. - House Comm. (9/22/21) | House_0195-294 | |

| 240 | Tr. - House Con. Subcomm. (9/23/21) | House_0295-347 | |
|---|---|---|---|
| 241 | Tr. - House Leg. Subcomm. (9/23/21) | House_0348-406 | |
| 242 | Tr. - House Comm. (10/12/21) | House_0407-461 | |
| 243 | Tr. - House Con. Subcomm. (10/13/21) | House_0462-518 | |
| 244 | Tr. - House Leg. Subcomm. (10/13/21) | House_0519-559 | |
| 245 | Tr. - House Con. Subcomm. (10/20/21) | House_0560-607 | |
| 246 | Tr. - House Leg. Subcomm. (10/20/21) | House_0608-657 | |
| 247 | Tr. - House Comm. (11/2/21) | House_0658-722 | |
| 248 | Tr. - House Con. Subcomm. (11/3/21) | House_0723-777 | |
| 249 | Tr. - House Leg. Subcomm. (11/3/21) | House_0778-819 | |
| 250 | Tr. - House Con. Subcomm. (12/2/21) | House_0820-916 | |
| 251 | Tr. - House Leg. Subcomm. (12/3/21) | House_0917-1061 | |
| 252 | Tr. - House Leg. Subcomm. (1/21/21) | House_1226-349 | |
| 253 | Tr. - House Comm. (1/26/22) | House_1350-535 | |
| 254 | Tr. - House Session (2/1/22) | House_1536-754 | |
| 255 | Tr. - House Session (2/2/22) | House_1755-882 | |
| 256 | Tr. - House Session (3/3/22) | House_2242-405 | |
| 257 | Tr. - House Session (3/4/22) | House_2406-93 | |
| 258 | Tr. - Senate Comm. (10/18/21) | House_3276-321 | |
| 259 | Tr. - Senate Leg. Subcomm. (11/17/21) | House_3405-480 | |
| 260 | Tr. - Senate Con. Subcomm. (11/29/21) | House_3481-502 | |
| 261 | Tr. - Senate Leg. Subcomm. (11/29/21) | House_3503-30 | |
| 262 | Tr. - Senate Con. Subcomm. (1/10/22) | House_3531-77 | |
| 263 | Tr. - Senate Leg. Subcomm. (1/10/22) | House_3578-671 | |
| 264 | Tr. - Senate Comm. (1/13/22) | House_3672-787 | |
| 265 | Tr. - Senate Session (1/19/22) | House_3788-927 | |
| 266 | Tr. - Senate Session (1/20/22) | House_3928-65 | |
| 267 | Tr. - Senate Session (2/3/22) | House_3966-76 | |

| 268 | Tr. - Senate Session - Part I of II (4/19/22) | House_4412-46 | |
|---|---|---|---|
| 269 | Tr. - Senate Session - Part II of II (4/19/22) | House_4447-705 | |
| 270 | Trende Depo. Tr. | | H |
| 271 | Gonzalez Depo. Tr. | | H |
| 272 | Gonzalez Depo. Errata | | H |
| 273 | 2022-2032 Florida State House Districts | | |
| 274 | 2022-2032 Florida Congressional Districts | | |
| 275 | 2013 FDOT District One Map | | |
| 276 | 2022-2032 Map 1 | | |
| 277 | 2022-2032 Map 2 | | |
| 278 | 2022-2032 Map 3 | | |
| 279 | Arterial Grid Analysis Study | | R, H, 403 |
| 280 | Collier County Map | | |
| 281 | Dade County State Highway System 2014 | | |
| 282 | FDOT - Krome FAQ | | R, H, 403 |
| 283 | FDOT District One - Map B1 | | |
| 284 | Flagler Street Miami - Miami DDA | | R, H, 403 |
| 285 | Flagler Street Wikipedia | | R, H, 403 |
| 286 | Florida State Road 997 Wikipedia | | R, H, 403 |
| 287 | GMX-Way Home Page | | R, 403 |
| 288 | GMX-Way Meeting Supp.s | | R, 403 |
| 289 | GMX-Way History of Greater Miami Expressway Agency | | R, 403 |
| 290 | Media Advisory - Miami-Dade County DOT & Public Works to begin construction on NW 37 Ave roadway improvements | | R, H, 403 |
| 291 | Municipalities - Miami-Dade County | | |
| 292 | Office of the Supervisor of Elections - State House Districts with Precincts and Zip Codes | | |

