IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 1:24-cv-21983-JB

CUBANOS PA'LANTE, *et al.*,

 *Plaintiffs*,

v.

FLORIDA HOUSE OF REPRESENTATIVES, *et al.*,

 *Defendants*.

_____/

## **PLAINTIFFS' WITNESS LIST SUPPLEMENT**

Plaintiffs supplement their witness list with synopses and time estimates (including Defendants' cross-examination time estimates), in accordance with the Court's Order Providing Instructions for Bench Trial (ECF No. 153).

| Name | Estimated Time (Mins.) | | Synopsis of the Testimony |
|---|---|---|---|
| | Direct | Cross | |
| *Witnesses Plaintiffs Will Call:* | | | |
| 1. Cynthia Perez | 20 | 30 | Cubanos Pa'lante's activities and standing; the communities impacted by the Challenged Districts. |
| 2. Rebecca Pelham | 30 | 30 | Engage Miami's activities and standing; the communities impacted by the Challenged Districts. |
| 3. Camila Suarez Melinkoff | 20 | 30 | FIU ACLU Club's activities and standing; the communities impacted by the Challenged Districts. |
| 4. Enrique Cruz | 15 | 15 | FIU ACLU Club's activities and standing; the communities impacted by the Challenged Districts. |
| 5. Cindy Polo | 10 | 15 | Her standing to challenge HD 115. |
| 6. Genesis Castilla Falcon | 15 | 15 | Her standing to challenge HD 118. |
| 7. Diana Belbruno | 10 | 15 | Her standing to challenge CD 26. |
| 8. Jason Poreda | 105 | 60 | The redistricting process in the House. |
| 9. Carolyn Abott (Expert) | 90 | 90 | The demographic data that suggests the Challenged Districts were drawn along racial lines. |

1

| | | | |
|---|---|---|---|
| 10. Cory McCartan (Expert) | 75 | 75 | The illustrative race-neutral alternative maps he drew; statistics and maps that he generated. |
| 11. Hannah Walker (Expert) | 90 | 90 | The lack of Hispanic voting cohesion and white bloc voting ("racially polarized voting"); Black voters' ability-to-elect in certain districts in Plaintiffs' illustrative plans. |
| 12. Annette Taddeo | 30 | 30 | The redistricting process in the Senate; the communities impacted by the Challenged Districts; the Hispanic electorate in South Florida. |
| 13. Fentrice Driskell | 45 | 30 | The redistricting process in the House. |
| *Witnesses Plaintiffs May Call if the Need Arises:* | | | |
| 14. Michael Rivero | 20 | 20 | Cubanos Pa'lante's activities and standing; the communities impacted by the Challenged Districts. |
| 15. David Brito-Murphy | 20 | 20 | FIU ACLU Club's activities and standing; the communities impacted by the Challenged Districts. |
| 16. Anna Eskamani | 30 | 15 | The redistricting process in the House. |

Respectfully submitted December 15, 2025,

Andrew Frackman*
**O'Melveny & Myers LLP**
1301 Avenue of the Americas, 17th Floor
New York, NY 10019
(212) 326-2000
afrackman@omm.com

Brian P. Quinn*
Patrick J. Jones*
Emily Murphy*
Gabrielle S. Jackson*
Helena M. Li*
**O'Melveny & Myers LLP**
1625 Eye Street NW
Washington, DC 20006
(202) 383-5300
bquinn@omm.com
pjones@omm.com
emurphy@omm.com
gjackson@omm.com
hli@omm.com

 /s/ Nicholas L.V. Warren
Nicholas L.V. Warren (FBN 1019018)
Caroline A. McNamara (FBN 1038312)
Daniel B. Tilley (FBN 102882)
**ACLU Foundation of Florida, Inc.**
4343 West Flagler Street, Suite 400
Miami, FL 33134
(786) 363-1769
nwarren@aclufl.org
cmcnamara@aclufl.org
dtilley@aclufl.org

Jorge L. Vasquez, Jr.*
**Vasquez Attorneys at Law, PC**
141 Parkway Road, Suite 14
Bronxville, NY 10708
(212) 752-8408
jorge@vasquezpc.com

*Admitted pro hac vice

*Counsel for Plaintiffs*