UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:24-cv-21983-JB

CUBANOS PA'LANTE, *et al.*,

    Plaintiffs,

v.

FLORIDA HOUSE OF REPRESENTATIVES
and CORD BYRD, in his official capacity as
Florida Secretary of State,

    Defendants.
_____/

## DEFENDANTS' SUPPLEMENTAL TRIAL WITNESS LIST

Pursuant to Federal Rule of Civil Procedure 26(a)(3), Local Rule 16.1(e), and the Court's Orders dated March 17, 2025 and December 1, 2025 (D.E. 98; D.E. 153), Defendants Florida House of Representatives ("House") and Secretary of State Cord Byrd ("Secretary") jointly submit this Supplemental Trial Witness List.

**I.   Witnesses Expected to be Called**

1. Jason Poreda, c/o undersigned counsel for the House

    i. Estimated Direct Examination: 240 minutes

    ii. Estimated Cross Examination: 30 minutes

    iii. Topic: Mr. Poreda will testify about the redistricting process and the development of the enacted congressional and State House maps, including specifically the challenged districts.

2. Sean P. Trende, Ph.D. (Expert Witness), c/o undersigned counsel for Defendants

    i. Estimated Direct Examination: 120 minutes

      ii. <u>Estimated Cross Examination</u>: 20 minutes

      iii. <u>Topic</u>: Dr. Trende will present a rebuttal of opinions expressed by Drs. Abott, McCartan, and Walker.

3. Alfredo L. Gonzalez, Esq. (Expert Witness), c/o undersigned counsel for Defendants

      i. <u>Estimated Direct Examination</u>: 90 minutes

      ii. <u>Estimated Cross Examination</u>: 20 minutes

      iii. <u>Topic</u>: Mr. Gonzalez will testify about the geographical boundaries that the Legislature utilized in drawing the challenged districts.

**II. Witnesses to be Called if the Need Arises**

4. Alina Garcia, Miami-Dade County Supervisor of Elections, 2700 NW 87th Avenue, Miami, FL 33172, Telephone: (305) 499-8683

      i. <u>Estimated Direct Examination</u>: 30 minutes

      ii. <u>Estimated Cross Examination</u>: 15 minutes

      iii. <u>Topic</u>: Ms. Garcia will testify about the election calendar and its impact on any remedial proceedings.

5. Records Custodian for the House, c/o undersigned counsel for the House

      i. <u>Estimated Direct Examination</u>: 5 minutes

      ii. <u>Estimated Cross Examination</u>: 5 minutes

      iii. <u>Topic</u>: The Records Custodian for the House will testify only to authenticate documents at trial, if necessary.

6. Records Custodian for the Florida Secretary of State, c/o counsel for the Secretary

      i. <u>Estimated Direct Examination</u>: 5 minutes

      ii. <u>Estimated Cross Examination</u>: 5 minutes

      iii. <u>Topic</u>: The Records Custodian for the Florida Secretary of State will testify only to authenticate documents at trial, if necessary.

7. Records Custodian for Engage Miami, Inc., c/o counsel for Plaintiffs

      i. <u>Estimated Direct Examination</u>: 5 minutes

      ii. <u>Estimated Cross Examination</u>: 5 minutes

      iii. <u>Topic</u>: The Records Custodian for Engage Miami will testify only to authenticate documents at trial, if necessary.

8. Records Custodian for Cubanos Pa'Lante, c/o counsel for Plaintiffs

      i. <u>Estimated Direct Examination</u>: 5 minutes

      ii. <u>Estimated Cross Examination</u>: 5 minutes

      iii. <u>Topic</u>: The Records Custodian for Cubanos Pa'Lante will testify only to authenticate documents at trial, if necessary.

9. Records Custodian for FIU ACLU Club, c/o counsel for Plaintiffs

      i. <u>Estimated Direct Examination</u>: 5 minutes

      ii. <u>Estimated Cross Examination</u>: 5 minutes

      iii. <u>Topic</u>: The Records Custodian for FIU ACLU Club will testify only to authenticate documents at trial, if necessary.

10. Any witnesses required to authenticate documents at trial

11. Any witnesses disclosed or called by Plaintiffs

12. Any impeachment/rebuttal witnesses

**III. Witnesses to be Presented by Deposition/Prior Testimony**

None.

Dated: December 15, 2025.               Respectfully submitted,

/s/ Andy Bardos                          /s/ Carmen Manrara Cartaya
Andy Bardos (FBN 822671)                 Jesus M. Suarez (FBN 60086)
andy.bardos@gray-robinson.com            jsuarez@continentalpllc.com
GRAYROBINSON, P.A.                       Carmen Manrara Cartaya (FBN 73887)
301 South Bronough Street, Suite 600     ccartaya@continentalpllc.com
Tallahassee, Florida 32301-1724          Jennifer M. Hernandez (FBN 1018836)
Telephone: 850-577-9090                  jhernandez@continentalpllc.com
                                         CONTINENTAL PLLC
                                         245 Alcazar Avenue,
                                         Coral Gables, Florida 33134
                                         Telephone: 305-677-2707

                                         Christopher M. Kise (FBN 855545)
                                         ckise@continentalpllc.com
                                         CONTINENTAL PLLC
                                         101 North Monroe Street, Suite 750
                                         Tallahassee, Florida 32301
                                         Telephone: 850-270-2211

*Attorneys for the House*

Dated: December 15, 2025.               Respectfully submitted,

Bradley R. McVay (FBN 79034)
brad.mcvay@dos.myflorida.com             /s/ Mohammad O. Jazil
Joseph S. Van de Bogart (FBN 84764)      Mohammad O. Jazil (FBN 72556)
joseph.vandebogart@dos.myflorida.com     mjazil@holtzmanvogel.com
Ashley Davis (FBN 48032)                 zbennington@holtzmanvogel.com
ashley.davis@dos.myflorida.com           HOLTZMAN VOGEL BARAN
FLORIDA DEPARTMENT OF STATE              TORCHINSKY & JOSEFIAK PLLC
R.A. Gray Building                       119 S. Monroe St. Suite 500
500 S. Bronough St.                      Tallahassee, FL 32301 (850) 270-5938
Tallahassee, FL 32399
(850) 245-6536

*Attorneys for the Secretary*