UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:24-cv-21983-JB

CUBANOS PA'LANTE, *et al.*,

    Plaintiffs,

v.

FLORIDA HOUSE OF REPRESENTATIVES
and CORD BYRD, in his official capacity as
Florida Secretary of State,

    Defendants.
_____/

## JOINT MOTION TO PERMIT CERTAIN PERSONS TO BRING ELECTRONIC EQUIPMENT TO TRIAL

The Parties jointly request permission for certain persons to bring electronic equipment into the Courthouse and Courtroom for trial. In support, the Parties state:

1. This case is set for trial from January 12, 2026 through January 16, 2026.

2. The Parties request that, in addition to counsel of record, the following individuals be allowed to bring into the Courthouse and Courtroom the following electronic equipment for each side's trial presentation: laptop computers, cell phones, tablet computers, projectors, television screens, computer monitors, printers, scanners, power cables, chargers, and hotspot devices:

    a. Zackary Bennington, paralegal for counsel for the Secretary;

    b. Natalie de la Osa-Tabares, paralegal for counsel for the House;

    c. Maya Albold, paralegal for Plaintiffs' counsel;

    d. Ciara Charpié, paralegal for Plaintiffs' counsel;

    e. Joseph Dye, paralegal for Plaintiffs' counsel.

3. The Parties also request that Plaintiffs' witness Dr. Carolyn Abott be permitted to bring into the Courthouse and Courtroom an insulin pump, blood monitor, and cell phone for the purpose of accessing a continuous glucose monitor used to treat diabetes, and a breast milk pump, bottles, and cooler to store breast milk.

4. In addition, the Parties expect the following individuals may testify at trial: Jason Poreda, Dr. Sean P. Trende, Alfredo Gonzalez, Alina Garcia, Cynthia Perez, Rebecca Pelham, Camila Suarez Melinkoff, Enrique Cruz, Cindy Polo, Genesis Castilla Falcon, Diana Belbruno, Dr. Carolyn Abott, Dr. Cory McCartan, Dr. Hannah Walker, Senator Annette Taddeo, Representative Fentrice Driskell, Michael Rivero, David Brito-Murphy, and Representative Anna Eskamani. To allow each party's counsel to communicate with these witnesses for purposes of coordinating the timing of their appearances to testify, and to allow these witnesses to work remotely outside the Courtroom while awaiting their turns to testify, the Parties requests that these individuals be permitted to bring their laptop computers, cell phones, and chargers inside the Courthouse, but not inside the Courtroom.

5. Undersigned counsel will notify any person whom the Court authorizes to bring a cell phone into the courthouse and courtroom of the following restrictions set forth in Amended Administrative Order 2019-87: "No cellular phones of any kind may be used as a camera or recording device in a courtroom, jury deliberations room or any lobby area of any building housing a federal court. No filming or photographs of any kind may be taken in any building housing a federal court, including any lobby areas, except in connection with naturalization hearings."

WHEREFORE, the Parties respectfully request the Court:

(1) Permit Zackary Bennington, Natalie de la Osa-Tabares, Maya Albold, Ciara Charpié, and Joseph Dye to bring into the Courthouse and Courtroom for trial their laptop

computers, cell phones, tablet computers, projectors, television screens, computer monitors, printers, scanners, power cables, chargers, and hotspot devices;

(2) Permit Dr. Carolyn Abott to bring into the Courthouse and Courtroom for trial her insulin pump, blood monitor, and cell phone for the purpose of accessing a continuous glucose monitor, and a breast milk pump, bottles, and cooler to store breast milk;

(3) Permit Jason Poreda, Dr. Sean P. Trende, Alfredo Gonzalez, Alina Garcia, Cynthia Perez, Rebecca Pelham, Camila Suarez Melinkoff, Enrique Cruz, Cindy Polo, Genesis Castilla Falcon, Diana Belbruno, Dr. Carolyn Abott, Dr. Cory McCartan, Dr. Hannah Walker, Senator Annette Taddeo, Representative Fentrice Driskell, Michael Rivero, David Brito-Murphy, and Representative Anna Eskamani to bring into the Courthouse for trial their laptop computers, cell phones, and chargers; and

(4) Grant such further relief as the Court deems just and proper under the circumstances.

Respectfully submitted December 18, 2025,

Andrew Frackman*
**O'Melveny & Myers LLP**
1301 Avenue of the Americas, 17th Floor
New York, NY 10019
(212) 326-2000
afrackman@omm.com

Brian P. Quinn*
Patrick J. Jones*
Emily Murphy*
Gabrielle S. Jackson*
Helena M. Li*
**O'Melveny & Myers LLP**
1625 Eye Street NW
Washington, DC 20006
(202) 383-5300
bquinn@omm.com
pjones@omm.com
emurphy@omm.com

/s/ Nicholas L.V. Warren
Nicholas L.V. Warren (FBN 1019018)
Caroline A. McNamara (FBN 1038312)
Daniel B. Tilley (FBN 102882)
**ACLU Foundation of Florida**
4343 West Flagler Street, Suite 400
Miami, FL 33134
(786) 363-1769
nwarren@aclufl.org
cmcnamara@aclufl.org
dtilley@aclufl.org

Jorge L. Vasquez, Jr.*
**Vasquez Attorneys at Law, PC**
141 Parkway Road, Suite 14
Bronxville, NY 10708
(212) 752-8408
jorge@vasquezpc.com

*Admitted pro hac vice

gjackson@omm.com
hli@omm.com

*Counsel for Plaintiffs*

/s/ *Carmen Manrara Cartaya*
Jesus M. Suarez (FBN 60086)
Carmen Manrara Cartaya (FBN 73887)
Jennifer Marie Hernandez (FBN 1018836)
**Continental PLLC**
245 Alcazar Avenue
Coral Gables, FL 33134
(305) 677-2707
jsuarez@continentalpllc.com
ccartaya@continentalpllc.com
jhernandez@continentalpllc.com

Christopher M. Kise (FBN 855545)
**Continental PLLC**
101 North Monroe Street, Suite 750
Tallahassee, FL 32301
(850) 270-2211
ckise@continentalpllc.com

/s/ *Andy Bardos*
Andy Bardos (FBN 822671)
**GrayRobinson, P.A.**
301 South Bronough Street, Suite 600
Tallahassee, FL 32301
(850) 577-9090
andy.bardos@gray-robinson.com

*Counsel for the House*

Bradley R. McVay (FBN 79034)
Ashley Davis (FBN 48032)
**Florida Department of State**
R.A. Gray Building
500 South Bronough Street
Tallahassee, FL 32399
(850) 245-6536
brad.mcvay@dos.myflorida.com
ashley.davis@dos.myflorida.com

/s/ *Mohammad O. Jazil*
Mohammad O. Jazil (FBN 72556)
**Holtzman Vogel Baran**
**Torchinsky & Josefiak PLLC**
119 South Monroe Street, Suite 500
Tallahassee, FL 32301
(850) 270-5938
mjazil@holtzmanvogel.com
zbennington@holtzmanvogel.com

*Counsel for the Secretary*