*Cubanos Pa'lante v. Florida House of Representatives*, No. 1:24-cv-21983 (S.D. Fla.)
**Exhibit 1 to Joint Pretrial Stipulation – Joint Exhibit List**

| Ex. No. | Category | Description |
|---|---|---|
| 1 | Maps | Map-and-Data Packet - Enacted State House Districts (H000H8013) |
| 2 | Maps | Map-and-Data Packet - Benchmark State House Districts |
| 3 | Maps | Map-and-Data Packet - Enacted Congressional Districts (P000C0109) |
| 4 | Maps | Map-and-Data Packet - Benchmark Congressional Districts |
| 5 | Maps | Map-and-Data Packet - Proposed State House Districts (H000H8005) |
| 6 | Maps | Map-and-Data Packet - Proposed State House Districts (H000H8007) |
| 7 | Maps | Map-and-Data Packet - Proposed State House Districts (H000H8009) |
| 8 | Maps | Map-and-Data Packet - Proposed Congressional Districts (H000C8019) |
| 9 | Maps | Map-and-Data Packet - Proposed Congressional Districts (S035C8060) |
| 10 | Plfs.' Maps | Map-and-Data Packet - McCartan State House Map A1 (McCartan Depo. Ex. 35) |
| 11 | Plfs.' Maps | Map-and-Data Packet - McCartan State House Map A2 (McCartan Depo Ex. 36) |
| 12 | Plfs.' Maps | Map-and-Data Packet - McCartan State House Map B (McCartan Depo Ex. 37) |
| 13 | Plfs.' Maps | Map-and-Data Packet - McCartan State House Map C1 (McCartan Depo Ex. 38) |
| 14 | Plfs.' Maps | Map-and-Data Packet - McCartan State House Map C2 |
| 15 | Plfs.' Maps | Map-and-Data Packet - McCartan State House Map C3 |
| 16 | Plfs.' Maps | Map-and-Data Packet - McCartan State House Map C4 |
| 17 | Plfs.' Maps | Map-and-Data Packet - McCartan Congressional Map A (McCartan Depo Ex. 29) |
| 18 | Plfs.' Maps | Map-and-Data Packet - McCartan Congressional Map B1 (McCartan Depo Ex. 30) |
| 19 | Plfs.' Maps | Map-and-Data Packet - McCartan Congressional Map B2 (McCartan Depo Ex. 31) |
| 20 | Plfs.' Maps | Map-and-Data Packet - McCartan Congressional Map C1 (McCartan Depo Ex. 32) |
| 21 | Plfs.' Maps | Map-and-Data Packet - McCartan Congressional Map C2 (McCartan Depo Ex. 33) |
| 22 | Plfs.' Maps | Map-and-Data Packet - McCartan Congressional Map D (McCartan Depo Ex. 34) |
| 23 | Journals | House Journal - 2022 Regular Session (Excerpts) |
| 24 | Journals | House Journal - 2022 Special Session C (Excerpts) |
| 25 | Journals | Senate Journal - 2022 Regular Session (Excerpts) |
| 26 | Journals | Senate Journal - 2022 Special Session C (Excerpts) |
| 27 | Meeting Packets | Meeting Packet - House Redistricting Committee (9/22/21) |

*Cubanos Pa'lante v. Florida House of Representatives*, No. 1:24-cv-21983 (S.D. Fla.)
**Exhibit 1 to Joint Pretrial Stipulation – Joint Exhibit List**

