**EXHIBIT 1**

Page 1

```
 1              UNITED STATES DISTRICT COURT
 2         FOR THE SOUTHERN DISTRICT OF FLORIDA (MIAMI)
 3    - - - - - - - - - - - - - - x
                                 :
 4    CUBANOS PA'LANTE, et al.,
                                 :
 5            Plaintiffs,        :
                                 :   Civil Action No.
 6       v.                      :   1:24-cv-21983
                                 :
 7    FLORIDA HOUSE OF           :
      REPRESENTATIVES, et al.,   :
 8                               :
              Defendants.        :
 9                               :
      - - - - - - - - - - - - - - x
10
                         July 8, 2025
11                       10:02 a.m. EDT
12            Remote deposition of MIAMI-DADE COUNTY
13    SUPERVISOR OF ELECTIONS OFFICE, BY XAVIER PICHS,
14    DESIGNEE, held via remote videoconference and taken
15    stenographically by Misty Klapper, Registered Merit
16    Reporter, Certified Shorthand Reporter, Registered
17    Professional Reporter, Realtime Systems
18    Administrator and Notary Public.
19
20
21
22
```

Page 2

```
1   APPEARANCES:
2   ALL APPEARANCES BY REMOTE VIDEOCONFERENCE
3   ON BEHALF OF PLAINTIFFS:
4        EMILY MURPHY, ESQUIRE
         ANDREA OJEDA, ESQUIRE
5        GABRIELLE S. JACKSON, ESQUIRE
         O'MELVENY & MYERS, LLP
6        1625 Eye Street, N.W.
         Washington, D.C. 20006
7        (202) 383-5300
         E-mail: emurphy@omm.com
8            aojeda@omm.com
             gjackson@omm.com
9
10   NICHOLAS WARREN, ESQUIRE
     STAFF ATTORNEY
11   AMERICAN CIVIL LIBERTIES UNION OF
         FLORIDA
12       4343 West Flagler Street, Suite 400
         Miami, Florida 33134
13       (786-363-1769
         E-mail: nwarren@aclufl.org
14   ON BEHALF OF DEFENDANT FLORIDA HOUSE OF
     REPRESENTATIVES:
15
16       ANDRE V. BARDOS, ESQUIRE
         GRAY ROBINSON, P.A.
17       301 South Bronough Street, Suite 600
         Tallahassee, Florida 32301
18       (850) 577-9090
         E-mail: andy.bardos@gray-robinson.com
19   CARMEN M. MANRARA CARTAYA, ESQUIRE
     JENNIFER M. HERNANDEZ, ESQUIRE
20   CONTINENTAL PLLC
         255 Alhambra Circle, Suite 640
21       Coral Gables, Florida 33134
         (305) 677-2707
22       E-mail: ccartaya@continentalpllc.com
             jhernandez@continentalpllc.com
```

Page 3

```
1   APPEARANCES (CONTINUED FROM PREVIOUS PAGE):
2   ON BEHALF OF DEFENDANT FLORIDA SECRETARY OF STATE:
3        MICHAEL R. BEATO, ESQUIRE
         HOLTZMAN VOGEL BARAN TORCHINSKY AND
4           JOSEFIAK PLLC
         119 South Monroe Street, Suite 500
5        Tallahassee, Florida 32301
         (850) 270-5938
6        E-mail: mbeato@holtzmanvogel.com
7   ON BEHALF OF DEPONENT:
8        OREN ROSENTHAL, ESQUIRE
         OFFICE OF THE SUPERVISOR OF ELECTIONS
9        LEGAL DIVISION
         2700 N.W. 87th Avenue
10       Miami, Florida 33172-1630
         (305) 499-8537
11       E-mail: Oren.Rosenthal@votemiamidade.gov
12
13   ALSO PRESENT:
14       TEGAN OLIVER
15       JUSTIN NUNEZ
16
17
18
19
20
21
22
```

Page 4

```
1            P R O C E E D I N G S
2        XAVIER PICHS,
3        The designated witness herein,
4   called for examination by the Plaintiffs,
5   having been duly sworn, was examined and
6   testified as follows:
7        EXAMINATION BY COUNSEL FOR PLAINTIFFS
8        BY MS. MURPHY:
9    Q.   Good morning, Mr. Pichs.  My name is
10   Emily Murphy.  I'm an attorney at
11   O'Melveny & Myers and I'm representing the
12   plaintiffs in this case.
13       Can you please state and spell your
14   name for the record, please.
15   A.   Sure.  Xavier, X-A-V-I-E-R, last name
16   Pichs, P-I-C-H-S.
17   Q.   Have you been deposed before?
18   A.   No.
19   Q.   Okay.  So before we jump into the
20   deposition, there's some ground rules that I
21   would like to go over.
22       So as you just heard, we have a court
```

Page 5

```
1   reporter present.  And so it's important that you
2   give verbal answers.  It's also important that we
3   speak slowly and we don't speak over each other.
4        Do you understand that?
5    A.   Understood.
6    Q.   If you don't understand my question,
7   just let me know and I can rephrase and clarify
8   what I meant.
9        If you answer my question, I'm going
10  to assume you understand what I meant.
11       Does that make sense?
12   A.   Yes.
13   Q.   If you need to take a break, just let
14  me know and we can take a break at any time.  I'd
15  just ask if there's a question pending, you
16  answer the question before we go on break.
17   A.   Okay.
18   Q.   And this is a corporate
19  representative deposition.  You've been
20  designated by the Miami-Dade County Supervisor of
21  Elections Office to answer questions on its
22  behalf.  This means you're testifying not in your
```

2 (Pages 2 - 5)

Page 6

1    personal capacity, but as if you, yourself, are
2    the Miami-Dade County Supervisor of Elections
3    Office.
4         Do you understand that?
5    A.    Yes.
6    Q.    I may refer to the Miami-Dade County
7    Supervisor of Elections Office as your office or
8    SOE office.
9         Do you understand that if I refer to
10   the Miami-Dade Supervisor of Elections Office, as
11   such I'm referring to the Miami-Dade County
12   Supervisor of Elections Office?
13   A.    Yes.
14   Q.    Have you taken any medications or
15   substances today that would impede your ability
16   to testify truthfully today?
17   A.    No.
18   Q.    Is there any other reasons why you
19   would not be able to give your full and best
20   testimony today?
21   A.    No.
22   Q.    Do you understand that you're under

Page 7

1    oath and that you must give your full and
2    truthful testimony today?
3    A.    Yes.
4    Q.    Where are you testifying today from?
5    A.    In the office of the elections
6    department in Doral, specifically Oren
7    Rosenthal's office.
8    Q.    Is anyone else in the room with you?
9    A.    Yes, Oren Rosenthal and Justin Nunez.
10   Q.    Are there any materials in the room
11   in front of you?
12   A.    Yes.
13   Q.    What materials are there?
14   A.    I have the information that was
15   provided by our deputies of the office of
16   elections.
17   Q.    What information is that?
18   A.    The questions that were provided to
19   us and answers to those questions.
20   Q.    We ask that we get a copy of those
21   documents after today's deposition.
22   A.    Okay.

Page 8

1         MR. ROSENTHAL:  Subject to any
2    appropriate redactions for privilege, yes.
3         MS. MURPHY:  Understood.
4         BY MS. MURPHY:
5    Q.    When did you learn that you'd be
6    testifying on behalf of Miami-Dade County
7    Supervisor of Elections?
8    A.    I would say close to a month ago.
9    Q.    And who told you?
10   A.    Oren Rosenthal.
11   Q.    How did they tell you?
12   A.    Verbally.
13   Q.    After being told, what did you do to
14   prepare for today's deposition?
15   A.    He provided the E-mail of the -- the,
16   I guess, deposition and the questions and then we
17   met with our deputies and they provided their
18   answers to the questions that were asked.
19   Q.    What deputies did you meet with?
20   A.    We met with -- I'm going to read
21   their names so I don't get it wrong -- Angela
22   Rivera, Erika Sierra-Trujillo, Gilbert Yurubi,

Page 9

1    Jose Ponce, Michelle McClain, Robert Villar,
2    Vanessa Innocent and Vanessa Ramirez and also
3    Elizabeth Prieto, who is our elections operations
4    administrator.
5    Q.    And when did you meet with these
6    individuals?
7    A.    They provided E-mail responses to the
8    questions and then we met with Oren to review the
9    information that was provided.
10   Q.    What questions did you ask them?
11   A.    The questions that were provided in
12   the subpoena.
13   Q.    Let's take a look at that.  Do you
14   have the Exhibit Share up?
15   A.    Me?
16   Q.    Yes.
17   A.    No.
18   Q.    Okay.
19        MS. MURPHY:  Can we go off the
20   record just a moment so we can get that
21   set up correctly.
22   ///

3 (Pages 6 - 9)

1  S310.31.
2  Q.   And what does ArcGIS stand for, if
3  anything?
4  A.   ArcGIS is the software that we do the
5  GIS work.  And GIS stands for geographic
6  information systems.
7  Q.   You are currently employed by the
8  Miami-Dade Supervisor of Elections Office,
9  correct?
10  A.   Yes.
11  Q.   And I believe you said earlier you've
12  worked there 16 years?
13  A.   16 years, correct -- 17.
14  Q.   When did you start working at the
15  Miami-Dade Supervisor of Elections Office?
16  A.   I was a temporary employee as of
17  November 2007 and I've been full time since
18  December of 2008.
19  Q.   What are the various roles you've had
20  at the office?
21  A.   I was an elections GIS specialist for
22  ten years.  I was a supervisor for, I want to

1  say, two years.  I was a section manager.  And
2  I've been in my current position since 2022,
3  which is elections GIS development manager.
4  Q.   And what are your responsibilities as
5  elections GIS development manager?
6  A.   Primarily responsible for anything
7  that has to do with tracing boundaries, district
8  assignments, redistricting, address verification,
9  verifying residential addresses, business
10  addresses.  Besides that, my team and I are
11  responsible for opening the elections, creating
12  the elections, extracting data for vote by mail
13  requests, posting election night results, a lot
14  of the systematic administration portions of
15  conducting an election.
16  Q.   Do you report to anyone within your
17  office?
18  A.   Yes, my assistant deputy.  His name
19  is Javier Vazquez.
20  Q.   And then does anyone report to you?
21  A.   Yes.  I have three staff members.
22  Q.   What are their names?

1  A.   Yanett Sardinas, Dyanne Cardenas and
2  Kashanie Eversley.
3  Q.   Before working for the Miami-Dade
4  Supervisor of Elections Office, what was your
5  previous work experience?
6  A.   I worked as a temporary employee
7  training, being a technical trainer for elections
8  through an agency.
9  Prior to that, I was customer service
10  tech support for AT&T.  And I was then a store
11  trainer at Bed, Bath & Beyond, a bank software --
12  or bank, I guess, clerk, printing bank statements
13  at a third-party company called Arris JV (ph.), a
14  bag boy at Publix supermarket and cashier, but
15  preferred bag boy.
16  Q.   And who in the Miami-Dade Supervisor
17  of Elections Office do you regularly work with?
18  A.   I'm kind of a loner.  I kind of stick
19  to myself and my team.  So when we're not fully
20  engaged in elections, I do a lot of research on
21  addresses and valid addresses and new
22  developments, trying to maintain our system up to

1  date.
2  Q.   Are there times of the year that
3  you're more busy with elections or it really
4  depends on a given year?
5  A.   Yeah, we have -- we have busier
6  cycles than others.
7  Q.   What are those busier cycles?
8  A.   The even years are -- are either
9  presidential years or gubernatorial years.
10  Q.   So typically the odd number years are
11  less busy for your office?
12  A.   You would think so, but something
13  always comes up.
14  Q.   And earlier you said that you've
15  never been deposed before, correct?
16  A.   Correct.
17  Q.   Have you ever been party to a
18  lawsuit?
19  A.   No.
20  Q.   Have you ever testified as a
21  corporate representative in any capacity?
22  A.   No.

