

**Map 2: State House Districts in Palm Beach, Broward, and Miami-Dade Counties**



**Map 3: State House Districts in Miami-Dade County**



**Map 14: State House Districts 115 and 116 – Geographical Features**

3brief reason



**Map 15: State House Districts 115 and 116 – Municipalities**



**Map 16: State House Districts 115 and 116 – Municipalities and Geographical Features**



**Map 17: State House Districts 118 and 119 – Geographical Features**



**Map 18: State House Districts 118 and 119 – Municipalities**



**Map 19: State House Districts 118 and 119 – Municipalities and Geographical Features**



**Map 21: Congressional Districts**



**Map 22: Congressional Districts in South Florida**



**Map 23: Congressional District 26**



**Map 24: Congressional District 26 in Miami-Dade County – Geographical Features**



**Map 25: Congressional District 26 in Miami-Dade County – Municipalities**



**Map 26: Congressional District 26 in Miami-Dade County – Municipalities and Geographical Features**



**Map 27: Congressional District 26 in Collier County – Geographical Features**



**Map 28: Congressional District 26 in Collier County – Municipalities**



**Map 29: Congressional District 26 in Collier County – Municipalities and Geographical Features**