IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CUBANOS PA'LANTE, *et al.*,

   *Plaintiffs*,

v.                                                                    Case No. 1:24-cv-21983-JB

FLORIDA HOUSE OF
REPRESENTATIVES, *et al.*,

   *Defendants*.

_____/

## Supplemental Expert Report of Dr. Carolyn B. Abott, Ph.D.

November 26, 2025

   1.    My name is Dr. Carolyn Abott. I previously served an expert report on March 21, 2025 ("Initial Report") in this case. My Initial Report describes my engagement, qualifications, prior testimony, and compensation. I also served a rebuttal expert report on June 20, 2025 and an errata to my first two reports on June 27, 2025.

   2.    For this Supplemental Report, Plaintiffs' counsel has asked me to supplement two tables in my Initial Report to incorporate data regarding an additional alternative State House plan (Plaintiffs' map D) provided by Plaintiffs' counsel. In preparing this Supplement, I relied on the same data and documents I relied on to produce the original tables, plus Plaintiffs' map D provided by counsel.

   3.    Table 8 of my Initial Report is supplemented as follows:

1

Table 8-S: Hispanic VAP for Challenged State House Districts in Enacted and Plaintiffs' Maps

| Plan | 112 | 113 | 114 | 115 | 116 | 118 | 119 |
|---|---|---|---|---|---|---|---|
| Enacted | 94.0% | 71.9% | 74.5% | 65.9% | 87.4% | 85.7% | 85.2% |
| A1 | 94.5% | 76.7% | 68.6% | 63.6% | 89.9% | 91.2% | 79.8% |
| A2 | 94.5% | 73.0% | 72.4% | 63.6% | 89.9% | 91.1% | 79.8% |
| B | 94.5% | 58.2% | 93.3% | 63.7% | 84.9% | 91.1% | 79.8% |
| C1 | 96.4% | 59.8% | 91.5% | 64.1% | 84.3% | 91.2% | 79.8% |
| C2 | 96.4% | 67.5% | 94.4% | 59.0% | 79.3% | 91.2% | 79.8% |
| C3 | 96.4% | 67.5% | 93.2% | 59.0% | 79.7% | 91.2% | 79.8% |
| C4 | 96.4% | 72.8% | 79.3% | 62.6% | 83.7% | 91.0% | 79.7% |
| D | 94.0% | 71.9% | 73.2% | 64.2% | 90.4% | 91.2% | 79.8% |

4. Table 15 of my Initial Report is supplemented as follows:

Table 15-S: 2020 President Republican Voteshare for Hispanic-Protected State House Districts in Enacted and Plaintiffs' Maps

| Plan | 110 | 111 | 112 | 113 | 114 | 115 | 116 | 118 | 119 |
|---|---|---|---|---|---|---|---|---|---|
| Enacted | 59.9% | 57.4% | 64.0% | 43.7% | 49.4% | 50.5% | 59.5% | 57.9% | 53.9% |
| A1 | 59.9% | 57.4% | 65.2% | 45.8% | 47.5% | 47.6% | 62.2% | 61.8% | 50.0% |
| A2 | 59.9% | 57.4% | 65.2% | 44.3% | 48.8% | 47.6% | 62.2% | 61.8% | 49.9% |
| B | 58.6% | 55.5% | 66.4% | 41.4% | 56.8% | 47.7% | 60.7% | 61.8% | 49.9% |
| C1 | 58.3% | 53.8% | 68.2% | 41.3% | 55.8% | 48.1% | 60.8% | 61.9% | 49.9% |
| C2 | 58.3% | 54.5% | 68.2% | 41.7% | 60.6% | 45.8% | 57.8% | 61.9% | 49.9% |
| C3 | 58.3% | 54.8% | 68.2% | 41.7% | 60.0% | 45.9% | 57.8% | 61.9% | 49.9% |
| C4 | 58.3% | 54.5% | 68.2% | 44.2% | 51.0% | 47.8% | 60.5% | 61.7% | 49.9% |
| D | 59.9% | 57.4% | 64.0% | 43.7% | 49.6% | 48.2% | 62.3% | 61.8% | 50.0% |

5. My work in this matter is ongoing, and I reserve the right to supplement this analysis in the future.

6. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed November 26, 2025.

_____
Carolyn B. Abott, Ph.D.

Dated: November 26, 2025