# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 24-cv-21983-JB

CUBANOS PA'LANTE, *et al.*,

    Plaintiffs,

v.   **THREE-JUDGE COURT**

FLORIDA HOUSE OF REPRESENTATIVES, *et al.*,

    Defendants.

_____/

## ORDER GRANTING JOINT MOTION TO PERMIT CERTAIN PERSONS TO BRING ELECTRONIC EQUIPMENT TO TRIAL

**THIS CAUSE** comes before the Court upon the parties' Joint Motion to Permit Certain Persons to Bring Electronic Equipment to Trial ("Joint Motion"). ECF No. [170]. Upon due consideration of the Joint Motion and being otherwise fully advised in the premises, it is hereby **ORDERED AND ADJUDGED** that the Joint Motion, ECF No. [170], is **GRANTED**. The following individuals are permitted to bring the following electronic equipment into the Courthouse and Courtroom 13-3 for the duration of trial, which is scheduled to commence on January 12, 2026 and expected to conclude on January 15, 2026:

| | |
|---|---|
| Zackary Bennington | Laptop computers, cell phones, tablet computers, projectors, television screens, computer monitors, printers, scanners, power cables, chargers, and hotspot devices |
| Natalie de la Osa-Tabares | Laptop computers, cell phones, tablet computers, projectors, television screens, computer monitors, printers, scanners, power cables, chargers, and hotspot devices |

| | |
|---|---|
| Maya Albold | Laptop computers, cell phones, tablet computers, projectors, television screens, computer monitors, printers, scanners, power cables, chargers, and hotspot devices |
| Ciara Charpié | Laptop computers, cell phones, tablet computers, projectors, television screens, computer monitors, printers, scanners, power cables, chargers, and hotspot devices |
| Joseph Dye | Laptop computers, cell phones, tablet computers, projectors, television screens, computer monitors, printers, scanners, power cables, chargers, and hotspot devices |
| Dr. Carolyn Abott | Cell phone, insulin pump, blood monitor, breast milk pump, bottles, and cooler |

In addition, the following individuals are permitted to bring the following electronic equipment into the Courthouse (but not the Courtroom) for the duration of trial:

| | |
|---|---|
| Jason Poreda | Laptop computers, cell phones, and chargers |
| Dr. Sean P. Trende | Laptop computers, cell phones, and chargers |
| Alfredo Gonzalez | Laptop computers, cell phones, and chargers |
| Alina Garcia | Laptop computers, cell phones, and chargers |
| Cynthia Perez | Laptop computers, cell phones, and chargers |
| Rebecca Pelham | Laptop computers, cell phones, and chargers |
| Camila Suarez Melinkoff | Laptop computers, cell phones, and chargers |
| Enrique Cruz | Laptop computers, cell phones, and chargers |
| Cindy Polo | Laptop computers, cell phones, and chargers |

| | |
|---|---|
| Genesis Castilla Falcon | Laptop computers, cell phones, and chargers |
| Diana Belbruno | Laptop computers, cell phones, and chargers |
| Dr. Carolyn Abott | Laptop computers, cell phones, and chargers |
| Dr. Cory McCartan | Laptop computers, cell phones, and chargers |
| Dr. Hannah Walker | Laptop computers, cell phones, and chargers |
| Senator Annette Taddeo | Laptop computers, cell phones, and chargers |
| Representative Fentrice Driskell | Laptop computers, cell phones, and chargers |
| Michael Rivero | Laptop computers, cell phones, and chargers |
| David Brito-Murphy | Laptop computers, cell phones, and chargers |
| Representative Anna Eskamani | Laptop computers, cell phones, and chargers |

**DONE AND ORDERED** this 6th day of January, 2026.

**BRITT C. GRANT**
**UNITED STATES CIRCUIT JUDGE**

**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**

**JACQUELINE BECERRA**
**UNITED STATES DISTRICT JUDGE**