**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA**

Case No. 1:24-cv-21983-JB

CUBANOS PA'LANTE, *et al.*,

     *Plaintiffs*,

v.

FLORIDA HOUSE OF
REPRESENTATIVES, *et al.*,

     *Defendants*.

_____/

**JOINT NOTICE OF UNIQUE PROPER NOUNS AND NAMES**

Pursuant to the Court's December 1, 2025 Order Providing Instructions for Bench Trial (ECF No. 153), the parties give notice of the following unique proper nouns/names which may be raised at trial:

**Plaintiffs and Related Individuals:**
- Diana Belbruno
- David Brito-Murphy
- Monica A. Bustinza
- David Bynes
- Genesis M. Castilla Falcon
- Enrique Cruz
- Rebecca Pelham
- Cythia Perez
- Klaudia Quinones
- Michael Rivero
- Adem ("AJ") Seker
- Camila Suarez Melinkoff
- Loren Vincent
- Isa Zuluaga

**Current and Former Legislators:**
- Mike Beltran
- Doug Broxson
- James Bush
- Danny Burgess
- Cord Byrd
- Daryl Campbell
- Kevin Chambliss

- Richard Corcoran
- Steve Crisafulli
- Dan Daley
- Fentrice Driskell
- Anna Eskamani
- Nicholas X. Duran
- Tom Fabricio
- Patricia Hawkins-Williams
- Dotie Joseph
- Tom Leek
- Jose Oliva
- Ray Rodrigues
- Tyler Sirois
- Kelly Skidmore
- Carlos Guillermo Smith
- Chris Sprowls
- Annette Taddeo
- Kaylee Tuck
- Ray Rodrigues
- Susan Valdés
- Marie Woodson

**Current and Former Legislative Staff:**
- Mat Bahl
- Michelle Davila
- Karen Dearden
- Justin Eichermuller
- D.J. Ellerkamp
- Jay Ferrin
- Alex Kelly
- Leda Kelly
- Kyle Langan
- Yen Le
- Kathy Mears
- Jason Poreda
- Jason Rojas
- Jeff Takacs
- Sam Wagoner

**Expert Witnesses:**
- Carolyn Abott
- Alfredo Gonzalez
- Cory McCartan
- Sean Trende

- Hannah Walker

**Roads & Places:**
- Allapattah
- Barrancabermeja, Colombia
- Biscayne Bay
- Bonita Springs
- Collier Boulevard
- Coral Gables
- CSX Railroad
- Cutler Bay
- Don Shula Expressway
- Galloway Road
- Hialeah
- Homestead
- Immokalee
- Kendale Lakes
- Kendall Drive
- Krome Avenue
- Lindgren Road
- Marco Island
- Palmetto Bay
- Pinecrest
- Tamiami Trail

**Acronyms and Abbreviations:**
- Black voting-age population (BVAP)
- Census-designated place (CDP)
- Congressional district (CD)
- Dave's Redistricting App (DRA)
- Ecological inference (EI)
- Hispanic voting-age population (HVAP)
- House district (HD)
- Racially polarized voting (RPV)
- Rows by columns (RxC)
- Voting-age population (VAP)
- Voting tabulation district (VTD)

**Cases:**
- *Abbott v. Perez*, 585 U.S. 579 (2018)
- *Alabama Legislative Black Caucus v. Alabama*, 575 U.S. 254 (2015) – **also called** ***ALBC***
- *Alexander v. South Carolina State Conference of the NAACP*, 602 U.S. 1 (2024)
- *Allen v. Milligan*, 599 U.S. 1 (2023)
- *Bethune-Hill v. Virginia State Board of Elections*, 580 U.S. 178 (2017)

