IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 1:24-cv-21983-JB

CUBANOS PA'LANTE, *et al.*,

    *Plaintiffs*,

v.

FLORIDA HOUSE OF REPRESENTATIVES, *et al.*,

    *Defendants*.

_____/

## **PLAINTIFFS' UNOPPOSED MOTION FOR JUDICIAL NOTICE**

Plaintiffs respectfully request that the Court take judicial notice of the attached documents: Governor Ron DeSantis' January 7, 2026 Proclamation and the Secretary of State's Directive 2026-01. In support, Plaintiffs state as follows:

1. On January 7, 2026, Governor DeSantis issued the Proclamation, convening a special session of the Legislature beginning April 20, 2026.

2. The special session's purpose is to "consider[] legislation relating to the drawing of congressional districts for the State of Florida and any legal challenges thereto."

3. That same day, the Secretary issued the Directive, moving the 2026 congressional candidate qualifying period from April to June.

4. Plaintiffs respectfully request judicial notice of the Proclamation and Directive, as they relate to the feasibility and timing of a remedial phase of this case, should one be necessary.

5. FRE 201(b)(2) permits the Court to take judicial notice of a matter that "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned."

6. The attached Proclamation and Directive are government documents whose accuracy cannot reasonably be questioned.

## **LOCAL RULE 7.1(a)(3) CERTIFICATE OF CONFERRAL**

Plaintiffs' counsel conferred with counsel for Defendants, who do not oppose the requested relief.

Respectfully submitted January 12, 2026,

 /s/ *Helena M. Li*
Andrew Frackman*
**O'Melveny & Myers LLP**
1301 Avenue of the Americas, 17th Floor
New York, NY 10019
(212) 326-2000
afrackman@omm.com

Brian P. Quinn*
Patrick J. Jones*
Emily Murphy*
Gabrielle S. Jackson*
Helena M. Li*
**O'Melveny & Myers LLP**
1625 Eye Street NW
Washington, DC 20006
(202) 383-5300
bquinn@omm.com
pjones@omm.com
emurphy@omm.com
gjackson@omm.com
hli@omm.com

Nicholas L.V. Warren (FBN 1019018)
Daniel B. Tilley (FBN 102882)
Caroline A. McNamara (FBN 1038312)
**ACLU Foundation of Florida, Inc.**
4343 West Flagler Street, Suite 400
Miami, FL 33134
(786) 363-1769
nwarren@aclufl.org
dtilley@aclufl.org
cmcnamara@aclufl.org

Jorge L. Vasquez, Jr.*
**Vasquez Attorneys at Law, PC**
141 Parkway Road, Suite 14
Bronxville, NY 10708
(212) 752-8408
jorge@vasquezpc.com

**Admitted pro hac vice*

*Counsel for Plaintiffs*