# *PROCLAMATION*

## STATE OF FLORIDA
## EXECUTIVE OFFICE OF THE GOVERNOR
## TALLAHASSEE

## TO THE HONORABLE MEMBERS OF THE FLORIDA SENATE AND HOUSE OF REPRESENTATIVES

WHEREAS, Article III, Section 3(c)(1) of the Florida Constitution permits the Governor to convene the Legislature in special session by a proclamation that states the purpose of such special session; and

WHEREAS, Article III, Section 3(c)(1) further provides that the Legislature may only transact such business during the special session that is within the purview of the Governor's proclamation, or of a communication from the Governor, or that is introduced by consent of two-thirds of the membership of each house; and

WHEREAS, Article III, Section 3(d) limits the duration of any special session to no more than twenty consecutive days, unless extended by a three-fifths vote of each house; and

WHEREAS, on July 17, 2025, the Florida Supreme Court held in *Black Voters Matter Capacity Building Institute, Inc. v. Secretary, Florida Department of State*, No. SC2023-1671, that the "Legislature's obligation to comply with the Equal Protection Clause [of the United States Constitution] is superior to its obligation to comply with the Non-Diminishment Clause [of the Florida Constitution] as interpreted by our Court"; and

WHEREAS, longstanding United States Supreme Court precedent disfavors the predominant use of race in drawing electoral district boundaries; and

WHEREAS, the United States Supreme Court is presently considering in *Louisiana v. Callais*, No. 24-109, whether Louisiana's intentional creation of a second majority-minority congressional district to comply with the Voting Rights Act violates the Fourteenth and Fifteenth Amendments to the United States Constitution; and

WHEREAS, under Article I, Section 4, Clause 1 of the United States Constitution, the drawing of electoral district boundaries for federal congressional elections is primarily the duty and responsibility of the states; and

1

WHEREAS, the states have an obligation to redraw their congressional districts at least every ten years to conform with the most recent decennial census, *see* 2 U.S.C. §§ 2a-2c; and

WHEREAS, there is no legal impediment to exercising the authority to redraw congressional district boundaries mid-decade; and

WHEREAS, under the Florida Constitution, any measure that redraws Florida's congressional district boundaries requires a majority vote of both houses of the Legislature and the approval of the Governor, *see* art. III, §§ 7, 8, Fla. Const.; and

WHEREAS, the Legislature should redraw Florida's congressional district boundaries in light of the recent legal developments referenced above and in the interest of making further improvements to the congressional districts based upon traditional redistricting principles; and

WHEREAS, the Legislature should wait as long as is feasible for conducting the 2026 elections before redrawing Florida's congressional district boundaries in order to take advantage of any further guidance from the United States Supreme Court, which is expected in early 2026, on the use of race in drawing electoral districts; and

WHEREAS, under Section 99.061(9), Florida Statutes, the qualifying period for persons seeking to qualify for nomination or election to federal office in a year in which the Legislature apportions the state shall be between noon of the 71st day prior to the primary election, but not later than noon of the 67th day prior to the primary election.

NOW, THEREFORE, I, RON DESANTIS, Governor of the State of Florida, by virtue of the power and authority vested in me by Article III, Section 3(c)(1) of the Florida Constitution, do hereby proclaim as follows:

Section 1. The Legislature of the State of Florida is convened in Special Session commencing at 12:00 p.m., Monday, April 20, 2026, and extending no later than 11:59 p.m., Friday, April 24, 2026.

Section 2. The Legislature of the State of Florida is convened in Special Session for the sole and exclusive purpose of considering legislation relating to the drawing of congressional districts for the State of Florida and any legal challenges thereto, including the appropriation of additional funding for such litigation.

Section 3. In light of this proclamation convening the Legislature of the State of Florida for the purpose of reapportioning the State's congressional districts, I hereby acknowledge that 2026 is a year in which the Legislature will apportion the State for purposes of Sections 99.061, 99.095, 99.09651, Florida Statutes, and any other relevant Florida laws.

IN TESTIMONY WHEREOF, I have hereunto set my hand and caused the Great Seal of the State of Florida to be affixed to this Proclamation convening the Legislature in Special Session at the Capitol, this 7th day of January, 2026.

_____
RON DESANTIS, GOVERNOR

ATTEST:

_____
SECRETARY OF STATE