## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 1:24-cv-21983-JB

CUBANOS PA'LANTE, *et al.*,

      *Plaintiffs*,

v.

FLORIDA HOUSE OF
REPRESENTATIVES, *et al.*,

      *Defendants*.

_____/

## PLAINTIFFS' SECOND WITNESS LIST SUPPLEMENT

      Plaintiffs supplement their witness list with updated time estimates for direct examination of witnesses whom Plaintiffs have not yet called.

| Name | Estimated Time for Direct (Mins.) | Synopsis of the Testimony |
|---|---|---|
| *Remaining Witnesses Plaintiffs Will Call:* | | |
| 1. Hannah Walker (Expert) | 110 | The lack of Hispanic voting cohesion and white bloc voting ("racially polarized voting"); Black voters' ability-to-elect in certain districts in Plaintiffs' illustrative plans. |
| 2. Carolyn Abott (Expert) | 90 | The demographic data that suggests the Challenged Districts were drawn along racial lines. |
| 3. Annette Taddeo | 60 | The redistricting process in the Senate; the communities impacted by the Challenged Districts; the Hispanic electorate in South Florida. |
| 4. Jason Poreda[1] | 120 | The redistricting process in the House. |
| 5. Fentrice Driskell | 65 | The redistricting process in the House. |

---

[1] The parties anticipate calling Jason Poreda once.

Respectfully submitted January 12, 2026,

 /s/ Gabrielle S. Jackson
Andrew Frackman*
**O'Melveny & Myers LLP**
1301 Avenue of the Americas, 17th Floor
New York, NY 10019
(212) 326-2000
afrackman@omm.com

Brian P. Quinn*
Patrick J. Jones*
Emily Murphy*
Gabrielle S. Jackson*
Helena M. Li*
**O'Melveny & Myers LLP**
1625 Eye Street NW
Washington, DC 20006
(202) 383-5300
bquinn@omm.com
pjones@omm.com
emurphy@omm.com
gjackson@omm.com
hli@omm.com

Nicholas L.V. Warren (FBN 1019018)
Caroline A. McNamara (FBN 1038312)
Daniel B. Tilley (FBN 102882)
**ACLU Foundation of Florida, Inc.**
4343 West Flagler Street, Suite 400
Miami, FL 33134
(786) 363-1769
nwarren@aclufl.org
cmcnamara@aclufl.org
dtilley@aclufl.org

Jorge L. Vasquez, Jr.*
**Vasquez Attorneys at Law, PC**
141 Parkway Road, Suite 14
Bronxville, NY 10708
(212) 752-8408
jorge@vasquezpc.com

*Admitted pro hac vice*

*Counsel for Plaintiffs*

2