IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 1:24-cv-21983-JB

CUBANOS PA'LANTE, *et al.*,

    *Plaintiffs*,

v.

FLORIDA HOUSE OF REPRESENTATIVES, *et al.*,

    *Defendants*.

_____/

### **PLAINTIFFS' NOTICE OF ILLUSTRATIVE AIDS USED AT TRIAL**

Pursuant to FRE 107(c), Plaintiffs file the attached illustrative aids displayed during the trial testimony of the following witnesses:

1. Dr. Cory McCartan (Jan. 12, 2026)
2. Dr. Hannah Walker (Jan. 13, 2026)
3. Dr. Carolyn Abott (Jan. 13, 2026)
4. Sen. Annette Taddeo (Jan. 13, 2026)
5. Rep. Fentrice Driskell (Jan. 14, 2026)
6. Jason Poreda (Jan. 14, 2026)

Respectfully submitted January 21, 2026,

/s/ *Nicholas L.V. Warren*

Andrew Frackman*
**O'Melveny & Myers LLP**
1301 Avenue of the Americas, 17th Floor
New York, NY 10019
(212) 326-2000
afrackman@omm.com

Brian P. Quinn*
Patrick J. Jones*
Emily Murphy*
Gabrielle S. Jackson*
Helena M. Li*
**O'Melveny & Myers LLP**
1625 Eye Street NW

Nicholas L.V. Warren (FBN 1019018)
Caroline A. McNamara (FBN 1038312)
Daniel B. Tilley (FBN 102882)
**ACLU Foundation of Florida**
4343 West Flagler Street, Suite 400
Miami, FL 33134
(786) 363-1769
nwarren@aclufl.org
cmcnamara@aclufl.org
dtilley@aclufl.org

Jorge L. Vasquez, Jr.*
**Vasquez Attorneys at Law, PC**
141 Parkway Road, Suite 14

| | |
|---|---|
| Washington, DC 20006<br>(202) 383-5300<br>bquinn@omm.com<br>pjones@omm.com<br>emurphy@omm.com<br>gjackson@omm.com<br>hli@omm.com | Bronxville, NY 10708<br>(212) 752-8408<br>jorge@vasquezpc.com<br><br>*Admitted pro hac vice* |

*Counsel for Plaintiffs*