Slides Accompanying Direct Examination Testimony of:

# Dr. Cory McCartan

____

*Cubanos Pa'lante, et al., v. Florida House of Representatives, et al.*

____

Case No. 1:24-cv- 21983-JB

____

January 12, 2026



Figure 1: Illustrative House plan D



PLAINTIFFS' TRIAL EXHIBIT

P239

1:24-cv-21983-JB



Figure 1: Illustrative House plan D



Figure 1: Illustrative House plan D



Figure 1: Illustrative House plan D

| District | Boundary Score | | | | | |
|---|---|---|---|---|---|---|
| | City | County | Road | Water | Rail | Other |
| **HD-D** | | | | | | |
| 114 | 65% | 0% | 28% | 49% | 1% | 5% |
| 115 | 36% | 0% | 32% | 49% | 0% | 1% |
| 116 | 15% | 0% | 83% | 8% | 2% | 0% |
| 118 | 0% | 0% | 89% | 0% | 0% | 11% |
| 119 | 0% | 0% | 70% | 0% | 0% | 30% |
| **HD-Enacted** | | | | | | |
| 114 | 67% | 0% | 26% | 42% | 0% | 8% |
| 115 | 40% | 0% | 29% | 40% | 0% | 8% |
| 116 | 9% | 0% | 85% | 4% | 0% | 7% |
| 118 | 0% | 0% | 42% | 0% | 4% | 54% |
| 119 | 0% | 0% | 59% | 0% | 4% | 37% |

Table 3: Boundary scores for Illustrative Plan D and the enacted plan.



PLAINTIFFS' TRIAL
EXHIBIT

P242

1:24-cv-21983-JB

| | Boundary Score "Other" | |
|---|---|---|
| District | HD-Enacted | HD-D |
| 114 | 8% | 5% |
| 115 | 8% | 1% |
| 116 | 7% | 0% |
| 118 | 54% | 11% |
| 119 | 37% | 30% |

"Other" boundary scores for Illustrative Plan D and the enacted plan.

| Plan | Mean Boundary Score | | | | | |
|------|------|--------|------|-------|------|-------|
|      | City | County | Road | Water | Rail | Other |
| House (Districts 114–116 and 118–119) | | | | | | |
| HD-D | 23.2% | 0.0% | 60.4% | 21.2% | 0.6% | 9.4% |
| HD-Enacted | 23.2% | 0.0% | 48.2% | 17.2% | 1.6% | 22.8% |

Table 2: Mean boundary scores in redrawn districts for Illustrative Plan D and the enacted plan.



PLAINTIFFS' TRIAL EXHIBIT

P241

1:24-cv-21983-JB

# Compactness Scores

### Reock Score

$$R = \frac{A_D}{A_{MBC}}$$



The ratio of the area of the district ($A_D$) to the area of a minimum bounding circle ($A_{MBC}$) that encloses the district's geometry. A district's Reock Score falls within the range of [0,1] and a score closer to 1 indicates a more compact district.

### Convex-Hull Score

$$CH = \frac{A_D}{A_{MCP}}$$



The ratio of the area of the district ($A_D$) to the area of the minimum convex polygon ($A_{MBP}$) that can encloses the district's geometry. A district's Convex-Hull score falls within the range of [0,1] and a score closer to 1 indicates a more compact district.

### Polsby Popper Score

$$PP = 4\pi \times \frac{A_D}{P_D^2}$$



The ratio of the area of the district ($A_D$) to the area of a circle whose circumference is equal to the perimeter of the district ($P_D$). A district's Polsby-Popper score falls with the range of [0,1] and a score closer to 1 indicates a more compact district.

*Source: https://fisherzachary.github.io/public/r-output.html*

| | Polsby-Popper | | Reock | | Convex Hull | |
|---|---|---|---|---|---|---|
| District | HD-Enacted | HD-D | HD-Enacted | HD-D | HD-Enacted | HD-D |
| 114 | 0.351 | 0.427 | 0.355 | 0.418 | 0.733 | 0.816 |
| 115 | 0.302 | 0.409 | 0.278 | 0.439 | 0.723 | 0.818 |
| 116 | 0.509 | 0.575 | 0.356 | 0.512 | 0.877 | 0.857 |
| 118 | 0.333 | 0.734 | 0.216 | 0.656 | 0.788 | 0.952 |
| 119 | 0.466 | 0.676 | 0.285 | 0.584 | 0.919 | 0.938 |

Compactness scores for Illustrative Plan D and the enacted plan.



