# *Cubanos Pa'lante et al. v. Florida House of Representatives et al.*

## *Case No. 1:24-cv-21983*

---

# Direct Examination of Dr. Hannah Walker

---

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA

January 2026

# Dr. Hannah Walker: Qualifications





## Education

– **University of Washington, Ph.D. and Masters of Arts in Political Science**

– **Rutgers University, Masters of Public Policy**

– **Washington State University – Vancouver, Bachelor of Arts (Public Affairs)**

## Illustrative Experience

– **2023-Present: University of Texas at Austin, Associate Professor and Director of Research**

– **2022: Co-Founder, Expanding Engagement Lab**

– **2020-2023: University of Texas at Austin, Assistant Professor**

– **2017-2020: Rutgers University, Assistant Professor**

# Dr. Hannah Walker: Research, Writing, and Awards

– **Author of one book and 27 peer-reviewed articles**

– **Published in The Journal of Politics, Perspectives on Politics, and Political Research Quarterly**

– **Research awarded over $1 million in funding**

– **Award-winning research:**

  • **2020 Racial and Ethnic Politics Section Best Book Award**

  • **2019 Latino Caucus Best Paper in Latino Politics from the American Political Science Association**



# Dr. Walker's Key Conclusions

1. **Analysis shows weak evidence that Hispanic voters in benchmark HD 115, 118, & 119 and CD 25 vote cohesively.**

2. **White voters vote as a bloc, but their preferred candidate often aligns with Hispanic voters' preferred candidate.**

3. **The alternative maps for CD20 and CD24 maintain the ability of Black voters to elect their preferred candidate.**

# Dr. Walker's Key Conclusions

**1**    **Analysis shows weak evidence that Hispanic voters in benchmark HD 115, 118, & 119 and CD 25 vote cohesively.**

**2**    White voters vote as a bloc, but their preferred candidate often aligns with Hispanic voters' preferred candidate.

**3**    The alternative maps for CD20 and CD24 maintain the ability of Black voters to elect their preferred candidate.

# Vote Cohesion Exists On A Spectrum



Walker Rep., ¶ 12

# Raw Data of Hispanic Voting Patterns in Benchmark HD 115





P110 [Walker Rep., Figure 15]

# Vote Cohesion Analyzed Across Many Elections

Every statewide general election from 2012 to 2020

Endogenous elections from 2016 to 2020

Sources: Florida Legislature and Florida Division of Elections

**Walker Rep., Table 1**

*List of Elections Analyzed for Benchmark HD 115, HD 118, HD 119, and CD 25*

| Contest | Cand 1 | Cand 2 | Pref'd Cand | Jurisdiction |
|---------|--------|--------|-------------|--------------|
| President 2020 | Trump* | Biden | R-Trump* | All |
| Governor 2018 | DeSantis* | Gillum | R-DeSantis* | All |
| Atty. General 2018 | Moody* | Shaw | R-Moody* | All |
| CFO 2018 | Patronis* | Ring | R-Patronis* | All |
| Com. of Ag. 2018 | Caldwell | Fried* | R-Caldwell | All |
| US Senate 2018 | Scott* | Nelson | R-Scott* | All |
| President 2016 | Trump* | Clinton | R-Trump* | All |
| US Senate 2016 | Rubio* | Murphy | R-Rubio* | All |
| Governor 2014 | Scott* | Crist | R-Scott* | All |
| Atty. General 2014 | Bondi* | Sheldon | R-Bondi* | All |
| CFO 2014 | Atwater* | Rankin | R-Atwater* | All |
| Com. of Ag. 2014 | Putnam* | Hamilton | R-Putnam* | All |
| President 2012 | Romney | Obama* | R-Romney | All |
| US Senate 2012 | Mack | Nelson* | R-Mack | All |
| State House 2020 | Aloupis* | Browne | R-Aloupis* | HD 115 |
| State House 2018 | Aloupis* | Solomon | R-Aloupis* | HD 115 |
| State House 2016 | Bileca* | Solomon | R-Bileca* | HD 115 |
| State House 2020 | Rodriguez* | Junquera | R-Rodriguez* | HD 118 |
| State House 2018 | Rodriguez* | Asencio | R-Rodriguez* | HD 118 |
| State House 2016 | Rivera | Asencio* | R-Rivera | HD 118 |
| State House 2020 | Fernandez-Barquin* | Mohammad | R-Fernandez-Barquin* | HD 119 |
| State House 2018 | Fernandez-Barquin* | Rassner | R-Fernandez-Barquin* | HD 119 |
| State House 2016 | Nunez* | Villanueva | R-Nunez* | HD 119 |
| Congress 2018 | Diaz-Balart* | Flores | R-Diaz-Balart* | CD 25 |
| Congress 2016 | Diaz-Balart* | Valdes | R-Diaz-Balart* | CD 25 |

**Note:** *Denotes winning candidate.

# Dr. Walker Analyzed Benchmark House Districts 115, 118, and 119 and Benchmark Congressional District 25

### D. Benchmark Districts

43.    The following chart lists each Challenged District and the corresponding "benchmark" district in the prior ("benchmark") redistricting plans against which diminishment in a protected minority group's ability to elect its preferred candidates was to be measured under Florida's non-diminishment provision. *See In re Senate Joint Resol. of Legis. Apportionment 1176*, 83 So. 3d 597, 625 (Fla. 2012).

| District in 2022 Enacted Plans | Benchmark District in Benchmark Plan |
|---|---|
| CD 26 | CD 25 |
| HD 115 | HD 115 |
| HD 118 | HD 118 |
| HD 119 | HD 119 |

**ECF No. 172 [Pre-Trial Stipulation]**

# Analyzed Cohesion in Benchmark HD 115 Using Two Methods of Ecological Inference





**P111 [Walker Rep., Figure 16]**

# Inconsistent Results Across Methods in Benchmark HD 115





P111 [Walker Rep., Figure 16]

# Wide Variation in the Underlying Raw Data





P110 [Walker Rep., Figure 15]

