# *Cubanos Pa'lante v. Florida House of Representatives*

## *Case No. 1:24-cv-21983*

# Direct Examination of Carolyn Abott

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA

January 2026

# Dr. Carolyn Abott: Qualifications



Dr. Carolyn Abott





## Education

– Princeton University, M.A. in Politics & Ph.D. in Politics & Social Policy

– Swarthmore College, B.A. in Economics & Political Science (High Honors)

## Work Experience

– 2021-Present: Baruch College – CUNY, Assistant Professor

– 2018-2021: St. John's University, Assistant Professor

– 2016-2018: The Ohio State University, Postdoctoral Research Fellow

## Research & Writing

– Author of one book (*Politics of Public Pensions*, 2025), seven peer-reviewed journal articles, and other publications cited by over 200 other authors

– Published in American Journal of Political Science, Journal of Political Institutions and Political Economy, Journal of Public Economics, Urban Affairs Review, and Public Administration Review

## Summary of Expert Opinions

| 1 | **Congressional District 26** divides the region along racial lines |
|---|---|

| 2 | **State House Districts 115, 118, & 119** each stretch into a high-HVAP band in Miami-Dade County |
|---|---|

## Summary of Expert Opinions

**1** | **Congressional District 26** divides the region along racial lines

– Uniform concentration of Hispanic VAP among Congressional District 26 & neighboring "protected" districts

– Not explained by regional demographics

– Explained by systematic distribution of Hispanic VAP in Congressional District 26

# Uniform Concentration of Hispanic VAP in "Protected" Districts

### Table 1: District Racial Compositions in South Florida

| District | Hispanic VAP | White VAP | Black VAP |
|---|---|---|---|
| 26 | 73.2% | 19.7% | 6.9% |
| 27 | 74.2% | 16.9% | 7.1% |
| 28 | 73.4% | 15.2% | 10.3% |
| 18 | 23.7% | 59.8% | 13.2% |
| 19 | 16.2% | 74.1% | 6.1% |
| 20 | 23.0% | 23.5% | 50.1% |
| 24 | 38.5% | 18.2% | 42.2% |
| 25 | 42.3% | 34.4% | 17.5% |

PLAINTIFFS' TRIAL EXHIBIT

P167

1:24-cv-21983-JB

Opening Rep., Table 1

# Uniform Concentration of Hispanic VAP in "Protected" Districts

| District | Hispanic VAP | White VAP | Black VAP |
|----------|--------------|-----------|-----------|
| 18 | 23.7% | 59.8% | 13.2% |
| 19 | 16.2% | 74.1% | 6.1% |
| 20 | 23.0% | 23.5% | 50.1% |
| 24 | 38.5% | 18.2% | 42.2% |
| 25 | 42.3% | 34.4% | 17.5% |
| 26 | 73.2% | 19.7% | 6.9% |
| 27 | 74.2% | 16.9% | 7.1% |
| 28 | 73.4% | 15.2% | 10.3% |

P167 (Opening Rep., Table 1)

## Investigation of Uniform HVAP Percentages in "Protected" Districts

1. Overall **regional demographics**

2. HVAP comparison between portions of **split counties** inside and outside CD 26

3. HVAP comparison between portions of **split cities and CDPs** inside and outside CD 26

4. HVAP comparison between **VTDs split or located along border** inside and outside CD 26

## Investigation of Uniform HVAP Percentages in "Protected" Districts

1. Overall **regional demographics**

2. HVAP comparison between portions of **split counties** inside and outside CD 26

3. HVAP comparison between portions of **split cities and CDPs** inside and outside CD 26

4. HVAP comparison between **VTDs split or located along border** inside and outside CD 26

# Regional Demographics Do Not Explain Uniform Concentration of Hispanic Voters in "Protected" Districts



Opening Rep., Fig. 1

PLAINTIFFS' TRIAL EXHIBIT

P223

1:24-cv-21983-JB

# Regional Demographics Do Not Explain Uniform Concentration of Hispanic Voters in "Protected" Districts

Table C.1:
Different Combinations of Counties and Districts and Voting Age Population by Race

| Region | WVAP | HVAP | BVAP |
|---|---|---|---|
| Enacted 26 and Adjacent Districts (18, 19, 20, 24, 25, 27, 28) | 32.9% | 45.6% | 18.9% |
| Counties Including Enacted 26 (Miami-Dade, Collier) | 19.9% | 64.1% | 14.9% |
| Counties Including Enacted 26 and Adjacent Counties (Miami-Dade, Collier, Lee, Hendry, Broward, Monroe) | 32.4% | 46.6% | 18.1% |
| Districts Including Portions of Those Six Counties (17, 18, 19, 20, 23, 24, 25, 26, 27, 28) | 40.4% | 39.5% | 16.9% |



