**Slides Accompanying Direct Examination Testimony of:**

# Sen. Annette Taddeo

____

*Cubanos Pa'lante, et al., v. Florida House of Representatives, et al.*

____

**Case No. 1:24-cv- 21983-JB**

____

**January 13, 2026**



2016-2022 Florida State Senate Districts

Court Ordered on December 30, 2015

See League of Women Voters of Fla. v. Detzner, No. 2012-CA-2842 (Fla. 2d Cir.)

J50, p. 45



**J50, p. 45**



**J1, p. 1**





**J90, p. 1 - CD 25 in Plan 8060**



**Top: J90, p. 1 – CD 25 in Plan 8060**     **Bottom: J3, p. 1 - CD 26 in 2022 Enacted Plan**





**J8, p. 1 - CD 26 in Plan 8019**



**J3, p. 1 - CD 26 in 2022 Enacted Plan**