Slides Accompanying Direct Examination Testimony of:

# Rep. Fentrice Driskell

———

*Cubanos Pa'lante, et al., v. Florida House of Representatives, et al.*

———

**Case No. 1:24-cv- 21983-JB**

———

**January 14, 2026**



D3



J1, p. 1



J43, p. 14



**J43, p. 14 - CD 26 in Plan 8011**





**J8, p. 1 - CD 26 in Plan 8019**



Map 23: Congressional District 26

EXHIBIT D23