# Illustrative Aids Accompanying Redirect Examination Testimony of:

# Jason Poreda

———

*Cubanos Pa'lante, et al., v. Florida House of Representatives, et al.*

———

**Case No. 1:24-cv- 21983-JB**

———

**January 14, 2026**



Map 25: Congressional District 26 in Miami-Dade County – Municipalities

EXHIBIT D25



(b) Miami–Dade detail



PLAINTIFFS' TRIAL EXHIBIT
P224
1:24-cv-21983-JB