UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:24-cv-21983-JB

CUBANOS PA'LANTE, *et al.*,

    Plaintiffs,

v.

FLORIDA HOUSE OF REPRESENTATIVES
and CORD BYRD, in his official capacity as
Florida Secretary of State,

    Defendants.
_____/

## DEFENDANTS' NOTICE OF FILING ILLUSTRATIVE AIDS

Pursuant to Federal Rule of Evidence 107(c), Defendants, the Florida House of Representatives and the Secretary of State, hereby file the illustrative aids that they presented at trial:

| No. | Description | Witness |
|---|---|---|
| 1 | HVAPs of CDs 26, 27, 28 (Ranked Highest to Lowest) | Dr. Sean Trende |

The illustrative aids entitled "Kendall map" and "Detroit" were later admitted into evidence as Defendants' Exhibits 357 and 358, respectively, and are therefore filed with Defendants' admitted exhibits.

Dated January 26, 2026.                          Respectfully submitted,

/s/ *Mohammad O. Jazil*                          /s/ *Andy Bardos*
Mohammad O. Jazil                                Andy Bardos (FBN 822671)
Holtzman Vogel Baran                             andy.bardos@gray-robinson.com
Torchinsky & Josefiak PLLC                       GRAYROBINSON, P.A.
119 South Monroe Street, Suite 500               301 South Bronough Street, Suite 600
Tallahassee, Florida 32301                       Tallahassee, Florida 32301-1724
mjazil@holtzmanvogel.com                         Telephone: 850-577-9090
zbennington@holtzmanvogel.com
*Attorneys for Secretary of State*               Christopher M. Kise (FBN 855545)
                                                 ckise@continentalpllc.com
Bradley R. McVay                                 CONTINENTAL PLLC
Ashley Davis                                     101 North Monroe Street, Suite 750
Florida Department of State                      Tallahassee, Florida 32301
R.A. Gray Building                               Telephone: 850-270-2211
500 South Bronough Street
Tallahassee, Florida 32399                       Jesus M. Suarez (FBN 60086)
brad.mcvay@dos.myflorida.com                     jsuarez@continentalpllc.com
ashley.davis@dos.myflorida.com                   Carmen Manrara Cartaya (FBN 73887)
                                                 ccartaya@continentalpllc.com
*Attorneys for Secretary of State*               Jennifer Marie Hernandez (FBN 1018836)
                                                 jhernandez@continentalpllc.com
                                                 CONTINENTAL PLLC
                                                 245 Alcazar Avenue
                                                 Coral Gables, Florida 33134
                                                 Telephone: 305-677-2707

                                                 *Attorneys for Defendant, Florida House of Representatives*