| HVAPs of CDs 26, 27, 28 (Ranked Highest to Lowest) | | | | | | |
|---|---|---|---|---|---|---|
| **Enacted Map** | **Map A** | **Map B1** | **Map B2** | **Map C1** | **Map C2** | **Map D** |
| 74.2% | 91.1% | 89.5% | 74.2% | 91.1% | 91.1% | 91.1% |
| 73.4% | 66.7% | 64.5% | 73.1% | 66.7% | 66.7% | 66.7% |
| 73.2% | 65.0% | 64.0% | 71.6% | 65.0% | 65.0% | 65.0% |
| **1.0** | **26.1** | **25.5** | **2.6** | **26.1** | **26.1** | **26.1** |

J. Ex. 3 at 2; J. Ex. 17 at 2; J. Ex. 18 at 2; J. Ex. 19 at 2; J. Ex. 20 at 2; J. Ex. 21 at 2; J. Ex. 22 at 2.