UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No. 1:24-cv-21983-JB**

CUBANOS PA'LANTE, *et al.*,

    Plaintiffs,

v.

FLORIDA HOUSE OF REPRESENTATIVES
and CORD BYRD, in his official capacity as
Florida Secretary of State,

    Defendants.
_____/

### **DEFENDANTS' NOTICE OF FILING TRIAL EXHIBITS**

Pursuant to Local Rule 5.3(b)(2), Defendants, the Florida House of Representatives and the Secretary of State, hereby file Defendants' Exhibits 1–39, 41–94, 97–112, 115, 117–28, 132, 134, 136–47, 150–57, 160–64, 171–206, 226–39, 274–75, 313, 326, 328, 329, 357, and 358, which were introduced into evidence at trial:

| Exhibit No. | Description of Exhibit |
|---|---|
| 1 | Map 1: State House Districts |
| 2 | Map 2: State House Districts in Palm Beach, Broward and Miami-Dade Counties |
| 3 | Map 3: State House Districts in Miami-Dade County |
| 4 | Map 4: State House District 106 - Municipalities |
| 5 | Map 5: State House District 112 – Geographical Features |
| 6 | Map 6: State House District 112 – Municipalities |

| Exhibit No. | Description of Exhibit |
|---|---|
| 7 | Map 7: State House District 112 – Municipalities and Geographical Features |
| 8 | Map 8: State House District 113 – Geographical Features |
| 9 | Map 9: State House District 113 – Municipalities |
| 10 | Map 10: State House District 113 – Municipalities and Geographical Features |
| 11 | Map 11: State House District 114 – Geographical Features |
| 12 | Map 12: State House District 114 – Municipalities |
| 13 | Map 13: State House District 114 – Municipalities and Geographical Features |
| 14 | Map 14: State House Districts 115 and 116 – Geographical Features |
| 15 | Map 15: State House Districts 115 and 116 – Municipalities |
| 16 | Map 16: State House Districts 115 and 116 – Municipalities and Geographical Features |
| 17 | Map 17: State House Districts 118 and 119 – Geographical Features |
| 18 | Map 18: State House Districts 118 and 119 – Municipalities |
| 19 | Map 19: State House Districts 118 and 119 – Municipalities and Geographical Features |
| 20 | Map 20: State House Districts in Miami-Dade County – Municipalities and Geographical Features |
| 21 | Map 21: Congressional Districts |
| 22 | Map 22: Congressional Districts in South Florida |
| 23 | Map 23: Congressional District 26 |
| 24 | Map 24: Congressional District 26 in Miami-Dade County – Geographical Features |

| Exhibit No. | Description of Exhibit |
|---|---|
| 25 | Map 25: Congressional District 26 in Miami-Dade County – Municipalities |
| 26 | Map 26: Congressional District 26 in Miami-Dade County – Municipalities and Geographical Features |
| 27 | Map 27: Congressional District 26 in Collier County – Geographical Features |
| 28 | Map 28: Congressional District 26 in Collier County – Municipalities |
| 29 | Map 29: Congressional District 26 in Collier County – Municipalities and Geographical Features |
| 30 | Map 30: Congressional Districts – Coincident County and District Boundaries |
| 31 | Map 31: McCartan Congressional Map A – Altered Districts Only |
| 32 | Map 32: McCartan Congressional Map B1 – Altered Districts Only |
| 33 | Map 33: McCartan Congressional Map B2 – Altered Districts Only |
| 34 | Map 34: McCartan Congressional Map B2 – Altered Districts Only |
| 35 | Map 35: McCartan Congressional Map C2 – Altered Districts Only |
| 36 | Map 36: McCartan Congressional Map D – Altered Districts Only |
| 37 | 2020 Census Data - Total Population and Total Hispanic Population of Florida (including by County) |
| 38 | 2020 Census Data - Total Voting-Age Population and Total Hispanic Voting-Age Population of Florida (including by County) |
| 39 | Curriculum Vitae for Sean Trende, Ph.D. |
| 41 | Figure 1 from May 20, 2025 Expert Report of Sean Trende, Ph.D. |
| 42 | Figure 2 from May 20, 2025 Expert Report of Sean Trende, Ph.D. |
| 43 | Figure 3 from May 20, 2025 Expert Report of Sean Trende, Ph.D. |

