

**Map 1: State House Districts**

EXHIBIT **D1**