

**Map 2: State House Districts in Palm Beach, Broward, and Miami-Dade Counties**