

Map 3: State House Districts in Miami-Dade County

EXHIBIT D3