

**Map 4: State House District 106 – Municipalities**