

**Map 5: State House District 112 – Geographical Features**

EXHIBIT
**D5**