

**Map 6: State House District 112 – Municipalities**

EXHIBIT D6