

**Map 7: State House District 112 – Municipalities and Geographical Features**