

**Map 8: State House District 113 – Geographical Features**

EXHIBIT
**D8**