

**Map 9: State House District 113 – Municipalities**

EXHIBIT D9