

**Map 10: State House District 113 – Municipalities and Geographical Features**