

**Map 11: State House District 114 – Geographical Features**

EXHIBIT D11