

Map 12: State House District 114 – Municipalities

EXHIBIT D12