

**Map 13: State House District 114 – Municipalities and Geographical Features**