

Map 14: State House Districts 115 and 116 – Geographical Features

EXHIBIT D14