

**Map 15: State House Districts 115 and 116 – Municipalities**

EXHIBIT D15