
**Map 16: State House Districts 115 and 116 – Municipalities and Geographical Features**