
Case 1:24-cv-21983-JB   Document 193-17   Entered on FLSD Docket 01/26/2026   Page 1 of 1

**Map 17: State House Districts 118 and 119 – Geographical Features**

EXHIBIT D17