

Map 18: State House Districts 118 and 119 – Municipalities