

**Map 19: State House Districts 118 and 119 – Municipalities and Geographical Features**