

**Map 20: State House Districts in Miami-Dade County – Municipalities and Geographical Features**