

**Map 21: Congressional Districts**

EXHIBIT D21