

**Map 22: Congressional Districts in South Florida**

EXHIBIT D22