

**Map 23: Congressional District 26**

EXHIBIT
**D23**