

**Map 24: Congressional District 26 in Miami-Dade County – Geographical Features**