

**Map 25: Congressional District 26 in Miami-Dade County – Municipalities**