

**Map 26: Congressional District 26 in Miami-Dade County – Municipalities and Geographical Features**