

**Map 27: Congressional District 26 in Collier County – Geographical Features**