

**Map 28: Congressional District 26 in Collier County – Municipalities**

EXHIBIT D28