

**Map 29: Congressional District 26 in Collier County – Municipalities and Geographical Features**