

**Map 30: Congressional Districts – Coincident County and District Boundaries**