

Map 31: McCartan Congressional Map A – Altered Districts Only

EXHIBIT D31