Map 32: McCartan Congressional Map B1 – Altered Districts Only

EXHIBIT
D32