

**Map 33: McCartan Congressional Map B2 – Altered Districts Only**

EXHIBIT **D33**