

Map 34: McCartan Congressional Map C1 – Altered Districts Only

EXHIBIT **D34**