

Map 35: McCartan Congressional Map C2 – Altered Districts Only

EXHIBIT **D35**