

**Map 36: McCartan Congressional Map D – Altered Districts Only**

EXHIBIT
**D36**