Table: DECENNIALPL2020.P2

| | Total: | |
|---|---|---|
| | | Hispanic or Latino |
| | | |
| | | |
| **Label** | | |
| -> Florida | | |
|   Florida | 21,538,187 | 5,697,240 |
| -> Alachua County, Florida | | |
|   Alachua County, Florida | 278,468 | 33,614 |
| -> Baker County, Florida | | |
|   Baker County, Florida | 28,259 | 973 |
| -> Bay County, Florida | | |
|   Bay County, Florida | 175,216 | 13,846 |
| -> Bradford County, Florida | | |
|   Bradford County, Florida | 28,303 | 1,350 |
| -> Brevard County, Florida | | |
|   Brevard County, Florida | 606,612 | 67,907 |
| -> Broward County, Florida | | |
|   Broward County, Florida | 1,944,375 | 608,703 |
| -> Calhoun County, Florida | | |
|   Calhoun County, Florida | 13,648 | 622 |
| -> Charlotte County, Florida | | |
|   Charlotte County, Florida | 186,847 | 14,079 |
| -> Citrus County, Florida | | |
|   Citrus County, Florida | 153,843 | 9,241 |
| -> Clay County, Florida | | |
|   Clay County, Florida | 218,245 | 23,134 |
| -> Collier County, Florida | | |
|   Collier County, Florida | 375,752 | 102,249 |
| -> Columbia County, Florida | | |
|   Columbia County, Florida | 69,698 | 5,063 |
| -> DeSoto County, Florida | | |
|   DeSoto County, Florida | 33,976 | 10,011 |
| -> Dixie County, Florida | | |
|   Dixie County, Florida | 16,759 | 688 |
| -> Duval County, Florida | | |
|   Duval County, Florida | 995,567 | 112,689 |
| -> Escambia County, Florida | | |
|   Escambia County, Florida | 321,905 | 20,793 |
| -> Flagler County, Florida | | |
|   Flagler County, Florida | 115,378 | 12,299 |
| -> Franklin County, Florida | | |
|   Franklin County, Florida | 12,451 | 675 |
| -> Gadsden County, Florida | | |
|   Gadsden County, Florida | 43,826 | 5,093 |
| -> Gilchrist County, Florida | | |
|   Gilchrist County, Florida | 17,864 | 1,348 |

**EXHIBIT**

**D37**

Table: DECENNIALPL2020.P2

| Label | Total: | Hispanic or Latino |
|---|---|---|
| -> Glades County, Florida | | |
| Glades County, Florida | 12,126 | 3,050 |
| -> Gulf County, Florida | | |
| Gulf County, Florida | 14,192 | 555 |
| -> Hamilton County, Florida | | |
| Hamilton County, Florida | 14,004 | 1,455 |
| -> Hardee County, Florida | | |
| Hardee County, Florida | 25,327 | 10,604 |
| -> Hendry County, Florida | | |
| Hendry County, Florida | 39,619 | 22,112 |
| -> Hernando County, Florida | | |
| Hernando County, Florida | 194,515 | 29,045 |
| -> Highlands County, Florida | | |
| Highlands County, Florida | 101,235 | 20,943 |
| -> Hillsborough County, Florida | | |
| Hillsborough County, Florida | 1,459,762 | 427,381 |
| -> Holmes County, Florida | | |
| Holmes County, Florida | 19,653 | 688 |
| -> Indian River County, Florida | | |
| Indian River County, Florida | 159,788 | 20,832 |
| -> Jackson County, Florida | | |
| Jackson County, Florida | 47,319 | 2,215 |
| -> Jefferson County, Florida | | |
| Jefferson County, Florida | 14,510 | 658 |
| -> Lafayette County, Florida | | |
| Lafayette County, Florida | 8,226 | 938 |
| -> Lake County, Florida | | |
| Lake County, Florida | 383,956 | 65,375 |
| -> Lee County, Florida | | |
| Lee County, Florida | 760,822 | 173,161 |
| -> Leon County, Florida | | |
| Leon County, Florida | 292,198 | 22,914 |
| -> Levy County, Florida | | |
| Levy County, Florida | 42,915 | 4,080 |
| -> Liberty County, Florida | | |
| Liberty County, Florida | 7,974 | 562 |
| -> Madison County, Florida | | |
| Madison County, Florida | 17,968 | 881 |
| -> Manatee County, Florida | | |
| Manatee County, Florida | 399,710 | 70,979 |
| -> Marion County, Florida | | |
| Marion County, Florida | 375,908 | 55,910 |

