Table: DECENNIALPL2020.P4

| | Total: | |
|---|---|---|
| | | Hispanic or Latino |
| | | |
| | | |
| **Label** | | |
| Florida | | |
|   Florida | 17,339,232 | 4,332,685 |
| Alachua County, Florida | | |
|   Alachua County, Florida | 227,905 | 26,433 |
| Baker County, Florida | | |
|   Baker County, Florida | 21,638 | 718 |
| Bay County, Florida | | |
|   Bay County, Florida | 139,659 | 9,565 |
| Bradford County, Florida | | |
|   Bradford County, Florida | 22,992 | 1,094 |
| Brevard County, Florida | | |
|   Brevard County, Florida | 497,095 | 48,780 |
| Broward County, Florida | | |
|   Broward County, Florida | 1,546,038 | 470,977 |
| Calhoun County, Florida | | |
|   Calhoun County, Florida | 10,923 | 465 |
| Charlotte County, Florida | | |
|   Charlotte County, Florida | 164,240 | 10,315 |
| Citrus County, Florida | | |
|   Citrus County, Florida | 131,487 | 6,705 |
| Clay County, Florida | | |
|   Clay County, Florida | 166,139 | 15,420 |
| Collier County, Florida | | |
|   Collier County, Florida | 313,169 | 74,006 |
| Columbia County, Florida | | |
|   Columbia County, Florida | 54,813 | 3,560 |
| DeSoto County, Florida | | |
|   DeSoto County, Florida | 27,008 | 6,786 |
| Dixie County, Florida | | |
|   Dixie County, Florida | 13,730 | 523 |
| Duval County, Florida | | |
|   Duval County, Florida | 781,603 | 80,636 |
| Escambia County, Florida | | |
|   Escambia County, Florida | 258,145 | 14,930 |
| Flagler County, Florida | | |
|   Flagler County, Florida | 96,386 | 9,050 |
| Franklin County, Florida | | |
|   Franklin County, Florida | 10,555 | 506 |
| Gadsden County, Florida | | |
|   Gadsden County, Florida | 34,617 | 3,362 |
| Gilchrist County, Florida | | |
|   Gilchrist County, Florida | 14,174 | 927 |

**EXHIBIT**

**D38**

Table: DECENNIALPL2020.P4

| | Total: | |
|---|---|---|
| | | Hispanic or Latino |
| | | |
| | | |
| **Label** | | |
| Glades County, Florida | | |
|   Glades County, Florida | 10,088 | 2,265 |
| Gulf County, Florida | | |
|   Gulf County, Florida | 11,821 | 418 |
| Hamilton County, Florida | | |
|   Hamilton County, Florida | 11,329 | 989 |
| Hardee County, Florida | | |
|   Hardee County, Florida | 18,840 | 6,845 |
| Hendry County, Florida | | |
|   Hendry County, Florida | 29,444 | 15,713 |
| Hernando County, Florida | | |
|   Hernando County, Florida | 158,664 | 20,782 |
| Highlands County, Florida | | |
|   Highlands County, Florida | 83,524 | 14,713 |
| Hillsborough County, Florida | | |
|   Hillsborough County, Florida | 1,139,031 | 313,058 |
| Holmes County, Florida | | |
|   Holmes County, Florida | 15,598 | 494 |
| Indian River County, Florida | | |
|   Indian River County, Florida | 134,386 | 14,560 |
| Jackson County, Florida | | |
|   Jackson County, Florida | 38,271 | 1,620 |
| Jefferson County, Florida | | |
|   Jefferson County, Florida | 12,055 | 484 |
| Lafayette County, Florida | | |
|   Lafayette County, Florida | 6,819 | 678 |
| Lake County, Florida | | |
|   Lake County, Florida | 312,444 | 46,469 |
| Lee County, Florida | | |
|   Lee County, Florida | 628,325 | 122,745 |
| Leon County, Florida | | |
|   Leon County, Florida | 236,591 | 17,673 |
| Levy County, Florida | | |
|   Levy County, Florida | 34,293 | 2,717 |
| Liberty County, Florida | | |
|   Liberty County, Florida | 6,507 | 410 |
| Madison County, Florida | | |
|   Madison County, Florida | 14,388 | 676 |
| Manatee County, Florida | | |
|   Manatee County, Florida | 326,633 | 47,826 |
| Marion County, Florida | | |
|   Marion County, Florida | 308,357 | 40,186 |

