Figure 1: Comparison of low Reock district (left) with high Reock district (right)

 

(a) Enacted District 17        (b) Enacted District 6

EXHIBIT
D41