Figure 2: Comparison of low Polsby-Popper district (left) with high Polsby-Popper district (right)





(a) Enacted District 20

(b) Enacted District 27

EXHIBIT
D42