Figure 3: Illustration of Convex Hull Scores

(a) Enacted District 16

(b) Enacted District 27

EXHIBIT
D43