Figure 4: South Everglades Definitions, US EPA



United States Environmental Protection Agency, *Everglades Regional Environmental Monitoring and Assessment Program - REMAP*, at 7 (url in text)



EXHIBIT
**D44**