# Figure 5: Florida Everglades Protection Act

Everglades Law (url in text)

