Figure 6: Everglades National Park and District Boundaries, Enacted Map and McCartan Demonstration maps





EXHIBIT D46