

Figure 19: McCartan Illustrative Plan A split of Hendry County

Source: Dave's Redistricting App

EXHIBIT
D47