Figure 20: Split Counties, by map

| Enacted | A | B1 | B2 | C1 | C2 | D |
|---|---|---|---|---|---|---|
| Broward | Broward | Broward | Broward | Broward | Brevard | Brevard |
| Collier | Duval | Charlotte | Charlotte | Duval | Broward | Broward |
| Duval | Hendry | Duval | Duval | Hendry | Duval | Duval |
| Hillsborough | Hillsborough | Hendry | Hendry | Highlands | Hendry | Hendry |
| Lafayette | Lafayette | Hillsborough | Hillsborough | Hillsborough | Hillsborough | Hillsborough |
| Lake | Lake | Lafayette | Lafayette | Lafayette | Lafayette | Lafayette |
| Lee | Lee | Lake | Lake | Lake | Lake | Lake |
| Marion | Marion | Lee | Lee | Lee | Lee | Lee |
| Miami-Dade | Miami-Dade | Marion | Marion | Manatee | Manatee | Marion |
| Orange | Orange | Miami-Dade | Miami-Dade | Marion | Marion | Miami-Dade |
| Palm Beach | Palm Beach | Orange | Orange | Miami-Dade | Miami-Dade | Orange |
| Pasco | Pasco | Palm Beach | Palm Beach | Orange | Orange | Palm Beach |
| Pinellas | Pinellas | Pasco | Pasco | Palm Beach | Palm Beach | Pasco |
| Polk | Polk | Pinellas | Pinellas | Pasco | Pasco | Pinellas |
| St. Johns | Sarasota | Polk | Polk | Pinellas | Pinellas | Polk |
| Volusia | St. Johns | Sarasota | Sarasota | Polk | Polk | Sarasota |
| Walton | Volusia | St. Johns | St. Johns | Sarasota | Sarasota | St. Johns |
| — | Walton | Volusia | Volusia | St. Johns | St. Johns | Volusia |
| — | — | Walton | Walton | Volusia | Volusia | Walton |
| — | — | — | — | Walton | Walton | — |

EXHIBIT D48