Figure 21: HVAP of precincts, South Florida, with Enacted Map boundaries overlaid



EXHIBIT
D49