Figure 22: HVAP of census blocks, South Florida, with Enacted Map boundaries overlaid





EXHIBIT
D50