Figure 23: Dot density map of Hispanic Population, Collier County (one blue dot = 10 Hispanic Residents of Voting Age



EXHIBIT D51