Figure 24: Dot density map of White Population, Collier County (one orange dot = 10 Whe Residents of Voting Age



EXHIBIT D52