Figure 25: Dot density map of Hispanic and White Populations, Collier County (one blue dot = 10 Hispanic Residents of Voting Age; one orange dot = 10 White Residents of Voting Age



EXHIBIT D53