Figure 26: Division of Collier County, Enacted Map



