Figure 27: Division of Immokalee, shaded at census block level by HVAP%



EXHIBIT

D55