Figure 28: Division of Immokalee, shaded at census block level by HVAP%



EXHIBIT
D56