Figure 29: Dot density map of White Population, Immokalee area (one orange dot = 10 White Residents of Voting Age



EXHIBIT
D57