Figure 30: Dot density map of Hispanic Population, Immokalee area (one blue dot = 10 Hispanic Residents of Voting Age



EXHIBIT

D58