Figure 31: District 19/26 split of Collier County, shaded at census block level by HVAP%

EXHIBIT D59