Figure 32: Dot density map of Hispanic Population, western Collier County (one blue dot = 10 Hispanic Residents of Voting Age



EXHIBIT
D60