Figure 33: Dot density map of White Population, western Collier County (one orange dot = 10 Whe Residents of Voting Age



EXHIBIT

D61