Figure 35: District 19/26 split, Northern Collier County, shaded by HVAP% at VTD level



EXHIBIT D63