Figure 36: District 19/26 split, South/Central Collier County, shaded by HVAP% at VTD level



EXHIBIT

D64