Figure 37: Dot density map of Miami Area, one black dot reflects 75 Black residents of voting age



EXHIBIT

D65