Figure 38: Dot density map of Miami Area, one orange dot reflects 75 White residents of voting age



EXHIBIT
D66