Figure 39: Dot density map of Miami Area, one blue dot reflects 75 Hispanic residents of voting age



EXHIBIT
D67