Figure 40: Dot density map of Miami Area, one black dot reflects 75 Black residents of voting age, one blue dot reflects 75 Hispanic residents of voting age, one orange dot reflects 75 White residents of voting age



EXHIBIT
D68