Figure 41: HVAP% of District portions contained in Miami-Dade County, by map, ranked from least-to-most heavily Hispanic.



EXHIBIT
D69