Figure 42: Census blocks (dotted line) in a sample of Collier County, with VTD (black line) and District lines (blue dashed line) overlaid



EXHIBIT D70