

Figure 43: Republican Registration Advantage Among Hispanics, 11/2020-4/2025

EXHIBIT
D71