Figure 44: Miami Area Florida House of Representatives districts, with Hispanic share of VTDs shaded



EXHIBIT D72