Figure 45: Dot density map of Miami area districts. One blue dot is 10 Hispanic residents of Voting Age; One black dot is 10 Black residents of voting age; One orange dot is 10 White residents of voting age.



EXHIBIT
D73