Figure 46: Dot density map of Miami area districts. One black dot is 10 Black residents of voting age.



EXHIBIT
D74