Figure 47: Dot density map of Miami area districts. One orange dot is 10 White residents of voting age.



**EXHIBIT**

**D75**