Figure 48: Dot density map of Miami area districts. One blue dot is 10 Hispanic residents of Voting Age.



EXHIBIT
D76