Table 1: HVAP/BVAP of Miami-Dade Districts in Dr. McCartan's Demonstration Maps.

| Map | District 24 (BVAP) | District 26 (HVAP) | District 27 (HVAP) | District 28 (HVAP) |
|---|---|---|---|---|
| Enacted | 42.2% | 73.2% | 74.2% | 73.4% |
| A, C1, C2, D | 40.2% | 91.1% | 66.7% | 65% |
| B1 | 36.7% | 89.5% | 64% | 65% |
| B2 | 36.3% | 71.6% | 74.2% | 73.1% |

EXHIBIT D77