Table 2: Total number of residents moved in Dr. McCartan's Demonstration Maps.

| Map | Number of people moved |
|---|---:|
| A | 3,430,408 |
| B1 | 3,563,435 |
| B2 | 2,959,929 |
| C1 | 5,015,019 |
| C2 | 5,012,513 |
| D | 5,465,222 |

EXHIBIT
D78