Table 3: Total number of residents moved in Dr. McCartan's Demonstration Maps, by Enacted district number.

| District | Map A | Map B1 | Map B2 | Map C1 | Map C2 | Map D |
|---|---|---|---|---|---|---|
| 6  | –       | –       | –       | –       | –       | 88,091  |
| 7  | –       | –       | –       | –       | –       | 298,365 |
| 8  | –       | –       | –       | 159,788 | 174,481 | 216,946 |
| 9  | –       | –       | –       | 159,879 | 174,572 | 168,059 |
| 10 | –       | –       | –       | 132,520 | 132,520 | 319,012 |
| 11 | –       | 4,109   | 4,109   | 4,085   | 4,085   | 337,631 |
| 15 | –       | 117,277 | 117,277 | 117,277 | 117,277 | 117,277 |
| 16 | 317,908 | 256,788 | 256,788 | 416,575 | 405,941 | 258,604 |
| 17 | 361,149 | 361,058 | 361,058 | 507,738 | 497,109 | 361,057 |
| 18 | 317,098 | 256,788 | 256,788 | 416,647 | 406,013 | 188,380 |
| 19 | 361,149 | 361,057 | 361,057 | 349,767 | 349,772 | 361,057 |
| 20 | 39,698  | 28,618  | 39,698  | 263,115 | 263,115 | 263,115 |
| 21 | 214,125 | 214,125 | 214,125 | 255,226 | 255,226 | 255,226 |
| 22 | 242,669 | 242,669 | 242,669 | 447,970 | 447,970 | 447,970 |
| 23 | 251,262 | 240,182 | 251,262 | 468,132 | 468,132 | 468,132 |
| 24 | 234,924 | 305,823 | 304,015 | 234,924 | 234,924 | 234,924 |
| 25 | 240,255 | 240,255 | 240,255 | 232,015 | 232,015 | 232,015 |
| 26 | 323,168 | 381,245 | 306,262 | 323,168 | 323,168 | 323,168 |
| 27 | 323,168 | 350,416 | 2,283   | 323,168 | 323,168 | 323,168 |
| 28 | 203,025 | 203,025 | 2,283   | 203,025 | 203,025 | 203,025 |

EXHIBIT D79