Table 4: Municipalities split by McCartan Maps not split in legislative maps, and vice-versa.

| Map A | | | | |
|---|---|---|---|---|
| McCartan | Boynton Beach | Jupiter | Pembroke Pines | Venice |
| Legislature | Longboat Key | Margate | Miramar | |

| Map B1 | | | | |
|---|---|---|---|---|
| McCartan | Boynton Beach | Hollywood | Jupiter | Pembroke Pines |
| Legislature | Lakeland | Longboat Key | Miramar | |

| Map B2 | | | | |
|---|---|---|---|---|
| McCartan | Boynton Beach | Jupiter | Pembroke Pines | |
| Legislature | Lakeland | Longboat Key | Margate | Miramar |

| Map C1 | | | | | |
|---|---|---|---|---|---|
| McCartan | Pembroke Pines | Wint. Haven | | | |
| Legislature | Longboat Key | Margate | Miramar | Riviera Beach | WP Beach |

| Map C2 | | | | | |
|---|---|---|---|---|---|
| McCartan | Palm Bay | Pembroke Pines | Wint. Haven | | |
| Legislature | Longboat Key | Margate | Miramar | Riviera Beach | WP Beach |

| Map D | | | | | |
|---|---|---|---|---|---|
| McCartan | Palm Bay | Pembroke Pines | Port Orange | | |
| Legislature | Longboat Key | Margate | Miramar | Riviera Beach | WP Beach |



EXHIBIT
D80