Table 5: Boundary analysis of McCartan Maps and Enacted Map.

| Map | Overall | Districts 17-28 | Districts 26-28 | District 26 |
|---|---|---|---|---|
| A | 1.3% | 13.3% | 7.3% | 15.0% |
| B1 | 1.3% | 13.2% | 8.7% | 17.0% |
| B2 | 0.5% | 12.2% | 3.7% | 4.0% |
| C1 | 0.5% | 12.8% | 7.3% | 15.0% |
| C2 | 0.6% | 12.4% | 7.3% | 15.0% |
| D | -1.5% | 12.5% | 7.3% | 15.0% |
| Enacted | – | 12.4% | 5.7% | 9.0% |

EXHIBIT D81