Table 6: Compactness Scores, Districts 24 and 26-28 Only, McCartan Maps and Enacted Map.

| Measure | A | B1 | B2 | C1 | C2 | D | Enacted |
|---|---|---|---|---|---|---|---|
| Convex Hull | 0.775 | 0.798 | 0.780 | 0.775 | 0.775 | 0.775 | 0.792 |
| Polsby-Popper | 0.432 | 0.436 | 0.452 | 0.432 | 0.432 | 0.432 | 0.445 |
| Reock | 0.419 | 0.417 | 0.425 | 0.419 | 0.419 | 0.419 | 0.427 |

**EXHIBIT D82**