Table 7: Combined HVAPs of Districts 26, 27 and 28, by map

| Map | Total Combined Hispanic Voting Age Population, Districts 26, 27, 28 |
|---|---|
| Enacted | 1,375,103 |
| A | 1,392,058 |
| B1 | 1,364,507 |
| B2 | 1,365,085 |
| C1 | 1,392,058 |
| C2 | 1,392,058 |
| D | 1,392,058 |

EXHIBIT D83