Table 8: HVAP of District 26, by Map

| Map | Hispanic Voting Age Population, District 26 |
|---|---:|
| Enacted | 456,512 |
| A | 574,334 |
| B1 | 565,289 |
| B2 | 447,686 |
| C1 | 574,334 |
| C2 | 574,334 |
| D | 574,334 |

EXHIBIT
D84