Table 9: HVAP/BVAP of Miami-Dade Districts in Dr. McCartan's Demonstration Maps.

| District | A | B1 | B2 | C1 | C2 | D |
|---|---|---|---|---|---|---|
| 24 | 38.6% | 45.8% | 45.6% | 38.6% | 45.6% | 38.6% |
| 26 | 91.1% | 89.5% | 71.6% | 91.1% | 71.6% | 91.1% |
| 27 | 66.7% | 64.0% | 74.2% | 66.7% | 74.2% | 66.7% |
| 28 | 70.7% | 70.7% | 79.9% | 70.7% | 79.9% | 70.7% |

EXHIBIT
D85