Table 10: HVAP of split CDPs, Miami-Dade County, McCartan Maps A, C1, C2 and D

| Place | 26 | 27 | 28 |
|---|---|---|---|
| Kendale Lakes CDP | 92.3% | 85.6% | – |
| Kendall CDP | 82.3% | 69.7% | – |
| Kendall West CDP | 90.6% | 92.9% | – |
| Olympia Heights CDP | 89.7% | – | 87.6% |
| Sunset CDP | 84.7% | 75.5% | 80.4 |
| Westchester CDP | 88.6% | – | 91.4 |

EXHIBIT D86