Table 11: HVAP of split CDPs, Miami-Dade County, McCartan Map B1

| Place | 26 | 27 | 28 |
|---|---|---|---|
| Glenvar Heights CDP | 76.0% | 65.9% | – |
| Kendale Lakes CDP | 92.3% | – | 85.6% |
| Kendall CDP | 82.3% | – | 69.7% |
| Kendall West CDP | 90.6% | – | 92.9% |
| Sunset CDP | 83.6% | – | 75.5 |
| West Little River CDP | 76.9% | 39.8% | – |

EXHIBIT D87