Table 12: HVAP of split CDPs, Miami-Dade County, McCartan Map B2

| Place | 26 | 27 | 28 |
|---|---|---|---|
| Country Club CDP | 86.9% | 89.1% | – |
| Miami City | – | 57.7% | 78.1% |
| Westview CDP | 0.0% | 40.4% | – |

EXHIBIT D88