Table 13: Boundary VTD Pairs, McCartan Maps A, C1, C2, and D, Miami-Dade County

| VTD (26) | HVAP | VTD (24) | HVAP | Higher in 26? |
|---|---|---|---|---|
| 369 | 95.10% | W015 | 48.80% | Yes |
| 369 | 95.10% | W016 | 50.50% | Yes |
| 369 | 95.10% | W017 | 51.40% | Yes |
| 369 | 95.10% | W014 | 58% | Yes |
| 365 | 84.20% | W021 | 57.10% | Yes |
| 365 | 84.20% | Santorini Isles | 56.30% | Yes |
| 364 | 88.80% | Santorini Isles | 56.30% | Yes |
| 303 | 81.60% | W020 | 55.80% | Yes |
| 303 | 81.60% | W021 | 57.10% | Yes |
| 350 | 71.80% | W021 | 57.10% | Yes |
| 350 | 71.80% | 201 | 89.30% | No |
| 355 | 87.60% | 201 | 89.30% | No |
| 355 | 87.60% | 272 | 84.60% | Yes |
| 355 | 87.60% | 230 | 76.50% | Yes |
| 351 | 82.10% | 231 | 83.80% | No |
| 303 | 81.60% | 231 | 83.80% | No |
| 306 | 80.50% | 233 | 70.10% | Yes |
| 312 | 96.40% | 392 | 38.20% | Yes |
| 332 | 96.90% | 392 | 38.20% | Yes |
| 334 | 94.10% | 392 | 38.20% | Yes |
| 316 | 95.10% | 392 | 38.20% | Yes |
| 315 | 95.50% | 392 | 38.20% | Yes |
| 314 | 91.50% | 236 | 57.40% | Yes |
| 314 | 91.50% | 241 | 48.60% | Yes |

EXHIBIT D89