Table 14: Boundary VTD Pairs, McCartan Map B1, Miami-Dade County

| | | | | |
|---|---|---|---|---|
| 178 | 39.20% | 135 | 29.80% | Yes |
| 237 | 37.70% | 269 | 28.60% | Yes |
| 240 | 34.40% | 134 | 25.60% | Yes |
| 241 | 51.50% | 242 | 31.10% | Yes |
| 265 | 41.80% | 133 | 39.50% | Yes |
| 280 | 22.10% | 269 | 28.60% | No |
| 280 | 22.10% | 239 | 16.30% | Yes |
| 280 | 22.10% | 133 | 39.50% | No |
| 296 | 61.90% | 234 | 48.00% | Yes |
| 305 | 81.70% | 372 | 89.20% | No |
| 306 | 80.50% | 303 | 81.60% | No |
| 306 | 80.50% | 233 | 70.10% | Yes |
| 352 | 83.60% | 302 | 85.70% | No |
| 352 | 83.60% | 372 | 89.20% | No |
| 363 | 90.50% | 389 | 89.20% | Yes |
| 369 | 95.10% | W015 | 48.80% | Yes |
| 369 | 95.10% | W016 | 50.50% | Yes |
| 369 | 95.10% | W017 | 51.40% | Yes |
| 369 | 95.10% | W014 | 58% | Yes |
| 369 | 95.10% | 365 | 84.20% | Yes |
| 369 | 95.10% | 389 | 89.20% | Yes |
| 390 | 87.80% | 389 | 89.20% | No |
| 390 | 87.80% | 302 | 85.70% | Yes |

EXHIBIT D90