Table 15: Boundary VTD Pairs, McCartan Map B2, Miami-Dade County

| VTD (26) | HVAP | VTD (24) | HVAP | Higher in 26? |
|---|---|---|---|---|
| 11 | 0.672 | 9 | 0.468 | Yes |
| 11 | 0.672 | 10 | 0.284 | Yes |
| 13 | 0.715 | 9 | 0.468 | Yes |
| 150 | 0.276 | 169 | 0.422 | No |
| 150 | 0.276 | 150b | 0.347 | No |
| 151 | 0.409 | 139 | 0.254 | Yes |
| 151 | 0.409 | 142 | 0.327 | Yes |
| 152 | 0.36 | 137 | 0.239 | Yes |
| 157 | 0.346 | 10 | 0.284 | Yes |
| 157 | 0.346 | 149b | 0.365 | No |
| 160 | 0.245 | 136 | 0.288 | No |
| 160 | 0.245 | 144a | 0.18 | Yes |
| 164 | 0.38 | 149b | 0.365 | Yes |
| 164 | 0.38 | 150b | 0.347 | Yes |
| 177 | 0.43 | 137 | 0.239 | Yes |
| 177 | 0.43 | 139 | 0.254 | Yes |
| 178 | 0.392 | 135 | 0.298 | Yes |
| 237 | 0.377 | 269 | 0.281 | Yes |
| 240 | 0.344 | 134 | 0.256 | Yes |

EXHIBIT
D91

Table 16: Boundary VTD Pairs, McCartan Map B2, Miami-Dade County, ctd.

| VTD (26) | HVAP | VTD (24) | HVAP | Higher in 26? |
|---|---|---|---|---|
| 242 | 0.287 | 135 | 0.298 | No |
| 265 | 0.418 | 133 | 0.395 | Yes |
| 280 | 0.221 | 133 | 0.395 | No |
| 280 | 0.221 | 239 | 0.163 | Yes |
| 280 | 0.221 | 269 | 0.281 | No |
| 296 | 61.9 | 234 | 0.482 | Yes |
| 306 | 80.50% | 233 | 70.00% | Yes |
| 348 | 0.965 | 369 | 0.951 | Yes |
| 352 | 83.60% | 302 | 85.60% | No |
| 363 | 90.50% | 369 | 95.10% | No |
| 363 | 90.50% | 389 | 89.20% | Yes |
| 368 | 95.40% | 369 | 95.10% | Yes |
| 372 | 89.20% | 300 | 92.50% | No |
| 372 | 89.20% | 300A | 88.10% | Yes |
| 390 | 87.80% | 302 | 85.60% | Yes |
| 390 | 87.80% | 389 | 89.20% | No |
| 144c | 0.303 | 136 | 0.288 | Yes |
| 144c | 0.303 | 144a | 0.18 | Yes |
| 149a | 0.266 | 149b | 0.365 | No |