Table 17: HVAP% of Districts in maps introduced by Florida legislators

| Map Name | Date | D26 | D27 | D28 |
|----------|------|-----|-----|-----|
| S000C8002 | 11/10/2021 | 76.89%* | 73.35%* | 74.18%* |
| | | D25 | D26 | D27 |
| S000C8004 | 11/10/2021 | 76.89%* | 73.35%* | 74.18%* |
| | | *D25 | D26 | D27 |
| S000C8006 | 11/10/2021 | 76.89%* | 73.35%* | 74.18%* |
| | | *D25 | D26 | D27 |
| S000C8008 | 11/10/2021 | 76.89%* | 73.35%* | 74.18%* |
| | | *D25 | D26 | D27 |
| S000C8018 | 11/24/2021 | 76.83%* | 73.35%* | 74.18%* |
| | | *D25 | D26 | D27 |
| S000C8020 | 11/24/2021 | 76.83%* | 73.35%* | 74.18%* |
| | | *D25 | D26 | D27 |
| S000C8022 | 11/24/2021 | 76.83%* | 73.35%* | 74.18%* |
| | | *D25 | D26 | D27 |
| S000C8024 | 11/24/2021 | 76.83%* | 73.35%* | 74.18%* |
| | | *D25 | D26 | D27 |
| S000C8036 | 1/5/2022 | 76.83%* | 73.35%* | 74.18%* |
| | | *D25 | D26 | D27 |

EXHIBIT

D92

Table 18: HVAP% of Districts in maps introduced by Florida legislators, cntd

| Map Name | Date | D26 | D27 | D28 |
|----------|------|-----|-----|-----|
| S000C8038 | 1/5/2022 | 76.83%* | 73.35%* | 74.18%* |
|  |  | *D25 | D26 | D27 |
| S000C8040 | 1/5/2022 | 76.83%* | 73.35%* | 74.18%* |
|  |  | *D25 | D26 | D27 |
| S000C8042 | 1/5/2022 | 76.83%* | 73.35%* | 74.18%* |
|  |  | *D25 | D26 | D27 |
| S000C8052 | 1/7/2022 | 76.83%* | 73.35%* | 74.18%* |
|  |  | *D25 | D26 | D27 |
| S000C8060 | 1/18/2022 | 76.34%* | 73.35%* | 74.18%* |
|  |  | *D25 | D26 | D27 |
| S000C8062 | 4/15/2022 | 76.83%* | 73.35%* | 74.18%* |
|  |  | *D25 | D26 | D27 |
| H000C8001 | 11/29/2021 | 75.09% | 72.93% | 71.14% |
| H000C8003 | 11/29/2021 | 74.05% | 75.25% | 72.04% |
| H000C8011 | 2/10/2022 | 74.04% | 75.59% | 71.69% |
| H000C8015 | 2/24/2022 | 75.41% | 74.18% | 73.35% |
| H000C8017 | 2/24/2022 | 75.41% | 74.18% | 73.35% |
| H000C8019 | 3/1/2022 | 75.41% | 74.18% | 73.35% |
| Enacted Map |  | 73.22% | 74.18% | 73.35% |