Table 19: Total number of Hispanic registered Republicans and Democrats, 2020-2025.

| Date | Republican Reg. | Democrat Reg | Net R Adv. | R Percentage | D Percentage |
|---|---|---|---|---|---|
| Nov-20 | 324,495 | 276,716 | 47,779 | 54.0% | 46.0% |
| Dec-20 | 324,137 | 276,509 | 47,628 | 54.0% | 46.0% |
| Jan-21 | 322,408 | 276,226 | 46,182 | 53.9% | 46.1% |
| Feb-21 | 320,612 | 274,450 | 46,162 | 53.9% | 46.1% |
| Mar-21 | 320,358 | 274,296 | 46,062 | 53.9% | 46.1% |
| Apr-21 | 320,103 | 273,980 | 46,123 | 53.9% | 46.1% |
| May-21 | 318,923 | 272,760 | 46,163 | 53.9% | 46.1% |
| Jun-21 | 318,573 | 272,444 | 46,129 | 53.9% | 46.1% |
| Jul-21 | 318,559 | 270,915 | 47,644 | 54.0% | 46.0% |
| Aug-21 | 320,074 | 270,132 | 49,942 | 54.2% | 45.8% |
| Sep-21 | 318,339 | 263,456 | 54,883 | 54.7% | 45.3% |
| Oct-21 | 319,945 | 263,256 | 56,689 | 54.9% | 45.1% |
| Nov-21 | 321,446 | 262,066 | 59,380 | 55.1% | 44.9% |
| Dec-21 | 322,311 | 261,270 | 61,041 | 55.2% | 44.8% |
| Jan-22 | 320,933 | 259,267 | 61,666 | 55.3% | 44.7% |
| Feb-22 | 321,467 | 258,359 | 63,108 | 55.4% | 44.6% |
| Mar-22 | 321,490 | 256,769 | 64,721 | 55.6% | 44.4% |
| Apr-22 | 321,223 | 255,595 | 65,628 | 55.7% | 44.3% |
| May-22 | 321,674 | 255,323 | 66,351 | 55.8% | 44.3% |
| Jun-22 | 321,674 | 255,323 | 66,351 | 55.8% | 44.3% |
| Jul-22 | 323,133 | 252,395 | 70,738 | 56.2% | 43.9% |
| Aug-22 | 325,853 | 251,781 | 74,072 | 56.4% | 43.6% |
| Sep-22 | 328,184 | 251,372 | 76,812 | 56.6% | 43.4% |
| Oct-22 | 332,344 | 251,169 | 81,175 | 57.0% | 43.0% |
| Nov-22 | 332,344 | 251,169 | 81,175 | 57.0% | 43.0% |
| Dec-22 | 335,526 | 249,568 | 85,958 | 57.4% | 42.7% |

EXHIBIT D93

Table 20: Total number of Hispanic registered Republicans and Democrats, 2020-2025, ctd.

|        |         |         |         |       |       |
|--------|---------|---------|---------|-------|-------|
| Jan-23 | 333,040 | 246,114 | 86,926  | 57.5% | 42.5% |
| Feb-23 | 329,685 | 239,437 | 90,248  | 57.9% | 42.1% |
| Mar-23 | 329,642 | 238,458 | 91,184  | 58.0% | 42.0% |
| Apr-23 | 330,105 | 238,387 | 91,718  | 58.1% | 41.9% |
| May-23 | 330,085 | 237,580 | 92,505  | 58.2% | 41.9% |
| Jun-23 | 330,338 | 236,741 | 93,597  | 58.3% | 41.8% |
| Jul-23 | 329,963 | 235,583 | 94,380  | 58.3% | 41.7% |
| Aug-23 | 331,019 | 235,554 | 95,465  | 58.4% | 41.6% |
| Sep-23 | 329,973 | 232,517 | 97,456  | 58.7% | 41.3% |
| Oct-23 | 328,433 | 229,949 | 98,484  | 58.8% | 41.2% |
| Nov-23 | 329,471 | 230,020 | 99,451  | 58.9% | 41.1% |
| Dec-23 | 328,502 | 228,202 | 100,300 | 59.0% | 41.0% |
| Jan-24 | 329,091 | 226,097 | 102,994 | 59.3% | 40.7% |
| Feb-24 | 332,226 | 225,774 | 106,452 | 59.5% | 40.5% |
| Mar-24 | 335,879 | 225,492 | 110,387 | 59.8% | 40.2% |
| Apr-24 | 337,368 | 225,453 | 111,915 | 59.9% | 40.1% |
| May-24 | 338,432 | 225,312 | 113,120 | 60.0% | 40.0% |
| Jun-24 | 340,703 | 225,380 | 115,323 | 60.2% | 39.8% |
| Jul-24 | 347,605 | 225,683 | 121,922 | 60.6% | 39.4% |
| Aug-24 | 353,981 | 226,498 | 127,483 | 61.0% | 39.0% |
| Sep-24 | 359,539 | 227,100 | 132,439 | 61.3% | 38.7% |
| Oct-24 | 372,981 | 228,971 | 144,010 | 62.0% | 38.0% |
| Nov-24 | 378,696 | 230,090 | 148,606 | 62.2% | 37.8% |
| Dec-24 | 378,429 | 229,164 | 149,265 | 62.3% | 37.7% |
| Jan-25 | 378,419 | 228,331 | 150,088 | 62.4% | 37.6% |
| Feb-25 | 377,648 | 227,009 | 150,639 | 62.5% | 37.5% |
| Mar-25 | 377,505 | 226,350 | 151,155 | 62.5% | 37.5% |
| Apr-25 | 377,266 | 225,592 | 151,674 | 62.6% | 37.4% |