# Alfredo L. Gonzalez

SHAREHOLDER

Coral Gables

305.376.6048

agonzalez@gunster.com



## Overview

Alfredo Gonzalez has more than four decades of experience in real estate, international transactions, land use, government, healthcare, environmental and aviation law. He represents clients in land use, procurement and environmental issues before governmental entities in South Florida and across the State of Florida.

Recognized among *Florida Trend* magazine's "Legal Elite," Alfredo is skilled in advocating client positions before such governmental agencies as the Florida Department of Environmental Protection, Florida Legislature, Federal Deposit Insurance Corporation, Federal Trade Commission, Florida Housing Finance Authority and various local municipalities. He delivers substantial acumen in representing receivers in the disposition of assets.

Alfredo has negotiated, documented, and closed major commercial and residential transactions, as well as represented banks, negotiated complex leases and prepared condominium documentation. He is counsel to an array of investors, developers, banks, healthcare providers, mortgage companies and large corporate clients. With veteran and honed experience in contract negotiations with governmental agencies, Alfredo has handled major public contracts in aviation, water and sewer, healthcare, waste disposal, environmental, transportation, construction, energy performance, Port of Miami and other governmental entities.

Notably, Alfredo is a licensed real estate broker and a past board member of the Miami-Dade Expressway Authority (MDX). He is involved in the American Bar Association, The Florida Bar, the Dade County Bar Association and the Cuban American Bar Association. A past member of the Board of Directors of the Realtor Association of Miami-Dade and the Beaches, Alfredo was a trustee to the Greater Miami Chamber of Commerce and participated in a Blue Ribbon Committee that drafted recommendations to improve the City of Miami Building and Zoning Code.

**PRACTICES**

Entity Formation & Organization

Environmental & Land Use Law

Government Procurement

International

Real Estate Law

Transportation

**EDUCATION**

- University of Florida College of Law, J.D., 1978
- University of Miami, B.B.A., 1975

**ADMISSIONS**

- Florida, 1978
- U.S. District Court Southern District of Florida

EXHIBIT
D94



gunster.com



Alfredo L. Gonzalez

Alfredo is dedicated to providing his clients the legal counsel they need to succeed and is committed to delivering immediate responsiveness to their specific needs. Having practiced law for many decades, Alfredo knows how to focus on realizing the right result by establishing synergy among matter constituents, identifying potential leverage throughout the negotiation process, and working diligently with government and other agencies that impact whether or not his client's objectives can be realized.

Prior to joining the firm, Alfredo served as the chief executive officer of a large South Florida-based law firm and past head of the Real Estate and Governmental practice groups.

## Experience

Government

- Represented client in a bid protest regarding the management contract for improvements to the Miami-Dade County Water and Sewer system mandated by a consent decree issued by a federal court. This was one of the largest contracts in Miami-Dade County history.
- Represented client in the City of Miami on a bid protest with regard to a contract for the cleanup of the city's canals.
- Procured zoning changes to allow for a materials recovery plant in Miami-Dade County.
- Procured zoning and master plan changes to allow for closure of a golf course and development of 2,000 residential units.
- Procured expansion of landfill and negotiated inter-local agreement.
- Represented major developer in the acquisition and permitting of a 40-acre shopping center.
- Represented clients in environmental matters, including landfill expansion and environmental violations in Miami-Dade County.

Real Estate

- Represented seller of more than 80 gas stations valued in excess of $70 million.
- Handled sale and lease back of office building valued in excess of $90 million.
- Represented developers in the acquisition of land, development, construction financing, and sales of condominiums and residential projects in Miami-Dade County.
- Represented governmental agency in the sale of troubled assets, including sales of 500 commercial and residential units per month and bulk sales.
- Represented banking institutions in commercial and residential mortgage closings.
- Represented clients in the negotiation of leases for office and commercial space.
- Represented client in the acquisition of the historic Freedom Tower in downtown Miami.
- Represented various owners in the negotiation of agreements with architects and contractors.
- Represented major South Florida developers in all aspects of development and financing.
- Represented client in the purchase and sale of a 300-acre parcel, including a golf course with a purchase price exceeding $60 million.
- Worked for various clients on environmental remediation issues.



**Gunster**  Alfredo L. Gonzalez

- Represented client in the purchase of entity owning all of the undeveloped land in Grove Isle and valued in excess of $20 million, including the issuance of title insurance and the sale and refinancing in excess of $100 million.
- Represented client in the purchase and financing of a health product facility valued in excess of $20 million.
- Represented client in the purchase and financing of a shopping center valued in excess of $20 million.
- Represented client in the purchase, sale, refinance and leasing of hotel, including parking and commercial units, and valued in excess of $18 million.
- Volume sales of residential and commercial properties for governmental entities, including Fannie Mae and the FDIC.
- Represented trustee in sale of shopping center and offices valued in excess of $40 million.
- Represented water and sewer improvement district in the purchase of land for public use valued in excess of $30 million.
- Served as expert in the circuit court of the 11th Judicial Circuit in and for Miami-Dade County, Case No. 2022-099466-CA-01.

## Honors

- *Florida Trend*, "Legal Elite," 2013-20
- Top Lawyers in South Florida, 2019

## News & Insights

- "Controversy in the competitive bidding process," *South Florida Legal Guide*, 2014
- Hispanic National Bar Association on Public-Private Partnerships, workshop presenter, 2015
- Corporate and Government Compliance Poise webinar series, seminar on procurement and government contracting, presenter, 2020-21
- Speaker at Poise seminars on procurement and government contracting
- Speaker at seminar on procurement and governmental law at Universidad Sergio Arboleda in Bogota, Colombia

## Professional Associations & Memberships

- Florida Bar Association
- American Bar Association
- Cuban American Bar Association
- Miami Dade Express Way Authority
  - Past Board Member
  - Policy and Planning, 2013-17
    - Executive Committee
    - Chair
- Realtor Association of Miami Dade and the Beaches



gunster.com



Alfredo L. Gonzalez

- Board of Directors
- Past Member
- Hispanic Police Officers Association, Honorary Member