# State House District 113 - CS/SJR 100 - H000H8013



Map Produced by staff of the Florida House of Representatives Redistricting Committee
402 House Office Building, 402 South Monroe Street, Tallahassee, FL 32399-1300
Phone: 850-717-5234   Website: www.myfloridahouse.gov

Legislatively
Enacted on
2/3/2022

Approved by
Florida Supreme Court
3/3/2022

FLORIDA
REDISTRICTING

EXHIBIT
**D98**