# State House District 114 - CS/SJR 100 - H000H8013



EXHIBIT D99