# State House District 115 - CS/SJR 100 - H000H8013



Map Produced by staff of the Florida House of Representatives Redistricting Committee
402 House Office Building, 402 South Monroe Street, Tallahassee, FL 32399-1300
Phone: 850-717-5234   Website: www.myfloridahouse.gov

Legislatively Enacted on 2/3/2022

Approved by Florida Supreme Court 3/3/2022

EXHIBIT
D100