

O'Melveny & Myers LLP
1625 Eye Street, NW
Washington, DC 20006-4061

T: +1 202 383 5300
F: +1 202 383 5414
omm.com

February 28, 2025

**Patrick J. Jones**
D: +1 202 383 5268
pjones@omm.com

Carolyn Abott, Ph.D.
Weissman School of Arts & Sciences
Baruch College
One Bernard Baruch Way
New York, NY 10010

Re:     <u>**Assignment for Expert Report on Florida Redistricting Matter**</u>

Dear Dr. Abott:

We have retained you to examine whether, and the extent to which, race explains the shape and boundaries of certain Hispanic-majority congressional and State House districts in South Florida, including CD 26 and HDs 112–116 and 118–119.

As part of this inquiry, we would like you to assess whether, and the extent to which, the configurations of CDs 26–28 and HDs 110–116 and 118–119 are consistent or inconsistent with drawing them to perform for the "Hispanic candidate of choice," *assuming* that the "Hispanic candidate of choice" is likely to prevail when a district leans Republican.

To conduct this assessment, you are free to examine "counterfactual" alternative maps drawn by another expert, which we will provide you. These alternative maps were drawn without reference to racial or political data.

In conducting your work, you should assume that no districts in Florida's enacted redistricting plans were drawn with the intent to favor or disfavor any political party or any incumbent.

Sincerely,

*/s/ Patrick J. Jones*

Patrick J. Jones
Counsel
for O'MELVENY & MYERS LLP

**EXHIBIT D104**