Table 3

| VTD Fragments Included in CD 26 (sorted by HVAP) | | VTD Fragments Excluded from CD 26 (sorted by HVAP) | |
|---|---|---|---|
| Collier 092 | 88.2% | Collier 134 | 84.6% |
| Collier 121 | 70.3% | Collier 071 | 67.1% |
| Collier 134 | 70.2% | Miami-Dade 538 | 53.4% |
| Miami-Dade 522 | 67.7% | Collier 121 | 48.7% |
| Collier 071 | 67.5% | Miami-Dade 282 | 47.8% |
| Miami-Dade 249 | 60.4% | Miami-Dade 522 | 40.4% |
| Miami-Dade 538 | 56.5% | Miami-Dade 249 | 30.8% |
| Miami-Dade 282 | 52.6% | Miami-Dade 533.0 | 24.8% |
| Miami-Dade 533.0 | 33.6% | Collier 070 | 23.4% |
| Collier 070 | 23.3% | Collier 012 | 11.5% |
| Collier 002 | 12.7% | Collier 092 | 10.6% |
| Collier 079 | 11.6% | Collier 079 | 7.7% |
| Collier 012 | 9.7% | Collier 002 | 6.3% |

**EXHIBIT D105**