Table 4

| VTDs Included in CD 26 (de-duplicated, sorted by HVAP) | | VTDs Excluded from CD 26 (de-duplicated, sorted by HVAP) | |
|---|---|---|---|
| Miami-Dade 369.0 | 95.1% | Hendry 25 | 70.8% |
| Miami-Dade 314 | 91.5% | Miami-Dade 233 | 70.1% |
| Miami-Dade 246 | 91.2% | Miami-Dade 202 | 69.5% |
| Miami-Dade 201 | 89.3% | Miami-Dade 229 | 68.5% |
| Miami-Dade 364 | 88.8% | Miami-Dade 274 | 66.4% |
| Miami-Dade 272 | 84.6% | Miami-Dade 291 | 65.1% |
| Miami-Dade 365 | 84.2% | Miami-Dade 267 | 58.8% |
| Miami-Dade 231 | 83.8% | Broward W014 | 58.0% |
| Miami-Dade 248.0 | 82.8% | Broward W021 | 57.1% |
| Miami-Dade 303 | 81.6% | Broward 22 | 56.3% |
| Miami-Dade 306 | 80.5% | Broward W020 | 55.8% |
| Miami-Dade 232 | 77.4% | Miami-Dade 248.1 | 53.4% |
| Miami-Dade 230 | 76.5% | Miami-Dade 241 | 51.5% |
| Miami-Dade 535 | 76.5% | Broward W017 | 51.4% |
| Miami-Dade 350 | 71.8% | Broward W016 | 50.5% |
| Collier 120 | 48.5% | Broward 6 | 48.9% |
| Miami-Dade 599 | 42.3% | Broward W015 | 48.8% |
| Collier 122 | 40.1% | Miami-Dade 518 | 48.1% |
| Collier 118 | 26.7% | Miami-Dade 245 | 47.3% |
| Collier 62 | 17.6% | Miami-Dade 236 | 45.8% |
| Collier 064 | 13.6% | Hendry 8 | 41.5% |
| Collier 078 | 10.7% | Collier 038 | 37.8% |
| Collier 139 | 10.0% | Collier 010 | 22.6% |
| Collier 059 | 5.3% | Broward 24 | 20.8% |
| Collier 057 | 5.1% | Broward 19 | 20.1% |
| Collier 003 | 4.8% | Collier 065 | 19.8% |
| Collier 068 | 4.1% | Collier 030 | 6.7% |
| Collier 058 | 3.1% | Broward 25 | 5.6% |
| | | Collier 142 | 2.8% |
| | | Collier 095 | 1.7% |

EXHIBIT D106