**Table 10**

| VTDs Included in HD 113 (de-duplicated, sorted by HVAP) | | VTDs Excluded from HD 113 (de-duplicated, sorted by HVAP) | |
|---|---|---|---|
| Miami-Dade 543 | 93.3% | Miami-Dade 656.1 | 88.2% |
| Miami-Dade 566 | 78.4% | Miami-Dade 656.0∗ | 68.3% |
| Miami-Dade 538∗ | 55.2% | Miami-Dade 534.0 | 64.3% |
| Miami-Dade 984.0∗ | 50.4% | Miami-Dade 984.1 | 61.4% |
| Miami-Dade 582∗ | 44.8% | Miami-Dade 538∗ | 55.0% |
| Miami-Dade 544 | 42.8% | Miami-Dade 530 | 52.1% |
| Miami-Dade 983 | 41.8% | Miami-Dade 984.0∗ | 48.3% |
| Miami-Dade 659.0 | 37.0% | Miami-Dade 982.0 | 36.6% |
| | | Miami-Dade 038 | 34.0% |
| | | Miami-Dade 048 | 32.7% |
| | | Miami-Dade 030 | 26.2% |
| | | Miami-Dade 047∗ | 11.8% |

**EXHIBIT D107**