**Table 11**

| VTDs Included in HD 115 (de-duplicated, sorted by HVAP) | | VTDs Excluded from HD 115 (de-duplicated, sorted by HVAP) | |
|---|---|---|---|
| Miami-Dade 833* | 90.9% | Miami-Dade 791* | 77.8% |
| Miami-Dade 932 | 70.1% | Miami-Dade 851 | 74.6% |
| Miami-Dade 825 | 69.0% | Miami-Dade 167* | 68.2% |
| Miami-Dade 840 | 61.0% | Miami-Dade 834 | 67.4% |
| Miami-Dade 756* | 57.7% | Miami-Dade 827.1 | 65.5% |
| Miami-Dade 811 | 54.5% | Miami-Dade 842* | 54.8% |
| Miami-Dade 804 | 53.2% | Miami-Dade 826 | 43.0% |
| Miami-Dade 819 | 49.4% | Miami-Dade 856 | 42.1% |
| | | Miami-Dade 803 | 32.0% |
| | | Miami-Dade 818 | 27.6% |

**EXHIBIT D108**