UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:24-cv-21983-JB

CUBANOS PA'LANTE, *et al.*,

    Plaintiffs,

v.

FLORIDA HOUSE OF REPRESENTATIVES
and CORD BYRD, in his official capacity as
Florida Secretary of State,

    Defendants.
_____/

**DEFENDANT FLORIDA HOUSE OF
REPRESENTATIVES' NOTICE OF CORRECTION**

    Defendant, the Florida House of Representatives, submits this notice to correct a citation error in its Pretrial Brief (ECF No. 175).

    The brief's references to Defendants' Exhibit 201—which appear on pages 21, 24, 37, 40 to 43, 48, and 49—should refer to Defendants' Exhibit 206.

    Defendants' Exhibit 206 is Plaintiffs' second supplemental answers to the House's Second Request for Admissions. *See* Ex. A. Defendants' Exhibit 201 is Plaintiffs' initial answers to the Second Request for Admissions. *See* Ex. B.

Dated January 26, 2026.   Respectfully submitted,

/s/ *Andy Bardos*

| | |
|---|---|
| Christopher M. Kise (FBN 855545) | Andy Bardos (FBN 822671) |
| ckise@continentalpllc.com | andy.bardos@gray-robinson.com |
| CONTINENTAL PLLC | GRAYROBINSON, P.A. |
| 101 North Monroe Street, Suite 750 | 301 South Bronough Street, Suite 600 |
| Tallahassee, Florida 32301 | Tallahassee, Florida 32301-1724 |
| Telephone: 850-270-2211 | Telephone: 850-577-9090 |

Jesus M. Suarez (FBN 60086)
jsuarez@continentalpllc.com
Carmen Manrara Cartaya (FBN 73887)
ccartaya@continentalpllc.com
Jennifer Marie Hernandez (FBN 1018836)
jhernandez@continentalpllc.com
CONTINENTAL PLLC
245 Alcazar Avenue
Coral Gables, Florida 33134
Telephone: 305-677-2707

*Attorneys for Defendant, Florida House of Representatives*