# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 1:24-cv-21983-JB

CUBANOS PA'LANTE, *et al.*,

    *Plaintiffs*,

v.

FLORIDA HOUSE OF REPRESENTATIVES, *et al.*,

    *Defendants*.

_____/

## JOINT NOTICE OF FILING JOINT TRIAL EXHIBITS

Pursuant to Local Rule 5.3(b)(2), the parties file Joint Exhibits 1–151, which were introduced into evidence at trial.

Pursuant to Local Rule 5.3(b)(3)(A), Joint Exhibits 102–148, which consist of MP4 video recordings and data files in ZIP and TXT formats, will be physically filed with the Clerk of the Court by electronic medium.

| Jt. Ex. No. | Description of Exhibit | ECF No. |
|---|---|---|
| 1 | Map-and-Data Packet - Enacted State House Districts (H000H8013) | 196-1 |
| 2 | Map-and-Data Packet - Benchmark State House Districts | 196-2 |
| 3 | Map-and-Data Packet - Enacted Congressional Districts (P000C0109) | 196-3 |
| 4 | Map-and-Data Packet - Benchmark Congressional Districts | 196-4 |
| 5 | Map-and-Data Packet - Proposed State House Districts (H000H8005) | 196-5 |
| 6 | Map-and-Data Packet - Proposed State House Districts (H000H8007) | 196-6 |
| 7 | Map-and-Data Packet - Proposed State House Districts (H000H8009) | 196-7 |
| 8 | Map-and-Data Packet - Proposed Congressional Districts (H000C8019) | 196-8 |
| 9 | Map-and-Data Packet - Proposed Congressional Districts (S035C8060) | 196-9 |
| 10 | Map-and-Data Packet - McCartan State House Map A1 | 196-10 |
| 11 | Map-and-Data Packet - McCartan State House Map A2 | 196-11 |
| 12 | Map-and-Data Packet - McCartan State House Map B | 196-12 |
| 13 | Map-and-Data Packet - McCartan State House Map C1 | 196-13 |
| 14 | Map-and-Data Packet - McCartan State House Map C2 | 196-14 |
| 15 | Map-and-Data Packet - McCartan State House Map C3 | 196-15 |
| 16 | Map-and-Data Packet - McCartan State House Map C4 | 196-16 |
| 17 | Map-and-Data Packet - McCartan Congressional Map A | 196-17 |
| 18 | Map-and-Data Packet - McCartan Congressional Map B1 | 196-18 |

| Jt. Ex. No. | Description of Exhibit | ECF No. |
|---|---|---|
| 19 | Map-and-Data Packet - McCartan Congressional Map B2 | 196-19 |
| 20 | Map-and-Data Packet - McCartan Congressional Map C1 | 196-20 |
| 21 | Map-and-Data Packet - McCartan Congressional Map C2 | 196-21 |
| 22 | Map-and-Data Packet - McCartan Congressional Map D | 196-22 |
| 23 | House Journal - 2022 Regular Session (Excerpts) | 196-23 |
| 24 | House Journal - 2022 Special Session C (Excerpts) | 196-24 |
| 25 | Senate Journal - 2022 Regular Session (Excerpts) | 196-25 |
| 26 | Senate Journal - 2022 Special Session C (Excerpts) | 196-26 |
| 27 | Meeting Packet - House Redistricting Committee (9/22/21) | 196-27 |
| 28 | Meeting Packet - House State Legislative Redistricting Subcommittee (9/23/21) | 196-28 |
| 29 | Meeting Packet - House Congressional Redistricting Subcommittee (9/23/21) | 196-29 |
| 30 | Meeting Packet - House Redistricting Committee (10/12/21) | 196-30 |
| 31 | Meeting Packet - House State Legislative Redistricting Subcommittee (10/13/21) | 196-31 |
| 32 | Meeting Packet - House Congressional Redistricting Subcommittee (10/13/21) | 196-32 |
| 33 | Meeting Packet - House State Legislative Redistricting Subcommittee (10/20/21) | 196-33 |
| 34 | Meeting Packet - House Congressional Redistricting Subcommittee (10/20/21) | 196-34 |
| 35 | Meeting Packet - House Redistricting Committee (11/2/21) | 196-35 |
| 36 | Meeting Packet - House State Legislative Redistricting Subcommittee (11/3/21) | 196-36 |
| 37 | Meeting Packet - House Congressional Redistricting Subcommittee (11/3/21) | 196-37 |
| 38 | Meeting Packet - House Congressional Redistricting Subcommittee (12/2/21) | 196-38 |
| 39 | Meeting Packet - House State Legislative Redistricting Subcommittee (12/3/21) | 196-39 |
| 40 | Meeting Packet - House Redistricting Committee (1/13/22) | 196-40 |
| 41 | Meeting Packet - House State Legislative Redistricting Subcommittee (1/21/22) | 196-41 |
| 42 | Meeting Packet - House Redistricting Committee (1/26/22) | 196-42 |
| 43 | Meeting Packet - House Congressional Redistricting Subcommittee (2/18/22) | 196-43 |
| 44 | Meeting Packet - House Redistricting Committee (2/25/22) | 196-44 |
| 45 | Meeting Packet - House Congressional Redistricting Subcommittee (4/19/22) | 196-45 |

