# Proposed Congressional Districts



**FLORIDA REDISTRICTING**

**Orlando**

**Southeast Florida**

**HB 1C**

**Plan: P000C0109**

---

**Submitted**

**4/13/2022**

**Tampa Bay**

**Jacksonville**

**EXHIBIT**

**J3**

# P000C0109

| STATEWIDE SNAPSHOT | | | | | |
|---|---|---|---|---|---|
| Total State Population: | 21,538,187 | | Total Counties: | 67 | Reock Avg. |
| Ideal District Population: | 769,221 | | Counties Split: | 17 | 0.47 |
| Mean Deviation: | 0 | 0.00% | Counties Kept Whole: | 50 | Convex Hull Avg. |
| Max Deviation: | 0 | 0.00% | Total Cities: | 412 | 0.81 |
| Min Deviation: | -1 | 0.00% | Cities Split: | 16 | Polsby Popper Avg. |
| Overall Deviation Range: | 1 | 0.00% | Cities Kept Whole: | 396 | 0.43 |

| DISTRICT BREAKDOWN | | | | | | | |
|---|---|---|---|---|---|---|---|
| District | Population | | | Voting Age Population | | Compactness | | |

| District | Total Population | Deviation From Ideal | % Deviation | BVAP % | HVAP % | Reock | Convex Hull | Polsby Popper |
|---|---|---|---|---|---|---|---|---|
| 1 | 769,221 | 0 | 0.00 | 13.54 | 6.69 | 0.54 | 0.87 | 0.48 |
| 2 | 769,221 | 0 | 0.00 | 23.09 | 6.42 | 0.46 | 0.82 | 0.48 |
| 3 | 769,221 | 0 | 0.00 | 15.88 | 10.64 | 0.57 | 0.90 | 0.50 |
| 4 | 769,221 | 0 | 0.00 | 31.66 | 7.82 | 0.38 | 0.76 | 0.32 |
| 5 | 769,221 | 0 | 0.00 | 12.80 | 10.86 | 0.56 | 0.89 | 0.52 |
| 6 | 769,221 | 0 | 0.00 | 11.22 | 9.78 | 0.74 | 0.92 | 0.48 |
| 7 | 769,221 | 0 | 0.00 | 10.53 | 18.97 | 0.47 | 0.83 | 0.40 |
| 8 | 769,221 | 0 | 0.00 | 9.68 | 10.05 | 0.32 | 0.78 | 0.45 |
| 9 | 769,221 | 0 | 0.00 | 13.02 | 50.04 | 0.49 | 0.86 | 0.47 |
| 10 | 769,221 | 0 | 0.00 | 25.98 | 28.63 | 0.41 | 0.75 | 0.37 |
| 11 | 769,221 | 0 | 0.00 | 12.76 | 17.09 | 0.52 | 0.82 | 0.36 |
| 12 | 769,221 | 0 | 0.00 | 5.29 | 11.72 | 0.45 | 0.75 | 0.38 |
| 13 | 769,221 | 0 | 0.00 | 7.09 | 9.56 | 0.51 | 0.93 | 0.58 |
| 14 | 769,221 | 0 | 0.00 | 19.13 | 25.97 | 0.48 | 0.83 | 0.47 |
| 15 | 769,221 | 0 | 0.00 | 15.40 | 22.74 | 0.58 | 0.88 | 0.58 |
| 16 | 769,221 | 0 | 0.00 | 11.98 | 18.67 | 0.45 | 0.73 | 0.45 |
| 17 | 769,221 | 0 | 0.00 | 5.56 | 11.54 | 0.28 | 0.77 | 0.39 |
| 18 | 769,221 | 0 | 0.00 | 13.21 | 23.68 | 0.42 | 0.82 | 0.42 |
| 19 | 769,221 | 0 | 0.00 | 6.07 | 16.22 | 0.33 | 0.78 | 0.39 |
| 20 | 769,221 | 0 | 0.00 | 50.11 | 22.98 | 0.50 | 0.77 | 0.28 |
| 21 | 769,221 | 0 | 0.00 | 12.48 | 15.14 | 0.50 | 0.82 | 0.49 |
| 22 | 769,220 | -1 | 0.00 | 15.88 | 24.65 | 0.44 | 0.74 | 0.42 |
| 23 | 769,221 | 0 | 0.00 | 13.17 | 20.51 | 0.50 | 0.79 | 0.29 |
| 24 | 769,221 | 0 | 0.00 | 42.17 | 38.46 | 0.48 | 0.90 | 0.48 |
| 25 | 769,221 | 0 | 0.00 | 17.52 | 42.26 | 0.42 | 0.81 | 0.38 |
| 26 | 769,221 | 0 | 0.00 | 6.92 | 73.22 | 0.29 | 0.77 | 0.33 |
| 27 | 769,221 | 0 | 0.00 | 7.07 | 74.18 | 0.71 | 0.95 | 0.73 |
| 28 | 769,221 | 0 | 0.00 | 10.32 | 73.35 | 0.22 | 0.55 | 0.24 |

