

# FLCD2016

| STATEWIDE SNAPSHOT |||||
|---|---|---|---|---|
| Total State Population: | 21,538,187 | Total Counties: | 67 | Reock Avg. |
| Ideal District Population: | 769,221 | Counties Split: | 18 | 0.42 |
| Mean Deviation: | 66,558   8.65% | Counties Kept Whole: | 49 | Convex Hull Avg. |
| Max Deviation: | 186,381   24.23% | Total Cities: | 412 | 0.75 |
| Min Deviation: | -769,221   -100.00% | Cities Split: | 39 | Polsby Popper Avg. |
| Overall Deviation Range: | 955,602   124.23% | Cities Kept Whole: | 373 | 0.35 |

## DISTRICT BREAKDOWN

| District | Population ||| Voting Age Population || Compactness |||
|---|---|---|---|---|---|---|---|---|
| | Total Population | Deviation From Ideal | % Deviation | BVAP % | HVAP % | Reock | Convex Hull | Polsby Popper |
| 1 | 807,881 | 38,660 | 5.03 | 13.23 | 6.60 | 0.40 | 0.82 | 0.40 |
| 2 | 727,856 | -41,365 | -5.38 | 12.42 | 6.68 | 0.31 | 0.68 | 0.21 |
| 3 | 766,133 | -3,088 | -0.40 | 16.10 | 10.29 | 0.71 | 0.89 | 0.53 |
| 4 | 871,884 | 102,663 | 13.35 | 10.36 | 8.84 | 0.37 | 0.72 | 0.17 |
| 5 | 748,910 | -20,311 | -2.64 | 46.20 | 9.14 | 0.12 | 0.71 | 0.10 |
| 6 | 796,254 | 27,033 | 3.51 | 10.12 | 12.07 | 0.44 | 0.77 | 0.34 |
| 7 | 788,518 | 19,297 | 2.51 | 12.19 | 24.65 | 0.57 | 0.81 | 0.37 |
| 8 | 783,753 | 14,532 | 1.89 | 9.68 | 10.35 | 0.34 | 0.76 | 0.41 |
| 9 | 955,602 | 186,381 | 24.23 | 14.26 | 41.53 | 0.63 | 0.87 | 0.46 |
| 10 | 873,804 | 104,583 | 13.60 | 26.70 | 28.95 | 0.49 | 0.89 | 0.49 |
| 11 | 820,835 | 51,614 | 6.71 | 7.22 | 10.12 | 0.42 | 0.74 | 0.29 |
| 12 | 807,137 | 37,916 | 4.93 | 5.83 | 12.50 | 0.38 | 0.82 | 0.46 |
| 13 | 727,465 | -41,756 | -5.43 | 11.88 | 9.81 | 0.66 | 0.93 | 0.68 |
| 14 | 787,447 | 18,226 | 2.37 | 17.89 | 30.15 | 0.48 | 0.82 | 0.45 |
| 15 | 819,853 | 50,632 | 6.58 | 15.39 | 22.74 | 0.33 | 0.76 | 0.26 |
| 16 | 884,047 | 114,826 | 14.93 | 9.33 | 15.94 | 0.58 | 0.90 | 0.53 |
| 17 | 779,955 | 10,734 | 1.40 | 7.15 | 13.26 | 0.51 | 0.77 | 0.44 |
| 18 | 794,724 | 25,503 | 3.32 | 12.95 | 15.60 | 0.50 | 0.82 | 0.45 |
| 19 | 835,012 | 65,791 | 8.55 | 6.78 | 18.08 | 0.34 | 0.79 | 0.40 |
| 20 | 776,283 | 7,062 | 0.92 | 52.37 | 26.75 | 0.48 | 0.75 | 0.20 |
| 21 | 788,007 | 18,786 | 2.44 | 14.97 | 22.58 | 0.37 | 0.64 | 0.29 |
| 22 | 785,756 | 16,535 | 2.15 | 15.22 | 21.37 | 0.46 | 0.73 | 0.22 |
| 23 | 769,356 | 135 | 0.02 | 15.21 | 39.74 | 0.35 | 0.65 | 0.25 |
| 24 | 742,542 | -26,679 | -3.47 | 43.62 | 44.87 | 0.47 | 0.77 | 0.30 |
| 25 | 771,434 | 2,213 | 0.29 | 4.86 | 74.37 | 0.41 | 0.68 | 0.36 |
| 26 | 787,914 | 18,693 | 2.43 | 11.34 | 72.44 | 0.22 | 0.55 | 0.24 |
| 27 | 739,825 | -29,396 | -3.82 | 5.95 | 70.35 | 0.50 | 0.88 | 0.48 |
| 28 | 0 | -769,221 | -100.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

# FLCD2016

| | TOTAL REGISTERED VOTERS % | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Black | | | | | | Hispanic | | | | | | DEM | | | | | REP | | | | | NPA | | | | |
| DISTRICT | Proposed BVAP % | 2020 | 2018 | 2016 | 2014 | 2012 | Proposed HVAP % | 2020 | 2018 | 2016 | 2014 | 2012 | 2020 | 2018 | 2016 | 2014 | 2012 | 2020 | 2018 | 2016 | 2014 | 2012 | 2020 | 2018 | 2016 | 2014 | 2012 |
| 5 | 46.20 | 46.07 | 45.80 | 45.75 | 46.41 | 46.06 | 9.14 | 4.78 | 4.39 | 3.97 | 3.31 | 3.10 | 56.62 | 57.46 | 58.57 | 60.01 | 61.04 | 24.04 | 23.41 | 23.64 | 22.64 | 23.07 | 19.34 | 19.13 | 17.77 | 17.34 | 15.87 |
| 20 | 52.37 | 49.67 | 49.52 | 49.55 | 49.48 | 48.72 | 26.75 | 18.33 | 17.54 | 16.69 | 15.35 | 22.08 | 62.04 | 62.77 | 63.55 | 63.97 | 64.58 | 12.78 | 12.48 | 12.69 | 12.96 | 13.60 | 25.18 | 24.75 | 23.76 | 23.07 | 21.82 |
| 24 | 43.62 | 46.16 | 47.60 | 48.54 | 50.74 | 51.04 | 44.87 | 31.90 | 30.29 | 29.17 | 26.87 | 50.06 | 61.55 | 63.63 | 65.01 | 66.28 | 67.09 | 12.12 | 10.98 | 11.03 | 11.21 | 11.56 | 26.34 | 25.38 | 23.95 | 22.52 | 21.35 |
| 25 | 4.86 | 3.13 | 3.06 | 3.10 | 3.25 | 3.24 | 74.37 | 62.61 | 62.29 | 62.81 | 63.00 | 61.63 | 27.57 | 28.91 | 29.45 | 29.23 | 29.75 | 40.22 | 38.50 | 39.02 | 40.03 | 41.57 | 32.21 | 32.59 | 31.53 | 30.74 | 28.69 |
| 26 | 11.34 | 10.02 | 10.45 | 10.54 | 11.28 | 11.57 | 72.44 | 62.59 | 60.90 | 59.61 | 57.80 | 65.55 | 34.64 | 36.06 | 36.37 | 36.32 | 37.16 | 32.40 | 30.76 | 31.24 | 31.96 | 33.12 | 32.96 | 33.17 | 32.38 | 31.72 | 29.72 |
| 27 | 5.95 | 4.60 | 4.69 | 4.83 | 5.15 | 5.31 | 70.35 | 58.79 | 58.21 | 57.97 | 56.69 | 67.14 | 35.31 | 35.69 | 35.72 | 35.18 | 36.02 | 32.02 | 31.92 | 32.79 | 34.21 | 35.28 | 32.67 | 32.40 | 31.49 | 30.61 | 28.70 |

