

# STATE HOUSE WORKSHOP OPTION A - H000H8005

## STATEWIDE SNAPSHOT

| | | | | | |
|---|---|---|---|---|---|
| Total State Population: | 21,538,187 | | Total Counties: | 67 | Reock Avg. |
| Ideal District Population: | 179,485 | | Counties Split: | 30 | 0.44 |
| Mean Deviation: | 2,671 | 1.49% | Counties Kept Whole: | 37 | Convex Hull Avg. |
| Max Deviation: | 4,619 | 2.57% | Total Cities: | 412 | 0.82 |
| Min Deviation: | -4,269 | -2.38% | Cities Split: | 76 | Polsby Popper Avg. |
| Overall Deviation Range: | 8,888 | 4.95% | Cities Kept Whole: | 336 | 0.45 |

## DISTRICT BREAKDOWN

| District | Population | | | Voting Age Population | | Compactness | | | District | Population | | | Voting Age Population | | Compactness | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Total Population | Deviation from Ideal | % Deviation | BVAP % | HVAP % | Reock | Convex Hull | Polsby Popper | | Total Population | Deviation from Ideal | % Deviation | BVAP % | HVAP % | Reock | Convex Hull | Polsby Popper |
| 1 | 183,761 | 4,276 | 2.38 | 21.22 | 5.49 | 0.35 | 0.62 | 0.22 | 31 | 180,100 | 615 | 0.34 | 9.58 | 8.08 | 0.59 | 0.85 | 0.43 |
| 2 | 176,543 | -2,942 | -1.64 | 16.58 | 5.91 | 0.41 | 0.83 | 0.44 | 32 | 179,283 | -202 | -0.11 | 5.14 | 9.08 | 0.52 | 0.89 | 0.59 |
| 3 | 177,532 | -1,953 | -1.09 | 7.72 | 5.44 | 0.53 | 0.82 | 0.40 | 33 | 180,483 | 998 | 0.56 | 16.2 | 13.97 | 0.48 | 0.83 | 0.49 |
| 4 | 183,737 | 4,252 | 2.37 | 11.2 | 9.71 | 0.53 | 0.93 | 0.61 | 34 | 178,835 | -650 | -0.36 | 7.19 | 10.03 | 0.55 | 0.91 | 0.59 |
| 5 | 181,243 | 1,758 | 0.98 | 12.93 | 5.06 | 0.52 | 0.82 | 0.41 | 35 | 175,389 | -4,096 | -2.28 | 12.56 | 33.06 | 0.42 | 0.82 | 0.26 |
| 6 | 175,216 | -4,269 | -2.38 | 10.62 | 6.85 | 0.33 | 0.80 | 0.45 | 36 | 175,239 | -4,246 | -2.37 | 16.46 | 19.28 | 0.33 | 0.71 | 0.29 |
| 7 | 182,707 | 3,222 | 1.80 | 15.42 | 6.41 | 0.52 | 0.86 | 0.35 | 37 | 175,252 | -4,233 | -2.36 | 11.56 | 26.18 | 0.45 | 0.85 | 0.47 |
| 8 | 175,598 | -3,887 | -2.17 | 50.02 | 8.72 | 0.39 | 0.74 | 0.25 | 38 | 175,617 | -3,868 | -2.16 | 12.35 | 23.98 | 0.33 | 0.73 | 0.34 |
| 9 | 182,837 | 3,352 | 1.87 | 18.09 | 6.12 | 0.52 | 0.90 | 0.48 | 39 | 175,391 | -4,094 | -2.28 | 18.14 | 22.52 | 0.48 | 0.91 | 0.56 |
| 10 | 179,040 | -445 | -0.25 | 14.66 | 5.07 | 0.52 | 0.83 | 0.33 | 40 | 176,539 | -2,946 | -1.64 | 50.43 | 19.6 | 0.45 | 0.79 | 0.41 |
| 11 | 181,612 | 2,127 | 1.19 | 14.94 | 10.35 | 0.39 | 0.85 | 0.44 | 41 | 177,264 | -2,221 | -1.24 | 43.61 | 30.01 | 0.56 | 0.89 | 0.56 |
