

# STATE HOUSE WORKSHOP OPTION B - H000H8007

## STATEWIDE SNAPSHOT

| | | | | | |
|---|---|---|---|---|---|
| Total State Population: | 21,538,187 | | Total Counties: | 67 | Reock Avg. |
| Ideal District Population: | 179,485 | | Counties Split: | 32 | 0.45 |
| Mean Deviation: | 2,639 | 1.47% | Counties Kept Whole: | 35 | Convex Hull Avg. |
| Max Deviation: | 5,057 | 2.82% | Total Cities: | 412 | 0.82 |
| Min Deviation: | -4,269 | -2.38% | Cities Split: | 78 | Polsby Popper Avg. |
| Overall Deviation Range: | 9,329 | 5.20% | Cities Kept Whole: | 334 | 0.46 |

## DISTRICT BREAKDOWN

| District | Population | | | Voting Age Population | | Compactness | | | District | Population | | | Voting Age Population | | Compactness | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Total Population | Deviation from Ideal | % Deviation | BVAP % | HVAP % | Reock | Convex Hull | Polsby Popper | | Total Population | Deviation from Ideal | % Deviation | BVAP % | HVAP % | Reock | Convex Hull | Polsby Popper |
| 1 | 180,433 | 948 | 0.53 | 12.51 | 5.81 | 0.29 | 0.52 | 0.18 | 31 | 183,976 | 4,491 | 2.50 | 9.55 | 8.05 | 0.64 | 0.88 | 0.51 |
| 2 | 178,859 | -626 | -0.35 | 25.39 | 5.6 | 0.55 | 0.90 | 0.63 | 32 | 177,687 | -1,798 | -1.00 | 5.06 | 9.08 | 0.57 | 0.92 | 0.62 |
| 3 | 180,433 | 948 | 0.53 | 7.7 | 5.43 | 0.54 | 0.83 | 0.40 | 33 | 179,472 | -13 | -0.01 | 16.19 | 13.98 | 0.53 | 0.81 | 0.46 |
| 4 | 181,848 | 2,363 | 1.32 | 11.22 | 9.75 | 0.56 | 0.93 | 0.58 | 34 | 179,846 | 361 | 0.20 | 7.24 | 10.04 | 0.52 | 0.83 | 0.51 |
| 5 | 181,243 | 1,758 | 0.98 | 12.93 | 5.06 | 0.52 | 0.82 | 0.41 | 35 | 175,389 | -4,096 | -2.28 | 12.56 | 33.06 | 0.42 | 0.82 | 0.26 |
| 6 | 175,216 | -4,269 | -2.38 | 10.62 | 6.85 | 0.33 | 0.80 | 0.45 | 36 | 175,313 | -4,172 | -2.32 | 16.5 | 19.84 | 0.37 | 0.73 | 0.31 |
| 7 | 182,959 | 3,474 | 1.94 | 15.26 | 6.15 | 0.36 | 0.67 | 0.25 | 37 | 175,353 | -4,132 | -2.30 | 11.54 | 25.33 | 0.37 | 0.78 | 0.36 |
| 8 | 175,598 | -3,887 | -2.17 | 50.02 | 8.72 | 0.39 | 0.74 | 0.25 | 38 | 175,442 | -4,043 | -2.25 | 12.29 | 24.37 | 0.37 | 0.79 | 0.36 |
| 9 | 182,585 | 3,100 | 1.73 | 18.17 | 6.38 | 0.35 | 0.89 | 0.36 | 39 | 175,391 | -4,094 | -2.28 | 18.14 | 22.52 | 0.48 | 0.91 | 0.56 |
| 10 | 181,499 | 2,014 | 1.12 | 15.22 | 5.36 | 0.42 | 0.76 | 0.30 | 40 | 176,539 | -2,946 | -1.64 | 50.43 | 19.6 | 0.45 | 0.79 | 0.41 |
| 11 | 179,153 | -332 | -0.18 | 14.35 | 10.15 | 0.49 | 0.94 | 0.56 | 41 | 177,264 | -2,221 | -1.24 | 43.61 | 30.01 | 0.56 | 0.89 | 0.56 |
