

# S035C8060

Southeast Florida

## Orlando

## Tampa Bay

## Jacksonville

**EXHIBIT**

**J9**

# S035C8060

| STATEWIDE SNAPSHOT | | | | | |
|---|---|---|---|---|---|
| Total State Population: | 21,538,187 | | Total Counties: | 67 | Reock Avg. |
| Ideal District Population: | 769,221 | | Counties Split: | 19 | 0.46 |
| Mean Deviation: | 0 | 0.00% | Counties Kept Whole: | 48 | Convex Hull Avg. |
| Max Deviation: | 0 | 0.00% | Total Cities: | 412 | 0.80 |
| Min Deviation: | -1 | 0.00% | Cities Split: | 44 | Polsby Popper Avg. |
| Overall Deviation Range: | 1 | 0.00% | Cities Kept Whole: | 368 | 0.43 |

| DISTRICT BREAKDOWN | | | | | | | |
|---|---|---|---|---|---|---|---|
| District | Population | | | Voting Age Population | | Compactness | | |
| | Total Population | Deviation From Ideal | % Deviation | BVAP % | HVAP % | Reock | Convex Hull | Polsby Popper |
| 1 | 769,221 | 0 | 0.00 | 13.55 | 6.69 | 0.54 | 0.87 | 0.51 |
| 2 | 769,221 | 0 | 0.00 | 13.32 | 6.21 | 0.28 | 0.71 | 0.26 |
| 3 | 769,221 | 0 | 0.00 | 16.08 | 10.45 | 0.70 | 0.88 | 0.51 |
| 4 | 769,221 | 0 | 0.00 | 10.79 | 9.27 | 0.34 | 0.66 | 0.18 |
| 5 | 769,221 | 0 | 0.00 | 43.73 | 9.04 | 0.12 | 0.65 | 0.12 |
| 6 | 769,221 | 0 | 0.00 | 9.70 | 11.04 | 0.33 | 0.73 | 0.31 |
| 7 | 769,221 | 0 | 0.00 | 12.32 | 25.39 | 0.66 | 0.88 | 0.49 |
| 8 | 769,221 | 0 | 0.00 | 9.58 | 10.30 | 0.32 | 0.75 | 0.39 |
| 9 | 769,221 | 0 | 0.00 | 12.81 | 50.24 | 0.49 | 0.86 | 0.36 |
| 10 | 769,221 | 0 | 0.00 | 28.33 | 23.38 | 0.51 | 0.89 | 0.54 |
| 11 | 769,221 | 0 | 0.00 | 8.61 | 10.59 | 0.34 | 0.68 | 0.27 |
| 12 | 769,221 | 0 | 0.00 | 6.55 | 14.04 | 0.55 | 0.90 | 0.59 |
| 13 | 769,221 | 0 | 0.00 | 10.72 | 9.05 | 0.53 | 0.85 | 0.59 |
| 14 | 769,220 | -1 | 0.00 | 11.13 | 26.93 | 0.53 | 0.86 | 0.58 |
| 15 | 769,221 | 0 | 0.00 | 21.98 | 24.65 | 0.59 | 0.97 | 0.71 |
| 16 | 769,221 | 0 | 0.00 | 7.23 | 13.73 | 0.60 | 0.89 | 0.61 |
| 17 | 769,221 | 0 | 0.00 | 9.02 | 16.71 | 0.47 | 0.82 | 0.50 |
| 18 | 769,221 | 0 | 0.00 | 12.22 | 14.87 | 0.45 | 0.76 | 0.43 |
| 19 | 769,221 | 0 | 0.00 | 4.37 | 15.06 | 0.33 | 0.79 | 0.43 |
| 20 | 769,221 | 0 | 0.00 | 50.04 | 22.15 | 0.54 | 0.81 | 0.32 |
| 21 | 769,221 | 0 | 0.00 | 16.53 | 25.39 | 0.48 | 0.77 | 0.45 |
| 22 | 769,221 | 0 | 0.00 | 12.74 | 20.40 | 0.50 | 0.78 | 0.29 |
| 23 | 769,221 | 0 | 0.00 | 16.90 | 42.18 | 0.43 | 0.85 | 0.47 |
| 24 | 769,221 | 0 | 0.00 | 41.47 | 38.31 | 0.46 | 0.89 | 0.51 |
| 25 | 769,221 | 0 | 0.00 | 8.45 | 76.34 | 0.40 | 0.67 | 0.35 |
| 26 | 769,221 | 0 | 0.00 | 10.32 | 73.35 | 0.22 | 0.55 | 0.24 |
| 27 | 769,221 | 0 | 0.00 | 7.07 | 74.18 | 0.71 | 0.95 | 0.73 |
| 28 | 769,221 | 0 | 0.00 | 14.78 | 23.18 | 0.44 | 0.85 | 0.37 |

# S035C8060

| DISTRICT | Proposed BVAP % | Black | | | | | Proposed HVAP % | Hispanic | | | | | DEM | | | | | REP | | | | | NPA | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 2020 | 2018 | 2016 | 2014 | 2012 | | 2020 | 2018 | 2016 | 2014 | 2012 | 2020 | 2018 | 2016 | 2014 | 2012 | 2020 | 2018 | 2016 | 2014 | 2012 | 2020 | 2018 | 2016 | 2014 | 2012 |
| 5 | 43.73 | 43.53 | 42.99 | 42.89 | 43.63 | 43.27 | 9.04 | 4.83 | 4.51 | 4.06 | 3.36 | 2.95 | 54.34 | 54.95 | 56.00 | 57.44 | 58.55 | 26.24 | 25.69 | 25.94 | 24.81 | 25.22 | 19.43 | 19.36 | 18.06 | 17.75 | 16.23 |
| 10 | 28.33 | 24.37 | 24.26 | 24.95 | 25.30 | 25.40 | 23.38 | 16.10 | 15.81 | 14.86 | 13.46 | 7.34 | 45.07 | 44.47 | 44.74 | 44.57 | 45.56 | 26.06 | 26.88 | 27.75 | 28.48 | 29.50 | 28.86 | 28.64 | 27.51 | 26.95 | 24.94 |
| 20 | 50.04 | 46.67 | 46.25 | 46.04 | 45.68 | 44.62 | 22.15 | 14.84 | 13.82 | 12.95 | 11.49 | 12.88 | 61.23 | 61.89 | 62.67 | 63.29 | 63.94 | 13.99 | 13.72 | 13.80 | 13.94 | 14.53 | 24.78 | 24.39 | 23.53 | 22.77 | 21.52 |
| 24 | 41.47 | 43.15 | 44.71 | 45.54 | 46.91 | 47.20 | 38.31 | 27.34 | 26.10 | 25.27 | 23.47 | 42.59 | 59.67 | 61.70 | 62.98 | 64.11 | 65.08 | 12.67 | 11.65 | 11.70 | 11.80 | 12.24 | 27.66 | 26.65 | 25.32 | 24.09 | 22.69 |
| 25 | 8.45 | 7.61 | 7.87 | 8.23 | 9.08 | 9.50 | 76.34 | 63.51 | 62.97 | 63.16 | 62.83 | 65.25 | 31.86 | 33.70 | 34.60 | 34.86 | 35.66 | 36.32 | 34.33 | 34.67 | 35.45 | 36.62 | 31.83 | 31.97 | 30.73 | 29.69 | 27.72 |
| 26 | 10.32 | 8.67 | 8.98 | 9.00 | 9.55 | 9.78 | 73.35 | 63.92 | 62.37 | 61.18 | 59.58 | 65.83 | 33.92 | 35.26 | 35.50 | 35.30 | 36.05 | 32.58 | 30.98 | 31.46 | 32.26 | 33.49 | 33.51 | 33.76 | 33.04 | 32.44 | 30.46 |
| 27 | 7.07 | 6.14 | 6.29 | 6.50 | 6.99 | 7.28 | 74.18 | 62.79 | 61.97 | 61.66 | 60.35 | 70.81 | 34.57 | 35.12 | 35.20 | 34.61 | 35.43 | 33.39 | 33.06 | 33.97 | 35.52 | 36.57 | 32.04 | 31.82 | 30.83 | 29.87 | 28.01 |

