

# Cubanos_cd_a

## STATEWIDE SNAPSHOT

| | | | | | |
|---|---|---|---|---|---|
| Total State Population: | 21,538,187 | Total Counties: | 67 | Reock Avg. | Median Reock |
| Ideal District Population: | 769,221 | Counties Split: | 18 | 0.47 | 0.49 |
| Mean Deviation: | 0  0.00% | Counties Kept Whole: | 49 | Convex Hull Avg. | Median Convex Hull |
| Max Deviation: | 0  0.00% | Total Cities: | 412 | 0.82 | 0.83 |
| Min Deviation: | -1  0.00% | Cities Split: | 22 | Polsby Popper Avg. | Median Polsby Popper |
| Overall Deviation Range: | 1  0.00% | Cities Kept Whole: | 390 | 0.43 | 0.45 |

## DISTRICT BREAKDOWN

| District | Population | | | Voting Age Population | | Compactness | | |
|---|---|---|---|---|---|---|---|---|
| | Total Population | Deviation from Ideal | % Deviation | BVAP % | HVAP % | Reock | Convex Hull | Polsby Popper |
| 1 | 769,221 | 0 | 0.00 | 13.54 | 6.69 | 0.54 | 0.87 | 0.48 |
| 2 | 769,221 | 0 | 0.00 | 23.09 | 6.42 | 0.46 | 0.82 | 0.48 |
| 3 | 769,221 | 0 | 0.00 | 15.88 | 10.64 | 0.57 | 0.90 | 0.50 |
| 4 | 769,221 | 0 | 0.00 | 31.66 | 7.82 | 0.38 | 0.76 | 0.32 |
| 5 | 769,221 | 0 | 0.00 | 12.80 | 10.86 | 0.56 | 0.89 | 0.52 |
| 6 | 769,221 | 0 | 0.00 | 11.22 | 9.78 | 0.74 | 0.92 | 0.48 |
| 7 | 769,221 | 0 | 0.00 | 10.53 | 18.97 | 0.47 | 0.83 | 0.40 |
| 8 | 769,221 | 0 | 0.00 | 9.68 | 10.05 | 0.32 | 0.78 | 0.45 |
| 9 | 769,221 | 0 | 0.00 | 13.02 | 50.04 | 0.49 | 0.86 | 0.47 |
| 10 | 769,221 | 0 | 0.00 | 25.98 | 28.63 | 0.41 | 0.75 | 0.37 |
| 11 | 769,221 | 0 | 0.00 | 12.76 | 17.09 | 0.52 | 0.82 | 0.36 |
| 12 | 769,221 | 0 | 0.00 | 5.29 | 11.72 | 0.45 | 0.75 | 0.38 |
| 13 | 769,221 | 0 | 0.00 | 7.09 | 9.56 | 0.51 | 0.93 | 0.58 |
| 14 | 769,221 | 0 | 0.00 | 19.13 | 25.97 | 0.48 | 0.83 | 0.47 |
| 15 | 769,221 | 0 | 0.00 | 15.40 | 22.74 | 0.58 | 0.88 | 0.58 |
| 16 | 769,221 | 0 | 0.00 | 7.37 | 14.67 | 0.44 | 0.89 | 0.49 |
| 17 | 769,221 | 0 | 0.00 | 6.10 | 12.71 | 0.50 | 0.86 | 0.45 |
| 18 | 769,221 | 0 | 0.00 | 15.80 | 22.92 | 0.41 | 0.77 | 0.32 |
| 19 | 769,220 | -1 | 0.00 | 6.80 | 23.33 | 0.50 | 0.89 | 0.56 |
| 20 | 769,221 | 0 | 0.00 | 48.56 | 23.61 | 0.53 | 0.79 | 0.28 |
| 21 | 769,221 | 0 | 0.00 | 12.88 | 16.45 | 0.39 | 0.79 | 0.41 |
| 22 | 769,221 | 0 | 0.00 | 16.02 | 25.95 | 0.54 | 0.80 | 0.22 |
| 23 | 769,221 | 0 | 0.00 | 14.74 | 17.79 | 0.41 | 0.80 | 0.45 |
| 24 | 769,221 | 0 | 0.00 | 40.17 | 40.32 | 0.32 | 0.80 | 0.38 |
| 25 | 769,221 | 0 | 0.00 | 12.63 | 33.26 | 0.31 | 0.63 | 0.29 |
| 26 | 769,221 | 0 | 0.00 | 3.44 | 91.08 | 0.57 | 0.92 | 0.64 |
| 27 | 769,221 | 0 | 0.00 | 14.65 | 66.74 | 0.55 | 0.83 | 0.48 |
| 28 | 769,221 | 0 | 0.00 | 13.25 | 64.97 | 0.22 | 0.55 | 0.23 |

HOUSE_000142

# Cubanos_cd_a

## TOTAL REGISTERED VOTERS

| DISTRICT | BVAP % | HVAP % | Black % | | | | | Hispanic % | | | | | DEM % | | | | | REP % | | | | | NPA/ Other % | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 2020 | 2018 | 2016 | 2014 | 2012 | 2020 | 2018 | 2016 | 2014 | 2012 | 2020 | 2018 | 2016 | 2014 | 2012 | 2020 | 2018 | 2016 | 2014 | 2012 | 2020 | 2018 | 2016 | 2014 | 2012 |
| 5 | 12.80 | 10.86 | 10.97 | 10.85 | 11.01 | 11.14 | 11.21 | 7.26 | 6.67 | 6.10 | 5.08 | 4.06 | 29.90 | 28.84 | 28.66 | 29.21 | 30.31 | 45.97 | 46.56 | 47.42 | 46.68 | 47.41 | 24.13 | 24.61 | 23.92 | 24.11 | 22.28 |
| 20 | 48.56 | 23.61 | 45.43 | 44.99 | 44.78 | 44.50 | 43.60 | 11.74 | 11.20 | 10.60 | 9.18 | 11.21 | 60.78 | 61.34 | 62.07 | 62.70 | 63.34 | 14.26 | 14.09 | 14.26 | 14.43 | 15.05 | 24.96 | 24.56 | 23.66 | 22.87 | 21.60 |
| 24 | 40.17 | 40.32 | 39.81 | 40.74 | 41.07 | 42.11 | 41.79 | 21.79 | 21.29 | 20.52 | 18.36 | 25.65 | 56.77 | 58.65 | 59.75 | 60.88 | 61.73 | 14.97 | 14.03 | 14.19 | 14.27 | 14.82 | 28.26 | 27.32 | 26.05 | 24.85 | 23.45 |
| 26 | 3.44 | 91.08 | 1.66 | 1.73 | 1.75 | 1.87 | 2.01 | 78.95 | 78.98 | 78.80 | 77.79 | 81.69 | 26.57 | 28.17 | 28.48 | 27.69 | 28.02 | 38.68 | 36.85 | 37.83 | 39.87 | 41.48 | 34.75 | 34.98 | 33.70 | 32.44 | 30.49 |
| 27 | 14.65 | 66.74 | 15.74 | 16.21 | 16.79 | 18.05 | 19.12 | 40.58 | 40.86 | 40.31 | 37.19 | 50.92 | 43.20 | 43.87 | 44.19 | 43.89 | 45.15 | 25.33 | 25.13 | 25.99 | 27.40 | 28.05 | 31.47 | 31.00 | 29.83 | 28.70 | 26.81 |
| 28 | 13.25 | 64.97 | 12.08 | 12.63 | 12.88 | 13.90 | 14.24 | 43.30 | 42.16 | 40.15 | 36.55 | 44.77 | 38.29 | 39.71 | 40.24 | 40.76 | 41.87 | 29.65 | 28.25 | 28.46 | 28.59 | 29.46 | 32.06 | 32.04 | 31.30 | 30.65 | 28.67 |

