

# Cubanos_cd_b2

## STATEWIDE SNAPSHOT

| | | | | | |
|---|---|---|---|---|---|
| Total State Population: | 21,538,187 | Total Counties: | 67 | Reock Avg. | Median Reock |
| Ideal District Population: | 769,221 | Counties Split: | 19 | 0.48 | 0.49 |
| Mean Deviation: | 0    0.00% | Counties Kept Whole: | 48 | Convex Hull Avg. | Median Convex Hull |
| Max Deviation: | 0    0.00% | Total Cities: | 412 | 0.82 | 0.83 |
| Min Deviation: | -1    0.00% | Cities Split: | 16 | Polsby Popper Avg. | Median Polsby Popper |
| Overall Deviation Range: | 1    0.00% | Cities Kept Whole: | 396 | 0.43 | 0.46 |

## DISTRICT BREAKDOWN

| District | Population | | | Voting Age Population | | Compactness | | |
|---|---|---|---|---|---|---|---|---|
| | Total Population | Deviation from Ideal | % Deviation | BVAP % | HVAP % | Reock | Convex Hull | Polsby Popper |
| 1 | 769,221 | 0 | 0.00 | 13.54 | 6.69 | 0.54 | 0.87 | 0.48 |
| 2 | 769,221 | 0 | 0.00 | 23.09 | 6.42 | 0.46 | 0.82 | 0.48 |
| 3 | 769,221 | 0 | 0.00 | 15.88 | 10.64 | 0.57 | 0.90 | 0.50 |
| 4 | 769,221 | 0 | 0.00 | 31.66 | 7.82 | 0.38 | 0.76 | 0.32 |
| 5 | 769,221 | 0 | 0.00 | 12.80 | 10.86 | 0.56 | 0.89 | 0.52 |
| 6 | 769,221 | 0 | 0.00 | 11.22 | 9.78 | 0.74 | 0.92 | 0.48 |
| 7 | 769,221 | 0 | 0.00 | 10.53 | 18.97 | 0.47 | 0.83 | 0.40 |
| 8 | 769,221 | 0 | 0.00 | 9.68 | 10.05 | 0.32 | 0.78 | 0.45 |
| 9 | 769,221 | 0 | 0.00 | 13.02 | 50.04 | 0.49 | 0.86 | 0.47 |
| 10 | 769,221 | 0 | 0.00 | 25.98 | 28.63 | 0.41 | 0.75 | 0.37 |
| 11 | 769,221 | 0 | 0.00 | 12.71 | 17.00 | 0.54 | 0.80 | 0.34 |
| 12 | 769,221 | 0 | 0.00 | 5.29 | 11.72 | 0.45 | 0.75 | 0.38 |
| 13 | 769,221 | 0 | 0.00 | 7.09 | 9.56 | 0.51 | 0.93 | 0.58 |
| 14 | 769,221 | 0 | 0.00 | 19.13 | 25.97 | 0.48 | 0.83 | 0.47 |
| 15 | 769,221 | 0 | 0.00 | 15.48 | 23.27 | 0.61 | 0.79 | 0.43 |
| 16 | 769,221 | 0 | 0.00 | 8.20 | 14.56 | 0.59 | 0.87 | 0.52 |
| 17 | 769,220 | -1 | 0.00 | 6.13 | 12.74 | 0.50 | 0.85 | 0.46 |
| 18 | 769,221 | 0 | 0.00 | 15.11 | 21.69 | 0.39 | 0.84 | 0.32 |
| 19 | 769,221 | 0 | 0.00 | 6.77 | 23.28 | 0.50 | 0.89 | 0.56 |
| 20 | 769,221 | 0 | 0.00 | 48.56 | 23.61 | 0.53 | 0.79 | 0.28 |
| 21 | 769,221 | 0 | 0.00 | 12.62 | 17.29 | 0.41 | 0.88 | 0.51 |
| 22 | 769,221 | 0 | 0.00 | 16.02 | 25.95 | 0.54 | 0.80 | 0.22 |
| 23 | 769,221 | 0 | 0.00 | 14.74 | 17.79 | 0.41 | 0.80 | 0.45 |
| 24 | 769,221 | 0 | 0.00 | 36.33 | 44.70 | 0.32 | 0.81 | 0.38 |
| 25 | 769,221 | 0 | 0.00 | 12.63 | 33.26 | 0.31 | 0.63 | 0.29 |
| 26 | 769,221 | 0 | 0.00 | 17.49 | 71.56 | 0.42 | 0.80 | 0.46 |
| 27 | 769,221 | 0 | 0.00 | 7.07 | 74.17 | 0.71 | 0.95 | 0.72 |
| 28 | 769,221 | 0 | 0.00 | 10.47 | 73.12 | 0.23 | 0.55 | 0.24 |

HOUSE_000160

# Cubanos_cd_b2

## TOTAL REGISTERED VOTERS

| DISTRICT | BVAP % | HVAP % | Black % 2020 | 2018 | 2016 | 2014 | 2012 | Hispanic % 2020 | 2018 | 2016 | 2014 | 2012 | DEM % 2020 | 2018 | 2016 | 2014 | 2012 | REP % 2020 | 2018 | 2016 | 2014 | 2012 | NPA/Other % 2020 | 2018 | 2016 | 2014 | 2012 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5 | 12.80 | 10.86 | 10.97 | 10.85 | 11.01 | 11.14 | 11.21 | 7.26 | 6.67 | 6.10 | 5.08 | 4.06 | 29.90 | 28.84 | 28.66 | 29.21 | 30.31 | 45.97 | 46.56 | 47.42 | 46.68 | 47.41 | 24.13 | 24.61 | 23.92 | 24.11 | 22.28 |
| 20 | 48.56 | 23.61 | 45.43 | 44.99 | 44.78 | 44.50 | 43.60 | 11.74 | 11.20 | 10.60 | 9.18 | 11.21 | 60.78 | 61.34 | 62.07 | 62.70 | 63.34 | 14.26 | 14.09 | 14.26 | 14.43 | 15.05 | 24.96 | 24.56 | 23.66 | 22.87 | 21.60 |
| 24 | 36.33 | 44.70 | 36.22 | 37.10 | 37.38 | 38.29 | 38.09 | 24.47 | 24.11 | 23.35 | 21.16 | 29.61 | 54.27 | 56.26 | 57.35 | 58.41 | 59.35 | 16.59 | 15.46 | 15.64 | 15.73 | 16.29 | 29.14 | 28.28 | 27.01 | 25.86 | 24.37 |
| 26 | 17.49 | 71.56 | 19.63 | 20.36 | 21.11 | 22.67 | 23.86 | 41.73 | 41.99 | 41.26 | 38.39 | 54.08 | 43.10 | 44.77 | 45.71 | 46.06 | 47.34 | 25.24 | 23.94 | 24.51 | 25.67 | 26.30 | 31.66 | 31.29 | 29.78 | 28.27 | 26.36 |
| 27 | 7.07 | 74.17 | 6.14 | 6.29 | 6.50 | 6.98 | 7.28 | 50.90 | 50.83 | 50.08 | 46.88 | 59.29 | 34.54 | 35.09 | 35.16 | 34.58 | 35.40 | 33.44 | 33.11 | 34.02 | 35.56 | 36.61 | 32.02 | 31.80 | 30.82 | 29.86 | 27.99 |
| 28 | 10.47 | 73.12 | 8.71 | 9.02 | 9.04 | 9.59 | 9.82 | 54.16 | 53.76 | 52.37 | 49.53 | 58.25 | 33.96 | 35.31 | 35.55 | 35.36 | 36.11 | 32.51 | 30.91 | 31.40 | 32.18 | 33.41 | 33.52 | 33.77 | 33.05 | 32.45 | 30.47 |

