## MEMBERS OF THE HOUSE OF REPRESENTATIVES
**[Republicans in roman (78); *Democrats in italic (42)*]**

*District*

1. *Part of* **Escambia**
   Michelle Salzman, Escambia County

2. *Parts of* **Escambia, Santa Rosa**
   Robert Alexander "Alex" Andrade, Pensacola

3. *Parts of* **Okaloosa, Santa Rosa**
   Jayer Williamson, Pace

4. *Part of* **Okaloosa**
   Patt Maney, Shalimar

5. **Holmes, Jackson, Walton, Washington** *and part of* **Bay**
   Brad Drake, Eucheeanna

6. *Part of* **Bay**
   Jay Trumbull, Panama City

7. **Calhoun, Franklin, Gulf, Jefferson, Lafayette, Liberty, Madison, Taylor, Wakulla** *and part of* **Leon**
   Jason Shoaf, Port St. Joe

8. **Gadsden** *and part of* **Leon**
   *Ramon Alexander*, Tallahassee

9. *Part of* **Leon**
   *Allison Tant*, Tallahassee

10. **Baker, Columbia, Hamilton, Suwannee** *and part of* **Alachua**
    Robert Charles "Chuck" Brannan III, Macclenny

11. **Nassau** *and part of* **Duval**
    Cord Byrd, Neptune Beach
    (Resigned May 16, 2022)

12. *Part of* **Duval**
    Clay Yarborough, Jacksonville

13. *Part of* **Duval**
    *Tracie Davis*, Jacksonville

14. *Part of* **Duval**
    *Angela "Angie" Nixon*, Jacksonville

15. *Part of* **Duval**
    Wyman Duggan, Jacksonville

16. *Part of* **Duval**
    Jason Fischer, Jacksonville

17. *Part of* **St. Johns**
    Cyndi Stevenson, St. Johns

18. *Part of* **Clay**
    Sam Garrison, Fleming Island

19. **Bradford, Putnam, Union** *and part of* **Clay**
    Bobby Payne, Palatka

20. *Parts of* **Alachua, Marion**
    *Yvonne Hayes Hinson*, Gainesville

*District*

21. **Dixie, Gilchrist** *and part of* **Alachua**
    Charles Wesley "Chuck" Clemons Sr., Newberry

22. **Levy** *and part of* **Marion**
    Joe Harding, Williston

23. *Part of* **Marion**
    Stan McClain, Ocala

24. **Flagler** *and parts of* **St. Johns, Volusia**
    Paul Renner, Palm Coast

25. *Part of* **Volusia**
    Thomas J. "Tom" Leek, Ormond Beach

26. *Part of* **Volusia**
    Elizabeth Anne Fetterhoff, DeLand

27. *Part of* **Volusia**
    Webster Barnaby, Deltona

28. *Part of* **Seminole**
    David Smith, Winter Springs

29. *Part of* **Seminole**
    Scott Plakon, Longwood

30. *Parts of* **Orange, Seminole**
    *Joy Goff-Marcil*, Maitland

31. *Parts of* **Lake, Orange**
    Keith L. Truenow, Tavares

32. *Part of* **Lake**
    Anthony Sabatini, Howey-in-the-Hills

33. **Sumter** *and parts of* **Lake, Marion**
    Brett Thomas Hage, Oxford

34. **Citrus** *and part of* **Hernando**
    Ralph E. Massullo, MD, Lecanto

35. *Part of* **Hernando**
    Blaise Ingoglia, Spring Hill

36. *Part of* **Pasco**
    Amber Mariano, Hudson

37. *Part of* **Pasco**
    Ardian Zika, Land O' Lakes

38. *Part of* **Pasco**
    Randall Scott "Randy" Maggard, Dade City

39. *Parts of* **Osceola, Polk**
    Josie Tomkow, Polk City

40. *Part of* **Polk**
    Colleen Burton, Lakeland

41. *Part of* **Polk**
    Sam H. Killebrew, Winter Haven

42. *Parts of* **Osceola, Polk**
    Fred Hawkins, St. Cloud

**EXHIBIT J23**

| District | | District | |
|---|---|---|---|
| 43. | *Part of* **Osceola**<br>*Kristen Aston Arrington*,  Kissimmee | 65. | *Part of* **Pinellas**<br>Chris Sprowls,  Palm Harbor |
| 44. | *Part of* **Orange**<br>*Geraldine F. "Geri" Thompson*,  Windermere | 66. | *Part of* **Pinellas**<br>Nick DiCeglie,  Indian Rocks Beach |
| 45. | *Part of* **Orange**<br>*Kamia L. Brown*,  Ocoee | 67. | *Part of* **Pinellas**<br>Chris Latvala,  Clearwater |
| 46. | *Part of* **Orange**<br>*Travaris L. "Tray" McCurdy*,  Orlando | 68. | *Part of* **Pinellas**<br>*Ben Diamond*,  St. Petersburg |
| 47. | *Part of* **Orange**<br>*Anna V. Eskamani*,  Orlando | 69. | *Part of* **Pinellas**<br>Linda Chaney,  St. Pete Beach |
| 48. | *Part of* **Orange**<br>*Daisy Morales*,  Orlando | 70. | *Parts of* **Hillsborough, Manatee, Pinellas, Sarasota**<br>*Michele K. Rayner*,  St. Petersburg |
| 49. | *Part of* **Orange**<br>*Carlos Guillermo Smith*,  Orlando | 71. | *Parts of* **Manatee, Sarasota**<br>William Cloud "Will" Robinson Jr.,  Bradenton |
| 50. | *Parts of* **Brevard, Orange**<br>Rene "Coach P" Plasencia,  Orlando<br>(Resigned March 14, 2022) | 72. | *Part of* **Sarasota**<br>Fiona McFarland,  Sarasota |
| 51. | *Part of* **Brevard**<br>Tyler I. Sirois,  Merritt Island | 73. | *Parts of* **Manatee, Sarasota**<br>Tommy Gregory,  Sarasota |
| 52. | *Part of* **Brevard**<br>Thad Altman,  Indialantic | 74. | *Part of* **Sarasota**<br>James Buchanan,  Osprey |
| 53. | *Part of* **Brevard**<br>Randy Fine,  Unincorporated South Brevard County | 75. | **Charlotte**<br>Michael Grant,  Port Charlotte |
| 54. | **Indian River** *and part of* **St. Lucie**<br>Erin Grall,  Vero Beach | 76. | *Part of* **Lee**<br>Adam Botana,  Bonita Springs |
| 55. | **Glades, Highlands, Okeechobee** *and part of* **St. Lucie**<br>Kaylee Tuck,  Lake Placid | 77. | *Part of* **Lee**<br>Mike Giallombardo,  Cape Coral |
| 56. | **DeSoto, Hardee** *and part of* **Polk**<br>Melony M. Bell,  Fort Meade | 78. | *Part of* **Lee**<br>Jenna Persons-Mulicka,  Fort Myers |
| 57. | *Part of* **Hillsborough**<br>Mike Beltran,  Lithia | 79. | *Part of* **Lee**<br>Spencer Roach,  North Fort Myers |
| 58. | *Part of* **Hillsborough**<br>Lawrence McClure,  Dover | 80. | **Hendry** *and part of* **Collier**<br>Lauren Melo,  Naples |
| 59. | *Part of* **Hillsborough**<br>*Andrew Learned*,  Brandon | 81. | *Part of* **Palm Beach**<br>*Kelly Skidmore*,  Boca Raton |
| 60. | *Part of* **Hillsborough**<br>Jackie Toledo,  Tampa | 82. | *Parts of* **Martin, Palm Beach**<br>John Snyder,  Stuart |
| 61. | *Part of* **Hillsborough**<br>*Dianne "Ms Dee" Hart*,  Tampa | 83. | *Parts of* **Martin, St. Lucie**<br>Tobin Rogers "Toby" Overdorf,  Palm City |
| 62. | *Part of* **Hillsborough**<br>*Susan L. Valdés*,  Tampa | 84. | *Part of* **St. Lucie**<br>Dana Trabulsy,  Fort Pierce |
| 63. | *Part of* **Hillsborough**<br>*Fentrice Driskell*,  Tampa | 85. | *Part of* **Palm Beach**<br>Rick Roth,  West Palm Beach |
| 64. | *Parts of* **Hillsborough, Pinellas**<br>Traci Koster,  Tampa | 86. | *Part of* **Palm Beach**<br>*Matt Willhite*,  Wellington |

*District*

87. *Part of* **Palm Beach**
    *David Silvers*, Lake Clarke Shores

88. *Part of* **Palm Beach**
    *Omari Hardy*, West Palm Beach
    (Resigned January 10, 2022)

88. *Part of* **Palm Beach**
    *Jervonte "Tae" Edmonds*, West Palm Beach
    (Elected March 10, 2022)

89. *Part of* **Palm Beach**
    *Michael A. "Mike" Caruso*, Delray Beach

90. *Part of* **Palm Beach**
    *Joe Casello*, Boynton Beach

91. *Part of* **Palm Beach**
    *Emily Slosberg-King*, Boca Raton

92. *Part of* **Broward**
    *Patricia H. Williams*, Pompano Beach

93. *Part of* **Broward**
    *Chip LaMarca*, Lighthouse Point

94. *Part of* **Broward**
    *Bobby B. DuBose*, Fort Lauderdale
    (Resigned January 11, 2022)

94. *Part of* **Broward**
    *Daryl Campbell*, Fort Lauderdale
    (Elected January 11, 2022)

