# Journals

of the

# Florida House of Representatives



Special Session "C"

April 19 through April 21, 2022

of the

Ninetieth House

since Statehood in 1845

[Including a record of transmittal of Acts subsequent to *sine die* adjournment]

EXHIBIT
J24

# The Journal OF THE House of Representatives

**THIRD SPECIAL SESSION—"C" of 2020-2022**

**Number 1**            **Tuesday, April 19, 2022**

Journal of the House of Representatives for a Special Session of the 90th House since Statehood in 1845, convened by Proclamation of the Governor and held at the Capitol in the City of Tallahassee in the State of Florida on Tuesday, April 19, 2022.

Pursuant to the proclamation, the House was called to order by the Honorable Chris Sprowls, Speaker, at 12:15 p.m.

## Prayer

The following prayer was offered by the Honorable Dianne "Ms Dee" Hart:

Heavenly Father, Holy One, who's known by many names, we are humbled by Your love. Bless our legislative leaders who are here to represent constituents in our districts and in the great state of Florida.

Bless each one of us individually and collectively. Provide us with the tools needed to make the best decisions. Father, You know what we need to serve Your people. I ask that You grant us the courage and wisdom to do what's true, good, and right. Allow us to show kindness, respectfulness, compassion, and honesty to each other as we do Your work.

Father, I ask that You decrease us and increase You. We thank You for allowing us safe travel here and back to our homes. Keep our families safe as we're away.

Father, we praise Your name forever. Thank You for allowing us to call upon You in our times of need as a state. Thank You, Lord. We are grateful for Your bountiful blessings and we bless Your holy name. Amen.

The following members were recorded present:

Session Vote Sequence: 898

Speaker Sprowls in the Chair.

Yeas—108

| | | | |
|---|---|---|---|
| Alexander | Byrd | Fischer | Koster |
| Aloupis | Campbell | Garrison | LaMarca |
| Altman | Caruso | Geller | Latvala |
| Andrade | Casello | Goff-Marcil | Learned |
| Arrington | Chaney | Gottlieb | Leek |
| Barnaby | Clemons | Grall | Maggard |
| Bartleman | Daley | Grant | Maney |
| Bell | Davis | Gregory | Mariano |
| Beltran | Diamond | Grieco | Massullo |
| Benjamin | DiCeglie | Harding | McClain |
| Borrero | Drake | Hart | McClure |
| Botana | Driskell | Hawkins | McCurdy |
| Brannan | Duran | Hinson | McFarland |
| Brown | Edmonds | Hunschofsky | Melo |
| Buchanan | Eskamani | Ingoglia | Mooney |
| Burton | Fabricio | Jenne | Morales |
| Busatta Cabrera | Fetterhoff | Joseph | Nixon |
| Bush | Fine | Killebrew | Overdorf |
| Payne | Robinson, W. | Smith, D. | Trumbull |
| Perez | Rommel | Snyder | Tuck |
| Persons-Mulicka | Roth | Sprowls | Valdés |
| Plakon | Sabatini | Tant | Willhite |
| Rayner | Salzman | Thompson | Williams |
| Renner | Shoaf | Toledo | Williamson |
| Rizo | Sirois | Tomkow | Woodson |
| Roach | Skidmore | Trabulsy | Yarborough |
| Robinson, F. | Smith, C. | Truenow | Zika |

Nays—None

(A list of excused members appears at the end of the *Journal*.)

A quorum was present.

## Pledge

The members, led by the Honorable James Vernon "Jim" Mooney Jr., pledged allegiance to the Flag.

### PROCLAMATION
**STATE OF FLORIDA**
**EXECUTIVE OFFICE OF THE GOVERNOR**
**TALLAHASSEE**

TO THE HONORABLE MEMBERS OF THE
FLORIDA SENATE AND HOUSE OF REPRESENTATIVES

WHEREAS, Article III, Section 3 of the Florida Constitution permits the Governor to convene the Legislature in Special Session during which only such legislative business may be transacted as is within the purview of this Proclamation, or of a communication from the Governor, or as is introduced by consent of two-thirds of the membership of each house of the Legislature; and

WHEREAS, Article III, Section 3 of the Florida Constitution limits the duration of a Special Session to twenty (20) consecutive days; and

WHEREAS, on March 29, 2022, the Legislature presented to me CS/SB 102, an act relating to establishing the congressional districts of the State of Florida; and

WHEREAS, on March 29, 2022, pursuant to Article III, Section 8 of the Florida Constitution, I vetoed and transmitted my objection to CS/SB 102; and

WHEREAS, redistricting is primarily the duty and responsibility of the states, *see* U.S. Const. art. I, § 4, cl. 1; and

1

WHEREAS, the Legislature and Governor have an obligation every ten years to redraw Florida's congressional districts consistent with the most recent decennial census, see 2 U.S.C. §§ 2a-2c, and the one-person, one-vote requirement of the U.S. Constitution, see Kirkpatrick v. Preisler, 394 U.S. 526, 530-31 (1969); and

WHEREAS, the 2020 Census resulted in the apportionment to Florida of 28 representatives to the U.S. House of Representatives; and

WHEREAS, based on statewide population growth, the State of Florida gained an additional congressional seat when compared to the 2010 Census; and

WHEREAS, the qualifying period for election to the U.S. House of Representatives is June 13, 2022, to June 17, 2022, pursuant to Florida law; and

WHEREAS, the failure to redistrict the congressional districts of the State of Florida could result in confusion and chaos in the administration of Florida's congressional elections.

