# Journal

# of the

# S E N A T E

# State of Florida



FIFTY-FOURTH REGULAR SESSION

UNDER THE CONSTITUTION AS REVISED IN 1968

JANUARY 11 THROUGH MARCH 14, 2022

EXHIBIT
J25

# MEMBERS OF THE SENATE

*(24 Republicans, 15 Democrats, 1 Vacancy)*

## REGULAR SESSION

### January 11 through March 14, 2022

**District 1:** Doug Broxson (R), Pensacola**
Escambia, Santa Rosa, and part of Okaloosa

**District 2:** George B. Gainer (R), Panama City*
Bay, Holmes, Jackson, Walton, Washington, and part of Okaloosa

**District 3:** Loranne Ausley (D), Tallahassee**
Calhoun, Franklin, Gadsden, Gulf, Hamilton, Jefferson, Leon, Liberty, Madison, Taylor, and Wakulla

**District 4:** Aaron Bean (R), Fernandina Beach*
Nassau and part of Duval

**District 5:** Jennifer Bradley (R), Fleming Island**
Baker, Bradford, Clay, Columbia, Dixie, Gilchrist, Lafayette, Levy, Suwannee, Union, and part of Marion

**District 6:** Audrey Gibson (D), Jacksonville*
Part of Duval

**District 7:** Travis Hutson (R), St. Augustine**
Flagler, St. Johns, and part of Volusia

**District 8:** Keith Perry (R), Gainesville*
Alachua, Putnam, and part of Marion

**District 9:** Jason Brodeur (R), Sanford**
Seminole and part of Volusia

**District 10:** Wilton Simpson (R), Trilby*
Citrus, Hernando, and part of Pasco

**District 11:** Randolph Bracy (D), Ocoee**
Part of Orange

**District 12:** Dennis Baxley (R), Ocala*
Sumter and parts of Lake and Marion

**District 13:** Linda Stewart (D), Orlando**
Part of Orange

**District 14:** Tom A. Wright (R), New Smyrna Beach*
Parts of Brevard and Volusia

**District 15:** Victor M. Torres, Jr. (D), Orlando**
Osceola and part of Orange

**District 16:** Ed Hooper (R), Clearwater*
Parts of Pasco and Pinellas

**District 17:** Debbie Mayfield (R), Melbourne**
Indian River and part of Brevard

**District 18:** Janet Cruz (D), Tampa*
Part of Hillsborough

**District 19:** Darryl Ervin Rouson (D), St. Petersburg**
Parts of Hillsborough and Pinellas

**District 20:** Danny Burgess (R), Zephyrhills***
Parts of Hillsborough, Pasco, and Polk

**District 21:** Jim Boyd (R), Bradenton**
Manatee and part of Hillsborough

**District 22:** Kelli Stargel (R), Lakeland*
Parts of Lake and Polk

**District 23:** Joe Gruters (R), Sarasota**
Sarasota and part of Charlotte

**District 24:** Jeff Brandes (R), St. Petersburg*
Part of Pinellas

**District 25:** Gayle Harrell (R), Stuart**
Martin, St. Lucie, and part of Palm Beach

**District 26:** Ben Albritton (R), Wauchula*
DeSoto, Glades, Hardee, Highlands, Okeechobee, and parts of Charlotte, Lee, and Polk

**District 27:** Ray Wesley Rodrigues (R), Estero**
Part of Lee

**District 28:** Kathleen Passidomo (R), Naples*
Collier, Hendry, and part of Lee

**District 29:** Tina Scott Polsky (D), Boca Raton**
Parts of Broward and Palm Beach

**District 30:** Bobby Powell (D), West Palm Beach*
Part of Palm Beach

**District 31:** Lori Berman (D), Lantana**
Part of Palm Beach

**District 32:** Lauren Book (D), Plantation*
Part of Broward

**District 33:** Vacant
Part of Broward

**District 34:** Gary M. Farmer, Jr. (D), Lighthouse Point*
Part of Broward

**District 35:** Shevrin D. "Shev" Jones (D), West Park**
Parts of Broward and Miami-Dade

**District 36:** Manny Diaz, Jr. (R), Hialeah*
Part of Miami-Dade

**District 37:** Ileana Garcia (R), Miami**
Part of Miami-Dade

**District 38:** Jason W. B. Pizzo (D), North Miami Beach*
Part of Miami-Dade

**District 39:** Ana Maria Rodriguez (R), Miami**
Monroe and part of Miami-Dade

**District 40:** Annette Taddeo (D), Miami*
Part of Miami-Dade

\* Holdovers
\*\* Elected General Election, November 3, 2020, for a term of 2 years
\*\*\* Elected Special General Election, November 3, 2020, for a term of 2 years

---

### OFFICERS OF THE SENATE

Wilton Simpson, *President*
Aaron Bean, *President Pro Tempore*
Debbie Mayfield, *Majority (Republican) Leader*
Lauren Book, *Minority (Democratic) Leader*

### Nonmember Elected Officer

Debbie Brown, *Secretary of the Senate*

# MEMBERS AND OFFICERS OF THE SENATE
# THE 2020-2022 FLORIDA SENATE

|  |  |  |  |
|---|---|---|---|
| **President** | **President Pro Tempore** | **Majority (Republican) Leader** | **Minority (Democratic) Leader** |
|  Wilton Simpson (R) Trilby District 10 |  Aaron Bean (R) Fernandina Beach District 4 |  Debbie Mayfield (R) Melbourne District 17 |  Lauren Book (D) Plantation District 32 |

 Ben Albritton (R) Wauchula District 26

 Loranne Ausley (D) Tallahassee District 3

 Dennis Baxley (R) Ocala District 12

 Lori Berman (D) Lantana District 31

 Jim Boyd (R) Bradenton District 21

 Randolph Bracy (D) Ocoee District 11

 Jennifer Bradley (R) Fleming Island District 5

 Jeff Brandes (R) St. Petersburg District 24

 Jason Brodeur (R) Sanford District 9

 Doug Broxson (R) Pensacola District 1

 Danny Burgess (R) Zephyrhills District 20

 Janet Cruz (D) Tampa District 18

 Manny Diaz, Jr. (R) Hialeah District 36

 Gary M. Farmer, Jr. (D) Lighthouse Point District 34

 George B. Gainer (R) Panama City District 2

 Ileana Garcia (R) Miami District 37

 Audrey Gibson (D) Jacksonville District 6

 Joe Gruters (R) Sarasota District 23

 Gayle Harrell (R) Stuart District 25

 Ed Hooper (R) Clearwater District 16

# MEMBERS AND OFFICERS OF THE SENATE
## THE 2020-2022 FLORIDA SENATE


Travis Hutson (R)
St. Augustine
District 7


Shevrin D. "Shev" Jones (D)
West Park
District 35


Kathleen Passidomo (R)
Naples
District 28


Keith Perry (R)
Gainesville
District 8


Jason W. B. Pizzo (D)
North Miami Beach
District 38


Tina Scott Polsky (D)
Boca Raton
District 29


Bobby Powell (D)
West Palm Beach
District 30


Ray Wesley Rodrigues (R)
Estero
District 27


Ana Maria Rodriguez (R)
Miami
District 39


Darryl Ervin Rouson (D)
St. Petersburg
District 19


Kelli Stargel (R)
Lakeland
District 22


Linda Stewart (D)
Orlando
District 13


Annette Taddeo (D)
Miami
District 40


Victor M. Torres, Jr. (D)
Orlando
District 15


Tom A. Wright (R)
New Smyrna Beach
District 14


Vacant
District 33

**Nonmember Elected Officer**


Debbie Brown
Secretary of the Senate


Damien Kelly
Sergeant at Arms

| Passidomo | Rodriguez | Wright |
| Perry | Stargel | |
| Rodrigues | Stewart | |

