

# State Legislative Redistricting Subcommittee

**Thursday, September 23, 2021**
**9:00 – 11:00 AM**
**404 HOB**

**Meeting Packet**

EXHIBIT

J28

**Chris Sprowls**
**Speaker**

**Cord Byrd**
**Chair**

# Committee Meeting Notice

## HOUSE OF REPRESENTATIVES

### State Legislative Redistricting Subcommittee

**Start Date and Time:**      Thursday, September 23, 2021  09:00 am

**End Date and Time:**       Thursday, September 23, 2021  11:00 am

**Location:**                Sumner Hall (404 HOB)

**Duration:**                2.00 hrs

Overview of Redistricting and Census Information

This meeting will be live-streamed on https://thefloridachannel.org/.  Persons wishing to appear in person to provide testimony are encouraged to complete an electronic appearance record at www.myfloridahouse.gov.  Electronic submissions will be available up to one hour before the meeting starts; after that time, please fill out an appearance form at the meeting. Seating is limited and will be available on a first-come, first-served basis.

**NOTICE FINALIZED on 09/16/2021  4:16PM by Ellerkamp.Donna**




# 2022 Redistricting

*Redistricting & U.S. Census Bureau Overview*

Chair Cord Byrd

State Legislative Redistricting Subcommittee Meeting
September 23, 2021

# Agenda

1. Redistricting Overview
2. U.S. Census Bureau Overview
3. Florida Population Overview
4. Website Demonstration





# What is Redistricting?

# Terminology

- **Reapportionment**
  - The redistribution of seats in the U.S. House of Representatives among the 50 states, based on the decennial census. Each state gets at least one seat.

- **Redistricting**
  - The redrawing of congressional and state legislative districts boundaries usually after a decennial census.

  - Other entities can redistrict such as local governments, courts, and school boards.



# Federal Law

- ## Article I, Section 4 of U.S. Constitution
  - "The Times, Places and Manner of holding Elections for Senators and Representatives shall be prescribed in each State by the Legislature thereof."

- ## 14th Amendment of U.S. Constitution
  - "One person, one vote"

- ## Section 2 of Voting Rights Act
  - "No voting qualification or prerequisite to voting or standard, practice, or procedure shall be imposed or applied...in a manner which results in a denial or abridgement of the right of any citizen of the United States to vote on account of race or color..."



# Florida Law

- **Art. III, Section 16 of Florida Constitution**
  - Directs the Legislature at its Regular Session in the second year following each decennial census (2022) to conduct redistricting of state legislative boundaries.

  - 30-40 senatorial districts

  - 80-120 representative districts

  - Districts shall be contiguous and consecutively numbered

  - Provides directives and timelines for establishing new districts



# Florida Law, *cont'd*

- **Art. III, Sections 20 & 21 of Florida Constitution**
  - Lists standards for establishing congressional (§20) and legislative (§21) boundaries

  - Tier 1 standards take priority over Tier 2 standards in case of conflict

  - Within each Tier the standards are equal amongst one another



# Florida Law, *cont'd*

**Art. III, Sections 20 & 21 of Florida Constitution**

## Tier 1 Standards

| | | |
|---|---|---|
| No apportionment plan or individual district shall be drawn with the intent to favor or disfavor a political party or an incumbent | Districts shall not be drawn with the intent or result of denying or abridging the equal opportunity of racial or language minorities to participate in the political process or to diminish their ability to elect representatives of their choice | Districts shall consist of contiguous territory |

## Tier 2 Standards

| | | |
|---|---|---|
| Districts shall be as nearly equal in population as is practicable | Districts shall be compact | Districts shall, where feasible, utilize existing political and geographical boundaries |



# Florida Law, *cont'd*

- **Chapter 8 of Florida Statutes**
  - Defines the technical boundaries of congressional districts.

- **Chapter 10 of Florida Statutes**
  - Defines the technical boundaries of state senate and state house districts.

- **Chapter 11 of Florida Statutes**
  - Provides that the Florida Legislature use the last federal decennial statewide census for apportionment purposes.



# Redistricting Timeline







# U.S. Census Bureau

# Terminology

- **U.S. Census Bureau**
  - The bureau contained within the U.S. Department of Commerce that conducts the decennial census, as well as numerous ongoing projects for the federal government.

- **Decennial Census**
  - A complete count or enumeration of the population of the country conducted every 10 years.

- **Apportionment Counts**
  - The number of seats in the U.S. House of Representatives each state receives following a decennial census.

- **Redistricting Data**
  - The detailed population data produced and delivered to each state by the U.S. Census Bureau that is used as part of the redistricting process.



# Federal Law

- **Article 1, Section 2 of U.S. Constitution**
  - Sets forth a mandate for an "actual enumeration" that requires a count of every person living in the United States of America every ten years.

