

# State Legislative Redistricting Subcommittee

## Wednesday, October 20, 2021
## 1:00 PM – 2:30 PM
## 404 HOB

## Meeting Packet

EXHIBIT
J33

**Chris Sprowls**
**Speaker**

**Cord Byrd**
**Chair**

# Committee Meeting Notice

## HOUSE OF REPRESENTATIVES

### State Legislative Redistricting Subcommittee

**Start Date and Time:**      Wednesday, October 20, 2021  01:00 pm

**End Date and Time:**        Wednesday, October 20, 2021  02:30 pm

**Location:**                 Sumner Hall (404 HOB)

**Duration:**                 1.50 hrs

Review and Discussion of Current Maps

For information about attending or testifying at a committee meeting, please see the "Visiting the House" tab at www.myfloridahouse.gov.

**NOTICE FINALIZED on 10/13/2021  4:19PM by Ellerkamp.Donna**



# Current House Map

# Currently Enacted House Map





# Constitutional Standards

**Art. III, Sections 20 & 21 of Florida Constitution**

## Tier 1 Standards

| No apportionment plan or individual district shall be drawn with the intent to favor or disfavor a political party or an incumbent | Districts shall not be drawn with the intent or result of denying or abridging the equal opportunity of racial or language minorities to participate in the political process or to diminish their ability to elect representatives of their choice | Districts shall consist of contiguous territory |
|---|---|---|

## Tier 2 Standards

| Districts shall be as nearly equal in population as is practicable | Districts shall be compact | Districts shall, where feasible, utilize existing political and geographical boundaries |
|---|---|---|



# Topline Statistics for 2012 House Map

| 2012 House Map | |
|---|---|
| Florida Counties | 67 |
| Counties Kept Whole | 37 |
| Counties Split | 30 |
| Florida Cities | 410 |
| Cities Kept Whole | 335 |
| Cities Split | 75 |
| Overall Deviation | 4% |
| **Overall Compactness** | |
| Reock Test | 0.43 |
| Convex Hull Test | 0.80 |
| Polsby Popper Test | 0.43 |



# County Population Compared to Ideal Population

| Tier 2 Standards |
|---|

| Districts shall be as nearly equal in population as is practicable | Districts shall, where feasible, utilize existing political and geographical boundaries |
|---|---|

For the **2012 House map**, the counties in green were over a district's Ideal Population of 156,6785 people. The counties in orange were under the Ideal Population.



29 Counties over Ideal Population

38 Counties under Ideal Population



# Ideal Population & Deviation

State Legislative districts are typically allowed a larger deviation percentage than Congressional districts, with the courts generally accepting a 10% range of deviation.

|  | 2010 | 2020 |
|---|---|---|
| **Florida Total Population** | 18,801,310 | 21,538,187 |
| **State House Districts** | 27 | 28 |
| **HD Ideal Population** | 156,678 | 179,485 |

To achieve "as nearly equal as practicable," +/- 1 person is the generally accepted deviation for Congressional districts. There are exceptions to both of these thresholds.



# Keeping Counties Whole

Based on the 2010 Census, there were 38 counties that were too small to fit a State House District within them, or by itself be a district.

These counties had to be combined with other whole counties, or parts of counties, to create a district.



# Keeping Counties Whole







# Keeping Districts Wholly Within a County

Based on the 2010 Census, there were 29 counties that were larger than the Ideal Population of a State House District.

These counties had the option of keep a district whole within the county boundaries.



# Keeping Districts Wholly Within a County

In 2010, Lee County's population was 618,754.

This could allow for the creation of up to 4 districts within the county itself.



# Finding Overall Deviation



In 2010, Charlotte County's population was 159,978 people.

- 3,300 people over the Ideal Population (+**2.10% Deviation**)



# Finding Overall Deviation

In 2010, Lee County's population was 618,754 people.

- This could allow for the creation of 4 districts within the county.

With a goal of keeping Cape Coral whole, District 76 was formed, with a total population of 153,745 people.

- 2,933 people under the Ideal Population (-**1.9% Deviation**).



# Finding Overall Deviation

The population of District 75, encompassing Charlotte County, had a population of 159,978 people **(+2.1% deviation)**, creating the "High Water Mark," or the upper range.

