

# Congressional Redistricting Subcommittee

## Wednesday, October 20, 2021
## 1:00 PM – 2:30 PM
## 17 HOB

## Meeting Packet

> **EXHIBIT**
> **J34**

**Chris Sprowls**
**Speaker**

**Tyler Sirois**
**Chair**

# Committee Meeting Notice

## HOUSE OF REPRESENTATIVES

### Congressional Redistricting Subcommittee

**Start Date and Time:**          Wednesday, October 20, 2021  01:00 pm

**End Date and Time:**           Wednesday, October 20, 2021  02:30 pm

**Location:**                    Morris Hall (17 HOB)

**Duration:**                    1.50 hrs

Review and Discussion of Current Maps

For information about attending or testifying at a committee meeting, please see the "Visiting the House" tab at www.myfloridahouse.gov.

**NOTICE FINALIZED on 10/13/2021  4:21PM by Ellerkamp.Donna**



# Current Congressional Map

# Currently Enacted Congressional Map





# Constitutional Standards

## Art. III, Sections 20 & 21 of Florida Constitution

### Tier 1 Standards

| | | |
|---|---|---|
| No apportionment plan or individual district shall be drawn with the intent to favor or disfavor a political party or an incumbent | Districts shall not be drawn with the intent or result of denying or abridging the equal opportunity of racial or language minorities to participate in the political process or to diminish their ability to elect representatives of their choice | Districts shall consist of contiguous territory |

### Tier 2 Standards

| | | |
|---|---|---|
| Districts shall be as nearly equal in population as is practicable | Districts shall be compact | Districts shall, where feasible, utilize existing political and geographical boundaries |



# Topline Statistics for 2016 Congressional Map

| 2016 Congressional Map Statistics | |
|---|---|
| Florida Counties | 67 |
| Counties Kept Whole | 49 |
| Counties Split | 18 |
| Florida Cities | 410 |
| Cities Kept Whole | 397 |
| Cities Split | 13 |
| Overall Deviation | 1 Person |
| Overall Compactness | |
| Reock Test | 0.44 |
| Convex Hull Test | 0.77 |
| Polsby Popper Test | 0.36 |



# County Population Compared to Ideal Population

| Tier 2 Standards |
| --- |

| Districts shall be as nearly equal in population as is practicable | Districts shall, where feasible, utilize existing political and geographical boundaries |
| --- | --- |

For the **2016 Congressional Map**, the counties in green were over the map's Ideal Population of 696,345 people. The counties in orange were under the Ideal Population.



7 Counties over Ideal Population

60 Counties under Ideal Population



# Ideal Population & Deviation

To achieve "as nearly equal as practicable," +/- 1 person is the generally accepted deviation for Congressional districts. There are exceptions to both of these thresholds.

|  | 2010 | 2020 |
|---|---|---|
| **Florida Total Population** | 18,801,310 | 21,538,187 |
| **Congressional Districts** | 27 | 28 |
| **CD Ideal Population** | 696,345 | 769,221 |

State Legislative districts are typically allowed a larger deviation percentage than Congressional districts, with the courts generally accepting a 10% range of deviation.



# Keeping Counties Whole

Based on the 2010 Census, there were 60 counties that were too small to fit a Congressional District within them, or by itself be a district.

These counties had to be combined with other whole counties, or parts of counties, to create a district.



# Keeping Counties Whole







# Keeping Districts Wholly Within a County

Based on the 2010 Census, there were 7 counties that were larger than the Ideal Population of a Congressional District.

These counties had the option of keep a district whole within the county boundaries.

| COUNTY | 2010 CENSUS |
|--------|-------------|
| Miami-Dade | 2,496,435 |
| Broward | 1,748,066 |
| Palm Beach | 1,320,134 |
| Hillsborough | 1,229,226 |
| Orange | 1,145,956 |
| Pinellas | 916,542 |
| Duval | 864,263 |



# Keeping Districts Wholly Within a County

In 2010, Orange County's population was 1,145,956.

Congressional District 10 was drawn wholly within Orange County.





# Keeping Districts Wholly Within a County

Both Pinellas and Hillsborough counties were over the 2010 ideal population.

CD 13 was kept wholly within Pinellas County.

CD 14 was kept wholly within Hillsborough County.



# County Population Compared to Ideal Population

Based on the 2020 Census, the counties in green are over a district's Ideal Population of 769,221 people. The counties in orange are under the Ideal Population.





# Florida Municipalities

## Tier 2 Standard

Districts shall, where feasible, utilize existing political and geographical boundaries

Based on the 2020 Census, Florida has 412 incorporated municipalities.



# Incorporated Municipalities





# Incorporated Municipalities





# Incorporated Municipalities





# 2020 Incorporated Municipalities Over the Ideal Population

Based on the 2020 Census, there is 1 incorporated municipality this decade that has more population than the ideal population of a Congressional District (769,221 people) and must be split based on population alone – City of Jacksonville.



# Incorporated Municipalities

Incorporated municipalities are a good option when considering using political boundaries.

However, not all city lines are contiguous, and some have "holes" that must be taken into consideration when drawing.





# Incorporated Municipalities

In Volusia County, the municipalities of Edgewater and New Smyrna Beach each have municipal boundaries that have gaps in boundary lines, indentations, and non-contiguous territory.





# Incorporated Municipalities

Additionally, the city of North Port in Sarasota County is an example of a non-contiguous municipal boundary.

The city is split by the Myakka River.





# Incorporated Municipalities

Florida has 4 incorporated Municipalities that cross county boundaries...



Longboat Key



Marineland



Flagler Beach



Fanning Springs



# Keeping a City Whole

- The boundary between Congressional District 11 and Congressional District 15 appears to have a "bump". This was done so that the city of Groveland could be kept whole.





# Keeping a City Whole





# Using Waterways

Examples include using waterways such as rivers, lakes and other bodies of water.

Many Florida county boundaries also follow rivers which at first glance may lead to unique shaped boundaries.





# Using Waterways





# Using Railways & Roadways

This boundary between Congressional Districts 17 and 9 uses railways, major roadways, and municipal boundaries.





# Using Railways & Roadways





# Using Waterways

This boundary line between Congressional Districts 15 and 16 follows the Alafia River throughout Hillsborough County.





# Using Waterways





# Using Waterways

The Suwannee River is an illustration of how county boundaries follow the river.

Columbia, Hamilton, Suwannee, Lafayette, Levy, Gilchrist and Dixie counties all share the Suwannee River as part of their respective county boundary.









# Using Waterways

Lake Okeechobee is another significant geographical feature of our state that must be addressed when drawing.

Geographically, the lake is made of a multitude of oddly shaped water blocks.





# Water Blocks

Florida's coastline is made up of vast numbers of census "water blocks" that range in various sizes and shapes.

They can create large "flags" or indentations on districts that can affect a district's compactness.



# Florida Everglades

The Everglades is another large area of geography we must consider when drawing district boundaries.

Additionally, the Everglades has minimal population throughout its respective blocks.



# Compactness

| Tier 2 Standard |
| --- |
| Districts shall be compact |

## District 3

- Reock Test: 0.71
- Convex Hull Test: 0.89
- Polsby Popper Test: 0.53





# Non-Contiguous Territory

**Tier 1 Standard**

Districts shall consist of contiguous territory



Florida is one of six states that has valid non-contiguous territory – The Dry Tortugas.







# Congressional Redistricting Subcommittee

Rep. Tyler Sirois, Chair

Redistricting Committee Staff

850-717-5234

RedistrictingCommittee@myfloridahouse.gov