

# Congressional Redistricting Subcommittee

## Thursday, December 2, 2021
## 1:00 PM – 5:00 PM
## 17 HOB

## Meeting Packet

EXHIBIT

**J38**

**Chris Sprowls**
**Speaker**

**Tyler Sirois**
Chair

# Committee Meeting Notice

## HOUSE OF REPRESENTATIVES

### Congressional Redistricting Subcommittee

**Start Date and Time:**          Thursday, December 02, 2021  01:00 pm

**End Date and Time:**           Thursday, December 02, 2021  05:00 pm

**Location:**                              Morris Hall (17 HOB)

**Duration:**                            4.00 hrs

Workshop on Congressional Redistricting Plans

For information about attending or testifying at a committee meeting, please see the "Visiting the House" tab at www.myfloridahouse.gov.

**NOTICE FINALIZED on 11/24/2021  3:06PM by Ellerkamp.Donna**



# Florida House of Representatives Congressional Redistricting Subcommittee

Chair Tyler Sirois
*December 2, 2021*



# Congressional Maps Workshop

# Florida Constitution

**Article III, Section 16**

- Directs the Legislature at its Regular Session in the second year after each decennial census (2022) to redraw state legislative boundaries

- 30-40 senatorial districts

- 80-120 representative districts

- Districts shall be contiguous and consecutively numbered

- Provides directives and timelines for establishing new districts

# Florida Constitution

## Article III, Sections 20 & 21

### Tier 1 Standards

No apportionment plan or individual district shall be drawn with the intent to favor or disfavor a political party or an incumbent

Districts shall not be drawn with the intent or result of denying or abridging the equal opportunity of racial or language minorities to participate in the political process or to diminish their ability to elect representatives of their choice

Districts shall consist of contiguous territory

### Tier 2 Standards

Districts shall be as nearly equal in population as is practicable

Districts shall be compact

Districts shall, where feasible, utilize existing political and geographical boundaries



# Districts 1, 2, 3 and 4

## Workshop A and B are the Same





# Districts 5, 6 and 11

## Workshop A



## Workshop B



# Districts 7, 8, 9, 10 and 16

## Workshop A



## Workshop B





# Districts 12, 13, 14 and 15

## Workshop A



## Workshop B



# Districts 17, 18 and 19

## Workshop A and B are the Same



# Districts 20, 21, 22, 23 and 25

## Workshop A



## Workshop B




FLORIDA
REDISTRICTING

Congressional Redistricting Subcommittee Meeting
December 2, 2021
Page 10

# Districts 24, 26, 27 and 28

## Workshop A



## Workshop B



# Districts 24, 26, 27 and 28

## Workshop A



## Workshop B



FLORIDA
REDISTRICTING

# Florida Counties
## *Percent Change in Population from 2010-2020*



Source: U.S. Census Bureau 2010 & 2020 P.L. 94-171 Summary Files
compiled by Florida House Redistricting Committee



## Florida Counties
Change in Population
from 2010-2020

| County Code | NAME | 2010 Pop | 2020 Pop | Change | % Change | County Code | NAME | 2010 Pop | 2020 Pop | Change | % Change |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ALA | Alachua | 247,336 | 278,468 | 31,132 | 12.59% | LEE | Lee | 618,754 | 760,822 | 142,068 | 22.96% |
| BAK | Baker | 27,115 | 28,259 | 1,144 | 4.22% | LEO | Leon | 275,487 | 292,198 | 16,711 | 6.07% |
| BAY | Bay | 168,852 | 175,216 | 6,364 | 3.77% | LEV | Levy | 40,801 | 42,915 | 2,114 | 5.18% |
| BRA | Bradford | 28,520 | 28,303 | -217 | -0.76% | LIB | Liberty | 8,365 | 7,974 | -391 | -4.67% |
| BRE | Brevard | 543,376 | 606,612 | 63,236 | 11.64% | MAD | Madison | 19,224 | 17,968 | -1,256 | -6.53% |
| BRO | Broward | 1,748,066 | 1,944,375 | 196,309 | 11.23% | MAN | Manatee | 322,833 | 399,710 | 76,877 | 23.81% |
| CAL | Calhoun | 14,625 | 13,648 | -977 | -6.68% | MRN | Marion | 331,298 | 375,908 | 44,610 | 13.47% |
| CHA | Charlotte | 159,978 | 186,847 | 26,869 | 16.80% | MRT | Martin | 146,318 | 158,431 | 12,113 | 8.28% |
| CIT | Citrus | 141,236 | 153,843 | 12,607 | 8.93% | DAD | Miami-Dade | 2,496,435 | 2,701,767 | 205,332 | 8.23% |
| CLA | Clay | 190,865 | 218,245 | 27,380 | 14.35% | MON | Monroe | 73,090 | 82,874 | 9,784 | 13.39% |
| CLL | Collier | 321,520 | 375,752 | 54,232 | 16.87% | NAS | Nassau | 73,314 | 90,352 | 17,038 | 23.24% |
| CLM | Columbia | 67,531 | 69,698 | 2,167 | 3.21% | OKA | Okaloosa | 180,822 | 211,668 | 30,846 | 17.06% |
| DES | DeSoto | 34,862 | 33,976 | -886 | -2.54% | OKE | Okeechobee | 39,996 | 39,644 | -352 | -0.88% |
| DIX | Dixie | 16,422 | 16,759 | 337 | 2.05% | ORA | Orange | 1,145,956 | 1,429,908 | 283,952 | 24.78% |
| DUV | Duval | 864,263 | 995,567 | 131,304 | 15.19% | OSC | Osceola | 268,685 | 388,656 | 119,971 | 44.65% |
| ESC | Escambia | 297,619 | 321,905 | 24,286 | 8.16% | PAL | Palm Beach | 1,320,134 | 1,492,191 | 172,057 | 13.03% |
| FLA | Flagler | 95,696 | 115,378 | 19,682 | 20.57% | PAS | Pasco | 464,697 | 561,891 | 97,194 | 20.92% |
| FRA | Franklin | 11,549 | 12,451 | 902 | 7.81% | PIN | Pinellas | 916,542 | 959,107 | 42,565 | 4.64% |
| GAD | Gadsden | 46,389 | 43,826 | -2,563 | -5.53% | POL | Polk | 602,095 | 725,046 | 122,951 | 20.42% |
| GIL | Gilchrist | 16,939 | 17,864 | 925 | 5.46% | PUT | Putnam | 74,364 | 73,321 | -1,043 | -1.40% |
| GLA | Glades | 12,884 | 12,126 | -758 | -5.88% | SAN | Santa Rosa | 151,372 | 188,000 | 36,628 | 24.20% |
| GUL | Gulf | 15,863 | 14,192 | -1,671 | -10.53% | SAR | Sarasota | 379,448 | 434,006 | 54,558 | 14.38% |
| HAM | Hamilton | 14,799 | 14,004 | -795 | -5.37% | SEM | Seminole | 422,718 | 470,856 | 48,138 | 11.39% |
| HAR | Hardee | 27,731 | 25,327 | -2,404 | -8.67% | STJ | St. Johns | 190,039 | 273,425 | 83,386 | 43.88% |
| HEN | Hendry | 39,140 | 39,619 | 479 | 1.22% | STL | St. Lucie | 277,789 | 329,226 | 51,437 | 18.52% |
| HER | Hernando | 172,778 | 194,515 | 21,737 | 12.58% | SUM | Sumter | 93,420 | 129,752 | 36,332 | 38.89% |
| HIG | Highlands | 98,786 | 101,235 | 2,449 | 2.48% | SUW | Suwannee | 41,551 | 43,474 | 1,923 | 4.63% |
| HIL | Hillsborough | 1,229,226 | 1,459,762 | 230,536 | 18.75% | TAY | Taylor | 22,570 | 21,796 | -774 | -3.43% |
| HOL | Holmes | 19,927 | 19,653 | -274 | -1.38% | UNI | Union | 15,535 | 16,147 | 612 | 3.94% |
| IND | Indian River | 138,028 | 159,788 | 21,760 | 15.76% | VOL | Volusia | 494,593 | 553,543 | 58,950 | 11.92% |
| JAC | Jackson | 49,746 | 47,319 | -2,427 | -4.88% | WAK | Wakulla | 30,776 | 33,764 | 2,988 | 9.71% |
| JEF | Jefferson | 14,761 | 14,510 | -251 | -1.70% | WAL | Walton | 55,043 | 75,305 | 20,262 | 36.81% |
| LAF | Lafayette | 8,870 | 8,226 | -644 | -7.26% | WAS | Washington | 24,896 | 25,318 | 422 | 1.70% |
| LAK | Lake | 297,052 | 383,956 | 86,904 | 29.26% | | | | | | |

