

# Redistricting Committee

## Thursday, January 13, 2022
## 11:30 AM – 1:30 PM
## 404 HOB

## Meeting Packet

EXHIBIT

**J40**

**Chris Sprowls**
**Speaker**

**Thomas J. Leek**
**Chair**

# Committee Meeting Notice

## HOUSE OF REPRESENTATIVES

### Redistricting Committee

**Start Date and Time:**          Thursday, January 13, 2022  11:30 am

**End Date and Time:**           Thursday, January 13, 2022  01:30 pm

**Location:**                    Sumner Hall (404 HOB)

**Duration:**                    2.00 hrs

**Workshop on the following:**

Redistricting Plans

For information about attending or testifying at a committee meeting, please see the "Visiting the House" tab at www.myfloridahouse.gov.

**NOTICE FINALIZED on 01/11/2022  3:06PM by Ellerkamp.Donna**



# Florida House of Representatives Redistricting Committee

Chair Thomas J. Leek
*January 13, 2022*

# Agenda

1. Constitutional Standards Review

2. Congressional Map Workshop

3. State House Map Workshop

4. Public Input





# Florida Constitution

# Florida Constitution

- **Art. III, Section 16 of Florida Constitution**
  - Directs the Legislature at its Regular Session in the second year following each decennial census (2022) to conduct redistricting of state legislative boundaries.

  - 30-40 senatorial districts

  - 80-120 representative districts

  - Districts shall be contiguous and consecutively numbered

  - Provides directives and timelines for establishing new districts



# Florida Constitution

## Article III, Sections 20 & 21

### Tier 1 Standards

| | | |
|---|---|---|
| No apportionment plan or individual district shall be drawn with the intent to favor or disfavor a political party or an incumbent | Districts shall not be drawn with the intent or result of denying or abridging the equal opportunity of racial or language minorities to participate in the political process or to diminish their ability to elect representatives of their choice | Districts shall consist of contiguous territory |

### Tier 2 Standards

| | | |
|---|---|---|
| Districts shall be as nearly equal in population as is practicable | Districts shall be compact | Districts shall, where feasible, utilize existing political and geographical boundaries |





# Congressional Map Workshop

# Districts 1, 2, 3 and 4

Workshop A and B are the Same



# Districts 5, 6 and 11

## Workshop A



## Workshop B





Redistricting Committee Meeting
January 13, 2022
Page 8

# Districts 7, 8, 9, 10 and 16

## Workshop A

## Workshop B





# Districts 12, 13, 14 and 15

## Workshop A

## Workshop B



# Using Roadways





# Keeping a City Whole





# Districts 17, 18 and 19

Workshop A and B are the Same





# Districts 20, 21, 22, 23 and 25





Redistricting Committee Meeting
January 13, 2022
Page 14

# Compactness

| Option A | | | |
|---|---|---|---|
| **District** | **Reock** | **Convex-Hull** | **Polsby-Popper** |
| 20 | 0.41 | 0.79 | 0.22 |
| Option B | | | |
| **District** | **Reock** | **Convex-Hull** | **Polsby-Popper** |
| 20 | 0.50 | 0.77 | 0.28 |



# Districts 24, 26, 27 and 28

## Workshop A



## Workshop B





Redistricting Committee Meeting
January 13, 2022
Page 16

# Florida Everglades

The Everglades is a large area of geography we must consider when drawing district boundaries.

Additionally, the Everglades has minimal population throughout its respective blocks.





# Non-Contiguous Territory



Florida is one of six states that has valid non-contiguous territory – The Dry Tortugas.





# State House Map Workshop

# Districts 1-9

## Workshop A



## Workshop B





# Keeping a City Whole





# Districts 10-18

## Workshop A



## Workshop B





Redistricting Committee Meeting
January 13, 2022
Page 22

# Districts 18-29 and 52-56

## Workshop A

## Workshop B





# Water Blocks

Florida's coastline is made up of vast numbers of census "water blocks" that range in various sizes and shapes.

They can create large "flags" or indentations on districts that can affect a district's compactness.





# Districts 30-47

## Workshop A



## Workshop B





FLORIDA
REDISTRICTING

Redistricting Committee Meeting
January 13, 2022
Page 25

# Districts 48-51

## Workshop A



## Workshop B





# Keeping Cities Whole







# Using Roadways and Railways





# Compactness Scores

| Option A | | | | Option B | | | |
|---|---|---|---|---|---|---|---|
| District | Reock | Convex-Hull | Polsby-Popper | District | Reock | Convex-Hull | Polsby-Popper |
| **48** | 0.26 | 0.65 | 0.20 | **48** | 0.54 | 0.85 | 0.54 |
| **49** | 0.42 | 0.90 | 0.36 | **49** | 0.44 | 0.86 | 0.35 |
| **50** | 0.43 | 0.86 | 0.38 | **50** | 0.48 | 0.96 | 0.66 |
| **51** | 0.48 | 0.84 | 0.48 | **51** | 0.55 | 0.87 | 0.54 |
| AVG | **0.40** | **0.81** | **0.36** | AVG | **0.50** | **0.89** | **0.52** |



*Source: https://fisherzachary.github.io/public/r-output.html*

Redistricting Committee Meeting
January 13, 2022
Page 29

# Districts 57-72

## Workshop A



## Workshop B

# Districts 73-83

## Workshop A



## Workshop B





Redistricting Committee Meeting
January 13, 2022
Page 31

# Lake Okeechobee

Lake Okeechobee is another significant geographical feature of our state that must be addressed when drawing.

Geographically, the lake is made of a multitude of oddly shaped water blocks.





# Districts 84-94

### Workshop A



### Workshop B





# Districts 95-105

## Workshop A



## Workshop B





# Incorporated Municipalities

Incorporated municipalities are a good option when considering using political boundaries.

However, not all city lines are contiguous, some have "holes" and others are even interlocked with each other.





# Districts 106-119

## Workshop A

## Workshop B





# District 120

## Workshop A



## Workshop B








# Redistricting Committee

Rep. Thomas J. Leek, Chair

Redistricting Committee Staff

850-717-5234

RedistrictingCommittee@myfloridahouse.gov

www.FloridaRedistricting.gov