2022 Regular Session                     **The Florida Senate**

# COMMITTEE MEETING EXPANDED AGENDA

### REAPPORTIONMENT
### Senator Rodrigues, Chair
### Senator Broxson, Vice Chair

**MEETING DATE:** Monday, October 11, 2021
**TIME:** 3:00—6:00 p.m.
**PLACE:** *Pat Thomas Committee Room,* 412 Knott Building

**MEMBERS:** Senator Rodrigues, Chair; Senator Broxson, Vice Chair; Senators Bean, Bracy, Bradley, Burgess, Gibson, Harrell, Rodriguez, Rouson, Stargel, and Stewart

| TAB | BILL NO. and INTRODUCER | BILL DESCRIPTION and SENATE COMMITTEE ACTIONS | COMMITTEE ACTION |
|---|---|---|---|
| 1 | Walkthrough of www.floridaredistricting.gov | | Presented |
| 2 | Introduction to Redistricting Law | | Presented |
| 3 | 2022 Redistricting Application Demonstration | | Presented |
| 4 | Public Comment | | Discussed |
| | Other Related Meeting Documents | | |

EXHIBIT

**J47**

# Introduction to Redistricting Law

Prepared for the Florida Senate
Committee on Reapportionment

Daniel Nordby
Shutts & Bowen LLP
October 11, 2021



## Overview

- Constitutional Authority and Legislative Procedures for Redistricting

- Federal Redistricting Requirements

- Florida Redistricting Requirements

# Constitutional Authority and Legislative Procedures for Redistricting

# Constitutional Authority and Legislative Procedures for Redistricting

- Congressional Redistricting Authority
- Legislative Redistricting Authority
- Procedures for Adopting Redistricting Plans

# Constitutional Authority and Legislative Procedures for Redistricting

**Congressional Redistricting Authority**

Legislative Redistricting Authority

Procedures for Adopting Redistricting Plans

## Congressional Redistricting Authority

"The . . . Manner of holding Elections for . . . Representatives, shall be prescribed in each State by the Legislature thereof . . ."

Art. I, § 4, U.S. Const.

# Constitutional Authority and Legislative Procedures for Redistricting

Congressional Redistricting Authority

**Legislative Redistricting Authority**

Procedures for Adopting Redistricting Plans

## Legislative Redistricting Authority

"The Legislature at its regular session in the second year following each decennial census . . . shall apportion the state . . . into not less than thirty nor more than forty consecutively numbered senatorial districts . . . and into not less than eighty nor more than one hundred twenty consecutively numbered representative districts . . ."

Art. III, § 16(a), Fla. Const.

# Constitutional Authority and Legislative Procedures for Redistricting

Congressional Redistricting Authority

Legislative Redistricting Authority

**Procedures for Adopting Redistricting Plans**

## Procedures for Adopting Congressional Redistricting Plans

- Congressional districts are formally established through amendments to Chapter 8 of the Florida Statutes.

- A bill establishing congressional districts is subject to the constitutional requirements that apply to all legislation, including passage by a majority vote in each house and executive approval/veto. Art. III, § 8(c), Fla. Const.

# Constitutional Authority and Legislative Procedures for Redistricting

Congressional Redistricting Authority

Legislative Redistricting Authority

**Procedures for Adopting Redistricting Plans**

8.0002   Division of state into congressional districts.—For the election of representatives to the Unites States House of Representatives, the state is divided into 27 consecutively numbered, single-member congressional districts of contiguous territory, to be designated by such numbers as follows:

(1)   District 1 is composed of:

(a)   All of Escambia County.

(b)   All of Okaloosa County.

(c)   All of Santa Rosa County.

(d)   All of Walton County.

(e)   That part of Holmes County consisting of:

1.   All of voting tabulation districts 1, 2, 3, 4, and 5.

2.   That part of voting tabulation district 6 consisting of:

a.   That part of tract 9601 consisting of blocks 1023, 1024, 1031, 1032, 1046, 1047, 1048, 1049, 1050, 1051, 1052, 1053, 1054, 1074, 1075, 1080, 1081, 1082, 1083, 1084, 1085, 1086, 1087, 2000, 2001, 2002, 2003, 2004, 2005, 2006, 2007, 2008, 2009, 2010, 2011, 2012, 2013, 2014, 2015, 2016, 2017, 2018, 2019, 2020, 2023, 2024, 2025, 2026, 2027, 2028, 2033, 2034, 2035, 2036, 2037, 2038, 2039, 2040, 2041, 2042, 2043, 2044, 2045, 2046, 2047, 2048, 2049, 2050, 2051, 2052, 2053, 2054, 2055, 2056, 2057, 2058, 2059, 2060, 2061, 2062, 2063, 2064, 2065, 2066, 2067, 2068, 2069, 2070, 2071, 2072, 2073, 2074, 2075, 2076, 2077, 2078, 2079, 2080, 2081, 2082, 2083, 2084, 2085, 2086, 2087, 2088, 2089, 2090, 2091, 2092, 2093, 2094, 2095, 2096, 2097, 2098, 2099, 2100, 2101, 2105, 2106, 2107, 2108, 2109, and 2110.

b.   That part of tract 9603 consisting of blocks 2000, 2001, 2002, 2003, 2004, 2005, 2006, 2007, 2008, 2009, 2010, 2011, 2012, 2013, 2014, 2015, 2016, 2017, 2018, 2019, 2020, 2021, 2022, 2023, 2024, 2025, 2026, 2027, 2028, 2029, 2030, 2031, 2131, 2138, 2139, and 2145.

c.   That part of tract 9604 consisting of blocks 1008, 1009, 1010, and 2000.

# Constitutional Authority and Legislative Procedures for Redistricting

Congressional Redistricting Authority

Legislative Redistricting Authority

**Procedures for Adopting Redistricting Plans**

## Procedures for Adopting Legislative Redistricting Plans

- State legislative districts are formally established through amendments to Chapter 10 of the Florida Statutes.

- Unlike congressional districts, legislative redistricting plans are adopted by joint resolution of the Florida Senate and Florida House of Representatives and are not subject to gubernatorial approval. Art. III, § 16(a), Fla. Const.

## Constitutional Authority and Legislative Procedures for Redistricting

Congressional Redistricting Authority

Legislative Redistricting Authority

**Procedures for Adopting Redistricting Plans**

## Procedures for Adopting Legislative Redistricting Plans

- The Florida Supreme Court conducts a mandatory review of the joint resolution establishing state legislative districts.

- <u>Judicial Review of Apportionment</u>: "Within fifteen days after the passage of the joint resolution of apportionment, the attorney general shall petition the supreme court of the state for a declaratory judgment determining the validity of the apportionment. The supreme court, in accordance with its rules, shall permit adversary interests to present their views and, within thirty days from the filing of the petition, shall enter its judgment." Art. III, § 16(c), Fla. Const.

# Constitutional Authority and Legislative Procedures for Redistricting

Congressional Redistricting Authority

Legislative Redistricting Authority

**Procedures for Adopting Redistricting Plans**

## Procedures for Adopting Legislative Redistricting Plans

Florida Supreme Court review (continued)

- <u>Effect of Judgment in Apportionment</u>: "A judgment of the supreme court of the state determining the apportionment to be valid shall be binding upon all the citizens of the state." Art. III, § 16(d), Fla. Const.

- <u>Extraordinary Apportionment Session</u>: "Should the supreme court determine that the apportionment made by the legislature is invalid, the governor by proclamation shall reconvene the legislature within five days thereafter in extraordinary apportionment session which shall not exceed fifteen days, during which the legislature shall adopt a joint resolution of apportionment conforming to the judgment of the supreme court." Art. III, § 16(d), Fla. Const.

# Constitutional Authority and Legislative Procedures for Redistricting

Congressional Redistricting Authority

Legislative Redistricting Authority

**Procedures for Adopting Redistricting Plans**

## Procedures for Adopting Legislative Redistricting Plans

Florida Supreme Court review (continued)

- <u>Extraordinary Apportionment Session; Review of Apportionment</u>: "Within fifteen days after the adjournment of an extraordinary apportionment session, the attorney general shall file a petition in the supreme court of the state setting forth the apportionment resolution adopted by the legislature, or if none has been adopted reporting that fact to the court." Art. III, § 16(e), Fla. Const.

- <u>Judicial Reapportionment</u>: "Should an extraordinary apportionment session fail to adopt a resolution of apportionment or should the supreme court determine that the apportionment made is invalid, the court shall, not later than sixty days after receiving the petition of the attorney general, file with the custodian of state records an order making such apportionment." Art. III, § 16(f), Fla. Const.

# Federal Redistricting Requirements

# Federal Redistricting Requirements

- United States Constitution
- Voting Rights Act
  - Section 2
  - Section 5

# Federal Redistricting Requirements

**United States Constitution**

Voting Rights Act

Section 2

Section 5

## United States Constitution

<u>Equality of Population</u>

- Congressional districts must achieve precise mathematical equality of population: +/- one person from ideal population.

- Ideal population for Florida's 28 Congressional Districts: 769,221

- "We hold that, construed in its historical context, the command of Art. I, s. 2, that Representatives be chosen 'by the People of the several States' means that as nearly as is practicable one man's vote in a congressional election is to be worth as much as another's."

  *Wesberry v. Sanders*, 376 U.S. 1 (1964)

# Federal Redistricting Requirements

**United States Constitution**

Voting Rights Act

Section 2

Section 5

## United States Constitution

<u>Equality of Population</u>

· State legislative districts must achieve substantial equality of population.

· Ideal population for Florida Senate District: 538,455

· Ideal population for Florida House District: 179,485

· "[T]he Equal Protection Clause requires that a State make an honest and good faith effort to construct districts, in both houses of its legislature, as nearly of equal population as is practicable."

*Reynolds v. Sims*, 377 U.S. 533 (1964)

# Federal Redistricting Requirements

**United States Constitution**

Voting Rights Act

      Section 2

      Section 5

## United States Constitution

### Equality of Population

- When drawing state legislative districts, reasonable deviations from mathematical equality are permitted to accommodate traditional districting objectives such as compactness, contiguity, and respect for the boundaries of political subdivisions.

- General rule established by federal precedent on state and local districts:
  - Population deviations of less than 10% are presumptively valid
  - Population deviations greater than 10% are presumptively invalid

# Federal Redistricting Requirements

**United States Constitution**

Voting Rights Act

      Section 2

      Section 5

## United States Constitution

<u>Political Gerrymandering Claims</u>

- "Partisan Gerrymandering" challenges involve claims that excessive partisanship in a state's redistricting plan violates the First Amendment, the Equal Protection Clause, the Elections Clause, or Article I, section 2, of the federal constitution.

- "We conclude that partisan gerrymandering claims present political questions beyond the reach of the federal courts."

*Rucho v. Common Cause*, 139 S. Ct. 2484 (2019)

# Federal Redistricting Requirements

**United States Constitution**

Voting Rights Act

    Section 2

    Section 5

## United States Constitution

<u>Racial Gerrymandering Claims</u>

- The Equal Protection Clause of the Fourteenth Amendment forbids both:
  - Racial gerrymandering: intentionally assigning citizens to a district on the basis of race without sufficient justification; AND
  - Intentional vote dilution: invidiously minimizing or canceling out the voting potential of racial or ethnic minorities.

*Abbott v. Perez*, 138 S. Ct. 2305 (2018)

# Federal Redistricting Requirements

**United States Constitution**

Voting Rights Act

Section 2

Section 5

# United States Constitution

## Racial Gerrymandering Claims

- If race is the "predominant factor" motivating the legislature's decision to place a significant number of voters within or without a particular district, **the district must be narrowly tailored to achieve a compelling interest.**

- The Supreme Court has assumed, without deciding, that states have a "compelling interest" in complying with the Voting Rights Act.

- The "narrow tailoring" requirement is satisfied if a legislature has "good reasons to believe" it must use race to comply with the Voting Rights Act.

*Bethune-Hill v. Virginia State Bd. of Elections*, 137 S. Ct. 788 (2017)

# Federal Redistricting Requirements

United States Constitution

**Voting Rights Act**

Section 2

Section 5

## Voting Rights Act

- The Voting Rights Act of 1965 was adopted to combat discriminatory practices in voting and elections and to enhance minority registration and participation.

- Two principal provisions of the Voting Rights Act are at issue in redistricting cases: Section 2 and Section 5

# Federal Redistricting Requirements

United States Constitution

**Voting Rights Act**

**Section 2**

Section 5

## Voting Rights Act: Section 2

- Permanent provision of the Voting Rights Act, applicable nationwide.

- Prohibits a state from enacting a districting plan that provides "less opportunity" for racial minorities "to elect representatives of their choice."

42 U.S.C. § 1973

- Designed to protect minority voters from practices that improperly weaken or dilute minority voting strength.
  - "Cracking" and "Packing" – the dispersal of a protected class of voters into districts in which they constitute an "ineffective minority" of voters or from the concentration of those voters into districts where they constitute an "excessive majority."

- Under certain circumstances, states must draw "opportunity districts" in which minority groups form "effective majorities."

# Federal Redistricting Requirements

United States Constitution

**Voting Rights Act**

**Section 2**

Section 5

## Voting Rights Act: Section 2

Section 2 protects any group of minority voters:

1. That satisfies the three *Gingles factors:*

- a geographically compact minority population sufficient to constitute a majority in a single-member district;
- political cohesion among the members of the minority group; and
- bloc voting by the majority to defeat the minority's preferred candidate.

AND

2. Whose members, under the totality of the circumstances, have less opportunity to participate in the political process and elect representatives of their choice.

