**The Florida Senate**
# COMMITTEE MEETING EXPANDED AGENDA

**REAPPORTIONMENT**
**Senator Rodrigues, Chair**
**Senator Broxson, Vice Chair**

| | |
|---|---|
| **MEETING DATE:** | Monday, October 18, 2021 |
| **TIME:** | 10:00 a.m.—1:00 p.m. |
| **PLACE:** | *Pat Thomas Committee Room,* 412 Knott Building |
| **MEMBERS:** | Senator Rodrigues, Chair; Senator Broxson, Vice Chair; Senators Bean, Bracy, Bradley, Burgess, Gibson, Harrell, Rodriguez, Rouson, Stargel, and Stewart |

| TAB | BILL NO. and INTRODUCER | BILL DESCRIPTION and SENATE COMMITTEE ACTIONS | COMMITTEE ACTION |
|---|---|---|---|
| 1 | | Discussion of map drawing process and directives to staff | Discussed |
| 2 | | Public Comment | Discussed |
| | | Other Related Meeting Documents | |

**EXHIBIT**
**J48**

# The Florida Senate
## APPEARANCE RECORD

Deliver both copies of this form to
Senate professional staff conducting the meeting

Meeting Date: Oct 18-2021

Committee: Reapportionment

Bill Number or Topic: Reapportionment

Amendment Barcode (if applicable):

Name: JONATHAN Webber

Phone: 954-593-4499

Address (Street): 1700 N. Monroe St. #11-286

Email: JWebber@fcvoters.org

City: Tallahassee   State: FL   Zip: 32303

Speaking: ☐ For   ☐ Against   ☒ Information   OR   Waive Speaking: ☐ In Support   ☐ Against

**PLEASE CHECK ONE OF THE FOLLOWING:**

☐ I am appearing without compensation or sponsorship.

☒ I am a registered lobbyist, representing:
FLORIDA CONSERVATION VOTERS

☐ I am not a lobbyist, but received something of value for my appearance (travel, meals, lodging, etc.), sponsored by:

While it is a tradition to encourage public testimony, time may not permit all persons wishing to speak to be heard at this hearing. Those who do speak may be asked to limit their remarks so that as many persons as possible can be heard. If you have questions about registering to lobby please see Fla. Stat. §11.045 and Joint Rule 1. 2020-2022JointRules.pdf (flsenate.gov)

This form is part of the public record for this meeting.

S-001   (08/10/2021)

# The Florida Senate
## APPEARANCE RECORD

Deliver both copies of this form to
Senate professional staff conducting the meeting

Meeting Date: October 18, 2021

Committee: Reapportionment

Bill Number or Topic: Redistricting

Amendment Barcode (if applicable):

Name: Andrew Taramykin

Phone: (407) 416-6321

Address (Street): 505 SW 2nd Ave Unit 3401

Email: andrewtaramykin@ufl.edu

City: Gainesville   State: FL   Zip: 32601

Speaking: ☐ For   ☐ Against   ☑ Information   OR   Waive Speaking: ☐ In Support   ☐ Against

**PLEASE CHECK ONE OF THE FOLLOWING:**

☑ I am appearing without compensation or sponsorship.

☐ I am a registered lobbyist, representing:

☐ I am not a lobbyist, but received something of value for my appearance (travel, meals, lodging, etc.), sponsored by:

*While it is a tradition to encourage public testimony, time may not permit all persons wishing to speak to be heard at this hearing. Those who do speak may be asked to limit their remarks so that as many persons as possible can be heard. If you have questions about registering to lobby please see Fla. Stat. §11.045 and Joint Rule 1. 2020-2022JointRules.pdf (flsenate.gov)*

This form is part of the public record for this meeting.

S-001   (08/10/2021)



**THE FLORIDA SENATE**

Tallahassee, Florida  32399-1100

COMMITTEES:
Appropriations
Appropriations Subcommittee on Criminal and
   Civil Justice
Ethics and Elections
Reapportionment
Rules
Transportation

**SELECT COMMITTEES**
Legislative Reapportionment

**SENATOR RANDOLPH BRACY**
11th District

October 18, 2021

The Honorable Ray Wesley Rodrigues
Chair, Senate Committee on Reapportionment
2000 The Capitol
404 South Monroe Street
Tallahassee, FL 32399-1100

Dear Chairman Rodrigues,

I write to respectfully request that my absence for the October 18, 2021 Reapportionment Committee hearing be excused due to car mechanical issues that have tremendously delayed travel and will thus, preclude my attendance. I regret that I cannot be present for the meeting today, and appreciate your consideration.

