IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 1:24-cv-21983-JB

CUBANOS PA'LANTE, *et al.*,

    *Plaintiffs*,

v.

FLORIDA HOUSE OF
REPRESENTATIVES, *et al.*,

    *Defendants*.

_____/

## **PLAINTIFFS' NOTICE OF FILING TRIAL EXHIBITS**

Pursuant to Local Rule 5.3(b)(2), Plaintiffs file Plaintiffs' Exhibits 1–3, 6–9, 11, 14–21, 23–24, 27–28, 30–33, 43, 45–47, 51–52, 54–58, 70–71, 109–111, 115, 117–118, 120–121, 123, 144–149, 164–167, 170–171a, 198–199, 209–213, 216–218, 220–225, 236–243, and 250, which were introduced into evidence at trial.

| Ex. No. | Description of Exhibit | ECF No. |
|---|---|---|
| 1 | Second Amended Complaint | 197-1 |
| 2 | House's Answer to 2nd Am. Compl. | 197-2 |
| 3 | Secretary's Answer to 2nd Am. Compl. | 197-3 |
| 6 | House's 2nd Am. Initial Disclosures | 197-4 |
| 7 | Secretary's Am. Initial Disclosures | 197-5 |
| 8 | House's Response to Plfs.' 1st RFP | 197-6 |
| 9 | House's Am. Response to Plfs.' 2nd RFP | 197-7 |
| 11 | House's Privilege Log | 197-8 |
| 14 | Florida Senate's Response to Subpoena to Produce Documents | 197-9 |
| 15 | Florida Senate's Categorical Privilege Log | 197-10 |
| 16 | House's Answers to Plfs.' 1st RFAs | 197-11 |
| 17 | House's Am. Answers to Plfs.' 2nd RFAs | 197-12 |
| 18 | House's Answers to Plfs.' 3rd RFAs | 197-13 |
| 19 | SOS's Answers to Plfs.' 1st RFAs | 197-14 |
| 20 | SOS's Answers to Plfs.' 2nd RFAs | 197-15 |
| 21 | House's Response to Plfs.' 1st ROGs | 197-16 |
| 23 | SOS's Response to Plfs.' 1st ROGs | 197-17 |
| 24 | SOS's Am. Responses to Plfs.' 3rd ROGs | 197-18 |
| 27 | Fair Districts Amendments text | 197-19 |
| 28 | *League of Women Voters of Fla. v. Detzner (Apportionment VIII)*, 179 So. 3d 258 (Fla. 2015) | 197-20 |

| Ex. No. | Description of Exhibit | ECF No. |
|---|---|---|
| 30 | House's Brief, *In re SJR 100*, No. SC22-131 (Fla. Feb. 19, 2022) | 197-21 |
| 31 | "Taking a Deeper Look at Hispanic Voting Patterns in South Florida" by Matt A. Barreto and Angela Gutierrez, UCLA Latino Policy & Politics Initiative | 197-22 |
| 32 | Draft Potential QA | 197-23 |
| 33 | Map of P000H0019 showing HDs 118 & 119 | 197-24 |
| 43 | Updated Engage Miami member list | 197-25 |
| 45 | Engage Miami Amended Bylaws | 197-26 |
| 46 | Engage Miami Member Intake Form | 197-27 |
| 47 | Engage Miami Young People's Platform 2024 | 197-28 |
| 51 | FIU Club/Engage Miami joint event flyer, "Accessing the Panther Vote" | 197-29 |
| 52 | FIU Club flyer, "Panthers Vote!" | 197-30 |
| 54 | FIU Club Constitution Fall 2024–Spring 2025 | 197-31 |
| 55 | Cubanos Pa'lante Bylaws | 197-32 |
| 56 | Walker CV | 197-33 |
| 57 | Abott CV | 197-34 |
| 58 | McCartan CV | 197-35 |
| 70 | Letter from Plfs.' counsel to Dr. McCartan, "Assignment for Expert Report on Florida Redistricting Matter" | 197-36 |
| 71 | Attachment to Dr. McCartan's assignment - Sen. Rodrigues Memo, "Committee Directives to Staff on Map-Drawing" | 197-37 |
| 109 | Walker Rep. tbl. 9 - Summary of Hispanic Bloc Voting in HD 115 | 197-38 |
| 110 | Walker Rep. fig. 15 - Bivariate association between candidate support and % Hispanic voters in HD 115 | 197-39 |
| 111 | Walker Rep. fig. 16 - Estimated Hispanic support for a given candidate in HD 115 | 197-40 |
| 115 | Walker Rep. tbl. 11 - Summary of Hispanic Bloc Voting in HD 118 | 197-41 |
| 117 | Walker Rep. fig. 20 - Estimated Hispanic support for a given candidate in HD 118 | 197-42 |
| 118 | Walker Rep. tbl. 12 - Summary of Hispanic Bloc Voting in HD 119 | 197-43 |
| 120 | Walker Rep. fig. 22 - Estimated Hispanic support for a given candidate in HD 119 | 197-44 |
| 121 | Walker Rep. tbl. 13 - Summary of Hispanic Bloc Voting in CD 25 | 197-45 |
| 123 | Walker Rep. fig. 24 - Estimated Hispanic support for a given candidate in CD 25 | 197-46 |
| 144 | Walker Rep. App'x A, tbl. 1 - Turnout Statistics for CD20 | 197-47 |
| 145 | Walker Rep. App'x A, tbl. 2 - General Election Returns for CD20 | 197-48 |
| 146 | Walker Rep. App'x A, tbl. 3 - Primary Election Returns for CD20 | 197-49 |
| 147 | Walker Rep. App'x A, tbl. 4 - Turnout Statistics for CD24 | 197-50 |
| 148 | Walker Rep. App'x A, tbl. 5 - General Election Returns for CD24 | 197-51 |
| 149 | Walker Rep. App'x A, tbl. 6 - Primary Election Returns for CD24 | 197-52 |

