## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case No. 1:24-cv-21983-JB

CUBANOS PA'LANTE, *et al.*,

    Plaintiffs,

v.

FLORIDA HOUSE OF REPRESENTATIVES
and CORD BYRD, in his official capacity as
Florida Secretary of State,

    Defendants.

_____/

## THE FLORIDA HOUSE OF REPRESENTATIVES' SECOND AMENDED INITIAL DISCLOSURE

    Defendant, the Florida House of Representatives (the "House"), makes this initial disclosure pursuant to Federal Rule of Civil Procedure 26(a)(1). The House's review of Plaintiffs' allegations is ongoing. The House will supplement this disclosure in a timely manner if it learns that in any material respect the disclosure is incomplete or incorrect, and the additional or corrective information has not otherwise been made known to the other parties during the discovery process or in writing.

**The name and, if known, the address and telephone number of each individual likely to have discoverable information—along with the subjects of that information—that the disclosing party may use to support its claims or defenses, unless the use would be solely for impeachment.**

| Name, Address, and Telephone Number | Subjects of Information |
|---|---|
| Jason Poreda<br>Chief Map Drawer<br>House Redistricting Committee<br>*\* Contact through undersigned counsel* | The redistricting process, the enacted congressional and State House maps, and the challenged districts. |



PLAINTIFFS' TRIAL EXHIBIT

P6

1:24-cv-21983-JB

> **A copy—or a description by category and location—of all documents, electronically stored information, and tangible things that the disclosing party has in its possession, custody, or control and may use to support its claims or defenses, unless the use would be solely for impeachment.**

- Redistricting maps and data available at https://www.floridaredistricting.gov.

- Redistricting maps and data produced by the House on April 24, 2025. *See* HOUSE_000001–HOUSE_000194.

- Voter-registration data available at https://www.miamidade.gov/elections/voter-statistics-current-archive.html.

- Records of legislative proceedings—including journals; recordings; committee publications; and meeting notices, agendas, and packets—available at:
    - https://www.myfloridahouse.gov
    - https://flsenate.gov
    - https://thefloridachannel.org/videos

- Transcripts of legislative floor sessions and committee and subcommittee meetings. *See* HOUSE_000195–HOUSE_004821.

- Any documents attached to, referenced in, or produced in support of—and tables and figures contained in—the expert report of Sean P. Trende, Ph.D.

- Any documents attached to, referenced in, or produced in support of—and tables and figures contained in—the expert report of Alfredo L. Gonzalez.

- Plaintiffs' responses to written discovery and documents produced by Plaintiffs in response to requests for production.

> **A computation of each category of damages claimed by the disclosing party—who must also make available for inspection and copying as under Rule 34 the documents or other evidentiary material, unless privileged or protected from disclosure, on which each computation is based, including materials bearing on the nature and extent of injuries suffered.**

Inapplicable.

> **For inspection and copying as under Rule 34, any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment.**

Inapplicable.

Dated June 5, 2025.                                     Respectfully submitted,

 

                                                                  /s/ *Andy Bardos*

Christopher M. Kise (FBN 855545)                        Andy Bardos (FBN 822671)
ckise@continentalpllc.com                               andy.bardos@gray-robinson.com
CONTINENTAL PLLC                                        GRAYROBINSON, P.A.
101 North Monroe Street, Suite 750                      301 South Bronough Street, Suite 600
Tallahassee, Florida 32301                              Tallahassee, Florida 32301-1724
Telephone: 850-270-2211                                 Telephone: 850-577-9090

Jesus M. Suarez (FBN 60086)
jsuarez@continentalpllc.com
Carmen Manrara Cartaya (FBN 73887)
ccartaya@continentalpllc.com
CONTINENTAL PLLC
255 Alhambra Circle, Suite 640
Coral Gables, Florida 33134
Telephone: 305-677-2707

                         *Attorneys for Defendant, Florida House of Representatives*

## **CERTIFICATE OF SERVICE**

I certify that, on June 5, 2025, a true and correct copy of the foregoing was served by email on all counsel identified on the Service List that follows.

/s/ *Andy Bardos*
Andy Bardos (FBN 822671)
GRAYROBINSON, P.A.

4

**SERVICE LIST**

Nicholas L.V. Warren
ACLU Foundation of Florida
4343 West Flagler Street, Suite 400
Miami, Florida 33134
nwarren@aclufl.org
*Attorneys for Plaintiffs*

Daniel B. Tilley
Caroline A. McNamara
ACLU Foundation of Florida
4343 West Flagler Street, Suite 400
Miami, Florida 33134
dtilley@aclufl.org
cmcnamara@aclufl.org
*Attorneys for Plaintiffs*

Bradley R. McVay
Ashley Davis
Florida Department of State
R.A. Gray Building
500 South Bronough Street
Tallahassee, Florida 32399
brad.mcvay@dos.myflorida.com
ashley.davis@dos.myflorida.com
*Attorneys for Secretary of State*

Brian P. Quinn
Patrick J. Jones
Emily Murphy
Gabrielle S. Jackson
Andrea Ojeda
O'Melveny & Myers LLP
1625 Eye Street NW
Washington, D.C. 20006
bquinn@omm.com
pjones@omm.com
emurphy@omm.com
gjackson@omm.com
aojeda@omm.com
*Attorneys for Plaintiffs*

Jorge L. Vasquez, Jr.
Vasquez Attorneys at Law, PC
141 Parkway Road, Suite 14
Bronxville, New York 10708
jorge@vasquezpc.com
*Attorneys for Plaintiffs*

Andrew J. Frackman
O'Melveny & Myers LLP
1301 Avenue of the Americas, 17th Floor
New York, New York 10019
afrackman@omm.com
*Attorneys for Plaintiffs*

Mohammad O. Jazil
Michael Beato
Holtzman Vogel Baran
Torchinsky & Josefiak PLLC
119 South Monroe Street, Suite 500
Tallahassee, Florida 32301
mjazil@holtzmanvogel.com
mbeato@holtzmanvogel.com
zbennington@holtzmanvogel.com
*Attorneys for Secretary of State*