# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
## Case No. 1:24-cv-21983-JB

CUBANOS PA'LANTE, *et al.*,

      Plaintiffs,

v.

FLORIDA HOUSE OF REPRESENTATIVES
and CORD BYRD, in his official capacity as
Florida Secretary of State,

      Defendants.

_____/

## DEFENDANT FLORIDA HOUSE OF REPRESENTATIVES' PRIVILEGE LOG

      Pursuant to Federal Rule of Civil Procedure 26(b)(5)(A), Defendant, the Florida House of Representatives, serves this privilege log in response to Plaintiffs' First Request for Production on the Florida House of Representatives, dated July 10, 2024.[1]

---

[1] In addition to the objections noted below, the House has objected to the production of documents on the basis of the legislative privilege. The assertion of the legislative privilege in a case such as this obviates the need to prepare a privilege log. *See In re Hubbard*, 803 F.3d 1298, 1311 (11th Cir. 2015) ("Because the only remaining claim . . . struck at the heart of the legislative privilege, and none of the information sought could have been outside the privilege, there was no need for the lawmakers to peruse the subpoenaed documents, to specifically designate and describe which documents were covered by the legislative privilege, or to explain why the privilege applied to those documents."); *Pernell v. Fla. Bd. of Govs. of State Univ.*, 84 F.4th 1339 (11th Cir. 2023) (relying on *Hubbard* to reject a "document-by-document" approach to the legislative privilege). The House expressly maintains its legislative-privilege objections, and the service of this privilege log to identify other privilege objections is not a concession that a privilege log is required.

PLAINTIFFS' TRIAL EXHIBIT

P11

1:24-cv-21983-JB

exhibitsticker.com

| No. | Date | Author | Type of Document | Subject Matter | Attachment To | Privilege |
|---|---|---|---|---|---|---|
| 1. | 10/8/2021 | Committee Staff of the Florida House of Representatives | Excel | Information for expert consultants regarding benchmark congressional districts | Privilege Log Entry No. 33 | Work Product |
| 2. | 10/8/2021 | Committee Staff of the Florida House of Representatives | Excel | Information for expert consultants regarding benchmark State House districts | Privilege Log Entry No. 33 | Work Product |
| 3. | 10/8/2021 | Andy Bardos | Word | Summary for expert consultants of available election data. | Privilege Log Entry No. 33 | Work Product |
| 4. | 10/10/2021 | Expert Consultants John Alford & Randy Stevenson | Word | Expert consultants' request and specifications for election data. | Privilege Log Entry No. 35 | Work Product |
| 5. | 10/18/2021 | Expert Consultants John Alford & Randy Stevenson | Word | Expert consultants' request for information regarding election data. | Privilege Log Entry No. 44 | Work Product |

2

| No. | Date | Author | Type of Document | Subject Matter | Attachment To | Privilege |
|-----|------|--------|------------------|----------------|---------------|-----------|
| 6. | 10/20/2021 | Expert Consultants John Alford & Randy Stevenson | Excel | Data analysis of voting cohesion and racially polarized voting in benchmark congressional and State House districts | Privilege Log Entry No. 50 | Work Product |
| 7. | 10/21/2021 | Expert Consultants John Alford & Randy Stevenson | Excel | Data analysis of voting cohesion and racially polarized voting in bench-mark congressional and State House districts | Privilege Log Entry No. 51 | Work Product |
| 8. | 10/27/2021 | Leda Kelly | Word | Questions for expert consultants regarding data analysis of voting cohesion and racially polarized voting in benchmark congressional and State House districts | Privilege Log Entry No. 53 | Work Product |
| 9. | 11/1/2021 | Expert Consultants John Alford & Randy Stevenson | Excel | Data analysis of voting cohesion and racially polarized voting in benchmark congressional and State House districts | Privilege Log Entry No. 58 | Work Product |

