IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CUBANOS PA'LANTE, et al.,

    *Plaintiffs*,

v.                                                     Case No: 1:24-cv-21983-JB

FLORIDA HOUSE OF
REPRESENTATIVES, et al.,

    *Defendants*.

_____/

## **FLORIDA SENATE'S CATEGORICAL PRIVILEGE LOG**

    Pursuant to Federal Rule of Civil Procedure 26(b)(5)(A), the Florida Senate hereby serves its categorical[1] privilege log for the information withheld from its production of documents (BATES numbered SEN-CP000001 through SEN-CP002946) in response to Plaintiff Cubanos Pa'lante's Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action, dated July 11, 2024, as follows:

| Date Range | Document(s) | Sender(s) Recipient(s) | Category Description | Privilege(s) Asserted |
|---|---|---|---|---|
| February 2021- March 2021 | Communications (including attachments or enclosures, where applicable) | Attorneys (and attorney staff): Jason Rojas<br><br>Client: The Florida Senate | Communications with counsel and legislative staff regarding the exchange of written draft materials to be | Attorney-client Legislative |

---

[1] A categorical privilege log is appropriate because the asserted privileges are not document-specific, but category specific and "the categories of information are sufficiently articulated to permit the opposing party to assess the claims of privilege or work product protection." *Teledyne Instruments, Inc. v. Cairns*, No. 6:12-cv-854-Orl-28TBS, 2013 WL 5781274, at *16 (M.D. Fla. Oct. 25, 2013); *see also United States v. Physician Ps., LLC*, No. 8:19-CV-1236-KKM-SPF, 2024 WL 2846007, at *3 (M.D. Fla. June 5, 2024) (citing *Teledyne*, 2013 WL 5781274, at *16; *United States v. Gericare Med. Supply Inc.*, No. Civ.A.99-0366-CB-L, 2000 WL 33156442, at *4 (S.D. Ala. Dec. 11, 2000); and Fed. R. Civ. P. 26, 1993 advisory committee note).

PLAINTIFFS' TRIAL EXHIBIT

P15

1:24-cv-21983-JB

| | | Jay Ferrin<br>Claudia Vaccaro<br>Justin Eichermuller<br>Le Yen | published on the Florida Senate's website. | |
|---|---|---|---|---|
| June 2021 | Communications (including attachments or enclosures, where applicable) | <u>Attorneys (and attorney staff):</u><br>Jason Rojas<br><br>Client:<br>The Florida Senate<br>Katherine Betta<br>Kathy Mears | Communications with counsel containing attorney work product and pertaining to legal services, legal advice, and mental impressions of counsel. | Attorney-client<br>Work Product<br>Legislative |
| June 2021-August 2021 | Communications (including attachments or enclosures, where applicable) | <u>Legislative staff:</u><br>Jay Ferrin<br>Megan Magnole<br>Leda Kelly<br>Karen Dearden<br>Sam Wagoner | Communications with legislative staff regarding the exchange of draft legislative materials | Legislative |
| August 2021 | Communications (including attachments or enclosures, where applicable) | <u>Attorneys (and attorney staff):</u><br>Jason Rojas<br><br>Client:<br>The Florida Senate<br>Jay Ferrin<br>Megan Magnole | Communications with counsel involving the exchange of written draft materials to be published on the Florida Senate's website containing attorney work product and pertaining to legal services and legal advice. | Attorney-client<br>Work Product<br>Legislative |
| September 2021-November 2021 | Communications (including attachments or enclosures, where applicable) | <u>Attorneys (and attorney staff):</u><br>Jason Rojas<br>Daniel Nordby<br><br>Client:<br>The Florida Senate<br>Jay Ferrin | Communications with counsel involving the exchange of draft legislative presentation materials containing attorney work product and pertaining to legal services and legal advice. | Attorney-client<br>Work Product<br>Legislative |

| Date | Document Type | Parties | Description | Privilege |
|---|---|---|---|---|
| December 2021 | Communications (including attachments or enclosures, where applicable) | <u>Attorneys (and attorney staff):</u> Jason Rojas, Jeremiah Hawkes, Daniel Nordby<br><br><u>Client:</u> The Florida Senate, Katherine Betta | Communications with counsel and legislative staff involving the exchange of draft correspondence containing attorney work product and pertaining to legal services and legal advice. | Attorney-client Work Product Legislative |
| January 2022 | Communications (including attachments or enclosures, where applicable) | <u>Legislative staff:</u> Dana Ivey, Sue Arnold, Tamra Redig | Communications with legislative staff regarding the exchange of draft legislative analyses. | Legislative |
| January 2022 | Communications (including attachments or enclosures, where applicable) | <u>Attorneys (and attorney staff):</u> Jason Rojas, Daniel Nordby<br><br><u>Client:</u> The Florida Senate, Jay Ferrin, Justin Eichermuller | Communications with counsel and legislative staff containing attorney work product and pertaining to legal services and legal advice. | Attorney-client Work Product Legislative |
| April 2022 | Communications (including attachments or enclosures, where applicable) | <u>Attorneys (and attorney staff):</u> James Rhea, John Seay | Communications with attorney staff involving the exchange of draft legislation. | Work Product Legislative |
| April 2022 | Communications (including attachments or enclosures, where applicable) | <u>Attorneys (and attorney staff):</u> Jason Rojas, James Rhea<br><br><u>Client:</u> The Florida Senate, Jay Ferrin, Andrew Mackintosh, Tom Hamby | Communications with counsel and legislative staff involving the exchange of draft legislation. | Attorney-client Work Product Legislative |
| April 2022 | Communications (including attachments or | <u>Attorneys (and attorney staff):</u> Jason Rojas, Daniel Nordby | Communications with counsel and legislative staff pertaining to legal | Attorney-client Legislative |

3

| | enclosures, where applicable) | Client:<br>The Florida Senate<br>Jay Ferrin | services and legal advice. | |

Dated: October 4, 2024

Respectfully submitted,

|  |  |
|---|---|
| CARLOS REY (FBN 11648)<br>**FLORIDA SENATE**<br>404 South Monroe Street<br>Tallahassee, Florida 32399<br>(850) 487-5855<br>*Rey.Carlos@flsenate.gov* | */s/ Daniel E. Nordby*<br>DANIEL E. NORDBY (FBN 14588)<br>**SHUTTS & BOWEN LLP**<br>215 South Monroe Street, Suite 804<br>Tallahassee, Florida 32301<br>(850) 241-1717<br>*DNordby@shutts.com* |

*Counsel for the Florida Senate*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 4, 2024, I served this document by electronic mail on:

Nicholas L.V. Warren
ACLU of Florida
1809 Art Museum Dr., Ste. 203
Jacksonville, FL 23305
nwarren@aclufl.org

*Counsel for Plaintiffs*

*/s/ Daniel E. Nordby*
Attorney