| VANID | Last | First | Mid | Suf | Home Phone | Address | City | State/Province | Zip/Postal | Zip4 | Country Code | CountryName | AddressID | CD | CD | SD | HD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 109802033 | Ramos | Zuzelle | | | | 17331 SW 150th Ct | Miami | FL | 33187 | 6208 | US | United States | 7799591 | 28 | 28 | 40 | 119 |
| 110892899 | Mendoza | Daniel | | | 3059682117 | 14271 SW 74th St | Miami | FL | 33183 | 2964 | US | United States | 10636677 | 28 | 28 | 40 | 118 |
| 113811265 | Carbajales | Isabella | | | 7865034069 | 8911 NW 166th Ter | Hialeah | FL | 33018 | 6111 | US | United States | 11236416 | 26 | 26 | 39 | 110 |
| 116130310 | Maria | Bee | | | 7868658077 | 674 SE Park Dr Apt 2 | Hialeah | FL | 33010 | 5629 | US | United States | 14640370 | 26 | 26 | 39 | 112 |
| 117230343 | Fuentes | Francisco | | | 3057767814 | 2981 NW 29th St | Miami | FL | 33142 | 6433 | US | United States | 13453629 | 26 | 26 | 39 | 109 |
| 117243588 | Taveras | Jesus | | | | 1330 NW 34th St | Miami | FL | 33142 | 5504 | US | United States | 13466079 | 26 | 26 | 36 | 109 |
| 117912644 | Mendia | John | | | 3055954568 | 7901 Sunset Dr | Miami | FL | 33143 | 3930 | US | United States | 13931221 | 27 | 27 | 38 | 115 |
| 118103909 | Alcala | Ibis | | | 3059795772 | 1400 SW 82nd Ave | Miami | FL | 33144 | 5242 | US | United States | 14053691 | 27 | 27 | 36 | 115 |
| 118137457 | Taveras | Tyler | | | | 1330 NW 34th St | Miami | FL | 33142 | 5504 | US | United States | 14087480 | 26 | 26 | 36 | 109 |
| 118740162 | Johnson | Vaughan | | | 7864901101 | 1036 NW 29th Ter Apt 3 | Miami | FL | 33127 | 3865 | US | United States | 15470747 | 26 | 26 | 36 | 109 |
| 118966129 | Reid | Shanelle | | | 7863072941 | 16570 SW 145th Ave | Miami | FL | 33177 | 1766 | US | United States | 14886194 | 28 | 28 | 40 | 119 |
| 119558541 | Smith | Jahneé | | | | 1545 NW 15Th Street Rd | Miami | FL | 33125 | 1612 | US | United States | 15470706 | 26 | 26 | 36 | 109 |
| 120022546 | Silva | Danays | | | 7863015340 | 11659 NW 90th Ave | Hialeah Gardens | FL | 33018 | 4155 | US | United States | 15470718 | 26 | 26 | 39 | 111 |
| 120125471 | Francisco-Bogert | Gabrielle | | | 3056327409 | 12701 SW 72nd Ave | Pinecrest | FL | 33156 | 5318 | US | United States | 15470657 | 27 | 27 | 38 | 115 |
| 120277128 | Gutierrez | Sebastian | | | 7862385570 | 13266 SW 9th Ter | Miami | FL | 33184 | 1932 | US | United States | 15587436 | 28 | 28 | 40 | 118 |
| 120306277 | Pita del Prado | Jade | | | 3053368000 | 7000 SW 133rd St | Pinecrest | FL | 33156 | 6956 | US | United States | 15611107 | 27 | 27 | 38 | 115 |
| 120336099 | marrero | mira | | | 3053191405 | 10097 NW 126th Ter | Hialeah | FL | 33018 | 7431 | US | United States | 15672047 | 26 | 26 | 39 | 111 |
| 120397514 | Salinas | Kevin | | | 7864745726 | 190 W 13th St Apt 11 | Hialeah | FL | 33010 | 3974 | US | United States | 15695077 | 26 | 26 | 39 | 112 |
| 120397568 | Benoit | Angelica | | | 3059155687 | 8445 Hammocks Blvd | Miami | FL | 33193 | 4188 | US | United States | 15695113 | 28 | 28 | 40 | 119 |
| 120493915 | Arriaza | Jose | | | 7862024871 | 3620 NW 30th Ave Lot E517 | Miami | FL | 33142 | 5170 | US | United States | 1628146 | 26 | 26 | 39 | 109 |



PLAINTIFFS' TRIAL EXHIBIT
P43
1:24-cv-21983-JB