

# 2024 Engage Miami Member Intake Form

## Welcome to Engage Miami!

*Congratulations on taking the first step towards becoming an active member of our community. By joining Engage Miami, you're not just signing up for membership; you're committing to shaping the future of our city and beyond. Your decision to become a member reflects your dedication to civic engagement and your belief in the power of collective action. Together, we'll work towards creating positive change, amplifying our voices, and building a more equitable and inclusive society.*

### Engage Miami Member Experience and Benefits

- Join Member Community with Exclusive Member-only Opportunities and receive our New Member Welcome Package, Member Discounts on Engage Events
- Access to Trainings and Regular Volunteer Opportunities, Advocacy and Leadership Opportunities
- Opportunities to participate in campaigns, meet elected officials, candidates for office and help advance the Young People's Priorities platform

### Member Commitments

- Commit to share values of respect, creativity, equity, and learning for the purpose of building power and community to advance shared goals
- Support actions, events, campaigns and initiatives to advance the Young People's Priorities and help get others involved in building power
- Contribute to our membership dues on a sliding scale (from $0 on up, with a suggested minimum of $3 per month)
- Join us for orientations, trainings, volunteer opportunities, and membership meetings

Please complete the membership form to officially get started as a member. We're excited to have you on board and look forward to embarking on this journey together.
Thank you for choosing to be a part of Engage Miami!

PLAINTIFFS' TRIAL EXHIBIT P46
1:24-cv-21983-JB
CUBANOS-0000005921



CUBANOS-0000005922

[                                                                         ]

What neighborhood or area do you live in? (Optional)

[                                                                         ]

I'm most excited to participate in:

☐ Trainings & Workshops

☐ Issue Advocacy

☐ Activating other Young Voters

☐ Volunteer Opportunities

☐ Community Gatherings and Arts Activations

Have you volunteered or participated in community organizing in the past? If so, with which organizations? (alternatively, share your volunteer or community organizing experience, if any) (Optional)

[                                                                         ]

Are you currently involved with any other organizations? If so, which ones? (Optional)

[                                                                         ]

During what days and times are you typically available? This will help us schedule events and meetings (Optional)

☐ Weekdays Daytime

☐ Weekdays Evenings

☐ Weekend Mornings

☐ Weekend Afternoons

- [ ] Weekend Evenings

Select your top three issues from this list:

- [ ] Housing Affordability
- [ ] Community Safety and Wellbeing
- [ ] Climate Action
- [ ] Economic Opportunity
- [ ] Public Infrastructure including transit, libraries and parks
- [ ] Democracy and Voting Rights
- [ ] Educational Equity

Are there accessibility accommodations such you would need to enable your participation in events, meetings, or actions? (Optional)

[ ]

What is your t-shirt size?
- ( ) 3XL
- ( ) 2XL
- ( ) XL
- ( ) L
- ( ) M
- ( ) S
- ( ) XS

What is your educational background? (Optional)

- [ ] Some High School

- [ ] High School Diploma / GED
- [ ] Some College / Associate's Degree
- [ ] Bachelor's Degree
- [ ] Graduate / Professional Degree
- [ ] Prefer not to say

Are you currently enrolled in a college/university? (Optional)

- ( ) Not Enrolled
- ( ) FIU
- ( ) MDC
- ( ) St Thomas
- ( ) University of Miami
- ( ) Barry University
- ( ) FAU
- ( ) PBSC
- ( ) Nova Southern U
- ( ) Florida Memorial
- ( ) Enrolled Elsewhere

Engage Membership dues are on a sliding scale - please enter the amount that works for you here, or enter 0. At the end of this form, you'll be redirected to complete the payment.

I commit to support Engage Miami, abide by community values of respect, creativity, equity, and learning, and to support the Young People's Priorities.

- [ ] Yes! Count me in





CUBANOS-0000005926