★ ALL VOTES MATTER ★

# ACCESSING THE PANTHER VOTE

**SEPTEMBER 10, 2024**
**4 PM ★ GC BALLROOMS**
Lunch will be provided

### Join us to:
- Learn about the upcoming elections
- Ask election-related questions
- Register to vote
- Update voter record
- Check voter status
- Request an accessible Vote-by-Mail ballot
- Gather election information







If you are a student with a disability and may require an accommodation, contact the DRC at 305-348-3532 at least 3 business days prior to the event.

PLAINTIFFS' TRIAL EXHIBIT P51 1:24-cv-21983-JB