

# FIU GET OUT THE EARLY VOTE!

## PANTHERS VOTE!

This upcoming election is no joke, and there are many rights at stake for Floridians. That's why we're doing everything we can to raise awareness about voting and Amendment 4.

Join the ACLU of Florida and your fellow FIU Panthers as we talk about the importance of voting and Amendment 4. Ensure that you're registered, have a plan to vote, and then stay a while for some free ice cream, inflatable and video games, and music!

Let's show the world that Panthers Vote!

### OCT. 29TH, 2024

**FIU GC Lawns @ 11am - 2pm EDT**



PLAINTIFFS' TRIAL EXHIBIT
P52
1:24-cv-21983-JB