Fall 2024 - Spring 2025

# PREAMBLE

We the members of The American Civil Liberties Union (ACLU))—For The Panthers Club and subscribing to all local, state and federal laws, as well as all Florida International University regulations, policies and procedures, establish this Constitution to govern the matters within our organization. Such compliance includes the Students Code of Conduct and the Registered Student Organizations (RSOC) Manual/Student Organization handbook.

## Article I - Name

*Section 1* The name of this organization shall be *The American Civil Liberties Union (ACLU)—For The Panthers Club @ FIU*, and it may be referred to as *The FIU American Civil Liberties Union Student Alliance*.

*Section 2* In affiliations with the national ACLU and the regional ACLU of Florida, both will support us with ACLU-branded merchandise, information, career opportunities, information/news, and guidance and guidelines as a subsidiary of the larger national ACLU. At a minimum, communication between the student organization entity and the ACLU of Florida must be monthly.

## Article II - Purpose

*Section 1* The purpose of this organization shall be to protect, defend, strengthen, and promote the constitutional rights of all people in Florida and Florida International University. We envision a fair and just Florida, nation, and campus where all people are free, under the law, and live and study with dignity.

## Article III - Membership

*Section 1* The organization is open to all students. We encourage the participation of students willing to learn how to be civically inclined, engaged, and active. To receive recognition as an honored member of the student organization, students must attend at least three events of any kind. An honored member may receive recommendation letters written by club leadership or may apply for any committee position within the American Civil Liberties Union Club. Club membership continues after graduation, and alums are encouraged to interact, represent, and assist the student organization in any way that is seen fit by the executive board.

*Section 2* The American Civil Liberties Union (ACLU) - For The Panthers Club shall not haze any prospective members for the purpose of admission into or affiliation with the organization. Members of The American Civil Liberties Union (ACLU) - For The Panthers Club are free to leave or dissociate without fear of retribution or harassment.



**Fall 2024 - Spring 2025**

*Section 3* The American Civil Liberties Union (ACLU) - For The Panthers Club will comply with FIU policies and procedures (FIU 2501 Student Conduct and Honor Code) which defines hazing as: any action or situation that recklessly or intentionally endangers the mental or physical health or safety of a Student for purposes including, but not limited to, initiation or admission into, affiliation with, or the perpetuation or furtherance of a tradition or ritual of any Student Organization operating under the sanction of the University or other organization or group not officially recognized by the University. Although hazing is typically related to a person's initiation or admission into, or affiliation with a Student Organization, athletic team (intramural, club or intercollegiate), extracurricular activity or any other University group or organization, it is not necessary to have direct proof that a person's initiation or continued membership is contingent upon participation in the activity for a charge of hazing to be upheld. The actions of active, prospective, former, or associate members (pledges) of a Student organization may be considered hazing. Organizational leaders who plan a hazing event will be held responsible even if not in attendance at an event where the hazing occurs. Hazing does not include customary athletic events or similar contests or competitions or any activity or conduct that furthers a legal and legitimate objective.

*Section 4* The American Civil Liberties Union (ACLU) - For The Panthers Club in order to comply with the University's commitment no discrimination shall be made on the basis of gender, race, color, creed, age, religion, disability, national origin, marital status, sexual orientation, parental status or veteran status.

**Article IV - Officers**
*Section 1* The officers of this organization shall consist of six positions: President, Vice-President, Secretary, Treasurer, Head of Communications (lead social media campaigns, recruitment, and overall communications), and Head of Campaigns (provides the board with information on possible club initiatives and innovative ways to inform/engage the student body). Officers must be FIU students. Positions required are President, Vice President, Treasurer, and RSOC Rep).

*Section 2 RSOC requires a minimum of 2.5 GPA and minimum of 9 credits enrollments if an undergraduate student, 6 credits if a graduate student and 3 credits if a Ph.D. student.*

*Section 3* Term of office shall be an academic year (i.e., 2024-2025).

*Section 4* Provisions for the removal of an officer shall be initiated by either a member or executive board member via written statement (ex., email), provided with reasonable cause and detail.

**Fall 2024 - Spring 2025**

### Article V - Elections
*Section 1* Election of all officers shall be held once every academic year for members to choose

*Section 2* Provisions for filling vacancies. Elections will be held before the end of the Fall semester. Positions will be posted on social media and announced in meetings. All members can vote. If there is a tie, the executive board will break said tie by choosing the best candidate. Any percentage of members' participation is sufficient to elect a new board member.

*Section 3* The voting procedures shall be via any voting/survey software that provides a time stamp and the voter's name.

### Article VI - Meetings
*Section 1* This organization's regular meetings shall be held at least once a month. The executive board shall announce and provide notice of meeting dates accordingly and through adequate means of communication (e.g., group chat, social media, or meetings).

*Section 2* A quorum shall consist of 10 voting members or a percentage of voting members present at any meeting by utilizing Robert's Rule of Order.

### Article VII - Advisors
*Section 1* There shall be at least one *full time* faculty/staff advisor at all times in the Organizations.

*Section 2* Duties or responsibilities of an advisor. Include the groups' expectations for involvement and refer to the Advisor Agreement Letter.

### Article VIII - Amendments
*Section 1* The constitution may be amended by a vote of (be specific – majority, 2/3, etc., include any requirements for the form or manner in which the amendment is written; any limitations for the presentation or ratification of an amendment; and what margin of votes an amendment shall be required to receive for passage).

### ARTICLE IX: DISSOLUTION CLAUSE
**I. This Student Organization will be dissolved by a two-thirds majority quorum votes to do so, or when the Student Organization fails to complete the University required recognition process for two consecutive semesters.**