# Hannah L. Walker

University of Texas at Austin
Department of Government
116 Inner Campus Drive
Austin, TX 78712

Phone:   (360) 521-7277
Email:   `hlwalker@utexas.edu`
Website: https://mobilizedbyinjustice.com

## Academic Positions

Associate Professor of Government, University of Texas at Austin, 2023 - Present

*Director of Research, Initiative for Law, Society and Justice, 2023 - 2025*
*Co-Founder and Principle Investigator, Expanding Engagement Lab, 2022 - Present*
*Faculty Affiliate, Teresa Lozano Long Institute of Latin American Studies, 2020 - Present*
*Research Affiliate, Population Research Center, 2021 - Present*
*Faculty Fellow, Politics of Race and Ethnicity Lab, 2021 - Present*
*Faculty Affiliate, Center for Law and Democracy, 2025 - Present*

Russell Sage Foundation Visiting Scholar, 2023 - 2024

Assistant Professor of Government, University of Texas at Austin, 2020 - 2023

Assistant Professor of Political Science and Criminal Justice, Rutgers University, 2017 - 2020

Postdoctoral Fellow, Prisons and Justice Initiative, Georgetown University, 2016-2017

## Education

University of Washington

Ph.D. Political Science, June 2016
Research Fields: American Politics, Race and Ethnic Politics, Political Methodology

Center for Statistics in the Social Sciences Political Methodology Field Certificate, May 2014

Master of Arts, Political Science, December 2013

Rutgers University

Masters of Public Policy, May 2011

Washington State University

Bachelor of Arts, Public Affairs, May 2009

## Book Manuscripts

Walker, Hannah L. 2020. *Mobilized by Injustice: Criminal Justice Contact, Political Participation and Race.* Oxford University Press.
*\*Winner of the American Political Science Association Racial and Ethnic Politics Section best book award, 2020*



EXHIBIT
P56

# Peer Reviewed Publications

27. Harris, Allison, Walker, Hannah L., White, Ariel, Doleac, Jennifer, Eckhouse, Laurel, and Foster-Moore, Eric. Forthcoming. "Registering Returning Citizens to Vote: Field Experiments in North Carolina." *Journal of Politics*.

26. Lopez Bunyasi, Tehama, Watts Smith, Candis and Walker, Hannah L. Forthcoming. "Are These My People? The Geography of Black Politics." *Politics, Groups and Identities*.

25. White, Ariel, Walker, Hannah L., Michelson, Melissa, and Roth, Sam. 2025. "Getting Out the (Newly Enfranchised) Vote: Encouraging Voter Registration After Rights Restoration." *Political Behavior*, doi.org/10.1007/s11109-025-10055-1.

24. Verrilli, Allison, Roman, Marcel, Walker, Hannah L., Epp, Derek, Finley, Mike and Liu, Amy. 2025. "Policing at the Margins: Boundary Maintenance in U.S. Municipalities." *Perspectives on Politics*, doi:10.1017/S1537592725000490.

23. Roman, Marcel, Fredrikkson, Klara, Walker, Hannah L., Cassella, Chris and Epp, Derek. 2025. "The George Floyd Effect: How Protests and Public Scrutiny Changed Police Behavior." *Perspectives on Politics*, doi:10.1017/S1537592725000052.

22. Dias, Megan, Epp, Derek, Roman, Marcel and Walker, Hannah L. 2024. "Consent searches: Evaluating the usefulness of a common and highly discretionary police practice." *Journal of Empirical Legal Studies*, 21(1), 35-91.

21. Garcia-Rios, Sergio, Lajevardi, Nazita, Oskooii, Kassra, and Walker, Hannah L. 2022. "The Participatory Implications of Racialized Policy Feedbacks." *Perspectives on Politics*, 21(3), 932-950.

20. Lajevardi, Nazita, Oskooii, Kassra, and Walker, Hannah L. 2022. "Unmediated Digital News Consumption and Support for Anti-Muslim American Policy Proposals." *Journal of Public Policy*, 42(4), 656-683.

