# Carolyn B. Abott

Baruch College - CUNY  
Department of Political Science  
One Bernard Baruch Way  
New York, NY 10010  

Office: Vertical Campus, 5th Floor, Room 275  
Phone: +1 (646) 312-4431  
Email: carolyn.abott@baruch.cuny.edu  
Website: https://sites.google.com/view/carolynabott/

## Academic Positions

Assistant Professor, Department of Political Science, Baruch College - CUNY, 2021 —

Assistant Professor, Department of Government and Politics, St. John's University, 2018 –21

Postdoctoral Research Fellow, John Glenn College of Public Affairs and Department of Political Science, The Ohio State University, 2016 – 18

## Education

Ph.D., Politics and Social Policy, Princeton University, 2016

    Dissertation: *The Politics of Public Sector Pensions*

    Committee: Nolan McCarty, Brandice Canes-Wrone, and Charles Cameron

M.A., Politics, Princeton University, 2013

    Fields: American Politics, Formal and Quantitative Methods, Inequality and Public Policy

B.A. Economics and Political Science, with High Honors, Swarthmore College, 2008

## Research and teaching interests

American politics, elections, representation and accountability, state and local politics, public budgeting and finance, interest groups and political parties, federalism.

## Publications

**Abott, Carolyn**. (2025). *The Politics of Public Pensions: Parties, State Governments, and Unions*, Columbia University Press.

**Abott, Carolyn**, Matthew Incantalupo and Akheil Singla. (2025). Voter Responsiveness to Measures of Local Government Financial Health, *Urban Affairs Review*, 61(6), pp. 1741–1780.

Rauscher, Emily, Greer Mellon, Susanna Loeb, and **Carolyn Abott.** When Money Matters Most: Unpacking the Effectiveness of School Spending, *Sociology of Education*, 98(4), pp. 314-336.

**Abott, Carolyn**, Matthew Incantalupo and Akheil Singla. (2025). Informing Voters about Public Finance: Evidence from a Survey Experiment, *Public Finance Journal,* 2(1), pp. 7-20.

**Abott, Carolyn** and Akheil Singla. (2021). Helping or Hurting? The Financial Costs and Benefits of Municipal Bankruptcy, *Public Administration Review,* 81(3), pp. 428-445.



**Abott, Carolyn** and Akheil Singla. (2021). Service Solvency and Quality of Life After Municipal Bankruptcy, *Journal of Political Institutions and Political Economy,* 2(2), pp. 249-280.

**Abott, Carolyn** and Asya Magazinnik. (2020). At-Large Elections and Minority Representation in Local Government, *American Journal of Political Science*, 64(3), pp. 717-733.

**Abott, Carolyn**, Vladimir Kogan, Stéphane Lavertu, and Zachary Peskowitz. (2020). School district operational spending and student outcomes: Evidence from tax elections in seven states. *Journal of Public Economics*, 183, 104142.

**Abott, Carolyn**. (2018). Book review of Michael A. McCarthy, *Dismantling Solidarity: Capitalist Politics and American Pensions since the New Deal* (Ithaca: Cornell University Press, 2017). *Political Science Quarterly*, 133(2), pp. 371-372.

**Abott, Carolyn**. (2010). Federal Reserve System. *Encyclopedia of United States Political History, Vol. 7: 1976-present.* Ed. Rick Valelly. Washington, DC: CQ Press.

## Available working papers

"The Bankruptcy of Special Districts in the United States: An Exploratory Analysis" (with Pengju Zhang and Jinah Yoo) **Under review**.

"The Impact of Local Electoral Rules on Government Spending: Evidence from School Districts in California" (with Pengju Zhang)

"The Political Consequences of Local Financial Emergencies" (with Matthew Incantalupo and Akheil Singla)

"Fiscal Federalism and Local Public Good Provision: Examining the Politics and Impact of the State and Local Tax Deduction (SALT) Cap" (with Rahul Pathak)

"A Distaste for Deficits: Voter Opinion and Balanced Budget Laws in the U.S. States"

## Research in progress

"Decoding the Role of Parent-Teacher Associations in New York City School Budgets"

"Analyzing the Impact of Community Boards on Local Governance in New York City"

## Invited talks, presentations, and workshops

"2025 New York City Mayoral Election and Beyond," panelist
   *Baruch College - CUNY, 2025.*

