*Figure 15.* Bivariate association between candidate support and percent of voters who are Hispanic in House District 115.





PLAINTIFFS' TRIAL EXHIBIT

P110

1:24-cv-21983-JB