

*Figure 16.* Estimated Hispanic support for a given candidate in House District 115.



PLAINTIFFS' TRIAL EXHIBIT

P111

1:24-cv-21983-JB