**Table 11.** *Summary of Hispanic Bloc Voting in House District 118.*

| Contest | Bloc > 50% | Bloc > 60% | Bloc > 70% | Rep Cand | Dem Cand | Pref'd Cand |
|---|---|---|---|---|---|---|
| President 2020 | Yes | No | No | Trump* | Biden | R-Trump* |
| Governor 2018 | Yes | No | No | DeSantis* | Gillum | R-DeSantis* |
| Attorney General 2018 | Yes | Yes | No | Moody* | Shaw | R-Moody* |
| CFO 2018 | No | No | No | Patronis* | Ring | Undetermined |
| Com. of Agriculture 2018 | No | No | No | Caldwell | Fried* | Undetermined |
| US Senate 2018 | No | No | No | Scott* | Nelson | Undetermined |
| President 2016 | No | No | No | Trump* | Clinton | Undetermined |
| US Senate 2016 | Yes | No | No | Rubio* | Murphy | R-Rubio* |
| Governor 2014 | Yes | Yes | No | Scott* | Crist | R-Scott* |
| Attorney General 2014 | Yes | Yes | Yes | Bondi* | Sheldon | R-Bondi* |
| CFO 2014 | Yes | No | No | Atwater* | Rankin | R-Atwater* |
| Com. of Agriculture 2014 | Yes | No | No | Putnam* | Hamilton | R-Putnam* |
| President 2012 | No | No | No | Romney | Obama* | Undetermined |
| US Senate 2012 | No | No | No | Mack | Nelson* | Undetermined |
| State House 2020 | Yes | Yes | Yes | Rodriguez* | Junquera | R-Rodriguez* |
| State House 2018 | Yes | Yes | No | Rodriguez* | Asencio | R-Rodriguez* |
| State House 2016 | Yes | No | No | Rivera | Asencio* | R-Rivera |


PLAINTIFFS' TRIAL EXHIBIT
P115
1:24-cv-21983-JB