**Figure 20.** *Estimated Hispanic support for a given candidate in House District 118.*



PLAINTIFFS' TRIAL EXHIBIT

P117

1:24-cv-21983-JB