*Figure 22.* Estimated Hispanic support for a given candidate in House District 119.





PLAINTIFFS' TRIAL EXHIBIT

P120

1:24-cv-21983-JB