**Table 13.** *Summary of Hispanic Bloc Voting in Congressional District 25.*

| Contest | Bloc > 50% | Bloc > 60% | Bloc > 70% | Rep Cand | Dem Cand | Pref'd Cand |
|---|---|---|---|---|---|---|
| President 2020 | Yes | Yes | No | Trump* | Biden | R-Trump* |
| Governor 2018 | Yes | No | No | DeSantis* | Gillum | R-DeSantis* |
| Attorney General 2018 | Yes | No | No | Moody* | Shaw | R-Moody* |
| CFO 2018 | Yes | No | No | Patronis* | Ring | R-Patronis* |
| Com. of Agriculture 2018 | Yes | No | No | Caldwell | Fried* | R-Caldwell |
| US Senate 2018 | Yes | No | No | Scott* | Nelson | R-Scott* |
| President 2016 | Yes | No | No | Trump* | Clinton | D-Clinton |
| US Senate 2016 | Yes | No | No | Rubio* | Murphy | R-Rubio* |
| Governor 2014 | Yes | Yes | No | Scott* | Crist | R-Scott* |
| Attorney General 2014 | Yes | Yes | No | Bondi* | Sheldon | R-Bondi* |
| CFO 2014 | Yes | Yes | No | Atwater* | Rankin | R-Atwater* |
| Com. of Agriculture 2014 | Yes | Yes | No | Putnam* | Hamilton | R-Putnam* |
| President 2012 | No | No | No | Romney | Obama* | Undetermined |
| US Senate 2012 | No | No | No | Mack | Nelson* | Undetermined |
| Congress 2018 | Yes | Yes | No | Diaz-Balart* | Flores | R-Diaz-Balart* |
| Congress 2016 | Yes | No | No | Diaz-Balart* | Valdes | R-Diaz-Balart* |


PLAINTIFFS' TRIAL EXHIBIT
P121
1:24-cv-21983-JB