*Figure 24.* Estimated Hispanic support for a given candidate in Congressional District 25.





PLAINTIFFS' TRIAL EXHIBIT

P123

1:24-cv-21983-JB