# APPENDIX A

**Table 1. Turnout Statistics for CD20**

|  | FLCD20 | Illus. B1 | B1 Diff | Illus. AB2 | AB2 Diff | Illus. CD | CD Diff | CD20 Enacted | Enact Diff |
|---|---|---|---|---|---|---|---|---|---|
| 2020 Black VAP | 52.37 | 49.04 | -3.33 | 48.56 | -3.81 | 42.44 | -9.93 | 50.11 | -2.26 |
| *Percent of registered voters who are Black* | | | | | | | | | |
| Reg Voters 2020 | 49.68 | 45.65 | -4.03 | 45.43 | -4.25 | 37.97 | -11.71 | 46.83 | -2.85 |
| Reg Voters 2018 | 49.53 | 45.16 | -4.37 | 44.99 | -4.54 | 36.70 | -12.83 | 46.38 | -3.15 |
| Reg Voters 2016 | 49.55 | 44.93 | -4.62 | 44.79 | -4.76 | 35.92 | -13.63 | 46.17 | -3.38 |
| Reg Voters 2014 | 49.47 | 44.62 | -4.85 | 44.50 | -4.97 | 34.97 | -14.50 | 45.87 | -3.60 |
| Reg Voters 2012 | 48.73 | 43.72 | -5.01 | 43.61 | -5.12 | 33.91 | -14.82 | 44.90 | -3.83 |
| Average | 49.39 | 44.82 | -4.58 | 44.66 | -4.73 | 35.89 | -13.50 | 46.03 | -3.36 |
| *Percent of registered Democrats who are Black* | | | | | | | | | |
| Reg Dem 2020 | 65.27 | 61.13 | -4.14 | 60.96 | -4.31 | 53.05 | -12.22 | 62.19 | -3.08 |
| Reg Dem 2018 | 64.84 | 60.41 | -4.43 | 60.27 | -4.57 | 51.67 | -13.17 | 61.50 | -3.34 |
| Reg Dem 2016 | 64.66 | 59.99 | -4.67 | 59.87 | -4.79 | 50.79 | -13.87 | 61.11 | -3.55 |
| Reg Dem 2014 | 64.64 | 59.47 | -5.17 | 59.37 | -5.27 | 49.58 | -15.06 | 60.62 | -4.02 |
| Reg Dem 2012 | 63.49 | 58.11 | -5.38 | 58.01 | -5.48 | 47.91 | -15.58 | 59.23 | -4.26 |
| Average | 64.58 | 59.82 | -4.76 | 59.70 | -4.88 | 50.60 | -13.98 | 60.93 | -3.65 |
| *Percent of turned-out voters who are Black* | | | | | | | | | |
| Voter Turnout 2020 | 49.81 | 45.06 | -4.75 | 44.82 | -4.99 | 37.36 | -12.45 | 46.41 | -3.40 |
| Voter Turnout 2018 | 53.26 | 47.31 | -5.95 | 47.13 | -6.13 | 38.78 | -14.48 | 48.76 | -4.50 |
| Voter Turnout 2016 | 50.50 | 45.10 | -5.40 | 44.95 | -5.55 | 36.13 | -14.37 | 46.49 | -4.01 |
| Voter Turnout 2014 | 55.03 | 47.77 | -7.26 | 47.64 | -7.39 | 37.97 | -17.06 | 49.25 | -5.78 |
| Voter Turnout 2012 | 53.00 | 47.06 | -5.94 | 46.95 | -6.05 | 36.86 | -16.14 | 48.50 | -4.50 |
| Average | 52.32 | 46.46 | -5.86 | 46.30 | -6.02 | 37.42 | -14.90 | 47.88 | -4.44 |
| *Percent of turned-out Democrats who are Black* | | | | | | | | | |
| Dem Turnout 2020 | 65.40 | 60.50 | -4.90 | 60.31 | -5.09 | 52.33 | -13.07 | 61.71 | -3.69 |
| Dem Turnout 2018 | 67.54 | 61.82 | -5.72 | 61.67 | -5.87 | 53.17 | -14.37 | 63.07 | -4.47 |
| Dem Turnout 2016 | 65.39 | 60.02 | -5.37 | 59.91 | -5.48 | 50.83 | -14.56 | 61.27 | -4.12 |



PLAINTIFFS' TRIAL EXHIBIT
P144
1:24-cv-21983-JB

|  | FLCD20 | Illus. B1 | B1 Diff | Illus. AB2 | AB2 Diff | Illus. CD | CD Diff | CD20 Enacted | Enact Diff |
|---|---|---|---|---|---|---|---|---|---|
| Dem Turnout 2014 | 69.22 | 62.09 | -7.13 | 62.00 | -7.22 | 52.45 | -16.77 | 63.41 | -5.81 |
| Dem Turnout 2012 | 67.15 | 61.12 | -6.03 | 61.03 | -6.12 | 50.96 | -16.19 | 62.42 | -4.73 |
| Average | 66.94 | 61.11 | -5.83 | 60.98 | -5.96 | 51.95 | -14.99 | 62.38 | -4.56 |
| *Percent of turned-out primary voters who are Black* | | | | | | | | | |
| Voter Turnout 2020 (Prim) | 60.17 | 53.05 | -7.12 | 52.86 | -7.31 | 44.92 | -15.25 | 54.44 | -5.73 |
| Voter Turnout 2018 (Prim) | 59.61 | 51.49 | -8.12 | 51.37 | -8.24 | 41.39 | -18.22 | 53.01 | -6.60 |
| Voter Turnout 2016 (Prim) | 60.84 | 53.02 | -7.82 | 52.95 | -7.89 | 44.55 | -16.29 | 54.60 | -6.24 |
| Voter Turnout 2014 (Prim) | 62.58 | 54.43 | -8.15 | 54.32 | -8.26 | 43.30 | -19.28 | 55.79 | -6.79 |
| Voter Turnout 2012 (Prim) | 59.52 | 50.94 | -8.58 | 50.91 | -8.61 | 39.62 | -19.90 | 52.55 | -6.97 |
| Average | 60.54 | 52.59 | -7.96 | 52.48 | -8.06 | 42.76 | -17.79 | 54.08 | -6.47 |
| *Percent of turned-out Democratic primary voters who are Black* | | | | | | | | | |
| Dem Turnout 2020 (Prim) | 69.46 | 62.67 | -6.79 | 62.51 | -6.95 | 54.59 | -14.87 | 64.01 | -5.45 |
| Dem Turnout 2018 (Prim) | 70.37 | 62.78 | -7.59 | 62.68 | -7.69 | 52.81 | -17.56 | 64.14 | -6.23 |
| Dem Turnout 2016 (Prim) | 71.67 | 63.61 | -8.06 | 63.56 | -8.11 | 54.95 | -16.72 | 65.15 | -6.52 |
| Dem Turnout 2014 (Prim) | 72.12 | 64.50 | -7.62 | 64.41 | -7.71 | 53.22 | -18.90 | 65.68 | -6.44 |
| Dem Turnout 2012 (Prim) | 71.59 | 63.43 | -8.16 | 63.43 | -8.16 | 51.89 | -19.70 | 64.98 | -6.61 |
| Average | 71.04 | 63.40 | -7.64 | 63.32 | -7.72 | 53.49 | -17.55 | 64.79 | -6.25 |