**Table 2. General Election Returns for CD20**

| Year/Contest | Candidate | FLCD20 | Illus. B1 | B1 Diff | Illus. AB2 | AB2 Diff | Illus. CD | CD Diff | CD20 Enacted | Enact Diff |
|---|---|---|---|---|---|---|---|---|---|---|
| 2020 President | Biden (D) | 77.30 | 75.28 | -2.02 | 75.16 | -2.14 | 72.38 | -4.92 | 75.88 | -1.42 |
| | Trump (R) | 22.10 | 24.10 | 2.00 | 24.21 | 2.11 | 27.04 | 4.94 | 23.49 | 1.39 |
| 2018 Governor | DeSantis (R) | 17.19 | 20.09 | 2.90 | 20.17 | 2.98 | 23.49 | 6.30 | 19.39 | 2.20 |
| | Gillum (D) | 82.17 | 79.23 | -2.94 | 79.15 | -3.02 | 75.83 | -6.34 | 79.93 | -2.24 |
| 2018 Atty. Gen. | Moody (R) | 18.17 | 20.87 | 2.70 | 20.94 | 2.77 | 23.91 | 5.74 | 20.23 | 2.06 |
| | Shaw (D) | 80.59 | 77.80 | -2.79 | 77.73 | -2.86 | 74.72 | -5.87 | 78.43 | -2.16 |
| 2018 CFO | Patronis (R) | 18.10 | 20.86 | 2.76 | 20.93 | 2.83 | 24.02 | 5.92 | 20.16 | 2.06 |
| | Ring (D) | 81.86 | 79.09 | -2.77 | 79.02 | -2.84 | 75.96 | -5.90 | 79.78 | -2.08 |
| 2018 Comm. Ag. | Caldwell (R) | 17.83 | 20.48 | 2.65 | 20.55 | 2.72 | 23.42 | 5.59 | 19.85 | 2.02 |
| | Fried (D) | 82.14 | 79.47 | -2.67 | 79.40 | -2.74 | 76.56 | -5.58 | 80.09 | -2.05 |
| 2018 US Senate | Scott (R) | 18.05 | 20.60 | 2.55 | 20.67 | 2.62 | 23.54 | 5.49 | 19.98 | 1.93 |
| | Nelson (D) | 81.92 | 79.38 | -2.54 | 79.31 | -2.61 | 76.44 | -5.48 | 79.99 | -1.93 |
| 2016 President | Trump (R) | 18.08 | 21.00 | 2.92 | 21.07 | 2.99 | 24.61 | 6.53 | 20.38 | 2.30 |
| | Clinton (D) | 80.19 | 77.21 | -2.98 | 77.13 | -3.06 | 73.53 | -6.66 | 77.84 | -2.35 |
| 2016 US Senate | Rubio (R) | 20.97 | 23.02 | 2.05 | 23.07 | 2.10 | 26.50 | 5.53 | 22.40 | 1.43 |
| | Murphy (D) | 77.23 | 75.02 | -2.21 | 74.97 | -2.26 | 71.51 | -5.72 | 75.65 | -1.58 |
| 2014 Governor | Scott (R) | 16.50 | 18.53 | 2.03 | 18.56 | 2.06 | 22.19 | 5.69 | 17.88 | 1.38 |
| | Crist (D) | 81.51 | 79.26 | -2.25 | 79.22 | -2.29 | 75.52 | -5.99 | 79.92 | -1.59 |
| 2014 Atty. Gen. | Bondi (R) | 20.63 | 23.01 | 2.38 | 23.07 | 2.44 | 26.78 | 6.15 | 22.39 | 1.76 |
| | Sheldon (D) | 78.02 | 75.49 | -2.53 | 75.44 | -2.58 | 71.61 | -6.41 | 76.12 | -1.90 |
| 2014 CFO | Atwater (R) | 22.29 | 25.22 | 2.93 | 25.29 | 3.00 | 29.32 | 7.03 | 24.47 | 2.18 |
| | Rankin (D) | 77.64 | 74.71 | -2.93 | 74.64 | -3.00 | 70.68 | -6.96 | 75.47 | -2.17 |
| 2014 Comm. Ag. | Putnam (R) | 20.70 | 23.75 | 3.05 | 23.80 | 3.10 | 28.06 | 7.36 | 22.93 | 2.23 |
| | Hamilton (D) | 79.23 | 76.22 | -3.01 | 76.16 | -3.07 | 71.92 | -7.31 | 77.03 | -2.20 |
| 2012 President | Romney (R) | 17.08 | 19.81 | 2.73 | 19.86 | 2.78 | 24.42 | 7.34 | 19.02 | 1.94 |
| | Obama (D) | 82.51 | 79.72 | -2.79 | 79.66 | -2.85 | 75.08 | -7.43 | 80.52 | -1.99 |
| 2012 US Senate | Mack (R) | 15.25 | 17.52 | 2.27 | 17.56 | 2.31 | 21.83 | 6.58 | 16.81 | 1.56 |
| | Nelson (D) | 83.61 | 81.25 | -2.36 | 81.21 | -2.40 | 76.83 | -6.78 | 81.96 | -1.65 |



**PLAINTIFFS' TRIAL EXHIBIT**

**P145**

1:24-cv-21983-JB