Table 3. Primary Election Returns for CD20

| Year/Contest | Candidate | FLCD20 | Illus. B1 | B1 Diff | Illus. AB2 | AB2 Diff | Illus. CD | CD Diff | CD20 Enacted | Enact Diff |
|---|---|---|---|---|---|---|---|---|---|---|
| 2018 Governor | Gillum | 57.40 | 52.61 | -4.79 | 52.62 | -4.78 | 47.19 | -10.21 | 53.40 | -4.00 |
| | Graham | 11.80 | 13.35 | 1.55 | 13.37 | 1.57 | 14.09 | 2.29 | 13.13 | 1.33 |
| 2018 Atty Gen. | Torrens | 17.49 | 18.52 | 1.03 | 18.51 | 1.02 | 19.59 | 2.10 | 18.52 | 1.03 |
| | Shaw | 82.43 | 81.35 | -1.08 | 81.36 | -1.07 | 80.40 | -2.03 | 81.38 | -1.05 |
| 2018 Comm. Ag. | Fried | 62.93 | 64.24 | 1.31 | 64.30 | 1.37 | 66.59 | 3.66 | 63.96 | 1.03 |
| | Walker | 20.71 | 19.83 | -0.88 | 19.79 | -0.92 | 19.15 | -1.56 | 19.87 | -0.84 |
| 2016 US Senate | Keith | 14.47 | 14.30 | -0.17 | 14.32 | -0.15 | 14.39 | -0.08 | 14.23 | -0.24 |
| | Murphy | 69.42 | 69.40 | -0.02 | 69.34 | -0.08 | 68.80 | -0.62 | 69.53 | 0.11 |
| 2014 Governor | Crist | 84.59 | 82.39 | -2.20 | 82.31 | -2.28 | 79.89 | -4.70 | 82.86 | -1.73 |
| | Rich | 14.37 | 16.67 | 2.30 | 16.75 | 2.38 | 19.29 | 4.92 | 16.18 | 1.81 |
| 2014 Atty. Gen. | Sheldon | 37.06 | 37.83 | 0.77 | 37.86 | 0.80 | 38.12 | 1.06 | 38.12 | 1.06 |
| | Thurston | 62.36 | 61.77 | -0.59 | 61.74 | -0.62 | 61.61 | -0.75 | 61.44 | -0.92 |
| 2012 US Senate | Burkett | 12.49 | 12.62 | 0.13 | 12.64 | 0.15 | 12.04 | -0.45 | 12.67 | 0.18 |
| | Nelson | 86.01 | 85.89 | -0.12 | 85.89 | -0.12 | 86.15 | 0.14 | 85.87 | -0.14 |


PLAINTIFFS' TRIAL EXHIBIT
P146
1:24-cv-21983-JB