**Table 4. Turnout Statistics for CD24**

|  | FLCD24 | Illus. B1 | B1 Diff | Illus. B2 | B2 Diff | Illus. ACD | ACD Diff | ACD24 Enacted | Enact Diff |
|---|---|---|---|---|---|---|---|---|---|
| 2020 Black VAP | 43.62 | 36.67 | -6.95 | 36.33 | -7.29 | 40.17 | -3.45 | 42.17 | -1.45 |
| *Percent of registered voters who are Black* | | | | | | | | | |
| Reg Voters 2020 | 46.17 | 36.60 | -9.57 | 36.24 | -9.93 | 39.83 | -6.34 | 44.03 | -2.14 |
| Reg Voters 2018 | 47.60 | 37.50 | -10.10 | 37.10 | -10.50 | 40.74 | -6.86 | 45.57 | -2.03 |
| Reg Voters 2016 | 48.53 | 37.79 | -10.74 | 37.38 | -11.15 | 41.07 | -7.46 | 46.39 | -2.14 |
| Reg Voters 2014 | 50.75 | 38.73 | -12.02 | 38.29 | -12.46 | 42.12 | -8.63 | 47.83 | -2.92 |
| Reg Voters 2012 | 51.04 | 38.51 | -12.53 | 38.08 | -12.96 | 41.79 | -9.25 | 48.20 | -2.84 |
| Average | 48.82 | 37.83 | -10.99 | 37.42 | -11.40 | 41.11 | -7.71 | 46.40 | -2.41 |
| *Percent of registered Democrats who are Black* | | | | | | | | | |
| Reg Dem 2020 | 62.15 | 54.54 | -7.61 | 54.14 | -8.01 | 57.05 | -5.10 | 60.56 | -1.59 |
| Reg Dem 2018 | 62.71 | 54.44 | -8.27 | 54.03 | -8.68 | 57.10 | -5.61 | 61.28 | -1.43 |
| Reg Dem 2016 | 63.34 | 54.42 | -8.92 | 54.00 | -9.34 | 57.15 | -6.19 | 61.85 | -1.49 |
| Reg Dem 2014 | 65.44 | 55.12 | -10.32 | 54.68 | -10.76 | 57.93 | -7.51 | 63.05 | -2.39 |
| Reg Dem 2012 | 65.35 | 54.20 | -11.15 | 53.77 | -11.58 | 56.93 | -8.42 | 62.93 | -2.42 |
| Average | 63.80 | 54.54 | -9.25 | 54.12 | -9.67 | 57.23 | -6.57 | 61.93 | -1.86 |
| *Percent of turned-out voters who are Black* | | | | | | | | | |
| Voter Turnout 2020 | 45.56 | 36.40 | -9.16 | 36.03 | -9.53 | 39.51 | -6.05 | 42.88 | -2.68 |
| Voter Turnout 2018 | 51.67 | 41.53 | -10.14 | 41.09 | -10.58 | 44.44 | -7.23 | 47.81 | -3.86 |
| Voter Turnout 2016 | 49.02 | 38.36 | -10.66 | 37.95 | -11.07 | 41.58 | -7.44 | 45.86 | -3.16 |
| Voter Turnout 2014 | 58.35 | 46.55 | -11.80 | 46.05 | -12.30 | 49.27 | -9.08 | 53.65 | -4.70 |
| Voter Turnout 2012 | 54.80 | 42.28 | -12.52 | 41.81 | -12.99 | 45.43 | -9.37 | 50.60 | -4.20 |
| Average | 51.88 | 41.02 | -10.86 | 40.59 | -11.29 | 44.05 | -7.83 | 48.16 | -3.72 |
| *Percent of turned-out Democrats who are Black* | | | | | | | | | |
| Dem Turnout 2020 | 61.87 | 54.86 | -7.01 | 54.42 | -7.45 | 57.11 | -4.76 | 59.69 | -2.18 |
| Dem Turnout 2018 | 65.68 | 58.22 | -7.46 | 57.77 | -7.91 | 60.25 | -5.43 | 62.70 | -2.98 |
| Dem Turnout 2016 | 63.49 | 55.06 | -8.43 | 54.63 | -8.86 | 57.60 | -5.89 | 61.26 | -2.23 |
| Dem Turnout 2014 | 71.52 | 62.52 | -9.00 | 62.02 | -9.50 | 64.19 | -7.33 | 67.68 | -3.84 |



PLAINTIFFS' TRIAL EXHIBIT

P147

1:24-cv-21983-JB

|  | FLCD24 | Illus. B1 | B1 Diff | Illus. B2 | B2 Diff | Illus. ACD | ACD Diff | ACD24 Enacted | Enact Diff |
|---|---|---|---|---|---|---|---|---|---|
| Dem Turnout 2012 | 68.26 | 58.02 | -10.24 | 57.55 | -10.71 | 60.39 | -7.87 | 64.89 | -3.37 |
| Average | 66.16 | 57.74 | -8.43 | 57.28 | -8.89 | 59.91 | -6.26 | 63.24 | -2.92 |
| *Percent of turned-out primary voters who are Black* | | | | | | | | | |
| Voter Turnout 2020 (Prim) | 54.93 | 47.25 | -7.68 | 46.86 | -8.07 | 49.90 | -5.03 | 50.97 | -3.96 |
| Voter Turnout 2018 (Prim) | 60.52 | 51.13 | -9.39 | 50.67 | -9.85 | 53.23 | -7.29 | 54.92 | -5.60 |
| Voter Turnout 2016 (Prim) | 59.06 | 48.31 | -10.75 | 47.78 | -11.28 | 50.92 | -8.14 | 53.95 | -5.11 |
| Voter Turnout 2014 (Prim) | 65.66 | 55.26 | -10.40 | 54.93 | -10.73 | 57.85 | -7.81 | 61.10 | -4.56 |
| Voter Turnout 2012 (Prim) | 65.55 | 52.67 | -12.88 | 52.24 | -13.31 | 56.09 | -9.46 | 59.82 | -5.73 |
| Average | 61.14 | 50.92 | -10.22 | 50.50 | -10.65 | 53.60 | -7.55 | 56.15 | -4.99 |
| *Percent of turned-out Democratic primary voters who are Black* | | | | | | | | | |
| Dem Turnout 2020 (Prim) | 66.49 | 60.69 | -5.80 | 60.18 | -6.31 | 61.80 | -4.69 | 62.61 | -3.88 |
| Dem Turnout 2018 (Prim) | 70.64 | 63.90 | -6.74 | 63.40 | -7.24 | 64.84 | -5.80 | 65.55 | -5.09 |
| Dem Turnout 2016 (Prim) | 70.96 | 62.23 | -8.73 | 61.53 | -9.43 | 63.19 | -7.77 | 66.15 | -4.81 |
| Dem Turnout 2014 (Prim) | 76.53 | 67.49 | -9.04 | 67.19 | -9.34 | 68.90 | -7.63 | 72.42 | -4.11 |
| Dem Turnout 2012 (Prim) | 77.67 | 67.48 | -10.19 | 67.09 | -10.58 | 69.08 | -8.59 | 72.68 | -4.99 |
| Average | 72.46 | 64.36 | -8.10 | 63.88 | -8.58 | 65.56 | -6.90 | 67.88 | -4.58 |