**Table 5. General Election Returns for CD24**

| Year/Contest | Candidate | FLCD24 | Illus. B1 | B1 Diff | Illus. B2 | B2 Diff | Illus. ACD | ACD Diff | CD24 Enacted | Enact Diff |
|---|---|---|---|---|---|---|---|---|---|---|
| 2020 President | Biden (D) | 75.42 | 68.53 | -6.89 | 68.41 | -7.01 | 71.11 | -4.31 | 74.17 | -1.25 |
| | Trump (R) | 23.99 | 30.97 | 6.98 | 31.09 | 7.10 | 28.39 | 4.40 | 25.27 | 1.28 |
| 2018 Governor | DeSantis (R) | 15.62 | 23.05 | 7.43 | 23.22 | 7.60 | 20.94 | 5.32 | 17.81 | 2.19 |
| | Gillum (D) | 83.56 | 76.19 | -7.37 | 76.02 | -7.54 | 78.33 | -5.23 | 81.45 | -2.11 |
| 2018 Atty. Gen | Moody (R) | 16.57 | 23.51 | 6.94 | 23.67 | 7.10 | 21.48 | 4.91 | 18.39 | 1.82 |
| | Shaw (D) | 81.90 | 74.94 | -6.96 | 74.78 | -7.12 | 77.00 | -4.90 | 80.07 | -1.83 |
| 2018 CFO | Patronis (R) | 16.63 | 23.66 | 7.03 | 23.83 | 7.20 | 21.59 | 4.96 | 18.45 | 1.82 |
| | Ring (D) | 83.36 | 76.33 | -7.03 | 76.17 | -7.19 | 78.40 | -4.96 | 81.54 | -1.82 |
| 2018 Comm. Ag. | Caldwell (R) | 16.37 | 23.18 | 6.81 | 23.34 | 6.97 | 21.15 | 4.78 | 18.00 | 1.63 |
| | Fried (D) | 83.62 | 76.81 | -6.81 | 76.66 | -6.96 | 78.86 | -4.76 | 82.01 | -1.61 |
| 2018 US Senate | Scott (R) | 16.72 | 23.65 | 6.93 | 23.78 | 7.06 | 21.55 | 4.83 | 18.62 | 1.90 |
| | Nelson (D) | 83.28 | 76.32 | -6.96 | 76.18 | -7.10 | 78.42 | -4.86 | 81.35 | -1.93 |
| 2016 President | Trump (R) | 15.40 | 22.29 | 6.89 | 22.45 | 7.05 | 20.55 | 5.15 | 17.28 | 1.88 |
| | Clinton (D) | 82.87 | 75.98 | -6.89 | 75.81 | -7.06 | 77.76 | -5.11 | 81.04 | -1.83 |
| 2016 US Senate | Rubio (R) | 20.17 | 27.46 | 7.29 | 27.63 | 7.46 | 25.26 | 5.09 | 21.98 | 1.81 |
| | Murphy (D) | 77.66 | 70.64 | -7.02 | 70.46 | -7.20 | 72.80 | -4.86 | 75.92 | -1.74 |
| 2014 Governor | Scott (R) | 14.18 | 21.10 | 6.92 | 21.27 | 7.09 | 19.21 | 5.03 | 16.16 | 1.98 |
| | Crist (D) | 84.04 | 77.17 | -6.87 | 77.00 | -7.04 | 79.13 | -4.91 | 82.21 | -1.83 |
| 2014 Atty. Gen. | Bondi (R) | 17.05 | 24.33 | 7.28 | 24.57 | 7.52 | 22.30 | 5.25 | 18.73 | 1.68 |
| | Sheldon (D) | 81.40 | 74.25 | -7.15 | 74.01 | -7.39 | 76.30 | -5.10 | 79.77 | -1.63 |
| 2014 CFO | Atwater (R) | 18.43 | 25.83 | 7.40 | 26.11 | 7.68 | 23.95 | 5.52 | 20.90 | 2.47 |
| | Rankin (D) | 81.52 | 74.19 | -7.33 | 73.91 | -7.61 | 76.05 | -5.47 | 79.05 | -2.47 |
| 2014 Comm. Ag. | Putnam (R) | 18.01 | 25.35 | 7.34 | 25.59 | 7.58 | 23.41 | 5.40 | 20.16 | 2.15 |
| | Hamilton (D) | 81.89 | 74.63 | -7.26 | 74.40 | -7.49 | 76.56 | -5.33 | 79.76 | -2.13 |
| 2012 President | Romney (R) | 13.81 | 22.23 | 8.42 | 22.46 | 8.65 | 20.29 | 6.48 | 16.78 | 2.97 |
| | Obama (D) | 85.77 | 77.41 | -8.36 | 77.18 | -8.59 | 79.35 | -6.42 | 82.81 | -2.96 |
| 2012 US Senate | Mack (R) | 13.23 | 20.14 | 6.91 | 20.35 | 7.12 | 18.43 | 5.20 | 15.49 | 2.26 |
| | Nelson (D) | 85.62 | 78.67 | -6.95 | 78.47 | -7.15 | 80.44 | -5.18 | 83.46 | -2.16 |



PLAINTIFFS' TRIAL EXHIBIT

P148

1:24-cv-21983-JB