Table 6. Primary Election Returns for CD24

| Year/Contest | Candidate | FLCD24 | Illus. B1 | B1 Diff | Illus. B2 | B2 Diff | Illus. ACD | ACD Diff | CD24 Enacted | Enact Diff |
|---|---|---|---|---|---|---|---|---|---|---|
| 2018 Governor | Gillum | 53.10 | 50.90 | -2.20 | 50.79 | -2.31 | 51.27 | -1.83 | 50.59 | -2.51 |
| 2018 Governor | Graham | 10.62 | 11.54 | 0.92 | 11.65 | 1.03 | 11.37 | 0.75 | 10.92 | 0.30 |
| 2018 Atty Gen. | Torrens | 17.80 | 18.12 | 0.32 | 18.08 | 0.28 | 17.77 | -0.03 | 17.75 | -0.05 |
| 2018 Atty Gen. | Shaw | 82.06 | 81.83 | -0.23 | 81.85 | -0.21 | 82.19 | 0.13 | 82.10 | 0.04 |
| 2018 Comm. Ag. | Fried | 57.45 | 61.96 | 4.51 | 62.12 | 4.67 | 61.65 | 4.20 | 59.09 | 1.64 |
| 2018 Comm. Ag. | Walker | 23.58 | 21.62 | -1.96 | 21.63 | -1.95 | 21.90 | -1.68 | 23.46 | -0.12 |
| 2016 US Senate | Keith | 13.07 | 12.05 | -1.02 | 12.10 | -0.97 | 12.32 | -0.75 | 13.33 | 0.26 |
| 2016 US Senate | Murphy | 66.72 | 67.77 | 1.05 | 67.83 | 1.11 | 68.20 | 1.48 | 66.95 | 0.23 |
| 2014 Governor | Crist | 84.81 | 84.07 | -0.74 | 83.81 | -1.00 | 84.04 | -0.77 | 84.25 | -0.56 |
| 2014 Governor | Rich | 14.33 | 15.01 | 0.68 | 15.28 | 0.95 | 15.16 | 0.83 | 15.11 | 0.78 |
| 2014 Atty. Gen. | Sheldon | 44.04 | 47.45 | 3.41 | 47.55 | 3.51 | 47.19 | 3.15 | 46.51 | 2.47 |
| 2014 Atty. Gen. | Thurston | 55.75 | 52.17 | -3.58 | 52.07 | -3.68 | 52.66 | -3.09 | 53.19 | -2.56 |
| 2012 US Senate | Burkett | 14.19 | 13.57 | -0.62 | 13.49 | -0.70 | 13.46 | -0.73 | 13.71 | -0.48 |
| 2012 US Senate | Nelson | 85.13 | 85.56 | 0.43 | 85.68 | 0.55 | 85.78 | 0.65 | 85.70 | 0.57 |


PLAINTIFFS' TRIAL EXHIBIT
P149
1:24-cv-21983-JB