**Table 1. Republican Advantage among Hispanic Registered Voters, April 2025**

| Party | Active Voters, Two Parties | All Voters, All Parties |
|---|---|---|
| Republican | 62.6 | 39.4 |
| Democratic | 37.4 | 24.5 |
| No Party | NA | 33.9 |
| Other Party | NA | 2.2 |
| Republican Advantage | 25.2 | 14.9 |


PLAINTIFFS' TRIAL EXHIBIT
P164
1:24-cv-21983-JB