**Figure 3. Partisan Composition of Registered Hispanic Voters, April 2025**


