## Appendix A

## Table A1. Total Number of Registered Hispanic Voters by Party, 2020-2025.

| Date | Raw Rep. | % Rep. | Raw Dem. | % Dem. | Raw No Party | % No Party | Raw Other | % Other | Raw Rep. Over Dem. | % Adv., All Reg. Voters (Walker) | % Adv., 2 Party (Trende) | Percentage Point Overestimate (Trende – Walker) | Magnitude Overestimate (Trende/Walker) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 20-Nov | 324,495 | 35.1 | 276,716 | 29.9 | 310,346 | 33.6 | 13,235 | 1.4 | 47,779 | 5.2 | 7.9 | 2.7 | 1.5 |
| 20-Dec | 324,137 | 35.1 | 276,509 | 29.9 | 310,602 | 33.6 | 13,366 | 1.4 | 47,628 | 5.2 | 7.9 | 2.7 | 1.5 |
| 21-Jan | 322,408 | 34.9 | 276,226 | 29.9 | 311,610 | 33.7 | 13,800 | 1.5 | 46,182 | 5.0 | 7.7 | 2.7 | 1.5 |
| 21-Feb | 320,612 | 34.9 | 274,450 | 29.8 | 310,579 | 33.8 | 13,849 | 1.5 | 46,162 | 5.1 | 7.8 | 2.7 | 1.5 |
| 21-Mar | 320,358 | 34.8 | 274,296 | 29.8 | 311,222 | 33.8 | 13,932 | 1.5 | 46,062 | 5.0 | 7.7 | 2.7 | 1.5 |
| 21-Apr | 320,103 | 34.8 | 273,980 | 29.8 | 311,711 | 33.9 | 14,033 | 1.5 | 46,123 | 5.0 | 7.8 | 2.8 | 1.6 |
| 21-May | 318,923 | 34.8 | 272,760 | 29.7 | 311,129 | 33.9 | 14,068 | 1.5 | 46,163 | 5.1 | 7.8 | 2.7 | 1.5 |
| 21-Jun | 318,573 | 34.7 | 272,444 | 29.7 | 311,571 | 34.0 | 14,177 | 1.5 | 46,129 | 5.0 | 7.8 | 2.8 | 1.6 |
| 21-Jul | 318,559 | 34.8 | 270,915 | 29.6 | 311,032 | 34.0 | 14,178 | 1.6 | 47,644 | 5.2 | 8.1 | 2.9 | 1.6 |
| 21-Aug | 320,074 | 35.0 | 270,132 | 29.5 | 311,073 | 34.0 | 14,244 | 1.6 | 49,942 | 5.5 | 8.5 | 3.0 | 1.5 |
| 21-Sep | 318,339 | 35.3 | 263,456 | 29.2 | 305,177 | 33.9 | 14,191 | 1.6 | 54,883 | 6.1 | 9.4 | 3.3 | 1.5 |
| 21-Oct | 319,945 | 35.4 | 263,256 | 29.1 | 305,630 | 33.8 | 14,308 | 1.6 | 56,689 | 6.3 | 9.7 | 3.4 | 1.5 |
