Table 1: District Racial Compositions in South Florida

| District | Hispanic VAP | White VAP | Black VAP |
| --- | --- | --- | --- |
| 26 | 73.2% | 19.7% | 6.9% |
| 27 | 74.2% | 16.9% | 7.1% |
| 28 | 73.4% | 15.2% | 10.3% |
| 18 | 23.7% | 59.8% | 13.2% |
| 19 | 16.2% | 74.1% | 6.1% |
| 20 | 23.0% | 23.5% | 50.1% |
| 24 | 38.5% | 18.2% | 42.2% |
| 25 | 42.3% | 34.4% | 17.5% |


PLAINTIFFS' TRIAL EXHIBIT
P167
1:24-cv-21983-JB