**Table 3: Hispanic Voting-Age Population in District 26 Precincts Split Across Different Congressional Districts**

| VTD | District 26 Split | Other District Split |
|---|---|---|
| Collier 121 | 70.3% | 48.7% (18) |
| Collier 134 | 70.2% | 84.6% (18) |
| Collier 070 | 23.3% | 23.4% (19) |
| Collier 071 | 67.5% | 67.1% (19) |
| Collier 079 | 11.6% | 7.7% (19) |
| Collier 092 | 88.2% | 10.6% (19) |
| Collier 002 | 12.7% | 6.3% (19) |
| Collier 012 | 9.7% | 11.5% (19) |
| Miami-Dade 533.0 | 33.6% | 24.8% (24) |
| Miami-Dade 538 | 56.5% | 53.4% (24) |
| Miami-Dade 522 | 67.7% | 40.4% (24) |
| Miami-Dade 282 | 52.6% | 47.8% (24) |
| Miami-Dade 249 | 60.4% | 30.8% (24) |

Note: District number contained in parentheses in "Other District Split" column. Split precincts with portions containing total VAP under 100 are excluded. Rows highlighted in yellow indicate split precincts with greater Hispanic VAP in district 26 relative to the bordering, non-majority-Hispanic district.


PLAINTIFFS' TRIAL EXHIBIT
P170
1:24-cv-21983-JB