**Corrected Table 4: Hispanic Voting-Age Population in District 26 Precincts and Neighbors Across District Boundaries**

| District 26 VTD | Neighboring VTD |
|---|---|
| Collier 120, 48.5% | Lee 19, 20.1% (19) |
| Collier 120, 48.5% | Lee 25, 5.6% (19) |
| Collier 118, 26.7% | Lee 25, 5.6% (19) |
| Collier 62, 17.6% | Lee 25, 5.6% (19) |
| Collier 139, 10.0% | Lee 25, 5.6% (19) |
| Collier 057, 5.1% | Lee 24, 20.8% (19) |
| Collier 057, 5.1% | Collier 142, 2.8% (19) |
| Collier 058, 3.1% | Collier 030, 6.7% (19) |
| Collier 059, 5.3% | Collier 030, 6.7% (19) |
| Collier 064, 13.6% | Collier 038, 37.8% (19) |
| Collier 068, 4.1% | Collier 065, 19.8% (19) |
| Collier 078, 10.7% | Collier 095, 1.7% (19) |
| Collier 003, 4.8% | Collier 010, 22.6% (19) |
| Miami-Dade 599, 42.3% | Miami-Dade 518, 48.1% (24) |
| Miami-Dade 535, 76.5% | Miami-Dade 518, 48.1% (24) |
| Miami-Dade 248.0, 82.8% | Miami-Dade 248.1, 53.4% (24) |
| Miami-Dade 248.0, 82.8% | Miami-Dade 245, 47.3% (24) |
| Miami-Dade 246, 91.2% | Miami-Dade 245, 47.3% (24) |
| Miami-Dade 246, 91.2% | Miami-Dade 241, 51.5% (24) |
| Miami-Dade 314, 91.5% | Miami-Dade 241, 51.5% (24) |
| Miami-Dade 314, 91.5% | Miami-Dade 236, 45.8% (24) |
| Miami-Dade 306, 80.5% | Miami-Dade 233, 70.1% (24) |
| Miami-Dade 231, 83.8% | Miami-Dade 233, 70.1% (24) |
| Miami-Dade 232, 77.4% | Miami-Dade 233, 70.1% (24) |
| Miami-Dade 232, 77.4% | Miami-Dade 274, 66.4% (24) |
| Miami-Dade 232, 77.4% | Miami-Dade 229, 68.5% (24) |
| Miami-Dade 230, 76.5% | Miami-Dade 229, 68.5% (24) |
| Miami-Dade 272, 84.6% | Miami-Dade 291, 65.1% (24) |
| Miami-Dade 201, 89.3% | Miami-Dade 202, 69.5% (24) |
| Miami-Dade 201, 89.3% | Miami-Dade 267, 58.8% (24) |
| Miami-Dade 201, 89.3% | Broward W021, 57.1% (25) |
| Miami-Dade 350, 71.8% | Broward W021, 57.1% (25) |
| Miami-Dade 303, 81.6% | Broward W020, 55.8% (25) |
| Miami-Dade 364, 88.8% | Broward 22, 56.3% (25) |
| Miami-Dade 365, 84.2% | Broward 22, 56.3% (25) |
| Miami-Dade 365, 84.2% | Broward W021, 57.1% (25) |
| Miami-Dade 365, 84.2% | Broward 6, 48.9% (25) |
| Miami-Dade 369.0, 95.1% | Broward W014, 58.0% (25) |
| Miami-Dade 369.0, 95.1% | Broward W017, 51.4% (25) |
| Miami-Dade 369.0, 95.1% | Broward W016, 50.5% (25) |
| Miami-Dade 369.0, 95.1% | Broward W015, 48.8% (25) |
| Collier 122, 40.1% | Hendry 8, 41.5% (18) |
| Collier 122, 40.1% | Hendry 25, 70.8% (18) |



PLAINTIFFS' TRIAL EXHIBIT
P171a
1:24-cv-21983-JB