Appendix C, Additional Tables

Table C.1:

Different Combinations of Counties and Districts and Voting Age Population by Race

| **Region** | **WVAP** | **HVAP** | **BVAP** |
|---|---|---|---|
| Enacted 26 and Adjacent Districts (18, 19, 20, 24, 25, 27, 28) | 32.9% | 45.6% | 18.9% |
| Counties Including Enacted 26 (Miami-Dade, Collier) | 19.9% | 64.1% | 14.9% |
| Counties Including Enacted 26 and Adjacent Counties (Miami-Dade, Collier, Lee, Hendry, Broward, Monroe) | 32.4% | 46.6% | 18.1% |
| Districts Including Portions of Those Six Counties (17, 18, 19, 20, 23, 24, 25, 26, 27, 28) | 40.4% | 39.5% | 16.9% |



PLAINTIFFS' TRIAL EXHIBIT

P198

1:24-cv-21983-JB