Table C.2:

District Racial Compositions in South Florida in Enacted Map and Plaintiffs' Maps

| District | Enacted HVAP | A | B1 | B2 | C1 | C2 | D |
|---|---|---|---|---|---|---|---|
| 26 | 73.2% | 91.08% | 89.48% | 71.56% | 91.08% | 91.08% | 91.08% |
| 27 | 74.2% | 66.74% | 64% | 74.17% | 66.74% | 66.74% | 66.74% |
| 28 | 73.4% | 64.97% | 64.97% | 73.12% | 64.97% | 64.97% | 64.97% |
| 18 | 23.7% | 22.92% | 21.69% | 21.69% | 19.66% | 20.37% | 22.81% |
| 19 | 16.2% | 23.33% | 23.28% | 23.28% | 23.31% | 23.31% | 23.28% |
| 20 | 23.0% | 23.61% | 23.45% | 23.61% | 24.28% | 24.28% | 24.28% |
| 24 | 38.5% | 40.32% | 44.50% | 44.70% | 40.32% | 40.32% | 40.32% |
| 25 | 42.3% | 33.26% | 33.56% | 33.26% | 33.51% | 33.51% | 33.51% |
| 17 | 11.5% | 12.71% | 12.74% | 12.74% | 16.08% | 15.33% | 12.76% |
| 23 | 20.5% | 17.79% | 17.95% | 17.79% | 14.98% | 14.98% | 14.98% |



PLAINTIFFS' TRIAL EXHIBIT
P199
1:24-cv-21983-JB