

(a) Plan A

PLAINTIFFS' TRIAL EXHIBIT
P209
1:24-cv-21983-JB