

(b) Plan B1