

(a) Plans A, C1, C2, D



PLAINTIFFS' TRIAL EXHIBIT
P211
1:24-cv-21983-JB