

(c) Plan B2



PLAINTIFFS' TRIAL EXHIBIT
P213
1:24-cv-21983-JB