

(a) Plan C1