

(b) Plan C2