

Figure 8: Illustrative congressional Plan D