|            | Counties |          |              | Municipalities |          |              |
|------------|----------|----------|--------------|----------------|----------|--------------|
| Plan       | Split 1+ | Split 2+ | Total splits | Split 1+       | Split 2+ | Total splits |
| CD-A       | 17       | 6        | 30           | 15             | 2        | 17           |
| CD-B1      | 18       | 6        | 29           | 16             | 3        | 19           |
| CD-B2      | 18       | 6        | 29           | 15             | 2        | 17           |
| CD-C1      | 19       | 6        | 28           | 11             | 1        | 13           |
| CD-C2      | 19       | 6        | 28           | 12             | 1        | 14           |
| CD-D       | 18       | 6        | 27           | 13             | 1        | 14           |
| CD-Enacted | 17       | 7        | 29           | 16             | 4        | 20           |

Table 2: County and municipality splits for illustrative and enacted congressional plans.


PLAINTIFFS' TRIAL EXHIBIT
P220
1:24-cv-21983-JB