| Plan | Mean Boundary Score | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | City | County | Road | Water | Rail | Other |
| **House (Districts 108–116 and 118–119)** | | | | | | |
| HD-A1 | 29.7% | 2.9% | 52.0% | 25.4% | 0.8% | 8.0% |
| HD-A2 | 30.5% | 3.3% | 47.5% | 28.5% | 0.1% | 10.0% |
| HD-B | 40.4% | 3.5% | 42.9% | 19.7% | 0.4% | 15.2% |
| HD-C1 | 39.5% | 3.3% | 45.4% | 24.5% | 1.1% | 11.8% |
| HD-C2 | 39.8% | 3.5% | 39.7% | 26.1% | 0.4% | 15.5% |
| HD-C3 | 40.2% | 3.5% | 39.6% | 26.5% | 0.4% | 15.4% |
| HD-C4 | 38.4% | 3.5% | 39.3% | 33.2% | 1.0% | 11.7% |
| HD-Enacted | 30.6% | 3.5% | 42.5% | 24.6% | 0.9% | 16.7% |
| **Congressional (Districts 5–11, 15–28)** | | | | | | |
| CD-A | 19.4% | 45.4% | 20.8% | 31.8% | 1.3% | 14.4% |
| CD-B1 | 16.9% | 46.7% | 19.9% | 33.7% | 0.8% | 14.5% |
| CD-B2 | 16.2% | 46.5% | 19.8% | 35.4% | 0.9% | 13.9% |
| CD-C1 | 20.0% | 47.9% | 17.8% | 30.7% | 1.5% | 14.0% |
| CD-C2 | 20.3% | 48.7% | 17.6% | 31.3% | 1.4% | 14.2% |
| CD-D | 20.3% | 52.2% | 16.3% | 35.1% | 0.5% | 11.9% |
| CD-Enacted | 16.1% | 51.3% | 20.0% | 34.4% | 0.9% | 13.5% |

Table 3: Mean boundary scores in redrawn areas districts for each illustrative plan and the enacted plan. Not all listed districts were changed in every plan.

PLAINTIFFS' TRIAL EXHIBIT

P221

1:24-cv-21983-JB