|       | House          |        |            |       | Congressional   |        |            |
| ----- | -------------- | ------ | ---------- | ----- | --------------- | ------ | ---------- |
| Plan  | Polsby–Popper  | Reock  | Convex Hull | Plan  | Polsby–Popper   | Reock  | Convex Hull |
| HD-A1 | 0.0087 | 0.0032 | −0.0015 | CD-A  | −0.0038 | 0.0061 | 0.0035 |
| HD-A2 | 0.0099 | 0.0034 | 0.0000  | CD-B1 | −0.0019 | 0.0132 | 0.0079 |
| HD-B  | 0.0108 | 0.0063 | 0.0005  | CD-B2 | −0.0014 | 0.0142 | 0.0050 |
| HD-C1 | 0.0108 | 0.0030 | 0.0011  | CD-C1 | 0.0139  | 0.0295 | 0.0102 |
| HD-C2 | 0.0102 | 0.0026 | 0.0007  | CD-C2 | 0.0104  | 0.0289 | 0.0135 |
| HD-C3 | 0.0111 | 0.0041 | 0.0009  | CD-D  | 0.0015  | 0.0068 | 0.0086 |
| HD-C4 | 0.0133 | 0.0035 | 0.0024  |       |         |        |        |

Table 4: Difference in average compactness scores from the enacted plan.



PLAINTIFFS' TRIAL EXHIBIT
P222
1:24-cv-21983-JB