

(a) Area of Districts 26–28