

(b) Miami–Dade detail

