## B.   ADDITIONAL DEMOGRAPHIC STATISTICS

|  | Plan D | Enacted Plan | Difference |
|---|---|---|---|
| **HD 115** | | | |
| 2020 Census VAP, % Hispanic | 64.2% | 65.9% | -1.7pp |
| General election registered voters, % Hispanic (avg. 2012-2020) | 48.8% | 51.3% | -2.4pp |
| Primary election Democratic primary voters, % Hispanic (avg. 2012-2020) | 24.2% | 25.1% | -0.9pp |
| 2020 general election registered voters, % Hispanic | 53.4% | 55.3% | -1.9pp |
| 2020 general election Democratic registered voters, % Hispanic | 42.4% | 43.1% | -0.7pp |
| 2020 general election Republican registered voters, % Hispanic | 61.5% | 64.3% | -2.8pp |
| 2020 primary election Democratic primary voters, % Hispanic | 34.0% | 34.5% | -0.5pp |
| 2020 primary election Republican primary voters, % Hispanic | 61.5% | 65.1% | -3.6pp |
| **HD 118** | | | |
| 2020 Census VAP, % Hispanic | 91.2% | 85.7% | +5.4pp |
| General election registered voters, % Hispanic (avg. 2012-2020) | 82.4% | 74.8% | +7.6pp |
| Primary election Democratic primary voters, % Hispanic (avg. 2012-2020) | 70.0% | 51.7% | +18.3pp |
| 2020 general election registered voters, % Hispanic | 83.6% | 77.0% | +6.6pp |
| 2020 general election Democratic registered voters, % Hispanic | 80.0% | 67.9% | +12.2pp |
| 2020 general election Republican registered voters, % Hispanic | 87.1% | 83.7% | +3.4pp |
| 2020 primary election Democratic primary voters, % Hispanic | 76.0% | 60.4% | +15.6pp |
| 2020 primary election Republican primary voters, % Hispanic | 88.4% | 84.9% | +3.5pp |
| **HD 119** | | | |
| 2020 Census VAP, % Hispanic | 79.8% | 85.2% | -5.4pp |
| General election registered voters, % Hispanic (avg. 2012-2020) | 67.6% | 75.4% | -7.8pp |
| Primary election Democratic primary voters, % Hispanic (avg. 2012-2020) | 43.4% | 57.2% | -13.8pp |
| 2020 general election registered voters, % Hispanic | 71.1% | 77.6% | -6.5pp |
| 2020 general election Democratic registered voters, % Hispanic | 62.1% | 71.7% | -9.5pp |
| 2020 general election Republican registered voters, % Hispanic | 78.8% | 83.2% | -4.4pp |
| 2020 primary election Democratic primary voters, % Hispanic | 53.5% | 65.0% | -11.5pp |
| 2020 primary election Republican primary voters, % Hispanic | 78.8% | 84.0% | -5.2pp |

Table 11



PLAINTIFFS' TRIAL EXHIBIT

P250

1:24-cv-21983-JB

exhibitsticker.com