# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 1:24-cv-21983-JB

CUBANOS PA'LANTE, *et al.*,

    *Plaintiffs*,

v.

FLORIDA HOUSE OF REPRESENTATIVES, *et al.*,

    *Defendants*.

_____/

## PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE POST-TRIAL BRIEFING

Plaintiffs respectfully move for a ten-day extension of the parties' deadline to file proposed findings of fact and conclusions of law.

1. The deadline to file proposed findings of fact and conclusions of law is currently February 17, 2026. Dkt. No. 190.

2. Plaintiffs request a ten-day extension to **February 27, 2026**.

3. This extension will afford the parties and their counsel sufficient time to properly brief the important issues present to the Court, given the robust record in this case, the intricacies of the issues involved, and counsel's ongoing obligations in other cases.

4. This Court may extend deadlines for "good cause." FRCP 6(b)(1)(A). District courts' authority to control their dockets "includes broad discretion in deciding how best to manage the cases before them." *Smith v. Psychiatric Sols., Inc.*, 750 F.3d 1253, 1262 (11th Cir. 2014) (internal marks omitted).

5. Defendants do not oppose the proposed extension.

**WHEREFORE**, Plaintiffs respectfully request that the Court extend the deadline for the parties to file proposed findings of fact and conclusions of law to **February 27, 2026**.

### LOCAL RULE 7.1(a)(3) CERTIFICATE OF CONFERRAL

Plaintiffs' counsel conferred with counsel for Defendants, who do not oppose the requested relief.

Respectfully submitted February 5, 2026,

Andrew Frackman*
**O'Melveny & Myers LLP**
1301 Avenue of the Americas, 17th Floor
New York, NY 10019
(212) 326-2000
afrackman@omm.com

Brian P. Quinn*
Patrick J. Jones*
Emily Murphy*
Gabrielle S. Jackson*
Helena M. Li*
**O'Melveny & Myers LLP**
1625 Eye Street NW
Washington, DC 20006
(202) 383-5300
bquinn@omm.com
pjones@omm.com
emurphy@omm.com
gjackson@omm.com
hli@omm.com

/s/ Nicholas L.V. Warren
Nicholas L.V. Warren (FBN 1019018)
Daniel B. Tilley (FBN 102882)
Caroline A. McNamara (FBN 1038312)
**ACLU Foundation of Florida, Inc.**
4343 West Flagler Street, Suite 400
Miami, FL 33134
(786) 363-1769
nwarren@aclufl.org
dtilley@aclufl.org
cmcnamara@aclufl.org

Jorge L. Vasquez, Jr.*
**Vasquez Attorneys at Law, PC**
141 Parkway Road, Suite 14
Bronxville, NY 10708
(212) 752-8408
jorge@vasquezpc.com

*Admitted pro hac vice*

*Counsel for Plaintiffs*