**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 1:24-cv-21983-JB/Torres**

CUBANOS PA'LANTE, et al.,

     *Plaintiffs*,

v.

FLORIDA HOUSE OF REPRESENTATIVES,
et al.,

     *Defendants*.

_____/

## <u>NOTICE OF CHANGE OF ADDRESS AND CONTACT INFORMATION</u>

     Mohammad O. Jazil gives notice of the following change of address and contact information:

     **Office:** Holtzman Vogel Baran Torchinsky and Josefiak PLLC

     **Address 1:** 119 South Monroe Street

     **Address 2:** Suite 500

     **City:** Tallahassee

     **State:** FL

     **Zip:** 32301

     **Primary Phone:** (850) 270-5938

Dated: April 3, 2026

Respectfully submitted,

/s/ Mohammad O. Jazil
Mohammad O. Jazil (FBN 72556)
HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK PLLC
119 South Monroe Street Suite 500
Tallahassee, FL 32301
(850) 270-5938
mjazil@holtzmanvogel.com

*Counsel for the Secretary*

1

**<u>CERTIFICATE OF SERVICE</u>**

I certify that on April 3, 2026, I electronically filed the foregoing with the Clerk of Court by using CM/ECF, which automatically serves all counsel of record for the parties who have appeared.

/s/ Mohammad O. Jazil
Mohammad O. Jazil