**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 24-cv-21983-JB**

CUBANOS PA'LANTE, *et al.*,

     Plaintiffs,

v.

                                               **THREE-JUDGE COURT**

FLORIDA HOUSE OF
REPRESENTATIVES, *et al.*,

     Defendants.

_____/

## ORDER REQUIRING SUPPLEMENTAL BRIEFING

**THIS CAUSE** comes before the Court *sua sponte*.  On April 29, 2026, the Florida State Legislature passed a new congressional map that changes the composition of Congressional District 26.  *See* Fla. H.B. 1D, 1st Spec. Sess. (Fla. 2026), https://www.flhouse.gov/Sections/Bills/billsdetail.aspx?BillId=84427.  That same day, the United States Supreme Court issued its opinion in *Louisiana v. Callais*, Case Nos. 24-109 & 24-110 (U.S. 2026).  Supplemental briefing on the impact, if any, of *Callais* and Florida's new map on this case is appropriate.  For these reasons, it is hereby

**ORDERED AND ADJUDGED** that each party shall file a supplemental memorandum by **May 12, 2026**.  The supplemental memorandum shall not exceed **ten (10) pages**, and no further briefing will be permitted.

**DONE AND ORDERED** this 30th day of April, 2026.

**BRITT C. GRANT**
**UNITED STATES CIRCUIT JUDGE**

**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**

**JACQUELINE BECERRA**
**UNITED STATES DISTRICT JUDGE**