**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA**

Case No. 1:24-cv-21983-JB

CUBANOS PA'LANTE, *et al.*,

     *Plaintiffs*,

v.

FLORIDA HOUSE OF
REPRESENTATIVES, *et al.*,

     *Defendants*.

_____/

### JOINT MOTION FOR EXTENSION OF TIME TO FILE SUPPLEMENTAL BRIEFS

The parties respectfully move the Court for a 20-day extension of the deadline to file supplemental briefs, to June 1, 2026.

1. On April 29, 2026, the Florida Legislature adopted a new congressional map, and the Supreme Court issued a decision in *Louisiana v. Callais.*

2. On April 30, 2026, this Court ordered each party to file by May 12, 2026, a supplemental memorandum on the impact, if any, of *Callais* and Florida's new map. Dkt. No. 211.

3. Governor DeSantis signed Florida's new map into law on May 4, 2026. Laws of Fla. ch. 2026-60. Three lawsuits challenging the new map have been filed in Florida's Second Judicial Circuit in Leon County. *Equal Ground Educ. Fund, Inc. v. Byrd*, No. 2026 CA 914; *Thompson-Wynn v. Byrd*, No. 2026 CA 925; *Common Cause v. DeSantis*, No. 2026 CA 928.

4. Meanwhile, appellants in *Callais* have indicated they will seek rehearing. *Robinson* Appellants' Motion to Recall the Judgment, *Louisiana v. Callais*, No. 24-109 (U.S. May 5, 2026).

5. The parties now request a 20-day extension to file supplemental briefs.

6. The requested extension will afford the parties and their counsel sufficient time to confer about the issues to be briefed.

7. An extension will also allow initial proceedings in the pending litigation against the new map to be resolved, enabling the parties to better address the issues the Court presented. The plaintiffs in *Equal Ground* have filed a motion for temporary injunction that, to ensure compliance with impending election deadlines, will likely be resolved before June.

8. Furthermore, the additional time might allow the parties to file their briefs with the benefit of the Supreme Court's decision on rehearing in *Callais*.

1

**WHEREFORE**, the parties respectfully request that the Court extend the deadline to file supplemental briefs to June 1, 2026.

Respectfully submitted May 6, 2026,

/s/ *Nicholas L.V. Warren*
Nicholas L.V. Warren (FBN 1019018)
Caroline A. McNamara (FBN 1038312)
Daniel B. Tilley (FBN 102882)
**ACLU Foundation of Florida**
4343 West Flagler Street, Suite 400
Miami, FL 33134
(786) 363-1769
nwarren@aclufl.org
cmcnamara@aclufl.org
dtilley@aclufl.org

Andrew Frackman*
**O'Melveny & Myers LLP**
1301 Avenue of the Americas, 17th Floor
New York, NY 10019
(212) 326-2000
afrackman@omm.com

Brian P. Quinn*
Patrick J. Jones*
Emily Murphy*
Gabrielle S. Jackson*
Helena M. Li*
**O'Melveny & Myers LLP**
1625 Eye Street NW
Washington, DC 20006
(202) 383-5300
bquinn@omm.com
pjones@omm.com
emurphy@omm.com
gjackson@omm.com
hli@omm.com

Jorge L. Vasquez, Jr.*
**Vasquez Attorneys at Law, PC**
141 Parkway Road, Suite 14
Bronxville, NY 10708
(212) 752-8408
jorge@vasquezpc.com

/s/ *Andy Bardos*
Andy Bardos (FBN 822671)
andy.bardos@gray-robinson.com
**GrayRobinson, P.A.**
301 South Bronough Street, Suite 600
Tallahassee, FL 32301
(850) 577-9090

Jesus M. Suarez (FBN 60086)
jsuarez@continentalpllc.com
Carmen Manrara Cartaya (FBN 73887)
ccartaya@continentalpllc.com
Jennifer Marie Hernandez (FBN 1018836)
jhernandez@continentalpllc.com
**Continental PLLC**
245 Alcazar Avenue
Coral Gables, FL 33134
Telephone: 305-677-2707

Christopher M. Kise (FBN 855545)
ckise@continentalpllc.com
**Continental PLLC**
101 North Monroe Street, Suite 750
Tallahassee, FL 32301
Telephone: 850-270-2211

*Counsel for the Florida House of Representatives*

/s/ *Mohammad O. Jazil*
Ashley Davis (FBN 48032)
  GENERAL COUNSEL
ashley.davis@dos.myflorida.com
**Florida Department of State**
R.A. Gray Building
500 South Bronough Street
Tallahassee, FL 32399
(850) 245-6511

3

*Admitted pro hac vice*

*Counsel for Plaintiffs*

Mohammad O. Jazil (FBN 72556)
mjazil@holtzmanvogel.com
zbennington@holtzmanvogel.com
**Holtzman Vogel Baran**
**Torchinsky & Josefiak PLLC**
119 South Monroe Street, Suite 500
Tallahassee, FL 32301
(850) 270-5938

*Counsel for the Secretary of State*