UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:24-cv-21983-JB

CUBANOS PA'LANTE, *et al.*,

      Plaintiffs,

v.

FLORIDA HOUSE OF REPRESENTATIVES
and CORD BYRD, in his official capacity as
Florida Secretary of State,

      Defendants.

_____/

**DEFENDANT FLORIDA HOUSE OF REPRESENTATIVES'
NOTICE OF SUPPLEMENTAL AUTHORITY**

Defendant Florida House of Representatives submits the attached decision in *Equal Ground Education Fund, Inc. v. Byrd*, No. 2026-CA-914 (Fla. 2d Cir. Ct.), denying plaintiffs' motions for a temporary injunction prohibiting enforcement of the recently enacted congressional redistricting plan.

The court found that the extraordinary remedy of a temporary injunction reinstating the 2022 map was improper because "if Plaintiffs prevail it seems the proper remedy is not for the Court to order a particular map," but rather for "the Legislature to redraw the map in a constitutional manner." Ex. 1 at 5 (citing *Byrd v. Black Voters Matter Capacity Bldg. Inst., Inc.*, 339 So. 3d 1070, 1083 (Fla. 1st DCA 2022)). The court also found "insufficient evidence of impermissible [partisan] intent to show substantial likelihood of success on the merits" and concluded that the public interest favors certainty rather "than a haphazard judicial mandate of discarded maps." *Id.* at 6–8. The plaintiffs have appealed.

This decision confirms that Plaintiffs' challenge to Congressional District 26 is moot. ECF Nos. 214, 215. Even if the plaintiffs in *Equal Ground* eventually prevail on the merits, there is no reason to expect, as a remedy, the wholesale, court-ordered re-imposition of a repealed map.

Dated: May 28, 2026.

Respectfully submitted,

Andy Bardos (FBN 822671)
andy.bardos@gray-robinson.com
GRAYROBINSON, P.A.
301 South Bronough Street, Suite 600
Tallahassee, Florida 32301-1724
Telephone: 850-577-9090

*/s/ Carmen Manrara Cartaya*
Carmen Manrara Cartaya (FBN 73887)
ccartaya@continentalpllc.com
Jesus M. Suarez (FBN 60086)
jsuarez@continentalpllc.com
Jennifer M. Hernandez (FBN 1018836)
jhernandez@continentalpllc.com
CONTINENTAL PLLC
245 Alcazar Avenue,
Coral Gables, Florida 33134
Telephone: 305-677-2707

Christopher M. Kise (FBN 855545)
ckise@continentalpllc.com
CONTINENTAL PLLC
101 North Monroe Street, Suite 750
Tallahassee, Florida 32301
Telephone: 850-270-2211

*Attorneys for Defendant, Florida House of Representatives*