# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## Case No. 1:24-cv-21983-JB

CUBANOS PA'LANTE, *et al*.,

     Plaintiffs,

v.

FLORIDA HOUSE OF REPRESENTATIVES
and CORD BYRD, in his official capacity as
Florida Secretary of State,

     Defendants.

_____/

## ATTORNEY ANDY BARDOS'
## NOTICE OF CHANGE OF ADDRESS

Pursuant to Local Rule 11.1(g), attorney Andy Bardos gives notice that,

effective June 9, 2026, his law firm and contact information changed to the

following:

     Shutts & Bowen LLP
     215 South Monroe Street, Suite 804
     Tallahassee, Florida 32301
     Telephone: 850-241-1717
     abardos@shutts.com

Dated June 12, 2026.                    Respectfully submitted,


                                        /s/ *Andy Bardos*
                                        Andy Bardos (FBN 822671)
                                        SHUTTS & BOWEN LLP
                                        215 South Monroe Street, Suite 804
                                        Tallahassee, Florida 32301
                                        Telephone: 850-241-1717
                                        abardos@shutts.com
                                        *Attorney for Defendant*, *Florida House
                                        of Representatives*