**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 1:24-cv-21983-JB**

CUBANOS PA'LANTE, *et al.*,

      Plaintiffs,

v.

FLORIDA HOUSE OF REPRESENTATIVES
and CORD BYRD, in his official capacity as
Florida Secretary of State,

      Defendants.

_____/

**DEFENDANT FLORIDA HOUSE OF REPRESENTATIVES'**
**NOTICE OF SUPPLEMENTAL AUTHORITY**

Defendant Florida House of Representatives submits the attached decisions from the First District Court of Appeal and the Florida Supreme Court relating to the appeals of the order denying plaintiffs' motions for temporary injunction in *Equal Ground Education Fund, Inc. v. Byrd* (the "Order"). *See* ECF No. 217-1.

On June 1, the First District declined to expedite the three appeals of the Order. *See* Ex. 1. On June 4, one set of plaintiffs sought an emergency constitutional writ before the Florida Supreme Court, which the Court denied because it lacked jurisdiction to "intervene in the First District Court of Appeal's ongoing consideration" of the Order. *See* Ex. 2 at 1. The Florida Supreme Court added that "no motions for rehearing" would be considered. *Id.* Without expedited review by the First District or an exercise of the Florida Supreme Court's all-writs jurisdiction, there is no pending judicial relief that may impact the 2026 elections or reinstate the 2022 map for the approaching primary and general elections.

With these latest developments, there is no "reasonable expectation" that the challenged district will be reinstated. *See Djadju v. Vega*, 32 F.4th 1102, 1108 (11th Cir. 2022). Plaintiffs' challenge to that district is moot.

Dated: June 16, 2026.                                   Respectfully submitted,


Andy Bardos (FBN 822671)                    /s/ *Carmen Manrara Cartaya*
abardos@shutts.com                          Carmen Manrara Cartaya (FBN 73887)
SHUTTS & BOWEN LLP                          ccartaya@continentalpllc.com
215 South Monroe Street, Suite 804          Jesus M. Suarez (FBN 60086)
Tallahassee, Florida 32301                  jsuarez@continentalpllc.com
Telephone: 850-241-1717                     Jennifer M. Hernandez (FBN 1018836)
                                            jhernandez@continentalpllc.com
                                            CONTINENTAL PLLC
                                            245 Alcazar Avenue,
                                            Coral Gables, Florida 33134
                                            Telephone: 305-677-2707

                                            Christopher M. Kise (FBN 855545)
                                            ckise@continentalpllc.com
                                            CONTINENTAL PLLC
                                            101 North Monroe Street, Suite 750
                                            Tallahassee, Florida 32301
                                            Telephone: 850-270-2211

*Attorneys for Defendant, Florida House of Representatives*