# Exhibit 1

## DISTRICT COURT OF APPEAL, FIRST DISTRICT
## 2000 Drayton Drive,
## Tallahassee, Florida 32399-0950
## Telephone No. (850) 488-6151

June 1, 2026

| | |
|---|---|
| Equal Ground Education Fund, Inc., Marcos Vilar, Brandon Nelson, Lisa Barika, Kisha Linebaugh, Rochelle Reback, Elizabeth Wells, Susan Wilson, Andrea Davnie Hill, Emma Kurtz, Lynnelle Mays, Steven Licari, Anne Blanford, Sharon Lascola, Janet Wechter, Kerry Marie, Linda Rosenthal, Daniella Pierre, and Philip Fortman, | **Case 1D2026-1539** L.T. No.: 2026 CA 000914 |

         Appellant(s),

v.

Cord Byrd, in his official capacity as Florida Secretary of State, the Florida Senate, and the Florida House of Representatives,

         Appellee(s).

---

**BY ORDER OF THE COURT:**

The Court declines to certify this cause as suggested by Appellants under Florida Rule of Appellate Procedure 9.125. This case is substantively and procedurally different from *Black Voters Matter Capacity Bldg. Inst., Inc. v. Sec'y, Florida Dep't of State*, 415 So. 3d 180 (Fla. 2025), where we were reminded of our constitutional authority to certify to the Florida Supreme Court for direct review trial court judgments in which an appeal is pending and which are of "great public importance" or "have a great effect on the proper administration of justice throughout the state." *Id*. at 193.

**Case 1D2026-1539**
Page < 2 >


   **I HEREBY CERTIFY** that the above order is issued at the Court's direction.


Served:
Andre Velosy Bardos
Ashley Davis
Jeffrey Paul DeSousa
David Dewhirst
Lazaro Fields
Christina A. Ford
Tyler Evan Gustafson
Mohammad Omar Jazil
Vincent H. Li
Carmen Maria Manrara Cartaya
Margaret Anne McCormick
Jason J. Muehlhoff
Daniel Elden Nordby
Hunter Robert Pratt
Tara Price
Kassandra Reardon
Quinn Brandon Ritter
Frederick Stanton Wermuth
Casey Jarrod Witte
Martin Christian Wolk

KS


1D2026-1539 June 1, 2026
Kristina Samuels, Clerk
1D2026-1539 June 1, 2026



## DISTRICT COURT OF APPEAL, FIRST DISTRICT
## 2000 Drayton Drive,
## Tallahassee, Florida 32399-0950
## Telephone No. (850) 488-6151

June 1, 2026

Common Cause, League of
Women Voters of Florida, Inc., and
League of United Latin American
Citizens,

**Case 1D2026-1557**

L.T. No.: 2026 CA 914

        Appellant(s),

v.

Ron D. DeSantis, Equal Ground
Education Fund, Inc., Cord Byrd, in
his official capacity as Florida
Secretary of State, Thompson-
Wynn, et al.

        Appellee(s).

---

**BY ORDER OF THE COURT:**

The Court declines to certify this cause as suggested by Appellants under Florida Rule of Appellate Procedure 9.125. This case is substantively and procedurally different from *Black Voters Matter Capacity Bldg. Inst., Inc. v. Sec'y, Florida Dep't of State*, 415 So. 3d 180 (Fla. 2025), where we were reminded of our constitutional authority to certify to the Florida Supreme Court for direct review trial court judgments in which an appeal is pending and which are of "great public importance" or "have a great effect on the proper administration of justice throughout the state." *Id*. at 193.

**I HEREBY CERTIFY** that the above order is issued at the Court's direction.

Served:

**Case 1D2026-1557**
Page < 2 >

Andre Velosy Bardos
Matletha Nianna Bennette
Adam Brink
Ashley Davis
Lazaro Fields
Jack Michael Genberg
Tyler Evan Gustafson
Mohammad Omar Jazil
Carmen Maria Manrara Cartaya
Ryan Dean Newman
Daniel Elden Nordby
Jennifer Thelusma
Thomas Gwyn Thomas
Andrew H. Warren
Martin Christian Wolk

KS

1D2026-1557 June 1, 2026
Kristina Samuels, Clerk
1D2026-1557 June 1, 2026



## DISTRICT COURT OF APPEAL, FIRST DISTRICT
### 2000 Drayton Drive,
### Tallahassee, Florida 32399-0950
### Telephone No. (850) 488-6151

June 1, 2026

Vonda Thompson-Wynn, Gino
Vaccari, Emma Jane Rubini,
Shelby McGuire-Smith, Mark
Taber, and Saige Wisby,
         Appellant(s),

v.

Cord Byrd, in his official capacity as
Florida Secretary of State, the
Florida Senate; the Florida House
of Representatives, Equal Ground
Education Fund, Inc., Common
Cause, et al.,
         Appellee(s).

**Case 1D2026-1559**
L.T. No.: 2026 CA 914; 2026 CA
925; 2026 CA 928

**BY ORDER OF THE COURT:**

The Court declines to certify this cause as suggested by Appellants under Florida Rule of Appellate Procedure 9.125. This case is substantively and procedurally different from *Black Voters Matter Capacity Bldg. Inst., Inc. v. Sec'y, Florida Dep't of State*, 415 So. 3d 180 (Fla. 2025), where we were reminded of our constitutional authority to certify to the Florida Supreme Court for direct review trial court judgments in which an appeal is pending and which are of "great public importance" or "have a great effect on the proper administration of justice throughout the state." *Id*. at 193.

**I HEREBY CERTIFY** that the above order is issued at the Court's direction.

**Case 1D2026-1559**
Page < 2 >

Served:
Andre Velosy Bardos
Leon Clerk
Ashley Davis
David Dewhirst
Chad Wilson Dunn
Bilal Ahmed Faruqui
Lazaro Fields
Tyler Evan Gustafson
Mohammad Omar Jazil
Simone Tyler Leeper
Carmen Maria Manrara Cartaya
Margaret Anne McCormick
Jason J. Muehlhoff
Daniel Elden Nordby
Hunter Robert Pratt
Tara Price
Kassandra Reardon
Martin Christian Wolk

KS

1D2026-1559 June 1, 2026
Kristina Samuels, Clerk
1D2026-1559 June 1, 2026

