## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 24-cv-21983-JB

CUBANOS PA'LANTE, *et al.*,

    *Plaintiffs*,

v.

FLORIDA HOUSE OF
REPRESENTATIVES, *et al.*,

    *Defendants*.

_____/

### PLAINTIFFS' RESPONSE TO
### HOUSE'S NOTICE OF SUPPLEMENTAL AUTHORITY

The House filed notices of supplemental authority (ECF Nos. 217, 220) attaching orders from state-court litigation over Florida's new congressional plan ("2026 Plan"): the trial court order declining to grant the "extraordinary and drastic remedy" of a temporary injunction, the First DCA's order declining to certify the appeal of the TI denial as requiring immediate resolution by the Florida Supreme Court, and the Supreme Court's denial of a writ of all writs in a separately filed action.

Plaintiffs note that, as argued in their supplemental brief, if the 2026 Plan is enjoined after trial, the 2022 Plan *will* come back into force. HB 1-D amends the statute that defines Florida's congressional districts, repealing and replacing the 2022 Plan's district definitions. HB 1-D, § 1. Resultingly, if HB 1-D is enjoined after trial, the 2022 Plan will go back into effect. Of course, the Legislature remains free to legislate in this area at any time if it so chooses. But the fact remains: there is a "reasonable expectation" the 2026 Plan will be enjoined and the challenged racial classification will be reinstated. The Court should follow the House's suggestion and hold the congressional claim in abeyance until the state-court litigation resolves.

Respectfully submitted June 22, 2026,

| | |
|---|---|
| | /s/ Nicholas L.V. Warren |
| Andrew Frackman* | Nicholas L.V. Warren (FBN 1019018) |
| **O'Melveny & Myers LLP** | Caroline A. McNamara (FBN 1038312) |
| 1301 Avenue of the Americas, 17th Floor | Daniel B. Tilley (FBN 102882) |
| New York, NY 10019 | **ACLU Foundation of Florida, Inc.** |
| (212) 326-2000 | 4343 West Flagler Street, Suite 400 |

afrackman@omm.com

Brian P. Quinn\*
Patrick J. Jones\*
Emily Murphy\*
Gabrielle S. Jackson\*
Helena M. Li\*
**O'Melveny & Myers LLP**
1625 Eye Street NW
Washington, DC 20006
(202) 383-5300
bquinn@omm.com
pjones@omm.com
emurphy@omm.com
gjackson@omm.com
hli@omm.com

Miami, FL 33134
(786) 363-1769
nwarren@aclufl.org
cmcnamara@aclufl.org
dtilley@aclufl.org

Jorge L. Vasquez, Jr.\*
**Vasquez Attorneys at Law, PC**
141 Parkway Road, Suite 14
Bronxville, NY 10708
(212) 752-8408
jorge@vasquezpc.com

*\*Admitted pro hac vice*

*Counsel for Plaintiffs*

2