## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No. 24-cv-21983-Becerra

CUBANOS PA'LANTE, *et al.*,

      Plaintiffs,

v.

FLORIDA HOUSE OF
REPRESENTATIVES, *et al.*,

      Defendants.

_____/

### ORDER GRANTING MOTION TO WITHDRAW AS ATTORNEY

**THIS CAUSE** comes before the Court upon Plaintiffs' Unopposed Motion for Withdrawal of Counsel.  ECF No. [222].  Upon due consideration of the Motion, the pertinent portions of the record, and the relevant authorities, it is hereby **ORDERED AND ADJUDGED** that the Motion, ECF No. [222] is **GRANTED**. Gabrielle S. Jackson, Esq. is terminated as counsel of record for Plaintiffs and is relieved of all further responsibility in this action.  Plaintiffs will continue to be represented by other counsel of record.

[INTENTIONALLY LEFT BLANK]

**DONE AND ORDERED** this 7th day of July, 2026.


**BRITT C. GRANT**
**UNITED STATES CIRCUIT JUDGE**


**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**


**JACQUELINE BECERRA**
**UNITED STATES DISTRICT JUDGE**

2