UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-CV-21983-JB

CUBANOS PA'LANTE, *et al.*,

    Plaintiff,

v.

                                                           **THREE-JUDGE COURT**

FLORIDA HOUSE OF REPRESENTATIVES, *et al.*,

    Defendant.

_____/

## PARTIAL FINAL JUDGMENT

    For the reasons explained in our previous summary judgment order (ECF No. 148) and in our contemporaneously filed memorandum opinion following trial (ECF No. 226), the Court hereby **ENTERS JUDGMENT** in favor of the defendants and against the plaintiffs as to all of the challenged House Districts (112, 113, 114, 115, 116, 118, and 119).

    **DONE AND ORDERED** in Miami, Florida, this 6th day of August, 2026.

_____
**BRITT C. GRANT**
**UNITED STATES CIRCUIT JUDGE**

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**

_____
**JACQUELINE BECERRA**
**UNITED STATES DISTRICT JUDGE**