# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### Case No. 1:24-cv-21983-JB

CUBANOS PA'LANTE, *et al.*,

      Plaintiffs,

v.

FLORIDA HOUSE OF REPRESENTATIVES
and CORD BYRD, in his official capacity as
Florida Secretary of State,

      Defendants.

_____/

## DEFENDANT'S UNOPPOSED MOTION FOR WITHDRAWAL OF COUNSEL

In accordance with Local Rule 11.1(d)(3)(A), Defendant Florida House of Representatives moves to withdraw attorney Carmen Manrara Cartaya, as she will no longer be employed at Continental PLLC after August 14, 2026. The remaining counsel of record for Defendant Florida House of Representatives will continue as counsel in this case.

## LOCAL RULE 7.1(a)(3) CERTIFICATE OF CONFERRAL

Defendant's counsel conferred with counsel for Plaintiffs, who do not oppose this motion.

Respectfully submitted August 12, 2026.

      /s/ Carmen Manrara Cartaya
      Carmen Manrara Cartaya (FBN: 73887)
      Jesus M. Suarez (FBN: 60086)
      Jennifer Hernandez (FBN: 1018836)
      **CONTINENTAL PLLC**
      245 Alcazar Avenue
      Coral Gables, FL 33134
      (305) 677-2707
      CCartaya@ContinentalPLLC.com
      JSuarez@ContinentalPLLC.com
      JHernandez@ContinentalPLLC.com

      ***Counsel for Florida House***
      ***of Representatives***