**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 24-CV-21983-JB**

CUBANOS PA'LANTE, *et al.*,

      Plaintiff,

v.                                       **THREE-JUDGE COURT**

FLORIDA HOUSE OF REPRESENTATIVES, *et al.*,

      Defendants.

_____/

## <u>ORDER GRANTING MOTION TO WITHDRAW AS ATTORNEY</u>

**THIS CAUSE** comes before the Court upon Defendant Florida House of Representatives' Unopposed Motion For Withdrawal Of Counsel.  ECF No. [229]. Upon due consideration of the Motion, the pertinent portions of the record, and the relevant authorities, it is hereby **ORDERED AND ADJUDGED** that the Motion, ECF No. [229] is **GRANTED**. Carmen Manrara Cartaya, Esq. is terminated as counsel of record for Defendant Florida House of Representatives and is relieved of all further responsibility in this action.  Defendant Florida House of Representatives will continue to be represented by other counsel of record.

** Remainder of page intentionally left blank **

**DONE AND ORDERED** this 13th day of August, 2026.

**BRITT C. GRANT**
**UNITED STATES CIRCUIT JUDGE**

**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**

**JACQUELINE BECERRA**
**UNITED STATES DISTRICT JUDGE**

2