**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

Case No. 1:24-cv-21983-JB

CUBANOS PA'LANTE, *et al.*,

*Plaintiffs*,

v.

FLORIDA HOUSE OF REPRESENTATIVES, *et al.*,

*Defendants*.
_____________________________/

**JOINT MOTION FOR EXTENSION OF TIME TO FILE BILL OF COSTS**

The parties respectfully move the Court for a 20-day extension of the deadline to file bills of costs and accompanying motions to tax costs, from September 8, 2026, to September 28, 2026.

1. On August 6, 2026, the Court entered partial final judgment on the House Districts, certified that judgment as final under Rule 54(b), and held Plaintiffs' challenge to Congressional District 26 in abeyance. Dkt. Nos. 227, 228.

2. Bills of costs and accompanying motions to tax are due to be filed by September 8, 2026. Loc. R. 7.3(c).

3. Notices of appeal are due to be filed by October 5, 2026. 28 U.S.C. § 2101(b).

4. The parties are currently engaged in settlement negotiations to resolve the remaining issues in the case, including bills of costs, appeals, and the claim held in abeyance.

5. The parties now request a 20-day extension of the deadline to file bills of costs and accompanying motions to tax costs.

6. The requested extension will afford the parties and their counsel sufficient time to determine whether it is necessary to file bills of costs.

7. The requested extension will not delay ultimate resolution of the case because the remaining claim will likely remain in abeyance into 2027.

**WHEREFORE**, the parties respectfully request that the Court extend the deadline to file bills of costs and accompanying motions to tax costs to September 28, 2026.

Respectfully submitted September 3, 2026,

*/s/ Caroline A. McNamara*
Nicholas L.V. Warren (FBN 1019018)
Caroline A. McNamara (FBN 1038312)
Daniel B. Tilley (FBN 102882)
**ACLU Foundation of Florida, Inc.**
4343 West Flagler Street, Suite 400
Miami, FL 33134
(786) 363-1769
nwarren@aclufl.org
cmcnamara@aclufl.org
dtilley@aclufl.org

Andrew Frackman*
**O'Melveny & Myers LLP**
1301 Avenue of the Americas, 17th Floor
New York, NY 10019
(212) 326-2000
afrackman@omm.com

Brian P. Quinn*
Patrick J. Jones*
Emily Murphy*
Helena M. Li*
**O'Melveny & Myers LLP**
1625 Eye Street NW
Washington, DC 20006
(202) 383-5300
bquinn@omm.com
pjones@omm.com
emurphy@omm.com
hli@omm.com

Jorge L. Vasquez, Jr.*
**Vasquez Attorneys at Law, PC**
141 Parkway Road, Suite 14
Bronxville, NY 10708
(212) 752-8408
jorge@vasquezpc.com

**Admitted pro hac vice*

*Counsel for Plaintiffs*

*/s/ Andy Bardos*
Andy Bardos (FBN 822671)
abardos@shutts.com
**Shutts & Bowen LLP**
215 South Monroe Street, Suite 804
Tallahassee, Florida 32301
(850) 201-6269

Jesus M. Suarez (FBN 60086)
Jsuarez@continentalpllc.com
Jennifer Marie Hernandez (FBN 1018836)
jhernandez@continentalpllc.com
**Continental PLLC**
245 Alcazar Avenue
Coral Gables, FL 33134
Telephone: 305-677-2707

Christopher M. Kise (FBN 855545)
Ckise@continentalpllc.com
**Continental PLLC**
101 North Monroe Street, Suite 750
Tallahassee, FL 32301
Telephone: 850-270-2211

*Counsel for the Florida House of Representatives*

*/s/ Mohammad O. Jazil*
Ashley Davis (FBN 48032)
General Counsel
ashley.davis@dos.myflorida.com
**Florida Department of State**
R.A. Gray Building
500 South Bronough Street
Tallahassee, FL 32399
(850) 245-6511

Mohammad O. Jazil (FBN 72556)
mjazil@holtzmanvogel.com
kgordon@holtzmanvogel.com
**Holtzman Vogel Baran**
**Torchinsky & Josefiak PLLC**
119 South Monroe Street, Suite 500
Tallahassee, FL 32301

(850) 270-5938

*Counsel for the Secretary of State*