**EXHIBIT 1 – Invoices**

DIGITAL EVIDENCE GROUP LLC
CORPORATE HEADQUARTERS
1730 M STREET NW | SUITE 812 | WASHINGTON, DC 20036

# Invoice

#20074288

**GrayRobinson PA**
Vanessa Reichel
Suite 600
301 S Bronough Street
Tallahassee FL 32302
United States

**Service Date**
7/1/2024

| Case Caption | Witness | Terms | Invoice Date | Due Date | Tax ID # |
|---|---|---|---|---|---|
| House and Senate Committee Meetings | Audio Transcription | Net 30 | 7/19/2024 | 8/18/2024 | 31-1763752 |

| Description | | Amount |
|---|---|---|
| Original | | $2,910.00 |
| | **Subtotal** | $2,910.00 |
| | **Payments/Credits** | $0.00 |
| | **Amount Due** | $2,910.00 |

Thank you for choosing DEG!

We accept Credit Card payments and do not charge any processing fees. Contact ACCT@DEGLIT.COM to pay with a credit card. If you have any questions or concerns please call 202-494-0625

Schedule with us anywhere nationally today! To learn more about the services and technology we provide for both depositions and trial, visit us online at www.deglit.com.

---

**Tax ID:** 31-1763752

**Remit to:** Digital Evidence Group C/O
Huseby Global Litigation
P.O. Box 6180
Hermitage, PA 16148-0922

20074288

1 of 1

ST44 Rev. 10/23
Derived from AO44 Rev. 10/23

# UNITED STATES DISTRICT COURT
## Southern District of Florida

INVOICE 20240216

Andy Bardos
GrayRobinson, P.A.
301 South Bronough Street
Suite 600
Tallahassee, FL 32301
(850) 577-9090

**MAKE CHECKS PAYABLE TO:**
VERNITA ALLEN-WILLIAMS, RMR, FCRR
Official Court Reporter
400 North Miami Avenue
Court Reporter Section
Miami, FL 33128
(305) 523-5938
Vernita_Allen-Williams@flsd.uscourts.gov
Tax ID: 32-0308076

_ CRIMINAL  X CIVIL

DATE ORDERED: 12-05-2024

DATE DELIVERED:

**In the matter of:** 24-CV-21983, Cubanos Pa'lante v FL House of Representatives, et al.

Oral arguments held 11/19/24

| CATEGORY | ORIGINAL | | | 1ST COPY | | | ADDITIONAL COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| 30-Day | | | | | | | | | | |
| 14-Day | | | | 95 | 1.10 | 104.50 | | | | 104.50 |
| 7-Day | | | | | | | | | | |
| 3-Day | | | | | | | | | | |
| Next-Day | | | | | | | | | | |
| 2-Hour | | | | | | | | | | |
| Realtime | | | | | | | | | | |
| Misc. | | | | | | | | | Misc. Charges | |
| | | | | | | | | | **Subtotal** | 104.50 |
| | | | | | | | | | Less Discount for Late Delivery | |
| | | | | | | | | | Tax (If Applicable) | |
| | | | | | | | | | Less Amount of Deposit | |
| | | | | | | | | | Total Refund | |
| | | | | | | | | | **Total Due** | 104.50 |

ADDITIONAL INFORMATION

Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day delivery rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

CERTIFICATION

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE: /s/ Vernita Allen-Williams

DATE: 12-05-2024

**DISTRIBUTION:** TO PARTY (2 copies - 1 to be returned with payment) COURT REPORTER COURT REPORTER SUPERVISOR

DIGITAL EVIDENCE GROUP LLC
CORPORATE HEADQUARTERS
1730 M STREET NW | SUITE 812 | WASHINGTON, DC 20036

# Invoice

## #20114853

**GrayRobinson PA**
Vanessa Reichel
301 S Bronough Street
Suite 600
Tallahassee FL 32302
United States

**Service Date**
3/10/2025

| Case Caption | Witness | Terms | Invoice Date | Due Date | Tax ID # |
|---|---|---|---|---|---|
| Cubanos v. House | Audio Transcription | Net 30 | 3/20/2025 | 4/19/2025 | 31-1763752 |

| Description | | Amount |
|---|---|---|
| Appearance - Full Day Per Diem | | $200.00 |
| Med/Tech/Video/Int Surcharge | | $164.25 |
| Original | | $985.50 |
| Original - Transcription | | $1,149.75 |
| | **Subtotal** | $2,499.50 |
| | **Payments/Credits** | $0.00 |
| | **Amount Due** | $2,499.50 |

Thank you for choosing DEG!

We accept Credit Card payments and do not charge any processing fees. Contact ACCT@DEGLIT.COM to pay with a credit card. If you have any questions or concerns please call 202-494-0625

Schedule with us anywhere nationally today! To learn more about the services and technology we provide for both depositions and trial, visit us online at www.deglit.com.

---

**Tax ID:** 31-1763752

**Remit to:** Digital Evidence Group C/O
Huseby Global Litigation
P.O. Box 6180
Hermitage, PA 16148-0922

20114853

Vause's Process Service
Serving Florida's Litigation Support Needs Since 1991

# INVOICE

Invoice #VPS-2025002328
3/28/2025

**Send Payments To:**
**Vause's Process Service**
**P.O. Box 1777**
**Tallahassee, FL 32302-1777**
**Phone: (850) 656-2605**
**Fax: (850) 222-2412**
**Tax ID 83-3525649**

Andy Bardos
Gray Robinson, P.A.
P.O. Box 11189
Tallahassee, FL 32302

Your Contact: Vanessa Reichel
**Case Number: Southern 1:24-CV-21983-JB**

Plaintiff:
**Cubanos Pa'lante, et al.**

Defendant:
**Florida House of Representatives and Cord Byrd, in his official capacity as Florida Secretary of State**

Received: 3/24/2025 Served: 3/27/2025 12:25 pm IND-INDIVIDUAL/PERSONAL
To be served on: Nicholas (Nick) Warren

**ITEMIZED LISTING**

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| COPY/PRINT | 6.00 | 0.15 | 0.90 |
| ROUTINE SERVICE OTHER FLORIDA CITIES | 1.00 | 78.00 | 78.00 |
| TOTAL CHARGED: | | | $78.90 |
| **BALANCE DUE:** | | | **$78.90** |

EMAIL: office@vpservice.com

PAYMENT IS DUE UPON RECEIPT OF THE ORIGINAL INVOICE DATE.
PLEASE ENCLOSE A COPY OF THIS INVOICE WITH YOUR PAYMENT.

WE ACCEPT ALL MAJOR CREDIT CARDS - 3.5% processing fee applies to all charges.

PAYMENTS CAN BE MADE BY VISITING HTTPS://VPS.SOPSTATUS.COM
BILL DISPUTES MUST BE RECTIFIED WITHIN 30 DAYS OF THE ORIGINAL INVOICE DATE

***********UNLESS YOU HAVE A SPECIAL ARRANGEMENT OR AGREEMENT WITH US, WE PROVIDE THE ORIGINAL AFFIDAVIT FOR YOU TO REVIEW. YOUR OFFICE NEEDS TO SUBMIT THE DOCUMENTS TO THE COURTS DIRECTLY AFTER YOUR REVIEW***********

ADVANCE FEE REFUNDS MUST BE REQUESTED. YOUR OFFICE MUST SEND US THE ORIGINAL ADVANCED CHECK, DESTROYING THE CHECK WILL NOT SUFFICE.

Copyright © 1992-2025 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0b

# RETURN OF SERVICE

UNITED STATES DISTRICT COURT
Southern District of Florida

Case Number: 1:24-CV-21983-JB

Plaintiff:
**Cubanos Pa'lante, et al.**

vs.

VPS2025002328

Defendant:
**Florida House of Representatives and Cord Byrd, in his official capacity as Florida Secretary of State**

For:
Andy Bardos
Gray Robinson, P.A.
P.O. Box 11189
Tallahassee, FL 32302

Received by Vause's Process Service on the 24th day of March, 2025 at 4:25 pm to be served on **Nicholas (Nick) Warren, 1861 Cherry Street, Apt 4, Jacksonville, FL 32205**.

