AO 133 (Rev. 07/24) Bill of Costs

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

Cubanos Pa'Lante, et al.
v.
Florida House of Representatives, et al

Case No.: 1:24-cv-21983

## BILL OF COSTS

Judgment having been entered in the above entitled action on 8/6/2026 (*Date*) against Cubanos Pa'Lante, et al. ,

the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk | $ 0.00 |
| Fees for service of summons and subpoena | 65.00 |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case | 4,845.35 |
| Fees and disbursements for printing | 0.00 |
| Fees for witnesses *(itemize on page two)* | 40.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. | 0.00 |
| Docket fees under 28 U.S.C. § 1923 | 0.00 |
| Costs as shown on Mandate of Court of Appeals | 0.00 |
| Compensation of court-appointed experts | 0.00 |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. § 1828 | 0.00 |
| Other costs *(please itemize)* | 0.00 |
| TOTAL | $ 4,950.35 |

*SPECIAL NOTE:* Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☑ Electronic service ☐ First class mail, postage prepaid

☐ Other:

s/ Attorney: /s/ Mohammad O. Jazil

Name of Attorney: Mohammad O. Jazil

For: Secretary of State Cord Byrd (*Name of Claiming Party*) Date: 9/28/2026

### Taxation of Costs

Costs are taxed in the amount of ____________ and included in the judgment.

____________ (*Clerk of Court*) By: ____________ (*Deputy Clerk*) ____________ (*Date*)

AO 133 (Rev. 07/24) Bill of Costs

# UNITED STATES DISTRICT COURT

**Witness Fees (computation, cf. 28 U.S.C. § 1821 for statutory fees)**

| NAME , CITY AND STATE OF RESIDENCE | ATTENDANCE Days | ATTENDANCE Total Cost | SUBSISTENCE Days | SUBSISTENCE Total Cost | TRAVEL Expenses/ Miles | TRAVEL Total Cost | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| Dr. Sean Trende, Delaware, OH | 1 | 40.00 | | | | | $40.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | **TOTAL** | $40.00 |

**NOTICE**

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
"Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
"A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 days' notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service. When a party may or must act within a specified time after being served and service is made under Rule 5(b)(2)(C) (mail), (D) (leaving with the clerk), or (F) (other means consented to), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

**ITEMIZATION AND DOCUMENTATION OF COSTS INCURRED FOR DISCOVERY SUBPOENAS IN THIS CASE**

| Description | Amount |
|---|---|
| Private Process Server for Senator Annette Taddeo | $65.00 |

# Receipt

**Invoice number** **K71FZ7GI-0001**
**Date paid** August 7, 2025

**S&W Process Service, LLC**
2801 North Florida Avenue
Tampa, Florida 33602
United States
+1 813-251-9197
sw@tampaserve.com

**Bill to**
HOLTZMAN VOGEL BARAN TORCHINSKY & JOSEFIAK, PLLC - Mohammad O. Jazil
zbennington@HoltzmanVogel.com

## $314.15 paid on August 7, 2025

Court Name: UNITED STATES DISTRICT COURT
Court Division: SOUTHERN DISTRICT OF FLORIDA
Case # 1:24-21983-CIVIL BECERRA/TORRES
Plaintiff: CUBANOS PA'LANTE, et al.
Defendant: FLORIDA HOUSE OF REPRESENTATIVES, et al.
Serve To: Annette J. Taddeo

| Description | Qty | Unit price | Amount |
|---|---|---|---|
| Past Due Invoice 361752 | 1 | $305.00 | $305.00 |
| Credit Card Convenience Fee | 305 | $0.03 | $9.15 |

| | |
|---|---|
| Subtotal | $314.15 |
| Total | $314.15 |
| **Amount paid** | **$314.15** |

## Payment history

| Payment method | Date | Amount paid | Receipt number |
|---|---|---|---|
| American Express - 2582 | August 7, 2025 | $314.15 | 2895-1872 |

