**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 1:24-cv-21983-JB/Torres**

CUBANOS PA'LANTE, et al.,

*Plaintiffs*,

v.

FLORIDA HOUSE OF REPRESENTATIVES,
et al.,

*Defendants*.
_________________________________/

**AFFIDAVIT OF KAYLA GORDON**

I, Kayla Gordon, state as follows based on my personal knowledge:

1. I am over 18 years of age.

2. I am employed at Holtzman Vogel Baran Torchinsky & Josefiak PLLC and have been appointed to serve as the records custodian for the legal team representing the Secretary of State in this matter. In my role as records custodian, I am the point person for costs and logistics for this case. I have personal knowledge of the matters discussed in this affidavit.

3. Below is a chart that accurately details the costs associated with this case:

| Type of Costs | Cost Amount | Notes |
|---|---:|---|
| Discovery Subpoena Costs | $65.00 | Private process server used to obtain discovery from Annette Taddeo |
| Deposition Costs | $4,845.35 | Depositions of Anna Eskamani, Diana Belbruno, Fentrice Driskell, Carolyn Abott, Annette Taddeo, and Maria Matthews |
| Trial Witness Costs | $40.00 | Dr. Sean Trende attended one trial day |
| **Total** | **$4,950.35** | |

4. These costs are listed in the Secretary's Bill of Costs. Doc.235. Attached to the Bill of Costs are the individual invoices for each cost described in the chart above.

5. For the discovery subpoena costs:

a. The Secretary hired S&W Process Service, LLC to serve a deposition subpoena on former Senator Annette Taddeo on June 20, 2025. Defendants subsequently deposed Senator Taddeo on July 1, 2025. Senator Taddeo was listed by Plaintiffs as a witness and provided testimony at trial on January 13, 2026.

6. For the deposition costs:

a. The court reporter cost and transcript fee for the deposition of Representative Anna Eskamani, in the amount of $826.00. Defendants deposed Representative Eskamani on June 24, 2025. Representative Eskamani was listed by Plaintiffs as a witness.

b. The transcript fee for the deposition of Diana Belbruno, in the amount of $465.30. Defendants deposed Ms. Belbruno on June 25, 2025. Ms. Belbruno was listed by Plaintiffs as a witness. At trial, Plaintiffs explained that Ms. Belbruno could not make it to testify because of a family health matter.

c. The court reporter cost and transcript fee for the deposition of Representative Fentrice Driskell, in the amount of $580.55. Defendants deposed Representative Driskell on June 25, 2025. Representative Driskell was listed by Plaintiffs as a witness and provided testimony at trial on January 14, 2026.

d. The transcript fee for the deposition of Carolyn Abott, in the amount of $1,125.00. Defendants deposed Dr. Abott on June 30, 2025. Dr. Abott was an expert witness for Plaintiffs. Dr. Abott was listed by Plaintiffs as a witness and provided testimony at trial on January 13, 2026.

e. The court reporter cost and transcript fee for the deposition of former Senator Annette Taddeo, in the amount of $725.00. Defendants deposed Senator Taddeo on July 1,

2025. Senator Taddeo was listed by Plaintiffs as a witness and provided testimony at trial on January 13, 2026.

f. The transcript fee for the deposition of Maria Matthews, in the amount of $1,123.50. Ms. Matthews was the Florida Department of State's Rule 30(b)(6) witness. Plaintiffs deposed Ms. Matthews on July 14, 2025.

7. For the trial witness costs:

a. The Secretary called one witness at trial. Dr. Sean Trende, the Secretary's expert witness, testified on January 15, 2026.

The total amount of recoverable costs for this case is $4,950.35.

I declare under penalty of perjury that the foregoing is true and correct.

Kayla Gordon

STATE OF FLORIDA )
COUNTY OF LEON )

Sworn to and subscribed before me by means of physical presence this 28th day of September, 2026, by Kayla Gordon.

WHITNEY BLEDSOE
Commission # HH 819659
Expires July 7, 2030

Print: Whitney Bledsoe
NOTARY PUBLIC

Personally Known ____________ OR Produced Identification
Type of Identification Produced: ______________________