**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 1:24-cv-21983-JB**

CUBANOS PA'LANTE, *et al.*,

Plaintiffs,

v.

FLORIDA HOUSE OF REPRESENTATIVES
and CORD BYRD, in his official capacity as
Florida Secretary of State,

Defendants.
_____________________________________/

# THE PARTIES' FIRST JOINT STATUS REPORT

All parties respectfully submit this status report at this Court's direction. ECF No. 226 at 54–55.

On August 6, 2026, this Court held in abeyance its decision regarding Congressional District 26 pending ongoing state-court litigation over Florida's new congressional map. *Id.* at 2, 54; *see also Equal Ground Educ. Fund, Inc. v. Byrd*, No. 2026-CA-000914 (Fla. 2d Cir. Ct. Leon Cnty.) (consolidated cases). This Court ordered the parties to file a joint status report every 60 days regarding any further developments in the state-court litigation. ECF No. 226 at 54–55.

Since August 6, 2026, the trial court in the state-court litigation entered an order striking the plaintiffs' demand for a jury trial. Other pleading-related motions remain pending. The court has not entered a scheduling order. The parties to the state-court litigation continue to confer on a schedule for the resolution of that case.

Respectfully submitted this first day of October 2026.

/s/ *Nicholas L.V. Warren*
Nicholas L.V. Warren (FBN 1019018)
Caroline A. McNamara (FBN 1038312)
Daniel B. Tilley (FBN 102882)
ACLU FOUNDATION OF FLORIDA
4343 West Flagler Street, Suite 400
Miami, Florida 33134
786-363-1769
nwarren@aclufl.org
cmcnamara@aclufl.org
dtilley@aclufl.org
*Attorneys for Plaintiffs*

Jorge L. Vasquez, Jr.*
VASQUEZ ATTORNEYS AT LAW, PC
141 Parkway Road, Suite 14
Bronxville, New York 10708
212-752-8408
jorge@vasquezpc.com
*Attorney for Plaintiffs*

Andrew Frackman*
O'MELVENY & MYERS LLP
1301 Avenue of the Americas, 17th Floor
New York, New York 10019
212-326-2000
afrackman@omm.com
*Attorney for Plaintiffs*

/s/ *Andy Bardos*
Andy Bardos (FBN 822671)
abardos@shutts.com
SHUTTS & BOWEN LLP
215 South Monroe Street, Suite 804
Tallahassee, Florida 32301
Telephone: 850-241-6269
*Attorney for Florida House of Representatives*

Christopher M. Kise (FBN 855545)
ckise@continentalpllc.com
CONTINENTAL PLLC
101 North Monroe Street, Suite 750
Tallahassee, Florida 32301
Telephone: 850-270-2211
*Attorney for Florida House of Representatives*

Jesus M. Suarez (FBN 60086)
jsuarez@continentalpllc.com
Jennifer Marie Hernandez (FBN 1018836)
jhernandez@continentalpllc.com
CONTINENTAL PLLC
245 Alcazar Avenue
Coral Gables, Florida 33134
Telephone: 305-677-2707
*Attorneys for Florida House of Representatives*

/s/ *Mohammad O. Jazil*
Mohammad O. Jazil (FBN 72556)
mjazil@holtzmanvogel.com
HOLTZMAN VOGEL BARAN TORCHINSKY
& JOSEFIAK PLLC
119 South Monroe Street, Suite 500
Tallahassee, Florida 32301
850-270-5938
*Attorney for Secretary of State*

Brian P. Quinn*
Patrick J. Jones*
Emily Murphy*
Helena M. Li*
O'MELVENY & MYERS LLP
1625 Eye Street NW
Washington, D.C. 20006
202-383-5300
bquinn@omm.com
pjones@omm.com
emurphy@omm.com
hli@omm.com
*Attorneys for Plaintiffs*

* Admitted *pro hac vice*

Ashley Davis (FBN 48032)
ashley.davis@dos.myflorida.com
FLORIDA DEPARTMENT OF STATE
R.A. Gray Building
500 South Bronough Street
Tallahassee, Florida 32399
850-245-6536
*Attorneys for Secretary of State*