**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

Case No. 24-cv-21983-JB

CUBANOS PA'LANTE, *et al.*,

*Plaintiffs*,

v.

FLORIDA HOUSE OF REPRESENTATIVES, *et al.*,

*Defendants*.
_______________________________/

# NOTICE OF APPEAL

Plaintiffs Cubanos Pa'lante, Engage Miami Inc., FIU ACLU Club, Cindy Polo, and Genesis M. Castilla Falcon give notice that they appeal to the Supreme Court of the United States from the Partial Final Judgment dated August 6, 2026 (Dkt. No. 227). This appeal is taken under 28 U.S.C. § 1253 and within the time permitted by 28 U.S.C. § 2101(b).

Respectfully submitted October 5, 2026,

Andrew Frackman*
O'MELVENY & MYERS LLP
1301 Avenue of the Americas, 17th Floor
New York, NY 10019
(212) 326-2000
afrackman@omm.com

Brian P. Quinn*
Patrick J. Jones*
Emily Patel (Murphy)*
Helena M. Li*
O'MELVENY & MYERS LLP
1625 Eye Street NW
Washington, DC 20006
(202) 383-5300
bquinn@omm.com
pjones@omm.com
emurphy@omm.com
hli@omm.com

*/s/ Nicholas L.V. Warren*
Nicholas L.V. Warren (FBN 1019018)
Caroline A. McNamara (FBN 1038312)
Daniel B. Tilley (FBN 102882)
ACLU FOUNDATION OF FLORIDA
4343 West Flagler Street, Suite 400
Miami, FL 33134
(786) 363-1769
nwarren@aclufl.org
cmcnamara@aclufl.org
dtilley@aclufl.org

Jorge L. Vasquez, Jr.*
VASQUEZ ATTORNEYS AT LAW, PC
141 Parkway Road, Suite 14
Bronxville, NY 10708
(212) 752-8408
jorge@vasquezpc.com

**Admitted pro hac vice*

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I certify that all parties required to be served with the foregoing document have been served, that on October 5, 2026, a copy of the foregoing document was sent by email to all counsel of record via CM/ECF, and that a copy will be mailed to counsel on the list below, in compliance with Supreme Court Rule 29(3).

*/s/ Nicholas L.V. Warren*
Nicholas L.V. Warren
ACLU FOUNDATION OF FLORIDA
4343 West Flagler Street, Suite 400
Miami, FL 33134
(786) 363-1769
nwarren@aclufl.org

*Counsel for Plaintiffs*

SERVICE LIST:

Andy Bardos
SHUTTS & BOWEN LLP
215 S. Monroe St., Ste. 804
Tallahassee, FL 32301
abardos@shutts.com

*Counsel for Defendant*
*Florida House of Representatives*

Mohammad Jazil
HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK PLLC
119 S. Monroe St., Ste. 500
Tallahassee, FL 32301
mjazil@holtzmanvogel.com

*Counsel for Defendant Cord Byrd,*
*Florida Secretary of State*