**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

Case No. 1:24-cv-21983-JB

CUBANOS PA'LANTE, *et al.*,

*Plaintiffs*,

v.

FLORIDA HOUSE OF
REPRESENTATIVES, *et al.*,

*Defendants*.

_______________________________/

**PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME**
**TO RESPOND TO DEFENDANTS' COSTS**

Plaintiffs respectfully move to extend to **October 30, 2026** the deadline for Plaintiffs to respond to Defendants' bills of costs and motions to tax costs (ECF Nos. 233–236).

1. The deadlines for Plaintiffs to respond to the House's and Secretary's motions and costs are October 9 and 13, respectively.

2. Plaintiffs request an extension of both deadlines to **October 30, 2026**.

3. The requested extension will allow the parties more time to continue ongoing negotiations to resolve the remaining issues in the case, including the bills of costs and motions to tax costs. It will also afford Plaintiffs sufficient time to properly prepare a consolidated response to both of Defendants' motions, given counsel's ongoing obligations in other cases.

4. This Court may extend deadlines for "good cause." FRCP 6(b)(1)(A). District courts' authority to control their dockets "includes broad discretion in deciding how best to manage the cases before them." *Smith v. Psychiatric Sols., Inc.*, 750 F.3d 1253, 1262 (11th Cir. 2014) (internal marks omitted).

5. Defendants do not oppose the proposed extension.

**WHEREFORE**, Plaintiffs respectfully request that the Court extend the deadline for them to respond to Defendants' bills of costs and motions to tax costs to **October 30, 2026**.

**LOCAL RULE 7.1(a)(3) CERTIFICATE OF CONFERRAL**

Plaintiffs' counsel conferred with counsel for Defendants, who do not oppose the requested relief.

Respectfully submitted October 7, 2026,

Andrew Frackman*
**O'Melveny & Myers LLP**
1301 Avenue of the Americas, 17th Floor
New York, NY 10019
(212) 326-2000
afrackman@omm.com

Brian P. Quinn*
Patrick J. Jones*
Emily Murphy*
Helena M. Li*
**O'Melveny & Myers LLP**
1625 Eye Street NW
Washington, DC 20006
(202) 383-5300
bquinn@omm.com
pjones@omm.com
emurphy@omm.com
hli@omm.com

*/s/ Nicholas L.V. Warren*
Nicholas L.V. Warren (FBN 1019018)
Daniel B. Tilley (FBN 102882)
Caroline A. McNamara (FBN 1038312)
**ACLU Foundation of Florida, Inc.**
4343 West Flagler Street, Suite 400
Miami, FL 33134
(786) 363-1769
nwarren@aclufl.org
dtilley@aclufl.org
cmcnamara@aclufl.org

Jorge L. Vasquez, Jr.*
**Vasquez Attorneys at Law, PC**
141 Parkway Road, Suite 14
Bronxville, NY 10708
(212) 752-8408
jorge@vasquezpc.com

**Admitted pro hac vice*

*Counsel for Plaintiffs*