**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

Case No. 1:24-cv-21983-JB

CUBANOS PA'LANTE, *et al.*,

*Plaintiffs*,

v.
FLORIDA HOUSE OF REPRESENTATIVES, *et al.*,

*Defendants*.
_______________________________/

**DEFENDANTS' MOTION FOR EXTENSION OF TIME TO REPLY IN SUPPORT OF BILLS OF COSTS**

Defendants Florida House of Representatives and Secretary of State Cord Byrd respectfully move the Court for a 14-day extension of the deadline to file replies in support of their Bills of Costs, Dkt. Nos. 233, 236, to November 20, 2026.

1. On August 6, 2026, the Court entered partial judgment on the House Districts, held the Congressional Districts in abeyance, and certified that judgment as final under Rule 54(b). Dkt. No. 227, 228.

2. Pursuant to Federal Rule of Civil Procedure 54(d), Local Rule 7.3(c), and 28 U.S.C. § 1920, Defendants filed their Bills of Costs and accompanying requests to tax on September 25, 2026. Dkt. Nos. 233–36.

3. On October 7, 2026, Plaintiffs filed an unopposed motion for a 21-day extension of time to respond to Defendants' requests to tax costs. Dkt. No. 242. The Court granted Plaintiffs' unopposed motion, requiring Plaintiffs' opposition to be filed by October 30, 2026. Dkt. No. 243.

4. Plaintiffs filed a response in opposition to Defendants' requests to tax costs on October 30, 2026. Dkt. No. 244. Plaintiffs' response raises an issue—that exhibit printing costs are not taxable—that Plaintiffs did not raise during the parties' conferral. Dkt. 244 at 2.

5. Defendants' replies are currently due on November 6, 2026. *See* S.D. Fla. L.R. 7.1.(c)(1).

6. Defendants request a 14-day extension of the deadline to reply in support of their Bills of Costs on or before November 20, 2026. The requested extension will enable Defendants' counsel, consistent with competing demands on their time, to respond in a manner that best assists the Court and fully addresses Plaintiffs' contentions.

7. The requested extension is not sought for purpose of unnecessary delay.

8. A proposed order is attached to this motion.

**WHEREFORE**, Defendants respectfully request that the Court extend the deadline to reply in support of their Bills of Costs to November 20, 2026.

**CERTIFICATE OF CONFERRAL**

The undersigned conferred with counsel for Plaintiffs in a good faith effort to resolve the issues raised in this motion. Plaintiffs do not oppose the relief requested herein.

Dated November 3, 2026.

Respectfully submitted,

*/s/ Mohammad O. Jazil*
Mohammad O. Jazil (FBN 72556)
mjazil@holtzmanvogel.com
Holtzman Vogel Baran Torchinsky & Josefiak PLLC
119 South Monroe Street, Suite 500
Tallahassee, Florida 32301
850-270-5938

*Attorney for Secretary of State*

Ashley Davis (FBN 48032)
ashley.davis@dos.myflorida.com
Florida Department of State
R.A. Gray Building
500 South Bronough Street
Tallahassee, Florida 32399
850-245-6536

*Attorneys for Secretary of State*

*/s/ Andy Bardos*
Andy Bardos (FBN 822671)
abardos@shutts.com
SHUTTS & BOWEN LLP
215 South Monroe Street, Suite 804
Tallahassee, Florida 32301
Telephone: 850-201-6269

Jesus M. Suarez (FBN 60086)
Jsuarez@continentalpllc.com
Jennifer Marie Hernandez (FBN 1018836)
jhernandez@continentalpllc.com
Continental PLLC
245 Alcazar Avenue
Coral Gables, FL 33134
Telephone: 305-677-2707

*Attorneys for the Florida House of Representatives*