**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

Case No. 1:24-cv-21983-JB

CUBANOS PA'LANTE, *et al.*,

*Plaintiffs*,

v.
FLORIDA HOUSE OF
REPRESENTATIVES, *et al.*,

*Defendants*.
_______________________________/

**[PROPOSED] ORDER ON DEFENDANTS' MOTION FOR**
**EXTENSION OF TIME TO REPLY IN SUPPORT OF BILLS OF COSTS**

This matter is before the Court on the Motion for Extension of Time to Reply in Support of Bills of Costs (ECF No. ___) filed by Defendants, the Florida House of Representatives and Secretary of State Cord Byrd. The movants seek an extension of their deadline to file replies in support of their Bills of Costs (ECF Nos. 233 and 236). The Court finds that good cause supports the request. The Court therefore **ORDERS** and **ADJUDGES** as follows:

1. Defendants' Motion for Extension of Time to Reply in Support of Bills of Costs is **GRANTED**.

2. Defendants must file their replies in support of their Bills of Costs (ECF Nos. 233 and 236) by **November 20, 2026**.

**DONE AND ORDERED** this ___ day of November 2026.

______________________________
**BRITT C. GRANT**
**UNITED STATES CIRCUIT JUDGE**

______________________________
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**

______________________________
**JACQUELINE BECERRA**
**UNITED STATES DISTRICT JUDGE**