**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

Case No. 24-cv-21983-JB

CUBANOS PA'LANTE, *et al.*,

*Plaintiffs*,

v.

FLORIDA HOUSE OF
REPRESENTATIVES, *et al.*,

*Defendants*.
_______________________________/

## PLAINTIFFS' UNOPPOSED MOTION FOR WITHDRAWAL OF COUNSEL

In accordance with Local Rule 11.1(d)(3)(A), Plaintiffs move to withdraw attorney Helena M. Li, as she will no longer work at O'Melveny & Myers after December 1, 2026. Remaining counsel of record will continue to represent Plaintiffs in this case.

**WHEREFORE**, Plaintiffs respectfully request that this Court grant Helena M. Li leave to withdraw.

## LOCAL RULE 7.1(a)(3) CERTIFICATE OF CONFERRAL

Plaintiffs' counsel conferred with counsel for Defendants, who do not oppose this motion.

Respectfully submitted November 25, 2026,

*/s/ Nicholas L.V. Warren*
Nicholas L.V. Warren (FBN 1019018)
Caroline A. McNamara (FBN 1038312)
Daniel B. Tilley (FBN 102882)
**ACLU Foundation of Florida, Inc.**
4343 West Flagler Street, Suite 400
Miami, FL 33134
(786) 363-1769
nwarren@aclufl.org
cmcnamara@aclufl.org
dtilley@aclufl.org

Andrew Frackman*
**O'Melveny & Myers LLP**
1301 Avenue of the Americas, 17th Floor
New York, NY 10019
(212) 326-2000
afrackman@omm.com

Brian P. Quinn*
Patrick J. Jones*
Emily Murphy*
Helena M. Li*
**O'Melveny & Myers LLP**
1625 Eye Street NW
Washington, DC 20006
(202) 383-5300

Jorge L. Vasquez, Jr.*
**Vasquez Attorneys at Law, PC**
141 Parkway Road, Suite 14
Bronxville, NY 10708

bquinn@omm.com
pjones@omm.com
emurphy@omm.com
hli@omm.com

(212) 752-8408
jorge@vasquezpc.com

*Admitted pro hac vice*

*Counsel for Plaintiffs*