| | | | |
|---|---|---|---|
| 293 | Office of Supervisor of Elections - Congressional Districts with Precincts and Zip Codes | | |
| 294 | Ordinance No. 2023-70 | | R, H, 403 |
| 295 | Tamiami Trail Wikipedia | | R, H, 403 |
| 296 | Under Construction Fact Sheet - Project No. 20210093 | | R, H, 403 |
| 297 | State Information - CSX | | R, H, 403 |
| 298 | Miami's Community News - New Tree Island Park and Preserve Article | | R, H, 403 |
| 299 | University of Miami - Krome's imprint on South Florida | | R, H, 403 |
| 300 | Amended Driskell Depo Notice | Driskell Ex. 1 | |
| 301 | 9/9/21 Email from Kelly Skidmore re: "Redistricting 101 Follow Up Materials" | Driskell Ex. 2 | R |
| 302 | Screenshots of Texts with Evan | Driskell Ex. 3 | R |
| 303 | Screenshots of Texts with Bryce | Driskell Ex. 4 | R |
| 304 | Screenshots of Texts with Ecitrym | Driskell Ex. 5 | R |
| 305 | Screenshots of Texts with Bruce Antone | Driskell Ex. 6 | R |
| 306 | 10/18/21 Calendar invitation with Nicholas Warren | Driskell Ex. 7 | |
| 307 | 10/18/21 N. Warren Email re: "Prison Gerrymandering Inquiry" | Driskell Ex. 8; SOS_Hodges_228-231 | |
| 308 | 10/20/21 HDO Redistricting Briefing | Driskell Ex. 9 | |
| 309 | 3/24/25 Driskell Subpoena Duces Tecum | Driskell Ex. 10 | |
| 310 | 6/23/25 Amended Eskamani Depo Notice | Eskamani Ex. 1 | |
| 311 | Eskamani Notice of Subpoena Duces Tecum | Eskamani Ex. 3 | |
| 312 | Paginated Version of Gonzalez Report | Gonzalez Ex. 2 | H |
| 313 | Plfs' DOS Depo Notice | Matthews Ex. 1 | |
| 314 | Special Elections - Florida Department of State Website | Matthews Ex. 2 | |
| 315 | 8/14/15 Memo from Ken Detzner to SOEs re: "Directive 2015-01 Congressional Candidate Qualifying; Year of Apportionment" | Matthews Ex. 3 | |
| 316 | 8/14/15 Memo from Ken Detzner to SOEs re: "Directive 2015-02 State Senate Candidate Qualifying; Year of Apportionment" | Matthews Ex. 4 | |