| Ex. No. | Category | Description |
|---|---|---|
| 28 | Meeting Packets | Meeting Packet - House State Legislative Redistricting Subcommittee (9/23/21) |
| 29 | Meeting Packets | Meeting Packet - House Congressional Redistricting Subcommittee (9/23/21) |
| 30 | Meeting Packets | Meeting Packet - House Redistricting Committee (10/12/21) |
| 31 | Meeting Packets | Meeting Packet - House State Legislative Redistricting Subcommittee (10/13/21) |
| 32 | Meeting Packets | Meeting Packet - House Congressional Redistricting Subcommittee (10/13/21) |
| 33 | Meeting Packets | Meeting Packet - House State Legislative Redistricting Subcommittee (10/20/21) |
| 34 | Meeting Packets | Meeting Packet - House Congressional Redistricting Subcommittee (10/20/21) |
| 35 | Meeting Packets | Meeting Packet - House Redistricting Committee (11/2/21) |
| 36 | Meeting Packets | Meeting Packet - House State Legislative Redistricting Subcommittee (11/3/21) |
| 37 | Meeting Packets | Meeting Packet - House Congressional Redistricting Subcommittee (11/3/21) |
| 38 | Meeting Packets | Meeting Packet - House Congressional Redistricting Subcommittee (12/2/21) |
| 39 | Meeting Packets | Meeting Packet - House State Legislative Redistricting Subcommittee (12/3/21) |
| 40 | Meeting Packets | Meeting Packet - House Redistricting Committee (1/13/22) |
| 41 | Meeting Packets | Meeting Packet - House State Legislative Redistricting Subcommittee (1/21/22) |
| 42 | Meeting Packets | Meeting Packet - House Redistricting Committee (1/26/22) |
| 43 | Meeting Packets | Meeting Packet - House Congressional Redistricting Subcommittee (2/18/22) |
| 44 | Meeting Packets | Meeting Packet - House Redistricting Committee (2/25/22) |
| 45 | Meeting Packets | Meeting Packet - House Congressional Redistricting Subcommittee (4/19/22) |
| 46 | Meeting Packets | Meeting Packet - Senate Committee on Reapportionment (9/20/21) |
| 47 | Meeting Packets | Meeting Packet - Senate Committee on Reapportionment (10/11/21) |
| 48 | Meeting Packets | Meeting Packet - Senate Committee on Reapportionment (10/18/21) |
| 49 | Meeting Packets | Meeting Packet - Senate Select Subcommittee on Congressional Reapportionment (11/16/21) |
| 50 | Meeting Packets | Meeting Packet - Senate Select Subcommittee on Legislative Reapportionment (11/17/21) |
| 51 | Meeting Packets | Meeting Packet - Senate Select Subcommittee on Legislative Reapportionment (11/29/21) |
| 52 | Meeting Packets | Meeting Packet - Senate Select Subcommittee on Congressional Reapportionment (11/29/21) |
| 53 | Meeting Packets | Meeting Packet - Senate Select Subcommittee on Legislative Reapportionment (1/10/22) |
| 54 | Meeting Packets | Meeting Packet - Senate Select Subcommittee on Congressional Reapportionment (1/10/22) |

*Cubanos Pa'lante v. Florida House of Representatives*, No. 1:24-cv-21983 (S.D. Fla.)
**Exhibit 1 to Joint Pretrial Stipulation – Joint Exhibit List**

| Ex. No. | Category | Description |
|---|---|---|
| 55 | Meeting Packets | Meeting Packet - Senate Committee on Reapportionment (1/13/22) |
| 56 | Meeting Packets | Meeting Packet - Senate Committee on Reapportionment (4/19/22) |
| 57 | Transcripts | Transcript - House Redistricting Committee (9/22/21) |
| 58 | Transcripts | Transcript - House Congressional Redistricting Subcommittee (9/23/21) |
| 59 | Transcripts | Transcript - House State Legislative Redistricting Subcommittee (9/23/21) |
| 60 | Transcripts | Transcript - House Redistricting Committee (10/12/21) |
| 61 | Transcripts | Transcript - House Congressional Redistricting Subcommittee (10/13/21) |
| 62 | Transcripts | Transcript - House State Legislative Redistricting Subcommittee (10/13/21) |
| 63 | Transcripts | Transcript - House Congressional Redistricting Subcommittee (10/20/21) |
| 64 | Transcripts | Transcript - House State Legislative Redistricting Subcommittee (10/20/21) |
| 65 | Transcripts | Transcript - House Redistricting Committee (11/2/21) |
| 66 | Transcripts | Transcript - House Congressional Redistricting Subcommittee (11/3/21) |
| 67 | Transcripts | Transcript - House State Legislative Redistricting Subcommittee (11/3/21) |
| 68 | Transcripts | Transcript - House Congressional Redistricting Subcommittee (12/2/21) |
| 69 | Transcripts | Transcript - House State Legislative Redistricting Subcommittee (12/3/21) |
| 70 | Transcripts | Transcript - House Congressional Redistricting Subcommittee (1/11/22) |
| 71 | Transcripts | Transcript - House State Legislative Redistricting Subcommittee (1/11/22) |
| 72 | Transcripts | Transcript - House Redistricting Committee (1/13/22) |
| 73 | Transcripts | Transcript - House State Legislative Redistricting Subcommittee (1/21/22) |
| 74 | Transcripts | Transcript - House Redistricting Committee (1/26/22) |
| 75 | Transcripts | Transcript - House Session (2/1/22) |
| 76 | Transcripts | Transcript - House Session (2/2/22) |
| 77 | Transcripts | Transcript - House Congressional Redistricting Subcommittee (2/18/22) |
| 78 | Transcripts | Transcript - House Redistricting Committee (2/25/22) |
| 79 | Transcripts | Transcript - House Session (3/3/22) |
| 80 | Transcripts | Transcript - House Session (3/4/22) |
| 81 | Transcripts | Transcript - House Congressional Redistricting Subcommittee (4/19/22) |