Page 22

1    Q.    Okay.  So I'd like to briefly discuss
2    some background on your office.
3          Where is your office located?
4    A.    2700 Northwest 87th Avenue, Doral,
5    Florida 33172.
6    Q.    Are there any other offices?
7    A.    There is another office.  Can't tell
8    you the address, but it's close by us.
9    Q.    But you would say the 2700 location
10   is the main office?
11   A.    Correct.
12   Q.    Okay.  What services does your office
13   provide?
14   A.    Everything election related.  We
15   provide public records for candidates in our
16   public service counter.  We conduct elections,
17   create maps when we have new precinct boundaries,
18   training.  It's a training location.  We have
19   early voting.  Basically anything election
20   related.
21          We used to do financial disclosures
22   and other county-related functions, but since we

Page 23

1    went constitutional, we no longer have those
2    responsibilities under us.
3    Q.    And what do you mean by went
4    constitutional?
5    A.    In January of this year we went
6    constitutional, which means we branched off from
7    Miami-Dade County into our own office.
8    Q.    And after that time, Alina Garcia was
9    elected the Miami-Dade Supervisor of Elections;
10   is that correct?
11   A.    Correct.
12   Q.    Have you observed any changes in the
13   operation of your office since you went
14   constitutional?
15   A.    Not in my field.
16   Q.    Are you aware of any other fields
17   where there have been changes?
18   A.    I'm not aware.  I kind of stick to
19   my -- my maps.
20   Q.    Are you aware if the office has
21   changed any of its practices from previous years?
22   A.    To my knowledge, no changes have been

Page 24

1    implemented.
2    Q.    Have the number of employees changed
3    since Supervisor Garcia was elected?
4    A.    There is a good possibility.  We
5    constantly have employees leave hot positions
6    that were vacant, being filled, and sometimes new
7    positions, depending on the different tasks that
8    we -- we inherit from different statutes.  So
9    there could be either a growth or -- or a decline
10   in employees.  But to my knowledge, we haven't
11   changed in the number of staff.
12   Q.    What is the current level of
13   full-time employees at your office?
14   A.    I would honestly say over 100, close
15   to 100.
16   Q.    And is that number consistent with
17   previous years, to your knowledge?
18   A.    Yes.
19   Q.    How many part-time staff does the
20   Miami-Dade County Supervisor of Elections Office
21   have?
22   A.    I can't tell you that honestly right

Page 25

1    now, but I know that when we are in an elections
2    cycle or when we're ramping up for elections, we
3    do hire a lot of temporary staff.
4    Q.    So what is the number right now?
5    A.    Right now I'm not aware of the number
6    of temps.  I kind of stay in the GIS world.
7    Q.    When your office is hiring part-time
8    staff, like what is the process that it follows
9    in order to do that?
10   A.    To my knowledge, we reach out to an
11   agency.  We let them know the type of positions
12   we need and for the period of time that we need
13   and the skill sets that are required.  And then
14   they post the position.  They provide us the
15   candidates.  We interview.  And if hired, they go
16   through the hiring process of the background
17   screening and onboarding.
18   Q.    Would you say that your office
19   employs competent staff?
20   A.    Yes.
21   Q.    Would you say that your office
22   employs skilled staff?

7 (Pages 22 - 25)

Page 26

1    A.    Yes.
2    Q.    Does Miami-Dade County Supervisor of
3    Elections Office have an annual budget?
4    A.    Yes.
5    Q.    What is the annual budget for fiscal
6    year 2024 to 2025?
7         MR. ROSENTHAL:  Ms. Murphy, this is
8    Oren Rosenthal.  I'm going to object to
9    this line of questioning.  It's beyond the
10   corporate 30(b)(6) designations in this
11   matter.
12        I've allowed a lot of it for
13   background, but, you know, you're asking
14   him to testify on behalf of the office.
15   And these are subjects, either the --
16   employment practices or the fiscal
17   practices of this office was not noticed.
18        He can answer, but I just want to
19   make sure we understand that this is not
20   on the subjects that he was asked to
21   answer.
22        Go ahead, Mr. Pichs.  Answer, if

Page 27

1    you can.
2         BY MS. MURPHY:
3    Q.    Are you aware of the current annual
4    budget for the office?
5    A.    I am not.
6    Q.    All right.  So the Miami-Dade County
7    Supervisor of Elections Office administers
8    elections, correct?
9    A.    Correct.
10   Q.    What does it mean that your office
11   administers elections?
12   A.    We code the election.  We receive the
13   information either from municipalities or from
14   the Division of Elections for their elections.
15   We code it.  We program it.  We mail out the
16   ballots.  We print the ballots.  We tabulate the
17   ballots.  Then we provide the results.
18   Q.    Your office administers both regular
19   elections and special elections, correct?
20   A.    Can you specify what you mean by
21   regular elections?
22   Q.    Yeah.  Your office holds regularly

Page 28

1    scheduled elections, correct?
2    A.    We have municipal elections.  We have
3    statewide elections.  We have special elections.
4    Q.    And for municipal and statewide
5    elections, are these scheduled in advance or --
6    are these scheduled in advance?
7    A.    We have both scheduled elections
8    based on their charter and the different Florida
9    statutes.  And then they could also have special
10   elections, if needed.
11   Q.    And in what instances would there be
12   a special election?
13   A.    A charter question, amendment, a
14   vacancy in a position that they need to have
15   filled.
16   Q.    Would there be a special election if
17   the court ordered it?
18   A.    I would say yes.
19   Q.    Other than these elections that are
20   scheduled based on the charter and different
21   Florida statutes and the special elections we
22   discussed, are there any other general categories

Page 29

1    of elections that your office administers?
2    A.    Besides municipals, statewide,
3    special elections, no.  Those are the only ones I
4    am aware of.
5         They have the mock elections for the
6    kids, the high school kids, to learn the process.
7    And we have take a kid to work day.
8    Q.    And I believe earlier we covered
9    this, but just to confirm, your office does not
10   have any written policies or procedures that
11   outline the process of administering elections;
12   is that correct?
13   A.    Each division within our office of
14   elections has various procedures on administering
15   elections.  I believe previously you asked if
16   there is a procedure for redistricting.
17   Q.    How many divisions are within your
18   office?
19   A.    One for each deputy.  So we have --
20   one, two, three, four, five, six, seven -- eight
21   divisions.
22   Q.    And what are those divisions?

Page 30

1     A.     We have Operations, Voter Services,
2     Vote by Mail, Information Systems,
3     Administration, Finance and Poll Worker
4     Recruitment and Training.  They call it PWRT.
5         Q.     So each of those eight divisions has
6     its own policy for administering elections; is
7     that correct?
8         A.     They each have various procedures and
9     policies on conducting their specific task
10    leading up to an election.
11        Q.     Are these procedures written?
12        A.     I would assume so.
13        Q.     Do these divisions have different
14    policies depending on the type of election it is?
15        A.     Yes.
16        Q.     And how so?
17        A.     There's different requirements for
18    municipalities.  Even within the municipalities,
19    each municipality has their own charter on rules
20    on how to conduct their elections.
21        Q.     Would you say that your office
22    succeeds at administering elections?

Page 31

1         A.     Yes.
2         Q.     And why is that?
3         A.     We're Miami-Dade County.  We have
4     done very complex elections, very time-restricted
5     processes that have given us a lot of accolades
6     in the community.  We have a lot of experienced
7     staff.  We have excellent personnel.  We're
8     really good at what we do.
9         Q.     When you're referring to very
10    time-restricted processes, what do you mean by
11    that?
12        A.     Specifically I would say the 2018
13    recount.  We had to do a massive recount for, I
14    believe it was, two different offices.  And we
15    have to prepare, sort and be able to rescan
16    ballots for up to 1.6 million voters, which then
17    led to a manual recount, which is another process
18    in its own.
19        Q.     And so your -- your office has
20    experience dealing with, you know, situations
21    that include time pressures?
22        A.     Yes.

Page 32

1         Q.     And successfully, you know, executing
2     even -- even with those time pressures?
3         A.     We have succeeded many times with the
4     time restraints and the pressure.
5         Q.     Your office administers congressional
6     and state legislative elections, among others,
7     correct?
8         A.     Correct.
9         Q.     Let's first discuss congressional
10    elections.  And how often do -- does Miami-Dade
11    County hold congressional elections?
12        A.     We hold congressional elections
13    even-numbered years.  I know we have our
14    gubernatorial elections with the congressional on
15    the even number years that we don't have the
16    presidentials.  I believe they're also on the
17    presidential ballots.
18        Q.     The last congressional election in
19    Miami-Dade County was in November of 2024; is
20    that correct?
21        A.     Correct.
22        Q.     And the next congressional election

Page 33

1     in Miami-Dade County is in August 2026?
2         A.     Correct.  That's the primary.
3         Q.     What is the process that your office
4     follows to prepare for a congressional election?
5         A.     We receive the call of elections from
6     the Division of Elections or the division -- from
7     the Department of State.  Then they go through
8     their candidate qualifying.  Once the candidate
9     qualifying period is over, the state provides us
10    the candidates for the election.
11           We then start coding the election,
12    putting the names on the -- the ballot.  We proof
13    the positioning of the names.  They quality
14    assure the translations of the ballot.
15           Once the election -- once the ballot
16    is proofed and ready, then they start preparing
17    the optical scanners.  Those are the ADA
18    equipment for -- for voters.  Same process, they
19    have to code.  They have to test, make sure
20    everything is set up correctly.
21           Once those are complete, then they
22    start preparing enhanced ballot, which is the ADA

9 (Pages 30 - 33)

Page 34

1 option for voters online and for UOCAVA voters,
2 again testing, quality assuring, making sure
3 everything is correct.
4     We also -- we have a list here in
5 more detail. Confirm election logistics, such as
6 dates, EV schedule, polling place, precinct
7 counts, registered voters, book closing dates.
8 We inform staff of election and add election to
9 the calendar on the Supervisor of Elections
10 website.
11     We commence election questionnaire to
12 map out election cycle; inform staff of elections
13 logistics via elections cliff notes; prepare
14 division's MS project to track all steps
15 necessary to conduct the election; prepare
16 election order form; summarizing election
17 logistic footprint.
18     At conclusion of qualifying and upon
19 receipt of the ballot certification from the
20 Division of Elections, prepare and proof master
21 ballot.
22     Once election is coded, proof optical

Page 35

1 ballot followed by express vote ballot and
2 enhanced ballot; process and proof divisional
3 required translations; request canvassing board
4 members from Chief Judge, 11th Judicial Circuit;
5 create, translate and publish on the Supervisor
6 of Elections website; legal advertisement on
7 Canvassing Board schedule, per Florida Statute
8 101.5612 and Florida Statute 102.141; create,
9 translate and publish on the Supervisor of
10 Elections website; legal advertisement of notice
11 of temporary and permanent polling place changes,
12 as applicable, per Florida Statute 101.71;
13 create, translate and publish on the Supervisor
14 of Elections website; legal advertisement of
15 sample ballot, per Florida Statute 101.20; order
16 printed sample ballots and prepare distribution
17 lists; prepare election staffing assignments;
18 procure any necessary supplies or resources; post
19 all necessary election-related documents on the
20 Supervisor of Elections website; public
21 inspection of VBM ballots; canvass VBM ballot
22 returns; recruit seasonal -- seasonals as

Page 36

1 necessary to assist with duplication; conduct
2 machine/manual recount if applicable;
3 certification of election; send certification
4 letter, along with one set of EL45, the official
5 result summary, to the clerk of courts; capture
6 election-related costs; prepare and compile all
7 necessary documents for billing of
8 election-related cost; and then prepare for
9 run-off as warranted.
10     Q.   What was the document that you were
11 reading off of?
12     A.   The document that we first discussed,
13 the answers that were provided by the deputies.
14     Q.   And that was a summary of all
15 responses provided by the deputies?
16     A.   Yes.
17     Q.   I want to go back to the beginning of
18 your answer. You said that we receive a call of
19 elections from the Division of Elections.
20     What do you mean by call of
21 elections?
22     A.   They let us know when the election is

Page 37

1 going to be held, the date and which districts
2 are going to be on the ballot. So it's going to
3 be all congressional districts and the date of
4 the election.
5     Q.   And how early would you receive that
6 call?
7     A.   I would need to go back to give you a
8 specific date, but I know they give it to us --
9 the -- the predefined elections are provided with
10 ample time.
11     Q.   And do you have a sense of how early
12 your office typically starts preparing for a
13 congressional election?
14     A.   The scheduled elections we can start
15 as early as two years prior, when we start
16 preparing our budget. And then we start with
17 plenty of time, just to give room for any
18 obstacles that might come up. So if we know the
19 election is going to be happening, let's say, in
20 August, we could be starting as early as December
21 the year prior.
22     Q.   And what sort of work would you be

10 (Pages 34 - 37)

Page 38

1   doing in December of the year prior?
2       A.   Securing polling places; updating
3   contracts; make sure that we have those locations
4   secured; letting them know the dates we're going
5   to need it so they can update or, you know,
6   manage their own calendars.
7           We start reaching out to poll workers
8   to inform them of the upcoming elections and
9   securing their involvement in the elections.  We
10  start testing the equipment.  We start reviewing
11  any changes in laws, updating our procedures as
12  necessary.  A lot of prep -- prep work.
13      Q.   When does the Division of Elections
14  provide the list of qualifying candidates to your
15  office?
16      A.   The qualification, I believe it's
17  120 days before the election.
18      Q.   Would it be fair to say that once you
19  get the list of qualified candidates, your work
20  begins in earnest to, you know, finish
21  preparations for a congressional election?
22      A.   Can you rephrase the question?