- *Black Voters Matter Capacity Building Institute, Inc. v. Secretary, Florida Department of State,* 415 So. 3d 180 (Fla. 2025) – **also called *BVM***
- *Bush v. Vera,* 517 U.S. 952 (1996)
- *Cooper v. Harris,* 581 U.S. 285 (2017)
- *GRACE, Inc. v. City of Miami,* 674 F. Supp. 3d 1141 (S.D. Fla. 2023)
- *GRACE, Inc. v. City of Miami,* 730 F. Supp. 3d 1245, (S.D. Fla. 2024)
- *In re Senate Joint Resolution of Legislative Apportionment 100,* 334 So. 3d 1282 (Fla. 2022) – **also called *In re SJR 100***
- *In re Senate Joint Resolution of Legislative Apportionment 1176,* 83 So. 3d 597, 608 (Fla. 2012) – **also called *In re SJR 1176* or *Apportionment I***
- *League of Women Voters of Fla. v. Detzner,* 172 So. 3d 363 (Fla. 2015) – **also called *Apportionment VII***
- *League of Women Voters of Fla. v. Detzner,* 179 So. 3d 258 (Fla. 2015) – **also called *Apportionment VIII***
- *Miller v. Johnson,* 515 U.S. 900 (1995)
- *Nord Hodges v. Albritton,* 796 F. Supp. 3d 1082 (M.D. Fla. 2025)
- *Reno v. Bossier Parish School Board,* 520 U.S. 471 (1997)
- *Shaw v. Reno,* 509 U.S. 630 (1993)
- *Thornburg v. Gingles,* 478 U.S. 30 (1986)

**Miscellaneous:**
- John Alford
- Convex Hull
- Ron DeSantis
- Randy Enwright
- Esri
- Maria Matthews
- Xavier Pichs
- Polsby-Popper
- Randy Stevenson
- Reock

Respectfully submitted January 7, 2026,

Andrew Frackman*
**O'Melveny & Myers LLP**
1301 Avenue of the Americas, 17th Floor
New York, NY 10019
(212) 326-2000
afrackman@omm.com

Brian P. Quinn*
Patrick J. Jones*
Emily Murphy*
Gabrielle S. Jackson*
Helena M. Li*
**O'Melveny & Myers LLP**
1625 Eye Street NW
Washington, DC 20006
(202) 383-5300
bquinn@omm.com
pjones@omm.com
emurphy@omm.com
gjackson@omm.com
hli@omm.com

_/s/ Nicholas L.V. Warren_
Nicholas L.V. Warren (FBN 1019018)
Caroline A. McNamara (FBN 1038312)
Daniel B. Tilley (FBN 102882)
**ACLU Foundation of Florida**
4343 West Flagler Street, Suite 400
Miami, FL 33134
(786) 363-1769
nwarren@aclufl.org
cmcnamara@aclufl.org
dtilley@aclufl.org

Jorge L. Vasquez, Jr.*
**Vasquez Attorneys at Law, PC**
141 Parkway Road, Suite 14
Bronxville, NY 10708
(212) 752-8408
jorge@vasquezpc.com

_*Admitted pro hac vice_

*Counsel for Plaintiffs*

Jesus M. Suarez (FBN 60086)
Carmen Manrara Cartaya (FBN 73887)
Jennifer Marie Hernandez (FBN 1018836)
**Continental PLLC**
245 Alcazar Avenue
Coral Gables, FL 33134
(305) 677-2707
jsuarez@continentalpllc.com
ccartaya@continentalpllc.com
jhernandez@continentalpllc.com

Christopher M. Kise (FBN 855545)
**Continental PLLC**
101 North Monroe Street, Suite 750
Tallahassee, FL 32301
(850) 270-2211
ckise@continentalpllc.com

_/s/ Andy Bardos_
Andy Bardos (FBN 822671)
**GrayRobinson, P.A.**
301 South Bronough Street, Suite 600
Tallahassee, FL 32301
(850) 577-9090
andy.bardos@gray-robinson.com

*Counsel for the House*

Bradley R. McVay (FBN 79034)
Ashley Davis (FBN 48032)
**Florida Department of State**
R.A. Gray Building
500 South Bronough Street
Tallahassee, FL 32399
(850) 245-6536
brad.mcvay@dos.myflorida.com
ashley.davis@dos.myflorida.com

     _/s/ Mohammad O. Jazil_
Mohammad O. Jazil (FBN 72556)
**Holtzman Vogel Baran**
**Torchinsky & Josefiak PLLC**
119 South Monroe Street, Suite 500
Tallahassee, FL 32301
(850) 270-5938
mjazil@holtzmanvogel.com
zbennington@holtzmanvogel.com

*Counsel for the Secretary*