Enacted House Plan



Figure 1: Illustrative House plan D

## B.   ADDITIONAL DEMOGRAPHIC STATISTICS

|  | Plan D | Enacted Plan | Difference |
|---|---|---|---|
| **HD 115** | | | |
| 2020 Census VAP, % Hispanic | 64.2% | 65.9% | -1.7pp |
| General election registered voters, % Hispanic (avg. 2012-2020) | 48.8% | 51.3% | -2.4pp |
| Primary election Democratic primary voters, % Hispanic (avg. 2012-2020) | 24.2% | 25.1% | -0.9pp |
| 2020 general election registered voters, % Hispanic | 53.4% | 55.3% | -1.9pp |
| 2020 general election Democratic registered voters, % Hispanic | 42.4% | 43.1% | -0.7pp |
| 2020 general election Republican registered voters, % Hispanic | 61.5% | 64.3% | -2.8pp |
| 2020 primary election Democratic primary voters, % Hispanic | 34.0% | 34.5% | -0.5pp |
| 2020 primary election Republican primary voters, % Hispanic | 61.5% | 65.1% | -3.6pp |
| **HD 118** | | | |
| 2020 Census VAP, % Hispanic | 91.2% | 85.7% | +5.4pp |
| General election registered voters, % Hispanic (avg. 2012-2020) | 82.4% | 74.8% | +7.6pp |
| Primary election Democratic primary voters, % Hispanic (avg. 2012-2020) | 70.0% | 51.7% | +18.3pp |
| 2020 general election registered voters, % Hispanic | 83.6% | 77.0% | +6.6pp |
| 2020 general election Democratic registered voters, % Hispanic | 80.0% | 67.9% | +12.2pp |
| 2020 general election Republican registered voters, % Hispanic | 87.1% | 83.7% | +3.4pp |
| 2020 primary election Democratic primary voters, % Hispanic | 76.0% | 60.4% | +15.6pp |
| 2020 primary election Republican primary voters, % Hispanic | 88.4% | 84.9% | +3.5pp |
| **HD 119** | | | |
| 2020 Census VAP, % Hispanic | 79.8% | 85.2% | -5.4pp |
| General election registered voters, % Hispanic (avg. 2012-2020) | 67.6% | 75.4% | -7.8pp |
| Primary election Democratic primary voters, % Hispanic (avg. 2012-2020) | 43.4% | 57.2% | -13.8pp |
| 2020 general election registered voters, % Hispanic | 71.1% | 77.6% | -6.5pp |
| 2020 general election Democratic registered voters, % Hispanic | 62.1% | 71.7% | -9.5pp |
| 2020 general election Republican registered voters, % Hispanic | 78.8% | 83.2% | -4.4pp |
| 2020 primary election Democratic primary voters, % Hispanic | 53.5% | 65.0% | -11.5pp |
| 2020 primary election Republican primary voters, % Hispanic | 78.8% | 84.0% | -5.2pp |

Table 11


PLAINTIFFS' TRIAL EXHIBIT

P250

1:24-cv-21983-JB



Figure 10: Hispanic fraction of the voting-age population in each voting tabulation district in the area of Districts 110–118 and 119



PLAINTIFFS' TRIAL
EXHIBIT

P225

1:24-cv-21983-JB



Hispanic fraction of the voting-age population in each voting tabulation district, Illustrative House plan D