# Weak Evidence Of Cohesion in Benchmark HD 115



**Table 9.** Summary of Hispanic Bloc Voting in House District 115.

| Contest | Bloc > 50% | Bloc > 60% | Bloc > 70% | Rep Cand | Dem Cand | Pref'd Cand |
|---|---|---|---|---|---|---|
| President 2020 | Yes | Yes | No | Trump* | Biden | R-Trump* |
| Governor 2018 | Yes | Yes | No | DeSantis* | Gillum | R-DeSantis* |
| Attorney General 2018 | Yes | Yes | No | Moody* | Shaw | R-Moody* |
| CFO 2018 | Yes | No | No | Patronis* | Ring | R-Patronis* |
| Com. of Agriculture 2018 | No | No | No | Caldwell | Fried* | Undetermined |
| US Senate 2018 | Yes | No | No | Scott* | Nelson | R-Scott* |
| President 2016 | No | No | No | Trump* | Clinton | Undetermined |
| US Senate 2016 | Yes | Yes | No | Rubio* | Murphy | R-Rubio* |
| Governor 2014 | Yes | Yes | No | Scott* | Crist | R-Scott* |
| Attorney General 2014 | Yes | Yes | No | Bondi* | Sheldon | R-Bondi* |
| CFO 2014 | Yes | Yes | No | Atwater* | Rankin | R-Atwater* |
| Com. of Agriculture 2014 | Yes | Yes | No | Putnam* | Hamilton | R-Putnam* |
| President 2012 | Yes | No | No | Romney | Obama* | R-Romney |
| US Senate 2012 | Yes | No | No | Mack | Nelson* | R-Mack |
| State House 2020 | Yes | Yes | No | Aloupis* | Browne | R-Aloupis* |
| State House 2018 | Yes | Yes | No | Aloupis* | Solomon | R-Aloupis* |
| State House 2016 | Yes | No | No | Bileca* | Solomon | R-Bileca* |

**Bloc voting observed at 70% threshold in 0 out of 17 elections**

**P109 [Walker Rep., Table 9]**

# Analyzed Cohesion in Benchmark HD 118 Using Two Methods of Ecological Inference





P117 [Walker Rep., Figure 20]

# Inconsistent Results Across Methods in Benchmark HD 118



P117 [Walker Rep., Figure 20]



# Weak Evidence of Cohesion in Benchmark HD 118

**Table 11.** Summary of Hispanic Bloc Voting in House District 118.

| Contest | Bloc > 50% | Bloc > 60% | Bloc > 70% | Rep Cand | Dem Cand | Pref'd Cand |
|---|---|---|---|---|---|---|
| President 2020 | Yes | No | No | Trump* | Biden | R-Trump* |
| Governor 2018 | Yes | No | No | DeSantis* | Gillum | R-DeSantis* |
| Attorney General 2018 | Yes | Yes | No | Moody* | Shaw | R-Moody* |
| CFO 2018 | No | No | No | Patronis* | Ring | Undetermined |
| Com. of Agriculture 2018 | No | No | No | Caldwell | Fried* | Undetermined |
| US Senate 2018 | No | No | No | Scott* | Nelson | Undetermined |
| President 2016 | No | No | No | Trump* | Clinton | Undetermined |
| US Senate 2016 | Yes | No | No | Rubio* | Murphy | R-Rubio* |
| Governor 2014 | Yes | Yes | No | Scott* | Crist | R-Scott* |
| Attorney General 2014 | Yes | Yes | Yes | Bondi* | Sheldon | R-Bondi* |
| CFO 2014 | Yes | No | No | Atwater* | Rankin | R-Atwater* |
| Com. of Agriculture 2014 | Yes | No | No | Putnam* | Hamilton | R-Putnam* |
| President 2012 | No | No | No | Romney | Obama* | Undetermined |
| US Senate 2012 | No | No | No | Mack | Nelson* | Undetermined |
| State House 2020 | Yes | Yes | Yes | Rodriguez* | Junquera | R-Rodriguez* |
| State House 2018 | Yes | Yes | No | Rodriguez* | Asencio | R-Rodriguez* |
| State House 2016 | Yes | No | No | Rivera | Asencio* | R-Rivera |

PLANTIFFS' TRIAL EXHIBIT P115

**P115 [Walker Rep., Table 11]**

Bloc voting observed at 70% threshold in 2 out of 17 elections

# Analyzed Cohesion in Benchmark HD 119 Using Two Methods of Ecological Inference



P120 [Walker Rep., Figure 22]



# Inconsistent Results Across Methods in Benchmark HD 119



P120 [Walker Rep., Figure 22]

# Weak Evidence Of Cohesion in Benchmark HD 119



**Table 12.** Summary of Hispanic Bloc Voting in House District 119.

| Contest | Bloc > 50% | Bloc > 60% | Bloc > 70% | Rep Cand | Dem Cand | Pref'd Cand |
|---|---|---|---|---|---|---|
| President 2020 | Yes | No | No | Trump* | Biden | R-Trump* |
| Governor 2018 | Yes | No | No | DeSantis* | Gillum | R-DeSantis* |
| Attorney General 2018 | Yes | No | No | Moody* | Shaw | R-Moody* |
| CFO 2018 | Yes | No | No | Patronis* | Ring | R-Patronis* |
| Com. of Agriculture 2018 | Yes | No | No | Caldwell | Fried* | R-Caldwell |
| US Senate 2018 | Yes | No | No | Scott* | Nelson | R-Scott* |
| President 2016 | No | No | No | Trump* | Clinton | Undetermined |
| US Senate 2016 | Yes | No | No | Rubio* | Murphy | R-Rubio* |
| Governor 2014 | Yes | No | No | Scott* | Crist | R-Scott* |
| Attorney General 2014 | Yes | Yes | No | Bondi* | Sheldon | R-Bondi* |
| CFO 2014 | Yes | No | No | Atwater* | Rankin | R-Atwater* |
| Com. of Agriculture 2014 | Yes | No | No | Putnam* | Hamilton | R-Putnam* |
| President 2012 | No | No | No | Romney | Obama* | Undetermined |
| US Senate 2012 | No | No | No | Mack | Nelson* | Undetermined |
| State House 2020 | Yes | Yes | Yes | Fernandez-Barquin* | Mohammad | R-Fernandez-Barquin* |
| State House 2018 | Yes | Yes | No | Fernandez-Barquin* | Rassner | R-Fernandez-Barquin* |
| State House 2016 | Yes | Yes | No | Nunez* | Villanueva | R-Nunez* |