PLAINTIFFS' TRIAL EXHIBIT

P198

1:24-cv-21983-JB

Rebuttal Rep., Table C.1

## Investigation of Uniform HVAP Percentages in "Protected" Districts

1. Overall **regional demographics**

2. HVAP comparison between portions of **split counties** inside and outside CD 26

3. HVAP comparison between portions of **split cities and CDPs** inside and outside CD 26

4. HVAP comparison between **VTDs split or located along border** inside and outside CD 26

# Hispanic Voters Distributed in CD 26: <u>Miami-Dade County</u>



HVAP: 39.3%

HVAP: 88.9%

HVAP: 80.2%

HVAP: 74.2%

EXHIBIT

J3

Opening Rep., p. 11

# Hispanic Voters Distributed in CD 26: <u>Miami-Dade County</u>



Opening Rep., Fig. 2

# Hispanic Voters Distributed in CD 26: <u>Collier County</u>



Opening Rep., p. 11

# Hispanic Voters Distributed in CD 26: <u>CD 19 Border</u>



Opening Rep., Fig. 1

## Investigation of Uniform HVAP Percentages in "Protected" Districts

1. Overall **regional demographics**

2. HVAP comparison between portions of **split counties** inside and outside CD 26

3. HVAP comparison between portions of **split cities and CDPs** inside and outside CD 26

4. HVAP comparison between **VTDs split or located along border** inside and outside CD 26

# Hispanic Voters Distributed in CD 26: <u>CDP / City Splits</u>

| Census Designated Place (CDP) / City | HVAP % - CD 26 | Total VAP | HVAP % - Other District(s) | Total VAP |
|---|---|---|---|---|
| Miami (24/25/26) | 79.6% | 53,878 | 39.6% | 69,609 |
| Brownsville (24/26) | 63.7% | 1,914 | 43.6% | 10,538 |
| Gladeview (24/26) | 92.5% | 266 | 37.7% | 10,573 |
| West Little River (24/26) | 83.3% | 11,877 | 40.4% | 15,535 |
| Immokalee (18/26) | 70.3% | 13,169 | 84.6% | 3,309 |

Opening Rep., p. 12

## Investigation of Uniform HVAP Percentages in "Protected" Districts

1. Overall **regional demographics**

2. HVAP comparison between portions of **split counties** inside and outside CD 26

3. HVAP comparison between portions of **split cities and CDPs** inside and outside CD 26

4. HVAP comparison between **VTDs split or located along border** inside and outside CD 26

# Hispanic Voters Distributed in CD 26: <u>VTD Split Analysis</u>

**Table 3: Hispanic Voting-Age Population in District 26 Precincts Split Across Different Congressional Districts**

| VTD | District 26 Split | Other District Split |
|---|---|---|
| Collier 121 | 70.3% | 48.7% (18) |
| Collier 134 | 70.2% | 84.6% (18) |
| Collier 070 | 23.3% | 23.4% (19) |
| Collier 071 | 67.5% | 67.1% (19) |
| Collier 079 | 11.6% | 7.7% (19) |
| Collier 092 | 88.2% | 10.6% (19) |
| Collier 002 | 12.7% | 6.3% (19) |
| Collier 012 | 9.7% | 11.5% (19) |
| Miami-Dade 533.0 | 33.6% | 24.8% (24) |
| Miami-Dade 538 | 56.5% | 53.4% (24) |
| Miami-Dade 522 | 67.7% | 40.4% (24) |
| Miami-Dade 282 | 52.6% | 47.8% (24) |
| Miami-Dade 249 | 60.4% | 30.8% (24) |

Note: District number contained in parentheses in "Other District Split" column. Split precincts with portions containing total VAP under 100 are excluded. Rows highlighted in yellow indicate split precincts with greater Hispanic VAP in district 26 relative to the bordering, non-majority-Hispanic district.

**PLAINTIFFS' TRIAL EXHIBIT**

**P170**

1:24-cv-21983-JB

Opening Rep., Table 3

# Hispanic Voters Distributed in CD 26: <u>VTD Split Analysis</u>



P170 (Opening Rep., Table 3)