| Exhibit No. | Description of Exhibit |
|---|---|
| 44 | Figure 4 from May 20, 2025 Expert Report of Sean Trende, Ph.D. |
| 45 | Figure 5 from May 20, 2025 Expert Report of Sean Trende, Ph.D. |
| 46 | Figure 6 from May 20, 2025 Expert Report of Sean Trende, Ph.D. |
| 47 | Figure 19 from May 20, 2025 Expert Report of Sean Trende, Ph.D. |
| 48 | Figure 20 from May 20, 2025 Expert Report of Sean Trende, Ph.D. |
| 49 | Figure 21 from May 20, 2025 Expert Report of Sean Trende, Ph.D. |
| 50 | Figure 22 from May 20, 2025 Expert Report of Sean Trende, Ph.D. |
| 51 | Figure 23 from May 20, 2025 Expert Report of Sean Trende, Ph.D. |
| 52 | Figure 24 from May 20, 2025 Expert Report of Sean Trende, Ph.D. |
| 53 | Figure 25 from May 20, 2025 Expert Report of Sean Trende, Ph.D. |
| 54 | Figure 26 from May 20, 2025 Expert Report of Sean Trende, Ph.D. |
| 55 | Figure 27 from May 20, 2025 Expert Report of Sean Trende, Ph.D. |
| 56 | Figure 28 from May 20, 2025 Expert Report of Sean Trende, Ph.D. |
| 57 | Figure 29 from May 20, 2025 Expert Report of Sean Trende, Ph.D. |
| 58 | Figure 30 from May 20, 2025 Expert Report of Sean Trende, Ph.D. |
| 59 | Figure 31 from May 20, 2025 Expert Report of Sean Trende, Ph.D. |
| 60 | Figure 32 from May 20, 2025 Expert Report of Sean Trende, Ph.D. |
| 61 | Figure 33 from May 20, 2025 Expert Report of Sean Trende, Ph.D. |
| 62 | Figure 34 from May 20, 2025 Expert Report of Sean Trende, Ph.D. |
| 63 | Figure 35 from May 20, 2025 Expert Report of Sean Trende, Ph.D. |
| 64 | Figure 36 from May 20, 2025 Expert Report of Sean Trende, Ph.D. |
| 65 | Figure 37 from May 20, 2025 Expert Report of Sean Trende, Ph.D. |
| 66 | Figure 38 from May 20, 2025 Expert Report of Sean Trende, Ph.D. |

| Exhibit No. | Description of Exhibit |
|---|---|
| 67 | Figure 39 from May 20, 2025 Expert Report of Sean Trende, Ph.D. |
| 68 | Figure 40 from May 20, 2025 Expert Report of Sean Trende, Ph.D. |
| 69 | Figure 41 from May 20, 2025 Expert Report of Sean Trende, Ph.D. |
| 70 | Figure 42 from May 20, 2025 Expert Report of Sean Trende, Ph.D. |
| 71 | Figure 43 from May 20, 2025 Expert Report of Sean Trende, Ph.D. |
| 72 | Figure 44 from May 20, 2025 Expert Report of Sean Trende, Ph.D. |
| 73 | Figure 45 from May 20, 2025 Expert Report of Sean Trende, Ph.D. |
| 74 | Figure 46 from May 20, 2025 Expert Report of Sean Trende, Ph.D. |
| 75 | Figure 47 from May 20, 2025 Expert Report of Sean Trende, Ph.D. |
| 76 | Figure 48 from May 20, 2025 Expert Report of Sean Trende, Ph.D. |
| 77 | Table 1 from May 20, 2025 Expert Report of Sean Trende, Ph.D. |
| 78 | Table 2 from May 20, 2025 Expert Report of Sean Trende, Ph.D. |
| 79 | Table 3 from May 20, 2025 Expert Report of Sean Trende, Ph.D. |
| 80 | Table 4 from May 20, 2025 Expert Report of Sean Trende, Ph.D. |
| 81 | Table 5 from May 20, 2025 Expert Report of Sean Trende, Ph.D. |
| 82 | Table 6 from May 20, 2025 Expert Report of Sean Trende, Ph.D. |
| 83 | Table 7 from May 20, 2025 Expert Report of Sean Trende, Ph.D. |
| 84 | Table 8 from May 20, 2025 Expert Report of Sean Trende, Ph.D. |
| 85 | Table 9 from May 20, 2025 Expert Report of Sean Trende, Ph.D. |
| 86 | Table 10 from May 20, 2025 Expert Report of Sean Trende, Ph.D. |
| 87 | Table 11 from May 20, 2025 Expert Report of Sean Trende, Ph.D. |
| 88 | Table 12 from May 20, 2025 Expert Report of Sean Trende, Ph.D. |
| 89 | Table 13 from May 20, 2025 Expert Report of Sean Trende, Ph.D. |