Table: DECENNIALPL2020.P2

| | Total: | |
|---|---|---|
| | | Hispanic or Latino |
| | | |
| | | |
| **Label** | | |
| -> Martin County, Florida | | |
| Martin County, Florida | 158,431 | 24,187 |
| -> Miami-Dade County, Florida | | |
| Miami-Dade County, Florida | 2,701,767 | 1,856,938 |
| -> Monroe County, Florida | | |
| Monroe County, Florida | 82,874 | 19,432 |
| -> Nassau County, Florida | | |
| Nassau County, Florida | 90,352 | 4,449 |
| -> Okaloosa County, Florida | | |
| Okaloosa County, Florida | 211,668 | 22,578 |
| -> Okeechobee County, Florida | | |
| Okeechobee County, Florida | 39,644 | 9,857 |
| -> Orange County, Florida | | |
| Orange County, Florida | 1,429,908 | 473,025 |
| -> Osceola County, Florida | | |
| Osceola County, Florida | 388,656 | 211,089 |
| -> Palm Beach County, Florida | | |
| Palm Beach County, Florida | 1,492,191 | 349,933 |
| -> Pasco County, Florida | | |
| Pasco County, Florida | 561,891 | 93,157 |
| -> Pinellas County, Florida | | |
| Pinellas County, Florida | 959,107 | 102,439 |
| -> Polk County, Florida | | |
| Polk County, Florida | 725,046 | 187,695 |
| -> Putnam County, Florida | | |
| Putnam County, Florida | 73,321 | 7,816 |
| -> St. Johns County, Florida | | |
| St. Johns County, Florida | 273,425 | 22,607 |
| -> St. Lucie County, Florida | | |
| St. Lucie County, Florida | 329,226 | 66,320 |
| -> Santa Rosa County, Florida | | |
| Santa Rosa County, Florida | 188,000 | 11,890 |
| -> Sarasota County, Florida | | |
| Sarasota County, Florida | 434,006 | 43,236 |
| -> Seminole County, Florida | | |
| Seminole County, Florida | 470,856 | 106,539 |
| -> Sumter County, Florida | | |
| Sumter County, Florida | 129,752 | 7,583 |
| -> Suwannee County, Florida | | |
| Suwannee County, Florida | 43,474 | 4,785 |
| -> Taylor County, Florida | | |
| Taylor County, Florida | 21,796 | 866 |

Table: DECENNIALPL2020.P2

| | Total: | |
|---|---|---|
| | | **Hispanic or Latino** |
| | | |
| | | |
| **Label** | | |
| -> Union County, Florida | | |
|   Union County, Florida | 16,147 | 764 |
| -> Volusia County, Florida | | |
|   Volusia County, Florida | 553,543 | 82,652 |
| -> Wakulla County, Florida | | |
|   Wakulla County, Florida | 33,764 | 1,577 |
| -> Walton County, Florida | | |
|   Walton County, Florida | 75,305 | 6,187 |
| -> Washington County, Florida | | |
|   Washington County, Florida | 25,318 | 924 |

## HISPANIC OR LATINO, AND NOT HISPANIC OR LATINO BY RACE

United States® **Census** Bureau

**Note: The table shown may have been modified by user selections. Some information may be missing.**

| DATA NOTES | |
|---|---|
| TABLE ID: | P2 |
| SURVEY/PROGRAM: | Decennial Census |
| VINTAGE: | 2020 |
| DATASET: | DECENNIALPL2020 |
| PRODUCT: | DEC Redistricting Data (PL 94-171) |
| UNIVERSE: | Total population |
| MLA: | U.S. Census Bureau. "HISPANIC OR LATINO, AND NOT HISPANIC OR LATINO BY RACE." Decennial Census, DEC Redistricting |
| FTP URL: | https://www2.census.gov/programs-surveys/decennial/2020/data/ |
| API URL: | https://api.census.gov/data/2020/dec/pl |

| USER SELECTIONS | |
|---|---|
| TABLES | P2 |
| GEOS | Florida; All Counties within Florida |
| TOPICS | Redistricting |

| EXCLUDED COLUMNS | Florida |
|---|---|
| | Florida |
| | Florida |
| | Florida |
| | Florida |
| | Florida |
| | Florida |
| | Florida |
| | Florida |
| | Florida |
| | Florida |
| | Florida |
| | Florida |
| | Florida |
| | Florida |
| | Florida |
| | Florida |
| | Florida |
| | Florida |
| | Florida |
| | Florida |
| | Florida |
| | Florida |
| | Florida |
| | Florida |
| | Florida |
| | Florida |
| | Florida |
| | Florida |
| | Florida |
| | Florida |
| | Florida |
| | Florida |
| | Florida |
| | Florida |
| | Florida |
| | Florida |
| | Florida |
| | Florida |
| | Florida |
| | Florida |
| | Florida |

| | |
|---|---|
| | Florida |
| | Florida |
| | Florida |
| | Florida |
| | Florida |
| | Florida |
| | Florida |
| | Florida |
| | Florida |
| | Florida |
| | Florida |
| | Florida |
| | Florida |
| | Florida |
| | Florida |
| | Florida |
| | Florida |
| | Florida |
| | Florida |
| | Florida |
| | Florida |
| | Florida |
| | Florida |
| | Florida |
| | Florida |
| | Florida |
| | Florida |
| | |
| **APPLIED FILTERS** | None |
| | |
| **APPLIED SORTS** | None |
| | |
| **PIVOT & GROUPING** | |
| PIVOT COLUMNS | None |
| PIVOT MODE | Off |
| ROW GROUPS | None |
| VALUE COLUMNS | None |
| | |
| **WEB ADDRESS** | https://data.census.gov/table/DECENNIALPL2020.P2?q=P2:+HISPANIC+OR+LATINO,+AND+NOT+HISPANIC+OR+LATINO+B |
| | |
| **TABLE NOTES** | |
| | Note: For information on data collection, confidentiality protection, nonsampling error, and definitions, see 2020 Census |
| | For information on the statistical methods used to protect confidentiality in these tables, see Disclosure Avoidance and |
| | Source: U.S. Census Bureau, 2020 Census Redistricting Data (Public Law 94-171) |
| | |
| **COLUMN NOTES** | None |