Table: DECENNIALPL2020.P4

| | Total: | |
|---|---|---|
| | | Hispanic or Latino |
| | | |
| | | |
| **Label** | | |
| Martin County, Florida | | |
|   Martin County, Florida | 132,255 | 16,201 |
| Miami-Dade County, Florida | | |
|   Miami-Dade County, Florida | 2,178,620 | 1,522,567 |
| Monroe County, Florida | | |
|   Monroe County, Florida | 70,617 | 15,127 |
| Nassau County, Florida | | |
|   Nassau County, Florida | 72,186 | 2,985 |
| Okaloosa County, Florida | | |
|   Okaloosa County, Florida | 164,455 | 14,874 |
| Okeechobee County, Florida | | |
|   Okeechobee County, Florida | 30,932 | 6,414 |
| Orange County, Florida | | |
|   Orange County, Florida | 1,115,798 | 353,363 |
| Osceola County, Florida | | |
|   Osceola County, Florida | 297,816 | 156,913 |
| Palm Beach County, Florida | | |
|   Palm Beach County, Florida | 1,208,624 | 256,872 |
| Pasco County, Florida | | |
|   Pasco County, Florida | 448,026 | 65,024 |
| Pinellas County, Florida | | |
|   Pinellas County, Florida | 810,121 | 75,570 |
| Polk County, Florida | | |
|   Polk County, Florida | 566,436 | 130,169 |
| Putnam County, Florida | | |
|   Putnam County, Florida | 58,184 | 5,057 |
| St. Johns County, Florida | | |
|   St. Johns County, Florida | 210,601 | 14,979 |
| St. Lucie County, Florida | | |
|   St. Lucie County, Florida | 263,741 | 46,872 |
| Santa Rosa County, Florida | | |
|   Santa Rosa County, Florida | 145,194 | 7,937 |
| Sarasota County, Florida | | |
|   Sarasota County, Florida | 374,464 | 31,468 |
| Seminole County, Florida | | |
|   Seminole County, Florida | 370,782 | 77,906 |
| Sumter County, Florida | | |
|   Sumter County, Florida | 120,696 | 5,962 |
| Suwannee County, Florida | | |
|   Suwannee County, Florida | 34,279 | 3,212 |
| Taylor County, Florida | | |
|   Taylor County, Florida | 17,482 | 684 |

Table: DECENNIALPL2020.P4

| | Total: | |
|---|---|---|
| | | Hispanic or Latino |
| | | |
| | | |
| **Label** | | |
| Union County, Florida | | |
|   Union County, Florida | 13,093 | 615 |
| Volusia County, Florida | | |
|   Volusia County, Florida | 458,123 | 59,867 |
| Wakulla County, Florida | | |
|   Wakulla County, Florida | 26,854 | 1,221 |
| Walton County, Florida | | |
|   Walton County, Florida | 59,955 | 4,098 |
| Washington County, Florida | | |
|   Washington County, Florida | 20,174 | 649 |

## HISPANIC OR LATINO, AND NOT HISPANIC OR LATINO BY RACE FOR THE POPULATION

**United States® Census Bureau**

Note: The table shown may have been modified by user selections. Some information may be missing.

| DATA NOTES | |
|---|---|
| TABLE ID: | P4 |
| SURVEY/PROGRAM: | Decennial Census |
| VINTAGE: | 2020 |
| DATASET: | DECENNIALPL2020 |
| PRODUCT: | DEC Redistricting Data (PL 94-171) |
| UNIVERSE: | Total population 18 years and over |
| MLA: | U.S. Census Bureau. "HISPANIC OR LATINO, AND NOT HISPANIC OR LATINO BY RACE FOR THE POPULATION 18 YEARS AND |
| FTP URL: | https://www2.census.gov/programs-surveys/decennial/2020/data/ |
| API URL: | https://api.census.gov/data/2020/dec/pl |
| | |
| USER SELECTIONS | |
| TABLES | P4 |
| TOPICS | Hispanic or Latino |
| GEOS | All Counties within Florida; Florida |
| | |
| EXCLUDED COLUMNS | Florida |
| | Florida |
| | Florida |
| | Florida |
| | Florida |
| | Florida |
| | Florida |
| | Florida |
| | Florida |
| | Florida |
| | Florida |
| | Florida |
| | Florida |
| | Florida |
| | Florida |
| | Florida |
| | Florida |
| | Florida |
| | Florida |
| | Florida |
| | Florida |
| | Florida |
| | Florida |
| | Florida |
| | Florida |
| | Florida |
| | Florida |
| | Florida |
| | Florida |
| | Florida |
| | Florida |
| | Florida |
| | Florida |
| | Florida |
| | Florida |
| | Florida |
| | Florida |
| | Florida |
| | Florida |
| | Florida |
| | Florida |
| | Florida |
| | Florida |

Table: DECENNIALPL2020.P4

| | |
|---|---|
| | Florida |
| | Florida |
| | Florida |
| | Florida |
| | Florida |
| | Florida |
| | Florida |
| | Florida |
| | Florida |
| | Florida |
| | Florida |
| | Florida |
| | Florida |
| | Florida |
| | Florida |
| | Florida |
| | Florida |
| | Florida |
| | Florida |
| | Florida |
| | Florida |
| | Florida |
| | Florida |
| | Florida |
| | Florida |
| | Florida |
| | Florida |
| | |
| **APPLIED FILTERS** | None |
| | |
| **APPLIED SORTS** | None |
| | |
| **PIVOT & GROUPING** | |
| PIVOT COLUMNS | None |
| PIVOT MODE | Off |
| ROW GROUPS | None |
| VALUE COLUMNS | None |
| | |
| **WEB ADDRESS** | https://data.census.gov/table/DECENNIALPL2020.P4?q=P4&t=Hispanic+or+Latino&g=040XX00US12,12$0500000&tp=true |
| | |
| **TABLE NOTES** | |
| | Note: For information on data collection, confidentiality protection, nonsampling error, and definitions, see 2020 Census |
| | For information on the statistical methods used to protect confidentiality in these tables, see Disclosure Avoidance and |
| | Source: U.S. Census Bureau, 2020 Census Redistricting Data (Public Law 94-171) |
| | |
| **COLUMN NOTES** | None |