| Jt. Ex. No. | Description of Exhibit | ECF No. |
|---|---|---|
| 46 | Meeting Packet - Senate Reapportionment Committee (9/20/21) | 196-46 |
| 47 | Meeting Packet - Senate Reapportionment Committee (10/11/21) | 196-47 |
| 48 | Meeting Packet - Senate Reapportionment Committee (10/18/21) | 196-48 |
| 49 | Meeting Packet - Senate Congressional Reapportionment Subcommittee (11/16/21) | 196-49 |
| 50 | Meeting Packet - Senate Legislative Reapportionment Subcommittee (11/17/21) | 196-50 |
| 51 | Meeting Packet - Senate Legislative Reapportionment Subcommittee (11/29/21) | 196-51 |
| 52 | Meeting Packet - Senate Congressional Reapportionment Subcommittee (11/29/21) | 196-52 |
| 53 | Meeting Packet - Senate Legislative Reapportionment Subcommittee (1/10/22) | 196-53 |
| 54 | Meeting Packet - Senate Congressional Reapportionment Subcommittee (1/10/22) | 196-54 |
| 55 | Meeting Packet - Senate Reapportionment Committee (1/13/22) | 196-55 |
| 56 | Meeting Packet - Senate Reapportionment Committee (4/19/22) | 196-56 |
| 57 | Transcript - House Redistricting Committee (9/22/21) | 196-57 |
| 58 | Transcript - House Congressional Redistricting Subcommittee (9/23/21) | 196-58 |
| 59 | Transcript - House State Legislative Redistricting Subcommittee (9/23/21) | 196-59 |
| 60 | Transcript - House Redistricting Committee (10/12/21) | 196-60 |
| 61 | Transcript - House Congressional Redistricting Subcommittee (10/13/21) | 196-61 |
| 62 | Transcript - House State Legislative Redistricting Subcommittee (10/13/21) | 196-62 |
| 63 | Transcript - House Congressional Redistricting Subcommittee (10/20/21) | 196-63 |
| 64 | Transcript - House State Legislative Redistricting Subcommittee (10/20/21) | 196-64 |
| 65 | Transcript - House Redistricting Committee (11/2/21) | 196-65 |
| 66 | Transcript - House Congressional Redistricting Subcommittee (11/3/21) | 196-66 |
| 67 | Transcript - House State Legislative Redistricting Subcommittee (11/3/21) | 196-67 |
| 68 | Transcript - House Congressional Redistricting Subcommittee (12/2/21) | 196-68 |
| 69 | Transcript - House State Legislative Redistricting Subcommittee (12/3/21) | 196-69 |
| 70 | Transcript - House Congressional Redistricting Subcommittee (1/11/22) | 196-70 |
| 71 | Transcript - House State Legislative Redistricting Subcommittee (1/11/22) | 196-71 |
| 72 | Transcript - House Redistricting Committee (1/13/22) | 196-72 |