# P000C0109

| DISTRICT | Proposed BVAP % | Black | | | | | Proposed HVAP % | Hispanic | | | | | DEM | | | | | REP | | | | | NPA | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 2020 | 2018 | 2016 | 2014 | 2012 | | 2020 | 2018 | 2016 | 2014 | 2012 | 2020 | 2018 | 2016 | 2014 | 2012 | 2020 | 2018 | 2016 | 2014 | 2012 | 2020 | 2018 | 2016 | 2014 | 2012 |
| 20 | 50.11 | 46.82 | 46.39 | 46.16 | 45.88 | 44.90 | 22.98 | 15.27 | 14.27 | 13.36 | 11.86 | 13.21 | 61.33 | 61.94 | 62.65 | 63.24 | 63.85 | 13.79 | 13.61 | 13.78 | 13.95 | 14.61 | 24.88 | 24.46 | 23.56 | 22.80 | 21.53 |
| 24 | 42.17 | 44.01 | 45.56 | 46.38 | 47.82 | 48.21 | 38.46 | 27.28 | 25.97 | 25.13 | 23.30 | 42.98 | 60.04 | 62.10 | 63.38 | 64.55 | 65.52 | 12.59 | 11.55 | 11.59 | 11.67 | 12.07 | 27.37 | 26.35 | 25.03 | 23.78 | 22.41 |
| 26 | 6.92 | 5.19 | 5.30 | 5.52 | 6.01 | 6.35 | 73.22 | 60.87 | 60.66 | 61.17 | 61.00 | 61.03 | 29.79 | 31.15 | 31.77 | 31.69 | 32.51 | 37.92 | 36.24 | 36.71 | 37.60 | 38.76 | 32.29 | 32.61 | 31.52 | 30.72 | 28.73 |
| 27 | 7.07 | 6.14 | 6.29 | 6.50 | 6.99 | 7.28 | 74.18 | 62.79 | 61.97 | 61.66 | 60.35 | 70.81 | 34.57 | 35.12 | 35.20 | 34.61 | 35.43 | 33.39 | 33.06 | 33.97 | 35.52 | 36.57 | 32.04 | 31.82 | 30.83 | 29.87 | 28.00 |
| 28 | 10.32 | 8.68 | 8.98 | 9.00 | 9.55 | 9.78 | 73.35 | 63.92 | 62.38 | 61.18 | 59.58 | 65.83 | 33.92 | 35.26 | 35.50 | 35.30 | 36.05 | 32.58 | 30.98 | 31.47 | 32.26 | 33.49 | 33.51 | 33.76 | 33.04 | 32.44 | 30.46 |

# P000C0109

| DISTRICT | Proposed BVAP % | Black | | | | | Proposed HVAP % | Hispanic | | | | | DEM | | | | | REP | | | | | NPA | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 2020 | 2018 | 2016 | 2014 | 2012 | | 2020 | 2018 | 2016 | 2014 | 2012 | 2020 | 2018 | 2016 | 2014 | 2012 | 2020 | 2018 | 2016 | 2014 | 2012 | 2020 | 2018 | 2016 | 2014 | 2012 |
| 20 | 50.11 | 46.41 | 48.77 | 46.50 | 49.26 | 48.51 | 22.98 | 15.11 | 12.06 | 13.19 | 8.00 | 9.95 | 63.82 | 66.88 | 65.54 | 68.71 | 67.48 | 14.65 | 14.37 | 14.32 | 15.02 | 14.35 | 21.54 | 18.74 | 20.14 | 16.26 | 18.16 |
| 24 | 42.17 | 42.88 | 47.81 | 45.88 | 53.66 | 50.60 | 38.46 | 27.71 | 23.44 | 25.36 | 18.30 | 21.13 | 61.44 | 66.56 | 65.41 | 71.02 | 68.44 | 13.57 | 11.99 | 11.92 | 11.92 | 11.86 | 25.00 | 21.44 | 22.67 | 17.03 | 19.69 |
| 26 | 6.92 | 4.78 | 5.60 | 5.19 | 6.30 | 6.58 | 73.22 | 58.90 | 54.86 | 58.72 | 51.34 | 57.72 | 29.06 | 30.38 | 31.62 | 28.87 | 32.06 | 41.60 | 43.42 | 39.78 | 48.42 | 42.58 | 29.35 | 26.19 | 28.60 | 22.70 | 25.34 |
| 27 | 7.07 | 5.43 | 6.32 | 5.97 | 7.42 | 7.29 | 74.18 | 63.61 | 60.27 | 61.78 | 56.62 | 58.71 | 34.57 | 36.45 | 35.84 | 35.88 | 35.85 | 35.93 | 37.25 | 35.99 | 42.18 | 39.17 | 29.50 | 26.30 | 28.17 | 21.94 | 24.99 |
| 28 | 10.32 | 7.72 | 9.28 | 8.36 | 10.10 | 10.20 | 73.35 | 64.42 | 59.72 | 61.13 | 53.20 | 56.82 | 33.54 | 36.42 | 36.10 | 35.79 | 36.60 | 36.06 | 36.47 | 34.25 | 40.22 | 36.76 | 30.40 | 27.11 | 29.65 | 23.98 | 26.65 |