# FLCD2016

| DISTRICT | Proposed BVAP % | Black 2020 | 2018 | 2016 | 2014 | 2012 | Proposed HVAP % | Hispanic 2020 | 2018 | 2016 | 2014 | 2012 | DEM 2020 | 2018 | 2016 | 2014 | 2012 | REP 2020 | 2018 | 2016 | 2014 | 2012 | NPA 2020 | 2018 | 2016 | 2014 | 2012 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5 | 46.20 | 44.52 | 46.48 | 44.81 | 44.22 | 47.53 | 9.14 | 4.29 | 3.31 | 3.54 | 1.93 | 2.57 | 58.13 | 61.04 | 60.08 | 62.08 | 63.18 | 27.11 | 26.13 | 26.14 | 26.57 | 24.20 | 14.74 | 12.81 | 13.78 | 11.33 | 12.60 |
| 20 | 52.37 | 49.81 | 53.27 | 50.52 | 55.05 | 53.00 | 26.75 | 18.29 | 14.78 | 16.46 | 10.16 | 13.00 | 64.62 | 68.19 | 66.65 | 70.34 | 68.45 | 13.55 | 12.95 | 13.06 | 13.62 | 13.15 | 21.83 | 18.85 | 20.28 | 16.03 | 18.40 |
| 24 | 43.62 | 45.56 | 51.64 | 49.02 | 58.35 | 54.80 | 44.87 | 32.28 | 26.26 | 28.98 | 19.68 | 23.52 | 63.23 | 68.89 | 67.67 | 73.39 | 70.82 | 13.11 | 11.29 | 11.19 | 11.19 | 11.04 | 23.65 | 19.82 | 21.13 | 15.41 | 18.14 |
| 25 | 4.86 | 2.96 | 3.20 | 2.93 | 3.16 | 3.44 | 74.37 | 60.94 | 57.40 | 60.71 | 54.35 | 59.86 | 26.94 | 27.98 | 29.31 | 26.28 | 29.19 | 43.77 | 45.80 | 42.09 | 51.09 | 45.55 | 29.28 | 26.22 | 28.60 | 22.62 | 25.26 |
| 26 | 11.34 | 8.98 | 10.90 | 9.89 | 12.15 | 12.14 | 72.44 | 63.20 | 58.19 | 59.57 | 51.55 | 55.03 | 34.24 | 37.34 | 36.99 | 37.07 | 37.79 | 35.91 | 36.16 | 34.04 | 39.72 | 36.33 | 29.85 | 26.50 | 28.97 | 23.21 | 25.88 |
| 27 | 5.95 | 4.12 | 4.71 | 4.43 | 5.34 | 5.32 | 70.35 | 59.41 | 56.54 | 57.99 | 53.29 | 55.23 | 35.64 | 37.42 | 36.55 | 36.79 | 36.58 | 34.30 | 35.60 | 34.55 | 40.36 | 37.63 | 30.06 | 26.99 | 28.90 | 22.85 | 25.79 |

# FLCD2016

| DISTRICT | 2020 President | | 2018 Governor | | 2018 AG | | 2018 CFO | | 2018 Ag Comm | | 2018 US Senate | | 2016 President | | 2016 US Senate | | 2014 Governor | | 2014 AG | | 2014 CFO | | 2014 Ag Comm | | 2012 President | | 2012 US Senate | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | R_Trump | D_Biden | R_DeSantis | D_Gillum | R_Moody | D_Shaw | R_Patronis | D_Ring | R_Caldwell | D_Fried | R_Scott | D_Nelson | R_Trump | D_Clinton | R_Rubio | D_Murphy | R_Scott | D_Crist | R_Bondi | D_Sheldon | R_Atwater | D_Rankin | R_Putnam | D_Hamilton | R_Romney | D_Obama | R_Mack | D_Nelson |
| 5 | 36.27 | 62.59 | 34.20 | 64.88 | 36.88 | 61.58 | 37.19 | 62.80 | 36.16 | 63.83 | 35.22 | 64.78 | 36.19 | 60.92 | 41.30 | 55.43 | 37.10 | 59.33 | 41.85 | 55.70 | 44.08 | 55.92 | 42.18 | 57.80 | 35.62 | 63.57 | 30.31 | 67.35 |
| 20 | 22.12 | 77.32 | 17.25 | 82.18 | 18.20 | 80.60 | 18.14 | 81.86 | 17.86 | 82.12 | 18.07 | 81.94 | 18.09 | 80.18 | 20.99 | 77.24 | 16.60 | 81.52 | 20.66 | 78.03 | 22.32 | 77.67 | 20.77 | 79.21 | 17.12 | 82.50 | 15.26 | 83.62 |
| 24 | 24.00 | 75.42 | 15.65 | 83.57 | 16.58 | 81.90 | 16.63 | 83.36 | 16.38 | 83.61 | 16.73 | 83.27 | 15.39 | 82.88 | 20.18 | 77.67 | 14.28 | 84.02 | 17.08 | 81.43 | 18.49 | 81.51 | 18.07 | 81.92 | 13.88 | 85.78 | 13.24 | 85.64 |
| 25 | 61.61 | 37.85 | 57.27 | 41.38 | 58.45 | 39.54 | 59.03 | 40.97 | 57.78 | 42.21 | 58.08 | 41.92 | 49.90 | 47.70 | 60.34 | 37.44 | 60.11 | 37.15 | 65.13 | 32.54 | 66.20 | 33.79 | 66.39 | 33.60 | 54.57 | 44.91 | 50.65 | 47.11 |
| 26 | 52.56 | 46.86 | 45.81 | 53.02 | 46.41 | 51.46 | 47.51 | 52.49 | 46.04 | 53.96 | 46.00 | 54.00 | 40.56 | 56.76 | 49.43 | 48.20 | 45.06 | 52.07 | 50.81 | 46.83 | 53.13 | 46.85 | 52.92 | 47.07 | 43.97 | 55.48 | 41.37 | 57.03 |
| 27 | 48.27 | 51.18 | 44.34 | 54.60 | 44.58 | 53.50 | 45.82 | 54.18 | 43.73 | 56.28 | 44.03 | 55.96 | 38.98 | 58.46 | 48.63 | 49.24 | 46.13 | 51.41 | 50.30 | 47.62 | 55.52 | 44.48 | 54.53 | 45.47 | 46.40 | 53.07 | 43.23 | 55.41 |