| 12 | 178,407 | -1,078 | -0.60 | 22.33 | 11.46 | 0.53 | 0.73 | 0.44 | 42 | 178,731 | -754 | -0.42 | 7.97 | 17.82 | 0.35 | 0.81 | 0.30 |
| 13 | 182,192 | 2,707 | 1.51 | 50.1 | 7.44 | 0.45 | 0.90 | 0.57 | 43 | 175,629 | -3,856 | -2.15 | 12.82 | 57.69 | 0.55 | 0.72 | 0.37 |
| 14 | 181,653 | 2,168 | 1.21 | 54.17 | 8.02 | 0.51 | 0.86 | 0.37 | 44 | 175,971 | -3,514 | -1.96 | 12.14 | 51.16 | 0.41 | 0.88 | 0.52 |
| 15 | 182,681 | 3,196 | 1.78 | 8.66 | 5.79 | 0.38 | 0.61 | 0.20 | 45 | 176,679 | -2,806 | -1.56 | 8.49 | 19.06 | 0.67 | 0.97 | 0.76 |
| 16 | 182,053 | 2,568 | 1.43 | 16.51 | 12.86 | 0.37 | 0.70 | 0.42 | 46 | 176,428 | -3,057 | -1.70 | 11.73 | 57.49 | 0.30 | 0.89 | 0.38 |
| 17 | 178,933 | -552 | -0.31 | 14.66 | 13.13 | 0.41 | 0.86 | 0.51 | 47 | 175,291 | -4,194 | -2.34 | 15.33 | 52.21 | 0.43 | 0.78 | 0.30 |
| 18 | 180,849 | 1,364 | 0.76 | 4.45 | 7.66 | 0.55 | 0.80 | 0.43 | 48 | 182,627 | 3,142 | 1.75 | 14.4 | 34.56 | 0.26 | 0.65 | 0.20 |
| 19 | 178,949 | -536 | -0.30 | 9.17 | 8.11 | 0.35 | 0.73 | 0.37 | 49 | 182,290 | 2,805 | 1.56 | 13.75 | 19.21 | 0.42 | 0.90 | 0.36 |
| 20 | 177,262 | -2,223 | -1.24 | 11 | 8.75 | 0.40 | 0.83 | 0.42 | 50 | 178,747 | -738 | -0.41 | 15.53 | 18.88 | 0.43 | 0.86 | 0.38 |
| 21 | 182,442 | 2,957 | 1.65 | 28.62 | 12.23 | 0.31 | 0.61 | 0.18 | 51 | 181,382 | 1,897 | 1.06 | 16.47 | 19.24 | 0.48 | 0.84 | 0.48 |
| 22 | 183,691 | 4,206 | 2.34 | 7.89 | 9.6 | 0.54 | 0.80 | 0.34 | 52 | 176,585 | -2,900 | -1.62 | 7.45 | 7.75 | 0.43 | 0.82 | 0.43 |
| 23 | 175,229 | -4,256 | -2.37 | 3.23 | 5.71 | 0.37 | 0.70 | 0.34 | 53 | 176,554 | -2,931 | -1.63 | 5.79 | 13.48 | 0.46 | 0.92 | 0.56 |
| 24 | 178,971 | -514 | -0.29 | 9.85 | 15.58 | 0.30 | 0.82 | 0.39 | 54 | 178,064 | -1,421 | -0.79 | 9.8 | 17.8 | 0.50 | 0.93 | 0.61 |
| 25 | 176,635 | -2,850 | -1.59 | 11.31 | 20.52 | 0.50 | 0.95 | 0.56 | 55 | 177,793 | -1,692 | -0.94 | 4.59 | 11.9 | 0.48 | 0.86 | 0.57 |
| 26 | 175,725 | -3,760 | -2.09 | 11.27 | 10.47 | 0.48 | 0.83 | 0.43 | 56 | 177,162 | -2,323 | -1.29 | 5.1 | 12.76 | 0.47 | 0.92 | 0.64 |
| 27 | 177,176 | -2,309 | -1.29 | 7.24 | 13.01 | 0.54 | 0.85 | 0.44 | 57 | 175,448 | -4,037 | -2.25 | 3.4 | 7.48 | 0.49 | 0.96 | 0.65 |
| 28 | 176,161 | -3,324 | -1.85 | 16.91 | 6.92 | 0.55 | 0.78 | 0.42 | 58 | 176,548 | -2,937 | -1.64 | 8.67 | 12.19 | 0.46 | 0.91 | 0.54 |
| 29 | 177,769 | -1,716 | -0.96 | 11.59 | 24.56 | 0.53 | 0.75 | 0.36 | 59 | 175,905 | -3,580 | -1.99 | 8.02 | 12.17 | 0.49 | 0.79 | 0.52 |
| 30 | 175,461 | -4,024 | -2.24 | 6.15 | 5.21 | 0.43 | 0.90 | 0.41 | 60 | 175,595 | -3,890 | -2.17 | 7.02 | 10.2 | 0.45 | 0.85 | 0.54 |