| 12 | 181,166 | 1,681 | 0.94 | 16.43 | 12.54 | 0.46 | 0.77 | 0.40 | 42 | 178,731 | -754 | -0.42 | 7.97 | 17.82 | 0.35 | 0.81 | 0.30 |
| 13 | 178,094 | -1,391 | -0.77 | 50.54 | 9.53 | 0.41 | 0.80 | 0.43 | 43 | 175,629 | -3,856 | -2.15 | 12.82 | 57.69 | 0.55 | 0.72 | 0.37 |
| 14 | 179,200 | -285 | -0.16 | 51.93 | 7.23 | 0.43 | 0.82 | 0.46 | 44 | 175,971 | -3,514 | -1.96 | 12.14 | 51.16 | 0.41 | 0.88 | 0.52 |
| 15 | 183,330 | 3,845 | 2.14 | 17.92 | 6.46 | 0.42 | 0.73 | 0.27 | 45 | 176,679 | -2,806 | -1.56 | 8.49 | 19.06 | 0.67 | 0.97 | 0.76 |
| 16 | 183,529 | 4,044 | 2.25 | 16.08 | 13.58 | 0.46 | 0.93 | 0.60 | 46 | 176,428 | -3,057 | -1.70 | 11.73 | 57.49 | 0.30 | 0.89 | 0.38 |
| 17 | 180,600 | 1,115 | 0.62 | 13.59 | 9.14 | 0.47 | 0.80 | 0.51 | 47 | 175,291 | -4,194 | -2.34 | 15.33 | 52.21 | 0.43 | 0.78 | 0.30 |
| 18 | 177,996 | -1,489 | -0.83 | 4.51 | 7.68 | 0.51 | 0.78 | 0.43 | 48 | 179,480 | -5 | 0.00 | 14.52 | 30.03 | 0.54 | 0.85 | 0.54 |
| 19 | 177,069 | -2,416 | -1.35 | 8.21 | 8.16 | 0.38 | 0.76 | 0.41 | 49 | 182,533 | 3,048 | 1.70 | 18.09 | 24.33 | 0.44 | 0.86 | 0.35 |
| 20 | 178,808 | -677 | -0.38 | 11.14 | 8.19 | 0.45 | 0.80 | 0.35 | 50 | 182,038 | 2,553 | 1.42 | 11.22 | 17.94 | 0.48 | 0.96 | 0.66 |
| 21 | 177,189 | -2,296 | -1.28 | 29.02 | 12.51 | 0.40 | 0.83 | 0.31 | 51 | 180,995 | 1,510 | 0.84 | 16.23 | 19.63 | 0.55 | 0.87 | 0.54 |
| 22 | 178,230 | -1,255 | -0.70 | 9.47 | 10.55 | 0.58 | 0.77 | 0.28 | 52 | 176,585 | -2,900 | -1.62 | 7.45 | 7.75 | 0.43 | 0.82 | 0.43 |
| 23 | 176,769 | -2,716 | -1.51 | 3.46 | 5.08 | 0.49 | 0.78 | 0.43 | 53 | 176,554 | -2,931 | -1.63 | 5.79 | 13.48 | 0.46 | 0.92 | 0.56 |
| 24 | 177,688 | -1,797 | -1.00 | 9.46 | 15.67 | 0.36 | 0.81 | 0.41 | 54 | 178,064 | -1,421 | -0.79 | 9.8 | 17.8 | 0.50 | 0.93 | 0.61 |
| 25 | 177,847 | -1,638 | -0.91 | 11.25 | 20.39 | 0.58 | 0.95 | 0.63 | 55 | 177,793 | -1,692 | -0.94 | 4.59 | 11.9 | 0.48 | 0.86 | 0.57 |
| 26 | 175,503 | -3,982 | -2.22 | 10.38 | 10.04 | 0.53 | 0.83 | 0.43 | 56 | 177,162 | -2,323 | -1.29 | 5.1 | 12.76 | 0.47 | 0.92 | 0.64 |
| 27 | 176,984 | -2,501 | -1.39 | 8.07 | 13.2 | 0.42 | 0.75 | 0.36 | 57 | 177,343 | -2,142 | -1.19 | 3.55 | 7.45 | 0.43 | 0.87 | 0.47 |
| 28 | 184,037 | 4,552 | 2.54 | 16.44 | 6.9 | 0.56 | 0.80 | 0.48 | 58 | 175,888 | -3,597 | -2.00 | 8.37 | 12.65 | 0.39 | 0.80 | 0.37 |
| 29 | 177,054 | -2,431 | -1.35 | 11.73 | 25.29 | 0.52 | 0.80 | 0.39 | 59 | 178,235 | -1,250 | -0.70 | 6.67 | 9.62 | 0.56 | 0.87 | 0.44 |
| 30 | 178,866 | -619 | -0.34 | 5.96 | 5.17 | 0.40 | 0.88 | 0.44 | 60 | 175,492 | -3,993 | -2.22 | 7.65 | 10.03 | 0.54 | 0.87 | 0.50 |