**TOTAL REGISTERED VOTERS %**

# S035C8060

| DISTRICT | Proposed BVAP % | Black | | | | | Proposed HVAP % | Hispanic | | | | | DEM | | | | | REP | | | | | NPA | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 2020 | 2018 | 2016 | 2014 | 2012 | | 2020 | 2018 | 2016 | 2014 | 2012 | 2020 | 2018 | 2016 | 2014 | 2012 | 2020 | 2018 | 2016 | 2014 | 2012 | 2020 | 2018 | 2016 | 2014 | 2012 |
| 5 | 43.73 | 41.88 | 43.57 | 41.86 | 41.54 | 44.59 | 9.04 | 4.38 | 3.50 | 3.67 | 1.97 | 2.65 | 55.54 | 58.29 | 57.21 | 59.18 | 60.41 | 29.67 | 28.77 | 28.76 | 29.32 | 26.69 | 14.79 | 12.95 | 14.04 | 11.49 | 12.89 |
| 10 | 28.33 | 22.99 | 24.33 | 23.52 | 23.87 | 25.94 | 23.38 | 14.17 | 12.23 | 13.46 | 8.71 | 10.58 | 46.10 | 46.91 | 45.29 | 44.22 | 46.10 | 28.68 | 30.96 | 31.02 | 36.44 | 32.97 | 25.21 | 22.12 | 23.69 | 19.33 | 20.93 |
| 20 | 50.04 | 46.26 | 48.69 | 46.42 | 48.90 | 48.29 | 22.15 | 14.66 | 11.65 | 12.76 | 7.76 | 9.60 | 63.65 | 66.81 | 65.60 | 68.71 | 67.55 | 14.88 | 14.53 | 14.33 | 15.04 | 14.27 | 21.47 | 18.65 | 20.06 | 16.24 | 18.17 |
| 24 | 41.47 | 42.06 | 46.97 | 45.05 | 52.82 | 49.64 | 38.31 | 27.77 | 23.62 | 25.54 | 18.47 | 21.40 | 61.11 | 66.21 | 65.03 | 70.63 | 68.00 | 13.63 | 12.08 | 12.02 | 12.08 | 12.02 | 25.26 | 21.70 | 22.95 | 17.30 | 19.98 |
| 25 | 8.45 | 6.82 | 8.30 | 7.69 | 9.91 | 9.84 | 76.34 | 62.57 | 58.54 | 61.83 | 55.08 | 59.83 | 30.78 | 32.96 | 34.42 | 32.74 | 35.38 | 40.35 | 41.57 | 37.80 | 45.84 | 40.36 | 28.87 | 25.47 | 27.77 | 21.37 | 24.25 |
| 26 | 10.32 | 7.72 | 9.28 | 8.36 | 10.10 | 10.20 | 73.35 | 64.42 | 59.72 | 61.12 | 53.20 | 56.82 | 33.54 | 36.42 | 36.10 | 35.79 | 36.60 | 36.06 | 36.47 | 34.24 | 40.22 | 36.75 | 30.40 | 27.11 | 29.65 | 23.98 | 26.65 |
| 27 | 7.07 | 5.43 | 6.32 | 5.97 | 7.42 | 7.29 | 74.18 | 63.61 | 60.27 | 61.78 | 56.62 | 58.71 | 34.57 | 36.46 | 35.84 | 35.88 | 35.85 | 35.93 | 37.25 | 35.99 | 42.18 | 39.17 | 29.50 | 26.30 | 28.17 | 21.94 | 24.99 |

**TOTAL TURNOUT %**

# S035C8060

| DISTRICT | 2020 President | | 2018 Governor | | 2018 AG | | 2018 CFO | | 2018 Ag Comm | | 2018 US Senate | | 2016 President | | 2016 US Senate | | 2014 Governor | | 2014 AG | | 2014 CFO | | 2014 Ag Comm | | 2012 President | | 2012 US Senate | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | R_Trump | D_Biden | R_DeSantis | D_Gillum | R_Moody | D_Shaw | R_Patronis | D_Ring | R_Caldwell | D_Fried | R_Scott | D_Nelson | R_Trump | D_Clinton | R_Rubio | D_Murphy | R_Scott | D_Crist | R_Bondi | D_Sheldon | R_Atwater | D_Rankin | R_Putnam | D_Hamilton | R_Romney | D_Obama | R_Mack | D_Nelson |
| 5 | 38.62 | 60.23 | 36.60 | 62.51 | 39.21 | 59.25 | 39.62 | 60.38 | 38.63 | 61.38 | 37.75 | 62.25 | 38.61 | 58.51 | 43.90 | 52.82 | 39.85 | 56.54 | 44.31 | 53.20 | 46.43 | 53.57 | 44.41 | 55.57 | 38.14 | 61.03 | 32.61 | 65.00 |
| 10 | 37.34 | 61.66 | 36.70 | 62.29 | 39.86 | 58.50 | 39.67 | 60.33 | 37.77 | 62.23 | 37.89 | 62.11 | 36.37 | 60.09 | 41.35 | 54.84 | 40.77 | 54.65 | 45.30 | 51.79 | 50.78 | 49.22 | 50.73 | 49.27 | 40.24 | 58.97 | 34.51 | 63.62 |
| 20 | 23.88 | 75.53 | 19.73 | 79.65 | 20.54 | 78.13 | 20.46 | 79.52 | 20.22 | 79.77 | 20.33 | 79.66 | 20.71 | 77.52 | 22.53 | 75.52 | 18.20 | 79.64 | 22.66 | 75.88 | 24.62 | 75.36 | 23.15 | 76.85 | 19.14 | 80.43 | 16.83 | 81.94 |
| 24 | 25.40 | 74.07 | 18.00 | 81.30 | 18.53 | 79.91 | 18.62 | 81.37 | 18.12 | 81.87 | 18.76 | 81.24 | 17.45 | 80.86 | 22.15 | 75.76 | 16.46 | 81.96 | 19.00 | 79.57 | 21.23 | 78.76 | 20.48 | 79.51 | 17.12 | 82.52 | 15.72 | 83.23 |
| 25 | 58.22 | 41.23 | 52.21 | 46.40 | 53.34 | 44.65 | 53.96 | 46.02 | 52.86 | 47.13 | 53.31 | 46.69 | 45.01 | 52.73 | 55.18 | 42.58 | 54.03 | 43.25 | 58.70 | 38.95 | 59.52 | 40.50 | 59.96 | 40.04 | 48.17 | 51.34 | 44.85 | 53.02 |
| 26 | 52.99 | 46.43 | 46.31 | 52.49 | 46.94 | 50.86 | 48.07 | 51.93 | 46.56 | 53.44 | 46.54 | 53.46 | 40.81 | 56.46 | 49.92 | 47.69 | 45.89 | 51.20 | 51.75 | 45.82 | 54.12 | 45.88 | 53.95 | 46.04 | 44.61 | 54.83 | 42.03 | 56.33 |
| 27 | 50.01 | 49.44 | 45.75 | 53.18 | 46.10 | 51.99 | 47.41 | 52.59 | 45.38 | 54.63 | 45.52 | 54.47 | 40.05 | 57.42 | 50.17 | 47.78 | 47.55 | 50.00 | 51.96 | 46.03 | 56.53 | 43.49 | 55.69 | 44.31 | 47.27 | 52.22 | 44.15 | 54.47 |