Included in this chart are statisics of Registered Voters in Florida. This chart shows the percentage of all registered voters who, at the 2012, 2014, 2016, 2018 and 2020 general election, were (1) Black; (2) Hispanic; (3) Democrats; (4) Republicans; and (5) neither Democrats nor Republicans. This set of statistics is provided as part of the functional analysis for this plan's performing minority districts. All statistics denoted are percentages.

## TOTAL VOTER TURNOUT

| DISTRICT | BVAP % | HVAP % | Black % | | | | | Hispanic % | | | | | DEM % | | | | | REP % | | | | | NPA/ Other % | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 2020 | 2018 | 2016 | 2014 | 2012 | 2020 | 2018 | 2016 | 2014 | 2012 | 2020 | 2018 | 2016 | 2014 | 2012 | 2020 | 2018 | 2016 | 2014 | 2012 | 2020 | 2018 | 2016 | 2014 | 2012 |
| 5 | 12.80 | 10.86 | 9.83 | 10.24 | 10.03 | 9.07 | 11.22 | 5.31 | 4.30 | 4.41 | 2.72 | 3.47 | 30.10 | 29.82 | 28.42 | 27.81 | 30.07 | 49.31 | 51.47 | 51.28 | 55.05 | 51.27 | 20.59 | 18.71 | 20.30 | 17.14 | 18.66 |
| 20 | 48.56 | 23.61 | 44.82 | 47.15 | 44.96 | 47.65 | 46.94 | 15.48 | 12.39 | 13.50 | 8.20 | 10.15 | 63.10 | 66.14 | 64.86 | 68.02 | 66.83 | 15.20 | 14.97 | 14.88 | 15.64 | 14.90 | 21.70 | 18.88 | 20.27 | 16.34 | 18.26 |
| 24 | 40.17 | 40.32 | 39.50 | 44.43 | 41.59 | 49.28 | 45.44 | 31.24 | 26.45 | 28.64 | 20.26 | 23.92 | 58.26 | 63.41 | 62.08 | 67.80 | 65.06 | 16.02 | 14.64 | 14.59 | 14.68 | 14.51 | 25.73 | 21.94 | 23.33 | 17.52 | 20.43 |
| 26 | 3.44 | 91.08 | 1.52 | 1.90 | 1.69 | 2.14 | 2.12 | 83.96 | 82.68 | 83.26 | 81.82 | 82.22 | 25.84 | 27.36 | 28.65 | 25.22 | 27.57 | 42.22 | 44.09 | 40.52 | 51.07 | 45.44 | 31.94 | 28.54 | 30.82 | 23.70 | 26.99 |
| 27 | 14.65 | 66.74 | 13.40 | 15.44 | 15.15 | 18.94 | 18.69 | 55.33 | 52.42 | 54.37 | 49.79 | 50.97 | 42.86 | 45.37 | 44.61 | 45.53 | 45.59 | 27.95 | 28.72 | 27.78 | 33.17 | 30.22 | 29.19 | 25.91 | 27.60 | 21.28 | 24.19 |
| 28 | 13.25 | 64.97 | 10.95 | 13.02 | 12.12 | 14.79 | 14.85 | 53.60 | 47.41 | 48.57 | 38.08 | 42.31 | 38.31 | 41.89 | 41.24 | 43.23 | 43.15 | 32.68 | 32.45 | 30.83 | 34.25 | 31.89 | 29.01 | 25.66 | 27.94 | 22.52 | 24.95 |

Included in this chart are statisics of Voter Turnout in Florida. This chart shows the percentage of the actual electorate at the 2012, 2014, 2016, 2018 and 2020 general election, were (1) Black; (2) Hispanic; (3) Democrats; (4) Republicans; and (5) neither Democrats nor Republicans. This set of statistics is provided as part of the functional analysis for this plan's performing minority districts. All statistics denoted are percentages.