Included in this chart are statistics of Registered Voters in Florida. This chart shows the percentage of all registered voters who, at the 2012, 2014, 2016, 2018 and 2020 general election, were (1) Black; (2) Hispanic; (3) Democrats; (4) Republicans; and (5) neither Democrats nor Republicans. This set of statistics is provided as part of the functional analysis for this plan's performing minority districts. All statistics denoted are percentages.

## TOTAL VOTER TURNOUT

| DISTRICT | BVAP % | HVAP % | Black % 2020 | 2018 | 2016 | 2014 | 2012 | Hispanic % 2020 | 2018 | 2016 | 2014 | 2012 | DEM % 2020 | 2018 | 2016 | 2014 | 2012 | REP % 2020 | 2018 | 2016 | 2014 | 2012 | NPA/Other % 2020 | 2018 | 2016 | 2014 | 2012 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5 | 12.80 | 10.86 | 9.83 | 10.24 | 10.03 | 9.07 | 11.22 | 5.31 | 4.30 | 4.41 | 2.72 | 3.47 | 30.10 | 29.82 | 28.42 | 27.81 | 30.07 | 49.31 | 51.47 | 51.28 | 55.05 | 51.27 | 20.59 | 18.71 | 20.30 | 17.14 | 18.66 |
| 20 | 48.56 | 23.61 | 44.82 | 47.15 | 44.96 | 47.65 | 46.94 | 15.48 | 12.39 | 13.50 | 8.20 | 10.15 | 63.10 | 66.14 | 64.86 | 68.02 | 66.83 | 15.20 | 14.97 | 14.88 | 15.64 | 14.90 | 21.70 | 18.88 | 20.27 | 16.34 | 18.26 |
| 24 | 36.33 | 44.70 | 36.03 | 41.09 | 37.95 | 46.08 | 41.82 | 35.31 | 30.26 | 32.76 | 23.62 | 27.80 | 55.59 | 60.95 | 59.54 | 65.42 | 62.61 | 17.86 | 16.36 | 16.18 | 16.36 | 16.12 | 26.56 | 22.69 | 24.28 | 18.22 | 21.28 |
| 26 | 17.49 | 71.56 | 17.44 | 21.00 | 19.89 | 25.75 | 24.47 | 46.53 | 46.33 | 48.13 | 48.39 | 42.36 | 42.36 | 46.53 | 46.33 | 48.13 | 48.39 | 28.33 | 27.86 | 26.25 | 31.33 | 28.23 | 29.31 | 25.62 | 27.42 | 20.53 | 23.38 |
| 27 | 7.07 | 74.17 | 5.43 | 6.31 | 5.97 | 7.41 | 7.29 | 63.64 | 60.30 | 61.82 | 56.67 | 58.75 | 34.54 | 36.41 | 35.80 | 35.84 | 35.81 | 35.98 | 37.30 | 36.05 | 42.23 | 39.22 | 29.49 | 26.29 | 28.16 | 21.93 | 24.97 |
| 28 | 10.47 | 73.12 | 7.75 | 9.32 | 8.39 | 10.15 | 10.24 | 64.32 | 59.61 | 61.02 | 53.06 | 56.69 | 33.59 | 36.49 | 36.16 | 35.88 | 36.67 | 35.99 | 36.39 | 34.17 | 40.12 | 36.66 | 30.41 | 27.13 | 29.67 | 24.00 | 26.67 |

Included in this chart are statistics of Voter Turnout in Florida. This chart shows the percentage of the actual electorate at the 2012, 2014, 2016, 2018 and 2020 general election, were (1) Black; (2) Hispanic; (3) Democrats; (4) Republicans; and (5) neither Democrats nor Republicans. This set of statistics is provided as part of the functional analysis for this plan's performing minority districts. All statistics denoted are percentages.