95. *Part of* **Broward**
    *Anika Tene Omphroy*, Lauderdale Lakes

96. *Part of* **Broward**
    *Christine Hunschofsky*, Parkland

97. *Part of* **Broward**
    *Dan Daley*, Sunrise

98. *Part of* **Broward**
    *Michael "Mike" Gottlieb*, Davie

99. *Part of* **Broward**
    *Evan Jenne*, Dania Beach

100. *Parts of* **Broward, Miami-Dade**
     *Joseph Geller*, Aventura

101. *Part of* **Broward**
     *Marie Paule Woodson*, Hollywood

*District*

102. *Parts of* **Broward, Miami-Dade**
     *Felicia Simone Robinson*, Miami Gardens

103. *Parts of* **Broward, Miami-Dade**
     Tom Fabricio, Miramar

104. *Part of* **Broward**
     *Robin Bartleman*, Weston

105. *Parts of* **Broward, Collier, Miami-Dade**
     *David Borrero*, Sweetwater

106. *Part of* **Collier**
     Bob Rommel, Naples

107. *Part of* **Miami-Dade**
     *Christopher Benjamin*, Miami Gardens

108. *Part of* **Miami-Dade**
     *Dotie Joseph*, North Miami

109. *Part of* **Miami-Dade**
     *Dr. James Bush III*, Miami

110. *Part of* **Miami-Dade**
     Alex Rizo, Hialeah

111. *Part of* **Miami-Dade**
     Bryan Avila, Miami Springs

112. *Part of* **Miami-Dade**
     *Nicholas X. Duran*, Miami

113. *Part of* **Miami-Dade**
     *Michael Grieco*, Miami Beach

114. *Part of* **Miami-Dade**
     Demi Busatta Cabrera, Coral Gables

115. *Part of* **Miami-Dade**
     Vance Arthur Aloupis Jr., Miami

116. *Part of* **Miami-Dade**
     Daniel Perez, Miami

117. *Part of* **Miami-Dade**
     *Kevin D. Chambliss*, Homestead

118. *Part of* **Miami-Dade**
     Anthony Rodriguez, Miami

119. *Part of* **Miami-Dade**
     Juan Alfonso Fernandez-Barquin, Unincorporated Miami-Dade County

120. **Monroe** *and part of* **Miami-Dade**
     James Vernon "Jim" Mooney Jr., Islamorada

---

OFFICERS OF THE HOUSE OF REPRESENTATIVES

Speaker—Chris Sprowls  
Speaker *pro tempore*—Bryan Avila

Clerk—Jeff Takacs  
Sergeant at Arms—Russell Hosford

## MEMBERS OF THE HOUSE OF REPRESENTATIVES


Ramon Alexander (D)
Tallahassee
District 8


Vance Arthur Aloupis Jr. (R)
Miami
District 115


Thad Altman (R)
Indialantic
District 52


Robert Alexander "Alex" Andrade (R)
Pensacola
District 2


Kristen Aston Arrington (D)
Kissimmee
District 43


Bryan Avila (R)
Miami Springs
District 111


Webster Barnaby (R)
Deltona
District 27


Robin Bartleman (D)
Weston
District 104


Melony M. Bell (R)
Fort Meade
District 56


Mike Beltran (R)
Lithia
District 57


Christopher Benjamin (D)
Miami Gardens
District 107


David Borrero (R)
Sweetwater
District 105


Adam Botana (R)
Bonita Springs
District 76


Robert Charles "Chuck" Brannan III (R)
Macclenny
District 10


Kamia L. Brown (D)
Ocoee
District 45


James Buchanan (R)
Osprey
District 74


Colleen Burton (R)
Lakeland
District 40


Demi Busatta Cabrera (R)
Coral Gables
District 114


Dr. James Bush III (D)
Miami
District 109


Cord Byrd (R)
Neptune Beach, District 11
(Resigned May 16, 2022)


Daryl Campbell (D)
Fort Lauderdale, District 94
(Elected January 11, 2022)


Michael A. "Mike" Caruso (R)
Delray Beach
District 89


Joe Casello (D)
Boynton Beach
District 90


Kevin D. Chambliss (D)
Homestead
District 117


Linda Chaney (R)
St. Pete Beach
District 69


Charles Wesley "Chuck" Clemons Sr. (R)
Newberry
District 21


Dan Daley (D)
Sunrise
District 97


Tracie Davis (D)
Jacksonville
District 13


Ben Diamond (D)
St. Petersburg
District 68


Nick DiCeglie (R)
Indian Rocks Beach
District 66


Brad Drake (R)
Eucheeanna
District 5


Fentrice Driskell (D)
Tampa
District 63


Bobby B. DuBose (D)
Fort Lauderdale, District 94
(Resigned January 11, 2022)


Wyman Duggan (R)
Jacksonville
District 15


Nicholas X. Duran (D)
Miami
District 112


Jervonte "Tae" Edmonds (D)
West Palm Beach, District 88
(Elected March 10, 2022)


Anna V. Eskamani (D)
Orlando
District 47


Tom Fabricio (R)
Miramar
District 103


Juan Alfonso Fernandez-Barquin (R)
Unincorporated Miami-Dade County
District 119


Elizabeth Anne Fetterhoff (R)
DeLand
District 26


Randy Fine (R)
Unincorporated South Brevard County
District 53


Jason Fischer (R)
Jacksonville
District 16


Sam Garrison (R)
Fleming Island
District 18


Joseph Geller (D)
Aventura
District 100


Mike Giallombardo (R)
Cape Coral
District 77


Joy Goff-Marcil (D)
Maitland
District 30


Michael "Mike" Gottlieb (D)
Davie
District 98


Erin Grall (R)
Vero Beach
District 54


Michael Grant (R)
Port Charlotte
District 75


Tommy Gregory (R)
Sarasota
District 73


Michael Grieco (D)
Miami Beach
District 113


Brett Thomas Hage (R)
Oxford
District 33


Joe Harding (R)
Williston
District 22


Omari Hardy (D)
West Palm Beach, District 88
(Resigned January 10, 2022)


Dianne "Ms Dee" Hart (D)
Tampa
District 61


Fred Hawkins (R)
St. Cloud
District 42


Yvonne Hayes Hinson (D)
Gainesville
District 20


Christine Hunschofsky (D)
Parkland
District 96


Blaise Ingoglia (R)
Spring Hill
District 35


Evan Jenne (D)
Dania Beach
District 99


Dotie Joseph (D)
North Miami
District 108


Sam H. Killebrew (R)
Winter Haven
District 41


Traci Koster (R)
Tampa
District 64


Chip LaMarca (R)
Lighthouse Point
District 93


Chris Latvala (R)
Clearwater
District 67


Andrew Learned (D)
Brandon
District 59


Thomas J. "Tom" Leek (R)
Ormond Beach
District 25


Randall Scott "Randy" Maggard (R)
Dade City
District 38


Patt Maney (R)
Shalimar
District 4


Amber Mariano (R)
Hudson
District 36


Ralph E. Massullo, MD (R)
Lecanto
District 34


Stan McClain (R)
Ocala
District 23


Lawrence McClure (R)
Dover
District 58


Travaris L. "Tray" McCurdy (D)
Orlando
District 46


Fiona McFarland (R)
Sarasota
District 72


Lauren Melo (R)
Naples
District 80


James Vernon "Jim" Mooney Jr. (R)
Islamorada
District 120


Daisy Morales (D)
Orlando
District 48


Angela "Angie" Nixon (D)
Jacksonville
District 14


Anika Tene Omphroy (D)
Lauderdale Lakes
District 95


Tobin Rogers "Toby" Overdorf (R)
Palm City
District 83


Bobby Payne (R)
Palatka
District 19


Daniel Perez (R)
Miami
District 116


Jenna Persons-Mulicka (R)
Fort Myers
District 78


Scott Plakon (R)
Longwood
District 29


Rene "Coach P" Plasencia (R)
Orlando, District 50
(Resigned March 14, 2022)


Michele K. Rayner (D)
St. Petersburg
District 70


Paul Renner (R)
Palm Coast
District 24


Alex Rizo (R)
Hialeah
District 110


Spencer Roach (R)
North Fort Myers
District 79


Felicia Simone Robinson (D)
Miami Gardens
District 102


William Cloud "Will" Robinson Jr. (R)
Bradenton
District 71


Anthony Rodriguez (R)
Miami
District 118


Bob Rommel (R)
Naples
District 106


Rick Roth (R)
West Palm Beach
District 85


Anthony Sabatini (R)
Howey-in-the-Hills
District 32


Michelle Salzman (R)
Escambia County
District 1


Jason Shoaf (R)
Port St. Joe
District 7


David Silvers (D)
Lake Clarke Shores
District 87


Tyler I. Sirois (R)
Merritt Island
District 51


Kelly Skidmore (D)
Boca Raton
District 81


Emily Slosberg-King (D)
Boca Raton
District 91


Carlos Guillermo Smith (D)
Orlando
District 49


David Smith (R)
Winter Springs
District 28


John Snyder (R)
Stuart
District 82


Chris Sprowls (R)
Palm Harbor
District 65


Cyndi Stevenson (R)
St. Johns
District 17


Allison Tant (D)
Tallahassee
District 9


Geraldine F. "Geri" Thompson (D)
Windermere
District 44


Jackie Toledo (R)
Tampa
District 60


Josie Tomkow (R)
Polk City
District 39


Dana Trabulsy (R)
Fort Pierce
District 84


Keith L. Truenow (R)
Tavares
District 31


Jay Trumbull (R)
Panama City
District 6


Kaylee Tuck (R)
Lake Placid
District 55


Susan L. Valdés (D)
Tampa
District 62


Matt Willhite (D)
Wellington
District 86


Patricia H. Williams (D)
Pompano Beach
District 92


Jayer Williamson (R)
Pace
District 3


Marie Paule Woodson (D)
Hollywood
District 101


Clay Yarborough (R)
Jacksonville
District 12


Ardian Zika (R)
Land O' Lakes
District 37

# Journals

of the

# Florida House of Representatives



## One Hundred Twenty-fourth Regular Session

since Statehood in 1845

January 11 through March 14, 2022

[Including a record of transmittal of Acts subsequent to *sine die* adjournment]

Rules Committee

On motion by Rep. Renner, the above report was adopted.