NOW, THEREFORE, I, RON DESANTIS, Governor of the State of Florida, by virtue of the power and authority vested in me by Article III, Section 3(c)(l) of the Florida Constitution, do hereby proclaim as follows:

Section 1. The Legislature of the State of Florida is convened in Special Session commencing at 12:00 p.m., Tuesday, April 19, 2022, and extending no later than 11:59 p.m., Friday, April 22, 2022.

Section 2. The Legislature of the State of Florida is convened in Special Session for the sole and exclusive purpose of considering legislation relating to the establishment of congressional districts for the State of Florida and any legal challenges thereto, including the appropriation of additional funding for pending and prospective redistricting litigation.



IN TESTIMONY WHEREOF, I have hereunto set my hand and caused the Great Seal of the State of Florida to be affixed to this Proclamation convening the Legislature in Special Session at the Capitol, this 29th day of March, 2022.

RON DeSANTIS
GOVERNOR

ATTEST:

LAUREL M. LEE
SECRETARY OF STATE

### PROCLAMATION
### STATE OF FLORIDA
### EXECUTIVE OFFICE OF THE GOVERNOR
### TALLAHASSEE

TO THE HONORABLE MEMBERS OF THE
FLORIDA SENATE AND HOUSE OF REPRESENTATIVES

WHEREAS, the Florida Constitution of 1885 did not prohibit special laws granting privileges to private corporations; and

WHEREAS, the Florida Constitution was revised by the Florida electorate on November 5, 1968; and

WHEREAS, the Florida Constitution of 1968 generally disfavors special laws as opposed to general laws, but permits the creation of independent special districts that appropriately serve the public interest; and

WHEREAS, Article III, Section 11(a)(12) of the Florida Constitution of 1968 prohibits special laws granting privileges to private corporations; and

WHEREAS, independent special districts exist that were established prior to November 5, 1968, and that have not been re-established, ratified, or otherwise reconstituted by a special act or general law after November 5, 1968; and

WHEREAS, it is necessary to review such independent special districts to ensure that they are appropriately serving the public interest; and

WHEREAS, it is also necessary to consider whether such independent special districts should be subject to the special law requirements of the Florida Constitution of 1968; and

WHEREAS, it is further necessary to periodically review exceptions to generally applicable laws that are given to select corporations; and

WHEREAS, on May 24, 2021, Florida enacted the first-of-its-kind law to protect consumers from arbitrary censorship by social media platforms; and

WHEREAS, the law, Section 501.2041, Florida Statutes, exempts any company that owns and operates a theme park or entertainment complex from the definition of a "social media platform"; and

WHEREAS, on June 30, 2021, a federal court temporarily enjoined Section 501.2041, Florida Statutes, in part because such exemption would likely not survive under the First Amendment; and

WHEREAS, the federal court questioned whether it could sever the exemption for theme parks and entertainment complexes because the court concluded that (i) the Legislature was "apparently unwilling to subject favored Florida businesses to the statutes' onerous regulatory burdens" and (ii) the court could not "impose these burdens on the statutorily excluded entities when the Legislature has not passed, and the Governor has not signed, a statute subjecting these entities to these requirements," NetChoice, LLC v. Moody, 546 F. Supp. 3d 1082, 1094 (N.D. Fla. 2021); and

WHEREAS, Florida appealed this ruling to the United States Court of Appeals for the Eleventh Circuit in Case No. 21-12355; and

WHEREAS, oral argument before the Eleventh Circuit is scheduled to occur on April 28, 2022, and Florida must prevail in its position that a state can regulate the arbitrary and inconsistent censorship practices of social media platforms due to the platforms' unprecedented power over the free flow of information and ideas; and

WHEREAS, the law's exemption for theme parks and entertainment complexes is severable from and unnecessary to effectuate the law regulating social media platforms; and

WHEREAS, the Legislature should make clear that Florida intends to continue to protect consumers from the arbitrary and inconsistent censorship of social media platforms in a viewpoint-neutral manner; and

WHEREAS, I have called a Special Session commencing at 12:00 p.m., Tuesday, April 19, 2022, and extending no later than 11:59 p.m., Friday, April 22, 2022; and

WHEREAS, it is prudent to expand the call for this Special Session.

NOW, THEREFORE, I, RON DESANTIS, Governor of the State of Florida, by virtue of the power and authority vested in me by Article III, Section 3(c)(l) of the Florida Constitution, do hereby proclaim as follows:

**B. PROCEDURES:**

Time allocations apply to all bills listed in Section A and any bill substituted for or taken up in lieu of a listed bill. Amendment sponsors shall have 2 minutes to open and 2 minutes to close, except as outlined below.

Except for the bills listed in Section C, the House shall spend no more than the following times:

- For each bill:
  - Questions and answers - 10 minutes
  - Debate - 5 minutes
- For each amendment:
  - Questions and answers - 5 minutes
  - Debate - 5 minutes

For all bills, along with their associated amendments, the time for questions and answers includes both the question and the answer and shall be no more than the times listed. Neither the question nor the answer shall be protracted in an attempt to use up the time.