Nays—13

| Ausley | Farmer | Powell |
| Berman | Gibson | Taddeo |
| Book | Jones | Torres |
| Bracy | Pizzo | |
| Cruz | Polsky | |

**CS for SB 96**—A bill to be entitled An act relating to the Emergency Preparedness and Response Fund; amending s. 11.90, F.S.; authorizing the Legislative Budget Commission to convene to transfer or appropriate certain funds to the Emergency Preparedness and Response Fund; amending s. 252.37, F.S.; revising legislative intent; authorizing the Governor to transfer and expend moneys from the Emergency Preparedness and Response Fund; authorizing the Governor to request that additional funds be transferred or appropriated to the Emergency Preparedness and Response Fund, subject to approval by the Legislative Budget Commission, under specified conditions; providing a transfer of funds; providing a contingent effective date.

—was read the second time by title.

Senator Burgess moved the following amendment which was adopted:

**Amendment 1 (825440)**—Delete line 50 and insert: *transfer the nonrecurring sum of $500 million from the General*

On motion by Senator Burgess, by two-thirds vote, **CS for SB 96**, as amended, was read the third time by title, passed, ordered engrossed, and then certified to the House. The vote on passage was:

Yeas—31

| Mr. President | Broxson | Passidomo |
| Albritton | Burgess | Perry |
| Ausley | Cruz | Pizzo |
| Baxley | Diaz | Polsky |
| Bean | Gibson | Rodrigues |
| Berman | Gruters | Rodriguez |
| Book | Harrell | Stargel |
| Boyd | Hooper | Stewart |
| Bracy | Hutson | Wright |
| Bradley | Jones | |
| Brandes | Mayfield | |

Nays—4

| Farmer | Powell | Taddeo |
| Torres | | |

**SB 98**—A bill to be entitled An act relating to the Emergency Preparedness and Response Fund; creating s. 252.3711, F.S.; creating the Emergency Preparedness and Response Fund within the Executive Office of the Governor; providing for the deposit and use of funds; providing for future review and termination of the fund; providing an effective date.

—was read the second time by title. On motion by Senator Burgess, by two-thirds vote, **SB 98** was read the third time by title, passed by the required constitutional three-fifths vote of the membership, and certified to the House. The vote on passage was:

Yeas—34

| Mr. President | Berman | Brandes |
| Albritton | Book | Broxson |
| Ausley | Boyd | Burgess |
| Baxley | Bracy | Cruz |
| Bean | Bradley | Diaz |
| Gibson | Passidomo | Stargel |
| Gruters | Perry | Stewart |
| Harrell | Pizzo | Taddeo |
| Hooper | Polsky | Torres |
| Hutson | Powell | Wright |
| Jones | Rodrigues | |
| Mayfield | Rodriguez | |

Nays—1

Farmer

On motion by Senator Rodrigues—

**CS for SB 102**—A bill to be entitled An act establishing the congressional districts of the state; amending s. 8.0001, F.S.; adopting the United States Decennial Census of 2020 as the official census of the state for use in redistricting the state's congressional districts; defining terms; amending s. 8.0002, F.S.; redistricting the state's congressional districts in accordance with the United States Decennial Census of 2020 (plan S000C8040); amending s. 8.0111, F.S.; providing for the inclusion of unlisted territory in contiguous districts in accordance with figures from the United States Decennial Census of 2020; reenacting s. 8.031, F.S., relating to the election of representatives to Congress; creating s. 8.051, F.S.; specifying that certain electronic maps serve as the official maps of the congressional districts of the state; providing for construction; requiring such maps to be made available to the public by the Office of Economic and Demographic Research within a specified timeframe; reenacting s. 8.0611, F.S., relating to severability; amending s. 8.07, F.S.; providing for applicability; repealing ss. 8.08, 8.081, 8.082, 8.083, 8.084, 8.085, 8.086, 8.087, and 8.088, F.S.; deleting obsolete and superseded provisions relating to congressional districts enacted in Special Session A of the 2014 Legislature; providing effective dates.

—was read the second time by title.

Pursuant to Rule 7.1, there being no objection, consideration of the following late-filed amendment was allowed:

Senator Jones moved the following amendment which was adopted:

**Amendment 1 (578304) (with title amendment)**—Delete lines 86-3211 and insert:

(1) District 1 is composed of:

(a) All of Escambia County.

(b) All of Okaloosa County.

(c) All of Santa Rosa County.

(d) That part of Walton County consisting of:

1. All of tracts 9501.03, 9501.04, 9503.03, 9503.06, 9505.02, 9506.04, 9506.07, 9506.08, and 9506.09.

2. That part of tract 9501.02 consisting of:

a. All of block group 3.

b. All of block group 4.

3. That part of tract 9502.01 consisting of:

a. That part of block group 1 consisting of blocks 43, 44, 45, 70, 81, and 82.

b. That part of block group 2 consisting of blocks 56 and 79.

4. That part of tract 9503.05 consisting of:

a. That part of block group 1 consisting of blocks 0, 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 40, 41, 42, 43, 47, 48, 50, 51, 52, 53, 54, 55, 56, 57, 58, 59, 64, 65, 66, 67, 68, 69, 70, 71, 72, and 73.

22. That part of tract 90.10 consisting of:

a. That part of block group 3 consisting of block 80.

23. That part of tract 91.02 consisting of:

a. That part of block group 2 consisting of blocks 31, 32, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, and 51.

24. That part of tract 102.07 consisting of:

a. That part of block group 1 consisting of blocks 0, 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 22, 23, and 24.

25. That part of tract 106.09 consisting of:

a. That part of block group 1 consisting of blocks 0, 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 14, 15, 16, 17, 18, 19, 20, 21, and 22.

b. All of block group 2.

c. All of block group 3.

d. All of block group 4.

26. That part of tract 106.23 consisting of:

a. All of block group 1.

b. All of block group 2.

c. That part of block group 3 consisting of blocks 0, 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, and 17.

27. That part of tract 106.26 consisting of:

a. That part of block group 2 consisting of blocks 0, 1, 2, 3, 4, 5, 6, 7, 8, 25, and 26.

28. That part of tract 156.00 consisting of:

a. That part of block group 1 consisting of blocks 0, 1, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, and 18.

b. All of block group 2.

29. That part of tract 9801.00 consisting of:

a. That part of block group 1 consisting of blocks 0, 1, and 2.