- **Title 13**
  - Gives directive to the U.S. Census Bureau to conduct the decennial census and charges them with balancing the privacy of data collected with the accuracy of data distributed.

- **P.L. 94-171**
  - The federal Public Law enacted in 1975 requiring the U.S. Census Bureau to provide the states with data for use in redistricting.



# Decennial Census

The first census was conducted in 1790, and is conducted every 10 years.

The decennial census is the basis for apportionment counts, federal funding allocation, and redistricting.

The 2020 Census is the 24th decennial census and first ever to be offered online.



# Decennial Census, *cont'd*





# Decennial Census, *cont'd*



**Florida**
- Total Enumeration = 99.9%
- Self-Response Rate = 63.8%
  - 50% from internet response
- Non-Response Follow-Up = 36.1%

**National Average**
- Total Enumeration = 99.9%
- Self Response Rate = 67%
  - 53.5% from internet response
- Non-Response Follow-Up = 32.9%



# Apportionment Counts

- The U.S. Census Bureau released Apportionment Counts to all states on April 26, 2021. Resulting from the 2020 Census, Florida gained 1 seat, for a total of 28 seats in the U.S. House of Representatives.

| Florida Fast Facts | 2010 | 2020 | Difference |
|---|---|---|---|
| Statewide Population | 18,801,310 | 21,538,187 | +2,736,877 |
| Number of Congressional Seats | 27 | 28 | +1 seat |
| Congressional District Ideal Population | 696,345 | 769,221 | +72,876 |
| Florida House of Representatives District Ideal Population *(based on 120 seats)* | 156,678 | 179,485 | +22,807 |
| Florida Senate District Ideal Population *(based on 40 seats)* | 470,033 | 538,455 | +68,422 |



# Data from U.S. Census Bureau

- **How are the results of the decennial census used in redistricting?**
  - P.L. 94-171 "Redistricting Data"

- **What other data does the U.S. Census Bureau contribute to redistricting?**
  - Geography Support Products



# Redistricting Data

- **P.L. 94-171 "Redistricting Data"**
  - Contains detailed population data at the block level (smallest unit of geography)

  - Detailed population data is grouped by Race and Ethnicity categories

  - Also contains Group Quarters and Occupancy housing data

  - The Legacy Format dataset was released on August 12, 2021. A User-friendly dataset was released on September 16, 2021.



# Redistricting Data, *cont'd*

- **Collecting Data on Race and Ethnicity**
  - Based on federal guidance from the U.S. Office of Management and Budget, statistics on Race and Ethnicity are collected through the Census questionnaire and used in statistics, reporting, and civil rights compliance.

**Question 8 addresses Ethnicity.**

### Resulting Ethnicity Categories

- Not Hispanic or Latino

- Hispanic or Latino
  - A person of Cuban, Mexican American, Chicano, Puerto Rican, or other Spanish origin, regardless of race.



State Legislative Redistricting Subcommittee Meeting
September 23, 2021
Page 21

# Redistricting Data, *cont'd*



## Question 9 addresses Race.

- Respondents can select more than one answer to Question 9.

- 2020 also marked a change in how the U.S. Census Bureau tabulated responses to Question 9.

## Resulting Race Categories

- American Indian or Alaska Native
- Asian
- Black or African American
- Native Hawaiian or Other Pacific Islander
- White
- Other Race



# Geography Support Products

- While not part of the 2020 Census, the U.S. Census Bureau also updates the geographic landscape of the country each decade.

- The country is broken into geographic units – as seen to the right.

- The detailed population data, collected from the decennial census, is aligned with the updated geographic units.

- Data users are then able to see how many people live in a particular unit of geography.



**U.S. Census Bureau Geography Hierarchy**

States

Counties

Census Tracts

Block Groups

Census Blocks





# Florida Population Overview
*From 2020 Decennial Census*







Counties With Over 20% Growth
*Between 2010 and 2020*









Florida's Top 10 Largest Counties

*As of 2020*





Florida's Top 10 Smallest Counties

*As of 2020*



# Florida Municipalities

- As of April 1, 2020, Florida has 412 incorporated municipalities, compared to the 411 last decade.

- During the decade…
  - Estero (LEE), Indiantown (MRT), and Westlake (PAL) became <u>incorporated</u>.
  - Hastings (STJ) and Islandia (MDC) became <u>unincorporated</u>.

- Although currently unincorporated, Weeki Wachee was still an incorporated area in January 2020 when the U.S. Censusu Bureau finalized their Geography Support Products, as well as on April 1, 2020 when the 2020 Census was conducted. Therefore it appears in this decade's census dataset as an incorporated city.