The population of District 76 in Lee County was 153,745 people **(-1.9% deviation)**, creating the "Low Water Mark," or the lower range.

**Resulting in a Overall Deviation range of 4.0%.**



# County Population Compared to Ideal Population



**Based on the 2020 Census**, the counties in green are over a district's Ideal Population of 179,485 people. The counties in orange are under the Ideal Population.



# Florida Municipalities

### Tier 2 Standard

Districts shall, where feasible, utilize existing political and geographical boundaries

Based on the 2020 Census, Florida has 412 incorporated municipalities.



# Incorporated Municipalities





# Incorporated Municipalities





# Incorporated Municipalities





# 2020 Municipalities
# Over the Ideal Population

**Based on the 2020 Census**, there are 10 municipalities this decade that have more population than the ideal population of a House District (179,485 people) and must be split based on population alone.

| City | 2020 Population |
|------|----------------|
| Jacksonville | 949,611 |
| Miami | 442,241 |
| Tampa | 384,959 |
| Orlando | 307,573 |
| St. Petersburg | 258,308 |
| Hialeah | 223,109 |
| Port St. Lucie | 204,851 |
| Tallahassee | 196,169 |
| Cape Coral | 194,016 |
| Fort Lauderdale | 182,760 |



# Incorporated Municipalities

Incorporated municipalities are a good option when considering using political boundaries.

However, not all city lines are contiguous, and some have "holes" that must be taken into consideration when drawing.





# Incorporated Municipalities

Florida has 4 incorporated Municipalities that cross county boundaries...



Longboat Key



Marineland



Flagler Beach



Fanning Springs



# Other Examples of Municipal Lines

In Volusia County, the  municipalities of Edgewater and New Smyrna Beach each have municipal boundaries that have gaps in boundary lines, indentations, and non-contiguous territory.





# Other Examples of Municipal Lines

Additionally, the city of North Port in Sarasota County is an example of a non-contiguous municipal boundary.

The city is split by the Myakka River.





# Keeping a City Whole

The boundary between HD 3 and HD 4 is mostly comprised of I-10, but has a "bump" so that the city of Crestview can be kept whole.





# Keeping a City Whole





# Using Roadways

In the 2012 House Map, an example of using Primary Roads is District 91.

Primary and Secondary roads can provide clean lines when drawing a map.



# Using Railroads

Looking at Pinellas County in the 2012 House Map...

There are 4 districts that use the railroad as part of their boundary.

Railways, like Primary and Secondary Roads, provide clear boundaries and clean lines to draw districts.





# Using Railroads





# Using Waterways

Examples include using waterways such as rivers, lakes and other bodies of water.

Many Florida county boundaries also follow rivers which at first glance may lead to unique shaped boundaries.



# Using Waterways





# Using Waterways

The Suwannee River is an illustration of how county boundaries follow the river.

Columbia, Hamilton, Suwannee, Lafayette, Levy, Gilchrist and Dixie counties all share the Suwannee River as part of their respective county boundary.









# Using Waterways

Lake Okeechobee is another significant geographical feature of our state that must be addressed when drawing.

Geographically, the lake is made of a multitude of oddly shaped water blocks.





# Water Blocks

Florida's coastline is made up of vast numbers of census "water blocks" that range in various sizes and shapes.

They can create large "flags" or indentations on districts that can affect a district's compactness.



# Florida Everglades

The Everglades is another large area of geography we must consider when drawing district boundaries.

Additionally, the Everglades has minimal population throughout its respective blocks.





# Compactness



**Tier 2 Standard**

Districts shall be compact

## District 23

- Reock Test: 0.62
- Convex Hull Test: 0.91
- Polsby Popper Test: 0.46



# Compactness



## District 42

- Reock Test: 0.61

- Convex Hull Test: 0.96

- Polsby Popper Test: 0.61



# Non-Contiguous Territory

**Tier 1 Standard**

Districts shall consist of contiguous territory



Florida is one of six states that has valid non-contiguous territory – The Dry Tortugas.






# State Legislative Redistricting Subcommittee

Rep. Cord Byrd, Chair

Redistricting Committee Staff

850-717-5234

RedistrictingCommittee@myfloridahouse.gov