# Current Florida Congressional Districts
## *Percent Change in Population from 2010-2020*





Source: U.S. Census Bureau 2010 & 2020 P.L. 94-171 Summary Files
compiled by Florida House Redistricting Committee

# Current Florida Congressional Districts
## Change in Population from 2010-2020

| NAME | 2010 Pop | 2020 Pop | Change | % Change | Over/Under Ideal Pop | % O/U |
|---|---|---|---|---|---|---|
| 1 | 696,345 | 807,881 | 111,536 | 16.02% | 38,660 | 5.03% |
| 2 | 696,345 | 727,856 | 31,511 | 4.53% | -41,365 | -5.38% |
| 3 | 696,345 | 766,133 | 69,788 | 10.02% | -3,088 | -0.40% |
| 4 | 696,345 | 871,884 | 175,539 | 25.21% | 102,663 | 13.35% |
| 5 | 696,345 | 748,910 | 52,565 | 7.55% | -20,311 | -2.64% |
| 6 | 696,345 | 796,254 | 99,909 | 14.35% | 27,033 | 3.51% |
| 7 | 696,345 | 788,518 | 92,173 | 13.24% | 19,297 | 2.51% |
| 8 | 696,344 | 783,753 | 87,409 | 12.55% | 14,532 | 1.89% |
| 9 | 696,344 | 955,602 | 259,258 | 37.23% | 186,381 | 24.23% |
| 10 | 696,345 | 873,804 | 177,459 | 25.48% | 104,583 | 13.60% |
| 11 | 696,344 | 820,835 | 124,491 | 17.88% | 51,614 | 6.71% |
| 12 | 696,345 | 807,137 | 110,792 | 15.91% | 37,916 | 4.93% |
| 13 | 696,345 | 727,465 | 31,120 | 4.47% | -41,756 | -5.43% |
| 14 | 696,345 | 787,447 | 91,102 | 13.08% | 18,226 | 2.37% |
| 15 | 696,345 | 819,853 | 123,508 | 17.74% | 50,632 | 6.58% |
| 16 | 696,345 | 884,047 | 187,702 | 26.96% | 114,826 | 14.93% |
| 17 | 696,345 | 779,955 | 83,610 | 12.01% | 10,734 | 1.40% |
| 18 | 696,344 | 794,724 | 98,380 | 14.13% | 25,503 | 3.32% |
| 19 | 696,345 | 835,012 | 138,667 | 19.91% | 65,791 | 8.55% |
| 20 | 696,344 | 776,283 | 79,939 | 11.48% | 7,062 | 0.92% |
| 21 | 696,345 | 788,007 | 91,662 | 13.16% | 18,786 | 2.44% |
| 22 | 696,345 | 785,756 | 89,411 | 12.84% | 16,535 | 2.15% |
| 23 | 696,345 | 769,356 | 73,011 | 10.48% | 135 | 0.02% |
| 24 | 696,345 | 742,542 | 46,197 | 6.63% | -26,679 | -3.47% |
| 25 | 696,345 | 771,434 | 75,089 | 10.78% | 2,213 | 0.29% |
| 26 | 696,345 | 787,914 | 91,569 | 13.15% | 18,693 | 2.43% |
| 27 | 696,345 | 739,825 | 43,480 | 6.24% | -29,396 | -3.82% |

Over/Under calculations based on 2020 Ideal Population of 769,221 and 27 districts.