*Thornberg v. Gingles*, 478 U.S. 30 (1986)

# Federal Redistricting Requirements

United States Constitution

**Voting Rights Act**

> **Section 2**

> Section 5

## Voting Rights Act: Section 2

- Section 2's vote-dilution provisions do not extend to minority groups that are too small to comprise a numerical majority in a single-member district.

*Bartlett v. Strickland*, 556 U.S. 1 (2009)

# Federal Redistricting Requirements

United States Constitution

**Voting Rights Act**

Section 2

**Section 5**

## Voting Rights Act: Section 5

- Temporary measure applicable only in "covered jurisdictions" identified under a statutory formula based on voting practices, turnout, and voter registration rates in 1964.
    - In Florida, Collier, Hardee, Hendry, Hillsborough, and Monroe Counties added as covered jurisdictions in 1975 based on the addition of language minority group protections.

- Prohibits a covered jurisdiction from adopting any change that "has the purpose of or will have the effect of diminishing the ability of [the minority group] to elect their preferred candidates of choice."

42 U.S.C. § 1973c

- Before any change in voting procedures could be enforced in a covered jurisdiction, the change must be approved by the Department of Justice or a three-judge federal district court in a process known as "preclearance."

# Federal Redistricting Requirements

United States Constitution

**Voting Rights Act**

Section 2

**Section 5**

## Voting Rights Act: Section 5

- In *Shelby County v. Holder*, 570 U.S. 529 (2013), the Supreme Court found Section 4's coverage formula unconstitutional, as it was based on "decades-old data" regarding literacy tests and low voter registration and turnout in the 1960s and early 1970s.

- The coverage formula failed to reflect "current conditions" when it was extended for 25 years without amendment in 2006.

- As a result, the Section 4 formula adopted in the 1960s and 1970s cannot be used as a basis for subjecting jurisdictions to preclearance.

- Congress has not adopted a new coverage formula based on current conditions.

# Florida Redistricting Requirements

# Florida Redistricting Requirements

- Constitutional Standards for Establishing Congressional and Legislative District Boundaries

- Tier-One Standards

- Tier-Two Standards

# Florida Redistricting Requirements

**Constitutional Standards**

Tier-One Standards

Tier-Two Standards

## Constitutional Standards for Congressional and Legislative District Boundaries

- "The Legislature . . . shall apportion the state in accordance with the constitution of the state and of the United States into not less than thirty nor more than forty consecutively numbered senatorial districts of either contiguous, overlapping or identical territory, and into not less than eighty nor more than one hundred twenty consecutively numbered representative districts of either contiguous, overlapping or identical territory."

Art. III, § 16(a), Fla. Const.

# Constitutional Standards for Establishing District Boundaries

**Florida Redistricting Requirements**

**Constitutional Standards**

Tier-One Standards

    Intent to Favor or Disfavor a Political Party or an Incumbent

    Minority Voting Protection

    Contiguity

Tier-Two Standards

(a) "No apportionment plan or individual district shall be drawn with the intent to favor or disfavor a political party or an incumbent; and districts shall not be drawn with the intent or result of denying or abridging the equal opportunity of racial or language minorities to participate in the political process or to diminish their ability to elect representatives of their choice; and districts shall consist of contiguous territory."

(b) "Unless compliance with the standards in this subsection conflicts with the standards in subsection 1(a) or with federal law, districts shall be as nearly equal in population as is practicable; districts shall be compact; and districts shall, where feasible, utilize existing political and geographical boundaries."

(c) "The order in which the standards within subsections 1(a) and (b) of this section are set forth shall not be read to establish any priority of one standard over the other within that subsection."

Art. III, §§ 20, 21, Fla. Const.

## Florida Redistricting Requirements

Constitutional Standards

**Tier-One Standards**

Intent to Favor or Disfavor a Political Party or an Incumbent

Minority Voting Protection

Contiguity

Tier-Two Standards

# Tier-One Standards

- "No apportionment plan or individual district shall be drawn with the intent to favor or disfavor a political party or an incumbent; and districts shall not be drawn with the intent or result of denying or abridging the equal opportunity of racial or language minorities to participate in the political process or to diminish their ability to elect representatives of their choice; and districts shall consist of contiguous territory."

  Art. III, §§ 20(a), 21(a), Fla. Const.

- Tier One encompasses three requirements:
  - A prohibition against drawing a plan or district with the intent to favor or disfavor a political party or an incumbent;
  - A prohibition against drawing districts with the intent or result of denying or abridging the equal opportunity of racial or language minorities to participate in the political process or to diminish their ability to elect representatives of their choice; and
  - Districts shall consist of contiguous territory.

- In the event of a conflict with the requirements of Tier Two, the Tier One requirements have priority.

- The order in which the Tier One standards are set out in the Florida Constitution does not establish any priority among the standards within the tier.

# Florida Redistricting Requirements

Constitutional Standards

**Tier-One Standards**

**Intent to Favor or Disfavor a Political Party or an Incumbent**

Minority Voting Protection

Contiguity

Tier-Two Standards

## Tier-One Standards

"No apportionment plan or individual district shall be drawn with the intent to favor or disfavor a political party or an incumbent"

- Unlike the federal constitution, the Florida Constitution expressly prohibits drawing a plan or district with the intent to favor or disfavor a political party or incumbent.

- Prohibition applies both to the apportionment plan as a whole and to each district individually.

# Florida Redistricting Requirements

Constitutional Standards

**Tier-One Standards**

   **Intent to Favor or Disfavor a Political Party or an Incumbent**

   Minority Voting Protection

   Contiguity

Tier-Two Standards

## Tier-One Standards

### "No apportionment plan or individual district shall be drawn with the intent to favor or disfavor a political party or an incumbent"

- The Florida Supreme Court has held that Florida's constitutional provision "prohibits intent, not effect" because "any redrawing of lines, regardless of intent, will inevitably have an *effect* on the political composition of a district and likely whether a political party or incumbent is advantaged or disadvantaged."

- Nonetheless, "there is no acceptable level of improper intent" and "malevolent or evil purpose" is not required to constitute improper intent.

*In re Senate Joint Resolution of Legislative Apportionment 1176*, 83 So. 3d 597 (Fla. 2012)

## Tier-One Standards

**Florida Redistricting Requirements**

Constitutional Standards

**Tier-One Standards**

    **Intent to Favor or Disfavor a Political Party or an Incumbent**

    Minority Voting Protection

    Contiguity

Tier-Two Standards

"No apportionment plan or individual district shall be drawn with the intent to favor or disfavor a political party or an incumbent"

- The Florida Supreme Court examines "direct and circumstantial evidence of intent."

- "Objective evidence" that could bear on intent includes the shape of district lines and the demographics of an area.
  - In 2012, the Florida Supreme Court reviewed voter registration and elections data, incumbents' addresses, and demographics.

- Strict compliance with the express terms of the Tier Two redistricting standards may undercut or defeat an assertion of improper intent; disregard of the traditional redistricting principles set out in Tier Two can provide evidence of improper intent.

*In re Senate Joint Resolution of Legislative Apportionment 1176*, 83 So. 3d 597 (Fla. 2012)

# Florida Redistricting Requirements

Constitutional Standards

**Tier-One Standards**

**Intent to Favor or Disfavor a Political Party or an Incumbent**

Minority Voting Protection

Contiguity

Tier-Two Standards

## Tier-One Standards

### "No apportionment plan or individual district shall be drawn with the intent to favor or disfavor a political party or an incumbent"

- Where the shape of a district is relation to the demographics "is so highly irregular and without justification that it cannot be rationally understood as anything other than an effort to favor or disfavor a political party," improper intent may be inferred.

*In re Senate Joint Resolution of Legislative Apportionment 1176*, 83 So. 3d 597 (Fla. 2012)

# Florida Redistricting Requirements

Constitutional Standards

**Tier-One Standards**

**Intent to Favor or Disfavor a Political Party or an Incumbent**

Minority Voting Protection

Contiguity

Tier-Two Standards

# Tier-One Standards

## "No apportionment plan or individual district shall be drawn with the intent to favor or disfavor a political party or an incumbent"

- The shape of a district in relation to the legal residence of an incumbent is relevant to the evaluation of intent to favor or disfavor the incumbent.

- "Maneuvering of district lines in order to avoid pitting incumbents against one another in new districts" or "drawing of a new district so as to retain a large percentage of the incumbent's former district" may demonstrate an intent to favor an incumbent.

*In re Senate Joint Resolution of Legislative Apportionment 1176*, 83 So. 3d 597 (Fla. 2012)

# Florida Redistricting Requirements

Constitutional Standards

**Tier-One Standards**

**Intent to Favor or Disfavor a Political Party or an Incumbent**

Minority Voting Protection

Contiguity

Tier-Two Standards

## Tier-One Standards

"No apportionment plan or individual district shall be drawn with the intent to favor or disfavor a political party or an incumbent"

- "Mere access to political data cannot presumptively demonstrate prohibited intent" because it "is a necessary component of evaluating whether a minority group has the ability to elect representatives of choice."

*In re Senate Joint Resolution of Legislative Apportionment 1176*, 83 So. 3d 597 (Fla. 2012)

# Florida Redistricting Requirements

Constitutional Standards

**Tier-One Standards**

   Intent to Favor or Disfavor a Political Party or an Incumbent

   **Minority Voting Protection**

   Contiguity

Tier-Two Standards

## Tier-One Standards

"[D]istricts shall not be drawn with the intent or result of denying or abridging the equal opportunity of racial or language minorities to participate in the political process or to diminish their ability to elect representatives of their choice"

- The Florida Constitution imposes two requirements that serve to protect racial and language minority voters in Florida:
  - Prevention of impermissible vote dilution
  - Prevention of impermissible diminishment of a minority group's ability to elect a candidate of its choice

- These two standards are essentially restatements of Sections 2 and 5 of the Voting Rights Act, respectively.
  - Section 2 relates to claims of impermissible vote dilution
  - Section 5 attempts to eradicate impermissible retrogression in a minority group's ability to elect a candidate of choice.

*In re Senate Joint Resolution of Legislative Apportionment 1176*, 83 So. 3d 597 (Fla. 2012)

# Florida Redistricting Requirements

Constitutional Standards

**Tier-One Standards**

    Intent to Favor or Disfavor a Political Party or an Incumbent

    **Minority Voting Protection**

    Contiguity

Tier-Two Standards

## Tier-One Standards

"[D]istricts shall not be drawn with the intent or result of denying or abridging the equal opportunity of racial or language minorities to participate in the political process or to diminish their ability to elect representatives of their choice"

· The Florida Supreme Court construes the Minority Voting Protection provisions of the Florida Constitution as consistent with the corresponding provisions of the Voting Rights Act, guided by prevailing United States Supreme Court precedent.

*In re Senate Joint Resolution of Legislative Apportionment 1176*, 83 So. 3d 597 (Fla. 2012)

# Florida Redistricting Requirements

Constitutional Standards

**Tier-One Standards**

   Intent to Favor or Disfavor a Political Party or an Incumbent

   **Minority Voting Protection**

   Contiguity

Tier-Two Standards

## Tier-One Standards

"[D]istricts shall not be drawn with the intent or result of denying or abridging the equal opportunity of racial or language minorities to participate in the political process or to diminish their ability to elect representatives of their choice"

- The anti-vote dilution provisions of the Florida Constitution, like Section 2 of the Voting Rights Act, require the creation of a majority-minority district where the *Gingles* preconditions are satisfied and, if so, whether the "totality of the circumstances" demonstrates that minority voters' political power is truly diluted.

*In re Senate Joint Resolution of Legislative Apportionment 1176*, 83 So. 3d 597 (Fla. 2012)

## Florida Redistricting Requirements

Constitutional Standards

**Tier-One Standards**

    Intent to Favor or Disfavor a Political Party or an Incumbent

    **Minority Voting Protection**

    Contiguity

Tier-Two Standards

# Tier-One Standards

"[D]istricts shall not be drawn with the intent or result of denying or abridging the equal opportunity of racial or language minorities to participate in the political process or to diminish their ability to elect representatives of their choice"

- The anti-retrogression provisions of the Florida Constitution provide that the Legislature "cannot eliminate majority-minority districts or weaken other historically performing minority districts where doing so would actually diminish a minority group's ability to elect its preferred candidates."

- In addition to majority-minority districts, "coalition" or "crossover" districts that previously provided minority groups with the ability to elect a preferred candidate under the benchmark plan must also be recognized.

*In re Senate Joint Resolution of Legislative Apportionment 1176*, 83 So. 3d 597 (Fla. 2012)

# Florida Redistricting Requirements

Constitutional Standards

**Tier-One Standards**

Intent to Favor or Disfavor a Political Party or an Incumbent

**Minority Voting Protection**

Contiguity

Tier-Two Standards

## Tier-One Standards

"[D]istricts shall not be drawn with the intent or result of denying or abridging the equal opportunity of racial or language minorities to participate in the political process or to diminish their ability to elect representatives of their choice"

- A "functional analysis" is required to evaluate retrogression and to determine whether a district is likely to perform for minority candidates of choice.
  - Requires consideration of minority population in districts, minority voting-age population in districts, political data, how a minority population group has voted in the past.
  - No "predetermined or fixed demographic percentage" is used at any point in the assessment.

- In certain situations, compactness and other redistricting criteria will be compromised to avoid retrogression.
  - Under the Florida Constitution, Tier Two standards may give way to the extent necessary to avoid retrogression.