Sincerely,

*[signature]*

Senator Randolph Bracy

Cc:    Jay Ferrin, Staff Director
        Danna Ivey, Committee Administrative Assistant

REPLY TO:

❑ 6965 Piazza Grande Avenue, Suite 302, Orlando, Florida 32835  (407) 297-2045  FAX: (888) 263-3814
❑ 213 Senate Building, 404 South Monroe Street, Tallahassee, Florida 32399-1100  (850) 487-5011

Senate's Website:  *www.flsenate.gov*

**WILTON SIMPSON**
President of the Senate

**AARON BEAN**
President Pro Tempore

# CourtSmart Tag Report

**Room:** KB 412  
**Caption:** Senate Committee on Reapportionment  
**Case No.:** -  
**Type:**  
**Judge:**

**Started:** 10/18/2021 10:00:34 AM  
**Ends:** 10/18/2021 10:46:03 AM   **Length:** 00:45:30

| Time | Event |
|---|---|
| 10:00:33 AM | Meeting called to order; roll called |
| 10:00:50 AM | Chair Rodrigues makes introductory remarks |
| 10:03:31 AM | Tab 1: Discussion of map drawing process and directives to staff by Chair Rodrigues |
| 10:05:21 AM | Sen. Gibson asks a question |
| 10:05:53 AM | Chair Rodrigues responds |
| 10:06:02 AM | Sen. Gibson asks a question |
| 10:06:12 AM | Chair Rodrigues responds |
| 10:08:06 AM | Sen. Harrell asks a question |
| 10:08:32 AM | Chair Rodrigues responds |
| 10:11:57 AM | Sen. Bradley asks a question |
| 10:12:40 AM | Chair Rodrigues responds |
| 10:12:46 AM | Sen. Gibson asks a question |
| 10:13:26 AM | Chair Rodrigues responds |
| 10:14:24 AM | Sen. Gibson asks a follow-up question |
| 10:14:37 AM | Chair Rodrigues responds |
| 10:16:57 AM | Sen. Gibson asks a question |
| 10:17:17 AM | Chair Rodrigues responds |
| 10:18:11 AM | Sen. Gibson asks a folow-up question |
| 10:18:38 AM | Chair Rodrigues responds |
| 10:21:30 AM | Sen. Gibson asks a follow-up question |
| 10:22:04 AM | Chair Rodrigues responds |
| 10:23:09 AM | Chair Rodrigues asks for any questions, discussions, or objections to proposed directives |
| 10:24:13 AM | Directives were agreed to by members without objection |
| 10:24:28 AM | Chair Rodrigues makes remarks about the Select Subcommittee process |
| 10:28:21 AM | Chair Rodrigues asks if there are any questions about the amendatory process |
| 10:29:06 AM | Sen. Gibson asks a question |
| 10:29:13 AM | Chair Rodrigues responds |
| 10:29:54 AM | Sen. Harrell asks a question |
| 10:30:26 AM | Chair Rodrigues responds |
| 10:32:08 AM | Sen. Harrell asks a follow-up question |
| 10:32:36 AM | Chair Rodrigues responds |
| 10:34:20 AM | Vice Chair Broxson asks a question |
| 10:34:49 AM | Chair Rodrigues responds |
| 10:36:09 AM | Sen. Stargel asks a question |
| 10:36:32 AM | Chair Rodrigues responds |
| 10:37:07 AM | Sen. Bradley asks a question |
| 10:37:17 AM | Chair Rodrigues responds |
| 10:39:01 AM | Tab 2: Public Comment |
| 10:39:16 AM | Andrew Taramykin gives public comment |
| 10:41:47 AM | Jonathan Webber from Florida Conservation Voters gives public comment |
| 10:44:02 AM | Public comment concludes; Sen. Gibson asks a question |
| 10:44:38 AM | Chair Rodrigues responds |
| 10:45:39 AM | Sen. Stargel moves for adjournment; meeting is adjourned |