| Ex. No. | Description of Exhibit | ECF No. |
| --- | --- | --- |
| 164 | Walker Rebuttal Rep. tbl. 1 - Rep. Advantage among Hispanic Registered Voters, 4/2025 | 197-53 |
| 165 | Walker Rebuttal Rep. fig. 3 - Partisan Composition of Registered Hispanic Voters, 4/2025 | 197-54 |
| 166 | Walker Rebuttal Rep. App'x tbl. A1 - Total Number of Registered Hispanic Voters by Party, 2020-2025 | 197-55 |
| 167 | Abott Rep. tbl. 1 - CD Racial Compositions in South Florida | 197-56 |
| 170 | Abott Rep. tbl. 3 - HVAP in CD 26 Precincts Split Across Different CDs | 197-57 |
| 171a | Abott Rep. corrected tbl. 4 - Hispanic Voting-Age Population in CD 26 Precincts and Neighbors Across District Boundaries | 197-58 |
| 198 | Abott Rebuttal Rep. tbl. C.1 - Different Combinations of Counties and Districts and VAP by Race | 197-59 |
| 199 | Abott Rebuttal Rep. tbl. C.2 - District Racial Compositions in South Florida in Enacted Map and Plaintiffs' Maps | 197-60 |
| 209 | McCartan Rep. fig. 4a - Con. Plan A | 197-61 |
| 210 | McCartan Rep. fig. 4b - Con. Plan B1 | 197-62 |
| 211 | McCartan Rep. fig. 5a - Con. Plans A, C1, C2, D in Miami-Dade | 197-63 |
| 212 | McCartan Rep. fig. 5b - Con. Plan B1 in Miami-Dade | 197-64 |
| 213 | McCartan Rep. fig. 5c - Con. Plan B2 in Miami-Dade | 197-65 |
| 216 | McCartan Rep. fig. 7a - Con. Plan C1 | 197-66 |
| 217 | McCartan Rep. fig. 7b - Con. Plan C2 | 197-67 |
| 218 | McCartan Rep. fig. 8 - Con. Plan D | 197-68 |
| 220 | McCartan Rep. tbl. 2 - County and municipality splits, con. plans | 197-69 |
| 221 | McCartan Rep. tbl. 3 - Mean boundary scores | 197-70 |
| 222 | McCartan Rep. tbl. 4 - Compactness scores | 197-71 |
| 223 | McCartan Rep. fig. 9a - HVAP, Enacted Con. Plan | 197-72 |
| 224 | McCartan Rep. fig. 9b - HVAP, Enacted Con. Plan, Miami-Dade detail | 197-73 |
| 225 | McCartan Rep. fig. 10 - HVAP, Enacted House Plan | 197-74 |
| 236 | McCartan Rebuttal Rep. fig. 1 - "Commonly understood and ascertainable" boundaries in Collier and Miami–Dade | 197-75 |
| 237 | McCartan Rebuttal Rep. fig. 2 - "Commonly understood and ascertainable" boundaries in central Miami–Dade | 197-76 |
| 238 | McCartan Rebuttal Rep. fig. 3 - CD 26 population dot map | 197-77 |
| 239 | McCartan Supp. Rep. fig. 1 - House Plan D | 197-78 |
| 240 | McCartan Supp. Rep. tbl. 1 - District populations for House Plan D | 197-79 |
| 241 | McCartan Supp. Rep. tbl. 2 - Mean boundary scores | 197-80 |
| 242 | McCartan Supp. Rep. tbl. 3 - Boundary scores | 197-81 |
| 243 | McCartan Supp. Rep. tbl. 4 - Compactness scores | 197-82 |
| 250 | McCartan Supp. Rep. App'x B, tbl. 11 - Additional statistics for HDs 115, 118, & 119 in House Plan D and Enacted House Plan | 197-83 |

Respectfully submitted January 26, 2026,

| | /s/ Nicholas L.V. Warren |

Andrew Frackman*
**O'Melveny & Myers LLP**
1301 Avenue of the Americas, 17th Floor
New York, NY 10019
(212) 326-2000
afrackman@omm.com

Brian P. Quinn*
Patrick J. Jones*
Emily Murphy*
Gabrielle S. Jackson*
Helena M. Li*
**O'Melveny & Myers LLP**
1625 Eye Street NW
Washington, DC 20006
(202) 383-5300
bquinn@omm.com
pjones@omm.com
emurphy@omm.com
gjackson@omm.com
hli@omm.com

*/s/ Nicholas L.V. Warren*
Nicholas L.V. Warren (FBN 1019018)
Caroline A. McNamara (FBN 1038312)
Daniel B. Tilley (FBN 102882)
**ACLU Foundation of Florida**
4343 West Flagler Street, Suite 400
Miami, FL 33134
(786) 363-1769
nwarren@aclufl.org
cmcnamara@aclufl.org
dtilley@aclufl.org

Jorge L. Vasquez, Jr.*
**Vasquez Attorneys at Law, PC**
141 Parkway Road, Suite 14
Bronxville, NY 10708
(212) 752-8408
jorge@vasquezpc.com

*Admitted pro hac vice*

*Counsel for Plaintiffs*