| No. | Date | Author | Type of Document | Subject Matter | Attachment To | Privilege |
|---|---|---|---|---|---|---|
| **10.** | 11/1/2021 | Expert Consultants John Alford & Randy Stevenson | PDF | Data analysis of voting cohesion and racially polarized voting in benchmark congressional districts | Privilege Log Entry No. 58 | Work Product |
| **11.** | 11/1/2021 | Expert Consultants John Alford & Randy Stevenson | PDF | Data analysis of voting cohesion and racially polarized voting in benchmark State House districts | Privilege Log Entry No. 58 | Work Product |
| **12.** | 11/9/2021 | Expert Consultants John Alford & Randy Stevenson | Excel | Data analysis of voting cohesion and racially polarized voting in benchmark congressional and State House districts | Privilege Log Entry No. 61 | Work Product |
| **13.** | 11/9/2021 | Expert Consultants John Alford & Randy Stevenson | Excel | Data analysis of voting cohesion and racially polarized voting in benchmark congressional districts | Privilege Log Entry No. 61 | Work Product |
| **14.** | 11/9/2021 | Expert Consultants John Alford & Randy Stevenson | Excel | Data analysis of voting cohesion and racially polarized voting in benchmark State House districts | Privilege Log Entry No. 61 | Work Product |

| No. | Date | Author | Type of Document | Subject Matter | Attachment To | Privilege |
|---|---|---|---|---|---|---|
| **15.** | 11/17/2021 | Expert Consultants John Alford & Randy Stevenson | Excel | Data analysis of voting cohesion and racially polarized voting in benchmark congressional and State House districts | Privilege Log Entry No. 64 | Work Product |
| **16.** | 11/17/2021 | Expert Consultants John Alford & Randy Stevenson | Excel | Data analysis of voting cohesion and racially polarized voting in benchmark congressional and State House districts | Privilege Log Entry No. 66 | Work Product |
| **17.** | 11/19/2021 | Expert Consultants John Alford & Randy Stevenson | Excel | Data analysis of voting cohesion and racially polarized voting in benchmark congressional and State House districts | Privilege Log Entry No. 67 | Work Product |
| **18.** | 11/22/2021 | Expert Consultants John Alford & Randy Stevenson | Excel | Data analysis of voting cohesion and racially polarized voting in benchmark congressional and State House districts | Privilege Log Entry No. 69 | Work Product |

| No. | Date | Author | Type of Document | Subject Matter | Attachment To | Privilege |
|---|---|---|---|---|---|---|
| 19. | 11/29/2021 | Expert Consultants John Alford & Randy Stevenson | Excel | Data analysis of voting cohesion and racially polarized voting in benchmark congressional and State House districts | Privilege Log Entry No. 73 | Work Product |
| 20. | 12/14/2021 | Expert Consultants John Alford & Randy Stevenson | Excel | Data analysis of voting cohesion and racially polarized voting in H000C8001 | Privilege Log Entry No. 83 | Work Product |
| 21. | 12/17/2021 | Expert Consultants John Alford & Randy Stevenson | Excel | Data analysis of voting cohesion and racially polarized voting in H000C8001 and H000C8003 | Privilege Log Entry No. 86 | Work Product |
| 22. | 12/17/2021 | Expert Consultants John Alford & Randy Stevenson | Excel | Data analysis of voting cohesion and racially polarized voting in H000H8005 and H000H8007 | Privilege Log Entry No. 86 | Work Product |
| 23. | 12/19/2021 | Expert Consultants John Alford & Randy Stevenson | Excel | Data analysis of voting cohesion and racially polarized voting in H000C8001 and H000C8003 | Privilege Log Entry No. 88 | Work Product |