19. Barreto, Matt, Sanchez, Gabriel, and Walker, Hannah L. 2022. "Battling the Hydra: Voter ID Laws and Native Americans in North Dakota." *Journal of Racial and Ethnic Politics*, 7(1), 119-140.

18. Roman, Marcel, Walker, Hannah L. and Barreto, Matt. 2022. "Overcoming the limits of illegality: How social ties with undocumented immigrants motivate Latinx political participation." *Political Research Quarterly*, 75(3), 661-675.

17. Walker, Hannah L., McCabe, Katherine and Matos, Yalidy. 2022. "Proximal contact with Latino Immigrants, Perceptions of Immigrants, and Policy Attitudes among non-Hispanic Whites." *Politics, Groups and Identities*, 10(4): 653–673.

16. McCabe, Katherine, Matos, Yalidy and Walker, Hannah L. 2021. "Priming legality: Perceptions of Latino and undocumented Latino immigrants." *American Politics Research*, 49(1), 106-113.

15. Walker, Hannah L., Collingwood, Loren, and Lopez Bunyasi, Tehama. 2020. "White Response to Black Death: A Racialized Theory of White Attitudes Towards Gun Control." *Du Bois Review*, 17(1):165-188.

14. Walker, Hannah L., Roman Marcel, and Barreto Matt. 2020. "The Ripple Effect: The Political Consequences of Proximal Contact with Immigration Enforcement." *The Journal of Racial and Ethnic Politics*, doi: 10.1017/rep.2020.9. *Online first*.

*Hannah L. Walker* 3

13. Walker, Hannah L. 2020. "Targeted: The mobilizing effect of perceptions of unfair policing practices." *The Journal of Politics*, 82(1): 119-134.

12. Lajevardi, Nazita, Oskooii, Kassra, and Walker, Hannah L. and Westfall, Aubrey. 2020. "The Paradox Between Integration and Perceived Discrimination Among American Muslims." *Political Psychology*, 41(3): 587-606.

11. Barreto, Matt, Nuño, Stephen, Sanchez, Gabriel, and Walker, Hannah L. 2019. "The Racial Implications of Voter ID Laws in America." *American Politics Research*, 47(2), 238-249.

10. García-Castañon, Marcela, Huckle, Kiku, Walker, Hannah L. and Chong, Chinbo. 2019. "Democracy's Deficit: The role of institutional contact in non-white political behavior." *Journal of Race, Ethnicity and Politics*, 4(1): 1-31.

9. Owens, Michael Leo and Walker, Hannah L. 2018. "Civic Voluntarism of 'Custodial Citizens': Involuntary Criminal Justice Contact, Associational Life and Political Participation." *Perspectives on Politics*, 16(4), 990-1013.

8. Walker, Hannah L., Herron, Michael C., and Smith, Daniel A. 2018. "Early voting changes and voter turnout: North Carolina in the 2016 General Election." *Political Behavior*, doi:10.1007/s11109-018-9473-5. *Online first*.

7. Dana, Karam, Lajevardi, Nazita, Oskooii, Kassra, and Walker, Hannah L. 2018. "Veiled politics: Experiences with discrimination among American Muslims." *Religion and Politics*, doi:10.1017/S1755048318000287. *Online first*.

6. Walker, Hannah L. and García-Castañon, Marcela. 2017. "For Love and Justice: The Mobilizing Impacts of Race, Gender and Proximal Contact." *Politics and Gender*, 13(4): 541-568.

5. Walker, Hannah L., Thorpe, Rebecca, Christensen, Emily and Anderson, JP. 2016. "The Hidden Subsidies of Rural Prisons: Race, Space and Cumulative Disadvantage." *Punishment and Society*, online first, Sage. August 8, 2016.

4. Sanchez, Gabriel R., Vargas, Eduard D., Walker, Hannah L., and Ybarra, Vickie D. 2015. "Stuck Between a Rock and a Hard Place: The Relationship Between Latino/a's Personal Connections to Immigrants and Issue Salience and Presidential Approval." *Politics, Groups and Identities*, 3(3).

3. Walker, Hannah L. and Bennett, Dylan. 2015. "The Wages of Wisconsin's Whiteness: Black Milwaukee, White Waukesha, and the Destruction of Public Sector Labor Unions." *New Political Science: A Journal of Politics and Culture*, 37(2): 181-203.