"Decoding the Role of Parent-Teacher Associations in New York City School Budgets"
   *Public Finance and Budgeting Northeastern Workshop, Howard J. Samuels State and City Policy Center, Baruch College - CUNY, 2025.*

"The Politics of Public Pensions"
   *Keynote Speaker at the 10th Annual Political Science Reception, Baruch College - CUNY, 2025.*

"Analyzing the Impact of Community Boards on Local Governance in New York City"

*Eugene M. Lang Junior Faculty Research Fellowships Luncheon, Baruch College - CUNY, 2025.*

"Informing Voters about Public Finance: Evidence from a Survey Experiment"

*Government Finance Officers Association Webinar, 2025.*

"Analyzing the Impact of Community Boards on Local Governance in New York City"

*Faculty Research Symposium, Baruch College - CUNY, 2025.*

"The 2024 Election and the State of American Politics," moderator

*Baruch College and The Graduate Center - CUNY, 2024.*

"Analyzing the Impact of Community Boards on Local Governance in New York City"

*Eugene M. Lang New Faculty Fellows Luncheon, Baruch College - CUNY, 2024.*

"Fiscal Federalism and Local Public Good Provision: Examining the Politics and Impact of the State and Local Tax Deduction (SALT) Cap"

*Public Financial Management Northeastern Workshop, School of Public Affairs and Administration, Rutgers, The State University of New Jersey-Newark, 2024.*

"Fiscal Federalism and Local Public Good Provision: Examining the Politics and Impact of the State and Local Tax Deduction (SALT) Cap"

*Research in Progress Faculty Seminar, Marxe School of Public and International Affairs, Baruch College - CUNY, 2024.*

"Voter Responsiveness to Measures of Local Fiscal Performance"

*Spring Public Finance Conference, School of Public Policy, University of Maryland, 2023.*

"Voter Responsiveness to Measures of Local Fiscal Performance"

*Political Science Research Colloquium, Baruch College - CUNY, 2023.*

"Fiscal Federalism and Local Public Good Provision: Examining the Politics and Impact of the State and Local Tax Deduction (SALT) Cap"

*Annual Faculty Research Symposium, Baruch College - CUNY, 2023.*

"A Distaste for Deficits: Voter Opinion and Balanced Budget Laws in the U.S. States"

*Research in Progress Faculty Seminar, Marxe School of Public and International Affairs, Baruch College - CUNY, 2021.*

Roundtable on Capital Assets Reporting Standards

*Governmental Accounting Standards Board (GASB), 2021.*

"A Distaste for Deficits: Voter Opinion and Balanced Budget Laws in the U.S. States"

*Public Finance Consortium, School of Public & Environmental Affairs, Indiana University, 2021.*

"Service Solvency and Quality of Life After Municipal Bankruptcy"

*Local Political Economy Symposium, Bedrosian Center at Sol Price School of Public Policy, University of Southern California, 2021.*

"Municipal Bankruptcy as Policy: Local Fiscal Stress and the Decision to File"[‡]

*Public Financial Management Northeastern Workshop, School of Public Affairs and Administration, Rutgers, The State University of New Jersey-Newark, 2020.*

"Municipal Bankruptcy as Policy: Local Fiscal Stress and the Decision to File"

*Fiscal Policy Series, Federal Reserve Bank of New York, 2019.*

"At-Large Elections and Minority Representation in Local Government"

*Department of Government and Politics Fall Graduate Colloquium, St. John's University, 2018.*

"The Differential Impact of Single-Member and At-Large Voting Districts on Local Democracy: New Tests and Evidence"

*Yale Center for the Study of American Politics Annual Conference, Yale University, 2017.*

[‡]Canceled due to COVID-19 pandemic.

## Conference presentations

Annual Meeting of the American Political Science Association: 2016, 2017, 2022, 2024.

Annual State Politics and Policy Conference: 2015, 2020.[‡]

Annual Meeting of the Southern Political Science Association: 2015, 2016, 2019, 2020,[*] 2021, 2024.

Urban Affairs Association Conference: 2019.[†]

Annual Conference of the American Society for Public Administration: 2024.[†]

Public Management Research Conference: 2017,[†] 2023.[†]

World Social Science Association Annual Conference: 2023.[†]

Annual Conference of the Association for Budgeting and Financial Management: 2016, 2018,[†] 2022,[†] 2023.[†]

Brookings Municipal Finance Conference: 2020.