| 21-Nov | 321,446 | 35.6 | 262,066 | 29.0 | 305,292 | 33.8 | 14,367 | 1.6 | 59,380 | 6.6 | 10.2 | 3.6 | 1.5 |
| 21-Dec | 322,311 | 35.7 | 261,270 | 28.9 | 305,325 | 33.8 | 14,425 | 1.6 | 61,041 | 6.8 | 10.5 | 3.7 | 1.5 |
| 22-Jan | 320,933 | 35.7 | 259,267 | 28.8 | 304,513 | 33.9 | 14,440 | 1.6 | 61,666 | 6.9 | 10.6 | 3.7 | 1.5 |
| 22-Feb | 321,467 | 35.8 | 258,359 | 28.7 | 304,741 | 33.9 | 14,509 | 1.6 | 63,108 | 7.1 | 10.9 | 3.8 | 1.5 |
| 22-Mar | 321,490 | 35.8 | 256,769 | 28.6 | 305,133 | 34.0 | 14,532 | 1.6 | 64,721 | 7.2 | 11.2 | 4.0 | 1.6 |
| 22-Apr | 321,223 | 35.8 | 255,595 | 28.5 | 305,743 | 34.1 | 14,595 | 1.6 | 65,628 | 7.3 | 11.4 | 4.1 | 1.6 |
| 22-May | 321,674 | 35.8 | 255,323 | 28.4 | 307,558 | 34.2 | 14,655 | 1.6 | 66,351 | 7.4 | 11.5 | 4.1 | 1.6 |
| 22-Jun | 321,674 | 35.8 | 255,323 | 28.4 | 307,558 | 34.2 | 14,655 | 1.6 | 66,351 | 7.4 | 11.5 | 4.1 | 1.6 |
| 22-Jul | 323,133 | 36.0 | 252,395 | 28.1 | 307,825 | 34.3 | 14,700 | 1.6 | 70,738 | 7.9 | 12.3 | 4.4 | 1.6 |
| 22-Aug | 325,853 | 36.1 | 251,781 | 27.9 | 309,361 | 34.3 | 14,756 | 1.6 | 74,072 | 8.2 | 12.8 | 4.6 | 1.6 |
| 22-Sep | 328,184 | 36.2 | 251,372 | 27.8 | 311,382 | 34.4 | 14,856 | 1.6 | 76,812 | 8.4 | 13.3 | 4.9 | 1.6 |
| 22-Oct | 332,344 | 36.4 | 251,169 | 27.5 | 313,878 | 34.4 | 15,039 | 1.6 | 81,175 | 8.9 | 13.9 | 5.0 | 1.6 |
| 22-Nov | 335,751 | 36.6 | 250,520 | 27.3 | 315,549 | 34.4 | 15,199 | 1.7 | 85,231 | 9.3 | 14.5 | 5.2 | 1.6 |
| 22-Dec | 335,526 | 36.6 | 249,568 | 27.2 | 316,040 | 34.5 | 15,211 | 1.7 | 85,958 | 9.4 | 14.7 | 5.3 | 1.6 |
| 23-Jan | 333,040 | 36.6 | 246,114 | 27.1 | 314,947 | 34.6 | 15,148 | 1.7 | 86,926 | 9.5 | 15.0 | 5.5 | 1.6 |