I, Brett Hudson, do hereby affirm that on the **27th day of March, 2025** at **12:25 pm, I:**

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION , Federal Rule of Civil Procedure 45 , ADDENDUM A** with the date and hour of service endorsed thereon by me, to: **Nicholas (Nick) Warren** at the address of: **1861 Cherry Street, Apt 4, Jacksonville, FL 32205**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 40, Sex: M, Race/Skin Color: White, Height: 5'8", Weight: 150, Hair: Salt & Pepper, Glasses: Y

I certify that I am over the age of 18 and have no interest in the above action. Under penalities of perjury, I declare I have read the foregoing document and that the facts stated in it are true pursuant to F.S. 48.021(2)(a)

**Brett Hudson**

**Vause's Process Service**
**Tallahassee, FL**

Our Job Serial Number: VPS-2025002328

Copyright © 1992-2025 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0b

LEGAL PROCESS SERVICE & INVESTI
8724 SW 72nd Street
#402
Miami, FL 33173
Phone: (305) 412-1178
Fax: (305) 412-1179
Tax I.D. #65-1133848

# STATEMENT

8/17/2025

CARMEN CARTAYA, ESQ
CONTINENTAL PLLC
255 ALHAMBRA CIRCLE
#640
CORAL GABLES, FL 33134

Statement covers Unpaid Invoices through 8/17/2025.

| Invoice | Inv. Date | Person Served | Amount | Status |
|---|---|---|---|---|
| **2025001814** | **6/13/2025** | **TADDEO, ANNETTE J.** | **$85.00** | **PAST 60** |

**TOTAL AMOUNT DUE:** **$85.00**

Current: $0.00 Past 30: $0.00 Past 60: $85.00 Past 90: $0.00 Past 120: $0.00

LEGAL PROCESS SERVICE & INVESTI
8724 SW 72nd Street
#402
Miami, FL 33173
Phone: (305) 412-1178
Fax: (305) 412-1179
Tax I.D. #65-1133848

# INVOICE

Invoice #LIM-2025001814
8/17/2025

Original Date: 6/13/2025

CARMEN CARTAYA, ESQ
CONTINENTAL PLLC
255 ALHAMBRA CIRCLE
#640
CORAL GABLES, FL 33134

**Case Number: SOUTHERN 24-21983-CIVIL BECERRA/TORRES**

Plaintiff:
**CUBANOS PA'LANTE, et al.,**

Defendant:
**FLORIDA HOUSE OF REPRESENTATIVES,
et al.,**

Received: 6/5/2025 Non-Served: 6/13/2025 .NON-SERVE - COMMENTS
To be served on: ANNETTE J. TADDEO

**ITEMIZED LISTING**

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Subpoena Dade County RUSH | 1.00 | 85.00 | 85.00 |
| TOTAL CHARGED: | | | $85.00 |
| **BALANCE DUE:** | | | **$85.00** |

PAYMENT IS DUE UPON RECEIPT. PLEASE ENCLOSE A COPY OF THIS INVOICE WITH YOUR PAYMENT.

Copyright © 1992-2025 DreamBuilt Software, LLC. - Process Server's Toolbox V9.0d

**SANDRA L. NARGIZ, Stenographer**
**294 Rosehill Drive East**
**Tallahassee, FL 323129**
**snargiz@comcast.net**
**850-933-8662**

**TODAY'S DATE:** 6/27/25
**INVOICE NO:** 062525C
**DATE OF JOB:** 6/25/25
**JOB/SERVICE No:**
**STYLE:** CUBANOS PA'LANTE v FLORIDA HOUSE OF REPRESENTATIVES
**CASE NO:** 1:24-cv-21983-JB
**PROCEEDING:** Deposition of Diana Belbruni

TO:

CONTINENTAL PLLC
255 Alhambra Circle, #640
Coral Gables, Florida 33134
305.677.2707
BY: CARMEN MANRARA CARTAYA, ESQUIRE
ccartaya@continentalpllc.com

| | | |
|---|---|---|
| **APPEARANCE:** 3 pm to 5:30 pm | | 285.00 |
| **ORIGINAL TRANSCRIPT:** | | |
| **COPY:** | | |
| **EXHIBITS:** | | n/c |
| **TOTAL** | $ | 285.00 |

**THANK YOU!**

# INVOICE



| Invoice No. | Invoice Date | Job No. |
| --- | --- | --- |
| 11046 | 6/30/2025 | 10539 |
| Job Date | Case No. | |
| 6/27/2025 | 1:24-CV-21983-JB | |
| Case Name | | |
| Cubanos Pa'lante, et al. vs. Florida House of Representatives and Cord Byrd | | |
| Payment Terms | | |
| Net 30 | | |

BRICKELL KEY
COURT REPORTING

Andre (Andy) Bardos, Esq.
GrayRobinson, P.A.
301 South Bronough Street
Suite 600
Tallahassee, FL 32301

In Person Deposition of:
Rebecca Beth Pelham, Engage Miami Inc.

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| Appearance Fee - In Person First Hour | 1.00 | Hours | @ | 325.000 | 325.00 |
| Appearance Fee - Additional Hours | 2.00 | Hours | @ | 75.000 | 150.00 |
| Appearance Fee - After 5 pm | 2.00 | Hours | @ | 125.000 | 250.00 |
| Steno Note/Audio Archival Fee | 1.00 | Unit | @ | 50.000 | 50.00 |
| **TOTAL DUE >>>** | | | | | **$775.00** |
| AFTER 7/30/2025 PAY | | | | | $852.50 |

ATTEN:
Continental PLLC
255 Alhambra Circle
Suite 640
Coral Gables, FL 33134

2:00 pm - 6:39 pm
200 pages (est/hold)

**Tax ID:** 26-3835757

*Please detach bottom portion and return with payment.*

Andre (Andy) Bardos, Esq.
GrayRobinson, P.A.
301 South Bronough Street
Suite 600
Tallahassee, FL 32301

Invoice No. : 11046
Invoice Date : 6/30/2025
**Total Due : $775.00**
AFTER 7/30/2025 PAY $852.50

Job No. : 10539
BU ID : 1-MAIN
Case No. : 1:24-CV-21983-JB
Case Name : Cubanos Pa'lante, et al. vs. Florida House of Representatives and Cord Byrd

Remit To: **Brickell Key Court Reporting, LLC**
**333 SE 2nd Avenue**
**Suite 2000**
**Miami, FL 33131**

# INVOICE



BRICKELL | KEY
COURT REPORTING

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 11044 | 6/30/2025 | 10479 |
| **Job Date** | **Case No.** | |
| 6/27/2025 | 1:24-CV-21983-JB | |
| **Case Name** | | |
| Cubanos Pa'lante, et al. vs. Florida House of Representatives and Cord Byrd | | |
| **Payment Terms** | | |
| Net 30 | | |

Andre (Andy) Bardos, Esq.
GrayRobinson, P.A.
301 South Bronough Street
Suite 600
Tallahassee, FL 32301

In Person Deposition of:
Genesis M. Castilla Falcon

| | | | | | |
|---|---|---|---|---|---|
| Appearance Fee - In Person First Hour | 1.00 | Hours | @ | 325.000 | 325.00 |
| Appearance Fee - Additional Hours | 2.00 | Hours | @ | 75.000 | 150.00 |
| Steno Note/Audio Archival Fee | 1.00 | Unit | @ | 50.000 | 50.00 |
| Zoom Video-Conference Setup | 1.00 | Units | @ | 50.000 | 50.00 |
| **TOTAL DUE >>>** | | | | | **$575.00** |
| AFTER 7/30/2025 PAY | | | | | $632.50 |

ATTEN:
Continental PLLC
255 Alhambra Circle
Suite 640
Coral Gables, FL 33134
9:30 am - 12:05 pm
95 pages (est/hold)

**Tax ID:** 26-3835757

*Please detach bottom portion and return with payment.*

Andre (Andy) Bardos, Esq.
GrayRobinson, P.A.
301 South Bronough Street
Suite 600
Tallahassee, FL 32301

Invoice No. : 11044
Invoice Date : 6/30/2025
**Total Due : $575.00**
AFTER 7/30/2025 PAY $632.50

Job No. : 10479
BU ID : 1-MAIN
Case No. : 1:24-CV-21983-JB
Case Name : Cubanos Pa'lante, et al. vs. Florida House of Representatives and Cord Byrd

Remit To: **Brickell Key Court Reporting, LLC**
**333 SE 2nd Avenue**
**Suite 2000**
**Miami, FL 33131**

**SANDRA L. NARGIZ, Stenographer**
**294 Rosehill Drive East**
**Tallahassee, FL 323129**
**snargiz@comcast.net**
**850-933-8662**

**TODAY'S DATE:** 7/3/25
**INVOICE NO:** 062525GBO
**DATE OF JOB:** 6/25/25
CASE STYLE: CUBANOS PA'LANTE, et al v HOUSE OF REPRESENTATIVES
**JOB/SERVICE No:**
**CASE NO:** 1:24-cv-21983-JB
**PROCEEDING:** Deposition of Diana Belbruno