## ITEMIZATION AND DOCUMENTATION OF COSTS INCURRED FOR DEPOSITION TRANSCRIPTS IN THIS CASE

| Description | Amount |
|---|---|
| Court Reporter for Deposition of Representative Anna Eskamani | $237.50 |
| Deposition Transcript for Representative Anna Eskamani | $588.50 |
| Deposition Transcript for Diana Belbruno | $465.30 |
| Court Reporter for Deposition of Representative Fentrice Driskell | $190.00 |
| Deposition Transcript for Representative Fentrice Driskell | $390.55 |
| Deposition Transcript for Carolyn Abott | $1,125.00 |
| Court Reporter for Deposition of Senator Annette Taddeo | $675.00 |
| Deposition Transcript for Senator Annette Taddeo | $50.00 |
| Deposition Transcript for Maria Matthews | $1,065.00 |
| Exhibits to Deposition Transcript for Maria Matthews | $58.50 |

# INVOICE

**North Florida Court Reporters, LLC - Stephanie Nargiz**
2807 Remington Green Cir, Ste. 103
Tallahassee, FL 32308

stephnorthflcr@gmail.com
+1 (850) 701-8800
NorthFLcr.com

North Florida
NorthFLcr.com COURT REPORTERS, LLC

**Bill to**
Holtzman Vogel
15405 John Marshall Highway
Haymarket, VA 20169

**Invoice details**
Invoice no.: HV062425
Terms: Net 30
Invoice date: 07/14/2025
Due date: 08/13/2025

| # | Date | Product or service | Description | Qty | Rate | Amount |
|---|---|---|---|---|---|---|
| 1. | | **Deposition - Court Reporter Appearance** | 06/24/2025 - Court Reporter Appearance (Deposition of Representative Dr. Anna V. Eskamani); 1:00pm - 3:33pm<br><br>Case No.: 1:24-21983-CIVIL Becerra/Torres<br>Cubanos Pa'Lante, et al., v. Florida House of Representatives, et al., | 2.5 | $95.00 | $237.50 |
| 2. | | **Deposition - Transcript (original)** | Transcript (original); Deposition of Representative Dr. Anna V. Eskamani | 110 | $5.35 | $588.50 |

**Total** **$826.00**

## Ways to pay

VISA DISCOVER AMEX BANK PayPal venmo

You may pay with one of the above methods or mail a check to 2807 Remington Green Circle, Ste. 103, Tallahassee, FL 32308.
EIN: 811302052

## Note to customer

Thank you for your business!

View and pay

**SANDRA L. NARGIZ, Stenographer**
**294 Rosehill Drive East**
**Tallahassee, FL 323129**
**snargiz@comcast.net**
**850-933-8662**

**TODAY'S DATE:** 7/3/25
**INVOICE NO:** 062525H
**DATE OF JOB:** 6/25/25
CASE STYLE: CUBANOS PA'LANTE, et al v HOUSE OF REPRESENTATIVES
**JOB/SERVICE No:**
**CASE NO:** 1:24-cv-21983-JB
**PROCEEDING:** Deposition of Diana Belbruno

TO:
HOLTZMAN VOGEL BARAN TORCHINSKY & JOSEFIAK
119 South Monroe Street, #500
Tallahassee, FL 32301
MICHAEL BEATO, ESQUIRE
mbeato@holtzmanvogel.com