| | | | |
|---|---|---|---|
| 317 | The Florida Senate Website on Redistricting | Matthews Ex. 7 | |
| 318 | Taddeo Amended Subpoena Duces Tecum | Taddeo Ex. 2 | |
| 319 | Screenshots of Annette Taddeo's Texts with Joe Dye | Taddeo Ex. 3 | R |
| 320 | Taddeo's 2020 Financial Disclosure | Taddeo Ex. 4 | R, 403 |
| 321 | PPP Borrower Search Results for Languagespeak, Inc. | Taddeo Ex. 5 | R, 403 |
| 322 | Taddeo's 2021 Financial Disclosure | Taddeo Ex. 6 | R, 403 |
| 323 | 1/19/22 Transcript of Senate Session | Taddeo Ex. 7 | |
| 324 | 3/4/22 Transcript of Senate Session | Taddeo Ex. 8 | |
| 325 | CS/SB 102 Bill Analysis and Fiscal Impact Statement | Taddeo Ex. 9 | |
| 326 | CS/SB 102 Third Reading | Taddeo Ex. 10 | |
| 327 | CS/SJR 100 House Message Summary | Taddeo Ex. 12 | |
| 328 | CS/SJR 100 Returning Messages | Taddeo Ex. 13 | |
| 329 | 4/19-22/22 Senate Journal | Taddeo Ex. 14 | |
| 330 | Excerpt of 2020-2022 Florida Senate Rules and Manual | Taddeo Ex. 15 | R |
| 331 | FlaPol, "Annette Taddeo calls for boycott of redistricting Special Session" | Taddeo Ex. 16 | H |
| 332 | Herald, "'Not here to play the game.' Miami Sen. Annette Taddeo pushes special session boycott" | Taddeo Ex. 17 | H |
| 333 | 9/9/21 Email from Skidmore to Driskell re: "Redistricting 101 Follow Up Materials" | SOS_Cubanos_0163266 | R |
| 334 | 7/16/24 Plfs' Initial Disclosure | | |
| 335 | 10/8/24 Plfs' 1st Supp. to Initial Disclosures | | |
| 336 | 6/24/25 Plfs' 2nd Supp. to Initial Disclosures | | |
| 337 | 8/22/24 Cubanos' Resp. to House's 1st ROGs | | |
| 338 | 8/22/24 Engage's Resp. to House's 1st ROGs | | |
| 339 | 8/22/24 FIU Club's Resp. to House's 1st ROGs | | |
| 340 | 11/18/24 Cubanos' Supp. Resp. to House's 1st ROGs | | |
| 341 | 11/18/24 Falcon's Supp. Resp. to House's 1st ROGs | | |

| | | | |
|---|---|---|---|
| 342 | 11/18/24 FIU ACLU's Supp. Resp. to House's 1st ROGs | | |
| 343 | 11/18/24 Polo's Supp. Resp. to House's 1st ROGs | | |
| 344 | 12/2/24 Belbruno's Resp. to House's 1st ROGs | | |
| 345 | 3/26/25 Belbruno's Resp. to House's 4th ROGs | | |
| 346 | 3/26/25 Cubanos' Resp. to House's 5th ROGs | | |
| 347 | 3/26/25 Engage's Resp. to House's 5th ROGs | | |
| 348 | 3/26/25 Falcon's Resp. to House's 4th ROGs | | |
| 349 | 3/26/25 FIU Club's Resp. to House's 5th ROGs | | |
| 350 | 3/26/25 Polo's Resp. to House's 4th ROGs | | |
| 351 | Plfs' Second Amended Complaint | DE 58 | |
| 352 | Plfs' Statement of Material Facts | DE 126 | |
| 353 | Any documents on Plfs' Exhibit List | | |
| 354 | Any documents needed for rebuttal | | |
| 355 | Any amended disclosures or discovery responses by Plfs served on or after 11/26/25 | | |
| **Documents Defendants Expect to Offer At Trial, But Expect Will Become Joint Exhibits** | | | |
| 356 | Map-and-Data Packet - Enacted House Districts (H000H8013) | In re SJR 100 Pet. App'x at 447-473 | |
| 357 | Map-and-Data Packet - Benchmark House Districts | In re SJR 100 Pet. App'x at 474-503 | |
| 358 | Map-and-Data Packet - Enacted Con. Districts (P000C0109) | | |
| 359 | Map-and-Data Packet - Benchmark Con. Districts | | |
| 360 | Map-and-Data Packet - H000C8019 Proposed Con. Districts | | |
| 361 | Map-and-Data Packet - H000H8005 Proposed State House Districts | | |
| 362 | Map-and-Data Packet - H000H8007 Proposed State House Districts | | |
| 363 | Map-and-Data Packet - H000H8009 Proposed State House Districts | | |
| 364 | Map-and-Data Packet - McCartan House Map A1 | House_0001-20; McCartan Depo. Ex. 35 | |
| 365 | Map-and-Data Packet - McCartan House Map A2 | House_0021-40; McCartan Ex. 36 | |
| 366 | Map-and-Data Packet - McCartan House Map B | House_0041-60; McCartan Ex. 37 | |
| 367 | Map-and-Data Packet - McCartan House Map C1 | House_0061-80; McCartan Ex. 38 | |