*Cubanos Pa'lante v. Florida House of Representatives*, No. 1:24-cv-21983 (S.D. Fla.)
**Exhibit 1 to Joint Pretrial Stipulation – Joint Exhibit List**

| Ex. No. | Category | Description |
|---|---|---|
| 82 | Transcripts | Transcript - House Session (4/20/22) |
| 83 | Transcripts | Transcript - House Session (4/21/22) |
| 84 | Transcripts | Transcript - Senate Committee on Reapportionment (9/20/21) |
| 85 | Transcripts | Transcript - Senate Committee on Reapportionment (10/11/21) |
| 86 | Transcripts | Transcript - Senate Committee on Reapportionment (10/18/21) |
| 87 | Transcripts | Transcript - Senate Select Subcommittee on Congressional Reapportionment (11/16/21) |
| 88 | Transcripts | Transcript - Senate Select Subcommittee on Legislative Reapportionment (11/17/21) |
| 89 | Transcripts | Transcript - Senate Select Subcommittee on Congressional Reapportionment (11/29/21) |
| 90 | Transcripts | Transcript - Senate Select Subcommittee on Legislative Reapportionment (11/29/21) |
| 91 | Transcripts | Transcript - Senate Select Subcommittee on Congressional Reapportionment (1/10/22) |
| 92 | Transcripts | Transcript - Senate Select Subcommittee on Legislative Reapportionment (1/10/22) |
| 93 | Transcripts | Transcript - Senate Committee on Reapportionment (1/13/22) |
| 94 | Transcripts | Transcript - Senate Session (1/19/22) |
| 95 | Transcripts | Transcript - Senate Session (1/20/22) |
| 96 | Transcripts | Transcript - Senate Session (2/3/22) |
| 97 | Transcripts | Transcript - Senate Session (3/4/22) |
| 98 | Transcripts | Transcript - Senate Committee on Reapportionment (4/19/22) |
| 99 | Transcripts | Transcript - Senate Session - 12:30 PM (4/19/22) |
| 100 | Transcripts | Transcript - Senate Session - 5:00 PM (4/19/22) |
| 101 | Transcripts | Transcript - Senate Session (4/20/22) |
| 102 | Videos | Video - House Redistricting Committee (9/22/21) |
| 103 | Videos | Video - House Congressional Redistricting Subcommittee (9/23/21) |
| 104 | Videos | Video - House State Legislative Redistricting Subcommittee (9/23/21) |
| 105 | Videos | Video - House Redistricting Committee (10/12/21) |
| 106 | Videos | Video - House Congressional Redistricting Subcommittee (10/13/21) |
| 107 | Videos | Video - House State Legislative Redistricting Subcommittee (10/13/21) |
| 108 | Videos | Video - House Congressional Redistricting Subcommittee (10/20/21) |