Page 39

1       Q.   Yeah.  When would you say is your
2   busiest time preparing for a congressional
3   election?
4       A.   Before qualification.
5       Q.   And why is that?
6       A.   We have to make sure that all our
7   equipment is ready, that we have the right amount
8   of equipment for the number of polling places
9   that we expect to use.  We need to make sure that
10  we have all our data in our various systems
11  correct and uniform so the number of precincts,
12  the number of polling places, the district
13  assignments to all the precincts.
14          We verify that all the voters are
15  assigned to the correct precinct, every voter has
16  received a voter ID card and they've been
17  informed of the upcoming elections.  So we do a
18  lot of prep work beforehand to make sure that we
19  are ready and we have adequate equipment and
20  staff way before we start even candidate
21  qualifying.
22      Q.   You mentioned systems.

Page 40

1           What systems are involved from your
2   office in administering elections?
3       A.   So we use a vendor called VR Focus.
4   That's where we have our voter database and
5   different programs for conducting the elections.
6   For tabulation, we use ES&S.  That's where the
7   ballots are created, defined, tabulated, ballots
8   are read as well.
9           And then we have Relia-Vote, which is
10  for vote by mail.  That's where the ballots are
11  folded, placed into the envelopes, mailed out to
12  the voters.  When they come back, they scan a
13  signature for signature verification.  They sort
14  the ballots based on address for -- I think for
15  cost savings, they group it by zip code.  It also
16  separates the accepted and rejected ballots for
17  opening.
18          And then we have enhanced ballot,
19  which is our ADA version, online version, for
20  voters.
21          We have BOT.  BOT is the software
22  that our operations department uses for inventory

Page 41

1   management.
2       Q.   Any other systems that are related to
3   administering elections?
4       A.   Our GIS system, make sure we have all
5   the districts correctly defined, our precincts
6   defined and our quality assurance measures in
7   place.
8       Q.   Let's talk about GIS.  Can you remind
9   me of what that stands for again?
10      A.   Sure.  Geographic information
11  systems.
12      Q.   And who is responsible for that
13  system?
14      A.   I am the manager that oversees it and
15  I have an elections GIS specialist that primarily
16  deals with any address issues or questionable new
17  developments.  I handle more of the district
18  assignments, the precinct assignments and
19  verifying that all the voters are assigned to the
20  correct precinct.
21      Q.   And in advance of a congressional
22  election, what type of work do you do within GIS?

11 (Pages 38 - 41)

Page 42

1    A.    We have a process that we've named
2   Yellow Dot.  What that process does is capture
3   all the voters' residential addresses.  And
4   through a process called geocoding, it places a
5   dot on a map of where that residential address
6   is.
7          It compares the tabular district data
8   for that voter, all their districts, their
9   precinct assignment, and it does what is called a
10  geospatial analysis.  Using that point, it pulls
11  the district values on a GIS map and then it
12  compares the district values that the GIS system
13  identifies with that point against what our voter
14  system has in a tabular dataset.
15   Q.    And this Yellow Dot process, is that
16  something that was developed by your office or is
17  it used by many different supervisors of
18  elections?
19   A.    I have seen different supervisor of
20  elections have similar processes, but the Yellow
21  Dot process is something that we developed back
22  in '08.

Page 43

1    Q.    And who in your office developed it?
2    A.    I was one of the main parties
3   involved in the development and the designing of
4   the Yellow Dot process, as well as our
5   counterparts in our county's ITT GIS section,
6   Alejandro Guzman.
7          And we had internal programmers that
8   also assisted in connecting our databases to the
9   county's GIS databases and creating what's called
10  the model builders that automate the process of
11  verifying the addresses and producing the reports
12  of any exceptions.
13   Q.    And once you follow the Yellow Dot
14  process and you receive a report of any
15  exceptions, what happens?
16   A.    We verify any exceptions to see if
17  there was a geocoding issue.  Miami-Dade -- I
18  don't know if you're aware -- is very complex.
19  And there's addresses that could live -- exist in
20  different parts of the county.  So sometimes the
21  zip code is -- is wrong or the voter puts the
22  wrong address or the data entry clerk will

Page 44

1   misread a number.
2          So we take various steps.  We either
3   make sure that we have the street ranges and the
4   precincts correctly defined.  Or if we identify
5   any kind of issue on the voter's record, we
6   notify Voter Services to address the voter and
7   reach out to them to see if the address they
8   provided was invalid or a mistake.
9    Q.    And Voting Services is one of the
10  departments within your office?
11   A.    Correct, one of our divisions.
12   Q.    When does the Yellow Dot process
13  happen in advance of a congressional election?
14   A.    We are constantly running Yellow Dot.
15  The process runs every day, twice a day.  It
16  updates the database twice a day.
17          We typically do a large verification,
18  I would say about 120 days before a major
19  election.  But as soon as we generate a vote by
20  mail file, there is always a Yellow Dot process
21  ran on those voters specifically before any
22  ballot is mailed out to make sure that every vote

Page 45

1   by mail ballot has the correct precinct and
2   district assignment.
3    Q.    And who is responsible for overseeing
4   the Yellow Dot process?
5    A.    Primarily my staff, Kashanie
6   Eversley.  And if she's busy or it's a large
7   volume, I would assist as well.
8    Q.    Who are the primary people
9   responsible in your office for -- for being
10  involved in administering congressional
11  elections?
12   A.    I would say the entire division.  The
13  entire Office of Elections has a role in
14  conducting the elections.
15   Q.    Are there particular people within
16  the office that focus only on congressional
17  elections?
18   A.    No.
19   Q.    Are there any roles in your office
20  that only focus on a particular type of election?
21   A.    All hands on deck.
22   Q.    Is anyone outside of your office

12 (Pages 42 - 45)

Page 46

1   involved in administering congressional
2   elections?
3       A.   Can you rephrase the question?
4       Q.   Yeah.  Do you work with any
5   individuals outside of your office in your work
6   administering congressional elections?
7       A.   Such as the print shop to print the
8   ballots and our IT support for the servers and
9   the network.
10      Q.   Any other entities that you can think
11  of?
12      A.   We outsource the delivery of the
13  equipment to a vendor.  I think we've used Belkin
14  before.  I think that it's outsourced to whoever
15  wins the bid.  We have our staff agency that
16  hires our temporary employees.
17      Q.   How much does it cost -- or go ahead.
18      A.   I'm sorry.
19      Q.   How much does it cost to run
20  congressional elections in Miami-Dade County?
21      A.   Congressional -- just congressional
22  election for all districts?

Page 47

1       Q.   That's right.
2       A.   What I was provided was a ballpark
3   for conducting a stand-alone congressional
4   district election would be an estimated
5   $1.8 million.
6       Q.   And that's $1.8 million for one
7   congressional district?
8       A.   That's a stand-alone congressional
9   election.  I would say that includes all
10  congressional districts.
11      Q.   And do you have an understanding as
12  to what that cost encompasses?
13      A.   That encompasses the posting in the
14  newspapers and the outreach for the election.
15  That encompasses the operational cost of coding
16  the election, the temporary employees, a lot of
17  mailing of notices to either poll workers, to
18  voters, printing out the ballots, maintaining the
19  equipment.
20           It's a very lengthy operational
21  process.
22      Q.   Are there any factors that can

Page 48

1   influence the cost of administering congressional
2   elections?
3       A.   Depending on which districts are
4   going to be on a ballot, that would tell us which
5   precincts.  And the precincts will let us know
6   which polling places or how many polling places.
7           And if early voting is going to be
8   used, how many early voting sites will be
9   assigned, how many staff for early voting sites
10  based on the estimated voter turnout, the number
11  of voters registered in that district, how many
12  have a vote by mail request on file, and then
13  just the number of voters to have the ample
14  amount of ballots printed and ready at their
15  polling places.
16           And then the poll workers needed to
17  support the polls on election day, the staff
18  needed for early voting and then the internal
19  staff to reach out to that staff to book them for
20  training, conduct their poll worker training
21  beforehand, printing out their manuals, as
22  required by Florida statute.  It's -- the main

Page 49

1   variable is the size, how many precincts and how
2   many voters.
3       Q.   So generally the greater the size of
4   the district and the greater the size of
5   precincts, the greater the cost of administering
6   that election?
7       A.   Correct.
8       Q.   Do you have a sense of whether -- the
9   estimate you gave of 1.8 million, is that based
10  on historical practice as well?  Is that the
11  historical cost of administering congressional
12  elections in Miami-Dade County?
13      A.   That's what was provided to me from
14  our deputy.  I would say that's a combination of
15  historical and also projected with inflation and
16  increase in the cost for temporary workers and
17  the cost per ballot and the number of extra
18  voters that we currently have.  They have
19  formulas in place to project what -- what an
20  election would cost.
21      Q.   Can you tell me more about these
22  formulas.

13 (Pages 46 - 49)

Page 50

1    A.    They're driven based on the factors
2    that we discussed previously, the number of
3    voters; the number of polling places; the number
4    of -- not just voters, of vote by mail requests,
5    because those are going to require vote by mail
6    ballots to be mailed; the number of precincts.
7    So that tells us how many poll workers are going
8    to be needed.  Collection centers to receive the
9    equipment.
10        So everything is derived by a
11   combination of number of voters, number of vote
12   by mail requests, precincts and polling places
13   and early voting sites.
14   Q.    Is there someone within your office
15   that's responsible for estimating the cost of
16   elections?
17   A.    Yes.  That would be our finance
18   division.
19   Q.    And who is -- who leads your finance
20   division?
21   A.    Right.  His name is Robert Villar.
22   Q.    Do you have an understanding of

Page 51

1    whether the formulas you mentioned are written
2    down or part of a written document?
3    A.    I am not aware if he has it written
4    down.
5    Q.    But you know there is a formula
6    that's used, you're just -- you're not sure what
7    the formula is exactly?
8    A.    Correct.  And I know that a lot of
9    their calculations are formula driven.
10   Q.    Do you have a sense of who bears the
11   cost of congressional elections?
12   A.    Initially, our office bears the cost.
13   And then we charge or bill back the Florida
14   Department of State.
15   Q.    How do you charge -- charge back the
16   Florida Department of State?
17   A.    Specifically, I'm not sure.  I
18   believe we send them an invoice and an itemized
19   expense for the election and then they cut us a
20   check.  But that's not my level of expertise or
21   questions that I was made knowledgeable purview
22   of it prior.