(a) Plan A

PLAINTIFFS' TRIAL
EXHIBIT

P209

1:24-cv-21983-JB



Map 31: McCartan Congressional Map A – Altered Districts Only

EXHIBIT
**D31**



(a) Plans A, C1, C2, D





(b) Plan B1

PLAINTIFFS' TRIAL
EXHIBIT
P210
1:24-cv-21983-JB



**Map 32: McCartan Congressional Map B1 – Altered Districts Only**

EXHIBIT
**D32**



(b) Plan B1



PLAINTIFFS' TRIAL
EXHIBIT

P212

1:24-cv-21983-JB



(c) Plan B2





(c) Plan B2



(a) Plan C1



Map 34: McCartan Congressional Map C1 – Altered Districts Only

EXHIBIT
D34



Map 35: McCartan Congressional Map C2 – Altered Districts Only

EXHIBIT
D35



(b) Plan C2



Figure 8: Illustrative congressional Plan D



Map 36: McCartan Congressional Map D – Altered Districts Only

EXHIBIT
**D36**

| Plan | Counties | | | Municipalities | | |
|---|---|---|---|---|---|---|
| | Split 1+ | Split 2+ | Total splits | Split 1+ | Split 2+ | Total splits |
| CD-A | 17 | 6 | 30 | 15 | 2 | 17 |
| CD-B1 | 18 | 6 | 29 | 16 | 3 | 19 |
| CD-B2 | 18 | 6 | 29 | 15 | 2 | 17 |
| CD-C1 | 19 | 6 | 28 | 11 | 1 | 13 |
| CD-C2 | 19 | 6 | 28 | 12 | 1 | 14 |
| CD-D | 18 | 6 | 27 | 13 | 1 | 14 |
| CD-Enacted | 17 | 7 | 29 | 16 | 4 | 20 |

Table 2: County and municipality splits for illustrative and enacted congressional plans.



| Plan | Mean Boundary Score | | | | | |
|---|---|---|---|---|---|---|
| | City | County | Road | Water | Rail | Other |
| Congressional (Districts 5–11, 15–28) | | | | | | |
| CD-A | 19.4% | 45.4% | 20.8% | 31.8% | 1.3% | 14.4% |
| CD-B1 | 16.9% | 46.7% | 19.9% | 33.7% | 0.8% | 14.5% |
| CD-B2 | 16.2% | 46.5% | 19.8% | 35.4% | 0.9% | 13.9% |
| CD-C1 | 20.0% | 47.9% | 17.8% | 30.7% | 1.5% | 14.0% |
| CD-C2 | 20.3% | 48.7% | 17.6% | 31.3% | 1.4% | 14.2% |
| CD-D | 20.3% | 52.2% | 16.3% | 35.1% | 0.5% | 11.9% |
| CD-Enacted | 16.1% | 51.3% | 20.0% | 34.4% | 0.9% | 13.5% |

Table 3: Mean boundary scores in redrawn areas districts for each illustrative plan and the enacted plan. Not all listed districts were changed in every plan.

| Plan | Congressional | | |
| --- | --- | --- | --- |
| | Polsby–Popper | Reock | Convex Hull |
| CD-A | −0.0038 | 0.0061 | 0.0035 |
| CD-B1 | −0.0019 | 0.0132 | 0.0079 |
| CD-B2 | −0.0014 | 0.0142 | 0.0050 |
| CD-C1 | 0.0139 | 0.0295 | 0.0102 |
| CD-C2 | 0.0104 | 0.0289 | 0.0135 |
| CD-D | 0.0015 | 0.0068 | 0.0086 |

Table 4: Difference in average compactness scores from the enacted plan.

# Comparing illustrative plans with other districts the Florida Legislature has adopted



J1 – Enacted State House Plan



J55, p. 639 – Enacted State Senate Plan

# Comparing illustrative plans with other districts the Florida Legislature has adopted



Map 34: McCartan Congressional Map C1 – Altered Districts Only

EXHIBIT
**D34**

# Comparing illustrative plans with other districts the Florida Legislature has adopted



J55, p. 639 – Enacted State Senate Plan





Figure 1: "Commonly understood and ascertainable" boundaries in Collier and Miami–Dade counties.



Figure 2: "Commonly understood and ascertainable" boundaries in central Miami–Dade county.



PLAINTIFFS' TRIAL
EXHIBIT

P237

1:24-cv-21983-JB



Figure 3: Population dot map of District 26, with managed areas shaded in green. Each dot represents at least 1 and at most 10 people.

PLAINTIFFS' TRIAL
EXHIBIT

P238

1:24-cv-21983-JB



**HVAP % with Enacted Congressional Plan**



(a) Area of Districts 26–28

PLAINTIFFS' TRIAL EXHIBIT

P223

1:24-cv-21983-JB

**HVAP % with Enacted Congressional Plan,
Miami-Dade Detail**



(b) Miami–Dade detail