**Bloc voting observed at 70% threshold in 1 out of 17 elections**

P118 [Walker Rep., Table 12]

# Analyzed Cohesion in Benchmark CD25 Using 2 Methods of Ecological Inference





**P123 [Walker Rep., Figure 24]**

# Inconsistent Results Across Methods in Benchmark CD 25





P123 [Walker Rep., Figure 24]

# Weak Evidence of Cohesion in Benchmark CD 25

**Table 13.** Summary of Hispanic Bloc Voting in Congressional District 25.

| Contest | Bloc > 50% | Bloc > 60% | Bloc > 70% | Rep Cand | Dem Cand | Pref'd Cand |
|---|---|---|---|---|---|---|
| President 2020 | Yes | Yes | No | Trump* | Biden | R-Trump* |
| Governor 2018 | Yes | No | No | DeSantis* | Gillum | R-DeSantis* |
| Attorney General 2018 | Yes | No | No | Moody* | Shaw | R-Moody* |
| CFO 2018 | Yes | No | No | Patronis* | Ring | R-Patronis* |
| Com. of Agriculture 2018 | Yes | No | No | Caldwell | Fried* | R-Caldwell |
| US Senate 2018 | Yes | No | No | Scott* | Nelson | R-Scott* |
| President 2016 | Yes | No | No | Trump* | Clinton | D-Clinton |
| US Senate 2016 | Yes | No | No | Rubio* | Murphy | R-Rubio* |
| Governor 2014 | Yes | Yes | No | Scott* | Crist | R-Scott* |
| Attorney General 2014 | Yes | Yes | No | Bondi* | Sheldon | R-Bondi* |
| CFO 2014 | Yes | Yes | No | Atwater* | Rankin | R-Atwater* |
| Com. of Agriculture 2014 | Yes | Yes | No | Putnam* | Hamilton | R-Putnam* |
| President 2012 | No | No | No | Romney | Obama* | Undetermined |
| US Senate 2012 | No | No | No | Mack | Nelson* | Undetermined |
| Congress 2018 | Yes | Yes | No | Diaz-Balart* | Flores | R-Diaz-Balart* |
| Congress 2016 | Yes | No | No | Diaz-Balart* | Valdes | R-Diaz-Balart* |

**PLAINTIFFS' TRIAL EXHIBIT**
**P121**

**P121 [Walker Rep., Table 13]**

**Bloc voting observed at 70% threshold in 0 out of 16 elections**

# Weak Evidence of Hispanic Vote Cohesion in Benchmark HD 115, HD 118, HD 119, and CD 25

|  | Bloc 50%+ | Bloc 60%+ | Bloc 70%+ |
|---|---|---|---|
| **HD 115** | 15/17 (88%) | 10/17 (59%) | 0/17 (0%) |
| **HD 118** | 11/17 (65%) | 5/17 (29%) | 2/17 (12%) |
| **HD 119** | 14/17 (82%) | 4/17 (24%) | 1/17 (6%) |
| **CD 25** | 14/16 (88%) | 6/16 (38%) | 0/16 (0%) |

P109, P115, P118, and P121

# Dr. Walker's Key Conclusions

1. Analysis shows weak evidence that Hispanic voters in benchmark HD 115, 118, & 119 and CD 25 vote cohesively.

2. White voters vote as a bloc, but their preferred candidate often aligns with Hispanic voters' preferred candidate.

3. The alternative maps for CD20 and CD24 maintain the ability of Black voters to elect their preferred candidate.

# White Voters' Preferred Candidate Aligns With Hispanic Voters' Preferred Candidate

**Summary of Whether White Bloc Voting Was Sufficient to Defeat Hispanic-Preferred Candidates in Statewide Elections**

| Contest | HD 115 | HD 118 | HD 119 | CD 25 |
|---|---|---|---|---|
| President 2020 | No | No | No | No |
| Governor 2018 | No | No | No | No |
| Atty. General 2018 | No | No | No | No |
| CFO 2018 | No | No | No | No |
| Com. of Ag. 2018 | No | No | No | No |
| US Senate 2018 | No | No | No | No |
| President 2016 | No | No | No | Yes |
| US Senate 2016 | No | No | No | No |
| Governor 2014 | No | No | No | No |
| Atty. General 2014 | No | No | No | No |
| CFO 2014 | No | No | No | No |
| Com. of Ag. 2014 | No | No | No | No |
| President 2012 | No | No | No | Preferred Candidate Undetermined |
| US Senate 2012 | No | No | No | Preferred Candidate Undetermined |

**Walker Rep., Section E**

# Dr. Walker's Key Conclusions

1. Analysis shows weak evidence that Hispanic voters in benchmark HD 115, 118, & 119 and CD 25 vote cohesively.

2. White voters vote as a bloc, but their preferred candidate often aligns with Hispanic voters' preferred candidate.

3. The alternative maps for CD20 and CD24 maintain the ability of Black voters to elect their preferred candidate.

# Dr. Walker Evaluated the Alternative Maps Implicating Black-Performing Districts CD 20 and CD 24



CD 20, configuration AB2
(Plans A and B2)
[D31]



CD 20, configuration B1
(Plan B1)
[D32]



CD 20, configuration CD
(Plans C1, C2, and D)
[D34]