# Hispanic Voters Distributed in CD 26: <u>VTD Neighbor Analysis</u>

**Corrected Table 4: Hispanic Voting-Age Population in District 26 Precincts and Neighbors Across District Boundaries**

| District 26 VTD | Neighboring VTD |
|---|---|
| Collier 120, 48.5% | Lee 19, 20.1% (19) |
| Collier 120, 48.5% | Lee 25, 5.6% (19) |
| Collier 118, 26.7% | Lee 25, 5.6% (19) |
| Collier 62, 17.6% | Lee 25, 5.6% (19) |
| Collier 139, 10.0% | Lee 25, 5.6% (19) |
| Collier 057, 5.1% | Lee 24, 20.8% (19) |
| Collier 057, 5.1% | Collier 142, 2.8% (19) |
| Collier 058, 3.1% | Collier 030, 6.7% (19) |
| Collier 059, 5.3% | Collier 030, 6.7% (19) |
| Collier 064, 13.6% | Collier 038, 37.8% (19) |
| Collier 068, 4.1% | Collier 065, 19.8% (19) |
| Collier 078, 10.7% | Collier 066, 1.7% (19) |
| Collier 003, 4.8% | Collier 010, 22.6% (19) |
| Miami-Dade 099, 42.3% | Miami-Dade 518, 48.1% (24) |
| Miami-Dade 535, 76.5% | Miami-Dade 518, 48.1% (24) |
| Miami-Dade 248.0, 92.8% | Miami-Dade 248.1, 53.4% (24) |
| Miami-Dade 248.0, 92.8% | Miami-Dade 245, 47.3% (24) |
| Miami-Dade 246, 91.2% | Miami-Dade 245, 47.3% (24) |
| Miami-Dade 246, 91.2% | Miami-Dade 241, 51.5% (24) |
| Miami-Dade 314, 91.5% | Miami-Dade 236, 45.8% (24) |
| Miami-Dade 314, 91.5% | Miami-Dade 241, 51.5% (24) |
| Miami-Dade 306, 80.5% | Miami-Dade 233, 70.1% (24) |
| Miami-Dade 231, 63.8% | Miami-Dade 233, 70.1% (24) |
| Miami-Dade 332, 77.4% | Miami-Dade 233, 70.1% (24) |
| Miami-Dade 332, 77.4% | Miami-Dade 574, 66.4% (24) |
| Miami-Dade 332, 77.4% | Miami-Dade 229, 68.5% (24) |
| Miami-Dade 272, 84.6% | Miami-Dade 229, 68.5% (24) |
| Miami-Dade 272, 84.6% | Miami-Dade 591, 65.1% (24) |
| Miami-Dade 301, 89.3% | Miami-Dade 202, 69.5% (24) |
| Miami-Dade 301, 89.3% | Miami-Dade 367, 58.8% (24) |
| Miami-Dade 301, 89.3% | Broward W021, 57.1% (25) |
| Miami-Dade 350, 71.8% | Broward W021, 57.1% (25) |
| Miami-Dade 303, 81.6% | Broward W020, 53.8% (25) |
| Miami-Dade 364, 88.8% | Broward 22, 56.3% (25) |
| Miami-Dade 365, 84.2% | Broward 22, 56.3% (25) |
| Miami-Dade 365, 84.2% | Broward W021, 57.1% (25) |
| Miami-Dade 365, 84.2% | Broward 6, 48.9% (25) |
| Miami-Dade 369.0, 95.1% | Broward W014, 58.0% (25) |
| Miami-Dade 369.0, 95.1% | Broward W017, 51.4% (25) |
| Miami-Dade 369.0, 95.1% | Broward W016, 50.5% (25) |
| Miami-Dade 369.0, 95.1% | Broward W015, 48.8% (25) |
| Collier 122, 40.1% | Hendry 8, 41.5% (18) |
| Collier 122, 40.1% | Hendry 25, 70.8% (18) |

**Corrected Table 4: Hispanic Voting-Age Population in District 26 Precincts and Neighbors Across District Boundaries**

| District 26 VTD | Neighboring VTD |
|---|---|
| Collier 120, 48.5% | Lee 19, 20.1% (19) |
| Collier 120, 48.5% | Lee 25, 5.6% (19) |
| Collier 118, 26.7% | Lee 25, 5.6% (19) |
| Collier 62, 17.6% | Lee 25, 5.6% (19) |
| Collier 139, 10.0% | Lee 25, 5.6% (19) |
| Collier 057, 5.1% | Lee 24, 20.8% (19) |
| Collier 057, 5.1% | Collier 142, 2.8% (19) |
| Collier 058, 3.1% | Collier 030, 6.7% (19) |
| Collier 059, 5.3% | Collier 030, 6.7% (19) |
| Collier 064, 13.6% | Collier 038, 37.8% (19) |