| Exhibit No. | Description of Exhibit |
|---|---|
| 90 | Table 14 from May 20, 2025 Expert Report of Sean Trende, Ph.D. |
| 91 | Tables 15-16 from May 20, 2025 Expert Report of Sean Trende, Ph.D. |
| 92 | Tables 17-18 from May 20, 2025 Expert Report of Sean Trende, Ph.D. |
| 93 | Tables 19-20 from May 20, 2025 Expert Report of Sean Trende, Ph.D. |
| 94 | Curriculum Vitae of Alfredo Gonzalez, Esq. |
| 97 | Detailed Map of State House District 112 |
| 98 | Detailed Map of State House District 113 |
| 99 | Detailed Map of State House District 114 |
| 100 | Detailed Map of State House District 115 |
| 101 | Detailed Map of State House District 116 |
| 102 | Detailed Map of State House District 118 |
| 103 | Detailed Map of State House District 119 |
| 104 | February 28, 2025 Assignment for Expert Report on Florida Redistricting Matter |
| 105 | Table 3 - VTD Fragments for CD 26 (sorted by HVAP) |
| 106 | Table 4 - VTDs for CD 26 (de-duplicated, sorted by HVAP) |
| 107 | Table 10 - VTDs for HD 113 (de-duplicated, sorted by HVAP) |
| 108 | Table 11 - VTDs for HD 115 (de-duplicated, sorted by HVAP) |
| 109 | Table 12 - VTDs for HD 118 (de-duplicated, sorted by HVAP) |
| 110 | Table 13 - VTDs for HD 119 (de-duplicated, sorted by HVAP) |
| 111 | January 31, 2023 Expert Report of Carolyn Abott in Grace, Inc. v. City of Miami |

| Exhibit No. | Description of Exhibit |
|---|---|
| 112 | HVAP Ranges - State House Districts |
| 115 | 2022-2032 Florida Congressional Districts |
| 117 | Florida House's Omnibus Notice of Taking Corporate Depositions |
| 118 | FIU ACLU Club 2024 Chat |
| 119 | List of FIU ACLU Members |
| 120 | Screenshot of FIU ACLU e-board chat |
| 121 | FIU ACLU List of Members |
| 122 | Screenshots of FIU ACLU Club 2024 messages |
| 123 | Fall 2024 PowerPoint presentation for FIU ACLU Club |
| 124 | Voter Registration for Genesis Castilla Falcon |
| 125 | Map of State House District 118 |
| 126 | May 21, 2024 Assignment for Expert Report on Florida Redistricting Matter |
| 127 | February 28, 2025 Addendum to Assignment for Expert Report on Florida Redistricting Matter |
| 128 | October 18, 2021 Memorandum to Mr. Ferrin from Chair Rodrigues |
| 132 | Compactness Scores for CD 24, 25, 27 |
| 134 | April 5, 2025 Bluesky Post by Cory McCartan |
| 136 | Amended and Restated Bylaws of Engage Miami |
| 137 | September 7, 2023 email from Aimee Ferrer |
| 138 | Membership List from Engage Miami |
| 139 | Membership List from Engage Miami |
| 140 | Membership List from Engage Miami |