| Jt. Ex. No. | Description of Exhibit | ECF No. |
|---|---|---|
| 73 | Transcript - House State Legislative Redistricting Subcommittee (1/21/22) | 196-73 |
| 74 | Transcript - House Redistricting Committee (1/26/22) | 196-74 |
| 75 | Transcript - House Session (2/1/22) | 196-75 |
| 76 | Transcript - House Session (2/2/22) | 196-76 |
| 77 | Transcript - House Congressional Redistricting Subcommittee (2/18/22) | 196-77 |
| 78 | Transcript - House Redistricting Committee (2/25/22) | 196-78 |
| 79 | Transcript - House Session (3/3/22) | 196-79 |
| 80 | Transcript - House Session (3/4/22) | 196-80 |
| 81 | Transcript - House Congressional Redistricting Subcommittee (4/19/22) | 196-81 |
| 82 | Transcript - House Session (4/20/22) | 196-82 |
| 83 | Transcript - House Session (4/21/22) | 196-83 |
| 84 | Transcript - Senate Reapportionment Committee (9/20/21) | 196-84 |
| 85 | Transcript - Senate Reapportionment Committee (10/11/21) | 196-85 |
| 86 | Transcript - Senate Reapportionment Committee (10/18/21) | 196-86 |
| 87 | Transcript - Senate Congressional Reapportionment Subcommittee (11/16/21) | 196-87 |
| 88 | Transcript - Senate Legislative Reapportionment Subcommittee (11/17/21) | 196-88 |
| 89 | Transcript - Senate Congressional Reapportionment Subcommittee (11/29/21) | 196-89 |
| 90 | Transcript - Senate Legislative Reapportionment Subcommittee (11/29/21) | 196-90 |
| 91 | Transcript - Senate Congressional Reapportionment Subcommittee (1/10/22) | 196-91 |
| 92 | Transcript - Senate Legislative Reapportionment Subcommittee (1/10/22) | 196-92 |
| 93 | Transcript - Senate Reapportionment Committee (1/13/22) | 196-93 |
| 94 | Transcript - Senate Session (1/19/22) | 196-94 |
| 95 | Transcript - Senate Session (1/20/22) | 196-95 |
| 96 | Transcript - Senate Session (2/3/22) | 196-96 |
| 97 | Transcript - Senate Session (3/4/22) | 196-97 |
| 98 | Transcript - Senate Reapportionment Committee (4/19/22) | 196-98 |
| 99 | Transcript - Senate Session - 12:30 PM (4/19/22) | 196-99 |
| 100 | Transcript - Senate Session - 5:00 PM (4/19/22) | 196-100 |
| 101 | Transcript - Senate Session (4/20/22) | 196-101 |
| 102 | Video - House Redistricting Committee (9/22/21) | — |
| 103 | Video - House Congressional Redistricting Subcommittee (9/23/21) | — |
| 104 | Video - House State Legislative Redistricting Subcommittee (9/23/21) | — |
| 105 | Video - House Redistricting Committee (10/12/21) | — |
| 106 | Video - House Congressional Redistricting Subcommittee (10/13/21) | — |

| Jt. Ex. No. | Description of Exhibit | ECF No. |
|---|---|---|
| 107 | Video - House State Legislative Redistricting Subcommittee (10/13/21) | — |
| 108 | Video - House Congressional Redistricting Subcommittee (10/20/21) | — |
| 109 | Video - House State Legislative Redistricting Subcommittee (10/20/21) | — |
| 110 | Video - House Redistricting Committee (11/2/21) | — |
| 111 | Video - House Congressional Redistricting Subcommittee (11/3/21) | — |
| 112 | Video - House State Legislative Redistricting Subcommittee (11/3/21) | — |
| 113 | Video - House Congressional Redistricting Subcommittee (12/2/21) | — |
| 114 | Video - House State Legislative Redistricting Subcommittee (12/3/21) | — |
| 115 | Video - House Congressional Redistricting Subcommittee (1/11/22) | — |
| 116 | Video - House State Legislative Redistricting Subcommittee (1/11/22) | — |
| 117 | Video - House Redistricting Committee (1/13/22) | — |
| 118 | Video - House State Legislative Redistricting Subcommittee (1/21/22) | — |
| 119 | Video - House Redistricting Committee (1/26/22) | — |
| 120 | Video - House Session (2/1/22) | — |
| 121 | Video - House Session (2/2/22) | — |
| 122 | Video - House Congressional Redistricting Subcommittee (2/18/22) | — |
| 123 | Video - House Redistricting Committee (2/25/22) | — |
| 124 | Video - House Session (3/3/22) | — |
| 125 | Video - House Session (3/4/22) | — |
| 126 | Video - House Congressional Redistricting Subcommittee (4/19/22) | — |
| 127 | Video - House Session (4/20/22) | — |
| 128 | Video - House Session (4/21/22) | — |
| 129 | Video - Senate Reapportionment Committee (9/20/21) | — |
| 130 | Video - Senate Reapportionment Committee (10/11/21) | — |
| 131 | Video - Senate Reapportionment Committee (10/18/21) | — |
| 132 | Video - Senate Congressional Reapportionment Subcommittee (11/16/21) | — |
| 133 | Video - Senate Legislative Reapportionment Subcommittee (11/17/21) | — |
| 134 | Video - Senate Congressional Reapportionment Subcommittee (11/29/21) | — |
| 135 | Video - Senate Legislative Reapportionment Subcommittee (11/29/21) | — |
| 136 | Video - Senate Congressional Reapportionment Subcommittee (1/10/22) | — |
| 137 | Video - Senate Legislative Reapportionment Subcommittee (1/10/22) | — |
| 138 | Video - Senate Reapportionment Committee (1/13/22) | — |
| 139 | Video - Senate Session (1/19/22) | — |
| 140 | Video - Senate Session (1/20/22) | — |
| 141 | Video - Senate Session (2/3/22) | — |
| 142 | Video - Senate Session (3/4/22) | — |
| 143 | Video - Senate Reapportionment Committee (4/19/22) | — |
| 144 | Video - Senate Session (4/19/22, 12:30 PM) | — |
| 145 | Video - Senate Session (4/19/22, 5:00 PM) | — |