TOTAL TURNOUT %

# P000C0109

| DISTRICT | 2020 President | | 2018 Governor | | 2018 AG | | 2018 CFO | | 2018 Ag Comm | | 2018 US Senate | | 2016 President | | 2016 US Senate | | 2014 Governor | | 2014 AG | | 2014 CFO | | 2014 Ag Comm | | 2012 President | | 2012 US Senate | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | R_Trump | D_Biden | R_DeSantis | D_Gillum | R_Moody | D_Shaw | R_Patronis | D_Ring | R_Caldwell | D_Fried | R_Scott | D_Nelson | R_Trump | D_Clinton | R_Rubio | D_Murphy | R_Scott | D_Crist | R_Bondi | D_Sheldon | R_Atwater | D_Rankin | R_Putnam | D_Hamilton | R_Romney | D_Obama | R_Mack | D_Nelson |
| 20 | 23.52 | 75.89 | 19.45 | 79.93 | 20.26 | 78.44 | 20.20 | 79.79 | 19.89 | 80.09 | 20.00 | 80.00 | 20.39 | 77.83 | 22.42 | 75.64 | 17.97 | 79.92 | 22.42 | 76.13 | 24.50 | 75.48 | 22.99 | 77.02 | 19.06 | 80.52 | 16.82 | 81.97 |
| 24 | 25.28 | 74.18 | 17.83 | 81.45 | 18.39 | 80.05 | 18.46 | 81.53 | 18.00 | 82.00 | 18.64 | 81.36 | 17.28 | 81.05 | 21.99 | 75.93 | 16.24 | 82.18 | 18.77 | 79.80 | 20.93 | 79.06 | 20.21 | 79.78 | 16.83 | 82.82 | 15.49 | 83.46 |
| 26 | 58.98 | 40.49 | 54.26 | 44.44 | 55.44 | 42.63 | 55.96 | 44.03 | 54.70 | 45.29 | 55.19 | 44.81 | 47.09 | 50.61 | 57.17 | 40.61 | 56.88 | 40.53 | 61.63 | 36.07 | 62.62 | 37.37 | 62.69 | 37.30 | 50.67 | 48.85 | 47.10 | 50.74 |
| 27 | 50.01 | 49.45 | 45.75 | 53.18 | 46.10 | 51.99 | 47.41 | 52.59 | 45.38 | 54.63 | 45.52 | 54.47 | 40.05 | 57.42 | 50.17 | 47.78 | 47.55 | 50.00 | 51.96 | 46.03 | 56.52 | 43.49 | 55.69 | 44.30 | 47.27 | 52.22 | 44.15 | 54.47 |
| 28 | 52.99 | 46.42 | 46.31 | 52.49 | 46.94 | 50.86 | 48.07 | 51.92 | 46.56 | 53.44 | 46.55 | 53.46 | 40.81 | 56.46 | 49.92 | 47.69 | 45.89 | 51.20 | 51.75 | 45.82 | 54.11 | 45.87 | 53.95 | 46.04 | 44.61 | 54.83 | 42.03 | 56.33 |

# P000C0109

## 2020 General Election

| District | 2020 Census | | Total Registered Voters (RV) | | | | | DEM RV | | REP RV | | NPA RV | | Black RV | | | Hispanic RV | | | Total Voter Turnout (VT) | | | | | DEM VT | | REP VT | | NPA VT | | Black VT | | | Hispanic VT | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | BVAP | HVAP | DEM | REP | NPA | Black | Hisp. | Black | Hisp. | Black | Hisp. | Black | Hisp. | DEM | REP | NPA | DEM | REP | NPA | DEM | REP | NPA | Black | Hisp. | Black | Hisp. | Black | Hisp. | Black | Hisp. | DEM | REP | NPA | DEM | REP | NPA |
| 20 | 50.11 | 22.98 | 61.33 | 13.79 | 24.88 | 46.82 | 15.27 | 62.20 | 11.47 | 8.57 | 19.25 | 30.08 | 22.41 | 81.47 | 2.53 | 15.98 | 46.07 | 17.38 | 36.51 | 63.82 | 14.65 | 21.54 | 46.41 | 15.11 | 61.73 | 11.18 | 6.68 | 19.59 | 27.98 | 23.65 | 84.88 | 2.11 | 12.98 | 47.21 | 18.99 | 33.70 |
| 24 | 42.17 | 38.46 | 60.04 | 12.59 | 27.37 | 44.01 | 27.28 | 60.56 | 19.19 | 8.52 | 44.78 | 24.03 | 36.98 | 82.62 | 2.44 | 14.94 | 42.23 | 20.67 | 37.09 | 61.44 | 13.57 | 25.00 | 42.88 | 27.71 | 59.69 | 19.08 | 6.48 | 46.20 | 21.27 | 38.87 | 85.54 | 2.05 | 12.40 | 42.31 | 22.62 | 35.07 |
| 26 | 6.92 | 73.22 | 29.79 | 37.92 | 32.29 | 5.19 | 60.87 | 13.33 | 59.08 | 0.60 | 57.90 | 3.03 | 65.98 | 76.51 | 4.41 | 18.86 | 28.91 | 36.07 | 35.00 | 29.06 | 41.60 | 29.35 | 4.78 | 58.90 | 13.04 | 56.68 | 0.47 | 56.20 | 2.65 | 64.88 | 79.30 | 4.09 | 16.27 | 27.96 | 39.69 | 32.32 |
| 27 | 7.07 | 74.18 | 34.57 | 33.39 | 32.04 | 6.14 | 62.79 | 13.97 | 50.91 | 0.68 | 73.27 | 3.38 | 64.68 | 78.63 | 3.69 | 17.62 | 28.03 | 38.96 | 33.00 | 34.57 | 35.93 | 29.50 | 5.43 | 63.61 | 12.81 | 50.58 | 0.50 | 74.07 | 2.76 | 66.11 | 81.58 | 3.32 | 15.02 | 27.49 | 41.84 | 30.66 |
| 28 | 10.32 | 73.35 | 33.92 | 32.58 | 33.51 | 8.68 | 63.92 | 19.84 | 54.23 | 0.92 | 69.60 | 4.89 | 68.19 | 77.57 | 3.44 | 18.87 | 28.78 | 35.48 | 35.75 | 33.54 | 36.06 | 30.40 | 7.72 | 64.42 | 18.63 | 53.57 | 0.69 | 70.06 | 4.00 | 69.69 | 80.92 | 3.20 | 15.76 | 27.89 | 39.22 | 32.88 |

*  *All numbers denoted are percentages*

## P000C0109

| District | 2020 Census | | Total Voter Turnout (VT) | | | | DEM VT | | REP VT | | Black VT | | Hispanic VT | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | BVAP | HVAP | DEM | REP | Black | Hisp. | Black | Hisp. | Black | Hisp. | DEM | REP | DEM | REP |
| 20 | 50.11 | 22.98 | 78.49 | 11.40 | 54.46 | 9.05 | 64.06 | 7.10 | 6.76 | 14.52 | 92.33 | 1.42 | 61.61 | 18.30 |
| 24 | 42.17 | 38.46 | 74.37 | 11.09 | 50.95 | 22.17 | 62.70 | 14.86 | 6.39 | 50.98 | 91.52 | 1.39 | 49.86 | 25.51 |
| 26 | 6.92 | 73.22 | 30.63 | 50.46 | 5.10 | 55.37 | 14.58 | 49.56 | 0.31 | 54.84 | 87.56 | 3.03 | 27.42 | 49.98 |
| 27 | 7.07 | 74.18 | 40.97 | 39.65 | 6.73 | 60.67 | 14.62 | 43.01 | 0.41 | 76.17 | 89.02 | 2.41 | 29.05 | 49.79 |
| 28 | 10.32 | 73.35 | 39.27 | 41.81 | 9.48 | 59.96 | 21.23 | 44.87 | 0.53 | 68.91 | 87.95 | 2.34 | 29.39 | 48.05 |