ELECTION RESULTS

# FLCD2016

| District | 2020 Census | | Total Registered Voters (RV) | | | | | DEM RV | | REP RV | | NPA RV | | Black RV | | | Hispanic RV | | | Total Voter Turnout (VT) | | | | | DEM VT | | REP VT | | NPA VT | | Black VT | | Hispanic VT | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | BVAP | HVAP | DEM | REP | NPA | Black | Hisp. | Black | Hisp. | Black | Hisp. | Black | Hisp. | DEM | REP | NPA | DEM | REP | NPA | DEM | REP | NPA | Black | Hisp. | Black | Hisp. | Black | Hisp. | Black | Hisp. | DEM | REP | NPA |
| 5 | 46.20 | 9.14 | 56.62 | 24.04 | 19.34 | 46.07 | 4.78 | 68.56 | 3.78 | 5.15 | 3.95 | 31.03 | 8.62 | 84.27 | 2.69 | 13.03 | 44.76 | 19.87 | 34.91 | 58.13 | 27.11 | 14.74 | 44.52 | 4.29 | 67.67 | 3.50 | 3.78 | 3.59 | 27.98 | 8.47 | 88.37 | 2.30 | 9.27 | 47.43 | 22.73 | 29.13 |
| 20 | 52.37 | 26.75 | 62.04 | 12.78 | 25.18 | 49.67 | 18.33 | 65.28 | 12.89 | 9.69 | 27.93 | 31.47 | 26.80 | 81.53 | 2.49 | 15.95 | 43.62 | 19.47 | 36.81 | 64.62 | 13.55 | 21.83 | 49.81 | 18.29 | 65.40 | 12.52 | 7.69 | 29.17 | 29.69 | 28.53 | 84.85 | 2.09 | 13.01 | 44.23 | 21.61 | 34.06 |
| 24 | 43.62 | 44.87 | 61.55 | 12.12 | 26.34 | 46.16 | 31.90 | 62.14 | 21.80 | 9.35 | 56.56 | 25.72 | 44.13 | 82.85 | 2.45 | 14.68 | 42.06 | 21.48 | 36.45 | 63.23 | 13.11 | 23.65 | 45.56 | 32.28 | 61.85 | 21.45 | 7.11 | 58.53 | 23.31 | 46.66 | 85.84 | 2.05 | 12.10 | 42.02 | 23.78 | 34.18 |
| 25 | 4.86 | 74.37 | 27.57 | 40.22 | 32.21 | 3.13 | 62.61 | 8.29 | 62.39 | 0.46 | 58.84 | 2.03 | 67.50 | 73.13 | 5.88 | 20.88 | 27.47 | 37.80 | 34.73 | 26.94 | 43.77 | 29.28 | 2.96 | 60.94 | 8.38 | 60.16 | 0.38 | 57.50 | 1.81 | 66.76 | 76.34 | 5.56 | 17.90 | 26.60 | 41.31 | 32.08 |
| 26 | 11.34 | 72.44 | 34.64 | 32.40 | 32.96 | 10.02 | 62.59 | 22.71 | 51.67 | 1.02 | 69.53 | 5.52 | 67.25 | 78.51 | 3.29 | 18.16 | 28.59 | 35.99 | 35.41 | 34.24 | 35.91 | 29.85 | 8.98 | 63.20 | 21.48 | 51.06 | 0.75 | 70.05 | 4.53 | 68.85 | 81.89 | 2.99 | 15.04 | 27.67 | 39.80 | 32.52 |
| 27 | 5.95 | 70.35 | 35.31 | 32.02 | 32.67 | 4.60 | 58.79 | 9.89 | 48.88 | 0.62 | 68.94 | 2.78 | 59.56 | 75.92 | 4.30 | 19.74 | 29.35 | 37.54 | 33.10 | 35.64 | 34.30 | 30.06 | 4.12 | 59.41 | 9.13 | 48.21 | 0.48 | 69.79 | 2.33 | 60.82 | 78.93 | 4.01 | 16.98 | 28.92 | 40.30 | 30.77 |

\*  *All numbers denoted are percentages*

# FLCD2016

| District | 2020 Census || Total Voter Turnout (VT) |||| DEM VT || REP VT || Black VT || Hispanic VT ||
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | BVAP | HVAP | DEM | REP | Black | Hisp. | Black | Hisp. | Black | Hisp. | DEM | REP | DEM | REP |
| 5 | 46.20 | 9.14 | 68.32 | 25.50 | 50.90 | 2.09 | 70.03 | 1.85 | 3.52 | 1.89 | 94.01 | 1.76 | 60.50 | 23.06 |
| 20 | 52.37 | 26.75 | 79.90 | 10.02 | 60.17 | 10.50 | 69.53 | 7.69 | 8.17 | 22.23 | 92.33 | 1.36 | 58.50 | 21.22 |
| 24 | 43.62 | 44.87 | 75.57 | 10.72 | 54.91 | 24.06 | 66.57 | 15.74 | 7.12 | 58.83 | 91.61 | 1.39 | 49.44 | 26.21 |
| 25 | 4.86 | 74.37 | 27.36 | 53.61 | 2.64 | 58.72 | 8.17 | 54.83 | 0.26 | 56.98 | 84.48 | 5.28 | 25.54 | 52.02 |
| 26 | 11.34 | 72.44 | 40.44 | 41.20 | 11.43 | 58.20 | 25.07 | 41.84 | 0.62 | 68.89 | 88.68 | 2.22 | 29.08 | 48.77 |
| 27 | 5.95 | 70.35 | 42.73 | 37.61 | 4.94 | 57.61 | 10.12 | 41.79 | 0.37 | 73.14 | 87.62 | 2.82 | 31.00 | 47.75 |