## STATE HOUSE WORKSHOP OPTION A - H000H8005

| | DISTRICT BREAKDOWN | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Population | | | Voting Age Population | | Compactness | | | | Population | | | Voting Age Population | | Compactness | | |
| District | Total Population | Deviation from Ideal | % Deviation | BVAP % | HVAP % | Reock | Convex Hull | Polsby Popper | District | Total Population | Deviation from Ideal | % Deviation | BVAP % | HVAP % | Reock | Convex Hull | Polsby Popper |
| 61 | 178,783 | -702 | -0.39 | 3.9 | 6.14 | 0.49 | 0.89 | 0.56 | 91 | 180,714 | 1,229 | 0.68 | 6.08 | 14.65 | 0.50 | 0.92 | 0.60 |
| 62 | 175,628 | -3,857 | -2.15 | 42.43 | 20 | 0.18 | 0.59 | 0.20 | 92 | 179,284 | -201 | -0.11 | 7.5 | 12.67 | 0.30 | 0.75 | 0.38 |
| 63 | 175,454 | -4,031 | -2.25 | 42.66 | 26.42 | 0.50 | 0.88 | 0.61 | 93 | 180,537 | 1,052 | 0.59 | 15.33 | 24.97 | 0.45 | 0.88 | 0.51 |
| 64 | 175,723 | -3,762 | -2.10 | 11.73 | 56.66 | 0.58 | 0.86 | 0.58 | 94 | 179,107 | -378 | -0.21 | 20.41 | 20.16 | 0.60 | 0.93 | 0.54 |
| 65 | 176,895 | -2,590 | -1.44 | 7.39 | 17.79 | 0.33 | 0.69 | 0.38 | 95 | 179,771 | 286 | 0.16 | 17.99 | 22.45 | 0.41 | 0.89 | 0.58 |
| 66 | 176,561 | -2,924 | -1.63 | 8.12 | 23.99 | 0.48 | 0.90 | 0.61 | 96 | 179,632 | 147 | 0.08 | 22.22 | 31.48 | 0.35 | 0.93 | 0.48 |
| 67 | 176,599 | -2,886 | -1.61 | 15.92 | 18.94 | 0.51 | 0.90 | 0.62 | 97 | 181,031 | 1,546 | 0.86 | 56.43 | 22.3 | 0.51 | 0.80 | 0.49 |
| 68 | 176,564 | -2,921 | -1.63 | 13.42 | 26.28 | 0.55 | 0.93 | 0.65 | 98 | 183,821 | 4,336 | 2.42 | 38.81 | 23.97 | 0.33 | 0.66 | 0.38 |
| 69 | 175,419 | -4,066 | -2.27 | 16.34 | 24.47 | 0.52 | 0.81 | 0.53 | 99 | 183,192 | 3,707 | 2.07 | 56.75 | 17.42 | 0.46 | 0.78 | 0.42 |
| 70 | 175,930 | -3,555 | -1.98 | 14.26 | 18.51 | 0.33 | 0.82 | 0.42 | 100 | 183,602 | 4,117 | 2.29 | 7.86 | 17.3 | 0.36 | 0.82 | 0.40 |
| 71 | 175,587 | -3,898 | -2.17 | 8.99 | 18.5 | 0.51 | 0.93 | 0.63 | 101 | 184,029 | 4,544 | 2.53 | 10.77 | 37.13 | 0.51 | 0.78 | 0.40 |
| 72 | 175,940 | -3,545 | -1.98 | 6.7 | 11.31 | 0.48 | 0.81 | 0.54 | 102 | 181,099 | 1,614 | 0.90 | 13.46 | 34.37 | 0.52 | 0.82 | 0.47 |
| 73 | 182,583 | 3,098 | 1.73 | 6.19 | 12.34 | 0.26 | 0.77 | 0.40 | 103 | 183,608 | 4,123 | 2.30 | 12.89 | 52.08 | 0.38 | 0.91 | 0.54 |
| 74 | 182,054 | 2,569 | 1.43 | 1.36 | 4.44 | 0.42 | 0.81 | 0.50 | 104 | 176,838 | -2,647 | -1.47 | 42.92 | 43.17 | 0.33 | 0.84 | 0.43 |
| 75 | 183,015 | 3,530 | 1.97 | 5.48 | 7.63 | 0.50 | 0.81 | 0.56 | 105 | 178,010 | -1,475 | -0.82 | 41.18 | 35.88 | 0.43 | 0.84 | 0.57 |
| 76 | 183,638 | 4,153 | 2.31 | 7.64 | 14.83 | 0.51 | 0.94 | 0.63 | 106 | 181,907 | 2,422 | 1.35 | 4.78 | 46.5 | 0.39 | 0.86 | 0.40 |
| 77 | 183,519 | 4,034 | 2.25 | 7.23 | 20.37 | 0.32 | 0.73 | 0.35 | 107 | 184,104 | 4,619 | 2.57 | 52.37 | 33.15 | 0.53 | 0.80 | 0.49 |
| 78 | 183,620 | 4,135 | 2.30 | 15.96 | 22.95 | 0.57 | 0.88 | 0.57 | 108 | 179,724 | 239 | 0.13 | 51.89 | 43.25 | 0.38 | 0.72 | 0.36 |
| 79 | 183,598 | 4,113 | 2.29 | 5.03 | 22.04 | 0.56 | 0.94 | 0.69 | 109 | 181,737 | 2,252 | 1.25 | 6.46 | 88.92 | 0.44 | 0.74 | 0.42 |
| 80 | 182,951 | 3,466 | 1.93 | 1.55 | 10.2 | 0.34 | 0.77 | 0.39 | 110 | 182,602 | 3,117 | 1.74 | 2.94 | 92.24 | 0.43 | 0.91 | 0.54 |
| 81 | 182,510 | 3,025 | 1.69 | 4.29 | 15.37 | 0.45 | 0.90 | 0.62 | 111 | 181,389 | 1,904 | 1.06 | 3.56 | 93.92 | 0.43 | 0.79 | 0.42 |
| 82 | 183,534 | 4,049 | 2.26 | 10.12 | 43.96 | 0.47 | 0.88 | 0.55 | 112 | 181,315 | 1,830 | 1.02 | 38 | 55.22 | 0.53 | 0.81 | 0.49 |
| 83 | 178,332 | -1,153 | -0.64 | 9.83 | 21.09 | 0.53 | 0.84 | 0.57 | 113 | 183,473 | 3,988 | 2.22 | 4.53 | 71.71 | 0.55 | 0.75 | 0.38 |
| 84 | 183,415 | 3,930 | 2.19 | 20.51 | 16.09 | 0.50 | 0.88 | 0.60 | 114 | 181,959 | 2,474 | 1.38 | 5.79 | 75 | 0.35 | 0.73 | 0.36 |
| 85 | 180,065 | 580 | 0.32 | 15.94 | 17.38 | 0.56 | 0.95 | 0.69 | 115 | 182,264 | 2,779 | 1.55 | 6.86 | 65.66 | 0.28 | 0.74 | 0.30 |
| 86 | 181,279 | 1,794 | 1.00 | 4.92 | 13.94 | 0.31 | 0.77 | 0.41 | 116 | 182,448 | 2,963 | 1.65 | 3.04 | 88.26 | 0.38 | 0.88 | 0.51 |
| 87 | 180,861 | 1,376 | 0.77 | 7.45 | 14.78 | 0.26 | 0.75 | 0.27 | 117 | 182,783 | 3,298 | 1.84 | 30.16 | 65.69 | 0.16 | 0.43 | 0.15 |
| 88 | 176,458 | -3,027 | -1.69 | 50.1 | 23.97 | 0.32 | 0.59 | 0.12 | 118 | 181,669 | 2,184 | 1.22 | 4.5 | 83.24 | 0.42 | 0.78 | 0.47 |
| 89 | 178,689 | -796 | -0.44 | 16.61 | 51.56 | 0.55 | 0.87 | 0.47 | 119 | 183,989 | 4,504 | 2.51 | 6.9 | 84.68 | 0.34 | 0.79 | 0.40 |
| 90 | 179,439 | -46 | -0.03 | 24.05 | 13.29 | 0.61 | 0.91 | 0.60 | 120 | 183,020 | 3,535 | 1.97 | 10.52 | 44.39 | 0.21 | 0.55 | 0.21 |