## STATE HOUSE WORKSHOP OPTION B - H000H8007

### DISTRICT BREAKDOWN

| District | Population | | | Voting Age Population | | Compactness | | | District | Population | | | Voting Age Population | | Compactness | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Total Population | Deviation from Ideal | % Deviation | BVAP % | HVAP % | Reock | Convex Hull | Polsby Popper | | Total Population | Deviation from Ideal | % Deviation | BVAP % | HVAP % | Reock | Convex Hull | Polsby Popper |
| 61 | 175,321 | -4,164 | -2.32 | 4.7 | 8.29 | 0.49 | 0.88 | 0.56 | 91 | 182,848 | 3,363 | 1.87 | 6.18 | 15.04 | 0.45 | 0.90 | 0.53 |
| 62 | 175,628 | -3,857 | -2.15 | 42.43 | 20 | 0.18 | 0.59 | 0.20 | 92 | 177,280 | -2,205 | -1.23 | 17.32 | 17.05 | 0.53 | 0.93 | 0.54 |
| 63 | 175,454 | -4,031 | -2.25 | 42.66 | 26.42 | 0.50 | 0.88 | 0.61 | 93 | 178,485 | -1,000 | -0.56 | 16.54 | 21.85 | 0.63 | 0.86 | 0.50 |
| 64 | 175,723 | -3,762 | -2.10 | 11.73 | 56.66 | 0.58 | 0.86 | 0.58 | 94 | 182,431 | 2,946 | 1.64 | 14.89 | 16.01 | 0.58 | 0.90 | 0.53 |
| 65 | 176,895 | -2,590 | -1.44 | 7.39 | 17.79 | 0.33 | 0.69 | 0.38 | 95 | 182,409 | 2,924 | 1.63 | 17.89 | 24.18 | 0.43 | 0.82 | 0.48 |
| 66 | 176,561 | -2,924 | -1.63 | 8.12 | 23.99 | 0.48 | 0.90 | 0.61 | 96 | 180,400 | 915 | 0.51 | 24.79 | 32.54 | 0.54 | 0.91 | 0.58 |
| 67 | 175,774 | -3,711 | -2.07 | 18.6 | 19.5 | 0.48 | 0.78 | 0.53 | 97 | 183,981 | 4,496 | 2.50 | 62.31 | 18.55 | 0.38 | 0.77 | 0.45 |
| 68 | 175,334 | -4,151 | -2.31 | 10.09 | 25.16 | 0.49 | 0.93 | 0.55 | 98 | 181,301 | 1,816 | 1.01 | 36.18 | 24.14 | 0.38 | 0.69 | 0.37 |
| 69 | 178,095 | -1,390 | -0.77 | 17.96 | 23.43 | 0.46 | 0.76 | 0.38 | 99 | 184,317 | 4,832 | 2.69 | 50.73 | 17.86 | 0.54 | 0.81 | 0.48 |
| 70 | 175,309 | -4,176 | -2.33 | 13.21 | 20.03 | 0.34 | 0.78 | 0.43 | 100 | 182,887 | 3,402 | 1.90 | 8.06 | 16.77 | 0.39 | 0.86 | 0.49 |
| 71 | 175,587 | -3,898 | -2.17 | 8.99 | 18.5 | 0.51 | 0.93 | 0.63 | 101 | 179,194 | -291 | -0.16 | 10.88 | 38 | 0.49 | 0.74 | 0.36 |
| 72 | 175,940 | -3,545 | -1.98 | 6.7 | 11.31 | 0.48 | 0.81 | 0.54 | 102 | 182,521 | 3,036 | 1.69 | 13.34 | 36.72 | 0.40 | 0.78 | 0.44 |
| 73 | 183,473 | 3,988 | 2.22 | 4.49 | 8.36 | 0.39 | 0.90 | 0.54 | 103 | 182,775 | 3,290 | 1.83 | 11.77 | 50.42 | 0.48 | 0.86 | 0.54 |
| 74 | 183,447 | 3,962 | 2.21 | 4.73 | 10.38 | 0.37 | 0.80 | 0.45 | 104 | 176,838 | -2,647 | -1.47 | 42.92 | 43.17 | 0.33 | 0.84 | 0.43 |
| 75 | 183,275 | 3,790 | 2.11 | 3.84 | 5.67 | 0.46 | 0.91 | 0.63 | 105 | 178,010 | -1,475 | -0.82 | 41.18 | 35.88 | 0.43 | 0.84 | 0.57 |
| 76 | 182,561 | 3,076 | 1.71 | 5.75 | 12.58 | 0.62 | 0.95 | 0.66 | 106 | 181,907 | 2,422 | 1.35 | 4.78 | 46.5 | 0.39 | 0.86 | 0.40 |
| 77 | 183,022 | 3,537 | 1.97 | 13.47 | 31.32 | 0.61 | 0.88 | 0.45 | 107 | 184,104 | 4,619 | 2.57 | 52.37 | 33.15 | 0.53 | 0.80 | 0.49 |
| 78 | 183,124 | 3,639 | 2.03 | 12.43 | 18.03 | 0.45 | 0.81 | 0.40 | 108 | 179,724 | 239 | 0.13 | 51.89 | 43.25 | 0.38 | 0.72 | 0.36 |
| 79 | 182,665 | 3,180 | 1.77 | 4.54 | 20.26 | 0.60 | 0.84 | 0.53 | 109 | 181,737 | 2,252 | 1.25 | 6.46 | 88.92 | 0.44 | 0.74 | 0.42 |
| 80 | 183,233 | 3,748 | 2.09 | 1.41 | 9.56 | 0.35 | 0.80 | 0.43 | 110 | 183,144 | 3,659 | 2.04 | 3.15 | 90.11 | 0.43 | 0.93 | 0.59 |
| 81 | 183,291 | 3,806 | 2.12 | 4.4 | 15.42 | 0.38 | 0.87 | 0.56 | 111 | 179,362 | -123 | -0.07 | 3.58 | 93.99 | 0.42 | 0.79 | 0.42 |
| 82 | 182,931 | 3,446 | 1.92 | 10.03 | 44.02 | 0.43 | 0.83 | 0.53 | 112 | 181,315 | 1,830 | 1.02 | 38 | 55.22 | 0.53 | 0.81 | 0.49 |
| 83 | 178,332 | -1,153 | -0.64 | 9.83 | 21.09 | 0.53 | 0.84 | 0.57 | 113 | 182,547 | 3,062 | 1.71 | 4.49 | 72.12 | 0.55 | 0.74 | 0.37 |
| 84 | 177,496 | -1,989 | -1.11 | 19.13 | 14.38 | 0.40 | 0.81 | 0.45 | 114 | 182,617 | 3,132 | 1.74 | 5.82 | 74.67 | 0.35 | 0.74 | 0.35 |
| 85 | 178,592 | -893 | -0.50 | 17.94 | 19.25 | 0.68 | 0.98 | 0.75 | 115 | 183,186 | 3,701 | 2.06 | 6.83 | 65.66 | 0.28 | 0.74 | 0.31 |
| 86 | 183,408 | 3,923 | 2.19 | 4.97 | 14.16 | 0.31 | 0.82 | 0.45 | 116 | 184,316 | 4,831 | 2.69 | 3.35 | 87.21 | 0.31 | 0.90 | 0.54 |
| 87 | 181,823 | 2,338 | 1.30 | 7.82 | 12.77 | 0.48 | 0.77 | 0.31 | 117 | 183,107 | 3,622 | 2.02 | 25.58 | 68.86 | 0.39 | 0.86 | 0.50 |
| 88 | 178,749 | -736 | -0.41 | 50.34 | 22.7 | 0.15 | 0.42 | 0.13 | 118 | 181,857 | 2,372 | 1.32 | 4.37 | 85.88 | 0.37 | 0.80 | 0.44 |
| 89 | 178,388 | -1,097 | -0.61 | 17.11 | 50.52 | 0.68 | 0.94 | 0.65 | 119 | 180,918 | 1,433 | 0.80 | 5.88 | 82.77 | 0.54 | 0.90 | 0.50 |
| 90 | 180,348 | 863 | 0.48 | 16.36 | 18.57 | 0.24 | 0.77 | 0.28 | 120 | 184,542 | 5,057 | 2.82 | 15.04 | 43.49 | 0.20 | 0.53 | 0.20 |