# S035C8060

| District | 2020 Census | | Total Registered Voters (RV) | | | | | DEM RV | | REP RV | | NPA RV | | Black RV | | | Hispanic RV | | | Total Voter Turnout (VT) | | | | | DEM VT | | REP VT | | NPA VT | | Black VT | | | Hispanic VT | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | BVAP | HVAP | DEM | REP | NPA | Black | Hisp. | Black | Hisp. | Black | Hisp. | Black | Hisp. | DEM | REP | NPA | DEM | REP | NPA | DEM | REP | NPA | Black | Hisp. | Black | Hisp. | Black | Hisp. | Black | Hisp. | DEM | REP | NPA | DEM | REP | NPA |
| 5 | 43.73 | 9.04 | 54.34 | 26.24 | 19.43 | 43.53 | 4.83 | 67.38 | 3.96 | 4.57 | 3.87 | 29.43 | 8.50 | 84.10 | 2.75 | 13.14 | 44.56 | 21.04 | 34.20 | 55.54 | 29.67 | 14.79 | 41.88 | 4.38 | 66.53 | 3.69 | 3.33 | 3.55 | 26.51 | 8.46 | 88.23 | 2.36 | 9.36 | 46.86 | 24.09 | 28.58 |
| 10 | 28.33 | 23.38 | 45.07 | 26.06 | 28.86 | 24.37 | 16.10 | 42.08 | 16.28 | 3.04 | 9.85 | 15.98 | 21.45 | 77.81 | 3.25 | 18.92 | 45.58 | 15.94 | 38.45 | 46.10 | 28.68 | 25.21 | 22.99 | 14.17 | 40.56 | 14.71 | 2.31 | 8.95 | 14.37 | 19.11 | 81.34 | 2.88 | 15.76 | 47.85 | 18.12 | 33.99 |
| 20 | 50.04 | 22.15 | 61.23 | 13.99 | 24.78 | 46.67 | 14.84 | 62.07 | 11.25 | 8.50 | 18.42 | 30.12 | 21.67 | 81.44 | 2.55 | 16.00 | 46.41 | 17.36 | 36.20 | 63.65 | 14.88 | 21.47 | 46.26 | 14.66 | 61.64 | 10.95 | 6.66 | 18.77 | 28.08 | 22.76 | 84.81 | 2.14 | 13.03 | 47.55 | 19.05 | 33.33 |
| 24 | 41.47 | 38.31 | 59.67 | 12.67 | 27.66 | 43.15 | 27.34 | 59.58 | 19.44 | 8.30 | 44.06 | 23.64 | 36.72 | 82.39 | 2.44 | 15.16 | 42.41 | 20.42 | 37.16 | 61.11 | 13.63 | 25.26 | 42.06 | 27.77 | 58.72 | 19.33 | 6.37 | 45.40 | 20.97 | 38.61 | 85.32 | 2.06 | 12.60 | 42.55 | 22.28 | 35.13 |
| 25 | 8.45 | 76.34 | 31.86 | 36.32 | 31.83 | 7.61 | 63.51 | 19.28 | 58.37 | 0.79 | 62.86 | 3.69 | 69.34 | 80.69 | 3.75 | 15.44 | 29.28 | 35.95 | 34.75 | 30.78 | 40.35 | 28.87 | 6.82 | 62.57 | 18.51 | 57.36 | 0.57 | 61.62 | 3.07 | 69.42 | 83.52 | 3.36 | 12.98 | 28.22 | 39.74 | 32.03 |
| 26 | 10.32 | 73.35 | 33.92 | 32.58 | 33.51 | 8.67 | 63.92 | 19.84 | 54.23 | 0.93 | 69.60 | 4.89 | 68.18 | 77.59 | 3.48 | 18.90 | 28.78 | 35.47 | 35.74 | 33.54 | 36.06 | 30.40 | 7.72 | 64.42 | 18.64 | 53.56 | 0.69 | 70.06 | 4.01 | 69.70 | 80.96 | 3.23 | 15.78 | 27.89 | 39.22 | 32.89 |
| 27 | 7.07 | 74.18 | 34.57 | 33.39 | 32.04 | 6.14 | 62.79 | 13.97 | 50.91 | 0.67 | 73.27 | 3.38 | 64.68 | 78.61 | 3.67 | 17.61 | 28.03 | 38.96 | 33.00 | 34.57 | 35.93 | 29.50 | 5.43 | 63.61 | 12.81 | 50.58 | 0.50 | 74.07 | 2.76 | 66.11 | 81.57 | 3.29 | 15.00 | 27.49 | 41.84 | 30.66 |

*  All numbers denoted are percentages

## S035C8060

| District | 2020 Census | | Total Voter Turnout (VT) | | | | DEM VT | | REP VT | | Black VT | | Hispanic VT | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | BVAP | HVAP | DEM | REP | Black | Hisp. | Black | Hisp. | Black | Hisp. | DEM | REP | DEM | REP |
| 5 | 43.73 | 9.04 | 65.48 | 28.55 | 48.46 | 2.08 | 69.52 | 1.91 | 3.15 | 1.81 | 93.95 | 1.85 | 60.01 | 24.79 |
| 10 | 28.33 | 23.38 | 58.53 | 28.92 | 27.53 | 9.45 | 42.27 | 10.08 | 2.24 | 6.06 | 89.88 | 2.35 | 62.43 | 18.55 |
| 20 | 50.04 | 22.15 | 78.23 | 11.72 | 54.03 | 8.82 | 63.77 | 7.00 | 6.75 | 13.88 | 92.34 | 1.47 | 62.12 | 18.45 |
| 24 | 41.47 | 38.31 | 74.22 | 11.10 | 50.10 | 22.28 | 61.70 | 15.17 | 6.27 | 50.20 | 91.38 | 1.39 | 50.54 | 25.00 |
| 25 | 8.45 | 76.34 | 32.76 | 48.74 | 8.38 | 58.66 | 23.20 | 49.05 | 0.42 | 60.26 | 90.74 | 2.44 | 27.40 | 50.07 |
| 26 | 10.32 | 73.35 | 39.27 | 41.81 | 9.48 | 59.96 | 21.24 | 44.86 | 0.55 | 68.92 | 87.98 | 2.42 | 29.39 | 48.06 |
| 27 | 7.07 | 74.18 | 40.97 | 39.65 | 6.73 | 60.66 | 14.62 | 43.03 | 0.41 | 76.17 | 89.04 | 2.41 | 29.06 | 49.79 |