## ELECTION RESULTS

| DISTRICT | 2020 President | | 2018 Governor | | 2018 AG | | 2018 CFO | | 2018 Ag Commish | | 2018 US Senate | | 2016 President | | 2016 US Senate | | 2014 Governor | | 2014 AG | | 2014 CFO | | 2014 Ag Commish | | 2012 President | | 2012 US Senate | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | R_Trump | D_Biden | R_DeSantis | D_Gillum | R_Moody | D_Shaw | R_Patronis | D_Ring | R_Caldwell | D_Fried | R_Scott | D_Nelson | R_Trump | D_Clinton | R_Rubio | D_Murphy | R_Scott | D_Crist | R_Bondi | D_Sheldon | R_Atwater | D_Rankin | R_Putnam | D_Hamilton | R_Romney | D_Obama | R_Mack | D_Nelson |
| 5 | 57.27 | 41.47 | 58.39 | 40.68 | 61.52 | 36.85 | 62.06 | 37.93 | 60.27 | 39.73 | 59.89 | 40.11 | 59.12 | 36.96 | 66.32 | 30.16 | 64.51 | 31.07 | 68.67 | 27.99 | 72.07 | 27.93 | 69.42 | 30.58 | 63.45 | 35.59 | 55.05 | 41.69 |
| 20 | 24.24 | 75.17 | 20.24 | 79.15 | 20.97 | 77.74 | 20.96 | 79.03 | 20.59 | 79.39 | 20.69 | 79.31 | 21.08 | 77.12 | 23.09 | 74.96 | 18.66 | 79.22 | 23.09 | 75.45 | 25.32 | 74.67 | 23.86 | 76.14 | 19.91 | 79.66 | 17.57 | 81.22 |
| 24 | 28.39 | 71.11 | 20.96 | 78.34 | 21.49 | 77.00 | 21.59 | 78.40 | 21.15 | 78.85 | 21.56 | 78.44 | 20.54 | 77.78 | 25.25 | 72.81 | 19.23 | 79.12 | 22.32 | 76.31 | 23.94 | 76.05 | 23.42 | 76.59 | 20.30 | 79.36 | 18.44 | 80.46 |
| 26 | 62.25 | 37.27 | 55.77 | 42.90 | 56.24 | 41.49 | 57.56 | 42.43 | 55.98 | 44.01 | 56.10 | 43.89 | 46.51 | 51.09 | 58.89 | 39.20 | 58.79 | 38.77 | 64.14 | 33.69 | 65.53 | 34.47 | 65.80 | 34.20 | 53.65 | 45.92 | 50.68 | 47.61 |
| 27 | 41.43 | 58.00 | 36.17 | 62.78 | 36.61 | 61.49 | 37.77 | 62.23 | 36.00 | 64.00 | 36.67 | 63.32 | 31.40 | 66.32 | 40.78 | 57.07 | 38.74 | 59.15 | 41.89 | 56.12 | 45.64 | 54.36 | 44.94 | 55.05 | 36.71 | 62.81 | 34.44 | 64.24 |
| 28 | 47.48 | 51.92 | 41.05 | 57.87 | 41.62 | 56.37 | 42.58 | 57.42 | 41.04 | 58.96 | 41.03 | 58.97 | 37.20 | 60.08 | 44.63 | 52.89 | 38.82 | 58.23 | 44.43 | 53.25 | 48.07 | 51.93 | 47.45 | 52.55 | 39.71 | 59.71 | 36.94 | 61.51 |

Included in this chart are the results of Florida's 14 statewide general-election contests from 2012 to 2020. Highlighted cells indicate the contest's winner. This set of statistics is provided as part of the functional analysis for this plan's performing minority districts. All statistics denoted are percentages.

# Cubanos_cd_a

## 2020 General Election

| District | 2020 Census | | Total Registered Voters (RV) | | | | | DEM RV | | REP RV | | NPA RV | | Black RV | | Hispanic RV | | Total Voter Turnout (VT) | | | | | DEM VT | | REP VT | | NPA VT | | Black VT | | Hispanic VT | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | BVAP | HVAP | DEM | REP | NPA | Black | Hisp. | Black | Hisp. | Black | Hisp. | Black | Hisp. | DEM | REP | NPA | DEM | REP | NPA | DEM | REP | NPA | Black | Hisp. | Black | Hisp. | Black | Hisp. | Black | Hisp. | DEM | REP | NPA |
| 5 | 12.80 | 10.86 | 29.90 | 45.97 | 24.13 | 10.97 | 5.90 | 27.60 | 7.26 | 1.19 | 3.62 | 0.00 | 0.00 | 75.23 | 4.97 | 19.80 | 36.81 | 28.24 | 34.86 | 30.10 | 49.31 | 20.59 | 9.83 | 5.31 | 25.82 | 6.72 | 0.97 | 3.38 | 0.00 | 0.00 | 79.03 | 4.85 | 16.02 | 38.07 | 31.42 | 30.38 |
| 20 | 48.56 | 23.61 | 60.78 | 14.26 | 24.96 | 45.43 | 15.62 | 60.95 | 11.74 | 8.11 | 19.38 | 0.00 | 0.00 | 81.55 | 2.55 | 15.89 | 45.70 | 17.70 | 36.55 | 63.10 | 15.20 | 21.70 | 44.82 | 15.48 | 60.32 | 11.45 | 6.26 | 19.71 | 0.00 | 0.00 | 84.93 | 2.12 | 12.93 | 46.68 | 19.36 | 33.84 |
| 24 | 40.17 | 40.32 | 56.77 | 14.97 | 28.26 | 39.81 | 30.93 | 57.06 | 21.79 | 6.88 | 47.57 | 0.00 | 0.00 | 81.37 | 2.59 | 16.06 | 39.99 | 23.01 | 36.99 | 58.26 | 16.02 | 25.73 | 39.50 | 31.24 | 57.11 | 21.47 | 5.52 | 49.07 | 0.00 | 0.00 | 84.22 | 2.24 | 13.53 | 40.04 | 25.16 | 34.79 |
| 26 | 3.44 | 91.08 | 26.57 | 38.68 | 34.75 | 1.66 | 83.09 | 4.38 | 78.95 | 0.28 | 86.87 | 0.00 | 0.00 | 70.13 | 6.50 | 23.36 | 25.25 | 40.44 | 34.31 | 25.84 | 42.22 | 31.94 | 1.52 | 83.96 | 4.29 | 78.91 | 0.22 | 87.47 | 0.00 | 0.00 | 72.83 | 6.21 | 20.76 | 24.29 | 43.98 | 31.73 |
| 27 | 14.65 | 66.74 | 43.20 | 25.33 | 31.47 | 15.74 | 53.57 | 30.37 | 40.58 | 1.65 | 70.82 | 0.00 | 0.00 | 83.35 | 2.65 | 13.96 | 32.73 | 33.49 | 33.78 | 42.86 | 27.95 | 29.19 | 13.40 | 55.33 | 27.05 | 41.41 | 1.04 | 72.09 | 0.00 | 0.00 | 86.52 | 2.18 | 11.23 | 32.08 | 36.42 | 31.50 |
| 28 | 13.25 | 64.97 | 38.29 | 29.65 | 32.06 | 12.08 | 53.53 | 24.93 | 43.30 | 1.33 | 59.77 | 0.00 | 0.00 | 79.00 | 3.26 | 17.74 | 30.98 | 33.11 | 35.91 | 38.31 | 32.68 | 29.01 | 10.95 | 53.60 | 23.51 | 42.38 | 0.99 | 60.16 | 0.00 | 0.00 | 82.26 | 2.97 | 14.78 | 30.29 | 36.69 | 33.02 |