## ELECTION RESULTS

| DISTRICT | 2020 President R_Trump | D_Biden | 2018 Governor R_DeSantis | D_Gillum | 2018 AG R_Moody | D_Shaw | 2018 CFO R_Patronis | D_Ring | 2018 Ag Commish R_Caldwell | D_Fried | 2018 US Senate R_Scott | D_Nelson | 2016 President R_Trump | D_Clinton | 2016 US Senate R_Rubio | D_Murphy | 2014 Governor R_Scott | D_Crist | 2014 AG R_Bondi | D_Sheldon | 2014 CFO R_Atwater | D_Rankin | 2014 Ag Commish R_Putnam | D_Hamilton | 2012 President R_Romney | D_Obama | 2012 US Senate R_Mack | D_Nelson |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5 | 57.27 | 41.47 | 58.39 | 40.68 | 61.52 | 36.85 | 62.06 | 37.93 | 60.27 | 39.73 | 59.89 | 40.11 | 59.12 | 36.96 | 66.32 | 30.16 | 64.51 | 31.07 | 68.67 | 27.99 | 72.07 | 27.93 | 69.42 | 30.58 | 63.45 | 35.59 | 55.05 | 41.69 |
| 20 | 24.24 | 75.17 | 20.24 | 79.15 | 20.97 | 77.74 | 20.96 | 79.03 | 20.59 | 79.39 | 20.69 | 79.31 | 21.08 | 77.12 | 23.09 | 74.96 | 18.66 | 79.22 | 23.09 | 75.45 | 25.32 | 74.67 | 23.86 | 76.14 | 19.91 | 79.66 | 17.57 | 81.22 |
| 24 | 31.09 | 68.42 | 23.23 | 76.03 | 23.68 | 74.77 | 23.83 | 76.16 | 23.34 | 76.66 | 23.81 | 76.19 | 22.45 | 75.82 | 27.63 | 70.46 | 21.29 | 77.00 | 24.58 | 74.01 | 26.09 | 73.90 | 25.60 | 74.41 | 22.46 | 77.19 | 20.36 | 78.49 |
| 26 | 44.97 | 54.50 | 36.36 | 62.48 | 36.93 | 61.03 | 37.87 | 62.11 | 36.68 | 63.32 | 37.47 | 62.52 | 31.42 | 66.55 | 40.67 | 57.17 | 37.58 | 60.36 | 40.88 | 57.16 | 42.37 | 57.62 | 42.45 | 57.52 | 33.87 | 65.72 | 31.59 | 66.90 |
| 27 | 50.06 | 49.40 | 45.81 | 53.12 | 46.16 | 51.93 | 47.47 | 52.52 | 45.44 | 54.57 | 45.58 | 54.42 | 40.10 | 57.36 | 50.22 | 47.73 | 47.60 | 49.95 | 52.01 | 45.98 | 56.57 | 43.43 | 55.74 | 44.25 | 47.34 | 52.16 | 44.21 | 54.41 |
| 28 | 52.92 | 46.50 | 46.22 | 52.58 | 46.85 | 50.95 | 47.98 | 52.02 | 46.47 | 53.53 | 46.46 | 53.54 | 40.73 | 56.53 | 49.84 | 47.77 | 45.78 | 51.30 | 51.65 | 45.92 | 54.01 | 45.97 | 53.85 | 46.15 | 44.51 | 54.93 | 41.93 | 56.44 |

Included in this chart are the results of Florida's 14 statewide general-election contests from 2012 to 2020. Highlighted cells indicate the contest's winner. This set of statistics is provided as part of the functional analysis for this plan's performing minority districts. All statistics denoted are percentages.

# Cubanos_cd_b2

| District | 2020 Census | | 2020 General Election | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Total Registered Voters (RV) | | | | | | DEM RV | | REP RV | | NPA RV | | Black RV | | Hispanic RV | | Total Voter Turnout (VT) | | | | | | DEM VT | | REP VT | | NPA VT | | Black VT | | Hispanic VT | | |
| | BVAP | HVAP | DEM | REP | NPA | Black | Hisp. | Black | Hisp. | Black | Hisp. | Black | Hisp. | DEM | REP | NPA | DEM | REP | NPA | DEM | REP | NPA | Black | Hisp. | Black | Hisp. | Black | Hisp. | DEM | REP | NPA |
| 5 | 12.80 | 10.86 | 29.90 | 45.97 | 24.13 | 10.97 | 5.90 | 27.60 | 7.26 | 1.19 | 3.62 | 0.00 | 0.00 | 75.23 | 4.97 | 19.80 | 36.81 | 28.24 | 34.86 | 30.10 | 49.31 | 20.59 | 9.83 | 5.31 | 25.82 | 6.72 | 0.97 | 3.38 | 0.00 | 0.00 | 79.03 | 4.85 | 16.02 | 38.07 | 31.42 | 30.38 |
| 20 | 48.56 | 23.61 | 60.78 | 14.26 | 24.96 | 45.43 | 15.62 | 60.95 | 11.74 | 8.11 | 19.38 | 0.00 | 0.00 | 81.55 | 2.55 | 15.89 | 45.70 | 17.70 | 36.55 | 63.10 | 15.20 | 21.70 | 44.82 | 15.48 | 60.32 | 11.45 | 6.26 | 19.71 | 0.00 | 0.00 | 84.93 | 2.12 | 12.93 | 46.68 | 19.36 | 33.84 |
| 24 | 36.33 | 44.70 | 54.27 | 16.59 | 29.14 | 36.22 | 34.90 | 54.14 | 24.47 | 5.68 | 52.63 | 0.00 | 0.00 | 81.12 | 2.60 | 16.29 | 38.05 | 25.02 | 36.92 | 55.59 | 17.86 | 26.56 | 36.03 | 35.31 | 54.44 | 24.07 | 4.54 | 54.35 | 0.00 | 0.00 | 84.00 | 2.25 | 13.74 | 37.89 | 27.48 | 34.62 |
| 26 | 17.49 | 71.56 | 43.10 | 25.24 | 31.66 | 19.63 | 58.04 | 38.12 | 41.73 | 2.01 | 77.95 | 0.00 | 0.00 | 83.71 | 2.59 | 13.69 | 30.99 | 33.89 | 35.12 | 42.36 | 28.33 | 29.31 | 17.44 | 60.04 | 35.71 | 42.45 | 1.34 | 79.26 | 0.00 | 0.00 | 86.74 | 2.17 | 11.04 | 29.95 | 37.40 | 32.64 |
| 27 | 7.07 | 74.17 | 34.54 | 33.44 | 32.02 | 6.14 | 62.82 | 13.97 | 50.90 | 0.68 | 73.31 | 0.00 | 0.00 | 78.65 | 3.69 | 17.63 | 27.99 | 39.02 | 32.99 | 34.54 | 35.98 | 29.49 | 5.43 | 63.64 | 12.82 | 50.58 | 0.50 | 74.12 | 0.00 | 0.00 | 81.58 | 3.32 | 15.03 | 27.45 | 41.90 | 30.64 |
| 28 | 10.47 | 73.12 | 33.96 | 32.51 | 33.52 | 8.71 | 63.82 | 19.89 | 54.16 | 0.92 | 69.49 | 0.00 | 0.00 | 77.56 | 3.45 | 18.89 | 28.82 | 35.40 | 35.78 | 33.59 | 35.99 | 30.41 | 7.75 | 64.32 | 18.68 | 53.49 | 0.69 | 69.95 | 0.00 | 0.00 | 80.92 | 3.21 | 15.77 | 27.94 | 39.14 | 32.92 |