## Special Orders

**HB 539**—A bill to be entitled An act relating to nursing home financial reporting; amending s. 408.061, F.S.; requiring nursing homes and their home offices to annually file with the Agency for Health Care Administration their audited actual experience for purposes of financial reporting; providing an effective date.

—was read the second time by title and, under Rule 10.10(b), referred to the Engrossing Clerk.

**CS/HB 1079**—A bill to be entitled An act relating to fiscal accountability for nongovernmental entities; creating s. 215.986, F.S.; providing definitions; requiring nongovernmental entities to use state funds in a specified manner; prohibiting nongovernmental entities from using state funds for specified purposes; requiring certain people at designated intervals to complete operational audits of certain nongovernmental entities under specified circumstances; specifying items that do not need to be reported; requiring certain nongovernmental entities to provide an annual report that includes certain information; requiring state agencies to provide the reports in a format prescribed by the Chief Inspector General to certain entities; requiring the Chief Inspector General to adopt rules relating to the annual report; requiring nongovernmental entities to submit certain attestations before receiving state funds; prohibiting state agencies from releasing or transferring specified funds to certain nongovernmental agencies until certain criteria are met; providing an effective date.

—was read the second time by title and, under Rule 10.10(b), referred to the Engrossing Clerk.

**CS for SJR 100**—A joint resolution of apportionment; providing for the apportionment of the House of Representatives and the Senate (plans _____ and S027S8058); adopting the United States Decennial Census of 2020 for use in such apportionment; defining terms; providing for the inclusion of omitted areas; providing contiguity for areas specified for inclusion in one district which are noncontiguous; specifying that the apportioned districts constitute the legislative districts of the state; specifying that electronic maps serve as the official maps of the legislative districts of the state; providing for the public availability of electronic maps; providing for severability of invalid portions; providing for application beginning in 2022.

—was read the second time by title.

Representative Leek offered the following:

(Amendment Bar Code: 503145)

**Amendment 1 (with title amendment)**—Between lines 67 and 68, insert:
(1) District 1 is composed of:
(a) That part of Escambia County consisting of:
1. All of Tract 14.02, 32.01, 32.03, 32.04, 33.01, 33.07, 33.08, 33.10, 33.11, 33.13, 34.00, 35.07, 35.09, 35.10, 35.11, 36.03, 36.07, 36.08, 36.09, 36.10, 36.11, 36.12, 36.13, 36.14, 37.00, 38.00, 39.00, and 40.00.
2. That part of Tract 11.04 consisting of:
a. That part of Block Group 1 consisting of blocks 4, 5, 6, and 7.
3. That part of Tract 12.01 consisting of:
a. That part of Block Group 4 consisting of blocks 11, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 25, 26, 27, 28, 29, and 30.
4. That part of Tract 12.02 consisting of:
a. That part of Block Group 1 consisting of blocks 0, 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 20, 21, 22, 25, 26, and 27.
b. That part of Block Group 2 consisting of blocks 0, 1, 2, 5, 6, 7, and 14.
5. That part of Tract 14.01 consisting of:
a. All of Block Group 1.
b. That part of Block Group 2 consisting of blocks 0, 1, 2, 3, 4, 5, 8, 13, 14, and 22.
c. That part of Block Group 3 consisting of blocks 0, 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, and 16.
6. That part of Tract 17.00 consisting of:
a. That part of Block Group 1 consisting of blocks 0, 1, 2, 3, 4, 5, 6, 7, 8, 9, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 38, 39, 40, 41, 46, 47, 48, 49, 50, 51, 52, 53, 54, 57, and 58.
b. All of Block Group 2.
7. That part of Tract 30.01 consisting of:
a. That part of Block Group 1 consisting of blocks 0, 1, 2, 3, 4, 6, 7, 8, 9, 10, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, and 23.
b. All of Block Group 2.
8. That part of Tract 30.02 consisting of:
a. All of Block Group 1.
b. That part of Block Group 2 consisting of blocks 0, 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 16, 17, 18, 19, 20, and 22.
9. That part of Tract 31.00 consisting of:
a. That part of Block Group 1 consisting of blocks 0, 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 26, 27, and 28.
b. All of Block Group 2, and 3.
10. That part of Tract 33.05 consisting of:
a. That part of Block Group 1 consisting of blocks 0, 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 25, 26, 27, 28, 29, 30, 31, and 33.
11. That part of Tract 33.12 consisting of:
a. All of Block Group 2.
12. That part of Tract 35.05 consisting of:
a. That part of Block Group 1 consisting of blocks 0, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 23, and 27.
b. That part of Block Group 2 consisting of blocks 0, 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, and 17.
13. That part of Tract 35.06 consisting of:
a. That part of Block Group 1 consisting of blocks 0, 1, 2, 3, and 4.
b. That part of Block Group 2 consisting of blocks 0, 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 19, 20, 21, 28, and 29.
14. That part of Tract 35.12 consisting of:
a. That part of Block Group 1 consisting of blocks 0, 1, 2, 3, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, and 24.
b. All of Block Group 2, and 3.
(2) District 2 is composed of:
(a) That part of Escambia County consisting of:
1. All of Tract 1.00, 3.00, 4.00, 5.00, 6.00, 8.01, 8.02, 9.00, 10.01, 10.02, 11.01, 11.03, 13.00, 15.00, 16.00, 18.00, 19.00, 20.00, 21.00, 22.00, 23.00, 24.00, 25.00, 26.01, 26.02, 26.04, 26.05, 26.06, 26.07, 27.01, 27.03, 27.04, 28.01, 28.02, 28.03, 28.04, 29.00, and 9900.00.
2. That part of Tract 11.04 consisting of:
a. That part of Block Group 1 consisting of blocks 0, 1, 2, 3, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, and 26.
b. All of Block Group 2, 3, and 4.
3. That part of Tract 12.01 consisting of:
a. All of Block Group 1.
b. That part of Block Group 4 consisting of blocks 0, 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 12, 13, 24, 31, 32, 33, 34, 35, and 36.
4. That part of Tract 12.02 consisting of:
a. That part of Block Group 1 consisting of blocks 11, 12, 13, 14, 15, 16, 17, 18, 19, 23, 24, 28, and 29.
b. That part of Block Group 2 consisting of blocks 3, 4, 8, 9, 10, 11, 12, 13, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41, and 42.
5. That part of Tract 14.01 consisting of:
a. That part of Block Group 2 consisting of blocks 6, 7, 9, 10, 11, 12, 15, 16, 17, 18, 19, 20, 21, and 23.
b. That part of Block Group 3 consisting of blocks 13, 14, and 15.
6. That part of Tract 17.00 consisting of:
a. That part of Block Group 1 consisting of blocks 10, 11, 12, 13, 14, 32, 33, 34, 35, 36, 37, 42, 43, 44, 45, 55, 56, 59, 60, 61, 62, 63, 64, 65, 66, and 67.