Once more than 10 non-bill sponsor amendments are filed, the allocation of time spent on each non-bill sponsor amendment shall be determined as follows:

- 90 minutes divided by the total number of non-sponsor amendments filed.
- The time allocated for each non-bill sponsor amendment shall be divided equally between the open, questions, debate, and close.
- Amendments withdrawn prior to consideration of the bill don't count toward the total.

For the bills listed in Section C, time spent on debate shall be allocated as specified, with the time equally divided. In addition to the allotted time, the sponsor will explain and close the bill, closing not to exceed 5 minutes. After opening, the debate managers identified below (or their designee) shall be alternately recognized until their time runs out. Time not utilized is lost.

- Debate managers may speak in debate and yield time to other Members to debate; no Member may be recognized for debate unless a debate manager yields time to that Member. Recognitions of debate managers must go through the Speaker. A Member may not be recognized more than once in debate on the bill or amendment.

**C. TIME ALLOCATIONS FOR SPECIFIED BILLS:**

| Bill | Time in Questions and Answers | Debate Managers | Time in Debate |
|---|---|---|---|
| **HB 1C** Establishing the Congressional Districts of the State | **Bill:** 60 minutes<br><br>**Amendments:** 5 minutes each | **Con:** Willhite<br><br>**Pro:** Grant | **Bill:** 150 minutes total; 75 minutes per side in 15 minute blocks<br><br>**Amendments:** 5 minutes each |
| **HB 3C** Independent Special Districts | **Bill:** 45 minutes<br><br>**Amendments:** 5 minutes each | **Con:** Willhite<br><br>**Pro:** Grant | **Bill:** 120 minutes total; 60 minutes per side in 15 minute blocks<br><br>**Amendments:** 5 minutes each |
| **HB 5C** Social Media Platforms | **Bill:** 20 minutes<br><br>**Amendments:** 5 minutes each | **Con:** Willhite<br><br>**Pro:** Grant | **Bill:** 40 minutes total; 20 minutes per side in 10 minute blocks<br><br>**Amendments:** 5 minutes each |

A quorum was present in person, and a majority of those present agreed to the above Report.

Respectfully submitted,
*Paul Renner*, Chair
Rules Committee

On motion by Rep. Renner, the above report was adopted.

**Motions Relating to Committee References**

Rep. Geller moved to refer HB 1C to the Redistricting Committee and to the Appropriations Committee, which was not agreed to by the required two-thirds vote.

## Special Orders

**HB 1C**—A bill to be entitled An act establishing the congressional districts of the state; amending s. 8.0001, F.S.; adopting the United States Decennial Census of 2020 as the official census of the state for use in redistricting the state's congressional districts; defining terms; amending s. 8.0002, F.S.; redistricting the state's congressional districts in accordance with the United States Decennial Census of 2020 (plan P000C0109); amending s. 8.0111, F.S.; providing for the inclusion of unlisted territory in contiguous districts in accordance with figures from the United States Decennial Census of 2020; reenacting s. 8.031, F.S., relating to the election of representatives to Congress; creating s. 8.051, F.S.; specifying that certain electronic maps serve as the official maps of the congressional districts of the state; providing for construction; requiring such maps to be made available to the public by the Office of Economic and Demographic Research within a specified timeframe; reenacting s. 8.0611, F.S., relating to severability; creating s. 8.062, F.S.; requiring actions challenging the state's congressional districts to be brought in a specific venue; creating s. 8.063, F.S.; requiring certain actions challenging the state's congressional districts to be brought in state court; authorizing a state court action challenging the state's congressional districts to raise certain claims; providing construction; amending s. 8.07, F.S.; providing for applicability; repealing ss. 8.08, 8.081, 8.082, 8.083, 8.084, 8.085, 8.086, 8.087, and 8.088, F.S.; deleting obsolete and superseded provisions relating to congressional districts enacted in Special Session A of the 2014 Legislature; providing for severability; providing an appropriation; providing effective dates.

—was read the second time by title.

Representative Jenne offered the following:

(Amendment Bar Code: 717833)