30. That part of tract 9805.00 consisting of:

a. That part of block group 1 consisting of blocks 83, 84, 85, 86, 87, 88, 89, 90, 91, 92, 93, 94, 100, and 103.

31. That part of tract 9806.00 consisting of:

a. That part of block group 1 consisting of blocks 0, 1, 2, 3, 4, 5, 6, 7, 8, 9, 15, 16, 18, and 19.

32. That part of tract 9810.00 consisting of:

a. That part of block group 1 consisting of blocks 1, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, and 33.

33. That part of tract 9900.00 consisting of:

a. That part of block group 0 consisting of blocks 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 28, 29, 30, and 33.

(28) District 28 is composed of:

(a) All of Polk County.

(b) That part of Lake County consisting of:

1. All of tracts 313.14, 313.17, 313.18, 313.22, 313.23, and 313.24.

2. That part of tract 312.02 consisting of:

a. That part of block group 1 consisting of blocks 0, 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 43, 56, 57, 58, 59, 60, 61, 62, 63, 64, 65, 66, 67, 68, 69, 70, 71, 72, 73, 74, 75, 76, 77, 78, 79, 80, 81, 82, 83, 84, 85, 86, 87, 88, 89, 90, 91, and 92.

b. That part of block group 2 consisting of blocks 0, 1, 2, 3, 19, 25, 26, 27, 28, 31, 36, 37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, 51, 52, 53, 54, 55, 56, 57, 58, 59, 60, 61, 62, 63, 64, 65, 66, 67, 68, 69, 73, 74, 75, 76, 77, 78, 79, 80, 81, 82, 83, 84, 85, 86, 87, 88, 89, 90, 91, 92, 93, 94, 95, 96, 97, 98, 99, 100, 101, 102, 103, 104, 105, 106, 107, 108, 115, 116, 117, 118, 119, 122, 123, 124, 125, 126, 127, 128, 129, 130, 131, 132, 133, 135, 137, 138, 139, 140, and 141.

c. That part of block group 3 consisting of blocks 15, 16, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 48, 49, 50, 51, 52, 53, 54, 55, 56, 57, 58, 59, 60, 61, 62, 63, 64, 65, 66, 67, 68, and 69.

3. That part of tract 313.08 consisting of:

a. That part of block group 2 consisting of blocks 0, 1, 2, 3, 4, 5, 32, and 33.

4. That part of tract 313.16 consisting of:

a. That part of block group 1 consisting of blocks 26 and 27.

b. That part of block group 2 consisting of blocks 21, 22, 23, 24, 25, 26, 27, 28, and 29.

c. That part of block group 3 consisting of blocks 0, 1, 2, 3, 4, 5, 6, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, and 25.

And the title is amended as follows:

Delete line 9 and insert: Decennial Census of 2020 (plan S035C8060); amending s.

Pursuant to Rule 4.19, **CS for SB 102**, as amended, was ordered engrossed and then placed on the calendar of Bills on Third Reading.

---

On motion by Senator Rodrigues—

**CS for SJR 100**—A joint resolution of apportionment; providing for the apportionment of the House of Representatives and the Senate (plans _____ and S027S8058); adopting the United States Decennial Census of 2020 for use in such apportionment; defining terms; providing for the inclusion of omitted areas; providing contiguity for areas specified for inclusion in one district which are noncontiguous; specifying that the apportioned districts constitute the legislative districts of the state; specifying that electronic maps serve as the official maps of the legislative districts of the state; providing for the public availability of electronic maps; providing for severability of invalid portions; providing for application beginning in 2022.

—was read the second time by title.

Pursuant to Rule 4.19, **CS for SJR 100** was placed on the calendar of Bills on Third Reading.

---

**SB 7000**—A bill to be entitled An act relating to a review under the Open Government Sunset Review Act; amending s. 382.008, F.S., which provides an exemption from public records requirements for certain information included in nonviable birth certificates; removing the scheduled repeal of the exemption; providing an effective date.

—was read the second time by title. On motion by Senator Diaz, by two-thirds vote, **SB 7000** was read the third time by title, passed, and certified to the House. The vote on passage was:

Yeas—35

| | | |
|---|---|---|
| Mr. President | Bean | Bracy |
| Albritton | Berman | Bradley |
| Ausley | Book | Brandes |
| Baxley | Boyd | Broxson |



# Journal of the Senate

**Number 4—Regular Session**  **Thursday, January 20, 2022**

## CONTENTS

Bills on Third Reading . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .214
Call to Order . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 214
Co-Introducers . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .216
Committee Substitutes, First Reading . . . . . . . . . . . . . . . . . . . . . .216
Executive Business, Appointments . . . . . . . . . . . . . . . . . . . . . . . . 216
Introduction and Reference of Bills . . . . . . . . . . . . . . . . . . . . . . . 215
Motions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .215
Reports of Committees . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .215

## CALL TO ORDER

The Senate was called to order by President Simpson at 2:30 p.m. A quorum present—37:

| | | |
|---|---|---|
| Mr. President | Burgess | Perry |
| Albritton | Cruz | Pizzo |
| Ausley | Diaz | Polsky |
| Baxley | Farmer | Powell |
| Bean | Garcia | Rodrigues |
| Berman | Gibson | Rodriguez |
| Book | Gruters | Stargel |
| Boyd | Harrell | Stewart |
| Bracy | Hooper | Taddeo |
| Bradley | Hutson | Torres |
| Brandes | Jones | Wright |
| Brodeur | Mayfield | |
| Broxson | Passidomo | |

Excused:  Senators Gainer and Rouson

## PRAYER

The following prayer was offered by Pastor Gary Austin, Faith Fellowship Church, Crawfordville, an employee of the Office of the Senate Sergeant at Arms:

Our heavenly Father, thank you for this day and the blessings we have already received today and will continue to receive. We are not guaranteed a tomorrow, which is and has been vividly displayed before us all and to those around the world. Many in this chamber have been touched by the loss of a life in some capacity or another. We want to lift them up to you this afternoon and ask that you bring comfort and healing to their hearts. Let us be willing participants to bring encouragement and support to those we know.

As for today and the following days of session, you have brought this group of Senators and supporting staff to come together to bring forth legislation and ultimately laws that we will follow for many years to come. Much thought and planning has gone into every process which brings bills into this chamber to be debated and voted on. Your word, in Romans 13:1, tells us you have placed each member behind these desks to fulfill your purpose and will. I ask, Lord, that you would give each Senator clarity of thought as they enact the responsibilities they were elected by their constituents to perform. Bless every person who has a part in this institution, and keep us all safe as we move forward. I also ask that you would protect each family represented, as many are away from home to fulfill their calling. Thank you for giving us this opportunity to be in this place and to serve the good people of Florida in every capacity bestowed upon us in this institution. May what is done in this chamber, which will impact up-and-coming generations, be done with your blessing and guidance. Thank you, Lord, for all that you do, for in Jesus' name we pray. Amen.

## PLEDGE

Senate Pages, Ryan Bower of Tallahassee; Maria Luisa Del Valle of Miami; and Gabriella Simmons of Tampa, led the Senate in the Pledge of Allegiance to the flag of the United States of America.