Florida's Top 10 Largest Municipalities

*As of 2020*

■ Total Population



# Florida House Districts
## Percent Change in Population from 2010-2020





Source: U.S. Census Bureau 2010 & 2020 P.L. 94-171 Summary Files
compiled by Florida House Redistricting Committee





# Florida Senate Districts
## Percent Change in Population from 2010-2020

Source: U.S. Census Bureau 2010 & 2020 P.L. 94-171 Summary Files
compiled by Florida House Redistricting Committee



# Florida Congressional Districts
## Percent Change in Population from 2010-2020



Based on 27 districts.



Source: U.S. Census Bureau 2010 & 2020 P.L. 94-171 Summary Files
compiled by Florida House Redistricting Committee





# Redistricting Website Demonstration

# Joint Website

The Florida Senate and Florida House of Representatives have launched a joint website to be a one-stop-shop for all information and resources regarding the 2022 redistricting cycle, including a direct link for the public to access Florida's map drawing application.



The Florida House of Representatives and Florida Senate have elected to use Esri's Redistricting Online application for the 2022 redistricting cycle. Esri Redistricting Online is a web-based application that uses GIS mapping technology and the latest available census data to allow users to draw and analyze state legislative and congressional redistricting plans following the 2020 decennial census.

www.FloridaRedistricting.gov








# State Legislative Redistricting Subcommittee

Rep. Tyler Sirois, Chair

Redistricting Committee Staff

850-717-5234

[RedistrictingCommittee@myfloridahouse.gov](mailto:RedistrictingCommittee@myfloridahouse.gov)



# Appendices

## Florida Counties

### Change in Population from 2010-2020

*Reference for Slide 25*

| County Code | NAME | 2010 Pop | 2020 Pop | Change | % Change | County Code | NAME | 2010 Pop | 2020 Pop | Change | % Change |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ALA | Alachua | 247,336 | 278,468 | 31,132 | 12.59% | LEE | Lee | 618,754 | 760,822 | 142,068 | 22.96% |
| BAK | Baker | 27,115 | 28,259 | 1,144 | 4.22% | LEO | Leon | 275,487 | 292,198 | 16,711 | 6.07% |
| BAY | Bay | 168,852 | 175,216 | 6,364 | 3.77% | LEV | Levy | 40,801 | 42,915 | 2,114 | 5.18% |
| BRA | Bradford | 28,520 | 28,303 | -217 | -0.76% | LIB | Liberty | 8,365 | 7,974 | -391 | -4.67% |
| BRE | Brevard | 543,376 | 606,612 | 63,236 | 11.64% | MAD | Madison | 19,224 | 17,968 | -1,256 | -6.53% |
| BRO | Broward | 1,748,066 | 1,944,375 | 196,309 | 11.23% | MAN | Manatee | 322,833 | 399,710 | 76,877 | 23.81% |
| CAL | Calhoun | 14,625 | 13,648 | -977 | -6.68% | MRN | Marion | 331,298 | 375,908 | 44,610 | 13.47% |
| CHA | Charlotte | 159,978 | 186,847 | 26,869 | 16.80% | MRT | Martin | 146,318 | 158,431 | 12,113 | 8.28% |