**Congressional Redistricting Subcommittee**
Rep. Tyler Sirois, Chair
Redistricting Committee Staff
850-717-5234
RedistrictingCommittee@myfloridahouse.gov
www.FloridaRedistricting.gov



# Congressional Workshop Option A
## H000C8001

# CONGRESSIONAL WORKSHOP OPTION A - H000C8001

| STATEWIDE SNAPSHOT | | | | |
|---|---|---|---|---|
| Total State Population: | 21,538,187 | Total Counties: | 67 | Reock Avg. |
| Ideal District Population: | 769,221 | Counties Split: | 20 | 0.46 |
| Mean Deviation: | 0 | 0.00% | Counties Kept Whole: | 47 | Convex Hull Avg. |
| Max Deviation: | 0 | 0.00% | Total Cities: | 412 | 0.80 |
| Min Deviation: | -1 | 0.00% | Cities Split: | 33 | Polsby Popper Avg. |
| Overall Deviation Range: | 1 | 0.00% | Cities Kept Whole: | 379 | 0.39 |

| DISTRICT BREAKDOWN | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| District | Population | | | Voting Age Population | | Compactness | | |
| | Total Population | Deviation from Ideal | % Deviation | BVAP % | HVAP % | Reock | Convex Hull | Polsby Popper |
| 1 | 769,221 | 0 | 0 | 13.54 | 6.69 | 0.54 | 0.87 | 0.46 |
| 2 | 769,221 | 0 | 0 | 13.63 | 6.24 | 0.31 | 0.72 | 0.23 |
| 3 | 769,221 | 0 | 0 | 43.98 | 9.00 | 0.11 | 0.63 | 0.10 |
| 4 | 769,221 | 0 | 0 | 10.53 | 9.25 | 0.33 | 0.65 | 0.19 |
| 5 | 769,221 | 0 | 0 | 16.12 | 10.35 | 0.68 | 0.88 | 0.51 |
| 6 | 769,221 | 0 | 0 | 9.87 | 11.51 | 0.46 | 0.81 | 0.38 |
| 7 | 769,221 | 0 | 0 | 12.68 | 24.39 | 0.61 | 0.88 | 0.40 |
| 8 | 769,221 | 0 | 0 | 9.69 | 10.00 | 0.29 | 0.81 | 0.38 |
| 9 | 769,221 | 0 | 0 | 12.48 | 51.14 | 0.49 | 0.87 | 0.35 |
| 10 | 769,221 | 0 | 0 | 28.33 | 23.41 | 0.51 | 0.86 | 0.45 |
| 11 | 769,221 | 0 | 0 | 8.78 | 11.91 | 0.49 | 0.85 | 0.41 |
| 12 | 769,221 | 0 | 0 | 6.09 | 12.52 | 0.61 | 0.89 | 0.62 |
| 13 | 769,221 | 0 | 0 | 11.71 | 16.87 | 0.55 | 0.78 | 0.46 |
| 14 | 769,221 | 0 | 0 | 22.89 | 27.65 | 0.54 | 0.92 | 0.56 |
| 15 | 769,221 | 0 | 0 | 8.71 | 15.53 | 0.33 | 0.69 | 0.32 |
| 16 | 769,221 | 0 | 0 | 14.94 | 23.21 | 0.52 | 0.92 | 0.43 |
| 17 | 769,221 | 0 | 0 | 7.55 | 14.29 | 0.61 | 0.88 | 0.51 |
| 18 | 769,221 | 0 | 0 | 6.56 | 15.26 | 0.50 | 0.80 | 0.43 |
| 19 | 769,221 | 0 | 0 | 6.88 | 17.58 | 0.33 | 0.77 | 0.38 |
| 20 | 769,221 | 0 | 0 | 50.05 | 28.08 | 0.41 | 0.79 | 0.22 |
| 21 | 769,220 | -1 | 0 | 16.33 | 15.10 | 0.48 | 0.86 | 0.51 |
| 22 | 769,221 | 0 | 0 | 20.78 | 29.24 | 0.65 | 0.87 | 0.51 |
| 23 | 769,221 | 0 | 0 | 13.06 | 17.23 | 0.44 | 0.84 | 0.32 |
| 24 | 769,221 | 0 | 0 | 41.48 | 40.83 | 0.46 | 0.77 | 0.35 |
| 25 | 769,221 | 0 | 0 | 10.90 | 35.14 | 0.36 | 0.72 | 0.21 |
| 26 | 769,221 | 0 | 0 | 5.93 | 75.09 | 0.30 | 0.75 | 0.34 |
| 27 | 769,221 | 0 | 0 | 5.26 | 72.93 | 0.63 | 0.86 | 0.53 |
| 28 | 769,221 | 0 | 0 | 12.07 | 71.14 | 0.22 | 0.55 | 0.24 |

# CONGRESSIONAL WORKSHOP OPTION A - H000C8001

## COUNTY SHARE OF POPULATION

| | TOTAL POPULATION | % OF POPULATION |
|---|---|---|
| **Alachua** | **278468** | |
| 5 | 278468 | 100.00% |
| **Baker** | **28259** | |
| 3 | 28259 | 100.00% |
| **Bay** | **175216** | |
| 2 | 175216 | 100.00% |
| **Bradford** | **28303** | |
| 5 | 28303 | 100.00% |
| **Brevard** | **606612** | |
| 8 | 606612 | 100.00% |
| **Broward** | **1944375** | |
| 20 | 769221 | 39.56% |
| 23 | 327814 | 16.86% |
| 24 | 78119 | 4.02% |
| 25 | 769221 | 39.56% |
| **Calhoun** | **13648** | |
| 2 | 13648 | 100.00% |
| **Charlotte** | **186847** | |
| 18 | 186847 | 100.00% |
| **Citrus** | **153843** | |
| 11 | 95336 | 61.97% |
| 15 | 58507 | 38.03% |
| **Clay** | **218245** | |
| 5 | 218245 | 100.00% |
| **Collier** | **375752** | |
| 19 | 161628 | 43.01% |
| 26 | 214124 | 56.99% |
| **Columbia** | **69698** | |
| 2 | 58301 | 83.65% |
| 3 | 11397 | 16.35% |
| **DeSoto** | **33976** | |
| 18 | 33976 | 100.00% |