*In re Senate Joint Resolution of Legislative Apportionment 1176*, 83 So. 3d 597 (Fla. 2012)

# Florida Redistricting Requirements

Constitutional Standards

**Tier-One Standards**

   Intent to Favor or Disfavor a Political Party or an Incumbent

   **Minority Voting Protection**

   Contiguity

Tier-Two Standards

## Tier-One Standards

"[D]istricts shall not be drawn with the intent or result of denying or abridging the equal opportunity of racial or language minorities to participate in the political process or to diminish their ability to elect representatives of their choice"

- Although Section 5 of the Voting Rights Act applied to only five Florida counties, and is now unenforceable following the United States Supreme Court's decision in *Shelby County v. Holder*, the Florida Constitution's prohibition against retrogression in redistricting applies to the <u>entire state</u> and <u>remains enforceable</u>.

# Tier-One Standards

## "[D]istricts shall consist of contiguous territory"

- The Florida Supreme Court has defined contiguity as "being in actual contact: touching along a boundary or at a point."

- "A district lacks contiguity 'when a part is isolated from the rest by the territory of another district' or when the lands 'mutually touch only at a common corner or right angle.' "

*In re Senate Joint Resolution of Legislative Apportionment 1176*, 83 So. 3d 597 (Fla. 2012)

---

## Florida Redistricting Requirements

Constitutional Standards

**Tier-One Standards**

Intent to Favor or Disfavor a Political Party or an Incumbent

Minority Voting Protection

**Contiguity**

Tier-Two Standards

# Florida Redistricting Requirements

Constitutional Standards

Tier-One Standards

**Tier-Two Standards**

As Nearly Equal in Population as Practicable

Compactness

Utilizing Existing Political and Geographical Boundaries, Where Feasible

## Tier-Two Standards

- "Unless compliance with the standards in this subsection conflicts with the standards in subsection 1(a) or with federal law, districts shall be as nearly equal in population as is practicable; districts shall be compact; and districts shall, where feasible, utilize existing political and geographical boundaries."

  Art. III, §§ 20(b), 21(b), Fla. Const.

- Tier Two encompasses three requirements:
  - A requirement that districts be as nearly equal in population as is practicable;
  - A requirement that districts be compact; and
  - Where feasible, a requirement that districts use existing political and geographical boundaries.

- The Tier Two requirements are subordinate to both the Tier One requirements and the requirements of federal law, in the event of a conflict.

- As with Tier One, the order in which the Tier Two standards are set out in the Florida Constitution does not establish any priority among the standards within the tier.

# Florida Redistricting Requirements

Constitutional Standards

Tier-One Standards

**Tier-Two Standards**

**As Nearly Equal in Population as Practicable**

Compactness

Utilizing Existing Political and Geographical Boundaries, Where Feasible

## Tier-Two Standards

### "[D]istricts shall be as nearly equal in population as is practicable"

- The Florida Supreme Court has rejected arguments that the "population equality" requirement imposes a stricter standard than prevailing federal precedent.

- "[S]trict and unbending adherence to the equal population requirement will yield to other redistricting considerations, but that those considerations must be based on the express constitutional standards."

- Because obtaining equal population "if practicable" is an explicit and important constitutional mandate under the Florida Constitution, any deviation from that goal of mathematical precision must be based upon compliance with other constitutional standards.

*In re Senate Joint Resolution of Legislative Apportionment 1176,* 83 So. 3d 597 (Fla. 2012)

# Florida Redistricting Requirements

Constitutional Standards

Tier-One Standards

**Tier-Two Standards**

As Nearly Equal in Population as Practicable

**Compactness**

Utilizing Existing Political and Geographical Boundaries, Where Feasible

## Tier-Two Standards

### "[D]istricts shall be compact"

- The Florida Supreme Court has defined "compactness" as "geographical compactness."

-  A review of compactness begins by looking at the "shape of a district."
    - A compact district "should not yield 'bizarre designs.'"

- Quantitative geometrical measures of compactness have been used to assist courts in assessing compactness.
    - Reock Method (circle-dispersion method): measures the ratio between the area of a district and the area of the smallest circle that can fit around the district.
    - Convex Hull Methods: measures the ratio between the area of the district and the area of the minimum convex bounding polygon that can enclose the district.

*In re Senate Joint Resolution of Legislative Apportionment 1176,* 83 So. 3d 597 (Fla. 2012)

# Florida Redistricting Requirements

Constitutional Standards

Tier-One Standards

**Tier-Two Standards**

As Nearly Equal in Population as Practicable

**Compactness**

Utilizing Existing Political and Geographical Boundaries, Where Feasible

## Tier-Two Standards

### "[D]istricts shall be compact"

- Geographic and minority-protection factors also influence compactness of a district.

- The Florida Constitution "does not mandate . . . that districts within a redistricting plan achieve the highest mathematical compactness scores."

- Non-compact and "bizarrely shaped districts" require close examination.
  - "Corridors" and "appendages"

*In re Senate Joint Resolution of Legislative Apportionment 1176*, 83 So. 3d 597 (Fla. 2012)

# Florida Redistricting Requirements

Constitutional Standards

Tier-One Standards

**Tier-Two Standards**

As Nearly Equal in Population as Practicable

Compactness

**Utilizing Existing Political and Geographical Boundaries, Where Feasible**

## Tier-Two Standards

### "[D]istricts shall, where feasible, utilize existing political and geographical boundaries"

- "Political boundaries" primarily encompasses county and municipal boundaries.

- "Geographical boundaries" include boundaries that are "easily ascertainable and commonly understood" such as "rivers, railways, interstates, and state roads."

- Not every split of a political or geographical boundary violates the Florida Constitution; the constitutional language explicitly recognizes flexibility by providing for use of boundaries "where feasible."

*In re Senate Joint Resolution of Legislative Apportionment 1176,* 83 So. 3d 597 (Fla. 2012)

## Conclusion

**Questions?**



# The Florida Senate

# APPEARANCE RECORD

Deliver both copies of this form to
Senate professional staff conducting the meeting

Meeting Date: *11 October 2021*

Committee: *Redistricting*

Bill Number or Topic _____

Amendment Barcode (if applicable) _____

Name: *Cecile Scoon*

Phone _____

Address: *25 East 8th St*
Street

Email _____

*Panama City    FL    32401*
City        State        Zip

Speaking:  ☐ For    ☐ Against    ☒ Information    **OR**    Waive Speaking:  ☐ In Support    ☐ Against

---

## PLEASE CHECK ONE OF THE FOLLOWING:

☐ I am appearing without compensation or sponsorship.

☐ I am a registered lobbyist, representing:

☒ I am not a lobbyist, but received something of value for my appearance (travel, meals, lodging, etc.), sponsored by:

*League of Women Voters of Florida*

---

*While it is a tradition to encourage public testimony, time may not permit all persons wishing to speak to be heard at this hearing. Those who do speak may be asked to limit their remarks so that as many persons as possible can be heard. If you have questions about registering to lobby please see Fla. Stat. §11.045 and Joint Rule 1. 2020-2022 JointRules.pdf (flsenate.gov)*

This form is part of the public record for this meeting.

S-001    (08/10/2021)

# Boundary Analysis

Unlike other objective Tier Two criteria in the Florida Constitution, there is no widely accepted measurement for compliance with the requirement to "where feasible, utilize existing political and geographic boundaries." Simply counting the cities or counties kept whole fails to account for the degree of usage of existing county or municipal boundaries. It also disregards the co-equal constitutional mandate to, where feasible, use "easily ascertainable and commonly understood"[1] geographic boundaries, "such as rivers, railways, interstates, and state roads."[2]

During the 2012 Redistricting Cycle, professional staff of the Florida Senate developed a set of quantitative metrics that measured the coincidence of a district's border with easily recognizable and identifiable boundaries, including political and geographic features. However, the calculation of these boundary metrics was not included as part of the interactive redistricting application.

For the 2022 Redistricting Cycle, the professional staff of the Florida House of Representatives and the Florida Senate have worked to refine the analysis and make it available to all users in the redistricting application. The refined Boundary Analysis independently measures the extent to which district boundaries overlap city boundaries, county boundaries, primary and secondary roads (interstates, U.S. highways, and State highways), railroads, and significant water bodies (contiguous area hydrography features greater than 10 acres) as defined by the U.S. Census Bureau's TIGER/Line[3] files. Districts' coincidence with these existing political and geographic boundaries is independently calculated and presented along with the extent to which district boundaries do not follow any of the specified features.

To accomplish this, five feature layers were created from TIGER/Line edge files provided by the US Census Bureau[4] for each type of political or geographic boundary using geoprocessing tools:
- County boundaries (MTFCC[5] = G4020);
- Municipal boundaries (incorporated places) (MTFCC = G4110);

---

[1] In re Senate Joint Resolution of Legislative Apportionment 1176, 83 So. 3d 597, 638 (Fla. 2012)
[2] Id.
[3] "TIGER/Line files" are Topologically Integrated Geographic Encoding and Referencing layers for use with GIS software.
[4] Railroad TIGER geometry comes from the Census Bureau in a national file (tl2020_us_rails.zip), or in the county-level "edges" files. Other reference features are available on the state level. All TIGER geometry is available for download at https://www.census.gov/cgi-bin/geo/shapefiles/index.php.
[5] "MTFCC" is a MAF/TIGER Feature Class Code. The Census Bureau's definition of a county is "the primary division of a state." The definition of an incorporated place is "a legal entity incorporated under state law to provide general-purpose governmental services to a concentration of population…usually is a city, borough, municipality, town, village…" See 2020 TIGER/Line Shapefiles Technical Documentation available at: https://www.census.gov/programs-surveys/geography/technical-documentation/complete-technical-documentation/tiger-geo-line.2020.html.

- Primary and secondary roads including Interstate highways, US highways, and state highways where RTTYP[6] = I, U, or S (MTFCC = S1100[7] and S1200[8]);
- Railroads (MFTCC – R1011); and
- Significant water bodies (Area Hydrography features combined to create single-part features, and then selected to include only those greater than 10 acres in area).

Each of the five feature layers was joined using the TLID[9] field that uniquely identifies each line segment in the TIGER/Line files, and (isCounty, isCity, isRoad, isRail, isWater) fields were added to the edges layer. The fields were populated with "Y" or "N" for each qualifying edge.

When the Boundary Analysis tool in the redistricting application is run, the length of the district boundary coincidence for each type of political and geographic boundary is calculated based on the edge's tag, divided by the total length of the perimeter of the district, and expressed as a percentage. Likewise, the length of district boundary coincidence for which all tags are "N" is calculated and then divided by the total length of the perimeter of the district and expressed as a percentage.

In this way, users are presented with a Boundary Analysis that shows the degree of utilization for each type of existing political or geographic boundary as specified by the Florida Constitution and interpreted by the Florida Supreme Court. To facilitate the utilization of existing political and geographic boundaries, each of the feature layers used in the computation of the Boundary Analysis is provided in the map-drawing application[10]. An example of the Boundary Analysis for the benchmark Congressional districts is provided below:

---

[6] "RTTYP" is an MTFCC field code that describes the type of road. *See* https://www.census.gov/library/reference/code-lists/route-type-codes.html.

[7] "S1100" is the MTFCC code for primary roads. Primary roads are limited-access highways that connect to other roads only at interchanges and not at at-grate intersections. This category includes Interstate highways as well as other highways with limited access (some of which are toll roads). *See* 2020 TIGER/Line Shapefiles Technical Documentation available at: https://www.census.gov/programs-surveys/geography/technical-documentation/complete-technical-documentation/tiger-geo-line.2020.html

[8] "S1200" is the MTFCC code for secondary roads. Secondary roads are main arteries that are not limited access, usually in the U.S. highway, state highway, or county highway systems. These roads have one or more lanes of traffic in each direction, may or may not be divided, and usually have at-grade intersections with many other roads and driveways. Secondary roads often have both a local name and a route number. *See* 2020 TIGER/Line Shapefiles Technical Documentation available at: https://www.census.gov/programs-surveys/geography/technical-documentation/complete-technical-documentation/tiger-geo-line.2020.html. Note that country roads that are not also secondary roads are not included in the Boundary Analysis.

[9] "TLID" means TIGER/Line Identifier. Each edge has a unique TLID value.

[10] *See* pp. 15-16 of the

## Boundary Analysis Report

| FLCD2016 | | | | | | |
|---|---|---|---|---|---|---|
| DISTRICT | City | County | Road | Water | Rail | Non Geo/Pol |
| 1 | 3% | 94% | 0% | 60% | 0% | 6% |
| 2 | 7% | 75% | 11% | 48% | 1% | 10% |
| 3 | 19% | 75% | 14% | 25% | 0% | 7% |
| 4 | 9% | 58% | 18% | 51% | 1% | 15% |
| 5 | 7% | 59% | 17% | 10% | 2% | 16% |
| 6 | 8% | 82% | 4% | 62% | 0% | 4% |
| 7 | 16% | 65% | 10% | 51% | 0% | 19% |
| 8 | 0% | 89% | 2% | 41% | 0% | 10% |
| 9 | 17% | 49% | 14% | 5% | 6% | 17% |
| 10 | 19% | 70% | 15% | 21% | 0% | 11% |
| 11 | 14% | 66% | 14% | 40% | 0% | 12% |
| 12 | 11% | 77% | 11% | 36% | 0% | 9% |
| 13 | 38% | 74% | 2% | 89% | 0% | 4% |
| 14 | 43% | 38% | 10% | 32% | 1% | 28% |
| 15 | 25% | 28% | 13% | 17% | 0% | 24% |
| 16 | 12% | 61% | 10% | 56% | 0% | 6% |
| 17 | 4% | 69% | 9% | 28% | 3% | 9% |
| 18 | 10% | 65% | 3% | 45% | 0% | 20% |
| 19 | 4% | 66% | 9% | 60% | 0% | 15% |
| 20 | 30% | 35% | 10% | 11% | 1% | 33% |
| 21 | 29% | 24% | 12% | 30% | 1% | 37% |
| 22 | 25% | 28% | 12% | 32% | 2% | 32% |
| 23 | 58% | 15% | 13% | 29% | 3% | 17% |
| 24 | 64% | 13% | 15% | 29% | 7% | 19% |
| 25 | 8% | 70% | 12% | 22% | 0% | 7% |
| 26 | 1% | 88% | 6% | 87% | 0% | 1% |
| 27 | 21% | 26% | 25% | 61% | 0% | 8% |

## Compactness

While the U.S. Supreme Court said in *Shaw v. Reno*, "reapportionment is one area in which appearances do matter", and numerous courts have made use of mathematical compactness measurements, they have resisted adopting a threshold for determining if a district is compact or not compact. Instead, courts consider compactness in the context of the geography being redistricted and commonly use a combination of the "eyeball" compactness scores to identify outliers.