| No. | Date | Author | Type of Document | Subject Matter | Attachment To | Privilege |
|---|---|---|---|---|---|---|
| 24. | 12/19/2021 | Expert Consultants John Alford & Randy Stevenson | Excel | Data analysis of voting cohesion and racially polarized voting in H000H8005 and H000H8007 | Privilege Log Entry No. 88 | Work Product |
| 25. | 12/19/2021 | Expert Consultants John Alford & Randy Stevenson | PDF | Data analysis of voting cohesion and racially polarized voting in H000H8005 | Privilege Log Entry No. 88 | Work Product |
| 26. | 12/19/2021 | Expert Consultants John Alford & Randy Stevenson | PDF | Data analysis of voting cohesion and racially polarized voting in H000H8007 | Privilege Log Entry No. 88 | Work Product |
| 27. | 12/26/2021 | Expert Consultants John Alford & Randy Stevenson | Excel | Data analysis of voting cohesion and racially polarized voting in S000C8018 and S000C8022 | Privilege Log Entry No. 89 | Work Product |
| 28. | 1/16/2023 | Expert Consultants John Alford & Randy Stevenson | Excel | Data analysis of voting cohesion and racially polarized voting in Congressional District 10 | Privilege Log Entry No. 96 | Work Product |

| No. | Date | Author | Type of Document | Subject Matter | Attachment To | Privilege |
|---|---|---|---|---|---|---|
| **29.** | 2/3/2023 | Expert Consultants John Alford & Randy Stevenson | Excel | Data analysis of voting cohesion and racially polarized voting in H000H8013 | Privilege Log Entry No. 103 | Work Product |
| **30.** | 3/1/2023 | Expert Consultants John Alford & Randy Stevenson | Excel | Data analysis of voting cohesion and racially polarized voting in H000H8015 | | Work Product |
| **31.** | 3/1/2023 | Expert Consultants John Alford & Randy Stevenson | Excel | Data analysis of voting cohesion and racially polarized voting in H000H8017 | | Work Product |
| **32.** | 4/27/2022 | Expert Consultants John Alford & Randy Stevenson | Excel | Data analysis of voting cohesion and racially polarized voting in P00C0109 | Privilege Log Entry No. 113 | Work Product |

**Emails**

| No. | Date | Time | From | To | CC | Subject Matter | Privilege |
|---|---|---|---|---|---|---|---|
| **33.** | 10/8/2021 | 5:26 PM | Andy Bardos | John Alford; Randy Stevenson | George Levesque | Communications related to expert data analysis of voting cohesion and racially polarized voting | Work Product |
| **34.** | 10/10/2021 | 7:51 PM | Andy Bardos | John Alford | | Communications related to expert data analysis of voting cohesion and racially polarized voting | Work Product |
| **35.** | 10/10/2021 | 6:46 PM | John Alford | Andy Bardos | | Communications related to expert data analysis of voting cohesion and racially polarized voting | Work Product |
| **36.** | 10/13/2021 | 9:47 PM | George Levesque | John Alford | Randy Stevenson; Andy Bardos | Communications related to expert data analysis of voting cohesion and racially polarized voting | Work Product |

| No. | Date | Time | From | To | CC | Subject Matter | Privilege |
|---|---|---|---|---|---|---|---|
| 37. | 10/13/2021 | 9:40 PM | John Alford | George Levesque; Randy Stevenson | Andy Bardos | Communications related to expert data analysis of voting cohesion and racially polarized voting | Work Product |
| 38. | 10/13/2021 | 9:54 PM | John Alford | George Levesque | Randy Stevenson; Andy Bardos | Communications related to expert data analysis of voting cohesion and racially polarized voting | Work Product |
| 39. | 10/13/2021 | 6:46 PM | Andy Bardos | John Alford | | Communications related to expert data analysis of voting cohesion and racially polarized voting | Work Product |
| 40. | 10/13/2021 | 1:37 PM | Andy Bardos | John Alford | | Communications related to expert data analysis of voting cohesion and racially polarized voting | Work Product |
| 41. | 10/13/2021 | 2:00 PM | John Alford | Andy Bardos | | Communications related to expert data analysis of voting cohesion and racially polarized voting | Work Product |