2. Dana, Karam and Walker, Hannah L. 2015. "Invisible Disasters: The Effects of Israeli Occupation on Palestinian Gender Roles." *Contemporary Arab Affairs*, 8(4): 488-504.

1. Walker, Hannah L. 2014. "Extending the Effects of the Carceral State: Proximal Contact, Political Participation and Race." *Political Research Quarterly*, 67(4): 809-822.

## Book Chapters, Reviews, and other Academic Works

6. Walker, Hannah L. Review of "*Neighborhood Watch: Policing White Spaces in America.* Shawn E. Fields. New York: Cambridge University Press (2022)" *Perspectives on Politics*, 21(1): 375-376.

5. Harris, Allison, Walker, Hannah L., and Eckhouse, Laurel. 2020. "No Justice, No Peace: Political Science Perspectives on the American Carceral State. *The Journal of Racial and Ethnic Politics*, 5: 427–449. Introduction to special issue on the politics of criminal justice.

4. Walker, Hannah L., Roman, Marcel and Barreto, Matt. 2020. "The Direct and Indirect Effects of Immigration Enforcement on Latino Political Engagement." *UCLA Law Review*. 67.

3. Sanchez, Gabe, Walker, Hannah L., Nuño, Stephen, and Barreto, Matt. 2019. Encyclopedia Entry for "The Impact of Voter ID Laws." in Jessica Lavariega-Monforti (ed.) Latinos in the American Political System: An Encyclopedia of Latinos as Voters, Candidates, and Office Holders.

2. Walker, Hannah L., Sanchez, Gabe, Nuño, Stephen, and Barreto, Matt. 2017. "Race and the Right to Vote: The Modern Barrier of Voter ID Laws." in Todd Donovan (ed.) Election Rules and Reforms. New York: Rowman and Littlefield.

1. Walker, Hannah L. Review of "*Incarceration Nation: How the United States Became the Most Punitive Democracy in the World.* Peter K. Enns. New York: Cambridge University Press (2017) 192, ISBN 978-1-107-13288-7, 178-1-316-50061-3," *The Howard Journal of Criminal Justice,* 56(2): 269-271.

## Select Works in Preparation

White, Ariel, Walker, Hannah L., and Harris, Allison. *Mobilizing System-Impacted Voters Through Relational Organizing in Texas*. Book manuscript in progress.

Walker, Hannah L., White, Ariel, Harris, Allison, and Ludwig, Tyler. "Bridges to the Ballot: How Loved Ones Can Mobilize Voters with Criminal Records." Working paper.

Walker, Hannah L., Verrilli, Allison, Sullivan, Miranda, and Epp, Derek. "Exposure to Crime and Vote Switching in the 2024 Presidential Election." Working paper.

Headley, Andrea, Roman, Marcel, and Walker, Hannah L. "Investigating Police Use of Force and Political Engagement." Working paper.

Harris, Allison, Ottone, Nicholas, and Walker, Hannah L. "Diversity Among Courthouse Colleagues and Individual Decision Making." Working paper.

Walker, Hannah L. "Collaborative Injustice: Linking Federal Immigration Policy to Local Law Enforcement Practices." Working paper.

## Funding

Arnold Ventures, "Registering Returning Citizens to Vote through Relational Organizing in Texas," 2024 - 2025, $158,318.00 (with Allison Harris and Ariel White).

Arnold Ventures, Building Civic Power Convening, July 2024, $40,000.00 (with Rob Stewart and The Sentencing Project).

Arnold Ventures, Convening on Implementing Rights Restoration for People with Felony Convictions, May 2024, $21,000.00 (with Rob Stewart).

*Hannah L. Walker* 5

Public Agenda, Democracy Renewal Project, "Registering Returning Citizens to Vote through Relational Organizing in Texas," 2024 - 2025, $50,000.00 (with Allison Harris and Ariel White).

Russell Sage Trustee Grant in Social, Political and Economic Inequality, "Policing socio-geographic change and displacement," 2023 - 2025, $187,136.00 (with Marcel Roman, Derek Epp, Mike Findley and Amy Liu).