Annual State Politics and Policy Conference: 2015, 2020.[‡]

Annual Conference of the Association for Education Finance and Policy: 2019.[†]

Annual Conference of the Association for Public Policy Analysis & Management: 2018, 2019.[†]

Annual Meeting of the Midwest Political Science Association: 2015, 2017.

[‡]Canceled due to COVID-19 pandemic;[*]Canceled due to earthquake;[†]Paper presented by coauthor.

## Grants, awards, & fellowships

2025-2026 ExCEL Faculty-Student Research Award, Baruch College, 2026 ($8,000)

Cycle 56 PSC-CUNY Traditional B Research Award, City University of New York, 2025 ($6,000)

Faculty Research Support Award, Dean's Office, Baruch College, 2025 ($2,000)

GovFi Prize for Best Paper in *Public Finance Journal* (with Matthew Incantalupo and Akheil Singla), Government Finance Officers Association, 2025 ($8,000)

Samuels Center Faculty Fellowship, Marxe School of Public and International Affairs, Baruch College, 2024 ($5,000)

Eugene M. Lang Junior Faculty Research Fellowship Award, Baruch College, 2024 ($8,000)

Cycle 55 PSC-CUNY Traditional B Research Award, City University of New York, 2024 ($6,000)

GovFi Research Award (with Matthew Incantalupo and Akheil Singla), Government Finance Officers Association, 2024 ($1,000)

Artinian Award, Southern Political Science Association, 2024 ($500)

Faculty Fellowship Publication Program, City University of New York, 2024

Cycle 54 PSC-CUNY Traditional B Research Award, City University of New York, 2023 ($6,000)

Faculty Innovation Seed Grant (with Rahul Pathak), Provost's Office, Baruch College, 2022 ($12,000)

Cycle 53 PSC-CUNY Traditional B Research Award, City University of New York, 2022 ($6,000)

Travel Grant, APSA Annual Meeting, 2017

Prestage-Cook Travel Award, Southern Political Science Association, 2016

Grant, Graduate Student Travel, Center for the Study of Democratic Politics, Princeton, 2015

Grant, Dean's Fund for Scholarly Travel, Princeton, 2015

Grant (with Nolan McCarty), The Social and Economic Effects of the Great Recession, Russell Sage Foundation, 2012 ($114,921)

Graduate School Centennial Fellowship in the Humanities and Social Sciences, Department of Politics, Princeton, 2010 - 2015

Honorable Mention, National Science Foundation Graduate Research Fellowships Program, 2010

## Teaching experience

*Graduate level*

Research Methodology and Quantitative Analysis

State and Local Government and Administration

Public Budgeting and Finance

*Undergraduate level*

Public Policy

The Politics of Inequality in the U.S.

Introduction to Public Administration

Research Methods for Political Science and Public Administration

Introduction to American Government

## Professional service

Senator, Baruch College Faculty Senate, 2025-present

Member, Jessica Plelpi Honors Thesis Committee, 2025

Organizer, Public Finance and Budgeting Northeastern Workshop, 2025

Referee, PSC-CUNY Awards, Economic and Political Science Panel, 2024-present

Member, Baruch Political Science Faculty Peer Observation Committee - 2021-present

Member, Baruch Political Science Student Awards Committee - 2022, 2024-present

Chair, Baruch Political Science Department Colloquium - 2022-present

Member, Committee to Design the Baruch Public Service Capstone Seminar - 2023

Member, Baruch Political Science Search Committee in Comparative Politics - 2021

Co-chair, SJU Government & Politics Committee to Redesign the Public Administration Major - 2019-2021

Member, SJU Government & Politics Graduate Education Policy Committee - 2018-2021

Member, SJU Government & Politics Undergraduate Education Policy Committee - 2018-2021

Referee, *American Journal of Political Science, American Political Science Review, Economics & Politics, Economics Letters, European Journal of Political Science, Journal of Politics, Journal of Public Administration Research and Theory, Journal of Race, Ethnicity, & Politics, National Tax Journal, Perspectives on Politics, Political Analysis, Political Behavior, Politics & Policy, Public Budgeting & Finance, Public Finance & Management, Russell Sage Foundation, Sage Publications, Urban Affairs Review*

## Expert witness and/or consultant service

Serrato v. Town of Mount Pleasant. Case No. 55442/2024 (Supreme Court of the State of New York County of Westchester)

GRACE, Inc., et al. v. City of Miami. Case No. 1:22-cv-24066-KMM (U.S. District Court for the Southern District of Florida)