PLAINTIFFS' TRIAL EXHIBIT

P166

1:24-cv-21983-JB

| Date | Raw Rep. | % Rep. | Raw Dem. | % Dem. | Raw No Party | % No Party | Raw Other | % Other | Raw Rep. Over Dem. | % Adv., All Reg. Voters (Walker) | % Adv., 2 Party (Trende) | Percentage Point Overestimate (Trende – Walker) | Magnitude Overestimate (Trende/Walker) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 23-Feb | 329,685 | 36.9 | 239,437 | 26.8 | 309,152 | 34.6 | 14,846 | 1.7 | 90,248 | 10.1 | 15.9 | 5.8 | 1.6 |
| 23-Mar | 329,642 | 36.9 | 238,458 | 26.7 | 309,452 | 34.7 | 14,953 | 1.7 | 91,184 | 10.2 | 16.1 | 5.9 | 1.6 |
| 23-Apr | 330,105 | 37.0 | 238,387 | 26.7 | 309,434 | 34.6 | 15,185 | 1.7 | 91,718 | 10.3 | 16.1 | 5.8 | 1.6 |
| 23-May | 330,085 | 37.0 | 237,580 | 26.6 | 308,763 | 34.6 | 15,406 | 1.7 | 92,505 | 10.4 | 16.3 | 5.9 | 1.6 |
| 23-Jun | 330,338 | 37.1 | 236,741 | 26.6 | 308,170 | 34.6 | 15,661 | 1.8 | 93,597 | 10.5 | 16.5 | 6.0 | 1.6 |
| 23-Jul | 329,963 | 37.1 | 235,583 | 26.5 | 307,050 | 34.6 | 15,801 | 1.8 | 94,380 | 10.6 | 16.7 | 6.1 | 1.6 |
| 23-Aug | 331,019 | 37.2 | 235,554 | 26.5 | 307,470 | 34.5 | 16,068 | 1.8 | 95,465 | 10.7 | 16.8 | 6.1 | 1.6 |
| 23-Sep | 329,973 | 37.4 | 232,517 | 26.3 | 304,639 | 34.5 | 16,249 | 1.8 | 97,456 | 11.1 | 17.3 | 6.2 | 1.6 |
| 23-Oct | 328,433 | 37.5 | 229,949 | 26.2 | 301,703 | 34.4 | 16,403 | 1.9 | 98,484 | 11.3 | 17.6 | 6.3 | 1.6 |
| 23-Nov | 329,471 | 37.5 | 230,020 | 26.2 | 302,313 | 34.4 | 16,676 | 1.9 | 99,451 | 11.3 | 17.8 | 6.5 | 1.6 |
| 23-Dec | 328,502 | 37.6 | 228,202 | 26.1 | 300,755 | 34.4 | 16,669 | 1.9 | 100,300 | 11.5 | 18.0 | 6.5 | 1.6 |
| 24-Jan | 329,091 | 37.8 | 226,097 | 26.0 | 299,091 | 34.3 | 16,777 | 1.9 | 102,994 | 11.8 | 18.6 | 6.8 | 1.6 |
| 24-Feb | 332,226 | 38.0 | 225,774 | 25.8 | 299,882 | 34.3 | 16,993 | 1.9 | 106,452 | 12.2 | 19.1 | 6.9 | 1.6 |
| 24-Mar | 335,879 | 38.2 | 225,492 | 25.7 | 300,321 | 34.2 | 17,336 | 2.0 | 110,387 | 12.5 | 19.7 | 7.2 | 1.6 |
| 24-Apr | 337,368 | 38.3 | 225,453 | 25.6 | 300,847 | 34.1 | 17,614 | 2.0 | 111,915 | 12.7 | 19.9 | 7.2 | 1.6 |
| 24-May | 338,432 | 38.3 | 225,312 | 25.5 | 301,435 | 34.1 | 17,847 | 2.0 | 113,120 | 12.8 | 20.1 | 7.3 | 1.6 |
| 24-Jun | 340,703 | 38.4 | 225,380 | 25.4 | 302,459 | 34.1 | 18,142 | 2.0 | 115,323 | 13.0 | 20.4 | 7.4 | 1.6 |
| 24-Jul | 347,605 | 38.8 | 225,683 | 25.2 | 305,038 | 34.0 | 18,547 | 2.1 | 121,922 | 13.6 | 21.3 | 7.7 | 1.6 |
| 24-Aug | 353,981 | 39.1 | 226,498 | 25.0 | 306,487 | 33.8 | 19,091 | 2.1 | 127,483 | 14.1 | 22.0 | 7.9 | 1.6 |
| 24-Sep | 359,539 | 39.3 | 227,100 | 24.8 | 309,140 | 33.8 | 19,605 | 2.1 | 132,439 | 14.5 | 22.6 | 8.1 | 1.6 |
| 24-Oct | 372,981 | 39.7 | 228,971 | 24.4 | 315,985 | 33.7 | 20,550 | 2.2 | 144,010 | 15.3 | 23.9 | 8.6 | 1.6 |
| 24-Nov | 378,696 | 39.9 | 230,090 | 24.3 | 318,981 | 33.6 | 21,009 | 2.2 | 148,606 | 15.6 | 24.4 | 8.8 | 1.6 |
| 24-Dec | 378,429 | 40.0 | 229,164 | 24.2 | 318,324 | 33.6 | 21,086 | 2.2 | 149,265 | 15.8 | 24.6 | 8.8 | 1.6 |
| 25-Jan | 378,419 | 40.0 | 228,331 | 24.1 | 317,864 | 33.6 | 21,252 | 2.2 | 150,088 | 15.9 | 24.7 | 8.8 | 1.6 |
| 25-Feb | 377,648 | 40.1 | 227,009 | 24.1 | 317,195 | 33.7 | 20,729 | 2.2 | 150,639 | 16.0 | 24.9 | 8.9 | 1.6 |
| 25-Mar | 377,505 | 40.1 | 226,350 | 24.0 | 316,723 | 33.6 | 20,861 | 2.2 | 151,155 | 16.1 | 25.0 | 8.9 | 1.6 |
| 25-Apr | 377,266 | 40.1 | 225,592 | 24.0 | 316,472 | 33.7 | 20,999 | 2.2 | 151,674 | 16.1 | 25.2 | 9.1 | 1.6 |