TO:
GRAY|ROBINSON
301 S. Bronough Street, #600
Tallahassee, Florida 32301
850.577.9090
BY: ANDRE V. BARDOS, ESQUIRE
andy.bardos@gray-robinson.com

---

**APPEARANCE:** (previously billed)

**ORIGINAL TRANSCRIPT:**

**COPY:**

| | |
|---|---|
| 94 pgs @ $3.30 copy reg del | 310.20 |
| **EXHIBITS:** | n/c |
| **TOTAL** | $ 310.20 |

---

**THANK YOU!**

# INVOICE

1 of 1

BRICKELL KEY
COURT REPORTING

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 11090 | 7/9/2025 | 10538 |
| **Job Date** | **Case No.** | |
| 6/26/2025 | 1:24-CV-21983-JB | |
| **Case Name** | | |
| Cubanos Pa'lante, et al. vs. Florida House of Representatives and Cord Byrd | | |
| **Payment Terms** | | |
| Net 30 | | |

Andre (Andy) Bardos, Esq.
GrayRobinson, P.A.
301 South Bronough Street
Suite 600
Tallahassee, FL 32301

Deposition of:

Enrique Cruz, Jr., 30(b)(6), FIU ACLU Club

| | | | | | |
|---|---|---|---|---|---|
| Appearance Fee - Before 9 am | 1.00 | Units | @ | 375.000 | 375.00 |
| Appearance Fee - Additional Hours | 3.50 | Hours | @ | 75.000 | 262.50 |
| Zoom Video-Conference Setup | 1.00 | Units | @ | 50.000 | 50.00 |
| Steno Note/Audio Archival Fee | 1.00 | Unit | @ | 50.000 | 50.00 |
| **TOTAL DUE >>>** | | | | | **$737.50** |
| AFTER 8/8/2025 PAY | | | | | $811.25 |

8:30 am - 12:47 pm
150 pages (est/hold)

**Tax ID:** 26-3835757

*Please detach bottom portion and return with payment.*

Andre (Andy) Bardos, Esq.
GrayRobinson, P.A.
301 South Bronough Street
Suite 600
Tallahassee, FL 32301

Invoice No. : 11090
Invoice Date : 7/9/2025
**Total Due : $737.50**
AFTER 8/8/2025 PAY $811.25

Job No. : 10538
BU ID : 1-MAIN
Case No. : 1:24-CV-21983-JB
Case Name : Cubanos Pa'lante, et al. vs. Florida House of Representatives and Cord Byrd

Remit To: **Brickell Key Court Reporting, LLC**
**333 SE 2nd Avenue**
**Suite 2000**
**Miami, FL 33131**

# INVOICE

1 of 1

BRICKELL KEY
COURT REPORTING

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 11119 | 7/14/2025 | 10540 |
| **Job Date** | **Case No.** | |
| 7/10/2025 | 1:24-CV-21983-JB | |
| **Case Name** | | |
| Cubanos Pa'lante, et al. vs. Florida House of Representatives and Cord Byrd | | |
| **Payment Terms** | | |
| Net 30 | | |

Andre (Andy) Bardos, Esq.
GrayRobinson, P.A.
301 South Bronough Street
Suite 600
Tallahassee, FL 32301

Deposition of:
Cubanos Pa'Lante

| | | | | | |
|---|---|---|---|---|---|
| Appearance Fee - In Person First Hour | 1.00 | Hours | @ | 325.000 | 325.00 |
| Appearance Fee - Additional Hours | 2.00 | Hours | @ | 75.000 | 150.00 |
| Appearance Fee - After 5 pm | 1.50 | Hours | @ | 125.000 | 187.50 |
| Steno Note/Audio Archival Fee | 1.00 | Unit | @ | 50.000 | 50.00 |
| Zoom Video-Conference Setup | 1.00 | Units | @ | 50.000 | 50.00 |
| **TOTAL DUE >>>** | | | | | **$762.50** |
| AFTER 8/13/2025 PAY | | | | | $838.75 |

2:00 pm - 6:21 pm
225 pages (est/hold)

| | |
|---|---|
| **(-) Payments/Credits:** | 0.00 |
| **(+) Finance Charges/Debits:** | 76.25 |
| **(=) New Balance:** | **$838.75** |

**Tax ID:** 26-3835757

*Please detach bottom portion and return with payment.*

Andre (Andy) Bardos, Esq.
GrayRobinson, P.A.
301 South Bronough Street
Suite 600
Tallahassee, FL 32301

Invoice No. : 11119
Invoice Date : 7/14/2025
**Total Due : $838.75**

Job No. : 10540
BU ID : 1-MAIN
Case No. : 1:24-CV-21983-JB
Case Name : Cubanos Pa'lante, et al. vs. Florida House of Representatives and Cord Byrd

Remit To: **Brickell Key Court Reporting, LLC**
**333 SE 2nd Avenue**
**Suite 2000**
**Miami, FL 33131**

# INVOICE



BRICKELL KEY
COURT REPORTING

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 11105 | 7/14/2025 | 10480 |
| **Job Date** | **Case No.** | |
| 7/10/2025 | 1:24-CV-21983-JB | |
| **Case Name** | | |
| Cubanos Pa'lante, et al. vs. Florida House of Representatives and Cord Byrd | | |
| **Payment Terms** | | |
| Net 30 | | |

Andre (Andy) Bardos, Esq.
GrayRobinson, P.A.
301 South Bronough Street
Suite 600
Tallahassee, FL 32301

In Person Deposition of:
Cindy Polo

| | | | | | |
|---|---|---|---|---|---|
| Appearance Fee - In Person First Hour | 1.00 | Hours | @ | 325.000 | 325.00 |
| Appearance Fee - Additional Hours | 3.00 | Hours | @ | 75.000 | 225.00 |
| Zoom Video-Conference Setup | 1.00 | Units | @ | 50.000 | 50.00 |
| Steno Note/Audio Archival Fee | 1.00 | Unit | @ | 50.000 | 50.00 |
| **TOTAL DUE >>>** | | | | | **$650.00** |
| AFTER 8/13/2025 PAY | | | | | $715.00 |

10:00 am - 2:00 pm
150 pages (est/hold)

| | |
|---|---|
| **(-) Payments/Credits:** | 0.00 |
| **(+) Finance Charges/Debits:** | 65.00 |
| **(=) New Balance:** | **$715.00** |

**Tax ID:** 26-3835757

*Please detach bottom portion and return with payment.*

Andre (Andy) Bardos, Esq.
GrayRobinson, P.A.
301 South Bronough Street
Suite 600
Tallahassee, FL 32301

Invoice No. : 11105
Invoice Date : 7/14/2025
**Total Due : $715.00**

Job No. : 10480
BU ID : 1-MAIN
Case No. : 1:24-CV-21983-JB
Case Name : Cubanos Pa'lante, et al. vs. Florida House of Representatives and Cord Byrd

Remit To: **Brickell Key Court Reporting, LLC**
**333 SE 2nd Avenue**
**Suite 2000**
**Miami, FL 33131**

# INVOICE

**North Florida Court Reporters, LLC - Stephanie Nargiz**
2807 Remington Green Cir, Ste. 103
Tallahassee, FL 32308

stephnorthflcr@gmail.com
+1 (850) 701-8800
NorthFLcr.com

North Florida
NorthFLcr.com COURT REPORTERS, LLC

**Bill to**
GrayRobinson
301 South Bronough Street
Suite 600
Tallahassee, Fl 32301-9090

**Invoice details**
Invoice no.: GR062425T
Terms: Net 30
Invoice date: 07/14/2025
Due date: 08/13/2025

| # | Date | Product or service | Description | Qty | Rate | Amount |
|---|---|---|---|---|---|---|
| 1. | | **Deposition - Transcript (copy)** | 06/24/2025 - Transcript (copy) - Deposition of Representative Dr. Anna V. Eskamani<br><br>Case No.: 1:24-21983-CIVIL Becerra/Torres<br>Cubanos Pa'Lante, et al., v. Florida House of Representatives, et al., | 110 | $3.65 | $401.50 |

**Total** **$401.50**

## Ways to pay

VISA · Mastercard · DISCOVER · AMEX · BANK · PayPal · venmo

You may pay with one of the above methods or mail a check to 2807 Remington Green Circle, Ste. 103, Tallahassee, FL 32308.
EIN: 811302052

## Note to customer

Thank you for your business!