---

**APPEARANCE:**

**ORIGINAL TRANSCRIPT:**

| | |
|---|---|
| 94 pgs @ $4.95 orig reg del | 465.30 |

**COPY:**

| | |
|---|---|
| **EXHIBITS:** | n/c |
| **TOTAL** | $ 465.30 |

---

**THANK YOU!**

# INVOICE

**North Florida Court Reporters, LLC - Stephanie Nargiz**
2807 Remington Green Cir, Ste. 103
Tallahassee, FL 32308

stephnorthflcr@gmail.com
+1 (850) 701-8800
NorthFLcr.com

**Bill to**
Holtzman Vogel
15405 John Marshall Highway
Haymarket, VA 20169

**Invoice details**
Invoice no.: HV062525
Terms: Net 30
Invoice date: 07/14/2025
Due date: 08/13/2025

| # | Date | Product or service | Description | Qty | Rate | Amount |
|---|---|---|---|---|---|---|
| 1. | | **Deposition - Court Reporter Appearance** | 06/25/2025 - Court Reporter Appearance (Deposition of Representative Fentrice Driskell); 9:00am - 10:41am<br><br>Case No.: 1:24-21983-CIVIL Becerra/Torres<br>Cubanos Pa'Lante, et al., v. Florida House of Representatives, et al., | 2 | $95.00 | $190.00 |
| 2. | | **Deposition - Transcript (original)** | Transcript (original); Deposition of Representative Fentrice Driskell | 73 | $5.35 | $390.55 |

**Total** **$580.55**

## Ways to pay

VISA | Mastercard | DISCOVER | AMEX | BANK | PayPal | venmo

You may pay with one of the above methods or mail a check to 2807 Remington Green Circle, Ste. 103, Tallahassee, FL 32308.
EIN: 811302052

## Note to customer

Thank you for your business!

View and pay

# INVOICE



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 769941 | 7/16/2025 | 586371 |
| **Job Date** | **Case No.** | |
| 6/30/2025 | 1:24-CV-21983-JB | |
| **Client and Case Name** | | |
| Holtzman Vogel Baran Torchinsky & Josefiak (Tallahassee) - Cubanos Pa'Lante, et al. -v- Florida House of Representatives, | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Client:
Randall Raban, Esquire
Holtzman Vogel Baran Torchinsky & Josefiak
(Tallahassee)
119 S. Monroe Street, Ste 500
Tallahassee, FL 32301

TRANSCRIPT WITH INDEX OF:

| | | | |
|---|---|---|---|
| Carolyn B. Abott, Ph.D. | 250.00 | Pages | 1,125.00 |
| Rough ASCII | 195.00 | Pages | 380.25 |
| Planet Summary | 1.00 | | 95.00 |
| Processing Fee | 1.00 | | 49.00 |
| | **TOTAL DUE >>>** | | **$1,649.25** |
| | AFTER 8/15/2025 PAY | | $1,731.71 |

Client law firm, as named above is responsible for the payment of this invoice and such payment is not contingent on any prior receipt of monies by client. By use of Planet Depos' services client accepts the terms and conditions set forth herein.

For convenience, payment can be made online at https://planetdepos.com/invoice-payment-form with any major credit card- subject to a 3% convenience fee.

For billing questions, please email billing@planetdepos.com or call 888.433.3767. Invoice disputes must be brought to our attention within 30 days of receipt. In the event Planet Depos engages an attorney to collect any monies due from client, client shall be responsible for payment of Planet Depos' reasonable attorney's fees. Thank you for your business.

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Randall Raban, Esquire
Holtzman Vogel Baran Torchinsky & Josefiak
(Tallahassee)
119 S. Monroe Street, Ste 500
Tallahassee, FL 32301

Invoice No. : 769941
Invoice Date : 7/16/2025
**Total Due : $1,649.25**
AFTER 8/15/2025 PAY $1,731.71

Remit To: **Planet Depos, LLC**
**P.O. BOX 791571**
**Baltimore, MD 21279-1571**

Job No. : 586371
BU ID : *49-FLA
Case No. : 1:24-CV-21983-JB
Case Name : Cubanos Pa'Lante, et al. -v- Florida House of Representatives, et al.