| 368 | Map-and-Data Packet - McCartan House Map C2 | House_0081-100 | |
|---|---|---|---|
| 369 | Map-and-Data Packet - McCartan House Map C3 | House_0101-120 | |
| 370 | Map-and-Data Packet - McCartan House Map C4 | House_0121-140 | |
| 371 | Map-and-Data Packet - McCartan Con. Map A | House_0141-149; McCartan Ex. 29 | |
| 372 | Map-and-Data Packet - McCartan Con. Map B1 | House_0150-158; McCartan Ex. 30 | |
| 373 | Map-and-Data Packet - McCartan Con. Map B2 | House_0159-167; McCartan Ex. 31 | |
| 374 | Map-and-Data Packet - McCartan Con. Map C1 | House_0168-176; McCartan Ex. 32 | |
| 375 | Map-and-Data Packet - McCartan Con. Map C2 | House_0177-185; McCartan Ex. 33 | |
| 376 | Map-and-Data Packet - McCartan Con. Map D | House_0186-194; McCartan Ex. 34 | |
| 377 | House Journal - 2022 Session - Vol. I (Excerpts) | | |
| 378 | House Journal - 2022 Session - Vol. II (Excerpts) | | |
| 379 | Senate Journal - 2022 Session - Vol. I (Excerpts) | | |
| 380 | Senate Journal - 2022 Session - Vol. II (Excerpts) | | |
| 381 | House Journal - 2022 Special Session C (Excerpts) | | |
| 382 | Senate Journal - 2022 Special Session C (Excerpts) | | |
| 383 | Tr. - House Comm. (9/22/21) | Cubanos-4680- 4722 (DE 126-1) | |
| 384 | Tr. - House Con. Subcomm. (9/23/21) | Cubanos-4723- 4745 | |
| 385 | Tr. - House Leg. Subcomm. (9/23/21) | Cubanos-6372- 6396 | |
| 386 | Tr. - House Comm. (10/12/21) | Cubanos-6257- 6280 | |
| 387 | Tr. - House Con. Subcomm. (10/13/21) | Cubanos-5978- 6003 | |
| 388 | Tr. - House Leg. Subcomm. (10/13/21) | Cubanos-5958- 5977 | |
| 389 | Tr. - House Con. Subcomm. (10/20/21) | Cubanos-6443- 6463 | |
| 390 | Tr. - House Leg. Subcomm. (10/20/21) | Cubanos-6110- 6131 | |
| 391 | Tr. - House Comm. (11/2/21) | Cubanos-6701- 6732 | |
| 392 | Tr. - House Con. Subcomm. (11/3/21) | Cubanos-6004- 6029 | |
| 393 | Tr. - House Leg. Subcomm. (11/3/21) | Cubanos-6194- 6214 | |
| 394 | Tr. - House Con. Subcomm. (12/2/21) | Cubanos-6397- 6442 (DE 126-3) | |
| 395 | Tr. - House Leg. Subcomm. (12/3/21) | Cubanos-5137- 5205 (DE 126-4) | |