*Cubanos Pa'lante v. Florida House of Representatives*, No. 1:24-cv-21983 (S.D. Fla.)
**Exhibit 1 to Joint Pretrial Stipulation – Joint Exhibit List**

| Ex. No. | Category | Description |
|---|---|---|
| 109 | Videos | Video - House State Legislative Redistricting Subcommittee (10/20/21) |
| 110 | Videos | Video - House Redistricting Committee (11/2/21) |
| 111 | Videos | Video - House Congressional Redistricting Subcommittee (11/3/21) |
| 112 | Videos | Video - House State Legislative Redistricting Subcommittee (11/3/21) |
| 113 | Videos | Video - House Congressional Redistricting Subcommittee (12/2/21) |
| 114 | Videos | Video - House State Legislative Redistricting Subcommittee (12/3/21) |
| 115 | Videos | Video - House Congressional Redistricting Subcommittee (1/11/22) |
| 116 | Videos | Video - House State Legislative Redistricting Subcommittee (1/11/22) |
| 117 | Videos | Video - House Redistricting Committee (1/13/22) |
| 118 | Videos | Video - House State Legislative Redistricting Subcommittee (1/21/22) |
| 119 | Videos | Video - House Redistricting Committee (1/26/22) |
| 120 | Videos | Video - House Session (2/1/22) |
| 121 | Videos | Video - House Session (2/2/22) |
| 122 | Videos | Video - House Congressional Redistricting Subcommittee (2/18/22) |
| 123 | Videos | Video - House Redistricting Committee (2/25/22) |
| 124 | Videos | Video - House Session (3/3/22) |
| 125 | Videos | Video - House Session (3/4/22) |
| 126 | Videos | Video - House Congressional Redistricting Subcommittee (4/19/22) |
| 127 | Videos | Video - House Session (4/20/22) |
| 128 | Videos | Video - House Session (4/21/22) |
| 129 | Videos | Video - Senate Committee on Reapportionment (9/20/21) |
| 130 | Videos | Video - Senate Committee on Reapportionment (10/11/21) |
| 131 | Videos | Video - Senate Committee on Reapportionment (10/18/21) |
| 132 | Videos | Video - Senate Select Subcommittee on Congressional Reapportionment (11/16/21) |
| 133 | Videos | Video - Senate Select Subcommittee on Legislative Reapportionment (11/17/21) |
| 134 | Videos | Video - Senate Select Subcommittee on Congressional Reapportionment (11/29/21) |
| 135 | Videos | Video - Senate Select Subcommittee on Legislative Reapportionment (11/29/21) |

*Cubanos Pa'lante v. Florida House of Representatives*, No. 1:24-cv-21983 (S.D. Fla.)
**Exhibit 1 to Joint Pretrial Stipulation – Joint Exhibit List**

| Ex. No. | Category | Description |
|---|---|---|
| 136 | Videos | Video - Senate Select Subcommittee on Congressional Reapportionment (1/10/22) |
| 137 | Videos | Video - Senate Select Subcommittee on Legislative Reapportionment (1/10/22) |
| 138 | Videos | Video - Senate Committee on Reapportionment (1/13/22) |
| 139 | Videos | Video - Senate Session (1/19/22) |
| 140 | Videos | Video - Senate Session (1/20/22) |
| 141 | Videos | Video - Senate Session (2/3/22) |
| 142 | Videos | Video - Senate Session (3/4/22) |
| 143 | Videos | Video - Senate Committee on Reapportionment (4/19/22) |
| 144 | Videos | Video - Senate Session (4/19/22, 12:30 PM) |
| 145 | Videos | Video - Senate Session (4/19/22, 5:00 PM) |
| 146 | Videos | Video - Senate Session (4/20/22) |
| 147 | Data | FloridaRedistricting.org Data File |
| 148 | Data | Block Assignment File - Enacted State House Districts (H000H8013) |
| 149 | Data | Block Assignment File - Enacted Congressional Districts (P000C0109) |
| 150 | Misc. | Stipulation re Cubanos Pa'lante Membership |
| 151 | Misc. | Stipulation re Executive Office of the Governor's Involvement in Developing the 2022 Congressional Plan |