Page 52

1    Q.    To your knowledge, has the Florida
2    Department of State ever not paid an invoice that
3    you sent them for administering an election?
4    A.    I would not know.
5    Q.    Okay.  Is the process that you just
6    described for administering congressional
7    elections the same for administering state
8    legislative elections?
9    A.    Yes.
10   Q.    Are there any differences?
11   A.    To my knowledge, no.
12   Q.    Would the timing for when you start
13   to prepare for a state legislative election
14   change in any way from when you start preparing
15   for a congressional election?
16   A.    For a scheduled election?
17   Q.    Yes.
18   A.    No.
19   Q.    So you would -- you could start
20   preparing as early as the -- let me strike that.
21        How early would you start preparing
22   for a state legislative election?

Page 53

1    A.    We start preparing our fiscal budget
2    two years before any election.  So I would say as
3    early as two years.
4    Q.    And the work you previously described
5    starting in December for congressional elections,
6    would you -- would the same timetable apply for
7    state legislative elections?
8    A.    Yes.
9    Q.    Do you have an understanding as to
10   when you received the list of qualifying
11   candidates for state legislative elections?
12   A.    Can you rephrase that?
13   Q.    Do you receive -- do you receive a
14   list of qualified candidates for state
15   legislative elections?
16   A.    Not me directly, but one of our
17   offices, which is the office of governmental
18   affairs, they receive that information.
19   Q.    And do you have an understanding as
20   to when they receive that information?
21   A.    I don't have that exact date with me.
22   Sorry.

14 (Pages 50 - 53)

1      MR. ROSENTHAL:  Counsel, we've been
2   going for about an hour.  And the last
3   thing on the court reporter says to take
4   breaks regularly.
5      Whenever you finish whatever line
6   of questioning you're on, I think it's
7   appropriate we take a break in a little
8   bit.
9      MS. MURPHY:  Yeah, we can take a
10   break right now.  I agree.
11      (Thereupon, a brief recess was
12   taken.)
13   BY MS. MURPHY:
14   Q.   Before the break we were discussing
15   scheduled state legislative elections, correct?
16   A.   Correct.
17   Q.   What deadlines govern your office's
18   administration of scheduled state legislative
19   elections?
20   A.   We follow the Florida Statutes.
21   Q.   Which Florida statutes are those?
22   A.   Specifically, I don't have it written

1   down.  I know they're -- I believe Florida
2   Statute 100.  There's a long list of Florida
3   statutes.  We normally have that provided to us
4   from the Florida Department of State as well
5   prior to an election.
6   Q.   Besides Florida Statutes, are there
7   any other internal policies or other documents
8   that govern deadlines for your office's
9   administration of scheduled state legislative
10   elections?
11   A.   We tend to make whatever deadlines
12   are given to us by the state.  We add a buffer to
13   make sure that we include a quality assurance
14   aspect.  So whatever information we're going to
15   be providing the state or any requirements that
16   we have, that we have ample time to quality
17   assure the information that's going to be
18   provided or given to us.
19   Q.   And how much of a buffer do you
20   typically add?
21   A.   That varies, depending on the
22   requester's requirement.  Some tasks that are

1   labor intensive, such as translations or proofing
2   a ballot, will take longer, whereas a
3   reconciliation of an election that sounds
4   cumbersome could be done with technology to just
5   quality assure that the numbers add up and
6   everything lines up.
7   Q.   What would be the largest buffer that
8   you would add for -- for a task?
9   A.   You know, I know translations, when I
10   do the proofing of the translations, that process
11   is pretty lengthy.  I would say it could take
12   anywhere from a couple days up to a week,
13   depending on any difficulties they might have.
14   Q.   And when in the process is the
15   proofing of the translations?
16   A.   Once we receive the candidates from
17   whichever entity and the ballots are created,
18   then they go through the proofing process.
19   Q.   How much does it cost to run a
20   scheduled Miami-Dade County state legislative
21   election?
22   A.   Similar to the congressional

1   election?
2   Q.   Yes.
3   A.   I would say the same -- the same
4   provided ballpark previously, 1.8 million.
5   Q.   So it would cost 1.8 million to run a
6   scheduled state legislative election for all
7   districts in Miami-Dade County?
8   A.   Correct, because -- because those are
9   normally county-wide.  That includes all
10   precincts, all polling places, all early voting
11   sites.
12   Q.   And the same factors that we
13   discussed before for congressional elections that
14   could influence the cost apply the same way to
15   state legislative elections?
16   A.   Correct.
17   Q.   Who bears the cost of state
18   legislative elections?
19   A.   We initially cover the cost and then
20   we bill the Florida Department of State.
21   Q.   Now let's discuss special elections.
22      Who notifies your office that a

Page 58

1   special election will occur?
2       A.   Can you specify, please?
3       Q.   An entity will notify you that
4   there's going to be a special election, correct?
5       A.   If it's a municipal, it would be the
6   municipality's clerk.  If it's a state election,
7   we would receive that notification from the
8   Florida Department of State.
9       Q.   And who from the Florida Department
10  of State would notify you that there would be a
11  special state legislative election?
12      A.   I'm not familiar with the title, but
13  it's definitely somebody from the Division of
14  Elections.
15      Q.   Is there someone within your office
16  that is typically the point of contact for the
17  Division of Elections?
18      A.   I would say our Supervisor of
19  Elections coordinates with the Division of
20  Elections.  And we also have our elections --
21  what was her title -- it was -- our elections
22  operations administrator, Elizabeth Prieto.

Page 59

1       Q.   And what is the elections operations
2   administrator's responsibilities?
3       A.   They coordinate with the state or the
4   different city clerks when they want to have an
5   election and they prepare the election order form
6   with all the specific requirements on conducting
7   that election.
8       Q.   How does the Division of Elections
9   notify you that there would be a special
10  election?  Is that an E-mail or a call?
11      A.   If it's previously scheduled, like a
12  regular primary, that would be an E-mail.  I'm
13  sure they call as well to -- you know, hey, how
14  are you, getting ready for the season.
15      Q.   And if it's going to be a special
16  election, would the method of communication
17  differ?
18      A.   I don't deal with the state directly,
19  but I would assume that they would call first and
20  coordinate with our office to make sure that
21  whatever special elections they're going to be
22  having that it -- it kind of works with our

Page 60

1   schedule and it's not going to conflict or have
2   any issues.
3       Q.   How does your administration of
4   special elections differ from scheduled
5   elections?
6       A.   Special elections can fall on the
7   same date as the scheduled elections.  But
8   sometimes they are needed based on either Florida
9   statute or any charter requirements of a vacancy
10  or whenever they want to conduct an election.
11           So it's either governed by a statute
12  or a charter rule.  Or if it's, let's say, a
13  question on we want to change the color of the
14  lights, if that's not a scheduled election, it
15  could be done whenever it's convenient or
16  whenever we're able to conduct them.
17      Q.   So a special election could be either
18  concurrent with other scheduled elections or it
19  could be on a completely different date where no
20  scheduled elections were planned?
21      A.   Correct.
22      Q.   Is it more typical for a special

Page 61

1   election to be held concurrent with a scheduled
2   election or to be on its own date?
3       A.   I've seen all varieties.  I've seen
4   them fall on scheduled elections and I've seen
5   them have their own stand-alone dates.
6       Q.   Is it easier to administer a special
7   election if it's concurrent with a scheduled
8   election or if it's on a stand-alone date?
9       A.   If it's a scheduled election and it
10  has the exact same precincts and districts, yes.
11      Q.   It would be easier if it fell on the
12  same date as a scheduled election?
13      A.   Correct.
14      Q.   How does your office prepare for a
15  special election that is not concurrent with
16  another scheduled election?
17      A.   I would say the same process as a
18  scheduled election.  The only difference would be
19  seeing what scheduled elections we have on our
20  calendar and seeing if there's any conflict with
21  that election and the proposed scheduled
22  elections.

16 (Pages 58 - 61)

1    Q.    And if there's a conflict between the
2  proposed scheduled election and another election,
3  what happens?
4    A.    Can you specify?
5    Q.    You said earlier that the only
6  difference would be seeing what scheduled
7  elections we have on our calendar and see if
8  there's any conflict with that election and the
9  proposed special elections.
10      What did you mean by that?
11     A.    If it's a municipal election, we
12  have, I believe, more leniency to deal or work
13  with a municipality on how we handle their
14  election, but we won't have that leniency for a
15  state or a county-wide election.
16     Q.    So a state legislative special
17  election, there's not as much flexibility on when
18  the election could be held?
19     A.    Well, the flexibility would come in
20  changing what we have scheduled for a state
21  primary or general election to prepare -- for
22  a special.

1    Q.    So you constantly would change the
2  date of a scheduled election to accommodate this
3  other special election?
4    A.    I believe there is a process, if
5  there is a municipal election and we can't
6  administer, that the municipality can administer
7  their own election as long as we provide them, I
8  believe, their voter registers or their --
9  their -- their voter data.
10     Q.    For special elections, are there
11  individuals in your office that are primarily
12  responsible for administering those special
13  elections?
14     A.    The same staff that does regular
15  elections.
16     Q.    Is there a point person for
17  coordinating special elections?
18     A.    The same elections administrator.
19     Q.    Were -- a special election that is
20  not concurrent with another election, what
21  deadlines govern your office's administration of
22  that election?

1    A.    There are statutory requirements for
2  state elections.  I believe there are different
3  statutes for special elections.  But that
4  information would be provided to us by the
5  Department of State.
6    Q.    And so you would follow the state
7  statutes governing special elections and any
8  deadlines that are in those statutes for
9  administering those elections?
10     A.    Correct.
11     Q.    Does the Department of State provide
12  any other information related to special
13  elections to you?
14     A.    To my knowledge, they provide
15  initially the election date and which districts
16  would be in that election.  And subsequently they
17  would provide us the list of qualified candidates
18  once their qualification period is over.
19     Q.    And then your process of
20  administering that special state legislative
21  election would be similar to what we discussed
22  before for scheduled elections?

1    A.    Correct.
2    Q.    How much does it cost to administer a
3  special election in Miami-Dade County?
4    A.    Can you rephrase that question?
5    Q.    Yeah.  So is there a cost to
6  administering a special election in Miami-Dade
7  County?
8    A.    The cost is dependent on the number
9  of registered voters, precincts, polling places
10  and then staff to operate the election
11  internally.  So staffing training.
12     Q.    Does the cost depend on whether a
13  special election is held concurrent with another
14  scheduled election or on its own?
15     A.    I believe if the election is already
16  scheduled, for example, a primary or general
17  statewide election or county-wide election, the
18  only additional cost would be if the question
19  causes an additional page on the ballot, that
20  cost of the additional page of printing and
21  proofing whatever the additional page is, that
22  would be the only separate cost operationally for

Page 66

1  that election.
2      Q.   So if a special election is going to
3  be held the same day as a scheduled election and
4  the only cost would be, you know, the additional
5  page that needs to be printed on the ballot?
6  Otherwise, there are no additional costs for
7  holding that special election?
8      A.   Correct.
9      Q.   So if a special election is going to
10  be held on its own date with no other scheduled
11  elections being held on that date, what is the
12  cost?
13      A.   That cost is dependent on the number
14  of registered voters in those districts or that
15  district; the number of precincts, polling places
16  and staff needed to conduct the election.
17      Q.   Would you anticipate that holding a
18  state legislative election, the special state
19  legislative election on its own date with no
20  other scheduled elections, that date would cost
21  around 1.8 million?
22      A.   That was what was provided to -- to

Page 67

1  me regarding the cost of, I believe, a
2  county-wide stand-alone election.
3      Q.   Do you have an understanding as to
4  whether or not it's more expensive to hold
5  special elections on an even number year versus
6  an odd number year?
7      A.   On odd number years, there are no
8  scheduled statewide elections.  So there would be
9  no already scheduled elections that's already
10  budgeted for and paid for to reduce the cost of
11  adding a special election.
12      Q.   So if a special election was held on
13  an odd number year for a state legislative
14  election, you would anticipate it costs more than
15  on an even number year because you couldn't add
16  it to an already scheduled state legislative or
17  already scheduled election on that date?
18      A.   Correct.  If it's a stand-alone
19  special election, it's going to be the full cost
20  versus if it's an already scheduled state
21  election.
22      Q.   And is it your office's preference to

Page 68

1  avoid having stand-alone special elections?
2      A.   As far as preference, it's additional
3  work.  I believe it makes it easier for our
4  office if the elections are congruent with the
5  already established elections.  It's easier for
6  us to add to an existing ballot operationally
7  than have to secure polling places, poll workers
8  and train for an election that's not already
9  scheduled.
10      Q.   For state legislative special
11  elections, who bears the cost of those?
12      A.   That's the Department of State.  We
13  initially bear the cost and then we bill the
14  Department of State the costs.
15      Q.   And then if there was a special
16  congressional election, who would bear the cost
17  of that?
18      A.   Same.
19      Q.   Your office administered special
20  state elections in 2017, 2018 and 2023, correct?
21      A.   Correct.
22      Q.   Let's talk about each one of those.