# Dr. Walker Evaluated the Alternative Maps Implicating Black-Performing Districts CD 20 and CD 24



**CD 24, configuration ACD
(Plans A, C1, C2, and D)
[D31]**



**CD 24, configuration B1
(Plan B1)
[D32]**



**CD 24, configuration B2
(Plan B2)
[D33]**

# Alternative Maps and Enacted Map Showed Some Variation in Black Turnout Compared to Benchmark CD 20

**Table 1. Turnout Statistics for CD20**

| | FLCD20 | Illus. B1 | B1 Diff | Illus. AB2 | AB2 Diff | Illus. CD | CD Diff | CD20 Enacted | Enact Diff |
|---|---|---|---|---|---|---|---|---|---|
| 2020 Black VAP | 52.37 | 49.04 | -3.33 | 48.56 | -3.81 | 42.44 | -9.93 | 50.11 | -2.26 |
| **Percent of registered voters who are Black** | | | | | | | | | |
| Reg Voters 2020 | 49.68 | 45.65 | -4.03 | 45.43 | -4.25 | 37.97 | -11.71 | 46.83 | -2.85 |
| Reg Voters 2018 | 49.53 | 45.16 | -4.37 | 44.99 | -4.54 | 36.70 | -12.83 | 46.38 | -3.15 |
| Reg Voters 2016 | 49.55 | 44.93 | -4.62 | 44.79 | -4.76 | 35.92 | -13.63 | 46.17 | -3.38 |
| Reg Voters 2014 | 49.47 | 44.62 | -4.85 | 44.50 | -4.97 | 34.97 | -14.50 | 45.87 | -3.60 |
| Reg Voters 2012 | 48.73 | 43.72 | -5.01 | 43.61 | -5.12 | 33.91 | -14.82 | 44.90 | -3.83 |
| Average | 49.39 | 44.82 | -4.58 | 44.66 | -4.73 | 35.89 | -13.50 | 46.03 | -3.36 |
| **Percent of registered Democrats who are Black** | | | | | | | | | |
| Reg Dem 2020 | 65.27 | 61.13 | -4.14 | 60.96 | -4.31 | 53.05 | -12.22 | 62.19 | -3.08 |
| Reg Dem 2018 | 64.84 | 60.41 | -4.43 | 60.27 | -4.57 | 51.67 | -13.17 | 61.50 | -3.34 |
| Reg Dem 2016 | 64.66 | 59.99 | -4.67 | 59.87 | -4.79 | 50.79 | -13.87 | 61.11 | -3.55 |
| Reg Dem 2014 | 64.64 | 59.47 | -5.17 | 59.37 | -5.27 | 49.58 | -15.06 | 60.62 | -4.02 |
| Reg Dem 2012 | 63.49 | 58.11 | -5.38 | 58.01 | -5.48 | 47.91 | -15.58 | 59.23 | -4.26 |
| Average | 64.58 | 59.82 | -4.76 | 59.70 | -4.88 | 50.60 | -13.98 | 60.93 | -3.65 |
| **Percent of turned-out voters who are Black** | | | | | | | | | |
| Voter Turnout 2020 | 49.81 | 45.06 | -4.75 | 44.82 | -4.99 | 37.36 | -12.45 | 46.41 | -3.40 |
| Voter Turnout 2018 | 53.26 | 47.31 | -5.95 | 47.13 | -6.13 | 38.78 | -14.48 | 48.76 | -4.50 |
| Voter Turnout 2016 | 50.50 | 45.10 | -5.40 | 44.95 | -5.55 | 36.13 | -14.37 | 46.49 | -4.01 |
| Voter Turnout 2014 | 55.03 | 47.77 | -7.26 | 47.64 | -7.39 | 37.97 | -17.06 | 49.25 | -5.78 |
| Voter Turnout 2012 | 53.00 | 47.06 | -5.94 | 46.95 | -6.05 | 36.86 | -16.14 | 48.50 | -4.50 |
| Average | 52.32 | 46.46 | -5.86 | 46.30 | -6.02 | 37.42 | -14.90 | 47.88 | -4.44 |
| **Percent of turned-out Democrats who are Black** | | | | | | | | | |
| Dem Turnout 2020 | 65.40 | 60.50 | -4.90 | 60.31 | -5.09 | 52.33 | -13.07 | 61.71 | -3.69 |
| Dem Turnout 2018 | 67.54 | 61.82 | -5.72 | 61.67 | -5.87 | 53.17 | -14.37 | 63.07 | -4.47 |
| Dem Turnout 2016 | 65.39 | 60.02 | -5.37 | 59.91 | -5.48 | 50.83 | -14.56 | 61.27 | -4.12 |

P144 [Walker Rep., Table 1]