PLAINTIFFS' TRIAL EXHIBIT

**P171a**

1:24-cv-21983-JB

Errata, Corrected Table 4

# Hispanic Voters Distributed in CD 26: <u>VTD Neighbor Analysis</u>



Difference in HVAP Between District 26 VTDs and Neighboring VTDs

Percentage Points

Miami-Dade 369 (CD 26) / Broward W015 (CD 25)
Miami-Dade 369 (CD 26) / Broward W016 (CD 25)
Miami-Dade 369 (CD 26) / Broward W017 (CD 25)
Miami-Dade 314 (CD 26) / Miami-Dade 241 (CD 24)
Miami-Dade 369 (CD 26) / Broward W014 (CD 25)
Miami-Dade 365 (CD 26) / Broward 6 (CD 25)
Miami-Dade 201 (CD 26) / Broward W021 (CD 25)
Miami-Dade 248.0 (CD 26) / Miami-Dade 248.1 (CD 24)
Collier 120 (CD 26) / Lee 19 (CD 19)
Miami-Dade 365 (CD 26) / Broward W021 (CD 25)
Collier 118 (CD 26) / Lee 25 (CD 19)
Miami-Dade 272 (CD 26) / Miami-Dade 291 (CD 24)
Miami-Dade 231 (CD 26) / Miami-Dade 233 (CD 24)
Miami-Dade 232 (CD 26) / Miami-Dade 274 (CD 24)
Collier 078 (CD 26) / Collier 095 (CD 19)
Miami-Dade 230 (CD 26) / Miami-Dade 229 (CD 24)
Collier 139 (CD 26) / Lee 25 (CD 19)
Collier 122 (CD 26) / Hendry 8 (CD 18)
Collier 058 (CD 26) / Collier 030 (CD 19)
Collier 068 (CD 26) / Collier 065 (CD 19)
Collier 003 (CD 26) / Collier 010 (CD 19)
Collier 122 (CD 26) / Hendry 25 (CD 18)

P171 (Errata, Corrected Table 4)

## Alternative Explanations Do Not Explain Boundaries of CD 26

**Political boundaries?**

- Boundaries of CD 26 repeatedly split city/counties along racial lines

**Geographic boundaries?**

- Map could be drawn in *many* ways tracking "geographic boundaries," with or without considering race

Rebuttal Rep. §§ 2.2, 2.4 & 2.5



Dkt. No. 181 (Order Granting Judicial Notice of State Roads)

# Alternative Map Configurations Exhibit More Variation in HVAP

Table C.2:
District Racial Compositions in South Florida in Enacted Map and Plaintiffs' Maps

| District | Enacted HVAP | A | B1 | B2 | C1 | C2 | D |
|---|---|---|---|---|---|---|---|
| 26 | 73.2% | 91.08% | 89.48% | 71.56% | 91.08% | 91.08% | 91.08% |
| 27 | 74.2% | 66.74% | 64% | 74.17% | 66.74% | 66.74% | 66.74% |
| 28 | 73.4% | 64.97% | 64.97% | 73.12% | 64.97% | 64.97% | 64.97% |
| 18 | 23.7% | 22.92% | 21.69% | 21.69% | 19.66% | 20.37% | 22.81% |
| 19 | 16.2% | 23.33% | 23.28% | 23.28% | 23.31% | 23.31% | 23.28% |
| 20 | 23.0% | 23.61% | 23.45% | 23.61% | 24.28% | 24.28% | 24.28% |
| 24 | 38.5% | 40.32% | 44.50% | 44.70% | 40.32% | 40.32% | 40.32% |
| 25 | 42.3% | 33.26% | 33.56% | 33.26% | 33.51% | 33.51% | 33.51% |
| 17 | 11.5% | 12.71% | 12.74% | 12.74% | 16.08% | 15.33% | 12.76% |
| 23 | 20.5% | 17.79% | 17.95% | 17.79% | 14.98% | 14.98% | 14.98% |

PLAINTIFFS' TRIAL EXHIBIT

**P199**

1:24-cv-21983-JB

Rebuttal Rep., Table C.2

# Alternative Map Configurations Exhibit More Variation in HVAP



**Enacted**



**A, C1, C2, D**

P224; HVAP2

# Alternative Map Configurations Exhibit More Variation in HVAP



**Enacted**                    **B1**

P224; HVAP2

# Alternative Map Configurations Exhibit More Variation in HVAP



**Enacted**



**B2**

P224; HVAP2

## Summary of Expert Opinions

1    Congressional District 26 divides the region along racial lines

2    **State House Districts 115, 118, & 119** each stretch into a high-HVAP band in Miami-Dade County

# House Districts 115, 118, and 119 Each Stretch Into High-HVAP Band





PLAINTIFFS' TRIAL
EXHIBIT

P225

1:24-cv-21983-JB

Opening Rep., Fig. 1

# House Districts 115, 118, and 119 Each Stretch Into High-HVAP Band



Opening Rep., Fig. 1

# Alternative Map Configurations Result in More Variation in HVAP





P225; P178 (Opening Rep., Table 8); P200 (Supp. Rep. Table 8-S); HVAP4

## Summary of Expert Opinions

**1**    **Congressional District 26** divides the region along racial lines

**2**    **State House Districts 115, 118, & 119** each stretch into a high-HVAP band in Miami-Dade County