| Exhibit No. | Description of Exhibit |
|---|---|
| 141 | 2021 Tax Form 990 for Engage Miami |
| 142 | 2020 Tax Form 990 for Engage Miami |
| 143 | Engage Miami Member Commitments |
| 144 | Engage Miami Member Commitments |
| 145 | Engage Miami Member Commitments |
| 146 | 2024 Engage Miami Member Intake Form |
| 147 | July 2, 2025 Subpoena directed at Miami-Dade County Supervisor of Elections Office |
| 150 | Cubanos Pa'Lante Leadership Chat |
| 151 | Cubanos Pa'Lante Facebook Posts |
| 152 | January 10, 2025 Capture of Cubanos Pa'Lante Website |
| 153 | July 2, 2025 Capture of Cubanos Pa'Lante Website |
| 154 | Press Release entitled "Critical Win in Lawsuit Against Florida's Racial Gerrymandering" |
| 155 | Cubanos Pa'Lante Newsletter Sign Up |
| 156 | June 3, 2024 Assignment for Expert Report on Florida Redistricting Matter |
| 157 | August 5, 2024 Supplemental Assignment for Expert Report on Florida Redistricting Matter |
| 160 | Table of Preferred Candidate in certain Benchmark Districts - Corrected |
| 161 | Figure 36: Estimated support for a given candidate by Hispanic voters in South Florida and white voters' statement |
| 162 | Table of Preferred Candidate in certain Benchmark Districts |
| 163 | Table 1: Registration and Turnout Statistics for CD20 |

| Exhibit No. | Description of Exhibit |
|---|---|
| 164 | Table 4: Registration and Turnout Statistics for CD24 |
| 171 | Press Release entitled "Community Groups and Local Residents File Lawsuit Challenging Racially Gerrymandered Congressional and State House Districts in South and Southwest Florida" |
| 172 | November 18, 2024 Cubanos' Responses to House's Second Set of Interrogatories |
| 173 | November 18, 2024 Engage Miami's Responses to House's Second Set of Interrogatories |
| 174 | November 18, 2024 FIU ACLU's Responses to House's Second Set of Interrogatories |
| 175 | February 10, 2025 Cubanos' Supplemental Responses to House's Third Set of Interrogatories |
| 176 | February 10, 2025 Engage Miami's Supplemental Responses to House's Third Set of Interrogatories |
| 177 | February 10, 2025 FIU ACLU's Supplemental Responses to House's Third Set of Interrogatories |
| 178 | April 23, 2025 Engage Miami's Responses to House's Sixth Set of Interrogatories |
| 179 | April 23, 2025 FIU ACLU's Responses to House's Sixth Set of Interrogatories |
| 180 | April 23, 2025 Belbruno's Responses to House's Fifth Set of Interrogatories |
| 181 | June 25, 2025 FIU ACLU's Second Supplemental Responses to House's First Set of Interrogatories |
| 182 | June 25, 2025 Engage Miami's Second Supplemental Responses to House's First Set of Interrogatories |
| 183 | June 25, 2025 Engage Miami's Supplemental Responses to House's Second Set of Interrogatories |

| Exhibit No. | Description of Exhibit |
|---|---|
| 184 | June 25, 2025 Cubanos Pa'lante's Supplemental Responses to House's Second Set of Interrogatories |
| 185 | June 25, 2025 FIU ACLU Club's Supplemental Responses to House's Second Set of Interrogatories |
| 186 | June 25, 2025 Engage Miami's Responses to House's Fourth Set of Interrogatories |
| 187 | June 25, 2025 Cubanos Pa'lante's Responses to House's Fourth Set of Interrogatories |
| 188 | June 25, 2025 FIU ACLU Club's Responses to House's Fourth Set of Interrogatories |
| 189 | June 25, 2025 Belbruno's Responses to House's Third Set of Interrogatories |
| 190 | June 25, 2025 Castilla Falcon's Responses to House's Third Set of Interrogatories |
| 191 | June 25, 2025 Polo's Responses to House's Third Set of Interrogatories |
| 192 | June 25, 2025 FIU ACLU Club's Responses to House's Fifth Set of Interrogatories |
| 193 | June 25, 2025 Castilla Falcon's Responses to House's Fifth Set of Interrogatories |
| 194 | June 25, 2025 Polo's Responses to House's Fifth Set of Interrogatories |
| 195 | February 10, 2025 Belbruno's Answers to House's First Request for Admissions |
| 196 | February 10, 2025 Cubanos' Answers to House's First Request for Admissions |
| 197 | February 10, 2025 Engage Miami's Answers to House's First Request for Admissions |