| Jt. Ex. No. | Description of Exhibit | ECF No. |
|---|---|---|
| 146 | Video - Senate Session (4/20/22) | — |
| 147 | FloridaRedistricting.org Data File | — |
| 148 | Block Assignment File - Enacted State House Districts (H000H8013) | — |
| 149 | Block Assignment File - Enacted Congressional Districts (P000C0109) | — |
| 150 | Stipulation re Cubanos Pa'lante Membership | 196-102 |
| 151 | Stipulation re Executive Office of the Governor's Involvement in Developing the 2022 Congressional Plan | 196-103 |

Respectfully submitted January 26, 2026,

Andrew Frackman*
**O'Melveny & Myers LLP**
1301 Avenue of the Americas, 17th Floor
New York, NY 10019
(212) 326-2000
afrackman@omm.com

Brian P. Quinn*
Patrick J. Jones*
Emily Murphy*
Gabrielle S. Jackson*
Helena M. Li*
**O'Melveny & Myers LLP**
1625 Eye Street NW
Washington, DC 20006
(202) 383-5300
bquinn@omm.com
pjones@omm.com
emurphy@omm.com
gjackson@omm.com
hli@omm.com

/s/ *Nicholas L.V. Warren*
Nicholas L.V. Warren (FBN 1019018)
Caroline A. McNamara (FBN 1038312)
Daniel B. Tilley (FBN 102882)
**ACLU Foundation of Florida**
4343 West Flagler Street, Suite 400
Miami, FL 33134
(786) 363-1769
nwarren@aclufl.org
cmcnamara@aclufl.org
dtilley@aclufl.org

Jorge L. Vasquez, Jr.*
**Vasquez Attorneys at Law, PC**
141 Parkway Road, Suite 14
Bronxville, NY 10708
(212) 752-8408
jorge@vasquezpc.com

*\*Admitted pro hac vice*

*Counsel for Plaintiffs*

Jesus M. Suarez (FBN 60086)
Carmen Manrara Cartaya (FBN 73887)
Jennifer Marie Hernandez (FBN 1018836)
**Continental PLLC**
245 Alcazar Avenue
Coral Gables, FL 33134
(305) 677-2707

/s/ *Andy Pardos*
Andy Bardos (FBN 822671)
**GrayRobinson, P.A.**
301 South Bronough Street, Suite 600
Tallahassee, FL 32301
(850) 577-9090
andy.bardos@gray-robinson.com

| | |
|---|---|
| jsuarez@continentalpllc.com<br>ccartaya@continentalpllc.com<br>jhernandez@continentalpllc.com | Christopher M. Kise (FBN 855545)<br>**Continental PLLC**<br>101 North Monroe Street, Suite 750<br>Tallahassee, FL 32301<br>(850) 270-2211<br>ckise@continentalpllc.com |

*Counsel for the House*

| | |
|---|---|
| | /s/ Mohammad O. Jazil |
| Bradley R. McVay (FBN 79034)<br>Ashley Davis (FBN 48032)<br>**Florida Department of State**<br>R.A. Gray Building<br>500 South Bronough Street<br>Tallahassee, FL 32399<br>(850) 245-6536<br>brad.mcvay@dos.myflorida.com<br>ashley.davis@dos.myflorida.com | Mohammad O. Jazil (FBN 72556)<br>**Holtzman Vogel Baran**<br>**Torchinsky & Josefiak PLLC**<br>119 South Monroe Street, Suite 500<br>Tallahassee, FL 32301<br>(850) 270-5938<br>mjazil@holtzmanvogel.com<br>zbennington@holtzmanvogel.com |

*Counsel for the Secretary*