**2020 Primary Election**

\* *All numbers denoted are percentages*

# P000C0109

| District | 2020 Census | | Total Registered Voters (RV) | | | | | DEM RV | | REP RV | | NPA RV | | Black RV | | | Hispanic RV | | | Total Voter Turnout (VT) | | | | | DEM VT | | REP VT | | NPA VT | | Black VT | | | Hispanic VT | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | BVAP | HVAP | DEM | REP | NPA | Black | Hisp. | Black | Hisp. | Black | Hisp. | Black | Hisp. | DEM | REP | NPA | DEM | REP | NPA | DEM | REP | NPA | Black | Hisp. | Black | Hisp. | Black | Hisp. | Black | Hisp. | DEM | REP | NPA | DEM | REP | NPA |
| 20 | 50.11 | 22.98 | 61.94 | 13.61 | 24.46 | 46.39 | 14.27 | 61.53 | 16.60 | 8.61 | 19.25 | 28.99 | 21.28 | 82.15 | 2.53 | 15.29 | 47.61 | 15.83 | 36.47 | 66.88 | 14.37 | 18.74 | 48.77 | 12.06 | 63.09 | 9.18 | 6.71 | 15.23 | 29.87 | 19.68 | 86.51 | 1.98 | 11.48 | 50.92 | 18.16 | 30.59 |
| 24 | 42.17 | 38.46 | 62.10 | 11.55 | 26.35 | 45.56 | 25.97 | 61.28 | 42.77 | 9.10 | 44.78 | 24.49 | 35.92 | 83.52 | 2.31 | 14.17 | 44.54 | 19.02 | 36.44 | 66.56 | 11.99 | 21.44 | 47.81 | 23.44 | 62.73 | 16.22 | 7.09 | 42.64 | 24.28 | 35.06 | 87.32 | 1.78 | 10.89 | 46.08 | 21.82 | 32.08 |
| 26 | 6.92 | 73.22 | 31.15 | 36.24 | 32.61 | 5.30 | 60.66 | 13.22 | 56.76 | 0.59 | 57.90 | 2.91 | 65.34 | 77.73 | 4.06 | 17.89 | 30.95 | 33.91 | 35.13 | 30.38 | 43.42 | 26.19 | 5.60 | 54.86 | 15.16 | 53.01 | 0.45 | 52.55 | 3.00 | 60.72 | 82.30 | 3.52 | 14.03 | 29.36 | 41.60 | 28.99 |
| 27 | 7.07 | 74.18 | 35.12 | 33.06 | 31.82 | 6.29 | 61.97 | 14.23 | 71.89 | 0.70 | 73.27 | 3.34 | 63.94 | 79.41 | 3.67 | 16.91 | 28.81 | 38.36 | 32.83 | 36.45 | 37.25 | 26.30 | 6.32 | 60.27 | 14.51 | 46.34 | 0.49 | 71.95 | 3.21 | 62.99 | 83.70 | 2.87 | 13.37 | 28.03 | 44.47 | 27.49 |
| 28 | 10.32 | 73.35 | 35.26 | 30.98 | 33.76 | 8.98 | 62.38 | 19.88 | 67.51 | 0.98 | 69.60 | 4.93 | 66.59 | 78.03 | 3.37 | 18.51 | 30.43 | 33.53 | 36.04 | 36.42 | 36.47 | 27.11 | 9.28 | 59.72 | 21.03 | 48.88 | 0.72 | 66.35 | 4.98 | 65.31 | 82.54 | 2.83 | 14.55 | 29.81 | 40.52 | 29.65 |

*  *All numbers denoted are percentages*

# P000C0109

| District | 2020 Census | | Total Voter Turnout (VT) | | | | DEM VT | | REP VT | | Black VT | | Hispanic VT | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | BVAP | HVAP | DEM | REP | Black | Hisp. | Black | Hisp. | Black | Hisp. | DEM | REP | DEM | REP |
| **2018 Primary Election** | | | | | | | | | | | | | | |
| 20 | 50.11 | 22.98 | 76.65 | 14.84 | 53.05 | 7.09 | 64.24 | 5.54 | 5.60 | 11.08 | 92.81 | 1.57 | 59.86 | 23.20 |
| 24 | 42.17 | 38.46 | 77.62 | 11.43 | 54.96 | 17.55 | 65.63 | 11.72 | 6.73 | 43.38 | 92.68 | 1.40 | 51.81 | 28.25 |
| 26 | 6.92 | 73.22 | 31.08 | 54.64 | 6.09 | 48.90 | 17.60 | 43.02 | 0.36 | 49.20 | 89.87 | 3.20 | 27.34 | 54.97 |
| 27 | 7.07 | 74.18 | 43.27 | 43.47 | 8.03 | 56.59 | 16.98 | 37.10 | 0.39 | 73.64 | 91.51 | 2.10 | 28.37 | 56.57 |
| 28 | 10.32 | 73.35 | 41.39 | 44.86 | 10.76 | 51.96 | 23.58 | 36.94 | 0.57 | 63.73 | 90.69 | 2.37 | 29.42 | 55.02 |