\* *All numbers denoted are percentages*


# FLCD2016

## 2018 General Election

| District | 2020 Census | | Total Registered Voters (RV) | | | | | DEM RV | | REP RV | | NPA RV | | Black RV | | | Hispanic RV | | | Total Voter Turnout (VT) | | | | | DEM VT | | REP VT | | NPA VT | | Black VT | | Hispanic VT | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | BVAP | HVAP | DEM | REP | NPA | Black | Hisp. | Black | Hisp. | Black | Hisp. | Black | Hisp. | DEM | REP | NPA | DEM | REP | NPA | DEM | REP | NPA | Black | Hisp. | Black | Hisp. | Black | Hisp. | Black | Hisp. | DEM | REP | NPA |
| 5 | 46.20 | 9.14 | 57.46 | 23.41 | 19.13 | 45.80 | 4.39 | 67.77 | 3.59 | 5.09 | 3.95 | 29.57 | 8.14 | 85.02 | 2.60 | 12.35 | 44.84 | 19.13 | 35.49 | 61.04 | 26.13 | 12.81 | 46.48 | 3.31 | 68.31 | 2.69 | 3.77 | 2.84 | 29.37 | 6.97 | 89.71 | 2.12 | 8.09 | 49.65 | 22.42 | 26.97 |
| 20 | 52.37 | 26.75 | 62.77 | 12.48 | 24.75 | 49.52 | 17.54 | 64.84 | 25.57 | 9.83 | 27.93 | 30.63 | 25.89 | 82.19 | 2.48 | 15.31 | 45.17 | 18.19 | 36.53 | 68.19 | 12.95 | 18.85 | 53.27 | 14.78 | 67.55 | 10.36 | 7.99 | 24.21 | 32.56 | 24.02 | 86.47 | 1.94 | 11.52 | 47.83 | 21.23 | 30.65 |
| 24 | 43.62 | 44.87 | 63.63 | 10.98 | 25.38 | 47.60 | 30.29 | 62.67 | 53.08 | 10.04 | 56.56 | 26.03 | 42.97 | 83.78 | 2.32 | 13.88 | 44.74 | 19.24 | 36.01 | 68.89 | 11.29 | 19.82 | 51.64 | 26.26 | 65.69 | 17.77 | 8.10 | 52.35 | 27.53 | 40.93 | 87.64 | 1.77 | 10.57 | 46.61 | 22.50 | 30.88 |
| 25 | 4.86 | 74.37 | 28.91 | 38.50 | 32.59 | 3.06 | 62.29 | 7.86 | 57.91 | 0.44 | 58.84 | 1.90 | 66.71 | 74.24 | 5.48 | 20.21 | 29.31 | 35.79 | 34.90 | 27.98 | 45.80 | 26.22 | 3.20 | 57.40 | 9.06 | 56.89 | 0.36 | 54.39 | 1.92 | 63.21 | 79.17 | 5.14 | 15.70 | 27.73 | 43.39 | 28.87 |
| 26 | 11.34 | 72.44 | 36.06 | 30.76 | 33.17 | 10.45 | 60.90 | 22.88 | 67.33 | 1.09 | 69.53 | 5.60 | 65.60 | 78.98 | 3.21 | 17.78 | 30.25 | 34.01 | 35.74 | 37.34 | 36.16 | 26.50 | 10.90 | 58.19 | 24.36 | 45.99 | 0.80 | 66.33 | 5.68 | 64.25 | 83.49 | 2.64 | 13.82 | 29.51 | 41.21 | 29.26 |
| 27 | 5.95 | 70.35 | 35.69 | 31.92 | 32.40 | 4.69 | 58.21 | 10.10 | 67.86 | 0.63 | 68.94 | 2.72 | 58.99 | 76.85 | 4.32 | 18.81 | 29.96 | 37.21 | 32.83 | 37.42 | 35.60 | 26.99 | 4.71 | 56.54 | 10.25 | 44.55 | 0.46 | 68.01 | 2.65 | 58.02 | 81.34 | 3.44 | 15.16 | 29.48 | 42.81 | 27.70 |

*  All numbers denoted are percentages

# FLCD2016

| District | 2018 Primary Election |||||||||||||
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2020 Census || Total Voter Turnout (VT) |||| DEM VT || REP VT || Black VT || Hispanic VT ||
| | BVAP | HVAP | DEM | REP | Black | Hisp. | Black | Hisp. | Black | Hisp. | DEM | REP | DEM | REP |
| 5  | 46.20 | 9.14  | 66.79 | 27.48 | 49.80 | 1.76  | 70.02 | 1.47  | 3.38 | 1.78  | 93.91 | 1.87 | 55.92 | 27.73 |
| 20 | 52.37 | 26.75 | 78.60 | 13.05 | 59.62 | 8.42  | 70.45 | 6.07  | 6.97 | 16.93 | 92.88 | 1.53 | 56.68 | 26.24 |
| 24 | 43.62 | 44.87 | 79.48 | 10.54 | 60.56 | 17.70 | 70.71 | 11.60 | 8.16 | 47.88 | 92.81 | 1.42 | 52.08 | 28.51 |
| 25 | 4.86  | 74.37 | 27.73 | 57.78 | 2.85  | 52.22 | 8.90  | 47.94 | 0.29 | 51.40 | 86.63 | 5.85 | 25.46 | 56.86 |
| 26 | 11.34 | 72.44 | 42.73 | 44.17 | 13.08 | 50.23 | 27.98 | 33.99 | 0.64 | 63.97 | 91.41 | 2.17 | 28.91 | 56.25 |
| 27 | 5.95  | 70.35 | 45.34 | 40.91 | 5.82  | 53.46 | 11.59 | 36.39 | 0.36 | 70.32 | 90.34 | 2.52 | 30.86 | 53.82 |