## STATE HOUSE WORKSHOP OPTION A - H000H8005

### COUNTY SHARE OF POPULATION

| | TOTAL POPULATION | % OF POPULATION |
|---|---|---|
| **Alachua** | 278,468 | |
| 21 | 155,556 | 55.86% |
| 22 | 122,912 | 44.14% |
| **Baker** | 28,259 | |
| 10 | 28,259 | 100.00% |
| **Bay** | 175,216 | |
| 6 | 175,216 | 100.00% |
| **Bradford** | 28,303 | |
| 10 | 28,303 | 100.00% |
| **Brevard** | 606,612 | |
| 30 | 47,699 | 7.86% |
| 31 | 180,100 | 29.69% |
| 32 | 179,283 | 29.55% |
| 33 | 180,483 | 29.75% |
| 34 | 19,047 | 3.14% |
| **Broward** | 1,944,375 | |
| 95 | 179,771 | 9.25% |
| 96 | 179,632 | 9.24% |
| 97 | 181,031 | 9.31% |
| 98 | 183,821 | 9.45% |
| 99 | 183,192 | 9.42% |
| 100 | 183,602 | 9.44% |
| 101 | 184,029 | 9.46% |
| 102 | 181,099 | 9.31% |
| 103 | 183,608 | 9.44% |
| 104 | 158,930 | 8.17% |
| 105 | 145,660 | 7.49% |
| **Calhoun** | 13,648 | |
| 5 | 13,648 | 100.00% |
| **Charlotte** | 186,847 | |
| 75 | 113,646 | 60.82% |
| 76 | 73,201 | 39.18% |
| **Citrus** | 153,843 | |
| 23 | 153,843 | 100.00% |

| | TOTAL POPULATION | % OF POPULATION |
|---|---|---|
| **Clay** | 218,245 | |
| 10 | 36,633 | 16.79% |
| 11 | 181,612 | 83.21% |
| **Collier** | 375,752 | |
| 80 | 49,327 | 13.13% |
| 81 | 182,510 | 48.57% |
| 82 | 143,915 | 38.30% |
| **Columbia** | 69,698 | |
| 10 | 69,698 | 100.00% |
| **DeSoto** | 33,976 | |
| 76 | 33,976 | 100.00% |
| **Dixie** | 16,759 | |
| 9 | 16,759 | 100.00% |
| **Duval** | 995,567 | |
| 12 | 178,407 | 17.92% |
| 13 | 182,192 | 18.30% |
| 14 | 181,653 | 18.25% |
| 15 | 92,329 | 9.27% |
| 16 | 182,053 | 18.29% |
| 17 | 178,933 | 17.97% |
| **Escambia** | 321,905 | |
| 1 | 183,761 | 57.09% |
| 2 | 138,144 | 42.91% |
| **Flagler** | 115,378 | |
| 19 | 115,378 | 100.00% |
| **Franklin** | 12,451 | |
| 7 | 12,451 | 100.00% |
| **Gadsden** | 43,826 | |
| 8 | 43,826 | 100.00% |
| **Gilchrist** | 17,864 | |
| 22 | 17,864 | 100.00% |