# STATE HOUSE WORKSHOP OPTION B - H000H8007

## COUNTY SHARE OF POPULATION

| | TOTAL POPULATION | % OF POPULATION | | TOTAL POPULATION | % OF POPULATION | | TOTAL POPULATION | % OF POPULATION |
|---|---|---|---|---|---|---|---|---|
| **Alachua** | 278,468 | | **Clay** | 218,245 | | **Gulf** | 14,192 | |
| 21 | 118,102 | 42.41% | 10 | 39,092 | 17.91% | 7 | 14,192 | 100.00% |
| 22 | 160,366 | 57.59% | 11 | 179,153 | 82.09% | | | |
| | | | | | | **Hamilton** | 14,004 | |
| **Baker** | 28,259 | | **Collier** | 375,752 | | 7 | 14,004 | 100.00% |
| 10 | 28,259 | 100.00% | 80 | 49,149 | 13.08% | | | |
| | | | 81 | 183,291 | 48.78% | **Hardee** | 25,327 | |
| **Bay** | 175,216 | | 82 | 143,312 | 38.14% | 83 | 25,327 | 100.00% |
| 6 | 175,216 | 100.00% | | | | | | |
| | | | **Columbia** | 69,698 | | **Hendry** | 39,619 | |
| **Bradford** | 28,303 | | 10 | 69,698 | 100.00% | 82 | 39,619 | 100.00% |
| 10 | 28,303 | 100.00% | | | | | | |
| | | | **DeSoto** | 33,976 | | **Hernando** | 194,515 | |
| **Brevard** | 606,612 | | 76 | 33,976 | 100.00% | 52 | 17,961 | 9.23% |
| 30 | 45,419 | 7.49% | | | | 53 | 176,554 | 90.77% |
| 31 | 183,976 | 30.33% | **Dixie** | 16,759 | | | | |
| 32 | 177,687 | 29.29% | 7 | 16,759 | 100.00% | **Highlands** | 101,235 | |
| 33 | 179,472 | 29.59% | | | | 83 | 101,235 | 100.00% |
| 34 | 20,058 | 3.31% | **Duval** | 995,567 | | | | |
| | | | 12 | 181,166 | 18.20% | **Hillsborough** | 1,459,762 | |
| **Broward** | 1,944,375 | | 13 | 178,094 | 17.89% | 62 | 98,800 | 6.77% |
| 95 | 182,409 | 9.38% | 14 | 179,200 | 18.00% | 63 | 175,454 | 12.02% |
| 96 | 180,400 | 9.28% | 15 | 92,978 | 9.34% | 64 | 175,723 | 12.04% |
| 97 | 183,981 | 9.46% | 16 | 183,529 | 18.43% | 65 | 176,895 | 12.12% |
| 98 | 181,301 | 9.32% | 17 | 180,600 | 18.14% | 66 | 176,561 | 12.10% |
| 99 | 184,317 | 9.48% | | | | 67 | 175,774 | 12.04% |
| 100 | 182,887 | 9.41% | **Escambia** | 321,905 | | 68 | 175,334 | 12.01% |
| 101 | 179,194 | 9.22% | 1 | 143,046 | 44.44% | 69 | 178,095 | 12.20% |
| 102 | 182,521 | 9.39% | 2 | 178,859 | 55.56% | 70 | 127,126 | 8.71% |
| 103 | 182,775 | 9.40% | | | | | | |
| 104 | 158,930 | 8.17% | **Flagler** | 115,378 | | **Holmes** | 19,653 | |
| 105 | 145,660 | 7.49% | 19 | 115,378 | 100.00% | 5 | 19,653 | 100.00% |
| | | | | | | | | |
| **Calhoun** | 13,648 | | **Franklin** | 12,451 | | **Indian River** | 159,788 | |
| 5 | 13,648 | 100.00% | 7 | 12,451 | 100.00% | 34 | 159,788 | 100.00% |
| | | | | | | | | |
| **Charlotte** | 186,847 | | **Gadsden** | 43,826 | | **Jackson** | 47,319 | |
| 75 | 116,189 | 62.18% | 8 | 43,826 | 100.00% | 5 | 47,319 | 100.00% |
| 76 | 70,658 | 37.82% | | | | | | |
| | | | **Gilchrist** | 17,864 | | **Jefferson** | 14,510 | |
| **Citrus** | 153,843 | | 22 | 17,864 | 100.00% | 7 | 1,782 | 12.28% |
| 23 | 153,843 | 100.00% | | | | 9 | 12,728 | 87.72% |
| | | | **Glades** | 12,126 | | | | |
| | | | 83 | 12,126 | 100.00% | **Lafayette** | 8,226 | |
| | | | | | | 7 | 8,226 | 100.00% |