*2020 Primary Election*

*  All numbers denoted are percentages*

# S035C8060

| District | 2020 Census | | Total Registered Voters (RV) | | | | | DEM RV | | REP RV | | NPA RV | | Black RV | | | Hispanic RV | | | Total Voter Turnout (VT) | | | | | DEM VT | | REP VT | | NPA VT | | Black VT | | | Hispanic VT | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | BVAP | HVAP | DEM | REP | NPA | Black | Hisp. | Black | Hisp. | Black | Hisp. | Black | Hisp. | DEM | REP | NPA | DEM | REP | NPA | DEM | REP | NPA | Black | Hisp. | Black | Hisp. | Black | Hisp. | Black | Hisp. | DEM | REP | NPA | DEM | REP | NPA |
| 5 | 43.73 | 9.04 | 54.95 | 25.69 | 19.36 | 42.99 | 4.51 | 66.34 | 3.58 | 4.49 | 3.87 | 27.74 | 8.12 | 84.80 | 2.68 | 12.49 | 44.54 | 20.39 | 34.84 | 58.29 | 28.77 | 12.95 | 43.57 | 3.50 | 66.95 | 2.96 | 3.33 | 2.87 | 27.69 | 7.20 | 89.55 | 2.20 | 8.23 | 49.39 | 23.58 | 26.66 |
| 10 | 28.33 | 23.38 | 44.47 | 26.88 | 28.64 | 24.26 | 15.81 | 43.11 | 8.78 | 2.88 | 9.85 | 15.05 | 21.32 | 79.03 | 3.19 | 17.77 | 46.45 | 14.93 | 38.62 | 46.91 | 30.96 | 22.12 | 24.33 | 12.23 | 43.38 | 13.22 | 2.18 | 7.30 | 14.94 | 17.00 | 83.63 | 2.78 | 13.58 | 50.69 | 18.49 | 30.75 |
| 20 | 50.04 | 22.15 | 61.89 | 13.72 | 24.39 | 46.25 | 13.82 | 61.39 | 15.95 | 8.51 | 18.42 | 29.06 | 20.48 | 82.14 | 2.52 | 15.32 | 47.98 | 15.83 | 36.14 | 66.81 | 14.53 | 18.65 | 48.69 | 11.65 | 62.99 | 8.97 | 6.66 | 14.61 | 30.14 | 18.80 | 86.44 | 1.99 | 11.55 | 51.48 | 18.23 | 30.11 |
| 24 | 41.47 | 38.31 | 61.70 | 11.65 | 26.65 | 44.71 | 26.10 | 60.37 | 42.13 | 8.88 | 44.06 | 24.12 | 35.79 | 83.30 | 2.31 | 14.38 | 44.65 | 18.81 | 36.55 | 66.21 | 12.08 | 21.70 | 46.97 | 23.62 | 61.81 | 16.51 | 6.98 | 42.06 | 23.92 | 35.01 | 87.12 | 1.79 | 11.05 | 46.29 | 21.52 | 32.16 |
| 25 | 8.45 | 76.34 | 33.70 | 34.33 | 31.97 | 7.87 | 62.97 | 19.11 | 61.95 | 0.78 | 62.86 | 3.58 | 68.57 | 81.88 | 3.42 | 14.56 | 31.40 | 33.78 | 34.82 | 32.96 | 41.57 | 25.47 | 8.30 | 58.54 | 21.66 | 52.63 | 0.57 | 58.66 | 3.63 | 65.92 | 85.98 | 2.84 | 11.15 | 29.63 | 41.65 | 28.68 |
| 26 | 10.32 | 73.35 | 35.26 | 30.98 | 33.76 | 8.98 | 62.37 | 19.88 | 67.51 | 0.99 | 69.60 | 4.93 | 66.59 | 78.03 | 3.41 | 18.53 | 30.43 | 33.53 | 36.04 | 36.42 | 36.47 | 27.11 | 9.28 | 59.72 | 21.03 | 48.88 | 0.73 | 66.36 | 4.99 | 65.30 | 82.52 | 2.89 | 14.58 | 29.81 | 40.53 | 29.65 |
| 27 | 7.07 | 74.18 | 35.12 | 33.06 | 31.82 | 6.29 | 61.97 | 14.23 | 71.90 | 0.69 | 73.27 | 3.34 | 63.94 | 79.39 | 3.64 | 16.90 | 28.81 | 38.36 | 32.83 | 36.46 | 37.25 | 26.30 | 6.32 | 60.27 | 14.51 | 46.35 | 0.48 | 71.95 | 3.20 | 63.00 | 83.70 | 2.85 | 13.34 | 28.03 | 44.47 | 27.49 |

*  All numbers denoted are percentages

## S035C8060

| District | 2020 Census | | Total Voter Turnout (VT) | | | | DEM VT | | REP VT | | Black VT | | Hispanic VT | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | BVAP | HVAP | DEM | REP | Black | Hisp. | Black | Hisp. | Black | Hisp. | DEM | REP | DEM | REP |
| **5** | 43.73 | 9.04 | 63.84 | 30.55 | 47.22 | 1.81 | 69.36 | 1.58 | 3.01 | 1.71 | 93.77 | 1.94 | 55.84 | 28.84 |
| **10** | 28.33 | 23.38 | 53.26 | 35.32 | 27.40 | 8.15 | 46.27 | 8.88 | 2.12 | 5.46 | 89.92 | 2.73 | 57.98 | 23.67 |
| **20** | 50.04 | 22.15 | 76.51 | 15.04 | 52.61 | 6.95 | 63.80 | 5.53 | 5.67 | 10.57 | 92.78 | 1.62 | 60.92 | 22.88 |
| **24** | 41.47 | 38.31 | 77.36 | 11.61 | 54.07 | 17.72 | 64.70 | 11.98 | 6.61 | 42.71 | 92.56 | 1.42 | 52.28 | 27.97 |
| **25** | 8.45 | 76.34 | 34.26 | 51.77 | 9.97 | 52.28 | 26.94 | 41.84 | 0.47 | 55.52 | 92.57 | 2.42 | 27.42 | 54.98 |
| **26** | 10.32 | 73.35 | 41.39 | 44.87 | 10.77 | 51.96 | 23.59 | 36.95 | 0.60 | 63.72 | 90.69 | 2.49 | 29.43 | 55.02 |
| **27** | 7.07 | 74.18 | 43.27 | 43.48 | 8.03 | 56.59 | 16.98 | 37.08 | 0.39 | 73.60 | 91.52 | 2.09 | 28.35 | 56.55 |