## 2020 Primary Election

| District | 2020 Census | | Total Voter Turnout (VT) | | | | | DEM VT | | REP VT | | Black VT | | Hispanic VT | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | BVAP | HVAP | DEM | REP | Black | Hisp. | Black | Hisp | Black | Hisp. | DEM | REP | DEM | REP |
| 5 | 12.80 | 10.86 | 34.50 | 57.40 | 11.22 | 3.28 | 28.26 | 4.14 | 0.96 | 2.32 | 86.85 | 4.92 | 43.54 | 40.66 |
| 20 | 48.56 | 23.61 | 78.01 | 11.78 | 52.88 | 9.30 | 62.57 | 7.32 | 6.45 | 14.75 | 92.31 | 1.44 | 61.42 | 18.68 |
| 24 | 40.17 | 40.32 | 73.28 | 12.58 | 49.88 | 22.73 | 61.90 | 15.35 | 6.01 | 48.73 | 90.96 | 1.52 | 49.49 | 26.98 |
| 26 | 3.44 | 91.08 | 26.89 | 51.34 | 1.89 | 83.80 | 5.76 | 74.66 | 0.18 | 88.28 | 82.02 | 4.78 | 23.96 | 54.08 |
| 27 | 14.65 | 66.74 | 49.77 | 31.33 | 15.21 | 54.18 | 28.08 | 36.51 | 0.72 | 77.22 | 91.89 | 1.48 | 33.54 | 44.65 |
| 28 | 13.25 | 64.97 | 47.62 | 34.79 | 14.08 | 45.82 | 26.36 | 32.89 | 0.88 | 56.79 | 89.14 | 2.18 | 34.19 | 43.12 |

## 2018 General Election

| District | 2020 Census | | Total Registered Voters (RV) | | | | | DEM RV | | REP RV | | NPA RV | | Black RV | | Hispanic RV | | Total Voter Turnout (VT) | | | | | DEM VT | | REP VT | | NPA VT | | Black VT | | Hispanic VT | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | BVAP | HVAP | DEM | REP | NPA | Black | Hisp. | Black | Hisp. | Black | Hisp. | Black | Hisp. | DEM | REP | NPA | DEM | REP | NPA | DEM | REP | NPA | Black | Hisp. | Black | Hisp. | Black | Hisp. | Black | Hisp. | DEM | REP | NPA |
| 5 | 12.80 | 10.86 | 28.84 | 46.56 | 24.61 | 10.85 | 5.35 | 28.50 | 6.67 | 1.13 | 3.19 | 0.00 | 0.00 | 75.77 | 4.83 | 19.36 | 35.97 | 27.74 | 36.17 | 29.82 | 51.47 | 18.71 | 10.24 | 4.30 | 27.65 | 5.58 | 0.91 | 2.66 | 0.00 | 0.00 | 80.53 | 4.59 | 14.86 | 38.75 | 31.93 | 29.11 |
| 20 | 48.56 | 23.61 | 61.34 | 14.09 | 24.56 | 44.99 | 14.57 | 60.30 | 11.20 | 8.15 | 16.81 | 0.00 | 0.00 | 82.22 | 2.55 | 15.19 | 47.14 | 16.26 | 36.50 | 66.14 | 14.97 | 18.88 | 47.15 | 12.39 | 61.69 | 9.45 | 6.31 | 15.45 | 0.00 | 0.00 | 86.55 | 2.00 | 11.42 | 50.42 | 18.67 | 30.64 |
| 24 | 40.17 | 40.32 | 58.65 | 14.03 | 27.32 | 40.74 | 29.59 | 57.09 | 21.29 | 7.23 | 45.54 | 0.00 | 0.00 | 82.18 | 2.49 | 15.32 | 42.18 | 21.59 | 36.22 | 63.41 | 14.64 | 21.94 | 44.43 | 26.45 | 60.28 | 18.13 | 6.06 | 45.26 | 0.00 | 0.00 | 86.03 | 2.00 | 11.94 | 43.46 | 25.05 | 31.47 |
| 26 | 3.44 | 91.08 | 28.17 | 36.85 | 34.98 | 1.73 | 82.43 | 4.38 | 78.98 | 0.29 | 86.13 | 0.00 | 0.00 | 71.21 | 6.20 | 22.64 | 26.99 | 38.50 | 34.51 | 27.36 | 44.09 | 28.54 | 1.90 | 82.68 | 5.27 | 76.70 | 0.24 | 86.62 | 0.00 | 0.00 | 75.73 | 5.49 | 18.66 | 25.38 | 46.19 | 28.43 |
| 27 | 14.65 | 66.74 | 43.87 | 25.13 | 31.00 | 16.21 | 53.48 | 31.19 | 40.86 | 1.60 | 70.51 | 0.00 | 0.00 | 84.40 | 2.48 | 13.09 | 33.52 | 33.13 | 33.35 | 45.37 | 28.72 | 25.91 | 15.44 | 52.42 | 30.02 | 37.83 | 0.98 | 71.35 | 0.00 | 0.00 | 88.21 | 1.82 | 9.90 | 32.74 | 39.08 | 28.18 |
| 28 | 13.25 | 64.97 | 39.71 | 28.25 | 32.04 | 12.63 | 51.19 | 25.32 | 42.16 | 1.43 | 56.42 | 0.00 | 0.00 | 79.61 | 3.20 | 17.22 | 32.70 | 31.14 | 36.16 | 41.89 | 32.45 | 25.66 | 13.02 | 47.41 | 26.11 | 37.02 | 1.05 | 54.59 | 0.00 | 0.00 | 84.02 | 2.62 | 13.33 | 32.71 | 37.35 | 29.93 |

## 2018 Primary Election

| District | 2020 Census | | Total Voter Turnout (VT) | | | | | DEM VT | | REP VT | | Black VT | | Hispanic VT | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | BVAP | HVAP | DEM | REP | Black | Hisp. | Black | Hisp | Black | Hisp. | DEM | REP | DEM | REP |
| 5 | 12.80 | 10.86 | 34.41 | 58.79 | 11.10 | 2.69 | 28.45 | 3.47 | 0.90 | 1.92 | 88.20 | 4.75 | 44.34 | 41.96 |
| 20 | 48.56 | 23.61 | 76.03 | 15.40 | 51.40 | 7.28 | 62.79 | 5.71 | 5.28 | 11.16 | 92.88 | 1.58 | 59.62 | 23.60 |
| 24 | 40.17 | 40.32 | 75.59 | 13.91 | 53.24 | 17.99 | 64.93 | 11.87 | 6.14 | 41.01 | 92.19 | 1.60 | 49.89 | 31.71 |
| 26 | 3.44 | 91.08 | 27.55 | 56.69 | 2.31 | 82.42 | 7.29 | 69.79 | 0.19 | 87.91 | 86.80 | 4.72 | 23.33 | 60.47 |
| 27 | 14.65 | 66.74 | 52.81 | 33.49 | 18.47 | 49.71 | 32.57 | 31.04 | 0.77 | 75.33 | 93.10 | 1.40 | 32.98 | 50.76 |
| 28 | 13.25 | 64.97 | 51.02 | 36.59 | 15.99 | 36.96 | 28.75 | 25.86 | 0.91 | 49.36 | 91.75 | 2.08 | 35.70 | 48.87 |

Included in these charts are the statistics of Registered Voters (RV) and Voter Turnout (VT) for the 2020 and 2018 general and primary elections. For example, the column entitled "DEM RV" indicates the percentage of registered Democrats who are Black and the percentage of registered Democrats who are Hispanic. Conversely, the percentage of Black registered voters who are Democrats, and the percentage of Hispanic registered voters who are Democrat, can be found in the column entitled "Hispanic RV." This set of statistics is provided as part of the functional analysis for this plan's performing minority districts. All statistics denoted are percentages.