| District | 2020 Census | | 2020 Primary Election | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Total Voter Turnout (VT) | | | | DEM VT | | REP VT | | Black VT | | Hispanic VT | |
| | BVAP | HVAP | DEM | REP | Black | Hisp. | Black | Hisp | Black | Hisp. | DEM | REP | DEM | REP |
| 5 | 12.80 | 10.86 | 34.50 | 57.40 | 11.22 | 3.28 | 28.26 | 4.14 | 0.96 | 2.32 | 86.85 | 4.92 | 43.54 | 40.66 |
| 20 | 48.56 | 23.61 | 78.01 | 11.78 | 52.88 | 9.30 | 62.57 | 7.32 | 6.45 | 14.75 | 92.31 | 1.44 | 61.42 | 18.68 |
| 24 | 36.33 | 44.70 | 70.64 | 14.63 | 46.85 | 26.39 | 60.27 | 17.11 | 4.81 | 55.31 | 90.87 | 1.50 | 45.81 | 30.67 |
| 26 | 17.49 | 71.56 | 49.08 | 31.82 | 21.19 | 56.95 | 39.73 | 35.83 | 1.01 | 82.75 | 92.01 | 1.52 | 30.88 | 46.24 |
| 27 | 7.07 | 74.17 | 40.93 | 39.71 | 6.72 | 60.71 | 14.63 | 43.02 | 0.41 | 76.21 | 89.02 | 2.41 | 29.01 | 49.85 |
| 28 | 10.47 | 73.12 | 39.37 | 41.71 | 9.52 | 59.83 | 21.28 | 44.79 | 0.54 | 68.76 | 87.97 | 2.36 | 29.47 | 47.93 |

| District | 2020 Census | | 2018 General Election | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Total Registered Voters (RV) | | | | | | DEM RV | | REP RV | | NPA RV | | Black RV | | Hispanic RV | | Total Voter Turnout (VT) | | | | | | DEM VT | | REP VT | | NPA VT | | Black VT | | Hispanic VT | | |
| | BVAP | HVAP | DEM | REP | NPA | Black | Hisp. | Black | Hisp. | Black | Hisp. | Black | Hisp. | DEM | REP | NPA | DEM | REP | NPA | DEM | REP | NPA | Black | Hisp. | Black | Hisp. | Black | Hisp. | DEM | REP | NPA |
| 5 | 12.80 | 10.86 | 28.84 | 46.56 | 24.61 | 10.85 | 5.35 | 28.50 | 6.67 | 1.13 | 3.19 | 0.00 | 0.00 | 75.77 | 4.83 | 19.36 | 35.97 | 27.74 | 36.17 | 29.82 | 51.47 | 18.71 | 10.24 | 4.30 | 27.65 | 5.58 | 0.91 | 2.66 | 0.00 | 0.00 | 80.53 | 4.59 | 14.86 | 38.75 | 31.93 | 29.11 |
| 20 | 48.56 | 23.61 | 61.34 | 14.09 | 24.56 | 44.99 | 14.57 | 60.30 | 11.20 | 8.15 | 16.81 | 0.00 | 0.00 | 82.22 | 2.55 | 15.19 | 47.14 | 16.26 | 36.50 | 66.14 | 14.97 | 18.88 | 47.15 | 12.39 | 61.69 | 9.45 | 6.31 | 15.45 | 0.00 | 0.00 | 86.55 | 2.00 | 11.42 | 50.42 | 18.67 | 30.64 |
| 24 | 36.33 | 44.70 | 56.26 | 15.46 | 28.28 | 37.10 | 33.60 | 54.01 | 24.11 | 6.00 | 50.61 | 0.00 | 0.00 | 81.91 | 2.50 | 15.58 | 40.38 | 23.28 | 36.34 | 60.95 | 16.36 | 22.69 | 41.09 | 30.26 | 57.79 | 20.49 | 5.06 | 50.77 | 0.00 | 0.00 | 85.72 | 2.02 | 12.23 | 41.27 | 27.44 | 31.28 |
| 26 | 17.49 | 71.56 | 44.77 | 23.94 | 31.29 | 20.36 | 57.42 | 38.55 | 41.99 | 2.07 | 77.32 | 0.00 | 0.00 | 84.75 | 2.43 | 12.79 | 32.74 | 32.24 | 35.02 | 46.53 | 27.86 | 25.62 | 21.00 | 55.79 | 40.04 | 37.89 | 1.42 | 78.12 | 0.00 | 0.00 | 88.69 | 1.88 | 9.40 | 31.60 | 39.01 | 29.37 |
| 27 | 7.07 | 74.17 | 35.09 | 33.11 | 31.80 | 6.29 | 62.00 | 14.23 | 50.83 | 0.70 | 71.93 | 0.00 | 0.00 | 79.41 | 3.67 | 16.91 | 28.77 | 38.42 | 32.81 | 36.41 | 37.30 | 26.29 | 6.31 | 60.30 | 14.51 | 46.34 | 0.49 | 72.00 | 0.00 | 0.00 | 83.70 | 2.87 | 13.37 | 27.98 | 44.53 | 27.48 |
| 28 | 10.47 | 73.12 | 35.31 | 30.91 | 33.77 | 9.02 | 62.28 | 19.93 | 53.76 | 0.99 | 67.39 | 0.00 | 0.00 | 78.05 | 3.38 | 18.53 | 30.48 | 33.45 | 36.07 | 36.49 | 36.39 | 27.13 | 9.32 | 59.61 | 21.08 | 48.80 | 0.73 | 66.22 | 0.00 | 0.00 | 82.54 | 2.84 | 14.57 | 29.87 | 40.42 | 29.69 |

| District | 2020 Census | | 2018 Primary Election | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Total Voter Turnout (VT) | | | | DEM VT | | REP VT | | Black VT | | Hispanic VT | |
| | BVAP | HVAP | DEM | REP | Black | Hisp. | Black | Hisp | Black | Hisp. | DEM | REP | DEM | REP |
| 5 | 12.80 | 10.86 | 34.41 | 58.79 | 11.10 | 2.69 | 28.45 | 3.47 | 0.90 | 1.92 | 88.20 | 4.75 | 44.34 | 41.96 |
| 20 | 48.56 | 23.61 | 76.03 | 15.40 | 51.40 | 7.28 | 62.79 | 5.71 | 5.28 | 11.16 | 92.88 | 1.58 | 59.62 | 23.60 |
| 24 | 36.33 | 44.70 | 73.50 | 15.76 | 50.65 | 20.83 | 63.48 | 13.23 | 5.17 | 46.70 | 92.13 | 1.61 | 46.67 | 35.33 |
| 26 | 17.49 | 71.56 | 53.86 | 31.83 | 26.23 | 50.78 | 45.38 | 29.41 | 1.17 | 81.02 | 93.18 | 1.41 | 31.19 | 50.78 |
| 27 | 7.07 | 74.17 | 43.22 | 43.53 | 8.02 | 56.63 | 16.98 | 37.11 | 0.39 | 73.69 | 91.51 | 2.10 | 28.32 | 56.63 |
| 28 | 10.47 | 73.12 | 41.51 | 44.76 | 10.82 | 51.80 | 23.63 | 36.86 | 0.57 | 63.55 | 90.68 | 2.38 | 29.54 | 54.91 |