   6.  That part of Tract 180.03 consisting of:
   a.  All of Block Group 1.
   b.  That part of Block Group 2 consisting of blocks 0, 1, 2, 3, 4, 5, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, 51, and 52.
   7.  That part of Tract 182.00 consisting of:
   a.  That part of Block Group 1 consisting of blocks 0, 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 14, 15, 16, and 17.
   8.  That part of Tract 188.02 consisting of:
   a.  All of Block Group 1.
   b.  That part of Block Group 2 consisting of blocks 4, and 5.
   9.  That part of Tract 188.03 consisting of:
   a.  That part of Block Group 1 consisting of blocks 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, and 12.
   10.  That part of Tract 196.00 consisting of:
   a.  All of Block Group 1.
   b.  That part of Block Group 3 consisting of blocks 0, 1, 2, 3, 4, 5, 12, 13, 14, 15, 16, 17, 18, 22, 23, 24, 25, 26, 29, 30, 31, 32, 33, 34, and 36.
   c.  All of Block Group 4.
   11.  That part of Tract 9813.00 consisting of:
   a.  That part of Block Group 1 consisting of block 0.
   (120)  District 120 is composed of:
   (a)  All of Monroe County.
   (b)  That part of Miami-Dade County consisting of:
   1.  All of Tract 103.02, 107.05, 107.06, 107.07, 110.08, 110.09, 110.15, 111.05, 111.06, 112.03, 112.04, 112.05, 112.06, 114.08, 115.00, 9801.00, 9807.00, 9809.00, and 9812.00.
   2.  That part of Tract 103.01 consisting of:
   a.  That part of Block Group 1 consisting of blocks 9, 10, 11, 12, 19, 20, 21, 22, 23, 24, 25, 31, 32, 33, 34, 35, 36, 37, 38, 39, and 40.
   b.  All of Block Group 2.
   3.  That part of Tract 103.03 consisting of:
   a.  That part of Block Group 1 consisting of blocks 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, and 40.
   b.  That part of Block Group 2 consisting of blocks 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, and 40.
   c.  All of Block Group 3.
   4.  That part of Tract 104.00 consisting of:
   a.  That part of Block Group 3 consisting of blocks 25, 26, 27, 28, 29, 32, 33, 52, 55, 56, 57, 58, 59, 60, 61, 62, 63, 64, 71, 72, 73, and 74.
   5.  That part of Tract 105.02 consisting of:
   a.  That part of Block Group 1 consisting of blocks 3, 5, 6, 7, and 23.
   6.  That part of Tract 106.26 consisting of:
   a.  That part of Block Group 2 consisting of blocks 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, and 24.
   7.  That part of Tract 107.08 consisting of:
   a.  That part of Block Group 3 consisting of block 3.
   8.  That part of Tract 108.03 consisting of:
   a.  That part of Block Group 1 consisting of blocks 12, 13, and 14.
   b.  That part of Block Group 2 consisting of blocks 0, and 4.
   9.  That part of Tract 108.04 consisting of:
   a.  That part of Block Group 1 consisting of blocks 5, 6, 7, 8, 9, and 10.
   b.  That part of Block Group 4 consisting of blocks 0, 1, 2, and 4.
   10.  That part of Tract 108.06 consisting of:
   a.  All of Block Group 1.
   11.  That part of Tract 110.11 consisting of:
   a.  That part of Block Group 2 consisting of blocks 6, 7, 8, 9, 10, and 11.
   12.  That part of Tract 110.14 consisting of:
   a.  All of Block Group 1.
   13.  That part of Tract 111.03 consisting of:
   a.  That part of Block Group 1 consisting of block 10.
   14.  That part of Tract 111.04 consisting of:
   a.  All of Block Group 1.
   b.  That part of Block Group 3 consisting of blocks 0, 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 26, 30, 31, 37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, 51, 52, 53, 54, 55, and 56.
   c.  All of Block Group 4.
   15.  That part of Tract 113.01 consisting of:
   a.  All of Block Group 1.
   16.  That part of Tract 113.02 consisting of:
   a.  All of Block Group 1.
   17.  That part of Tract 114.05 consisting of:
   a.  That part of Block Group 2 consisting of block 1.
   18.  That part of Tract 114.06 consisting of:
   a.  All of Block Group 3.
   19.  That part of Tract 114.07 consisting of:
   a.  That part of Block Group 1 consisting of blocks 6, 7, and 8.
   20.  That part of Tract 114.10 consisting of:
   a.  That part of Block Group 2 consisting of blocks 0, 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 48, and 49.
   21.  That part of Tract 114.11 consisting of:
   a.  That part of Block Group 1 consisting of blocks 0, 12, and 13.
   22.  That part of Tract 114.12 consisting of:
   a.  That part of Block Group 3 consisting of blocks 0, 1, 2, 3, 4, 5, 6, 7, 8, 9, 25, 27, 28, 29, 30, 31, 32, 33, 35, 36, 37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, 51, 52, 53, 54, 55, 56, 57, 58, 59, 60, 61, 62, 63, and 64.
   23.  That part of Tract 124.03 consisting of:
   a.  That part of Block Group 1 consisting of blocks 11, 12, and 30.
   24.  That part of Tract 141.00 consisting of:
   a.  That part of Block Group 1 consisting of blocks 40, 41, 42, and 43.
   25.  That part of Tract 180.03 consisting of:
   a.  That part of Block Group 2 consisting of blocks 6, 7, and 8.
   26.  That part of Tract 182.00 consisting of:
   a.  That part of Block Group 1 consisting of blocks 11, 12, and 13.
   27.  That part of Tract 196.00 consisting of:
   a.  That part of Block Group 3 consisting of blocks 6, 7, 8, 9, 10, 11, 19, 20, 21, 27, 28, and 35.
   28.  That part of Tract 9806.00 consisting of:
   a.  That part of Block Group 1 consisting of blocks 10, 11, 12, 13, 14, and 17.
   29.  That part of Tract 9811.00 consisting of:
   a.  That part of Block Group 1 consisting of blocks 0, 1, 77, and 78.
   30.  That part of Tract 9813.00 consisting of:
   a.  That part of Block Group 1 consisting of blocks 1, 2, 3, 4, 5, 6, 7, and 8.
   31.  That part of Tract 9900.00 consisting of:
   a.  That part of Block Group 0 consisting of blocks 7, 8, 16, 17, 18, 21, 24, 25, 26, 27, 28, 30, 31, 32, 33, 34, 35, 36, 37, and 38.

---

**T I T L E   A M E N D M E N T**

Remove line 4 and insert:
Senate (plans H000H8013 and S027S8058); adopting the

Rep. Leek moved the adoption of the amendment, which was adopted.

Under Rule 10.10(b), the joint resolution was referred to the Engrossing Clerk.

**HB 159**—A bill to be entitled An act relating to public records; amending s. 24.1051, F.S.; creating a temporary exemption from public records for the names of lottery winners who win prizes of more than a specified value; providing for future legislative review and repeal of the exemption; providing a statement of public necessity; providing an effective date.

—was read the second time by title and, under Rule 10.10(b), referred to the Engrossing Clerk.

## Correction of the *Journal*

The *Journal* of February 1, 2022, was corrected and approved as corrected.

## Bills and Joint Resolutions on Third Reading

**HB 539**—A bill to be entitled An act relating to nursing home financial reporting; amending s. 408.061, F.S.; requiring nursing homes and their home offices to annually file with the Agency for Health Care Administration their audited actual experience for purposes of financial reporting; providing an effective date.

—was read the third time by title. On passage, the vote was:

Session Vote Sequence: 485

Speaker Sprowls in the Chair.

Yeas—114

| | | | |
|---|---|---|---|
| Alexander | Duggan | Learned | Roth |
| Aloupis | Duran | Leek | Sabatini |
| Altman | Eskamani | Maggard | Salzman |
| Andrade | Fabricio | Maney | Shoaf |
| Arrington | Fernandez-Barquin | Mariano | Silvers |
| Avila | Fetterhoff | Massullo | Sirois |
| Bartleman | Fine | McClain | Skidmore |
| Bell | Fischer | McClure | Slosberg-King |
| Beltran | Garrison | McCurdy | Smith, C. |
| Benjamin | Geller | McFarland | Smith, D. |
| Borrero | Giallombardo | Melo | Snyder |
| Botana | Goff-Marcil | Mooney | Sprowls |
| Brannan | Gottlieb | Morales | Stevenson |
| Brown | Grall | Nixon | Tant |
| Buchanan | Grant | Omphroy | Thompson |
| Burton | Gregory | Overdorf | Toledo |
| Busatta Cabrera | Grieco | Payne | Tomkow |
| Bush | Hage | Perez | Trabulsy |
| Byrd | Harding | Persons-Mulicka | Truenow |
| Caruso | Hawkins | Plakon | Trumbull |
| Casello | Hinson | Plasencia | Tuck |
| Chambliss | Hunschofsky | Rayner | Valdés |
| Clemons | Ingoglia | Renner | Willhite |
| Daley | Jenne | Rizo | Williams |
| Davis | Joseph | Roach | Woodson |
| Diamond | Killebrew | Robinson, F. | Yarborough |
| DiCeglie | Koster | Robinson, W. | Zika |
| Drake | LaMarca | Rodriguez | |
| Driskell | Latvala | Rommel | |

Nays—None

Votes after roll call:
    Yeas—Campbell, Hart
    Yeas to Nays—Hart
    Nays to Yeas—Hart

So the bill passed and was certified to the Senate.

**CS/HB 1079**—A bill to be entitled An act relating to fiscal accountability for nongovernmental entities; creating s. 215.986, F.S.; providing definitions; requiring nongovernmental entities to use state funds in a specified manner; prohibiting nongovernmental entities from using state funds for specified purposes; requiring certain people at designated intervals to complete operational audits of certain nongovernmental entities under specified circumstances; specifying items that do not need to be reported; requiring certain nongovernmental entities to provide an annual report that includes certain information; requiring state agencies to provide the reports in a format prescribed by the Chief Inspector General to certain entities; requiring the Chief Inspector General to adopt rules relating to the annual report; requiring nongovernmental entities to submit certain attestations before receiving state funds; prohibiting state agencies from releasing or transferring specified funds to certain nongovernmental agencies until certain criteria are met; providing an effective date.

—was read the third time by title. On passage, the vote was:

Session Vote Sequence: 486

Speaker Sprowls in the Chair.

Yeas—115

| | | | |
|---|---|---|---|
| Alexander | Drake | LaMarca | Rodriguez |
| Aloupis | Driskell | Latvala | Rommel |
| Altman | Duggan | Learned | Roth |
| Andrade | Duran | Leek | Sabatini |
| Arrington | Eskamani | Maggard | Salzman |
| Avila | Fabricio | Maney | Shoaf |
| Bartleman | Fernandez-Barquin | Mariano | Silvers |
| Bell | Fetterhoff | Massullo | Sirois |
| Beltran | Fine | McClain | Skidmore |
| Benjamin | Fischer | McClure | Slosberg-King |
| Borrero | Garrison | McCurdy | Smith, D. |
| Botana | Geller | McFarland | Snyder |
| Brannan | Giallombardo | Melo | Sprowls |
| Brown | Goff-Marcil | Mooney | Stevenson |
| Buchanan | Gottlieb | Morales | Tant |
| Burton | Grall | Nixon | Thompson |
| Busatta Cabrera | Grant | Omphroy | Toledo |
| Bush | Gregory | Overdorf | Tomkow |
| Byrd | Grieco | Payne | Trabulsy |
| Campbell | Hage | Perez | Truenow |
| Caruso | Harding | Persons-Mulicka | Trumbull |
| Casello | Hawkins | Plakon | Tuck |
| Chambliss | Hinson | Plasencia | Valdés |
| Chaney | Hunschofsky | Rayner | Willhite |
| Clemons | Ingoglia | Renner | Williams |
| Daley | Jenne | Rizo | Woodson |
| Davis | Joseph | Roach | Yarborough |
| Diamond | Killebrew | Robinson, F. | Zika |
| DiCeglie | Koster | Robinson, W. | |

Nays—None

Votes after roll call:
    Yeas—Hart, Smith, C.

So the bill passed and was certified to the Senate.