**Amendment 1 (with title amendment)**—Remove lines 95-3647 and insert:

(1) District 1 is composed of:
(a) All of Escambia County.
(b) All of Okaloosa County.
(c) All of Santa Rosa County.
(d) That part of Walton County consisting of:
1. All of tracts 9501.03, 9501.04, 9503.03, 9503.06, 9505.02, 9506.04, 9506.07, 9506.08, and 9506.09.
2. That part of tract 9501.02 consisting of:
a. All of block group 3.
b. All of block group 4.
3. That part of tract 9502.01 consisting of:
a. That part of block group 1 consisting of blocks 43, 44, 45, 70, 81, and 82.
b. That part of block group 2 consisting of blocks 56 and 79.
4. That part of tract 9503.05 consisting of:
a. That part of block group 1 consisting of blocks 0, 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 40, 41, 42, 43, 47, 48, 50, 51, 52, 53, 54, 55, 56, 57, 58, 59, 64, 65, 66, 67, 68, 69, 70, 71, 72, and 73.
b. All of block group 2.
c. All of block group 3.
5. That part of tract 9505.01 consisting of:
a. That part of block group 1 consisting of blocks 11, 12, 13, 16, 17, 26, 27, 31, 55, 67, 68, 73, 74, 75, 79, 80, 82, and 83.
b. That part of block group 2 consisting of blocks 25, 34, 35, 36, 37, 38, 39, 40, 41, 42, 43, 44, 45, 61, 62, 63, 67, 68, and 69.
6. That part of tract 9506.05 consisting of:
a. All of block group 1.
b. All of block group 2.
c. That part of block group 3 consisting of blocks 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 28, 45, 46, 47, 48, 49, 50, 51, 52, 53, 54, 55, 56, and 58.
7. That part of tract 9506.06 consisting of:
a. All of block group 1.
b. That part of block group 2 consisting of blocks 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 20, 21, 22, 23, 24, and 98.
8. That part of tract 9900.00 consisting of:
a. That part of block group 0 consisting of blocks 3, 4, and 5.
(2) District 2 is composed of:
(a) All of Bay County.
(b) All of Calhoun County.
(c) All of Dixie County.
(d) All of Franklin County.
(e) All of Gilchrist County.
(f) All of Gulf County.
(g) All of Holmes County.
(h) All of Jackson County.
(i) All of Lafayette County.
(j) All of Levy County.
(k) All of Liberty County.
(l) All of Suwannee County.
(m) All of Taylor County.
(n) All of Wakulla County.
(o) All of Washington County.
(p) That part of Columbia County consisting of:
1. All of tracts 1106.02, 1106.03, 1106.04, 1108.00, 1109.01, 1109.03, and 1109.04.
2. That part of tract 1102.01 consisting of:
a. That part of block group 1 consisting of blocks 3, 4, 5, 6, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 20, 21, 22, 23, 24, and 25.
b. That part of block group 2 consisting of blocks 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, and 41.
3. That part of tract 1105.00 consisting of:
a. That part of block group 1 consisting of blocks 0, 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, 51, 52, 53, 54, 55, 56, 57, 58, 59, 60, 61, 62, 63, 64, 65, 66, 67, 68, 69, 70, and 71.
b. That part of block group 2 consisting of block 103.
c. All of block group 3.
d. That part of block group 5 consisting of blocks 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, and 38.
4. That part of tract 1107.00 consisting of:
a. All of block group 1.
b. All of block group 2.
c. All of block group 3.
d. That part of block group 4 consisting of blocks 0, 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, and 27.
(q) That part of Jefferson County consisting of:
1. All of tracts 2502.00 and 9900.00.
(r) That part of Leon County consisting of:
1. All of tracts 8.00, 9.04, 9.06, 9.07, 16.02, 17.01, 17.02, 23.04, 24.03, 24.10, 24.14, 24.15, 24.16, 24.20, 24.21, 24.22, 24.23, 25.05, 25.07, 25.09, 25.11, 25.12, 25.13, 25.14, 25.16, 25.17, 26.03, 26.04, 26.05, 26.06, and 27.02.
2. That part of tract 2.00 consisting of:
a. All of block group 1.
b. All of block group 2.
c. That part of block group 3 consisting of blocks 0, 1, 10, 11, 12, 13, 22, 23, 24, 25, 26, 27, 36, 37, 38, 39, 40, 41, 42, 43, 52, 53, 54, 55, 56, 57, 58, 59, 67, 68, 69, 70, 71, 72, 73, 74, 75, 76, 77, 78, 79, 80, 81, 82, 83, 84, 85, and 99.
d. All of block group 4.
3. That part of tract 3.01 consisting of:
a. That part of block group 1 consisting of blocks 0 and 1.
4. That part of tract 3.02 consisting of:
a. That part of block group 2 consisting of block 0.
5. That part of tract 7.00 consisting of:
a. That part of block group 2 consisting of blocks 0, 1, 11, 12, 13, 21, 22, 23, 25, 26, 27, 36, 37, 38, 39, 40, 46, 47, and 48.
6. That part of tract 9.03 consisting of:
a. All of block group 1.
b. That part of block group 2 consisting of blocks 0, 1, 2, 3, 4, 5, 6, 7, 8, and 10.
7. That part of tract 9.05 consisting of:
a. That part of block group 1 consisting of blocks 0, 1, 2, 9, 15, 16, 17, 18, and 20.
b. All of block group 2.
8. That part of tract 16.01 consisting of:
a. All of block group 2.
b. All of block group 3.
9. That part of tract 22.07 consisting of:
a. All of block group 1.
10. That part of tract 22.08 consisting of:
a. All of block group 2.
b. All of block group 3.
11. That part of tract 23.02 consisting of:
a. All of block group 3.
12. That part of tract 25.15 consisting of:
a. That part of block group 1 consisting of blocks 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, and 49.
b. All of block group 3.
c. All of block group 4.
13. That part of tract 27.01 consisting of:
a. All of block group 1.
b. That part of block group 2 consisting of blocks 0, 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 22, 23, 24, 25, 26, 27, 28, 29, and 30.
c. All of block group 3.
d. All of block group 4.
e. All of block group 5.