## BILLS ON THIRD READING

**CS for SB 102**—A bill to be entitled An act establishing the congressional districts of the state; amending s. 8.0001, F.S.; adopting the United States Decennial Census of 2020 as the official census of the state for use in redistricting the state's congressional districts; defining terms; amending s. 8.0002, F.S.; redistricting the state's congressional districts in accordance with the United States Decennial Census of 2020 (plan S035C8060); amending s. 8.0111, F.S.; providing for the inclusion of unlisted territory in contiguous districts in accordance with figures from the United States Decennial Census of 2020; reenacting s. 8.031, F.S., relating to the election of representatives to Congress; creating s. 8.051, F.S.; specifying that certain electronic maps serve as the official maps of the congressional districts of the state; providing for construction; requiring such maps to be made available to the public by the Office of Economic and Demographic Research within a specified timeframe; reenacting s. 8.0611, F.S., relating to severability; amending s. 8.07, F.S.; providing for applicability; repealing ss. 8.08, 8.081, 8.082, 8.083, 8.084, 8.085, 8.086, 8.087, and 8.088, F.S.; deleting obsolete and superseded provisions relating to congressional districts enacted in Special Session A of the 2014 Legislature; providing effective dates.

—as amended January 19, was read the third time by title.

On motion by Senator Rodrigues, **CS for SB 102**, as amended, was passed and certified to the House. The vote on passage was:

Yeas—31

| | | |
|---|---|---|
| Mr. President | Broxson | Pizzo |
| Albritton | Burgess | Polsky |
| Ausley | Diaz | Powell |
| Baxley | Gruters | Rodrigues |
| Bean | Harrell | Rodriguez |
| Berman | Hooper | Stargel |
| Boyd | Hutson | Stewart |
| Bracy | Jones | Taddeo |
| Bradley | Mayfield | Wright |
| Brandes | Passidomo | |
| Brodeur | Perry | |

Nays—4

| | | |
|---|---|---|
| Cruz | Farmer | Gibson |
| Torres | | |

Vote after roll call:

Yea—Book, Garcia

**CS for SJR 100**—A joint resolution of apportionment; providing for the apportionment of the House of Representatives and the Senate (plans _____ and S027S8058); adopting the United States Decennial Census of 2020 for use in such apportionment; defining terms; providing for the inclusion of omitted areas; providing contiguity for areas specified for inclusion in one district which are noncontiguous; specifying that the apportioned districts constitute the legislative districts of the state; specifying that electronic maps serve as the official maps of the legislative districts of the state; providing for the public availability of electronic maps; providing for severability of invalid portions; providing for application beginning in 2022.

—was read the third time by title.

On motion by Senator Rodrigues, **CS for SJR 100** was passed and certified to the House. The vote on passage was:

Yeas—34

| | | |
|---|---|---|
| Mr. President | Broxson | Perry |
| Albritton | Burgess | Pizzo |
| Ausley | Cruz | Polsky |
| Baxley | Diaz | Powell |
| Bean | Garcia | Rodrigues |
| Berman | Gruters | Rodriguez |
| Book | Harrell | Stargel |
| Boyd | Hooper | Stewart |
| Bracy | Hutson | Taddeo |
| Bradley | Jones | Wright |
| Brandes | Mayfield | |
| Brodeur | Passidomo | |

Nays—3

| | | |
|---|---|---|
| Farmer | Gibson | Torres |

## MOTIONS

On motion by Senator Passidomo, by two-thirds vote, all bills passed this day were ordered immediately certified to the House.

## REPORTS OF COMMITTEES

The Committee on Appropriations recommends the following pass: CS for SB 430; SB 638

The Committee on Rules recommends the following pass: SB 222; CS for SB 336; SB 352; CS for SB 444; SB 542; SB 546; CS for SB 1006

**The bills were placed on the Calendar.**

The Committee on Banking and Insurance recommends a committee substitute for the following: SB 1536

**The bill with committee substitute attached was referred to the Committee on Commerce and Tourism under the original reference.**

The Committee on Community Affairs recommends committee substitutes for the following: SB 1150; SB 1194

**The bills with committee substitute attached were referred to the Committee on Finance and Tax under the original reference.**

The Committee on Community Affairs recommends a committee substitute for the following: SB 518

**The bill with committee substitute attached was referred to the Committee on Governmental Oversight and Accountability under the original reference.**

The Committee on Banking and Insurance recommends a committee substitute for the following: SB 1026

**The bill with committee substitute attached was referred to the Committee on Health Policy under the original reference.**

## INTRODUCTION AND REFERENCE OF BILLS

**FIRST READING**

**Senate Bills 7000-7020**—Previously introduced.

By the Committee on Governmental Oversight and Accountability—

**SB 7022**—A bill to be entitled An act relating to the state group health insurance program; amending s. 110.123, F.S.; requiring the Department of Management Services to provide an online education component relating to all health insurance plans in the State Group Insurance Program; requiring the department to contract with the State Board of Administration to provide retirement and health insurance planning education to members of the state group insurance program; setting a minimum monthly employer contribution to health savings accounts for certain employees; establishing new preventive care benefits to be covered by high deductible health insurance plans in the state group insurance program without the member meeting the required deductible, beginning with a specified plan year; providing an effective date.

—was referred to the Committees on Appropriations Subcommittee on Agriculture, Environment, and General Government; and Appropriations.

By the Committee on Governmental Oversight and Accountability—

**SB 7024**—A bill to be entitled An act relating to a review under the Open Government Sunset Review Act; amending s. 119.071, F.S.; revising an exemption from public records requirements for personal identifying information of the alleged victim in an allegation of sexual harassment or the victim of sexual harassment if such information identifies that person as an alleged victim or as a victim of sexual harassment; authorizing the alleged victim or the victim to waive confidentiality in writing; extending the date for future legislative review and repeal of the exemption; providing a statement of public necessity; providing an effective date.

—was referred to the Committee on Rules.

By the Committee on Governmental Oversight and Accountability—

**SB 7026**—A bill to be entitled An act relating to a review under the Open Government Sunset Review Act; amending s. 110.12301, F.S.; designating the Department of Management Services, rather than the Division of State Group Insurance, as the entity that contracts for dependent eligibility verification services for the state group insurance program; authorizing the department or the contractor providing dependent eligibility verification services to require certain information from subscribers; deleting obsolete language; revising the types of information that the department or a contractor providing eligibility verification services may require from subscribers in order to establish dependent eligibility for the state group insurance program; deleting a provision requiring the Division of State Group Insurance and the contractor to disclose to subscribers that dependent eligibility verification information may be subject to disclosure and inspection under public records laws under certain circumstances; revising the records retention schedule regarding documents obtained during the dependent eligibility verification process; abrogating the scheduled repeal of an exemption from public records requirements for records collected for dependent eligibility verification services for the state group insurance program and held by the Department of Management Services; providing an effective date.

—was referred to the Committee on Rules.