| CIT | Citrus | 141,236 | 153,843 | 12,607 | 8.93% | DAD | Miami-Dade | 2,496,435 | 2,701,767 | 205,332 | 8.23% |
| CLA | Clay | 190,865 | 218,245 | 27,380 | 14.35% | MON | Monroe | 73,090 | 82,874 | 9,784 | 13.39% |
| CLL | Collier | 321,520 | 375,752 | 54,232 | 16.87% | NAS | Nassau | 73,314 | 90,352 | 17,038 | 23.24% |
| CLM | Columbia | 67,531 | 69,698 | 2,167 | 3.21% | OKA | Okaloosa | 180,822 | 211,668 | 30,846 | 17.06% |
| DES | DeSoto | 34,862 | 33,976 | -886 | -2.54% | OKE | Okeechobee | 39,996 | 39,644 | -352 | -0.88% |
| DIX | Dixie | 16,422 | 16,759 | 337 | 2.05% | ORA | Orange | 1,145,956 | 1,429,908 | 283,952 | 24.78% |
| DUV | Duval | 864,263 | 995,567 | 131,304 | 15.19% | OSC | Osceola | 268,685 | 388,656 | 119,971 | 44.65% |
| ESC | Escambia | 297,619 | 321,905 | 24,286 | 8.16% | PAL | Palm Beach | 1,320,134 | 1,492,191 | 172,057 | 13.03% |
| FLA | Flagler | 95,696 | 115,378 | 19,682 | 20.57% | PAS | Pasco | 464,697 | 561,891 | 97,194 | 20.92% |
| FRA | Franklin | 11,549 | 12,451 | 902 | 7.81% | PIN | Pinellas | 916,542 | 959,107 | 42,565 | 4.64% |
| GAD | Gadsden | 46,389 | 43,826 | -2,563 | -5.53% | POL | Polk | 602,095 | 725,046 | 122,951 | 20.42% |
| GIL | Gilchrist | 16,939 | 17,864 | 925 | 5.46% | PUT | Putnam | 74,364 | 73,321 | -1,043 | -1.40% |
| GLA | Glades | 12,884 | 12,126 | -758 | -5.88% | SAN | Santa Rosa | 151,372 | 188,000 | 36,628 | 24.20% |
| GUL | Gulf | 15,863 | 14,192 | -1,671 | -10.53% | SAR | Sarasota | 379,448 | 434,006 | 54,558 | 14.38% |
| HAM | Hamilton | 14,799 | 14,004 | -795 | -5.37% | SEM | Seminole | 422,718 | 470,856 | 48,138 | 11.39% |
| HAR | Hardee | 27,731 | 25,327 | -2,404 | -8.67% | STJ | St. Johns | 190,039 | 273,425 | 83,386 | 43.88% |
| HEN | Hendry | 39,140 | 39,619 | 479 | 1.22% | STL | St. Lucie | 277,789 | 329,226 | 51,437 | 18.52% |
| HER | Hernando | 172,798 | 194,515 | 21,737 | 12.58% | SUM | Sumter | 93,420 | 129,752 | 36,332 | 38.89% |
| HIG | Highlands | 98,786 | 101,235 | 2,449 | 2.48% | SUW | Suwannee | 41,551 | 43,474 | 1,923 | 4.63% |
| HIL | Hillsborough | 1,229,226 | 1,459,762 | 230,536 | 18.75% | TAY | Taylor | 22,570 | 21,796 | -774 | -3.43% |
| HOL | Holmes | 19,927 | 19,653 | -274 | -1.38% | UNI | Union | 15,535 | 16,147 | 612 | 3.94% |
| IND | Indian River | 138,028 | 159,788 | 21,760 | 15.76% | VOL | Volusia | 494,593 | 553,543 | 58,950 | 11.92% |
| JAC | Jackson | 49,746 | 47,319 | -2,427 | -4.88% | WAK | Wakulla | 30,776 | 33,764 | 2,988 | 9.71% |
| JEF | Jefferson | 14,761 | 14,510 | -251 | -1.70% | WAL | Walton | 55,043 | 75,305 | 20,262 | 36.81% |
| LAF | Lafayette | 8,870 | 8,226 | -644 | -7.26% | WAS | Washington | 24,896 | 25,318 | 422 | 1.70% |
| LAK | Lake | 297,052 | 383,956 | 86,904 | 29.26% | | | | | | |