| | TOTAL POPULATION | % OF POPULATION |
|---|---|---|
| **Dixie** | **16759** | |
| 2 | 16759 | 100.00% |
| **Duval** | **995567** | |
| 3 | 529753 | 53.21% |
| 4 | 465814 | 46.79% |
| **Escambia** | **321905** | |
| 1 | 321905 | 100.00% |
| **Flagler** | **115378** | |
| 6 | 115378 | 100.00% |
| **Franklin** | **12451** | |
| 2 | 12451 | 100.00% |
| **Gadsden** | **43826** | |
| 3 | 43826 | 100.00% |
| **Gilchrist** | **17864** | |
| 2 | 17864 | 100.00% |
| **Glades** | **12126** | |
| 18 | 12126 | 100.00% |
| **Gulf** | **14192** | |
| 2 | 14192 | 100.00% |
| **Hamilton** | **14004** | |
| 3 | 14004 | 100.00% |
| **Hardee** | **25327** | |
| 18 | 25327 | 100.00% |
| **Hendry** | **39619** | |
| 18 | 39619 | 100.00% |
| **Hernando** | **194515** | |
| 15 | 194515 | 100.00% |
| **Highlands** | **101235** | |
| 18 | 101235 | 100.00% |

| | TOTAL POPULATION | % OF POPULATION |
|---|---|---|
| **Hillsborough** | **1459762** | |
| 12 | 95109 | 6.52% |
| 13 | 252881 | 17.32% |
| 14 | 769221 | 52.69% |
| 15 | 185653 | 12.72% |
| 16 | 44175 | 3.03% |
| 17 | 112723 | 7.72% |
| **Holmes** | **19653** | |
| 2 | 19653 | 100.00% |
| **Indian River** | **159788** | |
| 8 | 159788 | 100.00% |
| **Jackson** | **47319** | |
| 2 | 47319 | 100.00% |
| **Jefferson** | **14510** | |
| 2 | 4014 | 27.66% |
| 3 | 10496 | 72.34% |
| **Lafayette** | **8226** | |
| 2 | 8226 | 100.00% |
| **Lake** | **383956** | |
| 6 | 60994 | 15.89% |
| 11 | 322962 | 84.11% |
| **Lee** | **760822** | |
| 18 | 153229 | 20.14% |
| 19 | 607593 | 79.86% |
| **Leon** | **292198** | |
| 2 | 178680 | 61.15% |
| 3 | 113518 | 38.85% |
| **Levy** | **42915** | |
| 2 | 42915 | 100.00% |
| **Liberty** | **7974** | |
| 2 | 7974 | 100.00% |
| **Madison** | **17968** | |
| 3 | 17968 | 100.00% |

# CONGRESSIONAL WORKSHOP OPTION A - H000C8001

## COUNTY SHARE OF POPULATION

| | TOTAL POPULATION | % OF POPULATION |
|---|---|---|
| **Manatee** | **399710** | |
| 17 | 399710 | 100.00% |
| | | |
| **Marion** | **375908** | |
| 5 | 154737 | 41.16% |
| 11 | 221171 | 58.84% |
| | | |
| **Martin** | **158431** | |
| 21 | 158431 | 100.00% |
| | | |
| **Miami-Dade** | **2701767** | |
| 24 | 691102 | 25.58% |
| 26 | 555097 | 20.55% |
| 27 | 769221 | 28.47% |
| 28 | 686347 | 25.40% |
| | | |
| **Monroe** | **82874** | |
| 28 | 82874 | 100.00% |
| | | |
| **Nassau** | **90352** | |
| 4 | 90352 | 100.00% |
| | | |
| **Okaloosa** | **211668** | |
| 1 | 211668 | 100.00% |
| | | |
| **Okeechobee** | **39644** | |
| 18 | 39644 | 100.00% |
| | | |
| **Orange** | **1429908** | |
| 7 | 280122 | 19.59% |
| 9 | 380565 | 26.61% |
| 10 | 769221 | 53.80% |
| | | |
| **Osceola** | **388656** | |
| 9 | 388656 | 100.00% |
| | | |
| **Palm Beach** | **1492191** | |
| 21 | 281563 | 18.87% |
| 22 | 769221 | 51.55% |
| 23 | 441407 | 29.58% |
| | | |
| **Pasco** | **561891** | |
| 12 | 231345 | 41.17% |
| 15 | 330546 | 58.83% |

| | TOTAL POPULATION | % OF POPULATION |
|---|---|---|
| **Pinellas** | **959107** | |
| 12 | 442767 | 46.16% |
| 13 | 516340 | 53.84% |
| | | |
| **Polk** | **725046** | |
| 16 | 725046 | 100.00% |
| | | |
| **Putnam** | **73321** | |
| 5 | 73321 | 100.00% |
| | | |
| **Santa Rosa** | **188000** | |
| 1 | 188000 | 100.00% |
| | | |
| **Sarasota** | **434006** | |
| 17 | 256788 | 59.17% |
| 18 | 177218 | 40.83% |
| | | |
| **Seminole** | **470856** | |
| 7 | 470856 | 100.00% |
| | | |
| **St. Johns** | **273425** | |
| 4 | 213055 | 77.92% |
| 6 | 60370 | 22.08% |
| | | |
| **St. Lucie** | **329226** | |
| 21 | 329226 | 100.00% |
| | | |
| **Sumter** | **129752** | |
| 11 | 129752 | 100.00% |
| | | |
| **Suwannee** | **43474** | |
| 2 | 43474 | 100.00% |
| | | |
| **Taylor** | **21796** | |
| 2 | 21796 | 100.00% |
| | | |
| **Union** | **16147** | |
| 5 | 16147 | 100.00% |
| | | |
| **Volusia** | **553543** | |
| 6 | 532479 | 96.19% |
| 7 | 18243 | 3.30% |
| 8 | 2821 | 0.51% |

| | TOTAL POPULATION | % OF POPULATION |
|---|---|---|
| **Wakulla** | **33764** | |
| 2 | 33764 | 100.00% |
| | | |
| **Walton** | **75305** | |
| 1 | 47648 | 63.27% |
| 2 | 27657 | 36.73% |
| | | |
| **Washington** | **25318** | |
| 2 | 25318 | 100.00% |