The constitutional amendments adopted in Florida in 2010 state that districts "shall be compact." In *Apportionment I*, the Florida Supreme Court interpreted this Tier Two criteria for the first time. The Court held that "…compactness is a standard that refers to the shape of the district. ***The goal is to ensure that districts are logically drawn and that bizarrely shaped districts are avoided.*** Compactness can be evaluated both visually and by employing standard mathematical measures (emphasis added)."

Florida has historically used three scores to gauge compactness mathematically, all of which fall within a range of 0-1, where a score closer to 1 indicates a more compact district:

- The **Convex Hull[1] (CH)** score, which tests for concavities or indentations in district boundaries, calculates the **ratio of the area of the district ($A_D$) to the area of the minimum convex polygon ($A_{MCP}$) that can enclose the district's geometry**.

$$CH = \frac{A_D}{A_{MCP}}$$



---

[1] Source for formulas, descriptions, and images: https://fisherzachary.github.io/public/r-output.html.

- The **Polsby-Popper[2]** (*PP*) score, which test for jagged or squiggly district boundaries, calculates the **ratio of the area of the district ($A_D$) to the area of a circle whose circumference is equal to the perimeter of the district ($P_D$)**.

$$PP = 4\pi \times \frac{A_D}{P_D^2}$$



- The **Reock[3]** (*R*) score, which indicates a district's similarity to a circle, calculates the **ratio of the area of the district ($A_D$) to the area of the smallest circle that can be drawn around the district ($A_{MBC}$)**.

$$R = \frac{A_D}{A_{MBC}}$$



---

[2] *Id.*

[3] *Id.*

For illustrative purposes, the table below displays some common shapes and their mathematical compactness scores.

| Common Shapes and Mathematical Compactness | | | | |
|---|---|---|---|---|
| Shapes | | Compactness Measures | | |
| | | Reock | Convex Hull | Polsby-Popper |
| Circle | | 1.00 | 1.00 | 1.00 |
| Coil | | 0.69 | 0.76 | 0.03 |
| Crescent | | 0.53 | 0.75 | 0.60 |
| Equilateral Triangle | | 0.41 | 1.00 | 0.60 |
| Hexagon | | 0.77 | 1.00 | 0.90 |
| Octagon | | 0.80 | 1.00 | 0.94 |
| Pentagon | | 0.74 | 1.00 | 0.86 |
| Rectangle | | 0.47 | 1.00 | 0.67 |
| Right Triangle | | 0.32 | 1.00 | 0.54 |
| Square | | 0.63 | 1.00 | 0.78 |
| Star | | 0.48 | 0.67 | 0.45 |

3

## Functional Analysis

The Florida Supreme Court has interpreted the Tier One constitutional provisions that relate to racial or language minorities' ability to participate in the political process or elect a candidate of their choice to mean that "the Legislature cannot eliminate majority-minority districts or weaken other historically performing minority districts where doing so would actually diminish a minority group's ability to elect its preferred candidates…in addition to majority-minority districts, coalition or crossover districts that previously provided minority groups with the ability to elect a preferred candidate under the benchmark plan must also be recognized."[1]

The Court went on to say, "that under Florida's provision, a slight change in percentage of the minority group's population in a given district does not necessarily have a cognizable effect on a minority group's ability to elect its preferred candidate of choice. This is because a minority group's ability to elect a candidate of choice depends upon more than just population figures."[2]

A "functional analysis," as it has been termed, is an inquiry into a racial or language minority group's ability to elect a candidate of choice that requires "consideration not only of the minority population in the districts, or even the minority voting-age population in those districts, but of political data and how a minority population group has voted in the past."[3] The United States Department of Justice (DOJ) has defined what a functional analysis of electoral behavior entails:

> "In determining whether the ability to elect exists in the benchmark plan and whether it continues in the proposed plan, the Attorney General does not rely on any predetermined or fixed demographic percentages at any point in the assessment. Rather, in the Department's view, this determination requires a functional analysis of the electoral behavior within the particular jurisdiction or election district. .... [C]ensus data alone may not provide sufficient indicia of electoral behavior to make the requisite determination. Circumstances, such as differing rates of electoral participation within discrete portions of a population, may impact on the ability of voters to elect candidates of choice, even if the overall demographic data show no significant change. Although comparison of the census population of districts in the benchmark and proposed plans is the important starting point…election history and voting patterns within the jurisdiction, voter registration and turnout information, and other similar information are very important to an assessment of the actual effect of a redistricting plan."[4]

The DOJ Guidance cited refers to preclearance under Section 5 of the Voting Rights Act, which is no longer required after the U.S. Supreme Court's decision in *Shelby County v. Holder*. However, as *Apportionment I* states, "Florida's new constitutional provision, however, codified the non-retrogression principle of Section 5 and has now extended it statewide. In other words, Florida now has a statewide non-retrogression requirement independent of Section 5."[5]

---

[1] In re Senate Joint Resolution of Legislative Apportionment 1176, 83 So. 3d 597, 625 (Fla. 2012)
[2] *Id.*
[3] *Id.*
[4] DOJ Guidance Notice, 76 Fed. Reg. at 7471.
[5] In re Senate Joint Resolution of Legislative Apportionment 1176, 83 So. 3d 597, 624 (Fla. 2012)

1

Accordingly, the Florida Legislature is making the following data points available in its map-drawing application within the Reports function so that all users can conduct a functional analysis:

| Category | Election Type | Election Year | Field Name | Description |
|---|---|---|---|---|
| Voter Registration | General | 2020 | GE20RV_Tot | 2020 General Election Registered Voters TOTAL |
| | | | GE20RV_Dem | 2020 General Election Registered Voters that are Democrat |
| | | | GE20RV_Rep | 2020 General Election Registered Voters that are Republican |
| | | | GE20RV_NPAoth | 2020 General Election Registered Voters that are NPA or Other |
| | | | GE20RV_Black | 2020 General Election Registered Voters that are Black |
| | | | GE20RV_Hispanic | 2020 General Election Registered Voters that are Hispanic |
| | | | GE20RV_Dem_Black | 2020 General Election Registered Voters Democrats that are Black |
| | | | GE20RV_Dem_Hispanic | 2020 General Election Registered Voters Democrat that are Hispanic |
| | | | GE20RV_Rep_Black | 2020 General Election Registered Voters Republicans that are Black |
| | | | GE20RV_Rep_Hispanic | 2020 General Election Registered Voters Republican that are Hispanic |
| | | | GE20RV_NPAOth_Black | 2020 General Election Registered Voters NPA or Other that are Black |
| | | | GE20RV_NPAOth_Hispanic | 2020 General Election Registered Voters NPA or Other that are Hispanic |
| | | | GE20RV_Black_Dem | 2020 General Election Registered Voters Black that are Democrat |
| | | | GE20RV_Black_Rep | 2020 General Election Registered Voters Black that are Republican |
| | | | GE20RV_Black_NPAOth | 2020 General Election Registered Voters Black that are NPA or Other |
| | | | GE20RV_Hispanic_Dem | 2020 General Election Registered Voters Hispanic that are Democrat |
| | | | GE20RV_Hispanic_Rep | 2020 General Election Registered Voters Hispanic that are Republican |
| | | | GE20RV_Hispanic_NPAOth | 2020 General Election Registered Voters Hispanic that are NPA or Other |
| Voter Registration | General | 2018 | GE18RV_Tot | 2018 General Election Registered Voters TOTAL |
| | | | GE18RV_Dem | 2018 General Election Registered Voters that are Democrat |
| | | | GE18RV_Rep | 2018 General Election Registered Voters that are Republican |
| | | | GE18RV_NPAoth | 2018 General Election Registered Voters that are NPA or Other |
| | | | GE18RV_Black | 2018 General Election Registered Voters that are Black |
| | | | GE18RV_Hispanic | 2018 General Election Registered Voters that are Hispanic |
| | | | GE18RV_Dem_Black | 2018 General Election Registered Voters Democrats that are Black |
| | | | GE18RV_Dem_Hispanic | 2018 General Election Registered Voters Democrat that are Hispanic |
| | | | GE18RV_Rep_Black | 2018 General Election Registered Voters Republicans that are Black |
| | | | GE18RV_Rep_Hispanic | 2018 General Election Registered Voters Republican that are Hispanic |
| | | | GE18RV_NPAOth_Black | 2018 General Election Registered Voters NPA or Other that are Black |
| | | | GE18RV_NPAOth_Hispanic | 2018 General Election Registered Voters NPA or Other that are Hispanic |
| | | | GE18RV_Black_Dem | 2018 General Election Registered Voters Black that are Democrat |
| | | | GE18RV_Black_Rep | 2018 General Election Registered Voters Black that are Republican |
| | | | GE18RV_Black_NPAOth | 2018 General Election Registered Voters Black that are NPA or Other |
| | | | GE18RV_Hispanic_Dem | 2018 General Election Registered Voters Hispanic that are Democrat |
| | | | GE18RV_Hispanic_Rep | 2018 General Election Registered Voters Hispanic that are Republican |
| | | | GE18RV_Hispanic_NPAOth | 2018 General Election Registered Voters Hispanic that are NPA or Other |

| Category | Election Type | Election Year | Field Name | Description |
|---|---|---|---|---|
| Voter Registration | General | 2016 | GE16RV_Tot | 2016 General Election Registered Voters TOTAL |
| | | | GE16RV_Dem | 2016 General Election Registered Voters that are Democrat |
| | | | GE16RV_Rep | 2016 General Election Registered Voters that are Republican |
| | | | GE16RV_NPAoth | 2016 General Election Registered Voters that are NPA or Other |
| | | | GE16RV_Black | 2016 General Election Registered Voters that are Black |
| | | | GE16RV_Hispanic | 2016 General Election Registered Voters that are Hispanic |
| | | | GE16RV_Dem_Black | 2016 General Election Registered Voters Democrats that are Black |
| | | | GE16RV_Dem_Hispanic | 2016 General Election Registered Voters Democrat that are Hispanic |
| | | | GE16RV_Rep_Black | 2016 General Election Registered Voters Republicans that are Black |
| | | | GE16RV_Rep_Hispanic | 2016 General Election Registered Voters Republican that are Hispanic |
| | | | GE16RV_NPAOth_Black | 2016 General Election Registered Voters NPA or Other that are Black |
| | | | GE16RV_NPAOth_Hispanic | 2016 General Election Registered Voters NPA or Other that are Hispanic |
| | | | GE16RV_Black_Dem | 2016 General Election Registered Voters Black that are Democrat |
| | | | GE16RV_Black_Rep | 2016 General Election Registered Voters Black that are Republican |
| | | | GE16RV_Black_NPAOth | 2016 General Election Registered Voters Black that are NPA or Other |
| | | | GE16RV_Hispanic_Dem | 2016 General Election Registered Voters Hispanic that are Democrat |
| | | | GE16RV_Hispanic_Rep | 2016 General Election Registered Voters Hispanic that are Republican |
| | | | GE16RV_Hispanic_NPAOth | 2016 General Election Registered Voters Hispanic that are NPA or Other |
| Voter Registration | General | 2014 | GE14RV_Tot | 2014 General Election Registered Voters TOTAL |
| | | | GE14RV_Dem | 2014 General Election Registered Voters that are Democrat |
| | | | GE14RV_Rep | 2014 General Election Registered Voters that are Republican |
| | | | GE14RV_NPAoth | 2014 General Election Registered Voters that are NPA or Other |
| | | | GE14RV_Black | 2014 General Election Registered Voters that are Black |
| | | | GE14RV_Hispanic | 2014 General Election Registered Voters that are Hispanic |
| | | | GE14RV_Dem_Black | 2014 General Election Registered Voters Democrats that are Black |
| | | | GE14RV_Dem_Hispanic | 2014 General Election Registered Voters Democrat that are Hispanic |
| | | | GE14RV_Rep_Black | 2014 General Election Registered Voters Republicans that are Black |
| | | | GE14RV_Rep_Hispanic | 2014 General Election Registered Voters Republican that are Hispanic |
| | | | GE14RV_NPAOth_Black | 2014 General Election Registered Voters NPA or Other that are Black |
| | | | GE14RV_NPAOth_Hispanic | 2014 General Election Registered Voters NPA or Other that are Hispanic |
| | | | GE14RV_Black_Dem | 2014 General Election Registered Voters Black that are Democrat |
| | | | GE14RV_Black_Rep | 2014 General Election Registered Voters Black that are Republican |
| | | | GE14RV_Black_NPAOth | 2014 General Election Registered Voters Black that are NPA or Other |
| | | | GE14RV_Hispanic_Dem | 2014 General Election Registered Voters Hispanic that are Democrat |
| | | | GE14RV_Hispanic_Rep | 2014 General Election Registered Voters Hispanic that are Republican |
| | | | GE14RV_Hispanic_NPAOth | 2014 General Election Registered Voters Hispanic that are NPA or Other |
| Voter Registration | General | 2012 | GE12RV_Tot | 2012 General Election Registered Voters TOTAL |
| | | | GE12RV_Dem | 2012 General Election Registered Voters that are Democrat |
| | | | GE12RV_Rep | 2012 General Election Registered Voters that are Republican |
| | | | GE12RV_NPAoth | 2012 General Election Registered Voters that are NPA or Other |
| | | | GE12RV_Black | 2012 General Election Registered Voters that are Black |
| | | | GE12RV_Hispanic | 2012 General Election Registered Voters that are Hispanic |
| | | | GE12RV_Dem_Black | 2012 General Election Registered Voters Democrats that are Black |
| | | | GE12RV_Dem_Hispanic | 2012 General Election Registered Voters Democrat that are Hispanic |
| | | | GE12RV_Rep_Black | 2012 General Election Registered Voters Republicans that are Black |
| | | | GE12RV_Rep_Hispanic | 2012 General Election Registered Voters Republican that are Hispanic |
| | | | GE12RV_NPAOth_Black | 2012 General Election Registered Voters NPA or Other that are Black |
| | | | GE12RV_NPAOth_Hispanic | 2012 General Election Registered Voters NPA or Other that are Hispanic |
| | | | GE12RV_Black_Dem | 2012 General Election Registered Voters Black that are Democrat |
| | | | GE12RV_Black_Rep | 2012 General Election Registered Voters Black that are Republican |
| | | | GE12RV_Black_NPAOth | 2012 General Election Registered Voters Black that are NPA or Other |
| | | | GE12RV_Hispanic_Dem | 2012 General Election Registered Voters Hispanic that are Democrat |
| | | | GE12RV_Hispanic_Rep | 2012 General Election Registered Voters Hispanic that are Republican |
| | | | GE12RV_Hispanic_NPAOth | 2012 General Election Registered Voters Hispanic that are NPA or Other |