| No. | Date | Time | From | To | CC | Subject Matter | Privilege |
|-----|------|------|------|-----|-----|----------------|-----------|
| 42. | 10/14/2021 | 11:27 AM | Andy Bardos | John Alford | | Communications related to expert data analysis of voting cohesion and racially polarized voting | Work Product |
| 43. | 10/17/2021 | 8:52 PM | Andy Bardos | John Alford; George Levesque | Randy Stevenson | Communications related to expert data analysis of voting cohesion and racially polarized voting | Work Product |
| 44. | 10/18/2021 | 11:15 AM | John Alford | Andy Bardos; George Levesque | Randy Stevenson | Communications related to expert data analysis of voting cohesion and racially polarized voting | Work Product |
| 45. | 10/19/2021 | 3:54 PM | Andy Bardos | John Alford; George Levesque | | Communications related to expert data analysis of voting cohesion and racially polarized voting | Work Product |
| 46. | 10/19/2021 | 3:27 PM | John Alford | Andy Bardos; George Levesque | | Communications related to expert data analysis of voting cohesion and racially polarized voting | Work Product |

| No. | Date | Time | From | To | CC | Subject Matter | Privilege |
|-----|------|------|------|-----|-----|---------------|-----------|
| 47. | 10/19/2021 | 10:30 AM | Andy Bardos | John Alford; George Levesque | Randy Stevenson | Communications related to expert data analysis of voting cohesion and racially polarized voting | Work Product |
| 48. | 10/19/2021 | 4:21 PM | John Alford | Andy Bardos | George Levesque | Communications related to expert data analysis of voting cohesion and racially polarized voting | Work Product |
| 49. | 10/20/2021 | 3:31 PM | Andy Bardos | John Alford; George Levesque | Randy Stevenson | Communications related to expert data analysis of voting cohesion and racially polarized voting | Work Product |
| 50. | 10/20/2021 | 3:07 PM | John R. Alford | Andy Bardos; George Levesque | Randy Stevenson | Communications related to expert data analysis of voting cohesion and racially polarized voting | Work Product |
| 51. | 10/21/2021 | 9:54 AM | John R. Alford | Andy Bardos; George Levesque | Randy Stevenson | Communications related to expert data analysis of voting cohesion and racially polarized voting | Work Product |

| No. | Date | Time | From | To | CC | Subject Matter | Privilege |
|-----|------|------|------|-----|-----|----------------|-----------|
| 52. | 10/22/2021 | 4:14 PM | Andy Bardos | John Alford; George Levesque | Randy Stevenson | Communications related to expert data analysis of voting cohesion and racially polarized voting | Work Product |
| 53. | 10/27/2021 | 7:15 PM | Andy Bardos | John Alford; George Levesque | Randy Stevenson | Communications related to expert data analysis of voting cohesion and racially polarized voting | Work Product |
| 54. | 10/29/2021 | 3:55 PM | Andy Bardos | John Alford | | Communications related to expert data analysis of voting cohesion and racially polarized voting | Work Product |
| 55. | 10/29/2021 | 11:39 AM | John Alford | Andy Bardos | George Levesque | Communications related to expert data analysis of voting cohesion and racially polarized voting | Work Product |
| 56. | 10/29/2021 | 3:51 PM | John Alford | Andy Bardos | | Communications related to expert data analysis of voting cohesion and racially polarized voting | Work Product |

| No. | Date | Time | From | To | CC | Subject Matter | Privilege |
|---|---|---|---|---|---|---|---|
| 57. | 10/29/2021 | 3:43 PM | Andy Bardos | John Alford | George Levesque | Communications related to expert data analysis of voting cohesion and racially polarized voting | Work Product |
| 58. | 11/1/2021 | 10:55 AM | John Alford | Andy Bardos | | Communications related to expert data analysis of voting cohesion and racially polarized voting | Work Product |
| 59. | 11/5/2021 | 10:35 AM | John Alford | Andy Bardos | | Communications related to expert data analysis of voting cohesion and racially polarized voting | Work Product |
| 60. | 11/7/2021 | 10:07 AM | Andy Bardos | John Alford | | Communications related to expert data analysis of voting cohesion and racially polarized voting | Work Product |
| 61. | 11/9/2021 | 1:13 PM | John Alford | George Levesque; Andy Bardos | Randy Stevenson | Communications related to expert data analysis of voting cohesion and racially polarized voting | Work Product |