Houston Endowment Fund, "Registering Re-Entering Citizens to Vote," 2022 - 2025, $420,000.00 (with Jennifer Doleac, Allison Harris and Ariel White).

OneOne Ventures. "Registering Re-Entering Citizens to Vote," 2022 - 2023, $60,000.00 (with Jennifer Doleac, Allison Harris and Ariel White).

Russell Sage Trustee Grant in Social, Political and Economic Inequality, "Registering Re-Entering Citizens to Vote," 2021-2023, $166,865.00 (with Jennifer Doleac, Laurel Eckhouse, Eric Foster-Moore, Allison Harris, and Ariel White).

J-PAL North America Pilot Grant, "Registering Re-entering Citizens to Vote," 2019-2022, $174,636 (with Jennifer Doleac, Laurel Eckhouse, Eric Foster-Moore, Allison Harris, and Ariel White).

Russell Sage Foundation Pipeline Grant, "Intersecting (In)Justice: The Causes and Consequences of the Criminalization of Immigration," 2020-2021, $26,428.00

J-PAL North America Pilot Grant, "Pilot: Registering Re-entering Citizens to Vote," 2019, $49,126.30 (with Jennifer Doleac, Laurel Eckhouse, Eric Foster-Moore, Allison Harris, and Ariel White).

Rutgers University Research Council Award, 2019-2020, $2,880.00

MIT Election Lab New Initiatives Grant, 2019-2020, $9,992.13 (with Laurel Eckhouse, Allison Harris and Ariel White)

Brian and Diane Jones Graduate Research Grant, University of Washington, Department of Political Science, 2015, $1,500.00

Center for Statistics and Social Science Graduate Student Research Presentation and Training Grant, Spring 2014, $1,000.00

# Awards

Racial and Ethnic Politics Section Best Book Award, APSA, 2020, *Mobilized by Injustice: Criminal Justice Contact, Political Participation and Race.*

Latino Caucus Best Paper in Latino Politics, WPSA, 2019, "The Ripple Effect: The Political Consequences of Proximal Contact with Immigration Enforcement," (with Marcel Roman and Matt Barreto).

Racial and Ethnic Politics Section Best Conference Paper Award, APSA, 2019, "Acculturation and Perceived Discrimination among Muslim Americans," (with Nazita Lajevardi, Kassra Oskooii and Aubrey Westfall).

Best Graduate Paper in Political Science, 2014, "Executive Discretion: A Mixed-Method Study of the Pardon and Clemency Process in Washington State," (with Kassra Oskooii)

Western Political Science Association Paper Award 2012, Best Paper in Black Politics. "The Effects of Indirect Contact With the Criminal Justice System on Political Participation."

*Hannah L. Walker* 6

## Teaching

Race, Policy and the Law

Introduction to American Politics

The Politics of Immigration

Race, Criminal Justice and Civil Rights

Law and Society

Public Policy Formation

Writing in the Profession (graduate)

Political Behavior (graduate)

American Politics Pro-Seminar (graduate)

Citizenship, Violence and Political Exclusion (graduate)

## Research and Consulting Experience

Florida, 2024 - 2025, expert witness, Cubanos Pa'Lante et al. v. Florida House of Representatives

Florida, 2020, expert report on racially polarized voting submitted to the Jacksonville City Council

Florida, 2020, expert witness, Jones v. Desantis

North Dakota, 2016, 2018, provided research support for expert report with Dr. Matt Barreto, Dr. Gabe Sanchez and Janelle Johnson submitted to federal court in the case Brakebill at al. v Jaeger

Texas, 2014, provided research support for expert report with Dr. Matt Barreto and Dr. Gabe Sanchez submitted to federal court in the case Veasey v. Perry

City of Seattle, Office for Civil Rights, Research and Evaluation Assistant, 2013 - 2014

Pennsylvania, 2012, provided research support for expert report with Dr. Matt Barreto and Dr. Gabe Sanchez submitted to federal court in the case Applewhite v. Commonwealth of Pennsylvania

Milwaukee County, WI, 2012, provided research support for expert report Dr. Matt Barreto and Dr. Gabe Sanchez submitted to federal court the case Frank v. Walker