View and pay

# INVOICE

**North Florida Court Reporters, LLC - Stephanie Nargiz**
2807 Remington Green Cir, Ste. 103
Tallahassee, FL 32308

stephnorthflcr@gmail.com
+1 (850) 701-8800
NorthFLcr.com

North Florida
NorthFLcr.com COURT REPORTERS, LLC

**Bill to**
GrayRobinson
301 South Bronough Street
Suite 600
Tallahassee, Fl 32301-9090

**Invoice details**
Invoice no.: GR062525T
Terms: Net 30
Invoice date: 07/14/2025
Due date: 08/13/2025

| # | Date | Product or service | Description | Qty | Rate | Amount |
|---|---|---|---|---|---|---|
| 1. | | **Deposition - Transcript (copy)** | 06/25/2025 - Transcript (copy) - Deposition of Representative Fentrice Driskell<br><br>Case No.: 1:24-21983-CIVIL Becerra/Torres<br>Cubanos Pa'Lante, et al., v. Florida House of Representatives, et al., | 73 | $3.65 | $266.45 |

**Total** **$266.45**

## Ways to pay

VISA, Mastercard, Discover, AMEX, BANK, PayPal, Venmo

You may pay with one of the above methods or mail a check to 2807 Remington Green Circle, Ste. 103, Tallahassee, FL 32308.
EIN: 811302052

## Note to customer

Thank you for your business!

View and pay

# INVOICE



Planet Depos

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 769940 | 7/16/2025 | 586371 |

| Job Date | Case No. |
|---|---|
| 6/30/2025 | 1:24-CV-21983-JB |

| Client and Case Name |
|---|
| GrayRobinson, P.A. - Cubanos Pa'Lante, et al. -v- Florida House of Representatives, et al. |

| Payment Terms |
|---|
| Due upon receipt |

Client:
Andy Bardos, Esquire
GrayRobinson, P.A.
301 South Bronough Street
Suite 600
Tallahassee, FL 32301

TRANSCRIPT WITH INDEX OF:

| | | | |
|---|---|---|---|
| Carolyn B. Abott, Ph.D. | 250.00 | Pages | 1,372.50 |
| Attendance | 7.00 | | 525.00 |
| Load File (LEF \| XMEF \| PTZ \| SBF) | 1.00 | Files | 175.00 |
| Planet Summary | 1.00 | | 95.00 |
| Processing Fee | 1.00 | | 49.00 |
| | **TOTAL DUE >>>** | | **$2,216.50** |
| | AFTER 8/15/2025 PAY | | $2,327.33 |

Client law firm, as named above is responsible for the payment of this invoice and such payment is not contingent on any prior receipt of monies by client. By use of Planet Depos' services client accepts the terms and conditions set forth herein.

For convenience, payment can be made online at https://planetdepos.com/invoice-payment-form with any major credit card- subject to a 3% convenience fee.

For billing questions, please email billing@planetdepos.com or call 888.433.3767. Invoice disputes must be brought to our attention within 30 days of receipt. In the event Planet Depos engages an attorney to collect any monies due from client, client shall be responsible for payment of Planet Depos' reasonable attorney's fees. Thank you for your business.

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Andy Bardos, Esquire
GrayRobinson, P.A.
301 South Bronough Street
Suite 600
Tallahassee, FL 32301

Invoice No. : 769940
Invoice Date : 7/16/2025
**Total Due : $2,216.50**
AFTER 8/15/2025 PAY $2,327.33

Remit To: **Planet Depos, LLC**
**P.O. BOX 791571**
**Baltimore, MD 21279-1571**

Job No. : 586371
BU ID : *49-FLA
Case No. : 1:24-CV-21983-JB
Case Name : Cubanos Pa'Lante, et al. -v- Florida House of Representatives, et al.

**Veritext, LLC - Mid-Atlantic Region**
Tel. 888-777-6690 Email: Billing-Midatlantic@veritext.com
Fed. Tax ID: 20-3132569

VERITEXT LEGAL SOLUTIONS

Bill To: Andy Bardos
Gray Robinson PA
301 S Bronough St, Suite 600
PO Box 11189 (32302-3189)
Tallahassee, FL, 32301

| | |
|---|---|
| **Invoice #:** | **8486860** |
| **Invoice Date:** | **7/18/2025** |
| **Balance Due:** | **$1,003.00** |

**Case: Cubanos Pa'lante Et Al v. Florida House Of Representatives, Et Al (1:24cv21983JB)** — **Proceeding Type: Depositions**

Job #: 7452171 | Job Date: 7/8/2025 | Delivery: Normal

Location: Washington, DC

Billing Atty: Andy Bardos

Scheduling Atty: Emily Murphy | O'Melveny & Myers, LLP

| Witness: Xavier Pichs (Miami-Dade Elections Office) | Quantity | Price | Amount |
|---|---|---|---|
| Transcript Services - Certified Transcript | 167.00 | $4.30 | $718.10 |
| Transcript - Supplemental Surcharges* | 167.00 | $0.70 | $116.90 |
| Exhibits | 4.00 | $0.75 | $3.00 |
| Secure Hosting & Delivery of Veritext File Suite | 1.00 | $120.00 | $120.00 |
| Logistics & Processing | 1.00 | $45.00 | $45.00 |

Notes: *Supplemental Surcharges Include: Virtual Proceeding

| | |
|---|---|
| **Invoice Total:** | **$1,003.00** |
| **Payment:** | **$0.00** |
| **Credit:** | **$0.00** |
| **Interest:** | **$0.00** |
| **Balance Due:** | **$1,003.00** |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:** Veritext
**Bank Name:** BMO Harris Bank
**Account No:** 4353454 **ABA:** 071000288
**Swift:** HATRUS44

Pay by Credit Card: www.veritext.com

**Invoice #: 8486860**
**Invoice Date: 7/18/2025**
**Balance Due: $1,003.00**

15901

**Veritext, LLC - Mid-Atlantic Region**
Tel. 888-777-6690 Email: Billing-Midatlantic@veritext.com
Fed. Tax ID: 20-3132569

VERITEXT LEGAL SOLUTIONS

Bill To: Andy Bardos
Gray Robinson PA
301 S Bronough St, Suite 600
PO Box 11189 (32302-3189)
Tallahassee, FL, 32301

| | |
|---|---|
| **Invoice #:** | **8495652** |
| **Invoice Date:** | **7/23/2025** |
| **Balance Due:** | **$1,790.80** |

**Case: Pa'lante, Cubanos, Et Al. v. Florida House Of Representatives, Et Al (1:24cv21983JB)** — **Proceeding Type: Depositions**

Job #: 7451630 | Job Date: 7/2/2025 | Delivery: Normal

Location: Washington, DC
Billing Atty: Andy Bardos
Scheduling Atty: Emily Murphy | O'Melveny & Myers, LLP

| Witness: Sean Trende , PhD | Quantity | Price | Amount |
|---|---|---|---|
| Transcript Services - Certified Transcript | 264.00 | $4.30 | $1,135.20 |
| Transcript - Supplemental Surcharges* | 264.00 | $1.40 | $369.60 |
| Exhibits | 242.00 | $0.50 | $121.00 |
| Secure Hosting & Delivery of Veritext File Suite | 1.00 | $120.00 | $120.00 |
| Logistics & Processing | 1.00 | $45.00 | $45.00 |

Notes: *Supplemental Surcharges Include: Expert/Medical/Technical, Virtual Proceeding

| | |
|---|---|
| **Invoice Total:** | **$1,790.80** |
| **Payment:** | **$0.00** |
| **Credit:** | **$0.00** |
| **Interest:** | **$0.00** |
| **Balance Due:** | **$1,790.80** |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Account No:**4353454 **ABA:**071000288
**Swift:** HATRUS44

Pay by Credit Card: www.veritext.com

**Invoice #:** **8495652**
**Invoice Date:** **7/23/2025**
**Balance Due:** **$1,790.80**

15901

# INVOICE



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 398272 | 7/24/2025 | 410695 |

| Job Date | Case No. |
|---|---|
| 7/17/2025 | |

| Case Name |
|---|
| Cubanos Pa'lante vs. Florida House of Representatives |

| Payment Terms |
|---|
| Due upon receipt |

LEXITAS

TEL: 888-811-3408 lexitaslegal.com
fl.billing@lexitaslegal.com

Andy Bardos
Gray Robinson, P.A.
301 South Bronough Street
Suite 600
Tallahassee, FL 32301

DEPOSITION TRANSCRIPT OF:

| | | |
|---|---|---|
| Jason Poreda | | 3,421.45 |
| Jason Poreda -Exhibits | | 50.00 |
| Paperless Delivery: One tree will be planted in your honor! | 1.00 | |
| | **TOTAL DUE >>>** | **$3,471.45** |
| | AFTER 9/7/2025 PAY | $3,818.60 |

Thank you for your business!

Lexitas operates in all 50 states and is licensed where required. Nevada Registration #116F. California Firm Registration #179. Michigan Firm Registration #8602.