# INVOICE



BRICKELL KEY
COURT REPORTING

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 11091 | 7/9/2025 | 10600 |
| **Job Date** | **Case No.** | |
| 7/1/2025 | 1:24-CV-21983-JB | |
| **Case Name** | | |
| Cubanos Pa'lante, et al. vs. Florida House of Representatives and Cord Byrd | | |
| **Payment Terms** | | |
| Net 30 | | |

Zack Bennington
Holtzman Vogel Baran Torchinsky & Josefiak PLLC
119 South Monroe Street
Suite 500
Tallahassee, FL 32301

Deposition of:

Annette J. Taddeo, Former Florida State Senator

| | | | | | |
|---|---|---|---|---|---|
| Appearance Fee - In Person First Hour | 1.00 | Hours | @ | 325.000 | 325.00 |
| Appearance Fee - Additional Hours | 4.00 | Hours | @ | 75.000 | 300.00 |
| Steno Note/Audio Archival Fee | 1.00 | Unit | @ | 50.000 | 50.00 |
| Zoom Video-Conference Setup | 1.00 | Units | @ | 50.000 | 50.00 |
| **TOTAL DUE >>>** | | | | | **$725.00** |
| AFTER 8/8/2025 PAY | | | | | $797.50 |

12:30 pm - 5:18 pm
165 pages (est/hold)

| | |
|---|---|
| **(-) Payments/Credits:** | 0.00 |
| **(+) Finance Charges/Debits:** | 72.50 |
| **(=) New Balance:** | **$797.50** |

**Tax ID:** 26-3835757

*Please detach bottom portion and return with payment.*

Zack Bennington
Holtzman Vogel Baran Torchinsky & Josefiak PLLC
119 South Monroe Street
Suite 500
Tallahassee, FL 32301

Invoice No. : 11091
Invoice Date : 7/9/2025
**Total Due : $797.50**

Remit To: **Brickell Key Court Reporting, LLC**
**333 SE 2nd Avenue**
**Suite 2000**
**Miami, FL 33131**

Job No. : 10600
BU ID : 1-MAIN
Case No. : 1:24-CV-21983-JB
Case Name : Cubanos Pa'lante, et al. vs. Florida House of Representatives and Cord Byrd

**Veritext, LLC - Mid-Atlantic Region**
Tel. 888-777-6690 Email: Billing-Midatlantic@veritext.com
Fed. Tax ID: 20-3132569

VERITEXT LEGAL SOLUTIONS

Bill To: Michael Robert Beato
Holtzman Vogel Baran Torchinksy & Josefiak, PLLC
119 South Monroe Street
Suite 500
Tallahassee, FL, 32301

| | |
|---|---|
| **Invoice #:** | **8498276** |
| **Invoice Date:** | **7/24/2025** |
| **Balance Due:** | **$1,408.31** |

**Case: Cubanos Pa'lante Et Al v. Florida House Of Representatives, Et Al (1:24cv21983JB)** — **Proceeding Type: Depositions**

Job #: 7452201 | Job Date: 7/14/2025 | Delivery: Normal

Location: Washington, DC

Billing Atty: Michael Robert Beato

Scheduling Atty: Emily Murphy | O'Melveny & Myers, LLP

| Witness: Maria Isabel Matthews | Amount |
|---|---|
| Transcript Services | $1,065.00 |
| Exhibits | $58.50 |
| Logistics, Processing & Electronic Files | $165.00 |
| Smart Summary - Over 100 Transcript Pages | $99.00 |

Notes:

| | |
|---|---|
| **Invoice Total:** | **$1,387.50** |
| **Payment:** | **$0.00** |
| **Credit:** | **$0.00** |
| **Interest:** | **$20.81** |
| **Balance Due:** | **$1,408.31** |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**THIS INVOICE IS 31 DAYS PAST DUE, PLEASE REMIT - THANK YOU**

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Account No:**4353454 **ABA:**071000288
**Swift:** HATRUS44

Pay by Credit Card: www.veritext.com

**Invoice #: 8498276**
**Invoice Date: 7/24/2025**
**Balance Due: $1,408.31**

B420250824