| 396 | Tr. - House Con. Subcomm. (1/11/22) | House_1062-89 | |
|---|---|---|---|
| 397 | Tr. - House Leg. Subcomm. (1/11/22) | House_1090-1103 | |
| 398 | Tr. - House Comm. (1/13/22) | House_1104-225 | |
| 399 | Tr. - House Leg. Subcomm. (1/21/21) | Cubanos-6132- 6193 (DE 126-6) | |
| 400 | Tr. - House Comm. (1/26/22) | Cubanos-6733- 6820 (DE 126-7) | |
| 401 | Tr. - House Session (2/1/22) | Cubanos-6281- 6371 (DE 126-8) | |
| 402 | Tr. - House Session (2/2/22) | Cubanos-6464- 6503 (DE 126-9) | |
| 403 | Tr. - House Con. Subcomm. (2/18/22) | House_1883-2044 | |
| 404 | Tr. - House Comm. (2/25/22) | House_2045-241 | |
| 405 | Tr. - House Session (3/3/22) | Cubanos-6620- 6700 | |
| 406 | Tr. - House Session (3/4/22) | Cubanos-6215- 6256 | |
| 407 | Tr. - House Con. Subcomm. (4/19/22) | House_2494-2683 | |
| 408 | Tr. - House Session (4/20/22) | House_2684-908 | |
| 409 | Tr. - House Session (4/21/22) | House_2909-3015 | |
| 410 | Tr. - Senate Comm. (9/20/21) | House_3016-116 | |
| 411 | Tr. - Senate Comm. (10/11/21) | House_3117-275 | |
| 412 | Tr. - Senate Comm. (10/18/21) | Cubanos-3532- 3554 | |
| 413 | Tr. - Senate Con. Subcomm. (11/16/21) | House_3322-404 | |
| 414 | Tr. - Senate Leg. Subcomm. (11/17/21) | Cubanos-4486- 4520 | |
| 415 | Tr. - Senate Con. Subcomm. (11/29/21) | Cubanos-3372- 3381 | |
| 416 | Tr. - Senate Leg. Subcomm. (11/29/21) | Cubanos-3434- 3445 | |
| 417 | Tr. - Senate Con. Subcomm. (1/10/22) | Cubanos-3335- 3354 | |
| 418 | Tr. - Senate Leg. Subcomm. (1/10/22) | Cubanos-3942- 3990 | |
| 419 | Tr. - Senate Comm. (1/13/22) | Cubanos-3382- 3433 (DE 126-5) | |
| 420 | Tr. - Senate Session (1/19/22) | Cubanos-4282- 4310 | |
| 421 | Tr. - Senate Session (1/20/22) | Cubanos-3517- 3531 | |
| 422 | Tr. - Senate Session (2/3/22) | Cubanos-5954- 5957 | |
| 423 | Tr. - Senate Session (3/4/22) | House_3977-4236 | |

| 424 | Tr. - Senate Comm. (4/19/22) | House_4237-411 | |
| 425 | Tr. - Senate Session - 12:30 PM (4/19/22) | Cubanos-3927- 3941 | |
| 426 | Tr. - Senate Session (4/19/22) | Cubanos-6030- 6109 (DE 126-13) | |
| 427 | Tr. - Senate Session (4/20/22) | House_4706-821 | |
| 428 | Stip. re Cubanos Pa'lante Membership | DE 86 | |
| 429 | Stip. re EOG Involvement | DE 126-21 | |

Respectfully submitted December 10, 2025,

| | /s/ Nicholas L.V. Warren |

Andrew Frackman*
**O'Melveny & Myers LLP**
1301 Avenue of the Americas, 17th Floor
New York, NY 10019
(212) 326-2000
afrackman@omm.com

Brian P. Quinn*
Patrick J. Jones*
Emily Murphy*
Gabrielle S. Jackson*
Helena M. Li*
**O'Melveny & Myers LLP**
1625 Eye Street NW
Washington, DC 20006
(202) 383-5300
bquinn@omm.com
pjones@omm.com
emurphy@omm.com
gjackson@omm.com
hli@omm.com

Nicholas L.V. Warren (FBN 1019018)
Caroline A. McNamara (FBN 1038312)
Daniel B. Tilley (FBN 102882)
**ACLU Foundation of Florida, Inc.**
4343 West Flagler Street, Suite 400
Miami, FL 33134
(786) 363-1769
nwarren@aclufl.org
cmcnamara@aclufl.org
dtilley@aclufl.org

Jorge L. Vasquez, Jr.*
**Vasquez Attorneys at Law, PC**
141 Parkway Road, Suite 14
Bronxville, NY 10708
(212) 752-8408
jorge@vasquezpc.com

*Admitted pro hac vice*

*Counsel for Plaintiffs*