Page 69

1      Why did your office administer a
2  special state election in 2017?
3      A.   July 25th 2017 we had the State
4  Senate District 40 and State Representative
5  District 116 election.
6      Q.   And do you have an understanding as
7  to why that special election was held?
8      A.   To my understanding, a vacancy.
9      Q.   When did your office begin to plan
10  for that special election?
11      A.   I don't have that information in
12  regards to the entire office, but as soon as we
13  are made aware that there is a call for a special
14  election, we'll start immediately.
15      Q.   And what is the first step that your
16  office takes, once notified?
17      A.   Same process as previously mentioned.
18  We find out the size, how -- how many precincts,
19  how many polling places.  Each division does
20  their due diligence to prepare their part of the
21  election.  So the same steps as mentioned
22  previously for conducting an election would apply

18 (Pages 66 - 69)

1    once we have a date and the districts.
2        Q.    Your office successfully administered
3    the special state election in 2017, correct?
4        A.    Yes.
5        Q.    And do you have an understanding as
6    to what the cost of administering that special
7    state legislative election in 2017 was?
8        A.    $1,044,104.72.
9        Q.    And who bore the cost of that?
10       A.    That cost was billed back to the
11   Department of State.
12       Q.    Let's talk about the special state
13   legislative election held in 2018.
14           Do you have an understanding as to
15   why there was a special state legislative
16   election in 2018?
17       A.    That was the February 20, 2018
18   election for State Representative District 114.
19       Q.    And do you have an understanding as
20   to why that special election was held?
21       A.    I believe for a vacancy.
22       Q.    And your office followed the same

1    process that we discussed before in administering
2    that special election, correct?
3        A.    Correct.
4        Q.    Your office successfully administered
5    the special state legislative election in 2018?
6        A.    Yes.
7        Q.    And what was the cost of the special
8    state legislative election in 2018?
9        A.    $434,919.46.
10       Q.    Do you have an understanding as to
11   why the cost of the special state legislative
12   election in 2018 was less than the one in 2017?
13       A.    I would assume it is due to the
14   number of registered voters, the number of
15   polling places, the number of precincts, the
16   number of poll workers needed, possibly early
17   voting sites dates and time to administer the
18   different elections and the size of the
19   elections.
20       Q.    Is there one primary factor that
21   drives the cost of administering special state
22   legislative elections?

1        A.    The cost is associated with the same
2    factors: the number of registered voters,
3    precincts, polling places, early voting dates,
4    times, the locations and whatever internal
5    factors we need to prepare for that, which would
6    be staffing for training, testing equipment.
7           It's all based on the size and the
8    number of voters that we have to prepare for.
9        Q.    Do you have an understanding as to
10   the number of voters that were impacted by the
11   special state legislative election in 2018?
12       A.    I don't have those figures with me.
13       Q.    And who bore the cost of the special
14   state legislative election in 2018?
15       A.    Same.  We -- we bear the cost and
16   then we charge the Florida Department of State.
17       Q.    You also administered a special state
18   legislative election in 2023, correct?
19       A.    Correct, December 8th 2023, State
20   Representative District 118.
21       Q.    And do you have an understanding as
22   to why you administered a special state

1    legislative election in 2023?
2        A.    I believe due to a vacancy.
3        Q.    Did your office follow the same
4    process we discussed before in administering the
5    special state legislative election in 2023?
6        A.    Yes.
7        Q.    And your office successfully
8    administered the special state legislative
9    election in 2023?
10       A.    Yes.
11       Q.    What was the cost of holding the
12   special state legislative election in 2023?
13       A.    553,000 -- well, there might be a
14   typo here -- I think there's an extra number.  So
15   I would say over $553,000.
16       Q.    Do you have an understanding as to
17   whether the special state legislative election in
18   2023 was held concurrent with another election?
19       A.    Can you repeat the question?
20       Q.    Do you have an understanding as to
21   whether the special state legislative election in
22   2023 was held concurrent with another election?

19 (Pages 70 - 73)

Page 74

1    A.    Why was it held concurrent?
2    Q.    If it was.
3    A.    I don't have that information in
4    front of me.  I just have that it was a special
5    state representative district election in
6    District 118.  This is an odd number year.  We
7    wouldn't have had a scheduled state election
8    during that time.
9    Q.    Is there anything else that your
10   office does when holding a special election that
11   we have not discussed today?
12   A.    Besides notifying the voters and
13   making them aware of the special election.
14   Q.    Tell me about that process.
15   A.    That process is handled by our
16   outreach division.  They're the ones responsible
17   for the newspaper ads, reaching out to the
18   voters, any social events that they have
19   scheduled and updating our website with the
20   information.
21   Q.    And who leads your outreach division?
22   A.    Outreach falls under governmental

Page 75

1    affairs, which the deputy for that division is
2    Vanessa Innocent.
3    Q.    And what methods does your office use
4    to inform voters of a special election?
5    A.    I would have to discuss that with
6    her.  But to my understanding, it is they update
7    our website.  They put the notice of elections on
8    our website.  We also post it in our
9    headquarters.  And as far as directly reaching
10   out to the voters, I am not aware or I'm not
11   privy to how they do their outreach for -- to
12   find the voters.
13   Q.    Would the voters that are directly
14   reached out to, would these only be the voters
15   that would be able to vote in that special
16   election?
17   A.    Correct.
18   Q.    Besides notifying voters, is there
19   anything else that we haven't discussed related
20   to special elections that you think is relevant?
21   A.    Not to my knowledge.
22   Q.    Okay.  Let's discuss when

Page 76

1    redistricting happens.
2    How are you notified that
3    congressional districts within Miami-Dade County
4    have been redrawn?
5    A.    For the scheduled redistricting which
6    would be after a census, we follow the state's
7    website and we track when they're going to be
8    voted on, whether they've been approved and
9    adopted or if they're going to reconvene.  So we
10   kind of just track the website to see all the
11   different districts that we're responsible for,
12   when they've been approved and available for us
13   to download.
14   Q.    For nonscheduled redistricting, how
15   are you notified?
16   A.    We are notified from the Department
17   of State if there's any change to the districts.
18   Q.    And is there a particular person at
19   Department of State that would be responsible for
20   notifying you?
21   A.    I am not aware.  The last time I
22   believe that was provided to me by our supervisor

Page 77

1    of elections.  So I'm not certain who gave her
2    that information.
3    Q.    And would these same -- was the same
4    information applied to when state legislative
5    maps are redrawn?
6    A.    When they're redrawn after a census,
7    we are tracking it on their website.  So we're
8    expecting to -- to receive an approved file.  And
9    then we download -- each county downloads their
10   own copy of the file for their redistricting
11   needs.
12   Q.    Who sends you this file?
13   A.    We download it.  We go on the
14   website.  And the website, once it's approved,
15   they provide the file for download and we
16   download it and we go through our process.
17   Q.    And is this both for state
18   legislative and congressional redistricting,
19   you're able to download a file off of the
20   website?
21   A.    Yes.
22   Q.    What type of file is it?

Page 78

1     A.   I believe it is a GIS shapefile.
2     Q.   And can you explain what a GIS
3 shapefile is?
4     A.   It's the type of file format that the
5 GIS software interprets and converts it to a map.
6     Q.   And what sort of data is included in
7 this GIS shapefile?
8     A.   If it's not defined district boundary
9 lines, it could be a list of census blocks and
10 which, when you consolidate them together, define
11 that district's boundary.
12     Q.   So once you download this GIS
13 shapefile from the website, what happens next?
14     A.   We overlay those boundaries with our
15 existing precinct boundaries and then we analyze
16 any district boundaries that intersect our
17 existing precinct boundaries.  And we see the
18 relationship with the other, what we call, core
19 boundaries or any other districts that define our
20 precincts.
21     If there is a core boundary defining
22 that precinct boundary, we can't move or modify

Page 79

1 that precinct line.  If the new district line
2 intersects a precinct that's not defined by a
3 core boundary, then we have the ability to move
4 one of the adjacent precinct boundaries up to
5 that district line and then shift voters from one
6 precinct to the other so everybody in that
7 precinct boundary is defined by the same
8 districts.
9     Q.   And who is responsible for -- for
10 implementing this process you just described?
11     A.   We have various staff members in our
12 team that are responsible for different aspects.
13 I primarily am responsible for identifying where
14 the lines intersect our precincts and what
15 options we have as an office of elections in
16 remedying that, either adding a precinct or
17 modifying a precinct boundary to encompass that
18 new district.
19     Q.   Who else from your office is involved
20 in this process?
21     A.   Operations gets involved in
22 identifying the impacted polling places; whether

Page 80

1 a new polling place needs to be added; whether
2 the shift of the number of voters from one
3 precinct to the other can be handled by the
4 existing polling place; is there sufficient
5 equipment assigned or can be assigned to that
6 location to efficiently allow voters to vote and
7 not create a delay.
8     They handle the operational side of
9 our -- decisions we would make in changing
10 precinct boundaries.
11     Q.   What system do you use for changing
12 precinct boundaries?
13     A.   We do the GIS analysis in ArcGIS Pro.
14 And then we update the street tables, the voter
15 information, the district and precinct
16 assignments in our VR Focus software.
17     Q.   And the ArcGIS Pro, that was the same
18 system we discussed earlier today?
19     A.   Correct, for GIS.
20     Q.   Are there a set number of precincts
21 that you're allowed to have in Miami-Dade County?
22     A.   There's no set number, but we try to

Page 81

1 keep it under a thousand.  We do have the ability
2 to add what are called split precincts, in which
3 we could subdivide an existing precinct using a
4 decimal, .1, .2 and define a -- whole number
5 precincts that way.
6     Q.   Can you explain more what you mean by
7 split precincts?
8     A.   Sure.
9     A precinct is normally defined -- a
10 defined area.  So imagine a block, a block of a
11 neighborhood.  And if we need to separate a
12 portion of that precinct for, let's say, a
13 special election or if half the neighbors want to
14 paint their house red and they want to know who
15 is in favor, we create what's called a split
16 precinct in which we assign a decimal or a .1 to
17 that precinct number and we could change the
18 district values for that split, similar to a
19 precinct.
20     Now, the way our office uses splits
21 is normally for temporary purposes.  We don't
22 like to have precincts as splits.

21 (Pages 78 - 81)

1    Q.    And why is that?
2    A.    Operationally with the other
3  equipment, it makes it difficult to handle splits
4  on select reports.  It makes it difficult to see
5  the information.  A lot of stuff normally is
6  rolled up to the solid precinct number.  And we
7  only leave splits for temporary situations.
8    Q.    Can you give me an example of one of
9  these temporary situations?
10    A.    Community development districts or
11  special taxing districts.  We have over 2,000
12  special taxing districts in Miami-Dade County.
13  And a lot of times they'll vote on we want to
14  change our lightbulbs from fluorescent to LED.
15  Well, every voter in that special taxing district
16  will receive a ballot, asking if they're in favor
17  or against it.  And then, depending on the
18  outcome, that impacts those voters specifically,
19  their tax -- or their special taxing -- military.
20        So what we'll do is we'll ask the
21  split precinct.  We'll move those voters into
22  that temporary split so they could conduct their

1  election.  And then once it's over, we put the
2  voters back into their whole number precinct.
3    Q.    Have you administered congressional
4  or state legislative elections with split
5  precincts?
6    A.    So depending on the time in which we
7  receive all the redistricting, we, by Florida
8  statute, cannot modify our precinct boundaries or
9  either the number or the boundaries without going
10  in front of the Board of County Commissioners.
11  And they have to approve it.
12        So if the time in which we receive
13  all the new district boundaries is too close to
14  an upcoming election, we would implement splits
15  and apply split precincts to run those elections.
16  And then as soon as we have the opportunity,
17  we'll go in front of the board with a
18  well-designed plan to have them approve us
19  modifying our precinct boundaries to make it more
20  efficient.
21    Q.    Does the Board of County
22  Commissioners always need to approve any changes

1  to precincts for congressional or state
2  legislative districts?
3    A.    The Board of County Commissioners
4  have to approve any changes to our precinct
5  boundaries, precinct numbers or polling places.
6    Q.    So if it was too close in time to an
7  upcoming election, you would administer an
8  election with split precincts and then later on,
9  after the election, go before the board and get
10  their approval?
11    A.    Correct.
12    Q.    Okay.  So the first step, it seems
13  like, after you receive the shapefile is you go
14  in and decide what the new precincts are; is that
15  correct?
16    A.    The first step is to analyze the
17  impact of the new district boundaries and what do
18  we need to do to facilitate it, either add splits
19  or just change district values in existing
20  precincts.
21    Q.    And what is the output of that
22  process?