# Black-Preferred Candidate Continued to Win in Alternative Maps for CD 20 for All General Elections Analyzed

**Table 2. General Election Returns for CD20**

| Year/Contest | Candidate | FLCD20 | Illus. B1 | B1 Diff | Illus. AB2 | AB2 Diff | Illus. CD | CD Diff | CD20 Enacted | Enact Diff |
|---|---|---|---|---|---|---|---|---|---|---|
| 2020 President | Biden (D) | 77.30 | 75.28 | -2.02 | 75.16 | -2.14 | 72.38 | -4.92 | 75.88 | -1.42 |
| | Trump (R) | 22.10 | 24.10 | 2.00 | 24.21 | 2.11 | 27.04 | 4.94 | 23.49 | 1.39 |
| 2018 Governor | DeSantis (R) | 17.19 | 20.09 | 2.90 | 20.17 | 2.98 | 23.49 | 6.30 | 19.39 | 2.20 |
| | Gillum (D) | 82.17 | 79.23 | -2.94 | 79.15 | -3.02 | 75.83 | -6.34 | 79.93 | -2.24 |
| 2018 Atty. Gen. | Moody (R) | 18.17 | 20.87 | 2.70 | 20.94 | 2.77 | 23.91 | 5.74 | 20.23 | 2.06 |
| | Shaw (D) | 80.59 | 77.80 | -2.79 | 77.73 | -2.86 | 74.72 | -5.87 | 78.43 | -2.16 |
| 2018 CFO | Patronis (R) | 18.10 | 20.86 | 2.76 | 20.93 | 2.83 | 24.02 | 5.92 | 20.16 | 2.06 |
| | Ring (D) | 81.86 | 79.09 | -2.77 | 79.02 | -2.84 | 75.96 | -5.90 | 79.78 | -2.08 |
| 2018 Comm. Ag. | Caldwell (R) | 17.83 | 20.48 | 2.65 | 20.55 | 2.72 | 23.42 | 5.59 | 19.85 | 2.02 |
| | Fried (D) | 82.14 | 79.47 | -2.67 | 79.40 | -2.74 | 76.56 | -5.58 | 80.09 | -2.05 |
| 2018 US Senate | Scott (R) | 18.05 | 20.60 | 2.55 | 20.67 | 2.62 | 23.54 | 5.49 | 19.98 | 1.93 |
| | Nelson (D) | 81.92 | 79.38 | -2.54 | 79.31 | -2.61 | 76.44 | -5.48 | 79.99 | -1.93 |
| 2016 President | Trump (R) | 18.08 | 21.00 | 2.92 | 21.07 | 2.99 | 24.61 | 6.53 | 20.38 | 2.30 |
| | Clinton (D) | 80.19 | 77.21 | -2.98 | 77.13 | -3.06 | 73.53 | -6.66 | 77.84 | -2.35 |
| 2016 US Senate | Rubio (R) | 20.97 | 23.02 | 2.05 | 23.07 | 2.10 | 26.50 | 5.53 | 22.40 | 1.43 |
| | Murphy (D) | 77.23 | 75.02 | -2.21 | 74.97 | -2.26 | 71.51 | -5.72 | 75.65 | -1.58 |
| 2014 Governor | Scott (R) | 16.50 | 18.53 | 2.03 | 18.56 | 2.06 | 22.19 | 5.69 | 17.88 | 1.38 |
| | Crist (D) | 81.51 | 79.26 | -2.25 | 79.22 | -2.29 | 75.52 | -5.99 | 79.92 | -1.59 |
| 2014 Atty. Gen. | Bondi (R) | 20.63 | 23.01 | 2.38 | 23.07 | 2.44 | 26.78 | 6.15 | 22.39 | 1.76 |
| | Sheldon (D) | 78.02 | 75.49 | -2.53 | 75.44 | -2.58 | 71.61 | -6.41 | 76.12 | -1.90 |
| 2014 CFO | Atwater (R) | 22.29 | 25.22 | 2.93 | 25.29 | 3.00 | 29.32 | 7.03 | 24.47 | 2.18 |
| | Rankin (D) | 77.64 | 74.71 | -2.93 | 74.64 | -3.00 | 70.68 | -6.96 | 75.47 | -2.17 |
| 2014 Comm. Ag. | Putnam (R) | 20.70 | 23.75 | 3.05 | 23.80 | 3.10 | 28.06 | 7.36 | 22.93 | 2.23 |
| | Hamilton (D) | 79.23 | 76.22 | -3.01 | 76.16 | -3.07 | 71.92 | -7.31 | 77.03 | -2.20 |
| 2012 President | Romney (R) | 17.08 | 19.81 | 2.73 | 19.86 | 2.78 | 24.42 | 7.34 | 19.02 | 1.94 |
| | Obama (D) | 82.51 | 79.72 | -2.79 | 79.66 | -2.85 | 75.08 | -7.43 | 80.52 | -1.99 |
| 2012 US Senate | Mack (R) | 15.25 | 17.52 | 2.27 | 17.56 | 2.31 | 21.83 | 6.58 | 16.81 | 1.56 |
| | Nelson (D) | 83.61 | 81.25 | 2.36 | 81.21 | 2.40 | 76.83 | 6.78 | 81.96 | 1.65 |

P145 [Walker Rep., Table 2]

# Black-Preferred Candidate Continued to Win in Alternative Maps for CD 20 for All Primary Elections Analyzed



**Table 3. Primary Election Returns for CD20**

| Year/Contest | Candidate | FLCD20 | Illus. B1 | B1 Diff | Illus. AB2 | AB2 Diff | Illus. CD | CD Diff | CD20 Enacted | Enact Diff |
|---|---|---|---|---|---|---|---|---|---|---|
| 2018 Governor | Gillum | 57.40 | 52.61 | -4.79 | 52.62 | -4.78 | 47.19 | -10.21 | 53.40 | -4.00 |
| | Graham | 11.80 | 13.35 | 1.55 | 13.37 | 1.57 | 14.09 | 2.29 | 13.13 | 1.33 |
| 2018 Atty Gen. | Torrens | 17.49 | 18.52 | 1.03 | 18.51 | 1.02 | 19.59 | 2.10 | 18.52 | 1.03 |
| | Shaw | 82.43 | 81.35 | -1.08 | 81.36 | -1.07 | 80.40 | -2.03 | 81.38 | -1.05 |
| 2018 Comm. Ag. | Fried | 62.93 | 64.24 | 1.31 | 64.30 | 1.37 | 66.59 | 3.66 | 63.96 | 1.03 |
| | Walker | 20.71 | 19.83 | -0.88 | 19.79 | -0.92 | 19.15 | -1.56 | 19.87 | -0.84 |
| 2016 US Senate | Keith | 14.47 | 14.30 | -0.17 | 14.32 | -0.15 | 14.39 | -0.08 | 14.23 | -0.24 |
| | Murphy | 69.42 | 69.40 | -0.02 | 69.34 | -0.08 | 68.80 | -0.62 | 69.53 | 0.11 |
| 2014 Governor | Crist | 84.59 | 82.39 | -2.20 | 82.31 | -2.28 | 79.89 | -4.70 | 82.86 | -1.73 |
| | Rich | 14.37 | 16.67 | 2.30 | 16.75 | 2.38 | 19.29 | 4.92 | 16.18 | 1.81 |
| 2014 Atty. Gen. | Sheldon | 37.06 | 37.83 | 0.77 | 37.86 | 0.80 | 38.12 | 1.06 | 38.12 | 1.06 |
| | Thurston | 62.36 | 61.77 | -0.59 | 61.74 | -0.62 | 61.61 | -0.75 | 61.44 | -0.92 |
| 2012 US Senate | Burkett | 12.49 | 12.62 | 0.13 | 12.64 | 0.15 | 12.04 | -0.45 | 12.67 | 0.18 |
| | Nelson | 86.01 | 85.89 | -0.12 | 85.89 | -0.12 | 86.15 | 0.14 | 85.87 | -0.14 |