| Exhibit No. | Description of Exhibit |
|---|---|
| 198 | February 10, 2025 Castilla Falcon's Answers to House's First Request for Admissions |
| 199 | February 10, 2025 FIU ACLU's Answers to House's First Request for Admissions |
| 200 | February 10, 2025 Polo's Answers to House's First Request for Admissions |
| 201 | June 26, 2025 Plaintiffs' Answers to House's Second Request for Admissions |
| 202 | April 23, 2025 Plaintiffs' Answers to Secretary's First Requests for Admission |
| 203 | August 22, 2025 Plaintiffs' Answers to House's Third Request for Admissions |
| 204 | August 22, 2025 Plaintiffs' Answers to House's Fifth Request for Admissions |
| 205 | November 25, 2025 Plaintiffs' Supplemental Answers to House's Fourth Request for Admissions |
| 206 | November 25, 2025 Plaintiffs' Second Supplemental Answers to House's Second Request for Admissions |
| 226 | Florida's Office of Economic & Demographic Research - 2020 Census Profile for Florida |
| 227 | Florida's Office of Economic & Demographic Research - 2020 Census Profile for Broward County |
| 228 | Florida's Office of Economic & Demographic Research - 2020 Census Profile for Collier County |
| 229 | Florida's Office of Economic & Demographic Research - 2020 Census Profile for DeSoto County |
| 230 | Florida's Office of Economic & Demographic Research - 2020 Census Profile for Glades County |

| Exhibit No. | Description of Exhibit |
|---|---|
| 231 | Florida's Office of Economic & Demographic Research - 2020 Census Profile for Hardee County |
| 232 | Florida's Office of Economic & Demographic Research - 2020 Census Profile for Hendry County |
| 233 | Florida's Office of Economic & Demographic Research - 2020 Census Profile for Highlands County |
| 234 | Florida's Office of Economic & Demographic Research - 2020 Census Profile for Lee County |
| 235 | Florida's Office of Economic & Demographic Research - 2020 Census Profile for Miami-Dade County |
| 236 | Florida's Office of Economic & Demographic Research - 2020 Census Profile for Monroe County |
| 237 | Florida's Office of Economic & Demographic Research - 2020 Census Profile for Okeechobee County |
| 238 | Florida's Office of Economic & Demographic Research - 2020 Census Profile for Palm Beach County |
| 239 | Florida's Office of Economic & Demographic Research - 2020 Census Profile for Polk County |
| 274 | 2022-2032 Florida State House Districts |
| 275 | 2022-2032 Florida Congressional Districts |
| 313 | Paginated Version of Gonzalez Report |
| 326 | CS/SB 102 Bill Analysis and Fiscal Impact Statement |
| 328 | CS/SJR 100 House Message Summary |
| 329 | CS/SJR100 Returning Messages |
| 357 | Kendall McCartan Map |
| 358 | Detroit Map |

Dated January 26, 2026.                    Respectfully submitted,

/s/ *Mohammad O. Jazil*                    /s/ *Andy Bardos*
Mohammad O. Jazil                          Andy Bardos (FBN 822671)
Holtzman Vogel Baran                       andy.bardos@gray-robinson.com
Torchinsky & Josefiak PLLC                 GRAYROBINSON, P.A.
119 South Monroe Street, Suite 500         301 South Bronough Street, Suite 600
Tallahassee, Florida 32301                 Tallahassee, Florida 32301-1724
mjazil@holtzmanvogel.com                   Telephone: 850-577-9090
zbennington@holtzmanvogel.com
*Attorneys for Secretary of State*         Christopher M. Kise (FBN 855545)
                                           ckise@continentalpllc.com
Bradley R. McVay                           CONTINENTAL PLLC
Ashley Davis                               101 North Monroe Street, Suite 750
Florida Department of State                Tallahassee, Florida 32301
R.A. Gray Building                         Telephone: 850-270-2211
500 South Bronough Street
Tallahassee, Florida 32399                 Jesus M. Suarez (FBN 60086)
brad.mcvay@dos.myflorida.com               jsuarez@continentalpllc.com
ashley.davis@dos.myflorida.com             Carmen Manrara Cartaya (FBN 73887)
                                           ccartaya@continentalpllc.com
*Attorneys for Secretary of State*         Jennifer Marie Hernandez (FBN 1018836)
                                           jhernandez@continentalpllc.com
                                           CONTINENTAL PLLC
                                           245 Alcazar Avenue
                                           Coral Gables, Florida 33134
                                           Telephone: 305-677-2707

                                           *Attorneys for Defendant, Florida House of Representatives*