*  *All numbers denoted are percentages*

# P000C0109

| District | 2020 Census | | Total Registered Voters (RV) | | | | | DEM RV | | REP RV | | NPA RV | | Black RV | | | Hispanic RV | | | Total Voter Turnout (VT) | | | | | DEM VT | | REP VT | | NPA VT | | Black VT | | | Hispanic VT | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | BVAP | HVAP | DEM | REP | NPA | Black | Hisp. | Black | Hisp. | Black | Hisp. | Black | Hisp. | DEM | REP | NPA | DEM | REP | NPA | DEM | REP | NPA | Black | Hisp. | Black | Hisp. | Black | Hisp. | Black | Hisp. | DEM | REP | NPA | DEM | REP | NPA |
| 20 | 50.11 | 22.98 | 62.65 | 13.78 | 23.56 | 46.16 | 13.36 | 61.13 | 10.40 | 8.72 | 15.56 | 28.18 | 19.88 | 82.97 | 2.60 | 14.38 | 48.78 | 16.05 | 35.07 | 65.54 | 14.32 | 20.14 | 46.50 | 13.19 | 61.32 | 10.25 | 6.78 | 15.33 | 26.39 | 21.10 | 86.44 | 2.09 | 11.43 | 50.94 | 16.64 | 32.21 |
| 24 | 42.17 | 38.46 | 63.38 | 11.59 | 25.03 | 46.38 | 25.13 | 61.86 | 17.92 | 9.26 | 42.92 | 24.37 | 35.13 | 84.53 | 2.31 | 13.15 | 45.20 | 19.79 | 35.00 | 65.41 | 11.92 | 22.67 | 45.88 | 25.36 | 61.29 | 17.92 | 7.14 | 43.70 | 21.73 | 37.13 | 87.39 | 1.85 | 10.74 | 46.21 | 20.54 | 33.19 |
| 26 | 6.92 | 73.22 | 31.77 | 36.71 | 31.52 | 5.52 | 61.17 | 13.79 | 60.25 | 0.61 | 58.17 | 2.86 | 65.57 | 79.39 | 4.05 | 16.34 | 31.29 | 34.91 | 33.79 | 31.62 | 39.78 | 28.60 | 5.19 | 58.72 | 13.50 | 58.39 | 0.47 | 55.18 | 2.52 | 64.01 | 82.26 | 3.59 | 13.86 | 31.44 | 37.38 | 31.17 |
| 27 | 7.07 | 74.18 | 35.20 | 33.97 | 30.83 | 6.50 | 61.66 | 14.81 | 50.08 | 0.71 | 71.72 | 3.38 | 63.77 | 80.21 | 3.69 | 16.01 | 28.59 | 39.51 | 31.89 | 35.84 | 35.99 | 28.17 | 5.97 | 61.78 | 13.87 | 49.38 | 0.51 | 71.98 | 2.88 | 64.51 | 83.27 | 3.09 | 13.60 | 28.64 | 41.93 | 29.42 |
| 28 | 10.32 | 73.35 | 35.50 | 31.47 | 33.04 | 9.00 | 61.18 | 19.97 | 52.44 | 1.01 | 66.69 | 4.80 | 65.32 | 78.76 | 3.52 | 17.63 | 30.43 | 34.30 | 35.27 | 36.10 | 34.25 | 29.65 | 8.36 | 61.13 | 19.08 | 51.83 | 0.77 | 66.29 | 4.07 | 66.47 | 82.39 | 3.16 | 14.43 | 30.61 | 37.14 | 32.25 |

*  All numbers denoted are percentages

## P000C0109

| District | 2016 Primary Election | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2020 Census | | Total Voter Turnout (VT) | | | | DEM VT | | REP VT | | Black VT | | Hispanic VT | |
| | BVAP | HVAP | DEM | REP | Black | Hisp. | Black | Hisp. | Black | Hisp. | DEM | REP | DEM | REP |
| 20 | 50.11 | 22.98 | 78.75 | 13.93 | 54.65 | 5.78 | 65.25 | 4.34 | 6.22 | 10.05 | 94.03 | 1.59 | 59.22 | 24.23 |
| 24 | 42.17 | 38.46 | 76.09 | 12.97 | 54.07 | 19.48 | 66.37 | 11.46 | 6.13 | 51.18 | 93.40 | 1.47 | 44.75 | 34.08 |
| 26 | 6.92 | 73.22 | 26.58 | 57.80 | 4.89 | 53.24 | 16.49 | 46.12 | 0.31 | 53.67 | 89.71 | 3.68 | 23.02 | 58.26 |
| 27 | 7.07 | 74.18 | 36.74 | 47.25 | 6.96 | 61.52 | 17.42 | 38.64 | 0.36 | 76.72 | 91.98 | 2.42 | 23.08 | 58.92 |
| 28 | 10.32 | 73.35 | 36.78 | 46.40 | 8.47 | 56.29 | 20.84 | 38.68 | 0.49 | 66.74 | 90.48 | 2.71 | 25.28 | 55.01 |