*\* All numbers denoted are percentages*

# FLCD2016

| District | 2016 General Election | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2020 Census | | Total Registered Voters (RV) | | | | | DEM RV | | REP RV | | NPA RV | | Black RV | | | Hispanic RV | | | Total Voter Turnout (VT) | | | | | DEM VT | | REP VT | | NPA VT | | Black VT | | Hispanic VT | | |
| | BVAP | HVAP | DEM | REP | NPA | Black | Hisp. | Black | Hisp. | Black | Hisp. | Black | Hisp. | DEM | REP | NPA | DEM | REP | NPA | DEM | REP | NPA | Black | Hisp. | Black | Hisp. | Black | Hisp. | Black | Hisp. | DEM | REP | NPA | DEM | REP | NPA |
| 5 | 46.20 | 9.14 | 58.57 | 23.64 | 17.77 | 45.75 | 3.97 | 67.25 | 3.04 | 5.18 | 3.47 | 28.77 | 7.55 | 86.10 | 2.68 | 11.18 | 44.83 | 20.64 | 33.82 | 60.08 | 26.14 | 13.78 | 44.81 | 3.54 | 66.85 | 2.80 | 3.91 | 3.09 | 26.12 | 7.41 | 89.63 | 2.28 | 8.03 | 47.49 | 22.79 | 28.82 |
| 20 | 52.37 | 26.75 | 63.55 | 12.69 | 23.76 | 49.55 | 16.69 | 64.68 | 12.07 | 10.16 | 24.55 | 30.02 | 24.80 | 82.97 | 2.60 | 14.40 | 45.96 | 18.67 | 35.30 | 66.65 | 13.06 | 20.28 | 50.52 | 16.46 | 65.43 | 11.76 | 8.01 | 24.66 | 28.71 | 26.43 | 86.33 | 2.07 | 11.53 | 47.61 | 19.56 | 32.57 |
| 24 | 43.62 | 44.87 | 65.01 | 11.03 | 23.95 | 48.54 | 29.17 | 63.33 | 20.49 | 10.13 | 52.33 | 26.06 | 42.06 | 84.83 | 2.30 | 12.86 | 45.66 | 19.80 | 34.53 | 67.67 | 11.19 | 21.13 | 49.02 | 28.98 | 63.53 | 20.18 | 8.04 | 53.13 | 24.19 | 44.37 | 87.71 | 1.84 | 10.43 | 47.13 | 20.51 | 32.35 |
| 25 | 4.86 | 74.37 | 29.45 | 39.02 | 31.53 | 3.10 | 62.81 | 8.02 | 62.97 | 0.42 | 59.27 | 1.79 | 67.04 | 76.29 | 5.34 | 18.19 | 29.53 | 36.82 | 33.65 | 29.31 | 42.09 | 28.60 | 2.93 | 60.71 | 7.96 | 61.29 | 0.35 | 56.81 | 1.59 | 65.87 | 79.57 | 5.06 | 15.45 | 29.59 | 39.39 | 31.03 |
| 26 | 11.34 | 72.44 | 36.37 | 31.24 | 32.38 | 10.54 | 59.61 | 23.09 | 49.60 | 1.13 | 66.50 | 5.50 | 64.22 | 79.71 | 3.35 | 16.89 | 30.26 | 34.85 | 34.89 | 36.99 | 34.04 | 28.97 | 9.89 | 59.57 | 22.27 | 48.91 | 0.85 | 66.19 | 4.68 | 65.39 | 83.35 | 2.91 | 13.72 | 30.37 | 37.82 | 31.80 |
| 27 | 5.95 | 70.35 | 35.72 | 32.79 | 31.49 | 4.83 | 57.97 | 10.51 | 48.25 | 0.64 | 67.79 | 2.74 | 58.76 | 77.75 | 4.32 | 17.88 | 29.73 | 38.35 | 31.92 | 36.55 | 34.55 | 28.90 | 4.43 | 57.99 | 9.78 | 47.41 | 0.48 | 68.04 | 2.38 | 59.34 | 80.63 | 3.77 | 15.54 | 29.88 | 40.54 | 29.57 |

*  All numbers denoted are percentages

## FLCD2016

| District | 2016 Primary Election | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2020 Census | | Total Voter Turnout (VT) | | | | DEM VT | | REP VT | | Black VT | | Hispanic VT | |
| | BVAP | HVAP | DEM | REP | Black | Hisp. | Black | Hisp. | Black | Hisp. | DEM | REP | DEM | REP |
| 5 | 46.20 | 9.14 | 65.31 | 29.15 | 46.51 | 1.30 | 67.21 | 0.94 | 3.61 | 1.67 | 94.36 | 2.26 | 47.45 | 37.38 |
| 20 | 52.37 | 26.75 | 79.81 | 12.92 | 60.92 | 7.03 | 71.75 | 4.62 | 7.24 | 17.34 | 94.00 | 1.54 | 52.40 | 31.87 |
| 24 | 43.62 | 44.87 | 77.60 | 12.32 | 59.11 | 20.24 | 71.15 | 11.72 | 7.30 | 55.90 | 93.40 | 1.52 | 44.92 | 34.02 |
| 25 | 4.86 | 74.37 | 24.48 | 60.00 | 2.70 | 55.42 | 9.74 | 48.28 | 0.26 | 55.56 | 88.20 | 5.71 | 21.33 | 60.14 |
| 26 | 11.34 | 72.44 | 38.17 | 45.73 | 10.60 | 54.70 | 25.37 | 35.79 | 0.57 | 66.88 | 91.36 | 2.45 | 24.98 | 55.91 |
| 27 | 5.95 | 70.35 | 38.43 | 45.18 | 4.95 | 58.60 | 11.68 | 37.86 | 0.31 | 73.80 | 90.67 | 2.81 | 24.83 | 56.90 |