| | TOTAL POPULATION | % OF POPULATION |
|---|---|---|
| **Glades** | 12,126 | |
| 83 | 12,126 | 100.00% |
| **Gulf** | 14,192 | |
| 7 | 14,192 | 100.00% |
| **Hamilton** | 14,004 | |
| 9 | 14,004 | 100.00% |
| **Hardee** | 25,327 | |
| 83 | 25,327 | 100.00% |
| **Hendry** | 39,619 | |
| 82 | 39,619 | 100.00% |
| **Hernando** | 194,515 | |
| 52 | 17,961 | 9.23% |
| 53 | 176,554 | 90.77% |
| **Highlands** | 101,235 | |
| 83 | 101,235 | 100.00% |
| **Hillsborough** | 1,459,762 | |
| 51 | - | 0.00% |
| 62 | 98,800 | 6.77% |
| 63 | 175,454 | 12.02% |
| 64 | 175,723 | 12.04% |
| 65 | 176,895 | 12.12% |
| 66 | 176,561 | 12.10% |
| 67 | 176,599 | 12.10% |
| 68 | 176,564 | 12.10% |
| 69 | 174,296 | 11.94% |
| 70 | 128,870 | 8.83% |
| **Holmes** | 19,653 | |
| 5 | 19,653 | 100.00% |
| **Indian River** | 159,788 | |
| 34 | 159,788 | 100.00% |
| **Jackson** | 47,319 | |
| 5 | 47,319 | 100.00% |
| **Jefferson** | 14,510 | |
| 9 | 14,510 | 100.00% |

## STATE HOUSE WORKSHOP OPTION A - H000H8005

### COUNTY SHARE OF POPULATION

| | TOTAL POPULATION | % OF POPULATION | | TOTAL POPULATION | % OF POPULATION | | TOTAL POPULATION | % OF POPULATION |
|---|---|---|---|---|---|---|---|---|
| **Lafayette** | 8,226 | | **Miami-Dade** | 2,701,767 | | **Osceola** | 388,656 | |
| 9 | 8,226 | 100.00% | 104 | 17,908 | 0.66% | 35 | 36,937 | 9.50% |
| | | | 105 | 32,350 | 1.20% | 46 | 176,428 | 45.39% |
| **Lake** | 383,956 | | 106 | 181,907 | 6.73% | 47 | 175,291 | 45.10% |
| 25 | 176,635 | 46.00% | 107 | 184,104 | 6.81% | | | |
| 26 | 175,725 | 45.77% | 108 | 179,724 | 6.65% | **Palm Beach** | 1,492,191 | |
| 27 | 31,596 | 8.23% | 109 | 181,737 | 6.73% | 86 | 57,102 | 3.83% |
| | | | 110 | 182,602 | 6.76% | 87 | 180,861 | 12.12% |
| **Lee** | 760,822 | | 111 | 181,389 | 6.71% | 88 | 176,458 | 11.83% |
| 76 | 76,461 | 10.05% | 112 | 181,315 | 6.71% | 89 | 178,689 | 11.97% |
| 77 | 183,519 | 24.12% | 113 | 183,473 | 6.79% | 90 | 179,439 | 12.03% |
| 78 | 183,620 | 24.13% | 114 | 181,959 | 6.73% | 91 | 180,714 | 12.11% |
| 79 | 183,598 | 24.13% | 115 | 182,264 | 6.75% | 92 | 179,284 | 12.01% |
| 80 | 133,624 | 17.56% | 116 | 182,448 | 6.75% | 93 | 180,537 | 12.10% |
| | | | 117 | 182,783 | 6.77% | 94 | 179,107 | 12.00% |
| **Leon** | 292,198 | | 118 | 181,669 | 6.72% | | | |
| 7 | 114,326 | 39.13% | 119 | 183,989 | 6.81% | **Pasco** | 561,891 | |
| 8 | 131,772 | 45.10% | 120 | 100,146 | 3.71% | 52 | 28,872 | 5.14% |
| 9 | 46,100 | 15.78% | | | | 54 | 178,064 | 31.69% |
| | | | **Monroe** | 82,874 | | 55 | 177,793 | 31.64% |
| **Levy** | 42,915 | | 120 | 82,874 | 100.00% | 56 | 177,162 | 31.53% |
| 22 | 42,915 | 100.00% | | | | | | |
| | | | **Nassau** | 90,352 | | **Pinellas** | 959,107 | |
| **Liberty** | 7,974 | | 15 | 90,352 | 100.00% | 57 | 175,448 | 18.29% |
| 7 | 7,974 | 100.00% | | | | 58 | 176,548 | 18.41% |
| | | | **Okaloosa** | 211,668 | | 59 | 175,905 | 18.34% |
| **Madison** | 17,968 | | 3 | 27,931 | 13.20% | 60 | 175,595 | 18.31% |
| 9 | 17,968 | 100.00% | 4 | 183,737 | 86.80% | 61 | 178,783 | 18.64% |
| | | | | | | 62 | 76,828 | 8.01% |
| **Manatee** | 399,710 | | **Okeechobee** | 39,644 | | 66 | - | 0.00% |
| 69 | 1,123 | 0.28% | 83 | 39,644 | 100.00% | | | |
| 70 | 47,060 | 11.77% | | | | **Polk** | 725,046 | |
| 71 | 175,587 | 43.93% | **Orange** | 1,429,908 | | 48 | 182,627 | 25.19% |
| 72 | 175,940 | 44.02% | 35 | 138,452 | 9.68% | 49 | 182,290 | 25.14% |
| | | | 37 | 103,728 | 7.25% | 50 | 178,747 | 24.65% |
| **Marion** | 375,908 | | 39 | 126,915 | 8.88% | 51 | 181,382 | 25.02% |
| 20 | 74,936 | 19.93% | 40 | 176,539 | 12.35% | 68 | - | 0.00% |
| 21 | 26,886 | 7.15% | 41 | 177,264 | 12.40% | | | |
| 23 | 21,386 | 5.69% | 42 | 178,731 | 12.50% | **Putnam** | 73,321 | |
| 24 | 178,971 | 47.61% | 43 | 175,629 | 12.28% | 20 | 73,321 | 100.00% |
| 27 | 73,729 | 19.61% | 44 | 175,971 | 12.31% | | | |
| | | | 45 | 176,679 | 12.36% | **Santa Rosa** | 188,000 | |
| **Martin** | 158,431 | | | | | 2 | 38,399 | 20.43% |
| 85 | 34,254 | 21.62% | | | | 3 | 149,601 | 79.58% |
| 86 | 124,177 | 78.38% | | | | | | |