## STATE HOUSE WORKSHOP OPTION B - H000H8007

### COUNTY SHARE OF POPULATION

| | TOTAL POPULATION | % OF POPULATION | | TOTAL POPULATION | % OF POPULATION | | TOTAL POPULATION | % OF POPULATION |
|---|---|---|---|---|---|---|---|---|
| **Lake** | 383,956 | | **Miami-Dade** | 2,701,767 | | **Osceola** | 388,656 | |
| 25 | 177,847 | 46.32% | 104 | 17,908 | 0.66% | 35 | 36,937 | 9.50% |
| 26 | 88,130 | 22.95% | 105 | 32,350 | 1.20% | 46 | 176,428 | 45.39% |
| 27 | 117,979 | 30.73% | 106 | 181,907 | 6.73% | 47 | 175,291 | 45.10% |
| | | | 107 | 184,104 | 6.81% | | | |
| **Lee** | 760,822 | | 108 | 179,724 | 6.65% | **Palm Beach** | 1,492,191 | |
| 76 | 77,927 | 10.24% | 109 | 181,737 | 6.73% | 86 | 51,839 | 3.47% |
| 77 | 183,022 | 24.06% | 110 | 183,144 | 6.78% | 87 | 181,823 | 12.18% |
| 78 | 183,124 | 24.07% | 111 | 179,362 | 6.64% | 88 | 178,749 | 11.98% |
| 79 | 182,665 | 24.01% | 112 | 181,315 | 6.71% | 89 | 178,388 | 11.95% |
| 80 | 134,084 | 17.62% | 113 | 182,547 | 6.76% | 90 | 180,348 | 12.09% |
| 82 | - | 0.00% | 114 | 182,617 | 6.76% | 91 | 182,848 | 12.25% |
| | | | 115 | 183,186 | 6.78% | 92 | 177,280 | 11.88% |
| **Leon** | 292,198 | | 116 | 184,316 | 6.82% | 93 | 178,485 | 11.96% |
| 7 | 8,537 | 2.92% | 117 | 183,107 | 6.78% | 94 | 182,431 | 12.23% |
| 8 | 131,772 | 45.10% | 118 | 181,857 | 6.73% | | | |
| 9 | 151,889 | 51.98% | 119 | 180,918 | 6.70% | **Pasco** | 561,891 | |
| | | | 120 | 101,668 | 3.76% | 52 | 28,872 | 5.14% |
| **Levy** | 42,915 | | | | | 54 | 178,064 | 31.69% |
| 23 | 22,926 | 53.42% | **Monroe** | 82,874 | | 55 | 177,793 | 31.64% |
| 24 | 19,989 | 46.58% | 120 | 82,874 | 100.00% | 56 | 177,162 | 31.53% |
| | | | | | | | | |
| **Liberty** | 7,974 | | **Nassau** | 90,352 | | **Pinellas** | 959,107 | |
| 7 | 7,974 | 100.00% | 15 | 90,352 | 100.00% | 57 | 177,343 | 18.49% |
| | | | | | | 58 | 175,888 | 18.34% |
| **Madison** | 17,968 | | **Okaloosa** | 211,668 | | 59 | 178,235 | 18.58% |
| 9 | 17,968 | 100.00% | 3 | 29,820 | 14.09% | 60 | 175,492 | 18.30% |
| | | | 4 | 181,848 | 85.91% | 61 | 175,321 | 18.28% |
| **Manatee** | 399,710 | | | | | 62 | 76,828 | 8.01% |
| 70 | 48,183 | 12.05% | **Okeechobee** | 39,644 | | 66 | - | 0.00% |
| 71 | 175,587 | 43.93% | 83 | 39,644 | 100.00% | | | |
| 72 | 175,940 | 44.02% | | | | **Polk** | 725,046 | |
| | | | **Orange** | 1,429,908 | | 48 | 179,480 | 24.75% |
| **Marion** | 375,908 | | 35 | 138,452 | 9.68% | 49 | 182,533 | 25.18% |
| 20 | 71,749 | 19.09% | 37 | 103,728 | 7.25% | 50 | 182,038 | 25.11% |
| 21 | 59,087 | 15.72% | 39 | 126,915 | 8.88% | 51 | 180,995 | 24.96% |
| 24 | 157,699 | 41.95% | 40 | 176,539 | 12.35% | | | |
| 26 | 87,373 | 23.24% | 41 | 177,264 | 12.40% | **Putnam** | 73,321 | |
| | | | 42 | 178,731 | 12.50% | 20 | 73,321 | 100.00% |
| **Martin** | 158,431 | | 43 | 175,629 | 12.28% | | | |
| 84 | 26,862 | 16.96% | 44 | 175,971 | 12.31% | **Santa Rosa** | 188,000 | |
| 86 | 131,569 | 83.04% | 45 | 176,679 | 12.36% | 1 | 37,387 | 19.89% |
| | | | | | | 3 | 150,613 | 80.11% |