*2018 Primary Election*

\*  *All numbers denoted are percentages*

# S035C8060

| District | 2020 Census | | Total Registered Voters (RV) | | | | | DEM RV | | REP RV | | NPA RV | | Black RV | | | Hispanic RV | | | Total Voter Turnout (VT) | | | | | DEM VT | | REP VT | | NPA VT | | Black VT | | | Hispanic VT | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | BVAP | HVAP | DEM | REP | NPA | Black | Hisp. | Black | Hisp. | Black | Hisp. | Black | Hisp. | DEM | REP | NPA | DEM | REP | NPA | DEM | REP | NPA | Black | Hisp. | Black | Hisp. | Black | Hisp. | Black | Hisp. | DEM | REP | NPA | DEM | REP | NPA |
| 5 | 43.73 | 9.04 | 56.00 | 25.94 | 18.06 | 42.89 | 4.06 | 65.81 | 3.20 | 4.56 | 3.44 | 26.83 | 7.57 | 85.92 | 2.76 | 11.30 | 44.06 | 21.97 | 33.62 | 57.21 | 28.76 | 14.04 | 41.86 | 3.67 | 65.46 | 2.99 | 3.45 | 3.10 | 24.30 | 7.48 | 89.46 | 2.37 | 8.15 | 46.58 | 24.25 | 28.60 |
| 10 | 28.33 | 23.38 | 44.74 | 27.75 | 27.51 | 24.95 | 14.86 | 44.74 | 15.95 | 2.93 | 8.23 | 14.96 | 19.74 | 80.23 | 3.26 | 16.49 | 48.05 | 15.38 | 36.55 | 45.29 | 31.02 | 23.69 | 23.52 | 13.46 | 43.61 | 14.95 | 2.18 | 7.38 | 13.03 | 18.55 | 83.98 | 2.88 | 13.13 | 50.33 | 17.01 | 32.65 |
| 20 | 50.04 | 22.15 | 62.67 | 13.80 | 23.53 | 46.04 | 12.95 | 60.96 | 10.16 | 8.65 | 15.02 | 28.21 | 19.12 | 82.98 | 2.59 | 14.41 | 49.17 | 16.01 | 34.74 | 65.60 | 14.33 | 20.06 | 46.42 | 12.76 | 61.17 | 10.02 | 6.76 | 14.75 | 26.52 | 20.20 | 86.44 | 2.09 | 11.46 | 51.51 | 16.57 | 31.76 |
| 24 | 41.47 | 38.31 | 62.98 | 11.70 | 25.32 | 45.54 | 25.27 | 60.97 | 18.18 | 9.07 | 42.35 | 23.95 | 35.03 | 84.33 | 2.33 | 13.32 | 45.30 | 19.60 | 35.10 | 65.03 | 12.02 | 22.95 | 45.05 | 25.54 | 60.40 | 18.21 | 7.03 | 43.07 | 21.37 | 37.10 | 87.19 | 1.87 | 10.89 | 46.36 | 20.27 | 33.34 |
| 25 | 8.45 | 76.34 | 34.60 | 34.67 | 30.73 | 8.23 | 63.16 | 19.83 | 57.94 | 0.77 | 63.32 | 3.57 | 68.81 | 83.38 | 3.23 | 13.34 | 31.75 | 34.76 | 33.48 | 34.42 | 37.80 | 27.77 | 7.69 | 61.83 | 19.27 | 57.14 | 0.56 | 61.13 | 3.01 | 68.60 | 86.29 | 2.73 | 10.89 | 31.81 | 37.38 | 30.81 |
| 26 | 10.32 | 73.35 | 35.50 | 31.46 | 33.04 | 9.00 | 61.18 | 19.97 | 52.44 | 1.02 | 66.69 | 4.81 | 65.32 | 78.75 | 3.55 | 17.64 | 30.43 | 34.30 | 35.27 | 36.10 | 34.24 | 29.65 | 8.36 | 61.12 | 19.07 | 51.82 | 0.78 | 66.30 | 4.07 | 66.47 | 82.34 | 3.18 | 14.45 | 30.61 | 37.14 | 32.25 |
| 27 | 7.07 | 74.18 | 35.20 | 33.97 | 30.83 | 6.50 | 61.66 | 14.81 | 50.08 | 0.71 | 71.72 | 3.37 | 63.77 | 80.19 | 3.68 | 16.00 | 28.59 | 39.51 | 31.89 | 35.84 | 35.99 | 28.17 | 5.97 | 61.78 | 13.87 | 49.37 | 0.51 | 71.99 | 2.88 | 64.51 | 83.24 | 3.06 | 13.57 | 28.64 | 41.94 | 29.42 |

*All numbers denoted are percentages*

## S035C8060

| District | 2020 Census | | Total Voter Turnout (VT) | | | | DEM VT | | REP VT | | Black VT | | Hispanic VT | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | BVAP | HVAP | DEM | REP | Black | Hisp. | Black | Hisp. | Black | Hisp. | DEM | REP | DEM | REP |
| 5 | 43.73 | 9.04 | 62.04 | 32.45 | 43.87 | 1.28 | 66.65 | 0.96 | 3.23 | 1.54 | 94.27 | 2.39 | 46.43 | 39.13 |
| 10 | 28.33 | 23.38 | 52.75 | 37.19 | 28.57 | 6.99 | 49.96 | 7.57 | 1.89 | 4.87 | 92.26 | 2.46 | 57.19 | 25.95 |
| 20 | 50.04 | 22.15 | 78.33 | 14.25 | 53.73 | 5.72 | 64.51 | 4.39 | 6.03 | 9.85 | 94.04 | 1.60 | 60.03 | 24.53 |
| 24 | 41.47 | 38.31 | 75.88 | 13.14 | 53.32 | 19.55 | 65.58 | 11.62 | 6.09 | 50.43 | 93.33 | 1.50 | 45.09 | 33.89 |
| 25 | 8.45 | 76.34 | 30.54 | 54.47 | 8.72 | 56.33 | 26.45 | 43.03 | 0.40 | 60.03 | 92.63 | 2.51 | 23.33 | 58.05 |
| 26 | 10.32 | 73.35 | 36.78 | 46.41 | 8.48 | 56.29 | 20.87 | 38.69 | 0.52 | 66.72 | 90.52 | 2.83 | 25.28 | 55.00 |
| 27 | 7.07 | 74.18 | 36.73 | 47.25 | 6.96 | 61.52 | 17.42 | 38.63 | 0.35 | 76.71 | 91.95 | 2.41 | 23.06 | 58.92 |

**2016 Primary Election**

*  *All numbers denoted are percentages*

# S035C8060

## 2014 General Election

| District | 2020 Census | | Total Registered Voters (RV) | | | | | DEM RV | | REP RV | | NPA RV | | Black RV | | | Hispanic RV | | | Total Voter Turnout (VT) | | | | | DEM VT | | REP VT | | NPA VT | | Black VT | | | Hispanic VT | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | BVAP | HVAP | DEM | REP | NPA | Black | Hisp. | Black | Hisp. | Black | Hisp. | Black | Hisp. | DEM | REP | NPA | DEM | REP | NPA | DEM | REP | NPA | Black | Hisp. | Black | Hisp. | Black | Hisp. | Black | Hisp. | DEM | REP | NPA | DEM | REP | NPA |
| 5 | 43.73 | 9.04 | 57.44 | 24.81 | 17.75 | 43.63 | 3.36 | 65.69 | 3.20 | 4.52 | 3.04 | 26.87 | 6.74 | 86.48 | 2.57 | 10.93 | 41.71 | 22.44 | 35.58 | 59.18 | 29.32 | 11.49 | 41.54 | 1.97 | 64.16 | 1.35 | 2.81 | 2.05 | 23.70 | 4.84 | 91.41 | 1.98 | 6.55 | 40.35 | 30.39 | 28.16 |
| 10 | 28.33 | 23.38 | 44.57 | 28.48 | 26.95 | 25.30 | 13.46 | 46.09 | 15.95 | 2.91 | 7.61 | 14.57 | 18.45 | 81.19 | 3.27 | 15.51 | 46.95 | 16.09 | 36.93 | 44.22 | 36.44 | 19.33 | 23.87 | 8.71 | 46.80 | 9.47 | 1.93 | 5.42 | 12.73 | 13.10 | 86.69 | 2.95 | 10.31 | 48.06 | 22.66 | 29.08 |
| 20 | 50.04 | 22.15 | 63.29 | 13.94 | 22.77 | 45.68 | 11.49 | 60.34 | 10.16 | 8.79 | 13.70 | 27.50 | 17.49 | 83.59 | 2.68 | 13.71 | 48.54 | 16.62 | 34.67 | 68.71 | 15.04 | 16.24 | 48.90 | 7.76 | 63.01 | 5.69 | 6.91 | 11.15 | 27.86 | 13.30 | 88.55 | 2.13 | 9.26 | 50.35 | 21.61 | 27.84 |
| 24 | 41.47 | 38.31 | 64.11 | 11.80 | 24.09 | 46.91 | 23.47 | 62.13 | 18.18 | 9.59 | 42.94 | 24.69 | 33.23 | 84.90 | 2.41 | 12.68 | 44.27 | 21.59 | 34.11 | 70.63 | 12.08 | 17.30 | 52.82 | 18.47 | 66.90 | 11.43 | 7.78 | 42.74 | 26.59 | 30.33 | 89.47 | 1.78 | 8.71 | 43.71 | 27.94 | 28.40 |
| 25 | 8.45 | 76.34 | 34.86 | 35.45 | 29.69 | 9.08 | 62.83 | 21.95 | 57.94 | 0.87 | 65.22 | 3.77 | 68.86 | 84.24 | 3.39 | 12.33 | 30.64 | 36.79 | 32.54 | 32.74 | 45.84 | 21.37 | 9.91 | 55.08 | 27.13 | 43.32 | 0.55 | 59.99 | 3.55 | 62.35 | 89.62 | 2.54 | 7.66 | 25.75 | 49.93 | 24.19 |
| 26 | 10.32 | 73.35 | 35.30 | 32.26 | 32.44 | 9.55 | 59.58 | 21.43 | 52.44 | 1.10 | 66.54 | 5.02 | 63.50 | 79.20 | 3.73 | 17.06 | 29.40 | 36.02 | 34.57 | 35.79 | 40.22 | 23.98 | 10.10 | 53.20 | 24.00 | 38.85 | 0.72 | 63.12 | 5.07 | 57.94 | 85.03 | 2.87 | 12.03 | 26.13 | 47.73 | 26.11 |
| 27 | 7.07 | 74.18 | 34.61 | 35.52 | 29.87 | 6.99 | 60.35 | 16.31 | 50.08 | 0.76 | 71.34 | 3.57 | 62.88 | 80.80 | 3.84 | 15.27 | 26.89 | 41.99 | 31.12 | 35.88 | 42.18 | 21.94 | 7.42 | 56.62 | 17.85 | 37.46 | 0.53 | 71.02 | 3.50 | 60.28 | 86.34 | 3.02 | 10.34 | 23.74 | 52.91 | 23.36 |