# Cubanos_cd_a

## 2016 General Election

| District | 2020 Census | | Total Registered Voters (RV) | | | | | DEM RV | | REP RV | | NPA RV | | Black RV | | Hispanic RV | | Total Voter Turnout (VT) | | | DEM VT | | | REP VT | | | NPA VT | | Black VT | | Hispanic VT | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | BVAP | HVAP | DEM | REP | NPA | Black | Hisp. | Black | Hisp. | Black | Hisp. | Black | Hisp. | DEM | REP | DEM | REP | DEM | REP | NPA | DEM | REP | NPA | DEM | REP | NPA | Black | Hisp. | Black | Hisp. | Black | Hisp. | DEM | REP | NPA |
| 5 | 12.80 | 10.86 | 28.66 | 47.42 | 23.92 | 11.01 | 4.94 | 29.52 | 6.10 | 1.18 | 3.05 | 0.00 | 0.00 | 76.83 | 5.09 | 18.03 | 35.41 | 29.30 | 35.13 | 28.42 | 51.28 | 20.30 | 10.03 | 4.41 | 28.44 | 5.67 | 0.94 | 2.78 | 0.00 | 0.00 | 80.64 | 4.82 | 14.52 | 36.54 | 32.32 | 31.01 |
| 20 | 48.56 | 23.61 | 62.07 | 14.26 | 23.66 | 44.78 | 13.63 | 59.89 | 10.60 | 8.25 | 15.83 | 0.00 | 0.00 | 83.02 | 2.63 | 14.32 | 48.26 | 16.56 | 35.10 | 64.86 | 14.88 | 20.27 | 44.96 | 13.50 | 59.96 | 10.46 | 6.37 | 15.65 | 0.00 | 0.00 | 86.50 | 2.11 | 11.36 | 50.25 | 17.25 | 32.29 |
| 24 | 40.17 | 40.32 | 59.75 | 14.19 | 26.05 | 41.07 | 28.65 | 57.16 | 20.52 | 7.35 | 44.95 | 0.00 | 0.00 | 83.15 | 2.54 | 14.31 | 42.79 | 22.27 | 34.96 | 62.08 | 14.59 | 23.33 | 41.59 | 28.64 | 57.64 | 20.18 | 6.01 | 45.80 | 0.00 | 0.00 | 86.04 | 2.11 | 11.83 | 43.76 | 23.33 | 32.90 |
| 26 | 3.44 | 91.08 | 28.48 | 37.83 | 33.70 | 1.75 | 82.68 | 4.40 | 78.80 | 0.30 | 86.30 | 0.00 | 0.00 | 71.43 | 6.49 | 21.83 | 27.14 | 39.48 | 33.37 | 28.65 | 40.52 | 30.82 | 1.69 | 83.26 | 4.41 | 78.57 | 0.26 | 86.85 | 0.00 | 0.00 | 74.77 | 6.13 | 19.19 | 27.04 | 42.27 | 30.70 |
| 27 | 14.65 | 66.74 | 44.19 | 25.99 | 29.83 | 16.79 | 53.47 | 32.50 | 40.31 | 1.58 | 70.93 | 0.00 | 0.00 | 85.53 | 2.45 | 11.95 | 33.31 | 34.47 | 32.21 | 44.61 | 27.78 | 27.60 | 15.15 | 54.37 | 30.01 | 40.81 | 1.02 | 71.53 | 0.00 | 0.00 | 88.41 | 1.88 | 9.63 | 33.49 | 36.55 | 29.95 |
| 28 | 13.25 | 64.97 | 40.24 | 28.46 | 31.30 | 12.88 | 49.15 | 25.70 | 40.15 | 1.49 | 54.74 | 0.00 | 0.00 | 80.31 | 3.29 | 16.37 | 32.87 | 31.69 | 35.44 | 41.24 | 30.83 | 27.94 | 12.12 | 48.57 | 24.60 | 39.22 | 1.12 | 53.99 | 0.00 | 0.00 | 83.74 | 2.84 | 13.38 | 33.30 | 34.27 | 32.43 |

## 2016 Primary Election

| District | 2020 Census | | Total Voter Turnout (VT) | | | | DEM VT | | REP VT | | Black VT | | Hispanic VT | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | BVAP | HVAP | DEM | REP | Black | Hisp. | Black | Hisp | Black | Hisp. | DEM | REP | DEM | REP |
| 5 | 12.80 | 10.86 | 26.83 | 64.48 | 8.20 | 2.16 | 26.21 | 2.71 | 0.91 | 1.71 | 85.78 | 7.12 | 33.65 | 51.01 |
| 20 | 48.56 | 23.61 | 78.32 | 14.38 | 53.00 | 5.90 | 63.65 | 4.42 | 5.87 | 10.26 | 94.06 | 1.59 | 58.68 | 25.02 |
| 24 | 40.17 | 40.32 | 74.90 | 14.98 | 51.03 | 19.26 | 63.35 | 11.56 | 5.68 | 46.52 | 92.98 | 1.67 | 44.95 | 36.18 |
| 26 | 3.44 | 91.08 | 23.43 | 58.81 | 1.74 | 85.11 | 6.24 | 72.70 | 0.19 | 89.56 | 84.01 | 6.58 | 20.01 | 61.88 |
| 27 | 14.65 | 66.74 | 45.86 | 38.62 | 16.83 | 55.92 | 34.45 | 32.71 | 0.70 | 78.95 | 93.85 | 1.61 | 26.82 | 54.53 |
| 28 | 13.25 | 64.97 | 46.68 | 37.90 | 14.09 | 39.49 | 27.76 | 25.66 | 0.84 | 51.04 | 91.95 | 2.25 | 30.34 | 48.99 |