*Included in these charts are the statistics of Registered Voters (RV) and Voter Turnout (VT) for the 2020 and 2018 general and primary elections. For example, the column entitled "DEM RV" indicates the percentage of registered Democrats who are Black and the percentage of registered Democrats who are Hispanic. Conversely, the percentage of Black registered voters who are Democrats, and the percentage of Hispanic registered voters who are Democrat, can be found in the column entitled "Hispanic RV." This set of statistics is provided as part of the functional analysis for this plan's performing minority districts. All statistics denoted are percentages.*

# Cubanos_cd_b2

## 2016 General Election

| District | 2020 Census BVAP | 2020 Census HVAP | Total Registered Voters (RV) DEM | RV REP | RV NPA | RV Black | RV Hisp. | DEM RV Black | DEM RV Hisp. | REP RV Black | REP RV Hisp. | NPA RV Black | NPA RV Hisp. | Black RV DEM | Black RV REP | Black RV NPA | Hispanic RV DEM | Hispanic RV REP | Hispanic RV NPA | Total VT DEM | Total VT REP | Total VT NPA | Total VT Black | Total VT Hisp. | DEM VT Black | DEM VT Hisp. | REP VT Black | REP VT Hisp. | NPA VT Black | NPA VT Hisp. | Black VT DEM | Black VT REP | Black VT NPA | Hispanic VT DEM | Hispanic VT REP | Hispanic VT NPA |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5 | 12.80 | 10.86 | 28.66 | 47.42 | 23.92 | 11.01 | 4.94 | 29.52 | 6.10 | 1.18 | 3.05 | 0.00 | 0.00 | 76.83 | 5.09 | 18.03 | 35.41 | 29.30 | 35.13 | 28.42 | 51.28 | 20.30 | 10.03 | 4.41 | 28.44 | 5.67 | 0.94 | 2.78 | 0.00 | 0.00 | 80.64 | 4.82 | 14.52 | 36.54 | 32.32 | 31.01 |
| 20 | 48.56 | 23.61 | 62.07 | 14.26 | 23.66 | 44.78 | 13.63 | 59.89 | 10.60 | 8.25 | 15.83 | 0.00 | 0.00 | 83.02 | 2.63 | 14.32 | 48.26 | 16.56 | 35.10 | 64.86 | 14.88 | 20.27 | 44.96 | 13.50 | 59.96 | 10.46 | 6.37 | 15.65 | 0.00 | 0.00 | 86.50 | 2.11 | 11.36 | 50.25 | 17.25 | 32.29 |
| 24 | 36.33 | 44.70 | 57.35 | 15.64 | 27.01 | 37.38 | 32.67 | 54.01 | 23.35 | 6.12 | 50.04 | 0.00 | 0.00 | 82.87 | 2.56 | 14.56 | 40.98 | 23.95 | 35.07 | 59.54 | 16.18 | 24.28 | 37.95 | 32.76 | 54.66 | 22.99 | 5.00 | 51.20 | 0.00 | 0.00 | 85.76 | 2.13 | 12.09 | 41.77 | 25.28 | 32.94 |
| 26 | 17.49 | 71.56 | 45.71 | 24.51 | 29.78 | 21.11 | 57.12 | 39.63 | 41.26 | 2.08 | 77.78 | 0.00 | 0.00 | 85.82 | 2.41 | 11.74 | 33.02 | 33.38 | 33.59 | 46.33 | 26.25 | 27.42 | 19.89 | 58.03 | 38.07 | 41.63 | 1.46 | 78.59 | 0.00 | 0.00 | 88.66 | 1.93 | 9.33 | 33.23 | 35.54 | 31.23 |
| 27 | 7.07 | 74.17 | 35.16 | 34.02 | 30.82 | 6.50 | 61.69 | 14.82 | 50.08 | 0.70 | 71.76 | 0.00 | 0.00 | 80.22 | 3.69 | 16.01 | 28.54 | 39.57 | 31.88 | 35.80 | 36.05 | 28.16 | 5.97 | 61.82 | 13.88 | 49.37 | 0.51 | 72.03 | 0.00 | 0.00 | 83.27 | 3.09 | 13.61 | 28.59 | 42.00 | 29.40 |
| 28 | 10.47 | 73.12 | 35.55 | 31.40 | 33.05 | 9.04 | 61.08 | 20.02 | 52.37 | 1.01 | 66.56 | 0.00 | 0.00 | 78.76 | 3.53 | 17.64 | 30.48 | 34.21 | 35.31 | 36.16 | 34.17 | 29.67 | 8.39 | 61.02 | 19.12 | 51.75 | 0.78 | 66.15 | 0.00 | 0.00 | 82.43 | 3.17 | 14.44 | 30.67 | 37.04 | 32.29 |

## 2016 Primary Election

| District | 2020 Census BVAP | 2020 Census HVAP | Total VT DEM | Total VT REP | Total VT Black | Total VT Hisp. | DEM VT Black | DEM VT Hisp | REP VT Black | REP VT Hisp. | Black VT DEM | Black VT REP | Hispanic VT DEM | Hispanic VT REP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5 | 12.80 | 10.86 | 26.83 | 64.48 | 8.20 | 2.16 | 26.21 | 2.71 | 0.91 | 1.71 | 85.78 | 7.12 | 33.65 | 51.01 |
| 20 | 48.56 | 23.61 | 78.32 | 14.38 | 53.00 | 5.90 | 63.65 | 4.42 | 5.87 | 10.26 | 94.06 | 1.59 | 58.68 | 25.02 |
| 24 | 36.33 | 44.70 | 72.12 | 17.11 | 47.90 | 22.93 | 61.70 | 13.07 | 4.64 | 52.95 | 92.89 | 1.66 | 41.11 | 39.51 |
| 26 | 17.49 | 71.56 | 47.62 | 37.38 | 23.51 | 57.07 | 46.34 | 31.04 | 1.06 | 84.50 | 93.87 | 1.69 | 25.90 | 55.34 |
| 27 | 7.07 | 74.17 | 36.71 | 47.29 | 6.95 | 61.56 | 17.42 | 38.64 | 0.36 | 76.76 | 91.98 | 2.42 | 23.04 | 58.97 |
| 28 | 10.47 | 73.12 | 36.89 | 46.30 | 8.52 | 56.13 | 20.90 | 38.62 | 0.50 | 66.55 | 90.49 | 2.70 | 25.38 | 54.89 |