**CS for SJR 100**—A joint resolution of apportionment; providing for the apportionment of the House of Representatives and the Senate (plans _____ and S027S8058); adopting the United States Decennial Census of 2020 for use in such apportionment; defining terms; providing for the inclusion of omitted areas; providing contiguity for areas specified for inclusion in one district which are noncontiguous; specifying that the apportioned districts constitute the legislative districts of the state; specifying that electronic maps serve as the official maps of the legislative districts of the state; providing for the public availability of electronic maps; providing for severability of invalid portions; providing for application beginning in 2022.

—was read the third time by title.

THE SPEAKER PRO TEMPORE IN THE CHAIR

THE SPEAKER IN THE CHAIR

The question recurred on passage of **CS for SJR 100**. The vote was:

Session Vote Sequence: 487

Speaker Sprowls in the Chair.

Yeas—77

| | | | |
|---|---|---|---|
| Aloupis | Brannan | DiCeglie | Garrison |
| Altman | Buchanan | Drake | Giallombardo |
| Andrade | Burton | Duggan | Grall |
| Avila | Busatta Cabrera | Fabricio | Grant |
| Bell | Byrd | Fernandez-Barquin | Gregory |
| Beltran | Caruso | Fetterhoff | Hage |
| Borrero | Chaney | Fine | Harding |
| Botana | Clemons | Fischer | Hawkins |

| Ingoglia | McFarland | Roach | Stevenson |
|---|---|---|---|
| Killebrew | Melo | Robinson, W. | Toledo |
| Koster | Mooney | Rodriguez | Tomkow |
| LaMarca | Omphroy | Rommel | Trabulsy |
| Latvala | Overdorf | Roth | Truenow |
| Leek | Payne | Sabatini | Trumbull |
| Maggard | Perez | Salzman | Tuck |
| Maney | Persons-Mulicka | Shoaf | Yarborough |
| Mariano | Plakon | Sirois | Zika |
| Massullo | Plasencia | Smith, D. | |
| McClain | Renner | Snyder | |
| McClure | Rizo | Sprowls | |

Nays—39

| Alexander | Davis | Hunschofsky | Skidmore |
|---|---|---|---|
| Arrington | Diamond | Jenne | Slosberg-King |
| Bartleman | Driskell | Joseph | Smith, C. |
| Benjamin | Duran | Learned | Tant |
| Brown | Eskamani | McCurdy | Thompson |
| Bush | Geller | Morales | Valdés |
| Campbell | Goff-Marcil | Nixon | Willhite |
| Casello | Gottlieb | Rayner | Williams |
| Chambliss | Grieco | Robinson, F. | Woodson |
| Daley | Hinson | Silvers | |

Votes after roll call:

Nays—Hart

So the joint resolution passed, as amended, and was certified to the Senate.

**Motion**

On motion by Rep. Renner, joint resolution **CS/HJR 7501** was laid on the table.

**Motion to Immediately Certify**

On motion by Rep. Renner, the rules were waived and the House immediately certified **CS for SJR 100** to the Senate.

**HB 159**—A bill to be entitled An act relating to public records; amending s. 24.1051, F.S.; creating a temporary exemption from public records for the names of lottery winners who win prizes of more than a specified value; providing for future legislative review and repeal of the exemption; providing a statement of public necessity; providing an effective date.

—was read the third time by title. On passage, the vote was:

Session Vote Sequence: 488

Speaker Sprowls in the Chair.

Yeas—114

| Alexander | Clemons | Hage | Morales |
|---|---|---|---|
| Aloupis | Daley | Harding | Nixon |
| Altman | Davis | Hawkins | Overdorf |
| Andrade | Diamond | Hinson | Payne |
| Arrington | DiCeglie | Hunschofsky | Perez |
| Avila | Drake | Ingoglia | Persons-Mulicka |
| Bartleman | Driskell | Jenne | Plakon |
| Bell | Duggan | Joseph | Plasencia |
| Beltran | Duran | Killebrew | Rayner |
| Benjamin | Eskamani | Koster | Renner |
| Borrero | Fabricio | LaMarca | Rizo |
| Botana | Fernandez-Barquin | Latvala | Roach |
| Brannan | Fetterhoff | Learned | Robinson, F. |
| Brown | Fine | Leek | Robinson, W. |
| Buchanan | Fischer | Maggard | Rodriguez |
| Burton | Garrison | Maney | Rommel |
| Busatta Cabrera | Geller | Mariano | Roth |
| Bush | Giallombardo | Massullo | Salzman |
| Byrd | Goff-Marcil | McClain | Shoaf |
| Campbell | Gottlieb | McClure | Silvers |
| Caruso | Grall | McCurdy | Sirois |
| Casello | Grant | McFarland | Skidmore |
| Chambliss | Gregory | Melo | Slosberg-King |
| Chaney | Grieco | Mooney | Smith, C. |

| Smith, D. | Thompson | Trumbull | Woodson |
|---|---|---|---|
| Snyder | Toledo | Tuck | Yarborough |
| Sprowls | Tomkow | Valdés | Zika |
| Stevenson | Trabulsy | Willhite | |
| Tant | Truenow | Williams | |

Nays—1

Sabatini

Votes after roll call:

Yeas—Hart, Omphroy

So the bill passed by the required constitutional two-thirds vote of the members voting and was certified to the Senate.

**SB 7002**—A bill to be entitled An act relating to a review under the Open Government Sunset Review Act; amending s. 381.987, F.S., which provides an exemption from public records requirements for personal identifying information relating to medical marijuana held by the Department of Health; removing the scheduled repeal of the exemption; providing an effective date.

—was read the third time by title. On passage, the vote was:

Session Vote Sequence: 489

Speaker Sprowls in the Chair.

Yeas—116

| Alexander | Drake | LaMarca | Rodriguez |
|---|---|---|---|
| Aloupis | Driskell | Latvala | Rommel |
| Altman | Duggan | Learned | Roth |
| Andrade | Duran | Leek | Sabatini |
| Arrington | Eskamani | Maggard | Salzman |
| Avila | Fabricio | Maney | Shoaf |
| Bartleman | Fernandez-Barquin | Mariano | Silvers |
| Bell | Fetterhoff | Massullo | Sirois |
| Beltran | Fine | McClain | Skidmore |
| Benjamin | Fischer | McClure | Slosberg-King |
| Borrero | Garrison | McCurdy | Smith, C. |
| Botana | Geller | McFarland | Smith, D. |
| Brannan | Giallombardo | Melo | Snyder |
| Brown | Goff-Marcil | Mooney | Sprowls |
| Buchanan | Gottlieb | Morales | Stevenson |
| Burton | Grall | Nixon | Tant |
| Busatta Cabrera | Grant | Omphroy | Thompson |
| Bush | Gregory | Overdorf | Toledo |
| Byrd | Grieco | Payne | Tomkow |
| Campbell | Hage | Perez | Trabulsy |
| Caruso | Harding | Persons-Mulicka | Truenow |
| Casello | Hawkins | Plakon | Trumbull |
| Chambliss | Hinson | Plasencia | Tuck |
| Chaney | Hunschofsky | Rayner | Valdés |
| Clemons | Ingoglia | Renner | Willhite |
| Daley | Jenne | Rizo | Williams |
| Davis | Joseph | Roach | Woodson |
| Diamond | Killebrew | Robinson, F. | Yarborough |
| DiCeglie | Koster | Robinson, W. | Zika |

Nays—None

Votes after roll call:

Yeas—Hart

So the bill passed, as amended, and was certified to the Senate.

**SB 7000**—A bill to be entitled An act relating to a review under the Open Government Sunset Review Act; amending s. 382.008, F.S., which provides an exemption from public records requirements for certain information included in nonviable birth certificates; removing the scheduled repeal of the exemption; providing an effective date.

—was read the third time by title. On passage, the vote was:

Session Vote Sequence: 490

Speaker Sprowls in the Chair.

| Bill | Bill | Con/Pro | Bill/Amendments |
|---|---|---|---|
| HB 1197<br>Employee Organizations Representing Public Employees | Bill: 20 minutes<br>Amendments: 5 minutes each | Con: Willhite<br>Pro: Grant | Bill: 90 minutes total; 45 minutes per side in 15 minute blocks<br>Amendments: 5 minutes each |
| CS/CS/CS/HB 965<br>Environmental Management | Bill: 10 minutes<br>Amendments: 5 minutes each | Con: Willhite<br>Pro: Grant | Bill: 20 minutes total; 10 minutes per side in 10 minute blocks<br>Amendments: 5 minutes each |
| CS/CS/HB 1239<br>Nursing Homes | Bill: 20 minutes<br>Amendments: 5 minutes each | Con: Willhite<br>Pro: Grant | Bill: 60 minutes total; 30 minutes per side in 15 minute blocks<br>Amendments: 5 minutes each |
| CS/CS/HB 1233<br>Online Training for Private Security Officers | Bill: 10 minutes<br>Amendments: 5 minutes each | Con: Willhite<br>Pro: Grant | Bill: 30 minutes total; 15 minutes per side in 15 minute blocks<br>Amendments: 5 minutes each |
| HB 7059<br>OGSR/Campus Emergency Response | Bill: 10 minutes<br>Amendments: 5 minutes each | Con: Willhite<br>Pro: Grant | Bill: 20 minutes total; 10 minutes per side in 10 minute blocks<br>Amendments: 5 minutes each |
| CS/CS/HB 1363<br>Pub. Rec./Trust Proceedings | Bill: 30 minutes<br>Amendments: 5 minutes each | Con: Willhite<br>Pro: Grant | Bill: 60 minutes total; 30 minutes per side in 15 minute blocks<br>Amendments: 5 minutes each |
| HB 1551<br>Florida Retirement System | Bill: 10 minutes<br>Amendments: 5 minutes each | Con: Willhite<br>Pro: Grant | Bill: 20 minutes total; 10 minutes per side in 10 minute blocks<br>Amendments: 5 minutes each |
| HM 505<br>Florida National Guard | Bill: 10 minutes<br>Amendments: 5 minutes each | Con: Willhite<br>Pro: Grant | Bill: 40 minutes total; 20 minutes per side in 10 minute blocks<br>Amendments: 5 minutes each |

A quorum was present in person, and a majority of those present agreed to the above Report.