(b)  That part of Lake County consisting of:
1.  All of tracts 313.14, 313.17, 313.18, 313.22, 313.23, and 313.24.
2.  That part of tract 312.02 consisting of:
a.  That part of block group 1 consisting of blocks 0, 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 43, 56, 57, 58, 59, 60, 61, 62, 63, 64, 65, 66, 67, 68, 69, 70, 71, 72, 73, 74, 75, 76, 77, 78, 79, 80, 81, 82, 83, 84, 85, 86, 87, 88, 89, 90, 91, and 92.
b.  That part of block group 2 consisting of blocks 0, 1, 2, 3, 19, 25, 26, 27, 28, 31, 36, 37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, 51, 52, 53, 54, 55, 56, 57, 58, 59, 60, 61, 62, 63, 64, 65, 66, 67, 68, 69, 73, 74, 75, 76, 77, 78, 79, 80, 81, 82, 83, 84, 85, 86, 87, 88, 89, 90, 91, 92, 93, 94, 95, 96, 97, 98, 99, 100, 101, 102, 103, 104, 105, 106, 107, 108, 115, 116, 117, 118, 119, 122, 123, 124, 125, 126, 127, 128, 129, 130, 131, 132, 133, 135, 137, 138, 139, 140, and 141.
c.  That part of block group 3 consisting of blocks 15, 16, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 48, 49, 50, 51, 52, 53, 54, 55, 56, 57, 58, 59, 60, 61, 62, 63, 64, 65, 66, 67, 68, and 69.
3.  That part of tract 313.08 consisting of:
a.  That part of block group 2 consisting of blocks 0, 1, 2, 3, 4, 5, 32, and 33.
4.  That part of tract 313.16 consisting of:
a.  That part of block group 1 consisting of blocks 26 and 27.
b.  That part of block group 2 consisting of blocks 21, 22, 23, 24, 25, 26, 27, 28, and 29.
c.  That part of block group 3 consisting of blocks 0, 1, 2, 3, 4, 5, 6, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, and 25.
Section 3.  Section 8.0111, Florida Statutes, is amended to read:
8.0111  Inclusion of unlisted territory in contiguous districts.—Any portion of the state which is not stated in this chapter as being included in any district described in this chapter but which is entirely surrounded by a district shall be deemed to be included within the surrounding district. Any portion of the state which is not included in any district described in this chapter and which is not entirely surrounded by a district shall be included within that district contiguous to such portion that contains the least population per representative according to the United States Decennial Census of 2020 2010; however, if every district contiguous to such portion has an equal population, such portion shall be included within the lowest-numbered district that is contiguous to such portion.
Section 4.  Section 8.031, Florida Statutes, is reenacted to read:
8.031  Election of representatives to Congress.—The districts named in s. 8.0002 constitute and form the congressional districts of the state, and a representative to the Congress shall be selected in and for each of the congressional districts as provided by law.
Section 5.  Effective upon becoming a law, section 8.051, Florida Statutes, is created to read:
8.051  Electronic maps to serve as the official maps of congressional districts; availability.—
(1)  Geographical information systems maps and block equivalency files representing the boundaries of congressional districts described in this act shall serve as the official maps of the congressional districts of the state. In the event of any conflict between the descriptions of districts set forth in this act, geographical information systems maps, or block equivalency files, the descriptions in the block equivalency files shall prevail.
(2)  Within 10 days after the effective date of this act, the geographical information systems maps and block equivalency files representing the boundaries of the congressional districts described in this act shall be made available to the public by the Office of Economic and Demographic Research.
Section 6.  Section 8.0611, Florida Statutes, is reenacted to read:
8.0611  Severability.—If any provision of this chapter is held invalid with respect to any person or circumstance, or if any congressional district established in this chapter is held invalid, the invalidity does not affect other provisions or applications of the chapter or any other districts established in this chapter which can be given effect without the invalid provision or application, and to this end the provisions of this chapter are severable.

---

**T I T L E   A M E N D M E N T**

Remove lines 9-29 and insert:
Decennial Census of 2020 (plan S035C8060); amending s. 8.0111, F.S.; providing for the inclusion of unlisted territory in contiguous districts in accordance with figures from the United States Decennial Census of 2020; reenacting s. 8.031, F.S., relating to the election of representatives to Congress; creating s. 8.051, F.S.; specifying that certain electronic maps serve as the official maps of the congressional districts of the state; providing for construction; requiring such maps to be made available to the public by the Office of Economic and Demographic Research within a specified timeframe; reenacting s. 8.0611, F.S., relating to severability; amending s. 8.07, F.S.;

Rep. Jenne moved the adoption of the amendment, which failed of adoption.

Representative Joseph offered the following:

(Amendment Bar Code: 799545)

**Amendment 2 (with title amendment)**—Remove lines 3627-3647

---

**T I T L E   A M E N D M E N T**

Remove lines 21-29 and insert:
F.S., relating to severability; amending s. 8.07, F.S.;

Rep. Joseph moved the adoption of the amendment.

REPRESENTATIVE BURTON IN THE CHAIR

THE SPEAKER IN THE CHAIR

The question recurred on the adoption of **Amendment 2**, which failed of adoption.

Under Rule 10.10(b), the bill was referred to the Engrossing Clerk.

**HB 3C**—A bill to be entitled An act relating to independent special districts; amending s. 189.0311, F.S.; dissolving certain independent special districts; authorizing the reestablishment of certain independent special districts; providing an effective date.

—was read the second time by title.

Representative Eskamani offered the following:

(Amendment Bar Code: 189965)

**Amendment 1 (with title amendment)**—Remove lines 23-31 and insert:
(2)  Notwithstanding any law to the contrary, a special district may not:
(a)  Construct a nuclear fission power plant.
(b)  Exercise powers of eminent domain outside its district boundaries.
(c)  Construct roads that are exclusive and that supersede the authority and jurisdiction of the Department of Transportation.
(d)  Build infrastructure projects outside of the district boundaries.
(e)  Change the boundaries of their district without a special act.