# Journal of the Senate

**Number 8—Regular Session**  **Thursday, February 3, 2022**

## CONTENTS

Bills on Special Orders ............................... 337  
Call to Order ........................................ 253  
Co-Introducers ..................................... 342  
Committee Substitutes, First Reading ................ 339  
Executive Business, Reports .................... 334, 338  
House Messages, Returning ......................... 253  
Introduction and Reference of Bills ................. 338  
Motions ...................................... 334, 336  
Reports of Committees .............................. 337  
Resolutions ........................................ 253  
Special Order Calendar ............................. 325

## CALL TO ORDER

The Senate was called to order by President Simpson at 12:00 noon. A quorum present—37:

| | | |
|---|---|---|
| Mr. President | Cruz | Pizzo |
| Albritton | Diaz | Polsky |
| Ausley | Farmer | Powell |
| Baxley | Garcia | Rodrigues |
| Bean | Gibson | Rodriguez |
| Berman | Gruters | Rouson |
| Book | Harrell | Stargel |
| Boyd | Hooper | Stewart |
| Bradley | Hutson | Taddeo |
| Brandes | Jones | Torres |
| Brodeur | Mayfield | Wright |
| Broxson | Passidomo | |
| Burgess | Perry | |

Excused: Senators Bracy and Gainer

## PRAYER

The following prayer was offered by The Reverend Doctor Richard Effinger, an Episcopal priest in the Diocese of Florida:

Most holy and gracious God, as always we give you thanks for the gift and the blessing of this day. We give you thanks for the blessing of gathering in free and public discourse as we plan our shared future together. We pray you send your spirit of peace and concord upon this deliberative body. Inspire vigorous and thorough debate with respect and consideration for differing points of view. Keep us mindful of the privilege and responsibilities we share as members of this chamber. Give us discernment, wisdom, and courage to provide for the needs of all our people, that together we may continue to live in peace, safety, and prosperity. All this we humbly pray in your most holy name. Amen.

## PLEDGE

Senate Pages, Aiden Costello of Orlando; Sawyer Edwards of Maitland; and Hutton Milchin of Windermere, led the Senate in the Pledge of Allegiance to the flag of the United States of America.

## DOCTOR OF THE DAY

The President recognized Dr. Rafael Fernandez, Jr., of Coral Gables, sponsored by Senator Diaz, as the doctor of the day. Dr. Fernandez specializes in orthopedic surgery.

## ADOPTION OF RESOLUTIONS

At the request of Senator Passidomo—

By Senator Passidomo—

**SR 240**—A resolution recognizing November 13-19, 2022, as "Thyroid Eye Disease Awareness Week" in Florida.

WHEREAS, thyroid eye disease (TED) is a serious, progressive, and rare autoimmune condition in which the body's immune system mistakenly attacks healthy muscle and fat tissue behind the eye, causing inflammation and the formation of scar tissue, and

WHEREAS, people living with TED often have debilitating symptoms of eye bulging, double vision, blurred vision, pain, and facial disfigurement, and can develop blindness in severe cases, and

WHEREAS, people living with TED often experience long-term functional, psychosocial, and economic burdens, including the inability to work or perform daily activities, and

WHEREAS, TED is a vision-threatening condition that can worsen over time and, in the general population, is estimated to have a prevalence of 16 per 100,000 women and 2.9 per 100,000 men, and

WHEREAS, a diagnosis of TED is based upon identification of characteristic symptoms, a detailed patient history, a thorough clinical evaluation, and a variety of specialized tests, and

WHEREAS, there is a genetic component to the condition, and people who have a family history of TED or a family history of autoimmune disease are at a greater risk of developing the condition, but the exact underlying process by which TED occurs is not fully understood, NOW, THEREFORE,

*Be It Resolved by the Senate of the State of Florida:*

That November 13-19, 2022, is recognized as "Thyroid Eye Disease Awareness Week" in Florida.

—was introduced, read, and adopted by publication.

## MESSAGES FROM THE HOUSE OF REPRESENTATIVES

The Honorable Wilton Simpson, President

I am directed to inform the Senate that the House of Representatives has passed CS/SJR 100, with 1 amendment (503145), and requests the concurrence of the Senate.

*Jeff Takacs*, Clerk

**CS for SJR 100**—A joint resolution of apportionment; providing for the apportionment of the House of Representatives and the Senate (plans _____ and S027S8058); adopting the United States Decennial Census of 2020 for use in such apportionment; defining terms; providing for the inclusion of omitted areas; providing contiguity for areas speci-

fied for inclusion in one district which are noncontiguous; specifying that the apportioned districts constitute the legislative districts of the state; specifying that electronic maps serve as the official maps of the legislative districts of the state; providing for the public availability of electronic maps; providing for severability of invalid portions; providing for application beginning in 2022.

**House Amendment 1 (503145) (with title amendment)**—Between lines 67 and 68, insert:

(1) District 1 is composed of:

(a) That part of Escambia County consisting of:

1. All of Tract 14.02, 32.01, 32.03, 32.04, 33.01, 33.07, 33.08, 33.10, 33.11, 33.13, 34.00, 35.07, 35.09, 35.10, 35.11, 36.03, 36.07, 36.08, 36.09, 36.10, 36.11, 36.12, 36.13, 36.14, 37.00, 38.00, 39.00, and 40.00.

2. That part of Tract 11.04 consisting of:

a. That part of Block Group 1 consisting of blocks 4, 5, 6, and 7.

3. That part of Tract 12.01 consisting of:

a. That part of Block Group 4 consisting of blocks 11, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 25, 26, 27, 28, 29, and 30.

4. That part of Tract 12.02 consisting of:

a. That part of Block Group 1 consisting of blocks 0, 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 20, 21, 22, 25, 26, and 27.

b. That part of Block Group 2 consisting of blocks 0, 1, 2, 5, 6, 7, and 14.

5. That part of Tract 14.01 consisting of:

a. All of Block Group 1.

b. That part of Block Group 2 consisting of blocks 0, 1, 2, 3, 4, 5, 8, 13, 14, and 22.

c. That part of Block Group 3 consisting of blocks 0, 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, and 16.

6. That part of Tract 17.00 consisting of:

a. That part of Block Group 1 consisting of blocks 0, 1, 2, 3, 4, 5, 6, 7, 8, 9, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 38, 39, 40, 41, 46, 47, 48, 49, 50, 51, 52, 53, 54, 57, and 58.

b. All of Block Group 2.

7. That part of Tract 30.01 consisting of:

a. That part of Block Group 1 consisting of blocks 0, 1, 2, 3, 4, 6, 7, 8, 9, 10, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, and 23.

b. All of Block Group 2.

8. That part of Tract 30.02 consisting of:

a. All of Block Group 1.

b. That part of Block Group 2 consisting of blocks 0, 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 16, 17, 18, 19, 20, and 22.

9. That part of Tract 31.00 consisting of:

a. That part of Block Group 1 consisting of blocks 0, 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 26, 27, and 28.

b. All of Block Group 2, and 3.

10. That part of Tract 33.05 consisting of:

a. That part of Block Group 1 consisting of blocks 0, 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 25, 26, 27, 28, 29, 30, 31, and 33.

11. That part of Tract 33.12 consisting of:

a. All of Block Group 2.