## Florida House Districts
### Change in Population from 2010-2020 | *Reference for Slide 32*

| NAME | 2010 Pop | 2020 Pop | Change | % Change | Over/Under Ideal Pop | % O/U | NAME | 2010 Pop | 2020 Pop | Change | % Change | Over/Under Ideal Pop | % O/U |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 156,303 | 173,738 | 17,435 | 11.15% | -5,747 | -3.20% | 31 | 158,462 | 189,677 | 31,215 | 19.70% | 10,192 | 5.68% |
| 2 | 155,932 | 164,247 | 8,315 | 5.33% | -15,238 | -8.49% | 32 | 155,664 | 213,960 | 58,296 | 37.45% | 34,475 | 19.21% |
| 3 | 158,797 | 200,554 | 41,757 | 26.30% | 21,069 | 11.74% | 33 | 156,488 | 202,728 | 46,240 | 29.55% | 23,243 | 12.95% |
| 4 | 158,781 | 183,034 | 24,253 | 15.27% | 3,549 | 1.98% | 34 | 157,143 | 172,829 | 15,686 | 9.98% | -6,656 | -3.71% |
| 5 | 159,198 | 178,785 | 19,587 | 12.30% | -700 | -0.39% | 35 | 156,871 | 175,529 | 18,658 | 11.89% | -3,956 | -2.20% |
| 6 | 159,266 | 164,026 | 4,760 | 2.99% | -15,459 | -8.61% | 36 | 154,847 | 172,035 | 17,188 | 11.10% | -7,450 | -4.15% |
| 7 | 156,188 | 153,589 | -2,599 | -1.66% | -25,896 | -14.43% | 37 | 154,993 | 199,186 | 44,193 | 28.51% | 19,701 | 10.98% |
| 8 | 155,921 | 158,775 | 2,854 | 1.83% | -20,710 | -11.54% | 38 | 154,857 | 190,670 | 35,813 | 23.13% | 11,185 | 6.23% |
| 9 | 156,370 | 168,189 | 11,819 | 7.56% | -11,296 | -6.29% | 39 | 154,817 | 207,578 | 52,761 | 34.08% | 28,093 | 15.65% |
| 10 | 156,423 | 161,371 | 4,948 | 3.16% | -18,114 | -10.09% | 40 | 155,028 | 172,934 | 17,906 | 11.55% | -6,551 | -3.65% |
| 11 | 156,023 | 183,285 | 27,262 | 17.47% | 3,800 | 2.12% | 41 | 155,727 | 207,346 | 51,619 | 33.15% | 27,861 | 15.52% |
| 12 | 156,867 | 179,332 | 22,465 | 14.32% | -153 | -0.09% | 42 | 154,915 | 211,860 | 56,945 | 36.76% | 32,375 | 18.04% |
| 13 | 156,504 | 173,073 | 16,569 | 10.59% | -6,412 | -3.57% | 43 | 157,986 | 212,279 | 54,293 | 34.37% | 32,794 | 18.27% |
| 14 | 155,895 | 179,268 | 23,373 | 14.99% | -217 | -0.12% | 44 | 157,485 | 237,174 | 79,689 | 50.60% | 57,689 | 32.14% |
| 15 | 155,797 | 174,081 | 18,284 | 11.74% | -5,404 | -3.01% | 45 | 156,253 | 182,043 | 25,790 | 16.51% | 2,558 | 1.43% |
| 16 | 156,491 | 196,880 | 40,389 | 25.81% | 17,395 | 9.69% | 46 | 156,157 | 181,820 | 25,663 | 16.43% | 2,335 | 1.30% |
| 17 | 157,926 | 233,994 | 76,068 | 48.17% | 54,509 | 30.37% | 47 | 158,274 | 179,005 | 20,731 | 13.10% | -480 | -0.27% |
| 18 | 154,544 | 177,702 | 23,158 | 14.98% | -1,783 | -0.99% | 48 | 156,456 | 193,368 | 36,912 | 23.59% | 13,883 | 7.73% |
| 19 | 154,740 | 158,314 | 3,574 | 2.31% | -21,171 | -11.80% | 49 | 159,069 | 188,979 | 29,910 | 18.80% | 9,494 | 5.29% |
| 20 | 156,856 | 168,327 | 11,471 | 7.31% | -11,158 | -6.22% | 50 | 158,877 | 214,107 | 55,230 | 34.76% | 34,622 | 19.29% |
| 21 | 156,918 | 178,899 | 21,981 | 14.01% | -586 | -0.33% | 51 | 159,406 | 165,453 | 6,047 | 3.79% | -14,032 | -7.82% |
| 22 | 154,726 | 178,682 | 23,956 | 15.48% | -803 | -0.45% | 52 | 159,438 | 182,885 | 23,447 | 14.71% | 3,400 | 1.89% |
| 23 | 155,606 | 174,384 | 18,778 | 12.07% | -5,101 | -2.84% | 53 | 159,628 | 187,131 | 27,503 | 17.23% | 7,646 | 4.26% |
| 24 | 157,896 | 186,404 | 28,508 | 18.05% | 6,919 | 3.85% | 54 | 156,053 | 179,790 | 23,737 | 15.21% | 305 | 0.17% |
| 25 | 155,274 | 173,106 | 17,832 | 11.48% | -6,379 | -3.55% | 55 | 155,882 | 157,883 | 2,001 | 1.28% | -21,602 | -12.04% |
| 26 | 154,120 | 179,126 | 25,006 | 16.23% | -359 | -0.20% | 56 | 154,900 | 161,008 | 6,108 | 3.94% | -18,477 | -10.29% |
| 27 | 155,112 | 169,716 | 14,604 | 9.42% | -9,769 | -5.44% | 57 | 157,418 | 234,597 | 77,179 | 49.03% | 55,112 | 30.71% |
| 28 | 158,813 | 177,835 | 19,022 | 11.98% | -1,650 | -0.92% | 58 | 158,568 | 175,465 | 16,897 | 10.66% | -4,020 | -2.24% |
| 29 | 159,162 | 177,803 | 18,641 | 11.71% | -1,682 | -0.94% | 59 | 158,232 | 185,352 | 27,120 | 17.14% | 5,867 | 3.27% |
| 30 | 156,153 | 172,802 | 16,649 | 10.66% | -6,683 | -3.72% | 60 | 158,517 | 189,032 | 30,515 | 19.25% | 9,547 | 5.32% |

Over/Under calculations based on 2020 Ideal Population of 179,485 (assuming 120 HDs).