# CONGRESSIONAL WORKSHOP OPTION A - H000C8001

## CITY SPLIT LIST

| | TOTAL POPULATION | % OF POPULATION |
|---|---|---|
| **Boynton Beach** | **80,380** | |
| 22 | 32,557 | 40.50% |
| 23 | 47,823 | 59.50% |
| | | |
| **Cape Coral** | **194,016** | |
| 18 | 55,768 | 28.74% |
| 19 | 138,248 | 71.26% |
| | | |
| **Coconut Creek** | **57,833** | |
| 20 | 7,945 | 13.74% |
| 23 | 49,888 | 86.26% |
| | | |
| **Coral Springs** | **134,394** | |
| 20 | 7,015 | 5.22% |
| 23 | 127,379 | 94.78% |
| | | |
| **Dania Beach** | **31,723** | |
| 24 | 5,111 | 16.11% |
| 25 | 26,612 | 83.89% |
| | | |
| **Deerfield Beach** | **86,859** | |
| 20 | 26,989 | 31.07% |
| 23 | 59,870 | 68.93% |
| | | |
| **Deltona** | **93,692** | |
| 6 | 81,972 | 87.49% |
| 7 | 11,720 | 12.51% |
| | | |
| **Edgewood** | **2,685** | |
| 9 | 1,136 | 42.31% |
| 10 | 1,549 | 57.69% |
| | | |
| **Eustis** | **23,189** | |
| 6 | 10,693 | 46.11% |
| 11 | 12,496 | 53.89% |
| | | |
| **Fort Lauderdale** | **182,760** | |
| 20 | 58,767 | 32.16% |
| 25 | 123,993 | 67.84% |
| | | |
| **Hallandale Beach** | **41,217** | |
| 24 | 12,696 | 30.80% |
| 25 | 28,521 | 69.20% |

| | TOTAL POPULATION | % OF POPULATION |
|---|---|---|
| **Hollywood** | **153,067** | |
| 20 | 35,449 | 23.16% |
| 24 | 43,248 | 28.25% |
| 25 | 74,370 | 48.59% |
| | | |
| **Indian Rocks Beach** | **3,673** | |
| 12 | 2,196 | 59.79% |
| 13 | 1,477 | 40.21% |
| | | |
| **Jacksonville** | **949,611** | |
| 3 | 528,357 | 55.64% |
| 4 | 421,254 | 44.36% |
| | | |
| **Lake City** | **12,329** | |
| 2 | 10,152 | 82.34% |
| 3 | 2,177 | 17.66% |
| | | |
| **Largo** | **82,485** | |
| 12 | 69,321 | 84.04% |
| 13 | 13,164 | 15.96% |
| | | |
| **Maitland** | **19,543** | |
| 7 | 19,543 | 100.00% |
| 10 | - | 0.00% |
| | | |
| **Margate** | **58,712** | |
| 20 | 54,933 | 93.56% |
| 23 | 3,779 | 6.44% |
| | | |
| **Miami** | **442,241** | |
| 24 | 94,815 | 21.44% |
| 26 | 90,686 | 20.51% |
| 27 | 256,740 | 58.05% |
| | | |
| **Miami Beach** | **82,890** | |
| 24 | 50,811 | 61.30% |
| 27 | 32,079 | 38.70% |
| | | |
| **Mount Dora** | **16,341** | |
| 6 | 5,368 | 32.85% |
| 11 | 10,973 | 67.15% |
| | | |
| **Oakland Park** | **44,229** | |
| 20 | 20,616 | 46.61% |
| 25 | 23,613 | 53.39% |

| | TOTAL POPULATION | % OF POPULATION |
|---|---|---|
| **Orlando** | **307,573** | |
| 7 | 175 | 0.06% |
| 9 | 103,151 | 33.54% |
| 10 | 204,247 | 66.41% |
| | | |
| **Pembroke Pines** | **171,178** | |
| 20 | 49,120 | 28.70% |
| 25 | 122,058 | 71.30% |
| | | |
| **Plant City** | **39,764** | |
| 14 | 16,618 | 41.79% |
| 15 | 18 | 0.05% |
| 16 | 23,128 | 58.16% |
| | | |
| **Plantation** | **91,750** | |
| 20 | 30,810 | 33.58% |
| 25 | 60,940 | 66.42% |
| | | |
| **Pompano Beach** | **112,046** | |
| 20 | 39,978 | 35.68% |
| 23 | 39,160 | 34.95% |
| 25 | 32,908 | 29.37% |
| | | |
| **Sunrise** | **97,335** | |
| 20 | 64,752 | 66.52% |
| 25 | 32,583 | 33.48% |
| | | |
| **Sweetwater** | **19,363** | |
| 26 | 167 | 0.86% |
| 27 | 19,196 | 99.14% |
| | | |
| **Tallahassee** | **196,169** | |
| 2 | 104,000 | 53.02% |
| 3 | 92,169 | 46.98% |
| | | |
| **Tamarac** | **71,897** | |
| 20 | 71,388 | 99.29% |
| 25 | 509 | 0.71% |
| | | |
| **Tampa** | **384,959** | |
| 13 | 107,729 | 27.98% |
| 14 | 222,465 | 57.79% |
| 15 | 54,765 | 14.23% |

# CONGRESSIONAL WORKSHOP OPTION A - H000C8001

## CITY SPLIT LIST

|  | TOTAL POPULATION | % OF POPULATION |
|---|---|---|
| **West Park** | **15,130** | |
| 20 | 4,326 | 28.59% |
| 24 | 10,804 | 71.41% |