| Category | Election Type | Election Year | Field Name | Description |
|---|---|---|---|---|
| Voter Turnout | General | 2020 | GE20VT_Tot | 2020 General Election Voter Turnout TOTAL |
| | | | GE20VT_Dem | 2020 General Election Voter Turnout that are Democrat |
| | | | GE20VT_Rep | 2020 General Election Voter Turnout that are Republican |
| | | | GE20VT_NPAoth | 2020 General Election Voter Turnout that are NPA or Other |
| | | | GE20VT_Black | 2020 General Election Voter Turnout that are Black |
| | | | GE20VT_Hispanic | 2020 General Election Voter Turnout that are Hispanic |
| | | | GE20VT_Dem_Black | 2020 General Election Voter Turnout Democrats that are Black |
| | | | GE20VT_Dem_Hispanic | 2020 General Election Voter Turnout Democrat that are Hispanic |
| | | | GE20VT_Rep_Black | 2020 General Election Voter Turnout Republicans that are Black |
| | | | GE20VT_Rep_Hispanic | 2020 General Election Voter Turnout Republican that are Hispanic |
| | | | GE20VT_NPAOth_Black | 2020 General Election Voter Turnout NPA or Other that are Black |
| | | | GE20VT_NPAOth_Hispanic | 2020 General Election Voter Turnout NPA or Other that are Hispanic |
| | | | GE20VT_Black_Dem | 2020 General Election Voter Turnout Black that are Democrat |
| | | | GE20VT_Black_Rep | 2020 General Election Voter Turnout Black that are Republican |
| | | | GE20VT_Black_NPAOth | 2020 General Election Voter Turnout Black that are NPA or Other |
| | | | GE20VT_Hispanic_Dem | 2020 General Election Voter Turnout Hispanic that are Democrat |
| | | | GE20VT_Hispanic_Rep | 2020 General Election Voter Turnout Hispanic that are Republican |
| | | | GE20VT_Hispanic_NPAOth | 2020 General Election Voter Turnout Hispanic that are NPA or Other |
| Voter Turnout | Primary | 2020 | PE20VT_Tot | 2020 Primary Election Voter Turnout TOTAL |
| | | | PE20VT_Dem | 2020 Primary Election Voter Turnout that are Democrat |
| | | | PE20VT_Rep | 2020 Primary Election Voter Turnout that are Republican |
| | | | PE20VT_Black | 2020 Primary Election Voter Turnout that are Black |
| | | | PE20VT_Hispanic | 2020 Primary Election Voter Turnout that are Hispanic |
| | | | PE20VT_Dem_Black | 2020 Primary Election Voter Turnout Democrats that are Black |
| | | | PE20VT_Dem_Hispanic | 2020 Primary Election Voter Turnout Democrat that are Hispanic |
| | | | PE20VT_Rep_Black | 2020 Primary Election Voter Turnout Republicans that are Black |
| | | | PE20VT_Rep_Hispanic | 2020 Primary Election Voter Turnout Republican that are Hispanic |
| | | | PE20VT_Black_Dem | 2020 Primary Election Voter Turnout Black that are Democrat |
| | | | PE20VT_Black_Rep | 2020 Primary Election Voter Turnout Black that are Republican |
| | | | PE20VT_Hispanic_Dem | 2020 Primary Election Voter Turnout Hispanic that are Democrat |
| | | | PE20VT_Hispanic_Rep | 2020 Primary Election Voter Turnout Hispanic that are Republican |
| Voter Turnout | General | 2020 | GE18VT_Tot | 2018 General Election Voter Turnout TOTAL |
| | | | GE18VT_Dem | 2018 General Election Voter Turnout that are Democrat |
| | | | GE18VT_Rep | 2018 General Election Voter Turnout that are Republican |
| | | | GE18VT_NPAoth | 2018 General Election Voter Turnout that are NPA or Other |
| | | | GE18VT_Black | 2018 General Election Voter Turnout that are Black |
| | | | GE18VT_Hispanic | 2018 General Election Voter Turnout that are Hispanic |
| | | | GE18VT_Dem_Black | 2018 General Election Voter Turnout Democrats that are Black |
| | | | GE18VT_Dem_Hispanic | 2018 General Election Voter Turnout Democrat that are Hispanic |
| | | | GE18VT_Rep_Black | 2018 General Election Voter Turnout Republicans that are Black |
| | | | GE18VT_Rep_Hispanic | 2018 General Election Voter Turnout Republican that are Hispanic |
| | | | GE18VT_NPAOth_Black | 2018 General Election Voter Turnout NPA or Other that are Black |
| | | | GE18VT_NPAOth_Hispanic | 2018 General Election Voter Turnout NPA or Other that are Hispanic |
| | | | GE18VT_Black_Dem | 2018 General Election Voter Turnout Black that are Democrat |
| | | | GE18VT_Black_Rep | 2018 General Election Voter Turnout Black that are Republican |
| | | | GE18VT_Black_NPAOth | 2018 General Election Voter Turnout Black that are NPA or Other |
| | | | GE18VT_Hispanic_Dem | 2018 General Election Voter Turnout Hispanic that are Democrat |
| | | | GE18VT_Hispanic_Rep | 2018 General Election Voter Turnout Hispanic that are Republican |
| | | | GE18VT_Hispanic_NPAOth | 2018 General Election Voter Turnout Hispanic that are NPA or Other |

| Category | Election Type | Election Year | Field Name | Description |
|---|---|---|---|---|
| Voter Turnout | Primary | 2018 | PE18VT_Tot | 2018 Primary Election Voter Turnout TOTAL |
| | | | PE18VT_Dem | 2018 Primary Election Voter Turnout that are Democrat |
| | | | PE18VT_Rep | 2018 Primary Election Voter Turnout that are Republican |
| | | | PE18VT_Black | 2018 Primary Election Voter Turnout that are Black |
| | | | PE18VT_Hispanic | 2018 Primary Election Voter Turnout that are Hispanic |
| | | | PE18VT_Dem_Black | 2018 Primary Election Voter Turnout Democrats that are Black |
| | | | PE18VT_Dem_Hispanic | 2018 Primary Election Voter Turnout Democrat that are Hispanic |
| | | | PE18VT_Rep_Black | 2018 Primary Election Voter Turnout Republicans that are Black |
| | | | PE18VT_Rep_Hispanic | 2018 Primary Election Voter Turnout Republican that are Hispanic |
| | | | PE18VT_Black_Dem | 2018 Primary Election Voter Turnout Black that are Democrat |
| | | | PE18VT_Black_Rep | 2018 Primary Election Voter Turnout Black that are Republican |
| | | | PE18VT_Hispanic_Dem | 2018 Primary Election Voter Turnout Hispanic that are Democrat |
| | | | PE18VT_Hispanic_Rep | 2018 Primary Election Voter Turnout Hispanic that are Republican |
| Voter Turnout | General | 2020 | GE16VT_Tot | 2016 General Election Voter Turnout TOTAL |
| | | | GE16VT_Dem | 2016 General Election Voter Turnout that are Democrat |
| | | | GE16VT_Rep | 2016 General Election Voter Turnout that are Republican |
| | | | GE16VT_NPAoth | 2016 General Election Voter Turnout that are NPA or Other |
| | | | GE16VT_Black | 2016 General Election Voter Turnout that are Black |
| | | | GE16VT_Hispanic | 2016 General Election Voter Turnout that are Hispanic |
| | | | GE16VT_Dem_Black | 2016 General Election Voter Turnout Democrats that are Black |
| | | | GE16VT_Dem_Hispanic | 2016 General Election Voter Turnout Democrat that are Hispanic |
| | | | GE16VT_Rep_Black | 2016 General Election Voter Turnout Republicans that are Black |
| | | | GE16VT_Rep_Hispanic | 2016 General Election Voter Turnout Republican that are Hispanic |
| | | | GE16VT_NPAOth_Black | 2016 General Election Voter Turnout NPA or Other that are Black |
| | | | GE16VT_NPAOth_Hispanic | 2016 General Election Voter Turnout NPA or Other that are Hispanic |
| | | | GE16VT_Black_Dem | 2016 General Election Voter Turnout Black that are Democrat |
| | | | GE16VT_Black_Rep | 2016 General Election Voter Turnout Black that are Republican |
| | | | GE16VT_Black_NPAoth | 2016 General Election Voter Turnout Black that are NPA or Other |
| | | | GE16VT_Hispanic_Dem | 2016 General Election Voter Turnout Hispanic that are Democrat |
| | | | GE16VT_Hispanic_Rep | 2016 General Election Voter Turnout Hispanic that are Republican |
| | | | GE16VT_Hispanic_NPAOth | 2016 General Election Voter Turnout Hispanic that are NPA or Other |
| Voter Turnout | Primary | 2016 | PE16VT_Tot | 2016 Primary Election Voter Turnout TOTAL |
| | | | PE16VT_Dem | 2016 Primary Election Voter Turnout that are Democrat |
| | | | PE16VT_Rep | 2016 Primary Election Voter Turnout that are Republican |
| | | | PE16VT_Black | 2016 Primary Election Voter Turnout that are Black |
| | | | PE16VT_Hispanic | 2016 Primary Election Voter Turnout that are Hispanic |
| | | | PE16VT_Dem_Black | 2016 Primary Election Voter Turnout Democrats that are Black |
| | | | PE16VT_Dem_Hispanic | 2016 Primary Election Voter Turnout Democrat that are Hispanic |
| | | | PE16VT_Rep_Black | 2016 Primary Election Voter Turnout Republicans that are Black |
| | | | PE16VT_Rep_Hispanic | 2016 Primary Election Voter Turnout Republican that are Hispanic |
| | | | PE16VT_Black_Dem | 2016 Primary Election Voter Turnout Black that are Democrat |
| | | | PE16VT_Black_Rep | 2016 Primary Election Voter Turnout Black that are Republican |
| | | | PE16VT_Hispanic_Dem | 2016 Primary Election Voter Turnout Hispanic that are Democrat |
| | | | PE16VT_Hispanic_Rep | 2016 Primary Election Voter Turnout Hispanic that are Republican |
| Voter Turnout | General | 2014 | GE14VT_Tot | 2014 General Election Voter Turnout TOTAL |
| | | | GE14VT_Dem | 2014 General Election Voter Turnout that are Democrat |
| | | | GE14VT_Rep | 2014 General Election Voter Turnout that are Republican |
| | | | GE14VT_NPAoth | 2014 General Election Voter Turnout that are NPA or Other |
| | | | GE14VT_Black | 2014 General Election Voter Turnout that are Black |
| | | | GE14VT_Hispanic | 2014 General Election Voter Turnout that are Hispanic |
| | | | GE14VT_Dem_Black | 2014 General Election Voter Turnout Democrats that are Black |
| | | | GE14VT_Dem_Hispanic | 2014 General Election Voter Turnout Democrat that are Hispanic |
| | | | GE14VT_Rep_Black | 2014 General Election Voter Turnout Republicans that are Black |
| | | | GE14VT_Rep_Hispanic | 2014 General Election Voter Turnout Republican that are Hispanic |
| | | | GE14VT_NPAOth_Black | 2014 General Election Voter Turnout NPA or Other that are Black |
| | | | GE14VT_NPAOth_Hispanic | 2014 General Election Voter Turnout NPA or Other that are Hispanic |
| | | | GE14VT_Black_Dem | 2014 General Election Voter Turnout Black that are Democrat |
| | | | GE14VT_Black_Rep | 2014 General Election Voter Turnout Black that are Republican |
| | | | GE14VT_Black_NPAOth | 2014 General Election Voter Turnout Black that are NPA or Other |
| | | | GE14VT_Hispanic_Dem | 2014 General Election Voter Turnout Hispanic that are Democrat |
| | | | GE14VT_Hispanic_Rep | 2014 General Election Voter Turnout Hispanic that are Republican |
| | | | GE14VT_Hispanic_NPAOth | 2014 General Election Voter Turnout Hispanic that are NPA or Other |