| No. | Date | Time | From | To | CC | Subject Matter | Privilege |
|---|---|---|---|---|---|---|---|
| 62. | 11/14/2021 | 11:54 AM | Andy Bardos | John Alford | | Communications related to expert data analysis of voting cohesion and racially polarized voting | Work Product |
| 63. | 11/17/2021 | 10:22 AM | Andy Bardos | John Alford | | Communications related to expert data analysis of voting cohesion and racially polarized voting | Work Product |
| 64. | 11/17/2021 | 11:20 PM | John Alford | Andy Bardos | George Levesque | Communications related to expert data analysis of voting cohesion and racially polarized voting | Work Product |
| 65. | 11/17/2021 | 11:04 AM | John Alford | Andy Bardos | | Communications related to expert data analysis of voting cohesion and racially polarized voting | Work Product |
| 66. | 11/17/2021 | 9:53 PM | Randy Stevenson | George Levesque | Randy Stevenson; John Alford; Tim Moore; Andy Bardos | Communications related to expert data analysis of voting cohesion and racially polarized voting | Work Product |

| No. | Date | Time | From | To | CC | Subject Matter | Privilege |
|-----|------|------|------|-----|-----|----------------|-----------|
| 67. | 11/19/2021 | 11:07 AM | John Alford | Andy Bardos; George Levesque | Randy Stevenson | Communications related to expert data analysis of voting cohesion and racially polarized voting | Work Product |
| 68. | 11/19/2021 | 10:57 PM | Andy Bardos | John Alford; George Levesque | Randy Stevenson | Communications related to expert data analysis of voting cohesion and racially polarized voting | Work Product |
| 69. | 11/22/2021 | 8:57 AM | John Alford | Andy Bardos; George Levesque | Randy Stevenson; John Alford | Communications related to expert data analysis of voting cohesion and racially polarized voting | Work Product |
| 70. | 11/22/2021 | 9:06 AM | Andy Bardos | John Alford; George Levesque | Randy Stevenson | Communications related to expert data analysis of voting cohesion and racially polarized voting | Work Product |
| 71. | 11/23/2021 | 11:06 AM | John Alford | Andy Bardos | George Levesque; Randy Stevenson | Communications related to expert data analysis of voting cohesion and racially polarized voting | Work Product |

| No. | Date | Time | From | To | CC | Subject Matter | Privilege |
|-----|------|------|------|-----|-----|---------------|-----------|
| 72. | 11/24/2021 | 3:02 PM | Andy Bardos | John Alford | George Levesque; Randy Stevenson | Communications related to expert data analysis of voting cohesion and racially polarized voting | Work Product |
| 73. | 11/29/2021 | 10:36 PM | John Alford | Andy Bardos | | Communications related to expert data analysis of voting cohesion and racially polarized voting | Work Product |
| 74. | 12/7/2021 | 10:19 PM | Andy Bardos | John Alford | | Communications related to expert data analysis of voting cohesion and racially polarized voting | Work Product |
| 75. | 12/8/2021 | 12:03 AM | John Alford | Andy Bardos | | Communications related to expert data analysis of voting cohesion and racially polarized voting | Work Product |

| No. | Date | Time | From | To | CC | Subject Matter | Privilege |
|-----|------|------|------|-----|-----|----------------|-----------|
| 76. | 12/12/2021 | 4:35 PM | Andy Bardos | John Alford | | Communications related to expert data analysis of voting cohesion and racially polarized voting (Attachments: H000C8001, H000C8003, H000C8005, H000C8007, and eight block-assignment files) | Work Product |
| 77. | 12/13/2021 | 1:43 PM | Randy Stevenson | Andy Bardos | | Communications related to expert data analysis of voting cohesion and racially polarized voting | Work Product |
| 78. | 12/13/2021 | 1:59 PM | Andy Bardos | Randy Stevenson | | Communications related to expert data analysis of voting cohesion and racially polarized voting | Work Product |