## Invited Talks and Conference Presentations

"Inequality by the Numbers" workshop, CUNY Graduate Center, New York, 2024, 2025

University of Houston, Elizabeth D. Rockwell Center on Ethics and Leadership, Houston, 2025

Center for the Study of Democratic Politics conference on Racialized Policy Feedbacks, Princeton, 2024

  Immigration Seminar Series, CUNY Graduate Center, New York, 2024

  Institute for Social Science Research, University of Massachusetts at Amherst, Amherst, 2024

  Department of Political Science American Politics Workshop, University of Chicago, Chicago, 2024

  The Sentencing Project convening on "50 Years of Mass Incarceration: Building Civic Power", 2023

  Brennan Center for Justice Convening on Current Research in Voting Rights, NYU School of Law, 2023

  Department of Political Science Mini-conference on the Politics of Gender, Diversity and Representation, University of Houston, 2023

  Department of Political Science American Politics Workshop, Rice University, 2023

  Department of Political Science American Politics Workshop, Emory University, Atlanta, 2022

  Conversations on Race and Policing, CSU San Bernardino, 2022

  SNF Paideia Program, University of Pennsylvania, Philadelphia, 2021

  Citrin Center on Public Opinion, University of California, Berkeley, 2020

  Teresa Lozano Long Institute of Latin American Studies, University of Texas, Austin, 2020

  Race, Inequality and Policy Initiative, Wake Forest University, 2020

  Department of Political Science Research in American Politics Workshop, University of California, Berkeley, 2019

  Department of Political Science Race, Ethnicity and Politics Workshop, University of California, Los Angeles, 2019

  University of Denver, 2019

  Columbia University, 2018

  Yale University, 2018

  Seminar in Racial and Ethnic Politics, Pace University, 2017

  Winant Symposium on Democratic Deficits and American Politics, Rothermere American Institute at the University of Oxford, 2016

# Professional Service

**Discipline**

 Journal and Book Reviewer

  Journal of Politics, American Political Science Review, American Journal of Political Science, Perspectives on Politics, Political Behavior, Religion and Politics, Politics, Groups and Identities, the Journal of Racial and Ethnic Politics, Oxford University Press, University of Chicago Press

 Professional Leadership

  American Political Science Association, section on Race, Ethnicity and Politics Co-Chair, 2022-2024

  American Political Science Association, section on Race, Ethnicity and Politics best paper award committee, 2021

  Journal of Racial and Ethnic Politics, special issue in criminal justice, 2020 (guest editor with Allison Harris and Laurel Eckhouse)


American Political Science Association, section on Race, Ethnicity and Politics program chair, 2020

American Political Science Association, section on Race, Ethnicity and Politics Newsletter editor, 2017 - 2019

Conferences Organized

Building Civic Power, the Sentencing Project, July 2025

Founding organizer, conference on "Justice and Injustice: Political Science Perspectives on Crime and Punishment", 2018 - present

Convening on Implementing Rights Restoration for People with Felony Convictions, University of Minnesota, May 2024

Politics of Race, Immigration and Ethnicity Consortium, University of Texas at Austin, 2022 & 2024

Women in REP Writing Retreat, Michigan State University, June 2019

**University**

Dissertation committee chair:
- Allison Verrilli (UT Austin)
- Peter Dunphy (UT Austin)

Dissertation committee member:
- Bailey Socha (Rutgers University)
- Katie Krumholz (Rutgers University)
- Chris Cassella (UT Austin)
- Megan Dias (UT Austin)
- Ben White (UT Austin)
- Klara Fredrikkson (UT Austin)
- Miranda Sullivan (UT Austin)
- Katherine McCardle (UT AUstin)

Strategic planning committee, 2022 - 2023

Initiative on Law Society and Justice, advisory committee member, 2020 - present; director of research, 2023 - present

Racial and Ethnic Politics Search Committee, 2021

Provost's Early Career Fellowship Program Search Committee, 2020

Diversity and Inclusion in Government Graduate Studies (DIGGS) recruitment participant, 2021, 2022

Admissions Committee, 2019

Advisory Committee, 2017 - 2018