**REMITTANCE – TO AVOID DELAYS IN APPLYING YOUR PAYMENTS, PLEASE INCLUDE A COPY OF THIS INVOICE OR INCLUDE THE INVOICE NUMBER WITH YOUR PAYMENT.**

Remittance is due 30 days from the date of the invoice. At 30 days past the payment due date, a 1.5% monthly surcharge may be added. Please contact us if you have any questions or think there is an error on this invoice within 90 days of the invoice date. No adjustments will be made to invoices after 90 days.

**By ACH or Wire:** Please contact Accounts Receivable at ar@lexitaslegal.com for questions and banking details. To ensure proper payment application, a remittance detail including the department number 2034 and invoice numbers should be emailed to remitance@lexitaslegal.com.

**By Credit Card:** Please visit www.lexitaslegal.com/bill-pay and use your invoice number in the Invoice Number field as well as your job

**Tax ID:** 46-4363191

*Please detach bottom portion and return with payment.*

Andy Bardos
Gray Robinson, P.A.
301 South Bronough Street
Suite 600
Tallahassee, FL 32301

Invoice No. : 398272
Invoice Date : 7/24/2025
**Total Due : $3,471.45**

Remit To: **Lexitas**
**PO Box 734298 Dept. 2034**
**Dallas, TX 75373-4298**

Job No. : 410695
BU ID : FL-PAN
Case No. :
Case Name : Cubanos Pa'lante vs. Florida House of Representatives

# INVOICE



LEXITAS

TEL: 888-811-3408 lexitaslegal.com
fl.billing@lexitaslegal.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 398272 | 7/24/2025 | 410695 |
| **Job Date** | **Case No.** | |
| 7/17/2025 | | |
| **Case Name** | | |
| Cubanos Pa'lante vs. Florida House of Representatives | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Andy Bardos
Gray Robinson, P.A.
301 South Bronough Street
Suite 600
Tallahassee, FL 32301

number in the Job Number field.

**By Check:** Please address your payment to the address above and list your invoice number or attach a copy of this invoice.

Accounts unpaid after 90 days agree to pay all collections costs including reasonable attorney's fees.

| | |
|---|---|
| **(-) Payments/Credits:** | 0.00 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **$3,471.45** |

**Tax ID:** 46-4363191

*Please detach bottom portion and return with payment.*

Andy Bardos
Gray Robinson, P.A.
301 South Bronough Street
Suite 600
Tallahassee, FL 32301

Invoice No. : 398272
Invoice Date : 7/24/2025
**Total Due : $3,471.45**

Remit To: **Lexitas**
**PO Box 734298 Dept. 2034**
**Dallas, TX 75373-4298**

Job No. : 410695
BU ID : FL-PAN
Case No. :
Case Name : Cubanos Pa'lante vs. Florida House of Representatives

# INVOICE



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 773435 | 7/28/2025 | 588373 |
| **Job Date** | **Case No.** | |
| 7/14/2025 | 1:24-CV-21983-JB | |
| **Client and Case Name** | | |
| GrayRobinson, P.A. - Pa'Lante, et al. -v- Florida House of Representatives, et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Planet Depos

Client:
Andy Bardos, Esquire
GrayRobinson, P.A.
301 South Bronough Street
Suite 600
Tallahassee, FL 32301

| | | | |
|---|---|---|---|
| TRANSCRIPT WITH INDEX OF: | | | |
| Hannah L. Walker, Ph.D. | 360.00 | Pages | 1,976.40 |
| Attendance | 7.50 | | 562.50 |
| Evening Attendance | 1.50 | | 168.75 |
| Exhibits | 400.00 | Pages | 220.00 |
| Load File (LEF \| XMEF \| PTZ \| SBF) | 1.00 | Files | 175.00 |
| Planet Summary | 1.00 | | 95.00 |
| Processing Fee | 1.00 | | 49.00 |
| | **TOTAL DUE >>>** | | **$3,246.65** |
| | AFTER 8/27/2025 PAY | | $3,408.98 |

Client law firm, as named above is responsible for the payment of this invoice and such payment is not contingent on any prior receipt of monies by client. By use of Planet Depos' services client accepts the terms and conditions set forth herein.

For convenience, payment can be made online at https://planetdepos.com/invoice-payment-form with any major credit card- subject to a 3% convenience fee.

For billing questions, please email billing@planetdepos.com or call 888.433.3767. Invoice disputes must be brought to our attention within 30 days of receipt. In the event Planet Depos engages an attorney to collect any monies due from client, client shall be responsible for payment of Planet Depos' reasonable attorney's fees. Thank you for your business.

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Andy Bardos, Esquire
GrayRobinson, P.A.
301 South Bronough Street
Suite 600
Tallahassee, FL 32301

Invoice No. : 773435
Invoice Date : 7/28/2025
**Total Due : $3,246.65**
AFTER 8/27/2025 PAY $3,408.98

Remit To: **Planet Depos, LLC**
**P.O. BOX 791571**
**Baltimore, MD 21279-1571**

Job No. : 588373
BU ID : *49-FLA
Case No. : 1:24-CV-21983-JB
Case Name : Pa'Lante, et al. -v- Florida House of Representatives, et al.

# INVOICE



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 772855 | 7/31/2025 | 588375 |
| **Job Date** | **Case No.** | |
| 7/18/2025 | 1:24-CV-21983-JB | |
| **Client and Case Name** | | |
| GrayRobinson, P.A. - Pa'Lante, et al. -v- Florida House of Representatives, et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Planet Depos

Client:
Andy Bardos, Esquire
GrayRobinson, P.A.
301 South Bronough Street
Suite 600
Tallahassee, FL 32301

| | | | |
|---|---|---|---|
| EXPEDITED TRANSCRIPT WITH INDEX OF: | | | |
| Stephanie Puello, Ph.D. | 280.00 | Pages | 2,170.00 |
| Attendance | 8.00 | | 600.00 |
| Evening Attendance | 0.50 | | 56.25 |
| Rough ASCII | 216.00 | Pages | 421.20 |
| Exhibits | 290.00 | Pages | 159.50 |
| Load File (LEF \| XMEF \| PTZ \| SBF) | 1.00 | Files | 175.00 |
| Planet Summary | 1.00 | | 95.00 |
| Processing Fee | 1.00 | | 49.00 |
| | **TOTAL DUE >>>** | | **$3,725.95** |
| | AFTER 8/30/2025 PAY | | $3,912.25 |

Ordered by : James T. Moore, Jr., Esquire
GrayRobinson, P.A.
301 South Bronough Street
Suite 600
Tallahassee, FL 32301

Client law firm, as named above is responsible for the payment of this invoice and such payment is not contingent on any prior receipt of monies by client. By use of Planet Depos' services client accepts the terms and conditions set forth herein.

For convenience, payment can be made online at https://planetdepos.com/invoice-payment-form with any major credit card- subject to a 3% convenience fee.

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Andy Bardos, Esquire
GrayRobinson, P.A.
301 South Bronough Street
Suite 600
Tallahassee, FL 32301

Invoice No. : 772855
Invoice Date : 7/31/2025
**Total Due : $3,725.95**
AFTER 8/30/2025 PAY $3,912.25

Remit To: **Planet Depos, LLC**
**P.O. BOX 791571**
**Baltimore, MD 21279-1571**

Job No. : 588375
BU ID : *49-FLA
Case No. : 1:24-CV-21983-JB
Case Name : Pa'Lante, et al. -v- Florida House of Representatives, et al.

# INVOICE



Planet Depos

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 772855 | 7/31/2025 | 588375 |
| **Job Date** | **Case No.** | |
| 7/18/2025 | 1:24-CV-21983-JB | |
| **Client and Case Name** | | |
| GrayRobinson, P.A. - Pa'Lante, et al. -v- Florida House of Representatives, et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Client:
Andy Bardos, Esquire
GrayRobinson, P.A.
301 South Bronough Street
Suite 600
Tallahassee, FL 32301

For billing questions, please email billing@planetdepos.com or call 888.433.3767. Invoice disputes must be brought to our attention within 30 days of receipt. In the event Planet Depos engages an attorney to collect any monies due from client, client shall be responsible for payment of Planet Depos' reasonable attorney's fees. Thank you for your business.

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Andy Bardos, Esquire
GrayRobinson, P.A.
301 South Bronough Street
Suite 600
Tallahassee, FL 32301

Invoice No. : 772855
Invoice Date : 7/31/2025
**Total Due : $3,725.95**
AFTER 8/30/2025 PAY $3,912.25

Remit To: **Planet Depos, LLC**
**P.O. BOX 791571**
**Baltimore, MD 21279-1571**

Job No. : 588375
BU ID : *49-FLA
Case No. : 1:24-CV-21983-JB
Case Name : Pa'Lante, et al. -v- Florida House of Representatives, et al.