1    A.    Can you specify what you mean by
2  output?
3    Q.    Yeah.  After you analyze the impact
4  of the new district boundaries and decide, you
5  know, if you're going to add splits or change
6  district values, what's the final, you know,
7  conclusion of that process?
8    A.    If we're going to do splits, we would
9  identify the number of splits that are being
10  added, the number of voters that are being
11  impacted and the amount of street ranges that
12  have to be moved into the new split districts.
13        If it's an entire precinct that is
14  changing district value, changing that district
15  value and how many voters were impacted with just
16  a district value change that we also have to
17  notify.
18        So I guess that's the output you're
19  referencing?
20    Q.    Yeah.  So after the changes you
21  described are made, is the next step then to
22  notify voters of changes in their precincts?

Page 86

1    A.    After we implement or once we
2  identify where the splits need to be added and we
3  make the changes in our system, we have to update
4  our GIS layers in production.  We have to notify
5  the state of our new precinct boundaries within
6  ten days of making the changes.  We have to
7  generate all new maps, both for the public
8  service counter and our websites.
9         And then we go through the process of
10 scheduling voter ID cards for all the voters that
11 have new districts.
12    Q.    What do you mean by GSI layers in
13 production?
14    A.    GIS layers.  So those are the layers
15 that our system uses to verify the voters are in
16 the correct district.  So we would update the new
17 congressional or whichever district had -- had a
18 new boundary.  We provide that to our ITT -- ITD
19 department to upload it into the county's
20 production layer.  That's where all the districts
21 are held.
22         We also provide them our new precinct

Page 87

1  file, which is the precinct lines and the
2  precinct numbers or splits.  And that goes into
3  production, which is used by the system to verify
4  that everything is set up correctly.
5    Q.    What does ITD stand for?
6    A.    ITD, it was information technology
7  department.  Now, I believe, the county has
8  rebranded or changed the name to PIOD.  I don't
9  know what PIOD stands for, but it's an acronym to
10 say we've changed more of the same.
11    Q.    And what file or what type of file do
12 you provide to ITD?
13    A.    We provide a GIS shapefile.
14    Q.    And what system does ITD then upload
15 the shapefile to?
16    A.    They upload it into the county's
17 production server.  And that server, I'm not
18 familiar the server number, but it's maintained
19 by the county's GIS department.
20    Q.    And what is the purpose of uploading
21 it to the county production server?
22    A.    That production server uses those

Page 88

1  layers for anything the county references
2  those -- those layers.  For example, if there's
3  any applications or any other data that uses our
4  precinct information, by putting it into
5  production, that information is available to any
6  county entity.  It has access to our -- our
7  layers.
8    Q.    You said that you needed to notify
9  the state of new precinct boundaries within ten
10 days of making changes.
11         Is that by statute?
12    A.    Yes.
13    Q.    Do you know what statute that is?
14    A.    That is Florida Statute 101.001.
15    Q.    And who from -- who from the state do
16 you notify?
17    A.    We upload the shapefile into their
18 FTP or their file transfer protocol server.
19    Q.    Does -- and this is the Florida
20 Department of State?
21    A.    Yes.
22    Q.    Do they then approve the changes that

Page 89

1  you made to precincts?
2    A.    The only approval of the changes when
3  we modify precinct boundaries is done by the
4  Board of County Commissioners.  The state
5  receives it as, I guess, a file update or
6  knowledge of any changes in our county's precinct
7  definition of boundaries.
8    Q.    So once you upload the precinct
9  changes to the Department of State website or to
10 their file share and then send the shapefile to
11 ITD, what does your office do next?
12    A.    Then we generate new maps.  These
13 maps are either sold by the public service
14 counter and there are some district-wide maps
15 that are on our website.  So we update all our
16 maps that are available to the public.
17    Q.    And how do you generate these maps?
18    A.    Very labor-intensive.  We literally
19 have to go into the software, ArcGIS Pro.  If we
20 don't have it existing, the design, we have to
21 create a brand-new map, identify the new
22 districts or the new -- the new precincts,

23 (Pages 86 - 89)

Page 90

1    extract it into a PDF and store it into a shared
2    folder for the public service counter to utilize.
3        Q.    And who is responsible for generating
4    these maps within your office?
5        A.    My staff and I, primarily our
6    elections GIS specialist and myself.
7        Q.    Once you generate the new maps, what
8    is the next step?
9        A.    In reference to the maps?
10       Q.    In reference to implementing a new
11   redistricting map.
12       A.    So once we have new districts and new
13   precincts, that data is shared with our
14   tabulation team to update their system.  That
15   data is shared with operations to update their
16   inventory software, the BOT.  And that
17   information is shared with Relia-Vote for the
18   vote by mail software so they can set up their
19   pockets and whatever they have to do in their
20   system to accommodate the new districts and the
21   new precinct assignments.
22            We share that information with poll

Page 91

1    worker recruitment and training so they know how
2    many precincts or splits the polling places are
3    going to need and if they need to provide any
4    additional poll workers.
5            We share that information with --
6    basically every division has to be made aware of
7    the changes because everyone's role is affected
8    or tied to the number of precincts, whether
9    they're splits or whole numbers.
10       Q.    Is there a schedule that's set up
11   relating to, you know, when these various
12   subtasks need to be completed by?
13       A.    I'm normally told as soon as
14   possible.  And then the pressure is on us
15   100 percent to provide that data to our different
16   divisions.
17       Q.    How long does the process of
18   implementing a new congressional map normally
19   take?
20       A.    That depends on the number of
21   precincts that are impacted and, even within each
22   precinct, the number of street ranges that are

Page 92

1    defined by the precinct.  And if any of those
2    street ranges will be dissected by the new
3    boundary, we have to split the street range in
4    our system and correctly define each new segment
5    of that existing street range to its either split
6    or precinct.
7        Q.    Is there anything that could speed up
8    the process of implementing a new congressional
9    map?
10       A.    I can't think of a way to speed up
11   the process with not -- without affecting the
12   quality of the checks and balances that we put
13   into verifying that the job is done correctly.
14       Q.    So, for example, if the number of
15   precincts impacted were less because that was
16   taken into consideration when drawing the new
17   map, would that make the process easier on your
18   end?
19       A.    It's not so much the number of
20   precincts.  It's more the precincts that need to
21   be dissected and how do we efficiently make that
22   dissection.

Page 93

1            Whenever a precinct has to be
2    modified, that's where the thought process gets
3    affected and that's when we have to modify
4    streets ranges.  If an entire precinct changes
5    district values, that's just changing a district
6    value in the table.  We don't have to move any
7    street ranges.
8            It's whenever we have to redraw that
9    precinct boundary, both visually on a map using
10   GIS and in a tabular form by moving street ranges
11   in one precinct to the other.
12       Q.    What is the quickest that your office
13   has ever implemented a new congressional map
14   after redistricting?
15       A.    We took about -- and I have it here
16   in my notes -- about five and a half weeks the
17   last time we had to do a nonscheduled
18   redistricting and with that, an additional, like,
19   three or four days of quality assurance.
20       Q.    In what context was this?
21       A.    This was in 2016 when we had to copy
22   the production of VR to our redistricting

24 (Pages 90 - 93)

1 database, set up the splits in a precinct table
2 in VR and QA, assign the districts to the split
3 precincts, analyze street segments that need to
4 be assigned to split precincts.
5        Then we had to assign street ranges
6 to split precincts in the redistricting database,
7 quality assure the street moves, run a process
8 called redistricting and move split precincts and
9 streets into production.
10       And then we had to quality assure the
11 redistricting run in production, split precincts
12 and street moves and voter totals.  And then ITD,
13 which is our county's IT department, they extract
14 the new Yellow Dot files.  We run Yellow Dot, and
15 then we go live with the split precincts in
16 production and then exporting all the tables into
17 the district softwares that we have.
18    Q.   And is it correct that you were able
19 to implement a new congressional map within six
20 weeks of the election?  Is that what you
21 testified?
22    A.   That's how much time it took us to do

1 our process.  But that is done before we could
2 define the election in our system.  So that's
3 separately from conducting the election.  That's
4 just implementing the redistricting.
5    Q.   Do you have an understanding as to
6 the additional time that it took to actually --
7 for the election to take place?
8    A.   I believe that that work was done
9 sometime -- I'll tell you right now.
10       That work was done between April of
11 2016 leading into, like, May.  And the election
12 was the August primary.  That was the following
13 election in which those districts applied.
14    Q.   Okay.  So your office implemented the
15 new maps in -- starting in April of 2016 and that
16 election was held in August of 2016?
17    A.   Correct.
18    Q.   What is the quickest that your office
19 has ever implemented a state legislative map
20 after redistricting?
21    A.   A county-wide, every precinct being
22 impacted?

1    Q.   Yes.
2    A.   We don't only do the state districts
3 after redistricting.  We wait until all the
4 electoral entities have completed their
5 redistricting to do a one-time review of the
6 impact to our precincts.  Just because we have so
7 many precincts and it's so labor-intensive, we
8 wait until we have all the new district
9 boundaries to see the total impact to our
10 precincts.
11    Q.   And so you wouldn't do -- you
12 wouldn't implement only certain state legislative
13 districts before you have all the districts'
14 information; is that correct?
15    A.   Correct.
16    Q.   Would it be possible to do that or
17 it's not possible under the current system you
18 have in place?
19    A.   It would be possible.  It's just not
20 efficient.
21    Q.   And why is that?
22    A.   We have over 700 precincts.  And that

1 type of analysis is very lengthy in time.  And
2 the impacts of that one district may or may not
3 impact the other precincts until we know all the
4 other changes that need to be made, do we know --
5 what can we do with the precinct lines.
6        So I'll give you an example.  If we
7 plan on moving a precinct boundary solely based
8 on one district value, that effort might be lost
9 once we learn that another district is going to
10 use that precinct boundary that historically
11 wasn't needed to be defined but now is.
12       So we could potentially be doing more
13 work that's going to be counterintuitive to the
14 entire process once we have all the districts.
15    Q.   How long does it typically take you
16 to implement state legislative -- a redistrict's
17 state legislative map for all the districts?
18    A.   Every district taken into
19 consideration doing a full redistricting?  That
20 process, without looking up historical timelines,
21 I would say takes us up to, like, three months.
22    Q.   Is that three months from when you're

1  first notified that the districts have been
2  redrawn to election day?
3      A.    That's three months from when we get
4  all the districts that are being changed.  We
5  consolidate them into one file so we have all the
6  new boundaries that are being impacted.  We do a
7  full analysis of all our precincts that are being
8  dissected.  We assign temporary splits to all
9  the -- the -- the intersections within our
10  precincts.
11          We then do a geospatial analysis and
12  we do what's called a spatial join of the
13  district values, all the district values to these
14  temporary points with splits.  And then we do a
15  comparison of which unique pockets share the
16  exact same district assignments as the other
17  splits to see which polygons or pockets can be
18  consolidated into one precinct number, to then
19  have a full list of split precincts within each
20  one of the districts as granular as we can get
21  without having any -- any kind of duplications
22  or -- or precincts that had the same district