**P146 [Walker Rep., Table 3]**

# Alternative Maps and Enacted Map Showed Some Variation in Black Turnout Compared to Benchmark CD 24

**Table 4. Turnout Statistics for CD24**

| | FLCD24 | Illus. B1 | B1 Diff | Illus. B2 | B2 Diff | Illus. ACD | ACD Diff | ACD24 Enacted | Enact Diff |
|---|---|---|---|---|---|---|---|---|---|
| 2020 Black VAP | 43.62 | 36.67 | -6.95 | 36.33 | -7.29 | 40.17 | -3.45 | 42.17 | -1.45 |
| *Percent of registered voters who are Black* | | | | | | | | | |
| Reg Voters 2020 | 46.17 | 36.60 | -9.57 | 36.24 | -9.93 | 39.83 | -6.34 | 44.03 | -2.14 |
| Reg Voters 2018 | 47.60 | 37.50 | -10.10 | 37.10 | -10.50 | 40.74 | -6.86 | 45.57 | -2.03 |
| Reg Voters 2016 | 48.53 | 37.79 | -10.74 | 37.38 | -11.15 | 41.07 | -7.46 | 46.39 | -2.14 |
| Reg Voters 2014 | 50.75 | 38.73 | -12.02 | 38.29 | -12.46 | 42.12 | -8.63 | 47.83 | -2.92 |
| Reg Voters 2012 | 51.04 | 38.51 | -12.53 | 38.08 | -12.96 | 41.79 | -9.25 | 48.20 | -2.84 |
| Average | 48.82 | 37.83 | -10.99 | 37.42 | -11.40 | 41.11 | -7.71 | 46.40 | -2.41 |
| *Percent of registered Democrats who are Black* | | | | | | | | | |
| Reg Dem 2020 | 62.15 | 54.54 | -7.61 | 54.14 | -8.01 | 57.05 | -5.10 | 60.56 | -1.59 |
| Reg Dem 2018 | 62.71 | 54.44 | -8.27 | 54.03 | -8.68 | 57.10 | -5.61 | 61.28 | -1.43 |
| Reg Dem 2016 | 63.34 | 54.42 | -8.92 | 54.00 | -9.34 | 57.15 | -6.19 | 61.85 | -1.49 |
| Reg Dem 2014 | 65.44 | 55.12 | -10.32 | 54.68 | -10.76 | 57.93 | -7.51 | 63.05 | -2.39 |
| Reg Dem 2012 | 65.35 | 54.20 | -11.15 | 53.77 | -11.58 | 56.93 | -8.42 | 62.93 | -2.42 |
| Average | 63.80 | 54.54 | -9.25 | 54.12 | -9.67 | 57.23 | -6.57 | 61.93 | -1.86 |
| *Percent of turned-out voters who are Black* | | | | | | | | | |
| Voter Turnout 2020 | 45.56 | 36.40 | -9.16 | 36.03 | -9.53 | 39.51 | -6.05 | 42.88 | -2.68 |
| Voter Turnout 2018 | 51.67 | 41.53 | -10.14 | 41.09 | -10.58 | 44.44 | -7.23 | 47.81 | -3.86 |
| Voter Turnout 2016 | 49.02 | 38.36 | -10.66 | 37.95 | -11.07 | 41.58 | -7.44 | 45.86 | -3.16 |
| Voter Turnout 2014 | 58.35 | 46.55 | -11.80 | 46.05 | -12.30 | 49.27 | -9.08 | 53.65 | -4.70 |
| Voter Turnout 2012 | 54.80 | 42.28 | -12.52 | 41.81 | -12.99 | 45.43 | -9.37 | 50.60 | -4.20 |
| Average | 51.88 | 41.02 | -10.86 | 40.59 | -11.29 | 44.05 | -7.83 | 48.16 | -3.72 |

P147 [Walker Rep., Table 4]