*  *All numbers denoted are percentages*

# P000C0109

| District | 2020 Census | | Total Registered Voters (RV) | | | | | DEM RV | | REP RV | | NPA RV | | Black RV | | | Hispanic RV | | | Total Voter Turnout (VT) | | | | | DEM VT | | REP VT | | NPA VT | | Black VT | | | Hispanic VT | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | BVAP | HVAP | DEM | REP | NPA | Black | Hisp. | Black | Hisp. | Black | Hisp. | Black | Hisp. | DEM | REP | NPA | DEM | REP | NPA | DEM | REP | NPA | Black | Hisp. | Black | Hisp. | Black | Hisp. | Black | Hisp. | DEM | REP | NPA | DEM | REP | NPA |
| 20 | 50.11 | 22.98 | 63.24 | 13.95 | 22.80 | 45.88 | 11.86 | 60.64 | 10.40 | 8.84 | 14.11 | 27.53 | 18.22 | 83.59 | 2.69 | 13.68 | 48.22 | 16.60 | 35.02 | 68.71 | 15.02 | 16.26 | 49.26 | 8.00 | 63.46 | 5.79 | 6.94 | 11.38 | 28.00 | 13.99 | 88.51 | 2.12 | 9.25 | 49.71 | 21.38 | 28.45 |
| 24 | 42.17 | 38.46 | 64.55 | 11.67 | 23.78 | 47.82 | 23.30 | 63.04 | 17.92 | 9.86 | 43.42 | 25.13 | 33.33 | 85.09 | 2.40 | 12.50 | 44.21 | 21.74 | 34.03 | 71.02 | 11.92 | 17.03 | 53.66 | 18.30 | 67.76 | 11.21 | 7.82 | 43.30 | 26.96 | 30.23 | 89.67 | 1.74 | 8.56 | 43.50 | 28.22 | 28.15 |
| 26 | 6.92 | 73.22 | 31.69 | 37.60 | 30.72 | 6.01 | 61.00 | 15.27 | 60.25 | 0.64 | 60.00 | 3.00 | 65.08 | 80.51 | 3.97 | 15.32 | 30.23 | 36.99 | 32.78 | 28.87 | 48.42 | 22.70 | 6.30 | 51.34 | 18.75 | 45.37 | 0.45 | 53.02 | 2.78 | 55.30 | 85.93 | 3.45 | 10.02 | 25.51 | 50.00 | 24.45 |
| 27 | 7.07 | 74.18 | 34.61 | 35.52 | 29.87 | 6.99 | 60.35 | 16.31 | 50.08 | 0.76 | 71.34 | 3.58 | 62.88 | 80.81 | 3.87 | 15.28 | 26.89 | 41.99 | 31.12 | 35.88 | 42.18 | 21.94 | 7.42 | 56.62 | 17.85 | 37.45 | 0.54 | 71.01 | 3.51 | 60.29 | 86.38 | 3.04 | 10.38 | 23.73 | 52.90 | 23.36 |
| 28 | 10.32 | 73.35 | 35.30 | 32.26 | 32.44 | 9.55 | 59.58 | 21.43 | 52.44 | 1.09 | 66.54 | 5.01 | 63.51 | 79.20 | 3.70 | 17.02 | 29.40 | 36.03 | 34.58 | 35.79 | 40.22 | 23.98 | 10.10 | 53.20 | 23.99 | 38.84 | 0.70 | 63.13 | 5.04 | 57.95 | 85.03 | 2.80 | 11.97 | 26.13 | 47.73 | 26.12 |

*  All numbers denoted are percentages

# P000C0109

| District | 2014 Primary Election | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2020 Census | | Total Voter Turnout (VT) | | | | DEM VT | | REP VT | | Black VT | | Hispanic VT | |
| | BVAP | HVAP | DEM | REP | Black | Hisp. | Black | Hisp. | Black | Hisp. | DEM | REP | DEM | REP |
| 20 | 50.11 | 22.98 | 80.14 | 12.86 | 55.93 | 3.75 | 65.77 | 2.66 | 7.23 | 7.60 | 94.23 | 1.66 | 56.95 | 26.08 |
| 24 | 42.17 | 38.46 | 78.64 | 11.23 | 61.23 | 14.35 | 72.68 | 7.39 | 7.55 | 49.34 | 93.34 | 1.39 | 40.50 | 38.63 |
| 26 | 6.92 | 73.22 | 26.56 | 58.54 | 6.08 | 54.13 | 20.85 | 39.81 | 0.34 | 57.98 | 91.12 | 3.26 | 19.53 | 62.71 |
| 27 | 7.07 | 74.18 | 36.14 | 49.14 | 7.49 | 58.27 | 18.92 | 31.34 | 0.42 | 75.95 | 91.33 | 2.74 | 19.44 | 64.04 |
| 28 | 10.32 | 73.35 | 34.44 | 49.79 | 8.78 | 50.09 | 22.70 | 28.97 | 0.46 | 62.96 | 89.00 | 2.63 | 19.92 | 62.58 |

*  *All numbers denoted are percentages*

# P000C0109

## 2012 General Election

| District | 2020 Census | | Total Registered Voters (RV) | | | | | DEM RV | | REP RV | | NPA RV | | Black RV | | | Hispanic RV | | | Total Voter Turnout (VT) | | | | | DEM VT | | REP VT | | NPA VT | | Black VT | | | Hispanic VT | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | BVAP | HVAP | DEM | REP | NPA | Black | Hisp. | Black | Hisp. | Black | Hisp. | Black | Hisp. | DEM | REP | NPA | DEM | REP | NPA | DEM | REP | NPA | Black | Hisp. | Black | Hisp. | Black | Hisp. | Black | Hisp. | DEM | REP | NPA | DEM | REP | NPA |
| 20 | 50.11 | 22.98 | 63.85 | 14.61 | 21.53 | 44.90 | 11.06 | 59.22 | 8.54 | 9.04 | 13.21 | 26.69 | 16.97 | 84.23 | 2.94 | 12.80 | 49.31 | 17.45 | 33.05 | 67.48 | 14.35 | 18.16 | 48.51 | 9.95 | 62.43 | 7.50 | 7.71 | 12.86 | 28.92 | 16.60 | 86.85 | 2.28 | 10.83 | 50.82 | 18.55 | 30.29 |
| 24 | 42.17 | 38.46 | 65.52 | 12.07 | 22.41 | 48.21 | 22.40 | 62.94 | 15.32 | 10.36 | 42.98 | 25.52 | 32.03 | 85.54 | 2.59 | 11.86 | 44.81 | 23.15 | 32.03 | 68.44 | 11.86 | 19.69 | 50.60 | 21.13 | 64.90 | 14.07 | 8.72 | 43.77 | 26.06 | 32.00 | 87.79 | 2.04 | 10.14 | 45.57 | 24.57 | 29.83 |
| 26 | 6.92 | 73.22 | 32.51 | 38.76 | 28.73 | 6.35 | 60.94 | 16.00 | 57.00 | 0.66 | 61.03 | 3.09 | 65.25 | 81.88 | 4.01 | 13.97 | 30.40 | 38.81 | 30.77 | 32.06 | 42.58 | 25.34 | 6.58 | 57.72 | 17.35 | 53.39 | 0.49 | 57.93 | 3.13 | 62.77 | 84.49 | 3.18 | 12.06 | 29.66 | 42.74 | 27.56 |
| 27 | 7.07 | 74.18 | 35.43 | 36.57 | 28.00 | 7.28 | 59.25 | 16.78 | 45.38 | 0.81 | 70.81 | 3.70 | 61.72 | 81.63 | 4.09 | 14.21 | 27.14 | 43.70 | 29.17 | 35.85 | 39.17 | 24.99 | 7.29 | 58.71 | 17.14 | 43.12 | 0.61 | 71.05 | 3.63 | 61.71 | 84.27 | 3.26 | 12.44 | 26.33 | 47.40 | 26.26 |
| 28 | 10.32 | 73.35 | 36.05 | 33.49 | 30.46 | 9.78 | 58.37 | 21.72 | 48.03 | 1.17 | 65.83 | 5.10 | 62.40 | 80.07 | 3.99 | 15.89 | 29.67 | 37.77 | 32.56 | 36.60 | 36.76 | 26.65 | 10.20 | 56.82 | 23.14 | 44.76 | 0.92 | 65.03 | 5.22 | 62.03 | 83.00 | 3.30 | 13.64 | 28.83 | 42.06 | 29.09 |