\* *All numbers denoted are percentages*

# FLCD2016

| District | 2020 Census | | Total Registered Voters (RV) | | | | | DEM RV | | REP RV | | NPA RV | | Black RV | | | Hispanic RV | | | Total Voter Turnout (VT) | | | | | DEM VT | | REP VT | | NPA VT | | Black VT | | Hispanic VT | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | BVAP | HVAP | DEM | REP | NPA | Black | Hisp. | Black | Hisp. | Black | Hisp. | Black | Hisp. | DEM | REP | NPA | DEM | REP | NPA | DEM | REP | NPA | Black | Hisp. | Black | Hisp. | Black | Hisp. | Black | Hisp. | DEM | REP | NPA |
| 5 | 46.20 | 9.14 | 60.01 | 22.64 | 17.34 | 46.41 | 3.31 | 67.03 | 3.04 | 5.14 | 3.15 | 28.85 | 6.67 | 86.68 | 2.51 | 10.78 | 42.79 | 21.56 | 34.95 | 62.08 | 26.57 | 11.33 | 44.22 | 1.93 | 65.17 | 1.28 | 3.22 | 2.15 | 25.21 | 4.58 | 91.50 | 1.93 | 6.46 | 41.29 | 29.69 | 26.95 |
| 20 | 52.37 | 26.75 | 63.97 | 12.96 | 23.07 | 49.48 | 15.35 | 64.67 | 12.07 | 10.14 | 23.51 | 29.42 | 23.47 | 83.60 | 2.65 | 13.72 | 44.70 | 19.85 | 35.29 | 70.34 | 13.62 | 16.03 | 55.05 | 10.16 | 69.26 | 6.49 | 8.27 | 19.36 | 32.04 | 17.98 | 88.50 | 2.05 | 9.33 | 44.94 | 25.95 | 28.38 |
| 24 | 43.62 | 44.87 | 66.28 | 11.21 | 22.52 | 50.74 | 26.87 | 65.43 | 20.49 | 10.96 | 51.41 | 27.30 | 40.27 | 85.46 | 2.42 | 12.11 | 44.80 | 21.44 | 33.76 | 73.39 | 11.19 | 15.41 | 58.35 | 19.68 | 71.58 | 11.96 | 9.13 | 48.70 | 31.02 | 35.21 | 90.03 | 1.75 | 8.19 | 44.63 | 27.69 | 27.57 |
| 25 | 4.86 | 74.37 | 29.23 | 40.03 | 30.74 | 3.25 | 63.00 | 8.62 | 62.97 | 0.44 | 61.24 | 1.79 | 66.94 | 77.56 | 5.42 | 16.97 | 28.42 | 38.92 | 32.67 | 26.28 | 51.09 | 22.62 | 3.16 | 54.35 | 10.01 | 49.16 | 0.32 | 55.28 | 1.61 | 58.27 | 83.14 | 5.19 | 11.49 | 23.77 | 51.96 | 24.25 |
| 26 | 11.34 | 72.44 | 36.32 | 31.96 | 31.72 | 11.28 | 57.80 | 24.88 | 49.60 | 1.24 | 66.27 | 5.83 | 62.20 | 80.08 | 3.52 | 16.37 | 29.22 | 36.65 | 34.13 | 37.07 | 39.72 | 23.21 | 12.15 | 51.55 | 28.15 | 35.81 | 0.82 | 63.19 | 5.93 | 56.74 | 85.90 | 2.70 | 11.33 | 25.75 | 48.70 | 25.54 |
| 27 | 5.95 | 70.35 | 35.18 | 34.21 | 30.61 | 5.15 | 56.69 | 11.49 | 48.25 | 0.67 | 67.62 | 2.89 | 57.78 | 78.41 | 4.44 | 17.16 | 28.00 | 40.80 | 31.20 | 36.79 | 40.36 | 22.85 | 5.34 | 53.29 | 12.26 | 36.44 | 0.46 | 67.45 | 2.76 | 55.44 | 84.43 | 3.48 | 11.81 | 25.15 | 51.08 | 23.77 |

*All numbers denoted are percentages*

# FLCD2016

| District | 2020 Census | | Total Voter Turnout (VT) | | | | DEM VT | | REP VT | | Black VT | | Hispanic VT | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | BVAP | HVAP | DEM | REP | Black | Hisp. | Black | Hisp. | Black | Hisp. | DEM | REP | DEM | REP |
| 5 | 46.20 | 9.14 | 65.94 | 29.18 | 44.32 | 1.02 | 64.06 | 0.67 | 2.58 | 1.35 | 95.32 | 1.70 | 43.49 | 38.83 |
| 20 | 52.37 | 26.75 | 81.68 | 11.42 | 62.70 | 4.72 | 72.30 | 3.07 | 8.55 | 12.68 | 94.18 | 1.56 | 53.02 | 30.67 |
| 24 | 43.62 | 44.87 | 80.10 | 10.60 | 65.75 | 14.24 | 76.74 | 7.32 | 8.55 | 51.67 | 93.49 | 1.38 | 41.16 | 38.45 |
| 25 | 4.86 | 74.37 | 23.72 | 61.26 | 2.63 | 58.04 | 9.70 | 44.72 | 0.27 | 60.83 | 87.35 | 6.21 | 18.28 | 64.20 |
| 26 | 11.34 | 72.44 | 35.73 | 49.27 | 10.79 | 49.01 | 27.20 | 26.62 | 0.54 | 63.60 | 90.09 | 2.45 | 19.40 | 63.94 |
| 27 | 5.95 | 70.35 | 37.84 | 46.81 | 5.56 | 55.19 | 13.18 | 30.81 | 0.39 | 72.84 | 89.71 | 3.31 | 21.12 | 61.78 |

**2014 Primary Election**

\* *All numbers denoted are percentages*

# FLCD2016

## 2012 General Election

| District | 2020 Census | | Total Registered Voters (RV) | | | | | DEM RV | | REP RV | | NPA RV | | Black RV | | | Hispanic RV | | | Total Voter Turnout (VT) | | | | | DEM VT | | REP VT | | NPA VT | | Black VT | | Hispanic VT | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | BVAP | HVAP | DEM | REP | NPA | Black | Hisp. | Black | Hisp. | Black | Hisp. | Black | Hisp. | DEM | REP | NPA | DEM | REP | NPA | DEM | REP | NPA | Black | Hisp. | Black | Hisp. | Black | Hisp. | Black | Hisp. | DEM | REP | NPA | DEM | REP | NPA |
| 5 | 46.20 | 9.14 | 61.04 | 23.07 | 15.87 | 46.06 | 3.10 | 66.12 | 2.25 | 5.25 | 3.10 | 28.09 | 6.26 | 87.64 | 2.63 | 9.68 | 44.16 | 23.08 | 32.01 | 63.18 | 24.20 | 12.60 | 47.53 | 2.57 | 67.68 | 1.85 | 4.18 | 2.70 | 29.64 | 5.67 | 89.95 | 2.13 | 7.86 | 45.47 | 25.44 | 27.83 |
| 20 | 52.37 | 26.75 | 64.58 | 13.60 | 21.82 | 48.72 | 14.43 | 63.49 | 10.23 | 10.43 | 22.08 | 28.82 | 21.99 | 84.15 | 2.91 | 12.90 | 45.80 | 20.81 | 33.24 | 68.45 | 13.15 | 18.40 | 53.00 | 13.00 | 67.13 | 8.85 | 9.11 | 22.13 | 31.58 | 21.65 | 86.70 | 2.26 | 10.96 | 46.62 | 22.38 | 30.65 |
| 24 | 43.62 | 44.87 | 67.09 | 11.56 | 21.35 | 51.04 | 25.75 | 65.33 | 17.47 | 11.46 | 50.06 | 27.55 | 38.57 | 85.87 | 2.60 | 11.52 | 45.52 | 22.48 | 31.99 | 70.82 | 11.04 | 18.14 | 54.80 | 23.52 | 68.25 | 15.56 | 10.08 | 50.52 | 29.45 | 38.11 | 88.20 | 2.03 | 9.75 | 46.85 | 23.71 | 29.38 |
| 25 | 4.86 | 74.37 | 29.75 | 41.57 | 28.69 | 3.24 | 62.54 | 8.62 | 59.70 | 0.44 | 61.63 | 1.74 | 66.78 | 79.05 | 5.60 | 15.39 | 28.40 | 40.97 | 30.64 | 29.19 | 45.55 | 25.26 | 3.44 | 59.86 | 9.69 | 56.65 | 0.35 | 59.13 | 1.79 | 64.86 | 82.24 | 4.60 | 13.16 | 27.63 | 45.00 | 27.37 |
| 26 | 11.34 | 72.44 | 37.16 | 33.12 | 29.72 | 11.57 | 56.56 | 25.19 | 44.98 | 1.31 | 65.55 | 5.96 | 61.00 | 80.89 | 3.76 | 15.31 | 29.56 | 38.39 | 32.06 | 37.79 | 36.33 | 25.88 | 12.14 | 55.03 | 26.93 | 41.63 | 1.03 | 64.94 | 6.14 | 60.66 | 83.81 | 3.07 | 13.08 | 28.59 | 42.86 | 28.53 |
| 27 | 5.95 | 70.35 | 36.02 | 35.28 | 28.70 | 5.31 | 55.74 | 11.73 | 43.73 | 0.70 | 67.14 | 2.92 | 56.80 | 79.50 | 4.64 | 15.79 | 28.26 | 42.49 | 29.24 | 36.58 | 37.63 | 25.79 | 5.32 | 55.23 | 11.95 | 41.71 | 0.54 | 67.35 | 2.87 | 56.69 | 82.15 | 3.84 | 13.93 | 27.63 | 45.88 | 26.48 |