# STATE HOUSE WORKSHOP OPTION A - H000H8005

## COUNTY SHARE OF POPULATION

| | TOTAL POPULATION | % OF POPULATION |
|---|---|---|
| **Sarasota** | **434,006** | |
| 73 | 182,583 | 42.07% |
| 74 | 182,054 | 41.95% |
| 75 | 69,369 | 15.98% |
| | | |
| **Seminole** | **470,856** | |
| 36 | 175,239 | 37.22% |
| 37 | 71,524 | 15.19% |
| 38 | 175,617 | 37.30% |
| 39 | 48,476 | 10.30% |
| | | |
| **St. Johns** | **273,425** | |
| 18 | 180,849 | 66.14% |
| 19 | 63,571 | 23.25% |
| 20 | 29,005 | 10.61% |
| | | |
| **St. Lucie** | **329,226** | |
| 84 | 183,415 | 55.71% |
| 85 | 145,811 | 44.29% |
| | | |
| **Sumter** | **129,752** | |
| 52 | 129,752 | 100.00% |
| | | |
| **Suwannee** | **43,474** | |
| 9 | 43,474 | 100.00% |
| | | |
| **Taylor** | **21,796** | |
| 9 | 21,796 | 100.00% |
| | | |
| **Union** | **16,147** | |
| 10 | 16,147 | 100.00% |
| | | |
| **Volusia** | **553,543** | |
| 27 | 71,851 | 12.98% |
| 28 | 176,161 | 31.82% |
| 29 | 177,769 | 32.11% |
| 30 | 127,762 | 23.08% |
| | | |
| **Wakulla** | **33,764** | |
| 7 | 33,764 | 100.00% |
| | | |
| **Walton** | **75,305** | |
| 5 | 75,305 | 100.00% |

| | TOTAL POPULATION | % OF POPULATION |
|---|---|---|
| **Washington** | **25,318** | |
| 5 | 25,318 | 100.00% |

# STATE HOUSE WORKSHOP OPTION A - H000H8005

## CITY SPLIT LIST

| | TOTAL POPULATION | % OF POPULATION | | TOTAL POPULATION | % OF POPULATION | | TOTAL POPULATION | % OF POPULATION |
|---|---|---|---|---|---|---|---|---|
| **Alachua** | 10,574 | | **Doral** | 75,874 | | **High Springs** | 6,215 | |
| 21 | 5,077 | 48.01% | 110 | 40,671 | 53.60% | 21 | 3,908 | 62.88% |
| 22 | 5,497 | 51.99% | 116 | 35,203 | 46.40% | 22 | 2,307 | 37.12% |
| **Bradenton** | 55,698 | | **Dunedin** | 36,068 | | **Hollywood** | 153,067 | |
| 71 | 36,329 | 65.22% | 57 | 22,213 | 61.59% | 101 | 63,742 | 41.64% |
| 72 | 19,369 | 34.78% | 58 | 13,855 | 38.41% | 104 | 6,810 | 4.45% |
| | | | | | | 105 | 82,515 | 53.91% |
| **Cape Coral** | 194,016 | | **Edgewood** | 2,685 | | | | |
| 77 | 14,196 | 7.32% | 41 | 1,499 | 55.83% | **Homestead** | 80,737 | |
| 79 | 162,721 | 83.87% | 42 | 1,186 | 44.17% | 117 | 23,774 | 29.45% |
| 80 | 17,099 | 8.81% | | | | 120 | 56,963 | 70.55% |
| | | | **Estero** | 36,939 | | | | |
| **Clearwater** | 117,292 | | 77 | - | 0.00% | **Jacksonville** | 949,611 | |
| 57 | 7,905 | 6.74% | 80 | 36,939 | 100.00% | 12 | 178,407 | 18.79% |
| 58 | 82,282 | 70.15% | | | | 13 | 180,796 | 19.04% |
| 59 | 27,105 | 23.11% | **Flagler Beach** | 5,160 | | 14 | 181,653 | 19.13% |
| | | | 19 | 5,088 | 98.60% | 15 | 47,769 | 5.03% |
| **Coconut Creek** | 57,833 | | 28 | 72 | 1.40% | 16 | 182,053 | 19.17% |
| 95 | 32,237 | 55.74% | | | | 17 | 178,933 | 18.84% |
| 98 | 25,596 | 44.26% | **Fort Lauderdale** | 182,760 | | | | |
| | | | 99 | 61,650 | 33.73% | **Jupiter** | 61,047 | |
| **Coral Gables** | 49,248 | | 100 | 92,792 | 50.77% | 86 | 39,624 | 64.91% |
| 111 | 563 | 1.14% | 101 | 28,307 | 15.49% | 87 | 19,861 | 32.53% |
| 114 | 48,685 | 98.86% | 102 | 11 | 0.01% | 94 | 1,562 | 2.56% |
| **Coral Springs** | 134,394 | | **Gainesville** | 141,085 | | **Kenneth City** | 5,047 | |
| 95 | 64,144 | 47.73% | 21 | 91,086 | 64.56% | 60 | 4,828 | 95.66% |
| 96 | 70,250 | 52.27% | 22 | 49,999 | 35.44% | 61 | 219 | 4.34% |
| **Dania Beach** | 31,723 | | **Greenacres** | 43,990 | | **Lake Park** | 9,047 | |
| 101 | 24,753 | 78.03% | 89 | 19,015 | 43.23% | 87 | 1,266 | 13.99% |
| 105 | 6,970 | 21.97% | 93 | 24,975 | 56.77% | 88 | 7,781 | 86.01% |
| **Davie** | 105,691 | | **Hallandale Beach** | 41,217 | | **Lake Worth Beach** | 42,219 | |
| 96 | - | 0.00% | 101 | 24,134 | 58.55% | 87 | 14,074 | 33.34% |
| 101 | 27,612 | 26.13% | 105 | 17,083 | 41.45% | 89 | 28,145 | 66.66% |
| 102 | 71,695 | 67.83% | | | | | | |
| 103 | 6,384 | 6.04% | **Hialeah** | 223,109 | | **Largo** | 82,485 | |
| | | | 109 | 57,523 | 25.78% | 58 | 41,602 | 50.44% |
| **Deerfield Beach** | 86,859 | | 110 | 55,305 | 24.79% | 59 | 26,469 | 32.09% |
| 95 | 48,127 | 55.41% | 111 | 110,281 | 49.43% | 61 | 14,414 | 17.47% |
| 98 | 30,684 | 35.33% | | | | | | |
| 100 | 8,048 | 9.27% | | | | | | |