# STATE HOUSE WORKSHOP OPTION B - H000H8007

## COUNTY SHARE OF POPULATION

| | TOTAL POPULATION | % OF POPULATION | | | TOTAL POPULATION | % OF POPULATION |
|---|---|---|---|---|---|---|
| **Sarasota** | **434,006** | | | **Washington** | **25,318** | |
| 73 | 183,473 | 42.27% | | 5 | 25,318 | 100.00% |
| 74 | 183,447 | 42.27% | | | | |
| 75 | 67,086 | 15.46% | | | | |
| | | | | | | |
| **Seminole** | **470,856** | | | | | |
| 36 | 175,313 | 37.23% | | | | |
| 37 | 71,625 | 15.21% | | | | |
| 38 | 175,442 | 37.26% | | | | |
| 39 | 48,476 | 10.30% | | | | |
| | | | | | | |
| **St. Johns** | **273,425** | | | | | |
| 18 | 177,996 | 65.10% | | | | |
| 19 | 61,691 | 22.56% | | | | |
| 20 | 33,738 | 12.34% | | | | |
| | | | | | | |
| **St. Lucie** | **329,226** | | | | | |
| 84 | 150,634 | 45.75% | | | | |
| 85 | 178,592 | 54.25% | | | | |
| | | | | | | |
| **Sumter** | **129,752** | | | | | |
| 52 | 129,752 | 100.00% | | | | |
| | | | | | | |
| **Suwannee** | **43,474** | | | | | |
| 7 | 43,474 | 100.00% | | | | |
| | | | | | | |
| **Taylor** | **21,796** | | | | | |
| 7 | 21,796 | 100.00% | | | | |
| | | | | | | |
| **Union** | **16,147** | | | | | |
| 10 | 16,147 | 100.00% | | | | |
| | | | | | | |
| **Volusia** | **553,543** | | | | | |
| 27 | 59,005 | 10.66% | | | | |
| 28 | 184,037 | 33.25% | | | | |
| 29 | 177,054 | 31.99% | | | | |
| 30 | 133,447 | 24.11% | | | | |
| | | | | | | |
| **Wakulla** | **33,764** | | | | | |
| 7 | 33,764 | 100.00% | | | | |
| | | | | | | |
| **Walton** | **75,305** | | | | | |
| 5 | 75,305 | 100.00% | | | | |

# STATE HOUSE WORKSHOP OPTION B - H000H8007

## CITY SPLIT LIST

| | TOTAL POPULATION | % OF POPULATION | | TOTAL POPULATION | % OF POPULATION | | TOTAL POPULATION | % OF POPULATION |
|---|---|---|---|---|---|---|---|---|
| **Alachua** | 10,574 | | **Deerfield Beach** | 86,859 | | **Hallandale Beach** | 41,217 | |
| 21 | 1,711 | 16.18% | 95 | 32,298 | 37.18% | 101 | 24,134 | 58.55% |
| 22 | 8,863 | 83.82% | 98 | 38,750 | 44.61% | 105 | 17,083 | 41.45% |
| | | | 100 | 15,811 | 18.20% | | | |
| **Auburndale** | 15,616 | | | | | **Hialeah** | 223,109 | |
| 48 | 15,565 | 99.67% | **Dunedin** | 36,068 | | 109 | 57,523 | 25.78% |
| 51 | 51 | 0.33% | 57 | 21,164 | 58.68% | 110 | 55,305 | 24.79% |
| | | | 58 | 14,904 | 41.32% | 111 | 110,281 | 49.43% |
| **Belleview** | 5,413 | | | | | | | |
| 24 | 4,236 | 78.26% | **Eagle Lake** | 3,008 | | **Hollywood** | 153,067 | |
| 26 | 1,177 | 21.74% | 49 | 725 | 24.10% | 101 | 63,742 | 41.64% |
| | | | 50 | 2,283 | 75.90% | 104 | 6,810 | 4.45% |
| **Boynton Beach** | 80,380 | | | | | 105 | 82,515 | 53.91% |
| 88 | 14,285 | 17.77% | **Edgewood** | 2,685 | | | | |
| 90 | 31,959 | 39.76% | 41 | 1,499 | 55.83% | **Jacksonville** | 949,611 | |
| 92 | 34,136 | 42.47% | 42 | 1,186 | 44.17% | 12 | 181,166 | 19.08% |
| | | | | | | 13 | 178,094 | 18.75% |
| **Bradenton** | 55,698 | | **Fanning Springs** | 1,182 | | 14 | 179,200 | 18.87% |
| 71 | 36,329 | 65.22% | 22 | 478 | 40.44% | 15 | 91,582 | 9.64% |
| 72 | 19,369 | 34.78% | 23 | 704 | 59.56% | 16 | 183,529 | 19.33% |
| | | | | | | 17 | 136,040 | 14.33% |
| **Cape Coral** | 194,016 | | **Flagler Beach** | 5,160 | | | | |
| 76 | 25,192 | 12.98% | 19 | 5,088 | 98.60% | **Jupiter** | 61,047 | |
| 79 | 168,824 | 87.02% | 28 | 72 | 1.40% | 86 | 34,441 | 56.42% |
| | | | | | | 87 | 26,606 | 43.58% |
| **Coconut Creek** | 57,833 | | **Fort Lauderdale** | 182,760 | | | | |
| 95 | 32,237 | 55.74% | 98 | 3,149 | 1.72% | **Lake Worth Beach** | 42,219 | |
| 98 | 25,596 | 44.26% | 99 | 89,392 | 48.91% | 88 | 9,948 | 23.56% |
| | | | 100 | 74,046 | 40.52% | 89 | 4,183 | 9.91% |
| **Coral Springs** | 134,394 | | 101 | 16,173 | 8.85% | 90 | 26,117 | 61.86% |
| 95 | 82,611 | 61.47% | | | | 92 | 1,971 | 4.67% |
| 96 | 39,161 | 29.14% | **Gainesville** | 141,085 | | | | |
| 97 | 3,426 | 2.55% | 21 | 75,009 | 53.17% | **Lakeland** | 112,641 | |
| 98 | 9,196 | 6.84% | 22 | 66,076 | 46.83% | 50 | 37,650 | 33.42% |
| | | | | | | 51 | 74,991 | 66.58% |
| **Dania Beach** | 31,723 | | **Grant-Valkaria** | 4,509 | | | | |
| 101 | 24,753 | 78.03% | 33 | 375 | 8.32% | **Lauderdale Lakes** | 35,954 | |
| 105 | 6,970 | 21.97% | 34 | 4,134 | 91.68% | 97 | 15,634 | 43.48% |
| | | | | | | 99 | 20,320 | 56.52% |
| **Davie** | 105,691 | | **Haines City** | 26,669 | | | | |
| 101 | 30,483 | 28.84% | 48 | 25,761 | 96.60% | **Lauderhill** | 74,482 | |
| 102 | 47,639 | 45.07% | 49 | 908 | 3.40% | 96 | 6,766 | 9.08% |
| 103 | 27,569 | 26.08% | | | | 97 | 57,193 | 76.79% |
| | | | | | | 99 | 10,523 | 14.13% |