*  All numbers denoted are percentages

## S035C8060

| 2014 Primary Election | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| District | 2020 Census | | Total Voter Turnout (VT) | | | | DEM VT | | REP VT | | Black VT | | Hispanic VT | |
| | BVAP | HVAP | DEM | REP | Black | Hisp. | Black | Hisp. | Black | Hisp. | DEM | REP | DEM | REP |
| 5 | 43.73 | 9.04 | 62.35 | 32.76 | 41.40 | 0.99 | 63.23 | 0.67 | 2.26 | 1.23 | 95.22 | 1.79 | 42.14 | 40.42 |
| 10 | 28.33 | 23.38 | 48.90 | 39.31 | 27.91 | 6.03 | 52.23 | 6.49 | 1.76 | 4.06 | 91.50 | 2.48 | 52.65 | 26.51 |
| 20 | 50.04 | 22.15 | 79.65 | 13.29 | 54.54 | 3.74 | 64.53 | 2.74 | 6.80 | 7.40 | 94.25 | 1.66 | 58.37 | 26.31 |
| 24 | 41.47 | 38.31 | 78.36 | 11.41 | 60.44 | 14.50 | 71.91 | 7.54 | 7.49 | 48.79 | 93.23 | 1.41 | 40.74 | 38.39 |
| 25 | 8.45 | 76.34 | 31.03 | 54.69 | 10.50 | 56.99 | 31.76 | 36.29 | 0.43 | 65.30 | 93.79 | 2.26 | 19.76 | 62.67 |
| 26 | 10.32 | 73.35 | 34.45 | 49.81 | 8.80 | 50.10 | 22.75 | 29.08 | 0.49 | 62.98 | 89.06 | 2.78 | 20.00 | 62.62 |
| 27 | 7.07 | 74.18 | 36.14 | 49.14 | 7.47 | 58.26 | 18.90 | 31.33 | 0.41 | 75.92 | 91.42 | 2.70 | 19.43 | 64.04 |

*  *All numbers denoted are percentages*

# S035C8060

## 2012 General Election

| District | 2020 Census | | Total Registered Voters (RV) | | | | | DEM RV | | REP RV | | NPA RV | | Black RV | | | Hispanic RV | | | Total Voter Turnout (VT) | | | | | DEM VT | | REP VT | | NPA VT | | Black VT | | | Hispanic VT | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | BVAP | HVAP | DEM | REP | NPA | Black | Hisp. | Black | Hisp. | Black | Hisp. | Black | Hisp. | DEM | REP | NPA | DEM | REP | NPA | DEM | REP | NPA | Black | Hisp. | Black | Hisp. | Black | Hisp. | Black | Hisp. | DEM | REP | NPA | DEM | REP | NPA |
| 5 | 43.73 | 9.04 | 58.55 | 25.22 | 16.23 | 43.27 | 3.15 | 64.68 | 2.33 | 4.61 | 2.95 | 26.09 | 6.33 | 87.52 | 2.69 | 9.79 | 43.34 | 23.66 | 32.64 | 60.41 | 26.69 | 12.89 | 44.59 | 2.65 | 66.32 | 1.95 | 3.62 | 2.60 | 27.52 | 5.90 | 89.85 | 2.17 | 7.96 | 44.41 | 26.16 | 28.70 |
| 10 | 28.33 | 23.38 | 45.56 | 29.50 | 24.94 | 25.40 | 12.67 | 46.09 | 13.52 | 2.90 | 7.34 | 14.19 | 17.40 | 82.67 | 3.37 | 13.93 | 48.62 | 17.10 | 34.26 | 46.10 | 32.97 | 20.93 | 25.94 | 10.58 | 48.12 | 11.47 | 2.27 | 6.19 | 14.35 | 15.50 | 85.52 | 2.89 | 11.57 | 49.95 | 19.30 | 30.66 |
| 20 | 50.04 | 22.15 | 63.94 | 14.53 | 21.52 | 44.62 | 10.71 | 58.78 | 8.32 | 9.02 | 12.88 | 26.61 | 16.26 | 84.22 | 2.94 | 12.83 | 49.70 | 17.49 | 32.69 | 67.55 | 14.27 | 18.17 | 48.29 | 9.60 | 62.06 | 7.30 | 7.70 | 12.50 | 28.88 | 15.75 | 86.81 | 2.28 | 10.87 | 51.35 | 18.58 | 29.82 |
| 24 | 41.47 | 38.31 | 65.08 | 12.24 | 22.69 | 47.20 | 22.66 | 61.91 | 15.65 | 10.04 | 42.59 | 25.00 | 32.06 | 85.35 | 2.60 | 12.02 | 44.95 | 23.01 | 32.10 | 68.00 | 12.02 | 19.98 | 49.64 | 21.40 | 63.95 | 14.38 | 8.50 | 43.33 | 25.60 | 32.12 | 87.60 | 2.06 | 10.30 | 45.69 | 24.34 | 29.99 |
| 25 | 8.45 | 76.34 | 35.66 | 36.62 | 27.72 | 9.50 | 61.82 | 22.68 | 53.34 | 0.90 | 65.25 | 3.92 | 68.15 | 85.13 | 3.47 | 11.44 | 30.77 | 38.65 | 30.55 | 35.38 | 40.36 | 24.25 | 9.84 | 59.83 | 24.41 | 50.63 | 0.64 | 63.32 | 3.87 | 67.32 | 87.78 | 2.63 | 9.54 | 29.94 | 42.72 | 27.28 |
| 26 | 10.32 | 73.35 | 36.05 | 33.49 | 30.46 | 9.78 | 58.37 | 21.72 | 48.03 | 1.18 | 65.83 | 5.11 | 62.40 | 80.05 | 4.02 | 15.91 | 29.67 | 37.77 | 32.56 | 36.60 | 36.75 | 26.65 | 10.20 | 56.82 | 23.14 | 44.76 | 0.93 | 65.02 | 5.23 | 62.04 | 82.99 | 3.33 | 13.66 | 28.83 | 42.06 | 29.09 |
| 27 | 7.07 | 74.18 | 35.43 | 36.57 | 28.01 | 7.28 | 59.25 | 16.77 | 45.38 | 0.81 | 70.81 | 3.69 | 61.72 | 81.61 | 4.07 | 14.21 | 27.13 | 43.70 | 29.17 | 35.85 | 39.17 | 24.99 | 7.29 | 58.71 | 17.14 | 43.13 | 0.60 | 71.05 | 3.62 | 61.70 | 84.28 | 3.23 | 12.41 | 26.33 | 47.40 | 26.26 |