## 2014 General Election

| District | 2020 Census | | Total Registered Voters (RV) | | | | | DEM RV | | REP RV | | NPA RV | | Black RV | | Hispanic RV | | Total Voter Turnout (VT) | | | DEM VT | | | REP VT | | | NPA VT | | Black VT | | Hispanic VT | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | BVAP | HVAP | DEM | REP | NPA | Black | Hisp. | Black | Hisp. | Black | Hisp. | Black | Hisp. | DEM | REP | DEM | REP | DEM | REP | NPA | DEM | REP | NPA | DEM | REP | NPA | Black | Hisp. | Black | Hisp. | Black | Hisp. | DEM | REP | NPA |
| 5 | 12.80 | 10.86 | 29.21 | 46.68 | 24.11 | 11.14 | 4.35 | 29.65 | 5.08 | 1.18 | 2.78 | 0.00 | 0.00 | 77.73 | 4.92 | 17.33 | 34.06 | 29.75 | 36.05 | 27.81 | 55.05 | 17.14 | 9.07 | 2.72 | 26.98 | 2.97 | 0.81 | 2.05 | 0.00 | 0.00 | 82.72 | 4.94 | 12.16 | 30.39 | 41.51 | 27.59 |
| 20 | 48.56 | 23.61 | 62.70 | 14.43 | 22.87 | 44.50 | 12.06 | 59.39 | 9.18 | 8.35 | 14.25 | 0.00 | 0.00 | 83.67 | 2.71 | 13.60 | 47.76 | 17.07 | 35.06 | 68.02 | 15.64 | 16.34 | 47.65 | 8.20 | 62.06 | 5.89 | 6.50 | 11.54 | 0.00 | 0.00 | 88.59 | 2.13 | 9.17 | 48.87 | 22.01 | 28.61 |
| 24 | 40.17 | 40.32 | 60.88 | 14.27 | 24.85 | 42.11 | 26.69 | 57.91 | 18.36 | 7.78 | 44.56 | 0.00 | 0.00 | 83.73 | 2.64 | 13.65 | 41.88 | 23.82 | 34.27 | 67.80 | 14.68 | 17.52 | 49.28 | 20.26 | 64.26 | 12.34 | 6.76 | 42.58 | 0.00 | 0.00 | 88.42 | 2.01 | 9.54 | 41.29 | 30.85 | 27.84 |
| 26 | 3.44 | 91.08 | 27.69 | 39.87 | 32.44 | 1.87 | 82.46 | 4.84 | 77.79 | 0.33 | 85.88 | 0.00 | 0.00 | 71.83 | 7.08 | 21.04 | 26.12 | 41.53 | 32.36 | 25.22 | 51.07 | 23.70 | 2.14 | 81.82 | 6.65 | 71.40 | 0.25 | 86.68 | 0.00 | 0.00 | 78.33 | 6.03 | 15.48 | 22.01 | 54.11 | 23.89 |
| 27 | 14.65 | 66.74 | 43.89 | 27.40 | 28.70 | 18.05 | 52.32 | 35.46 | 37.19 | 1.71 | 71.46 | 0.00 | 0.00 | 86.23 | 2.59 | 11.13 | 31.20 | 37.43 | 31.38 | 45.53 | 33.17 | 21.28 | 18.94 | 49.79 | 37.84 | 30.06 | 1.01 | 72.73 | 0.00 | 0.00 | 90.96 | 1.78 | 7.16 | 27.49 | 48.45 | 24.05 |
| 28 | 13.25 | 64.97 | 40.76 | 28.59 | 30.65 | 13.90 | 46.37 | 27.54 | 36.55 | 1.67 | 53.42 | 0.00 | 0.00 | 80.75 | 3.43 | 15.81 | 32.12 | 32.93 | 34.94 | 43.23 | 34.25 | 22.52 | 14.79 | 38.08 | 29.52 | 26.25 | 1.15 | 48.12 | 0.00 | 0.00 | 86.32 | 2.66 | 10.99 | 29.80 | 43.28 | 26.91 |

## 2014 Primary Election

| District | 2020 Census | | Total Voter Turnout (VT) | | | | DEM VT | | REP VT | | Black VT | | Hispanic VT | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | BVAP | HVAP | DEM | REP | Black | Hisp. | Black | Hisp | Black | Hisp. | DEM | REP | DEM | REP |
| 5 | 12.80 | 10.86 | 27.13 | 65.07 | 7.31 | 1.73 | 23.60 | 1.99 | 0.70 | 1.44 | 87.62 | 6.21 | 31.18 | 53.98 |
| 20 | 48.56 | 23.61 | 79.68 | 13.34 | 54.48 | 3.81 | 64.50 | 2.66 | 6.76 | 7.64 | 94.34 | 1.66 | 55.71 | 26.76 |
| 24 | 40.17 | 40.32 | 77.93 | 12.40 | 57.99 | 13.55 | 69.08 | 7.17 | 7.18 | 42.85 | 92.83 | 1.54 | 41.25 | 39.22 |
| 26 | 3.44 | 91.08 | 20.58 | 63.19 | 1.82 | 84.00 | 7.52 | 66.29 | 0.16 | 89.34 | 85.11 | 5.49 | 16.24 | 67.21 |
| 27 | 14.65 | 66.74 | 47.21 | 38.81 | 21.90 | 51.78 | 43.72 | 24.82 | 0.77 | 79.95 | 94.22 | 1.37 | 22.63 | 59.93 |
| 28 | 13.25 | 64.97 | 45.58 | 39.58 | 14.18 | 32.62 | 28.24 | 18.60 | 0.88 | 45.66 | 90.76 | 2.45 | 25.98 | 55.40 |

*Included in these charts are the statistics of Registered Voters (RV) and Voter Turnout (VT) for the 2016 and 2014 general and primary elections. For example, the column entitled "DEM RV" indicates the percentage of registered Democrats who are Black and the percentage of registered Democrats who are Hispanic. Conversely, the percentage of Black registered voters who are Democrats, and the percentage of Hispanic registered voters who are Democrat, can be found in the column entitled "Hispanic RV." This set of statistics is provided as part of the functional analysis for this plan's performing minority districts. All statistics denoted are percentages.*