## 2014 General Election

| District | 2020 Census BVAP | 2020 Census HVAP | Total RV DEM | RV REP | RV NPA | RV Black | RV Hisp. | DEM RV Black | DEM RV Hisp. | REP RV Black | REP RV Hisp. | NPA RV Black | NPA RV Hisp. | Black RV DEM | Black RV REP | Black RV NPA | Hispanic RV DEM | Hispanic RV REP | Hispanic RV NPA | Total VT DEM | Total VT REP | Total VT NPA | Total VT Black | Total VT Hisp. | DEM VT Black | DEM VT Hisp. | REP VT Black | REP VT Hisp. | NPA VT Black | NPA VT Hisp. | Black VT DEM | Black VT REP | Black VT NPA | Hispanic VT DEM | Hispanic VT REP | Hispanic VT NPA |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5 | 12.80 | 10.86 | 29.21 | 46.68 | 24.11 | 11.14 | 4.35 | 29.65 | 5.08 | 1.18 | 2.78 | 0.00 | 0.00 | 77.73 | 4.92 | 17.33 | 34.06 | 29.75 | 36.05 | 27.81 | 55.05 | 17.14 | 9.07 | 2.72 | 26.98 | 2.97 | 0.81 | 2.05 | 0.00 | 0.00 | 82.72 | 4.94 | 12.16 | 30.39 | 41.51 | 27.59 |
| 20 | 48.56 | 23.61 | 62.70 | 14.43 | 22.87 | 44.50 | 12.06 | 59.39 | 9.18 | 8.35 | 14.25 | 0.00 | 0.00 | 83.67 | 2.71 | 13.60 | 47.76 | 17.07 | 35.06 | 68.02 | 15.64 | 16.34 | 47.65 | 8.20 | 62.06 | 5.89 | 6.50 | 11.54 | 0.00 | 0.00 | 88.59 | 2.13 | 9.17 | 48.87 | 22.01 | 28.61 |
| 24 | 36.33 | 44.70 | 58.41 | 15.73 | 25.86 | 38.29 | 30.82 | 54.67 | 21.16 | 6.50 | 49.78 | 0.00 | 0.00 | 83.40 | 2.67 | 13.92 | 40.11 | 25.40 | 34.47 | 65.42 | 16.36 | 18.22 | 46.08 | 23.62 | 62.09 | 14.07 | 5.70 | 48.05 | 0.00 | 0.00 | 88.15 | 2.02 | 9.80 | 38.97 | 33.28 | 27.73 |
| 26 | 17.49 | 71.56 | 46.06 | 25.67 | 28.27 | 22.67 | 55.73 | 42.54 | 38.39 | 2.23 | 77.76 | 0.00 | 0.00 | 86.42 | 2.52 | 11.04 | 31.73 | 35.83 | 32.45 | 48.13 | 31.33 | 20.53 | 25.75 | 51.95 | 48.63 | 29.72 | 1.54 | 79.09 | 0.00 | 0.00 | 90.90 | 1.87 | 7.16 | 27.53 | 47.70 | 24.73 |
| 27 | 7.07 | 74.17 | 34.58 | 35.56 | 29.86 | 6.98 | 60.38 | 16.31 | 46.88 | 0.76 | 71.38 | 0.00 | 0.00 | 80.81 | 3.87 | 15.29 | 26.85 | 42.04 | 31.11 | 35.84 | 42.23 | 21.93 | 7.41 | 56.67 | 17.85 | 37.47 | 0.53 | 71.07 | 0.00 | 0.00 | 86.38 | 3.04 | 10.39 | 23.69 | 52.96 | 23.34 |
| 28 | 10.47 | 73.12 | 35.36 | 32.18 | 32.45 | 9.59 | 59.46 | 21.48 | 49.53 | 1.10 | 66.40 | 0.00 | 0.00 | 79.21 | 3.71 | 17.02 | 29.45 | 35.93 | 34.61 | 35.88 | 40.12 | 24.00 | 10.15 | 53.06 | 24.05 | 38.77 | 0.71 | 62.94 | 0.00 | 0.00 | 85.04 | 2.82 | 11.98 | 26.22 | 47.60 | 26.18 |

## 2014 Primary Election

| District | 2020 Census BVAP | 2020 Census HVAP | Total VT DEM | Total VT REP | Total VT Black | Total VT Hisp. | DEM VT Black | DEM VT Hisp | REP VT Black | REP VT Hisp. | Black VT DEM | Black VT REP | Hispanic VT DEM | Hispanic VT REP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5 | 12.80 | 10.86 | 27.13 | 65.07 | 7.31 | 1.73 | 23.60 | 1.99 | 0.70 | 1.44 | 87.62 | 6.21 | 31.18 | 53.98 |
| 20 | 48.56 | 23.61 | 79.68 | 13.34 | 54.48 | 3.81 | 64.50 | 2.66 | 6.76 | 7.64 | 94.34 | 1.66 | 55.71 | 26.76 |
| 24 | 36.33 | 44.70 | 75.80 | 14.09 | 55.06 | 16.17 | 67.36 | 8.11 | 5.90 | 48.88 | 92.73 | 1.51 | 38.03 | 42.57 |
| 26 | 17.49 | 71.56 | 48.44 | 37.79 | 28.95 | 52.90 | 56.25 | 23.66 | 1.17 | 84.49 | 94.14 | 1.53 | 21.67 | 60.36 |
| 27 | 7.07 | 74.17 | 36.08 | 49.20 | 7.48 | 58.35 | 18.92 | 31.35 | 0.42 | 76.01 | 91.33 | 2.74 | 19.39 | 64.09 |
| 28 | 10.47 | 73.12 | 34.57 | 49.66 | 8.84 | 49.89 | 22.74 | 28.90 | 0.47 | 62.75 | 88.91 | 2.67 | 20.03 | 62.47 |

*Included in these charts are the statistics of Registered Voters (RV) and Voter Turnout (VT) for the 2016 and 2014 general and primary elections. For example, the column entitled "DEM RV" indicates the percentage of registered Democrats who are Black and the percentage of registered Democrats who are Hispanic. Conversely, the percentage of Black registered voters who are Democrats, and the percentage of Hispanic registered voters who are Democrat, can be found in the column entitled "Hispanic RV." This set of statistics is provided as part of the functional analysis for this plan's performing minority districts. All statistics denoted are percentages.*