Respectfully submitted,
*Paul Renner*, Chair
Rules Committee

On motion by Rep. Renner, the above report was adopted.

## Special Orders

**CS for SB 7034**—A bill to be entitled An act relating to child welfare; amending s. 39.5085, F.S.; revising payment rates for relative and nonrelative caregivers under the Relative Caregiver Program; amending s. 409.145, F.S.; revising and specifying room and board rates paid by the Department of Children and Families; providing applicability of annual cost of living increase and supplemental room and board payment provisions to certain caregivers; providing for an additional monthly payment for certain caregivers; amending s. 1009.25, F.S.; revising fee waiver eligibility for students who are or were placed in the custody of a relative or nonrelative to include certain students; creating a tuition and fee exemption for students who enter the custody of the department after a specified age and who are reunited with their parent or parents before reaching a specified age and after spending at least 18 months in out-of-home care; requiring the student to meet certain federal financial aid eligibility requirements; requiring the entity imposing the tuition and fees to verify such eligibility; creating a tuition and fee waiver for students who were the subject of a dependency hearing, were placed in a permanent guardianship, and remain in such guardianship until the student reaches 18 years of age or, if before reaching 18 years of age, he or she enrolls in an eligible institution; reenacting s. 393.065(5)(b), F.S., relating to certain waiver services, to incorporate the amendments made to s. 409.145, F.S., in a reference thereto; reenacting s. 409.1451(2)(b), F.S., relating to the Road-to-Independence Program, to incorporate the amendments made to s. 409.145, F.S., in references thereto; providing an effective date.

—was read the second time by title and, under Rule 10.10(b), referred to the Engrossing Clerk.

Consideration of **CS/HB 7503** was temporarily postponed.

**CS for SB 102**—A bill to be entitled An act establishing the congressional districts of the state; amending s. 8.0001, F.S.; adopting the United States Decennial Census of 2020 as the official census of the state for use in redistricting the state's congressional districts; defining terms; amending s. 8.0002, F.S.; redistricting the state's congressional districts in accordance with the United States Decennial Census of 2020 (plan S035C8060); amending s. 8.0111, F.S.; providing for the inclusion of unlisted territory in contiguous districts in accordance with figures from the United States Decennial Census of 2020; reenacting s. 8.031, F.S., relating to the election of representatives to Congress; creating s. 8.051, F.S.; specifying that certain electronic maps serve as the official maps of the congressional districts of the state; providing for construction; requiring such maps to be made available to the public by the Office of Economic and Demographic Research within a specified timeframe; reenacting s. 8.0611, F.S., relating to severability; amending s. 8.07, F.S.; providing for applicability; repealing ss. 8.08, 8.081, 8.082, 8.083, 8.084, 8.085, 8.086, 8.087, and 8.088, F.S.; deleting obsolete

and superseded provisions relating to congressional districts enacted in Special Session A of the 2014 Legislature; providing effective dates.

—was read the second time by title.

THE SPEAKER PRO TEMPORE IN THE CHAIR

Representative Leek offered the following:

(Amendment Bar Code: 729451)

**House Amendment 1 (with title amendment)**—Remove everything after the enacting clause and insert:

Section 1.  Section 8.0001, Florida Statutes, is amended to read:
(Substantial rewording of section. See
s. 8.0001, F.S., for present text.)
8.0001  Definitions.—In accordance with s. 8(a), Art. X of the State Constitution, the United States Decennial Census of 2020 is the official census of the state for the purposes of congressional redistricting.
(1)  The following delineation of congressional districts employs areas included within official county, tract, block groups, and block boundary descriptions used by the United States Department of Commerce, Bureau of the Census, in compiling the United States Decennial Census of 2020 in this state. The populations within these census geographic units are the population figures reported in the counts of the United States Decennial Census of 2020 provided to the state in accordance with Pub. L. No. 94-171.
(2)  As used in this chapter, the term:
(a)  "Block" describes the smallest geographic unit for which population was tabulated in the 2020 decennial census. Blocks are nested within tracts and within block groups. A block is identified by a three-character number that is unique within a block group.
(b)  "Block equivalency file" describes a list of all blocks within the state and the congressional district number designated for each block. Blocks are listed by a 15-character number that combines the five-character county-level Federal Information Processing (FIPS) code, the six-character tract number with leading zeros and an implied decimal, the single-character block group number, and the three-character block number.
(c)  "Block group" describes a cluster of blocks within the same census tract. Block groups are nested within tracts, and are uniquely identified by a single character number with a valid range of 0 through 9.
(d)  "County" describes a legal governmental subdivision of the state. Boundaries of counties described in this chapter reflect those boundaries in effect as of January 1, 2020.
(e)  "Geographical information systems map" describes an electronic map that represents the boundaries of the congressional districts of the state in a commonly accepted and readable format.
(f)  "Tract" describes a relatively permanent statistical subdivision of a county. Tracts are nested within counties, and are uniquely identified by an up to four-character number and a two-digit suffix.
Section 2.  Section 8.0002, Florida Statutes, is amended to read:
(Substantial rewording of section. See
s. 8.0002, F.S., for present text.)
8.0002  Division of state into congressional districts.—For the election of representatives to the United States House of Representatives, the state is divided into 28 consecutively numbered, single-member congressional districts of contiguous territory, to be designated by such numbers as follows:
(1)  District 1 is composed of:
(a)  All of Escambia County.
(b)  All of Okaloosa County.
(c)  All of Santa Rosa County.
(d)  That part of Walton County consisting of:
1.  All of Tract 9501.03, 9501.04, 9503.06, 9505.02, 9506.04, 9506.07, 9506.08, and 9506.09.
2.  That part of Tract 9501.02 consisting of:
a.  All of Block Group 3.
3.  That part of Tract 9503.03 consisting of:
a.  That part of Block Group 1 consisting of blocks 0, 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 21, and 22.
b.  That part of Block Group 2 consisting of blocks 0, 1, 2, 3, 4, 5, 6, 7, 8, 10, 11, 12, 13, 14, 15, 16, 17, and 18.
4.  That part of Tract 9503.04 consisting of:
a.  That part of Block Group 2 consisting of blocks 9, 10, 11, 12, 13, 19, 22, 23, 24, 27, 28, 29, 30, 31, 32, 33, 34, 38, and 42.
5.  That part of Tract 9503.05 consisting of:
a.  That part of Block Group 1 consisting of blocks 1, 2, 3, 4, 5, 6, 8, 9, 10, and 11.
b.  That part of Block Group 2 consisting of blocks 3, 4, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 21, 23, 24, 25, 26, 27, 28, 29, 30, 31, and 32.
c.  That part of Block Group 3 consisting of blocks 0, 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, 51, 52, 53, 54, 55, 56, 57, 58, 59, 60, 61, 62, 63, 64, 65, 66, 67, 68, 69, 70, 71, 72, 73, 74, 75, 76, 77, 78, 79, 80, 81, 82, 83, 84, 85, 86, 87, 88, 89, 90, 91, 92, 93, 94, 95, 96, 97, 98, 99, 100, 101, 102, 103, 104, 105, 106, 107, 108, 109, 110, 111, 112, 113, 114, 115, 116, 117, 118, 119, 120, 121, 122, 123, 124, 125, 126, 127, 128, 129, 130, 131, 132, 133, 134, 135, 136, 137, 138, 139, 140, 141, 142, 143, 144, 145, 146, 147, 148, 149, 150, 151, 152, 153, 154, 155, 156, 157, 158, 159, 160, 161, 162, 163, 164, 165, 166, 167, 168, 169, 170, 171, 172, 173, 174, 175, 176, 177, 178, 179, 180, 181, 182, 183, 184, 185, 186, 187, 188, 189, 190, 191, 192, 193, 194, 195, 196, 197, 198, 199, 200, 201, 202, 203, 204, 205, 206, 207, 208, 209, 210, 211, 212, 213, 214, 215, 216, 217, 218, 219, 220, 221, 222, 223, 224, 225, 226, 227, 228, 229, 230, 231, 232, 233, 234, 235, 236, 237, 238, 239, 240, 241, 242, 243, 244, 245, 246, 247, 248, 249, 250, 254, 255, 256, and 257.
6.  That part of Tract 9504.00 consisting of:
a.  That part of Block Group 2 consisting of blocks 35, and 36.
7.  That part of Tract 9505.01 consisting of:
a.  That part of Block Group 1 consisting of blocks 2, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 30, 32, 33, 75, and 76.
b.  That part of Block Group 2 consisting of blocks 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 43, 44, 45, 61, 62, 63, 64, 65, 67, 68, 69, 70, and 92.
8.  That part of Tract 9506.05 consisting of:
a.  All of Block Group 1.
b.  That part of Block Group 3 consisting of blocks 2, 3, 4, 5, 6, 7, 9, 10, 11, 46, 47, 48, 49, 50, 51, 52, 53, 54, 55, 56, and 58.
9.  That part of Tract 9506.06 consisting of:
a.  All of Block Group 1.
b.  That part of Block Group 2 consisting of blocks 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 20, 21, 22, 23, 24, and 98.
10.  That part of Tract 9900.00 consisting of:
a.  That part of Block Group 0 consisting of blocks 3, 4, and 5.
(2)  District 2 is composed of:
(a)  All of Bay County.
(b)  All of Calhoun County.
(c)  All of Franklin County.
(d)  All of Gadsden County.
(e)  All of Gulf County.
(f)  All of Holmes County.
(g)  All of Jackson County.
(h)  All of Jefferson County.
(i)  All of Leon County.
(j)  All of Liberty County.
(k)  All of Madison County.
(l)  All of Taylor County.
(m)  All of Wakulla County.
(n)  All of Washington County.
(o)  That part of Lafayette County consisting of:
1.  That part of Tract 9601.00 consisting of:
a.  That part of Block Group 1 consisting of blocks 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37,

entirely surrounded by a district shall be included within that district contiguous to such portion that contains the least population per representative according to the United States Decennial Census of <u>2020</u> <s>2010</s>; however, if every district contiguous to such portion has an equal population, such portion shall be included within the lowest-numbered district that is contiguous to such portion.