---

**T I T L E   A M E N D M E N T**

Remove lines 3-6 and insert:
amending s. 189.0311, F.S.; prohibiting special districts from conducting specified activities; providing an effective date.

Rep. Eskamani moved the adoption of the amendment, which failed of adoption.

Under Rule 10.10(b), the bill was referred to the Engrossing Clerk.

**HB 5C**—A bill to be entitled An act relating to social media platforms; amending s. 501.2041, F.S.; revising the definition of the term "social media platform"; reenacting ss. 106.072(1)(c) and 287.137(1)(f), F.S., relating to social media deplatforming of political candidates and antitrust violations, denial or revocation of the right to transact business with public entities, and denial of economic benefits, respectively, to incorporate the amendment made to s. 501.2041, F.S., in a reference thereto; providing an effective date.

—was read the second time by title and, under Rule 10.10(b), referred to the Engrossing Clerk.

## Motion

Rep. Renner moved to waive the rules and read the messages for SBs 2-C, 4-C, and 6-C, to read the bills twice by title, and to substitute them for their identical House companion bills, which was agreed to.

## Messages from the Senate

*The Honorable Chris Sprowls, Speaker*

I am directed to inform the House of Representatives that the Senate has passed SB 2-C, as amended, and requests the concurrence of the House.

*Debbie Brown, Secretary*

By Senator Rodrigues—

**SB 2-C**—A bill to be entitled An act establishing the congressional districts of the state; amending s. 8.0001, F.S.; adopting the United States Decennial Census of 2020 as the official census of the state for use in redistricting the state's congressional districts; defining terms; amending s. 8.0002, F.S.; redistricting the state's congressional districts in accordance with the United States Decennial Census of 2020 (plan P000C0109); amending s. 8.0111, F.S.; providing for the inclusion of unlisted territory in contiguous districts in accordance with figures from the United States Decennial Census of 2020; reenacting s. 8.031, F.S., relating to the election of representatives to Congress; creating s. 8.051, F.S.; specifying that certain electronic maps serve as the official maps of the congressional districts of the state; providing for construction; requiring such maps to be made available to the public by the Office of Economic and Demographic Research within a specified timeframe; reenacting s. 8.0611, F.S., relating to severability; creating s. 8.062, F.S.; requiring actions challenging the state's congressional districts to be brought in a specific venue; creating s. 8.063, F.S.; specifying limitations for actions challenging the state's congressional districts; providing for construction; amending s. 8.07, F.S.; providing for applicability; repealing ss. 8.08, 8.081, 8.082, 8.083, 8.084, 8.085, 8.086, 8.087, and 8.088, F.S.; deleting obsolete and superseded provisions relating to congressional districts enacted in Special Session A of the 2014 Legislature; providing for severability; providing an appropriation; providing effective dates.

—was read the first time by title. On previous motion by Rep. Renner, the rules were waived and SB 2-C was read the second time by title and substituted for HB 1C. The House bill was laid on the table. Under Rule 10.10(b), the bill was referred to the Engrossing Clerk.

*The Honorable Chris Sprowls, Speaker*

I am directed to inform the House of Representatives that the Senate has passed SB 4-C, and requests the concurrence of the House.

*Debbie Brown, Secretary*

By Senator Bradley—

**SB 4-C**—A bill to be entitled An act relating to independent special districts; amending s. 189.0311, F.S.; dissolving certain independent special districts; authorizing the reestablishment of certain independent special districts; providing an effective date.

—was read the first time by title. On previous motion by Rep. Renner, the rules were waived and SB 4-C was read the second time by title and substituted for HB 3C. The House bill was laid on the table. Under Rule 10.10(b), the bill was referred to the Engrossing Clerk.

*The Honorable Chris Sprowls, Speaker*

I am directed to inform the House of Representatives that the Senate has passed SB 6-C, and requests the concurrence of the House.

*Debbie Brown, Secretary*

By Senator Bradley—

**SB 6-C**—A bill to be entitled An act relating to social media platforms; amending s. 501.2041, F.S.; revising the definition of the term "social media platform"; reenacting ss. 106.072(1)(c) and 287.137(1)(f), F.S., relating to social media deplatforming of political candidates and antitrust violations, denial or revocation of the right to transact business with public entities, and denial of economic benefits, respectively, to incorporate the amendment made to s. 501.2041, F.S., in references thereto; providing an effective date.

—was read the first time by title. On previous motion by Rep. Renner, the rules were waived and SB 6-C was read the second time by title and substituted for HB 5C. The House bill was laid on the table. Under Rule 10.10(b), the bill was referred to the Engrossing Clerk.

## Motion to Adjourn

Rep. Renner moved that the House, after receiving reports, adjourn for the purpose of holding committee and subcommittee meetings and conducting other House business, to reconvene at 10:00 a.m., Thursday, April 21, 2022, or upon the call of the Chair. The motion was agreed to.

## Cosponsors

HB 3C—Andrade, Roach, Toledo

## Excused

Reps. Avila, Bush, Chambliss, Fernandez-Barquin, Giallombardo, Grieco, Hage; Rep. Ingoglia until 10:44 a.m.; Rep. Salzman until 12:43 p.m.; Reps. Silvers, Slosberg-King; Rep. Trumbull until 11:11 a.m.