12. That part of Tract 35.05 consisting of:

a. That part of Block Group 1 consisting of blocks 0, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 23, and 27.

b. That part of Block Group 2 consisting of blocks 0, 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, and 17.

13. That part of Tract 35.06 consisting of:

a. That part of Block Group 1 consisting of blocks 0, 1, 2, 3, and 4.

b. That part of Block Group 2 consisting of blocks 0, 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 19, 20, 21, 28, and 29.

14. That part of Tract 35.12 consisting of:

a. That part of Block Group 1 consisting of blocks 0, 1, 2, 3, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, and 24.

b. All of Block Group 2, and 3.

(2) District 2 is composed of:

(a) That part of Escambia County consisting of:

1. All of Tract 1.00, 3.00, 4.00, 5.00, 6.00, 8.01, 8.02, 9.00, 10.01, 10.02, 11.01, 11.03, 13.00, 15.00, 16.00, 18.00, 19.00, 20.00, 21.00, 22.00, 23.00, 24.00, 25.00, 26.01, 26.02, 26.04, 26.05, 26.06, 26.07, 27.01, 27.03, 27.04, 28.01, 28.02, 28.03, 28.04, 29.00, and 9900.00.

2. That part of Tract 11.04 consisting of:

a. That part of Block Group 1 consisting of blocks 0, 1, 2, 3, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, and 26.

b. All of Block Group 2, 3, and 4.

3. That part of Tract 12.01 consisting of:

a. All of Block Group 1.

b. That part of Block Group 4 consisting of blocks 0, 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 12, 13, 24, 31, 32, 33, 34, 35, and 36.

4. That part of Tract 12.02 consisting of:

a. That part of Block Group 1 consisting of blocks 11, 12, 13, 14, 15, 16, 17, 18, 19, 23, 24, 28, and 29.

b. That part of Block Group 2 consisting of blocks 3, 4, 8, 9, 10, 11, 12, 13, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41, and 42.

5. That part of Tract 14.01 consisting of:

a. That part of Block Group 2 consisting of blocks 6, 7, 9, 10, 11, 12, 15, 16, 17, 18, 19, 20, 21, and 23.

b. That part of Block Group 3 consisting of blocks 13, 14, and 15.

6. That part of Tract 17.00 consisting of:

a. That part of Block Group 1 consisting of blocks 10, 11, 12, 13, 14, 32, 33, 34, 35, 36, 37, 42, 43, 44, 45, 55, 56, 59, 60, 61, 62, 63, 64, 65, 66, and 67.

7. That part of Tract 30.01 consisting of:

a. That part of Block Group 1 consisting of blocks 5, and 11.

8. That part of Tract 30.02 consisting of:

a. That part of Block Group 2 consisting of blocks 14, 15, 21, and 23.

9. That part of Tract 31.00 consisting of:

a. That part of Block Group 1 consisting of blocks 12, 13, and 14.

b. That part of Block Group 2 consisting of blocks 0, and 4.

9. That part of Tract 108.04 consisting of:

a. That part of Block Group 1 consisting of blocks 5, 6, 7, 8, 9, and 10.

b. That part of Block Group 4 consisting of blocks 0, 1, 2, and 4.

10. That part of Tract 108.06 consisting of:

a. All of Block Group 1.

11. That part of Tract 110.11 consisting of:

a. That part of Block Group 2 consisting of blocks 6, 7, 8, 9, 10, and 11.

12. That part of Tract 110.14 consisting of:

a. All of Block Group 1.

13. That part of Tract 111.03 consisting of:

a. That part of Block Group 1 consisting of block 10.

14. That part of Tract 111.04 consisting of:

a. All of Block Group 1.

b. That part of Block Group 3 consisting of blocks 0, 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 26, 30, 31, 37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, 51, 52, 53, 54, 55, and 56.

c. All of Block Group 4.

15. That part of Tract 113.01 consisting of:

a. All of Block Group 1.

16. That part of Tract 113.02 consisting of:

a. All of Block Group 1.

17. That part of Tract 114.05 consisting of:

a. That part of Block Group 2 consisting of block 1.

18. That part of Tract 114.06 consisting of:

a. All of Block Group 3.

19. That part of Tract 114.07 consisting of:

a. That part of Block Group 1 consisting of blocks 6, 7, and 8.

20. That part of Tract 114.10 consisting of:

a. That part of Block Group 2 consisting of blocks 0, 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 48, and 49.

21. That part of Tract 114.11 consisting of:

a. That part of Block Group 1 consisting of blocks 0, 12, and 13.

22. That part of Tract 114.12 consisting of:

a. That part of Block Group 3 consisting of blocks 0, 1, 2, 3, 4, 5, 6, 7, 8, 9, 25, 27, 28, 29, 30, 31, 32, 33, 35, 36, 37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, 51, 52, 53, 54, 55, 56, 57, 58, 59, 60, 61, 62, 63, and 64.

23. That part of Tract 124.03 consisting of:

a. That part of Block Group 1 consisting of blocks 11, 12, and 30.

24. That part of Tract 141.00 consisting of:

a. That part of Block Group 1 consisting of blocks 40, 41, 42, and 43.

25. That part of Tract 180.03 consisting of:

a. That part of Block Group 2 consisting of blocks 6, 7, and 8.

26. That part of Tract 182.00 consisting of:

a. That part of Block Group 1 consisting of blocks 11, 12, and 13.

27. That part of Tract 196.00 consisting of:

a. That part of Block Group 3 consisting of blocks 6, 7, 8, 9, 10, 11, 19, 20, 21, 27, 28, and 35.

28. That part of Tract 9806.00 consisting of:

a. That part of Block Group 1 consisting of blocks 10, 11, 12, 13, 14, and 17.

29. That part of Tract 9811.00 consisting of:

a. That part of Block Group 1 consisting of blocks 0, 1, 77, and 78.

30. That part of Tract 9813.00 consisting of:

a. That part of Block Group 1 consisting of blocks 1, 2, 3, 4, 5, 6, 7, and 8.

31. That part of Tract 9900.00 consisting of:

a. That part of Block Group 0 consisting of blocks 7, 8, 16, 17, 18, 21, 24, 25, 26, 27, 28, 30, 31, 32, 33, 34, 35, 36, 37, and 38.

And the title is amended as follows:

Remove line 4 and insert: Senate (plans H000H8013 and S027S8058); adopting the

On motion by Senator Rodrigues, the Senate concurred in **House Amendment 1 (503145)**.