# Florida House Districts, *cont'd*
## Change in Population from 2010-2020 | *Reference for Slide 32*

| NAME | 2010 Pop | 2020 Pop | Change | % Change | Over/Under Ideal Pop | % O/U | NAME | 2010 Pop | 2020 Pop | Change | % Change | Over/Under Ideal Pop | % O/U |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 61 | 159,521 | 176,048 | 16,527 | 10.36% | -3,437 | -1.91% | 91 | 156,622 | 172,098 | 15,476 | 9.88% | -7,387 | -4.12% |
| 62 | 158,453 | 170,895 | 12,442 | 7.85% | -8,590 | -4.79% | 92 | 154,926 | 178,118 | 23,192 | 14.97% | -1,367 | -0.76% |
| 63 | 158,227 | 186,860 | 28,633 | 18.10% | 7,375 | 4.11% | 93 | 157,815 | 170,619 | 12,804 | 8.11% | -8,866 | -4.94% |
| 64 | 157,763 | 172,414 | 14,651 | 9.29% | -7,071 | -3.94% | 94 | 156,361 | 170,424 | 14,063 | 8.99% | -9,061 | -5.05% |
| 65 | 157,869 | 165,826 | 7,957 | 5.04% | -13,659 | -7.61% | 95 | 154,882 | 173,211 | 18,329 | 11.83% | -6,274 | -3.50% |
| 66 | 158,786 | 164,428 | 5,642 | 3.55% | -15,057 | -8.39% | 96 | 155,095 | 179,711 | 24,616 | 15.87% | 226 | 0.13% |
| 67 | 158,424 | 166,737 | 8,313 | 5.25% | -12,748 | -7.10% | 97 | 155,698 | 176,823 | 21,125 | 13.57% | -2,662 | -1.48% |
| 68 | 158,551 | 170,184 | 11,633 | 7.34% | -9,301 | -5.18% | 98 | 155,182 | 169,406 | 14,224 | 9.17% | -10,079 | -5.62% |
| 69 | 158,702 | 163,038 | 4,336 | 2.73% | -16,447 | -9.16% | 99 | 155,731 | 179,496 | 23,765 | 15.26% | 11 | 0.01% |
| 70 | 154,044 | 173,157 | 19,113 | 12.41% | -6,328 | -3.53% | 100 | 154,811 | 169,563 | 14,752 | 9.53% | -9,922 | -5.53% |
| 71 | 158,594 | 171,683 | 13,089 | 8.25% | -7,802 | -4.35% | 101 | 154,888 | 166,158 | 11,270 | 7.28% | -13,327 | -7.43% |
| 72 | 159,167 | 171,725 | 12,558 | 7.89% | -7,760 | -4.32% | 102 | 157,283 | 175,693 | 18,410 | 11.71% | -3,792 | -2.11% |
| 73 | 159,249 | 221,894 | 62,645 | 39.34% | 42,409 | 23.63% | 103 | 156,504 | 182,386 | 25,882 | 16.54% | 2,901 | 1.62% |
| 74 | 157,964 | 193,250 | 35,286 | 22.34% | 13,765 | 7.67% | 104 | 155,234 | 163,760 | 8,526 | 5.49% | -15,725 | -8.76% |
| 75 | 159,978 | 186,847 | 26,869 | 16.80% | 7,362 | 4.10% | 105 | 157,369 | 176,959 | 19,590 | 12.45% | -2,526 | -1.41% |
| 76 | 153,745 | 180,111 | 26,366 | 17.15% | 626 | 0.35% | 106 | 155,388 | 164,757 | 9,369 | 6.03% | -14,728 | -8.21% |
| 77 | 157,482 | 197,482 | 40,000 | 25.40% | 17,997 | 10.03% | 107 | 156,958 | 167,902 | 10,944 | 6.97% | -11,583 | -6.45% |
| 78 | 153,781 | 193,526 | 39,745 | 25.85% | 14,041 | 7.82% | 108 | 156,848 | 158,656 | 1,808 | 1.15% | -20,829 | -11.60% |
| 79 | 153,746 | 189,703 | 35,957 | 23.39% | 10,218 | 5.69% | 109 | 154,121 | 174,616 | 20,495 | 13.30% | -4,869 | -2.71% |
| 80 | 155,637 | 188,858 | 33,221 | 21.35% | 9,373 | 5.22% | 110 | 154,817 | 155,096 | 279 | 0.18% | -24,389 | -13.59% |
| 81 | 156,038 | 176,468 | 20,430 | 13.09% | -3,017 | -1.68% | 111 | 156,697 | 154,240 | -2,457 | -1.57% | -25,245 | -14.07% |
| 82 | 156,533 | 169,041 | 12,508 | 7.99% | -10,444 | -5.82% | 112 | 154,895 | 178,897 | 24,002 | 15.50% | -588 | -0.33% |
| 83 | 156,370 | 188,480 | 32,110 | 20.53% | 8,995 | 5.01% | 113 | 156,568 | 159,963 | 3,395 | 2.17% | -19,522 | -10.88% |
| 84 | 156,530 | 178,666 | 22,136 | 14.14% | -819 | -0.46% | 114 | 158,069 | 163,850 | 5,781 | 3.66% | -15,635 | -8.71% |
| 85 | 158,442 | 180,551 | 22,109 | 13.95% | 1,066 | 0.59% | 115 | 156,215 | 168,110 | 11,895 | 7.61% | -11,375 | -6.34% |
| 86 | 157,949 | 178,360 | 20,411 | 12.92% | -1,125 | -0.63% | 116 | 155,722 | 165,053 | 9,331 | 5.99% | -14,432 | -8.04% |
| 87 | 156,640 | 176,207 | 19,567 | 12.49% | -3,278 | -1.83% | 117 | 156,881 | 198,993 | 42,112 | 26.84% | 19,508 | 10.87% |
| 88 | 156,720 | 181,550 | 24,830 | 15.84% | 2,065 | 1.15% | 118 | 156,562 | 162,358 | 5,796 | 3.70% | -17,127 | -9.54% |
| 89 | 155,172 | 178,167 | 22,995 | 14.82% | -1,318 | -0.73% | 119 | 156,170 | 165,661 | 9,491 | 6.08% | -13,824 | -7.70% |
| 90 | 154,984 | 175,380 | 20,396 | 13.16% | -4,105 | -2.29% | 120 | 154,924 | 185,050 | 30,126 | 19.45% | 5,565 | 3.10% |