# Congressional Workshop Option B
H000C8003

# CONGRESSIONAL WORKSHOP OPTION B - H000C8003

| STATEWIDE SNAPSHOT | | | | |
|---|---|---|---|---|
| Total State Population: | 21,538,187 | Total Counties: | 67 | Reock Avg. |
| Ideal District Population: | 769,221 | Counties Split: | 20 | 0.43 |
| Mean Deviation: | 0 | 0.00% | Counties Kept Whole: | 47 | Convex Hull Avg. |
| Max Deviation: | 0 | 0.00% | Total Cities: | 412 | 0.79 |
| Min Deviation: | -1 | 0.00% | Cities Split: | 40 | Polsby Popper Avg. |
| Overall Deviation Range: | 1 | 0.00% | Cities Kept Whole: | 372 | 0.38 |

| DISTRICT BREAKDOWN | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **District** | **Population** | | | **Voting Age Population** | | **Compactness** | | |
| | Total Population | Deviation from Ideal | % Deviation | BVAP % | HVAP % | Reock | Convex Hull | Polsby Popper |
| 1 | 769,221 | 0 | 0 | 13.54 | 6.69 | 0.54 | 0.87 | 0.46 |
| 2 | 769,221 | 0 | 0 | 13.63 | 6.24 | 0.31 | 0.72 | 0.23 |
| 3 | 769,221 | 0 | 0 | 43.98 | 9.00 | 0.11 | 0.63 | 0.10 |
| 4 | 769,221 | 0 | 0 | 10.53 | 9.25 | 0.33 | 0.65 | 0.19 |
| 5 | 769,221 | 0 | 0 | 13.20 | 8.87 | 0.40 | 0.79 | 0.34 |
| 6 | 769,221 | 0 | 0 | 12.67 | 16.02 | 0.49 | 0.75 | 0.36 |
| 7 | 769,221 | 0 | 0 | 25.15 | 27.50 | 0.38 | 0.87 | 0.41 |
| 8 | 769,221 | 0 | 0 | 9.69 | 10.00 | 0.29 | 0.81 | 0.38 |
| 9 | 769,221 | 0 | 0 | 14.45 | 50.07 | 0.49 | 0.87 | 0.33 |
| 10 | 769,221 | 0 | 0 | 10.58 | 14.82 | 0.41 | 0.78 | 0.36 |
| 11 | 769,221 | 0 | 0 | 11.48 | 15.11 | 0.43 | 0.82 | 0.35 |
| 12 | 769,221 | 0 | 0 | 4.54 | 10.57 | 0.40 | 0.62 | 0.26 |
| 13 | 769,221 | 0 | 0 | 11.46 | 9.77 | 0.68 | 0.91 | 0.63 |
| 14 | 769,221 | 0 | 0 | 20.46 | 25.49 | 0.44 | 0.86 | 0.51 |
| 15 | 769,221 | 0 | 0 | 12.89 | 27.24 | 0.46 | 0.84 | 0.47 |
| 16 | 769,221 | 0 | 0 | 14.94 | 23.21 | 0.52 | 0.92 | 0.43 |
| 17 | 769,221 | 0 | 0 | 7.55 | 14.29 | 0.61 | 0.88 | 0.51 |
| 18 | 769,221 | 0 | 0 | 6.56 | 15.26 | 0.50 | 0.80 | 0.43 |
| 19 | 769,221 | 0 | 0 | 6.83 | 17.63 | 0.33 | 0.77 | 0.39 |
| 20 | 769,221 | 0 | 0 | 50.81 | 22.51 | 0.50 | 0.77 | 0.28 |
| 21 | 769,221 | 0 | 0 | 12.33 | 15.04 | 0.49 | 0.82 | 0.51 |
| 22 | 769,220 | -1 | 0 | 15.99 | 24.75 | 0.46 | 0.74 | 0.44 |
| 23 | 769,221 | 0 | 0 | 11.45 | 20.84 | 0.35 | 0.71 | 0.21 |
| 24 | 769,221 | 0 | 0 | 42.53 | 38.01 | 0.44 | 0.88 | 0.39 |
| 25 | 769,221 | 0 | 0 | 18.31 | 42.66 | 0.54 | 0.86 | 0.46 |
| 26 | 769,221 | 0 | 0 | 6.88 | 74.05 | 0.30 | 0.74 | 0.34 |
| 27 | 769,221 | 0 | 0 | 6.58 | 75.25 | 0.57 | 0.89 | 0.58 |
| 28 | 769,221 | 0 | 0 | 10.83 | 72.04 | 0.21 | 0.56 | 0.24 |

# CONGRESSIONAL WORKSHOP OPTION B - H000C8003

## COUNTY SHARE OF POPULATION

| | TOTAL POPULATION | % OF POPULATION |
|---|---|---|
| **Alachua** | **278,468** | |
| 5 | 205,158 | 73.67% |
| 11 | 73,310 | 26.33% |
| | | |
| **Baker** | **28,259** | |
| 3 | 28,259 | 100.00% |
| | | |
| **Bay** | **175,216** | |
| 2 | 175,216 | 100.00% |
| | | |
| **Bradford** | **28,303** | |
| 5 | 28,303 | 100.00% |
| | | |
| **Brevard** | **606,612** | |
| 8 | 606,612 | 100.00% |
| | | |
| **Broward** | **1,944,375** | |
| 20 | 535,322 | 27.53% |
| 23 | 561,713 | 28.89% |
| 24 | 78,119 | 4.02% |
| 25 | 769,221 | 39.56% |
| | | |
| **Calhoun** | **13,648** | |
| 2 | 13,648 | 100.00% |
| | | |
| **Charlotte** | **186,847** | |
| 18 | 186,847 | 100.00% |
| | | |
| **Citrus** | **153,843** | |
| 10 | 95,336 | 61.97% |
| 12 | 58,507 | 38.03% |
| | | |
| **Clay** | **218,245** | |
| 5 | 218,245 | 100.00% |
| | | |
| **Collier** | **375,752** | |
| 19 | 161,628 | 43.01% |
| 26 | 214,124 | 56.99% |
| | | |
| **Columbia** | **69,698** | |
| 2 | 58,301 | 83.65% |
| 3 | 11,397 | 16.35% |

| | TOTAL POPULATION | % OF POPULATION |
|---|---|---|
| **DeSoto** | **33,976** | |
| 18 | 33,976 | 100.00% |
| | | |
| **Dixie** | **16,759** | |
| 2 | 16,759 | 100.00% |
| | | |
| **Duval** | **995,567** | |
| 3 | 529,753 | 53.21% |
| 4 | 465,814 | 46.79% |
| | | |
| **Escambia** | **321,905** | |
| 1 | 321,905 | 100.00% |
| | | |
| **Flagler** | **115,378** | |
| 5 | 115,378 | 100.00% |
| | | |
| **Franklin** | **12,451** | |
| 2 | 12,451 | 100.00% |
| | | |
| **Gadsden** | **43,826** | |
| 3 | 43,826 | 100.00% |
| | | |
| **Gilchrist** | **17,864** | |
| 2 | 17,864 | 100.00% |
| | | |
| **Glades** | **12,126** | |
| 18 | 12,126 | 100.00% |
| | | |
| **Gulf** | **14,192** | |
| 2 | 14,192 | 100.00% |
| | | |
| **Hamilton** | **14,004** | |
| 3 | 14,004 | 100.00% |
| | | |
| **Hardee** | **25,327** | |
| 18 | 25,327 | 100.00% |
| | | |
| **Hendry** | **39,619** | |
| 18 | 39,619 | 100.00% |
| | | |
| **Hernando** | **194,515** | |
| 12 | 194,515 | 100.00% |