| Category | Election Type | Election Year | Field Name | Description |
|---|---|---|---|---|
| Voter Turnout | Primary | 2014 | PE14VT_Tot | 2014 Primary Election Voter Turnout TOTAL |
| | | | PE14VT_Dem | 2014 Primary Election Voter Turnout that are Democrat |
| | | | PE14VT_Rep | 2014 Primary Election Voter Turnout that are Republican |
| | | | PE14VT_Black | 2014 Primary Election Voter Turnout that are Black |
| | | | PE14VT_Hispanic | 2014 Primary Election Voter Turnout that are Hispanic |
| | | | PE14VT_Dem_Black | 2014 Primary Election Voter Turnout Democrats that are Black |
| | | | PE14VT_Dem_Hispanic | 2014 Primary Election Voter Turnout Democrat that are Hispanic |
| | | | PE14VT_Rep_Black | 2014 Primary Election Voter Turnout Republicans that are Black |
| | | | PE14VT_Rep_Hispanic | 2014 Primary Election Voter Turnout Republican that are Hispanic |
| | | | PE14VT_Black_Dem | 2014 Primary Election Voter Turnout Black that are Democrat |
| | | | PE14VT_Black_Rep | 2014 Primary Election Voter Turnout Black that are Republican |
| | | | PE14VT_Hispanic_Dem | 2014 Primary Election Voter Turnout Hispanic that are Democrat |
| | | | PE14VT_Hispanic_Rep | 2014 Primary Election Voter Turnout Hispanic that are Republican |
| Voter Turnout | General | 2012 | GE12VT_Tot | 2012 General Election Voter Turnout TOTAL |
| | | | GE12VT_Dem | 2012 General Election Voter Turnout that are Democrat |
| | | | GE12VT_Rep | 2012 General Election Voter Turnout that are Republican |
| | | | GE12VT_NPAoth | 2012 General Election Voter Turnout that are NPA or Other |
| | | | GE12VT_Black | 2012 General Election Voter Turnout that are Black |
| | | | GE12VT_Hispanic | 2012 General Election Voter Turnout that are Hispanic |
| | | | GE12VT_Dem_Black | 2012 General Election Voter Turnout Democrats that are Black |
| | | | GE12VT_Dem_Hispanic | 2012 General Election Voter Turnout Democrat that are Hispanic |
| | | | GE12VT_Rep_Black | 2012 General Election Voter Turnout Republicans that are Black |
| | | | GE12VT_Rep_Hispanic | 2012 General Election Voter Turnout Republican that are Hispanic |
| | | | GE12VT_NPAOth_Black | 2012 General Election Voter Turnout NPA or Other that are Black |
| | | | GE12VT_NPAOth_Hispanic | 2012 General Election Voter Turnout NPA or Other that are Hispanic |
| | | | GE12VT_Black_Dem | 2012 General Election Voter Turnout Black that are Democrat |
| | | | GE12VT_Black_Rep | 2012 General Election Voter Turnout Black that are Republican |
| | | | GE12VT_Black_NPAOth | 2012 General Election Voter Turnout Black that are NPA or Other |
| | | | GE12VT_Hispanic_Dem | 2012 General Election Voter Turnout Hispanic that are Democrat |
| | | | GE12VT_Hispanic_Rep | 2012 General Election Voter Turnout Hispanic that are Republican |
| | | | GE12VT_Hispanic_NPAOth | 2012 General Election Voter Turnout Hispanic that are NPA or Other |
| Voter Turnout | Primary | 2012 | PE12VT_Tot | 2012 Primary Election Voter Turnout TOTAL |
| | | | PE12VT_Dem | 2012 Primary Election Voter Turnout that are Democrat |
| | | | PE12VT_Rep | 2012 Primary Election Voter Turnout that are Republican |
| | | | PE12VT_Black | 2012 Primary Election Voter Turnout that are Black |
| | | | PE12VT_Hispanic | 2012 Primary Election Voter Turnout that are Hispanic |
| | | | PE12VT_Dem_Black | 2012 Primary Election Voter Turnout Democrats that are Black |
| | | | PE12VT_Dem_Hispanic | 2012 Primary Election Voter Turnout Democrat that are Hispanic |
| | | | PE12VT_Rep_Black | 2012 Primary Election Voter Turnout Republicans that are Black |
| | | | PE12VT_Rep_Hispanic | 2012 Primary Election Voter Turnout Republican that are Hispanic |
| | | | PE12VT_Black_Dem | 2012 Primary Election Voter Turnout Black that are Democrat |
| | | | PE12VT_Black_Rep | 2012 Primary Election Voter Turnout Black that are Republican |
| | | | PE12VT_Hispanic_Dem | 2012 Primary Election Voter Turnout Hispanic that are Democrat |
| | | | PE12VT_Hispanic_Rep | 2012 Primary Election Voter Turnout Hispanic that are Republican |

6

| Category | Election Type | Election Year | Field Name | Description |
|---|---|---|---|---|
| Election Results | General | 2020 | G20PRE_TOTAL | 2020 General Election Votes for President TOTAL |
| | | | G20PRE_D_Biden | 2020 General Election Votes for Democrat President Joe Biden |
| | | | G20PRE_R_Trump | 2020 General Election Votes for Repubican President Donald Trump |
| Election Results | General | 2018 | G18GOV_TOTAL | 2018 General Election Votes for Governor TOTAL |
| | | | G18GOV_R_DeSantis | 2018 General Election Votes for Republican Governor Ron DeSantis |
| | | | G18GOV_D_Gillum | 2018 General Election Votes for Democrat Governor Andrew Gillum |
| | | | G18ATG_TOTAL | 2018 General Election Votes for Attorney General TOTAL |
| | | | G18ATG_R_Moody | 2018 General Election Votes for Republican Attorney General Ashley Moody |
| | | | G18ATG_D_Shaw | 2018 General Election Votes for Democrat Attorney General Sean Shaw |
| | | | G18CFO_TOTAL | 2018 General Election Votes for Attorney Chief Financial Officer TOTAL |
| | | | G18CFO_R_Patronis | 2018 General Election Votes for Republican Chief Financial Officer Jimmy Patronis |
| | | | G18CFO_D_Ring | 2018 General Election Votes for Democrat Chief Financial Officer Jeremy Ring |
| | | | G18AGR_TOTAL | 2018 General Election Votes for Commissioner of Agriculture TOTAL |
| | | | G18AGR_R_Caldwell | 2018 General Election Votes for Republican Commissioner of Agriculture Matt Caldwell |
| | | | G18AGR_D_Fried | 2018 General Election Votes for Democrat Commissioner of Agriculture Nicole "Nikki" Fried |
| | | | G18USS_TOTAL | 2018 General Election Votes for U.S. Senator TOTAL |
| | | | G18USS_R_Scott | 2018 General Election Votes for Republican U.S. Senator Rick Scott |
| | | | G18USS_D_Nelson | 2018 General Election Votes for Democrat U.S. Senator Bill Nelson |
| Election Results | Primary | 2018 | P18GOV_R_TOTAL | 2018 Primary Election Votes for Republican Governor TOTAL |
| | | | P18GOV_R_Baldauf | 2018 Primary Election Votes for Republican Governor Don Baldauf |
| | | | P18GOV_R_DeSantis | 2018 Primary Election Votes for Republican Governor Ron DeSantis |
| | | | P18GOV_R_Devine | 2018 Primary Election Votes for Republican Governor Timothy M. Devine |
| | | | P18GOV_R_Langford | 2018 Primary Election Votes for Republican Governor Bob Langford |
| | | | P18GOV_R_Mercadante | 2018 Primary Election Votes for Republican Governor John Joseph Mercadante |
| | | | P18GOV_R_Nathan | 2018 Primary Election Votes for Republican Governor Bruce Nathan |
| | | | P18GOV_R_Putnam | 2018 Primary Election Votes for Republican Governor Adam H. Putnam |
| | | | P18GOV_R_White | 2018 Primary Election Votes for Republican Governor Bob White |
| | | | P18GOV_D_TOTAL | 2018 Primary Election Votes for Democrat Governor TOTAL |
| | | | P18GOV_D_Gillum | 2018 Primary Election Votes for Democrat Governor Andrew Gillum |
| | | | P18GOV_D_Graham | 2018 Primary Election Votes for Democrat Governor Gwen Graham |
| | | | P18GOV_D_Greene | 2018 Primary Election Votes for Democrat Governor Jeff Greene |
| | | | P18GOV_D_King | 2018 Primary Election Votes for Democrat Governor Chris King |
| | | | P18GOV_D_Levine | 2018 Primary Election Votes for Democrat Governor Philip Levine |
| | | | P18GOV_D_Lundmark | 2018 Primary Election Votes for Democrat Governor Alex "Lundy" Lundmark |
| | | | P18GOV_D_Wetherbee | 2018 Primary Election Votes for Democrat Governor John Wetherbee |
| | | | P18ATG_R_TOTAL | 2018 Primary Election Votes for Republican Attorney General TOTAL |
| | | | P18ATG_R_Moody | 2018 Primary Election Votes for Republican Attorney General Ashley Moody |
| | | | P18ATG_R_White | 2018 Primary Election Votes for Republican Attorney General Frank White |
| | | | P18ATG_D_TOTAL | 2018 Primary Election Votes for Democrat Attorney General TOTAL |
| | | | P18ATG_D_Torrens | 2018 Primary Election Votes for Democrat Attorney General Ryan Torrens |
| | | | P18ATG_D_Shaw | 2018 Primary Election Votes for Democrat Attorney General Sean Shaw |
| | | | P18AGR_R_TOTAL | 2018 Primary Election Votes for Republican Commissioner of Agriculture TOTAL |
| | | | P18AGR_R_Caldwell | 2018 Primary Election Votes for Republican Commissioner of Agriculture Matt Caldwell |
| | | | P18AGR_R_Grimsley | 2018 Primary Election Votes for Republican Commissioner of Agriculture Denise Grimsley |
| | | | P18AGR_R_McCalister | 2018 Primary Election Votes for Republican Commissioner of Agriculture Mike McCalister |
| | | | P18AGR_R_Troutman | 2018 Primary Election Votes for Republican Commissioner of Agriculture Baxter Troutman |
| | | | P18AGR_D_TOTAL | 2018 Primary Election Votes for Democrat Commissioner of Agriculture TOTAL |
| | | | P18AGR_D_Fried | 2018 Primary Election Votes for Democrat Commissioner of Agriculture Nicole "Nikki" Fried |
| | | | P18AGR_D_Porter | 2018 Primary Election Votes for Democrat Commissioner of Agriculture Jeffrey Duane Porter |
| | | | P18AGR_D_Walker | 2018 Primary Election Votes for Democrat Commissioner of Agriculture Roy David Walker |
| | | | P18USS_R_TOTAL | 2018 Primary Election Votes for Republican U.S. Senator TOTAL |
| | | | P18USS_R_DeLaFuente | 2018 Primary Election Votes for Republican U.S. Senator Roque "Rocky" De La Fuente |
| | | | P18USS_R_Scott | 2018 Primary Election Votes for Republican U.S. Senator Rick Scott |
| Election Results | General | 2016 | G16PRE_TOTAL | 2016 General Election Votes for President TOTAL |
| | | | G16PRE_R_Trump | 2016 General Election Votes for Republican President Donald Trump |
| | | | G16PRE_D_Clinton | 2016 General Election Votes for Democrat President Hillary Clinton |
| | | | G16USS_TOTAL | 2016 General Election Votes for U.S. Senator TOTAL |
| | | | G16USS_R_Rubio | 2016 General Election Votes for Republican U.S. Senator Marco Rubio |
| | | | G16USS_D_Murphy | 2016 General Election Votes for Democrat U.S. Senator Patrick Murphy |