| No. | Date | Time | From | To | CC | Subject Matter | Privilege |
|-----|------|------|------|-----|-----|----------------|-----------|
| 79. | 12/13/2021 | 2:05 PM | Randy Stevenson | Andy Bardos | | Communications related to expert data analysis of voting cohesion and racially polarized voting | Work Product |
| 80. | 12/13/2021 | 7:03 PM | Randy Stevenson | Andy Bardos | | Communications related to expert data analysis of voting cohesion and racially polarized voting | Work Product |
| 81. | 12/13/2021 | 4:45 PM | Randy Stevenson | Andy Bardos | John Alford | Communications related to expert data analysis of voting cohesion and racially polarized voting | Work Product |
| 82. | 12/13/2021 | 3:21 PM | Randy Stevenson | Andy Bardos | John Alford | Communications related to expert data analysis of voting cohesion and racially polarized voting (Attachment: Precinct List) | Work Product |

| No. | Date | Time | From | To | CC | Subject Matter | Privilege |
|-----|------|------|------|-----|-----|----------------|-----------|
| 83. | 12/14/2021 | 12:38 PM | Randy Stevenson | Andy Bardos | | Communications related to expert data analysis of voting cohesion and racially polarized voting | Work Product |
| 84. | 12/15/2021 | 6:20 PM | Randy Stevenson | Andy Bardos | | Communications related to expert data analysis of voting cohesion and racially polarized voting | Work Product |
| 85. | 12/16/2021 | 3:25 PM | Randy Stevenson | Andy Bardos | John Alford | Communications related to expert data analysis of voting cohesion and racially polarized voting | Work Product |
| 86. | 12/17/2021 | 2:54 PM | Randy Stevenson | Andy Bardos | | Communications related to expert data analysis of voting cohesion and racially polarized voting | Work Product |
| 87. | 12/18/2021 | 11:08 AM | Randy Stevenson | Andy Bardos | | Communications related to expert data analysis of voting cohesion and racially polarized voting | Work Product |

| No. | Date | Time | From | To | CC | Subject Matter | Privilege |
|---|---|---|---|---|---|---|---|
| 88. | 12/19/2021 | 6:57 PM | Randy Stevenson | Andy Bardos | | Communications related to expert data analysis of voting cohesion and racially polarized voting | Work Product |
| 89. | 12/26/2021 | 11:11 PM | John Alford | Andy Bardos | | Communications related to expert data analysis of voting cohesion and racially polarized voting | Work Product |
| 90. | 12/28/2021 | 5:00 PM | John Alford | Andy Bardos; Randy Stevenson | George Levesque | Communications related to expert data analysis of voting cohesion and racially polarized voting | Work Product |
| 90. | 12/28/2021 | 7:19 PM | John Alford | Andy Bardos | Randy Stevenson; George Levesque | Communications related to expert data analysis of voting cohesion and racially polarized voting | Work Product |
| 91. | 12/29/2021 | 11:04 AM | John Alford | Andy Bardos; Randy Stevenson | George Levesque | Communications related to expert data analysis of voting cohesion and racially polarized voting | Work Product |

| No. | Date | Time | From | To | CC | Subject Matter | Privilege |
|---|---|---|---|---|---|---|---|
| **92.** | 1/15/2022 | 11:24 AM | Andy Bardos | John Alford; Randy Stevenson | | Communications related to expert data analysis of voting cohesion and racially polarized voting | Work Product |
| **93.** | 1/15/2022 | 1:39 PM | Randy Stevenson | Andy Bardos | John Alford | Communications related to expert data analysis of voting cohesion and racially polarized voting | Work Product |
| **94.** | 1/15/2022 | 10:02 PM | Andy Bardos | Randy Stevenson | John Alford | Communications related to expert data analysis of voting cohesion and racially polarized voting (Attachment: Orange County election data) | Work Product |
| **95.** | 1/16/2022 | 9:39 PM | John Alford | Andy Bardos | Randy Stevenson | Communications related to expert data analysis of voting cohesion and racially polarized voting | Work Product |