← BACK TO VERITEXT HOMEPAGE | CONTACT US

# Veritext | Pay Invoice

Invoice Details — Secure Checkout — 3 **Payment Confirmation**

## Payment Confirmed Successfully

Your transaction was a success! We appreciate your business and look forward to working with you again soon. If you have any other questions or concerns, please let us know.

| | |
|---|---|
| **Reference Number** | 659410670 |
| **Response Code** | 101 |
| **Authorization Code** | 17007Q |
| **Transaction Date** | 2025-08-01 |
| **Transaction Time** | 10:32 AM |
| **Transaction Type** | SALE |
| **Message** | APPROVAL - Approved |
| **Amount** | $2,119.55 |
| **Card Holder's Name** | Jesus Suarez |
| **Invoices** | 8501034 |
| **Transaction ID** | 5476333 |

PRINT   PAY ANOTHER INVOICE

Need help? acctsrec@veritext.com. Use of Veritext Easy Pay is subject to our privacy policy and terms of use. View our return policy and delivery policy.

# INVOICE

1 of 1

Planet Depos

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 773743 | 8/12/2025 | 588374 |

| Job Date | Case No. |
|---|---|
| 7/15/2025 | 1:24-CV-21983-JB |

**Client and Case Name**

GrayRobinson, P.A. - Pa'Lante, et al. -v- Florida House of Representatives, et al.

**Payment Terms**

Due upon receipt

Client:
Andy Bardos, Esquire
GrayRobinson, P.A.
301 South Bronough Street
Suite 600
Tallahassee, FL 32301

| | | | |
|---|---|---|---|
| TRANSCRIPT WITH INDEX OF: | | | |
| Cory McCartan, Ph.D. | 272.00 | Pages | 1,493.28 |
| Attendance | 6.00 | | 450.00 |
| Exhibits | 476.00 | Pages | 261.80 |
| Load File (LEF \| XMEF \| PTZ \| SBF) | 1.00 | Files | 175.00 |
| Planet Summary | 1.00 | | 95.00 |
| Processing Fee | 1.00 | | 49.00 |
| | **TOTAL DUE >>>** | | **$2,524.08** |
| | AFTER 9/11/2025 PAY | | $2,650.28 |

Client law firm, as named above is responsible for the payment of this invoice and such payment is not contingent on any prior receipt of monies by client. By use of Planet Depos' services client accepts the terms and conditions set forth herein.

For convenience, payment can be made online at https://planetdepos.com/invoice-payment-form with any major credit card- subject to a 3% convenience fee.

For billing questions, please email billing@planetdepos.com or call 888.433.3767. Invoice disputes must be brought to our attention within 30 days of receipt. In the event Planet Depos engages an attorney to collect any monies due from client, client shall be responsible for payment of Planet Depos' reasonable attorney's fees. Thank you for your business.

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Andy Bardos, Esquire
GrayRobinson, P.A.
301 South Bronough Street
Suite 600
Tallahassee, FL 32301

Invoice No. : 773743
Invoice Date : 8/12/2025
**Total Due : $2,524.08**
AFTER 9/11/2025 PAY $2,650.28

Remit To: **Planet Depos, LLC**
**P.O. BOX 791571**
**Baltimore, MD 21279-1571**

Job No. : 588374
BU ID : *49-FLA
Case No. : 1:24-CV-21983-JB
Case Name : Pa'Lante, et al. -v- Florida House of Representatives, et al.

# INVOICE



BRICKELL KEY COURT REPORTING

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 11195 | 8/15/2025 | 10480 |
| **Job Date** | **Case No.** | |
| 7/10/2025 | 1:24-CV-21983-JB | |
| **Case Name** | | |
| Cubanos Pa'lante, et al. vs. Florida House of Representatives and Cord Byrd | | |
| **Payment Terms** | | |
| Net 30 | | |

Carmen Manrara Cartaya, Esq.
Continental PLLC
255 Alhambra Circle
Suite 640
Coral Gables, FL 33134

ORIGINAL TRANSCRIPT OF:

| | | | | | |
|---|---|---|---|---|---|
| Cindy Polo | 144.00 | Pages | @ | 5.650 | 813.60 |
| E-Transcript | 1.00 | Units | @ | 45.000 | 45.00 |
| Exhibits | 88.00 | Pages | @ | 0.500 | 44.00 |
| | **TOTAL DUE >>>** | | | | **$902.60** |
| | AFTER 9/14/2025 PAY | | | | $992.86 |

**Tax ID:** 26-3835757

*Please detach bottom portion and return with payment.*

Carmen Manrara Cartaya, Esq.
Continental PLLC
255 Alhambra Circle
Suite 640
Coral Gables, FL 33134

Invoice No. : 11195
Invoice Date : 8/15/2025
**Total Due : $902.60**
AFTER 9/14/2025 PAY $992.86

Remit To: **Brickell Key Court Reporting, LLC**
**333 SE 2nd Avenue**
**Suite 2000**
**Miami, FL 33131**

Job No. : 10480
BU ID : 1-MAIN
Case No. : 1:24-CV-21983-JB
Case Name : Cubanos Pa'lante, et al. vs. Florida House of Representatives and Cord Byrd

# INVOICE



BRICKELL KEY
COURT REPORTING

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 11202 | 8/15/2025 | 10540 |
| **Job Date** | **Case No.** | |
| 7/10/2025 | 1:24-CV-21983-JB | |
| **Case Name** | | |
| Cubanos Pa'lante, et al. vs. Florida House of Representatives and Cord Byrd | | |
| **Payment Terms** | | |
| Net 30 | | |

Carmen Manrara Cartaya, Esq.
Continental PLLC
255 Alhambra Circle
Suite 640
Coral Gables, FL 33134

ORIGINAL TRANSCRIPT OF:

| | | | | | |
|---|---|---|---|---|---|
| Michael Rivero, 30(b)(6) Cubanos Pa'lante | 216.00 | Pages | @ | 5.650 | 1,220.40 |
| E-Transcript | 1.00 | Units | @ | 45.000 | 45.00 |
| Exhibits | 177.00 | Pages | @ | 0.500 | 88.50 |
| | **TOTAL DUE >>>** | | | | **$1,353.90** |
| | AFTER 9/14/2025 PAY | | | | $1,489.29 |

**Tax ID:** 26-3835757

*Please detach bottom portion and return with payment.*

Carmen Manrara Cartaya, Esq.
Continental PLLC
255 Alhambra Circle
Suite 640
Coral Gables, FL 33134

Invoice No. : 11202
Invoice Date : 8/15/2025
**Total Due : $1,353.90**
AFTER 9/14/2025 PAY $1,489.29

Job No. : 10540
BU ID : 1-MAIN
Case No. : 1:24-CV-21983-JB
Case Name : Cubanos Pa'lante, et al. vs. Florida House of Representatives and Cord Byrd

Remit To: **Brickell Key Court Reporting, LLC**
**333 SE 2nd Avenue**
**Suite 2000**
**Miami, FL 33131**

# INVOICE



BRICKELL KEY
COURT REPORTING

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 11299 | 8/28/2025 | 10600 |
| **Job Date** | **Case No.** | |
| 7/1/2025 | 1:24-CV-21983-JB | |
| **Case Name** | | |
| Cubanos Pa'lante, et al. vs. Florida House of Representatives and Cord Byrd | | |
| **Payment Terms** | | |
| Net 30 | | |

Carmen Manrara Cartaya, Esq.
Continental PLLC
255 Alhambra Circle
Suite 640
Coral Gables, FL 33134

ORIGINAL TRANSCRIPT OF:

| | | | | | |
|---|---|---|---|---|---|
| Annette J. Taddeo, Former Florida Senator | 190.00 | Pages | @ | 5.650 | 1,073.50 |
| E-Transcript | 1.00 | Units | @ | 45.000 | 45.00 |
| Exhibits | 241.00 | Pages | @ | 0.500 | 120.50 |
| | **TOTAL DUE >>>** | | | | **$1,239.00** |
| | AFTER 9/27/2025 PAY | | | | $1,362.90 |

**Tax ID:** 26-3835757

*Please detach bottom portion and return with payment.*

Carmen Manrara Cartaya, Esq.
Continental PLLC
255 Alhambra Circle
Suite 640
Coral Gables, FL 33134

Invoice No. : 11299
Invoice Date : 8/28/2025
**Total Due : $1,239.00**
AFTER 9/27/2025 PAY $1,362.90