1  assignments with different precinct numbers.
2          And then we have to analyze all the
3  street ranges that need to get dissected and
4  moved into the new precinct values while also
5  adding the new precincts into our system, making
6  the district assignment changes or -- or, you
7  know, modifying the composition of the polling
8  places.
9          So if it had, let's say, three
10  precincts, now it has eight precincts because of
11  the changes and then, within polling places, do
12  we need to find new locations to outsource or to
13  fit these multiple precincts that are currently
14  assigned to a polling place.
15      Q.    And then what additional amount of
16  time is required before election day then?
17      A.    All this is done prior to candidate
18  qualifying.  This is all done as soon as we have
19  all the districts.  We know that it's a lengthy
20  process and we try to complete it at least a
21  month, maybe a few weeks before candidate
22  qualifying to allow that group -- that division

1  to prepare whatever data they need, whatever
2  information they need to define their -- their
3  districts correctly for qualification.
4      Q.    When there are -- when redistricting
5  happens, is it the case that all precincts are
6  affected or only ones that are bordering the --
7  the new districts?
8      A.    Typically when redistricting is done,
9  it's to balance the population within the
10  districts as equally as -- as they can.  So as
11  it's done every ten years normally, and
12  Miami-Dade County will take a shopping center and
13  turn it into a condominium, there's a lot of
14  growth.
15          So once you start balancing districts
16  that are only defined every ten years, that
17  causes changes.  Sometimes it follows existing
18  precincts.  Sometimes it cuts through precincts.
19          I would say that depending on the
20  different districts, it could be a lot.
21  Sometimes we get lucky and they follow existing
22  precincts.  We've seen -- we've seen both.  We've

1  seen situations where they don't follow our
2  precinct lines.  We've seen situations where they
3  do.
4      Q.    And would your office have a
5  preference for following precinct lines that are
6  reestablished?
7      A.    If there's ever a time in which all
8  our precincts are used for whatever changes are
9  made, the least change we have to do to our
10  precinct boundaries, the easier it is for our
11  office to make the changes.  It reduces the
12  moving of street ranges and modifying of precinct
13  boundaries and it keeps voters in the same
14  boundary, even though they're defined by
15  different districts.
16      Q.    So there's less burden on your office
17  when the new district lines follow the same
18  precincts?
19      A.    Correct.
20      Q.    If a precinct stays in the same
21  district during redistricting, does your office
22  need to do anything with respect to that precinct

26 (Pages 98 - 101)

Page 102

1    as a result of redistricting?
2       A.    If there's any change in the district
3    values or the polling place to that voter, we
4    would mail them a new voter ID card.
5       Q.    If a precinct moves into a different
6    district but isn't split, is that a -- less of a
7    burden on your office?
8       A.    As far as voter ID cards?  We would
9    have to send them a voter ID card regardless.
10      Q.    But that would be the only action
11   that your office would need to take?
12      A.    In regards to voter ID cards, if
13   there's a change in district, we have to send
14   them a card.  The split affects the GIS side of
15   modifying the precinct boundaries and moving the
16   street ranges prior to voter ID cards being
17   mailed out.
18      Q.    Would moving a whole precinct require
19   changing a polling place?
20      A.    Not necessarily.
21      Q.    And why is that?
22      A.    Because those voters are already

Page 103

1    assigned to a location.  They're used to going to
2    that location.  It's just changing what
3    information will appear on that voter's ballot.
4       Q.    Is it your understanding that the
5    requirement to send a voter a new information
6    card when their district changes, that that
7    requirement comes from Florida law?
8       A.    Yes.
9       Q.    Do you understand what Florida law
10   that is?
11      A.    I don't have it with me.
12      Q.    But Florida law would be the best
13   place to look for that requirement, if there is
14   one?
15      A.    There is a Florida statute
16   referencing when we have to mail out a voter ID
17   card for a voter.  And our office has sent out
18   voter ID cards for different reasons.  For
19   example, when we went constitutional and we
20   changed the branding, we would send out new voter
21   ID cards to all voters so they have the new
22   branding with our new office.

Page 104

1       Q.    Are there any county requirements
2    related to sending new voter ID cards?
3       A.    Not to my knowledge.
4       Q.    We are challenging one congressional
5    district and seven state House districts.  If the
6    court were to order the implementation of new
7    maps, would your office comply with that order?
8       A.    Of course.
9       Q.    When would your office need the final
10   maps by in order to implement for the 2026
11   regular session?
12      A.    For the August primary?
13      Q.    Yes.
14      A.    It would depend on the impact, as we
15   discussed, whether whole precincts are moved or
16   if there is a lot of dissection or splitting of
17   existing precincts.
18            If it's laborsome, I believe for the
19   August primary candidate qualifying starts
20   April 30th.  So we would need it as soon as
21   possible.  March -- March -- mid-march would be a
22   safe time in which I think our office should be

Page 105

1    able to analyze it, without knowing what the
2    impacts are, and come up with a solution before
3    candidate qualifying.
4       Q.    Do you believe that your office could
5    effectively implement new maps if ordered in this
6    case?
7       A.    I have full faith and confidence in
8    our office.
9       Q.    And why is that?
10      A.    We've been doing this for a while, so
11   we're comfortable with the steps that it takes.
12   The staff that would be responsible for making
13   this -- these decisions, they're familiar with
14   the process.  But, like everything in life, we
15   could be very comfortable with something that we
16   do every single day; and if something changes the
17   way we do stuff, we have to stop and analyze
18   what's the best approach to handle these changes.
19      Q.    Has your office ever been unable to
20   successfully implement a new redistricting map?
21      A.    Not to my knowledge.
22      Q.    When would your office need new maps

27 (Pages 102 - 105)

Page 106

1  by to hold special elections in the first half of
2  2027?
3        A.   On an odd number year?  That would --
4  that would be for a special election?
5        Q.   Yes.
6        A.   Again, the date and time in which the
7  Department of State provides us for that election
8  we would need ample time prior, depending on the
9  impact to our precincts and how much work is
10 needed on our side.
11       I would say that we would normally
12 start our process about 120 days prior to the
13 election of prepping.  And that is depending on
14 how many districts, is it a county-wide versus a
15 couple districts, one district, two districts.
16 Depending on the size, we could -- no sooner than
17 120 days.  And then that's just for implementing
18 the election.
19       To -- to do the changes, the
20 redistricting changes, I would say three months,
21 if we can, prior to the election -- prior to the
22 120 days.

Page 107

1        Q.   So if there was a special election,
2  you would need three months to implement the
3  changes to the redistrict maps and 120 days for
4  implementation of the election?
5        A.   Correct.
6        Q.   Who would be in charge of the process
7  of -- of implementing a redistrict map and
8  holding a special election within your office?
9        A.   The redistricting portion would be
10 my -- my team, myself and the elections GIS
11 specialist.  And then operations would be
12 responsible for the impacts to polling places.
13 The actual election, conducting the special
14 elections, would be governmental affairs.  It
15 would be our elections administrator, Elizabeth
16 Prieto.  She would coordinate with or get the
17 information from the state and would start the
18 coordination of the special election.
19       Q.   Are there any other factors that come
20 into play for your office in administering a
21 special election for the districts at issue in
22 this case?

Page 108

1        A.   We have scheduled municipal elections
2  based on their charters.  We might already have
3  the 2027 electoral calendar on our website.  If
4  not, it -- it kind of goes in a cycle.  The same
5  municipalities have their elections scheduled
6  throughout the year.  Those precincts, once we
7  define the election until we close the election,
8  we can't modify those precinct boundaries or move
9  those street ranges.
10       So those -- those precincts stay
11 intact once we open an election and close an
12 election.
13       Q.   So you wouldn't be able to make any
14 changes to precincts before those municipal
15 elections?
16       A.   For those specific precincts,
17 depending on the municipality.
18       Q.   And in that case, would you have to
19 use split precincts if you were trying to
20 implement a -- a, you know, state legislative
21 redistrict map?
22       A.   Even the split precincts, we wouldn't

Page 109

1  be able to split any of the precincts that are in
2  that election because once the election is opened
3  and coded, all those district assignments are
4  tied to those precincts until we close the
5  election.
6        Q.   If the court were to order a special
7  election to be held in this case, would you
8  comply?
9        A.   Yes.
10       Q.   And if the court ordered a special
11 election to be held in this case, do you believe
12 that your office could successfully administer
13 such election?
14       A.   Without knowing the dates or any
15 other factors, such as municipal elections or
16 timelines in preparation, our office is always
17 going to do our due diligence to succeed.
18       Q.   And is --
19       A.   Our goal is always to provide
20 transparent, clear and efficient elections for
21 all -- for all voters.  So we always are going to
22 try our hardest.

28 (Pages 106 - 109)

Page 110

1    Q.   Has your office ever not been able to
2    successfully administer a special election when
3    ordered by the court?
4        A.   Not to my knowledge.
5        Q.   Is there a cost to Miami-Dade County
6    associated with implementing new redistricting
7    maps?
8        A.   The cost associated would be the
9    mailing of the voter ID cards and any internal
10   cost of doing the work of modifying the precinct
11   boundaries and street ranges, dependent on what
12   other tasks we have going on at a time.  So if we
13   have scheduled projects or things that we have to
14   work on and we have to add on a redistricting,
15   that might incur either more staff to complete or
16   additional hours for our staff to complete the
17   task.
18       Q.   So in that case, it would be possible
19   that your office would have to hire additional --
20   additional staff or pay overtime?
21       A.   Correct.
22       Q.   What is the cost of mailing voter ID

Page 111

1    cards typically?
2        A.   I don't have that number with me.
3        Q.   Do you have a general sense of how
4    much it typically costs to send voter ID cards?
5        A.   I'm not sure.  I know that there's a
6    special card stock used for the voter ID card.
7    There's the postage rate.  And that gets printed
8    by our print shop and outsourced to whatever
9    company does the -- the mailing.  But the actual
10   final cost of per voter ID card, I don't have
11   that with me.
12       Q.   How many times has your office
13   implemented a new map after redistricting since
14   2022 -- pardon me -- since 2020?
15       A.   So we did the redistricting November
16   of 2022.  We did the reprecincting June of 2023.
17   Then we did City of Miami Gardens, the Democratic
18   Executive Committee and Republican Executive
19   Committee May of 2024.  And then we had City of
20   Miami commission districts August of '23, and
21   then January of '25.
22       MS. MURPHY:  Let's take a break.

Page 112

1        (Thereupon, a brief recess was
2    taken.)
3        BY MS. MURPHY:
4        Q.   We were talking earlier today about
5    when your office would need the final maps in
6    this case in order to implement for the 2026
7    August primary.  And I believe you said mid-March
8    because congressional qualifying starts in April;
9    is that correct?
10       A.   The qualification dates, from what I
11   believe the state has in, like, their calendar
12   says that some qualification -- qualifying dates
13   are in April, April 20-something.
14       Q.   And so you would need final maps
15   for -- final congressional maps by mid-March; is
16   that correct?
17       A.   Correct.  That's without knowing how
18   many precincts/districts impacted and the amount
19   of work that would be needed for the
20   implementation of the changes.
21       Q.   And what would you need final state
22   House maps by?

Page 113

1        A.   Same.  We need it sometime prior to
2    qualifying, so we could do the updates that we
3    need in the various systems so everyone is in
4    sync before we start.
5        Q.   If candidate qualifying was delayed,
6    would your time that you need the maps be delayed
7    by the same amount?
8        A.   I would assume that the same amount
9    of time would be needed to do the changes in
10   redistricting.  So the qualification date would
11   kind of steer by when we need the files prior to.
12       Q.   And so if the qualifying date was not
13   April, but later in the year, you would be able
14   to receive the maps later?
15       A.   I would say for the August primary,
16   mid-March makes it easier for the other divisions
17   to complete their tasks, because they have to do
18   a lot of recruitment for poll workers, for
19   different polling places.  And those changes
20   would change the numbers that they need to start
21   their process.  And they start way sooner because
22   of, you know, reaching out to the people,

29 (Pages 110 - 113)

Page 114

1  locations available, how many training sites
2  they're going to have.
3          There's a lot of elements that
4  changes affect.  And because there is so many
5  different divisions, it's hard to speak on
6  everyone to know what their tasks are prior to an
7  election.
8          So mid-March for an August election I
9  feel would be a safe time for us to be able to
10  implement the changes effectively.
11      Q.   My understanding is that in 2022 the
12  congressional map was finalized in late April,
13  early May.
14          Is that your understanding as well?
15      A.   In 2022?
16      Q.   Um-hmm.
17      A.   The redistricting was done in 2022 in
18  November.  When it was adopted, I don't have that
19  with me.
20      Q.   For the redistricting that took place
21  in 2022, did you have any issues with
22  implementing the maps?