PLAINTIFF'S TRIAL EXHIBIT
P147

# Black-Preferred Candidate Continued to Win in Alternative Maps for CD 24 for All General Elections Analyzed

**P148 [Walker Rep., Table 5]**

**Table 5. General Election Returns for CD24**

| Year/Contest | Candidate | FLCD24 | Illus. B1 | B1 Diff | Illus. B2 | B2 Diff | Illus. ACD | ACD Diff | CD24 Enacted | Enact Diff |
|---|---|---|---|---|---|---|---|---|---|---|
| 2020 President | Biden (D) | 75.42 | 68.53 | -6.89 | 68.41 | -7.01 | 71.11 | -4.31 | 74.17 | -1.25 |
| | Trump (R) | 23.99 | 30.97 | 6.98 | 31.09 | 7.10 | 28.39 | 4.40 | 25.27 | 1.28 |
| 2018 Governor | DeSantis (R) | 15.62 | 23.05 | 7.43 | 23.22 | 7.60 | 20.94 | 5.32 | 17.81 | 2.19 |
| | Gillum (D) | 83.56 | 76.19 | -7.37 | 76.02 | -7.54 | 78.33 | -5.23 | 81.45 | -2.11 |
| 2018 Atty. Gen | Moody (R) | 16.57 | 23.51 | 6.94 | 23.67 | 7.10 | 21.48 | 4.91 | 18.39 | 1.82 |
| | Shaw (D) | 81.90 | 74.94 | -6.96 | 74.78 | -7.12 | 77.00 | -4.90 | 80.07 | -1.83 |
| 2018 CFO | Patronis (R) | 16.63 | 23.66 | 7.03 | 23.83 | 7.20 | 21.59 | 4.96 | 18.45 | 1.82 |
| | Ring (D) | 83.36 | 76.33 | -7.03 | 76.17 | -7.19 | 78.40 | -4.96 | 81.54 | -1.82 |
| 2018 Comm. Ag. | Caldwell (R) | 16.37 | 23.18 | 6.81 | 23.34 | 6.97 | 21.15 | 4.78 | 18.00 | 1.63 |
| | Fried (D) | 83.62 | 76.81 | -6.81 | 76.66 | -6.96 | 78.86 | -4.76 | 82.01 | -1.61 |
| 2018 US Senate | Scott (R) | 16.72 | 23.65 | 6.93 | 23.78 | 7.06 | 21.55 | 4.83 | 18.62 | 1.90 |
| | Nelson (D) | 83.28 | 76.32 | -6.96 | 76.18 | -7.10 | 78.42 | -4.86 | 81.35 | -1.93 |
| 2016 President | Trump (R) | 15.40 | 22.29 | 6.89 | 22.45 | 7.05 | 20.55 | 5.15 | 17.28 | 1.88 |
| | Clinton (D) | 82.87 | 75.98 | -6.89 | 75.81 | -7.06 | 77.76 | -5.11 | 81.04 | -1.83 |
| 2016 US Senate | Rubio (R) | 20.17 | 27.46 | 7.29 | 27.63 | 7.46 | 25.26 | 5.09 | 21.98 | 1.81 |
| | Murphy (D) | 77.66 | 70.64 | -7.02 | 70.46 | -7.20 | 72.80 | -4.86 | 75.92 | -1.74 |
| 2014 Governor | Scott (R) | 14.18 | 21.10 | 6.92 | 21.27 | 7.09 | 19.21 | 5.03 | 16.16 | 1.98 |
| | Crist (D) | 84.04 | 77.17 | -6.87 | 77.00 | -7.04 | 79.13 | -4.91 | 82.21 | -1.83 |
| 2014 Atty. Gen. | Bondi (R) | 17.05 | 24.33 | 7.28 | 24.57 | 7.52 | 22.30 | 5.25 | 18.73 | 1.68 |
| | Sheldon (D) | 81.40 | 74.25 | -7.15 | 74.01 | -7.39 | 76.30 | -5.10 | 79.77 | -1.63 |
| 2014 CFO | Atwater (R) | 18.43 | 25.83 | 7.40 | 26.11 | 7.68 | 23.95 | 5.52 | 20.90 | 2.47 |
| | Rankin (D) | 81.52 | 74.19 | -7.33 | 73.91 | -7.61 | 76.05 | -5.47 | 79.05 | -2.47 |
| 2014 Comm. Ag. | Putnam (R) | 18.01 | 25.35 | 7.34 | 25.59 | 7.58 | 23.41 | 5.40 | 20.16 | 2.15 |
| | Hamilton (D) | 81.89 | 74.63 | -7.26 | 74.40 | -7.49 | 76.56 | -5.33 | 79.76 | -2.13 |
| 2012 President | Romney (R) | 13.81 | 22.23 | 8.42 | 22.46 | 8.65 | 20.29 | 6.48 | 16.78 | 2.97 |
| | Obama (D) | 85.77 | 77.41 | -8.36 | 77.18 | -8.59 | 79.35 | -6.42 | 82.81 | -2.96 |
| 2012 US Senate | Mack (R) | 13.23 | 20.14 | 6.91 | 20.35 | 7.12 | 18.43 | 5.20 | 15.49 | 2.26 |
| | Nelson (D) | 85.62 | 78.67 | -6.95 | 78.47 | -7.15 | 80.44 | -5.18 | 83.46 | -2.16 |

# Black-Preferred Candidate Continued to Win in Alternative Maps for CD 24 for All Primary Elections Analyzed

**Table 6. Primary Election Returns for CD24**

| Year/Contest | Candidate | FLCD24 | Illus. B1 | B1 Diff | Illus. B2 | B2 Diff | Illus. ACD | ACD Diff | CD24 Enacted | Enact Diff |
|---|---|---|---|---|---|---|---|---|---|---|
| 2018 Governor | Gillum | 53.10 | 50.90 | -2.20 | 50.79 | -2.31 | 51.27 | -1.83 | 50.59 | -2.51 |
| | Graham | 10.62 | 11.54 | 0.92 | 11.65 | 1.03 | 11.37 | 0.75 | 10.92 | 0.30 |
| 2018 Atty Gen. | Torrens | 17.80 | 18.12 | 0.32 | 18.08 | 0.28 | 17.77 | -0.03 | 17.75 | -0.05 |
| | Shaw | 82.06 | 81.83 | -0.23 | 81.85 | -0.21 | 82.19 | 0.13 | 82.10 | 0.04 |
| 2018 Comm. Ag. | Fried | 57.45 | 61.96 | 4.51 | 62.12 | 4.67 | 61.65 | 4.20 | 59.09 | 1.64 |
| | Walker | 23.58 | 21.62 | -1.96 | 21.63 | -1.95 | 21.90 | -1.68 | 23.46 | -0.12 |
| 2016 US Senate | Keith | 13.07 | 12.05 | -1.02 | 12.10 | -0.97 | 12.32 | -0.75 | 13.33 | 0.26 |
| | Murphy | 66.72 | 67.77 | 1.05 | 67.83 | 1.11 | 68.20 | 1.48 | 66.95 | 0.23 |
| 2014 Governor | Crist | 84.81 | 84.07 | -0.74 | 83.81 | -1.00 | 84.04 | -0.77 | 84.25 | -0.56 |
| | Rich | 14.33 | 15.01 | 0.68 | 15.28 | 0.95 | 15.16 | 0.83 | 15.11 | 0.78 |
| 2014 Atty. Gen. | Sheldon | 44.04 | 47.45 | 3.41 | 47.55 | 3.51 | 47.19 | 3.15 | 46.51 | 2.47 |
| | Thurston | 55.75 | 52.17 | -3.58 | 52.07 | -3.68 | 52.66 | -3.09 | 53.19 | -2.56 |
| 2012 US Senate | Burkett | 14.19 | 13.57 | -0.62 | 13.49 | -0.70 | 13.46 | -0.73 | 13.71 | -0.48 |
| | Nelson | 85.13 | 85.56 | 0.43 | 85.68 | 0.55 | 85.78 | 0.65 | 85.70 | 0.57 |