*  All numbers denoted are percentages

## P000C0109

| District | 2012 Primary Election | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2020 Census | | Total Voter Turnout (VT) | | | | DEM VT | | REP VT | | Black VT | | Hispanic VT | |
| | BVAP | HVAP | DEM | REP | Black | Hisp. | Black | Hisp. | Black | Hisp. | DEM | REP | DEM | REP |
| 20 | 50.11 | 22.98 | 75.23 | 16.98 | 52.73 | 3.77 | 65.20 | 2.61 | 6.08 | 6.83 | 93.02 | 1.96 | 52.12 | 30.78 |
| 24 | 42.17 | 38.46 | 76.47 | 12.91 | 59.93 | 15.91 | 72.72 | 7.92 | 7.57 | 50.27 | 92.79 | 1.63 | 38.04 | 40.78 |
| 26 | 6.92 | 73.72 | 23.95 | 61.25 | 5.67 | 56.12 | 21.26 | 44.17 | 0.38 | 57.91 | 89.78 | 4.09 | 18.85 | 63.20 |
| 27 | 7.07 | 74.18 | 33.42 | 51.14 | 7.87 | 60.40 | 21.45 | 33.56 | 0.40 | 75.89 | 91.14 | 2.57 | 18.57 | 64.25 |
| 28 | 10.32 | 73.35 | 35.03 | 48.72 | 9.57 | 53.03 | 24.43 | 31.63 | 0.66 | 64.72 | 89.40 | 3.34 | 20.90 | 59.45 |

*  *All numbers denoted are percentages*

# P000C0109

| County Share of Population | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| County | District | Total Population | County | District | Total Population | County | District | Total Population |
| Alachua | 3 | 278,468 | Lake | 6 | 117,124 | Seminole | 7 | 470,856 |
| Baker | 3 | 28,259 | Lake | 11 | 266,832 | St. Johns | 5 | 234,278 |
| Bay | 2 | 175,216 | Lee | 17 | 148,368 | St. Johns | 6 | 39,147 |
| Bradford | 3 | 28,303 | Lee | 19 | 612,454 | St. Lucie | 21 | 329,226 |
| Brevard | 8 | 606,612 | Leon | 2 | 292,198 | Sumter | 11 | 129,752 |
| Broward | 20 | 535,322 | Levy | 3 | 42,915 | Suwannee | 3 | 43,474 |
| Broward | 23 | 561,713 | Liberty | 2 | 7,974 | Taylor | 2 | 21,796 |
| Broward | 24 | 78,119 | Madison | 2 | 17,968 | Union | 3 | 16,147 |
| Broward | 25 | 769,221 | Manatee | 16 | 399,710 | Volusia | 6 | 255,178 |
| Calhoun | 2 | 13,648 | Marion | 3 | 206,835 | Volusia | 7 | 298,365 |
| Charlotte | 17 | 186,847 | Marion | 6 | 169,073 | Wakulla | 2 | 33,764 |
| Citrus | 12 | 153,843 | Marion | 12 | 0 | Walton | 1 | 47,648 |
| Clay | 4 | 218,245 | Martin | 21 | 158,431 | Walton | 2 | 27,657 |
| Collier | 18 | 4,861 | Miami-Dade | 24 | 691,102 | Washington | 2 | 25,318 |
| Collier | 19 | 156,767 | Miami-Dade | 26 | 555,097 | | | |
| Collier | 26 | 214,124 | Miami-Dade | 27 | 769,221 | | | |
| Columbia | 3 | 69,698 | Miami-Dade | 28 | 686,347 | | | |
| DeSoto | 18 | 33,976 | Monroe | 28 | 82,874 | | | |
| Dixie | 3 | 16,759 | Nassau | 4 | 90,352 | | | |
| Duval | 4 | 460,624 | Okaloosa | 1 | 211,668 | | | |
| Duval | 5 | 534,943 | Okeechobee | 18 | 39,644 | | | |
| Escambia | 1 | 321,905 | Orange | 7 | 0 | | | |
| Flagler | 6 | 115,378 | Orange | 8 | 2,821 | | | |
| Franklin | 2 | 12,451 | Orange | 9 | 326,695 | | | |
| Gadsden | 2 | 43,826 | Orange | 10 | 769,221 | | | |
| Gilchrist | 3 | 17,864 | Orange | 11 | 331,171 | | | |
| Glades | 18 | 12,126 | Osceola | 9 | 388,656 | | | |
| Gulf | 2 | 14,192 | Palm Beach | 20 | 233,899 | | | |
| Hamilton | 3 | 14,004 | Palm Beach | 21 | 281,564 | | | |
| Hardee | 18 | 25,327 | Palm Beach | 22 | 769,220 | | | |
| Hendry | 18 | 39,619 | Palm Beach | 23 | 207,508 | | | |
| Hernando | 12 | 194,515 | Pasco | 12 | 420,863 | | | |
| Highlands | 18 | 101,235 | Pasco | 15 | 141,028 | | | |
| Hillsborough | 14 | 579,335 | Pinellas | 13 | 769,221 | | | |
| Hillsborough | 15 | 510,916 | Pinellas | 14 | 189,886 | | | |
| Hillsborough | 16 | 369,511 | Polk | 9 | 53,870 | | | |
| Holmes | 2 | 19,653 | Polk | 11 | 41,466 | | | |
| Indian River | 8 | 159,788 | Polk | 15 | 117,277 | | | |
| Jackson | 2 | 47,319 | Polk | 18 | 512,433 | | | |
| Jefferson | 2 | 14,510 | Putnam | 6 | 73,321 | | | |
| Lafayette | 2 | 1,731 | Santa Rosa | 1 | 188,000 | | | |
| Lafayette | 3 | 6,495 | Sarasota | 17 | 434,006 | | | |