\* *All numbers denoted are percentages*

# FLCD2016

| District | 2012 Primary Election |||||||||||||
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2020 Census || Total Voter Turnout (VT) |||| DEM VT || REP VT || Black VT || Hispanic VT ||
| | BVAP | HVAP | DEM | REP | Black | Hisp. | Black | Hisp. | Black | Hisp. | DEM | REP | DEM | REP |
| 5 | 46.20 | 9.14 | 67.90 | 27.34 | 45.05 | 0.87 | 63.13 | 0.54 | 2.81 | 1.34 | 95.16 | 1.71 | 42.19 | 41.97 |
| 20 | 52.37 | 26.75 | 77.14 | 15.01 | 59.66 | 4.97 | 71.86 | 2.89 | 7.54 | 12.33 | 92.92 | 1.90 | 44.80 | 37.23 |
| 24 | 43.62 | 44.87 | 78.57 | 11.73 | 65.69 | 15.44 | 77.74 | 7.75 | 9.05 | 51.43 | 92.98 | 1.62 | 39.41 | 39.06 |
| 25 | 4.86 | 74.37 | 22.11 | 63.36 | 2.67 | 58.19 | 10.54 | 46.20 | 0.31 | 59.51 | 87.20 | 7.30 | 17.56 | 64.81 |
| 26 | 11.34 | 72.44 | 36.79 | 47.65 | 12.05 | 51.33 | 29.56 | 28.87 | 0.73 | 64.91 | 90.27 | 2.90 | 20.70 | 60.26 |
| 27 | 5.95 | 70.35 | 34.63 | 49.43 | 5.46 | 57.92 | 14.15 | 33.62 | 0.34 | 73.09 | 89.66 | 3.09 | 20.11 | 62.38 |

\* *All numbers denoted are percentages*

# FLCD2016

## County Share of Population

| County | District | Total Population | County | District | Total Population | County | District | Total Population |
|---|---|---|---|---|---|---|---|---|
| Alachua | 3 | 278,468 | Lafayette | 2 | 8,226 | Sarasota | 16 | 234,365 |
| Baker | 5 | 28,259 | Lake | 6 | 93,240 | Sarasota | 17 | 199,641 |
| Bay | 2 | 175,216 | Lake | 11 | 171,836 | Seminole | 7 | 470,856 |
| Bradford | 3 | 28,303 | Lake | 15 | 118,880 | St. Johns | 4 | 239,332 |
| Brevard | 8 | 606,612 | Lee | 17 | 94,204 | St. Johns | 6 | 34,093 |
| Broward | 20 | 519,827 | Lee | 19 | 666,618 | St. Lucie | 18 | 329,226 |
| Broward | 22 | 645,095 | Leon | 2 | 125,721 | Sumter | 11 | 129,752 |
| Broward | 23 | 691,006 | Leon | 5 | 166,477 | Suwannee | 2 | 43,474 |
| Broward | 24 | 88,447 | Levy | 2 | 42,915 | Taylor | 2 | 21,796 |
| Calhoun | 2 | 13,648 | Liberty | 2 | 7,974 | Union | 3 | 16,147 |
| Charlotte | 17 | 186,847 | Madison | 5 | 17,968 | Volusia | 6 | 553,543 |
| Citrus | 11 | 153,843 | Manatee | 16 | 399,710 | Wakulla | 2 | 33,764 |
| Clay | 3 | 218,245 | Marion | 2 | 53,370 | Walton | 1 | 75,305 |
| Collier | 19 | 168,394 | Marion | 3 | 151,649 | Washington | 2 | 25,318 |
| Collier | 25 | 207,358 | Marion | 11 | 170,889 | | | |
| Columbia | 2 | 58,045 | Martin | 18 | 158,431 | | | |
| Columbia | 5 | 11,653 | Miami-Dade | 23 | 78,350 | | | |
| DeSoto | 17 | 33,976 | Miami-Dade | 24 | 654,095 | | | |
| Dixie | 2 | 16,759 | Miami-Dade | 25 | 524,457 | | | |
| Duval | 4 | 542,200 | Miami-Dade | 26 | 705,040 | | | |
| Duval | 5 | 453,367 | Miami-Dade | 27 | 739,825 | | | |
| Escambia | 1 | 321,905 | Monroe | 26 | 82,874 | | | |
| Flagler | 6 | 115,378 | Nassau | 4 | 90,352 | | | |
| Franklin | 2 | 12,451 | Okaloosa | 1 | 211,668 | | | |
| Gadsden | 5 | 43,826 | Okeechobee | 17 | 39,644 | | | |
| Gilchrist | 2 | 17,864 | Orange | 7 | 317,662 | | | |
| Glades | 17 | 12,126 | Orange | 8 | 17,353 | | | |
| Gulf | 2 | 14,192 | Orange | 9 | 221,089 | | | |
| Hamilton | 5 | 14,004 | Orange | 10 | 873,804 | | | |
| Hardee | 17 | 25,327 | Osceola | 9 | 388,656 | | | |
| Hendry | 25 | 39,619 | Palm Beach | 18 | 307,067 | | | |
| Hernando | 11 | 194,515 | Palm Beach | 20 | 256,456 | | | |
| Highlands | 17 | 101,235 | Palm Beach | 21 | 788,007 | | | |
| Hillsborough | 12 | 13,604 | Palm Beach | 22 | 140,661 | | | |
| Hillsborough | 14 | 787,447 | Pasco | 12 | 561,891 | | | |
| Hillsborough | 15 | 408,739 | Pinellas | 12 | 231,642 | | | |
| Hillsborough | 16 | 249,972 | Pinellas | 13 | 727,465 | | | |
| Holmes | 1 | 11,003 | Polk | 9 | 345,857 | | | |
| Holmes | 2 | 8,650 | Polk | 15 | 292,234 | | | |
| Indian River | 8 | 159,788 | Polk | 17 | 86,955 | | | |
| Jackson | 2 | 47,319 | Putnam | 3 | 73,321 | | | |
| Jefferson | 2 | 1,154 | Santa Rosa | 1 | 188,000 | | | |
| Jefferson | 5 | 13,356 | | | | | | |