# STATE HOUSE WORKSHOP OPTION A - H000H8005

## CITY SPLIT LIST

| | TOTAL POPULATION | % OF POPULATION | | TOTAL POPULATION | % OF POPULATION | | TOTAL POPULATION | % OF POPULATION |
|---|---|---|---|---|---|---|---|---|
| **Lauderdale Lakes** | 35,954 | | **Miramar** | 134,721 | | **Orlando** | 307,573 | |
| 97 | 4,369 | 12.15% | 103 | 17,036 | 12.65% | 35 | 612 | 0.20% |
| 99 | 31,585 | 87.85% | 104 | 100,099 | 74.30% | 40 | 21,057 | 6.85% |
| | | | 105 | 17,586 | 13.05% | 41 | 99,891 | 32.48% |
| **Lauderhill** | 74,482 | | | | | 42 | 87,015 | 28.29% |
| 97 | 63,959 | 85.87% | **North Lauderdale** | 44,794 | | 43 | 71,321 | 23.19% |
| 99 | 10,523 | 14.13% | 97 | 20,054 | 44.77% | 44 | 19,683 | 6.40% |
| | | | 98 | 15,537 | 34.69% | 45 | 7,994 | 2.60% |
| **Leesburg** | 27,000 | | 99 | 9,203 | 20.55% | | | |
| 25 | 3,671 | 13.60% | | | | **Oviedo** | 40,059 | |
| 26 | 23,329 | 86.40% | **North Miami** | 60,191 | | 36 | 8,815 | 22.01% |
| | | | 106 | 8,530 | 14.17% | 37 | 26,962 | 67.31% |
| **Longboat Key** | 7,505 | | 107 | 36,051 | 59.89% | 38 | 4,282 | 10.69% |
| 71 | 2,746 | 36.59% | 108 | 15,610 | 25.93% | | | |
| 73 | 4,759 | 63.41% | | | | **Palm Bay** | 119,760 | |
| | | | **North Port** | 74,793 | | 33 | 119,011 | 99.37% |
| **Longwood** | 15,087 | | 74 | 10,119 | 13.53% | 34 | 749 | 0.63% |
| 36 | 12,630 | 83.71% | 75 | 64,674 | 86.47% | | | |
| 38 | 2,457 | 16.29% | | | | **Palm Beach Gardens** | 59,182 | |
| | | | **Oakland** | 3,516 | | 87 | 42,749 | 72.23% |
| **Maitland** | 19,543 | | 39 | 1,695 | 48.21% | 88 | 272 | 0.46% |
| 40 | - | 0.00% | 45 | 1,821 | 51.79% | 94 | 16,161 | 27.31% |
| 42 | 19,543 | 100.00% | | | | | | |
| | | | **Oakland Park** | 44,229 | | **Pembroke Pines** | 171,178 | |
| **Melbourne** | 84,678 | | 99 | 22,913 | 51.81% | 101 | 6,124 | 3.58% |
| 32 | 62,911 | 74.29% | 100 | 21,316 | 48.19% | 102 | 30,352 | 17.73% |
| 33 | 21,767 | 25.71% | | | | 103 | 82,565 | 48.23% |
| | | | **Ocala** | 63,591 | | 104 | 52,021 | 30.39% |
| **Miami** | 442,241 | | 20 | 33,337 | 52.42% | 105 | 116 | 0.07% |
| 106 | - | 0.00% | 21 | 10,726 | 16.87% | | | |
| 108 | 14,756 | 3.34% | 24 | 17,597 | 27.67% | **Pinellas Park** | 53,093 | |
| 111 | 52,686 | 11.91% | 27 | 1,931 | 3.04% | 59 | 41,556 | 78.27% |
| 112 | 137,066 | 30.99% | | | | 60 | 10,576 | 19.92% |
| 113 | 168,627 | 38.13% | **Ocoee** | 47,295 | | 61 | 961 | 1.81% |
| 114 | 69,106 | 15.63% | 39 | 5,441 | 11.50% | | | |
| | | | 40 | 34,168 | 72.24% | **Plant City** | 39,764 | |
| **Miami Gardens** | 111,640 | | 45 | 7,686 | 16.25% | 51 | - | 0.00% |
| 104 | 17,908 | 16.04% | | | | 67 | 10,714 | 26.94% |
| 105 | 14,366 | 12.87% | **Oldsmar** | 14,898 | | 68 | 29,050 | 73.06% |
| 107 | 34,596 | 30.99% | 57 | 11,466 | 76.96% | | | |
| 108 | 44,770 | 40.10% | 59 | 3,432 | 23.04% | **Plantation** | 91,750 | |
| | | | | | | 96 | 48,863 | 53.26% |
| | | | | | | 97 | 1,472 | 1.60% |
| | | | | | | 101 | 261 | 0.28% |
| | | | | | | 102 | 41,154 | 44.85% |