# STATE HOUSE WORKSHOP OPTION B - H000H8007

## CITY SPLIT LIST

| | TOTAL POPULATION | % OF POPULATION |
|---|---|---|
| **Leesburg** | 27,000 | |
| 25 | 3,652 | 13.53% |
| 26 | 23,348 | 86.47% |
| **Longboat Key** | 7,505 | |
| 71 | 2,746 | 36.59% |
| 73 | 4,759 | 63.41% |
| **Maitland** | 19,543 | |
| 40 | - | 0.00% |
| 42 | 19,543 | 100.00% |
| **Malabar** | 2,949 | |
| 33 | 1,332 | 45.17% |
| 34 | 1,617 | 54.83% |
| **Margate** | 58,712 | |
| 97 | 3,300 | 5.62% |
| 98 | 55,412 | 94.38% |
| **Melbourne** | 84,678 | |
| 32 | 62,911 | 74.29% |
| 33 | 21,767 | 25.71% |
| **Miami** | 442,241 | |
| 106 | - | 0.00% |
| 108 | 14,756 | 3.34% |
| 111 | 51,222 | 11.58% |
| 112 | 137,066 | 30.99% |
| 113 | 167,701 | 37.92% |
| 114 | 71,496 | 16.17% |
| **Miami Gardens** | 111,640 | |
| 104 | 17,908 | 16.04% |
| 105 | 14,366 | 12.87% |
| 107 | 34,596 | 30.99% |
| 108 | 44,770 | 40.10% |
| **Miramar** | 134,721 | |
| 102 | - | 0.00% |
| 103 | 17,036 | 12.65% |
| 104 | 100,099 | 74.30% |
| 105 | 17,586 | 13.05% |

| | TOTAL POPULATION | % OF POPULATION |
|---|---|---|
| **North Lauderdale** | 44,794 | |
| 97 | 41,676 | 93.04% |
| 98 | 1,986 | 4.43% |
| 99 | 1,132 | 2.53% |
| **North Miami** | 60,191 | |
| 106 | 8,530 | 14.17% |
| 107 | 36,051 | 59.89% |
| 108 | 15,610 | 25.93% |
| **North Port** | 74,793 | |
| 74 | 63,869 | 85.39% |
| 75 | 10,924 | 14.61% |
| **Oakland** | 3,516 | |
| 39 | 1,695 | 48.21% |
| 45 | 1,821 | 51.79% |
| **Oakland Park** | 44,229 | |
| 99 | 35,246 | 79.69% |
| 100 | 8,983 | 20.31% |
| **Ocala** | 63,591 | |
| 20 | 24,542 | 38.59% |
| 21 | 20,312 | 31.94% |
| 24 | 18,737 | 29.46% |
| **Ocoee** | 47,295 | |
| 39 | 5,441 | 11.50% |
| 40 | 34,168 | 72.24% |
| 45 | 7,686 | 16.25% |
| **Oldsmar** | 14,898 | |
| 57 | 14,887 | 99.93% |
| 59 | 11 | 0.07% |
| **Orange City** | 12,632 | |
| 27 | 7,342 | 58.12% |
| 29 | 5,290 | 41.88% |