*  All numbers denoted are percentages

## S035C8060

| | 2012 Primary Election | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **District** | **2020 Census** | | **Total Voter Turnout (VT)** | | | | **DEM VT** | | **REP VT** | | **Black VT** | | **Hispanic VT** | |
| | BVAP | HVAP | DEM | REP | Black | Hisp. | Black | Hisp. | Black | Hisp. | DEM | REP | DEM | REP |
| 5 | 43.73 | 9.04 | 64.96 | 30.37 | 42.59 | 0.84 | 62.34 | 0.51 | 2.42 | 1.28 | 95.08 | 1.72 | 39.37 | 46.18 |
| 10 | 28.33 | 23.38 | 47.96 | 42.52 | 27.29 | 5.46 | 52.51 | 5.95 | 1.71 | 3.56 | 92.28 | 2.67 | 52.26 | 27.73 |
| 20 | 50.04 | 22.15 | 74.92 | 17.09 | 51.25 | 3.76 | 63.61 | 2.67 | 6.02 | 6.77 | 92.98 | 2.01 | 53.14 | 30.77 |
| 24 | 41.47 | 38.31 | 76.00 | 13.21 | 58.92 | 16.10 | 71.85 | 8.08 | 7.45 | 49.77 | 92.68 | 1.67 | 38.13 | 40.83 |
| 25 | 8.45 | 76.34 | 29.45 | 56.54 | 9.99 | 57.01 | 31.46 | 37.51 | 0.48 | 63.35 | 92.74 | 2.69 | 19.37 | 62.82 |
| 26 | 10.32 | 73.35 | 35.04 | 48.71 | 9.59 | 53.04 | 24.44 | 31.67 | 0.68 | 64.73 | 89.33 | 3.44 | 20.92 | 59.45 |
| 27 | 7.07 | 74.18 | 33.41 | 51.14 | 7.86 | 60.41 | 21.45 | 33.57 | 0.39 | 75.88 | 91.14 | 2.51 | 18.57 | 64.23 |

*  *All numbers denoted are percentages*

# S035C8060

| County Share of Population | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **County** | **District** | **Total Population** | | **County** | **District** | **Total Population** | | **County** | **District** | **Total Population** |
| Alachua | 3 | 278,468 | | Lake | 6 | 35,396 | | St. Johns | 4 | 173,125 |
| Baker | 5 | 28,259 | | Lake | 11 | 304,385 | | St. Johns | 6 | 100,300 |
| Bay | 2 | 175,216 | | Lake | 28 | 44,175 | | St. Lucie | 18 | 329,226 |
| Bradford | 3 | 28,303 | | Lee | 17 | 207,179 | | Sumter | 11 | 129,752 |
| Brevard | 8 | 606,612 | | Lee | 19 | 553,643 | | Suwannee | 2 | 43,474 |
| Broward | 20 | 535,675 | | Leon | 2 | 145,318 | | Taylor | 2 | 21,796 |
| Broward | 22 | 547,029 | | Leon | 5 | 146,880 | | Union | 3 | 16,147 |
| Broward | 23 | 769,221 | | Levy | 2 | 42,915 | | Volusia | 6 | 518,147 |
| Broward | 24 | 92,450 | | Liberty | 2 | 7,974 | | Volusia | 7 | 35,396 |
| Calhoun | 2 | 13,648 | | Madison | 5 | 17,968 | | Wakulla | 2 | 33,764 |
| Charlotte | 17 | 186,847 | | Manatee | 16 | 399,710 | | Walton | 1 | 47,648 |
| Citrus | 11 | 153,843 | | Marion | 2 | 39,930 | | Walton | 2 | 27,657 |
| Clay | 3 | 218,245 | | Marion | 3 | 154,737 | | Washington | 2 | 25,318 |
| Collier | 19 | 215,578 | | Marion | 11 | 181,241 | | | | |
| Collier | 25 | 160,174 | | Martin | 18 | 158,431 | | | | |
| Columbia | 2 | 51,337 | | Miami-Dade | 24 | 676,771 | | | | |
| Columbia | 5 | 18,361 | | Miami-Dade | 25 | 569,428 | | | | |
| DeSoto | 17 | 33,976 | | Miami-Dade | 26 | 686,347 | | | | |
| Dixie | 2 | 16,759 | | Miami-Dade | 27 | 769,221 | | | | |
| Duval | 4 | 505,744 | | Monroe | 26 | 82,874 | | | | |
| Duval | 5 | 489,823 | | Nassau | 4 | 90,352 | | | | |
| Escambia | 1 | 321,905 | | Okaloosa | 1 | 211,668 | | | | |
| Flagler | 6 | 115,378 | | Okeechobee | 17 | 39,644 | | | | |
| Franklin | 2 | 12,451 | | Orange | 7 | 262,969 | | | | |
| Gadsden | 5 | 43,826 | | Orange | 8 | 17,153 | | | | |
| Gilchrist | 2 | 17,864 | | Orange | 9 | 380,565 | | | | |
| Glades | 17 | 12,126 | | Orange | 10 | 769,221 | | | | |
| Gulf | 2 | 14,192 | | Osceola | 9 | 388,656 | | | | |
| Hamilton | 5 | 14,004 | | Palm Beach | 18 | 267,232 | | | | |
| Hardee | 17 | 25,327 | | Palm Beach | 20 | 233,546 | | | | |
| Hendry | 25 | 39,619 | | Palm Beach | 21 | 769,221 | | | | |
| Hernando | 12 | 194,515 | | Palm Beach | 22 | 222,192 | | | | |
| Highlands | 17 | 101,235 | | Pasco | 12 | 561,891 | | | | |
| Hillsborough | 14 | 592,149 | | Pinellas | 12 | 12,815 | | | | |
| Hillsborough | 15 | 769,221 | | Pinellas | 13 | 769,221 | | | | |
| Hillsborough | 16 | 98,392 | | Pinellas | 14 | 177,071 | | | | |
| Holmes | 2 | 19,653 | | Polk | 28 | 725,046 | | | | |
| Indian River | 8 | 145,456 | | Putnam | 3 | 73,321 | | | | |
| Indian River | 18 | 14,332 | | Santa Rosa | 1 | 188,000 | | | | |
| Jackson | 2 | 47,319 | | Sarasota | 16 | 271,119 | | | | |
| Jefferson | 2 | 4,410 | | Sarasota | 17 | 162,887 | | | | |
| Jefferson | 5 | 10,100 | | Seminole | 7 | 470,856 | | | | |
| Lafayette | 2 | 8,226 | | | | | | | | |