# Cubanos_cd_a

| District | 2020 Census | | 2012 General Election | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Total Registered Voters (RV) | | | | | DEM RV | | REP RV | | NPA RV | | Black RV | | Hispanic RV | | Total Voter Turnout (VT) | | | DEM VT | | | REP VT | | | NPA VT | | Black VT | | Hispanic VT | |
| | BVAP | HVAP | DEM | REP | NPA | Black | Hisp. | Black | Hisp. | Black | Hisp. | Black | Hisp. | DEM | REP | NPA | DEM | REP | DEM | REP | NPA | DEM | REP | NPA | DEM | REP | NPA | Black | Hisp. | Black | Hisp. | DEM | REP | NPA |
| 5 | 12.80 | 10.86 | 30.31 | 47.41 | 22.28 | 11.21 | 4.06 | 29.18 | 4.63 | 1.22 | 2.69 | 0.00 | 0.00 | 78.93 | 5.14 | 15.91 | 34.53 | 31.34 | 33.90 | 30.07 | 51.27 | 18.66 | 11.22 | 3.47 | 30.45 | 3.99 | 1.03 | 2.39 | 0.00 | 0.00 | 81.60 | 4.69 | 13.68 | 34.51 | 35.26 | 29.92 |
| 20 | 48.56 | 23.61 | 63.34 | 15.05 | 21.60 | 43.60 | 11.21 | 58.01 | 8.66 | 8.58 | 13.29 | 0.00 | 0.00 | 84.27 | 2.96 | 12.75 | 48.95 | 17.85 | 33.05 | 66.83 | 14.90 | 18.26 | 46.94 | 10.15 | 61.03 | 7.65 | 7.24 | 12.98 | 0.00 | 0.00 | 86.88 | 2.30 | 10.77 | 50.37 | 19.05 | 30.28 |
| 24 | 40.17 | 40.32 | 61.73 | 14.82 | 23.45 | 41.79 | 25.65 | 56.93 | 17.73 | 7.94 | 43.22 | 0.00 | 0.00 | 84.07 | 2.82 | 13.11 | 42.67 | 24.97 | 32.35 | 65.06 | 14.51 | 20.43 | 45.44 | 23.92 | 60.37 | 15.96 | 7.23 | 44.01 | 0.00 | 0.00 | 86.43 | 2.31 | 11.24 | 43.42 | 26.70 | 29.90 |
| 26 | 3.44 | 91.08 | 28.02 | 41.48 | 30.49 | 2.01 | 81.69 | 5.31 | 76.24 | 0.33 | 85.47 | 0.00 | 0.00 | 73.91 | 6.80 | 19.27 | 26.15 | 43.40 | 30.44 | 27.57 | 45.44 | 26.99 | 2.12 | 82.22 | 5.88 | 75.19 | 0.26 | 86.26 | 0.00 | 0.00 | 76.56 | 5.67 | 17.70 | 25.21 | 47.68 | 27.12 |
| 27 | 14.65 | 66.74 | 45.15 | 28.05 | 26.81 | 19.12 | 50.92 | 36.75 | 35.49 | 1.92 | 70.98 | 0.00 | 0.00 | 86.76 | 2.82 | 10.40 | 31.47 | 39.10 | 29.43 | 45.59 | 30.22 | 24.19 | 18.69 | 50.97 | 36.52 | 34.34 | 1.27 | 71.64 | 0.00 | 0.00 | 89.07 | 2.06 | 8.81 | 30.72 | 42.48 | 26.76 |
| 28 | 13.25 | 64.97 | 41.87 | 29.46 | 28.67 | 14.24 | 44.77 | 27.73 | 35.07 | 1.79 | 52.17 | 0.00 | 0.00 | 81.56 | 3.70 | 14.75 | 32.80 | 34.32 | 32.88 | 43.15 | 31.89 | 24.95 | 14.85 | 42.31 | 29.03 | 31.66 | 1.42 | 50.64 | 0.00 | 0.00 | 84.38 | 3.05 | 12.59 | 32.29 | 38.18 | 29.53 |

| District | 2020 Census | | 2012 Primary Election | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Total Voter Turnout (VT) | | | | DEM VT | | REP VT | | Black VT | Hispanic VT |
| | BVAP | HVAP | DEM | REP | Black | Hisp. | Black | Hisp | Black | Hisp. | DEM | REP | DEM | REP |
| 5  | 12.80 | 10.86 | 26.87 | 66.70 | 8.09  | 1.49  | 26.19 | 1.50  | 0.72 | 1.32  | 86.97 | 5.97 | 27.15 | 59.36 |
| 20 | 48.56 | 23.61 | 74.82 | 17.51 | 51.13 | 3.86  | 63.65 | 2.60  | 5.66 | 7.23  | 93.14 | 1.94 | 50.44 | 32.78 |
| 24 | 40.17 | 40.32 | 74.86 | 15.16 | 56.21 | 15.11 | 69.18 | 7.59  | 6.66 | 42.84 | 92.15 | 1.80 | 37.60 | 42.99 |
| 26 | 3.44  | 91.08 | 20.36 | 62.36 | 1.76  | 83.56 | 7.19  | 67.21 | 0.20 | 88.42 | 83.26 | 7.21 | 16.37 | 65.98 |
| 27 | 14.65 | 66.74 | 44.56 | 40.81 | 21.39 | 53.28 | 44.93 | 25.83 | 0.87 | 79.00 | 93.63 | 1.66 | 21.60 | 60.50 |
| 28 | 13.25 | 64.97 | 46.17 | 39.18 | 16.46 | 34.27 | 32.39 | 19.55 | 1.10 | 46.67 | 90.85 | 2.62 | 26.34 | 53.35 |

*Included in these charts are the statistics of Registered Voters (RV) and Voter Turnout (VT) for the 2012 general and primary elections. For example, the column entitled "DEM RV" indicates the percentage of registered Democrats who are Black and the percentage of registered Democrats who are Hispanic. Conversely, the percentage of Black registered voters who are Democrats, and the percentage of Hispanic registered voters who are Democrat, can be found in the column entitled "Hispanic RV." This set of statistics is provided as part of the functional analysis for this plan's performing minority districts. All statistics denoted are percentages.*

# Cubanos_cd_a

| City Split List | | |
|---|---|---|
| City | District | Total Population |
| **Boynton Beach** | 22 | 43,791 |
| **Boynton Beach** | 23 | 36,589 |
| **Davie** | 20 | 0 |
| **Davie** | 25 | 105,691 |
| **Deerfield Beach** | 20 | 35,719 |
| **Deerfield Beach** | 23 | 35,329 |
| **Deerfield Beach** | 25 | 15,811 |
| **Fort Lauderdale** | 20 | 55,725 |
| **Fort Lauderdale** | 25 | 127,035 |
| **Frostproof** | 18 | 0 |
| **Frostproof** | 21 | 2,877 |
| **Hollywood** | 24 | 0 |
| **Hollywood** | 25 | 153,067 |
| **Jacksonville** | 4 | 459,228 |
| **Jacksonville** | 5 | 490,383 |
| **Jupiter** | 21 | 49,264 |
| **Jupiter** | 22 | 11,783 |
| **Lake Wales** | 18 | 0 |
| **Lake Wales** | 21 | 16,361 |
| **Lakeland** | 15 | 49,933 |
| **Lakeland** | 18 | 62,708 |
| **Miami** | 26 | 0 |
| **Miami** | 27 | 442,241 |
| **Oakland Park** | 20 | 15,037 |
| **Oakland Park** | 25 | 29,192 |
| **Orlando** | 9 | 81,845 |
| **Orlando** | 10 | 225,262 |
| **Orlando** | 11 | 466 |
| **Pembroke Pines** | 24 | 94,915 |
| **Pembroke Pines** | 25 | 76,263 |
| **Plantation** | 20 | 70,101 |
| **Plantation** | 25 | 21,649 |
| **Pompano Beach** | 20 | 53,138 |
| **Pompano Beach** | 25 | 58,908 |
| **Riviera Beach** | 20 | 25,813 |
| **Riviera Beach** | 22 | 11,791 |
| **St. Petersburg** | 13 | 82,168 |
| **St. Petersburg** | 14 | 176,140 |
| **Tampa** | 14 | 287,435 |
| **Tampa** | 15 | 97,524 |
| **Venice** | 16 | 0 |
| **Venice** | 17 | 25,463 |
| **West Palm Beach** | 20 | 42,482 |
| **West Palm Beach** | 22 | 74,933 |