# Cubanos_cd_b2

| District | 2020 Census | | 2012 General Election | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Total Registered Voters (RV) | | | DEM RV | | REP RV | | NPA RV | | Black RV | | Hispanic RV | | Total Voter Turnout (VT) | | | DEM VT | | | REP VT | | | NPA VT | | Black VT | | Hispanic VT | | | |
| | BVAP | HVAP | DEM | REP | NPA | Black | Hisp. | Black | Hisp. | Black | Hisp. | DEM | REP | DEM | REP | DEM | REP | NPA | DEM | REP | NPA | DEM | REP | NPA | Black | Hisp. | Black | Hisp. | Black | Hisp. | DEM | REP | NPA |
| 5 | 12.80 | 10.86 | 30.31 | 47.41 | 22.28 | 11.21 | 4.06 | 29.18 | 4.63 | 1.22 | 2.69 | 0.00 | 0.00 | 78.93 | 5.14 | 15.91 | 34.53 | 31.34 | 33.90 | 30.07 | 51.27 | 18.66 | 11.22 | 3.47 | 30.45 | 3.99 | 1.03 | 2.39 | 0.00 | 0.00 | 81.60 | 4.69 | 13.68 | 34.51 | 35.26 | 29.92 |
| 20 | 48.56 | 23.61 | 63.34 | 15.05 | 21.60 | 43.60 | 11.21 | 58.01 | 8.66 | 8.58 | 13.29 | 0.00 | 0.00 | 84.27 | 2.96 | 12.75 | 48.95 | 17.85 | 33.05 | 66.83 | 14.90 | 18.26 | 46.94 | 10.15 | 61.03 | 7.65 | 7.24 | 12.98 | 0.00 | 0.00 | 86.88 | 2.30 | 10.77 | 50.37 | 19.05 | 30.28 |
| 24 | 36.33 | 44.70 | 59.35 | 16.29 | 24.37 | 38.09 | 29.61 | 53.76 | 20.39 | 6.67 | 48.31 | 0.00 | 0.00 | 83.77 | 2.85 | 13.38 | 40.87 | 26.58 | 32.54 | 62.61 | 16.12 | 21.28 | 41.82 | 27.80 | 57.53 | 18.36 | 6.04 | 49.39 | 0.00 | 0.00 | 86.13 | 2.33 | 11.51 | 41.35 | 28.65 | 30.00 |
| 26 | 17.49 | 71.56 | 47.34 | 26.30 | 26.36 | 23.86 | 54.08 | 43.83 | 36.54 | 2.44 | 77.16 | 0.00 | 0.00 | 86.95 | 2.68 | 10.34 | 31.98 | 37.52 | 30.50 | 48.39 | 28.23 | 23.38 | 24.47 | 53.71 | 45.14 | 34.81 | 1.78 | 78.25 | 0.00 | 0.00 | 89.26 | 2.06 | 8.66 | 31.36 | 41.13 | 27.49 |
| 27 | 7.07 | 74.17 | 35.40 | 36.61 | 27.99 | 7.28 | 59.29 | 16.78 | 45.38 | 0.81 | 70.86 | 0.00 | 0.00 | 81.63 | 4.09 | 14.22 | 27.10 | 43.75 | 29.15 | 35.81 | 39.22 | 24.97 | 7.29 | 58.75 | 17.14 | 43.13 | 0.61 | 71.09 | 0.00 | 0.00 | 84.26 | 3.26 | 12.45 | 26.29 | 47.46 | 26.24 |
| 28 | 10.47 | 73.12 | 36.11 | 33.41 | 30.47 | 9.82 | 58.25 | 21.77 | 47.95 | 1.18 | 65.68 | 0.00 | 0.00 | 80.08 | 4.00 | 15.89 | 29.72 | 37.67 | 32.60 | 36.67 | 36.66 | 26.67 | 10.24 | 56.69 | 23.19 | 44.67 | 0.92 | 64.87 | 0.00 | 0.00 | 83.03 | 3.31 | 13.66 | 28.90 | 41.96 | 29.13 |

| District | 2020 Census | | 2012 Primary Election | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Total Voter Turnout (VT) | | | | DEM VT | | REP VT | | Black VT | | Hispanic VT |
| | BVAP | HVAP | DEM | REP | Black | Hisp. | Black | Hisp | Black | Hisp. | DEM | REP | DEM | REP |
| 5 | 12.80 | 10.86 | 26.87 | 66.70 | 8.09 | 1.49 | 26.19 | 1.50 | 0.72 | 1.32 | 86.97 | 5.97 | 27.15 | 59.36 |
| 20 | 48.56 | 23.61 | 74.82 | 17.51 | 51.13 | 3.86 | 63.65 | 2.60 | 5.66 | 7.23 | 93.14 | 1.94 | 50.44 | 32.78 |
| 24 | 36.33 | 44.70 | 71.58 | 17.72 | 52.34 | 18.94 | 67.26 | 8.69 | 5.44 | 50.29 | 91.99 | 1.84 | 32.83 | 47.05 |
| 26 | 17.49 | 71.56 | 46.88 | 38.95 | 27.94 | 53.65 | 55.76 | 24.38 | 1.22 | 83.66 | 93.57 | 1.70 | 21.30 | 60.74 |
| 27 | 7.07 | 74.17 | 33.38 | 51.19 | 7.86 | 60.46 | 21.45 | 33.57 | 0.39 | 75.93 | 91.13 | 2.57 | 18.53 | 64.29 |
| 28 | 10.47 | 73.12 | 35.15 | 48.60 | 9.62 | 52.83 | 24.47 | 31.56 | 0.67 | 64.51 | 89.40 | 3.37 | 21.00 | 59.33 |

*Included in these charts are the statistics of Registered Voters (RV) and Voter Turnout (VT) for the 2012 general and primary elections. For example, the column entitled "DEM RV" indicates the percentage of registered Democrats who are Black and the percentage of registered Democrats who are Hispanic. Conversely, the percentage of Black registered voters who are Democrats, and the percentage of Hispanic registered voters who are Democrat, can be found in the column entitled "Hispanic RV." This set of statistics is provided as part of the functional analysis for this plan's performing minority districts. All statistics denoted are percentages.*