Section 5.  Effective upon becoming a law, section 8.031, Florida Statutes, is reenacted to read:

8.031  Election of representatives to Congress.—The districts named in s. 8.0002 constitute and form the congressional districts of the state, and a representative to the Congress shall be selected in and for each of the congressional districts as provided by law.

Section 6.  Effective upon becoming a law, section 8.051, Florida Statutes, is created to read:

<u>8.051  Electronic maps to serve as the official maps of congressional districts; availability.—</u>

<u>(1)  Geographical information systems maps and block equivalency files representing the boundaries of congressional districts described in this act shall serve as the official maps of the congressional districts of the state. In the event of any conflict between the descriptions of districts set forth in this act, geographical information systems maps, or block equivalency files, the descriptions in the block equivalency files shall prevail.</u>

<u>(2)  Within 10 days after the effective date of this act, the geographical information systems maps and block equivalency files representing the boundaries of the congressional districts described in this act shall be made available to the public by the Office of Economic and Demographic Research.</u>

Section 7.  Section 8.0611, Florida Statutes, is amended to read:

8.0611  Severability.—

<u>(1)</u>  If any provision of this chapter is held invalid with respect to any person or circumstance, or if any congressional <u>districts</u> <s>district</s> established in this chapter <u>are</u> <s>is</s> held invalid, the invalidity does not affect other provisions or applications of the chapter or any other districts established in this chapter which can be given effect without the invalid provision or application, and to this end the provisions of this chapter are severable.

<u>(2)  Notwithstanding subsection (1), if a court determines that the district described in s. 8.0002(5) is invalid under any provision of federal law, including the United States Constitution, or the Florida Constitution, then, subject to appellate review, the amendments made by this act to s. 8.0002 shall stand repealed effective immediately and the districts described in s. 8.0003 shall take effect immediately.</u>

Section 8.  Effective upon becoming a law, section 8.07, Florida Statutes, is amended to read:

8.07  Applicability.—

<u>(1)</u>  The congressional districts prescribed in s. 8.0002 apply with respect to the qualification, nomination, and election to the office of representative to the Congress of the United States in the primary and general elections held in <u>2022</u> <s>2012</s> and thereafter.

<u>(2)  Notwithstanding subsection (1), if a court determines that the district described in s. 8.0002(5) is invalid under any provision of federal law, including the United States Constitution, or the Florida Constitution, then, subject to appellate review, the congressional districts prescribed in s. 8.0003 apply with respect to the qualification, nomination, and election to the office of representative to the Congress of the United States in the primary and general elections held in 2022 and thereafter.</u>

Section 9.  Effective upon becoming a law, ss. 8.08, 8.081, 8.082, 8.083, 8.084, 8.085, 8.086, 8.087, and 8.088, Florida Statutes, are repealed.

Section 10.  <u>(1)  Any action challenging any district described in s. 8.0002, Florida Statutes, must be commenced within 30 days after the date this act becomes law.</u>

<u>(2)  Any action challenging any district described in s. 8.0003, Florida Statutes, must be commenced within 30 days after the date that section takes effect.</u>

<u>(3)  Any claim not asserted within the applicable limitation periods in this section is barred.</u>

Section 11.  Except as otherwise expressly provided in this act and except for this section, which shall take effect upon this act becoming a law, this act shall take effect upon the expiration of the terms of the representatives to the United States House of Representatives serving on the date that this act becomes a law.

---

**T I T L E  A M E N D M E N T**
Remove everything before the enacting clause and insert:
A bill to be entitled

An act relating to establishing the congressional districts of the state; amending s. 8.0001, F.S.; adopting the United States Decennial Census of 2020 as the official census of the state for use in redistricting the state's congressional districts; defining term; amending s. 8.0002, F.S.; redistricting the state's congressional districts in accordance with the United States Decennial Census of 2020 (plan H000C8019); creating s. 8.0003, F.S.; redistricting the state's congressional districts in accordance with the United States Decennial Census of 2020 (plan H000C8015); amending s. 8.0111, F.S.; providing for the inclusion of unlisted territory in contiguous districts in accordance with figures from the United States Decennial Census of 2020; reenacting s. 8.031, F.S., relating to the election of representatives to Congress; creating s. 8.051, F.S.; specifying that certain electronic maps serve as the official maps of the congressional districts of the state; providing for construction; requiring such maps to be made available to the public by the Office of Economic and Demographic Research within a specified timeframe; amending s. 8.0611, F.S.; making editorial changes; providing effect of district held invalid under certain circumstances; amending s. 8.07, F.S.; providing for applicability; repealing ss. 8.08, 8.081, 8.082, 8.083, 8.084, 8.085, 8.086, 8.087, and 8.088, F.S.; deleting obsolete and superseded provisions relating to congressional districts enacted in Special Session A of the 2014 Legislature; requiring certain actions challenging a district to be commenced within a specified period; barring certain claims; providing effective dates.

Rep. Leek moved the adoption of the amendment.

THE SPEAKER IN THE CHAIR

The Speaker requested a quorum call. A quorum was present [Session Vote Sequence: 698]

The Speaker gave brief remarks regarding today's Florida Supreme Court decision on the State House and Senate district maps.

THE SPEAKER PRO TEMPORE IN THE CHAIR

Representative Driskell offered the following:

(Amendment Bar Code: 210217)

**House Amendment 1 (with title amendment) to House Amendment 1 (729451) (with title amendment)**—Remove lines 7125-7132

---

**T I T L E  A M E N D M E N T**
Remove lines 7174-7176 and insert:
providing effective dates.

Rep. Driskell moved the adoption of the amendment to the amendment, which failed of adoption.

Representative Driskell offered the following:

(Amendment Bar Code: 423999)

**House Amendment 2 to House Amendment 1 (729451) (with title amendment)**—Remove lines 7127-7129 and insert:
within 1 year after the date this act becomes law.

<u>(2)  Any action challenging any district described in s. 8.0003, Florida Statutes, must be commenced within 1 year after</u>

Rep. Driskell moved the adoption of the amendment to the amendment, which failed of adoption.

The question recurred on the adoption of **House Amendment 1 (729451)**, which was adopted.

Under Rule 10.10(b), **CS for SB 102** was referred to the Engrossing Clerk.

**Recessed**

The House recessed at 12:47 p.m., to reconvene at 1:30 p.m., or upon call of the Chair.

**Reconvened**

The House was called to order by the Chair [Rep. Burton] at 1:36 p.m. A quorum was present [Session Vote Sequence: 699].

## Special Orders

**CS/HB 567** was taken up.  On motion by Rep. McClure, the House agreed to substitute CS for SB 1006 for CS/HB 567 and read CS for SB 1006 the second time by title.  Under Rule 5.17, the House bill was laid on the table.

**CS for SB 1006**—A bill to be entitled An act relating to state symbols; creating s. 15.0522, F.S.; designating strawberry shortcake as the official state dessert; providing an effective date.

—was read the second time by title and, under Rule 10.10(b), referred to the Engrossing Clerk.

**CS/CS/HB 703** was taken up.  On motion by Rep. Garrison, the House agreed to substitute CS for SB 520 for CS/CS/HB 703 and read CS for SB 520 the second time by title.  Under Rule 5.17, the House bill was laid on the table.

**CS for SB 520**—A bill to be entitled An act relating to public records and public meetings; creating s. 1004.098, F.S.; providing an exemption from public records requirements for any personal identifying information of an applicant for president of a state university or a Florida College System institution held by a state university or a Florida College System institution; specifying when the age, race, and gender of all qualified applicants considered and the personal identifying information of applicants who are in the final group of applicants are no longer confidential and exempt; providing an exemption from public meetings requirements for any portion of a meeting held for the purpose of identifying or vetting applicants for president of a state university or a Florida College System institution, including any portion of a meeting which would disclose certain personal identifying information of such applicants; requiring that a recording be made of any portion of a closed meeting which would disclose personal identifying information of such applicants; providing that no portion of a closed meeting may be held off the record; providing that the recording of any closed portion of a meeting is exempt from public records requirements; specifying that certain meetings are not exempt from public meeting requirements; providing for future legislative review and repeal of the exemptions; providing a statement of public necessity; providing an effective date.

—was read the second time by title and, under Rule 10.10(b), referred to the Engrossing Clerk.