## Adjourned

Pursuant to the motion previously agreed to, the House adjourned at 1:10 p.m., to reconvene at 10:00 a.m., Thursday, April 21, 2022, or upon call of the Chair.

# The Journal OF THE
# House of Representatives

**THIRD SPECIAL SESSION—"C" of 2020-2022**

| Number 3 | Thursday, April 21, 2022 |

The House was called to order by the Speaker at 10:00 a.m.

## Prayer

The following prayer was offered by the Honorable Ralph E. Massullo, MD:

Father, God, thank You for this beautiful day that You have made. Thank You for this House that You have brought us to, that You've allowed us the ability to serve Your people in this state. Thank You for this beautiful government that we have where we can deliberate ideas and disagree with each other, and yet move our state continually forward.

Unlike any other country in the world, Lord, You've blessed us. Let us never forget that it's because of Your guidance that we have life. It's because of Your will that we breathe. It's because of Your grace and mercy that we can have a place in this world, that we can make a difference. Because You indwell us. You empower us. And I pray, Lord, that we never forget that.

As we go through this day, as we finish our work here, as we go home to our friends and our families, let us not forget, Lord, that our duty is to glorify You with our lives. And I pray You would make that so in our hearts, that it may be our desire as we live this day and the rest of our lives.

In Your name, we pray. Amen.

The following members were recorded present:

Session Vote Sequence: 900

Speaker Sprowls in the Chair.

Yeas—109

| | | | |
|---|---|---|---|
| Alexander | Caruso | Goff-Marcil | Maney |
| Aloupis | Casello | Gottlieb | Mariano |
| Altman | Chaney | Grall | Massullo |
| Andrade | Clemons | Grant | McClain |
| Arrington | Daley | Gregory | McCurdy |
| Barnaby | Davis | Grieco | Melo |
| Bartleman | Diamond | Harding | Mooney |
| Bell | DiCeglie | Hart | Morales |
| Beltran | Drake | Hawkins | Nixon |
| Benjamin | Driskell | Hinson | Omphroy |
| Borrero | Duggan | Hunschofsky | Overdorf |
| Botana | Duran | Ingoglia | Payne |
| Brannan | Edmonds | Jenne | Perez |
| Brown | Eskamani | Joseph | Persons-Mulicka |
| Buchanan | Fabricio | Killebrew | Plakon |
| Burton | Fetterhoff | LaMarca | Rayner |
| Busatta Cabrera | Fine | Latvala | Renner |
| Bush | Fischer | Learned | Rizo |
| Byrd | Garrison | Leek | Roach |
| Campbell | Geller | Maggard | Robinson, F. |
| Robinson, W. | Skidmore | Toledo | Williams |
| Rodriguez | Smith, C. | Tomkow | Williamson |
| Rommel | Smith, D. | Trabulsy | Woodson |
| Roth | Snyder | Truenow | Yarborough |
| Sabatini | Sprowls | Trumbull | Zika |
| Salzman | Stevenson | Tuck | |
| Shoaf | Tant | Valdés | |
| Sirois | Thompson | Willhite | |

Nays—None

(A list of excused members appears at the end of the *Journal.*)

A quorum was present.

## Pledge

The members, led by the Honorable William Cloud "Will" Robinson Jr., pledged allegiance to the Flag.

## Correction of the *Journal*

The *Journal* of April 20, 2022, was corrected and approved as corrected.

## Bills and Joint Resolutions on Third Reading

**SB 2-C**—A bill to be entitled An act establishing the congressional districts of the state; amending s. 8.0001, F.S.; adopting the United States Decennial Census of 2020 as the official census of the state for use in redistricting the state's congressional districts; defining terms; amending s. 8.0002, F.S.; redistricting the state's congressional districts in accordance with the United States Decennial Census of 2020 (plan P000C0109); amending s. 8.0111, F.S.; providing for the inclusion of unlisted territory in contiguous districts in accordance with figures from the United States Decennial Census of 2020; reenacting s. 8.031, F.S., relating to the election of representatives to Congress; creating s. 8.051, F.S., specifying that certain electronic maps serve as the official maps of the congressional districts of the state; providing for construction; requiring such maps to be made available to the public by the Office of Economic and Demographic Research within a specified timeframe; reenacting s. 8.0611, F.S., relating to severability; creating s. 8.062, F.S., requiring actions challenging the state's congressional districts to be brought in a specific venue; creating s. 8.063, F.S., specifying limitations for actions challenging the state's congressional districts; providing for construction; amending s. 8.07, F.S., providing for applicability; repealing ss. 8.08, 8.081, 8.082, 8.083, 8.084, 8.085, 8.086, 8.087, and 8.088, F.S.; deleting obsolete and superseded provisions relating to congressional districts enacted in Special Session A of the 2014 Legislature; providing for severability; providing an appropriation; providing effective dates.

—was read the third time by title.

REPRESENTATIVE GRALL IN THE CHAIR

**Recessed**

The House stood in informal recess at 11:48 a.m., to reconvene upon call of the Chair.

**Reconvened**

The House was called to order by the Speaker at 12:54 p.m. A quorum was present [Session Vote Sequence: 901].

The question recurred on passage of **SB 2-C**. The vote was:

Session Vote Sequence: 902

Speaker Sprowls in the Chair.