**CS for SJR 100** passed, as amended, was ordered engrossed and then enrolled. The action of the Senate was certified to the House. The vote on passage was:

Yeas—37

| | | |
|---|---|---|
| Mr. President | Cruz | Pizzo |
| Albritton | Diaz | Polsky |
| Ausley | Farmer | Powell |
| Baxley | Garcia | Rodrigues |
| Bean | Gibson | Rodriguez |
| Berman | Gruters | Rouson |
| Book | Harrell | Stargel |
| Boyd | Hooper | Stewart |
| Bradley | Hutson | Taddeo |
| Brandes | Jones | Torres |
| Brodeur | Mayfield | Wright |
| Broxson | Passidomo | |
| Burgess | Perry | |

Nays—None

By direction of the President, there being no objection, the Senate proceeded to—

## SPECIAL ORDER CALENDAR

**CS for CS for SB 468**—A bill to be entitled An act relating to insurance; amending s. 215.555, F.S.; redefining the term "covered policy" under the Florida Hurricane Catastrophe Fund in relation to certain collateral protection insurance policies; amending s. 440.381, F.S.; revising the annual audit requirement for construction classes to apply to policies having estimated annual premiums over a specified threshold; creating s. 624.46227, F.S.; authorizing any association, trust, or pool created for the purpose of forming a risk management mechanism or providing self-insurance for a public entity to use communications

## MESSAGES FROM THE HOUSE OF REPRESENTATIVES

The Honorable Wilton Simpson, President

I am directed to inform the Senate that the House of Representatives has passed CS/SB 102, with 1 amendment (269533), and requests the concurrence of the Senate.

*Jeff Takacs*, Clerk

**CS for SB 102**—A bill to be entitled An act establishing the congressional districts of the state; amending s. 8.0001, F.S.; adopting the United States Decennial Census of 2020 as the official census of the state for use in redistricting the state's congressional districts; defining terms; amending s. 8.0002, F.S.; redistricting the state's congressional districts in accordance with the United States Decennial Census of 2020 (plan S035C8060); amending s. 8.0111, F.S.; providing for the inclusion of unlisted territory in contiguous districts in accordance with figures from the United States Decennial Census of 2020; reenacting s. 8.031, F.S., relating to the election of representatives to Congress; creating s. 8.051, F.S.; specifying that certain electronic maps serve as the official maps of the congressional districts of the state; providing for construction; requiring such maps to be made available to the public by the Office of Economic and Demographic Research within a specified timeframe; reenacting s. 8.0611, F.S., relating to severability; amending s. 8.07, F.S.; providing for applicability; repealing ss. 8.08, 8.081, 8.082, 8.083, 8.084, 8.085, 8.086, 8.087, and 8.088, F.S.; deleting obsolete and superseded provisions relating to congressional districts enacted in Special Session A of the 2014 Legislature; providing effective dates.

**House Amendment 1 (269533) (with title amendment)**—Remove everything after the enacting clause and insert:

Section 1. Section 8.0001, Florida Statutes, is amended to read:
(Substantial rewording of section. See
s. 8.0001, F.S., for present text.)
8.0001 Definitions.—In accordance with s. 8(a), Art. X of the State Constitution, the United States Decennial Census of 2020 is the official census of the state for the purposes of congressional redistricting.

(1) The following delineation of congressional districts employs areas included within official county, tract, block groups, and block boundary descriptions used by the United States Department of Commerce, Bureau of the Census, in compiling the United States Decennial Census of 2020 in this state. The populations within these census geographic units are the population figures reported in the counts of the United States Decennial Census of 2020 provided to the state in accordance with Pub. L. No. 94-171.

(2) As used in this chapter, the term:

(a) "Block" describes the smallest geographic unit for which population was tabulated in the 2020 decennial census. Blocks are nested within tracts and within block groups. A block is identified by a three-character number that is unique within a block group.

(b) "Block equivalency file" describes a list of all blocks within the state and the congressional district number designated for each block. Blocks are listed by a 15-character number that combines the five-character county-level Federal Information Processing (FIPS) code, the six-character tract number with leading zeros and an implied decimal, the single-character block group number, and the three-character block number.

(c) "Block group" describes a cluster of blocks within the same census tract. Block groups are nested within tracts, and are uniquely identified by a single character number with a valid range of 0 through 9.

(d) "County" describes a legal governmental subdivision of the state. Boundaries of counties described in this chapter reflect those boundaries in effect as of January 1, 2020.

(e) "Geographical information systems map" describes an electronic map that represents the boundaries of the congressional districts of the state in a commonly accepted and readable format.

(f) "Tract" describes a relatively permanent statistical subdivision of a county. Tracts are nested within counties, and are uniquely identified by an up to four-character number and a two-digit suffix.

Section 2. Section 8.0002, Florida Statutes, is amended to read:
(Substantial rewording of section. See
s. 8.0002, F.S., for present text.)
8.0002 Division of state into congressional districts.—For the election of representatives to the United States House of Representatives, the state is divided into 28 consecutively numbered, single-member congressional districts of contiguous territory, to be designated by such numbers as follows:

(1) District 1 is composed of:

(a) All of Escambia County.

(b) All of Okaloosa County.

(c) All of Santa Rosa County.

(d) That part of Walton County consisting of:

1. All of Tract 9501.03, 9501.04, 9503.06, 9505.02, 9506.04, 9506.07, 9506.08, and 9506.09.

2. That part of Tract 9501.02 consisting of:

a. All of Block Group 3.

3. That part of Tract 9503.03 consisting of:

a. That part of Block Group 1 consisting of blocks 0, 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 21, and 22.

b. That part of Block Group 2 consisting of blocks 0, 1, 2, 3, 4, 5, 6, 7, 8, 10, 11, 12, 13, 14, 15, 16, 17, and 18.

4. That part of Tract 9503.04 consisting of:

a. That part of Block Group 2 consisting of blocks 9, 10, 11, 12, 13, 19, 22, 23, 24, 27, 28, 29, 30, 31, 32, 33, 34, 38, and 42.

5. That part of Tract 9503.05 consisting of:

a. That part of Block Group 1 consisting of blocks 1, 2, 3, 4, 5, 6, 8, 9, 10, and 11.

b. That part of Block Group 2 consisting of blocks 3, 4, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 21, 23, 24, 25, 26, 27, 28, 29, 30, 31, and 32.

c. That part of Block Group 3 consisting of blocks 0, 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, 51, 52, 53, 54, 55, 56, 57, 58, 59, 60, 61, 62, 63, 64, 65, 66, 67, 68, 69, 70, 71, 72, 73, 74, 75, 76, 77, 78, 79, 80, 81, 82, 83, 84, 85, 86, 87, 88, 89, 90, 91, 92, 93, 94, 95, 96, 97, 98, 99, 100, 101, 102, 103, 104, 105, 106, 107, 108, 109, 110, 111, 112, 113, 114, 115, 116, 117, 118, 119, 120, 121, 122, 123, 124, 125, 126, 127, 128, 129, 130, 131, 132, 133, 134, 135, 136, 137, 138, 139, 140, 141, 142, 143, 144, 145, 146, 147, 148, 149, 150, 151, 152, 153, 154, 155, 156, 157, 158, 159, 160, 161, 162, 163, 164, 165, 166, 167, 168, 169, 170, 171, 172, 173, 174, 175, 176, 177, 178, 179, 180, 181, 182, 183, 184, 185, 186, 187, 188, 189, 190, 191, 192, 193, 194, 195, 196, 197, 198, 199, 200, 201, 202, 203, 204, 205, 206, 207, 208, 209, 210, 211, 212, 213, 214, 215, 216, 217, 218, 219, 220, 221, 222, 223, 224, 225, 226, 227, 228, 229, 230, 231, 232, 233, 234, 235, 236, 237, 238, 239, 240, 241, 242, 243, 244, 245, 246, 247, 248, 249, 250, 254, 255, 256, and 257.