Over/Under calculations based on 2020 Ideal Population of 179,485 (assuming 120 HDs).

## Florida Senate Districts, *cont'd*
### Change in Population from 2010-2020 | *Reference for Slide 33*

| NAME | 2010 Pop | 2020 Pop | Change | % Change | Over/Under Ideal Pop | % Over/Under | NAME | 2010 Pop | 2020 Pop | Change | % Change | Over/Under Ideal Pop | % Over/Under |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 473,945 | 537,834 | 63,889 | 13.48% | -621 | -0.12% | 21 | 471,671 | 587,543 | 115,872 | 24.57% | 49,088 | 9.12% |
| 2 | 474,332 | 526,550 | 52,218 | 11.01% | -11,905 | -2.21% | 22 | 468,939 | 612,011 | 143,072 | 30.51% | 73,556 | 13.66% |
| 3 | 474,408 | 486,331 | 11,923 | 2.51% | -52,124 | -9.68% | 23 | 472,408 | 542,081 | 69,673 | 14.75% | 3,626 | 0.67% |
| 4 | 466,987 | 559,117 | 92,130 | 19.73% | 20,662 | 3.84% | 24 | 474,418 | 490,664 | 16,246 | 3.42% | -47,791 | -8.88% |
| 5 | 470,660 | 507,916 | 37,256 | 7.92% | -30,539 | -5.67% | 25 | 465,785 | 531,634 | 65,849 | 14.14% | -6,821 | -1.27% |
| 6 | 470,590 | 526,802 | 56,212 | 11.95% | -11,653 | -2.16% | 26 | 469,653 | 497,629 | 27,976 | 5.96% | -40,826 | -7.58% |
| 7 | 471,191 | 593,060 | 121,869 | 25.86% | 54,605 | 10.14% | 27 | 474,201 | 579,819 | 105,618 | 22.27% | 41,364 | 7.68% |
| 8 | 472,149 | 516,171 | 44,022 | 9.32% | -22,284 | -4.14% | 28 | 474,191 | 563,557 | 89,366 | 18.85% | 25,102 | 4.66% |
| 9 | 468,690 | 522,106 | 53,416 | 11.40% | -16,349 | -3.04% | 29 | 467,952 | 528,123 | 60,171 | 12.86% | -10,332 | -1.92% |
| 10 | 468,656 | 546,439 | 77,783 | 16.60% | 7,984 | 1.48% | 30 | 466,545 | 529,170 | 62,625 | 13.42% | -9,285 | -1.72% |
| 11 | 471,085 | 556,064 | 84,979 | 18.04% | 17,609 | 3.27% | 31 | 467,590 | 534,663 | 67,073 | 14.34% | -3,792 | -0.70% |
| 12 | 473,731 | 584,669 | 110,938 | 23.42% | 46,214 | 8.58% | 32 | 466,155 | 513,187 | 47,032 | 10.09% | -25,268 | -4.69% |
| 13 | 470,829 | 548,553 | 77,724 | 16.51% | 10,098 | 1.88% | 33 | 465,667 | 521,595 | 55,928 | 12.01% | -16,860 | -3.13% |
| 14 | 473,477 | 521,119 | 47,642 | 10.06% | -17,336 | -3.22% | 34 | 465,665 | 511,443 | 45,778 | 9.83% | -27,012 | -5.02% |
| 15 | 472,727 | 713,947 | 241,220 | 51.03% | 175,492 | 32.59% | 35 | 466,105 | 507,129 | 41,024 | 8.80% | -31,326 | -5.82% |
| 16 | 473,006 | 507,043 | 34,037 | 7.20% | -31,412 | -5.83% | 36 | 465,618 | 500,689 | 35,071 | 7.53% | -37,766 | -7.01% |
| 17 | 471,092 | 543,317 | 72,225 | 15.33% | 4,862 | 0.90% | 37 | 465,416 | 508,693 | 43,277 | 9.30% | -29,762 | -5.53% |
| 18 | 470,486 | 524,046 | 53,560 | 11.38% | -14,409 | -2.68% | 38 | 466,655 | 488,200 | 21,545 | 4.62% | -50,255 | -9.33% |
| 19 | 473,068 | 580,419 | 107,351 | 22.69% | 41,964 | 7.79% | 39 | 466,654 | 541,783 | 75,129 | 16.10% | 3,328 | 0.62% |
| 20 | 472,888 | 554,516 | 81,628 | 17.26% | 16,061 | 2.98% | 40 | 466,025 | 492,555 | 26,530 | 5.69% | -45,900 | -8.52% |