| | TOTAL POPULATION | % OF POPULATION |
|---|---|---|
| **Highlands** | **101,235** | |
| 18 | 101,235 | 100.00% |
| | | |
| **Hillsborough** | **1,459,762** | |
| 14 | 769,221 | 52.69% |
| 15 | 533,643 | 36.56% |
| 16 | 44,175 | 3.03% |
| 17 | 112,723 | 7.72% |
| | | |
| **Holmes** | **19,653** | |
| 2 | 19,653 | 100.00% |
| | | |
| **Indian River** | **159,788** | |
| 8 | 159,788 | 100.00% |
| | | |
| **Jackson** | **47,319** | |
| 2 | 47,319 | 100.00% |
| | | |
| **Jefferson** | **14,510** | |
| 2 | 4,014 | 27.66% |
| 3 | 10,496 | 72.34% |
| | | |
| **Lafayette** | **8,226** | |
| 2 | 8,226 | 100.00% |
| | | |
| **Lake** | **383,956** | |
| 10 | 264,011 | 68.76% |
| 11 | 119,945 | 31.24% |
| | | |
| **Lee** | **760,822** | |
| 18 | 153,229 | 20.14% |
| 19 | 607,593 | 79.86% |
| | | |
| **Leon** | **292,198** | |
| 2 | 178,680 | 61.15% |
| 3 | 113,518 | 38.85% |
| | | |
| **Levy** | **42,915** | |
| 2 | 42,915 | 100.00% |
| | | |
| **Liberty** | **7,974** | |
| 2 | 7,974 | 100.00% |

# CONGRESSIONAL WORKSHOP OPTION B - H000C8003

## COUNTY SHARE OF POPULATION

| | TOTAL POPULATION | % OF POPULATION |
|---|---|---|
| **Madison** | **17,968** | |
| 3 | 17,968 | 100.00% |
| | | |
| **Manatee** | **399,710** | |
| 17 | 399,710 | 100.00% |
| | | |
| **Marion** | **375,908** | |
| 11 | 375,908 | 100.00% |
| | | |
| **Martin** | **158,431** | |
| 21 | 158,431 | 100.00% |
| | | |
| **Miami-Dade** | **2,701,767** | |
| 24 | 691,102 | 25.58% |
| 26 | 555,097 | 20.55% |
| 27 | 769,221 | 28.47% |
| 28 | 686,347 | 25.40% |
| | | |
| **Monroe** | **82,874** | |
| 28 | 82,874 | 100.00% |
| | | |
| **Nassau** | **90,352** | |
| 4 | 90,352 | 100.00% |
| | | |
| **Okaloosa** | **211,668** | |
| 1 | 211,668 | 100.00% |
| | | |
| **Okeechobee** | **39,644** | |
| 18 | 39,644 | 100.00% |
| | | |
| **Orange** | **1,429,908** | |
| 7 | 769,221 | 53.80% |
| 9 | 380,565 | 26.61% |
| 10 | 280,122 | 19.59% |
| | | |
| **Osceola** | **388,656** | |
| 9 | 388,656 | 100.00% |
| | | |
| **Palm Beach** | **1,492,191** | |
| 20 | 233,899 | 15.67% |
| 21 | 281,564 | 18.87% |
| 22 | 769,220 | 51.55% |
| 23 | 207,508 | 13.91% |

| | TOTAL POPULATION | % OF POPULATION |
|---|---|---|
| **Pasco** | **561,891** | |
| 12 | 326,313 | 58.07% |
| 15 | 235,578 | 41.93% |
| | | |
| **Pinellas** | **959,107** | |
| 12 | 189,886 | 19.80% |
| 13 | 769,221 | 80.20% |
| | | |
| **Polk** | **725,046** | |
| 16 | 725,046 | 100.00% |
| | | |
| **Putnam** | **73,321** | |
| 5 | 73,321 | 100.00% |
| | | |
| **Santa Rosa** | **188,000** | |
| 1 | 188,000 | 100.00% |
| | | |
| **Sarasota** | **434,006** | |
| 17 | 256,788 | 59.17% |
| 18 | 177,218 | 40.83% |
| | | |
| **Seminole** | **470,856** | |
| 6 | 470,856 | 100.00% |
| | | |
| **St. Johns** | **273,425** | |
| 4 | 213,055 | 77.92% |
| 5 | 60,370 | 22.08% |
| | | |
| **St. Lucie** | **329,226** | |
| 21 | 329,226 | 100.00% |
| | | |
| **Sumter** | **129,752** | |
| 10 | 129,752 | 100.00% |
| | | |
| **Suwannee** | **43,474** | |
| 2 | 43,474 | 100.00% |
| | | |
| **Taylor** | **21,796** | |
| 2 | 21,796 | 100.00% |
| | | |
| **Union** | **16,147** | |
| 5 | 16,147 | 100.00% |

| | TOTAL POPULATION | % OF POPULATION |
|---|---|---|
| **Volusia** | **553,543** | |
| 5 | 52,299 | 9.45% |
| 6 | 298,365 | 53.90% |
| 8 | 2,821 | 0.51% |
| 11 | 200,058 | 36.14% |
| | | |
| **Wakulla** | **33,764** | |
| 2 | 33,764 | 100.00% |
| | | |
| **Walton** | **75,305** | |
| 1 | 47,648 | 63.27% |
| 2 | 27,657 | 36.73% |
| | | |
| **Washington** | **25,318** | |
| 2 | 25,318 | 100.00% |