| Category | Election Type | Election Year | Field Name | Description |
|---|---|---|---|---|
| Election Results | Primary | 2016 | P16USS_R_TOTAL | 2016 Primary Election Votes for Republican U.S. Senator TOTAL |
| | | | P16USS_R_Beruff | 2016 Primary Election Votes for Republican U.S. Senator Carlos Beruff |
| | | | P16USS_R_Rivera | 2016 Primary Election Votes for Republican U.S. Senator Ernie Rivera |
| | | | P16USS_R_Rubio | 2016 Primary Election Votes for Republican U.S. Senator Marco Rubio |
| | | | P16USS_R_Young | 2016 Primary Election Votes for Republican U.S. Senator Dwight Mark Anthony Young |
| | | | P16USS_D_TOTAL | 2016 Primary Election Votes for Democrat U.S. Senator TOTAL |
| | | | P16USS_D_DeLaFuente | 2016 Primary Election Votes for Democrat U.S. Senator Roque "Rocky" De La Fuente |
| | | | P16USS_D_Grayson | 2016 Primary Election Votes for Democrat U.S. Senator Alan Grayson |
| | | | P16USS_D_Keith | 2016 Primary Election Votes for Democrat U.S. Senator Pam Keith |
| | | | P16USS_D_Luster | 2016 Primary Election Votes for Democrat U.S. Senator Reginald Luster |
| | | | P16USS_D_Murphy | 2016 Primary Election Votes for Democrat U.S. Senator Patrick Murphy |
| Election Results | General | 2014 | G14GOV_TOTAL | 2014 General Election Votes for Governor TOTAL |
| | | | G14GOV_R_Scott | 2014 General Election Votes for Republican Governor Rick Scott |
| | | | G14GOV_D_Crist | 2014 General Election Votes for Democrat Governor Charlie Crist |
| | | | G14ATG_TOTAL | 2014 General Election Votes for Attorney General TOTAL |
| | | | G14ATG_R_Bondi | 2014 General Election Votes for Republican Attorney General Pam Bondi |
| | | | G14ATG_D_Sheldon | 2014 General Election Votes for Democrat Attorney General George Sheldon |
| | | | G14CFO_TOTAL | 2014 General Election Votes for Chief Financial Officer TOTAL |
| | | | G14CFO_R_Atwater | 2014 General Election Votes for Republican Chief Financial Officer Jeff Atwater |
| | | | G14CFO_D_Rankin | 2014 General Election Votes for Democrat Chief Financial Officer William "Will" Rankin |
| | | | G14AGR_TOTAL | 2014 General Election Votes for Commissioner of Agriculture TOTAL |
| | | | G14AGR_R_Putnam | 2014 General Election Votes for Republican Commissioner of Agriculture Adam H. Putnam |
| | | | G14AGR_D_Hamilton | 2014 General Election Votes for Democrat Commissioner of Agriculture Thaddeus "Thad" Hamilton |
| Election Results | Primary | 2014 | P14GOV_R_TOTAL | 2014 Primary Election Votes for Republican Governor TOTAL |
| | | | P14GOV_R_Adeshina | 2014 Primary Election Votes for Republican Governor Yinka A. Adeshina |
| | | | P14GOV_R_CuevasNeunder | 2014 Primary Election Votes for Republican Governor E Cuevas-Neunder |
| | | | P14GOV_R_Scott | 2014 Primary Election Votes for Republican Governor Rick Scott |
| | | | P14GOV_D_TOTAL | 2014 Primary Election Votes for Democrat Governor TOTAL |
| | | | P14GOV_D_Crist | 2014 Primary Election Votes for Democrat Governor Charlie Crist |
| | | | P14GOV_D_Rich | 2014 Primary Election Votes for Democrat Governor Nan H. Rich |
| | | | P14ATG_D_TOTAL | 2014 Primary Election Votes for Democrat Attorney General TOTAL |
| | | | P14ATG_D_Sheldon | 2014 Primary Election Votes for Democrat Attorney General George Sheldon |
| | | | P14ATG_D_Thurston | 2014 Primary Election Votes for Democrat Attorney General Perry E. Thurston |
| Election Results | General | 2012 | G12PRE_TOTAL | 2012 General Election Votes for President TOTAL |
| | | | G12PRE_R_Romney | 2012 General Election Votes for Republican President Mitt Romney |
| | | | G12PRE_D_Obama | 2012 General Election Votes for Democrat President Barack Obama |
| | | | G12USS_TOTAL | 2012 General Election Votes for U.S. Senator TOTAL |
| | | | G12USS_R_Mack | 2012 General Election Votes for Republican U.S. Senator Connie Mack |
| | | | G12USS_D_Nelson | 2012 General Election Votes for Democrat U.S. Senator Bill Nelson |
| Election Results | Primary | 2012 | P12USS_R_TOTAL | 2012 Primary Election Votes for Republican U.S. Senator TOTAL |
| | | | P12USS_R_Mack | 2012 Primary Election Votes for Republican U.S. Senator Connie Mack |
| | | | P12USS_R_McCalister | 2012 Primary Election Votes for Republican U.S. Senator Mike McCalister |
| | | | P12USS_R_Stuart | 2012 Primary Election Votes for Republican U.S. Senator Marielena Stuart |
| | | | P12USS_R_Weldon | 2012 Primary Election Votes for Republican U.S. Senator Dave Weldon |
| | | | P12USS_D_TOTAL | 2012 Primary Election Votes for Democrat U.S. Senator TOTAL |
| | | | P12USS_D_Burkett | 2012 Primary Election Votes for Democrat U.S. Senator Glenn A. Burkett |
| | | | P12USS_D_Nelson | 2012 Primary Election Votes for Democrat U.S. Senator Bill Nelson |

## Municipal Boundaries

The boundaries of Florida's municipalities are not static. Between January 1, 2010 and December 31, 2019, two hundred cities annexed or deannexed parcels, changing their boundaries 3,552 times[1].

Additionally, while Florida Statutes[2] permit municipalities to annex contiguous and compact unincorporated territory, many of Florida's cities are not contiguous, neither visually nor mathematically compact, and contain holes or enclaves[3].

The table below provides the average number of parts, average area, average compactness scores, and the average number of holes in Florida's municipalities. A review of it suggests that as cities increase in both geographical and population size they tend to be less compact and have more discontiguous parts and enclaves.

| Averages for Florida's 412 Cities by 2020 Population and Total | | | | | | | |
|---|---|---|---|---|---|---|---|
| Population Range | Number of Parts | Area (sq. mi.) | Perimeter (mi.) | Convex Hull | Reock Ratio | Polsby-Popper | Holes |
| <1,000 | 1.3 | 3.3 | 10.1 | 0.76 | 0.39 | 0.40 | 0.2 |
| 1,001-5,000 | 1.9 | 8.2 | 21.9 | 0.73 | 0.38 | 0.33 | 1.9 |
| 5,001-10,000 | 2.0 | 11.5 | 34.6 | 0.69 | 0.33 | 0.26 | 2.9 |
| 10,001-25,000 | 3.8 | 15.2 | 46.6 | 0.68 | 0.35 | 0.21 | 8.5 |
| 25,001-50,000 | 5.9 | 21.7 | 64.3 | 0.65 | 0.37 | 0.16 | 13.0 |
| 50,001-100,000 | 4.2 | 40.4 | 69.4 | 0.72 | 0.39 | 0.21 | 15.3 |
| > 100,000 | 3.4 | 135.4 | 102.5 | 0.69 | 0.36 | 0.21 | 11.2 |
| All Cities | 2.8 | 19.8 | 38.2 | 0.71 | 0.37 | 0.28 | 5.6 |

The additional tables below list:
- Cities that have changed their boundaries between the 2010 and 2020 deadlines for states to submit geographical boundary changes to the Census Bureau for inclusion in the decennial census;
- Cities that are not contiguous; and
- Cities with holes or enclaves.

---

[1] Boundary change data obtained from the U.S. Census Bureau: https://www.census.gov/geographies/reference-files/time-series/geo/bas/annex.html. As noted, The U.S. Census Bureau makes no claims to the completeness of the annexation data in the boundary change files. The data in these files were collected through programs in which state, county, and local governments **voluntarily** participated.
[2] Section 171.0413(1), F.S. 2021
[3] Compactness scores, parts, and holes based on 2020 U.S. Census TIGER geometry for the places layer available at: https://www.census.gov/geographies/mapping-files/time-series/geo/tiger-line-file.2020.html.

**Florida Cities with Annexations and Deannexations**
**1/1/2010 - 12/31/2019 (200)**

| City | Boundary Changes | City | Boundary Changes | City | Boundary Changes | City | Boundary Changes | City | Boundary Changes |
|---|---|---|---|---|---|---|---|---|---|
| Alachua | 12 | Davenport | 13 | Inverness | 6 | North Miami | 1 | San Antonio | 3 |
| Altamonte Springs | 17 | Daytona Beach | 3 | Jacksonville | 1 | North Palm Beach | 1 | Sanford | 61 |
| Apopka | 84 | Daytona Beach Shores | 3 | Juno Beach | 1 | North Port | 3 | Sarasota | 10 |
| Arcadia | 2 | DeFuniak Springs | 4 | Jupiter | 7 | Oak Hill | 19 | Sebastian | 4 |
| Atlantic Beach | 1 | DeLand | 22 | Kenneth City | 2 | Oakland | 8 | Sebring | 5 |
| Atlantis | 1 | Delray Beach | 3 | Kissimmee | 17 | Ocala | 39 | Seminole | 70 |
| Auburndale | 4 | Deltona | 1 | La Crosse | 2 | Ocoee | 57 | South Bay | 1 |
| Avon Park | 81 | Dundee | 3 | LaBelle | 5 | Okeechobee | 1 | South Daytona | 1 |
| Bartow | 6 | Dunedin | 28 | Lady Lake | 44 | Oldsmar | 32 | Springfield | 11 |
| Bay Lake | 1 | Dunnellon | 1 | Lake Butler | 1 | Orange City | 28 | St. Augustine | 2 |
| Belle Glade | 4 | Eatonville | 1 | Lake City | 1 | Orlando | 71 | St. Cloud | 57 |
| Belle Isle | 1 | Edgewater | 60 | Lake Clarke Shores | 1 | Ormond Beach | 47 | St. Lucie Village | 10 |
| Belleview | 15 | El Portal | 2 | Lake Helen | 6 | Oviedo | 10 | Stuart | 12 |
| Beverly Beach | 1 | Estero | 3 | Lake Mary | 2 | Palatka | 37 | Sunrise | 2 |
| Boca Raton | 1 | Eustis | 6 | Lake Placid | 26 | Palm Bay | 5 | Tallahassee | 17 |
| Bonifay | 2 | Fanning Springs | 3 | Lake Wales | 7 | Palm Beach Gardens | 7 | Tamarac | 1 |
| Bonita Springs | 13 | Fellsmere | 5 | Lake Worth | 4 | Palm Coast | 4 | Tarpon Springs | 9 |
| Bowling Green | 4 | Fernandina Beach | 13 | Lakeland | 9 | Palm Springs | 54 | Tavares | 20 |
| Boynton Beach | 2 | Fort Lauderdale | 1 | Lantana | 3 | Palmetto | 9 | Temple Terrace | 15 |
| Bradenton | 3 | Fort Meade | 4 | Largo | 364 | Panama City Beach | 7 | Tequesta | 4 |
| Brooksville | 23 | Fort Myers | 2 | Lauderhill | 1 | Panama City | 68 | Titusville | 6 |
| Bunnell | 27 | Fort Pierce | 179 | Laurel Hill | 1 | Parkland | 6 | Umatilla | 8 |
| Bushnell | 41 | Fort Walton Beach | 10 | Leesburg | 23 | Pembroke Pines | 1 | Venice | 9 |
| Callahan | 7 | Freeport | 3 | Longwood | 9 | Penney Farms | 1 | Vero Beach | 5 |
| Callaway | 8 | Frostproof | 3 | Loxahatchee Groves | 2 | Pensacola | 19 | Waldo | 1 |
| Cape Coral | 5 | Fruitland Park | 12 | Lynn Haven | 11 | Pierson | 2 | Wauchula | 6 |
| Casselberry | 7 | Gainesville | 25 | Macclenny | 20 | Pinellas Park | 133 | Webster | 10 |
| Cedar Key | 3 | Grand Ridge | 2 | Maitland | 3 | Plant City | 5 | Welaka | 1 |
| Center Hill | 2 | Green Cove Springs | 3 | Marianna | 24 | Polk City | 2 | Wellington | 2 |
| Chattahoochee | 1 | Greenacres | 16 | Mayo | 1 | Ponce Inlet | 1 | West Melbourne | 29 |
| Chiefland | 4 | Gretna | 4 | Melbourne | 34 | Port Orange | 5 | West Palm Beach | 6 |
| Clearwater | 237 | Groveland | 3 | Midway | 14 | Port Richey | 2 | Wildwood | 51 |
| Clermont | 40 | Gulf Stream | 1 | Milton | 1 | Port St. Joe | 1 | Williston | 1 |
| Cocoa | 4 | Haines City | 3 | Minneola | 16 | Port St. Lucie | 5 | Windermere | 3 |
| Coconut Creek | 1 | Haverhill | 1 | Monticello | 1 | Punta Gorda | 7 | Winter Garden | 28 |
| Coleman | 1 | Hawthorne | 9 | Mount Dora | 8 | Quincy | 3 | Winter Haven | 27 |
| Cooper City | 2 | High Springs | 4 | Mulberry | 2 | Riviera Beach | 1 | Winter Park | 4 |
| Crestview | 23 | Hilliard | 2 | New Smyrna Beach | 278 | Rockledge | 5 | Winter Springs | 11 |
| Crystal River | 8 | Holly Hill | 5 | Newberry | 15 | Royal Palm Beach | 3 | Zephyrhills | 113 |
| Dade City | 5 | Indiantown | 1 | Niceville | 31 | Safety Harbor | 20 | Zolfo Springs | 1 |