| No. | Date | Time | From | To | CC | Subject Matter | Privilege |
|---|---|---|---|---|---|---|---|
| 96. | 1/16/2022 | 4:38 PM | Randy Stevenson | Andy Bardos | John Alford | Communications related to expert data analysis of voting cohesion and racially polarized voting | Work Product |
| 97. | 1/17/2022 | 7:32 PM | Andy Bardos | John Alford | Randy Stevenson | Communications related to expert data analysis of voting cohesion and racially polarized voting | Work Product |
| 98. | 1/30/2022 | 10:20 PM | Andy Bardos | John Alford; Randy Stevenson | | Communications related to expert data analysis of voting cohesion and racially polarized voting (Attachments: H000H8013 and nine block-assignment files) | Work Product |
| 99. | 1/30/2022 | 10:05 PM | Andy Bardos | Randy Stevenson | John Alford | Communications related to expert data analysis of voting cohesion and racially polarized voting | Work Product |

| No. | Date | Time | From | To | CC | Subject Matter | Privilege |
|---|---|---|---|---|---|---|---|
| 100. | 1/31/2022 | 10:52 AM | Randy Stevenson | Andy Bardos | John Alford | Communications related to expert data analysis of voting cohesion and racially polarized voting | Work Product |
| 101. | 1/31/2022 | 3:57 PM | Randy Stevenson | Andy Bardos | John Alford | Communications related to expert data analysis of voting cohesion and racially polarized voting | Work Product |
| 102. | 1/31/2022 | 10:35 PM | Andy Bardos | Randy Stevenson | John Alford | Communications related to expert data analysis of voting cohesion and racially polarized voting | Work Product |
| 103. | 2/3/2022 | 1:10 PM | Randy Stevenson | Andy Bardos | John Alford | Communications related to expert data analysis of voting cohesion and racially polarized voting | Work Product |
| 104. | 2/3/2022 | 2:42 PM | Andy Bardos | Randy Stevenson | John Alford | Communications related to expert data analysis of voting cohesion and racially polarized voting | Work Product |

| No. | Date | Time | From | To | CC | Subject Matter | Privilege |
|-----|------|------|------|-----|-----|----------------|-----------|
| 105. | 2/14/2022 | 8:56 AM | Andy Bardos | Randy Stevenson | John Alford | Communications related to expert data analysis of voting cohesion and racially polarized voting | Work Product |
| 106. | 2/28/2022 | 6:03 PM | George Levesque | Randy Stevenson | John Alford; Andy Bardos; Ashley Lukis | Communications related to expert data analysis of voting cohesion and racially polarized voting | Work Product |
| 107. | 2/28/2022 | 5:56 PM | Randy Stevenson | George Levesque | John Alford; Andy Bardos; Ashley Lukis | Communications related to expert data analysis of voting cohesion and racially polarized voting | Work Product |
| 108. | 3/1/2022 | 8:54 PM | George Levesque | Leda Kelly | Andy Bardos; Ashley Lukis | Communications related to expert data analysis of voting cohesion and racially polarized voting | Work Product |
| 109. | 3/1/2022 | 1:37 PM | George Levesque | Randy Stevenson | John Alford; Andy Bardos; Ashley Lukis | Communications related to expert data analysis of voting cohesion and racially polarized voting | Work Product |

| No. | Date | Time | From | To | CC | Subject Matter | Privilege |
|---|---|---|---|---|---|---|---|
| 110. | 3/7/2022 | 2:52 PM | Andy Bardos | John Alford; Randy Stevenson | George Levesque; Ashley Lukis | Communications related to expert data analysis of voting cohesion and racially polarized voting | Work Product |
| 111. | 4/25/2022 | 10:35 AM | Andy Bardos | John Alford; Randy Stevenson | | Communications related to expert data analysis of voting cohesion and racially polarized voting | Work Product |
| 112. | 4/25/2022 | 11:16 AM | Randy Stevenson | Andy Bardos | | Communications related to expert data analysis of voting cohesion and racially polarized voting | Work Product |
| 113. | 4/27/2022 | 12:19 PM | Randy Stevenson | Andy Bardos | | Communications related to expert data analysis of voting cohesion and racially polarized voting | Work Product |
| 114. | 4/28/2022 | 9:25 AM | Andy Bardos | Leda Kelly | | Communications related to expert data analysis of voting cohesion and racially polarized voting | Work Product |