Remit To: **Brickell Key Court Reporting, LLC**
**333 SE 2nd Avenue**
**Suite 2000**
**Miami, FL 33131**

Job No. : 10600
BU ID : 1-MAIN
Case No. : 1:24-CV-21983-JB
Case Name : Cubanos Pa'lante, et al. vs. Florida House of Representatives and Cord Byrd

# INVOICE



BRICKELL KEY
COURT REPORTING

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 11295 | 8/28/2025 | 10538 |
| **Job Date** | **Case No.** | |
| 6/26/2025 | 1:24-CV-21983-JB | |
| **Case Name** | | |
| Cubanos Pa'lante, et al. vs. Florida House of Representatives and Cord Byrd | | |
| **Payment Terms** | | |
| Net 30 | | |

Carmen Manrara Cartaya, Esq.
Continental PLLC
255 Alhambra Circle
Suite 640
Coral Gables, FL 33134

ORIGINAL TRANSCRIPT OF:

| | | | | | |
|---|---|---|---|---|---|
| Enrique Cruz, Jr., 30(b)(6), FIU ACLU Club | 176.00 | Pages | @ | 5.650 | 994.40 |
| E-Transcript | 1.00 | Units | @ | 45.000 | 45.00 |
| Exhibits | 85.00 | Pages | @ | 0.500 | 42.50 |
| **TOTAL DUE >>>** | | | | | **$1,081.90** |
| AFTER 9/27/2025 PAY | | | | | $1,190.09 |

**Tax ID:** 26-3835757

*Please detach bottom portion and return with payment.*

Carmen Manrara Cartaya, Esq.
Continental PLLC
255 Alhambra Circle
Suite 640
Coral Gables, FL 33134

Invoice No. : 11295
Invoice Date : 8/28/2025
**Total Due : $1,081.90**
AFTER 9/27/2025 PAY $1,190.09

Remit To: **Brickell Key Court Reporting, LLC**
**333 SE 2nd Avenue**
**Suite 2000**
**Miami, FL 33131**

Job No. : 10538
BU ID : 1-MAIN
Case No. : 1:24-CV-21983-JB
Case Name : Cubanos Pa'lante, et al. vs. Florida House of Representatives and Cord Byrd

# INVOICE



BRICKELL KEY
COURT REPORTING

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 11293 | 8/28/2025 | 10479 |
| **Job Date** | **Case No.** | |
| 6/27/2025 | 1:24-CV-21983-JB | |
| **Case Name** | | |
| Cubanos Pa'lante, et al. vs. Florida House of Representatives and Cord Byrd | | |
| **Payment Terms** | | |
| Net 30 | | |

Carmen Manrara Cartaya, Esq.
Continental PLLC
255 Alhambra Circle
Suite 640
Coral Gables, FL 33134

ORIGINAL TRANSCRIPT OF:

| | | | | | |
|---|---|---|---|---|---|
| Genesis M. Castilla Falcon | 112.00 | Pages | @ | 5.650 | 632.80 |
| E-Transcript | 1.00 | Units | @ | 45.000 | 45.00 |
| Exhibits | 71.00 | Pages | @ | 0.500 | 35.50 |
| **TOTAL DUE >>>** | | | | | **$713.30** |
| AFTER 9/27/2025 PAY | | | | | $784.63 |

**Tax ID:** 26-3835757

*Please detach bottom portion and return with payment.*

Carmen Manrara Cartaya, Esq.
Continental PLLC
255 Alhambra Circle
Suite 640
Coral Gables, FL 33134

Invoice No. : 11293
Invoice Date : 8/28/2025
**Total Due : $713.30**
AFTER 9/27/2025 PAY $784.63

Remit To: **Brickell Key Court Reporting, LLC**
**333 SE 2nd Avenue**
**Suite 2000**
**Miami, FL 33131**

Job No. : 10479
BU ID : 1-MAIN
Case No. : 1:24-CV-21983-JB
Case Name : Cubanos Pa'lante, et al. vs. Florida House of Representatives and Cord Byrd

# INVOICE



BRICKELL KEY
COURT REPORTING

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 11297 | 8/28/2025 | 10539 |
| **Job Date** | **Case No.** | |
| 6/27/2025 | 1:24-CV-21983-JB | |
| **Case Name** | | |
| Cubanos Pa'lante, et al. vs. Florida House of Representatives and Cord Byrd | | |
| **Payment Terms** | | |
| Net 30 | | |

Carmen Manrara Cartaya, Esq.
Continental PLLC
255 Alhambra Circle
Suite 640
Coral Gables, FL 33134

ORIGINAL TRANSCRIPT OF:

| | | | | | |
|---|---|---|---|---|---|
| Rebecca Pelham, 30(b)(6), Engage Miami Inc. | 183.00 | Pages | @ | 5.650 | 1,033.95 |
| E-Transcript | 1.00 | Units | @ | 45.000 | 45.00 |
| Exhibits | 139.00 | Pages | @ | 0.500 | 69.50 |
| | **TOTAL DUE >>>** | | | | **$1,148.45** |
| | AFTER 9/27/2025 PAY | | | | $1,263.30 |

**Tax ID:** 26-3835757

*Please detach bottom portion and return with payment.*

Carmen Manrara Cartaya, Esq.
Continental PLLC
255 Alhambra Circle
Suite 640
Coral Gables, FL 33134

Invoice No. : 11297
Invoice Date : 8/28/2025
**Total Due : $1,148.45**
AFTER 9/27/2025 PAY $1,263.30

Remit To: **Brickell Key Court Reporting, LLC**
**333 SE 2nd Avenue**
**Suite 2000**
**Miami, FL 33131**

Job No. : 10539
BU ID : 1-MAIN
Case No. : 1:24-CV-21983-JB
Case Name : Cubanos Pa'lante, et al. vs. Florida House of Representatives and Cord Byrd

ST44 Rev. 10/23
Derived from AO44 Rev. 10/23

# UNITED STATES DISTRICT COURT
## Southern District of Florida

Invoice No.: 20250353

Andy Bardos
GrayRobinson, P.A.
301 South Bronough Street
Suite 600
Tallahassee, FL 32301
(850) 577-9090

**MAKE CHECKS PAYABLE TO:**
VERNITA ALLEN-WILLIAMS, RMR, FCRR
Official Court Reporter
400 North Miami Avenue
Court Reporter Section
Miami, FL 33128
(305) 523-5938
Vernita_Allen-Williams@flsd.uscourts.gov
Tax ID: 32-0308076

__ CRIMINAL X CIVIL

DATE ORDERED: 11-07-2025

DATE DELIVERED:

**In the matter of:** 24-CV-21983-JB, Cubanos Pa'lante, et al. v Florida House of Representatives, et al.

Oral argument - 10/29/25 - Motion for Summary Judgment

| CATEGORY | ORIGINAL | | | 1ST COPY | | | ADDITIONAL COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| 30-Day | | | | | | | | | | |
| 14-Day | | | | 79 | 1.10 | 86.90 | | | | 86.90 |
| 7-Day | | | | | | | | | | |
| 3-Day | | | | | | | | | | |
| Next-Day | | | | | | | | | | |
| 2-Hour | | | | | | | | | | |
| Realtime | | | | | | | | | | |
| Misc. | | | | | | | | | Misc. Charges | |
| | | | | | | | | | **Subtotal** | 86.90 |
| | | | | | | | | | Less Discount for Late Delivery | |
| | | | | | | | | | Tax (If Applicable) | |
| | | | | | | | | | Less Amount of Deposit | |
| | | | | | | | | | Total Refund | |
| | | | | | | | | | **Total Due** | 86.90 |

ADDITIONAL INFORMATION

Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day delivery rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

CERTIFICATION

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE: /s/ Vernita Allen-Williams

DATE: 11-07-2025

**DISTRIBUTION:** TO PARTY (2 copies - 1 to be returned with payment) COURT REPORTER COURT REPORTER SUPERVISOR

ST44 Rev. 10/23
Derived from AO44 Rev. 10/23

# UNITED STATES DISTRICT COURT
## Southern District of Florida

Invoice No.: 20250374

Andy Bardos
GrayRobinson, P.A.
301 South Bronough Street
Suite 600
Tallahassee, FL 32301
(850) 577-9090

**MAKE CHECKS PAYABLE TO:**
VERNITA ALLEN-WILLIAMS, RMR, FCRR
Official Court Reporter
400 North Miami Avenue
Court Reporter Section
Miami, FL 33128
(305) 523-5938
Vernita_Allen-Williams@flsd.uscourts.gov
Tax ID: 32-0308076

__ CRIMINAL X CIVIL

DATE ORDERED: 12-23-2025

DATE DELIVERED:

**In the matter of:** 24-CV-21983-JB, Cubanos Pa'lante, et al. v FL House of Representatives, et al.

Rough drafts of bench trial scheduled 1/12/26 through 1/15/26

| CATEGORY | ORIGINAL | | | 1ST COPY | | | ADDITIONAL COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| 30-Day | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| 7-Day | | | | | | | | | | |
| 3-Day | | | | | | | | | | |
| Next-Day | | | | | | | | | | |
| 2-Hour | | | | | | | | | | |
| Realtime | | | | 400 | 2.55 | 1020.00 | | | | 1020.00 |
| Misc. | | | | | | | | | Misc. Charges | |
| | | | | | | | | | **Subtotal** | 1020.00 |
| | | | | | | | | | Less Discount for Late Delivery | |
| | | | | | | | | | Tax (If Applicable) | |
| | | | | | | | | | Less Amount of Deposit | |
| | | | | | | | | | Total Refund | |
| | | | | | | | | | **Total Due** | 1020.00 |

ADDITIONAL INFORMATION

Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day delivery rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

CERTIFICATION

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE: /s/ Vernita Allen-Williams

DATE: 12-23-2025

**DISTRIBUTION:** TO PARTY (2 copies - 1 to be returned with payment) COURT REPORTER COURT REPORTER SUPERVISOR

**minit print of miami Inc**
THE LEGAL COPYING, DOCUMENT IMAGING & PRINTING CENTER
25 S.E. 2nd Avenue, Suite: 445
Miami, Florida 33131-1510
Phone: (305) 374-0696

INVOICE NO. 1001-26

Tax: ID: 20-2076368

Date: 1/7/26

Sold To: Continental Attorneys at Law
245 Alcazar Avenue
Coral Gables, Fl 33134
Att: Jennifer Hernandez Phone: 305-677-3699

Reference: Cubanos Pa'lante v. Florida House
File No.: of Representatives

| Qty | Description | Unit Price | Total |
|---|---|---|---|
| 9,625 | B/w Copies | | 1,540.00 |
| 5,354 | Color Copies | | 4,765.06 |
| 10 | 1" Binders | | 195.00 |
| 10 | 1½" Binders | | 225.00 |
| 3 | 3" Binders | | 127.50 |
| 12 | 5" Binders | | 666.00 |
| 870 | numbered tabs | | 774.30 |
| 16 | 36" x 48" poster boards | | 2,480.00 |
| 1 | printed sample of Map | | 75.00 |
| 1 | Courier charge | | 175.00 |
| | | | |

Terms: Net 30 days interest at 1.5% per month thereafter
Should your account become delinquent you will be responsible for any collection cost, including attorney's fee

| | |
|---|---|
| Subtotal | 11,022.86 |
| Tax | 771.60 |
| Misc | |
| BALANCE DUE | 11,794.46 |

Signature: ______________________

If pay by Credit Card add 4% extra of the total amount

"SERVING LAWYERS SINCE 1968"

E-mail: minitprint@hotmail.com / Website: www.minitprint.net

ST44 Rev. 10/23
Derived from AO44 Rev. 10/23

# UNITED STATES DISTRICT COURT
## Southern District of Florida

Invoice No.: 20250374

Andy Bardos
GrayRobinson, P.A.
301 South Bronough Street
Suite 600
Tallahassee, FL 32301
(850) 577-9090

**MAKE CHECKS PAYABLE TO:**
VERNITA ALLEN-WILLIAMS, RMR, FCRR
Official Court Reporter
400 North Miami Avenue
Court Reporter Section
Miami, FL 33128
(305) 523-5938
Vernita_Allen-Williams@flsd.uscourts.gov
Tax ID: 32-0308076

_ CRIMINAL X CIVIL

DATE ORDERED: 12-23-2025

DATE DELIVERED: 01-15-2026

**In the matter of:** 24-CV-21983-JB, Cubanos Pa'lante, et al. v FL House of Representatives, et al.

Rough drafts of bench trial scheduled 1/12/26 through 1/15/26

| CATEGORY | ORIGINAL | | | 1ST COPY | | | ADDITIONAL COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| 30-Day | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| 7-Day | | | | | | | | | | |
| 3-Day | | | | | | | | | | |
| Next-Day | | | | | | | | | | |
| 2-Hour | | | | | | | | | | |
| Realtime | | | | 982 | 2.55 | 2504.10 | | | | 2504.10 |
| Misc. | | | | | | | | | Misc. Charges | |
| | | | | | | | | | **Subtotal** | 2504.10 |
| | | | | | | | | | Less Discount for Late Delivery | |
| | | | | | | | | | Tax (If Applicable) | |
| **Date:** 01-05-2026 | | | **Check:** 579336 | | | | | | Less Amount of Deposit | 1020.00 |
| | | | | | | | | | Total Refund | |
| | | | | | | | | | **Total Due** | 1484.10 |

ADDITIONAL INFORMATION

Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day delivery rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

CERTIFICATION

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE: /s/ Vernita Allen-Williams

DATE: 01-15-2026

**DISTRIBUTION:** TO PARTY (2 copies - 1 to be returned with payment) COURT REPORTER COURT REPORTER SUPERVISOR

ST44 Rev. 10/23
Derived from AO44 Rev. 10/23

# UNITED STATES DISTRICT COURT
## Southern District of Florida

Invoice No.: 20260388

Andy Bardos
GrayRobinson, P.A.
301 South Bronough Street
Suite 600
Tallahassee, FL 32301
(850) 577-9090

**MAKE CHECKS PAYABLE TO:**
VERNITA ALLEN-WILLIAMS, RMR, FCRR
Official Court Reporter
400 North Miami Avenue
Court Reporter Section
Miami, FL 33128
(305) 523-5938
Vernita_Allen-Williams@flsd.uscourts.gov
Tax ID: 32-0308076

__ CRIMINAL X CIVIL

DATE ORDERED: 01-20-2026

DATE DELIVERED:

**In the matter of:** 24-CV-21983-JB, Cubanos Pa'Lante, et al. v Florida House of Representatives, et al.

Bench trial held before Eleventh Circuit Judge Judge, U.S. District Judge Ruiz, and U.S. District Becerra 1/12/26 through 1/15/26

| CATEGORY | ORIGINAL | | | 1ST COPY | | | ADDITIONAL COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| 30-Day | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| 7-Day | 1125 | 6.44 | 7245.00 | 1125 | 1.10 | 1237.50 | | | | 8482.50 |
| 3-Day | | | | | | | | | | |
| Next-Day | | | | | | | | | | |
| 2-Hour | | | | | | | | | | |
| Realtime | | | | | | | | | | |
| Misc. | | | | | | | | | Misc. Charges | |
| | | | | | | | | | **Subtotal** | 8482.50 |
| | | | | | | | | | Less Discount for Late Delivery | |
| | | | | | | | | | Tax (If Applicable) | |
| | | | | | | | | | Less Amount of Deposit | |
| | | | | | | | | | Total Refund | |
| | | | | | | | | | **Total Due** | 8482.50 |

ADDITIONAL INFORMATION

Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day delivery rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

CERTIFICATION

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE: /s/ Vernita Allen-Williams

DATE: 01-20-2026

**DISTRIBUTION:** TO PARTY (2 copies - 1 to be returned with payment) COURT REPORTER COURT REPORTER SUPERVISOR

ORIGINAL DOCUMENT PRINTED WITH MICROPRINTED BORDER ON FRONT AND SECURE DOCUMENT WATERMARKS ON BACK - HOLD AT ANGLE TO VIEW.


O'Melveny

400 SOUTH HOPE STREET
LOS ANGELES, CALIFORNIA 90071
(213) 430-6000

CITIBANK N.A.
787 W. 5TH STREET 28TH FL.
Los Angeles, CA 90071

62-20/311

NO. 223652

VOID AFTER 90 DAYS

| CHECK DATE | AMOUNT |
|---|---|
| 02/12/26 | 4,230.26 |

**PAY** FOUR THOUSAND TWO HUNDRED THIRTY AND 26/100 DOLLAR(S)

**TO THE ORDER OF** GRAYROBINSON, P.A.
301 E. PINE STREET, SUITE 1400
ORLANDO, FL 32801

TWO SIGNATURES REQUIRED ON CHECKS OVER $50,000.00

197308-1

[redacted] 1146"

O'MELVENY & MYERS LLP 400 SOUTH HOPE STREET, LOS ANGELES, CA 90071 **No. 223652**

| INVOICE NUMBER | DATE | INDEX | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 308012026 | 01/20/26 | 739938 | REIMB 1/12/26-1/15/26 HEARING, TRANSCRIPTS | 4,230.26 |