Page 115

1      A.   To my knowledge, no.
2      Q.   My understanding is that
3  qualifying -- candidate qualifying for state
4  House elections typically is done in June.
5          Does that sound right to you?
6      A.   I believe so.
7      Q.   Would you then need finalized maps
8  in -- at least by, you know, May, following the
9  same deadlines that you gave for the
10  congressional maps?
11      A.   In May for 2026?
12      Q.   Yes.
13      A.   That would be tight.  I think what
14  makes it easier in 2022 is that redistricting is
15  expected.  So it's easier to understand that
16  there's changes and we kind of start our outreach
17  sooner saying hey, this is -- every ten years we
18  do this redistricting, so expect changes and
19  there's a lot of changes coming.
20          Doing it so close before an election,
21  I'm not sure how that would affect our ability to
22  outreach and provide the -- the changes to the

Page 116

1  community without having the ample time and there
2  not being expected redistricting.
3      Q.   And so you would need final maps for
4  both congressional and state House districts for
5  the 2022 August primary by mid-March?
6      A.   I think March would be a safe time
7  for us to expect it.  Can we do it sooner if
8  there's not a lot of impact to our precincts?
9  Yes.  But without seeing what is the impact to
10  our precincts, it's hard to give a definitive
11  date by when we need it.
12      Q.   If there wasn't much impact to
13  precincts, what do you think is the latest date
14  that you would be able to implement the
15  redistrict's map by?
16      A.   Based on the previous 2016
17  redistricting, the process of assigning the
18  street ranges to split precincts took about two
19  and a half weeks.  So if there were no street
20  ranges that had to be moved and entire precinct
21  boundaries were respected, I would shave off two
22  and a half weeks from the time needed.

Page 117

1      Q.   And would these same parameters apply
2  for the 2028 August primary?
3      A.   2028 we're in a presidential year, I
4  believe.
5      Q.   I believe that's right.
6      A.   And then we don't just have an August
7  primary and a general, we also have the
8  presidential preference primary.  So that would
9  have to be taken into consideration as well.
10      Q.   How would that impact when you would
11  need the maps by?
12      A.   That would impact when we could
13  modify precincts once the election is open and
14  closed.  Once we have the election open, we
15  cannot modify the precinct boundaries until we're
16  able to close that election.
17      Q.   And so you would need the maps before
18  the presidential election is open?
19      A.   I think when the changes were made in
20  2016, the ruling was adopted in -- January 5th,
21  but it wasn't implemented until after the
22  presidential preference primary.  So knowing that

Page 118

1    those precincts couldn't be changed, after the
2    presidential preference primary was when we
3    implemented those new changes.
4        Q.    And when is the presidential
5    preference primary typically?
6        A.    January or March.  I think in 2016,
7    it was March 15th.
8        Q.    So you would -- strike that.
9             Are you aware of any problems with
10   the timeline of -- of implementing the redistrict
11   maps in 2016?
12       A.    I know that we were given until after
13   the presidential preference primary to implement,
14   which gave us ample time before the August
15   primary.
16       Q.    Before the break we were discussing
17   times that your office has implemented a new map
18   after redistricting since 2020, correct?
19       A.    Correct.
20       Q.    And I believe you listed off five
21   different instances.
22       A.    Well, the first one was the main

Page 119

1    redistricting that happens after a census.  The
2    second one is when we go in front of the Board of
3    County Commissioners to reprecinct.  And then we
4    had the redistricting for City of Miami Gardens.
5    And the other two districts, the Democratic
6    Executive Committee and the Republican Executive
7    Committee, those are defined by our precincts,
8    but they changed their -- their maps.
9             And then the two other ones were City
10   of Miami commission districts.
11       Q.    And did your office successfully
12   implement new maps in all of these instances we
13   discussed since 2020?
14       A.    Yes.
15       Q.    Did you face any issues in
16   implementing any of these maps?
17       A.    No.
18       Q.    And did you follow the process that
19   we have discussed today for implementing new
20   maps?
21       A.    In the implementation process, yes,
22   the same process.

Page 120

1        Q.    In the City of Miami Gardens
2    instance, how long prior to the election did you
3    receive the redistrict maps?
4        A.    If I recall, it was done in May.  Off
5    the top of my head I want to say we received it
6    January.  I know we had -- we had ample time and
7    they didn't have an election coming up for -- for
8    that year.  So we had time to go in front of the
9    board to modify our precincts for their
10   districts.
11       Q.    What about the instance in August
12   2023?  What was the context of that audit effort?
13       A.    The August was the City of Miami
14   redistricting of their commission districts.
15       Q.    And how far in advance did you
16   receive -- excuse me.
17            How far in advance of election did
18   you receive the redistrict maps?
19       A.    Their election, if I recall, used the
20   existing precinct boundaries.  They haven't had
21   an election with their newly drawn commission
22   district boundaries in their -- in their

Page 121

1    municipality.
2        Q.    So since these districts have been
3    redrawn, there hasn't been an election?
4        A.    Correct.
5        Q.    What about the instance in January
6    2025?  What was the context of that?
7        A.    That was the second redrawing of
8    their -- their boundaries.
9        Q.    And what districts does this relate
10   to?
11       A.    City of Miami.
12       Q.    Has there been an election since
13   those districts have been redrawn?
14       A.    That election would be for November
15   of this year.
16       Q.    Can you describe the relationship
17   between your office and the Florida Department of
18   State relating to elections administration?
19       A.    We're governed by the Florida
20   Statutes.  They provide us dates, districts and
21   candidate qualification for elections.  And by
22   statute, there is data we have to provide them,

31 (Pages 118 - 121)

Page 122

1    such as the precinct boundaries we discussed,
2    polling places, early voting
3    dates/times/schedules, and numerous reports,
4    before an election and during the election voter
5    counts.
6         So by -- by statute, they notify us
7    of elections and then we are providing them data
8    as -- as required.
9         Q.    Does Florida Department of State have
10   any control over the operations of your office?
11        A.    They govern us by the Florida
12   Statutes.
13        Q.    And what Florida statutes are you
14   referring to?
15        A.    There's various.  There's a lot of
16   statutes.
17        Q.    How often does your office
18   communicate with the Florida Department of State?
19        A.    We're in constant communication.
20   They send out E-mails if there's any changes or
21   updates to all counties.  If there's any
22   questions, they talk to us or we can talk to

Page 123

1    them.  So we would have constant communication.
2         Q.    And who are you typically
3    communicating with from Florida Department of
4    State?
5         A.    Me directly, the most communication I
6    have with the Department of State as one of my
7    tasks are posting the results on the web.  I
8    communicate with -- it's changed throughout the
9    time, but it's the -- the person responsible with
10   uploading the results.
11        So I communicate when we have to do
12   test files to make sure that it's uploading
13   correctly; on election night, that we're
14   uploading the files on a timely manner; and, once
15   we're done, they verify that the data that we
16   have in our system matches their system.
17        So I have different contact points
18   based on my tasks and I'm sure other people in my
19   division have different contacts, depending on
20   what they need from the state.
21        Q.    Does your office have any agreements
22   with the Florida Department of State relating to

Page 124

1    elections administration?
2         A.    Besides the Florida Statutes, not to
3    my knowledge.
4         Q.    And we discussed earlier that the
5    state compensates Miami-Dade County for
6    administering its elections, correct?
7         A.    Correct.
8         Q.    Are there any factors that affect the
9    cost that the state will pay for election
10   administration?
11        A.    Not to my knowledge.
12        Q.    And after you invoice the state, does
13   the -- does the state typically pay -- strike
14   that.
15        Have there been any disputes between
16   your office and the Florida Department of
17   Elections related to administering elections?
18        A.    Not that I'm privy to.
19        Q.    Do you wish to correct any statements
20   you made today?
21        A.    I was reviewing the cost of holding
22   special elections for congressional and state

Page 125

1    districts.  The ballpark number that was provided
2    is an estimated cost per district, not for a
3    county-wide.  So for the state House seat it
4    would be 1.1 million.  And for the congressional
5    seat it would be 1.8 million per district.
6         Q.    And so if there were two -- two state
7    districts that were special elections that were
8    being administered, it would be 2.2 million?
9         A.    Unless there's some kind of cost
10   savings in creating the election that could be
11   absorbed into the process.  But that was the
12   number that was given to me per district, not
13   county-wide.
14        Q.    Anything else you want to correct?
15        A.    Not to my knowledge.
16        Q.    Okay.  Those are all my questions.
17        MS. MURPHY:  We can go off the
18   record.
19        MS. REPORTER:  Who would like a
20   copy of this deposition?
21        MS. MURPHY:  Andy, I saw that you
22   unmuted yourself.  Do you wish to say

32 (Pages 122 - 125)

Page 126

1  something.
2        MR. BARDOS:  No.  Thanks for
3  asking.
4        I will take a copy though.
5        (Thereupon, signature having not been
6        waived, at 1:05 p.m. EDT, the
7        deposition concluded.)
8
9
10   _____
          XAVIER PICHS, DESIGNEE
11
12   Subscribed and sworn to before me this ____
13   day of _____, 2025.
14
15
16   _____
          NOTARY PUBLIC
17
18
19
20
21
22

Page 127

1            E X H I B I T S
2  NO.:      DESCRIPTION:          PAGE:
3  Exhibit 1   Subpoena to Testify at a
4           Deposition in a Civil Action
5           dated 5/28/25          10
6
7
8
9
10           I N D E X
11  WITNESS:      EXAMINATION BY:     PAGE:
12  Xavier Pichs     Ms. Murphy          4
13
14
15
16
17
18
19
20
21
22

Page 128

1         CERTIFICATE OF NOTARY
2        I, MISTY KLAPPER, the officer before
3  whom the foregoing deposition was taken, do
4  hereby certify that the witness whose testimony
5  appears in the foregoing deposition was duly
6  sworn by me; that the testimony of said witness
7  was taken by me in shorthand and thereafter
8  reduced to typewriting by me; that said deposition
9  is a true record of the testimony given by said
10  witness; that I am neither counsel for, related
11  to, nor employed by any of the parties to the
12  action in which this deposition was taken; and,
13  further, that I am not a relative or employee
14  of any attorney or counsel employed by the
15  parties hereto, nor financially or otherwise
16  interested in the outcome of this action.
17
18
19
20
21        Misty Klapper, RMR, CSR, RPR,
          RSA and Notary Public
22

Page 129

1          ERRATA SHEET
2  CASE: Cubanos Pa'lante, et al. v. Florida House of
         Representatives, et al.
3
   DEPOSITION OF:  Miami-Dade County Supervisor of
4         Elections Office, by Xavier Pichs,
          Designee
5
   TAKEN:  July 8, 2025
6
   PAGE LINE NOW READS      SHOULD READ  REASON
7  ___ ___ _____  _____ ___
8  ___ ___ _____  _____ ___
9  ___ ___ _____  _____ ___
10 ___ ___ _____  _____ ___
11 ___ ___ _____  _____ ___
12 ___ ___ _____  _____ ___
13 ___ ___ _____  _____ ___
14 ___ ___ _____  _____ ___
15 ___ ___ _____  _____ ___
16
17   _____
          XAVIER PICHS, DESIGNEE
18
19      Sworn and subscribed to before me
20  this ___ day of _____, 2025.
21  My commission expires:    Notary Public:
22  _____    _____

33 (Pages 126 - 129)