**P149 [Walker Rep., Table 6]**

# Black Voters Maintain their Ability To Elect their Candidate of Choice Under Any of the Alternative Maps

| Summary of Functional Analysis: Electoral Success of Black Preferred Candidate Under Illustrative Maps | | | |
|---|---|---|---|
| **Congressional District 20** | | | |
| *Illustrative Plan:* | *B1* | *AB2* | *CD* |
| General Elections | 14/14 (100%) | 14/14 (100/%) | 14/14 (100%) |
| Primary Elections | 7/7 (100%) | 7/7 (100%) | 7/7 (100%) |
| **Congressional District 24** | | | |
| *Illustrative Plan:* | *B1* | *B2* | *ACD* |
| General Elections | 14/14 (100%) | 14/14 (100%) | 14/14 (100%) |
| Primary Elections | 7/7 (100%) | 7/7 (100%) | 7/7 (100%) |

P145, P146, P148, P149



Rebuttal Analysis

## Dr. Trende's Analysis is Not Informative of Hispanic Vote Cohesion

**What did Dr. Trende opine?**

Trende opines that Hispanics in the Miami-Dade area have become more politically cohesive since 2020 by examining the count of Hispanics registered as Republicans or Democrats between Election Day 2020 and April 2025

**Dr. Trende's analysis is not informative of Hispanic vote cohesion because:**

- Dr. Trende deviated from the standard approach of analyzing vote cohesion (i.e. ecological inference) and did not analyze actual vote returns

- Dr. Trende omitted over 300,000 Hispanic voters in every month analyzed who are (1) registered with no party, (2) registered with a third party, or (3) are inactive but eligible to vote thereby inflating the percentage of Hispanics registered as Republican

**Walker Rebuttal Rep., Section II**

# Dr. Trende Omitted Over 300,000 Hispanic Voters In Every Month Analyzed

**Appendix A**

**Table A1. Total Number of Registered Hispanic Voters by Party, 2020-2025.**

| Date | Raw Rep. | % Rep. | Raw Dem. | % Dem. | Raw No Party | % No Party | Raw Other | % Other | Raw Rep. Over Dem. | % Adv., All Reg. Voters (Walker) | % Adv., 2 Party (Trende) | Percentage Point Overestimate (Trende – Walker) | Magnitude Overestimate (Trende/Walker) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 20-Nov | 324,495 | 35.1 | 276,716 | 29.9 | 310,346 | 33.6 | 13,235 | 1.4 | 47,779 | 5.2 | 7.9 | 2.7 | 1.5 |
| 20-Dec | 324,137 | 35.1 | 276,509 | 29.9 | 310,602 | 33.6 | 13,366 | 1.4 | 47,628 | 5.2 | 7.9 | 2.7 | 1.5 |
| 21-Jan | 322,408 | 34.9 | 276,226 | 29.9 | 311,610 | 33.7 | 13,800 | 1.5 | 46,182 | 5.0 | 7.7 | 2.7 | 1.5 |
| 21-Feb | 320,612 | 34.9 | 274,450 | 29.8 | 310,579 | 33.8 | 13,849 | 1.5 | 46,162 | 5.1 | 7.8 | 2.7 | 1.5 |
| 21-Mar | 320,358 | 34.8 | 274,296 | 29.8 | 311,222 | 33.8 | 13,932 | 1.5 | 46,062 | 5.0 | 7.7 | 2.7 | 1.5 |
| 21-Apr | 320,103 | 34.8 | 273,980 | 29.8 | 311,711 | 33.9 | 14,033 | 1.5 | 46,123 | 5.0 | 7.8 | 2.8 | 1.6 |
| 21-May | 318,923 | 34.8 | 272,760 | 29.7 | 311,129 | 33.9 | 14,068 | 1.5 | 46,163 | 5.1 | 7.8 | 2.7 | 1.5 |
| 21-Jun | 318,573 | 34.7 | 272,444 | 29.7 | 311,571 | 34.0 | 14,177 | 1.5 | 46,129 | 5.0 | 7.8 | 2.8 | 1.6 |
| 21-Jul | 318,559 | 34.8 | 270,915 | 29.6 | 311,032 | 34.0 | 14,178 | 1.6 | 47,644 | 5.2 | 8.1 | 2.9 | 1.6 |
| 21-Aug | 320,074 | 35.0 | 270,132 | 29.5 | 311,073 | 34.0 | 14,244 | 1.6 | 49,942 | 5.5 | 8.5 | 3.0 | 1.5 |
| 21-Sep | 318,339 | 35.3 | 263,456 | 29.2 | 305,177 | 33.9 | 14,191 | 1.6 | 54,883 | 6.1 | 9.4 | 3.3 | 1.5 |
| 21-Oct | 319,945 | 35.4 | 263,256 | 29.1 | 305,630 | 33.8 | 14,308 | 1.6 | 56,689 | 6.3 | 9.7 | 3.4 | 1.5 |
| 21-Nov | 321,446 | 35.6 | 262,066 | 29.0 | 305,292 | 33.8 | 14,367 | 1.6 | 59,380 | 6.6 | 10.2 | 3.6 | 1.5 |

**Trende consistently overestimated the Republican advantage over Democrats by 150–160%**

P166 [Walker Rebuttal Rep., Table A1]

# Including Omitted Hispanic Voters Reduces Dr. Trende's Claimed Republican Advantage



P165, P164 [Walker Rebuttal Rep., Figure 3, Table 1]