# P000C0109

| City Split List | | |
|---|---|---|
| **City** | **District** | **Total Population** |
| Deerfield Beach | 20 | 27,968 |
| Deerfield Beach | 23 | 58,891 |
| Fort Lauderdale | 20 | 55,428 |
| Fort Lauderdale | 23 | 105,601 |
| Fort Lauderdale | 25 | 21,731 |
| Jacksonville | 4 | 459,228 |
| Jacksonville | 5 | 490,383 |
| Lakeland | 15 | 49,933 |
| Lakeland | 18 | 62,708 |
| Longboat Key | 16 | 2,746 |
| Longboat Key | 17 | 4,759 |
| Margate | 20 | 11,080 |
| Margate | 23 | 47,632 |
| Miami | 24 | 86,644 |
| Miami | 26 | 66,430 |
| Miami | 27 | 289,167 |
| Miramar | 24 | 56,729 |
| Miramar | 25 | 77,992 |
| Oakland Park | 20 | 15,037 |
| Oakland Park | 23 | 29,192 |
| Orlando | 9 | 81,845 |
| Orlando | 10 | 225,262 |
| Orlando | 11 | 466 |
| Plantation | 20 | 44,325 |
| Plantation | 25 | 47,425 |
| Pompano Beach | 20 | 49,811 |
| Pompano Beach | 23 | 62,235 |
| Riviera Beach | 20 | 29,204 |
| Riviera Beach | 21 | 8,400 |
| St. Petersburg | 13 | 82,168 |
| St. Petersburg | 14 | 176,140 |
| Tampa | 14 | 287,435 |
| Tampa | 15 | 97,524 |
| West Palm Beach | 20 | 59,919 |
| West Palm Beach | 21 | 21,937 |
| West Palm Beach | 22 | 35,559 |

# P000C0109

| Boundary Analysis | | | | | |
|---|---|---|---|---|---|
| District | City Boundaries(%) | County Boundaries(%) | Road Boundaries(%) | Water Boundaries(%) | Rail Boundaries(%) | Non Geo/Pol Boundaries(%) |
| Statewide Avg. | 14.21 | 56.29 | 17.89 | 39.43 | 0.75 | 11.50 |
| 1 | 8 | 78 | 10 | 53 | 0 | 3 |
| 2 | 5 | 84 | 7 | 49 | 0 | 3 |
| 3 | 6 | 85 | 7 | 32 | 0 | 5 |
| 4 | 8 | 86 | 2 | 55 | 0 | 2 |
| 5 | 16 | 48 | 7 | 79 | 0 | 13 |
| 6 | 16 | 42 | 17 | 32 | 2 | 15 |
| 7 | 22 | 68 | 9 | 40 | 2 | 8 |
| 8 | 0 | 89 | 7 | 44 | 0 | 4 |
| 9 | 2 | 61 | 25 | 27 | 0 | 12 |
| 10 | 13 | 26 | 35 | 2 | 1 | 37 |
| 11 | 14 | 49 | 27 | 26 | 2 | 13 |
| 12 | 7 | 84 | 13 | 63 | 0 | 8 |
| 13 | 15 | 75 | 12 | 67 | 0 | 3 |
| 14 | 12 | 19 | 46 | 21 | 1 | 13 |
| 15 | 3 | 1 | 61 | 4 | 0 | 32 |
| 16 | 1 | 73 | 21 | 32 | 1 | 2 |
| 17 | 9 | 84 | 5 | 39 | 0 | 6 |
| 18 | 6 | 77 | 8 | 21 | 0 | 9 |
| 19 | 11 | 65 | 12 | 59 | 0 | 10 |
| 20 | 28 | 37 | 15 | 13 | 3 | 22 |
| 21 | 9 | 68 | 7 | 48 | 0 | 16 |
| 22 | 36 | 24 | 18 | 36 | 0 | 24 |
| 23 | 29 | 28 | 16 | 38 | 9 | 20 |
| 24 | 36 | 36 | 32 | 46 | 0 | 10 |
| 25 | 64 | 29 | 12 | 20 | 0 | 15 |
| 26 | 11 | 54 | 28 | 13 | 0 | 9 |
| 27 | 10 | 18 | 34 | 59 | 0 | 7 |
| 28 | 1 | 88 | 8 | 86 | 0 | 1 |