# FLCD2016

## City Split List

| City | District | Total Population | City | District | Total Population |
|---|---|---|---|---|---|
| Auburndale | 9 | 15,606 | Orlando | 7 | 70,064 |
| Auburndale | 15 | 10 | Orlando | 9 | 74,391 |
| Boca Raton | 21 | 0 | Orlando | 10 | 163,118 |
| Boca Raton | 22 | 97,422 | Palm Beach | 20 | 0 |
| Clearwater | 12 | 19,795 | Palm Beach | 21 | 9,245 |
| Clearwater | 13 | 97,497 | Palm Beach Gardens | 18 | 59,182 |
| Clermont | 11 | 76 | Palm Beach Gardens | 20 | 0 |
| Clermont | 15 | 42,945 | Plantation | 20 | 0 |
| Dania Beach | 22 | 0 | Plantation | 23 | 91,750 |
| Dania Beach | 23 | 31,723 | Polk City | 9 | 8 |
| Eatonville | 7 | 0 | Polk City | 15 | 2,705 |
| Eatonville | 10 | 2,349 | Pompano Beach | 20 | 35,438 |
| Eustis | 6 | 23,189 | Pompano Beach | 22 | 76,608 |
| Eustis | 11 | 0 | Riviera Beach | 18 | 0 |
| Fort Lauderdale | 20 | 59,474 | Riviera Beach | 20 | 37,604 |
| Fort Lauderdale | 22 | 123,208 | Royal Palm Beach | 18 | 16,526 |
| Fort Lauderdale | 23 | 78 | Royal Palm Beach | 20 | 22,346 |
| Groveland | 11 | 46 | Royal Palm Beach | 21 | 60 |
| Groveland | 15 | 18,459 | Safety Harbor | 12 | 17,072 |
| Hollywood | 23 | 86,010 | Safety Harbor | 13 | 0 |
| Hollywood | 24 | 67,057 | Sunrise | 20 | 45,532 |
| Jacksonville | 4 | 496,244 | Sunrise | 23 | 51,803 |
| Jacksonville | 5 | 453,367 | Tallahassee | 2 | 77,828 |
| Lake City | 2 | 8,072 | Tallahassee | 5 | 118,341 |
| Lake City | 5 | 4,257 | Tampa | 14 | 384,959 |
| Maitland | 7 | 19,543 | Tampa | 15 | 0 |
| Maitland | 10 | 0 | Tavares | 6 | 0 |
| Mascotte | 11 | 6,609 | Tavares | 11 | 19,003 |
| Mascotte | 15 | 0 | Temple Terrace | 14 | 6 |
| Miami | 24 | 147,747 | Temple Terrace | 15 | 26,684 |
| Miami | 25 | 6,034 | Wellington | 20 | 112 |
| Miami | 27 | 288,460 | Wellington | 21 | 61,525 |
| Minneola | 11 | 13,825 | West Palm Beach | 18 | 27,356 |
| Minneola | 15 | 18 | West Palm Beach | 20 | 57,443 |
| Mount Dora | 6 | 16,341 | West Palm Beach | 21 | 32,616 |
| Mount Dora | 11 | 0 | Weston | 20 | 0 |
| Oakland Park | 20 | 10,353 | Weston | 23 | 68,107 |
| Oakland Park | 22 | 33,876 | Winter Haven | 9 | 49,219 |
| Ocala | 2 | 0 | Winter Haven | 17 | 0 |
| Ocala | 3 | 63,566 | Winter Park | 7 | 29,774 |
| Ocala | 11 | 25 | Winter Park | 10 | 21 |
| Oldsmar | 12 | 14,887 | | | |
| Oldsmar | 13 | 11 | | | |

# FLCD2016

## Boundary Analysis

| District | City Boundaries(%) | County Boundaries(%) | Road Boundaries(%) | Water Boundaries(%) | Rail Boundaries(%) | Non Geo/Pol Boundaries(%) |
|---|---|---|---|---|---|---|
| **Statewide Avg.** | **18.59** | **57.74** | **10.78** | **39.93** | **1.04** | **14.67** |
| 1 | 3 | 94 | 0 | 60 | 0 | 6 |
| 2 | 7 | 75 | 11 | 48 | 1 | 10 |
| 3 | 19 | 75 | 14 | 25 | 0 | 7 |
| 4 | 9 | 58 | 18 | 51 | 1 | 15 |
| 5 | 7 | 59 | 17 | 10 | 2 | 16 |
| 6 | 8 | 82 | 4 | 62 | 0 | 4 |
| 7 | 16 | 65 | 10 | 51 | 0 | 19 |
| 8 | 0 | 89 | 2 | 41 | 0 | 10 |
| 9 | 17 | 49 | 14 | 5 | 6 | 17 |
| 10 | 19 | 70 | 15 | 21 | 0 | 11 |
| 11 | 14 | 66 | 14 | 40 | 0 | 12 |
| 12 | 11 | 77 | 11 | 36 | 0 | 9 |
| 13 | 38 | 74 | 2 | 89 | 0 | 4 |
| 14 | 43 | 38 | 10 | 32 | 1 | 28 |
| 15 | 25 | 28 | 13 | 17 | 0 | 24 |
| 16 | 12 | 61 | 10 | 56 | 0 | 6 |
| 17 | 4 | 69 | 9 | 28 | 3 | 9 |
| 18 | 10 | 65 | 3 | 45 | 0 | 20 |
| 19 | 4 | 66 | 9 | 60 | 0 | 15 |
| 20 | 30 | 35 | 10 | 11 | 1 | 33 |
| 21 | 29 | 24 | 12 | 30 | 1 | 37 |
| 22 | 25 | 28 | 12 | 32 | 2 | 32 |
| 23 | 58 | 15 | 13 | 29 | 3 | 17 |
| 24 | 64 | 13 | 15 | 29 | 7 | 19 |
| 25 | 8 | 70 | 12 | 22 | 0 | 7 |
| 26 | 1 | 88 | 6 | 87 | 0 | 1 |
| 27 | 21 | 26 | 25 | 61 | 0 | 8 |
| 28 | -- | -- | -- | -- | -- | -- |