# STATE HOUSE WORKSHOP OPTION A - H000H8005

## CITY SPLIT LIST

| | TOTAL POPULATION | % OF POPULATION | | TOTAL POPULATION | % OF POPULATION | | TOTAL POPULATION | % OF POPULATION |
|---|---|---|---|---|---|---|---|---|
| **Pompano Beach** | 112,046 | | **St. Petersburg** | 258,308 | | **West Melbourne** | 25,924 | |
| 98 | 53,290 | 47.56% | 59 | 18,711 | 7.24% | 32 | 5,952 | 22.96% |
| 99 | 16,521 | 14.74% | 60 | 134,579 | 52.10% | 33 | 19,972 | 77.04% |
| 100 | 42,235 | 37.69% | 61 | 28,190 | 10.91% | | | |
| | | | 62 | 76,828 | 29.74% | **West Palm Beach** | 117,415 | |
| **Port Orange** | 62,596 | | | | | 87 | 29,715 | 25.31% |
| 28 | 2,760 | 4.41% | **Stuart** | 17,425 | | 88 | 63,823 | 54.36% |
| 29 | 9,441 | 15.08% | 85 | 2,059 | 11.82% | 89 | 7,830 | 6.67% |
| 30 | 50,395 | 80.51% | 86 | 15,366 | 88.18% | 94 | 16,047 | 13.67% |
| | | | | | | | | |
| **Port St. Lucie** | 204,851 | | **Sunrise** | 97,335 | | **Winter Garden** | 46,964 | |
| 84 | 61,112 | 29.83% | 96 | 36,149 | 37.14% | 39 | 18,031 | 38.39% |
| 85 | 143,739 | 70.17% | 97 | 55,809 | 57.34% | 45 | 28,933 | 61.61% |
| | | | 102 | 1,549 | 1.59% | | | |
| **Riviera Beach** | 37,604 | | 103 | 3,828 | 3.93% | | | |
| 87 | 8,577 | 22.81% | | | | | | |
| 88 | 29,027 | 77.19% | **Tallahassee** | 196,169 | | | | |
| | | | 7 | 76,525 | 39.01% | | | |
| **Rockledge** | 27,678 | | 8 | 104,853 | 53.45% | | | |
| 31 | 22,151 | 80.03% | 9 | 14,791 | 7.54% | | | |
| 32 | 5,527 | 19.97% | | | | | | |
| | | | **Tamarac** | 71,897 | | | | |
| **Royal Palm Beach** | 38,932 | | 96 | 24,370 | 33.90% | | | |
| 88 | 11,024 | 28.32% | 97 | 35,368 | 49.19% | | | |
| 93 | 2,454 | 6.30% | 99 | 12,159 | 16.91% | | | |
| 94 | 25,454 | 65.38% | | | | | | |
| | | | **Tampa** | 384,959 | | | | |
| **Safety Harbor** | 17,072 | | 62 | 31,954 | 8.30% | | | |
| 57 | 2,391 | 14.01% | 63 | 94,179 | 24.46% | | | |
| 59 | 14,681 | 85.99% | 64 | 58,599 | 15.22% | | | |
| | | | 65 | 131,564 | 34.18% | | | |
| **Seminole** | 19,364 | | 66 | 8,010 | 2.08% | | | |
| 59 | 2,198 | 11.35% | 67 | 60,653 | 15.76% | | | |
| 61 | 17,166 | 88.65% | | | | | | |
| | | | **Temple Terrace** | 26,690 | | | | |
| **South Daytona** | 12,865 | | 63 | 19,307 | 72.34% | | | |
| 28 | 8,367 | 65.04% | 67 | 7,383 | 27.66% | | | |
| 30 | 4,498 | 34.96% | | | | | | |
| | | | **Titusville** | 48,789 | | | | |
| **Southwest Ranches** | 7,607 | | 30 | 30,179 | 61.86% | | | |
| 102 | 1,937 | 25.46% | 31 | 18,610 | 38.14% | | | |
| 103 | 5,670 | 74.54% | | | | | | |