| | TOTAL POPULATION | % OF POPULATION |
|---|---|---|
| **Orlando** | 307,573 | |
| 35 | 612 | 0.20% |
| 40 | 21,057 | 6.85% |
| 41 | 99,891 | 32.48% |
| 42 | 87,015 | 28.29% |
| 43 | 71,321 | 23.19% |
| 44 | 19,683 | 6.40% |
| 45 | 7,994 | 2.60% |
| **Palm Bay** | 119,760 | |
| 33 | 118,853 | 99.24% |
| 34 | 907 | 0.76% |
| **Pembroke Pines** | 171,178 | |
| 101 | 6,124 | 3.58% |
| 102 | 54,341 | 31.75% |
| 103 | 58,576 | 34.22% |
| 104 | 52,021 | 30.39% |
| 105 | 116 | 0.07% |
| **Pinellas Park** | 53,093 | |
| 59 | 5,110 | 9.62% |
| 60 | 35,570 | 67.00% |
| 61 | 12,413 | 23.38% |
| **Plantation** | 91,750 | |
| 96 | 23,519 | 25.63% |
| 97 | 12,689 | 13.83% |
| 99 | 6,225 | 6.78% |
| 101 | 4,689 | 5.11% |
| 102 | 43,978 | 47.93% |
| 103 | 650 | 0.71% |
| **Polk City** | 2,713 | |
| 48 | 405 | 14.93% |
| 51 | 2,308 | 85.07% |
| **Pompano Beach** | 112,046 | |
| 98 | 47,210 | 42.13% |
| 100 | 64,836 | 57.87% |
| **Port Orange** | 62,596 | |
| 28 | 5,558 | 8.88% |
| 30 | 57,038 | 91.12% |

# STATE HOUSE WORKSHOP OPTION B - H000H8007

## CITY SPLIT LIST

| | TOTAL POPULATION | % OF POPULATION |
|---|---|---|
| **Port St. Lucie** | **204,851** | |
| 84 | 37,720 | 18.41% |
| 85 | 167,131 | 81.59% |
| | | |
| **Riviera Beach** | **37,604** | |
| 87 | 8,371 | 22.26% |
| 88 | 29,233 | 77.74% |
| | | |
| **Rockledge** | **27,678** | |
| 31 | 23,676 | 85.54% |
| 32 | 4,002 | 14.46% |
| | | |
| **Seminole** | **19,364** | |
| 59 | 11,554 | 59.67% |
| 61 | 7,810 | 40.33% |
| | | |
| **Southwest Ranches** | **7,607** | |
| 102 | 2,162 | 28.42% |
| 103 | 5,445 | 71.58% |
| | | |
| **St. Petersburg** | **258,308** | |
| 60 | 120,332 | 46.58% |
| 61 | 61,148 | 23.67% |
| 62 | 76,828 | 29.74% |
| | | |
| **Stuart** | **17,425** | |
| 84 | 2,165 | 12.42% |
| 86 | 15,260 | 87.58% |
| | | |
| **Sunrise** | **97,335** | |
| 96 | 72,197 | 74.17% |
| 97 | 19,761 | 20.30% |
| 103 | 5,377 | 5.52% |
| | | |
| **Sweetwater** | **19,363** | |
| 110 | 167 | 0.86% |
| 116 | 19,196 | 99.14% |
| | | |
| **Tallahassee** | **196,169** | |
| 7 | - | 0.00% |
| 8 | 104,853 | 53.45% |
| 9 | 91,316 | 46.55% |

| | TOTAL POPULATION | % OF POPULATION |
|---|---|---|
| **Tamarac** | **71,897** | |
| 96 | 38,754 | 53.90% |
| 97 | 30,302 | 42.15% |
| 99 | 2,841 | 3.95% |
| | | |
| **Tampa** | **384,959** | |
| 62 | 31,954 | 8.30% |
| 63 | 94,179 | 24.46% |
| 64 | 58,599 | 15.22% |
| 65 | 131,564 | 34.18% |
| 66 | 8,010 | 2.08% |
| 67 | 60,653 | 15.76% |
| | | |
| **Tavares** | **19,003** | |
| 25 | 1,717 | 9.04% |
| 27 | 17,286 | 90.96% |
| | | |
| **Temple Terrace** | **26,690** | |
| 63 | 19,307 | 72.34% |
| 67 | 7,383 | 27.66% |
| | | |
| **Titusville** | **48,789** | |
| 30 | 27,899 | 57.18% |
| 31 | 20,890 | 42.82% |
| | | |
| **Umatilla** | **3,685** | |
| 26 | 1,711 | 46.43% |
| 27 | 1,974 | 53.57% |
| | | |
| **Venice** | **25,463** | |
| 73 | 21,400 | 84.04% |
| 74 | 4,063 | 15.96% |
| | | |
| **West Melbourne** | **25,924** | |
| 32 | 5,952 | 22.96% |
| 33 | 19,972 | 77.04% |
| | | |
| **West Palm Beach** | **117,415** | |
| 87 | 11,565 | 9.85% |
| 88 | 59,760 | 50.90% |
| 90 | 37,157 | 31.65% |
| 93 | 8,933 | 7.61% |

| | TOTAL POPULATION | % OF POPULATION |
|---|---|---|
| **Weston** | **68,107** | |
| 96 | - | 0.00% |
| 103 | 68,107 | 100.00% |
| | | |
| **Winter Garden** | **46,964** | |
| 39 | 18,031 | 38.39% |
| 45 | 28,933 | 61.61% |
| | | |
| **Winter Haven** | **49,219** | |
| 48 | 7,748 | 15.74% |
| 49 | 41,467 | 84.25% |
| 50 | 4 | 0.01% |
| | | |
| **Winter Springs** | **38,342** | |
| 36 | 11,746 | 30.63% |
| 37 | 726 | 1.89% |
| 38 | 25,870 | 67.47% |