# S035C8060

| City Split List | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **City** | **District** | **Total Population** | **City** | **District** | **Total Population** | **City** | **District** | **Total Population** |
| Belle Isle | 9 | 216 | Miami | 24 | 98,349 | Tarpon Springs | 12 | 11,582 |
| Belle Isle | 10 | 6,816 | Miami | 25 | 54,725 | Tarpon Springs | 13 | 10,748 |
| Clearwater | 13 | 82,282 | Miami | 27 | 289,167 | Tarpon Springs | 14 | 2,787 |
| Clearwater | 14 | 35,010 | Miramar | 23 | 76,594 | Umatilla | 6 | 1,415 |
| Clermont | 11 | 43,021 | Miramar | 24 | 58,127 | Umatilla | 11 | 2,270 |
| Clermont | 28 | 0 | North Palm Beach | 18 | 13,162 | Venice | 16 | 12,178 |
| Cutler Bay | 26 | 0 | North Palm Beach | 20 | 0 | Venice | 17 | 13,285 |
| Cutler Bay | 27 | 45,425 | Oakland Park | 20 | 15,037 | West Palm Beach | 18 | 18,256 |
| DeBary | 6 | 9,468 | Oakland Park | 22 | 29,192 | West Palm Beach | 20 | 63,092 |
| DeBary | 7 | 12,792 | Opa-locka | 24 | 5,420 | West Palm Beach | 21 | 36,067 |
| Deerfield Beach | 20 | 29,350 | Opa-locka | 25 | 11,043 | Winter Park | 7 | 28,902 |
| Deerfield Beach | 22 | 57,509 | Orlando | 7 | 35,474 | Winter Park | 10 | 893 |
| DeFuniak Springs | 1 | 860 | Orlando | 9 | 86,183 | | | |
| DeFuniak Springs | 2 | 5,059 | Orlando | 10 | 185,916 | | | |
| Deltona | 6 | 76,307 | Palm Beach | 18 | 2,634 | | | |
| Deltona | 7 | 17,385 | Palm Beach | 21 | 6,611 | | | |
| Eatonville | 7 | 1,202 | Palm Beach Gardens | 18 | 59,182 | | | |
| Eatonville | 10 | 1,147 | Palm Beach Gardens | 20 | 0 | | | |
| Fort Lauderdale | 20 | 58,993 | Pembroke Pines | 23 | 170,725 | | | |
| Fort Lauderdale | 22 | 102,735 | Pembroke Pines | 24 | 453 | | | |
| Fort Lauderdale | 23 | 21,032 | Pinellas Park | 13 | 53,093 | | | |
| Fort Myers | 17 | 32,184 | Pinellas Park | 14 | 0 | | | |
| Fort Myers | 19 | 54,211 | Plantation | 20 | 41,374 | | | |
| Freeport | 1 | 5,587 | Plantation | 23 | 50,376 | | | |
| Freeport | 2 | 274 | Pompano Beach | 20 | 53,918 | | | |
| Groveland | 11 | 16,026 | Pompano Beach | 22 | 58,128 | | | |
| Groveland | 28 | 2,479 | Riviera Beach | 18 | 9,951 | | | |
| Hallandale Beach | 23 | 28,737 | Riviera Beach | 20 | 27,653 | | | |
| Hallandale Beach | 24 | 12,480 | Royal Palm Beach | 18 | 16,407 | | | |
| Jacksonville | 4 | 461,184 | Royal Palm Beach | 20 | 17,861 | | | |
| Jacksonville | 5 | 488,427 | Royal Palm Beach | 21 | 4,664 | | | |
| Lake City | 2 | 6,672 | St. Augustine | 4 | 2,447 | | | |
| Lake City | 5 | 5,657 | St. Augustine | 6 | 11,882 | | | |
| Lake Park | 18 | 1,245 | St. Petersburg | 13 | 241,005 | | | |
| Lake Park | 20 | 7,802 | St. Petersburg | 14 | 17,303 | | | |
| Largo | 13 | 75,101 | Sunrise | 20 | 85,270 | | | |
| Largo | 14 | 7,384 | Sunrise | 23 | 12,065 | | | |
| Maitland | 7 | 13,664 | Tallahassee | 2 | 82,107 | | | |
| Maitland | 10 | 5,879 | Tallahassee | 5 | 114,062 | | | |
| Margate | 20 | 17,409 | Tampa | 14 | 263,534 | | | |
| Margate | 22 | 41,303 | Tampa | 15 | 121,425 | | | |

# S035C8060

| Boundary Analysis | | | | | |
|---|---|---|---|---|---|
| **District** | **City Boundaries(%)** | **County Boundaries(%)** | **Road Boundaries(%)** | **Water Boundaries(%)** | **Rail Boundaries(%)** | **Non Geo/Pol Boundaries(%)** |

| District | City Boundaries(%) | County Boundaries(%) | Road Boundaries(%) | Water Boundaries(%) | Rail Boundaries(%) | Non Geo/Pol Boundaries(%) |
|---|---|---|---|---|---|---|
| Statewide Avg. | 13.68 | 61.29 | 19.25 | 39.07 | 1.71 | 7.86 |
| 1 | 2 | 81 | 14 | 55 | 0 | 2 |
| 2 | 4 | 76 | 19 | 47 | 0 | 4 |
| 3 | 17 | 74 | 15 | 24 | 1 | 8 |
| 4 | 24 | 73 | 17 | 54 | 2 | 3 |
| 5 | 12 | 74 | 22 | 13 | 0 | 2 |
| 6 | 6 | 74 | 7 | 54 | 2 | 10 |
| 7 | 6 | 43 | 19 | 32 | 0 | 34 |
| 8 | 0 | 85 | 6 | 46 | 0 | 9 |
| 9 | 2 | 76 | 17 | 31 | 0 | 8 |
| 10 | 14 | 68 | 31 | 23 | 0 | 2 |
| 11 | 12 | 70 | 19 | 38 | 1 | 7 |
| 12 | 3 | 90 | 10 | 44 | 0 | 2 |
| 13 | 20 | 62 | 20 | 74 | 0 | 6 |
| 14 | 16 | 27 | 44 | 20 | 10 | 6 |
| 15 | 9 | 48 | 35 | 1 | 12 | 5 |
| 16 | 20 | 58 | 16 | 53 | 2 | 5 |
| 17 | 4 | 79 | 10 | 28 | 1 | 2 |
| 18 | 7 | 70 | 11 | 48 | 0 | 10 |
| 19 | 3 | 66 | 18 | 61 | 1 | 8 |
| 20 | 22 | 42 | 23 | 11 | 4 | 15 |
| 21 | 34 | 25 | 23 | 39 | 0 | 20 |
| 22 | 32 | 25 | 18 | 36 | 12 | 15 |
| 23 | 53 | 30 | 28 | 21 | 0 | 10 |
| 24 | 37 | 36 | 35 | 49 | 0 | 9 |
| 25 | 9 | 68 | 17 | 21 | 0 | 6 |
| 26 | 1 | 88 | 7 | 86 | 0 | 1 |
| 27 | 9 | 18 | 35 | 59 | 0 | 6 |
| 28 | 5 | 90 | 3 | 26 | 0 | 5 |