| City Split List | | |
|---|---|---|
| City | District | Total Population |
| **Winter Haven** | 18 | 49,219 |
| **Winter Haven** | 21 | 0 |

HOUSE_000147

# Cubanos_cd_a

## County Share of Population

| County | District | Total Population | County | District | Total Population | County | District | Total Population |
|---|---|---|---|---|---|---|---|---|
| Broward | 23 | 321,531 | Sarasota | 16 | 258,605 | | | |
| Broward | 24 | 292,243 | Sarasota | 17 | 175,401 | | | |
| Broward | 25 | 769,221 | St. Johns | 5 | 234,278 | | | |
| Broward | 20 | 561,380 | St. Johns | 6 | 39,147 | | | |
| Duval | 4 | 460,624 | Volusia | 6 | 255,178 | | | |
| Duval | 5 | 534,943 | Volusia | 7 | 298,365 | | | |
| Hendry | 19 | 39,619 | Walton | 2 | 27,657 | | | |
| Hendry | 21 | 0 | Walton | 1 | 47,648 | | | |
| Hillsborough | 18 | 317,908 | | | | | | |
| Hillsborough | 14 | 579,335 | | | | | | |
| Hillsborough | 15 | 510,916 | | | | | | |
| Hillsborough | 16 | 51,603 | | | | | | |
| Lafayette | 2 | 1,731 | | | | | | |
| Lafayette | 3 | 6,495 | | | | | | |
| Lake | 6 | 117,124 | | | | | | |
| Lake | 11 | 266,832 | | | | | | |
| Lee | 17 | 406,973 | | | | | | |
| Lee | 19 | 353,849 | | | | | | |
| Marion | 3 | 206,835 | | | | | | |
| Marion | 6 | 169,073 | | | | | | |
| Marion | 12 | 0 | | | | | | |
| Miami-Dade | 28 | 686,347 | | | | | | |
| Miami-Dade | 24 | 476,978 | | | | | | |
| Miami-Dade | 26 | 769,221 | | | | | | |
| Miami-Dade | 27 | 769,221 | | | | | | |
| Orange | 9 | 326,695 | | | | | | |
| Orange | 10 | 769,221 | | | | | | |
| Orange | 11 | 331,171 | | | | | | |
| Orange | 8 | 2,821 | | | | | | |
| Orange | 7 | 0 | | | | | | |
| Palm Beach | 20 | 207,841 | | | | | | |
| Palm Beach | 21 | 67,439 | | | | | | |
| Palm Beach | 22 | 769,221 | | | | | | |
| Palm Beach | 23 | 447,690 | | | | | | |
| Pasco | 12 | 420,863 | | | | | | |
| Pasco | 15 | 141,028 | | | | | | |
| Pinellas | 14 | 189,886 | | | | | | |
| Pinellas | 13 | 769,221 | | | | | | |
| Polk | 21 | 61,120 | | | | | | |
| Polk | 18 | 451,313 | | | | | | |
| Polk | 15 | 117,277 | | | | | | |
| Polk | 9 | 53,870 | | | | | | |
| Polk | 11 | 41,466 | | | | | | |

# Cubanos_cd_a

## Boundary Analysis

| District | City Boundaries(%) | County Boundaries(%) | Road Boundaries(%) | Water Boundaries(%) | Rail Boundaries(%) | Non Geo/Pol Boundaries(%) |
|---|---|---|---|---|---|---|
| Statewide Avg. | 16.46 | 52.25 | 18.43 | 37.68 | 0.96 | 12.11 |
| 1 | 8 | 78 | 10 | 53 | 0 | 3 |
| 2 | 5 | 84 | 7 | 49 | 0 | 3 |
| 3 | 6 | 85 | 7 | 32 | 0 | 5 |
| 4 | 8 | 86 | 2 | 55 | 0 | 2 |
| 5 | 16 | 48 | 7 | 79 | 0 | 13 |
| 6 | 16 | 42 | 17 | 32 | 2 | 15 |
| 7 | 22 | 68 | 9 | 40 | 2 | 8 |
| 8 | 0 | 89 | 7 | 44 | 0 | 4 |
| 9 | 2 | 61 | 25 | 27 | 0 | 12 |
| 10 | 13 | 26 | 35 | 2 | 1 | 37 |
| 11 | 14 | 49 | 27 | 26 | 2 | 13 |
| 12 | 7 | 84 | 13 | 63 | 0 | 8 |
| 13 | 15 | 75 | 12 | 67 | 0 | 3 |
| 14 | 12 | 19 | 46 | 21 | 1 | 13 |
| 15 | 3 | 1 | 61 | 4 | 0 | 32 |
| 16 | 12 | 68 | 8 | 33 | 0 | 8 |
| 17 | 13 | 45 | 5 | 47 | 0 | 14 |
| 18 | 15 | 24 | 33 | 5 | 3 | 22 |
| 19 | 1 | 76 | 1 | 46 | 0 | 8 |
| 20 | 28 | 41 | 16 | 13 | 3 | 18 |
| 21 | 5 | 82 | 5 | 37 | 2 | 4 |
| 22 | 31 | 19 | 28 | 24 | 0 | 26 |
| 23 | 35 | 31 | 21 | 37 | 3 | 24 |
| 24 | 52 | 27 | 28 | 30 | 0 | 11 |
| 25 | 37 | 30 | 26 | 32 | 6 | 11 |
| 26 | 39 | 13 | 48 | 7 | 1 | 15 |
| 27 | 43 | 21 | 8 | 67 | 1 | 6 |
| 28 | 3 | 91 | 4 | 83 | 0 | 1 |

HOUSE_000149