# Cubanos_cd_b2

| City Split List | | |
|---|---|---|
| **City** | **District** | **Total Population** |
| **Boynton Beach** | 22 | 43,791 |
| **Boynton Beach** | 23 | 36,589 |
| **Davie** | 20 | 0 |
| **Davie** | 25 | 105,691 |
| **Deerfield Beach** | 20 | 35,719 |
| **Deerfield Beach** | 23 | 35,329 |
| **Deerfield Beach** | 25 | 15,811 |
| **Fort Lauderdale** | 20 | 55,725 |
| **Fort Lauderdale** | 25 | 127,035 |
| **Jacksonville** | 4 | 459,228 |
| **Jacksonville** | 5 | 490,383 |
| **Jupiter** | 21 | 49,264 |
| **Jupiter** | 22 | 11,783 |
| **Miami** | 26 | 155,321 |
| **Miami** | 27 | 286,920 |
| **Oakland Park** | 20 | 15,037 |
| **Oakland Park** | 25 | 29,192 |
| **Orlando** | 9 | 81,845 |
| **Orlando** | 10 | 225,262 |
| **Orlando** | 11 | 466 |
| **Pembroke Pines** | 24 | 94,915 |
| **Pembroke Pines** | 25 | 76,263 |
| **Plantation** | 20 | 70,101 |
| **Plantation** | 25 | 21,649 |
| **Pompano Beach** | 20 | 53,138 |
| **Pompano Beach** | 25 | 58,908 |
| **Riviera Beach** | 20 | 25,813 |
| **Riviera Beach** | 22 | 11,791 |
| **St. Petersburg** | 13 | 82,168 |
| **St. Petersburg** | 14 | 176,140 |
| **Tampa** | 14 | 287,435 |
| **Tampa** | 15 | 97,524 |
| **West Palm Beach** | 20 | 42,482 |
| **West Palm Beach** | 22 | 74,933 |

# Cubanos_cd_b2

## County Share of Population

| County | District | Total Population | County | District | Total Population |
|---|---|---|---|---|---|
| **Broward** | 23 | 321,531 | **Sarasota** | 16 | 256,788 |
| **Broward** | 24 | 292,243 | **Sarasota** | 17 | 177,218 |
| **Broward** | 25 | 769,221 | **St. Johns** | 5 | 234,278 |
| **Broward** | 20 | 561,380 | **St. Johns** | 6 | 39,147 |
| **Charlotte** | 17 | 185,030 | **Volusia** | 6 | 255,178 |
| **Charlotte** | 21 | 1,817 | **Volusia** | 7 | 298,365 |
| **Duval** | 4 | 460,624 | **Walton** | 2 | 27,657 |
| **Duval** | 5 | 534,943 | **Walton** | 1 | 47,648 |
| **Hendry** | 19 | 39,619 | | | |
| **Hendry** | 21 | 0 | | | |
| **Hillsborough** | 15 | 628,193 | | | |
| **Hillsborough** | 16 | 112,723 | | | |
| **Hillsborough** | 14 | 579,335 | | | |
| **Hillsborough** | 18 | 139,511 | | | |
| **Lafayette** | 2 | 1,731 | | | |
| **Lafayette** | 3 | 6,495 | | | |
| **Lake** | 6 | 117,124 | | | |
| **Lake** | 11 | 266,832 | | | |
| **Lee** | 17 | 406,972 | | | |
| **Lee** | 19 | 353,850 | | | |
| **Marion** | 3 | 206,835 | | | |
| **Marion** | 6 | 169,073 | | | |
| **Marion** | 12 | 0 | | | |
| **Miami-Dade** | 28 | 686,347 | | | |
| **Miami-Dade** | 24 | 476,978 | | | |
| **Miami-Dade** | 26 | 769,221 | | | |
| **Miami-Dade** | 27 | 769,221 | | | |
| **Orange** | 7 | 0 | | | |
| **Orange** | 8 | 2,821 | | | |
| **Orange** | 9 | 326,695 | | | |
| **Orange** | 10 | 769,221 | | | |
| **Orange** | 11 | 331,171 | | | |
| **Palm Beach** | 20 | 207,841 | | | |
| **Palm Beach** | 21 | 67,439 | | | |
| **Palm Beach** | 22 | 769,221 | | | |
| **Palm Beach** | 23 | 447,690 | | | |
| **Pasco** | 15 | 141,028 | | | |
| **Pasco** | 12 | 420,863 | | | |
| **Pinellas** | 13 | 769,221 | | | |
| **Pinellas** | 14 | 189,886 | | | |
| **Polk** | 9 | 53,870 | | | |
| **Polk** | 11 | 41,466 | | | |
| **Polk** | 18 | 629,710 | | | |

# Cubanos_cd_b2

| Boundary Analysis | | | | | | |
|---|---|---|---|---|---|---|
| District | City Boundaries(%) | County Boundaries(%) | Road Boundaries(%) | Water Boundaries(%) | Rail Boundaries(%) | Non Geo/Pol Boundaries(%) |
| Statewide Avg. | 14.32 | 53.00 | 17.75 | 40.14 | 0.71 | 11.79 |
| 1 | 8 | 78 | 10 | 53 | 0 | 3 |
| 2 | 5 | 84 | 7 | 49 | 0 | 3 |
| 3 | 6 | 85 | 7 | 32 | 0 | 5 |
| 4 | 8 | 86 | 2 | 55 | 0 | 2 |
| 5 | 16 | 48 | 7 | 79 | 0 | 13 |
| 6 | 16 | 42 | 17 | 32 | 2 | 15 |
| 7 | 22 | 68 | 9 | 40 | 2 | 8 |
| 8 | 0 | 89 | 7 | 44 | 0 | 4 |
| 9 | 2 | 61 | 25 | 27 | 0 | 12 |
| 10 | 13 | 26 | 35 | 2 | 1 | 37 |
| 11 | 14 | 52 | 23 | 25 | 2 | 15 |
| 12 | 7 | 84 | 13 | 63 | 0 | 8 |
| 13 | 15 | 75 | 12 | 67 | 0 | 3 |
| 14 | 12 | 19 | 46 | 21 | 1 | 13 |
| 15 | 5 | 20 | 39 | 11 | 0 | 29 |
| 16 | 3 | 53 | 15 | 48 | 0 | 13 |
| 17 | 7 | 39 | 13 | 49 | 0 | 15 |
| 18 | 9 | 50 | 15 | 26 | 0 | 21 |
| 19 | 2 | 77 | 2 | 44 | 0 | 6 |
| 20 | 28 | 41 | 16 | 13 | 3 | 18 |
| 21 | 3 | 88 | 6 | 25 | 0 | 3 |
| 22 | 31 | 19 | 28 | 24 | 0 | 26 |
| 23 | 35 | 31 | 21 | 37 | 3 | 24 |
| 24 | 47 | 14 | 26 | 37 | 0 | 12 |
| 25 | 37 | 30 | 25 | 32 | 6 | 11 |
| 26 | 39 | 16 | 33 | 46 | 0 | 4 |
| 27 | 10 | 18 | 34 | 59 | 0 | 6 |
| 28 | 1 | 91 | 4 | 84 | 0 | 1 |