**HB 1197**—A bill to be entitled An act relating to employee organizations representing public employees; amending s. 447.301, F.S.; requiring that a public employee who desires to join an employee organization sign a membership authorization form; requiring that such form include a specified acknowledgement; requiring an employee organization to revoke a public employee's membership upon receipt of his or her written request for revocation; prohibiting a revocation form from requiring a reason for the public employee's decision to revoke his or her membership; providing nonapplicability with respect to certain employee organizations; amending s. 447.303, F.S.; prohibiting certain employee organizations from having their dues and uniform assessments deducted and collected by the employer from certain salaries; authorizing public employees to pay their dues and uniform assessments directly to the employee organization; authorizing certain employee organizations to have their dues and uniform assessments deducted and collected by the employer from certain salaries; amending s. 447.305, F.S.; revising requirements for applications for renewal of registration of an employee organization; providing procedures for incomplete applications; requiring certain employee organizations to petition the Public Employees Relations Commission for recertification as bargaining agents; authorizing a public employer or bargaining unit employee to challenge an employee organization's application for renewal of registration; requiring the commission or its designated agent to review the application; requiring the commission to revoke the registration and certification of the employee organization in certain circumstances; providing nonapplicability with respect to certain employee organizations; amending s. 1012.2315, F.S.; removing duplicate provisions; reenacting ss. 110.114(3) and 447.507(6)(a), F.S., relating to employee wage deductions and violation of strike prohibition and penalties, respectively, to incorporate the amendment made to s. 447.303, F.S., in references thereto; providing an effective date.

—was read the second time by title and, under Rule 10.10(b), referred to the Engrossing Clerk.

**CS/CS/CS/HB 965**—A bill to be entitled An act relating to environmental management; creating s. 373.4134, F.S.; providing legislative findings and intent; providing definitions; providing for water quality enhancement areas, water quality enhancement area permits, water quality enhancement service areas, and enhancement credits; providing requirements for such areas, permits, and credits; directing the Department of Environmental Protection and water management districts to authorize the sale and use of enhancement credits for specified purposes; providing that the authority of the act is supplemental; directing the department to maintain enhancement credit ledgers; authorizing the department to adopt rules; amending s. 403.892, F.S.; correcting a cross-reference; revising requirements for developers and homebuilders to qualify for graywater technology incentives; providing that certain occupancy is not eligibility criterion for such incentives; requiring the department to adopt and modify specified rules; providing rulemaking requirements; authorizing positions and providing an appropriation; providing an effective date.

—was read the second time by title.

Representative Truenow offered the following:

(Amendment Bar Code: 668049)

**Amendment 1 (with title amendment)**—Remove lines 266-315 and insert:

(j)  Notwithstanding any other law, this section does not limit or restrict the authority of the department to deny the use of enhancement credits when the department is not reasonably assured that the use of the credits will not cause or contribute to a violation of water quality standards, even if the project being implemented by the governmental entity is within the enhancement service area. The department may allow the use of enhancement credits if the department receives a request for the use of enhancement credits and determines that such use will not cause or contribute to a violation of water quality standards.

(8)  AUTHORITY.—The authority granted to the department under this section is supplemental to the authority granted under s. 403.067(8).

(9)  RULES.—The department shall adopt rules to implement this section. This section may not be implemented until the department adopts such rules.

Section 2. Paragraph (b) of subsection (1) and paragraphs (a), (b), and (d) of subsection (3) of section 403.892, Florida Statutes, are amended, and subsection (6) is added to that section, to read:

403.892  Incentives for the use of graywater technologies.—

(1)  As used in this section, the term:

| | | | |
|---|---|---|---|
| Roach | Shoaf | Sprowls | Tuck |
| Robinson, F. | Silvers | Tant | Valdés |
| Robinson, W. | Sirois | Thompson | Willhite |
| Rodriguez | Skidmore | Toledo | Williams |
| Rommel | Slosberg-King | Tomkow | Williamson |
| Roth | Smith, C. | Trabulsy | Woodson |
| Sabatini | Smith, D. | Truenow | Yarborough |
| Salzman | Snyder | Trumbull | Zika |

Nays—None

Votes after roll call:

    Yeas—Hage, Omphroy, Stevenson

So the bill passed and was immediately certified to the Senate.

**CS for SB 102**—A bill to be entitled An act establishing the congressional districts of the state; amending s. 8.0001, F.S.; adopting the United States Decennial Census of 2020 as the official census of the state for use in redistricting the state's congressional districts; defining terms; amending s. 8.0002, F.S.; redistricting the state's congressional districts in accordance with the United States Decennial Census of 2020 (plan S035C8060); amending s. 8.0111, F.S.; providing for the inclusion of unlisted territory in contiguous districts in accordance with figures from the United States Decennial Census of 2020; reenacting s. 8.031, F.S., relating to the election of representatives to Congress; creating s. 8.051, F.S.; specifying that certain electronic maps serve as the official maps of the congressional districts of the state; providing for construction; requiring such maps to be made available to the public by the Office of Economic and Demographic Research within a specified timeframe; reenacting s. 8.0611, F.S., relating to severability; amending s. 8.07, F.S.; providing for applicability; repealing ss. 8.08, 8.081, 8.082, 8.083, 8.084, 8.085, 8.086, 8.087, and 8.088, F.S.; deleting obsolete and superseded provisions relating to congressional districts enacted in Special Session A of the 2014 Legislature; providing effective dates.

—was read the third time by title.

Representative Renner offered the following:

(Amendment Bar Code: 225011)

**Technical Amendment 3 to House Amendment 1 (729451) (with title amendment)**—Remove line 150 and insert:
    <u>(p)  That part of Walton County consisting of:</u>

Rep. Renner moved the adoption of the amendment to the amendment, which was adopted.

REPRESENTATIVE GRALL IN THE CHAIR

THE SPEAKER IN THE CHAIR

The question recurred on passage of **CS for SB 102**. The vote was:

Session Vote Sequence: 703

Speaker Sprowls in the Chair.

Yeas—67

| | | | |
|---|---|---|---|
| Aloupis | DiCeglie | Latvala | Persons-Mulicka |
| Altman | Duggan | Leek | Plakon |
| Andrade | Fabricio | Maggard | Plasencia |
| Avila | Fernandez-Barquin | Maney | Renner |
| Barnaby | Fetterhoff | Mariano | Rizo |
| Bell | Fine | Massullo | Roach |
| Borrero | Garrison | McClain | Robinson, W. |
| Botana | Giallombardo | McClure | Rodriguez |
| Buchanan | Grall | McFarland | Rommel |
| Burton | Harding | Melo | Roth |
| Busatta Cabrera | Hawkins | Mooney | Salzman |
| Caruso | Killebrew | Overdorf | Shoaf |
| Chaney | Koster | Payne | Sirois |
| Clemons | LaMarca | Perez | Smith, D. |
| Snyder | Tomkow | Trumbull | Yarborough |
| Sprowls | Trabulsy | Tuck | Zika |
| Toledo | Truenow | Williamson | |

Nays—47

| | | | |
|---|---|---|---|
| Alexander | Davis | Hart | Sabatini |
| Arrington | Diamond | Hunschofsky | Silvers |
| Bartleman | Drake | Ingoglia | Skidmore |
| Beltran | Driskell | Jenne | Slosberg-King |
| Benjamin | Duran | Joseph | Smith, C. |
| Brown | Eskamani | Learned | Tant |
| Bush | Fischer | McCurdy | Thompson |
| Byrd | Geller | Morales | Valdés |
| Campbell | Goff-Marcil | Nixon | Willhite |
| Casello | Gottlieb | Omphroy | Williams |
| Chambliss | Gregory | Rayner | Woodson |
| Daley | Grieco | Robinson, F. | |

Votes after roll call:

    Yeas—Grant, Hage

So the bill passed, as amended, and was immediately certified to the Senate.

**CS for SB 1006**—A bill to be entitled An act relating to state symbols; creating s. 15.0522, F.S.; designating strawberry shortcake as the official state dessert; providing an effective date.

—was read the third time by title.  On passage, the vote was:

Session Vote Sequence: 704

Speaker Sprowls in the Chair.

Yeas—109

| | | | |
|---|---|---|---|
| Alexander | DiCeglie | Learned | Roth |
| Aloupis | Drake | Leek | Salzman |
| Altman | Driskell | Maggard | Shoaf |
| Andrade | Duggan | Maney | Silvers |
| Arrington | Duran | Mariano | Sirois |
| Avila | Eskamani | Massullo | Skidmore |
| Barnaby | Fabricio | McClain | Slosberg-King |
| Bartleman | Fernandez-Barquin | McClure | Smith, C. |
| Bell | Fetterhoff | McCurdy | Smith, D. |
| Beltran | Fine | McFarland | Snyder |
| Benjamin | Garrison | Melo | Sprowls |
| Borrero | Geller | Mooney | Tant |
| Botana | Giallombardo | Morales | Thompson |
| Brown | Goff-Marcil | Nixon | Toledo |
| Buchanan | Gottlieb | Omphroy | Tomkow |
| Burton | Grall | Overdorf | Trabulsy |
| Busatta Cabrera | Gregory | Payne | Truenow |
| Bush | Grieco | Perez | Trumbull |
| Byrd | Harding | Persons-Mulicka | Tuck |
| Campbell | Hart | Plasencia | Valdés |
| Caruso | Hawkins | Rayner | Willhite |
| Casello | Hunschofsky | Renner | Williamson |
| Chambliss | Ingoglia | Rizo | Woodson |
| Chaney | Jenne | Roach | Yarborough |
| Clemons | Joseph | Robinson, F. | Zika |
| Daley | Killebrew | Robinson, W. | |
| Davis | Koster | Rodriguez | |
| Diamond | LaMarca | Rommel | |

Nays—4

| | | | |
|---|---|---|---|
| Fischer | Latvala | Plakon | Sabatini |

Votes after roll call:

    Yeas—Hage, Stevenson

So the bill passed and was immediately certified to the Senate.

**CS for SB 520**—A bill to be entitled An act relating to public records and public meetings; creating s. 1004.098, F.S.; providing an exemption from public records requirements for any personal identifying information of an applicant for president of a state university or a Florida College System institution held by a state university or a Florida College System institution;