Yeas—68

| Aloupis | Drake | Maney | Roth |
| Altman | Duggan | Mariano | Salzman |
| Andrade | Fabricio | Massullo | Shoaf |
| Barnaby | Fetterhoff | McClain | Sirois |
| Bell | Fine | Melo | Smith, D. |
| Beltran | Fischer | Mooney | Snyder |
| Borrero | Garrison | Overdorf | Sprowls |
| Botana | Grall | Payne | Stevenson |
| Brannan | Grant | Perez | Toledo |
| Buchanan | Gregory | Persons-Mulicka | Tomkow |
| Burton | Harding | Plakon | Trabulsy |
| Busatta Cabrera | Hawkins | Renner | Truenow |
| Byrd | Killebrew | Rizo | Trumbull |
| Caruso | LaMarca | Roach | Tuck |
| Chaney | Latvala | Robinson, W. | Williamson |
| Clemons | Leek | Rodriguez | Yarborough |
| DiCeglie | Maggard | Rommel | Zika |

Nays—38

| Alexander | Diamond | Hunschofsky | Skidmore |
| Arrington | Driskell | Jenne | Smith, C. |
| Bartleman | Edmonds | Joseph | Tant |
| Benjamin | Eskamani | Learned | Thompson |
| Brown | Geller | McCurdy | Valdés |
| Bush | Goff-Marcil | Morales | Willhite |
| Campbell | Gottlieb | Nixon | Williams |
| Casello | Grieco | Omphroy | Woodson |
| Daley | Hart | Rayner | |
| Davis | Hinson | Robinson, F. | |

Votes after roll call:
    Yeas—Giallombardo, Hage, Ingoglia, Koster, Sabatini
    Nays—Silvers

**Explanation of Vote for Sequence Number 902**

I believe this map unconstitutionally deprives black residents in North Florida of the opportunity to elect a representative of their choice by cracking a protected minority district. Similarly, the voting power of minority voters in Tampa Bay area is diluted by packing South St. Petersburg's predominantly African American neighborhoods in with Tampa, which requires the district to laboriously cross miles of open water. This packed district severely distorts the voting preferences of Tampa Bay residents. As legislators, we swear an oath to uphold the Constitution, including the Fair Districts Amendments passed overwhelmingly by Florida voters in 2020, and I believe upholding that oath requires me to vote no.

<em>Rep. Susan L. Valdés<br>District 62</em>

So the bill passed and was immediately certified to the Senate.

**SB 4-C**—A bill to be entitled An act relating to independent special districts; amending s. 189.0311, F.S.; dissolving certain independent special districts; authorizing the reestablishment of certain independent special districts; providing an effective date.

—was read the third time by title.

**Motion**

Rep. Renner moved the previous question on SB 4-C. Under Rule 11.8, the motion was agreed to.

The question recurred on passage of **SB 4-C**. The vote was:

Session Vote Sequence: 903

Speaker Sprowls in the Chair.

Yeas—70

| Aloupis | Duggan | Mariano | Salzman |
| Altman | Fabricio | Massullo | Shoaf |
| Andrade | Fetterhoff | McClain | Sirois |
| Barnaby | Fine | Melo | Smith, D. |
| Bell | Fischer | Mooney | Snyder |
| Beltran | Garrison | Overdorf | Sprowls |
| Borrero | Grall | Payne | Stevenson |
| Botana | Grant | Perez | Toledo |
| Brannan | Gregory | Persons-Mulicka | Tomkow |
| Buchanan | Harding | Plakon | Trabulsy |
| Burton | Hawkins | Renner | Truenow |
| Busatta Cabrera | Ingoglia | Rizo | Trumbull |
| Byrd | Killebrew | Roach | Tuck |
| Caruso | LaMarca | Robinson, W. | Williamson |
| Chaney | Latvala | Rodriguez | Yarborough |
| Clemons | Leek | Rommel | Zika |
| DiCeglie | Maggard | Roth | |
| Drake | Maney | Sabatini | |

Nays—38

| Alexander | Diamond | Hunschofsky | Skidmore |
| Arrington | Driskell | Jenne | Smith, C. |
| Bartleman | Edmonds | Joseph | Tant |
| Benjamin | Eskamani | Learned | Thompson |
| Brown | Geller | McCurdy | Valdés |
| Bush | Goff-Marcil | Morales | Willhite |
| Campbell | Gottlieb | Nixon | Williams |
| Casello | Grieco | Omphroy | Woodson |
| Daley | Hart | Rayner | |
| Davis | Hinson | Robinson, F. | |

Votes after roll call:
    Yeas—Giallombardo, Hage, Koster
    Nays—Silvers

So the bill passed and was immediately certified to the Senate.

**SB 6-C**—A bill to be entitled An act relating to social media platforms; amending s. 501.2041, F.S.; revising the definition of the term "social media platform"; reenacting ss. 106.072(1)(c) and 287.137(1)(f), F.S., relating to social media deplatforming of political candidates and antitrust violations, denial or revocation of the right to transact business with public entities, and denial of economic benefits, respectively, to incorporate the amendment made to s. 501.2041, F.S., in references thereto; providing an effective date.

—was read the third time by title.

**Motion**

Rep. Renner moved the previous question on SB 6-C. Under Rule 11.8, the motion was agreed to.

The question recurred on passage of **SB 6-C**. The vote was:

Session Vote Sequence: 904

Speaker Sprowls in the Chair.

Yeas—70

| Aloupis | Andrade | Bell | Borrero |
| Altman | Barnaby | Beltran | Botana |