6. That part of Tract 9504.00 consisting of:

a. That part of Block Group 2 consisting of blocks 35, and 36.

7. That part of Tract 9505.01 consisting of:

a. That part of Block Group 1 consisting of blocks 2, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 30, 32, 33, 75, and 76.

Section 6. Effective upon becoming a law, section 8.051, Florida Statutes, is created to read:

8.051 Electronic maps to serve as the official maps of congressional districts; availability.—

(1) Geographical information systems maps and block equivalency files representing the boundaries of congressional districts described in this act shall serve as the official maps of the congressional districts of the state. In the event of any conflict between the descriptions of districts set forth in this act, geographical information systems maps, or block equivalency files, the descriptions in the block equivalency files shall prevail.

(2) Within 10 days after the effective date of this act, the geographical information systems maps and block equivalency files representing the boundaries of the congressional districts described in this act shall be made available to the public by the Office of Economic and Demographic Research.

Section 7. Section 8.0611, Florida Statutes, is amended to read:

8.0611 Severability.—

(1) If any provision of this chapter is held invalid with respect to any person or circumstance, or if any congressional *districts* district established in this chapter *are* is held invalid, the invalidity does not affect other provisions or applications of the chapter or any other districts established in this chapter which can be given effect without the invalid provision or application, and to this end the provisions of this chapter are severable.

(2) *Notwithstanding subsection (1), if a court determines that the district described in s. 8.0002(5) is invalid under any provision of federal law, including the United States Constitution, or the Florida Constitution, then, subject to appellate review, the amendments made by this act to s. 8.0002 shall stand repealed effective immediately and the districts described in s. 8.0003 shall take effect immediately.*

Section 8. Effective upon becoming a law, section 8.07, Florida Statutes, is amended to read:

8.07 Applicability.—

(1) The congressional districts prescribed in s. 8.0002 apply with respect to the qualification, nomination, and election to the office of representative to the Congress of the United States in the primary and general elections held in *2022* 2012 and thereafter.

(2) *Notwithstanding subsection (1), if a court determines that the district described in s. 8.0002(5) is invalid under any provision of federal law, including the United States Constitution, or the Florida Constitution, then, subject to appellate review, the congressional districts prescribed in s. 8.0003 apply with respect to the qualification, nomination, and election to the office of representative to the Congress of the United States in the primary and general elections held in 2022 and thereafter.*

Section 9. *Effective upon becoming a law, ss. 8.08, 8.081, 8.082, 8.083, 8.084, 8.085, 8.086, 8.087, and 8.088, Florida Statutes, are repealed.*

Section 10. (1) Any action challenging any district described in s. 8.0002, Florida Statutes, must be commenced within 30 days after the date this act becomes law.

(2) Any action challenging any district described in s. 8.0003, Florida Statutes, must be commenced within 30 days after the date that section takes effect.

(3) Any claim not asserted within the applicable limitation periods in this section is barred.

Section 11. Except as otherwise expressly provided in this act and except for this section, which shall take effect upon this act becoming a law, this act shall take effect upon the expiration of the terms of the representatives to the United States House of Representatives serving on the date that this act becomes a law.

And the title is amended as follows:

Remove everything before the enacting clause and insert: A bill to be entitled An act relating to establishing the congressional districts of the state; amending s. 8.0001, F.S.; adopting the United States Decennial Census of 2020 as the official census of the state for use in redistricting the state's congressional districts; defining term; amending s. 8.0002, F.S.; redistricting the state's congressional districts in accordance with the United States Decennial Census of 2020 (plan H000C8019); creating s. 8.0003, F.S.; redistricting the state's congressional districts in accordance with the United States Decennial Census of 2020 (plan H000C8015); amending s. 8.0111, F.S.; providing for the inclusion of unlisted territory in contiguous districts in accordance with figures from the United States Decennial Census of 2020; reenacting s. 8.031, F.S., relating to the election of representatives to Congress; creating s. 8.051, F.S.; specifying that certain electronic maps serve as the official maps of the congressional districts of the state; providing for construction; requiring such maps to be made available to the public by the Office of Economic and Demographic Research within a specified timeframe; amending s. 8.0611, F.S.; making editorial changes; providing effect of district held invalid under certain circumstances; amending s. 8.07, F.S.; providing for applicability; repealing ss. 8.08, 8.081, 8.082, 8.083, 8.084, 8.085, 8.086, 8.087, and 8.088, F.S.; deleting obsolete and superseded provisions relating to congressional districts enacted in Special Session A of the 2014 Legislature; requiring certain actions challenging a district to be commenced within a specified period; barring certain claims; providing effective dates.

On motion by Senator Rodrigues, the Senate concurred in **House Amendment 1 (269533)**.

**CS for SB 102** passed, as amended, was ordered engrossed and then enrolled. The action of the Senate was certified to the House. The vote on passage was:

Yeas—24

| | | |
|---|---|---|
| Mr. President | Broxson | Hutson |
| Albritton | Burgess | Mayfield |
| Baxley | Gainer | Passidomo |
| Bean | Garcia | Perry |
| Boyd | Gibson | Rodrigues |
| Bradley | Gruters | Rodriguez |
| Brandes | Harrell | Stargel |
| Brodeur | Hooper | Wright |

Nays—15

| | | |
|---|---|---|
| Ausley | Diaz | Powell |
| Berman | Farmer | Rouson |
| Book | Jones | Stewart |
| Bracy | Pizzo | Taddeo |
| Cruz | Polsky | Torres |

## SPECIAL ORDER CALENDAR, continued

### SENATOR BEAN PRESIDING

**CS for CS for SB 1430**—A bill to be entitled An act relating to insolvent insurers; amending s. 624.4073, F.S.; revising a prohibition against certain insolvent insurers' former officers or directors serving as officers or directors of an insurer or having direct or indirect control over certain selection or appointment of officers or directors, to allow such activities unless the Office of Insurance Regulation enters a specified order; amending s. 627.072, F.S.; providing required factors to be used in the determination and fixing of rates for premiums paid to insolvent insurers for specified coverages; amending s. 631.57, F.S.; authorizing insurers remitting assessments to the Florida Insurance Guaranty Association, Incorporated, to elect not to recoup advances; specifying requirements for insurers electing not to recoup; revising a requirement for information regarding assessment percentages which must be specified by the Office of Insurance Regulation in orders levying assessments; authorizing the association to request that orders levying assessments issued by the office authorize a certain installment frequency for the remittance of advance payments by insurers; revising the requirement that certain insurers make payments, rather than initial payments, on a certain basis; requiring insurers to make quarterly payments to the association under certain circumstances; revising insurer reconciliation reporting requirements; providing reconciliation requirements for surcharges collected from policyholders; requiring insurers to treat the failure of an insured to pay a surcharge, rather than a recoupment charge, as a failure to pay the premium; revising construction; amending s. 631.914, F.S.; revising provisions relating to