Over/Under calculations based on 2020 Ideal Population of 538,455 (assuming 40 SDs).

## **Florida Congressional Districts**, *cont'd*
## Change in Population from 2010-2020 | *Reference for Slide 34*

| NAME | 2010 Pop | 2020 Pop | Change | % Change | Over/Under Ideal Pop | % O/U |
|------|----------|----------|--------|----------|----------------------|-------|
| 1 | 696,345 | 807,881 | 111,536 | 16.02% | 38,660 | 5.03% |
| 2 | 696,345 | 727,856 | 31,511 | 4.53% | -41,365 | -5.38% |
| 3 | 696,345 | 766,133 | 69,788 | 10.02% | -3,088 | -0.40% |
| 4 | 696,345 | 871,884 | 175,539 | 25.21% | 102,663 | 13.35% |
| 5 | 696,345 | 748,910 | 52,565 | 7.55% | -20,311 | -2.64% |
| 6 | 696,345 | 796,254 | 99,909 | 14.35% | 27,033 | 3.51% |
| 7 | 696,345 | 788,518 | 92,173 | 13.24% | 19,297 | 2.51% |
| 8 | 696,344 | 783,753 | 87,409 | 12.55% | 14,532 | 1.89% |
| 9 | 696,344 | 955,602 | 259,258 | 37.23% | 186,381 | 24.23% |
| 10 | 696,345 | 873,804 | 177,459 | 25.48% | 104,583 | 13.60% |
| 11 | 696,344 | 820,835 | 124,491 | 17.88% | 51,614 | 6.71% |
| 12 | 696,345 | 807,137 | 110,792 | 15.91% | 37,916 | 4.93% |
| 13 | 696,345 | 727,465 | 31,120 | 4.47% | -41,756 | -5.43% |
| 14 | 696,345 | 787,447 | 91,102 | 13.08% | 18,226 | 2.37% |
| 15 | 696,345 | 819,853 | 123,508 | 17.74% | 50,632 | 6.58% |
| 16 | 696,345 | 884,047 | 187,702 | 26.96% | 114,826 | 14.93% |
| 17 | 696,345 | 779,955 | 83,610 | 12.01% | 10,734 | 1.40% |
| 18 | 696,344 | 794,724 | 98,380 | 14.13% | 25,503 | 3.32% |
| 19 | 696,345 | 835,012 | 138,667 | 19.91% | 65,791 | 8.55% |
| 20 | 696,344 | 776,283 | 79,939 | 11.48% | 7,062 | 0.92% |
| 21 | 696,345 | 788,007 | 91,662 | 13.16% | 18,786 | 2.44% |
| 22 | 696,345 | 785,756 | 89,411 | 12.84% | 16,535 | 2.15% |
| 23 | 696,345 | 769,356 | 73,011 | 10.48% | 135 | 0.02% |
| 24 | 696,345 | 742,542 | 46,197 | 6.63% | -26,679 | -3.47% |
| 25 | 696,345 | 771,434 | 75,089 | 10.78% | 2,213 | 0.29% |
| 26 | 696,345 | 787,914 | 91,569 | 13.15% | 18,693 | 2.43% |
| 27 | 696,345 | 739,825 | 43,480 | 6.24% | -29,396 | -3.82% |

Over/Under calculations based on 2020 Ideal Population of 769,221 and 27 districts.