# CONGRESSIONAL WORKSHOP OPTION B - H000C8003

## City Split List

| Archer | TOTAL POPULATION 1,140 | % OF POPULATION |
|---|---|---|
| 5 | 203 | 17.81% |
| 11 | 937 | 82.19% |
| | | |
| Belle Isle | 7,032 | |
| 7 | 825 | 11.73% |
| 9 | 6,207 | 88.27% |
| | | |
| Cape Coral | 194,016 | |
| 18 | 55,768 | 28.74% |
| 19 | 138,248 | 71.26% |
| | | |
| Cutler Bay | 45,425 | |
| 27 | 5,748 | 12.65% |
| 28 | 39,677 | 87.35% |
| | | |
| Dania Beach | 31,723 | |
| 23 | 8,368 | 26.38% |
| 25 | 23,355 | 73.62% |
| | | |
| Deerfield Beach | 86,859 | |
| 20 | 27,968 | 32.20% |
| 23 | 58,891 | 67.80% |
| | | |
| Deltona | 93,692 | |
| 6 | 27,297 | 29.13% |
| 11 | 66,395 | 70.87% |
| | | |
| Fort Lauderdale | 182,760 | |
| 20 | 65,543 | 35.86% |
| 23 | 91,521 | 50.08% |
| 25 | 25,696 | 14.06% |
| | | |
| Gainesville | 141,085 | |
| 5 | 88,691 | 62.86% |
| 11 | 52,394 | 37.14% |
| | | |
| Hallandale Beach | 41,217 | |
| 23 | 24,134 | 58.55% |
| 25 | 17,083 | 41.45% |
| | | |
| Hawthorne | 1,478 | |
| 5 | 639 | 43.23% |
| 11 | 839 | 56.77% |

| Hollywood | TOTAL POPULATION 153,067 | % OF POPULATION |
|---|---|---|
| 23 | 24,832 | 16.22% |
| 24 | 1,587 | 1.04% |
| 25 | 126,648 | 82.74% |
| | | |
| Jacksonville | 949,611 | |
| 3 | 528,357 | 55.64% |
| 4 | 421,254 | 44.36% |
| | | |
| Lake City | 12,329 | |
| 2 | 10,152 | 82.34% |
| 3 | 2,177 | 17.66% |
| | | |
| Loxahatchee Groves | 3,355 | |
| 20 | 1,588 | 47.33% |
| 21 | 1,767 | 52.67% |
| | | |
| Miami | 442,241 | |
| 24 | 91,639 | 20.72% |
| 26 | 61,268 | 13.85% |
| 27 | 289,334 | 65.42% |
| | | |
| Miami Gardens | 111,640 | |
| 24 | 104,403 | 93.52% |
| 26 | 7,237 | 6.48% |
| | | |
| Miramar | 134,721 | |
| 24 | 62,103 | 46.10% |
| 25 | 72,618 | 53.90% |
| | | |
| Oakland Park | 44,229 | |
| 20 | 10,978 | 24.82% |
| 23 | 33,251 | 75.18% |
| | | |
| Ocoee | 47,295 | |
| 7 | 43,211 | 91.36% |
| 10 | 4,084 | 8.64% |
| | | |
| Oldsmar | 14,898 | |
| 12 | 14,887 | 99.93% |
| 13 | 11 | 0.07% |

| Orlando | TOTAL POPULATION 307,573 | % OF POPULATION |
|---|---|---|
| 7 | 229,508 | 74.62% |
| 9 | 72,563 | 23.59% |
| 10 | 5,502 | 1.79% |
| | | |
| Ormond Beach | 43,080 | |
| 5 | 35,053 | 81.37% |
| 6 | 8,027 | 18.63% |
| | | |
| Pembroke Park | 6,260 | |
| 24 | 4,259 | 68.04% |
| 25 | 2,001 | 31.96% |
| | | |
| Pembroke Pines | 171,178 | |
| 24 | 453 | 0.26% |
| 25 | 170,725 | 99.74% |
| | | |
| Plant City | 39,764 | |
| 14 | 16,618 | 41.79% |
| 15 | 18 | 0.05% |
| 16 | 23,128 | 58.16% |
| | | |
| Plantation | 91,750 | |
| 20 | 8,589 | 9.36% |
| 25 | 83,161 | 90.64% |
| | | |
| Pompano Beach | 112,046 | |
| 20 | 50,001 | 44.63% |
| 23 | 62,045 | 55.37% |
| | | |
| Riviera Beach | 37,604 | |
| 20 | 29,347 | 78.04% |
| 21 | 8,257 | 21.96% |
| | | |
| Royal Palm Beach | 38,932 | |
| 20 | 17,861 | 45.88% |
| 21 | 16,407 | 42.14% |
| 22 | 4,664 | 11.98% |
| | | |
| Sunrise | 97,335 | |
| 20 | 79,731 | 81.91% |
| 25 | 17,604 | 18.09% |

# CONGRESSIONAL WORKSHOP OPTION B - H000C8003

## City Split List

| | TOTAL POPULATION | % OF POPULATION |
|---|---|---|
| **Sweetwater** | **19,363** | |
| 26 | 167 | 0.86% |
| 27 | 19,196 | 99.14% |
| | | |
| **Tallahassee** | **196,169** | |
| 2 | 104,000 | 53.02% |
| 3 | 92,169 | 46.98% |
| | | |
| **Tamarac** | **71,897** | |
| 20 | 71,388 | 99.29% |
| 23 | 509 | 0.71% |
| | | |
| **Tampa** | **384,959** | |
| 14 | 280,178 | 72.78% |
| 15 | 104,781 | 27.22% |
| | | |
| **Tavares** | **19,003** | |
| 10 | 8,731 | 45.95% |
| 11 | 10,272 | 54.05% |
| | | |
| **Temple Terrace** | **26,690** | |
| 14 | 7,280 | 27.28% |
| 15 | 19,410 | 72.72% |
| | | |
| **West Palm Beach** | **117,415** | |
| 20 | 71,064 | 60.52% |
| 21 | 15,456 | 13.16% |
| 22 | 30,895 | 26.31% |
| | | |
| **West Park** | **15,130** | |
| 24 | 9,717 | 64.22% |
| 25 | 5,413 | 35.78% |
| | | |
| **Windermere** | **3,030** | |
| 7 | 1,628 | 53.73% |
| 10 | 1,402 | 46.27% |