| Discontiguous Cities in Florida  (136) | | | | | | | |
|---|---|---|---|---|---|---|---|
| City | Parts | City | Parts | City | Parts | City | Parts |
| Alachua | 3 | Gainesville | 4 | North Port | 3 | Temple Terrace | 4 |
| Altha | 2 | Greenacres | 2 | Oak Hill | 13 | Titusville | 8 |
| Apopka | 3 | Gretna | 2 | Oakland | 2 | Umatilla | 4 |
| Astatula | 2 | Groveland | 7 | Ocoee | 4 | Webster | 7 |
| Auburndale | 9 | Haines City | 2 | Oldsmar | 13 | Weeki Wachee | 2 |
| Avon Park | 15 | Hollywood | 2 | Orange City | 3 | Welaka | 2 |
| Bartow | 2 | Horseshoe Beach | 3 | Orlando | 11 | West Melbourne | 2 |
| Belle Glade | 4 | Indiantown | 2 | Ormond Beach | 8 | West Park | 2 |
| Bonita Springs | 6 | Inverness | 2 | Palatka | 11 | Westville | 2 |
| Bradenton | 4 | Jasper | 4 | Palm Bay | 3 | Wildwood | 4 |
| Bunnell | 6 | Jupiter | 2 | Palm Beach | 2 | Winter Garden | 10 |
| Bushnell | 12 | Kenneth City | 8 | Palm Beach Gardens | 2 | Winter Haven | 4 |
| Callaway | 6 | Key West | 2 | Palm Coast | 2 | Winter Park | 2 |
| Casselberry | 2 | Lady Lake | 45 | Palm Shores | 3 | Worthington Springs | 3 |
| Cedar Key | 9 | Lake Alfred | 2 | Panama City | 37 | Zephyrhills | 11 |
| Chiefland | 3 | Lake City | 2 | Panama City Beach | 3 | Zolfo Springs | 4 |
| Clearwater | 22 | Lake Helen | 4 | Parkland | 2 | | |
| Clermont | 3 | Lake Placid | 4 | Pembroke Pines | 3 | | |
| Cocoa Beach | 2 | Lake Wales | 2 | Pierson | 3 | | |
| Cottondale | 2 | Largo | 75 | Pinellas Park | 13 | | |
| Crystal River | 2 | Lee | 2 | Polk City | 6 | | |
| Dade City | 10 | Leesburg | 27 | Ponce de Leon | 2 | | |
| Dania Beach | 6 | Longwood | 4 | Port Richey | 7 | | |
| Davenport | 2 | Lynn Haven | 6 | Punta Gorda | 3 | | |
| Davie | 4 | Macclenny | 2 | Quincy | 3 | | |
| Daytona Beach | 2 | Madison | 4 | Rockledge | 4 | | |
| Daytona Beach Shores | 2 | Marathon | 10 | Safety Harbor | 4 | | |
| DeLand | 7 | Medley | 3 | San Antonio | 2 | | |
| Dunedin | 3 | Melbourne | 4 | Sanford | 5 | | |
| Eatonville | 2 | Melbourne Beach | 2 | Sarasota | 3 | | |
| Edgewater | 11 | Midway | 3 | Sebastian | 2 | | |
| Edgewood | 2 | Minneola | 5 | Sebring | 2 | | |
| Fellsmere | 2 | Montverde | 2 | Seminole | 12 | | |
| Fort Lauderdale | 7 | Mulberry | 11 | South Miami | 12 | | |
| Fort Pierce | 17 | New Port Richey | 2 | Southwest Ranches | 4 | | |
| Fort Walton Beach | 4 | New Smyrna Beach | 82 | St. Cloud | 3 | | |
| Fort White | 2 | Newberry | 4 | St. Petersburg | 5 | | |
| Freeport | 4 | Niceville | 15 | Tallahassee | 2 | | |
| Frostproof | 6 | North Miami | 2 | Tarpon Springs | 3 | | |
| Fruitland Park | 2 | North Miami Beach | 2 | Tavares | 5 | | |

| Florida Cities with Holes or Enclaves (170) | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| City | Holes | City | Holes | City | Holes | City | Holes | City | Holes |
| Alachua | 25 | Delray Beach | 4 | Lake City | 10 | Palm Shores | 3 | Wauchula | 2 |
| Altamonte Springs | 18 | Deltona | 2 | Lake Helen | 3 | Palmetto | 11 | Welaka | 1 |
| Apopka | 89 | Destin | 5 | Lake Placid | 6 | Panama City | 23 | West Melbourne | 17 |
| Arcadia | 1 | Dundee | 5 | Lake Wales | 19 | Panama City Beach | 8 | Wildwood | 23 |
| Archer | 1 | Dunedin | 30 | Lakeland | 4 | Parkland | 4 | Wilton Manors | 1 |
| Astatula | 2 | Eagle Lake | 4 | Largo | 59 | Pensacola | 1 | Winter Garden | 53 |
| Auburndale | 28 | Eatonville | 1 | Lee | 1 | Pierson | 13 | Winter Haven | 37 |
| Avon Park | 1 | Edgewater | 24 | Leesburg | 26 | Pinellas Park | 131 | Winter Park | 7 |
| Bartow | 14 | Estero | 5 | Longwood | 7 | Polk City | 7 | Winter Springs | 9 |
| Belle Glade | 6 | Eustis | 34 | Lynn Haven | 18 | Port Orange | 15 | Zephyrhills | 33 |
| Belleview | 2 | Fanning Springs | 2 | Macclenny | 1 | Port Richey | 4 | | |
| Bonifay | 5 | Fellsmere | 8 | Marianna | 5 | Port St. Joe | 1 | | |
| Boynton Beach | 3 | Fernandina Beach | 1 | Melbourne | 28 | Port St. Lucie | 15 | | |
| Bradenton | 11 | Fort Meade | 4 | Mexico Beach | 1 | Punta Gorda | 5 | | |
| Brooksville | 13 | Fort Myers | 5 | Miami Beach | 13 | Riviera Beach | 5 | | |
| Bunnell | 58 | Fort Pierce | 98 | Midway | 5 | Rockledge | 9 | | |
| Bushnell | 29 | Fort Walton Beach | 4 | Minneola | 8 | Royal Palm Beach | 1 | | |
| Callaway | 7 | Freeport | 7 | Monticello | 6 | Safety Harbor | 48 | | |
| Cape Coral | 15 | Frostproof | 2 | Mount Dora | 31 | Sanford | 81 | | |
| Carrabelle | 6 | Fruitland Park | 8 | New Port Richey | 5 | Sarasota | 1 | | |
| Casselberry | 8 | Gainesville | 1 | New Smyrna Beach | 35 | Sebastian | 3 | | |
| Cedar Key | 4 | Grand Ridge | 1 | Newberry | 47 | Sebring | 4 | | |
| Clearwater | 156 | Green Cove Springs | 2 | Niceville | 23 | Seminole | 12 | | |
| Clermont | 17 | Greenacres | 2 | North Miami | 2 | South Miami | 2 | | |
| Cocoa | 3 | Groveland | 31 | North Miami Beach | 2 | Springfield | 15 | | |
| Cocoa Beach | 1 | Haines City | 15 | North Port | 1 | St. Augustine | 3 | | |
| Coconut Creek | 7 | Havana | 1 | Oak Hill | 8 | St. Augustine Beach | 1 | | |
| Cooper City | 4 | Hialeah | 1 | Oakland | 6 | St. Cloud | 14 | | |
| Coral Springs | 1 | High Springs | 13 | Oakland Park | 2 | St. Lucie Village | 1 | | |
| Cottondale | 3 | Hollywood | 3 | Ocala | 25 | St. Petersburg | 2 | | |
| Crestview | 17 | Jacksonville | 1 | Ocoee | 36 | Stuart | 1 | | |
| Crystal River | 2 | Jasper | 1 | Oldsmar | 9 | Sunrise | 3 | | |
| Dade City | 7 | Jupiter | 8 | Orange City | 4 | Tallahassee | 1 | | |
| Dania Beach | 1 | Kenneth City | 1 | Orlando | 42 | Tarpon Springs | 15 | | |
| Davenport | 8 | Keystone Heights | 1 | Ormond Beach | 19 | Tavares | 21 | | |
| Daytona Beach | 34 | Kissimmee | 2 | Oviedo | 10 | Temple Terrace | 4 | | |
| Daytona Beach Shores | 3 | LaBelle | 3 | Palatka | 24 | Titusville | 30 | | |
| DeBary | 1 | Lady Lake | 40 | Palm Bay | 4 | Umatilla | 5 | | |
| DeFuniak Springs | 1 | Lake Alfred | 15 | Palm Beach Gardens | 5 | Venice | 13 | | |
| DeLand | 18 | Lake Buena Vista | 1 | Palm Coast | 6 | Waldo | 1 | | |

4

# CourtSmart Tag Report

**Room:** KB 412                          **Case No.:** -                          **Type:**
**Caption:**                              **Judge:**

**Started:**  10/11/2021 3:00:34 PM
**Ends:**     10/11/2021 5:33:27 PM       **Length: 02:32:54**

| | |
|---|---|
| **3:00:33 PM** | Meeting called to order; roll call |
| **3:00:41 PM** | Quorum present |
| **3:01:08 PM** | Chair Rodrigues makes announcements; annouces Sen. Bean is excused |
| **3:03:28 PM** | Sen. Gibson asks a question |
| **3:06:07 PM** | Chair Rodrigues responds |
| **3:07:07 PM** | Sen. Stewart asks a question. |
| **3:07:34 PM** | Chair Rodrigues responds |
| **3:07:40 PM** | Sen. Rouson asks a question |
| **3:09:06 PM** | Chair Rodrigues responds |
| **3:10:36 PM** | Sen. Rouson asks a follow-up |
| **3:10:45 PM** | Chair Rodrigues repsonds |
| **3:11:52 PM** | Sen. Rouson asks a follow-up question |
| **3:13:10 PM** | Chair Rodrigues responds |
| **3:13:16 PM** | Tab 1:Walkthrough of FloridaRedistricting.gov by Jay Ferrin, Staff Director |
| **3:36:09 PM** | Sen. Gibson asks a question |
| **3:36:24 PM** | Jay Ferrin, Staff Director responds |
| **3:37:59 PM** | Sen. Gibson asks a follow-up question |
| **3:38:29 PM** | Jay Ferrin, Staff Director responds |
| **3:39:40 PM** | Sen. Gibson asks a follow-up question |
| **3:40:59 PM** | Jay Ferrin, Staff Director responds |
| **3:44:12 PM** | Sen. Gibson asks a question |
| **3:44:54 PM** | Jay Ferrin, Staff Director responds |
| **3:45:46 PM** | Tab 2: Introduction to Redistricting Law presented by Daniel Nordby, Shutts & Bowen LLP |
| **4:08:04 PM** | Sen. Bracy asks a question |
| **4:08:15 PM** | Daniel Nordby, Shutts & Bowen LLP responds |
| **4:17:00 PM** | Sen. Rouson asks a question |
| **4:17:22 PM** | Daniel Nordby, Shutts & Bowen LLP responds |
| **4:31:32 PM** | Sen. Bracy asks a question |
| **4:32:09 PM** | Daniel Nordby, Shutts & Bowen LLP responds |
| **4:33:50 PM** | Sen. Stewart asks a question |
| **4:33:58 PM** | Daniel Nordby, Shutts & Bowen LLP responds |
| **4:35:16 PM** | Sen. Bracy asks a question |
| **4:35:26 PM** | Daniel Nordby, Shutts & Bowen LLP responds |
| **4:36:11 PM** | Tab 3: 2022 Redistricting Application Demonstration presented by Jay Ferrin, Staff Director |
| **5:07:34 PM** | Sen. Bracy asks a question |
| **5:08:46 PM** | Chair Rodrigues responds |
| **5:09:23 PM** | Sen. Bracy asks a follow-up question |
| **5:09:40 PM** | Chair Rodrigues responds |
| **5:11:31 PM** | Sen. Bracy asks a follow-up question |
| **5:11:44 PM** | Chair Rodrigues responds |
| **5:12:35 PM** | Sen. Gibson asks a question |
| **5:16:31 PM** | Jay Ferrin, Staff Director responds |
| **5:18:00 PM** | Sen. Gibson asks a follow-up question |
| **5:18:17 PM** | Jay Ferrin, Staff Director responds |
| **5:18:57 PM** | Sen. Gibson asks a follow-up question |
| **5:19:38 PM** | Chair Rodrigues responds |
| **5:21:17 PM** | Sen. Rouson asks a question |
| **5:21:35 PM** | Chair Rodrigues responds |
| **5:22:32 PM** | Tab 4: Public Comment |
| **5:22:49 PM** | Cecile Scoon, President of League of Women Voters gives public comment |
| **5:30:46 PM** | Chair Rodrigues gives closing remarks |
| **5:33:02 PM** | Vice Chair Broxson moves to adjourn |

**5:33:16 PM**      Meeting Adjourned



# THE FLORIDA SENATE

Tallahassee, Florida  32399-1100

**COMMITTEES:**
Appropriations Subcommittee on Health and
  Human Services, *Chair*
Appropriations, *Vice Chair*
Environment and Natural Resources
Health Policy
Reapportionment
Rules

**SELECT SUBCOMMITTEE:**
Select Subcommittee on Congressional
  Reapportionment

**JOINT COMMITTEE:**
Joint Legislative Budget Commission

**SENATOR AARON BEAN**
*President Pro Tempore*
4th District

October 10, 2021

Senator Ray Wesley Rodrigues
Chair, Reapportionment
305 Senate Building
404 South Monroe Street
Tallahassee, FL 32399

Dear Chairman Rodrigues:

Please excuse my absence from your Reapportionment Committee scheduled on Monday, October 11, 2021. Unfortunately, due to a previously scheduled event I am unable to attend.

I appreciate your consideration of this request.

Sincerely,

Aaron Bean
Florida State Senator | District 4

/da

REPLY TO:
❑ Duval Station, 13453 North Main Street, Suite 301, Jacksonville, Florida 32218  (904) 757-5039   FAX: (888) 263-1578
❑ 404 Senate Building, 404 South Monroe Street, Tallahassee, Florida 32399-1100  (850) 487-5004   FAX: (850) 410-4805

Senate's Website:  *www.flsenate.gov*

**WILTON SIMPSON**
**President of the Senate**

**AARON BEAN**
**President Pro Tempore**