| No. | Date | Time | From | To | CC | Subject Matter | Privilege |
|---|---|---|---|---|---|---|---|
| **115.** | 4/28/2022 | 9:24 AM | Andy Bardos | Randy Stevenson | | Communications related to expert data analysis of voting cohesion and racially polarized voting | Work Product |

Dated August 23, 2024.                              Respectfully submitted,


                                                    /s/ *Andy Bardos*
Christopher M. Kise (FBN 855545)                    Andy Bardos (FBN 822671)
ckise@continentalpllc.com                           andy.bardos@gray-robinson.com
CONTINENTAL PLLC                                    GRAYROBINSON, P.A.
101 North Monroe Street, Suite 750                  301 South Bronough Street, Suite 600
Tallahassee, Florida 32301                          Tallahassee, Florida 32301-1724
Telephone: 850-270-2211                             Telephone: 850-577-9090

Jesus M. Suarez (FBN 60086)
jsuarez@continentalpllc.com
Carmen Manrara Cartaya (FBN 73887)
ccartaya@continentalpllc.com
CONTINENTAL PLLC
255 Alhambra Circle, Suite 640
Coral Gables, Florida 33134
Telephone: 305-677-2707


*Attorneys for Defendant, Florida House of Representatives*

## CERTIFICATE OF SERVICE

I certify that, on August 23, 2024, a true and correct copy of the foregoing was served by email on all counsel identified on the Service List that follows.

/s/ *Andy Bardos*

Andy Bardos (FBN 822671)
GRAYROBINSON, P.A.

**<u>SERVICE LIST</u>**

Nicholas L.V. Warren
ACLU Foundation of Florida
1809 Art Museum Drive, Suite 203
Jacksonville, Florida 32207
nwarren@aclufl.org
*Attorneys for Plaintiffs*

Mohammad O. Jazil
Michael Beato
Holtzman Vogel Baran
Torchinsky & Josefiak PLLC
119 South Monroe Street, Suite 500
Tallahassee, Florida 32301
mjazil@holtzmanvogel.com
mbeato@holtzmanvogel.com
zbennington@holtzmanvogel.com
*Attorneys for Secretary of State*

Bradley R. McVay
Joseph S. Van de Bogart
Ashley Davis
Florida Department of State
R.A. Gray Building
500 South Bronough Street
Tallahassee, Florida 32399
brad.mcvay@dos.myflorida.com
joseph.vandebogart@dos.myflorida.com
ashley.davis@dos.myflorida.com
*Attorneys for Secretary of State*

Brian P. Quinn
Patrick J. Jones
Emily Murphy
Gabrielle S. Jackson
O'Melveny & Myers LLP
1625 Eye Street NW
Washington, D.C. 20006
bquinn@omm.com
pjones@omm.com
emurphy@omm.com
gjackson@omm.com
*Attorneys for Plaintiffs*

Daniel B. Tilley
Caroline A. McNamara
ACLU Foundation of Florida
4343 West Flagler Street, Suite 400
Miami, Florida 33134
dtilley@aclufl.org
cmcnamara@aclufl.org
*Attorneys for Plaintiffs*

Jorge L. Vasquez, Jr.
Esperanza Segarra
Vasquez Segarra LLP
5 West 37th Street, Suite 6003
New York, New York 10018
jorge@vsllplaw.com
esperanza@vsllplaw.com
*Attorneys for Plaintiffs*

Andrew J. Frackman
O'Melveny & Myers LLP
1301 Avenue of the Americas, 17th Floor
New York, New York 10019
afrackman@omm.com
*Attorneys for Plaintiffs*